THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 5.4
(Rule Number/Section)

Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY
OCT 09 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___SS___ DEPUTY

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12cv601 ROS |
| V. | alleged 1st degree murder of inmate by nursing/security staff |
| Ryan, et al. | Hon. Roslyn S. Silver |

I, Michael J. Cohn, Class Plaintiff/Prisoner Rights Advocate respectfully request this honorable court to read the attached. I also respectfully request this Court Order the Prison Law Office to send me the most recent compliance data for the Manzanita Unit so that I can identify the problem areas most in need of correction. I have asked Prison Law Office for this information and got a form letter in response.

Respectfully submitted,    Date: 9/30/18
Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn
Prisoner Rights Advocate

- Original mailed to? on: 10/2/18     Prison Law Ofc.
  Clerk of the U.S. Dist. Ct.           General Delivery
  401 W. Washington                      San Quentin, CA 94964
  Phoenix, AZ 85003                      Attn. Sara Norman, Atny.
- Copies mailed to: on: 10/2/18        Manager
  Atny. General
  1275 W. Washington
  Phoenix, AZ 85007

Note: I will be sending this document to Jewish advocacy groups.

1

Michael J. Cohn #288721
ASPC Tucson - Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

To: Prison Law Office

Supplement to Preliminary Investigative Report

Death of Inmate Cromwell, a Jewish Inmate.

Summary of Key Points
ID: 041023

- Eyewitness - Inmate Dale Gibson, resident of Dorm 5, as reported to me on 9/27/18.
- Pre-Crisis events - a conflict occurred between Assistant Director of Nursing J. Kidd and Mr. Cromwell, reportedly. Cromwell, who suffered from severe arthritis to the point of bone deformity repeatedly sought help from medical. However, Ms. Kidd reportedly accused him of "pill seeking" and/or asked the provider NP to discontinue and discontinued all pain killers. This is referred to as "ATP", alternative treatment planning. In my opinion, this is a euphemism for torture; making someone dependent on pain killers, blaming them when the meds become less effective due to tolerance, then taking them away and making the patient go through withdrawals, in agony, without medical support. Black's defines torture as physical or mental torment, to the best of my memory.
- Reportedly, Kidd turned Cromwell away from the medical unit about ½ hour prior to his collapse. Reportedly, Cromwell had chest pains.
- Crisis events - After his collapse, Correctional Officer II, Botro administered chest compressions, but no mouth to mouth or other breathing assistance. Reportedly, Botro physically restrained fellow inmates from helping Cromwell. As I understand it, finally an inmate took over chest compressions and after some 20 minutes,

1

C.O. III Colston arrived at this point with a mouthpiece and began resuscitation efforts. Mr. Gibson reports he emphasized to Boteo and Colston the need to help Cromwell breathe as he was turning purple. At some point, I understand ADON Kidd arrived. Reportedly, no Narcan was administered.

Note: Nursing Staff have access to Narcan, but not Security Staff. There is no nurse posted in Dorm 5, only Security Staff, even though it is a nursing home unit. Reportedly, no other medicine was administered, or paddles used to rejuvenate ~~ensure~~ heart function. Was there a Living Will? DNR orders?

### Impression

As this case evolves, it becomes a point of concern that Cromwell had become an annoyance to the nursing staff. Why was he not referred to a pain clinic for epidurals or other non-medicine treatments? Maybe he was referred to a pain clinic and Corizon's Utilization Review Doctors denied it? ANTI-Semitism?

— It appears that nursing staff responded to this crisis in a non-urgent manner, perhaps to the point of letting Cromwell die with intent. Preliminary ~~Conclusions~~ Impression: 1st degree murder, Nursing home abuse/neglect, Criminal negligence of security and nursing staff, Torture by nursing/medical staff, Failure to Report Nursing Home abuse/neglect. Inadequate medical staff in Dorm 5.

Note: Mr. Gibson indicated he would provide an affidavit and is available for testimony.

Respectfully submitted,       Date: 9/30/18
Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn

2

Addendum to Supplement.

I have observed Ms. Kidd in the medical unit and on the yard. I would describe her as emotionless. When I asked her a question she was polite, but asked me to be quick. MJC. 9/30/18.

