# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (DOC. 3017)** |

The Court, having reviewed the Stipulation Regarding Deadline to File Response to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3017), and finding good cause, hereby GRANTS the Stipulation.

Defendants shall have up to and including October 19, 2018 to file their Response to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3017).