# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation Regarding Deadline to File Response to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3017), and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 3029) is **GRANTED**. Defendants shall have up to and including October 19, 2018, to file their Response to Plaintiffs' Motion for Attorneys' Fees and Costs

Dated this 12th day of October, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge

.