THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __S.4__
(Rule Number/Section)

FILED ____ LODGED
____ RECEIVED ____ COPY

OCT 1 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Michael J. Cohn #288721

ASPC Tucson/Manzanita 3A32

P.O. Box 24401

Tucson, AZ 85734-4401

## UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al. | 2:12CV601 ROS

V, | New information regarding alleged murder of inmate

Ryan, et al. | Hon. Roslyn O. Silver

I, Michael J. Cohn, class Plaintiff / Prisoner Rights Advocate, respectfully request that this honorable court read the attached report, etc.

respectfully submitted, | Date: 10/8/18

Michael J. Coly, Ed.D

Dr. Michael J. Cohn

Prisoner Rights Advocate

Original mailed to: on: 10/8/18 — Prison Law Office, attn. DS, Norton

Clerk of the US. District Court | General Delivery

401 W. Washington | San Quentin, CA 94964

Phoenix, AZ 85003

copies to: on: 10/8/18 — Arizona Supreme Ct.

Attorney General | 1501 W. Washington

1275 W. Washington | Phoenix, AZ 85007

Phoenix, AZ 85007 | — Tucson P.D.

270 S. Stone ave.

Tucson, AZ 85701

1

Michael J. Cohn #288721

ASPC Tucson/Manzanita 3B32

P.O. Box 24401

Tucson, AZ 85734-4401


10/8/18

Ron Dermer, His Excellency

Israeli Ambassador to the U.S.A.

3514 International Dr. N.W.

Washington, D.C.   20008

202 364 5500

Sir:

It is with profound sadness that I notify you of the death of Sean Cromwell. I understand his mother served in the IDF. I do not know how to contact her. I expect she was contacted by the staff of the Arizona Dept. of Corrections.

As set forth in the attached documents, I believe Mr. Cromwell was murdered by the staff of the Arizona Dept. of Corrections and Corizon Health, the medical care vendor. Our attorneys, the ACLU/Prison Law Office are not pursuing this matter further. I am pursuing this further as a matter of justice for a fellow Jew and his family. I believe this is likely a hate crime of anti-semitism.

It is perhaps overreaching to ask for your assistance in pursuing an FBI investigation of this matter via

1

diplomatic channels, yet I would feel self-hatred if I did not ask. I know, generally, that many do not believe felons are worthy of such help. I believe deeply in the inalienable rights set forth in the U.S. Constitution as ordained by Hashem. Regardless of our offense, we are deserving of the current standards of human decency as they should be applied to prisoners. We are also deserving of opportunities for Teshuvah (repentance) and redemption.

Whatever one might think of me, my motives are pure in this matter and for the protection of the lives of inmates from governmental abuses regardless of their religious preference, including my own.

If you are able to locate Mr. Cromwell's mother, please let her know that I will do my best to see that justice in this matter is served.

May Hashem answer us on our day of distress!

Michael J. Cohn, Ph.D.
Dr. Michael J. Cohn
Advocate for Prisoner Rights

Michael D. Cohn # 288721

ASPC Tucson/Manzanita 3B3L

P.O. Box 24401

Tucson, AZ 85734-4401

To: Pixon Law Office attn. Ms. Norman

Supplement #2 to Preliminary INVESTIGATIVE Report

Death of Inmate Sean Cromwell, a Jewish Inmate

New Information

I've spoken to a couple of the Licensed Nurse practitioners, etc, within the past week. Key points:

1) Defibrillators are housed in dorms 5, and 6 and in the medical Unit. It appears a defibrillator was available to COII Botts and CO III Colston at the time of the event. Why was it not used?

2) An inmate nicknamed "Doc" who states he has a Ph.D. in electrical engineering reportedly wrote a letter to counsel for plaintiffs as an eyewitness to the events of Cromwell's death. Counsel for plaintiffs reportedly wrote back saying they were accepting ADC's report. It appears counsel for plaintiffs is betraying their own clients, allegedly.

3) I asked an LPN if my Living Will was transferred here from my previous Location. She said it doesn't matter since inmates are wards of the state they have to be resuscitated.

4) An inmate eyewitness accompanied Cromwell to the medical Unit at the time he was turned away while complaining of chest pains, some 15-30 minuts prior to his collapse.

Note: I have verified that Dorms 5 and 6 are not licensed Nursing facilities. Every inmate housed in those units allegedly is a ~victim of a felony (app. 78) Nursing home abuse/neglect, ARS §46-457-415)

5) There were app. 10-20 eyewitnesses in dorm 5 at the time of the events in question.

Impressions

1) As inmates are wards of the State and must be resuscitated, homicide again is implicated. At best, resuscitation efforts were inadequate (ea negligent homicide), at worst, they were intentionally deficient (1st degree murder), allegedly.

2) The mortality Review Report is most likely fraudulent and conspires to conceal a criminal act, allegedly, (conspiracy).

3) Counsel for Plaintiffs failed to thoroughly investigate this matter or report adult (abuse/neglect) nursing home neglect to the authorities. It appears counsel for plaintiffs is complicit in the concealment of a crime, allegedly.

4) An investigation by Law enforcement authorities not affiliated with the Arizona Dept. of Corrections / CORIZON Health is Justified. This does not include the Criminal Investigations Unit.

5) Apparently no report of a criminal act was sent to the Criminal Investigations unit as required by policy (Crime of Staff operations) allegedly.

