**Index of Exhibits to Defendants' Response to Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 3017)**

Exhibit 1      Declaration of Amy Landry

Exhibit 2      Plaintiffs' invoices highlighted

Exhibit 3      Deficient Time Summary

Exhibit 4      Clerical Time Entries Summary

Exhibit 5      Appellate Tasks Summary

Exhibit 6      Block Billing Entries Summary

Exhibit 7      Email exchange regarding J. Penn

Exhibit 8      Document Review Summary

Exhibit 9      230.16(A) Non-Capital Hourly Rates

Exhibit 10    Tweets

**EXHIBIT 1**

**EXHIBIT 1**

Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DECLARATION OF AMY LANDRY** |

I, **AMY LANDRY**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am the Business Administrator for the Arizona Department of Corrections Health Services Contract Monitoring Bureau (HSCMB) and have held this position since March 2013.

3. My primary duties and responsibilities are to manage and track the HSCMB budget, including encumbrances and submitting invoices for payment. I am also responsible for receiving invoices from Plaintiffs' counsel in the *Parsons v. Ryan* case and for submitting payment on these invoices where appropriate.

4. Pursuant to Paragraph 44 of the Stipulation, Plaintiffs receive up to $250,000 per calendar year for work associated with monitoring the Stipulation. (Dkt. 1185 at ¶44).

5. Attached is a summary sheet of the invoices submitted by Plaintiffs' counsel for the period July 1, 2017 through June 30, 2018. *See* Attachment 1 (Summary Sheet of Plaintiffs' invoices).

6. To date, Defendants have paid Plaintiffs $806,616.75 in monitoring fees pursuant to Paragraph 44 of the Stipulation. (Dkt. 1185 at ¶44).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of October 2018.

*[signature]*
AMY LANDRY