**EXHIBIT 3**

**EXHIBIT 3**

**DEFICIENT TIME SUMMARY**

| Kirstin Eidenbach | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| | 10/03/17 | Review draft brief | 2.9 |
| | 10/25/17 | Review documents | 5.6 |
| | 10/26/17 | Review documents | 5.5 |
| | 10/28/17 | Review documents | 4.3 |
| | 12/13/17 | Finalize response brief | 2.0 |
| | 01/24/18 | Review legal draft | 0.5 |
| | 02/01/18 | Review document production | 7.8 |
| | 02/02/18 | Review document production | 6.6 |

| PLO | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| C. Kendrick | 07/03/17 | reviewed Lewis health care grievances | 0.70 |
| C. Kendrick | 07/05/17 | reviewed emails flagged by DF for further analysis | 0.50 |
| C. Kendrick | 07/10/17 | telephone hearing re discovery. | 1.00 |
| C. Kendrick | 07/13/17 | meet w/ co-counsel | 0.30 |
| C. Kendrick | 07/14/17 | meet w/ DF re case issues | 0.70 |
| C. Kendrick | 07/18/17 | legal research; draft response on contempt fines | 4.60 |
| C. Kendrick | 07/19/17 | worked on brief on contempt, send to DS/DF for review | 3.40 |
| D. Specter | 07/24/17 | review RT of July evidentiary hearing | 1.50 |
| C. Kendrick | 08/08/17 | travel to Meeting with governor staffer | 0.80 |
| C. Kendrick | 08/17/17 | emails w/ DF and KE re: Friday phone call | 0.30 |
| C. Kendrick | 09/01/17 | Phone call with Kirstin | 0.30 |
| C. Kendrick | 09/28/17 | Phone call w/ Angela Ashworth | 0.30 |
| C. Kendrick | 12/14/17 | Emails w/ AH and ML re dec | 0.30 |
| D. Specter | 02/07/18 | co-counsel conf call | 1.10 |
| C. Kendrick | 02/09/18 | Doc review/work on plane | 1.30 |
| C. Kendrick | 02/15/18 | Emails w/ AON attorney | 0.30 |
| C. Kendrick | 05/21/18 | Drafted declaration and exhibits | 0.70 |

| ACLU | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| D. Fathi | 07/01/17 | Review, highlight Pratt's emails. | 0.90 |
| D. Fathi | 07/24/17 | Review, respond to last week's emails. | 0.30 |
| D. Fathi | 07/27/17 | Review, annotate Pratt emails (1-98). | 2.30 |
| J. Onka | 08/22/17 | Review and analysis of Hallett v. Payne docket. | 0.20 |
| D. Fathi | 09/14/17 | Record time from this week's hearings. | 0.30 |
| D. Fathi | 09/22/17 | Prepare for call with defendants. | 0.30 |
| D. Fathi | 10/05/17 | Research regarding counsel's concessions are binding on client. | 0.70 |
| D. Fathi | 10/20/17 | Review latest contempt opinion in Trueblood litigation; email co-counsel regarding same. | 0.40 |
| D. Fathi | 02/21/18 | Westlaw research on Ikram Khan. | 0.40 |