**EXHIBIT 4**

**EXHIBIT 4**

**CLERICAL TIME ENTRIES SUMMARY**

| ACLU | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| J. Onka | 08/30/17 | Prepared table of contents and table of authorities for brief in support of motion for attorneys' fees and costs. | 1.40 |
| A. Lin | 11/06/17 | Prepared binder for D. Fathi for status hearing | 1.00 |
| A. Lin | 12/19/17 | Created binder of documents for D. Fathi for 12/20/17 status hearing. | 1.00 |
| D. Fathi | 12/21/17 | Book travel for 1/10/18 hearing. | 0.10 |
| A. Lin | 02/20/18 | Printed and organized in a binder documents related to Dr. J. Watson. | 1.00 |
| A. Lin | 02/22/18 | Printed and organized documents in a binder for D. Fathi for hearing. | 1.00 |
| A. Lin | 03/02/18 | Saved pleadings. | 0.30 |