**EXHIBIT 5**

**EXHIBIT 5**

**APPELLATE TASKS SUMMARY**

| ACLU | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| D. Fathi | 09/28/17 | Edit draft stipulation to dismiss appeal. | 0.20 |
| D. Fathi | 10/10/17 | Email co-counsel regarding 9th Circuit appeal. | 0.30 |
| D. Fathi | 10/16/17 | Review draft letter to 9th Circuit regarding outside provider orders. | 0.10 |
| D. Fathi | 10/16/17 | Prepare for moot court for 9th Circuit argument. | 2.50 |
| D. Fathi | 10/16/17 | Moot court in preparation for 9th Circuit argument. | 2.40 |
| D. Sholes | 10/16/17 | Moot court in preparation for 9th Cir. argument. | 2.40 |
| D. Fathi | 10/18/17 | Debrief with co-counsel on 9th Circuit argument. | 0.30 |
| D. Fathi | 11/22/17 | Review 9th Circuit filings in contempt appeal. | 0.20 |
| D. Fathi | 11/27/17 | Review 9th Cir. order regarding OSC appeal; email co-counsel regarding same. | 0.20 |
| D. Fathi | 12/19/17 | Review defendants' response to 9th Circuit order to show cause. | 0.20 |
| D. Fathi | 12/21/17 | Edit draft reply to defendants' response to 9th Circuit order to show cause. | 0.20 |
| D. Fathi | 05/21/18 | Review 9th Circuit order dismissing appeal from OSC; email co-counsel regarding same. | 0.20 |
| D. Fathi | 05/22/18 | Review defendants' motion to vacate referral and Ninth Circuit filing; email with co-counsel regarding same. | 0.70 |