**EXHIBIT 6**

**EXHIBIT 6**

## BLOCK BILLING ENTRIES SUMMARY

| Kirstin Eidenbach | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| | 07/03/17 | Prepare for, travel to, and attend legal visits at Perryville. | 9.6 |
| | 07/14/17 | Prepare for and attend evidentiary hearing re open clinic/HNR boxes | 8.8 |
| | 11/01/17 | Finalize exhibits for upcoming hearing | 6.5 |
| | 12/20/17 | Prepare for and attending hearing | 9.2 |
| | 06/14/18 | Prepare for and attend evidentiary hearing | 15.8 |

| PLO | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| C. Kendrick | 07/06/17 | drafted memo summarizing review of PV and Lewis for grievances for possible use at evid hg; reviewed medical records of prisoners with grievances of note | 6.40 |
| C. Kendrick | 08/07/17 | reviewed docs/prepped for evidentiary hearing and status hearing; prepared outlines for cross-exam of Defs' 14 witnesses | 8.10 |
| C. Kendrick | 09/19/17 | worked on oppo to termination motion | 9.50 |
| C. Kendrick | 11/01/17 | reviewed, analyzed CGARS, reviewed class member med records to spot check, complied detailed info re Florence provider documentation, draft letter to Bojanowski re same | 10.80 |
| C. Kendrick | 02/07/18 | reviewed docs for 2/27-28/18 hearing | 7.30 |
| C. Kendrick | 02/21/18 | worked on declaration re: mistakes in Defs' contempt filing | 10.10 |
| C. Kendrick | 02/26/18 | hearing prep (review docs, draft outlines) at Perkins offices | 8.50 |
| R. Lomio | 03/18/18 | research and draft response to Defendants' motion to disqualify Judge Duncan from all further proceedings | 13.30 |
| C. Cesena | 06/08/18 | Create PM charts by institution | 7.0 |