# EXHIBIT 7

# EXHIBIT 7

## Elaine Percevecz

| | |
|---|---|
| **From:** | Ashlee Hesman |
| **Sent:** | Wednesday, January 17, 2018 3:05 PM |
| **To:** | Amy Fettig |
| **Cc:** | Jennifer Onka; Elaine Percevecz; Alison Hardy (ahardy@prisonlaw.com); Don Specter; Jessica Ross (jross@azdisabilitylaw.org); Kathy Brody; Kirstin Eidenbach; Maya Abela; Megan Lynch; Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org); rlomio@prisonlaw.com; Sarah Hopkins (sarah@prisonlaw.com); skader@azdisabilitylaw.org; Sara Norman (snorman@prisonlaw.com); Victoria Lopez; Freouf,Delana (Perkins Coie); Dan Struck; Jacob Lee; Kevin Hanger; Lucy Rand; Michael E. Gottfried; Nick Acedo; Rachel Love; Richie Valenti; Tim Bojanowski; Tim Ray; Jamie Guzman; Parsons Team |
| **Subject:** | RE: Parsons v. Ryan:  Redacted expert reports |

Hi Amy,

If the patient names/numbers remain redacted, we have no objection to de-designating the reports.

Thank you,

Ashlee

---

**From:** Amy Fettig [mailto:afettig@aclu.org]
**Sent:** Tuesday, January 16, 2018 6:08 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>
**Cc:** Jennifer Onka <jonka@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Alison Hardy (ahardy@prisonlaw.com) <ahardy@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Jessica Ross (jross@azdisabilitylaw.org) <jross@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Megan Lynch <megan@prisonlaw.com>; Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org) <rdalyrooney@azdisabilitylaw.org>; rlomio@prisonlaw.com; Sarah Hopkins (sarah@prisonlaw.com) <sarah@prisonlaw.com>; skader@azdisabilitylaw.org; Sara Norman (snorman@prisonlaw.com) <snorman@prisonlaw.com>; Victoria Lopez <vlopez@aclu.org>; Freouf,Delana (Perkins Coie) <DFreouf@perkinscoie.com>; Dan Struck <DStruck@strucklove.com>; Jacob Lee <JLee@strucklove.com>; Kevin Hanger <KHanger@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; Nick Acedo <NAcedo@strucklove.com>; Rachel Love <RLove@strucklove.com>; Richie Valenti <RValenti@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Tim Ray <TRay@strucklove.com>; Jamie Guzman <JGuzman@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Ryan: Redacted expert reports

Hi Ashlee,

I'm just following up to see if you've made any progress on this issue.

Thanks!

Amy

---

**From:** Amy Fettig
**Sent:** Friday, January 12, 2018 10:03 AM

**To:** 'Ashlee Hesman'
**Cc:** Jennifer Onka; Elaine Percevecz; Alison Hardy (ahardy@prisonlaw.com); Don Specter; Jessica Ross (jross@azdisabilitylaw.org); Kathy Brody; Kirstin Eidenbach; Maya Abela; Megan Lynch; Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org); rlomio@prisonlaw.com; Sarah Hopkins (sarah@prisonlaw.com); skader@azdisabilitylaw.org; Sara Norman (snorman@prisonlaw.com); Victoria Lopez; Freouf,Delana (Perkins Coie); Dan Struck; Jacob Lee; Kevin Hanger; Lucy Rand; Michael E. Gottfried; Nick Acedo; Rachel Love; Richie Valenti; Tim Bojanowski; Tim Ray; Jamie Guzman; Parsons Team
**Subject:** RE: Parsons v. Ryan: Redacted expert reports

Ashlee,

It is our practice to share redacted transcripts, expert reports, and other litigation documents with other lawyers and with the public.  This is why we previously requested to de-designate Dr. Penn's deposition transcripts.  Defendants agreed to that de-designation.

Please identify what portions of Dr. Penn's reports you believe would remain confidential once patient names are redacted.

Amy

---

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Thursday, January 11, 2018 6:48 PM
**To:** Amy Fettig
**Cc:** Jennifer Onka; Elaine Percevecz; Alison Hardy (ahardy@prisonlaw.com); Don Specter; Jessica Ross (jross@azdisabilitylaw.org); Kathy Brody; Kirstin Eidenbach; Maya Abela; Megan Lynch; Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org); rlomio@prisonlaw.com; Sarah Hopkins (sarah@prisonlaw.com); skader@azdisabilitylaw.org; Sara Norman (snorman@prisonlaw.com); Victoria Lopez; Freouf,Delana (Perkins Coie); Dan Struck; Jacob Lee; Kevin Hanger; Lucy Rand; Michael E. Gottfried; Nick Acedo; Rachel Love; Richie Valenti; Tim Bojanowski; Tim Ray; Jamie Guzman; Parsons Team
**Subject:** RE: Parsons v. Ryan: Redacted expert reports

Amy,

Can you please provide us with additional information as to why you are seeking to de-designate these reports?  We have concerns regarding the confidentiality of their contents.

