**EXHIBIT 8**

**EXHIBIT 8**

## DOCUMENT REVIEW SUMMARY

| KIRSTIN EIDENBACH | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| | 02/01/18 | Review document production | 7.8 |
| | 02/02/18 | Review document production | 6.6 |
| | 02/20/18 | Review document production | 5.3 |
| | 02/23/18 | Review document production | 5.6 |
| | | *Other examples of document review:* | |
| | 10/25/17 | Review documents | 5.6 |
| | 04/05/18 | Review documents in preparation for upcoming hearing | 5.4 |
| | 06/08/18 | Review documents in advance of upcoming hearing | 3.3 |

| PLO | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| C. Kendrick | 01/03/18 | reviewed doc production of director minutes for use in 2/9/18 evidentiary hearing | 3.00 |
| R. Lomio | 01/27/18 | Review documents produced by Defendants in advance of court hearing regarding monitoring. | 2.00 |
| A. Norris | 01/29/18 | Review mortality reports for Feb hearing | 0.50 |

| ACLU | DATE | DESCRIPTION | TIME |
|---|---|---|---|
| D. Fathi | 01/27/18 | Review ADC documents produced for 2/27 hearing. | 2.20 |
| A. Fettig | 02/02/18 | Review defendants' production for 2/27 hearing. | 1.60 |
| D. Fathi | 04/30/18 | Review defendants' production of Director's Meeting minutes; email defendants regarding missing documents. | 0.50 |