**EXHIBIT 9**

**EXHIBIT 9**

(a) Vouchers should be submitted no later than 45 days after the final disposition of the case, unless good cause is shown. The clerks of the concerned courts should ensure that attorneys comply with the prescribed limits. Every effort should be made to have counsel submit the claim as soon as possible upon completion of services rendered.

(b) Absent extraordinary circumstances, judges should act upon panel attorney compensation claims within 30 days of submission.

### § 230.16 Hourly Rates and Effective Dates in Non-Capital Cases

(a) Except in federal capital prosecutions and in death penalty federal habeas corpus proceedings, compensation paid to appointed counsel for time expended in court or out of court or before a U.S. magistrate judge may not exceed the rates in the following table. (For information on compensation of counsel in federal capital cases and death penalty federal habeas corpus proceedings, **see:** Guide, Vol 7A, § 630 (/rules-policies/judiciary-policies/cja-guidelines/chapter-6-ss-630-compensation-appointed-counsel#a630)).

#### § 230.16(A) NON-CAPITAL HOURLY RATES

| If services were performed between... | The maximum hourly rate is... |
|---|---|
| 03/23/2018 to present | $140 |
| 05/05/2017 through 03/22/2018 | $132 |
| 01/01/2016 through 05/04/2017 | $129 |
| 01/01/2015 through 12/31/2015 | $127 |
| 03/01/2014 through 12/31/2014 | $126 |
| 09/01/2013 through 02/28/2014 | $110 |
| 01/01/2010 through 08/31/2013 | $125 |
| 03/11/2009 through 12/31/2009 | $110 |
| 01/01/2008 through 03/10/2009 | $100 |
| 05/20/2007 through 12/31/2007 | $94 |
| 01/01/2006 through 05/19/2007 | $92 |
| 05/01/2002 through 12/31/2005 | $90 |

(b) For rates applicable to services performed prior to May 1, 2002 for non-capital cases, please contact the AO's Defender Services Office, Legal and Policy Division Duty Day Attorney, at 202-502-3030 or via email at DSO_LPD@ao.uscourts.gov (mailto:DSO_LPD@ao.uscourts.gov).