**EXHIBIT 10**

**EXHIBIT 10**



**Corene Kendrick**
@ck94117

| Tweets | Following | Followers | Likes |
|---|---|---|---|
| 3,465 | 464 | 313 | 4,942 |



**Corene Kendrick** @ck94117 · Sep 30
Hope this is my next lawsuit on behalf of incarcerated human beings.

> **David M. Perry** ✓ @Lollardfish
> The Republican Party has created a concentration camp for migrant children on the Texas border. They are forcibly moved there secretly at night to keep them and the practice quiet. There's no school, no legal aid, limited mental health care. #Tornillo



**Corene Kendrick** @ck94117 · Sep 4
"I'd cry because I felt like I was suffocating." @LVikkiml @rewire_news



**'You're Cooking in There': Every Summer, Those Behind Bars Face T...**
"I'd cry because I felt like I was suffocating."
rewire.news


**Corene Kendrick** @ck94117 · 13h
Lunch in PHX w/ named plaintiff in @ACLUaz @ACLU case against #AZ DOC on his 1st day of freedom: we are so grateful for his bravery & help.




**David Fathi** @DavidCFathi · 33m
As prisoners swelter in 113 degree heat, AZ prison staff fill out temperature logs days in advance @ACLU @ACLUAz



Some Arizona Prisons Report Temps Up to 113; Others May Be Fudg…
Yep, that's the temperature *indoors.*



**Corene Kendrick** @ck94117 · 8h
Fasten your seat belts, ladies & gentlemen.

> **Jimmy Jenkins** @newsjunkyjimmy
> Very important week ahead for prison health care in Arizona - background, potential outcomes and voices of the inmates suffering from lack of care @kjzzphoenix kjzz.org/content/613432...



**Corene Kendrick** @ck94117 · 4h
Renewed #Arizona Corrections contract with for-profit health care provider Corizon includes 20% increase in $$ to company - hope to learn more details in our hearing in federal court Wednesday in @ACLU @acluAZ lawsuit



**Arizona Department Of Corrections Extends Prison Health Care Cont...**
The Arizona Department of Corrections (ADC) has extended its prison health care contract with Corizon Health. The contract was revealed in federal co...
kjzz.org



**Corene Kendrick** @ck94117 · 43m

Judge in AZ Corrections #prison health care case: "We are in 2018, and the failures to meet the stipulations continue. The frustration I have felt in this case must be so small compared with the suffering of people on the prison yards."
@azcentral @acluAZ



**Judge: Contempt ruling, fines ahead for state in prison healthcare ca…**
U.S. Magistrate Judge David Duncan promised a judgment against the Department of Corrections and fines for not complying with a 2015 settl…
azcentral.com



**David Fathi** @DavidCFathi · 5h

Whistleblower in @ACLU case paints harrowing picture of conditions in Arizona prisons @ACLUAz @azdisabilitylaw @CourthouseNews



**Whistleblower Gives Harrowing Look on Health Car…**
A counselor who worked at an Arizona prison testified Thursday about a prison health care system riddled with inadequate staffing, poor care, and correctional officer…
courthousenews.com