Michael J. Cohn #288721
ASPC Tucson / Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12CV601-ROS |
|---|---|
| v. | Motion to Compel Compliance |
| Ryan, et al. | Hon. Roslyn O. Silver, Su Sporte |

I, Michael J. Cohn, Class Plaintiff/Prisoner Rights Advocate in the above captioned case respectfully petition this Honorable Court to compel compliance of the Arizona Dept. of Corrections to comply with the following:

1) Post a current business license for the specific city of locale in the medical unit so that it is visible to the consumer/inmates.

2) I know of nothing in statute that exempts a for-profit company from having to post a locale business license visible to the consumer even in correctional facilities. This also applies to the commissary vendor, Keefe Industries and the food service vendor, Trinity Food Services.

3) Even if statute exempted a for-profit-vendor from having to post a business license for a medical care company in a prison it would be irrelevant. Inmates have a right to the standard of care and a business license is required in the locale of service.

4) Post all certified nursing assistants, licensed practical nurses, Registered Nurses, nurse practitioners, physicians, et al. licenses where they are visible to the consumers. We have a right to

1

know that our caregivers are legitimate. If Corizon acted in good faith it would be less of a concern, but their national track record suggests that they make a lot of short-cuts. I reviewed my medical records a few days ago and I asked the clerk if she was certified she said "no." I asked her about certain record keeping policies and she said that the Utilization Management notes were not in the record, were not in the chart because they were administrative. I corrected this notion stating that anything that has to do with patient care must be in the chart. I pointed out that a Certified Medical Records Clerk would know this as part of their training is about policy and procedure. I want to see the U.M. notes.

I understand the security issue of not posting licenses because they have the full name of the licensee. I am not sympathetic with this argument as holding staff accountable trumps security. If staff choose to work in a prison they should understand the risks, especially if they are exploiting inmates for the sake of profit.

Your Honor, please forgive the upcoming rant. I am outraged that counsel for plaintiffs is not identifying the issues above!
The first thing one does when reviewing/auditing a medical facility is to make sure licenses are in order. This is so fundamental I am bewildered that it seems an inmate must be the one to point this out!

There are 2 apparently unlicensed nursing home units downs at this unit, a business of medical care that is unlicensed,

2

We have no idea if our caregivers are actually licensed or not. Therefore, every medical service on this unit, apparently since privatization, is illegal. Every tort that has occurred to inmates on this unit is deserving of damages in my opinion as there is no legitimate medical care service being provided. The entire operation is allegedly fraudulent!

To restate my credentials, I am a doctor (formerly Psychology), a former Healthcare/Hospital administrator with part of a master's degree in Healthcare Administration and a paralegal/jailhouse lawyer with certificates in paralegal studies, Civil Litigation, Criminal Law, Torts/Personal Injury, Family Law, Wills/Trusts/Estates. I now have some 5 years experience as a Jailhouse Lawyer/Prisoner Rights Advocate. I believe my assertions are authoritative.

For the reasons stated herein, the Court should grant this motion in all its respects.

Respectfully submitted,

Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn

Original mailed to: on 10/19/18
Clerk of the U.S. District Ct.
401 W. Washington
Phoenix, AZ 85003

Date: 10/14/18

Copies to: on 10/19/18
- Attorney General
  1275 W. Washington
  Phoenix, AZ 85007
- Prison Law Ofc
  General Delivery
  San Quentin, CA 94964

3

Supplement to Motion
to Compel Compliance

I respectfully request the court order compliance with the following medical records issues. § Su Sponte.

1) Inmates have a right to know their HIPPA rights. A signed acknowledgement by the inmate stating they have read and understand their HIPPA rights should be in the consents section of the chart. This should be in the inmate's primary language.

2) Patient education information should be in that section of the chart, not: We had a recent scabies outbreak in this unit and were given a handout in our dorms. There should be a copy in every chart. When I told the Medical Records clerk about this, she shrugged her shoulders and the R.N. overhearing the conversation shook his head "no," a copy of the back exercises I was given was not in the chart.

3) Inmates have a right to know their patient rights. A signed acknowledgement of patients, that they have been read/understood in their primary language should be in the chart.

M. J. C        Date: 10/13/18
M. J. Cohn

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

**INMATE NAME** (Last, First M.I.) (Please print): Cohn, Michael J.
**ADC NUMBER:** 288721
**INSTITUTION/UNIT:** Tucson / Manzanita 3M3L
**DATE** (mm/dd/yyyy): 10/15/18

**TO:** COIII Saenz — Please note: This is a court document.
**LOCATION:** Manzanita HU3

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Issue: Operating a medical and nursing home business without a license / Business License. This is a plaintiff / witness document. Pursuant to ARS §41-1492 et seq., I allege disability discrimination.

Facts: 1. Inmates, particularly the disabled, have a right to the equivalent standard of care to that in the community at large, Estelle v. Gamble, 97, 104 Sct, (1976). The standard of care for nursing homes is to be licensed and audited by the Arizona State Board of Health. Dorms HU 5 and HU 6, I assert, are nursing home facilities of various levels. Operating a medical care business requires a business license from the city of operation (Tucson).

I allege system-wide fraud by the Arizona Dept. of Corrections and Corizon Health due to operating a medical care business and nursing homes without a license. This situation is analogous to a physician practicing medicine without a license. Even if the service to date is competent, it is still illegal as the future patients and current patients are exposed to an unreasonable risk of future harm. Parsons, et al. v. Ryan, et al. 2:12 CV601-ROS, class action aff'd, (9th Circuit 2014); Helling v. McKinney, 509 U.S. at 33 (1993).

Requested Remedies for Deliberate indifference, Insufficient evidence of License:
1. ADC/Corizon Health must obtain proper licensures ASAP.
2. Release all disabled residents of all ADC complexes to appropriate facilities so they can receive the proper standard of care.
3. Post all pertinent licenses including those of nurses and physicians. Corizon hires non-licensed staff — medical records clerk at Manzanita is not certified. Inmates have a right to know their caregivers are legitimate.

**INMATE SIGNATURE:** M.J.C., Ed.D.
Former Psychologist
Former Health / Hospital Administrator
Prisoner Rights Advocate

**DATE** (mm/dd/yyyy): 10/15/18

**Have you discussed this with institution staff?** ☒ Yes ☐ No
**If yes, give the staff member name:** LPN, name unknown

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14