UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE (DOC. 3032) TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (DOC. 3017)** |

The Court, having reviewed the Stipulation for Extension of Time to File Reply to Defendants' Response (Doc. 3032) to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3017), and finding good cause, hereby **GRANTS** the Stipulation.

Plaintiffs shall have up to and including November 2, 2018 to file their Reply to Defendants' Response (Doc. 3032) to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3017).