Jack Conroy 096414
ASPC- South Unit
P.O. Box 8400
Florence, Az. 85132
Plaintiff, Pro-Se

United States District Court
District Of Arizona

Ref. Case # CV-12-00601-PHX-DKD

Honorable Judge David K. Duncan,

Although I am a class member in the Parsons v. Ryan case, for which I've provided information to the Prison Law Office and continue to do so.
  I also have two pending lawsuits against ADC and Corizon for which I've suffered Severe Retaliation.
    Case # 2:14-CV-01598-PHX-DJH-DMF
         # CV-18-02458-PHX-DJH-DMF
Although I've submitted Orders of Protection I was again <u>recently Assaulted by CO II Jiles</u> at South Unit and D.W. Lori Stickley has refused to contact C.I.U. as she encourages and condones her staff to committ violence against me in retaliation for litigation.

(1)

I was assaulted 10/19/18 and when COII Jiles confessed to DW Stickley that he did assault me without provocation and that he threatened me with bodily harm, he could see the fear in my eyes. She just laughed.

I was assaulted without provocation and Repeatedly threatened with Bodily Harm and DW Stickley thinks thats funny. Captain Williams was also present during the confession. He just shook his head and walked away.

Am I not protected under Court Order signed 7/25/2017 as a Class Member of Parsons v. Ryan whom has provided this Court and the Prison Law Office with written statements?

Respectfully submitted 20th October 2018

By: _____
Jack Conroy

(2)