1  Office of the Arizona Attorney General
2  Michael E. Gottfried, Bar No. 010623
   Assistant Attorney General
3  2005 N. Central Avenue
   Phoenix, Arizona 85004-1592
4  Telephone: (602) 542-1645
   Fax: (602) 542-3393
5  Michael.Gottfried@azag.gov

6  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
7  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
8  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
9  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
10 Fax:  (480) 420-1696
   dstruck@strucklove.com
11 rlove@strucklove.com
   tbojanowski@strucklove.com
12 nacedo@strucklove.com

13 *Attorneys for Defendants*

14              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF ARIZONA**
15

16 Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-ROS
   and all others similarly situated; and Arizona
17 Center for Disability Law,
                                     Plaintiffs,
18         v.                                          **DEFENDANTS' RESPONSE TO**
                                                       **PLAINTIFFS' MOTION TO**
19 Charles Ryan, Director, Arizona Department          **ENFORCE PAYMENT OF**
   of Corrections; and Richard Pratt, Interim          **MONITORING FEES (DOC. 3026)**
20 Division Director, Division of Health Services,
   Arizona Department of Corrections, in their
21 official capacities,
                                     Defendants.

22        Defendants Director Charles Ryan and Richard Pratt, through counsel, request this

23 Court deny Plaintiffs' Motion to Enforce Payment of Monitoring Fees (Doc. 3026).

24        First, it is evident from Plaintiffs' Motion that Plaintiffs did not attempt to meet

25 and confer regarding the payment issue before filing their motion. Therefore, Plaintiffs'

26 Motion was premature to begin with.

27        Second, the Stipulation does not require Defendants to pay Plaintiffs' submitted

28 bills for monitoring activities without challenge.  (Doc. 1185 at ¶ 44.) Here, undersigned

counsel analyzed Plaintiffs' submitted bills and, on October 10, 2018, sent a letter to Plaintiffs' counsel, Donald Specter, advising of Defendants' objections to Plaintiffs' 2018 second quarter attorneys' fees/costs bills.  In short, and like Defendants' challenge to Plaintiffs' request for attorneys' fees/costs for Stipulation enforcement activities, Defendants objected to Plaintiffs' (1) continued billing that is vague and ambiguous as to the actual work being done and thus Defendants cannot determine whether the time billed relates to monitoring; (2) block billing for numerous activities in one entry of which some time is unrelated to monitoring; (3) billing for activities unrelated to monitoring; (4) billing for phone calls and emails with attorneys who are unconnected to this case and who appear to have their own lawsuits filed against Defendants; (5) billing for law student time; (6) billing attorney rates for legal assistants and paralegals; and (7) seeking costs for expenses the Court has either previously capped or determined are overhead costs and not compensable.  (Doc. 3032, 2503.)

Third, Defendants have submitted the unchallenged portion of the 2018 second quarter monitoring bill ($90,358.38 of the $168,570.58 billed) to the Arizona Department of Corrections for payment.  Unfortunately, due to challenges arising from installation of new software, there has been an unanticipated delay in the payment issuing.  However, Defendants expect payment will issue in the next few days. Once the payment issues, Defendants will have paid Plaintiffs' counsel $191,553.39 towards the annual cap of $250,000.00 for 2018 monitoring activities.

For these reasons, Defendants respectfully request this Court deny Plaintiffs' Motion to Enforce Payment of Monitoring Fees (Doc. 3026).

1    RESPECTFULLY SUBMMITTED this 24th day of October 2018.

2                                                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                                         By /s/Rachel Love
5                                              Daniel P. Struck
                                               Rachel Love
6                                              Timothy J. Bojanowski
                                               Nicholas D. Acedo
7                                              3100 West Ray Road, Suite 300
                                               Chandler, Arizona  85226
8
                                               Office of the Arizona Attorney General
9                                              Michael E. Gottfried
                                               Assistant Attorneys General
10                                             2005 N. Central Avenue
                                               Phoenix, Arizona 85004-1592
11
                                               *Attorneys for Defendants*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:        afettig@npp-aclu.org

Asim Dietrich:        adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:      dspecter@prisonlaw.com

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

Jose de Jesus Rico:     jrico@azdisabilitylaw.org

Kathleen E. Brody      kbrody@acluaz.org

Kirstin T. Eidenbach:    kirstin@eidenbachlaw.com

Maya Abela           mabela@azdisabilitylaw.org

Rose Daly-Rooney:     rdalyrooney@azdisabilitylaw.org

Sara Norman:         snorman@prisonlaw.com

Rita K. Lomio:        rlomio@prisonlaw.com

Victoria Lopez:       vlopez@aclu.org

/ / /

/ / /

/ / /

4

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love