Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' SUPPLEMENTAL REQUEST IN SUPPORT OF MOTION FOR STATUS HEARING (DOC. 2999)** |

Plaintiffs reiterate their previous requests that this Court schedule a status hearing as soon as practicable. [Docs. 2999, 3003] As the dates proposed in Plaintiffs' previous request have now passed, Plaintiffs propose any of the following dates: October 29 or 30, November 8, 9, 26-30, or December 3, 4, or 7, 2018.

Plaintiffs also seek to update the Court as to their candidates for Court review as experts pursuant to its June 22, 2018 orders. Plaintiffs previously proposed that Dr. Homer Venters, M.D., be considered by the Court to serve as an expert in response to the Court's request for candidates "who can perform the analysis necessary to understand why deficiencies persist and to opine as to the policies and procedures necessary to compel compliance with the Stipulation" (Doc. 2905 at 3). *See* Doc. 2939 at 2; Doc. 2939-1 at Ex. 1 (Dr. Venters' CV). Due to other commitments, Dr. Venters can no longer serve the Court in such a capacity; however, Plaintiffs' other two proposed experts, Dr. Puisis and Dr. Porsa, remain available to serve, either as a team or individually. *See* Doc. 2939 at 2; Doc. 2939-1 at Exs. 2-3.

In addition to the agenda items proposed by Plaintiffs in their motion (Doc. 2999 at 2-4), Plaintiffs propose the following additional agenda items:

1. Defendants' continuing noncompliance with performance measures set forth in the October 10, 2017 Order to Show Cause (Doc. 2373) and/or performance measures previously found substantially noncompliant by the Court. [*See, e.g.*, Doc. 1583 at 2, Doc. 1709 at 1, Doc. 2030 at 2, Doc. 2430 at 2-3, Doc. 2764 at 2, Doc. 3020 at 1-2]

In addition to showing current and ongoing noncompliance with many of the measures previously found noncompliant, Defendants' report of July 2018 CGAR scores shows that ten (10) of the measures specifically set forth in the October 2017 Order to Show Cause remain noncompliant as of July 2018. [Doc. 3014-1 at 89 (PM 39 at Lewis); 115 (PM 44 at Eyman); 142 (PM 47 at Eyman); 148 (PM 47 at Lewis); 176 (PM 50 at Florence); 185 (PM 51 at Eyman); 200 (PM 52 at Florence); 223 (PM 66 at Florence); 226 (PM 66 at Lewis); 227 (PM 66 at Tucson)]

For a number of these measures, compliance actually deteriorated between

June and July 2018.  [*Id.* at 89 (PM 39 at Lewis from 74% to 70%); 115 (PM 44 at Eyman from 31% to 17%); 142 (PM 47 at Eyman from 68% to 52%); 176 (PM 50 at Florence from 54% to 49%); 185 (PM 51 at Eyman from 88% to 74%); 223 (PM 66 at Florence from 100% to 80%); 226 (PM 66 at Lewis from 90% to 20%); 227 (PM 66 at Tucson from 80% to 70%)][1]

2. Plaintiffs' Motion for Attorneys' Fees for enforcement/litigation of the Stipulation in FY 2018.  [Doc. 3026 (Motion); Doc. 3032 (Defs' Response, requesting oral arguments); Plfs' Reply due November 2, 2018]

3. Defendants' continuing refusal to timely pay Plaintiffs' monitoring fees as required by ¶ 44 of the Stipulation (Doc. 1185).  [Doc. 3026 (Motion); Doc. 3037 (Defs' Response); Plfs' Reply due October 31, 2018].

4. The planned transfer of all juvenile girls currently housed at Perryville-Minors Unit to Tucson-Minors Unit, (see N4T Investigators, "Risky Relocation," 10/3/18, available at https://kvoa.com/news/n4t-investigators/2018/10/03/n4t-investigators-risky-relocation/), and the possible impact upon the monitoring of Performance Measures that involve minors (health care PMs 33, 34, 62, 73), as well as the impact upon maximum custody monitoring.

5. Update regarding the outbreaks of scabies at ASPC-Douglas and ASPC-Tucson.  *See* Ex. 1, attached hereto.

For the reasons set forth above and those offered in their original Request for a Status Hearing (Doc. 2999) and Reply (Doc. 3003), Plaintiffs respectfully request that the Court schedule monthly or other periodic status conferences starting as soon as practicable.

---

[1] Defendants' latest report again raises questions regarding the accuracy of information documented in class members' medical records.  *See* Doc. 3014-1 at 50 (finding 82% compliance with PM 20 ["Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record." (Doc. 1185-1 at 9)] at Eyman, because "Providers were postdating SNOs [Special Needs Orders] with a date after the actual encounter with the patient."). *See* Doc. 2900 at 12 ("Each of the examples above, when taken together, demonstrates that the Court cannot be confident that the CGARs demonstrate compliance with the Stipulation").

Dated: October 25, 2018

**PRISON LAW OFFICE**

By:   s/ Corene Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, PLLC**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
| | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
| | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
| | Telephone: (602) 351-8000 |
| 5 | Email: dbarr@perkinscoie.com |
| | agerlicher@perkinscoie.com |
| 6 | jhgray@perkinscoie.com |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    Jessica Jansepar Ross (Bar No. 030553)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org
      jross@azdisabilitylaw.org

    Asim Dietrich (Bar No. 027927)
    5025 East Washington St., Ste. 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email: adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick

-6-