# Exhibit 1



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

October 24, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:  *Parsons v. Ryan*, 2:12-CV-00601
ASPC-Douglas Scabies Outbreak
ASPC-Tucson Scabies Outbreak

Dear Mr. Bojanowski:

According to the August 13, 2018 CQI Meeting minute notes for ASPC-Douglas,

There were about 64+ cases of the scabies outbreak for Mohave. Treatment for all Inmates were [sic] completed and Nursing Staff worked together to get all areas covered. Ana Morales and Derilyn worked efficiently to complete the second dose as smoothly as possible. There was an expense of about $55,00 was accrued throughout the scabies process.

[…]

Scabies outbreak at Mohave counts as an actual Disaster. This was not considered a drill. Documentation of how Medical and DOC handled the situation is in works. Final report will be available through FHA and DW office at Mohave Unit.

ADCM1534442-43.

We request that you provide us no later than October 31, 2018 with the names of all class members incarcerated at ASPC-Douglas who were treated for scabies during this outbreak, as well as the final report regarding the outbreak.

Additionally, we have been notified by the families of class members incarcerated at ASPC-Tucson that there recently was an outbreak of scabies at the Manzanita Unit, that as of

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
RE: Scabies Outbreaks
October 24, 2018
Page 2

October 18, had infected more than 30 people.  We similarly request that you provide us the names of all class members who have been treated for scabies at ASPC-Tucson during this outbreak.

Thank you for your attention to this matter.

Sincerely yours,

Corene Kendrick, Staff Attorney