IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Extension of Time to File Reply to Defendants' Response (Doc. 3032) to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3017), and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 3035) is **GRANTED**. Plaintiffs shall have up to and including November 2, 2018 to file their Reply to Defendants' Response (Doc. 3032) to Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3017).

Dated this 24th day of October, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge