☒ FILED   ☐ LODGED

**Oct 23 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MR. Roberto Carrasco Gamez # 131401
ASPC-Lewis- East May
P.O. Box 3600- Buckeye, Ariz 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor PARSONS
            PLAINTIFF            CASE NO. 12-0601-PHK-DKD

v.

Charles L. Ryan            Notice of Non-Compliance
            Defendant(s)            with Performance Measure
                        31 and 32

    COMES NOW, Plaintiff Gamez hereby Respectfully Request
AN investigation into Non-Compliance) with the following
PERFORMANCE Measure:

        Quality Improvement:

    "Mortality Reviews will identify and Refer deficiencies to
    Appropriate Managers and Supervisors, including CQI committee,
    And corrective Action will be taken."

    Arizona Dept. of Corrections ('ADC') Director Charles L. Ryan has
lost All control of prisoner safety in ('ADC') ('ADC') security
personnel have even conspired to orchestrate prisoner-on-
prisoner hostilities, resulting in Murder, Stabbing(s) And Assaults.
Most Recently, ('ADC') prisoner Mr. Chis cecil 064179 was A
victim of Staff Misconduct Resulting in his Death under the
Justifiable Disguise of Suicide and/or Drug Over-dose
    ('ADC') Director Ryan and Dept. Warden) Rode have totally
ignored prisoner safety concerns) Manipulating placement)
putting "Unmanageable Against Unmanageable" designing A
gladiator program driver by police provocators)
    (Gamez") is Requesting A Criminal Investigation and Non-
Compliance with Non)Compliance with Performance Measure
31 and 32                                    PAGE 1

Respectfully Submitted this 23 day of Oct, 18

Under penalty of Perjury

MR. Roberto CarrascoGame
131401
ASPC-Lewis-Rast MAX
P.O. Box 3600. Buckeye AZ
85326