Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE PAYMENT OF MONITORING FEES (DOC. 3026)** |

1     Defendants assert that "Plaintiffs did not attempt to meet and confer regarding the payment issue before filing their motion." Doc. 3037 at 1. This is false. Under the plain terms of the Stipulation, payment was due no later than **September 13, 2018**. *See* Doc. 3026 at 2. When no payment had been received by September 21, Plaintiffs' counsel contacted Defendants' counsel no fewer than three times, over a seven-day period, and never received a substantive response. After waiting in vain for an additional twelve days, Plaintiffs finally filed their motion on October 10. *See* Doc. 3027, ¶¶ 2-5; Doc. 3027-1 at 3-5. Defendants do not specify how much longer they believe Plaintiffs should have waited in light of Defendants' clear disregard of the Stipulation's deadline.

    Defendants next assert that "the Stipulation does not require Defendants to pay Plaintiffs' submitted bills for monitoring activities without challenge." Doc. 3037 at 1. This is misleading at best. The Stipulation provides as follows:

> 44. Plaintiffs' counsel shall be compensated for work reasonably performed or costs incurred to monitor or enforce the relief set forth in this Stipulation up to $250,000 per calendar year. In exchange for Plaintiffs' agreement to a cap on the amount of fees, **Defendants shall not dispute the amount sought unless there is an obvious reason to believe that the work was unreasonable or the bill is incorrect.** … Plaintiffs' counsel shall submit an invoice for payment quarterly along with itemized time records and expenses. **Defendants shall pay the invoice within thirty (30) days of receipt.**

Doc. 1185 at 16 (emphasis added).

    Defendants freely admit that they raised no objection to Plaintiffs' August 14 invoice until October 10, well beyond the 30-day deadline. *See* Doc. 3037 at 2. This, without more, waives any objection they might have asserted. More fundamentally, Defendants entirely fail to show that "there is an obvious reason to believe that the work was unreasonable or the bill is incorrect." Defendants have not submitted Plaintiffs' invoice or billing records, indicating the entries to which they object. They have not even submitted the letter in which they claim to have outlined their objections. The Court is left only with counsel's vague assertions, unsupported by declaration or any other evidence, that certain unspecified time entries are objectionable. *See* Doc. 3037 at 2. But

"the arguments and statements of counsel are not evidence." *Barcamerica Int'l USA Tr. v. Tyfield Importers, Inc.,* 289 F.3d 589, 593 n. 4 (9th Cir. 2002) (internal quotation marks, citation omitted).

In light of their complete evidentiary default, Defendants' untimely objections are waived. *See Blum v. Stenson*, 465 U.S. 886, 892 n. 5 (1984) (objections to fee claim waived by defendants' failure "to submit to the District Court any evidence challenging the accuracy and reasonableness of the hours charged") (internal citations omitted); *Toussaint v. McCarthy*, 826 F.2d 901, 904 (9th Cir. 1987) (prison conditions case) (approving plaintiffs' lodestar amount, which "may appear to be high," when "defendant has not come forward with affidavits contesting the reasonableness of the rates or hours expended"). Plaintiffs' motion should be granted; Defendants should be ordered to pay $148,804.99, with interest to accrue pursuant to 28 U.S.C. § 1961. *See* Doc. 3026 at 3.

Dated: October 25, 2018

By: /s/ David C. Fathi

David C. Fathi (Wash. 24893)\*
Amy Fettig (D.C. 484883)\*\*
Victoria Lopez (Ill. 6275388)\*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@npp-aclu.org
afettig@npp-aclu.org
vlopez@aclu.org

\*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
\*\*Admitted *pro hac vice*

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:   dbarr@perkinscoie.com<br>              agerlicher@perkinscoie.com<br>              jhgray@perkinscoie.com |

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Kirstin T. Eidenbach (Bar No. 027341)
**EIDENBACH LAW, P.C.**
P. O. Box 91398
Tucson, Arizona 85752
Telephone: (520) 477-1475
Email:   kirstin@eidenbachlaw.com

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@ strucklove.com
tbojanowski@strucklove.com
nacedo@ strucklove.com
ahesman@ strucklove.com
jlee@strucklove.com
tray@ strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

/s/ David C. Fathi