THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE _URCiv 5.4_
(Rule Number/Section)

LODGED
RECEIVED ___ ___ COPY

OCT 29 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Michael J. Cohn #288721

ASPC Tucson/Manzanita 3A3L

P.O. Box 24401

Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al,

v.

Ryan, et al.

2:12CV601-ROS

Potition for Investigation of Fraudulent Schemes, etc.

Hon. Roslyn O. Silver

I, Michael J. Cohn, class plaintiff/prisoner Rights Advocate respectfully request this honorable Court to Su Sponte refer the ADC (Arizona Dept. of Corrections)(Charles Ryan, Director) and Corizon LLC, (AKA Corizon Health) to the U.S. Dept. of Justice for criminal investigation of the following violations:

1) Fraudulent schemes and artifices, ARS§13-2310. I allege the above agencies individually or as accomplices, etc. conspired to pro illegally provide medical care/nursing home care, etc. without appropriate licenses.

2) Felony murder, ARS§13-1101 et seq. I allege every inmate who has died in the ADC since privatization of medical care was initiated is a victim of felony murder. A death occurring during commission of a crime qualifies as a "Felony murder."

3) Conspiracy. ARS§13-30,303,303,304,305,306. Crutcher + Sanchez v. County of Dakota, 687 F3d 979 (8th Cir. 2012).

Per the Administrative Procedures Act 5 USC§706 I assert that inmates suffering legal wrong because of agency action or adversely affected or aggrieved by agency action within

1

the meaning of a relevant statute, is entitled judicial review thereof. As set forth herein, I personally and all other past and current and future inmates have a right to judicial review of the alleged felonies since privatization of medical in ADC was initiated. Felony murder does not require intent to kill. (Merriam-Webster's Dictionary of Law, Springfield, Mass. 2011.)

I assert that expert Dr. Robert Cohen's testimony of 1 inmate death per week due to medical negligence accounts for app. 300 felony murders since this case was filed in 2012. This does not include those who may have died from medical neglect, but not were identified as such, 2012CV601-DKD, See also E.J. Montini column, Az. Republic 9/11/2014 ("Inmates should be treated like Dogs").

In 2015 I wrote Judge Duncan prior to the Fairness Hearing that none of us expect the Arizona Dept. of Corrections to act in good faith to provide inmates adequate medical care. Not only have they not acted in good faith, but my repeated assertions that they are acting criminally to murder inmates under the cover of medical error is verified over and over during these past years. Nothing will improve, in my opinion, until the court takes strong action to investigate, arrest and prosecute those responsible and assign a Federal Receiver to operate/direct ADC and any private medical vendor. I will continue to repeat this mantra ad nauseum

2

Until the court recognizes the validity of my assertions and takes corrective action su sponte, I see no point in continuing the theater of Parsons V. Ryan when RDC has made clear its intent to do whatever it wants, contemptuously, in full view of the world.

For the reasons stated herein, the court should grant this motion in all its respects.

Respectfully submitted,                    Date: 10/22/18

Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn

Prisoner Rights Advocate


Original mailed to:    on! 10/24/18

clerk of the U.S. District Ct,

401 W. Washington

Phoenix, AZ 85003


Copies to:    on! 10/29/18

– attorney General

1275 W. Washington

Phoenix, AZ 85007

– Sara Norman, attry. mgr.

Prison Law Ofc,

General Delivery

San Quentin, CA 94964

3

**ARIZONA DEPARTMENT OF CORRECTIONS**

Complaints are limited to one page and one issue. Please print all information.

**Inmate Informal Complaint Resolution**

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson/Manzanita 3A3L | 10/22/18 |

| TO | LOCATION |
|---|---|
| COIII Saenz | Manzanita HU3 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue! Fraudulent Scheme to provide Unlicensed medical care and Felony murder of inmates by ADC/CORIZA LLC, AKA Corizon Health. I allege ADC/CORIZA LLC AKA Conizon Health individually, or jointly decided to pursue an Unlicensed medical care for profit business per ARS §13-2310. All inmate deaths (app. 300) since privatization occurring from medical Neglect are Felony murders. 2:12cv601-ROS. A death occurring during the commission of a serious crime constitutes Felony murder. Felony murder does not require intent to kill. ARS §13-1101-1105. Per the Administrative Procedures Act 5 USC §706 I assert that inmates suffering legal wrong because of agency action or adversely affected or aggrieved by agency action within the meaning of a relevant statute, is entitled to judicial review thereof. Parsons, et.al. v. Ryan, et.al. 2:12cv601-ROS. The 5th, 6th, 8th and 14th amendments of the U.S. Const. and comparable state CONSTITUTIONAL ARTICLES are implicated. Per ARS §13-702 annotated note 35, no sentence can be cruel and unusual. "Deliberate Indifference" is implicated in this matter as all inmates are plaintiffs in Parsons v. Ryan, all are affected adversely and all are aggrieved. Farmer v. Brennan 511 US, 825, 837 (1994); Helling v. McKinney, 509 U.S. 25, 31-32 (1993).

    Requested Remedy
- Refer this matter to the U.S. Dept of Justice for criminal investigation.
    Note: any attempt to transfer me, search my person/property (unprovoked), change my bunk location, interalia, etc. will be viewed as retaliation.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| M. J. Cohn, Ed.D. | 10/22/18 |
| Prisoner Rights Advocate | |

Have you discussed this with institution staff?    ☑ Yes   ☐ No

If yes, give the staff member name: COIII Saenz

Distribution:  INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14