1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

8

9

10

11

12

13

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br><br>**ORDER GRANTING JOINT MOTION TO MODIFY ORDER (DOC. 2958)** |

14

15

16

The Court, having reviewed the Joint Motion to Modify Order (Doc. 2958) regarding the monthly submission of performance measure charts, and finding good cause, hereby GRANTS the Motion.

17

18

Defendants shall submit the performance measure charts subject to the Court's Order (Doc. 2958) on the 21st day of each month or the next business day thereafter.

19

20

21

22

23

24

25

26

27

28