THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **LRCiv.5.4, LRCiv.7.1(a)(1)**
(Rule Number/Section)

24 OCT 2018

TO-JUDGE-dAVId-dUNCAN

CV-12-0601-PHX-dKd

☑ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

NOV - 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

MOTION TO REPRESENT MYSELF FOR NONE OF THE LAWYERS ON THIS CASE WILL RESPOND TO MY POSTAL MAIL

I HAVE CANCER AND PRISON MEDICAL HAS REFUSED TO PROVIDE ME WITH CANCER CARE FOR 8 OR 9 YEARS NOW

I REQUIRE TO SEE AN ONCOLOGIST BEFORE MY CANCER KILLS ME I HAVE BEEN IN SCREAMING PAIN FOR YEARS

THANK YOU Kay

KEMP-HORTON-202496
PO BOX-8200
FLORENCE-AZ
85132