Case 2:12-cv-00601-ROS   Document 3052   Filed 11/02/18   Page 1 of 1

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

NOV - 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

ARIZONA STATE PRISON
KEMP-HORTON-202496
PO BOX-8200
FLORENCE AZ
85132



TO-JUDGE-dAVID-K-dUNCAN
US dISTRICT COURT OF ARIZONA
401-W-WASHINGTON-ST-#325
PHX-AZ
85003-0001

---

CV-12-0601-PHX-dKd

MOTION TO REPRESENT MYSELF IN THIS CASE FOR NO LAWYERS ON THIS CASE WILL RESPOND TO MY LETTERS

I HAVE CANCER AND THE PRISON HAS REFUSED ME CANCER CARE FOR 8 = 9 YEARS NOW

AND NONE OF THE LAWYERS ON THIS CASE WILL do ANYTHING ABOUT IT

SOOO

I MUST BE ABLE TO REPRESENT MYSELF ON THIS CASE

THANK YOU