☒ FILED ☐ LODGED
Nov 15 2018
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

John P. Baker, #46157
Arizona State Prison
Lewis / Barchey
P.O. Box 3200
Buckeye, AZ 85326

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CV-12-601-PHX-ROS

| | |
|---|---|
| Parsons, Plaintiff, vs. Charles L. Ryan, et al, Defendants. | Case: CV-12-00601-PHX-DKD<br>NOTICE TO COURT |

Comes now an inmate who is affected by this Case, John P. Baker who files this Notice to the Court:

1) Several category numbers are NOT being followed as stipulated to in the settlement

2) The numbers include - 14, 26, and 54. They ALL involve me. Timelines are NOT met!

3) I am NOT the ONLY inmate who are affected by this and other catagories as

well.

4) Hopefully this Court can help.

Respectfully submitted this 15th day of NOV, 2018

John P. Baker

copy of the foregoing E-mailed this date to: All attorneys involved.