Mauricio Lombardo #290381
ASPC Lewis, Stiner
P.O. Box 3100
Buckeye, AZ 85026

☒ FILED  ☐ LODGED
**Nov 15 2018**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In the United States District Court, District of Arizona

Victor Antonio Parsons, et al.    No.- CV-12-0601-PHX-DKD
      v                                 CV-12-601-PHX-ROS
Charles Ryan, et al                Amicus brief
                                   Hon. David K. Duncan

Mauricio Lombardo, a member of the class action suit named above, comes before this court, in the above entitled case, to provide this Amicus brief. As it relates to this case, I am a patient of Corizon health, in Lewis prison, I have several chronic care issues, I have reached a point in which I can only believe that ADOC and Corizon have absolutely no desire to improve the medical, dental and psychiatric or vision care, going as far as to falsifying medical records to provide them cover for avoiding medical care, or prescribing medications, procedures, etc. It is my opinion that the court needs and should take more control away from ADOC over review or monitoring of Corizon health.

Due to the practices of Corizon health, I can not, in this filing, disclose to the court the specific events or care, I am referring too, due to the real fear, that Corizon will change the records and cover up their incompetence, and let it also be known, that I am also asking the court

(1)

to protect me against retaliation from either of the defendants in this matter.

Submitted via e-file to the district Court, defendants representatives, and plaintiff representatives on this 14th day of November, 2018

Mauricio Lombardo

Mauricio Lombardo # 290381
ASPC Lewis, Stiner Unit
P.O. Box 3100
Buckeye, AZ 85026

In the United States District Court, District of Arizona

| | |
|---|---|
| Victor Antonio Parsons, et al | No - CV-12-0601-PHX-DKD |
| v | |
| Charles Ryan, et al | Certificate of Service |
| | Hon. David K. Duncan |

This Certificate serves as notice that an Amicus brief was e-filed via Libeary on this 16th day of November, 2016, to be delivered electronically to the District Court of the United States, District of Arizona, All Defendant and Plaintiffs counsels of record

Mauricio Lombardo

(1)