THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4
(Rule Number/Section)

Michael J. Cohn #288721
ASPC Tucson / Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734

FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 29 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12CV601-ROS |
|---|---|
| v. | Objection to Expert Opinion, etc. |
| Ryan, et al. | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class plaintiff/advocate in the above named case, respectfully object to the court's conclusion that staffing levels and the expert (Millar) identifying cause of staffing failures is a meaningful solution or process step to the solution. In fact, per principles of organizational psychology, I believe the court has been misled to conclusions that enable the problem, not remedy it. Docs. 2898, 3057-1

Briefly, the principles of organizational culture that enhance rather than inhibit productivity are at issue. Culture in this instance is created from the top down, emanating from the Governor's Office. If the court is interested, there are 2 resources that may be helpful. A book published in the 1960's or 1970's titled, School Climate Improvement, A Challenge for the School Administrator, published by Phi Delta Beta Kappan. The other resource is the film titled, In Search of Excellence. I believe this is from the 1980's.

Ultimately, the question is "how does one move an organization from dysfunction to excellence? Perhaps

the court would be content simply moving ADC from dysfunctional to compliant. I believe this is futile as the only meaningful remedy is to strive for the highest. Clearly, the Governor who is ultimately responsible for this mess is content with the status quo. It is within his power that ADC be ordered to become excellent in all areas including medical care. Taking that position immediately results in a process of reinvention that moves the entire organization simultaneously in a positive direction.

The essential component in this process is inclusion of the target population, particularly its negative leaders. This process shifts the, in this case, the inmate population and resistant staff members from resistance to cooperation.

In the arrogance and fear of the State's leadership, their organizational structure and model is outdated and foolish. Certainly an accomplished business executive like Gov. Ducey should recognize this. He could fix this mess if he wanted to. In fact, I believe I could fix this mess if I was in a leadership position. Probably within 3 years.

Staffing issues are a red herring. This only gets fixed if people want to work in ADC. Financial incentives only go so far to attract staff. If the Gov. took the position that he wants the best prison system in the world, wants the best staff, is willing to include inmates in the reinvention process and stayed the course, recidivism would significantly reduce, healthcare would

2

improve and violence would subside. Since the Governor is content with the status quo, the only remedy is to impose organizational change via a Federal intervention.

Of course, we must take into consideration the many stakeholders who are content with the status quo. I won't belabor the point, but one only needs to ask, "who benefits financially from the status quo." From all appearances, a lot of lawyers and state legislators and politicians, bureaucrats, allegedly. I'm sure this is not news to the court, but it must be stated, as what is concealed gains power from silence.

One cannot think in a linear manner about these problems and expect a positive outcome. Innovative, "out of the box" thinking is necessary a la Silicon Valley. That is not necessarily saying that business models should be applied to government. Rather, the methods of problem solving cannot be the same, tired remedies that have already failed. "If nothing changes, nothing changes!"

The bottom line is, as long as the Governor is hostile to inmates, nothing will change. "Half measures avail us nothing." I respectfully request you consider my commentary. It is submitted with the best of intentions.

      Respectfully submitted,

      Michael J. Cohn, Ed.D.

      Dr. Michael J. Cohn, Advocate, Pro Se.

✱ Your honor. If you haven't seen the movie "Brubaker" starring Robt. Redford, I recommend it. It is a metaphor for the instant case.

3

Original mailed to:   on: 11/26/18
Clerk of the U.S. Dist. Ct.
401 W. Washington, SPC-1
Phoenix, AZ 85003


copies to:   on: 11/26/18
Atny. Genl.
1275 W. Washington
Phoenix, AZ 85007


Prison Law Ofc.
General Delivery
San Quentin, CA 94964