# Exhibit 15



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 29, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

     RE:    Parsons v. Ryan, 2:12-CV-00601
             ASPC-Lewis Tour (November 13-15, 2018)

Dear Tim,

     I write regarding Plaintiffs' tour of ASPC-Lewis to inform you of some of the systemic problems and violations of the Stipulation that we identified while touring the facility.  Since the tour two weeks ago, we have notified you of the many individuals whom we and our experts spoke with who are in urgent need of medical care, and will continue to do so by separate letters.

     As a threshold matter, during the tour, we spoke with many class members who were hesitant to provide information out of concerns of retaliation by staff.  Others reported that in the past their confidential legal mail to or from our offices had been read, or had documents removed from the letters.  My letter of November 16, 2018 detailed the threats made against class members at Barchey Unit on November 14, 2018.  *See* 11/16/18 Ltr. at 3. The Court has expressed its concern about retaliation against class members for speaking to class counsel and/or conveying information to the court, and found it necessary to enter an order barring such acts.  [Doc. 2209]

## SYSTEMIC PROBLEMS IN RESTRICTED HOUSING UNITS

### Nonconfidential Mental Health Encounters

     Mental health treatment sessions held in-unit, even when they are held in a separate room apart from a cell, are not always confidential. While we are glad to hear that apparently some of the mental health staff now offer people the option of coming out of their cell for a 1:1 encounter as required by the Stipulation, we received multiple reports that during these encounters, the doors to the room are kept at least partially open, and that correctional officers stand right outside the open door during the encounter, and sometimes come into the room where the 1:1 encounter is occurring.  This is the case even when the patient is in restraints and/or chained to the chair or

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

desk.  When we met with Corizon and ADC leadership on November 14, we shared these reports and Dr. Calcote, Corizon's Regional Mental Health Director, said that while the policy is to not have custody staff in the room during the encounter, he was aware of this happening.  This is a violation of the Stipulation's requirement that in encounters with mental health staff, patients must be seen "in a confidential setting outside the prisoner's cell. . ."  [Doc. 1185-1 at 5]

       **Please confirm that this practice will be immediately halted.  Please also confirm that, for monitoring purposes, patient encounters in which an officer is present or within earshot are not counted as satisfying the Stipulation's requirement that the patient be "seen" by mental health staff.**

## Mental Health Watch

       People in Rast and Stiner Mental Health Watch reported that officers do not conduct checks with the frequency required by the watch orders, and reported incidents of self-harm by themselves and others even while ostensibly on constant watch.  Class members reported that when people self-harm, the officers' responses fall into several categories: (1) do nothing; (2) egg the person on to hurt himself; or (3) pepper spray the person until he stops.

       People in Rast Mental Health Watch and Stiner Detention (both watch and non-watch prisoners) also reported that officers would not provide them blank HNR forms.  If true, this would call into question Defendants' findings of compliance on Performance Measures involving the timely processing of HNRs.

       During the meeting with high level Corizon staff, I asked about one of the Incident Reports that we were provided prior to the tour (IR # 18-L00-01768, Bates stamped ADCM 1542392-93), which showed that a person who was on mental health watch who had an outside specialty consult appointment, had the specialty appointment cancelled by a custody officer on 8/8/18.  Specifically, the report stated,

       On the above date and approximate time I COII [omitted] was schedule [sic] to take inmate [omitted] to Chandler Regional Medical Center for an offsite medical appt.  Upon calling for the Inmate to be placed on a standby for his appt I was advised by COII [omitted] that Inmate [omitted] was on a constant mental health watch. Sgt. Casino was notify [sic] about the situation and advised me to cancel the off site medical run.

       I asked the FHA and regional medical, nursing, and mental health staff what the protocol or policy is when this situation arises.  Plaintiffs' position is that any such cancellation should occur only after the medical provider who requested the specialty appointment consults with the

patient's treating mental health clinician or provider to review the acuity of the mental health condition against the need for the specialty appointment, and if they agree the specialty appointment be postponed, that it be rescheduled as soon as possible in the future.

**Please confirm that this practice will be halted immediately, and that under no circumstances will an outside consult be canceled or postponed by a custody officer. During the meeting we requested that if there are any written ADC or Corizon policies relating to this situation, that they be provided. You agreed to provide them, if they exist. Please provide the policies, or confirm that no written policies exist.**

## Noncompliance With Max Custody PM 1

Throughout the various units in the Rast Max building, there were no activity/out-of-cell sheets on the cell doors. People reported not getting out-of-cell time pursuant to max custody PM 1 and Director's Instruction ("DI") 326. People who had been at Eyman's SMU-1 and Browning Units, who are familiar with how DI 326 is supposed to operate, said that Rast was not following DI 326's step program program, where people without any disciplinary reports for a month can move up a level each month, but at Rast people linger for months on end at Step I, Level 1. They also reported that the policy of writing tickets for things like hanging up clothes to dry, as described above, contributed to the inability to progress in the system.

People who reported that they were at Step II or III, and therefore qualified for at least one hour of out-of-cell group programming per week pursuant to max custody PM 2, reported that the group programming sessions are cancelled or that rec is offered to them at the same time as the group programming, and therefore they have to choose one or the other.

**Defendants must investigate Lewis-Rast's non-compliance with the requirement that staff contemporaneously record out-of-cell time for each inmate in the subclass using the out-of-cell tracking form. At the same time, measures should be taken to review the processes Lewis leadership is using to create the max custody notebooks purporting to demonstrate compliance with the max custody PM under the Stipulation and the Monitoring Guide.**

**Defendants must investigate the failure to provide the basic out-of-cell time required by max custody PM 1; the pervasive cancellation of group programming and recreation required under the max custody PM; and the practice of offering rec at the same time as group programming, such that subclass members are not actually offered the required out-of-time opportunities under the Stipulation.**

Mr. Timothy Bojanowski
Parsons v. Ryan
ASPC-Lewis Tour (Nov. 13-15, 2018)
November 30, 2018
Page 4

## Detention Unit Conditions and Overcrowding

Class members in the detention units, particularly Stiner and Morey Detention Units, reported that until a few days prior to our visit, people were triple bunked in the cells designed for two people.  ADC's daily population sheets confirm that the units were grossly over capacity until the day of our tour.  According to ADC's Institutional Capacity Committed Population Reports, at https://corrections.az.gov/capacity-custody-level/2018/11, the population of the detention units in the two weeks prior to our tour and the first day of our tour were as follows:

| Unit | Capacity | 11/1/18 Count | 11/6/18 Count | 11/13/18 Count |
|------|----------|---------------|---------------|----------------|
| Bachman Detention | 80 | 118 | 98 | 74 |
| Morey Detention | 80 | 112 | 91 | 70 |
| Stiner Detention | 70 | 76 | 70 | 61 |

*See* **Exhibit A**, with relevant entries highlighted, from
https://corrections.az.gov/sites/default/files/DAILY_COUNT/Nov2018/11012018_count_sheet.pdf;
https://corrections.az.gov/sites/default/files/DAILY_COUNT/Nov2018/11062018_count_sheet.pdf;
https://corrections.az.gov/sites/default/files/DAILY_COUNT/Nov2018/11132018_count_sheet.pdf.

**Please explain why the population in all three units dropped precipitously in the days immediately preceding our tour, and please cease the practice of triple bunking in cells designed for two people.**

The monitors observed on multiple days that at all three detention units, the swamp coolers were blasting (weather was in the low 70s during our visit) in the cells, and none of the prisoners had jackets or hats, and most did not have long sleeved shirts.  We spoke with some people in the three detention units who reported having no change of clothes, and peering into their cells, there were no clothes visible.  Others reported they had at most an extrat-shirt or pair of underwear. Many of the men we spoke with were wearing shirts and shorts that were literally shredded rags barely hanging on their bodies.  Prisoners in the detention units reported that it was so cold because of the deliberate blasting of the swamp coolers, that they were unable to sleep.  Many of the men in the detention units reported that they had not been provided blankets until shortly before our arrival.  They also noted that in contrast during the summer and hotter months, the swamp coolers often are not operating.

Additionally, multiple people at Stiner Detention Unit reported that they are not provided eating utensils to use (or reuse) with their meals. They said they either must eat with their hands or tear up pieces of milk cartons to use as a sort of scoop or shovel for the food. **Please ensure that people are provided eating utensils so they may eat their meals in a sanitary fashion.**

Multiple prisoners in the detention units reported that they had been placed into cells that were dirty and are not provided cleaning supplies or porter assistance.  Many reported that black mold had only recently been removed from the showers and other areas, and that toilets in multiple cells had been backed up for a very long time until our tour.  For example, when I approached Cell 2 of Stiner Detention Unit, there was an overpowering smell of urine apparent through the closed cell door.  When I spoke with the person housed in the cell, he reported that he had been in the cell for a week because he had a fractured jaw, and it had been like that for the entire time.  He also indicated (and I observed) that there appeared to be feces smeared on the wall.  He reported that he had repeatedly asked staff for cleaning supplies or to have the porter clean the cell to no avail.  I requested that photos be taken of the feces on the wall and when Warden Larson steped into the cell to take the photos, she remarked upon the overwhelming smell and directed officers to have a porter clean the cell.  Of note, when the warden went into the cell to take the photos, the Stiner Deputy Warden demanded the prisoner provide his ID and took a photo of it.  This sort of action by staff is precisely the sort of acts by custody staff that make people fearful to speak to us or have us advocate for them, because it is interpreted by our clients as threatening.  [*See* Doc. 2209 at 4 ("This prohibition includes actions which could reasonably be viewed as having a chilling effect on witness testimony. . .")]

**Please ensure that detention unit cells are cleaned and made sanitary between uses, and that cleaning supplies or porters are provided to address unsanitary living conditions where necessary.**

## Conditions in Rast Max
There is no Laundry at Rast.  Since there are no laundry services, people have to wash their clothes and bedding in the toilet or the sink.  Multiple people stated that when they hang up their laundry in their cells to dry out, they are given tickets and are put down to DI 326 Step I.

In addition to not having an ability to get clean clothes or sheets, many people at Rast Max reported that they only possessed the clothes they were wearing, and inadequate bedding.  While we were conducting cell-front interviews in a couple of pods on November 13, sheets and blankets were brought in to the pod after ADC Regional Operations Director Ernie Trujillo gave orders to do so.  Others we spoke to reported that they had been provided towels for the first time the day before our visit to their unit.

Many people reported longstanding problems with toilets being broken, and that no repairs had been made.  While we were in one pod where we were told there were at least five cells with broken toilets, some of the prisoners apparently told the same to Mr. Trujillo, because while we were doing the cell front interviews, a team of maintenance workers appeared to do the repairs.  Men in numerous cells yelled out to the maintenance workers to please come to their cell.

The fact that basic maintenance or janitorial work is not occurring at Lewis, especially Rast Max and the detention units, underscores that leadership must ensure that the most basic components of running an adequate correctional institution (such as adequate quantity and quality of clothing and functional toilets) occur.  On the one day he was with us, Mr. Trujillo appropriately addressed issues that facility staff should be addressing in an ongoing basis.  It should not take Plaintiffs' counsel announcing a trip six weeks in advance and Mr. Trujillo's presence to have these fundamental operational services occur.

**Long Term Use of "Special Use Cells"**

The so-called "special use cells" in Buckley and Morey Units were all empty at the time of our visit, and it was reported by ADC that they are used only for "temporary" placements or a "maximum of 3 days" holding when someone is being moved to another unit/complex.  We spoke with multiple people in the detention units and Rast Max who reported that they had been housed in the special use cells for long periods of time and that the cells were emptied out only the day before our tour.  It seemed odd, given the cells' ostensible use is for people who are in transit from one unit or complex to another, that the three days we were there, nobody was in transit and thus the special use cells were empty.  Prison officials' assertions that these are temporary placements were belied by the fact that there were still detention tracking sheets tucked into plastic sleeves on the doors of several of the cells, one which still had information from the person was in there last, and according to eOMIS it appears he had been in "Buckley – SU" from 8/23/18 to 10/16/18. The supposed "temporary" nature of these austere cells was also belied by the fact that there was significant elaborate graffiti in several, including markings of number of days and handwritten calendars. Several of the cells did not have functioning lights, at least one had standing water on the floor.  See **Exhibit B** for photographs of the detention tracking sheets, as well as the cells themselves.

**This is an inappropriate use of short-term placements and isolation for long-term housing needs. Defendants must immediately review staff use of these cells to ensure that appropriate policies and procedures are implemented, and set up a mechanism to ensure continued oversight of this issue, so that abusive use of these cells does not continue.**

//

//

//

//

### SYSTEMIC PROBLEMS IN THE DELIVERY OF HEALTH CARE

### Failure to Transport Patients From Units to the Medical Hub for Health Care Services

At the November 14, 2018 meeting with facility and regional staff, I asked about the many incident reports that we reviewed prior to the tour that pertained to the failure of various units to "turn out" their prisoners on their assigned day to visit the complex medical hub for medical, dental, lab, and Xray procedures.  Facility staff confirmed that due to the various custody levels on Lewis' units, different units are assigned different days to come to the hub for anything more complex that what can be handled at the unit clinics.  They did not appear to be aware of this pattern, and could not tell us whether this was due to a breakdown in communication from health care staff to the unit operations to provide a list of prisoners who needed to be notified of their scheduled encounters, or a breakdown in communication from the unit custody staff to the prisoners, telling them they needed to report to the unit sallyport for a health care encounter.  Staff stated that it could be due to unit lockdowns, or perhaps these people were refusing their appointments (although given the quantity of prisoners in one day, that is extremely unlikely).

Given the number of patients involved in these incident reports, counting them as "no shows" for their health care encounters is incorrect, because it is due to no fault of their own.  Furthermore, because the patient's appointment has to be rescheduled until the next time his unit is designated to go to the hub, there are delays in receipt of medical, dental, and diagnostic treatment.  However, it is unclear if people are seen the following week as the reports show a disturbing pattern with regard to Buckley and Morey Units:

8/8/18 – 31 people at Buckley Unit – IR 18-L000-01776, Bates No. ADCM1542397
8/28/18 – 32 people at Morey, Bachman, and Sunrise Units – IR 18-L00-01977, Bates No. ADCM1542469
8/29/18 – 40 people at Buckley and Morey Units – IR 18-L00-01983, Bates No. ADCM1542475
9/11/18 – 29 people at Morey Unit – IR 18-L00-02065, Bates No. ADCM1542517
9/12/18 – 33 people at Buckley Unit – IR 18-L00-02075, Bates No. ADCM1542525
9/18/18 – 25 people at Morey Unit – IR 18-L00-02123, Bates No. ADCM1542559
9/25/18 – 37 people at Morey Unit – IR 18-L00-02201, Bates No. ADCM1542581
9/25/18 – 12 people at Sunrise Unit – IR 18-L00-02202, Bates No. ADCM1542583
9/26/18 – 27 people at Buckley Unit – IR 18-L00-02209; Bates No. ADCM1542589
10/3/18 – 25 people at Buckley Unit – IR 18-L00-02200; Bates No. ADCM1542616
10/9/18 – 32 people at Morey Unit – IR 18-L00-02323; Bates No. ADCM1542632
10/10/18 – 25 people at Buckley Unit – IR 18-L00-02331; Bates No. ADCM1542642
10/16/18 – 24 people at Morey Unit – IR 18-L00-02383; Bates No. ADCM1542668
10/17/18 – 28 people at Buckley Unit – IR 18-L00-02394; Bates No. ADCM1542678

**Defendants and Corizon must ensure that there is clear communication from Lewis health care staff to the custody staff on the unit to communicate to the unit and to the individual prisoners that they are scheduled for an appointment. If these widespread failures to transport patients to the hub are due to unit lockdowns, then Defendants must develop a method to ensure that these patients are still seen during the lockdown. Finally, it appears that neither custody nor Corizon staff were tracking these incident reports, let alone identifying the pattern. Defendants must develop a system in the future to track these "turn out" failures and then identify the root causes of the failures.**

## Inappropriate Clinical Space in Rast Close Clinic

During our January 2017 tour we observed that at Rast Close Unit, one of the rooms used for clinical encounters was a bathroom. In June 2017, when Judge Duncan toured Lewis prison with you and Ms. Eidenbach, we again saw that this bathroom was still being used as a clinical space. As detailed in my November 16, 2018 letter at page 4, when Ms. Eidenbach and Dr. Wilcox requested to see the treatment room, Facility Health Administrator Czigler and Regional Operations Director Tara Diaz denied that such a room existed, and when Ms. Eidenbach insisted on going to the location, she found an exam room that clearly was in active use. See **Exhibit C** for photographs of the clinical space.

## Inconsistent and Untimely Medication Administration

Prisoners housed on Barchey Unit reported that the medical staff routinely fail to administer their watch-swallow medications with any consistency or in a timely manner. Multiple prisoners reported that there are days when pill call simply is not held. The prisoners reporting this indicated that missed pill passes almost always occur when there is a shortage of nursing staff. In fact, during the time the monitors observed pill pass at Barchey Unit, we were told by several prisoners that this was the first pill pass that had occurred in several days.

We received similar reports about the administration of insulin at Barchey Unit. Multiple insulin-dependent people with diabetes reported that they receive their doses at very inconsistent times, and often at inappropriate intervals, e.g. a late morning administration coupled with an early afternoon administration, and no additional insulin until the next day, in the lat morning. Since the tour, we have notified you regarding several of these people, whose medical record showed that had gaps of as long as 18 hours between insulin administration.

**Please confirm that the steps necessary to ensure timely administration of medications have been taken, including but not limited to ensuring that there are enough staff to run pill call at the appropriate times. Please also confirm that insulin will be administered consistently and on time.**

Mr. Timothy Bojanowski
Parsons v. Ryan
ASPC-Lewis Tour (Nov. 13-15, 2018)
November 30, 2018
Page 9

**Failure to Administer Medications by Watch-Swallow**

While at Barchey Unit, Ms. Eidenbach and her tour group observed the CNA running pill pass not checking the patient's name against her list and the prescription label, as well as not requiring that patients take their medications in front of her.  In fact, the tour group observed one prisoner receive a medication from the lockbox and then walk away from the pill pass window without taking the medication.

**Please confirm that all medical personnel charged with running pill line have been educated as to the meaning and requirements of watch-swallow administration. Specifically, please confirm that each person running pill line has been trained to actually watch the patient swallow the medication and check for "cheeking" before letting that individual leave the window or line.**

We look forward to Defendants addressing these concerns in a prompt manner, and your timely response.

