1

2

3

4

5

6

7           UNITED STATES DISTRICT COURT

8             DISTRICT OF ARIZONA

| | |
|---|---|
| 9  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO SEAL** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

20          This Court, having reviewed Plaintiffs' Motion to Seal, and finding good cause,

21   hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the

22   documents as set forth in the Motion:  Exhibit 16 to the Declaration of Corene Kendrick.

23

24

25

26

27

28

LEGAL142319490.1