1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
5  *Swartz, Sonia Rodriguez, Christina Verduzco,*
   *Jackie Thomas, Jeremy Smith, Robert Gamez,*
6  *Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on*
7  *behalf of themselves and all others similarly*
   *situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9

10                    UNITED STATES DISTRICT COURT

11                          DISTRICT OF ARIZONA

12  | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
    |---|---|
    | Plaintiffs, | **STIPULATION** |
    | v. | |
    | Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
    | Defendants. | |

LEGAL142310384.1

1	Plaintiffs and Defendants (the "Parties") hereby stipulate to advance the dispute
2	regarding Performance Measure 3, as set forth in the Mediation Order (Doc. 3051),
3	directly to Judge Silver and jointly waive the requirement in the Stipulation (Doc. 1185
4	¶ 31 (p. 12)) that disputes be mediated prior to being advanced to the Court.  The Parties
5	agree that this stipulation and joint waiver precludes any future arguments that the dispute
6	memorialized in the Mediation Order is not ripe because it was not mediated.

7	Dated this 4th day of December, 2018.

| **EIDENBACH LAW, P.L.L.C.** | **STRUCK LOVE BOJANOWSKI & ACEDO PLC** |
|---|---|
| By:   s/ Kirstin T. Eidenbach<br>Kirstin T. Eidenbach (Bar No. 027341)<br>P. O. Box 91398<br>Tucson, Arizona 85752<br>Telephone:  (520) 477-1475<br>Email:   kirstin@eidenbachlaw.com | By:   s/ Timothy J. Bojanowski<br>         (with permission)<br>Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone:  (480) 420-1600<br>Email:   dstruck@strucklove.com<br>              rlove@strucklove.com<br>              tbojanowski@strucklove.com<br>              nacedo@strucklove.com |
| Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone:  (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>              ahardy@prisonlaw.com<br>              snorman@prisonlaw.com<br>              ckendrick@prisonlaw.com<br>              rlomio@prisonlaw.com | Michael E. Gottfried<br>**OFFICE OF THE ARIZONA ATTORNEY GENERAL**<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004-1592<br>Telephone:  (602) 542-1645<br>Email:   Michael.Gottfried@azag.gov<br><br>*Attorneys for Defendants* |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
           afettig@aclu.org
           vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

1  *Attorneys for Plaintiffs Shawn Jensen;*
2  *Stephen Swartz; Sonia Rodriguez;*
   *Christina Verduzco; Jackie Thomas;*
3  *Jeremy Smith; Robert Gamez; Maryanne*
   *Chisholm; Desiree Licci; Joseph Hefner;*
4  *Joshua Polson; and Charlotte Wells, on*
   *behalf of themselves and all others*
5  *similarly situated*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28


**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf