Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br> v. <br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF DAVID C. FATHI** |

LEGAL142349707.1

I, David C. Fathi, declare:

1. I am an attorney and the Director of the National Prison Project of the American Civil Liberties Union Foundation ("NPP"). With Donald Specter of the Prison Law Office ("PLO"), I serve as co-lead counsel for the plaintiff class herein. I make this Declaration of my personal knowledge and based on a review of the records maintained by my office in the ordinary course of business.

2. Attached hereto as Exhibit 1 is a letter from Defendants' counsel Jacob Lee to me, received at 6:56 p.m. MST on December 5, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2018, in Phoenix, Arizona.

        s/ David C. Fathi
David C. Fathi

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
        afettig@aclu.org
        vlopez@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        jhgray@perkinscoie.com

LEGAL142349707.1

| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
|   | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
|   | Telephone:  (602) 650-1854 |
| 4 | Email:    kbrody@acluaz.org |
| 5 | Donald Specter (Cal. 83925)* |
|   | Alison Hardy (Cal. 135966)* |
| 6 | Sara Norman (Cal. 189536)* |
|   | Corene Kendrick (Cal. 226642)* |
| 7 | Rita K. Lomio (Cal. 254501)* |
|   | **PRISON LAW OFFICE** |
| 8 | 1917 Fifth Street |
|   | Berkeley, California 94710 |
| 9 | Telephone:  (510) 280-2621 |
|   | Email:    dspecter@prisonlaw.com |
| 10 |           ahardy@prisonlaw.com |
|   |           snorman@prisonlaw.com |
| 11 |           ckendrick@prisonlaw.com |
|   |           rlomio@prisonlaw.com |
| 12 | |
| 13 | *Admitted *pro hac vice* |
| 14 | Kirstin T. Eidenbach (Bar No. 027341) |
|   | **EIDENBACH LAW, P.L.L.C.** |
| 15 | P. O. Box 91398 |
|   | Tucson, Arizona 85752 |
| 16 | Telephone:  (520) 477-1475 |
|   | Email:    kirstin@eidenbachlaw.com |
| 17 | Caroline Mitchell (Cal. 143124)* |
|   | **JONES DAY** |
| 18 | 555 California Street, 26th Floor |
|   | San Francisco, California 94104 |
| 19 | Telephone:  (415) 875-5712 |
|   | Email:    cnmitchell@jonesday.com |
| 20 | |
| 21 | *Admitted *pro hac vice* |
| 22 | John Laurens Wilkes (Tex. 24053548)* |
|   | **JONES DAY** |
| 23 | 717 Texas Street |
|   | Houston, Texas 77002 |
| 24 | Telephone:  (832) 239-3939 |
|   | Email:    jlwilkes@jonesday.com |
| 25 | *Admitted *pro hac vice* |
| 26 | |
| 27 | |
| 28 | |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    **ARIZONA CENTER FOR DISABILITY LAW**
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:  adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Jessica Jansepar Ross (Bar No. 030553)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      jross@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL142349707.1                    -3-

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2018, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                                s/ D. Freouf