# EXHIBIT 1



**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

Jacob B. Lee
480.420.1641
jlee@strucklove.com

December 5, 2018

**<u>VIA EMAIL ONLY</u>**
David Fathi
Legal Department
National Prison Project
915 15th Street, NW
7th Floor
Washington, DC  20005-2112

    **Re:**    *Parsons v. Ryan*

Dear David:

    We are in receipt of your letter dated November 7, 2018 regarding submission of monthly reports reflecting instances of non-compliance with the Performance Measures ("PMs") subject to the October 10, 2017 Order to Show Cause ("OSC") that are below 85% compliance pursuant to the Court's June 22, 2018 Contempt Order ("Contempt Order") (Doc. 2898) and payment of Plaintiffs' attorney fees pursuant to the Court's June 22, 2018 Order and Judgement ("Fees Order") (Doc. 2902 and 2903).

    **Doc. 2898**—As you know, Defendants previously filed a motion to stay the Court's June 22 Orders, including the Contempt Order requiring Defendants to "continue" to file monthly status reports. (Doc. 2971.) The Court only ruled on that motion on November 15, 2018. (Doc. 3057.) Although the Court denied Defendants' request for a stay, Defendants continue to seek a stay of the Contempt Order in the Ninth Circuit pending a ruling on their appeal of the Contempt Order (No. 18-16358). (Doc. 2935.)

    Moreover, there is no current Order to Show Cause to which such reports would apply. The Court already issued a ruling on the October 10, 2017 Order to Show Cause (Doc. 2373) in the form of the June 22, 2018 Contempt Order (Doc. 2898), and no new Order to Show Cause has been issued.

    Finally, there is no utility in producing the reports. The Stipulation does not require 100% compliance with any of the PMs or production of this type of report, and it is well-documented that the reports are difficult to produce and prone to errors. (*See, e.g.,* Doc. 2605, 2640, 2710, 2745, 2775, 2790.)

David Fathi
December 5, 2018
Page 2

**Doc. 2902 and 2903**—We previously informed you of our position that Defendants would not be remitting a check until Defendants' appeal of the Fees Order has been resolved. (*See, e.g.,* July 23, 2018 Email from Dan Struck to Don Specter; July 24, 2018 Email from Dan Struck to Don Specter; August 1, 2018 Letter from Jacob Lee to David Fathi.) That position has not changed. Although the Court's November 15, 2018 Order denied Defendants' request for a stay, Defendants continue to seek a stay of the Fees Order in the Ninth Circuit pending a ruling on their appeal of the Fees Order (No. 18-16365). (Doc. 2936.)

                                      Sincerely,

                                      Jacob B. Lee

JBL/eap
cc: Counsel of Record