THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _CJVLR 5.4 7.1(a)(1)_
(Rule Number/Section)

FILED ✓     LODGED ____
RECEIVED ____   COPY ____

DEC 0 4 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

In The United States District Court
For The District of Arizona

Parsons, et, al.,          CV-12-00601 Phx
        Petitioner,        Judge R O Silver
        V.
                    CV-12-601-PHX-ROS by Mw
Ryan, et, al.           Additional Medical
        Respondent(s)    Grievance Disclosure U-Y

Judge one more time requested copies of
VIA Subpoena duces tecum", of which all
will be at work providing so soon, They
will Feel like they has been hit by a
water cannon.

Judge as well, We have an ongoing issue
/problem with the ability to obtain Health Needs
Request forms, AKA HNR's On a constant
it will take a Court Order, Prolong Pain
and Suffering Not Good!

Judge as well see (3) Their New Informal Complaints.
Given to ADOC for ADOC 11/23/18

Submitted This 23 day Nov 2016
                by Dale Mann

cc Atty Donald Specter
    A.C.L.U. NPP.
    Atty Sabarish Neelakanta · HRDC Ld Prged
    Atty Paul Wright

Dale Maisano 017981
P.O. Box 24401
Tucson, Arizona 85734-4401

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Request/Authorization for Qualified Legal Copying**

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Mason Dal | 277171 |

| Institution/Unit | Date |
|---|---|
| ASP Tucson      2 A 14 | 11/23/11 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.
ATTACH DOCUMENTS

**PARALEGAL REVIEW**

| | No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|---|
| To be completed by the inmate/paralegal | 1 | Pars. V Ryan CV-12 | 2/8 | 2/9 | | | |
| | 2 | When I.A. Sites | | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| | 6 | | | | | | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| | 10 | | | | | | |

Request received and forwarded to Paralegal for action.

| | Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|---|
| Designated Staff | WADW | | 11-21-18 | 11-21-18 |

I have reviewed the request for legal copying.  Take the following action:

☐ Copy: Unmodified

☐ Copy: Modified as indicated above

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

"CASE CLOSED. REFER TO ATTORNEY"

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|
| ULIBARRI | VIA EMAIL | 11-23-18 |

| No. of Copies made _____ @ $ _____ each = TOTAL _____ | | |
|---|---|---|
| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |

RETURN 11-27-18

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Request/Authorization for Qualified Legal Copying**

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Marson, Deh | 077877 |

| Institution/Unit | Date |
|---|---|
| ASP-T. Whetsto              2 A74 | 11/23/18 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.

**ATTACH DOCUMENTS**

**PARALEGAL REVIEW**

| | No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|---|
| To be completed by the inmate/paralegal | 1 | Parsons V Ryan 12-CV | 81 | 54 | 28 | 3 copies | |
| | 2 | 00601 Ph. U.S.D. Ct | 28 | | | | |
| | 3 | | | | | | |
| | 4 | | | | | | |
| | 5 | | | | | | |
| | 6 | | | | | | |
| | 8 | | | | | | |
| | 9 | | | | | | |
| | 10 | | | | | | |

Request received and forwarded to Paralegal for action.

| | Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|---|
| Designated Staff | WADLw | | 11-23-18 | 11-23-18 |

I have reviewed the request for legal copying.  Take the following action:

"3 copies"

☐ Copy: Unmodified

☐ Copy: Modified as indicated above

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date 6:11PM |
|---|---|---|
| ULIBARRI | VIA EMAIL | 11-24-18 |

No. of Copies made 84         @ $ .10         each = TOTAL 8.10

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| WADLw | | 11-27-18 |

Distribution:  White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Judge

As You can see I'm denied copies
41, not the First time, It is an
ongoing issue, Please correct   Under
Gluth V. Kangas 951 F. 2d 1504
( 9th Cir 1991) Order to A DOC copies
w/ in 48 hrs, And Ex parte Hull, 312
U.S. 546, 61. S.Ct 640 (1941) No Filtering Paperwork

As Well I'm seeing on a constant
The Guard at Medical screening
Mental Health and Medical Care
also court orders to A DOC not to
do, The Person who just went home
and Killed His GirlFriend was asking
For Mental Health and was denied by
Security Guard more than one time at
Medical, How can this be

Last w/out proper copies I'm unable
to give proper service or to contact

cc's   Maybe HRDC will File
a new class action

U-1 of 4

## ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

| RECEIVED BY |  |
|---|---|
| TITLE |  |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 11/22/18 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASP-T Whetstone    2A74 | | |

TO: GRIEVANCE COORDINATOR      Corizon FHA

**Description of Grievance** (To be completed by the inmate)

Here is where Your problem lies, I've had 2 x removals from Sun Damage Right here at ADC, I have so much skin damage it is not funny. Your Doctor, your NP, one Doctor did The removals, Your Doctor English has a full chart as of a few Years ago. At that point He was bad mouthing Corizon for non-payment, He is quite credible and most likely to be My expert, If not, I will subpoena him and subpoena duces tecum all My and Your records and require certification of all documents, ADC says clothing is on You and You say otherwise, I can only watch fools fight and pocket the Cash of Medical Nursing Super, DON and FHA also w/Corizon RICO Act Violation  Start, End

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. Correct Care by An outside contractor forthwith, Doctor English is Fine
2. Removal of Corizon and all Staffing forthwith
3. Pay Me 50,000.00 U.S.D. For Burn Wound
4. Never ever expose Me to Sun
5. Any Expert Care tell Sun damage on site

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Maisano | 11/22/18 | | |

| Action taken by  Documentation of Resolution or Attempts at Resolution. | | |
|---|---|---|
| | | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

U - 2 of 4

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |

| INMATE NAME *(Last, First M.I.)* *(Please print)*<br>Maisano, Dale | ADC NUMBER<br>077877 |

INSTITUTION/ UNIT
ASPC-Tucson /Whetstone

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit / MI - C37 - 18 - 222 |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is treatment for complaint of sunburn on 10/27/18.

