IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br>　　　　　Plaintiffs,<br>v.<br>Charles L. Ryan, et al.,<br>　　　　　Defendants. | No. CV-12-00601-PHX-DKD<br><br>**ORDER** |

The parties have filed a Stipulation in which they agree to waive the requirement of the Settlement Agreement (Doc. 1185, ¶ 31) to mediate their dispute regarding Performance Measure (PM) 3 before presenting the dispute to the Court for resolution. (Doc. 3074.)  The parties' dispute regarding PM 3 was scheduled for mediation before Magistrate Judge Bridget S. Bade on November 30, 2018.  (Doc. 3051.)  However, on November 30, 2018, the parties informed this Court that they wished to waive the mediation hearing.  Based on the nature of the dispute, the assigned magistrate judge approved the parties' request to vacate the mediation and directed them to file a stipulation to waive the mediation.

　　　Accordingly,

　　　**IT IS ORDERED**, the Stipulation (Doc. 3074) is **GRANTED**.

　　　**IT IS FURTHER ORDERED** that parties' stipulation to waive the mediation precludes any argument that their dispute regarding PM 3 is not ripe for resolution before the Court because it was not mediated.

1     **IT IS FURTHER ORDERED**, the Mediation previously set for November 30,
2 2018 is **VACATED** and will not be reset.
3     Dated this 6th day of December, 2018.

                                                                *Bridget S. Bade*
                                                                 Bridget S. Bade
                                                                United States Magistrate Judge