DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:  Roslyn O. Silver** | **Date: December 6, 2018** |
| **Case Number: CV-12-00601-PHX-ROS** | |
| **Victor Antonio Parsons, et al v. Charles L Ryan, et al** | |

**APPEARANCES:**

David Fathi, Corene Kendrick, Maya Abela, Donald Specter and Amy Fettig for Plaintiffs
Daniel Struck, Rachel Love, Nicholas Acedo for Defendants

Status Conference held.  Case status and pending motions are discussed.  The Court will appoint Dr. Stern as an expert in this matter.  Separate order to issue.

Deputy Clerk: Lisa Richter
Court Reporter: Laurie Adams

**Start:  2:01 pm**
**Stop:   2:58 pm**