# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has received a letter from a physician concerning a class member's health that contains sensitive information. The Court will direct that it be filed on the docket under seal but is unable to order any other relief. The Court will also send the individual identified in the letter a court-approved form for filing a civil rights complaint by a prisoner. Plaintiffs' counsel should inform class members that direct communication with the Court, such as letters sent directly to the Court, is inappropriate. Rather, class members should communicate with class counsel and direct any questions or concerns to them.

**IT IS THEREFORE ORDERED** that the letter received on December 4, 2018 be filed on the docket under seal with copies to lead counsel David Fathi and Daniel Struck. This Order shall not be sealed.

**IT IS FURTHER ORDERED** that the Clerk of Court must mail the inmate identified in the letter a court-approved form for filing a civil rights complaint by a prisoner. The inmate is incarcerated at the Eyman Complex-Cook Unit in Florence, Arizona. The

1  address for that unit is P.O. Box 3200, Florence, Arizona, 85132.
2       Dated this 7th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge