THIS DOCUMENT IS <u>NOT</u> IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __5.4__
(Rule Number/Section)

BERRY WILLIAMS
ADC #267365
ASPC FLORENCE
Unit EAST A-3-8
P.O. BOX 5000
City FLORENCE, AZ 85132

United States District Court
For the District of Arizona

Victor Parsons
vs.
Charles Ryan

12 C.V. 00601 ROS

Notice of Denial of Treatment

① I have been stabbed in my back right side spinal area, and a metal plate in my left knee. Corizon has refused to provide effective medications that provide pain relief, my pains are unbearable

② I have a knot-lump in my right testical and it is very painful, Corizon refuses to test this and provide any form of treatment, I may have testical cancer, I need assistance.

*Berry Williams*