THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __5.4__
(Rule Number/Section)

FILED ✓    LODGED ___
RECEIVED ___   COPY ___

DEC 1 0 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____m._____ DEPUTY

Anant Kumar Tripati
102081    P.O. Box 5000
Florence, AZ 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Victor Alan Parsons | CIV12-0601 ROS |
| vs. | |
| Charles L. Ryan et al | NOTICE OF REFUSAL TO TREAT |

(1) For over one year — my blood pressure is on an average — 170/100 — Corizon has refused to continue providing me the dosage of medication and treatment that

— 1 —

I Received August 28th, 2016 to April 1, 2016. Instead they have changed my MEDS — AND THEIR DAILY Monitoring ME — shows the treatment they are giving me — is not Helping

② THEY Refuse to have ME examined by A Cardiologist, Nephrologist And Allergist though they are not experts.

③ They Did A Blood

Test which shows I have possibly polycythemia and/or heart and lung disease and/or Anaemia, Malnutrition. They Refuse to have me seen by a specialist and provide me adequate care

I Request they be ordered to provide me the care

Derrick

| Test | Result | Out of Range | Ref Range | Status | |
|---|---|---|---|---|---|
| ALT | 16 | | 10-49 | Final Results | ☐ |
| Sodium | 145 | | 132-146 | Final Results | ☐ |
| Thyroxine(T4) | 8.7 | | 4.5-10.9 | Final Results | ☐ |
| T3 Uptake (T3U) | 24.1 | | 22.5-37.0 | Final Results | ☐ |
| TSH | 1.903 | | 0.550-4.780 | Final Results | ☐ |
| Triglycerides | 147 | | <150 | Final Results | ☐ |
| Uric Acid | 4.6 | | 3.7-9.2 | Final Results | ☐ |
| Alk Phos | 116 | | 40-156 | Final Results | ☐ |
| LDLc/HDLc SerPl | 1.93 | | <3.56 | Final Results | ☐ |
| CHOLESTEROL.IN LDL | 83 | | <100 | Final Results | ☐ |
| A/G Ratio | 1.7 | | 1.1-2.9 | Final Results | ☐ |
| B0666-8 | 2.1 | | 1.4-3.1 | Final Results | ☐ |
| e-GFR | 83 | | >or=60 | Final Results | ☐ |
| e-GFR, African American | 96 | | >or=60 | Final Results | ☐ |
| CHOLESTEROL.TOTAL/CHOLESTEROL.IN HDL | 3.6 | | <7.4 | Final Results | ☐ |
| UREA NITROGEN/CREATININE | 12.5 | | 10.0-28.0 | Final Results | ☐ |
| WBC | 5.49 | | 3.66-10.60 | Final Results | ☐ |
| RBC | 5.98 | Above High Normal | 3.94-5.76 | Final Results | ☐ |
| HGB | 12.9 | | 12.0-16.9 | Final Results | ☐ |
| MCHC | 30.7 | Below Low Normal | 31.7-35.3 | Final Results | ☐ |
| MCV | 70.2 | Below Low Normal | 78.0-98.0 | Final Results | ☐ |
| MCH | 21.6 | Below Low Normal | 25.8-33.1 | Final Results | ☐ |
| POLYS | 47.7 | | 34.9-75.3 | Final Results | ☐ |
| LYMPHS | 39.2 | | 14.0-51.8 | Final Results | ☐ |
| EOS | 4.4 | | 0.0-6.2 | Final Results | ☐ |
| BASOS | 0.7 | | 0.0-1.0 | Final Results | ☐ |
| MONOS | 7.8 | | 3.5-13.2 | Final Results | ☐ |
| RDW | 19.2 | Above High Normal | 12.2-15.3 | Final Results | ☐ |
| Globulin | 2.6 | | 1.7-3.7 | Final Results | ☐ |
| CHOLESTEROL.IN HDL/CHOLESTEROL.TOTAL | 28 | | >14 | Final Results | ☐ |
| Glucose | 101 | Above High Normal | 70-99 | Final Results | ☐ |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.0 | Final Results | ☐ |
| VLDL, CALCULATED | 29 | | 7-32 | Final Results | ☐ |
| MPV | 11.5 | | 8.6-12.1 | Final Results | ☐ |

Lab Test Site: Tested Off-Site  
Results Received Date: 11/30/2018  
Test Results: See Report  

Vendor: BIOR  
Time: 12:30:41  

```
                                             A4938
      PAGE: 1

                                                         TRIPATI, ANANT
                                                         ADC#: 102081
                                          SEX: M    D/O/B: 01/16/1954
      Jimenez, Irma
      COLLECTION DATE: 11/29/2018 07:32
      RECEIVED DATE: 11/30/2018 00:53
      INITIAL REPORT DATE: 11/30/2018 12:15
      ACCESSION NO.: 971732288

      <=== DESCRIPTION ===>    <= RESULT =>   <=OUT OF RANGE=>  <= REF RANGE =>    <= UNITS =>

      Diagnostic Panel 2

          Total Protein          6.9                              5.7-8.2           g/dL
          Albumin                4.3                              3.2-4.8           g/dL
          Globulin               2.6                              1.7-3.7           g/dL
          A/G Ratio              1.7                              1.1-2.9
          Glucose                               101 * HIGH *      70-99             mg/dL
```

| Abbreviation | Test Name | Definition | Associated Disorders |
|---|---|---|---|
| WBC<br>WBC Diff | White blood cells<br>WBC differential<br>  Neutrophils<br>  Lymphocytes<br>  Monocytes<br>  Eosinophils<br>  Basophils | WBCs fight infection.<br>The 5 different types of WBCs are listed to the left. | Infection, leukemia |
| RBC | Red blood cells | RBCs (with the help of hemoglobin) carry oxygen throughout the body | ↓ Anemia, bleeding, malnutrition, kidney disease<br>↑ Polycythemia, heart and lung disease, dehydration |
| Hb or Hgb | Hemoglobin | Protein that carries oxygen | ↓ Anemia, bleeding, malnutrition, cirrhosis, cancer<br>↑ Dehydration, polycythemia |
| Hct | Hematocrit | Amount of space in the blood that is occupied by RBCs | ↓ Anemia, bleeding, malnutrition, cirrhosis, cancer<br>↑ Dehydration, polycythemia, hemochromatosis |
| MCV | Mean corpuscle volume | Average size of the RBCs | Anemia, thalassemia, malnutrition |
| MCH | Mean corpuscle hemoglobin | Average amount of Hb in each RBC | Anemia, thalassemia, malnutrition |
| MCHC | Mean corpuscle hemoglobin concentration | Average amount of Hb in the RBCs compared to the average size of the RBCs | Anemia, thalassemia, malnutrition |
| RDW | Red cell distribution width | Amount of variation in size of the RBCs | Anemia, thalassemia, malnutrition |
| Plt | Platelet count | Platelets are sticky cells that help to form blood clots | Bleeding and clotting disorders |
| MPV | Mean platelet volume | Average size of the platelets | Bleeding and clotting disorders |

←Back

## My Lab ReQuest™

Order Tests without a doctor's order.

Order Tests

Download Lab Test Request Form

## Pay at Time of Service

Pay a discounted rate for many laboratory services when paying at the time of service.

View List of Eligible Lab Tests