THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4, 7.1(a)(1)
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
DEC 10 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

I HAVE CANCER — CORIZON IS REFUSING ME CANCER CARE — <u>NONE</u> OF THE LAWYERS ON THIS CASE WILL HELP ME GET MEDICAL CARE

I <u>REQUIRE</u> TO REPRESENT <u>MYSELF</u> ON CASE # CV-12-0601-PHX-DKD PARSONS-V-RYAN — FOR IT IS <u>OBVIOUS</u> ALL THESE LAWYERS ON THIS CASE ARE JUST GOING TO LET ME DIE AS THEY HAVE LET ALL THE OTHER INMATES DIED DURING THIS CASE — YOU ARE ALSO ALLOWING CORIZON TO MEDICAL NEGLECT MURDER INMATES RIGHT AND LEFT THEY ARE DROPPING DEAD