THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4 (Rule Number/Section)

Dale Maisano 099877
P.O. Box 24402
Tucson, Arizona 85734-24402

FILED ✓ LODGED
RECEIVED COPY
DEC 10 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY [signature] DEPUTY

In The United States District Court
For The District of Arizona

Parsons, et, al,
Petitioner
v.
Ryan, et, al,
Respondent,

12-CV-00601 Phx U.S.D.C
Judge R.O. Silver

Order to Show Cause

On 12-7-18, after waiting (2) Two Mos being told by Ast Dir. of Nursing as well as F.H.A. That I was going to see The Provider Soon, I'm told My appointment of 11-21-18 was canceled

(1) I have a prison eye injury, I'm suffering a loss of part of My Vision etc. Pain

(2) I have a L-Knee issue which was caused by being Forced to ride a bus on an unpaved road, Trying to avoid further back injury My Knee was Trashed

(3) I have had Sun issue from My First bout of Valley Fever now, I've had (13) x Valley Fever Scared Lungs For which they say are w/in exceptable range?

Judge The enclosed Grievances were attempts to Disclose Things to This Court Copies are not being given For The 601 Im having to say as sent, This is not right

Relief Requested

1. Full Copies of The 601 in all Prison Library
2. Instant Copy access for any and all 601 Issues

Submitted this 7th Day of Dec 2018

by Dale Maisano
Dale Maisano

cc. No Copies Given

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: '18 DEC 6 PM4:19
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Maisan Dale | 077877 | 12/05/18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 74 | Whetstone | 24406 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On This date, I tried to walk No Sun = Try on my second lap My left knee went out and by the time I returned to my housing unit, I had pain from knee to hip with Pain at L-10 Note This is caused by an act of deliberate Indifference from a Bus Injury, All Medical [illegible]!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (*excluyendo las exenoiones otorgadas por la ley*). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: Dale Maisan

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [X] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify)* (especifique) ______

Comments/Comentarios: nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | '18 DEC 6 PM4:19 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

upcoming [illegible] appt.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 12/7/18 | 0740 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no comprométe a este estado ni una subdivisión politica de este estado.]

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: '18 DEC 6 PM4:19
Initials:

SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Maisan Dale | 077877 | 12 05 18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2A74 | Whetstone | 24406 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)* ____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Head Sores. My Belief is They are being Caused VIA The Sun. And I'm going to tell You They Hurt Bad 1-10 at a Full 10
Why The Sun The sores are below the protection of The Hat, I can as well as lose till nursing staff Forget and walk between My Door and get [illegible] [illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (*excluyendo las exenoiones otorgadas por la ley*). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: Dale Maisan

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify)* (especifique) ____

Comments/Comentarios: Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | '18 DEC 6 PM4:19 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

provider line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 12/7/18 | 0712 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no comprométe a este estado ni una subdivisión politica de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 18 DEC 6 PM4:19
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Maisano, Dale | 037517 | 12-05-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 14 | Whetstone | 24406 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* ____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On 12-4-18, I walked for lunch to the outside door w/out sun protection a flash of outside light caused a photo nerve issue instant left eye flash w/pain as well as head pain. This is most likely a Photo Optic issue as I'm told prior by an expert in the field I'm as well told w/out care "I could suffer loss of vision".

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: Dale Maisano

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) ____

Comments/Comentarios: nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | 18 DEC 6 PM4:19 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

upcoming provider appt

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | 12/7/18 12/18 | 0128 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no comprométe a este estado ni una subdivisión política de este estado.]

Attorney Spector

As You have requested, Note Your letter Came VIA Reg Mail. "Not Good"

See Right to Access Enclosed

as well as Actual Injury, Will send more as developed.

As well as Five more Grievances

1 W - Safety Sun Glasses
2 X - Dentures / Ability to Eat
3 U - Sun Issues / Remedy
4 V - I've twisted My Upper Torso
5 Y - Sewer Gas as sent to EPA

Don't forget read receipt to Friend

Submitted The 29th Day of Nov 2018

by [signature]

cc A.C.L.U. NPP.
PLN. HRDC. Project Attys



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| ~~De~~Maisano, Dale | 077877 |
| **INSTITUTION/ UNIT** | **CASE NUMBER** |
| ASPC-Tucson / Whetstone | C37-18-190 |

CORIZON
INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-22-18 was received in the Tucson office of Corizon Inmate Health Services on 11-26-18.

