1  John P. Baker, #46157
2  Arizona State Prison
   Lewis/Barchey
3  P.O. Box 3200
   Buckeye, AZ 85326
4
5
6       IN THE UNITED STATES DISTRICT COURT
7       FOR THE DISTRICT OF ARIZONA
8
9  Victor Parsons, et al,   | Case: CV-12-0601-PHX-DKD
10       Plaintiff,
11         vs.              | MOTION FOR COURT ORDER
12 Charles Ryan, et al,
13      Defendants.
14
15   Comes now an effected party, John P. Baker, who
16 files this Motion for a Court Order:
17
18   1) Corizon Health at Lewis Complex, Barchey
19 Unit has discontinued open clinic.
20
21   2) There was a memo on the door to the
22 medical department stating Judge Duncan
23 cancelled open clinic.
24
25   3) Of course, there is NOTHING in Judge Duncan's
26 ruling stating that cancellation. It was a LIE!
27
28              -1-

4) Furthermore, the Health Need Requests (HNR) to see a medical nurse or provider is NOT a timely method, and is NOT what is in the settlement which has a time frame.

5) Therefore, only a Court Order will fix these problems by insuring open clinic starts again and if an HNR is submitted, it should be handled promptly.

6) This affected party moves this Court to Order Corizon Health and A.D.O.C. to re-start the open clinic and to timely process HNR's.

7) This affected party prays this Motion is timely granted.

Respectfully submitted this 11th day of Dec, 2018.

John P. Baker
Affected Party

Copy of the foregoing
E-mailed this date to:
Arison Law Office
General Delivery
San Quinten, Ca. 94964

- 2 -