# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court previously appointed Dr. Marc Stern to serve as a Rule 706 expert. (Doc. 3089). In connection with that appointment, Dr. Stern may be required to review the history of this case and review new filings by the parties. Because Dr. Stern is acting on behalf of the Court, he will be granted a waiver of PACER fees.

Accordingly,

**IT IS ORDERED** Marc F. Stern is granted an exemption from PACER access fees.

Dated this 13th day of December, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge