Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**AMENDED** NOTICE OF APPEAL |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above-named case, amend their July 21, 2018 Notice of Appeal to the United States Court of Appeals for the Ninth Circuit (Dkt. 2937) to include a challenge to the Court's Order denying Defendants' Rule 60 Motions for Relief (Dkt. 3057) entered in this action on November 15, 2018. *See* FRAP 4(a)(4)(B)(ii).

DATED this 14th day of December, 2018.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Nicholas D. Acedo
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    Office of the Arizona Attorney General
    Michael E. Gottfried
    Assistant Attorney General
    2005 N. Central Avenue
    Phoenix, Arizona 85004-1592

    *Attorneys for Defendants*

3528917.1

# REPRESENTATION STATEMENT

**Appellants: Charles Ryan and Richard Pratt**

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

| | |
|---|---|
| Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com | **Office of the Arizona Attorney General**<br>Michael E. Gottfried, Bar No. 010623<br>Assistant Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-1645<br>Michael.Gottfried@azag.gov |

**Is counsel registered for Electronic Filing in the 9th Circuit?  Yes**

**Appellees: Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated, and Arizona Center for Disability Law**

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

| | |
|---|---|
| Kathleen E. Brody<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014-5077<br>Telephone: (602) 650-1854<br>kbrody@acluaz.org | Caroline N. Mitchell<br>John L. Wilkes<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>cnmitchell@jonesday.com<br>jlwilkes@jonesday.com |
| David C. Fathi<br>Amy Fettig<br>Victoria Lopez<br>Jamelia N. Morgan<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, DC 20005-2313<br>Telephone: (202) 548-6603<br>dfathi@npp-aclu.org<br>afettig@npp-aclu.org<br>jmorgan@aclu.org | Donald Specter<br>Alison Hardy<br>Sara Norman<br>Corene T. Kendrick<br>Rita K. Lomio<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Telephone: (510) 280-2621<br>dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>ckendrick@prisonlaw.com |

1 | rlomio@prisonlaw.com

Kirstin T. Eidenbach
**EIDENBACH LAW, PLLC**
PO Box 91398
Tucson, AZ 85752
Telephone: (520) 477-1475
kirstin@eidenbachlaw.com

Amelia M. Gerlicher
John H. Gray
**PERKINS COIE LLP**
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012-2740
Telephone: (602) 351-8000
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

Sarah Eve Kader
Asim Dietrich
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, #202
Phoenix, AZ 85034-7439
Telephone: (602) 274-6287
skader@azdisabilitylaw.org
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, AZ 85701
Telephone: (520) 327-9547
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

///

///

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo