THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE **LRCiv 5.4**
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 14 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Michael J. Cohn #288721

ASPC Tucson/Manzanita 3A3L

P.O. Box 24401

Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al. | 2:12 CV 601-ROS
v. | Supplement to appeal for Petition for investigation...
Ryan, et al. | Hon. Roslyn O. Silver

I, Michael J. Cohn, class plaintiff/advocate in the above named case, respectfully submit the attached documents. The Inmate Grievance Response from Benjamin Schmid, FHA verifies that ASPC Tucson/Corizon have _not_ procured and therefore _do not_ exhibit a City of Tucson business license. It is stated that such license is not required for this type of practice. I know of no such exemption in statute or otherwise. I allege contempt for the law in addition to Fraudulent Schemes and artifices per ARS §13-2310.

I therefore request that the Honorable Court grant my request for a referral for criminal investigation of this matter to the Federal Marshalls or the FBI or other appropriate Law Enforcement Agency. I request extending this to all ASP Complexes.

Respectfully submitted,     Date: 12/6/18

Michael J. Cohn, Ed.D., Advocate
Dr. Michael J. Cohn

Original mailed to:   ow: 12/11/18
Clerk of the U.S. Dist. Ct.
401 W. Washington, SPC-1
Phoenix, AZ 85003

1

Copies mailed to: OW₂ 12/11/18

Ninth Circuit Ct. of Appeals
95 Seventh St.
San Francisco, CA 94103-1518

Attorney General, Attn, L. Rand
1275 W. Washington
Phoenix, AZ 85007

Prison Law Ofc., Attn, S. Norman
General Delivery
San Quentin, CA 94964



| ARIZONA DEPARTMENT OF CORRECTIONS<br>Inmate Grievance | For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Cohn, Michael | ADC NUMBER<br>288721 |
|---|---|
| INSTITUTION/ UNIT<br>ASPC-Tucson / Manzanita  C14-165-018 | CASE NUMBER |

CORIZON
INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 11/09/18 was received in the Tucson office of Corizon Inmate Health Services on 11/09/18.

Your primary area of concern is a consult with showing a business license.

Your concern has been reviewed by medical and it was determined that this is not a requirement for this type of practice. Please continue to alert medical to health needs via PRN HNRs.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS(          )

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE<br>Benjamin Schmid, FHA | DATE *(mm/dd/yyyy)*<br>11/30/2018 |
|---|---|



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| RECEIVED BY | Saenz, J |
|---|---|
| TITLE | CO III |
| BADGE NUMBER | S637 |
| DATE (mm/dd/yyyy) | 11-9-18 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Cohn, Michael J. | 288721 | 11/9/18 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Tucson/Manzanita 3A₂ 3 | C14-165-018  Response to informal not received prior to expiration of time frame; |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

Per ARS §13-3706 - Failure of Corizon Health to procure/exhibit alleged a City of Tucson Business License. Contempt for law by FHA Schmid/ADON Kidd. This is a class 2 misdemeanor potentially punishable by time in jail. I allege a fraudulent scheme to provide Nursing home business (HU506) and medical care business without proper licensure (medical clinic). Per ARS §41-1492 et seq. (disability) all inmates, but especially the disabled have a right to the equivalent standard of care in the community. This includes licensure and inspection oversight by governmental agencies. Estelle v. Gamble, 429 US 97, 104 IV Sct 1970 (1976), city licenses are not exempted to my knowledge.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Refer to FBI for criminal investigation. FBI has Jurisdiction as ADC receives federal funds; especially funds for the disabled per ARS §41-1492, et seq. (disability). Suspend Schmid + Kidd pending investigation.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| M.J.C. | 11/8/18 | K.E. | 11/9/18 |

Documentation of Resolution or Attempts at Resolution.

Action taken by ___

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

802-1
12/12/13

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution** C14-282

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 3A3L | 10/15/18 |

TO: D.W. Gretón, Warden please note: This is a Charles Ryan COIII Saenz court document.

LOCATION: Manzanita HU3

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Operating a medical and nursing home business for profit, without a License / Business License. This is a plaintiff/witness document. Pursuant to ARS §41-1492 et seq., I allege disability discrimination.

Facts: Inmates, particularly the disabled have a right to the equivalent standard of care to that in the community at large. Estelle v. Gamble, 97, 104 SCt. (1976). The standard of care for nursing homes is to be licensed and audited by the Arizona State Board of Health. Dorms HU5 and HU6, I assert, are nursing home facilities of various levels. Operating a medical care business requires a business license from the city of operation (Tucson).

I allege system-wide fraud by the Arizona Dept. of Corrections and Corizon Health due to operating a medical care business and nursing homes without a license. This situation is analogous to a physician practicing medicine without a license. Even if the service to date is competent, it is still illegal as the future patients and current patients are exposed to an unreasonable risk of future harm. Parsons, et al. v. Ryan, et al. 2:12CV601-ROS, class action aff'd, (9th Circuit 2014); Helling v. McKinney, 509 U.S. at 33 (1993).

Requested Remedies for Deliberate indifference. Insufficient evidence of license.
1. ADC/Corizon Health must obtain proper licensures ASAP.
2. Release all disabled residents of all ADC complexes to appropriate facilities so they can receive the proper standard of care.
3. Post all pertinent licenses including those of nurses and physicians. Corizon hires non-licensed staff - Medical Records Clerk at Manzanita is not certified. Inmates have a right to know their caregivers are legitimate.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| M.J.Cohn, Ed.D. — Former Psychologist, Former Health/Hospital Administrator, Prisoner Rights Advocate | 10/15/18 |

Note: Transfer to another dorm, unit, complex, unprovoked searches, etc. = Retaliation

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: Cantor LPN, name unknown, Ms. Padilla, Medical Records Clerk

802-11
6/25/14

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File