Vincent Andrew Hughes ADC# 114655
Arizona State Prison Complex - Florence
East Unit H.D.2-27
PO Box 5000
Florence Az 85132

FILED ___ LODGED
RECEIVED ___ COPY
DEC 26 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# United States District Court
## District of Arizona

| | |
|---|---|
| Victor Alan Parsons | No: CIV 12-00601 ROS |
| vs | I NEED HELP |
| Charles Ryan | |

I had Prostate Cancer and am in pain. Corizon refuses to treat my pain, specifically H.C.P. D. Igwe. I need help

Vincent Hughes #114655

C.C.
Counsel.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _CJVLR 5 4_
(Rule Number/Section)