Comments on Staff Anti-Semitism

During the app. 4.5 years of my stay in ADC I have encountered a variety of anti-semites among the staff. I have encountered Chaplains who obstructed my efforts to obtain the kosher diet, obstructed my obtaining a yarmulke and talit, refused to arrange for Sabbath candles and gave us insufficient time for a proper Passover observance. I have heard corrections officers talking about "those Jews in Washington" who pass laws and Supreme Court Justices who make rulings that make their jobs more difficult. I've heard medical staff members laugh at me for bringing my prayer book to read while I wait 2 hours for my medical appointment. I've been told by security staff to not refer to myself as Dr. Cohn, but only Inmate Cohn. I see no penological interest in denying my personal accomplishments. They should be applauded not discounted. Jew-haters are abundant in ADC, especially since the emergence of the Alt-Right movement and the Trump election. In short, I believe a hate crime enhancement is a reasonable attachment to Mr. Cromwell's case until proven otherwise. MJC 9/30/18
P.S. Every Jewish inmate I have met in ADC fears for his safety!

Comments on Facility Licensure

To the best of my knowledge, there is nothing in statute

3

that allows ADC to operate a nursing or hospice facility without being licensed to do so by the Arizona State Board of Health. Even if there was enabling statute it would be irrelevant as the community standard of care is to be licensed and subject to routine audits by the State Bd. of Health. Inmates have a right to equivalent care to that available in the community, Estelle v. Gamble, 429 US. (1976), I see no evidence of state nursing home license.

— Comments on <u>Counsel Ineffectiveness</u> (no evidence of state license)
I understand counsel for plaintiffs toured/interviewed in this facility some months ago. It appears they missed the issue of state licensure and audits. In essence, every inmate housed in dorms 5 and 6 has been allegedly illegally housed and treated there since the inception of the "nursing home" programs. Are these programs a good idea? Absolutely! Yet, this is typical of ADC's playing fast and loose with the rules and shirking accountability. No posted license to my knowledge.

— What I find most disturbing is that the court needs to know about such matters so proper judgments can be made. If counsel for plaintiffs doesn't make these issues known to the court, I know from bitter experience the state certainly won't. I chalk this up to both lack of preparation and incompetence on the part of counsel for plaintiffs (Strickland).

The court should order ADC to arrange for state licensure of dorms 5 and 6 as nursing facilities by the AZ. State Bd. of Health. All inmates in these facilities should be transferred to community facilities so they have the proper standard of care. mgc 9/30/18

4

I, Dale E. Gibson, write this affidavit under the penalty of purjury and give the following statement to the best of my ability.

On or about the last week of June, 2018, first week of July, 2018 I was in the Houseing unit #5 medication line and Inmate, Sean Cromwell was in line behind me. I noticed that he was very lathargic and quite frankly totally incoherant, He didn't even know where he was at. I know him because he lives 3-Bed's away from me and we have talked prior to this occurance. He was in a lot of pain so -2- Inmates took him to the Manzinita unit medical building and he was turned away by a Don J. Kidd of who is a staff member of Corizan Health LLC. He was sent back to his bed area and approximately 15 minutes later he fell onto the floor next to his bed and wasn't breathing -2- Inmates came to his aid and started giveing him chest compressions while another Inmate went to the officers Bubble pleading for them to help, he was yelling "Man down", Man down and CoII Pierce was on the phone and didn't react, it was as if she was to busy with her phone call. So finally CoII Boteo came down the run and watched as a Inmate was performing CPR (chest compressions) than CoII Boteo took over on the CPR but he seemed as if he was just makeing himself look concerned. I kept telling him, he needs air he needs mouth to mouth and he (Boteo) refused to give him air I than started yelling if you dont give him air he's going to die,

1

But CO.II Boteo ignored me I than screamed to Boteo quit giveing him chest compression your pushing the air out of his lungs, He needs air, your killing him CO II Boteo than quit even attempting to aid sean so I wheeled my wheel chair over to sean's bed area and told COII Boteo, He needs mouth to mouth Recessitation if you dont perform it He's going to die, you are killing him, Boteo refused to take my first aid advice so I told him, if your not going to give him Recessitative Air, I will, I than got out of my wheel chair and made attempt to give sean mouth to mouth Recessitation But before I could perform it COII Boteo grabbed my shoulder and pushed me away, yelling get the fuck out of here, I yelled Back at him, you are letting him die He needs air Help him you son of a bitch He stood Between sean and me as if he wasn't going to do anything more to help sean. Than all of the sudden C.O. III Colston jumped in front of me and COII Boteo, and immediately inserted the CPR mouth to mouth Recessitating mouth piece into sean's mouth and started giveing him mouth to mouth Recessitation, COIII Colston was 20 minutes (Approx) Late to sean's need of Help. Although COIII Colston made attempt to Revive Sean it was to late So all of us in Houseing unit 5-B-Run witnessed Sean die at the hands of ADoc Staff; COII Pierce, COII Boteo and COIII Colston. I told Boteo that He purposefully failed to Help A man that needed Air and I felt that ADoc Staff and Corizon