Action Steps

1) I request a copy of the Mortality Review Report so I can review it and compare with eye witness accounts. Redact personal info.

2) I request that Prison Law Office report this alleged Crime to the homicide Division of the Tucson Police Dept.

2

3) I request that Prison Law Office review its policies/procedures regarding reporting abuse/neglect/exploitation of its clients to the authorities. Policy revisions should mandate reporting suspicion of abuse/neglect/exploitation to the authorities.

4) I request a copy of the most recent compliance data for this unit.

5) Petition U.S. District Court for appointment of a Special Master at the State's expense to monitor the operations of the Manzanita Unit. As I have a background in Healthcare/ Hospital management, I recommend myself.

Respectfully submitted,                    Date: 10/8/18

Michael J. Cohn, Ξ.D.

Dr. Michael J. Cohn

Prisoner Rights Advocate


When the Government Becomes the Lawbreaker
it breeds contempt for the Law!
Justice Brandeis


When the Government MURDERS
their own citizens and courts
Let them get away with it,
the Government will keep murdering!
Dr. Michael J. Cohn

3

## Addendum to Supplement #2
### Death of Jewish Inmate Sean Cromwell

10/7/18 — I was told today by a fellow Jewish inmate that at last year's Chanukkah observance on this unit a Corrections Officer stole the electric Menorah used by the observants. I was told that the officer was very resentful of the Jewish Inmate's observance. The word I would use is hostile, not resentful or perhaps both. I use the term stolen rather than confiscated as there was no penological reason I can see to take the Menorah. As I understand it Chaplain ~~John Doe~~ was present, but took no meaningful action to have the Menorah returned or to provide another one to the inmates.

### Impression

Anti-Semitism of the Correction Officer towards Jewish Inmates, Theft of religious property, Intimidation of Jewish Inmates.

The theory of a hate-crime against Sean Cromwell is supported. A hate-crime enhancement is justified.

Note: I understand that Mr. Cromwell's mother was a member of the Israeli Defense Force (IDF). Therefore, I am forwarding all documentation of this matter to the Israeli Embassy in Washington, D.C. Any attempts to obstruct/interfere with such mailing will be reported to Judge Silver. Any attempts to intimidate me as a witness will be reported!

Michael J. (obom #288721)
ASPC (TUCSON)/MANZANITA 3732
P.O. Box 288721
Tucson, AZ 85734-4401

10/8/18

Sara Norman, Esq,
Prison Law Ofc,
General Delivery,
San Quentin, CA 94964
   Re: Inmate concerns

MS. Norman:
   Inmates are expressing concern about several issues. These are
more along the lines of nursing malpractice than the Parsons
Stipulation. I thought about writing mrs schmid, the Facility
Health administrator myself, but decided to try to attempt alternative
dispute resolution via the attorney General's office, I think
this is best. The issues are as follows:
1) HIPPA Violations. Inmates report medical staff members are
disclosing private healthcare information to the security guards.
This is not only a breach of privacy, but exposes inmates to
harm at the hands of the security staff. Staff education regarding
prisoner rights may be necessary at this unit. I am happy to
help if called upon.

2) Inmates are concerned their medications have been stolen by medical staff. There appears to have been a specific scam, but I do not know the details.

3) Inmates report medical staff members yell at them, make derogatory/insulting/humiliating statements about them in front of others. If true, this qualifies as verbal/emotional abuse of vulnerable/disabled adults in at least some cases, potentially a felony, ARS § 46-451-457. This is not a "best practice."

4) Inmates are concerned about a suspicious pattern of inmate deaths over past 2 years. Staff abuse/neglect of inmates is suspected by many inmates.

The Attorney General's office is charged with the protection of the disabled, ARS § 41-1492, et seq. Perhaps Ms. Rand could arrange to have a disability discrimination investigator come down here and investigate/address/resolve/mediate the issues. Would you please discuss this with her and let me know the result?

Inmates are reluctant to file grievances re: the above due to fear of retaliation. However, some are documenting the incidents and filing grievances. If it comes to filing nursing Board complaints and suing, I will help those who want to do so. However, I don't think it has to come to that if the A.G.'s office takes initiative to help.

Yours in Prisoner Rights,

Michael J. Cal, ClcD —          cc: Ms. Rand

However, Governor's Office too

Michael J. Cohn #288721

ASPC Tucson / MANZANITA

P.O. Box 24401

Tucson, AZ 85734-4401

ARIZONA   SUPREME   COURT

State of AZ,          CR 18 - 0338 PR

v.              New Information Re: Quadruple Jeopardy

Michael J. Cohn      Hon. Scot Bales, et al.

I, Michael J. Cohn, petitioner Pro Per in the above captioned case,

respectfully request that this honorable court read the attached "report,"

etc.,

Respectfully Submitted,            Date: 10/8/18

Michael J. Cohn, Ed.D.

Michael J. Cohn, EdiD

petitioner, Pro Per


Original mailed to:  on: 10/8/18   Amanda Martin, attny. Supervisor

clerk of the Supreme Court        620 W. Jackson #4015

1501 W. Washington               Phoenix, AZ 85003

Phoenix, AZ 85007

Copies to:   on: 10/8/18   Florence Bruemmer, appellate Counsel

attorney General           42104 Venture Ct. #A-122

1275 W. Washington         ANTHEM, AZ 85086

Phoenix, AZ 85007