Thank you,

Ashlee

---

**From:** Ashlee Hesman
**Sent:** Thursday, January 04, 2018 9:03 AM
**To:** Amy Fettig <afettig@aclu.org>
**Cc:** Jennifer Onka <jonka@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Alison Hardy (ahardy@prisonlaw.com) <ahardy@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Jessica Ross (jross@azdisabilitylaw.org) <jross@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Megan Lynch <megan@prisonlaw.com>; Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org) <rdalyrooney@azdisabilitylaw.org>; rlomio@prisonlaw.com; Sarah Hopkins (sarah@prisonlaw.com) <sarah@prisonlaw.com>; skader@azdisabilitylaw.org; Sara Norman (snorman@prisonlaw.com) <snorman@prisonlaw.com>; Victoria Lopez <vlopez@aclu.org>; Freouf,Delana (Perkins Coie) <DFreouf@perkinscoie.com>; Dan Struck <DStruck@strucklove.com>; Jacob Lee <JLee@strucklove.com>; Kevin Hanger <KHanger@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; Nick Acedo <NAcedo@strucklove.com>; Rachel Love <RLove@strucklove.com>; Richie Valenti <RValenti@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Tim Ray <TRay@strucklove.com>; Jamie

Guzman <JGuzman@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Ryan: Redacted expert reports

Amy,

We will have a response to you after we speak with Dr. Penn next week.

Thank you,

Ashlee

---

**From:** Ashlee Hesman
**Sent:** Friday, December 22, 2017 10:01 AM
**To:** Amy Fettig <afettig@aclu.org>
**Cc:** Jennifer Onka <jonka@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Alison Hardy (ahardy@prisonlaw.com) <ahardy@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Jessica Ross (jross@azdisabilitylaw.org) <jross@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Megan Lynch <megan@prisonlaw.com>; Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org) <rdalyrooney@azdisabilitylaw.org>; rlomio@prisonlaw.com; Sarah Hopkins (sarah@prisonlaw.com) <sarah@prisonlaw.com>; skader@azdisabilitylaw.org; Sara Norman (snorman@prisonlaw.com) <snorman@prisonlaw.com>; Victoria Lopez <vlopez@aclu.org>; Freouf,Delana (Perkins Coie) <DFreouf@perkinscoie.com>; Dan Struck <DStruck@strucklove.com>; Jacob Lee <JLee@strucklove.com>; Kevin Hanger <KHanger@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; Nick Acedo <NAcedo@strucklove.com>; Rachel Love <RLove@strucklove.com>; Richie Valenti <RValenti@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Tim Ray <TRay@strucklove.com>; Jamie Guzman <JGuzman@strucklove.com>
**Subject:** Re: Parsons v. Ryan: Redacted expert reports

Amy,

We are looking into this and will have a response to you after the holiday next week.

Thanks,

Ashlee

Sent from my iPhone

On Dec 22, 2017, at 9:27 AM, Amy Fettig <afettig@aclu.org> wrote:

> Dear Counsel:
>
> We are still awaiting a response to this request.
>
> Thank you.
>
> Amy Fettig
>
> ---
>
> **From:** Amy Fettig
> **Sent:** Monday, December 18, 2017 5:09 PM
> **To:** Jennifer Onka; 'Elaine Percevecz'
> **Cc:** 'Alison Hardy (ahardy@prisonlaw.com)'; 'Ashlee Hesman'; 'Don Specter'; 'Jessica Ross

3

(jross@azdisabilitylaw.org)'; Kathy Brody; 'Kirstin Eidenbach'; 'Maya Abela'; 'Megan Lynch'; 'Rose Daly-Rooney (rdalyrooney@azdisabilitylaw.org)'; 'rlomio@prisonlaw.com'; 'Sarah Hopkins (sarah@prisonlaw.com)'; 'skader@azdisabilitylaw.org'; 'Sara Norman (snorman@prisonlaw.com)'; Victoria Lopez; 'Freouf,Delana (Perkins Coie)'; 'Dan Struck'; 'Jacob Lee'; 'Kevin Hanger'; 'Lucy Rand'; 'Michael E. Gottfried'; 'Nick Acedo'; 'Rachel Love'; 'Richie Valenti'; 'Tim Bojanowski'; 'Tim Ray'; 'Jamie Guzman'
**Subject:** Parsons v. Ryan: Redacted expert reports

Dear Counsel:

I am writing to see if you will agree to a stipulated order de-designating the redacted versions of Dr. Joseph Penn's reports as subject to the Protective Order.  I am attaching those reports for your convenience.

Thank you.

Amy

**Amy Fettig**
**Deputy Director, ACLU National Prison Project**
**Director, *Stop Solitary* Campaign**
**915 15th Street, NW 7th Floor**
**Washington, DC 20005**
**202-548-6608**
**afettig@aclu.org**
**@abfettig**

**ACLU**

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.