Sincerely,

Corene Kendrick, Staff Attorney

# Exhibit A

**ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION**

31-Oct-18

| Custody | UNIT | USE | OPERATING CAPACITY | | | | | | | | | INMATE COMMITTED POPULATION AS MIDNIGHT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RATED | | | TEMPORARY | | | SPECIAL USE | | | RATED | | TEMPORARY | | | TOTAL | INSIDE | OUTSIDE | GRAND |
| | | | G.P. | M/MH | TOTAL | T/G.P. | T M/MH | TOTAL | S.U. | T.S.U. | TOTAL | G.P. | M/MH | T/G.P. | T M/MH | TOTAL | S.U./T.S.U. | TOTAL | TOTAL | TOTAL |
| **ASPC-DOUGLAS** | | | | | | | | | | | | | | | | | | | | |
| MIN | Gila | GP | 632 | | 632 | 203 | | 835 | | | | 632 | | 114 | | 746 | 0 | 746 | 1 | 747 |
| MED | Mohave | GP | 803 | | 803 | 140 | | 943 | | | | 803 | | 122 | | 925 | 0 | 925 | 25 | 950 |
| | Complex Detention | DET | | | 0 | | | 0 | 45 | 44 | 89 | | | | | 0 | 68 | 68 | 1 | 69 |
| **TOTAL** | | | 1435 | 0 | 1435 | 343 | 0 | 1778 | 45 | 44 | 89 | 1435 | 0 | 236 | 0 | 1671 | 68 | 1739 | 27 | 1766 |
| **ASPC-EYMAN** | | | | | | | | | | | | | | | | | | | | |
| MED | Cook | SO | 796 | | 796 | 559 | | 1355 | | | | 796 | | 542 | | 1338 | 0 | 1338 | 10 | 1348 |
| MED | Meadows | SO | 796 | | 796 | 483 | | 1279 | | | | 796 | | 467 | | 1263 | 5 | 1263 | 5 | 1268 |
| CLOSE | Meadows | SO | | | 0 | 80 | | 80 | | | | | | 74 | | 74 | 0 | 74 | | 74 |
| | Rynning Detention | DET | | | 0 | | | 0 | | | | | | | | 0 | 66 | 66 | 1 | 67 |
| CLOSE | Rynning A69 | GP | 400 | | 400 | | | 400 | | | | 383 | | | | 383 | 0 | 383 | 1 | 384 |
| CLOSE | Rynning A12 | GP | 400 | | 400 | | | 400 | | | | 385 | | | | 385 | 0 | 385 | 2 | 387 |
| MAX | SMU I | SO | 352 | | 352 | 32 | | 384 | 7 | | 7 | 342 | | 0 | | 342 | 0 | 342 | 1 | 343 |
| MAX | SMU I SO | SO | 96 | | 96 | | | 96 | | | | 95 | | 0 | | 95 | 0 | 95 | 0 | 95 |
| CLOSE | SMU I SO CLOSE | SO | 312 | | 312 | 216 | | 528 | | | | 312 | | 147 | | 459 | 0 | 459 | 4 | 463 |
| MAX | SMU I P.C. | PC | 8 | | 8 | 0 | | 8 | 1 | | 1 | 6 | | 0 | | 6 | 0 | 6 | | 6 |
| | SMU I Detention | DET | | | 0 | | | 0 | 192 | 96 | 288 | | | | | 0 | 257 | 257 | 3 | 260 |
| MAX | SMU I M/H Watch | MH | | 24 | 24 | | | 24 | | | | | 22 | | | 22 | 0 | 22 | 0 | 22 |
| MAX | Browning Intake | GP | 30 | | 30 | 30 | | 60 | | | | 34 | | 0 | | 34 | 0 | 34 | 2 | 36 |
| MAX | SMU I BMU | MH | | 24 | 24 | | | 24 | | | | | 15 | | | 15 | 0 | 15 | 1 | 16 |
| MAX | Browning Unit | GP | 354 | | 354 | 146 | | 500 | | | | 354 | | 116 | | 470 | 0 | 470 | 8 | 478 |
| MAX | Browning STG | STG | 240 | | 240 | 10 | | 250 | | | | 207 | | 0 | | 207 | 0 | 207 | 4 | 211 |
| MAX | Browning D/Row | DR | 25 | | 25 | | | 25 | | | | 25 | | 1 | | 26 | 0 | 26 | 2 | 28 |
| CLOSE | Browning D/Row | DR | 5 | | 5 | | | 5 | | | | 4 | | 0 | | 4 | 0 | 4 | 0 | 4 |
| MAX | Browning M/H Watch | MH | | 10 | 10 | | | 10 | | | | | 8 | | | 8 | 0 | 8 | 0 | 8 |
| MAX | Browning Enhanced | GP | 50 | | 50 | | | 50 | | | | 47 | | 0 | | 47 | 0 | 47 | 8 | 55 |
| MAX | Browning RSHP | GP | 30 | | 30 | 30 | | 60 | | | | 20 | | 0 | | 20 | 0 | 20 | 0 | 20 |
| CLOSE | Browning Close Management | GP | 24 | | 24 | | | 24 | | | | 24 | | 11 | | 35 | 0 | 35 | 0 | 35 |
| **TOTAL** | | | 3918 | 58 | 3976 | 1610 | 0 | 5586 | 240 | 136 | 376 | 3830 | 45 | 1358 | 0 | 5233 | 323 | 5556 | 53 | 5609 |
| **ASPC-FLORENCE** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Central Unit Close | GP | 787 | | 787 | | | 787 | | | | 667 | | | | 667 | 0 | 667 | 3 | 670 |
| CLOSE | Central Unit Death Row | GP | 97 | | 97 | | | 97 | | | | 82 | | | | 82 | 0 | 82 | 1 | 83 |
| CLOSE | Central Unit CB 7 MH | MH | | 40 | 40 | | | 40 | | | | | 0 | | | 0 | 0 | 0 | 0 | 0 |
| | Kasson Detention | DET | | | 0 | | | 0 | 64 | | 64 | | | 0 | | 0 | 63 | 63 | 1 | 64 |
| MAX | Kasson MH | MH | | 112 | 112 | | | 112 | | | | | 77 | | | 77 | 0 | 77 | 1 | 78 |
| MAX | Kasson MH Watch | MH | | 16 | 16 | | | 16 | 8 | | 8 | | 11 | | | 11 | 0 | 11 | 1 | 12 |
| MAX | Housing Unit 8 | MED | 22 | | 22 | 20 | | 42 | | | | | 22 | | 18 | 40 | 0 | 40 | 1 | 41 |
| MAX | Health Unit | MED | | | 0 | | | 0 | 15 | | 15 | | | | | 0 | 14 | 14 | 1 | 15 |
| MIN | East Unit | GP | 600 | | 600 | 80 | | 680 | | | | 600 | | 74 | | 674 | 0 | 674 | 7 | 681 |
| MIN | North Unit | GP | 972 | | 972 | 124 | | 1096 | | | | 914 | | 0 | | 914 | 0 | 914 | 26 | 940 |
| MED | South Unit | SO | 544 | | 544 | 421 | | 965 | | | | 544 | | 403 | | 947 | 0 | 947 | 4 | 951 |
| MIN | Globe | GP | 250 | | 250 | | | 250 | | | | 246 | | 0 | | 246 | 0 | 246 | 4 | 250 |
| | Globe Detention | DET | | | 0 | | | 0 | 9 | | 9 | | | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | | | 3250 | 190 | 3440 | 645 | 0 | 4085 | 96 | 0 | 96 | 3053 | 110 | 477 | 18 | 3658 | 77 | 3735 | 46 | 3781 |
| **ASPC-PERRYVILLE-F** | | | | | | | | | | | | | | | | | | | | |
| MED | Santa Cruz | GP | 576 | | 576 | | | 576 | | | | 569 | | 0 | | 569 | 0 | 569 | 14 | 583 |
| CLOSE | Lumley 1 | GP | 192 | | 192 | | | 192 | | | | 181 | | 0 | | 181 | 0 | 181 | 2 | 183 |
| CLOSE | Lumley 2 | GP | 60 | | 60 | | | 60 | | | | 17 | | 0 | | 17 | 0 | 17 | 1 | 18 |
| CLOSE | Santa Cruz 2 | GP | 192 | | 192 | | | 192 | | | | 179 | | 0 | | 179 | 0 | 179 | 1 | 180 |
| CLOSE | Lumley CLOSE MGT. | GP | 48 | | 48 | | | 48 | | | | 2 | | 0 | | 2 | 0 | 2 | 0 | 2 |
| CLOSE | Lumley Mental Health | MH | | 24 | 24 | | | 24 | | | | | 17 | | | 17 | 0 | 17 | 0 | 17 |
| CLOSE | Perryville S.N.U. | MED | | | 0 | | 10 | 10 | | | | | | | 6 | 6 | 0 | 6 | 0 | 6 |
| MED | Lumley Medium | GP | 288 | | 288 | | | 288 | | | | 288 | | 0 | | 288 | 0 | 288 | 3 | 291 |
| MED | Santa Maria WTU | MH | | 24 | 24 | | | 24 | | | | | 24 | | | 24 | 0 | 24 | 0 | 24 |
| CLOSE | Perryville Watch Cells | MH | | | 0 | | 26 | 26 | | | | | | | 9 | 9 | 0 | 9 | 0 | 9 |
| | Recp&Asmnt | GP | 96 | | 96 | | | 96 | | | | 96 | | 88 | | 184 | 0 | 184 | 2 | 186 |
| CLOSE | Minors Unit | GP | 22 | | 22 | | | 22 | 3 | | 3 | 4 | | 0 | | 4 | 0 | 4 | 0 | 4 |
| MIN | San Pedro | GP | 432 | | 432 | | | 432 | | | | 429 | | 0 | | 429 | 0 | 429 | 1 | 430 |
| MED | Santa-Maria | GP | 360 | | 360 | | | 360 | | | | 355 | | 0 | | 355 | 0 | 355 | 7 | 362 |
| | Complex Detention | DET | | | 0 | | | 0 | 26 | 22 | 48 | | | | | 0 | 33 | 33 | 0 | 33 |
| | Perryville IPC | MED | | | 0 | | | 0 | 10 | | 10 | | | | | 0 | 6 | 6 | 0 | 6 |
| MIN | Piestewa | GP | 197 | | 197 | | | 197 | | | | 195 | | 0 | | 195 | 0 | 195 | 0 | 195 |
| MIN | Piestewa Second Chance Center | GP | 63 | | 63 | | | 63 | | | | 49 | | 0 | | 49 | 0 | 49 | 1 | 50 |
| MIN | Santa Rosa | GP | 390 | | 390 | | | 390 | | | | 347 | | 0 | | 347 | 0 | 347 | 44 | 391 |
| MIN | San Carlos | GP | 1250 | | 1250 | | | 1250 | | | | 1245 | | 0 | | 1245 | 0 | 1245 | 7 | 1252 |
| **TOTAL** | | | 4166 | 48 | 4214 | 0 | 36 | 4250 | 39 | 22 | 61 | 3956 | 41 | 88 | 15 | 4100 | 39 | 4139 | 83 | 4222 |
| **ASPC-PHOENIX** | | | | | | | | | | | | | | | | | | | | |
| MAX | Reception | GP | 207 | | 207 | 129 | | 336 | | | | 207 | | 57 | | 264 | 0 | 264 | 3 | 267 |
| MIN | Inmate Worker | GP | 30 | | 30 | 31 | | 61 | | | | 30 | | 29 | | 59 | 0 | 59 | 0 | 59 |
| MAX | B-Ward | MH | | 40 | 40 | | 8 | 48 | | | | | 16 | | 0 | 16 | 0 | 16 | 2 | 18 |
| CLOSE | Flamenco Ida Ward- M | MH | | 40 | 40 | | | 40 | | | | | 20 | | | 20 | 0 | 20 | | 20 |
| CLOSE | Flamenco Ida Watch M | MH | | 15 | 15 | | | 15 | | | | | 4 | | | 4 | 0 | 4 | | 4 |
| CLOSE | Flamenco John PS- M | MH | | 30 | 30 | | | 30 | 9 | | | | 16 | | | 16 | 0 | 16 | | 16 |
| CLOSE | Flamenco King - M | MH | | 35 | 35 | | | 35 | | | | | 18 | | | 18 | 0 | 18 | | 18 |
| CLOSE | Flamenco-F | MH | | 20 | 20 | | | 20 | 2 | | 2 | | 11 | | | 11 | 0 | 11 | | 11 |
| MED | Aspen/SPU | MH | | 150 | 150 | | | 150 | | | | | 129 | | | 129 | 0 | 129 | 3 | 132 |
| **TOTAL** | | | 237 | 315 | 552 | 160 | 8 | 720 | 11 | 0 | 11 | 237 | 214 | 86 | 0 | 537 | 6 | 543 | 9 | 552 |
| **ASPC-LEWIS** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Morey | GP | 800 | | 800 | | | 800 | 16 | | 16 | 721 | | | | 721 | 14 | 735 | 8 | 743 |
| | Morey Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 112 | 112 | 0 | 112 |
| CLOSE | Rast | PC | 394 | | 394 | | | 394 | | | | 377 | | | | 377 | 0 | 377 | 2 | 379 |
| CLOSE | Rast II | PC | 180 | | 180 | | | 180 | | | | 153 | | | | 153 | 0 | 153 | 0 | 153 |
| MAX | Rast PC | PC | 320 | | 320 | | | 320 | | | | 310 | | | | 310 | 0 | 310 | 8 | 318 |
| CLOSE | Rast Close Mgt. | PC | 10 | | 10 | | | 10 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| | Lewis Medical | MED | | | 0 | | | 0 | 17 | | 17 | | | | | 0 | 11 | 11 | 1 | 12 |
| MED | Stiner Level G.P. | GP | 800 | | 800 | 416 | | 1216 | | | | 800 | | 274 | | 1074 | 0 | 1074 | 14 | 1088 |
| | Stiner Detention | DET | | | 0 | | | 0 | 70 | | 70 | | | | | 0 | 76 | 76 | 2 | 78 |
| MIN | Bachman PC | PC | 300 | | 300 | 76 | | 376 | | | | 300 | | 29 | | 329 | 0 | 329 | 2 | 331 |
| MIN | Bachman GP | PC | 110 | | 110 | 46 | | 156 | | | | 110 | | 41 | | 151 | 0 | 151 | 0 | 151 |
| MED | Bachman GP II | PC | 168 | | 168 | 20 | | 188 | | | | 168 | | 7 | | 175 | 0 | 175 | 4 | 179 |
| MED | Bachman Transitory | TRANS | 22 | | 22 | 10 | | 32 | | | | 7 | | 0 | | 7 | 0 | 7 | 0 | 7 |
| | Bachman Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 118 | 118 | 0 | 118 |
| CLOSE | Buckley PC | PC | 800 | | 800 | | | 800 | 16 | | 16 | 675 | | | | 675 | 16 | 691 | 10 | 701 |
| MED | Barchey PC | PC | 400 | | 400 | 150 | | 550 | | | | 400 | | 38 | | 438 | 0 | 438 | 8 | 446 |
| MED | Barchey PC | PC | 400 | | 400 | 120 | 20 | 520 | | | | 400 | | 23 | | 423 | 0 | 423 | 0 | 423 |
| MED | Barchey PC Watch Cells | MH | | | 0 | | 20 | 20 | | | | | | | 12 | 12 | 0 | 12 | 0 | 12 |
| MIN | Sunrise | GP | 100 | | 100 | 12 | | 112 | | | | 100 | | 8 | | 108 | 0 | 108 | 0 | 108 |
| MIN | Eagle Point Second Chance Center | GP | 300 | | 300 | | | 300 | | | | 277 | | | | 277 | 0 | 277 | 1 | 278 |
| **TOTAL** | | | 5104 | 0 | 5104 | 850 | 20 | 5974 | 279 | 0 | 279 | 4798 | 0 | 420 | 12 | 5230 | 347 | 5577 | 60 | 5637 |
| **ASPC-SAFFORD** | | | | | | | | | | | | | | | | | | | | |
| MIN | Fort Grant | GP | 588 | | 588 | | | 588 | | | | 562 | | 0 | | 562 | 0 | 562 | 0 | 562 |
| | Miles Detention | DET | | | 0 | | | 0 | 25 | 24 | 49 | | | | | 0 | 16 | 16 | 4 | 20 |
| MED | Graham | GP | 615 | | 615 | | | 615 | | | | 523 | | 0 | | 523 | 0 | 523 | 0 | 523 |
| MED | Tonto | PC | 250 | | 250 | 160 | | 410 | | | | 250 | | 55 | | 305 | 0 | 305 | 1 | 306 |
| | Tonto Detention | DET | | | 0 | | | 0 | 6 | | 6 | | | | | 0 | 0 | 0 | 0 | 0 |
| **TOTAL** | | | 1453 | 0 | 1453 | 160 | 0 | 1613 | 31 | 24 | 55 | 1335 | 0 | 55 | 0 | 1390 | 16 | 1406 | 5 | 1411 |

ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

| Custody | UNIT | USE | Rated G.P. | Rated M/MH | Rated TOTAL | Temp T/G.P. | Temp T M/MH | TOTAL | S.U. | T.S.U. | TOTAL | Comm. Rated G.P. | Comm. Rated M/MH | Comm. Temp T/G.P. | Comm. Temp T M/MH | TOTAL | TOTAL S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ASPC-TUCSON** | | | | | | | | | | | | | | | | | | | |
| CLOSE | Cimarron | GP | 288 | | 288 | | | 288 | | | | 265 | | 0 | | 265 | 0 | 265 | 6 | 271 |
| MED | Cimarron | GP | 360 | | 360 | | | 360 | | | | 309 | | | | 309 | 0 | 309 | 11 | 320 |
| | Cimarron Detention | DET | | | | | | | 48 | 48 | 96 | | | | | | 89 | 89 | 2 | 91 |
| CLOSE | Rincon MH Watch | MH | | 79 | 79 | | 6 | 85 | | | | | 35 | | 0 | 35 | 0 | 35 | 6 | 41 |
| CLOSE | Rincon BHU | MH | | 56 | 56 | | | 56 | | | | | 37 | | | 37 | 0 | 37 | 1 | 38 |
| CLOSE | Rincon Medical | MED | | | | | | | 66 | | 66 | | | | | | 64 | 64 | 1 | 65 |
| MED | Rincon S.N.U. | MED | | 16 | 16 | | | 16 | | | | | 15 | | | 15 | 0 | 15 | 0 | 15 |
| CLOSE | Cimarron Transitory | TRANS | | | | 24 | | 24 | | | | | | 20 | | 20 | 0 | 20 | 3 | 23 |
| CLOSE | Rincon | GP | 340 | | 340 | | | 340 | | | | 332 | | | | 332 | 0 | 332 | 2 | 334 |
| CLOSE | Rincon MH Program | GP | | 172 | 172 | | | 172 | | | | | 133 | | | 133 | 0 | 133 | 1 | 134 |
| CLOSE | Minors | GP | 182 | | 182 | | | 182 | | | | 45 | | | | 45 | 0 | 45 | 0 | 45 |
| CLOSE | Minors Intake | GP | | | | | | | 16 | | 16 | | | | | | 0 | 0 | 0 | 0 |
| MED | Santa Rita | GP | 768 | | 768 | | | 768 | | | | 758 | | 0 | | 758 | 0 | 758 | 4 | 762 |
| MED | Manzanita S.N.U. | MED | | 25 | 25 | | 20 | 45 | | | | | 25 | | 19 | 44 | 0 | 44 | 0 | 44 |
| MED | Manzanita | GP | 179 | | 179 | 107 | | 286 | 0 | | 0 | 179 | | 100 | | 279 | NA | 279 | 2 | 281 |
| MED | Manzanita Second Chance Center | GP | 48 | | 48 | | | 48 | | | | 45 | | | | 45 | 0 | 45 | 0 | 45 |
| MED | Manzanita Watch Cells | MH | | 24 | 24 | | | 24 | | | | | 18 | | | 18 | 0 | 18 | 0 | 18 |
| MED | Manzanita Residential | MED | | 58 | 58 | | | 58 | | | | | 43 | | 0 | 43 | 0 | 43 | 0 | 43 |
| MED | Manzanita Detention | DET | | | | | | | 12 | 11 | 23 | | | | | | 23 | 23 | 1 | 24 |
| MED | Winchester | GP | 400 | | 400 | 336 | | 736 | | | | 400 | | 307 | | 707 | 0 | 707 | 20 | 727 |
| | Winchester Detention | DET | | | | | | | 12 | 12 | 24 | | | | | | 22 | 22 | 0 | 22 |
| | Complex Detention | DET | | | 0 | | | | 40 | 40 | 80 | | | | | | 75 | 75 | 9 | 84 |
| MIN | Catalina | GP | 360 | | 360 | | | 360 | | | | 359 | | 0 | | 359 | 0 | 359 | 1 | 360 |
| MIN | Whetstone | GP | 1250 | | 1250 | | | 1250 | | | | 1206 | | 0 | | 1206 | 0 | 1206 | 5 | 1211 |
| | **TOTAL** | | 4175 | 430 | 4605 | 467 | 26 | 5098 | 194 | 111 | 305 | 3898 | 306 | 427 | 19 | 4650 | 273 | 4923 | 75 | 4998 |
| | **ASPC-WINSLOW** | | | | | | | | | | | | | | | | | | | |
| MIN | Coronado | GP | 492 | | 492 | | | 492 | | | | 196 | | 0 | | 196 | 0 | 196 | 0 | 196 |
| MED | Kaibab | GP | 400 | | 400 | | | 400 | | | | 287 | | | | 287 | 0 | 287 | 14 | 301 |
| CLOSE | Kaibab | GP | 400 | | 400 | | | 400 | | | | 372 | | 0 | | 372 | 0 | 372 | 1 | 373 |
| | Complex Detention | DET | | | 0 | | | | 20 | 19 | 39 | | | | | 0 | 32 | 32 | 0 | 32 |
| MIN | Apache | GP | 334 | | 334 | 40 | | 374 | | | | 334 | | 14 | | 348 | 0 | 348 | 13 | 361 |
| | Apache Detention | DET | | | | | | | 12 | | 12 | | | | | | 0 | 0 | 0 | 0 |
| | **TOTAL** | | 1626 | 0 | 1626 | 40 | 0 | 1666 | 32 | 19 | 51 | 1189 | 0 | 14 | 0 | 1203 | 32 | 1235 | 28 | 1263 |
| | **ASPC-YUMA** | | | | | | | | | | | | | | | | | | | |
| MED | Cheyenne | GP | 800 | | 800 | 324 | | 1124 | | | | 800 | | 205 | | 1005 | 0 | 1005 | 15 | 1020 |
| | Cheyenne Detention | DET | | | 0 | | | | 40 | 39 | 79 | | | | | | 69 | 69 | 0 | 69 |
| MIN | Cocopah | GP | 250 | | 250 | 80 | | 330 | | | | 250 | | 62 | | 312 | 0 | 312 | 1 | 313 |
| CLOSE | Dakota | GP | 800 | | 800 | | | 800 | 16 | | 16 | 621 | | | | 621 | 0 | 621 | 2 | 623 |
| | Dakota Detention | DET | | | 0 | | | | 80 | | 80 | | | | | | 62 | 62 | 1 | 63 |
| MED | Cibola | GP | 1250 | | 1250 | 16 | | 1266 | | | | 1186 | | 0 | | 1186 | 0 | 1186 | 13 | 1199 |
| MIN | La Paz | GP | 1250 | | 1250 | | | 1250 | | | | 1216 | | 0 | | 1216 | 0 | 1216 | 3 | 1219 |
| | **TOTAL** | | 4350 | 0 | 4350 | 420 | 0 | 4770 | 136 | 39 | 175 | 4073 | 0 | 267 | 0 | 4340 | 131 | 4471 | 35 | 4506 |
| | **TOTAL IN-STATE** | | 29714 | 1041 | 30755 | 4695 | 90 | 35540 | 1103 | 395 | 1498 | 27804 | 716 | 3428 | 64 | 32012 | 1312 | 33324 | 421 | 33745 |
| | **CONTRACT BEDS** | | | | | | | | | | | | | | | | | | | |
| MED | CACF - GEO | SO | 1000 | | 1000 | 280 | | 1280 | 40 | | 40 | 1000 | | 219 | | 1219 | 14 | 1233 | 0 | 1233 |
| MIN | Phx. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 19 | | 19 | 400 | | 84 | | 484 | 7 | 491 | 2 | 493 |
| MIN | Flor. West- GEO | GP | 200 | | 200 | 50 | | 250 | 4 | 4 | 8 | 200 | | 21 | | 221 | 0 | 221 | 0 | 221 |
| MIN | Flor. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 10 | 7 | 17 | 400 | | 91 | | 491 | 3 | 494 | 2 | 496 |
| MED | Kingman GEO- Huachuca | SO | 1400 | | 1400 | 108 | | 1508 | 73 | | 73 | 1400 | | 68 | | 1468 | 66 | 1534 | 4 | 1538 |
| MIN | Kingman GEO- Cerbat | GP | 2000 | | 2000 | | | 2000 | 80 | | 80 | 1740 | | | | 1740 | 80 | 1820 | 11 | 1831 |
| MIN | Marana - MTC | GP | 500 | | 500 | | | 500 | 7 | | 7 | 475 | | | | 475 | 1 | 476 | 5 | 481 |
| MED | Red Rock- GP- CCA | GP | 2000 | | 2000 | | | 2000 | | | | 1895 | | | | 1895 | | 1895 | 37 | 1932 |
| | Red Rock Det- CCA | DET | | | | | | | 78 | | 78 | | | | | | 59 | 59 | 0 | 59 |
| | **TOTAL CONTRACT** | | 7900 | 0 | 7900 | 638 | 0 | 8538 | 311 | 11 | 322 | 7510 | 0 | 483 | 0 | 7993 | 230 | 8223 | 61 | 8284 |
| | **TOTAL IN-STATE** | | 29714 | 1041 | 30755 | 4695 | 90 | 35540 | 311 | 11 | 1498 | 27804 | 716 | 3428 | 64 | 32012 | 1312 | 33324 | 421 | 33745 |
| | **TOTAL CONTRACT** | | 7900 | 0 | 7900 | 638 | | 8538 | 311 | 11 | 322 | 7510 | 0 | 483 | 0 | 7993 | 230 | 8223 | 61 | 8284 |
| | **GRAND TOTAL** | | 37614 | 1041 | 38655 | 5333 | 90 | 44078 | 1414 | 406 | 1820 | 35314 | 716 | 3911 | 64 | 40005 | 1542 | 41547 | 482 | 42029 |
| | **TOTAL STATE MALE** | | 25548 | 973 | 26521 | 4695 | 54 | 31270 | 1062 | 373 | 1435 | 23848 | 664 | 3340 | 49 | 27901 | 1273 | 29174 | 338 | 29512 |
| | **TOTAL CONTRACT MALE** | | 7900 | 0 | 7900 | 638 | 0 | 8538 | 311 | 11 | 322 | 7510 | 0 | 483 | 0 | 7993 | 230 | 8223 | 61 | 8284 |
| | **TOTAL MALE** | | 33448 | 973 | 34421 | 5333 | 54 | 39808 | 1373 | 384 | 1757 | 31358 | 664 | 3823 | 49 | 35894 | 1503 | 37397 | 399 | 37796 |
| | **TOTAL STATE FEMALE** | | 4166 | 68 | 4234 | 0 | 36 | 4270 | 41 | 22 | 63 | 3956 | 52 | 88 | 15 | 4111 | 39 | 4150 | 83 | 4233 |
| | **GRAND TOTAL** | | 37614 | 1041 | 38655 | 5333 | 90 | 44078 | 1414 | 406 | 1820 | 35314 | 716 | 3911 | 64 | 40005 | 1542 | 41547 | 482 | 42029 |

| STATE MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 7833 | 612 | 8445 | 7723 | 722 |
| MEDIUM CUSTODY | 10041 | 3382 | 13423 | 13056 | 367 |
| CLOSE CUSTODY | 6687 | 350 | 7037 | 6553 | 484 |
| MAXIMUM CUSTODY | 1753 | 276 | 2029 | 1913 | 116 |
| RECEPTION -MAX | 207 | 129 | 336 | 267 | 69 |
| TOTAL | 26521 | 4749 | 31270 | 29512 | 1758 |

| CONTRACT MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 3500 | 250 | 3750 | 3522 | 228 |
| MEDIUM CUSTODY | 4400 | 388 | 4788 | 4762 | 26 |
| TOTAL | 7900 | 638 | 8538 | 8284 | 254 |

| STATE FEMALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 2332 | 0 | 2332 | 2330 | 2 |
| MEDIUM CUSTODY | 1248 | 0 | 1248 | 1273 | -25 |
| CLOSE CUSTODY | 558 | 36 | 594 | 444 | 150 |
| RECEPTION | 96 | 0 | 96 | 186 | -90 |
| TOTAL | 4234 | 36 | 4270 | 4233 | 37 |
| GRAND TOTAL | 38655 | 5423 | 44078 | 42029 | 2049 |

| RATED/TEMP. BED VACANCY (R+T=OC). | MINIMUM | MEDIUM | CLOSE | MAXIMUM | TOTAL |
|---|---|---|---|---|---|
| MALE RATED BED VACANCIES: | 88 | 0 | 134 | 0 | 222 |
| MALE TEMP BED VACANCIES: | 862 | 393 | 350 | 116 | 1721 |
| FEMALE RATED BED VACANCIES: | 2 | -25 | 114 | NA | 91 |
| FEMALE TEMP BED VACANCIES: | NA | NA | 36 | NA | 36 |

| OUT COUNT | Male | Female | Total |
|---|---|---|---|
| Hospital | 18 | 3 | 21 |
| Fire Crew | 13 | 0 | 13 |
| Other Work | 27 | 42 | 69 |
| Court | 341 | 38 | 379 |
| Apache | 1 | 0 | 1 |
| Cochise | 2 | 0 | 2 |
| Coconino | 12 | 2 | 14 |
| Gila | 2 | 1 | 3 |
| Graham | 0 | 0 | 0 |
| Greenlee | 0 | 0 | 0 |
| Maricopa | 192 | 17 | 209 |
| Mohave | 2 | 2 | 4 |
| Navajo | 3 | 0 | 3 |
| Pima | 52 | 4 | 56 |
| Pinal | 3 | 3 | 6 |
| Santa Cruz | 2 | 0 | 2 |
| Yavapai | 7 | 2 | 9 |
| Yuma | 8 | 0 | 8 |
| La Paz | 1 | 0 | 1 |
| Other | 15 | 0 | 15 |
| Federal | 39 | 5 | 44 |
| Total Out | 399 | 83 | 482 |

| COMMUNITY SUPERVISION OFFENDERS | |
|---|---|
| Arizona Parole Prior TIS | 57 |
| Interstate Parole | 622 |
| Work Furlough | 0 |
| Home Arrest | 21 |
| Truth In Sentencing (TIS) | 4531 |
| Total | 5231 |

| Maricopa Re-Entry Center | Sex Offender | Non-Sex Offender |
|---|---|---|
| Sanctioned | 28 | 28 |
| Intensive Treatment | 51 | 51 |
| Without Placement | 0 | |
| Total Maricopa Re-Entry Center | 79 | 79 |

| Pima Re-Entry Center | | Sex Offender | Non-Sex Offender |
|---|---|---|---|
| Sanctioned | 24 | 2 | 22 |
| Intensive Treatment | 24 | 2 | 22 |
| Without Placement | 19 | 14 | 5 |
| Total Pima Re-Entry Center | 67 | 18 | 49 |
| Community Corrections Grand Total | 5377 | | |

| COUNTY JAIL INTAKE | Male | Female | Both |
|---|---|---|---|
| County Jail Intake 10/31/18 | 55 | 13 | 68 |
| County Jail Transfers Pending | 0 | | |
| Inside Count | 37397 | 4150 | 41547 |
| Outside Count | 399 | 83 | 482 |
| Offical Daily Count | 37851 | 4246 | 42097 |