Your concern has been reviewed by medical and you were seen by the RN and no observation of sunburn was documented. You have been issued SNOs for long sleeves, hat, and gloves. Your sunburn complaints have been addressed multiple times; the same recommendations have been documented. Wear long sleeves, hat, gloves as ordered and stay out of the sun as much as possible.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (21545)

| STAFF SIGNATURE<br>K. Switzer DON | K.Switzer<br>DON | DATE *(mm/dd/yyyy)*<br>11 / 13 / 2018 |

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate<br>FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12<br>10/16/16

U-3 of 9



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

M1 C37 18 292

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Manum, Dale | 07707 | ASP-T-Whetstone  ZATH | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve this following issue" 1, I waive
no time at any step of the grievance process. My single issue is:
"I'm being burid VIA The Sun Only" I've explained this to
Nurse Practitioner Alice Warren Roth and filed more than
one Medical Malpractice Action in U.S. Dist Ct M.D. Tenn.
On The 26 of Oct I Filed an HNR on The 27th
after warden - colonel 4 hrs RN Anderson looked at Me,
took some info and said "This issue will be added to Providers
line" The HNR says "NI" seen and evaluated I'm
being "Burid Only". Corizon Fails to accommodate My Medical
Needs Nor have a history and it is Filled with Deul and Torture,
see Wal-Mart V Dukes 131 S. Ct (2011) Reun Estell V
Gamble 429 U.S. 97, 97 S Ct 285 (1976) Doctor English
Gave clear instruction, see Burton V Lynd, 664 F Supp 2d 349
(S.D. N.Y. 2009); Lawson V Dallas County, 286 F 3d 257
(5th Cir. 2002) (disobeying doctor order depriving inmate of
prescribed treatment)

Relief Requested
1. Correct Copies
2. Or Court Action as needed

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maum | 10-30-18 |

Have you discussed this with institution staff?  ☒ Yes   ☐ No

If yes, give the staff member name:  RN Anderson

Distribution: INITIAL: White and Canary - Inmate
FINAL: White — Inmate; Canary — Grievance Coordinator File

802-11
6/25/14

U - 4 of 4

## ARIZONA DEPARTMENT OF CORRECTIONS
### Health Needs Request (HNR)

Date:
Time:
Initials: 18 OCT 26 PM 4:41

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marcus John | 077877 | 11/15/15 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 6-A 14 | Whetstone | 24600 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST *(Check only one block below)*/ÁREA DE INTERÉS *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

With date awaiting transport to caper Am, I was brot
via the San Fire and Nub, We were in a se [illegible]
of 45 Min. Cring Ankles has been take

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMÁS EN EL BUZÓN PETICIÓN DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 18 OCT 26 PM 4:41 |

PLAN OF ACTION/PLAN DE ACCIÓN

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 10/27/16 | 1600 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

V. 1 of 9

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |

*Note:  You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Maisano, Dale | 077877 | 11/22/18 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| ASP-T-Whetstone   2 A74 | |

~~TO:  GRIEVANCE COORDINATOR~~   Corizon FHA

**Description of Grievance** *(To be completed by the Inmate)*

What type of an Ass, Am I dealing with. Your policy Fails to let Me ever deal with another issue while being seen for another, Lets not Bicker The Nursing Super is a fool and Switzer has so many Malpractice Actions Pending too boot and along with The FHA who was charged in U.S. Dist Ct (M.D. Tenn) for a RICO Act Violation, I'm not going to be happy just to see You all in Prison, I want to see not one, ever able to ever work in The Medical Field again Note As well, I will be Filing 42 U.S.C. §§ "1997 ee" "1985", 1986" and as I've said RICO along with Medical Malpractice

**Proposed Resolution** *(What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)*

1. Remove Corizon and all Staffing Forthwith bar None all Fools
2. Pay Me 10,000 U.S.O. Per day for Suffering
3. Real Medical Care is needed and requested by Corizon, Outside Contractors

The Next Case will be, A Case of First impression / Companion case

| INMATE'S SIGNATURE  Dale Maisano | DATE *(mm/dd/yyyy)*  11/22/18 | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |
| | |
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|

V - 2 of 4

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| INMATE NAME (Last, First M.I.) (Please print)<br>Maisono, Dale | ADC NUMBER<br>077871 |
|---|---|

| INSTITUTION/ UNIT<br>ASPC-Tucson /Whetstone |
|---|

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit / MI -C37-18-223 |
|---|---|

CORIZON

**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is you were not seen for the complaint of "I twisted my torso".

Your concern has been reviewed by medical and you have been told on several occasions that medical complaints must be specific. You were seen by the RN two days later for a different complaint and made zero mention of "torso" issues.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (21544)

| STAFF SIGNATURE<br>K.Switzer<br>DON | DATE (mm/dd/yyyy)<br>11 13 2018 |
|---|---|

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

V - 3 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

MJ C37 1B 293

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077871 | ASP-T-Whetstone | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" 1, waive no time at any step of the Grievan Process, My Single issue is: "I've twisted My upper Torso" Note on The records called I have "Spiral Nerve Damage" See Estelle V. Gamble 429 US 97, 97 S Ct 285 (1976) My Specification or definite complete Knowledge is lacking, That is why I'm asking for medical care, I'm a Engineer not a medical professional On 10-29-18 The HNR of 10-24-18 was returned enclosed You violate Estelle V Gamble and the staff has failed on, more time to locate Records see Hoptwit V Ray, 682 F 2d 1237, 1252-55 F. R. (and Serv. 1511 (9th Cir 1982) As Well Your in violation of not having Daily Sickcall, AKA Emergency Care and Sick Call procedure one more time, see Hoptwit V. Ray, 682 F 2d 1237, 1252-55 (9 Fed. R. Evid. Serv 1511 (9th Cir. 1982) You lack a records system "Known VIA All" I'm at issue on sickcall, In 12-CV-00601 Parsons V. Ryan

As Well, I will file Medical Malpractice on Nursing Supervisor Danielle Dumm See U.S. Art Cl. M.O. Tort.

Relief Requested
1. Real Medical Care as Needed and Requested
2. Remove all Staff and Corizon prior to man deaths
3. Pay Me 10,000.00 U.S.D's per day not very

| INMATE SIGNATURE  Dale Mann | DATE (mm/dd/yyyy)  10-30-18 |
|---|---|

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Medical Staffing

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

V - 4 of 4

## ARIZONA DEPARTMENT OF CORRECTIONS
### Health Needs Request (HNR)

Date:
Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mason, Dale | 077577 | 10-24-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 14 | Whetstone | 24400 | Tucson |

**SECTION/SECCIÓN I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

**SECTION/SECCIÓN II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I've twisted my upper back

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

**SECTION/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify)* *(especifique)*
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES

W-1 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 11/22/18 |

| INSTITUTION/FACILITY | | CASE NUMBER |
|---|---|---|
| ASP-T-Whetstone  2 A74 | | |

~~TO: GRIEVANCE COORDINATOR~~  Corizon FHA

**Description of Grievance** *(To be completed by the Inmate)*

How Can Corizon Health and Staffing be So Bad and Stupid as of This Date and on this date, I was at medical and No-Glasses Safety type. When I final this I will be taking Maisano V. Stick Holder / Corizon Health / Above Summary of ADN / FNA in U.S. Dist. Ct (a.o. Term) "Read About" And as for quite convient RICO Violation Act, St. and Fed, Someday at some other proceeding, it will come back to bite All, And if Im told upon seen My Attys like Peter, Danger was convict, I don't have to say what I will file, By now all Im fully aware, I will file in a Heartbeat

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1. New Safety Sun Glass as need.
2. Remove Corizon and all Staffing
3. Pay Me Per day for Act, x V 100,000.00 U.S. D's "not a ple"
4. Trial by jury Request "Records, ed.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Maisano | 11/22/18 | | |

| Action taken by  Documentation of Resolution or Attempts at Resolution. | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

W - 2 of 4

 **ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| *For Distribution:* Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
| --- |

| INMATE NAME *(Last, First M.I.)* (Please print)<br>Maisano, Dale | ADC NUMBER<br>077877 |
| --- | --- |

INSTITUTION/ UNIT
ASPC-Tucson /Whetstone

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit / MI-C37-18-224 |
| --- | --- |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is glasses.