Your primary area of concern is safety sun gloves, remove Corizon and its staff, monetary compensation and trial by jury.

Your concern has been reviewed by medical and it was determined that clothing requests should be placed with DOC. I do not have the authority to remove Corizon or its staff. I do not have the authority to assess or award claim damages. Please refer to the Arizona judicial system regarding your request for a jury trial.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds (21620)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| B. Richey AFHA | 11/28/18 |

 W - 1 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER 5677 | DATE (mm/dd/yyyy) 11/23/18 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 11/22/18 |
| INSTITUTION/FACILITY ASP-T-Whetstone 2 A74 | CASE NUMBER C37-18-190 | |
| ~~TO: GRIEVANCE COORDINATOR~~ Corizon FHA | | |

Description of Grievance (To be completed by the Inmate)

How Can Corizon Health and Staffing be So Bad and Stupid as of This Date and on this date, I was at medical and No-Glasses Safety type. When I find this I will be filing Maisano V. [illegible] [illegible] / Corizon Health / Nursing [illegible] / DON / FHA in U.S. Dist Ct (M.O. Tenn) "[illegible] About" And as I'm quite convinced RICO Violations Act, St and Fed. Someday at some other proceeding, it will come back to bite All, And if I'm told upon seeing My [illegible] [illegible] Date, Denying was covered, I don't have to say what I will file; By now all You fully aware, I will file ma Heartbeat.

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

1. New Safety Sun Glasses as needed
2. Remove Corizon and all Staffing
3. Pay Me Per day for Apply x $100,000.00 U.S. B's not a [illegible]
4. Trial by Jury Requested: Records etc.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Maisano | 11/22/18 | | |

Action taken by Documentation of Resolution or Attempts at Resolution.

RECEIVED 11/23/18 by COIV J. Richter #1014

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate, Canary – Grievance File

CC CV-12-00601 Judge Silver

802-1
12/12/13

W - 2 of 4

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson /Whetstone |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit / MI-C37-18-224 |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is glasses.

Your concern has been reviewed by medical and this item was already ordered for you.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (21543)

| STAFF SIGNATURE | | DATE *(mm/dd/yyyy)* |
|---|---|---|
| [signature] DON | K.Switzer DON | 11/13/2018 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

GIN 11/20/18

802-12
10/16/16

W-3 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

M1 CS7 15 224

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT 2A74 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Marsano, Dale | 077877 | ASP-T. Whetstone | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I, waive no time at any step of the grievance process. My single issue is: "Denied an operable pair of Safety Sun Glasses" I See HNR of 10-24-18 and prior HNR Where Staff says ordered new pair, We have a past Eye Care Issue see Olivas V. CCA, 408 F. Supp. 2d 251 Tex (N.D. Tex 2006) (Finding of deliberate indifference and Sots V CCA 41 Fed Appx 64 (9th Cir 2002) (Which goes to records see Hoptowit V. Ray, 682 F.2d 1237, 1252-55 K. Ro Rev'd Serv 1511 (9th Cir 1982) (record system inadequate because histories were not kept and not reviewed) see ABA Standard § 23.6.8 2010) and 4-4413 4th ed 2001 NCCHC What Corizon and Nursing Supervisor are doing is quite simple Medical Malpractice as well a Deliberate Indifference One more time Read Estelle V. Gamble 429 U.S 97, 97 S Ct 285 (1976) and read My filed Medical Malpractice suits on Nurse Practitioner Warren and Nursing Supervisor Danielle Dennis,

Relief Requested

1. New Safety Sun Glasses as required for vision issues
2. Replace Nursing Supervisor Danielle Dennis and Corizon Care.
3. Pay Mr. Per Day for Delay × 100,000.00 U.S.D.
4. Trial VIA Jury Re: Records and issues.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Marsano | 10-30-18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: RN Anderson etc.

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

W - 4 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

Date:
Time: 18 OCT 25 PM 1:18
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
| --- | --- | --- |
| [illegible] | [illegible] | [illegible] |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| --- | --- | --- | --- |
| [illegible] | [illegible] | 24402 | [illegible] |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). (Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez))

SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. (¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!)