2

Health LLC were at fault Corizon Health LLC. ADOC J. Kidd turned him away when he was pleading for help and as far as I'm concerned he was murdered by ADOC staff and Corizon staff. COII Pierce told me in front of the entire Building #5 Inmate population that I (Dale E. Gibson) need to shut my fucking mouth and that I don't know shit! I than told her that her phone call was more important than a man's life and as far as I'm concerned the shit I do know is that you, Bateo, Kidd are responsible for this mans death. You killed him and its obvious that you have no remorse. I now am harassed and told that I'm #1 on ADOC and Corizons list. I find this very disturbing that we all seen a man killed by ADOC staff and Corizon LLC. Now I'm worried because I'm called #1 and now I'm under threat of ADOC and Corizon Health LLC because, they know that I am a witness to this horrible act of murder. I swear what I have stated is the truth and I will never be the same man that I was before witnessing this murder by ADOC staff and Corizon Health LLC. I give this affidavit in hopes to set the true facts to this man's demise at the hands of Arizona state entities that are sworn to protect us. I'm terrified and in grave concern for our future at the hands of these entities and subsidaries

Signed: Dale E. Gibson   Dated: Oct, 01, 2018
Printed: Dale E. Gibson

3.

9/27/18 Notes   incident in Bld #5 deceased - Cromwell
CPR w/ no Breathing = COII Boteo
ADon "Manzinha" that turned him away from Medunit ½ hr prior
= ADon J. Kidd
COII Colsten came into Bld #5 20 min after CPR had induced
Breathing w/ mouth p.c.
Inmate stressed to all of them to perform Breathing = Dale E Gibson   04102

Michael J. Cohn #288721
ASPC Tucson / Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734

| State of Arizona | Arizona Supreme Court |
| --- | --- |
|  | CR-18-0338-PR |
| v. | New case Relevant Information |
| Michael J. Cohn | alleged 1st degree murder of inmate by staff |
| Defendant | Hon. Scott Bales, et al. |

I, Michael J. Cohn, petitioner Pro Per in the above captioned case respectfully submit new case relevant information, as set forth in the attached documents. I allege Quadruple jeopardy. I allege I am new exposed to murderous staff members in positions of power/authority of the Arizona Dept. of Corrections and Corizon Health. As this honorable body denied my petition for triple jeopardy relief, I appeal to your sense of decency to at least contact the Tucson Police Department / Homicide Division and request a comprehensive investigation of this matter. Otherwise, a call to Judge Roslyn Silver to please refer this matter for FBI investigation would be appreciated. I also suspect medical staff of stealing inmate medications as reported to me by residents of Dorm 5.

Respectfully submitted,          9/30/18

Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn, Pro Per

Original mailed to:  ow: 10/2/18     copy to:  ow: 10/2/18
Clerk of the Supreme Ct.              Attorney General
1501 W. Washington #402              1275 W. Washington
Phoenix, AZ 85007-3231               Phoenix, AZ 85007



SCOTT BALES
CHIEF JUSTICE

JANET JOHNSON
CLERK OF THE COURT

# Supreme Court

STATE OF ARIZONA
ARIZONA STATE COURTS BUILDING
1501 WEST WASHINGTON STREET, SUITE 402
PHOENIX, ARIZONA 85007-3231

TELEPHONE: (602) 452-3396

September 11, 2018

RE: STATE OF ARIZONA v MICHAEL JAY COHN
Arizona Supreme Court No. CR-18-0338-PR
Court of Appeals, Division One No. 1 CA-CR 18-0020 PRPC
Maricopa County Superior Court No. CR2013-114147-001

GREETINGS:

The following action was taken by the Supreme Court of the State of Arizona on September 11, 2018, in regard to the above-referenced cause:

ORDERED: Petition for Triple Jeopardy Relief (Special Motion) = DENIED.

FURTHER ORDERED: Petition for Review = DENIED.

A panel composed of Chief Justice Bales, Vice Chief Justice Brutinel, Justice Pelander and Justice Timmer participated in the determination of this matter.

Janet Johnson, Clerk

TO:
Joseph T Maziarz
Diane Meloche
Michael Jay Cohn, ADOC 288721, Arizona State Prison, Tucson -
    Manzanita Unit
Amy M Wood

jj