RATED BEDS PLUS TEMPORARY BEDS = OPERATING CAPACITY (R+T=OC).   CURRENTLY THERE ARE NO FEMALE INMATES IN CONTRACT BEDS

ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION

| Custody | UNIT | USE | RATED G.P. | RATED M/MH | RATED TOTAL | TEMP T/G.P. | TEMP T M/MH | TEMP TOTAL | S.U. | T/S.U. | SPECIAL TOTAL | RATED G.P. | RATED M/MH | TEMP T/G.P. | TEMP T M/MH | TEMP TOTAL | TOTAL S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **6-Nov-18** | | | | | | | | | | | | | | | | | | | |
| **ASPC-DOUGLAS** | | | | | | | | | | | | | | | | | | | | |
| MIN | Gila | GP | 632 | | 632 | 203 | | 835 | | | | 632 | | 125 | | 757 | 0 | 757 | 1 | 758 |
| MED | Mohave | GP | 803 | | 803 | 140 | | 943 | | | | 803 | | 97 | | 900 | 0 | 900 | 25 | 925 |
| | Complex Detention | DET | | | 0 | | | 0 | 45 | 44 | 89 | | | | | 0 | 92 | 92 | 3 | 95 |
| | **TOTAL** | | 1435 | 0 | 1435 | 343 | 0 | 1778 | 45 | 44 | 89 | 1435 | 0 | 222 | 0 | 1657 | 92 | 1749 | 29 | 1778 |
| **ASPC-EYMAN** | | | | | | | | | | | | | | | | | | | | |
| MED | Cook | SO | 796 | | 796 | 559 | | 1355 | | | | 796 | | 540 | | 1336 | 0 | 1336 | 7 | 1343 |
| MED | Meadows | SO | 796 | | 796 | 483 | | 1279 | | | | 796 | | 464 | | 1260 | 0 | 1260 | 5 | 1265 |
| CLOSE | Meadows | SO | | | 0 | 80 | | 80 | | | | | | 76 | | 76 | 0 | 76 | 0 | 76 |
| | Rynning Detention | DET | | | 0 | | | 0 | | | | | | | | 0 | 67 | 67 | 1 | 68 |
| CLOSE | Rynning A69 | GP | 400 | | 400 | | | 400 | | | | 389 | | | | 389 | 0 | 389 | 1 | 390 |
| CLOSE | Rynning A12 | GP | 400 | | 400 | | | 400 | | | | 382 | | | | 382 | 0 | 382 | 1 | 383 |
| MAX | SMU I | GP | 352 | | 352 | 32 | | 384 | 7 | | 7 | 337 | | 0 | | 337 | 0 | 337 | 2 | 339 |
| MAX | SMU I SO | SO | 96 | | 96 | | | 96 | | | | 96 | | 3 | | 99 | 0 | 99 | 0 | 99 |
| CLOSE | SMU I SO CLOSE | SO | 312 | | 312 | 216 | | 528 | | | | 312 | | 150 | | 462 | 0 | 462 | 3 | 465 |
| MAX | SMU I P.C. | PC | 8 | | 8 | | | 8 | 1 | | 1 | 6 | | 0 | | 6 | 0 | 6 | 1 | 7 |
| | SMU I Detention | DET | | | 0 | | | 0 | 192 | 96 | 288 | | | | | 0 | 246 | 246 | 3 | 249 |
| MAX | SMU I M/H Watch | MH | | 24 | 24 | | | 24 | | | | | 22 | | | 22 | 0 | 22 | 0 | 22 |
| MAX | Browning Intake | GP | 30 | | 30 | 30 | | 60 | | | | 30 | | 0 | | 30 | 0 | 30 | 2 | 32 |
| MAX | SMU I BMU | MH | | 24 | 24 | | | 24 | | | | | 12 | | | 12 | 0 | 12 | 2 | 14 |
| MAX | Browning Unit | GP | 354 | | 354 | 146 | | 500 | | | | 354 | | 122 | | 476 | 0 | 476 | 8 | 484 |
| MAX | Browning STG | STG | 240 | | 240 | 10 | | 250 | | | | 240 | | 0 | | 206 | 0 | 206 | 4 | 210 |
| CLOSE | Browning D/Row | DR | 25 | | 25 | | | 25 | | | | 25 | | 1 | | 26 | 0 | 26 | 2 | 28 |
| CLOSE | Browning D/Row | DR | 5 | | 5 | | | 5 | | | | 4 | | 0 | | 4 | 0 | 4 | 0 | 4 |
| MAX | Browning M/H Watch | MH | | 10 | 10 | | | 10 | | | | | 5 | | | 5 | 0 | 5 | 0 | 5 |
| MAX | Browning Enhanced | GP | 50 | | 50 | | | 50 | | | | 50 | | 0 | | 50 | 0 | 50 | 8 | 58 |
| MAX | Browning RSHP | GP | 30 | | 30 | 30 | | 60 | | | | 22 | | 0 | | 22 | 0 | 22 | 0 | 22 |
| CLOSE | Browning Close Management | GP | 24 | | 24 | | | 24 | | | | 24 | | 10 | | 34 | 0 | 34 | 1 | 35 |
| | **TOTAL** | | 3918 | 58 | 3976 | 1610 | 0 | 5586 | 240 | 136 | 376 | 3829 | 39 | 1366 | 0 | 5234 | 313 | 5547 | 51 | 5598 |
| **ASPC-FLORENCE** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Central Unit Close | GP | 787 | | 787 | | | 787 | | | | 667 | | | | 667 | 0 | 667 | 3 | 670 |
| CLOSE | Central Unit Death Row | GP | 97 | | 97 | | | 97 | | | | 83 | | | | 83 | 0 | 83 | 0 | 83 |
| CLOSE | Central Unit CB 7 MH | MH | | 40 | 40 | | | 40 | | | | | 0 | | | 0 | 0 | 0 | 0 | 0 |
| | Kasson Detention | DET | | | 0 | | | 0 | 64 | | 64 | | | | | 0 | 64 | 64 | 1 | 65 |
| MAX | Kasson MH | MH | | 112 | 112 | | | 112 | | | | | 75 | | | 75 | 0 | 75 | 1 | 76 |
| MAX | Kasson MH Watch | MH | | 16 | 16 | | | 16 | | 8 | 8 | | 15 | | | 15 | 0 | 15 | 1 | 16 |
| MAX | Housing Unit 8 | MED | | 22 | 22 | 20 | | 42 | | | | | 22 | | 16 | 38 | 0 | 38 | 3 | 41 |
| MAX | Health Unit | MED | | | 0 | | | 0 | 15 | | 15 | | | | | 14 | 0 | 14 | 1 | 15 |
| MAX | East Unit | GP | 600 | | 600 | 80 | | 680 | | | | 600 | | 73 | | 673 | 0 | 673 | 8 | 681 |
| MIN | North Unit | GP | 972 | | 972 | 124 | | 1096 | | | | 898 | | 0 | | 898 | 25 | 923 | 0 | 923 |
| MED | South Unit | SO | 544 | | 544 | 421 | | 965 | | | | 544 | | 403 | | 947 | 0 | 947 | 4 | 951 |
| MIN | Globe | GP | 250 | | 250 | | | 250 | | | | 245 | | 0 | | 245 | 0 | 245 | 0 | 245 |
| | Globe Detention | DET | | | 0 | | | 0 | 9 | | 9 | | | | | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL** | | 3250 | 190 | 3440 | 645 | 0 | 4085 | 96 | 0 | 96 | 3037 | 112 | 476 | 16 | 3641 | 78 | 3719 | 47 | 3766 |
| **ASPC-PERRYVILLE-F** | | | | | | | | | | | | | | | | | | | | |
| MED | Santa Cruz | GP | 576 | | 576 | | | 576 | | | | 574 | | 0 | | 574 | 0 | 574 | 10 | 584 |
| CLOSE | Lumley 1 | GP | 192 | | 192 | | | 192 | | | | 177 | | 0 | | 177 | 0 | 177 | 1 | 178 |
| CLOSE | Lumley 2 | GP | 60 | | 60 | | | 60 | | | | 17 | | 0 | | 17 | 0 | 17 | 1 | 18 |
| CLOSE | Santa Cruz 2 | GP | 192 | | 192 | | | 192 | | | | 177 | | 0 | | 177 | 0 | 177 | 1 | 178 |
| CLOSE | Lumley CLOSE MGT. | GP | 48 | | 48 | | | 48 | | | | 2 | | 0 | | 2 | 0 | 2 | 0 | 2 |
| CLOSE | Lumley Mental Health | MH | | 24 | 24 | | | 24 | | | | | 17 | | | 17 | 0 | 17 | 1 | 18 |
| CLOSE | Perryville S.N.U. | MED | | | 0 | | 10 | 10 | | | | | | | 4 | 4 | 0 | 4 | 0 | 4 |
| MED | Lumley Medium | GP | 288 | | 288 | | | 288 | | | | 286 | | 0 | | 286 | 0 | 286 | 3 | 289 |
| MED | Santa Maria WTU | MH | | 24 | 24 | | | 24 | | | | | 22 | | | 22 | 0 | 22 | 1 | 23 |
| CLOSE | Perryville Watch Cells | MH | | | 0 | | 26 | 26 | | | | | | | 12 | 12 | 0 | 12 | 0 | 12 |
| | Recp&Asmnt | GP | 96 | | 96 | | | 96 | | | | 96 | | 84 | | 180 | 0 | 180 | 2 | 182 |
| CLOSE | Minors Unit | GP | 22 | | 22 | | | 22 | 3 | | 3 | 4 | | 0 | | 4 | 0 | 4 | 0 | 4 |
| MIN | San Pedro | GP | 432 | | 432 | | | 432 | | | | 432 | | 0 | | 432 | 1 | 433 | 0 | 433 |
| MED | Santa-Maria | GP | 360 | | 360 | | | 360 | | | | 351 | | 0 | | 351 | 0 | 351 | 8 | 359 |
| | Complex Detention | DET | | | 0 | | | 0 | 26 | 22 | 48 | | | | | 0 | 33 | 33 | 0 | 33 |
| | Perryville IPC | MED | | | 0 | | | 0 | 10 | | 10 | | | | | 0 | 5 | 5 | 0 | 5 |
| MIN | Piestewa | GP | 197 | | 197 | | | 197 | | | | 196 | | 0 | | 196 | 0 | 196 | 0 | 196 |
| MIN | Piestewa Second Chance Center | GP | 63 | | 63 | | | 63 | | | | 54 | | 0 | | 54 | 0 | 54 | 1 | 55 |
| MIN | Santa Rosa | GP | 390 | | 390 | | | 390 | | | | 361 | | 0 | | 361 | 0 | 361 | 31 | 392 |
| MIN | San Carlos | GP | 1250 | | 1250 | | | 1250 | | | | 1200 | | | | 1200 | 0 | 1200 | 57 | 1257 |
| | **TOTAL** | | 4166 | 48 | 4214 | 0 | 36 | 4250 | 39 | 22 | 61 | 3927 | 39 | 84 | 16 | 4066 | 38 | 4104 | 118 | 4222 |
| **ASPC-PHOENIX** | | | | | | | | | | | | | | | | | | | | |
| MAX | Reception | GP | 207 | | 207 | 129 | | 336 | | | | 207 | | 147 | | 354 | 0 | 354 | 2 | 356 |
| MIN | Inmate Worker | GP | 30 | | 30 | 31 | | 61 | | | | 30 | | 30 | | 60 | 0 | 60 | 0 | 60 |
| MAX | B-Ward | MH | | 40 | 40 | | 8 | 48 | | | | | 16 | | 0 | 16 | 0 | 16 | 2 | 18 |
| CLOSE | Flamenco Ida Ward- M | MH | | 25 | 25 | | | 25 | | | | | 20 | | | 20 | 0 | 20 | 1 | 21 |
| CLOSE | Flamenco Ida Watch M | MH | | 15 | 15 | | | 15 | | | | | 5 | | | 5 | 0 | 5 | 0 | 5 |
| CLOSE | Flamenco John PS- M | MH | | 30 | 30 | | | 30 | 9 | | 9 | | 14 | | | 14 | 0 | 14 | 0 | 14 |
| CLOSE | Flamenco King - M | MH | | 35 | 35 | | | 35 | | | | | 18 | | | 18 | 0 | 18 | 0 | 18 |
| CLOSE | Flamenco-F | MH | | 20 | 20 | | | 20 | 2 | | 2 | | 11 | | | 11 | 0 | 11 | 0 | 11 |
| MED | Aspen/SPU | MH | | 150 | 150 | | | 150 | | | | | 129 | | | 129 | 0 | 129 | 3 | 132 |
| | **TOTAL** | | 237 | 315 | 552 | 160 | 8 | 720 | 11 | 0 | 11 | 237 | 213 | 177 | 0 | 633 | 0 | 633 | 8 | 641 |
| **ASPC-LEWIS** | | | | | | | | | | | | | | | | | | | | |
| CLOSE | Morey | GP | 800 | | 800 | | | 800 | 16 | | 16 | 722 | | | | 722 | 5 | 727 | 8 | 735 |
| | Morey Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 91 | 91 | 0 | 91 |
| CLOSE | Rast | PC | 394 | | 394 | | | 394 | | | | 369 | | | | 369 | 0 | 369 | 3 | 372 |
| CLOSE | Rast II | PC | 180 | | 180 | | | 180 | | | | 125 | | | | 125 | 1 | 126 | 0 | 126 |
| MAX | Rast PC | PC | 320 | | 320 | | | 320 | | | | 312 | | | | 312 | 0 | 312 | 8 | 320 |
| CLOSE | Rast Close Mgt. | PC | 10 | | 10 | | | 10 | | | | 0 | | | | 0 | 0 | 0 | 0 | 0 |
| | Lewis Medical | MED | | | 0 | | | 0 | 17 | | 17 | | | | | 0 | 10 | 10 | 0 | 10 |
| MED | Stiner Level G.P. | GP | 800 | | 800 | 416 | | 1216 | | | | 800 | | 289 | | 1089 | 0 | 1089 | 14 | 1103 |
| | Stiner Detention | DET | | | 0 | | | 0 | 70 | | 70 | | | | | 0 | 70 | 70 | 3 | 73 |
| MIN | Bachman PC | PC | 300 | | 300 | 76 | | 376 | | | | 300 | | 29 | | 329 | 0 | 329 | 2 | 331 |
| MIN | Bachman GP | GP | 110 | | 110 | 46 | | 156 | | | | 110 | | 40 | | 150 | 0 | 150 | 0 | 150 |
| MED | Bachman GP II | GP | 168 | | 168 | 20 | | 188 | | | | 168 | | 13 | | 181 | 0 | 181 | 4 | 185 |
| MED | Bachman Transitory | TRANS | 22 | | 22 | 10 | | 32 | | | | 20 | | 0 | | 20 | 0 | 20 | 0 | 20 |
| | Bachman Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 98 | 98 | 0 | 98 |
| CLOSE | Buckley PC | PC | 800 | | 800 | | | 800 | 16 | | 16 | 747 | | | | 747 | 8 | 755 | 9 | 764 |
| MED | Barchey PC | PC | 400 | | 400 | 150 | | 550 | | | | 400 | | 42 | | 442 | 0 | 442 | 9 | 451 |
| MED | Barchey PC | PC | 400 | | 400 | 120 | | 520 | | | | 400 | | 20 | | 420 | 0 | 420 | 0 | 420 |
| MED | Barchey PC Watch Cells | MH | | | 0 | 20 | | 20 | | | | | | | 12 | 12 | 0 | 12 | 0 | 12 |
| MIN | Sunrise | GP | 100 | | 100 | 12 | | 112 | | | | 89 | | 0 | | 89 | 18 | 107 | 0 | 107 |
| MIN | Eagle Point Second Chance Center | GP | 300 | | 300 | | | 300 | | | | 293 | | 0 | | 293 | 1 | 294 | 0 | 294 |
| | **TOTAL** | | 5104 | 0 | 5104 | 850 | 20 | 5974 | 279 | 0 | 279 | 4855 | 0 | 433 | 12 | 5300 | 282 | 5582 | 80 | 5662 |
| **ASPC-SAFFORD** | | | | | | | | | | | | | | | | | | | | |
| MIN | Fort Grant | GP | 588 | | 588 | | | 588 | | | | 549 | | 0 | | 549 | 0 | 549 | 0 | 549 |
| | Miles Detention | DET | | | 0 | | | 0 | 25 | 24 | 49 | | | | | 0 | 23 | 23 | 3 | 26 |
| MIN | Graham | GP | 615 | | 615 | | | 615 | | | | 523 | | 0 | | 523 | 0 | 523 | 3 | 526 |
| MED | Tonto | PC | 250 | | 250 | 160 | | 410 | | | | 250 | | 56 | | 306 | 0 | 306 | 1 | 307 |
| | Tonto Detention | DET | | | 0 | | | 0 | 6 | | 6 | | | | | 0 | 1 | 1 | 0 | 1 |
| | **TOTAL** | | 1453 | 0 | 1453 | 160 | 0 | 1613 | 31 | 24 | 55 | 1322 | 0 | 56 | 0 | 1378 | 24 | 1402 | 4 | 1406 |

**ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION**

6-Nov-18

| Custody | UNIT | USE | R G.P. | R M/MH | R TOTAL | T/G.P. | T M/MH | T TOTAL | S.U. | T.S.U. | SU TOTAL | P G.P. | P M/MH | P T/G.P. | P T M/MH | P TOTAL | TOT S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ASPC-TUCSON** | | | | | | | | | | | | | | | | | | | |
| CLOSE | Cimarron | GP | 288 | | 288 | | | 288 | | | | 257 | | 0 | | 257 | 0 | 257 | 6 | 263 |
| MED | Cimarron | GP | 360 | | 360 | | | 360 | | | | 305 | | 0 | | 305 | 0 | 305 | 12 | 317 |
| | Cimarron Detention | DET | | | | | | | 48 | 48 | 96 | | | | | 0 | 90 | 90 | 2 | 92 |
| CLOSE | Rincon MH Watch | MH | | 79 | 79 | | 6 | 85 | | | | | 37 | | 0 | 37 | 0 | 37 | 4 | 41 |
| CLOSE | Rincon BHU | MH | | 56 | 56 | | | 56 | | | | | 36 | | 0 | 36 | | 36 | 1 | 37 |
| CLOSE | Rincon Medical | MED | | | | | | | 66 | | 66 | | | | | | 63 | 63 | 0 | 63 |
| CLOSE | Rincon S.N.U. | MED | | 16 | 16 | | | 16 | | | | | 15 | | | 15 | 0 | 15 | 0 | 15 |
| CLOSE | Cimarron Transitory | TRANS | | | | 24 | | 24 | | | | | | 21 | | 21 | 0 | 21 | 3 | 24 |
| CLOSE | Rincon | GP | 340 | | 340 | | | 340 | | | | 335 | | 0 | | 335 | 0 | 335 | 1 | 336 |
| CLOSE | Rincon MH Program | GP | | 172 | 172 | | | 172 | | | | | 132 | | 0 | 132 | 0 | 132 | 0 | 132 |
| CLOSE | Minors | GP | 182 | | 182 | | | 182 | | | | 45 | | | | 45 | 0 | 45 | 0 | 45 |
| CLOSE | Minors Intake | GP | | | | | | | 16 | | 16 | | | | | 0 | 0 | 0 | 0 | 0 |
| MED | Santa Rita | GP | 768 | | 768 | | | 768 | | | | 760 | | 0 | | 760 | 0 | 760 | 3 | 763 |
| MED | Manzanita S.N.U. | MED | | 25 | 25 | | 20 | 45 | | | | | 25 | | 20 | 45 | 0 | 45 | 0 | 45 |
| MED | Manzanita | GP | 179 | | 179 | 107 | | 286 | | | | 179 | | 102 | | 281 | NA | 281 | 3 | 284 |
| MED | Manzanita Second Chance Center | GP | 48 | | 48 | | | 48 | | | | 45 | | | | 45 | NA | 45 | 0 | 45 |
| MED | Manzanita Watch Cells | MH | | 24 | 24 | | | 24 | | | | | 15 | | | 15 | 0 | 15 | 0 | 15 |
| MED | Manzanita Residential | MED | | 58 | 58 | | | 58 | | | | | 43 | | 0 | 43 | 0 | 43 | 0 | 43 |
| MED | Manzanita Detention | DET | | | | | | | 12 | 11 | 23 | | | | | | 22 | 22 | 1 | 23 |
| MED | Winchester | GP | 400 | | 400 | 336 | | 736 | | | | 400 | | 309 | | 709 | 0 | 709 | 20 | 729 |
| | Winchester Detention | DET | | | | | | | 12 | 12 | 24 | | | | | | 23 | 23 | 0 | 23 |
| | Complex Detention | DET | | | 0 | | | | 40 | 40 | 80 | | | | | | 73 | 73 | 10 | 83 |
| MIN | Catalina | GP | 360 | | 360 | | | 360 | | | | 359 | | 0 | | 359 | 0 | 359 | 1 | 360 |
| MIN | Whetstone | GP | 1250 | | 1250 | | | 1250 | | | | 1216 | | 0 | | 1216 | 0 | 1216 | 4 | 1220 |
| | **TOTAL** | | 4175 | 430 | 4605 | 467 | 26 | 5098 | 194 | 111 | 305 | 3901 | 303 | 432 | 20 | 4656 | 271 | 4927 | 71 | 4998 |
| | **ASPC-WINSLOW** | | | | | | | | | | | | | | | | | | | |
| MIN | Coronado | GP | 492 | | 492 | | | 492 | | | | | | | | 0 | | 0 | 0 | 0 |
| MED | Kaibab | GP | 400 | | 400 | | | 400 | | | | 386 | | 0 | | 386 | 0 | 386 | 14 | 400 |
| CLOSE | Kaibab | GP | 400 | | 400 | | | 400 | | | | 369 | | 0 | | 369 | 0 | 369 | 1 | 370 |
| | Complex Detention | DET | | | | | | | 20 | 19 | 39 | | | | | 0 | 29 | 29 | 0 | 29 |
| MIN | Apache | GP | 334 | | 334 | 40 | | 374 | | | | 334 | | 11 | | 345 | 0 | 345 | 13 | 358 |
| | Apache Detention | DET | | | | | | | 12 | | 12 | | | | | | 0 | 0 | 0 | 0 |
| | **TOTAL** | | 1626 | 0 | 1626 | 40 | 0 | 1666 | 32 | 19 | 51 | 1089 | 0 | 11 | 0 | 1100 | 29 | 1129 | 28 | 1157 |
| | **ASPC-YUMA** | | | | | | | | | | | | | | | | | | | |
| MED | Cheyenne | GP | 800 | | 800 | 324 | | 1124 | | | | 800 | | 254 | | 1054 | 0 | 1054 | 14 | 1068 |
| | Cheyenne Detention | DET | | | 0 | | | | 40 | 39 | 79 | | | | | 0 | 63 | 63 | 0 | 63 |
| MIN | Cocopah | GP | 250 | | 250 | 80 | | 330 | | | | 250 | | 71 | | 321 | 0 | 321 | 1 | 322 |
| CLOSE | Dakota | GP | 800 | | 800 | | | 800 | | | | 681 | | | | 681 | 0 | 681 | 2 | 683 |
| | Dakota Detention | DET | | | 0 | | | | 80 | | 80 | | | | | | 68 | 68 | 0 | 68 |
| MED | Cibola | GP | 1250 | | 1250 | 16 | | 1266 | | | | 1204 | | 0 | | 1204 | 0 | 1204 | 15 | 1219 |
| MIN | La Paz | GP | 1250 | | 1250 | | | 1250 | | | | 1197 | | 0 | | 1197 | 0 | 1197 | 3 | 1200 |
| | **TOTAL** | | 4350 | 0 | 4350 | 420 | 0 | 4770 | 136 | 39 | 175 | 4132 | 0 | 325 | 0 | 4457 | 131 | 4588 | 35 | 4623 |
| | **TOTAL IN-STATE** | | 29714 | 1041 | 30755 | 4695 | 90 | 35540 | 1103 | 395 | 1498 | 27764 | 706 | 3582 | 64 | 32116 | 1264 | 33380 | 471 | 33851 |
| | **CONTRACT BEDS** | | | | | | | | | | | | | | | | | | | |
| MED | CACF - GEO | SO | 1000 | | 1000 | 280 | | 1280 | | | 40 | 1000 | | 225 | | 1225 | 8 | 1233 | 0 | 1233 |
| MIN | Phx. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 19 | | 19 | 400 | | 86 | | 486 | 7 | 493 | 3 | 496 |
| MIN | Flor. West-   GEO | GP | 200 | | 200 | 50 | | 250 | 4 | 4 | 8 | 200 | | 11 | | 211 | 3 | 214 | 0 | 214 |
| MIN | Flor. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 10 | 7 | 17 | 400 | | 85 | | 485 | 4 | 489 | 2 | 491 |
| MIN | Kingman GEO- Huachuca | SO | 1400 | | 1400 | 108 | | 1508 | 73 | | 73 | 1400 | | 67 | | 1467 | 67 | 1534 | 4 | 1538 |
| MIN | Kingman GEO- Cerbat | GP | 2000 | | 2000 | | | 2000 | 80 | | 80 | 1733 | | | | 1733 | 73 | 1806 | 12 | 1818 |
| MIN | Marana - MTC | GP | 500 | | 500 | | | 500 | 7 | | 7 | 466 | | | | 466 | 2 | 468 | 5 | 473 |
| MED | Red Rock- GP- CCA | GP | 2000 | | 2000 | | | 2000 | | | | 1881 | | | | 1881 | | 1881 | 40 | 1921 |
| | Red Rock Det- CCA | DET | | | | | | | 78 | | 78 | | | | | | 57 | 57 | | 57 |
| | **TOTAL CONTRACT** | | 7900 | | 7900 | 638 | 0 | 8538 | 311 | 11 | 322 | 7480 | 0 | 474 | 0 | 7954 | 221 | 8175 | 66 | 8241 |
| | **TOTAL IN-STATE** | | 29714 | 1041 | 30755 | 4695 | 90 | 35540 | 1103 | 395 | 1498 | 27764 | 706 | 3582 | 64 | 32116 | 1264 | 33380 | 471 | 33851 |
| | **TOTAL CONTRACT** | | 7900 | 0 | 7900 | 638 | | 8538 | 311 | 11 | 322 | 7480 | | 474 | 0 | 7954 | 221 | 8175 | 66 | 8241 |
| | **GRAND TOTAL** | | 37614 | 1041 | 38655 | 5333 | 90 | 44078 | 1414 | 406 | 1820 | 35244 | 706 | 4056 | 64 | 40070 | 1485 | 41555 | 537 | 42092 |
| | **TOTAL STATE MALE** | | 25548 | 973 | 26521 | 4695 | 54 | 31270 | 1062 | 373 | 1435 | 23837 | 656 | 3498 | 48 | 28039 | 1226 | 29265 | 353 | 29618 |
| | **TOTAL CONTRACT MALE** | | 7900 | 0 | 7900 | 638 | 0 | 8538 | 311 | 11 | 322 | 7480 | 0 | 474 | 0 | 7954 | 221 | 8175 | 66 | 8241 |
| | **TOTAL MALE** | | 33448 | 973 | 34421 | 5333 | 54 | 39808 | 1373 | 384 | 1757 | 31317 | 656 | 3972 | 48 | 35993 | 1447 | 37440 | 419 | 37859 |
| | **TOTAL STATE FEMALE** | | 4166 | 68 | 4234 | 0 | 36 | 4270 | 41 | 22 | 63 | 3927 | 50 | 84 | 16 | 4077 | 38 | 4115 | 118 | 4233 |
| | **GRAND TOTAL** | | 37614 | 1041 | 38655 | 5333 | 90 | 44078 | 1414 | 406 | 1820 | 35244 | 706 | 4056 | 64 | 40070 | 1485 | 41555 | 537 | 42092 |