Your concern has been reviewed by medical and this item was already ordered for you.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (21543)

| STAFF SIGNATURE<br>K.Switzer  DON | | DATE *(mm/dd/yyyy)*<br>11 \| 13 \| 2018 |
| --- | --- | --- |

W-3 of 4

## ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.  Please print all information.

M1 C57 18 224

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT  2A 74 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Marsaw, Dah | 077877 | ASP T. Whitston | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

"I'm attempting to informally resolve the following issue" 1, waive no time at any step of the grievance process. My single issue is: "Denied an operable pair of Safety Sun Glasses" See HNR of 10-24-18 and prior HNR where Staff says ordered new pair. We have a past Eye Care Issue see Oliva V. CCA, 610 F. Supp. 2d 251 Tex (N.D. Tex 2006) (Finding of deliberate indifference and Sato V CCA 41 Fed Appx. 64 (9th Cir 2002) (Which goes to records see Hoptowit V. Ray, 682 F.2d 1237, 1252-55 F. R. Evid Serv 1511 (9th Cir 1982) (record system inadequate because Library were not kept and reviewed) see ABA Standard F 23-6.8 2010) and 4-4413 etc ed 2001 N.C.C.N.C. What Corizon and Nursing Supervisor are doing is quite simple Medical Malpractice, or worse a Deliberate Indifference or worse torn Read Estelle V. Gamble 429, U.S 97, 97 S. Ct. 285 (1976) and cruel. My failed Medical Malpractice suit, the Nurse Practitioner @ Warren and Nursing Supervisor Danielle Deans.

_____ Relief Requested _____
1. New Safety Sun Glasses as required for vision issues.
2. Replace Nursing Supervisor Danielle Deans and Corizon Care.
3. Pay Me Per Day for delay × 100,000.00 U.S.D.
4. Trial VIA Jury re: Records and more.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dah Marsaw | 10-30-18 |

Have you discussed this with institution staff?  ☒ Yes   ☐ No

If yes, give the staff member name:  RN Anderson etc.

W - 4 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

Date: 18 OCT 25 PM 1:18
Time:
Initials:

**SECTION/SECCION I**

Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)*  Marsau, Om

ADC Number/Número de ADC  277577

Date/Fecha  12.24-14

Cell/Bed Number/Celda/Número de Cama  2 A 74

Unit/Unidad  A Unit

P.O. Box/Apartado Postal  24402

Institution/Facility/Instalación: ASPC  Tucson

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION/SECCION II**

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

What happened to My Soldz In Class.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exoneraciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)*
Comments/Comentarios

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora  18 OCT 25 PM 1:18

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado

Date/Fecha

Time/Hora  18 OCT 25 PM 1:18

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur. - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni a una subdivisión política de este estado.]

1101-10ES

X - 1 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 11/22/18 |

| INSTITUTION/FACILITY | | CASE NUMBER |
|---|---|---|
| ASP-T- Whetstone 2A74 | | |

TO: GRIEVANCE COORDINATOR    Coreum FHA

**Description of Grievance** (To be completed by the Inmate) 1st You have Failed to Read Cited Caselaw. Do to The RICO Act Violation, I'm going to start a Tort action in St. Ct. Using Special Guideline for Doctor Carolynn J. Ricaugh DOS, I'm quite sure She has some prior Medical Malpractice case, You practice of no-care last 6 mos is quite illegal, Your Knowledge by You attach specialist is clear, I'm in need of a bridge at The time of seeing that specialist now I'm in the need of x-3 bridges Do to what was don at Central Unit IPC What a bunch of Low Life Feds I'm going to charge and Sue each and everyone of You Under The Civil Rights Act of 1871 A: Pvt Parties, RICO, St. & Fed, 42. U.S.C. §§ 1985, 1966, 1997 (e)

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. See Original Relief in Informal Complaint
2. Remove Corizon and All Staffing Forthwith
3. Pay Me as ordered VIA Ct. for Loss of ability to eat Per Day, Etc

| Inmate's Signature Dale Maisano | Date 11/22/18 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

| Action taken by  Documentation of Resolution or Attempts at Resolution. | | |
|---|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

X - 2 of 4

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

| For distribution: Copy of Corresponding Inmate Letter must be attached to this response. |
|---|
| MI C37 18-227 221 |

| INMATE NAME (Last, First M.I.) (Please print) Maisano, Dale | ADC NUMBER 077877 |
|---|---|

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone |

| FROM (Last, First M.I.) (Please print) Rihanek, Carolynn J.  DDS | LOCATION Complex Health Unit |
|---|---|

CORIZON
INMATE LETTER RESPONSE

Your inmate letter dated 2018/10/30 was received in the Tucson office of Corizon Inmate Health Services on  2018/11/02

Your primary area of concern is
.You are having a problem wearing your dentures and chewing with them. You just had a new full lower delivered to you 07/27/2016. No further adjustments were done on the lower denture. New dentures often need adjustments to feel good with no sore spots. You came to dental 05/17/17 with sore spots on the lower denture. The upper denture you had dropped and caused chipping in the posterior area and a chipped tooth #9. The upper denture is still functional. You denied the dentist to help you by smoothing the upper denture and relieving the sore spots on the lower denture. Sore spots do not go away without adjustments- so by not allowing adjustments on the lower denture you will still have discomfort. So naturally, you have discomfort eating with your dentures.

If you would like to adjust your dentures that can still be accomplished. Our records show that you had a mechanical soft /Allergy diet good through 04/27/18 issued by the medical provider. If you need this diet renewed please request with an HNR to medical as dental does not issue allergy diets. We cannot make you new dentures as you do not have enough time. Your early release date is showing as 2019/02/14. Per policy no routine dental treatment is done in the last six months of your sentence.

Your concern has been reviewed by dental and it was determined that we can adjust your lower dentures and smooth the upper dentures. If diet needs renewing you will need to contact the medical provider.

This informal complaint has been addressed. This has resolved your concern

KS/ba 2/540 24044

| STAFF SIGNATURE B. Richey AFHA | DATE (mm/dd/yyyy) 11/15/2018 |
|---|---|

Distribution:   Original – Master File
               Copy:  Inmate

GMC  11-20-18

916-2(e)
5/14/12

X- 3 of 4



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.   Please print all information.