[illegible handwriting]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee, I do not have the right to dictate treatment or who provides treatment. (Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.)

Inmate's Signature/Firma del prisionero [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX (SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS)

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| --- | --- | --- |
| [illegible] | | 18 OCT 25 PM 1:18 |

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

[illegible]

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| --- | --- | --- |
| [illegible] | | 18 OCT 25 PM 1:18 |

Distribution: White/Blanco - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. (Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.)

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |
| INSTITUTION/ UNIT | CASE NUMBER |
| ASPC-Tucson / Whetstone | C37-18-189 |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-22-18 was received in the Tucson office of Corizon Inmate Health Services on 11-26-18.

Your primary area of concern is difficulties with your dentures, removal of Corizon and its staff and monetary compensation.

Your concern has been reviewed by medical and it was determined that dental is able to adjust your lower dentures and smooth the upper dentures. I am unable to assist with the removal of Corizon and its staff. I am not authorized to determine damages or assess compensation.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds (21621)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| B. Richey AFHA | 11/28/18 |

 X - 1 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance** 21621

| RECEIVED BY | |
|---|---|
| Colston | |
| TITLE | |
| CO III | |
| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
| 5677 | 11/23/18 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Marsano, Dale | 077877 | 11/22/18 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASP-T- Whetstone 2A74 | C37-18-185 | |

~~TO: GRIEVANCE COORDINATOR~~ Corizon FHA

Description of Grievance *(To be completed by the Inmate)* 1st You have Failed to Read Cited Caselaw. Do to The RICO Act Violation, I'm going to start a Tort action in St. Ct. Using Special Guideline for Doctor Carolynn J Ricarch DDS, I'm quite sure She has some prior Medical Malpractice cases; Your practice of no-care last 6 mos is quite illegal, Your Knowledge by Your attacks specialist is clear, I'm in need of a bridge at The time at seeing that specialist now I'm in the need of X'3 bridges, Do to what was done at Central Unit IPC What a bunch of Low Life Fools, I'm going to charge and Sue each and everyone of You, Under The Civil Rights Act of 1871 As Pvt Parties, RICO, St. & Fed, 42 U.S.C. §§ 1985, 1986, 1997(e)

Proposed Resolution *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1. See Original Relief in Informal Complaint
2. Remove Corizon and All Staffing Forthwith
3. Pay Me as ordered VIA Ct. for loss of ability to eat Per Day, Etc

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Marsano | 11/22/18 | [signature] | 11/26/18 |

Action taken by Documentation of Resolution or Attempts at Resolution.

RECEIVED 11/26/18 by COIV J. Richter #1014

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

cc CV-12-00601 Judge Silver

802-1
12/12/13

X - 2 of 4

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For distribution: Copy of Corresponding Inmate Letter must be attached to this response.*

*MI C37 18 ~~227~~ 221*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Whetstone |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| Rihanek, Carolynn J. DDS | Complex Health Unit |

CORIZON
INMATE LETTER RESPONSE

Your inmate letter dated 2018/10/30 was received in the Tucson office of Corizon Inmate Health Services on 2018/11/02

Your primary area of concern is

.You are having a problem wearing your dentures and chewing with them. You just had a new full lower delivered to you 07/27/2016. No further adjustments were done on the lower denture. New dentures often need adjustments to feel good with no sore spots. You came to dental 05/17/17 with sore spots on the lower denture. The upper denture you had dropped and caused chipping in the posterior area and a chipped tooth #9. The upper denture is still functional. You denied the dentist to help you by smoothing the upper denture and relieving the sore spots on the lower denture. Sore spots do not go away without adjustments- so by not allowing adjustments on the lower denture you will still have discomfort. So naturally, you have discomfort eating with your dentures.

If you would like to adjust your dentures that can still be accomplished. Our records show that you had a mechanical soft /Allergy diet good through 04/27/18 issued by the medical provider. If you need this diet renewed please request with an HNR to medical as dental does not issue allergy diets. We cannot make you new dentures as you do not have enough time. Your early release date is showing as 2019/02/14. Per policy no routine dental treatment is done in the last six months of your sentence.

Your concern has been reviewed by dental and it was determined that we can adjust your lower dentures and smooth the upper dentures. If diet needs renewing you will need to contact the medical provider.