| STATE MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 7833 | 612 | 8445 | 7527 | 918 |
| MEDIUM CUSTODY | 10041 | 3382 | 13423 | 13227 | 196 |
| CLOSE CUSTODY | 6687 | 350 | 7037 | 6584 | 453 |
| MAXIMUM CUSTODY | 1753 | 276 | 2029 | 1924 | 105 |
| RECEPTION -MAX | 207 | 129 | 336 | 356 | -20 |
| TOTAL | 26521 | 4749 | 31270 | 29618 | 1652 |

| CONTRACT MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 3500 | 250 | 3750 | 3492 | 258 |
| MEDIUM CUSTODY | 4400 | 388 | 4788 | 4749 | 39 |
| TOTAL | 7900 | 638 | 8538 | 8241 | 297 |
| TOTAL MALE | 34421 | 5387 | 39808 | 37859 | 1949 |

| STATE FEMALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 2332 | 0 | 2332 | 2345 | -13 |
| MEDIUM CUSTODY | 1248 | 0 | 1248 | 1268 | -20 |
| CLOSE CUSTODY | 558 | 36 | 594 | 438 | 156 |
| RECEPTION | 96 | 0 | 96 | 182 | -86 |
| TOTAL | 4234 | 36 | 4270 | 4233 | 37 |
| GRAND TOTAL | 38655 | 5423 | 44078 | 42092 | 1986 |

| RATED/TEMP. BED VACANCY BREAKDOWN | MINIMUM | MEDIUM | CLOSE | MAXIMUM | TOTAL |
|---|---|---|---|---|---|
| MALE RATED BED VACANCIES: | 314 | 0 | 103 | 0 | 417 |
| MALE TEMP BED VACANCIES: | 862 | 235 | 350 | 105 | 1552 |
| FEMALE RATED BED VACANCIES: | -13 | -20 | NA | NA | 87 |
| FEMALE TEMP BED VACANCIES: | NA | NA | 36 | NA | NA |

RATED BEDS PLUS TEMPORARY BEDS = OPERATING CAPACITY (R+T=OC).

| OUT COUNT | Male | Female | Total |
|---|---|---|---|
| Hospital | 23 | 3 | 26 |
| Fire Crew | 31 | 0 | 31 |
| Other Work | 24 | 78 | 102 |
| Court | 341 | 37 | 378 |
| Apache | 1 | 0 | 1 |
| Cochise | 4 | 0 | 4 |
| Coconino | 12 | 1 | 13 |
| Gila | 3 | 0 | 3 |
| Graham | 0 | 0 | 0 |
| Greenlee | 0 | 1 | 1 |
| Maricopa | 193 | 15 | 208 |
| Mohave | 2 | 2 | 4 |
| Navajo | 3 | 1 | 4 |
| Pima | 50 | 5 | 55 |
| Pinal | 3 | 5 | 8 |
| Santa Cruz | 1 | 0 | 1 |
| Yavapai | 7 | 2 | 9 |
| Yuma | 8 | 0 | 8 |
| La Paz | 0 | 0 | 0 |
| Other | 16 | 0 | 16 |
| Federal | 38 | 4 | 42 |
| Total Out | 419 | 118 | 537 |

| COMMUNITY SUPERVISION OFFENDERS | |
|---|---|
| Arizona Parole Prior TIS | 58 |
| Interstate Parole | 622 |
| Work Furlough | 31 |
| Home Arrest | 22 |
| Truth In Sentencing (TIS) | 4503 |
| Total | 5205 |

| Maricopa Re-Entry Center | Sex Offender | Non-Sex Offender |
|---|---|---|
| Sanctioned | | 34 |
| Intensive Treatment | | 50 |
| Without Placement | | 0 |
| Community Corrections Removal | | 0 |
| Total Maricopa Re-Entry Center | | 84 |

| Pima Re-Entry Center | Sex Offender | Non-Sex Offender |
|---|---|---|
| Sanctioned | 2 | 23 |
| Intensive Treatment | 24 | 22 |
| Without Placement | 19 | 13 | 6 |
| Total Pima Re-Entry Center | 28 | 17 | 51 |
| Community Corrections Grand Total | | 5353 |

| COUNTY JAIL INTAKE | Male | Female | Both |
|---|---|---|---|
| County Jail Intake 11/06/18 | 60 | 3 | 63 |
| County Jail Transfers Pending | 0 | 0 | 0 |
| Inside Count | 37440 | 4115 | 41555 |
| Outside Count | 419 | 118 | 537 |
| Official Daily Count | 37919 | 4236 | 42155 |

CURRENTLY THERE ARE NO FEMALE INMATES IN CONTRACT BEDS.

**ADC INSTITUTIONAL CAPACITY COMMITTED POPULATION**

| 13-Nov-18 | | | OPERATING CAPACITY | | | | | | | | | INMATE COMMITTED POPULATION AS MIDNIGHT | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | RATED | | | TEMPORARY | | | SPECIAL USE | | | RATED | | TEMPORARY | | | | | | |
| Custody | UNIT | USE | G.P. | M/MH | TOTAL | T/G.P. | T M/MH | TOTAL | S.U. | T/S.U. | TOTAL | G.P. | M/MH | T/G.P. | T M/MH | TOTAL | S.U./T.S.U. TOTAL | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
| | **ASPC-DOUGLAS** | | | | | | | | | | | | | | | | | | | |
| MIN | Gila | GP | 632 | | 632 | 203 | | 835 | | | | 632 | | 132 | | 764 | 0 | 764 | 1 | 765 |
| MED | Mohave | GP | 803 | | 803 | 140 | | 943 | | | | 803 | | 108 | | 911 | 0 | 911 | 25 | 936 |
| CLOSE | Complex Detention | DET | | | 0 | | | 0 | 45 | 44 | 89 | | | | | 0 | 74 | 74 | 3 | 77 |
| | TOTAL | | 1435 | 0 | 1435 | 343 | 0 | 1778 | 45 | 44 | 89 | 1435 | 0 | 240 | 0 | 1675 | 74 | 1749 | 29 | 1778 |
| | **ASPC-EYMAN** | | | | | | | | | | | | | | | | | | | |
| MED | Cook | SO | 796 | | 796 | 559 | | 1355 | | | | 796 | | 534 | | 1330 | 0 | 1330 | 4 | 1334 |
| MED | Meadows | SO | 796 | | 796 | 483 | | 1279 | | | | 796 | | 459 | | 1255 | 0 | 1255 | 7 | 1262 |
| CLOSE | Meadows | SO | | | 0 | 80 | | 80 | | | | | | 74 | | 74 | 0 | 74 | 0 | 74 |
| | Rynning Detention | DET | | | 0 | | | 0 | | | | | | | | 0 | 64 | 64 | 1 | 65 |
| CLOSE | Rynning A69 | GP | 400 | | 400 | | | 400 | | | | 394 | | | | 394 | 0 | 394 | 1 | 395 |
| CLOSE | Rynning A12 | GP | 400 | | 400 | | | 400 | | | | 385 | | | | 385 | 0 | 385 | 1 | 386 |
| CLOSE | SMU I | MH | 352 | | 352 | 32 | | 384 | 7 | | 7 | 335 | | 0 | | 335 | 0 | 335 | 2 | 337 |
| MAX | SMU I SO | SO | 96 | | 96 | | | 96 | | | | 96 | | 8 | | 104 | 0 | 104 | 0 | 104 |
| CLOSE | SMU I SO CLOSE | SO | 312 | | 312 | 216 | | 528 | | | | 312 | | 150 | | 462 | 0 | 462 | 4 | 466 |
| MAX | SMU I P.C. | PC | 8 | | 8 | | | 8 | 1 | | 1 | 6 | | 0 | | 6 | 0 | 6 | 1 | 7 |
| MAX | SMU I Detention | DET | | | 0 | | | 0 | 192 | 96 | 288 | | | | | 0 | 252 | 252 | 2 | 254 |
| MAX | SMU I M/H Watch | MH | | 24 | 24 | | | 24 | | | | | 22 | | | 22 | 0 | 22 | 0 | 22 |
| MAX | Browning Intake | GP | | 24 | 24 | 30 | 30 | 60 | | | | 36 | | 0 | | 36 | 0 | 36 | 2 | 38 |
| MAX | SMU I BMU | MH | | 24 | 24 | | | 24 | | | | | 13 | | | 13 | 0 | 13 | 1 | 14 |
| MAX | Browning Unit | GP | 354 | | 354 | 146 | | 500 | | | | 354 | | 122 | | 476 | 0 | 476 | 9 | 485 |
| MAX | Browning STG | STG | 240 | | 240 | 10 | | 250 | | | | 205 | | 0 | | 205 | 0 | 205 | 4 | 209 |
| MAX | Browning D/Row | DR | 25 | | 25 | | | 25 | | | | 25 | | 1 | | 26 | 0 | 26 | 2 | 28 |
| CLOSE | Browning D/Row | DR | 5 | | 5 | | | 5 | | | | 4 | | 0 | | 4 | 0 | 4 | 0 | 4 |
| MAX | Browning M/H Watch | MH | | 10 | 10 | | | 10 | | | | | 5 | | | 5 | 0 | 5 | 0 | 5 |
| MAX | Browning Enhanced | GP | 50 | | 50 | | | 50 | | | | 50 | | 0 | | 50 | 0 | 50 | 7 | 57 |
| MAX | Browning RSHP | GP | 30 | | 30 | 30 | | 60 | | | | 23 | | 0 | | 23 | 0 | 23 | 2 | 23 |
| CLOSE | Browning Close Management | GP | 24 | | 24 | 24 | | 48 | | | | 24 | | 10 | | 34 | 0 | 34 | 0 | 34 |
| | TOTAL | | 3918 | 58 | 3976 | 1610 | 0 | 5586 | 240 | 136 | 376 | 3841 | 40 | 1358 | 0 | 5239 | 316 | 5555 | 48 | 5603 |
| | **ASPC-FLORENCE** | | | | | | | | | | | | | | | | | | | |
| CLOSE | Central Unit Close | GP | 787 | | 787 | | | 787 | | | | 661 | | | | 661 | 0 | 661 | 3 | 664 |
| CLOSE | Central Unit Death Row | GP | 97 | | 97 | | | 97 | | | | 83 | | | | 83 | 0 | 83 | 0 | 83 |
| CLOSE | Central Unit CB 7 MH | MH | | 40 | 40 | | | 40 | | | | | 0 | | | 0 | 0 | 0 | 0 | 0 |
| | Kasson Detention | DET | | | 0 | | | 0 | 64 | | 64 | | | 0 | | | 64 | 64 | 1 | 65 |
| MAX | Kasson MH | MH | | 112 | 112 | | | 112 | | | | | 70 | | | 70 | 0 | 70 | 1 | 71 |
| MAX | Kasson MH Watch | MH | | 16 | 16 | | | 16 | 8 | | 8 | | 11 | | | 11 | 0 | 11 | 1 | 12 |
| MAX | Housing Unit 8 | MED | | 22 | 22 | 20 | | 42 | | | | | 22 | | 18 | 40 | | 40 | 3 | 43 |
| MAX | Health Unit | MED | | | 0 | | | 0 | 15 | | 15 | | | | | | 12 | 12 | 3 | 15 |
| MIN | East Unit | GP | 600 | | 600 | 80 | | 680 | | | | 600 | | 72 | | 672 | 0 | 672 | 7 | 679 |
| MIN | North Unit | GP | 972 | | 972 | 124 | | 1096 | | | | 887 | | 0 | | 887 | 0 | 887 | 23 | 910 |
| MED | South Unit | SO | 544 | | 544 | 421 | | 965 | | | | 544 | | 402 | | 946 | 0 | 946 | 4 | 950 |
| MIN | Globe | GP | 250 | | 250 | | | 250 | | | | 244 | | 0 | | 244 | 0 | 244 | 4 | 248 |
| | Globe Detention | DET | | | | | | | 9 | | 9 | | | | | 0 | | 0 | 0 | 0 |
| | TOTAL | | 3250 | 190 | 3440 | 645 | 0 | 4085 | 96 | 0 | 96 | 3019 | 103 | 474 | 18 | 3614 | 76 | 3690 | 46 | 3736 |
| | **ASPC-PERRYVILLE-F** | | | | | | | | | | | | | | | | | | | |
| MED | Santa Cruz | GP | 576 | | 576 | | | 576 | | | | 571 | | 0 | | 571 | 0 | 571 | 6 | 577 |
| CLOSE | Lumley 1 | GP | 192 | | 192 | | | 192 | | | | 187 | | 0 | | 187 | 0 | 187 | 1 | 188 |
| CLOSE | Lumley 2 | GP | 60 | | 60 | | | 60 | | | | 8 | | 0 | | 8 | 0 | 8 | 1 | 9 |
| CLOSE | Santa Cruz 2 | GP | 192 | | 192 | | | 192 | | | | 179 | | 0 | | 179 | 0 | 179 | 0 | 179 |
| CLOSE | Lumley CLOSE MGT. | GP | 48 | | 48 | | | 48 | | | | 2 | | 0 | | 2 | 0 | 2 | 0 | 2 |
| CLOSE | Lumley Mental Health | MH | | 24 | 24 | | | 24 | | | | | 18 | | | 18 | 0 | 18 | 1 | 19 |
| CLOSE | Perryville S.N.U. | MED | | | 0 | | 10 | 10 | | | | | | | 5 | 5 | 0 | 5 | 0 | 5 |
| MED | Lumley Medium | GP | 288 | | 288 | | | 288 | | | | 288 | | 0 | | 288 | 0 | 288 | 3 | 291 |
| MED | Santa Maria WTU | MH | | 24 | 24 | | | 24 | | | | | 22 | | | 22 | 0 | 22 | 0 | 22 |
| CLOSE | Perryville Watch Cells | MH | | | 0 | | 26 | 26 | | | | | | | 10 | 10 | 0 | 10 | 0 | 10 |
| | Recp&Asmnt | GP | | | 96 | | | 96 | | | | 96 | | 93 | | 189 | 0 | 189 | 2 | 191 |
| CLOSE | Minors Unit | GP | 22 | | 22 | | | 22 | 3 | | 3 | 4 | | 0 | | 4 | 0 | 4 | 0 | 4 |
| MED | San Pedro | GP | 432 | | 432 | | | 432 | | | | 432 | | 0 | | 432 | 0 | 432 | 1 | 433 |
| MED | Santa-Maria | GP | 360 | | 360 | | | 360 | | | | 355 | | 0 | | 355 | 0 | 355 | 5 | 360 |
| | Complex Detention | DET | | | 0 | | | 0 | 26 | 22 | 48 | | | | | 0 | 35 | 35 | 1 | 36 |
| | Perryville IPC | MED | | | | | | | 10 | | 10 | | | | | 0 | 35 | 5 | 5 | 1 | 6 |
| MIN | Piestewa | GP | 197 | | 197 | | | 197 | | | | 195 | | 0 | | 195 | 0 | 195 | 0 | 195 |
| MIN | Piestewa Second Chance Center | GP | 63 | | 63 | | | 63 | | | | 50 | | 0 | | 50 | 0 | 50 | 1 | 51 |
| MIN | Santa Rosa | GP | 390 | | 390 | | | 390 | | | | 360 | | 0 | | 360 | 0 | 360 | 27 | 387 |
| MIN | San Carlos | GP | 1250 | | 1250 | | | 1250 | | | | 1197 | | 0 | | 1197 | | 1197 | 59 | 1256 |
| | TOTAL | | 4166 | 48 | 4214 | 0 | 36 | 4250 | 39 | 22 | 61 | 3924 | 40 | 93 | 15 | 4072 | 40 | 4112 | 109 | 4221 |
| | **ASPC-PHOENIX** | | | | | | | | | | | | | | | | | | | |
| MAX | Reception | GP | 207 | | 207 | 129 | | 336 | | | | 207 | | 151 | | 358 | 0 | 358 | 2 | 360 |
| MIN | Inmate Worker | GP | 30 | | 30 | 31 | | 61 | | | | 30 | | 30 | | 60 | 0 | 60 | 0 | 60 |
| MAX | B-Ward | MH | | 40 | 40 | | 8 | 48 | | | | | 17 | | | 20 | 7 | 27 | 1 | 19 |
| CLOSE | Flamenco Ida Ward- M | MH | | 15 | 15 | | | 15 | | | | | 20 | | | 20 | 7 | 27 | 1 | 28 |
| CLOSE | Flamenco Ida Watch M | MH | | 15 | 15 | | | 15 | | | | | 4 | | | 4 | 0 | 4 | 1 | 4 |
| CLOSE | Flamenco John PS- M | MH | | 30 | 30 | | | 30 | 9 | | 9 | | 14 | | | 14 | 0 | 14 | 0 | 14 |
| CLOSE | Flamenco King - M | MH | | 35 | 35 | | | 35 | | | | | 19 | | | 19 | 0 | 19 | 0 | 19 |
| CLOSE | Flamenco-F | MH | | 20 | 20 | | | 20 | 2 | | 2 | | 11 | | | 11 | 0 | 11 | 0 | 11 |
| MED | Aspen/SPU | MH | | 150 | 150 | | | 150 | | | | | 129 | | | 129 | | 129 | 3 | 132 |
| | TOTAL | | 237 | 315 | 552 | 160 | 8 | 720 | 11 | 0 | 11 | 237 | 214 | 181 | 0 | 639 | 8 | 639 | 8 | 647 |
| | **ASPC-LEWIS** | | | | | | | | | | | | | | | | | | | |
| CLOSE | Morey | GP | 800 | | 800 | | | 800 | 16 | | 16 | 734 | | | | 734 | 5 | 739 | 8 | 747 |
| | Morey Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 70 | 70 | 0 | 70 |
| CLOSE | Rast | PC | 394 | | 394 | | | 394 | | | | 378 | | 0 | | 378 | 0 | 378 | 3 | 381 |
| CLOSE | Rast II | PC | 180 | | 180 | | | 180 | | | | 159 | | | | 159 | 0 | 159 | 0 | 159 |
| MAX | Rast PC | PC | 320 | | 320 | | | 320 | | | | 304 | | 0 | | 304 | 0 | 304 | 7 | 311 |
| CLOSE | Rast Close Mgt. | PC | 10 | | 10 | | | 10 | | | | | | | | 0 | | 0 | 0 | 0 |
| | Lewis Medical | MED | | | 0 | | | 0 | 17 | | 17 | | | | | 0 | 12 | 12 | 0 | 12 |
| MED | Stiner Level G.P. | GP | 800 | | 800 | 416 | | 1216 | | | | 800 | | 295 | | 1095 | 0 | 1095 | 15 | 1110 |
| | Stiner Detention | DET | | | 0 | | | 0 | 70 | | 70 | | | | | 0 | 61 | 61 | 0 | 61 |
| MIN | Bachman PC | PC | 300 | | 300 | 76 | | 376 | | | | 300 | | 34 | | 334 | 0 | 334 | 4 | 338 |
| MIN | Bachman GP | GP | 110 | | 110 | 46 | | 156 | | | | 110 | | 36 | | 146 | 0 | 146 | 1 | 147 |
| MED | Bachman GP II | GP | 168 | | 168 | 20 | | 188 | | | | 168 | | 20 | | 188 | 0 | 188 | 3 | 191 |
| MED | Bachman Transitory | TRANS | 22 | | 22 | 10 | | 32 | | | | 22 | | 3 | | 25 | 0 | 25 | 0 | 25 |
| | Bachman Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 0 | 74 | 74 | 0 | 74 |
| CLOSE | Buckley PC | PC | 800 | | 800 | | | 800 | 16 | | 16 | 757 | | | | 757 | 0 | 757 | 8 | 765 |
| MED | Barchey PC | PC | 400 | | 400 | 150 | | 550 | | | | 400 | | 38 | | 438 | 0 | 438 | 8 | 446 |
| MED | Barchey PC | PC | 400 | | 400 | 120 | | 520 | | | | 400 | | 14 | | 414 | 0 | 414 | 0 | 414 |
| MED | Barchey  PC Watch Cells | MH | | | 0 | | 20 | 20 | | | | | | | 13 | 13 | 0 | 13 | 0 | 13 |
| MIN | Sunrise | GP | 100 | | 100 | 12 | | 112 | | | | 100 | | 5 | | 105 | 0 | 105 | 0 | 105 |
| MIN | Eagle Point Second Chance Center | GP | 300 | | 300 | | | 300 | | | | 270 | | | | 270 | 0 | 270 | 0 | 270 |
| | TOTAL | | 5104 | 0 | 5104 | 850 | 20 | 5974 | 279 | 0 | 279 | 4902 | 0 | 445 | 13 | 5360 | 222 | 5582 | 57 | 5639 |
| | **ASPC-SAFFORD** | | | | | | | | | | | | | | | | | | | |
| MIN | Fort Grant | GP | 588 | | 588 | | | 588 | | | | 538 | | 0 | | 538 | 0 | 538 | 0 | 538 |
| | Miles Detention | DET | | | 0 | | | 0 | 25 | 24 | 49 | | | | | 0 | 22 | 22 | 3 | 25 |
| MED | Graham | GP | 615 | | 615 | | | 615 | | | | 515 | | 0 | | 515 | 0 | 515 | 0 | 515 |
| MED | Tonto | PC | 250 | | 250 | 160 | | 410 | | | | 250 | | 55 | | 305 | 0 | 305 | 1 | 306 |
| | Tonto Detention | DET | | | | | | | 6 | | 6 | | | | | 0 | | 0 | 0 | 0 |
| | TOTAL | | 1453 | 0 | 1453 | 160 | 0 | 1613 | 31 | 24 | 55 | 1303 | 0 | 55 | 0 | 1358 | 22 | 1380 | 4 | 1384 |