M1 C5J  18  247

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT 2A74 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Marsano, Dale | 077877 | ASP-T-Whitstone | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

"I'm attempting to informally resolve the following issue" 1, waive no time at any step of the Grievance proces. My single issue is: "I'm unable to wear pach teeth and I'm now unable to chew food" See HNR of 10-25-18, Dental fails to repair as outside Doctor Says, Your Plan of action, "You are on The routine list" see
  1. Chance V. Armstrong, 143 F 3d 698, 703 (2d Cir 1998) 2. Fields V Gander, 734 F 2d 1313, 1314-15 (8th Cir 1984) To Point see (Wynn V. Southward, 251 F 3d 588, 593 (7th Cir. 2001) (denial of denture, resulting in eating difficulty, bleeding, headaches, and disfigurement, was a serious medical need), As well Hunt V. Dental Dept, 865 F 2d 198, 201 (9th Cir. 1989) (Loss of denture caused pain and suffering This is My case in chief, As soon as M.B what ever the name is, I'm going to Sue claim for Medical Malpractice
                            Relief Requested
  1. Get Me back to queen creek to The specialist pre-approved or upon my release, I'm going to doctor of choice send bill via court action Corizon and Sue each and every Staff Member

| INMATE SIGNATURE  Dale Marsano | DATE (mm/dd/yyyy)  10-30-18 |
|---|---|

Have you discussed this with institution staff?  ☒ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary - Inmate
                FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

x- 4o14

## ARIZONA DEPARTMENT OF CORRECTIONS
### Health Needs Request (HNR)

Date:
Time: 18OCT25PM4:59
Initials: MP

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mason, Dale | 077611 C-31 | 10-10-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 14 | White | 24400 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)   Medical/Médica ☐   Dental ☑ FHA ☐
Pharmacy/Farmacia ☐   Mental Health/Salud Mental ☐   Eyes/Ojos ☐   Other (specify)/Otros (especifique) ☐

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I'm unable to wear your teeth and I'm now unable
to chew food.

Dental Field I repair or adjust Dental Sign

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione).]

Inmate's Signature/Firma del prisionero   Dale M Mason

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA ☐   Medical/Médica ☐   Dental ☐   Pharmacy/Farmacia ☐   FHA ☐
Mental Health/Salud Mental ☐   Eyes/Ojos ☐   Other/Otros (specify) (especifique) ☐

Comments/Comentarios
to dental

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 10-23-16 | 13OCT25PM4:59 |

| PLAN OF ACTION/PLAN DE ACCION | You are on the routing list |
|---|---|

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Esta documento es una traducción de texto original escrito en ingles. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10EG
12/19/12

Y - 1of 1

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Grievance

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

Note:   You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Marsaw, Dale | 077877 | 11/22/18 |

| INSTITUTION/FACILITY | | CASE NUMBER |
|---|---|---|
| ASP-T Whetstone | 2 A 74 | |

TO: ~~GRIEVANCE COORDINATOR~~   Corizon EHA

**Description of Grievance** (To be completed by the Inmate)

" I'm still having a hard time breathing " x more then one HNR,
I'm under the impression Corizon will hire any Moron, Not upon
The final answer I'm going to Board of Nursing Az For Files etc.
One More Time "RICO Act Violation", this case file has some 50 pp
All Bout Sewer Line Corizon issue etc. If I can't I'm denied relief
in U.S. Courts I will File an International Suit, I have a
history and some day The U.S.A. and Defendant will go on
trial You and Yours Fail to Understand International Law
/ Rule for Prisoners. You have Fail Warsaw You all have Failed.
" You could say my respirator is crazy, but He is not " Winner & Win

**Proposed Resolution** (What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)

Same as original Internal Resolution.

Get ready for RICO etc.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Marsaw | 11/20/18 | | |

**Action taken by  Documentation of Resolution or Attempts at Resolution.**

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

DISTRIBUTION:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:   White – Inmate; Canary – Grievance File

802-1
12/12/13

Y - 2014

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>077877 |
|---|---|
| INSTITUTION/ UNIT<br>ASPC-Tucson /Whetstone | |

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit/MI-C37-18-225 |
|---|---|

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is difficulty breathing related to sewer gas.

Your concern has been reviewed by medical and your exact complaint at this time was "At 2am I smell sewer gas, hard to breath, staff wearing respirator, can this be good for any of us." Your HNR did not state you were having ongoing difficulty breathing. Your HNR was not clearly written and was interpreted as a complaint about sewer gas, which would need to be brought to the attention of DOC. You were seen by the RN two days after and had zero complaints of difficulty breathing.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (21542)

| STAFF SIGNATURE<br><br>K.Switzer DON | DATE *(mm/dd/yyyy)*<br>11 13 2018 |
|---|---|

P - 3 of 4

 **ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one
issue.   Please print all information.

M1  C37  16  225

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T-Whetstone  2A74 | 10-30-18 |

| TO | Corizon | LOCATION | Tucson |
|---|---|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

"I'm attempting to informally resolve the following issue " I, waive
no time at any step of the grievance process My single issue
is: Do to Th[e] Fire I've been exposed to sewer gas I'm
having a hard time breathing. The second HNR was filed
on 10-17-18, Prior to that Grievance was filed
Breathing is a medical procedure not an administrative issue
Your Head Nurse Danielle Dennis thinks otherwise =
Medical Malpractice all Nursing Staff need to read and
follow Estelle V Gamble 429 U.S. 97, 97 S. Ct 225 (1976)
it is very simple Law set in place by U.S. Supreme Court
as well see Farmer V Brennan, 511 U.S. Sp. Ct at 825
(1994) Any normal medical person would had deduced from
the simple fact the significant risk of Myself being seriously
harmed, You as well failed to take reasonable step to prevent
harm. You may not show Me as an ADA but I'm certified a
a 42 U.S.C. §§ 12101- 12213 I'm a qualified individual" see
§ 12132 & Rehabilitation Act of 1973
In the Intermediation intervention, I will file daily Medical
Malpractice on Nursing Supervisor Danielle Dennis

Relief Requested
1. Respirator is in order prior to need for oxygen
2. Read The International Rules Corizon is The Health Care Provider
3. Replace Nursing Supervisor with one who has Knowledge need.d
4. Pay Me a, The chief will award Me. Million of U.S.O's.

| INMATE SIGNATURE   Dale Maisano | DATE (mm/dd/yyyy)   10-30-18 |
|---|---|

Have you discussed this with institution staff?   ☒ Yes   ☐ No         C.P.A

If yes, give the staff member name:   Reports and I.R's all over ed, etc. custody

Y-4of4

## ARIZONA DEPARTMENT OF CORRECTIONS
### Health Needs Request (HNR)

Date: _____
Time: 18 OCT 18 PM 1:58
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Morson, Dale | 277377 | 10-17-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| A 14 | Whetstone | 24400 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

_Alarm I'm in the alarm smelling sewer gas or_
_smell. It is bad I breath stuff in every_
_time I breath cause this to get to any of_
_us._

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero    _Dale Morson_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 18 PM 1:58 |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

_Coordinated with DO-JJ Morson_

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 18 PM 1:58 |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state, this document is una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.