This informal complaint has been addressed. This has resolved your concern

KS/ba 215416 214844

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| B.Richey AFHA | 11/15/2018 |

Distribution: Original – Master File
Copy: Inmate

Giv. 11-26-18

916-2(e)
5/14/12

X- 3 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

MI C37 18 221

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T-Whetstone 2 A14 | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I, waive no time at any step of the Grievance process. My single issue is: "I'm unable to wear junk teeth and I'm now unable to chew food" See HNR of 10-25-18 Dental fails to repair as outside Doctor Says, You Plan of action, "You are on the routine list" see

1. Chance V. Armstrong, 143 F. 3d 698, 703 (2d Cir 1998) 2. Fields V Gander 734 F.2d 1313, 1314-15 (8th Cir 1994) To Point see Wynn V. Southward, 251 F. 3d 588, 593 (7th Cir. 2001) (denial of dentures, resulting in eating difficulty, bleeding, headaches, and disfigurement, was a serious medical need). As well Hunt V. Dental Dept, 865 F.2d 198, 201 (9th Cir. 1989) (Loss of dentures caused pain and suffering)

This is My case in chief, As soon as M.B what ever the name is, I'm going to Sue clinic for Medical Malpractice

Relief Requested

1. Get Me back to queen creek to The specialist pre-approved or upon my release, I'm going to doctor of choice and bill via court action Corizon and Sue each and every Staff Member

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maisano | 10-30-18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

X-4 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Health Needs Request (HNR)**

Date:
Time: 18 OCT 25 PM 4:59
Initials:

SECTION/SECCION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial): [illegible]
ADC Number/Número de ADC: [illegible]
Date/Fecha: [illegible]
Cell/Bed Number/Celda/Número de Cama: 2A 19
Unit/Unidad: Whetstone
P.O. Box/Apartado Postal: 24406
Institution/Facility/Instalación: ASPC Tucson

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) [ ] Medical/Médica [ ] Dental [X] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I'm unable to wear partial teeth and I am unable to chew food
Dental [illegible] to repair or [illegible] [illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX (SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS)

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique)

Comments/Comentarios: [illegible]

Staff Signature Stamp/Firma del empleado: [signature]
Date/Fecha: [illegible]
Time/Hora: 18 OCT 25 PM 4:59

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION: [illegible]

Staff Signature Stamp/Firma del empleado: [signature]
Date/Fecha: [illegible]
Time/Hora: [illegible]

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur. - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
| --- | --- |
| Maisano, Dale | 077877 |
| INSTITUTION/ UNIT | CASE NUMBER |
| ASPC-Tucson / Whetstone | C37-18-~~182~~ 192 |

CORIZON
INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-22-18 was received in the Tucson office of Corizon Inmate Health Services on 11-26-18.

Your primary area of concern is sunburn, removal of Corizon and its staff, damages and outside treatment of your sunburn.

Your concern has been reviewed by medical and it was determined that you have been seen by medical on 10/27/18 and on 11/22/18 by RNs and there was documentation of skin that was not red, blistered, scaling or burns present. You were issued SNOs for long sleeve shirts, hat and gloves. Your medical complaints regarding sunburn have been addressed multiple times with recommendations to wear the garments per your SNOs and avoid the sun as much as possible. There is no documentation present for outside treatment for outside treatment for sunburn. I do not have the authority to remove Corizon or its staff or to assess your request for damages and monetary compensation.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds (21618)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
| --- | --- |
| B. Richey AFHA [signature] | 11/28/18 |

U-1 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| TITLE COIII | |
| BADGE NUMBER 5077 | DATE (mm/dd/yyyy) 11/23/18 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 11/22/18 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASP-T Whetstone 2A74 | C37-18-192 |

~~TO: GRIEVANCE COORDINATOR~~ Corizon FHA

~~Description of Grievance (To be completed by the inmate)~~

Here is where Your problem lies, I've had 2 x removals from Sun Damage Right here at ADC. I have so much skin damage it is not funny! Your Doctor one NP one Doctor did the removals, Your Doctor English has a full chart as of a few Years ago, At that point He was bad mouthing Corizon for non-payment, He is quite credible and most likely to be My expert, If not, I will subpoena Him and subpoena duces tecum all My and Your records and require certification of all documents, ADC says clothing is on You and You say otherwise, I can only watch fools fight and protect You Cash & Most of all Nursing Super, DON and FHA along w/ Corizon RICO Act Violations State Fed