13-Nov-18

| Custody | UNIT | USE | RATED G.P. | RATED M/MH | RATED TOTAL | TEMPORARY T/G.P. | TEMPORARY T M/MH | TOTAL | SPECIAL USE S.U. | SPECIAL USE T/S.U. | SPECIAL USE TOTAL | RATED G.P. | RATED M/MH | TEMPORARY T/G.P. | TEMPORARY T M/MH | TOTAL | TOTAL S.U./T.S.U. | INSIDE TOTAL | OUTSIDE TOTAL | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **ASPC-TUCSON** | | | | | | | | | | | | | | | | | | | |
| CLOSE | Cimarron | GP | 288 | | 288 | | | 288 | | | 0 | 256 | | 0 | | 256 | 0 | 256 | 6 | 262 |
| MED | Cimarron | GP | 360 | | 360 | | | 360 | | | 0 | 301 | | | | 301 | 0 | 301 | 8 | 309 |
| | Cimarron Detention | DET | | | | | | | 48 | 48 | 96 | | | | | 0 | 87 | 87 | 2 | 89 |
| CLOSE | Rincon MH Watch | MH | | 79 | 79 | | 6 | 85 | | | 0 | | 33 | | 0 | 33 | 0 | 33 | 4 | 37 |
| CLOSE | Rincon BHU | MH | | 56 | 56 | | | 56 | | | 0 | | 36 | | | 36 | 0 | 36 | 1 | 37 |
| CLOSE | Rincon Medical | MED | | | | | | | 66 | | 66 | | | | | 0 | 62 | 62 | 1 | 63 |
| CLOSE | Rincon S.N.U. | MED | | 16 | 16 | | | 16 | | | 0 | | 14 | | | 14 | 0 | 14 | 0 | 14 |
| CLOSE | Cimarron Transitory | TRANS | | | | 24 | | 24 | | | 0 | | | 20 | | 20 | 0 | 20 | 3 | 23 |
| CLOSE | Rincon | GP | 340 | | 340 | | | 340 | | | 0 | 336 | | | | 336 | 0 | 336 | 2 | 338 |
| CLOSE | Rincon MH Program | GP | | 172 | 172 | | | 172 | | | 0 | | 134 | | | 134 | 0 | 134 | 0 | 134 |
| CLOSE | Minors | GP | 182 | | 182 | | | 182 | | | 0 | 46 | | | | 46 | 0 | 46 | 0 | 46 |
| CLOSE | Minors Intake | GP | | | 0 | | | 0 | 16 | | 16 | 0 | | | | 0 | 1 | 1 | 0 | 1 |
| MED | Santa Rita | GP | 768 | | 768 | | | 768 | | | 0 | 764 | | 0 | | 764 | 0 | 764 | 2 | 766 |
| MED | Manzanita S.N.U. | MED | | 25 | 25 | | 20 | 45 | | | 0 | | 25 | | 19 | 44 | 0 | 44 | 2 | 46 |
| MED | Manzanita | GP | 179 | | 179 | 107 | | 286 | 0 | | 0 | 179 | | 104 | | 283 | NA | 283 | 2 | 285 |
| MED | Manzanita Second Chance Center | GP | 48 | | 48 | | | 48 | | | 0 | 43 | | | | 43 | NA | 43 | 0 | 43 |
| MED | Manzanita Watch Cells | MH | | 24 | 24 | | | 24 | | | 0 | | 12 | | | 12 | 0 | 12 | 0 | 12 |
| MED | Manzanita Residential | MED | | 58 | 58 | | | 58 | | | 0 | | 42 | | 0 | 42 | 0 | 42 | 0 | 42 |
| | Manzanita Detention | DET | | | | | | | 12 | 11 | 23 | | | | | 0 | 20 | 20 | 1 | 21 |
| MED | Winchester | GP | 400 | | 400 | 336 | | 736 | | | 0 | 400 | | 304 | | 704 | 0 | 704 | 22 | 726 |
| | Winchester Detention | DET | | | | | | | 12 | 12 | 24 | | | | | 0 | 24 | 24 | 0 | 24 |
| | Complex Detention | DET | | | 0 | | | 0 | 40 | 40 | 80 | | | | | 0 | 71 | 71 | 10 | 81 |
| MIN | Catalina | GP | 360 | | 360 | | | 360 | | | 0 | 356 | | 0 | | 356 | 0 | 356 | 1 | 357 |
| MIN | Whetstone | GP | 1250 | | 1250 | | | 1250 | | | 0 | 1204 | | 0 | | 1204 | 0 | 1204 | 2 | 1206 |
| | **TOTAL** | | **4175** | **430** | **4605** | **467** | **26** | **5098** | **194** | **111** | **305** | **3885** | **296** | **428** | **19** | **4628** | **265** | **4893** | **69** | **4962** |
| | **ASPC-WINSLOW** | | | | | | | | | | | | | | | | | | | |
| MIN | Coronado | GP | 492 | | 492 | | | 492 | | | 0 | 0 | | 0 | | 0 | 0 | 0 | 0 | 0 |
| MED | Kaibab | GP | 400 | | 400 | | | 400 | | | 0 | 386 | | | | 386 | 0 | 386 | 14 | 400 |
| CLOSE | Kaibab | GP | 400 | | 400 | | | 400 | | | 0 | 348 | | | | 348 | 0 | 348 | 1 | 349 |
| | Complex Detention | DET | | | 0 | | | 0 | 20 | 19 | 39 | | | | 0 | 29 | 29 | 1 | 30 |
| MIN | Apache | GP | 334 | | 334 | 40 | | 374 | | | 0 | 334 | | 7 | | 341 | 0 | 341 | 13 | 354 |
| | Apache Detention | DET | | | | | | | 12 | | 12 | | | | | 0 | 0 | 0 | 0 | 0 |
| | **TOTAL** | | **1626** | **0** | **1626** | **40** | **0** | **1666** | **32** | **19** | **51** | **1068** | **0** | **7** | **0** | **1075** | **29** | **1104** | **29** | **1133** |
| | **ASPC-YUMA** | | | | | | | | | | | | | | | | | | | |
| MED | Cheyenne | GP | 800 | | 800 | 324 | | 1124 | | | 0 | 800 | | 266 | | 1066 | 0 | 1066 | 13 | 1079 |
| | Cheyenne Detention | DET | | | 0 | | | 0 | 40 | 39 | 79 | | | | | 0 | 71 | 71 | 0 | 71 |
| MIN | Cocopah | GP | 250 | | 250 | 80 | | 330 | | | 0 | 250 | | 75 | | 325 | 0 | 325 | 1 | 326 |
| CLOSE | Dakota | GP | 800 | | 800 | | | 800 | 16 | | 16 | 758 | | | | 758 | 0 | 758 | 2 | 760 |
| | Dakota Detention | DET | | | 0 | | | 0 | 80 | | 80 | | | | | 58 | 58 | 0 | 58 | | |
| MED | Cibola | GP | 1250 | | 1250 | 16 | | 1266 | | | 0 | 1217 | | 0 | | 1217 | 0 | 1217 | 15 | 1232 |
| MIN | La Paz | GP | 1250 | | 1250 | | | 1250 | | | 0 | 1195 | | 0 | | 1195 | 0 | 1195 | 3 | 1198 |
| | **TOTAL** | | **4350** | **0** | **4350** | **420** | **0** | **4770** | **136** | **39** | **175** | **4220** | **0** | **341** | **0** | **4561** | **129** | **4690** | **34** | **4724** |
| | **TOTAL IN-STATE** | | **29714** | **1041** | **30755** | **4695** | **90** | **35540** | **1103** | **395** | **1498** | **27834** | **693** | **3622** | **65** | **32214** | **1180** | **33394** | **433** | **33827** |
| | | | | | | | | | | | | | | | | | | | | |
| | **CONTRACT BEDS** | | | | | | | | | | | | | | | | | | | |
| MED | CACF - GEO | SO | 1000 | | 1000 | 280 | | 1280 | 40 | | 40 | 1000 | | 240 | | 1240 | 4 | 1244 | 1 | 1245 |
| MIN | Phx. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 19 | | 19 | 400 | | 87 | | 487 | 7 | 494 | 2 | 496 |
| MIN | Flor. West-  GEO | GP | 200 | | 200 | 50 | | 250 | 4 | 4 | 8 | 200 | | 6 | | 206 | 2 | 208 | 0 | 208 |
| MIN | Flor. West- DWI - GEO | DUI | 400 | | 400 | 100 | | 500 | 10 | 7 | 17 | 400 | | 84 | | 484 | 8 | 492 | 2 | 494 |
| MED | Kingman GEO- Huachuca | SO | 1400 | | 1400 | 108 | | 1508 | 73 | | 73 | 1400 | | 60 | | 1460 | 67 | 1527 | 4 | 1531 |
| MIN | Kingman GEO- Cerbat | GP | 2000 | | 2000 | | | 2000 | 80 | | 80 | 1745 | | | | 1745 | 65 | 1810 | 12 | 1822 |
| MIN | Marana - MTC | GP | 500 | | 500 | | | 500 | 7 | | 7 | 476 | | | | 476 | 2 | 478 | 5 | 483 |
| MED | Red Rock- GP- CCA | GP | 2000 | | 2000 | | | 2000 | | | | 1887 | | | | 1887 | | 1887 | 36 | 1923 |
| | Red Rock Det- CCA | DET | | | | | | | 78 | | 78 | | | | | | 68 | 68 | | 68 |
| | **TOTAL CONTRACT** | | **7900** | **0** | **7900** | **638** | **0** | **8538** | **311** | **11** | **322** | **7508** | **0** | **477** | **0** | **7985** | **223** | **8208** | **62** | **8270** |
| | **TOTAL IN-STATE** | | **29714** | **1041** | **30755** | **4695** | **90** | **35540** | **1103** | **395** | **1498** | **27834** | **693** | **3622** | **65** | **32214** | **1180** | **33394** | **433** | **33827** |
| | **TOTAL CONTRACT** | | **7900** | **0** | **7900** | **638** | | **8538** | **311** | **11** | **322** | **7508** | **0** | **477** | | **7985** | **223** | **8208** | **62** | **8270** |
| | **GRAND TOTAL** | | **37614** | **1041** | **38655** | **5333** | **90** | **44078** | **1414** | **406** | **1820** | **35342** | **693** | **4099** | **65** | **40199** | **1403** | **41602** | **495** | **42097** |
| | | | | | | | | | | | | | | | | | | | | |
| | **TOTAL STATE MALE** | | **25548** | **973** | **26521** | **4695** | **54** | **31270** | **1062** | **373** | **1435** | **23910** | **642** | **3529** | **50** | **28131** | **1140** | **29271** | **324** | **29595** |
| | **TOTAL CONTRACT MALE** | | **7900** | **0** | **7900** | **638** | **0** | **8538** | **311** | **11** | **322** | **7508** | **0** | **477** | **0** | **7985** | **223** | **8208** | **62** | **8270** |
| | **TOTAL MALE** | | **33448** | **973** | **34421** | **5333** | **54** | **39808** | **1373** | **384** | **1757** | **31418** | **642** | **4006** | **50** | **36116** | **1363** | **37479** | **386** | **37865** |
| | **TOTAL STATE FEMALE** | | **4166** | **68** | **4234** | **0** | **36** | **4270** | **41** | **22** | **63** | **3924** | **51** | **93** | **15** | **4083** | **40** | **4123** | **109** | **4232** |
| | **GRAND TOTAL** | | **37614** | **1041** | **38655** | **5333** | **90** | **44078** | **1414** | **406** | **1820** | **35342** | **693** | **4099** | **65** | **40199** | **1403** | **41602** | **495** | **42097** |

| STATE MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 7833 | 612 | 8445 | 7467 | 978 |
| MEDIUM CUSTODY | 10041 | 3382 | 13423 | 13226 | 197 |
| CLOSE CUSTODY | 6687 | 350 | 7037 | 6637 | 400 |
| MAXIMUM CUSTODY | 1753 | 276 | 2029 | 1905 | 124 |
| RECEPTION -MAX | 207 | 129 | 336 | 360 | -24 |
| TOTAL | 26521 | 4749 | 31270 | 29595 | 1675 |

| CONTRACT MALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 3500 | 250 | 3750 | 3503 | 247 |
| MEDIUM CUSTODY | 4400 | 388 | 4788 | 4767 | 21 |
| TOTAL | 7900 | 638 | 8538 | 8270 | 268 |

| STATE FEMALE | Rated Beds | Temp Beds | Total Operating Capacity | POPULATION | VACANCIES |
|---|---|---|---|---|---|
| MINIMUM CUSTODY | 2332 | 0 | 2332 | 2334 | -2 |
| MEDIUM CUSTODY | 1248 | 0 | 1248 | 1265 | -17 |
| CLOSE CUSTODY | 558 | 36 | 594 | 442 | 152 |
| RECEPTION | 96 | 0 | 96 | 191 | -95 |
| TOTAL | 4234 | 36 | 4270 | 4232 | 38 |

| RATED/TEMP. BED VACANCY | MINIMUM | MEDIUM | CLOSE | MAXIMUM | TOTAL |
|---|---|---|---|---|---|
| MALE RATED BED VACANCIES: | 363 | 0 | 50 | 0 | 413 |
| MALE TEMP BED VACANCIES: | 862 | 218 | 350 | 124 | 1554 |
| FEMALE RATED BED VACANCIES: | -2 | -17 | 116 | NA | 97 |
| FEMALE TEMP BED VACANCIES: | NA | NA | 36 | NA | 36 |

RATED BEDS PLUS TEMPORARY BEDS = OPERATING CAPACITY (R+T=OC).

| OUT COUNT | Male | Female | Total |
|---|---|---|---|
| Hospital | 18 | 1 | 19 |
| Fire Crew | 13 | 0 | 13 |
| Other Work | 22 | 75 | 97 |
| Court | 333 | 33 | 366 |
| Apache | 1 | 0 | 1 |
| Cochise | 3 | 0 | 3 |
| Coconino | 12 | 1 | 13 |
| Gila | 3 | 0 | 3 |
| Graham | 0 | 1 | 1 |
| Greenlee | 0 | 0 | 0 |
| Maricopa | 184 | 14 | 198 |
| Mohave | 2 | 0 | 2 |
| Navajo | 0 | 0 | 0 |
| Pima | 54 | 6 | 60 |
| Pinal | 3 | 4 | 7 |
| Santa Cruz | 1 | 0 | 1 |
| Yavapai | 7 | 2 | 9 |
| Yuma | 7 | 0 | 7 |
| La Paz | 0 | 0 | 0 |
| Other | 19 | 0 | 19 |
| Federal | 34 | 5 | 39 |
| Total Out | 386 | 109 | 495 |

| COMMUNITY SUPERVISION OFFENDERS | |
|---|---|
| Arizona Parole Prior TIS | 59 |
| Interstate Parole | 624 |
| Home Arrest | 22 |
| Truth In Sentencing (TIS) | 4570 |
| Total | 5275 |

| Maricopa Re-Entry Center | Sex Offender | Non-Sex Offender |
|---|---|---|
| Sanctioned | 30 | 0 |
| Intensive Treatment | 44 | 0 |
| Without Placement | 0 | 44 |
| Total Maricopa Re-Entry Center | 74 | 0 |

| Pima Re-Entry Center | Sex Offender | Non-Sex Offender |
|---|---|---|
| Sanctioned | 23 | 2 |
| Intensive Treatment | 24 | 22 |
| Without Placement | 19 | 13 |
| Total Pima Re-Entry Center | 66 | 17 |
| Community Corrections Grand Total | 5415 | |

| COUNTY JAIL INTAKE | Male | Female | Both |
|---|---|---|---|
| County Jail Intake 11/13/18 | 31 | | 31 |
| County Jail Transfers Pending | | | |
| Inside Count | 37479 | 4123 | 41602 |
| Outside Count | 386 | 109 | 495 |
| Official Daily Count | 37896 | 4232 | 42128 |

CURRENTLY THERE ARE NO FEMALE INMATES IN CONTRACT BEDS

# Exhibit B



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546845



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546846



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546847



# ARIZONA DEPARTMENT OF CORRECTIONS
## Observation Record

| Inmate Name | | Facility/Unit ASPC-LEWIS/Buckley | Date 11/6/18 |
| Authorized by | | Time ☐ AM ☐ PM | |
| Canceled by | Date | | |
| Type of Observation | Restraint Method | Time Check Every____ Minutes | |

| Date | Time | Codes | Signature | Date | Time | Codes | Signature |
|---|---|---|---|---|---|---|---|
| 11/6 | 0500 | X | | 11-7 | 0007 | X | DiG |
| 11/6 | 0525 | X | | 11-7 | 0052 | ce | Hawley |
| 11/6 | 1800 | V | v | 11-7 | 0100 | X | |
| 11/6 | 1830 | v | N | 11-7 | 0130 | Y | |
| 11/6 | 1900 | X | E | 11-7 | 0200 | X | g |
| 11/6 | 1930 | X | | 11-7 | 0230 | x | |
| 11/6 | 2000 | X | | | | | |
| 11/6 | 2030 | X | | | | | |
| 11/6 | 2100 | X | | | | | |
| 11-6 | 2130 | ex | Hawley | | | | |
| 11-6 | 2130 | Y | | | | | |
| 11-6 | 2200 | x | | | | | |
| 11-6 | 2230 | X | | | | | |
| 11-6 | 2300 | X | | | | | |
| 11-6 | 2330 | X | | | | | |

Shift Commander's Signature

**CODE DEFINITIONS:**

a. Fluid Ingested
b. Meals Served
c. Medication Given
d. Health care staff check
e. Shift commander check
f. Program staff check
g. Toilet
h. Bath
i. Exercise

j. Restraints released/massaged
k. Circulation adequate
l. Yelling
m. Crying
n. Laughing
o. Threatening
p. Mumbling incoherently
q. Hallucinating

r. Delusional
s. Confused
t. Quiet
u. Beating on door/wall
v. Walking
w. Standing still
x. Lying or Sitting
y. Sleeping
z. Moving about in bed
aa. Restraints rem...

Distribution:
White – Institutional File

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1546835**



ARIZONA DEPARTMENT OF CORRECTIONS

**Individual Inmate Detention Record**

(✓ Check the one that applies)
☐ 8 Hour Shift (Night/Day/Swing)   ☐ 12 Hour Shift (Day/PM)

Use: Example date (mm/dd/yyyy) when filling out date boxes

| INSTITUTION/UNIT | CELL LOCATION | WEEK BEGINNING | RELEASE DATE | REVIEW DATE |
|---|---|---|---|---|
| ASPC Lewis | | | | |

☐ Investigation   ☐ Pending Protective Custody   ☐ Disciplinary   ☐ Medical Observation

PERTINENT INFORMATION

DISCIPLINARY INFORMATION

| Date | Shift | Meals | | | Shower Times | | Exercise Times | | Razor | | Hair Cut | Phone | | Cell Cleaning | Laundry Exchange | Linen Exchange | CO ## Initials | Staff Initials / Badge # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | L | D | In | Out | In | Out | In | Out | Y/N | On | Off | Y/N | Y/N | Y/N | | |
| MONDAY 11-5-18 Date | Night/PM | | 918 | 1918 | | | | | | | | | | | | | | |
| | Day/AM | 0700 | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | Tim |
| TUESDAY 11-6 Date | Night/PM | | | 7120 | | | | | | | | | | | | | | |
| | Day/AM | | | | | | | | | | | | | | | | | P3 |
| | Swing | | | | | | | | | | | | | | | | | |
| WEDNESDAY 11-7 Date | Night/PM | | | | | | | | | | | | | | | | | |
| | Day/AM | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | |
| THURSDAY Date | Night/PM | | | | | | | | | | | | | | | | | |
| | Day/AM | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | |
| FRIDAY | Night/PM | | | | | | | | | | | | | | | | | |
| | Day/AM | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | |
| RDAY | Night/PM | | | | | | | | | | | | | | | | | |
| | Day/AM | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | |
| | Night/PM | | | | | | | | | | | | | | | | | |
| | Day/AM | | | | | | | | | | | | | | | | | |
| | Swing | | | | | | | | | | | | | | | | | |

ee reverse

Page 1 of 2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546836



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546829



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546832



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546897



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546898

# Exhibit C



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546915



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546916



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1546917

# Exhibit 16

# FILED UNDER SEAL



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

November 15, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Ryan*, 2:12-CV-00601
      Class Member in Need of Medical Care
      ██████████████████████ Lewis - Stiner

Dear Mr. Bojanowski:

I write regarding Mr. ████, a class member presently housed in Stiner Detention Unit on a medical placement because his mouth is wired shut. I brought Mr. ████ situation to your attention yesterday evening and asked that he be immediately moved to the IPC for his protection.

According to his medical records, as of 7:00 am MST, Mr. ████ is still housed in the detention unit. As I informed you yesterday evening, Mr. ████ is on a liquid diet because his mouth is wired shut. There are no wire clippers in the Detention Unit, and he is locked in a cell that is the greatest distance from the officer's pod. Mr. ████ confirmed that about approximately one week ago, he started choke on his liquid diet but was unable to call for help.

Mr. ████ must be moved without any further delay to the IPC setting where he is able to call health care staff for assistance in case of any future choking. The risk of choking to death or aspirating food is very high, and health care staff should have at hand to assist in removing the wires in case of an emergency.

Please ensure Mr. ████ is moved today.  Thank you for your prompt attention to this matter.

Sincerely,

*Clendrick*

Corene Kendrick
Staff Attorney

cc:   Mr. ████

**Board of Directors**

Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 16, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:      *Parsons v. Ryan*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████ ███████ Lewis - Rast

Dear Mr. Bojanowski:

       We write regarding Mr. ████████████ ADC█████ Mr. ████████ has Type II Diabetes and Hypoglycemia.

       When we met with Mr. █████████ yesterday, he stated that on November 9, 2018, he blacked out and hit his head because of his low blood sugar levels. He receives his insulin at "erratic" intervals, and nurses frequently forget to provide him with snacks when he receives his insulin (he estimated they forget about three times a week). His medical records confirmed that around 4 AM on 11/9/18, he fainted. His records describe him as "supine on pod floor with officers attending. inmate changing body positions occasionally and appearing to be asleep at times." When nurses took his vitals, his blood sugar was recorded at 28, and he was administered an insulin shot, but no snack. He was instructed to "consume glucose products. eat breakfast."

       At 8:15 PM yesterday, after our meeting, he once again fainted. Notes from the ICS response state:

       interview. glucose fingerstick. temporary monitoring of behavior/responsiveness post consumption of sandwich. with no improvement of condition, IM glucogon administered to left deltoid. 10 minutes post administration inmate cooperative, alert and oriented. Able to walk and conversate normally. glucose level in normal range now. inmate consumed glucose tube from nurse. 2nd tube provided for later need.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: █████████████
November 16, 2018
Page 2

His vital signs from at the time are not recorded in his medical records, but his records reflect he had "abnormal vitals." The patient education note states "eat calories to avoid hypoglycemia."

However, Mr. █████████ Diet Order for AM and PM snacks expired 5/23/18 and has not been renewed, so he is unable to follow these instructions.

Moreover, Mr. █████████'s records verify his allegation of the erratic administration of his insulin. On 11/9, the date of his fall, he received insulin at 9:56 AM and then at 7:06 PM. However, on 11/12 he received insulin at 12:20 AM and 5:51 PM; on 11/13 at 1:10 PM and 5:15 PM; on 11/14 at 1:38 PM then 5:33 PM, and yesterday, the date of his second fall, he received his insulin at 3:21 PM then 7:43 PM.

To prevent another fainting episode and/or hyperglycemic coma, we request that Mr. █████████ Diet Order for AM and PM snacks be renewed immediately. Moreover, we request he receive his insulin in a timely, routine fashion.

Thank you for your prompt attention to this matter.

Sincerely,

Juliette Mueller, Litigation Assistant

Corene Kendrick, Staff Attorney

cc:   Mr. █████████



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

November 16, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:      *Parsons v. Ryan*, 2:12-CV-00601
         Class Member in Need of Medical Care
         ███████████████████ Lewis - Stiner

Dear Mr. Bojanowski:

This is the second letter we write regarding Mr. ████ a class member presently housed in Stiner Detention Unit on a medical placement because his mouth is wired shut. We brought Mr. ████'s situation to your attention during our visit to Lewis on November 14, 2018, and again in our November 15 letter, when we asked that he be immediately moved to the IPC for his protection.

According to his medical records and the ADC locator, Mr. ████ is still housed in the detention unit. Mr. ████ is on a liquid diet because his mouth is wired shut. Mr. ████ is locked in a cell that is the greatest distance from the officer's pod. Mr. ████ confirmed that about approximately one week ago, he choked on his liquid diet but was unable to call for help. At the time, there were no dental wire cutters in the unit. A note from Mr. ████'s doctor on November 15, 2018, states that correctional officers have quick access to dental wire cutters. However, it is more appropriate for health care staff to remove the wires in the case of an emergency.

Mr. ████ must be moved without any further delay to the IPC setting where he is able to call health care staff for assistance in case of any future choking. The risk of choking to death or aspirating food is very high, and to reduce the substantial risk of serious injury or harm, as well as liability to ADC and/or Corizon, health care staff should be in close proximity to assist in removing the wires in case of an emergency.

Please ensure Mr. ████ is moved today.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski

Re: ████████████

November 16, 2018

Page 2

Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris, Investigator

Corene Kendrick, Staff Attorney

cc:   Mr. ████



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

November 19, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Ryan*, 2:12-CV-00601
Class Member in Need of Medical Care
████████████████████ Lewis - Rast

Dear Mr. Bojanowski:

We write regarding Mr. ██████ a class member who has been diagnosed with basal cell carcinoma.