Giles 10-22-17

1101-10ES
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.  Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT  2 A 79 | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T-Whetston | 11/23/18 |

| TO   CO III | LOCATION   2-A |
|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I waive no time at any step of the grievance process. My single issue is: For A DOC Not Corizon. On 11/22/18 I filed an HNR "The sewer gas made me vomit x 2 days in a row, Tell Me it is not a Corizon issue and I will go one more astute source Read The International Rules, We have agreed to it not My signature" Comment: M eval for Vomiting only. Plan of Action: No Further Action needed. I feel this is a text book RICO Act Violation both St and Fed As Well as 42 U.S.C. §§ 1985, 1986, 1997 (a) To Point See Entler V. Gregoire, 872 F 3d 1031 (9th Cir 2017) "Washington Prisoners Has First Amendment Right to Threaten to File Law Suit."

                    Relief Requested

1. You are well aware of sew Issues
2. Pay me all 10,000.00 U.S.O's per day for violation
3. Replace Corizon and all Staffing Forthwith

| INMATE SIGNATURE   Dale Maisano | DATE *(mm/dd/yyyy)*   11/23/18 |
|---|---|

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT  2-A-74 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisan, Dale | 078873 | ASP-T-Whetstone | 11/23/18 |

| TO   CO 111 | LOCATION   2-A |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I am attempting to informally resolve the following issue" I, waiver no time at any step of the grievance process" My single issue is For A DOC Not Corizon "On 11-20-18, I was forced to spend x hours out side. I was wearing My glove. When I came back in, My hands both Thumb and Index Fingers were burnt I have scaring on both, more on left, Being denied access to show burn Makes Me think We have a Scam and I Think a RICO Violation"

Comment: NL eval for sunburn on fingers

Plan of Action: No Action — Documented

This is a Fed Buch RICO Act Violation both St and Fed As well as 42. U.S.C. § § 1985, 1986, 1987(c), Under The Civil right Act of 1871 As Pvt Parties, You have St Atty and access to Fed Ana.

See Entler V. Gregoire   872 F. 3d 1011 (9th Cir 2017) Washington Prisoner Has First Amendment Right to Threaten to File Law Suit.

As Well Ask The Last Deputy warden to show the caselaw given to The Re "All Deputy and Warden Re: How the scam plays all in The Cur. It is U.S. Sup or 9th Cir.

Relief Requested
1. Keep Me out of Sun 100% of The time
2. Pay Me × 100,000 oo U.S.Dj per burn as documented
3. Replace Corizon and All Staffing Forthwith
4. Take Me to Doctor English forthwith for My burn injuries

| INMATE SIGNATURE   *Dale Maisan* | DATE (mm/dd/yyyy)   11/23/18 |
|---|---|

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:  At Medical Files Refled and Staff as noted

Distribution:  INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

Ca  12-CV-00601
p 1   C.L.

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT 2 A74 | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Marsano, Dah | 077877 | ASP T. Whetstone | 11/25/18 |

| TO  Co III | LOCATION  2-A |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting informally resolve the following issue" 1, want no time at any step of the grievance process, My single issue is: For A DOC not correon "On 11-25-18, I filed an HNR" I'm leaking more and more and having a hard time passing Urine".

Comments: NL

Plan of Action: No Action @ this time - Repeat issue

Q DOC Pay Corizon Health under contract 130 Mil per Year Corizon gives No care or cursory care which = RICO Act Violation In the past 30 days or so I've Filed 300 + New Medical Malpractice Action in Corizon etc Emp.

My last Employment in 1981 My earning were 140,000.00 USD; and due to The Fact I was one of the owners of a rail car, I paid almost No Taxes Quite Legal, What I'm going to prove is Simply RICO Act Violation The 130 Mil given to Corizon Health open to III, Team, etc R(CO Violation, You have Atty, each the as well all an in violation of 42, U.S.C §§ 1985, 1986 1997 (c) Under the Civil Right Act of 1871 as put parties, As Well, Harm and Death are a normal daily in DOC

See Entler V Gregoire   572 F 3d 1071 (9th Cir 2017) Washington Prisoner Have First Amendment Right to Threaten to File Law Suit

Relief Requested

1 Get Me The need Medical Care Forthwith No VIA Corizon Health
2 Pay Me 100,000.00 USD; per day for delay
3 Replace Corizon and all Staff Forthwith

| INMATE SIGNATURE  Dah Marsano | DATE *(mm/dd/yyyy)*  11/23/18 |
|---|---|

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:   See Grievance and w/ staff My File

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |
|---|
| TITLE |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |

*Note:* You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Maivan D.L | 077577 | 11/16/17 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| ASP.T. Wheldin   2A 21 | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the inmate)*

Under Your contract with Postal Service 13 or but
Not what The Court Order

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Same as Informal

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| John Mumon | 11/16/11 | | |

| Action taken by | | Documentation of Resolution or Attempts at Resolution. |
|---|---|---|

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

| Complaints are limited to one page and one issue. Please print all information. |
| --- |

| INMATE NAME *(Last, First M.I.)* (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
| --- | --- | --- | --- |
| Maisano, Dale | 077877 | ASP-T-Whetston | 11-7-18 |

| TO | CO III | LOCATION | 2-A |
| --- | --- | --- | --- |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I waive action at any step of The Grievance Process" My Single issue is: Legal Mail Not being Sent out "First Class Rate" See: U.S.P.S Tracking # LP 9205 8901 1220 3924 8254 46
#9205 8901-1220 3924 60
# 9205-8901-3924-8253-09
See Wolff V. McDonnell, 418 U.S. 539 (1974)
Lanza V. New York, 370 U.S. 139, 143-44 (1962)
Whut's this "Nordstrom V. Ryan 762 F. 3d 910 (9th Cir 2014)
and to top it off Nordstrom had to go back ("Gode") see
Nordstrom V Ryan, 856 F 3d 1264 (9th Cir 2017)
Note all Court's Keep Legal Envelopes, Unless sent back in the saw. What to windfall free many, I'm going to all places and see how much I can be given, I'm sure we have other violation re: this, once I can see.

Relief Requested
1. All Legal Mail First Class, Not any type of Priority Mailing
2. Paralegal Assistance to file this action or me Cash
3. Special Monitor to oversee Legal Mail Sending

| INMATE SIGNATURE | Dale Maisano | DATE *(mm/dd/yyyy)* 11-7-18 |
| --- | --- | --- |

| Have you discussed this with institution staff? | ☒ Yes | ☐ No |
| --- | --- | --- |
| If yes, give the staff member name: | CO III | |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dale | 077877 |
| Institution/Unit | |
| ASPC-T-WHETSTONE | |

| From | Location |
|---|---|
| COIII COLSTON | HU 2 A |

In response to your informal complaint dated 11/7/18 resolution regarding sending out your legal mail as first class:

You stated that you had sent out legal mail and it was not sent out as "First Class."