Proposed Resolution *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1. Correct Care by An outside contractor forthwith Doctor English is Fine
2. Removal of Corizon and all Staffing forthwith
3. Pay Me 50,000.00 U.S.D.'s Per Burn Lived
4. Never ever expose Me to Sun
5. Any Expert Can tell the damage on site

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Maisano | 11/22/18 | | 11/26/18 |

Action taken by Documentation of Resolution or Attempts at Resolution.

RECEIVED 11/21/18 by COIV J. Richter #1014

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

cc CV-12-00601 Judge Silver

802-1
12/12/13

U - 2 of 4

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson /Whetstone |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit/M1-C37-18-222 |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is treatment for complaint of sunburn on 10/27/18.

Your concern has been reviewed by medical and you were seen by the RN and no observation of sunburn was documented. You have been issued SNOs for long sleeves, hat, and gloves. Your sunburn complaints have been addressed multiple times; the same recommendations have been documented. Wear long sleeves, hat, gloves as ordered and stay out of the sun as much as possible.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (21545)

| STAFF SIGNATURE | | DATE *(mm/dd/yyyy)* |
|---|---|---|
| K. Switzer DON | K.Switzer DON | 11/13/2018 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

U-3 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

M1 C37 18 222

| INMATE NAME (Last, First M I) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Mauvais, Dale | [illegible] | ASP-T-Whetstone 2A7 | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I waive no time at any step of the grievance process. My single issue is: "I'm being Denied VIA The Skin Daily" I've explained this to Nurse Practitioner Alice Warren Roh, and filed more than one Medical Malpractice Action in U.S. Dist Ct M.D Tenn. On The 26 of Oct I Filed an HNR on The 27th after waiting almost 4 hrs RN Anderson looked at Me took some info and said "This issue will be added to Provider line." The HNR says "NL" seen and evaluated. I'm being Denied Daily. Corizon Fails to accommodate My Medical Needs. You have a history and it is filled with Death and torture. See Wal-Mart V. Dukes 131 S. Ct (2011) Read Estelle V Gamble 429 U.S. 97, 97 S. Ct 285 (1976) Doctor English Gave clear instructions see Burton V. Lynch, 664 F. Supp. 2d 349 (S.D. N.Y. 2009); Lawson V. Dallas County, 286 F. 3d 257 (5th Cir. 2002) (disobeying doctor's order depriving inmate of prescribed treatment)

Relief Requested

1. Correct Care
2. Or Court Action as needed

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 10-30-18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: RN Anderson

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

U- 4of4

ARIZONA DEPARTMENT OF CORRECTIONS
Health Needs Request (HNR)

Date:
Time:
Initials: 18 OCT 26 PM 4:41

SECTION/SECCION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha

Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. [NO USE MAS HOJAS]]

[illegible handwritten text]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique)

Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 18 OCT 26 PM 4:41

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Staff Signature Stamp/Firma del empleado | Date/fecha 10/29/18 | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |
| INSTITUTION/ UNIT | CASE NUMBER |
| ASPC-Tucson / Whetstone | C37-18-191 |

CORIZON
INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-22-18 was received in the Tucson office of Corizon Inmate Health Services on 11-26-18.

Your primary area of concern is you want Corizon and its staff removed, $10,000 and medical care.

Your concern has been reviewed by medical and it was determined that you may place an HNR if you require medical care. I do not have the authority to remove Corizon or its staff. I do not have the authority to assess your claim for damages or award monetary compensation.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds (21619)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| B.Richey AFHA | 11/28/18 |

V - 1 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| CO1808? | |
| TITLE | |
| CO II | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 5677 | 11/23/18 |

*Note: You may appeal the Grievance Coordinator's decision by filing form 802-3, within 10 calendar days of receipt of this notice.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 11/22/18 |
| INSTITUTION/UNIT | | CASE NUMBER |
| ASP-T-Whetstone 2 A74 | | C37-18-171 |