Mr. ██████ submitted an HNR on 6/7/2018, stating he has an oddly-shaped mole that he would like examined. Four months later, he had still not been seen. As a result, he filed another HNR on 10/3/2018, stating the mole was growing and that he needed to have it examined.

On 10/9/2018, he had a "mole removal with punch biopsy" conducted by RN White in ACI Health Unit. In Mr. ██████ s 10/9/2018 Lab Test Order, there are review notes from NP Ende on 10/23/18 that state: "ABNORMALS NOTED, NO URGENT ACTION NEEDED, COMMUNIQUE TO INMATE" and "Inmate Notice: Will Review Results With Patient At Next Chronic Care Visit."

The next chronic care visit, however, has not yet been scheduled and, according to the medical record, is not due until March 2019 (180 days after his September 2018 chronic care encounter).

Dr. Todd Wilcox and Litigation Assistant Alexis Hoffman met with Mr. ██████ during their recent visit to Lewis. Mr. ██████ presented the communique, which stated that he had basal cell carcinoma. At the time of the interview, Mr. ██████ did not know what it meant to have basal cell carcinoma as he had not spoken to a medical professional regarding the results of the biopsy. Dr. Wilcox explained the diagnosis to Mr. ██████ at that time. Dr. Wilcox also inspected the mole and noted that it may require a "deeper surgery" to ensure the problem is addressed.

We request that medical staff promptly meet with Mr. ██████ to review the lab test results from the 10/9/18 lab and to develop a treatment plan. We also request Mr. ██████ be assessed for the need for a deeper surgery on his mole, per our medical expert's suggestion.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: █████████████
November 19, 2018
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

Rita Lomio
Staff Attorney

Alexis Hoffman
Litigation Assistant under Rita Lomio

cc:    Mr. ███████



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 20, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Ryan*, 2:12-CV-00601
      Class Member in Need of ADA Accommodations
      ████████████████████████, Lewis – Morey Detention Unit

Dear Mr. Bojanowski:

I write regarding Mr. ██████ a class member who is currently inappropriately housed at Morey Detention Unit (MDU).  Mr. ██████ is a full-time wheelchair user, and has a myriad of medical conditions.  His medical score is M-4.

Mr. ██████ reported that until August 2018, he was housed in the Tucson infirmary, where medical staff were available to assist him in activities of daily living, including helping him with bathing. In August he was sent to Lewis for sheltered housing, but has instead been housed in the detention unit since that time. Mr. ██████ reports that he is not in the detention unit for disciplinary purposes. He also reported that he has asked custody and health care staff multiple times to be moved back to Tucson, but has been told that there are not enough sheltered housing beds, including those that can accommodate his disabilities.

Mr. ██████ reports, and his medical record confirms, that when he was at Tucson he was prescribed medications that he had to take three or four times a day. Since MDU has at most two rounds of medication administration, he is not receiving these medications as prescribed; instead, the Lewis providers have discontinued or changed the frequency of these medications to meet the custodial needs.

Mr. ██████ also reported that up until a day or two prior to our visit, almost all of the cells at MDU were triple-bunked.  Many other class members in MDU reported the same, stating that they were told that the cells were being reduced to capacity for purposes of the "ACLU visit." Mr. ██████ indicated that with a third man sleeping on the floor, it was impossible for him to

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

move more than a few feet inside the cell.  Pursuant to the custodial restrictions of MDU, he is only allowed out of his cell every other day to take a shower.  He indicated that he has to rely upon his cellmates or the porter to assist him in transferring from his wheelchair to the shower chair, and when they are unable or unwilling to help, he struggles to transfer himself.  He also reported that his cell is kept extremely cold (which we observed in his and the others' cells), which exacerbates his medical conditions.

Under the Americans with Disabilities Act, public entities must provide people with disabilities equal access to prison services, programs and activities.  42 U.S.C. § 12132; *Penn. Dep't of Corr. v. Yeskey*, 524 U.S. 206 (1998).  Specifically, prisons are required to:

> . . . ensure that inmates or detainees with disabilities are housed in the most integrated setting appropriate to the needs of the individuals.  Unless it is appropriate to make an exception, a public entity–
>
> (i) Shall not place inmates or detainees with disabilities in inappropriate security classifications because no accessible cells or beds are available;
>
> …
> (iii) Shall not place inmates or detainees with disabilities in facilities that do not offer the same programs as the facilities where they would otherwise be housed; . . .

28 CFR § 35.152(b)(2).[1]  *See Armstrong v. Brown*, 103 F.Supp.3d 1070, 1072 (N.D. Cal. 2015) (ordering California Department of Corrections and Rehabilitation to immediately end the practice of incarcerating disabled wheelchair users in Administrative Segregation due to a lack of accessible cells, as it violates the ADA and § 35.152(b)(2)); *see also Barhite v. Brown*, No. 1:14-CV-218, 2014 WL 2918550 at *13-14 (W.D. Mich. June 26, 2014) (Plaintiff states a claim under § 35.152(b)(2) by alleging that Defendant "increased his security level in order to transfer him to a facility with a wheelchair-accessible cell, because the MDOC does not have barrier-free, wheelchair-accessible cells in Level I"); *Bane v. Virginia Dep't of Corr.*, No. 7:12-CV-159, 2012 WL 6738274 at *14 (W.D. Va. Dec. 28, 2012), *reconsideration denied*, No. 7:12-CV-159, 2013 WL 595536 (W.D. Va. Feb. 15, 2013) (Plaintiff states an ADA claim by alleging that he "is otherwise qualified for [a prison] program, but cannot enter the program because it is conducted in an area of the prison that is not accessible to disabled inmates due to the lack of handicap cells and showers").

---

[1] In enacting the ADA, Congress delegated to the Attorney General the responsibility to promulgate regulations implementing its provisions, 42 U.S.C. § 12134, and the Attorney General has promulgated a series of detailed regulations, of which this is one.  *See* 28 CFR § 35.101.

Mr. Timothy Bojanowski
Re: ███████████████
November 20, 2018
Page 3

     We request that Mr. ██████ be immediately returned to the Tucson infirmary, where his disabilities can be properly accommodated and he can receive assistance in completing activities of daily living.

     Thank you for your prompt attention to this matter.

Sincerely,

*Ckendrick*

Corene Kendrick
Staff Attorney

cc:   Mr. ██████



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 20, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Ryan*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████████, Lewis - Bachman

Dear Mr. Bojanowski:

We write regarding ███████████ a class member in need of immediate medical attention.  Mr. ███████ requires surgery for a deviated septum, uvula hypertrophy, and hypertrophic rhinitis. While incarcerated in the county jail, he was seen by an ENT and scheduled for surgery. On July 19, 2018, during his intake exam at Phoenix Alhambra, a provider noted that Mr. ██████ was to be rescheduled with an ENT to undergo the surgery. However, Mr. █████ has not received the surgery nor seen an ENT.

Furthermore, on July 25, the same intake physician noted that Mr. ██████ should be seen by the chronic care provider within 30 days upon arriving to the next yard. However, the chronic care appointment did not occur until nearly four months later, in violation of PM 54, on November 8, 2018.  At that appointment, only asthma and hypertension were discussed. This is the only other time Mr. █████ has seen a provider since he was incarcerated in ADC.

We request that Mr. ██████ immediately receive the ENT surgery, and that he receive all appropriate follow-up care.  Thank you for your prompt attention to this matter.

Sincerely,

*[signature]*

Amber Norris, Investigator

*[signature]*

Corene Kendrick, Staff Attorney

cc:     Mr. ██████

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 20, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:  *Parsons v. Ryan*, 2:12-CV-00601
     Class Member in Need of Medical Care
     ████████████████ Lewis - Morey

Dear Mr. Bojanowski:

    We write regarding ████████ a class member who is in need of immediate medical attention and who requires assistive devices to help protect his vision.

    Mr. ██████ is diagnosed with Bilateral Pterygium, for which he underwent surgery in April and August 2017. Following the surgery, the optometrist and ophthalmologist recommended that Mr. ██████ receive artificial tears and sunglasses. The most recent recommendation was made on March 26, 2018 by an optometrist. However, it does not appear that Mr. ██████ has received either the sunglasses or the artificial tears. Of note, an October 19, 2017, letter from ophthalmologist Dr. Heller states,

> We placed him on some topical drops. We recommend strongly that he wear sunglasses at the prison. I know that that is not usually allowed, but he needs it to protect his eyes. He also needs regular glasses, so I have recommended he see the optometrist there and get glasses. We are going to see him again in three months.

    Although a Special Needs Order for sunglasses was approved and is active, he has not been provided the sunglasses to protect his eyes. In addition, the provider's request that Mr. ██████ be sent to see Dr. Heller "again in three months" was denied by Utilization Management as not medically necessary.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

       We request that Mr. ████████ immediately receive the artificial tears and sunglasses as recommended by the optometrist and ophthalmologist, and that he be referred for all necessary follow up encounters with the ophthalmologist.

       Thank you for your prompt attention to this matter.

                                        Sincerely,

                                        Amber Norris, Investigator

                                        Corene Kendrick, Staff Attorney

cc:    Mr. ██████████



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 21, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Ryan*, 2:12-CV-00601
      Class Member in Need of Medical Care
      ████████████████████, Lewis – Rast MHW

Dear Mr. Bojanowski:

I write regarding Mr. ████████████ a class member housed at Lewis-Rast Mental Health Watch.

When we met with Mr. ████████ on November 13, he reported that he has had a kidney transplant, and that he must take his anti-rejection medications precisely every 12 hours but is not receiving them on a consistent schedule. We confirmed with our medical expert, Dr. Todd Wilcox, that anti-rejection medications must be taken on a diligent timed schedule.

Mr. ████████ is prescribed Tracolimus 0.5 MG (to be taken in the morning) and 1 MG (to be taken in the evening). He has not been receiving these medications on the medically necessary schedule. His medical records reflect the below administration time in the past week (See the attached medication administration records showing more inconsistencies in administration time):

11/18/2018    .5 MG 17:47; 1 MG, 18:07
11/17/2018    .5 MG 10:14; 1 MG, 17:01
11/16/2018    .5 MG 10:44; 1 MG not administered
11/15/2018    .5 MG 11:30; 1 MG 19:59
11/14/2018    .5 MG 09:55; 1 MG 17:20
11/13/2018    .5 MG 11:30; 1 MG 16:24
11/12/2018    .5 MG 1:13; 1 MG 17:15
11/11/2018    .5 MG 17:57; 1 MG 22:43
11/10/2018    .5 MG 10:45; 1 MG 17:11

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: █████████████
November 21, 2018
Page 2

    In an effort to allow Mr. █████ to adhere to the necessary schedule, NP Ende prescribed
these medications to be Keep on Person. However, the pharmacy inexplicably overrode NP
Ende's decision and made the anti-rejection medications Direct Observed Therapy, without any
indication that Mr. █████ had somehow diverted or abused these drugs.

    To ensure there are no complications with Mr. █████ transplant, we request NP Ende's
request be followed and that Mr. █████ Tracolimus prescriptions be made KOP in the future.

    Thank you for your prompt attention to this matter.

                                    Sincerely,

                                    Corene Kendrick
                                    Staff Attorney


cc:    Mr. █████

CHSS037B          Drug Prescription Order                    Monday November 19, 2018
                                                                          12:40:44

| | |
|---|---|
| Ordered Date: 09/14/2018 | Ordered Time: 14:35:55 |
| Order Number: 1678680 | Rx Number: 41614019 |
| Ordering Practitioner*: Ende, Lawrence E, NP-C | Order Sequence Number: 01 |
| Encounter Location: ASPC-E BROWNING STG  [A52] | Staff: Kasimoff, Terry, LPN |
| Encounter Type: Nurse - Medication Renewal | **View Condensed Version** |

## Prescription

Diagnosis Code*: Kidney transplant status [Z94.0]

◉ Formulary     ◯ Non-Formulary

Drug Type: TACROLIMUS ANHYDROUS CAPS/1 Mg

National HIE Code(s)

RxNorm: 198377 - tacrolimus 1 MG (as anhydrous tacrolimus) Oral Capsule;

Effective Date: 09/14/2018
Generic Acceptable ☑
Profile Only: ☐

Dosage*: 1                                        Dosage Form: Capsules

Strength*: 1 Mg
Frequency*: QPM-EVERY EVENING
for*: 180   days (Total duration)
Route of Administration*: PO-By Mouth        Method*: Bridge Medication
Pill Call* AM: ☐   Noon: ☐   PM: ☑   Bed Time: ☐
Keep on Person?*: No          Expiration: 03/12/2019
Delivery Tm Frame*: Routine        Drug on hold until:

## Order Information

Pharmacy Indicated # Refills: 5              # Refills Issued: 1
Received Fm Pharmacy: 11/13/2018
Status*: Received from Pharmacy        As of Date*: 11/13/2018     **Status History**

Pharmacy Medication Substitution

Name= Same As Above

Comments

DOT
take one tab every evening.
VO PER ENDE NP TO MAKE MED KOP DUE TO 12HR TIME FRAME

The KOP indicator was changed by the pharmacy from Y to N.

**Medication Administration Record** (1 - 58 of 58)

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|-------------------|--------|---------|--------------------|
| 11/18/2018 | 18:07 | 1.00 | Patient Specific | Administered | |
| 11/17/2018 | 17:01 | 1.00 | Patient Specific | Administered | |
| 11/15/2018 | 19:59 | 1.00 | Patient Specific | Administered | |
| 11/14/2018 | 17:20 | 1.00 | Patient Specific | Administered | |
| 11/13/2018 | 16:24 | 1.00 | Patient Specific | Administered | |
| 11/12/2018 | 17:15 | 1.00 | Clinic Stock | Administered | |
| 11/11/2018 | 22:43 | 1.00 | Patient Specific | Administered | |
| 11/10/2018 | 17:11 | 1.00 | Patient Specific | Administered | |
| 11/09/2018 | 16:58 | 1.00 | Patient Specific | Administered | |
| 11/08/2018 | 21:07 | 1.00 | Patient Specific | Administered | |
| 11/08/2018 | 05:47 | 1.00 | Patient Specific | Administered | |
| 11/07/2018 | 15:15 | 1.00 | Patient Specific | Administered | |
| 11/04/2018 | 18:45 | 1.00 | Patient Specific | Administered | |
| 11/03/2018 | 16:31 | 1.00 | Patient Specific | Administered | |
| 11/01/2018 | 16:38 | 1.00 | Patient Specific | Administered | |
| 10/31/2018 | 16:42 | 0.00 | Patient Specific | Medication Not Available | |
| 10/30/2018 | 16:34 | 1.00 | Patient Specific | Administered | |
| 10/29/2018 | 16:40 | 1.00 | Patient Specific | Administered | |
| 10/27/2018 | 16:08 | 1.00 | Patient Specific | Administered | |
| 10/26/2018 | 17:09 | 1.00 | Patient Specific | Administered | |
| 10/25/2018 | 17:02 | 1.00 | Patient Specific | Administered | |
| 10/24/2018 | 18:45 | 1.00 | Patient Specific | Administered | |
| 10/23/2018 | 20:05 | 1.00 | Patient Specific | Administered | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|---|---|---|---|---|---|
| 10/21/2018 | 17:15 | 1.00 | Patient Specific | Administered | |
| 10/20/2018 | 17:08 | 1.00 | Patient Specific | Administered | |
| 10/19/2018 | 16:16 | 1.00 | Patient Specific | Administered | |
| 10/18/2018 | 15:51 | 1.00 | Patient Specific | Administered | |
| 10/17/2018 | 16:21 | 1.00 | Patient Specific | Administered | |
| 10/16/2018 | 16:51 | 1.00 | Patient Specific | Administered | |
| 10/15/2018 | 16:22 | 1.00 | Patient Specific | Administered | |
| 10/14/2018 | 21:38 | 1.00 | Patient Specific | Administered | |
| 10/13/2018 | 17:27 | 1.00 | Patient Specific | Administered | |
| 10/12/2018 | 16:33 | 1.00 | Patient Specific | Administered | |
| 10/11/2018 | 16:58 | 1.00 | Patient Specific | Administered | |
| 10/10/2018 | 18:14 | 1.00 | Patient Specific | Administered | |
| 10/09/2018 | 16:25 | 1.00 | Patient Specific | Administered | |
| 10/08/2018 | 15:01 | 1.00 | Patient Specific | Administered | |
| 10/07/2018 | 14:31 | 1.00 | Patient Specific | Administered | |
| 10/06/2018 | 16:40 | 1.00 | Patient Specific | Administered | |
| 10/05/2018 | 17:22 | 1.00 | Patient Specific | Administered | |
| 10/04/2018 | 14:56 | 1.00 | Patient Specific | Administered | |
| 10/03/2018 | 15:42 | 1.00 | Patient Specific | Administered | |
| 10/02/2018 | 16:04 | 1.00 | Patient Specific | Administered | |
| 10/01/2018 | 15:24 | 1.00 | Patient Specific | Administered | |
| 09/29/2018 | 16:50 | 1.00 | Patient Specific | Administered | |
| 09/28/2018 | 16:59 | 1.00 | Patient Specific | Administered | |
| 09/26/2018 | 17:58 | 1.00 | Clinic Stock | Administered | |
| 09/25/2018 | 17:16 | 1.00 | Clinic Stock | Administered | |
| 09/24/2018 | 17:16 | 1.00 | Clinic Stock | Administered | |
| 09/23/2018 | 16:41 | 1.00 | Clinic Stock | Administered | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|---|---|---|---|---|---|
| 09/22/2018 | 17:24 | 1.00 | Patient Specific | Administered | |
| 09/21/2018 | 15:28 | 1.00 | Clinic Stock | Administered | |
| 09/20/2018 | 18:22 | 1.00 | Clinic Stock | Administered | |
| 09/19/2018 | 16:56 | 1.00 | Clinic Stock | Administered | |
| 09/18/2018 | 13:49 | 1.00 | Clinic Stock | Administered | |
| 09/17/2018 | 13:48 | 1.00 | Clinic Stock | Administered | |
| 09/16/2018 | 14:46 | 1.00 | Clinic Stock | Administered | |
| 09/15/2018 | 15:59 | 1.00 | Patient Specific | Administered | |

**Medication Receipt History** (1 - 2 of 2)

| Receipt Date/Time | Dispensed Qty | Received By | Status | Status Date | Substitution |
|---|---|---|---|---|---|
| 11/13/2018 / 16:02:17 | 30.00 | Sanchez, Tara | Received from Pharmacy | 11/13/2018 | No substitute was dispensed. |
| 10/02/2018 / 14:41:50 | 30.00 | Sanchez Delgado, Carlos | Received from Pharmacy | 10/02/2018 | No substitute was dispensed. |

Prior Page

Show/Hide Drug Interactions

Show Last Updated Information

CHSS037B　　Drug Prescription Order

Monday November 19, 2018
12:43:32

| | |
|---|---|
| Ordered Date: 09/14/2018 | Ordered Time: 14:37:16 |
| Order Number: 1678681 | Rx Number: 41614024 |
| Ordering Practitioner*: Ende, Lawrence E, NP-C | Order Sequence Number: 01 |
| Encounter Location: ASPC-E BROWNING STG  [A52] | Staff: Kasimoff, Terry, LPN |
| Encounter Type: Nurse - Medication Renewal | **View Condensed Version** |

## Prescription

Diagnosis Code*: Kidney transplant status [Z94.0]

◉ Formulary　○ Non-Formulary

Drug Type: TACROLIMUS ANHYDROUS CAPS/0.5 Mg

National HIE Code(s)

RxNorm: 313190 - tacrolimus 0.5 MG (as anhydrous tacrolimus) Oral Capsule;

Effective Date: 09/14/2018

Generic Acceptable ☑

Profile Only: ☐

Dosage*: 1

Dosage Form: Capsules

Strength*: 0.5 Mg

Frequency*: QAM-EVERY MORNING

for*: 180　days (Total duration)

Route of Administration*: PO-By Mouth　　Method*:  Bridge Medication

Pill Call* AM: ☑　Noon: ☐　PM: ☐　Bed Time: ☐

Keep on Person?*: No　　Expiration:  03/12/2019

Delivery Tm Frame*: Routine　　Drug on hold until:

## Order Information

Pharmacy Indicated # Refills: 5

# Refills Issued: 2

Received Fm Pharmacy: 11/12/2018

Status*:  Received from Pharmacy　　As of Date*:  11/12/2018　　**Status History**

Pharmacy Medication Substitution

Name= Same As Above

Comments

DOT
one tab every morning
VO PER ENDE NP TO MAKE MED KOP DUE TO 12HR TIME FRAME

The KOP indicator was changed by the pharmacy from Y to N.

**Medication Administration Record** (1 - 62 of 62)

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|--------------------|
| 11/19/2018 | 09:14 | 1.00 | Patient Specific | Administered | |
| 11/18/2018 | 17:47 | 1.00 | Patient Specific | Administered | |
| 11/17/2018 | 10:14 | 1.00 | Patient Specific | Administered | |
| 11/16/2018 | 10:44 | 1.00 | Patient Specific | Administered | |
| 11/15/2018 | 11:30 | 1.00 | Patient Specific | Administered | |
| 11/14/2018 | 09:55 | 1.00 | Patient Specific | Administered | |
| 11/13/2018 | 11:30 | 1.00 | Patient Specific | Administered | |
| 11/12/2018 | 11:13 | 1.00 | Patient Specific | Administered | |
| 11/11/2018 | 17:57 | 1.00 | Patient Specific | Administered | |
| 11/10/2018 | 10:45 | 1.00 | Patient Specific | Administered | |
| 11/09/2018 | 09:46 | 1.00 | Patient Specific | Administered | |
| 11/08/2018 | 12:08 | 1.00 | Patient Specific | Administered | |
| 11/07/2018 | 11:05 | 1.00 | Patient Specific | Administered | |
| 11/06/2018 | 13:50 | 1.00 | Patient Specific | Administered | |
| 11/05/2018 | 14:03 | 1.00 | Patient Specific | Administered | |
| 11/04/2018 | 10:42 | 1.00 | Patient Specific | Administered | |
| 11/03/2018 | 16:09 | 1.00 | Patient Specific | Administered | |
| 11/01/2018 | 10:31 | 0.00 | Patient Specific | Medication Not Available | |
| 10/31/2018 | 11:14 | 0.00 | Patient Specific | Medication Not Available | |
| 10/30/2018 | 11:06 | 1.00 | Patient Specific | Administered | |
| 10/29/2018 | 16:34 | 1.00 | Patient Specific | Administered | |
| 10/28/2018 | 10:11 | 1.00 | Patient Specific | Administered | |
| 10/27/2018 | 11:08 | 1.00 | Patient Specific | Administered | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|---|---|---|---|---|---|
| 10/26/2018 | 08:35 | 1.00 | Patient Specific | Administered | |
| 10/25/2018 | 10:35 | 1.00 | Patient Specific | Administered | |
| 10/24/2018 | 11:48 | 1.00 | Patient Specific | Administered | |
| 10/23/2018 | 13:37 | 1.00 | Patient Specific | Administered | |
| 10/21/2018 | 11:44 | 1.00 | Patient Specific | Administered | |
| 10/20/2018 | 10:36 | 1.00 | Patient Specific | Administered | |
| 10/19/2018 | 10:10 | 1.00 | Patient Specific | Administered | |
| 10/18/2018 | 11:04 | 1.00 | Patient Specific | Administered | |
| 10/17/2018 | 09:51 | 1.00 | Patient Specific | Administered | |
| 10/16/2018 | 11:58 | 0.00 | Patient Specific | Patient Transferred | |
| 10/15/2018 | 11:40 | 1.00 | Patient Specific | Administered | |
| 10/13/2018 | 12:01 | 1.00 | Patient Specific | Administered | |
| 10/12/2018 | 09:40 | 1.00 | Patient Specific | Administered | |
| 10/11/2018 | 11:40 | 1.00 | Patient Specific | Administered | |
| 10/10/2018 | 09:42 | 1.00 | Patient Specific | Administered | |
| 10/09/2018 | 09:11 | 1.00 | Patient Specific | Administered | |
| 10/08/2018 | 10:43 | 1.00 | Patient Specific | Administered | |
| 10/07/2018 | 07:30 | 1.00 | Patient Specific | Administered | |
| 10/06/2018 | 10:33 | 1.00 | Patient Specific | Administered | |
| 10/05/2018 | 11:46 | 1.00 | Patient Specific | Administered | |
| 10/04/2018 | 08:59 | 1.00 | Patient Specific | Administered | |
| 10/03/2018 | 09:32 | 1.00 | Patient Specific | Administered | |
| 10/02/2018 | 10:01 | 1.00 | Patient Specific | Administered | |
| 10/01/2018 | 15:20 | 1.00 | Patient Specific | Administered | |
| 09/30/2018 | 12:50 | 1.00 | Patient Specific | Administered | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|--------------------|
| 09/29/2018 | 10:57 | 1.00 | Patient Specific | Administered | |
| 09/28/2018 | 11:44 | 1.00 | Patient Specific | Administered | |
| 09/27/2018 | 11:25 | 1.00 | Patient Specific | Administered | |
| 09/27/2018 | 07:38 | 1.00 | Patient Specific | Administered | |
| 09/25/2018 | 12:18 | 1.00 | Clinic Stock | Administered | |
| 09/24/2018 | 12:41 | 1.00 | Clinic Stock | Administered | |
| 09/23/2018 | 16:36 | 1.00 | Clinic Stock | Administered | |
| 09/22/2018 | 11:41 | 1.00 | Patient Specific | Administered | |
| 09/21/2018 | 10:22 | 1.00 | Clinic Stock | Administered | |
| 09/20/2018 | 12:40 | 1.00 | Clinic Stock | Administered | |
| 09/19/2018 | 10:39 | 1.00 | Patient Specific | Administered | |
| 09/18/2018 | 08:00 | 1.00 | Clinic Stock | Administered | |
| 09/17/2018 | 08:04 | 1.00 | Clinic Stock | Administered | |
| 09/16/2018 | 07:08 | 1.00 | Clinic Stock | Administered | |

**Medication Receipt History** (1 - 3 of 3)

| Receipt Date/Time | Dispensed Qty | Received By | Status | Status Date | Substitution |
|-------------------|---------------|-------------|--------|-------------|--------------|
| 11/12/2018 / 14:53:52 | 30.00 | Depoe, Melanie | Received from Pharmacy | 11/12/2018 | No substitute was dispensed. |
| 10/16/2018 / 13:47:32 | 30.00 | Sanchez, Tara | Received from Pharmacy | 10/16/2018 | No substitute was dispensed. |
| 09/25/2018 / 14:05:42 | 30.00 | Maldonado, Jose | Received from Pharmacy | 09/25/2018 | No substitute was dispensed. |

Prior Page

Show/Hide Drug Interactions

Show Last Updated Information



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 21, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:  *Parsons v. Ryan*, 2:12-CV-00601
     Class Member in Need of Medical Care
     ████████████████████, Lewis - Rast

Dear Mr. Bojanowski:

        We write regarding Mr. ████████████████  Mr. ████ is an insulin-dependent diabetic who requires insulin administration every 12 hours. When we met with Mr. ████ on November 13 he reported that some days the insulin is not brought on time, or at all. His medical records confirm his allegations. Recent administration times are listed below:

        11/18/2018   10 ml 11:06; 10 ml 16:52
        11/17/2018   10 ml 10:41; 10 ml 17:17
        11/16/2018   10 ml 12:21; 10 ml 20:33
        11/15/2018   10 ml 11:34; 10 ml 20:58
        11/14/2018   10 ml 10:00; 10 ml 17:17
        11/13/2018   10 ml not administered in AM; 10 ml 16:19
        11/12/2018   10 ml 09:00; 10 ml 17:32
        11/11/2018   10 ml 17:50; 10 ml 22:40

        As shown above, Mr. ████ did not receive his morning dosage on November 13. The length of time between doses varies ranges from 6 and 9 hours. Between November 12 and November 13, nearly 12 hours passed between dosages.