Be advised mail and property was contacted in this matter and they advised that, " Anything over 13 oz  must be processed on the postal computer, in which there is an automated process and there are no overrides for this process. The only option available for the mail in which you had sent out was used and that is the 3 day priority mail option.

Complex Mail and property personal contacted the U.S. Post office on 11/16/2018 at approximately 0854 hours and they were advised by the post office that anything over 13 oz cannot be processed as 1st class.

Your mail was processed in the appropriate only appropriate possible by Complex Mail and Property.

If you feel this does not address your concerns appropriately you have 5 work days from the day you receive this response in which you may continue with the formal grievance process.

| Staff Signature | Date |
|---|---|
| | 11/16/18 |

Distribution:   Original - Inmate
           Copy – Grievance Coordinator File

802-12(e)
12/19/12



Judge

As Well, I requested 18 pgs in
Donald Spector's name, due to what
paralegal Ulibarri said "Case Closed Refer
To Attorney"



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Request/Authorization for Qualified Legal Copying**

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maison, Dala | 077871 |
| Institution/Unit | Date |
| ASP-T-Whitlin        2AH | 11/27/18 |

List each document separately.  Forms packages count as one item.  Unrelated exhibits count separately.

**ATTACH DOCUMENTS**

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| | | | | **PARALEGAL REVIEW** | | |
| 1 | Atlz. David Sprl. | 18 | 3 | 18 | 1 | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

*(left margin: To be completed by the inmate/paralegal)*

**Request received and forwarded to Paralegal for action.**

*(left margin: Designated Staff)*

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADLW | ∿ | 11-27-18 | 11-27-18 |

*(left margin: Paralegal)*

I have reviewed the request for legal copying.  Take the following action:

☐ Copy: Unmodified

☒ Copy: Modified        "1 COPY"
as indicated above

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date   8.18PM |
|---|---|---|
| VLIBARRI | VIA EMAIL | 11-27-18 |

*(left margin: Designated Staff)*

| No. of Copies made _____18_____ @ $ _____.10_____ each = TOTAL ___1.80___ |
|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| WADLW | ∿∿ | 11-28-18 |

Distribution:  White - Library
       Green - Legal Access Monitor
       Canary - Inmate
       Pink - Paralegal
       Goldenrod - Inmate

902-2
2/4/11

Attorney Spector
Re CV.12.00601

* D, Shoulder Arm Back
* C  Sun Burns
* A', Right Arm Rash "Whiell"
* B, Left Knee  Still Hurts Whue

Get There to Silver Forthwith
as well kind enclosed Re: Copies Dual

Dah Thu 27 Day of Nov 2017

by Dale M~~~
    Dale M~~~

cc Judge Silver
rc HRDC PLN Investigation Out



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| | For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>077877 |
|---|---|
| INSTITUTION/ UNIT<br>ASPC-Tucson / Whetstone 2A74 | CASE NUMBER<br>C37-018-167 |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-02-18 was received in the Tucson office of Corizon Inmate Health Services on 11-06-18.

Your primary area of concern is your arm rash.

Your concern has been reviewed by medical and it was determined that you received new medications cetirizine and triamcinolone.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds ⟨24594⟩

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE<br>B. Richey<br>AFHA | DATE *(mm/dd/yyyy)*<br>11/19/18 |
|---|---|

A 1-3

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

RECEIVED BY [signature]

TITLE CO III

BADGE NUMBER 56 13   DATE (mm/dd/yyyy) 11/02/18

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano Dale | 077877 | 11-02-18 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| ASP-T-Whetstone   2 A 74 | C37-018-167 |

TO: GRIEVANCE ~~COORDINATOR~~   Coricon FHA

**Description of Grievance** *(To be completed by the Inmate)*

I dont think You fail to fully understand Me, Nor Do I think You are Stupid, But to enforced my issue untill My Rash is gone I'm going to file a Medical Malpractice Claim Daily on I K. Switzer and on N. P. Alice Warren, The Visit of 11-1-18 was fruitless " She has not a clue " With Moran Syndrome

Legal Actions being filed Daily and Disclosure in 601 etc

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

All Relief as Requested   10-08-18

| INMATE'S SIGNATURE [signature] | DATE (mm/dd/yyyy) 11-02-18 | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|

| Action taken by | | Documentation of Resolution or Attempts at Resolution. |
|---|---|---|

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
10/16/16

A 2 of 3



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

<table>
<tr><td>For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.</td></tr>
</table>

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>77877 |
|---|---|

| INSTITUTION/ UNIT<br>ASPC-Tucson /Whetstone MI C37-18-188 | |

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 10/8/18 was received in the Tucson office of Corizon Inmate Health Services on 10/15/18.

Your primary area of concern is right arm rash.

Your concern has been reviewed by medical and it was determined that you have been seen by medical multiple times for this complaint. You are currently on an antibiotic prescribed by the provider for this condition.

This informal complaint has been addressed. This has resolved your concern.

KS/ds(21437)

| STAFF SIGNATURE<br>*Switzer DON* | K.Switzer<br>DON | DATE *(mm/dd/yyyy)*<br>10/26/2018 |
|---|---|---|

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate     GWL  11-01-18     802-12
FINAL: White – Inmate; Canary - Grievance Coordinator File                                                          10/16/16

**ARIZONA DEPARTMENT OF CORRECTIONS**

Emergency Medical Grievance

**Inmate Informal Complaint Resolution**

A 3 d3

Win to Greenberg 10-0-10
to 400 00

Complaints are limited to one page and one issue.

Please print all information.

MC C57 - 18 - 18B

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dah | 077877 | ASP-T Whetstone 2A74 | 10-08-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I, waive no time at any step of the grievance process. My single issue is: On 10-03-18, I filed an HNR 1101-10Es in The Medical Box ~ My Right Arm still has a rash from 3-10-18, Doc all Kinds of Strange things. Blister & Dragging."