~~TO: GRIEVANCE COORDINATOR~~ Corizon FHA

**Description of Grievance** *(To be completed by the inmate)*

What type of an Ass, Am I dealing with, Your policy fails to let Me ever deal with another issue while being seen for another, lets not Butler The Nursing Super is a fool and Switzer has so many Malpractice Actions Pending [illegible] along with The FHA who was charged in U.S Dist Ct (M.D. Tenn) For a RICO Act Violation, I'm not going to be happy just to see You all in Prison, I want to see not one ever able to ever work in The Medical Field again Note As well, I will be filing 42 U.S.C. §§ "1997 (e)", "1985", "1986" and a [illegible] suit RICO along with Medical Malpractice

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1. Remove Corizon and all Staffing forthwith bar None all Fools
2. Pay Me 10,000 U.S.D's Per day For Suffering
3. Real Medical Care is needed and requested by Corizon [illegible] Contract [illegible]

The Next Case will be, A Case of First impression / Companion case

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Dale Maisano | 11/22/18 | [signature] | 11-26-18 |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

RECEIVED 11/26/18 by COIV J. Richter #1014

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

CC CV 12-00601 Judge Silver

802-1
10/16/16

V - 2 of 4

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisono, Dale | 077871 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson /Whetstone |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit/MI-C37-18-223 |

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is you were not seen for the complaint of "I twisted my torso".

Your concern has been reviewed by medical and you have been told on several occasions that medical complaints must be specific. You were seen by the RN two days later for a different complaint and made zero mention of "torso" issues.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (21544)

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| [signature] DON K.Switzer DON | 11/13/2018 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

V - 3 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

M1 C37 18 223

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077871 | ASP-T. Whetstone | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I, waive no time at any step of the Grievance Process, My Single issue is: "I've twisted My upper Torso," Note as The records reflect I have "Spinal Nerve Damage" See Estelle V. Gamble 429 US 97, 97 S Ct 285 (1976) My Specification or definite complete Knowledge is lacking, That is why I'm asking for medical care, I'm a Engineer not a medical professional On 10-29-18 The HNR of 10-24-18 was returned enclosed You violate Estelle V. Gamble and the staff has failed one more time to locate Records see Hoptowit V Ray, 682 F 2d 1237, 1252-55, F. R. Civil, Serv. 1511 (9th Cir 1982) As Well Your in violation of not having Daily Sickcall, AKA Emergency Care and Sick Call procedure one more time, see Hoptowit V. Ray, 682 F 2d 1237, 1252-55 (9 Fed. R. Civil. Serv. 1511 (9th Cir. 1982) You lack a records system "Known VIA All" I'm at issue on sickcall, In 12-CV-00601 Parsons V. Ryan

As Well, I will file Medical Malpractice on Nursing Supervisor Danielle Owens See U.S. Dist Ct. M.D. Tenn.

Relief Requested

1. Real Medical Care as Needed and Requested
2. Remove all Stalling and Games prior to man deadly
3. Pay Me 10,000.00 U.S. D's per day until [illegible]

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maisano | 10-30-18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Medical Staffing

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

V-4 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: 18 OCT 25 PM 1:18
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| [handwritten, illegible] | 077817 | 10-24-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2A 14 | [handwritten, illegible] | 24470 | Tucson [handwritten] |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *¡Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*

SECTION/SECCION II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. ¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!

I've twisted my upper Toe [handwritten]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding examptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero [signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX (SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS)**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify) (especifique)*

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [handwritten, illegible] | | 18 OCT 25 PM 1:18 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

[handwritten, illegible]

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [handwritten, illegible] | | 18 OCT 25 PM 1:18 |

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |
| INSTITUTION/ UNIT | CASE NUMBER |
| ASPC-Tucson / Whetstone | C37-18-188 |

CORIZON
INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11-22-18 was received in the Tucson office of Corizon Inmate Health Services on 11-23-18.

Your primary area of concern is lack of medical care for respiratory issues related to inhalation of sewer gas.