        To prevent Mr. ████ blood sugar levels from getting dangerously low, we request Mr. ████ receive his insulin in a timely, routine fashion.

///

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: ███████████████████
November 21, 2018
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

*Juliette Mueller*

Juliette Mueller, Litigation Assistant

*CKendrick*

Corene Kendrick

cc:   Mr. ██████



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 21, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:      *Parsons v. Ryan*, 2:12-CV-00601
         Class Member in Need of Medical Supplies
         ███████████ Lewis – Rast Mental Health Watch

Dear Mr. Bojanowski:

I write regarding Mr. ██████ a class member currently housed at Lewis Rast Mental Health Watch. Mr. ██████ is in need of medical toileting supplies as a result of his paralysis.

Mr. ██████ has been paralyzed from the waist down for more than 20 years. As a result of his paralysis, he has to use a catheter for urination and has to do manual bowel extractions for defecation. Mr. ██████ reported in a November 13 interview that until June, he was provided gloves and wipes to assist him in the bowel extractions, but they were discontinued. As shown by the attached documentation from his medical records, he was not provided gloves or wipes when he was last provided medical supplies in late June. As a result, he has to use his bare hands when extracting feces.

We request that Corizon provide Mr. ██████ with the necessary toileting supplies of gloves and wipes. Thank you for your prompt attention to this matter.

Sincerely,

*Corene Kendrick*

Corene Kendrick
Staff Attorney

cc:    Mr. ██████

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

ADC: 051655                     Patient: ███████████                                    1 of 1

CHSS028B                 Other Action/Procedure/Referral                              Wednesday June 20, 2018 13:53:39

| | | |
|---|---|---|
| Encounter Date: 03/18/2017 | Time: 08:26:38 | Type: Nurse - Verbal/Telephone Orders |
| Location: ASPC-L BCHAIN MXD 2 # [L35] | Staff: Force, Shayna, RN | |

| | | |
|---|---|---|
| Category*: Medical Supplies/Special Equipment | | |
| Type*: WALKER | | |
| Count*: 0 | | Sequence Number: 01 |
| Approximate Begin Date: 03/18/2017 | | Approximate End Date: 03/09/2019 |
| Refer to Staff: Bass, Curtis A, NP | | |
| Status: Active | | |
| | As of Date: 03/09/2018 | **Status History** |

**Specify Comments**

**Every two weeks**

~~4  durevera soap~~
1 paper tape
14 condom catheters size 28"
25 antiseptic towellettes
2 catheter bags
2 leg bags
2 extension tubing
~~1 odor eliminator~~
14 sweet cream packets
~~28 large gloves~~
~~8 plastic trash bags~~

TimeStamp: 9 March 2018 22:15:55 --- User: Curtis Bass (BASCU01)

**Prior Page**

Show Last Updated Information

*filled on 6/21/2018*



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 26, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Ryan*, 2:12-CV-00601
Class Member in Need of Medical Care
████████████████████, Lewis - Rast

Dear Mr. Bojanowski:

We write regarding ████████████ Mr. ████████ has a history of scrotal hematoma, for which he has received surgery.

On September 18, 2018, Mr. ████████ provider submitted a routine request for a urology consult, noting an "obvious change in size of right scrotal hematoma." According to eOMIS, the appointment was scheduled for October 1, 2018, but it does not appear that the appointment occurred and the status of the request remains, "scheduled."

We request that Mr. ████████ immediately see the urologist, and that he receive all appropriate follow-up care, as recommended by the specialist. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris, Investigator

Corene Kendrick, Staff Attorney

cc:   Mr. ████████

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 27, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Ryan*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████████ Lewis - Barchey

Dear Mr. Bojanowski:

   We write regarding Mr. ███████ a class member housed at Lewis-Barchey. On November 13, we met with Mr. ███████ and he reported that his hernia has grown from the size of an egg to the size of an orange, and that it has recently dropped into his scrotum. It affects his bowels and his urination-- he stated he has urinated his bed three times last month. He also stated that his hernia belt is ineffective.

   Mr. ███████'s medical records indicate he was scheduled for a 9/14/18 follow-up care appointment with the provider to discuss his hernia. This appointment was never completed. Scheduling comments in his medical records read:

   Has large right inguinal/scrotal hernia. Getting larger, still reducible.
   Causing urinary incontinence at night & sometimes so large interferes w/BM's.
   9/14/18 rescheduled due to doc.

   However, over two months later, this appointment still has not been rescheduled. We request that this follow-up appointment be rescheduled as soon as possible in order to properly monitor and treat Mr ███████'s growing hernia, and if appropriate, refer him out for surgical treatment.

//

//

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: ███████████████
November 27, 2018
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

*Juliette Mueller*

Juliette Mueller, Litigation Assistant

*CKendrick*

Corene Kendrick, Staff Attorney

cc:   Mr. ████████



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 27, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

     RE:   *Parsons v. Ryan*, 2:12-CV-00601
           Class Member in Need of Medical Care
           ███████████████████ Lewis - Rast

Dear Mr. Bojanowski:

We write regarding ███████████ a class member housed at Lewis Rast Unit. Mr. ██████ has had four ICS responses called in the last three weeks, all pertaining to difficulty breathing, and has not been provided a Keep-On-Person asthma inhaler.

On 11/9/18, an ICS response occurred due to an adverse reaction Mr. ██████ experienced due to smoke inhalation in his pod.

On 11/18/18, Mr. ██████ was in "respiratory distress" and an ICS response was initiated. He was sent back to his cell with a prescription for decongestants set to expire 11/29/18.

The next day, on 11/19/18, an ICS response was initiated after Mr. ██████ was found on the ground, unable to breathe. After being evaluated by medical staff, he was given a 3 day prescription for an Albuterol inhaler.

Finally, 11/25/18, Mr. ██████ was having difficulty breathing yet again, prompting an ICS response. In his plan notes, it simply states: "cell encounter. vitals. assessment. clear to house. education."

Mr. ██████ medical records show he has a history of emergency responses for difficulty breathing. He had ICS responses initiated on 7/17/18, 7/19/18, and 8/28/18 for respiratory issues and received Albuterol on 7/17/18 and 7/19/18.

We are very concerned that Mr. ██████ difficulty breathing is not being addressed in a comprehensive, long term way. It appears from his medical records that Mr. ██████ respiratory issues are solely being addressed through ICS responses.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: ████████████
November 27, 2018
Page 2

   We request that Mr. ██████ be evaluated by medical staff regarding his breathing issues and recent ICS responses, and be examined for a more permanent solution such as a KOP inhaler.

   Thank you for your prompt attention to this matter.

Sincerely,

*Alexis Hoffman*

Alexis Hoffman, Litigation Assistant

*C. Kendrick*

Corene Kendrick, Staff Attorney

cc:   Mr. ██████



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 29, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Ryan*, 2:12-CV-00601
      Class Member in Need of Medical Care
      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Lewis - Rast

Dear Mr. Bojanowski:

    We write regarding ▮▮▮▮▮▮▮ a class member who is in need of medical and dental attention.

    In 2016, Mr. ▮▮▮▮'s jaw was broken when he was assaulted while in ADC custody. Mr. ▮▮▮▮ received surgery to repair his jaw but there were complications following the surgery that included severe swelling, infection, and pain. Since that time, Mr. ▮▮▮▮ has consistently reported to health care staff that he is experiencing extreme pain that interferes with eating, sleeping, and speaking, and causes nausea and vomiting.

    It does not appear that Mr. ▮▮▮▮ has received adequate follow-up care for his fractured jaw. For example, providers have repeatedly noted the importance of a soft diet in Mr ▮▮▮▮ recovery (see health care encounters on July 19, 2017; November 1, 2017; June 20, 2018). However, Mr. ▮▮▮▮ has repeatedly reported to medical staff that he had not received a soft diet despite providers' orders (see health care encounters on December 16, 2017; February 12, 2018; February 27, 2018).

    Following nearly two years of continuous extreme pain resulting in multiple ICS encounters and suicide attempts, on June 20, 2018, Mr. ▮▮▮▮ saw a plastic surgeon who recommended that Mr. ▮▮▮▮ see a TMJ (temporomandibular joint) specialist to address his continuous pain. On August 23, Mr. ▮▮▮▮ s provider requested the consultation with a TMJ specialist. However, the Utilization Management team denied the request, noting, "Failed surgical management of chronic mandibular fracture due to non compliance with chronic jaw pain. The medical necessity for oral surgery referral is not met. Recommend treating TMJ disorder medically." It is unclear what "treating TMJ disorder medically" means. Furthermore, it does not appear that Mr. ▮▮▮▮ provider was requesting oral surgery be done, but rather a consultation with a TMJ specialist.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: █████████████
November 29, 2018
Page 2

     We request that Mr. █████ see a TMJ specialist as recommended by the plastic surgeon, and that he receive all appropriate follow-up care as recommended by the specialist, including appropriate pain management given his medical needs.

     Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Corene Kendrick
Staff Attorney

cc:    Mr. █████



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 29, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:    *Parsons v. Ryan*, 2:12-CV-00601
       Class Member in Need of Medical Care
       ███████████████████, Lewis - Rast

Dear Mr. Bojanowski:

We write regarding ███████████ a class member who is in need of medical attention.

Mr. ██████ is diagnosed with biliary chronic cholecystits and has a bile duct stricture with a drain. Mr. ██████ has repeatedly reported to health care staff that he continues to experience abdominal pain and clogging of his drain.

Mr. ██████ provider has three times requested that Mr. ██████ see a gastroenterologist, noting Mr. ██████ "extensive" gastroenterology history, multiple surgeries, and HCV infection (see requests submitted on May 9, 2018; June 27, 2018; and September 25, 2018). Utilization Management (UM) has denied all three requests, stating that the consult is not medically necessary especially considering "no evidence of abnormal labs."

However, it does not appear that the UM team has completely reviewed all information concerning Mr. ██████ condition. For example, in the denial of the provider's September 25, request UM erroneously notes, "No drains or stents are present." Furthermore, April 5, 2018, labs were abnormal. Of note, Mr. ██████ October 19, 2018, labs were again abnormal.

We request that Mr. ██████ immediately see a gastroenterologist, as requested three times by his provider, and that he receive all care as recommended by the specialist.

///

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: ████████████████████
November 29, 2018
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Corene Kendrick
Staff Attorney

cc:   Mr. ████████



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 30, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Ryan,* 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████████, Lewis - Rast

Dear Mr. Bojanowski:

    We write regarding Mr. ████████, a class member with Hepatitis C and Type 2 diabetes mellitus with diabetic neuropathy who requires insulin administration twice daily. Mr. ████████ has reported experiencing strong pains in his feet and stomach and kidney area multiple times via Health Needs Requests. We met with Mr. ████████ on November 15, 2018 and he reiterated these reports.

    On 9/21/2018, Mr. ████████ saw provider NP L. Ende for chronic care for "HCV, DM, HTN, HYPERLIDEMIA." During the encounter, Mr. ████████ reported blurring of vision, pain in his extremities and nocturia. NP L. Ende reviewed Mr. ████████ most recent labs and noted the following results, "HGB A1C 8.4 UP FROM 6.8; AST 35 PLATS 226 APRI 0.455." His plan notes called for, "FU CC DM, HCV, HTN HLD WITHIN 90 DAYS," and he ordered two lab tests: Hemoglobin A1C and Diagnostic Panel 2, scheduled for 11/19/2018.

    Mr. ████████ saw NP Ende again on 10/23 for follow-up care relating to his diabetes. NP Ende notes that Mr. ████████ reported that he is "NOW READY TO RESTART SLIDING SCALE INSULIN." In the objective notes, NP Ende reports that Mr. ████████ has a pitting edema, "TRACE EDEMA, 2+ PULSES." NP Ende placed an order for insulin, to be received twice daily, as well an order for an HIV Ag/Ab test, scheduled for 11/19/2018.

    As of today, 11/30/2018, there is no indication in the medical record that the three lab tests ordered for 11/19/2018 occurred. The status of the three tests remains "ordered" and there are no

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski

Re: ████████

November 30, 2018

Page 2

results in the medical record. Mr. ████████ does not have any future chronic care appointments with a provider scheduled in eOMIS.

Finally, a review of the medical records indicate that Mr. ████████ insulin has been delivered inconsistently. Administration times for the past week are listed below:

| 11/29/2018 | 15:48 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
|---|---|---|---|---|---|
| 11/29/2018 | 11:31 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 11/28/2018 | 16:17 | 4.00 | Patient Specific | Administered | |
| 11/28/2018 | 12:10 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 11/27/2018 | 15:28 | 6.00 | Patient Specific | Administered | |
| 11/27/2018 | 08:51 | 0.00 | Patient Specific | Patient Refused | |
| 11/26/2018 | 18:11 | 0.00 | Patient Specific | Patient Refused | |
| 11/26/2018 | 10:00 | 0.00 | Clinic Stock | Patient Refused | Other |
| 11/24/2018 | 15:16 | 1.00 | Patient Specific | Administered | |
| 11/24/2018 | 10:41 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |

And

| 11/19/2018 | 15:45 | 4.00 | Patient Specific | Administered |
|---|---|---|---|---|
| 11/19/2018 | 08:54 | 0.00 | Patient Specific | Medication Not Available |
| 11/18/2018 | 16:52 | 0.00 | Patient Specific | Patient Refused |
| 11/18/2018 | 11:06 | 0.00 | Patient Specific | Patient Refused |
| 11/17/2018 | 17:17 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters |
| 11/17/2018 | 10:41 | 4.00 | Patient Specific | Administered |
| 11/16/2018 | 20:33 | 6.00 | Patient Specific | Administered |
| 11/15/2018 | 11:33 | 4.00 | Patient Specific | Administered Left Abdomen |
| 11/14/2018 | 17:17 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters |
| 11/14/2018 | 12:11 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters |

As shown above, Mr. ████████ did not receive any insulin on 11/25/2018. He received insulin only one time on 11/19, 11/16 and 11/15. He did not receive on insulin on the morning of 11/19 because the medication was not available. The length of time between the doses varies, ranging from between four (4) and 18 hours.

On 11/27, 11/26 and 11/18, Mr. ████████ is listed as refusing insulin. There are no scanned refusal forms in the medical record documenting refusals on these dates, in violation of PM 12.

To safely manage Mr. ████████ blood sugar levels, we request he receive his insulin in a timely, routine fashion every day. We request the lab tests his provider ordered for 11/19 be

Mr. Timothy Bojanowski
Re: █████████████████
November 30, 2018
Page 3

completed as soon as possible. We further request he see a provider for chronic care follow-up by 12/20/2018, as ordered by NP Ende on 9/21/2018.

Thank you for your prompt attention to this matter.

Sincerely,

*Gabriela Pelsinger*

Gabriela Pelsinger
Litigation Assistant

*Clendrick*

Corene Kendrick
Staff Attorney

cc:   Mr. ██████████



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 30, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:  *Parsons v. Ryan*, 2:12-CV-00601
Class Member in Need of Medical Care
████████████████ Lewis - Barchey

Dear Mr. Bojanowski:

I write regarding ████████████████ a class member housed at Lewis-Barchey Unit. Mr. ████ is a Type-1 diabetic with diabetic neuropathy and glaucoma.  When we met with Mr. ████ on November 13, he reported that he receives his prescribed 10 ml of insulin at erratic times.  His medical records reflect the below inconsistent administration times. His records also reflect that he was not provided insulin five times in the past two and a half weeks.

        11/30/2018 06:53: 14:50
        11/29/2018 07;09; 15:37
        11/28/2018 11:29; 16:13
        11/27/2018 07:01; 20:00
        11/26/2018 06:55; 17:36
        11/25/2018 14:57; 18:25
        11/24/2018 none in morning; 17:15
        11/23/2018 none in morning; 16:51
        11/22/2018 none in morning or evening
        11/21/2018 07:20; 21:23
        11/20/2018 11:32; 18:41
        11/19/2018 07:19; 19:58
        11/18/2018 15:03; 21:33
        11/17/2018 07:57; 14:25
        11/16/2018 07:01; 15:19
        11/15/2018 07:19; 14:38
        11/14/2018 09:37; none in evening
        11/13/2018 01:04; 19:59
        11/12/2018 08:00; none in evening

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: █████████████
November 30, 2018
Page 2

He experienced a gap of almost two full days in being offered insulin, from the night of Wednesday, November 21 until mid-afternoon on Friday, November 23. He then experienced another gap of more than 24 hours until he received insulin on the afternoon of Saturday, November 24. While this was Thanksgiving weekend, holidays are known well in advance and Corizon and ADC should schedule and compensate staff accordingly for working on weekends.  It is foreseeable that the health care and custody staff scheduled to work on a holiday would not show up or call in sick, and Defendants and Corizon should anticipate and have contingency plans.

Mr. ██████ also reported that in May 2018 his optometrist stated they would see him in three months, but that he is not aware of any upcoming appointments. His medical records show that he had an eye exam on May 14, 2018. The scanned notes read: "needs FU in 3 months for ICP and VF testing" (see attached). However, six months later, his medical records indicate he is not scheduled for any upcoming specialty appointments with an optometrist.

We request that Mr. ██████ receive his insulin in a timely, regular manner every day, and that he be scheduled for his overdue appointment with an optometrist.

Thank you for your prompt attention to this matter.

Sincerely,

Corene Kendrick
Staff Attorney

cc:    Mr. ██████



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 30, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

     RE:   *Parsons v. Ryan*, 2:12-CV-00601
           Class Member in Need of Medical Care
           ███████████████████ Lewis - Rast

Dear Mr. Bojanowski:

    We write on behalf of Mr. ████████ a class member with a mandibular fracture who needs to see dental regarding loose mouth wires.

    Mr. ████████ was scheduled to see dental regarding loose mouth wires on November 15, 2018. According to his medical records, the appointment did not occur because Rast Max was short staffed. Below are the dental assistant's Subjective Notes from November 15:

IMF APPLIANCE LOOSE

CALLED YARD @0852 NO ANSWER

CALLED YARD @0855 SHIFT COM. AND SPOKE WITH CO.FOX#6911. WHO SAID WE WILL GET ON IT AND SEND THEM UP.

@1054 CALLED YARD AGAIN SAME ANSWER .

@1310 CALLED YARD AND SPOKE WITH C.O.FOX#6911 AND SAID HE IS HAVING A HARD TIME GETTING PATIENTS UP SINCE THEY ARE SHORT STAFF AND THEY ARE IN THE MIDDLE OF FEEDING.

PT WAS A N/S TO DENTAL PER SALLY PORT .

    The appointment was cancelled, and it does not appear from the electronic medical record that Mr. ████████ has been scheduled to see dental for this issue.

    We request that Mr. ████████ be seen by a dentist as soon as possible to address the loose mouth wires and any other dental concerns related to the mandibular fracture.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: █████████████████
November 30, 2018
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

Rita Lomio
Staff Attorney

cc:    Mr. ████████



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 30, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Ryan*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████████████  Lewis - Stiner

Dear Mr. Bojanowski:

We write on behalf of Mr. ████████ a class member with a seizure disorder and urinary problems that include difficulty voiding, and the use of a catheter.

According to the electronic medical records, Mr. ████████ was scheduled to be seen by a provider first on November 21, and then on November 28 to address a recent fall from the top bunk, and for follow up for difficulties voiding. According to his medical record, the appointments scheduled for those two dates did not occur and are still currently pending.

| Offender Appointments (1 - 20 of 34) | | | | | |
|---|---|---|---|---|---|
| **Date/Begin Time** | **Priority** | **Type** | **Facility/Office** | **Status** | **Comments** |
| 11/28/2018  23:33 | | Nurse - Sick Call - Scheduled | ASPC-L BACHMAN CDU | Completed | MH COMPLIANT |
| 11/28/2018  06:00 | Routine | Nurse - Sick Call - Scheduled | ASPC-L MOREY CDU | Scheduled | F/U nursing line within 2 weeks for diff... |
| 11/25/2018  12:34 | | Lab | ASPC-L MOREY CDU | Completed | |
| 11/25/2018  11:24 | | Lab | ASPC-L MOREY CDU | Completed | |
| 11/21/2018  11:49 | Routine | Nurse - Sick Call - Scheduled | ASPC-L MOREY CDU | Scheduled | f/u for residual cath |
| 11/21/2018  09:00 | Routine | Nurse - Sick Call - Scheduled | ASPC-L MOREY CDU | Scheduled | fell from top bunk |

We request that Mr. ████████ be seen as soon as possible to address his seizure concerns, including his need for a low bunk, and to address his urinary problems.

//

//

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: █████████████████
November 30, 2018
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

Tania Amarillas
Investigator

Corene Kendrick
Staff Attorney

cc:   Mr. ████████

Exhibit 17

# Eidenbach Law, P.L.L.C.

Kirstin T. Eidenbach, Attorney-at-law (AZ Bar No. 027341)

P.O. Box 91398 • Tucson, AZ 85752 • Phone: 520-477-1475
E-Mail: kirstin@eidenbachlaw.com

**VIA EMAIL ONLY**

Timothy Bojanowski                         Todd Kartchner
Struck, Love, Bojanowski & Acedo           Fennemore Craig
3100 West Ray Road, #300                   2394 E. Camelback Rd., Ste. 600
Chandler, Arizona 85226                    Phoenix, AZ 85016

November 8, 2018

> Re:   Parsons v. Ryan, 2:12-CV-00601
>       Notice of Tour: ASPC-Florence
>       December 5-6, 2018

Dear Tim and Todd:

We are writing to schedule our next tours. We plan to tour the ASPC-Florence Complex on December 5-6, 2018. As on the previous tours, we will plan to begin the tours at 8:00 a.m. and end them at 4:30 p.m., with a 30-minute lunch break at 12:00 noon.

There will be <u>four</u> tour groups. Plaintiffs' counsel and representatives who will visit the institution are Corene Kendrick, Tania Amarillas, and Rita Lomio from the Prison Law Office; David Fathi, Amy Fettig, Stephanie Wylie, and Ryan Kendall from the ACLU National Prison Project; Maya Abela and Sey In from the Arizona Center for Disability Law; Darrell Hill from the ACLU of Arizona; Dr. Todd Wilcox; and myself. Attached you will find Exhibit A containing the information you will need to authorize each tour participant.