On 10-06-18, I ask staff to call Medical, Due to The fact I was still not on Medical Turned out, Bunch I was given no response at one point it was 6mm x 9 mm

Corizon has a history, They refuse to Test and Treat see Parker V. Cumberland County Dept of Corr., USDC (O.N.J.) Civ 1:08-cv-06242-RBK-AMD, 125,000.00 Award for Delayed Treatment Mass, Note I have 200+ pgs Corizon History. You fail to Understand Estelle V. Gamble 429 U.C 97, 97 S Ct et s (1976) It is The Order for all Healthcare You in Contempt of Parsons V. Ryan 12-CV-006

Relief Requested

1. Treatment and Testing by Doctor English Forthwith
2. Removal of Corizon and all Staffing Forthwith
3. Daily Sickcall as The Supra States
4. Pay Me Per Day Delay × 10, as in USD's And a dollar

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dah Maisano | 6-8-18 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: To many to list, Whit but in Contempt Osh

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

#D

 **ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| | |
|---|---|
| | *For Distribution:  Copy of Corresponding Inmate Grievance Resolution must be attached to this response.* |

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Whetstone 2A74 | C37-018-169 |

CORIZON
INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-03-18 was received in the Tucson office of Corizon Inmate Health Services on 11-06-18.

Your primary area of concern is a daily medical malpractice case.

Your concern has been reviewed by medical and it was determined that we do not have the authority to assess your claim of medical malpractice.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds *(CUS92)*

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE B.Richey APHA | DATE *(mm/dd/yyyy)* 11/19/18 |
|---|---|

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

RECEIVED BY Colston

TITLE COIII

BADGE NUMBER 5100

DATE (mm/dd/yyyy) 11/06/18

D 204

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano Dale | 077877 | 11-3-18 |

INSTITUTION/FACILITY: ASP-T-Whetstone  2A74

CASE NUMBER: 637-018-169

TO: GRIEVANCE COORDINATOR  Corizon FHA

**Description of Grievance** (To be completed by the inmate)

You Staff placed Me into harms way, now I'm suffering Daily. Medical Malpractice Cases all now filed Daily on Director of Nursing Kimberlee Switzer and Nurse Practitioner Alice Worden Rph. Whom else would like to Jump in The Case VIA Crazy Comments etc. All need to read Estelle V. Gamble 429 U.S. 97, 97 S. Ct 285 (1976)

For 300⁰⁰ U.S. I can buy RN Degree and BSN for 200⁰⁰ but I'd still lack the "Knowledge" and not be qualified

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

All as listed 10-15-18
Or Well bring In The National Guard for Medical Care

| Inmate's Signature  Dale Maisano | Date 11-3-18 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

DISTRIBUTION   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate, Canary – Grievance File

802-1
12/12/13

D 3 of 4

 **ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | |
|---|---|
| | *For Distribution:* Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 77877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone MI C37-18-197 |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit |

CORIZON

**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated 10/15/18 was received in the Tucson office of Corizon Inmate Health Services on 10/22/18.

Your primary area of concern is neck, shoulder, arms, and back pain aggravated from a bus ride on 9/7/18.

Your concern has been reviewed by medical and it was determined that you were seen by the nurse for this issue on 9/9/18 and refused OTC medications. You had a provider follow up on both 9/12/18 and 10/12/18. Appropriate assessments and treatments were completed at all of these visits. You have not placed any HNRs (Health Needs Request) related to this issue since that time.

This informal complaint has been addressed. This has resolved your concern.

KS/ds(21482)

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| K.Switzer DON | 10/29/2018 |

GING  11- 2-18        802-12
10/16/16

D 4 of 4

## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
Please print all information.

Mi CS) 18 177

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T-Whetton   2 A 74 | 10-15-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issues," I waive no time at any step of the grievance process. My single issue is: On 9-8-18 I filed an HNR "From The Bus Ride of 9-7-18 My Neck Sholders Arms and back all Hurt, This is a clear Form of Torture" On 9-9-18 I'm PL Apt., I've not been given care as required Corizon You have a history see Higgins V Correctional Med Serve, 178 F 3d 508, 511 (7th Cir. 1999) This is a Bad Sam issue (see case intext now.) "Not ever seen for this issue."
   Failure to provide treatment, One more time Corizon as Ancata V Prison Health Serv Inc. 769 F 2d 700, 702 (11th Cir. 1985) as ordered VIA Court, You need court order, This goes to GO1 at the same time filed to You.
   As I stated to Your H.C.P on 10-12-18, Care given is "Cursory" "So cursory as to amount to no treatment at all" In violation of Estelle V. Gamble 429 U. S. 97, 97 S. Ct 285 (1976) as well as Terrance V. Northville Reg'l Psychiatric Hosp. 286 F.3d 834, 843 (6th Cir 2001) cite McElligott V. Foley, 182 F 3d at 1257, Corizon Care to point.
   But in fact You harm me no care just a sham no provider appt At appt 10-12-18 and 9-12-18 No care given, It is the old A DOC Scum, They have given Corizon a new playing card.
                    Relief Requested
1. Replace Corizon and all Stuffing Forthwith
2. Get me care forthwith by a qualified Person Not Corizon back care
3. Pay Me 1,000.00 U.S.D; per day from 9-8-18 till care is given

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Marsani | 10   1 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No
If yes, give the staff member name: Med Stuffing are equal gam player RICU Act Violation #Fid

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate   Canary – Grievance Coordinator File

502-11
6/25/14

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| | For Distribution:  Copy of Corresponding Inmate Grievance Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Whetstone | C37-018-166 |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-02-18 was received in the Tucson office of Corizon Inmate Health Services on 11-06-18.

Your primary area of concern damages for prior burns and daily medical malpractice.

Your concern has been reviewed by medical and it was determined that we do not have the authority to assess your claim of medical malpractice, nor do we have the authorization to award damages.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds (24595)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| B. Richey AFHA | 11/19/18 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

RECEIVED BY: Coleman   C 1of5

TITLE: COIII

BADGE NUMBER: 8677   DATE (mm/dd/yyyy): 11/06/18

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

INMATE NAME (Last, First M.I.) (Please print): Maisan, Dale

ADC NUMBER: 077877

DATE (mm/dd/yyyy): 11-02-18

INSTITUTION/UNIT: ASP - T - Whitston

CASE NUMBER: C37 - 018 - 166

TO: GRIEVANCE COORDINATOR: Corizon FHA

Description of Grievance (To be completed by the inmate)

On Medical Visit of 11-1-18 and as prior visit as you spoke of in Your response 10-26-18 givn 11-1-18 at both times NP Warren Failed to Respond to My request Re: Prior Burn and Bumps from same have seen bumps etc. As Well she were told I'm being Quest Daily Note Estelle V. Gamble, 429 U.S. 97, 97 S. Ct 285 (1976), I can sit at Medical Daily My back wont take it but I can file a Medical Malpractice Daily on ADM and K Souter and NP Warren as well expose My rtev to Judge is Get "law or Sham"

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Keep Me out of Sun 100% of the time.

See Complaint of 9-26-18

INMATE'S SIGNATURE: Dale M Maisan   DATE (mm/dd/yyyy): 11-02-18

GRIEVANCE COORDINATOR'S   DATE (mm/dd/yyyy):

Action taken by _____   Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE   BADGE NUMBER   DATE (mm/dd/yyyy):

DISTRIBUTION   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate, Canary – Grievance File

802-1
10/16/16

c 2 of 3

 **ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>77877 |
|---|---|

| INSTITUTION/ UNIT<br>ASPC-Tucson /Whetstone MI C37-18-186 | |
|---|---|

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit |
|---|---|

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 9/26/18 was received in the Tucson office of Corizon Inmate Health Services on 10/15/18.