Your concern has been reviewed by medical and it was determined that since your initial complaint date of 10/17/18 you have been seen on 10/20/18; 10/27/18; 11/01/18 ;11/02/18; 11/07/18; and 11/22/18. At no time in these visits did you complain of respiratory issues related to sewer gas. On 11/22/18 you did complain of nausea secondary to sewer gas. If you continue to have difficulties with respiratory problems a clearly stated HNR would be beneficial.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/ds (21617)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| [signature] B. Richey APHA | 11/28/18 |

4 - 1 of 1

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

21617

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) 11/23/18 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Marsano, Dale | 077877 | 11/22/18 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASP-T. Whetstone 2 A 74 | C37-18-188 | |

TO: ~~GRIEVANCE COORDINATOR~~ Corizon FHA

**Description of Grievance** *(To be completed by the inmate)*

"I'm still having a hard time breathing" x more than one HNR, I'm under the impression Corizon will [illegible] any Motion, Note upon The final answer I'm going to Board of Nursing AZ. for Files etc. One More Time "RICO Act Violations", This case file has some 50 pgs All Bad Sewer Issues Corizon Issues etc., If in fact I'm denied relief in U.S. Courts I will file in International Court, I have a Hobby and some day The U.S.A. and Defendants will go on trial You and Yours Fail to Understand International Law / Rules for Prisoners, You had full Warning You all have Failed. "You could say w/ respirator is crazy, but this is not "Winner & Win

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Same as original Informal Resolution

Get Ready for RICO etc.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Marsano | 11/22/18 | [signature] | 11-26-18 |

Action taken by Documentation of Resolution or Attempts at Resolution.

RECEIVED 11/26/18 by COIV J. Richter #1074

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

Y - 2014

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson /Whetstone |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit/MI-C37-18-225 |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated was received in the Tucson office of Corizon Inmate Health Services on 11/1/2018.

Your primary area of concern is difficulty breathing related to sewer gas.

Your concern has been reviewed by medical and your exact complaint at this time was "At 2am I smell sewer gas, hard to breath, staff wearing respirator, can this be good for any of us." Your HNR did not state you were having ongoing difficulty breathing. Your HNR was not clearly written and was interpreted as a complaint about sewer gas, which would need to be brought to the attention of DOC. You were seen by the RN two days after and had zero complaints of difficulty breathing.

This informal complaint has been addressed. This has resolved your concern.

KS/ds (71542)

| STAFF SIGNATURE | | DATE *(mm/dd/yyyy)* |
|---|---|---|
| K Switzer DON | K.Switzer DON | 11/13/2018 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

Gm 11-20-18

802-12
10/16/16

P-3 of 4

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

MI C37 18 225

| INMATE NAME (Last, First M I) (Please print) | ADC NUMBER | INSTITUTION/UNIT 2 A 14 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Morsano, Dale | 077877 | ASP-T. Whetstone | 10-30-18 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue" I, waive no time at any step of the grievance process. My single issue is: Do to The Fact I've been exposed to sewer gas I'm having a hard time breathing. The second HALK was filed on 10-17-18, Prior to that Grievance was filed. Breathing is a medical procedure not an administrative issue. Your Head Nurse Danielle Dennis thinks otherwise = Medical Malpractice all Nursing Staff need to read and follow Estelle V Gamble 429 U.S. 97, 97 S. Ct 285 (1976) it is very simple Law set in place by U.S. Supreme Court. as well see Farmer V Brennan, 511 U.S. S. Ct at 825 (1994) Any normal medical person would had deduced from the simple fact the significant risk of Myself being seriously harmed. You as well failed to take reasonable steps to prevent harm. You may not show Me as an ADA but I'm codified as a 42 U.S.C. §§ 12101-12213 I'm a "qualified individual" see § 12132. & Rehabilitation Act of 1973

In the Intermediation intervention, I will file daily Medical Malpractice on Nursing Supervisor Danielle Dennis

Relief Requested

1. Oxygen is in order prior to need for oxygen
2. Read The International Rules Concern in The Health Care Provider
3. Replace Nursing Supervisor with one who has Knowledge needed
4. Pay Me or The Jury will award Me Million of U.S.D's

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Morsano | 10-30-18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Reports and I.R's all over etc. etc. C.P.A contact

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date:
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exigo diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y pueda dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

[illegible]

I understand that per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) ______

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | [illegible] |

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

[illegible]

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | [illegible] |

Distribution: White/Blanca - Health Unit/Unidad de Salud; Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

[illegible] 10-22-11

1101-10ES
12/19/12