We would like to take photos of any concerns that arise while walking around the institution. We plan to rely on institutional staff (or ADC staff/counsel) to provide three cameras, take photographs as directed, log the photographs as taken, and then provide Plaintiffs' counsel with electronic copies of the photographs within one week through ADC's attorneys.

As on previous tours, we will be giving our contact information by way of business cards and envelopes to clients we speak with during the tour. We will present the materials we plan to distribute to defense counsel and security staff upon request prior to entering the complex.

The tours will include the following activities, which will vary in length of time from unit to unit:



<u>Inspection of Physical Premises</u>:  We would like to conduct physical inspections of:

- each unit within the facility;

- **SMI** housing;

- maximum custody units;

- any enhanced security units or holding cells;

- the close custody units;

- converted or formerly maximum custody units;

- detention cells, including those at each yard;

- infirmary and medical bed units at all units;

- recreation areas and program areas;

- **ADA** housing facilities;

- all medical clinics and facilities (including mental health and dental facilities), including IPCs and all locations in which telemed and telepsych encounters are held;

- all watch areas, including those used for security watch, mental health watch and/or suicide watch.

We would also like to observe pill call, clinic operations, and group programming at one or more units at each facility.

<u>Staff Interviews</u>: During our tour, we would like to speak with:

- the FHA for each facility;

- the Director of Nursing;

- the Medical Director;

- the Mental Health Director;

- the Dental director or designee;



- contract monitors for each unit or facility;

- any providers and medical, dental or mental health staff at the facility on the tour days;

- clinical and custody staff responsible for conducting programing for prisoners with mental illness;

- the staff members charged with scheduling prisoner medical appointments, including outside specialty consultations;

- the staff members charged with running and/or managing maximum security units; and

- the deputy warden or warden for each unit or facility.

We can work with Corizon counsel to schedule a time for a meeting with site leadership, if that would be more efficient for health care staff.

<u>Expert Access</u>:  We will be accompanied on this tour by our expert, Dr. Todd Wilcox.  Below are the activities, personnel, and areas to which Dr. Wilcox will need access, in addition to any or all of those listed above.

Dr. Wilcox will need to visit the Florence infirmary, step down medical wards, and long-term or hospice housing, as well as all areas where medical treatment (including, but not limited to, "telemed") is provided.

Dr. Wilcox will need to observe the following:

- Any chronic care or specialty care telemed session scheduled during the days he is there;

- Encounters between class members and providers, including both chronic care and sick line appointments (multiple PMs); and

- Medication pass at cell fronts and at pill windows.

Dr. Wilcox will need to speak with at least one of each of the following categories of medical staff: facility health administrator, medical director, provider, nursing director or associate director of nursing, clinical coordinator.



<u>Prisoner Interviews</u>:  We would like to speak to class members either at their cell front or on the yard, as we encounter them.  On some occasions, we will want to briefly speak to a class member in a confidential setting.  We will meet with any of the named plaintiffs in *Parsons v. Ryan* housed at the Florence Complex at the time of the tours.

<u>Document Review</u>:  We still need the ability to review eOMIS during the tour.  Tour participants **will plan to bring their own laptops (which will be left in the designated conference room in administration) for eOMIS access during the tour, unless we hear otherwise from you.**  Should Defendants prefer to provide computer access, we will need three terminals.  In addition, we request that the documents listed in Exhibit B be provided to us no later than November 20, 2018.

Thank you for your assistance in facilitating our visit.  Please do not hesitate to call me if you have any questions or wish to discuss this further.

Sincerely,

Kirstin Eidenbach
Attorney/Director

4

**Exhibit B: Documents requested in advance of tour (Delivery of November 20, 2018)**

1. A list of all prisoners whose files were reviewed by the monitors for the September and October 2018 CGARs for ASPC-Florence, and all worksheets used by the monitors.

2. List of pending specialty care appointments, with date of referral (urgent and routine), and all requests for specialty referral pending Utilization Management review from August 1, 2018-November 15, 2018.  (Measures # 48-49)

3. List of *completed* dental *procedures* from August 1, 2018-November 15, 2018.  (Measures # 101-103)

4. List of *pending* dental *appointments* from August 1, 2018-November 15, 2018, with type of referral (emergent, urgent, or routine), and date of request or provider referral.  (Measures # 101-103)

5. Suicide watch logs and other documents sufficient to show compliance with Measures # 94-95 for each unit from August 1, 2018-November 15, 2018.

6. Medical emergency transport reports from August 1, 2018-November 15, 2018. (Measure # 25)

7. Outside hospitalization reports from August 1, 2018-November 15, 2018.

8. Medical and mental health provider peer reviews and clinical performance reviews of nursing staff from August 1, 2018-November 15, 2018. If no provider or nursing reviews occurred in the previous 90 days, please inform us of that fact. (Measures #28-29, 99)

9. Housing assignment log for all prisoners who are designated MH-3 or higher, indicating whether each such prisoner is SMI, as of November 1, 2018 (Stipulation para. 14, 21, and multiple mental health measures).

10. Daily Information Reports written by custody staff assigned to work at the medical units at ASPC-Florence from August 1, 2018-November 15, 2018.

11. A list (including housing location) of all prisoners who are taking psychotropic medications and suffered a heat intolerance reaction from August 1, 2018-November 15, 2018 (Stipulation, para. 15).

12. Any lists maintained by ADC of prisoners who are vulnerable to heat injury as a result of taking psychotropic medication (Stipulation, para. 15).



13.  Inmate programming schedule for all maximum custody and mental health units for September 2018 and October 2018.

14. Maximum Custody Monthly Activity Schedules for all maximum custody units from July 1, 2018-November 15, 2018 (Measures ##1, 2, 6, 8)

15. Maximum Custody Daily Out-of Cell Time Tracking Forms for week of November 19, 2018 for 5 randomly selected prisoners designated as SMI **and** 5 randomly selected prisoners who are not designated SMI from each of the maximum custody units (Measures ##1, 2, 3, 5, 6, 8)

16. Program attendance/sign-in sheets for week of November 19, 2018 for all the maximum custody units, including all DI 326 programs, mental health programs, and any other programs occurring during that week in these units (Measures ##2, 6, 8)

17. Any documentation for a warden certification that an individual security risk necessitated limitation or cancellation of out-of-cell time from October 1-November 15, 2018 for all the maximum custody units (Measure #3).

18. Maximum custody monthly prisoner meal food services menu for July 1, 2018-November 15, 2018 at all the maximum custody units. (Measure #3).

19. 5 randomly selected prisoner property files from each of the maximum custody units. (Measure #6).

20. SIR packets, use of force review packets (if applicable) and incident videos (if applicable) for all use of force incidents involving maximum custody prisoners who are classified as SMI, or housed in maximum custody for October 2018. (Measure #9)

Exhibit 18



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

December 3, 2018

**_VIA EMAIL ONLY_**
Kirstin Eidenbach
Eidenbach Law, P.L.L.C.
P.O. Box 91398
Tucson, AZ  85752

> **Re:** *Parsons v. Ryan*
> **ASPC-Florence Monitoring Tour (12/05-12/06/18)**
> **Document Production**

Dear Kirstin,

This is a response to your November 8, 2018 letter regarding requested documents in advance of the monitoring tour of ASPC-Florence (Exhibit B). Since the requests in your letter pertain to the tour of Florence, Defendants have limited their response to Florence records. To the extent Plaintiffs disagree with the scope of Defendants' production, Defendants object to any requests that are not limited to ASPC-Florence as outside the scope of the Florence tour.

**Request No. 1:**
A list of all prisoners whose files were reviewed by the monitors for the September and October 2018 CGARs for ASPC-Florence, and all worksheets used by the monitors.

**Defendants' response:**
Without waiving any objections, with regard to the inmates whose files were reviewed, that information is contained in the September and October 2018 CGARs. The September 2018 CGARs were produced on November 26, 2018. *See* ADCM1546363-1546821. The October 2018 CGARs are not yet available. As for the monitor worksheets, without waiving any objections, Defendants produced responsive documents on November 30, 2018. *See* ADCM1546919-1547108. As for the October 2018 monitor worksheets, they are not available yet. It is possible they may not be available until after the tour.

Kirstin Eidenbach
December 3, 2018
Page 2

**Request No. 2:**
List of pending scheduled specialty care appointments, with date of referral (urgent and routine), and all requests for specialty referral pending Utilization Management review from August 1, 2018-November 15, 2018. (Measures # 48-49)

**Defendants' response:**
Without waiving any objections, Defendants produced responsive documents on November 21, 2018. *See* ADCM1546354-1546357.

**Request No. 3:**
List of *completed* dental *procedures* from August 1, 2018-November 15, 2018. (Measures # 101-103)

**Defendants' response:**
Without waiving any objections, Defendants produced responsive documents on November 21, 2018. *See* ADCM1546344.

**Request No. 4:**
List of *pending* dental *appointments* from August 1, 2018-November 15, 2018, with type of referral (emergent, urgent, or routine), and date of request or provider referral. (Measures # 101-103)

**Defendants' response:**
Without waiving any objections, Corizon did not find any pending dental appointments in its system for the requested timeframe.

**Request No. 5:**
Suicide watch logs and other documents sufficient to show compliance with Measures #94-95 for each unit from August 1, 2018-November 15, 2018.

**Defendants' response:**
Defendants object that the phrase "other documents sufficient to show compliance with" is overly broad, vague, and fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26(b)(1)(A). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1) and ¶ 29 of Dkt. 1185. Without waiving any objections, Defendants produced responsive documents on November 21, 2018. *See* ADCM1546345-1546348. Information regarding the November 1 to November 15, 2018 time period is not available at this time, and it is possible that it may not be available until after the tour.

Kirstin Eidenbach
December 3, 2018
Page 3

**Request No. 6:**
Medical emergency transport reports from August 1, 2018-November 15, 2018. (Measure #25)

**Defendants' response:**
Without waiving any objections, Defendants produced responsive documents on November 6, November 7, and November 21, 2018. *See* ADCM1542818-1542819 and ADCM1542872-1542875 (August 2018); ADCM1542820-1542821 and ADCM1542876-1542879 (September 2018); and ADCM1546358-1546362 (October 2018). The November 2018 report is not available at this time and will not be available until after the tour.

**Request No. 7:**
Outside hospitalization reports from August 1, 2018-November 15, 2018.

**Defendants' response:**
Without waiving any objections, Defendants produced responsive documents on November 21, 2018. *See* ADCM1546349-1546353.

**Request No. 8:**
Medical and mental health provider peer reviews and clinical performance reviews of nursing staff from August 1, 2018-November 15, 2018. If no provider or nursing reviews occurred in the previous 90 days, please inform us of that fact. (Measures #28-29, 99)

**Defendants' response:**
Without waiving any objections, Defendants produced responsive documents on November 30, 2018. *See* ADCM1547110-1547116. There were no ASPC-Florence mental health provider peer reviews for the requested timeframe.

**Request No. 9:**
Housing assignment log for all prisoners who are designated MH-3 or higher, indicating whether each such prisoner is SMI, as of November 1, 2018 (Stipulation para. 14, 21, and multiple mental health measures).

**Defendants' response:**
Defendants object to this request because the information requested is not reasonably accessible, since the requested data is maintained as dynamic data in a live database. In other words, to get such information on inmates as of November 1, 2018, the information needed to be pulled from the database on November 1, 2018. Without waiving any

Kirstin Eidenbach
December 3, 2018
Page 4

objections, Defendants produced responsive documents on November 21, 2018. *See* ADCM1546324-1546343.

**Request No. 10:**
Daily Information Reports written by custody staff assigned to work at the medical units at ASPC-Florence from August 1, 2018-November 15, 2018.

**Defendants' response:**
Without waiving any objections, Defendants produced responsive documents on November 30, 2018 (*see* ADCM1547117-1547980) and December 3, 2018 (*see* ADCM1547981-1548307).

**Request No. 11:**
A list (including housing location) of all prisoners who are taking psychotropic medications and suffered a heat intolerance reaction from August 1, 2018-November 15, 2018 (Stipulation, para. 15).

**Defendants' response:**
Without waiving any objections, Defendants produced responsive documents on November 30, 2018. *See* ADCM1547109. Information regarding the November 1 to November 15, 2018 time period is not available at this time, and it is possible that it may not be available until after the tour.

**Request No. 12:**
Any lists maintained by ADC of prisoners who are vulnerable to heat injury as a result of taking psychotropic medication (Stipulation, para. 15).

**Defendants' response:**
As Defendants have previously informed Plaintiffs, ADC does not maintain such lists. *See e.g.* page 3 of 7/26/18 letter from Richard Valenti to Corene Kendrick.

**Request No. 13:**
Inmate programming schedule for all maximum custody and mental health units for September 2018 and October 2018.

**Defendants' response:**
Defendants object to this request as overly broad and irrelevant where the tour at issue is being conducted in December, not September or October. This request is also unduly burdensome and duplicative of production of Maximum Custody Notebooks and premature, as the September and October 2018 Maximum Custody Notebooks are not yet due for production. Without waiving objections, Defendants will provide the November

Kirstin Eidenbach
December 3, 2018
Page 5

and December Kasson maximum custody programming schedule on site at ASPC-Florence on December 5, 2018, the first day of the tour.

**Request No. 14:**
Maximum Custody Monthly Activity Schedules for all maximum custody units from July 1, 2018-November 15, 2018 (Measures ##1, 2, 6, 8)

**Defendants' response:**
See objections and response to No. 13 above. Defendants previously produced the July Maximum Custody Notebooks on October 31, 2018, and thus Plaintiffs are in possession of information regarding the July activities.

**Request No. 15:**
Maximum Custody Daily Out-of-Cell Time Tracking Forms for week of November 19, 2018, for 5 randomly selected prisoners designated as SMI **and** 5 randomly selected prisoners who are not designated SMI from each of the maximum custody units (Measures ##1, 2, 3, 5, 6, 8).

**Defendants' response:**
Defendants object to this request as unduly burdensome and duplicative of production of Maximum Custody Notebooks, and premature where the November 2018 Maximum Custody Notebooks are not yet due for production. Moreover, the request exceeds the scope of the Stipulation, as Defendants are not required to perform random selections of inmate files for attorney inspection during tours. Further, Defendants object to this request as operationally burdensome where Plaintiffs have previously made the same request during tours and have never once actually inspected the documents they demand be made available regarding maximum custody operations. Without waiving objections, documents responsive to this request will be available for review on site during the tour at Plaintiffs' request, as maintained in the normal course of operations, but a random selection exercise will not be performed as previously objected to herein.

**Request No. 16:**
Program attendance/sign-in sheets for week of November 19, 2018 for all the maximum custody units, including all DI 326 programs, mental health programs, and any other programs occurring during that week in these units (Measures ##2, 6, 8).

**Defendants' response:**
Defendants object to this request as unduly burdensome and duplicative of production of Maximum Custody Notebooks, and premature where the November 2018 Maximum Custody Notebooks are not yet due for production. Further, Defendants object to this

Kirstin Eidenbach
December 3, 2018
Page 6

request as operationally burdensome where Plaintiffs have previously made the same request during tours and have never once actually inspected the documents they demand be made available regarding maximum custody operations. Without waiving objections, however, documents responsive to this request will be available for review on site during the tour at Plaintiffs' request, as maintained in the normal course of operations.

**Request No. 17:**
Any documentation for a warden certification that an individual security risk necessitated limitation or cancellation of out-of-cell time from October 1-November 15, 2018 for all maximum custody units (Measure #3).

**Defendants' response:**
Defendants object to this request as irrelevant where the tour at issue is being conducted in December, not October or November. Defendants object to this request as unduly burdensome and duplicative of production of Maximum Custody Notebooks, and premature where the October and November 2018 Maximum Custody Notebooks are not yet due for production.

**Request No. 18:**
Maximum custody monthly prisoner meal food services menu for July 1, 2018-November 15, 2018 at all the maximum custody units. (Measure #3).

**Defendants' response:**
Defendants object to this request as overly broad as to the time period and irrelevant where the tour at issue is being conducted in December, not July, August, September, October, or November. Defendants object to this request as unduly burdensome and duplicative of production of Maximum Custody Notebooks, and premature where the August, September, October, and November 2018 Maximum Custody Notebooks are not yet due for production. Defendants produced the July Maximum Custody Notebooks on October 31, 2018. Without waiving objections, the November menu will be available for review on site during the tour at Plaintiffs' request.

**Request No. 19:**
5 randomly selected prisoner property files from each of the maximum custody units. (Measure #6).

**Defendants' response:**
Defendants object to this request as undefined as to time period. The request is also unduly burdensome and duplicative of production of Maximum Custody Notebooks and premature where the November and December 2018 Maximum Custody Notebooks are

Kirstin Eidenbach
December 3, 2018
Page 7

not yet due for production.  Moreover, the request exceeds the scope of the Stipulation, as Defendants are not required to perform random selections of inmate files for attorney inspection during tours. Further, Defendants object to this request as operationally burdensome where Plaintiffs have previously made the same request during tours and have never once actually inspected the documents they demand be made available regarding maximum custody operations.

**Request No. 20:**
SIR packets, use of force review packets (if applicable) and incident videos (if applicable) for all use of force incidents involving maximum custody prisoners who are classified as SMI, or housed in maximum custody for October 2018.  (Measure #9)

**Defendants' response:**
Defendants object to this request as duplicative of production of Maximum Custody Notebooks and premature where the October 2018 Maximum Custody Notebooks are not yet due for production.

Sincerely,

Richard M. Valenti

RMV/eap

Attachments: As stated

cc:      Counsel of Record

Exhibit 19



**Corene Kendrick <ckendrick@prisonlaw.com>**

---

## RE: Parsons - Defendants' Response to Plaintiffs' November 15, 2017 Supplemental Production - (RFP 73) and re RFP 74-78
1 message

---

**Elaine Percevecz <EPercevecz@strucklove.com>**      Fri, Jan 12, 2018 at 8:30 PM
To: Corene Kendrick <ckendrick@prisonlaw.com>, David Fathi <dfathi@aclu.org>, Amy Fettig <afettig@aclu.org>, Kirstin
Eidenbach <kirstin@eidenbachlaw.com>, Alison Hardy <ahardy@prisonlaw.com>, Maya Abela
<mabela@azdisabilitylaw.org>, "skader@azdisabilitylaw.org" <skader@azdisabilitylaw.org>, Jennifer Onka
<jonka@aclu.org>, Megan Lynch <megan@prisonlaw.com>, Sarah Hopkins <sarah@prisonlaw.com>, "Freouf, Delana
(Perkins Coie)" <DFreouf@perkinscoie.com>, "tsherman@azdisabilitylaw.org" <tsherman@azdisabilitylaw.org>
Cc: Lucy Rand <Lucy.Rand@azag.gov>, "MacPherson, Scott" <Scott.MacPherson@azag.gov>, Parsons Team
<ParsonsTeam@strucklove.com>

*Counsel:*

*Defendants' supplement their production regarding Plaintiffs' document request No. 73. This supplemental production has been sent to you through FirmShare. Please see the below email from Jamie Guzman concerning Plaintiffs' document Requests 74-78. Sincerely, Elaine*

Defendants respond to Plaintiffs' Supplemental Production request dated November 15, 2017.

**Request No. 73:** All Operational Procedures and Post Orders providing instruction or requirements for housing unit temperature checks.

**Response:** Defendants object to this request as vague and ambiguous, overly broad, and unduly burdensome. Furthermore, it exceeds the scope of the Stipulation, the Max Custody Performance Measures, and the Max Custody Monitor Guide. Without waiving objections, Defendants have produced at ADCM1047980-1047985 unit specific post orders.

**Request No. 74:** All documents reflecting any planned or implemented changes in policy governing suicide or other mental health watches from April 1, 2017 to the present.

**Response:** Defendants object to this request as vague and ambiguous, overly broad, and exceeds the scope of the Stipulation and unidentified performance measures where request fails to identify whether request seeks Corizon or ADC security operations subject matter. It further fails to identify Stipulation performance measure this request pertains to and is unduly burdensome where request, as written, is vague, ambiguous, overly broad, and exceeds the scope of the Stipulation where the request fails to link the request to a performance measure.

Without waiving these objections, see ADC Director's Instruction 358, Mental Health Transition Program dated August 16, 2017, and Department Order 1103, both of which are published on ADC's website.


**Request No. 75:** All documents reflecting plans to concentrate seriously mentally ill (SMI) prisoners at Tucson-Rincon Unit or in any other location.


**Response:** Defendants object this this request as irrelevant, vague and ambiguous, overly broad, and exceeds the scope of the Stipulation and unidentified performance measures where request fails to identify whether request seeks Corizon or ADC security operations subject matter. The request further exceeds the scope of the Stipulation where the relevant performance measures do not require reporting of population management location changes and is unduly burdensome where request as written is irrelevant, vague, ambiguous, overly broad, and exceeds the scope of the Stipulation where the request fails to link the request to a performance measure and, as written, would ostensibly cover any document generated pertaining to, for example, maintenance work orders, staffing assignments, daily activity schedules, etc. - all subject matter not monitored nor required to be reported on under the Stipulation.


Without waiving these objections, see Population Management - Bed Changes Memorandum from Stacey Crabtree, Offender Services Bureau Administrator to Charles L. Ryan, Director, Arizona Department of Corrections, dated May 26, 2017, previously produced at ADCM961594-1598.


**Request No. 76:** Any documents, emails, communications, policies, post orders, training materials and curricula, and plans (draft or final) relating to the implementation of monitoring of the Max Custody Performance Measures at converted "close custody" units at Florence Central Unit.


**Response:** Defendants object to this request as irrelevant, vague and ambiguous, overly broad, unduly burdensome, and exceeds the scope of the Stipulation where the associated performance measures do not require monitoring of close custody populations. The request is further irrelevant, overly broad, and unduly burdensome as to request for "documents" and "emails" that may include, but are not limited to, attorney-client privileged communications and irrelevant communications regarding logistics, materials, and cost management for implementation of a technology based pilot program that is a voluntary program initiated by ADC and not required by the Court, the Stipulation, or any associated Performance Measures.


Without waiving these objections, see Close Custody notebooks produced at ADCM1000880-ADCM1000884, ADCM1003476-ADCM1003577, and ADCM1043384 to ADCM1043409. There are no policies, post orders, training materials, curricula responsive to this request. As to "plans" for the pilot program at Florence Central Unit for electronic monitoring of close custody movement, contact Amy Fettig for information provided to her during numerous telephonic conferences with Division Director, Carson McWilliams, providing verbal status updates as to the installation of technology and explanation of technology for the pilot program - the most recent of telephonic updates provided on November 30, 2017.

**Request No. 77:** All training curricula and materials used to train custody and other staff on use of force policy, procedure, protocols, and crisis intervention starting in August 2017 onwards.

**Response:** Defendants object to this request as irrelevant, overly broad, and exceeds the scope of the Stipulation, associated performance measures, and Agreement Regarding Modification of Stipulation Paragraph 27 (a)-(e) which applies only to use of chemical agents on SMI max custody inmates and involving max custody inmates housed at Florence CB 1 and CB 4, Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU), Perryville-Lumley SMA, Phoenix (Baker, Flamenco, and MTU), and Lewis-Rast max (4C1 and 4C2) and not in general, ADC's use of force/crisis intervention policies, procedures, and protocols, which pertain to all manner of use of force and custody classifications; duplicative of production terms set forth in Agreement Regarding Modification of Stipulation Paragraph 27 (a)-(e).

Without waiving these objections, see forthcoming production to Amy Fettig per the terms of Agreement Regarding Modification of Stipulation Paragraph 27 (a)-(e).

**Request No. 78:** All training records for custody and other staff demonstrating participation in training on use of force policy, procedure, protocols and crisis intervention starting in August 2017 onwards.

**Response:** Objection: irrelevant, overly broad, and exceeds the scope of the Stipulation, associated performance measures, and Agreement Regarding Modification of Stipulation Paragraph 27 (a)-(e), which applies only to use of chemical agents on SMI max custody inmates and involving max custody inmates housed at Florence CB 1 and CB 4, Florence-Kasson (Wings 1 and 2); Eyman-SMU I (BMU), Perryville-Lumley SMA, Phoenix (Baker, Flamenco, and MTU), and Lewis-Rast max (4C1 and 4C2) and not in general, ADC's use of force/crisis intervention policies, procedures, and protocols, which pertain to all manner of use of force and custody classifications; duplicative of production terms set forth in Agreement Regarding Modification of Stipulation Paragraph 27 (a)-(e).

Without waiving these objections, see future production to be made to Amy Fettig per the terms of Agreement Regarding Modification of Stipulation Paragraph 27 (a)-(e).

Sincerely,

Jamie

Jamie D. Guzman

Attorney

12/3/2018    Case: Law-Office-9060 ... Defendants' Response to Plaintiff Nov 4-18, 2011 Supplemental Production - (RFP 73) …

Case 2:12-cv-00601-ROS   Document 3071-2   Filed 12/04/18   Page 100 of 100



**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226

p: 480.420.1637 | jguzman@strucklove.com | strucklove.com

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---



**image001.gif**
4K