Your primary area of concern is a sunburn to your hand and face that you state occurred on 9/26/18.

Your concern has been reviewed by medical and it was determined that you were seen by medical for multiple issues on 9/28/18, this being one of them. You were assessed and no medical needs regarding this concern were identified at that time.

This informal complaint has been addressed. This has resolved your concern.

KS/ds(21439)

| STAFF SIGNATURE | K.Switzer | DATE *(mm/dd/yyyy)*<br>10/26/2018 |
|---|---|---|

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate<br>FINAL: White – Inmate, Canary - Grievance Coordinator File

Gwn  11-01-18   802-12<br>10/16/16

C 3 of 3

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

MI C250  18  18C

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT  2 A74 | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T-Whitstone | 9-26-18 |

| TO | LOCATION |
|---|---|
| Corizon Healthcare | Complex, Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I waive no time at any step of the grievance process. "My single issue is "Being Burnt VIA The Sun"

On 9-26-18 at 9 AM, I Reported to Mail and Property to Mail out Legal Mail, at This time I was burnt

1. My Left Hand
2. My Left Wrist
3. My Neck
4. The Left Side of My Face

Note: I was wearing Gloves and Still My Left hand was burnt, I was shielding My Self with a large Envelope which did little good. Upon being Let into property room, I showed My Neck and He could see My Face was burnt, I explained I was being burnt daily.

Upon entering My Pod/Build g I contacted My Floor C.O. II and showed Them My Glove protected Hand Left Arm Had been Burnt also with My Left Wrist

At about 9:25 I laid down on My bed and woke at 9:45. The Left side of My Face was swollen.

On 9-12-18, I Spke to My current Provider Alice Warren Rph. She offered no remedy / Relief. Note I've been Filing Medical Malpractice Suit for's that put The toll x well over 100

Relief Requested

1. Stop Torturing Me With this Sun
2. Accommodate My Special ADA Need a fence/Shade or
3. Removal of Corizon Would be a Good Start and Proper Medical Care

| INMATE SIGNATURE  Dale Maisano | DATE *(mm/dd/yyyy)*  9-26-18 |
|---|---|

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: As Told and The Courts as needed Only

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate, Canary – Grievance Coordinator File

802-11
6/25/14

cc J    G1



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

*For Distribution:  Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Whetstone | ~~C37-02-18~~ ᵃᵗ C37- 018-168 |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-02-18 was received in the Tucson office of Corizon Inmate Health Services on 11-06-18.

Your primary area of concern is daily medical malpractice.

Your concern has been reviewed by medical and it was determined that we do not have the authority to assess your claim of medical malpractice.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds (21593)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| B.Richey AFHA | 11/19/18 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED BY
B  1 of 1
Colston

TITLE
COII

BADGE NUMBER
3607

DATE (mm/dd/yy)
11/06/18

Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 075871 | 11-02-18 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| ASP-T-Whetstone    2A74 | C37-D1B-168 |

TO: GRIEVANCE COORDINATOR    Corizon FHA

**Description of Grievance** (To be completed by the Inmate)

What a blunder, Your Provider Sent Me into Harms Way, Now I have Knee as well as compound back injury all after Corizon and Staff Had been given full warning Your Staff Show a Capricious Disregard for Human Life. Note I will Keep filing Daily Medical Malpractices on Alice Warren as well as DON K Switzer, My Knee Hurts 100% of The time. Read My Complaint again and again it is quite simple Corizon Killer. And all show Ya Capricious Disregard for Human Life

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

All as stated 10-08-18 and You need to get Me to an outside Doctor Forthwith

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Dale Maisano | 11-02-18 | | |

Action taken by _____    Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate, Canary - Grievance File

802-1
10/16/16

*B 2 of 2*

 **ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>77877 |
|---|---|

INSTITUTION/ UNIT
ASPC-Tucson /Whetstone MI C37-18-187

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit |
|---|---|

CORIZON
**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated 10/8/18 was received in the Tucson office of Corizon Inmate Health Services on 10/15/18.

Your primary area of concern is treatment for left knee pain.

Your concern has been reviewed by medical and it was determined that you have been given medications and an ace wrap for your knee. An x-ray was completed showing no abnormal results. This was communicated to you by the provider.

This informal complaint has been addressed. This has resolved your concern.

KS/ds(21438)

| STAFF SIGNATURE<br>*[signature]*   **K.Switzer**<br>DON | DATE *(mm/dd/yyyy)*<br>10/26/2018 |
|---|---|

*Emergency Medical Grievance*

Give to GreenBerg 10-8-11
at 4:25 AM

I 301

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one (1) page and one issue. Please print all information.

Mi C(3) 18 (5)

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Massam, Dale | 077877 | ASP-T Whetstone | 10-8-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the Grievance Process" (see 21)
I waive no time at any step of the Grievance Process.
My Single Issue is: "Left Knee Still in Pain" On 10-3-18
I placed an HNR form 1101-10ES In The Medical Request Box,
On 10-06-18, I ask staff to call Do to The fact I was not
on Nightly Medical Turned Sheet basically I'm given a "response"
About it 10-8-18 at 2 AM, I'm unable to sleep Due to Medical
Pain from My knee Denied Sleep is a form of Torture Reck
V Pate, 367 U.S. 433, 81 S. Ct. 1541 (1961) and Ashcraft V
Tennessee, 322 U.S. 143, 150 n 6 64 S Ct 921 (1944)
I'm under The care of unqualified / Killers Corizon care
For Any we have had No HNR (A) Communication to Medical
of Medical Needs see Hoptowit V Ray, 682 F 2d 1237, 1253
(9th Cir. 1982)
- Corizon and ADOC are under Court Order and in Contempt
of Parsons V Ryan 12-CV-00601 Need I, say more Corizon tries
many ploys as well as ADOC, This as well is causing Mental harm
The Torture of Why this was happend and As's history as well
as Corizon's see H.B V Lewis 803 F. Supp 846, 857 (D Ariz 1992)
and Corizon AHA Corr. Med Servs Inc. 980 F. Supp 1577 (M.D Fl. 1996)

**Relief Requested**
1. Daily Sick call as Requested see Estelle V. Gamble 97 S. Ct 285 (1976)
2. Personel whom are trained and have funding to give proper Med Care,
3. Your in Contempt and are again to fall Contempt as The 601 Action
4. Corizon and all Staffing Should be Removed and Replaced forthwith
5. Pay Me For This Torture Pain and Suffering caused on VIA Staffing

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Massam | 6-8-18 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name: To many to list Will list in Contempt Charges