In The United States District Court
For The District of Arizona

Dale Maisano 077677
P.O. Box 24406
Tucson, Arizona 85734

Parsons, et, al.,           CV-12-00601 U.S.D.C. Phx.
   Petitioners'             Judge R.O. Silver
   V.
Ryan, et, al.,
   Respondent's             Order to Show Cause

Judge The Day prior to requesting copies My CO III gave Me The Grievances. They had not been copied prior as well my response was attached.

Relief Requested

1. Contact Crang Betty E. Ulibarri at 623-210-2346
2. Or Subpoena ad testificandum as to conduct
3. Or Subpoena duces Tecum
4. Ex-plain Ex parte Hull, 312 U.S. 546, 61 S.Ct. 640 (1941) She has no clue or Ø Zero Respect for The System or You!

Submitted the 11th Day of Dec 2018
                                    by Dale M_____
cc if given                         Dale Maisano

1 of 2

# Declaration

I, Dale Maisano Make The Following Declaration Under 28, U.S.C. § 1746 Re: Denial of Medical Proper Care in violation of Estelle v. Gamble 429 U.S. 97, 97 S. Ct 285 (1976)

On 12-14-18, I'm told by RN, Green The Nurse Practitioner canceled your appt of 11-21-18 on 12-17-18, I was able to preview My Medical File, after waiting over 9 mos. Within the File were many tests that were taken all stated they were reviewed with Me by N.P. Alice Warren Rph on 11-21-18 As stated that Appt was canceled Quite a Royal Scam.

On 7/05/18 Scan w/in records given on 12.14.18 9:45 am ① SNO "ADA Bed Req'd" This unit has no ADA Beds, As has been Filed on 7.5.18, I was moved to an ADA Bed and on 7.13.18, Returned to This unit. Note Im being injured Daily for lack of said ADA Bed. A Court Order is needed for a copy to be made for The Court

On 7/05/18 As well a SNO was made but not given till 12.14.18 at 9:45 am "Avoid Prolong Sitting / Standing" "Avoid Prolong Standing 20 Minutes" At This unit this can not be avoided!

1 of 2

Ongoing, The Writer has more than one injury caused by not following SNO's burns, knee damage, even developing of a bed sore, Harm from not being told of medical testing out come, etc.

What more will it take of a Full audit of The Medical Records and what is going on with th rest of prison pop. False reporting is out of control of re our files.

Submitt on 12.19.18, Under Penalty of Perjury to The best of My Knowledge and ability

by Dale Maisano
Dale Maisano
P.O. Box 24402, 077877
Tucson, Arizona 85734-24402

 **ARIZONA DEPARTMENT OF CORRECTIONS**
Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Maisano, Dale | 077877 |
| Institution/Unit | Date |
| ASP-T-Whetstone  2A74 | |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

**PARALEGAL REVIEW** ✓ Unmodified

To be completed by the inmate/paralegal

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | Unmodified |
|---|---|---|---|---|---|---|
| 1 | Parsons V. Ryan CV-12- | | | | | |
| 2 | 00601 Phx U.S.D.C. | 42 | 3 | | | |
| 3 | | | | | | |
| 4 | Letter Atty D. Specter | 42 | 2 | | | |
| 5 | | | | | | |
| 6 | HRDC Litigation Attys | | | | | |
| 8 | Attorney Neelakanta | 42 | 6 | | | |
| 9 | | | | | | |
| 10 | | | | | | |

Designated Staff

Request received and forwarded to Paralegal for action.

| Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADW | /signature/ | 12-6-18 | 12-6-18 |

Paralegal

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified
☐ Copy: Modified as indicated above
☒ Non-qualified legal copies, non-legal matter.
☐ Paralegal requests meeting with inmate - approval suspended

"CASE IS CLOSED. ALL DOCUMENTS ENCLOSED HAVE ALSO BEEN COPIED NUMEROUS TIMES. 3 SETS OR DUPLICATE PAGES. PREVIOUSLY COPIED."   8:30 AM

| Paralegal's Name (Last, First M.I.) | Paralegal's Signature | Date |
|---|---|---|
| WIBARRA | VIA PHONE | 12-10-18 |

Designated Staff

No. of Copies made _____ @ $ _____ each = TOTAL  RETURN 12-11-18

Designated Staff Name (Last, First M.I.) | Designated Staff Signature | Date

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Dale Maiuro
ADC # 077277
Arizona State Prison Complex Tucson
Unit Whetstone / MPO Bx 24401
10804 S Wilmot RD
Tucson AZ SSN 24401

```
____ FILED      ____ LODGED
____ RECEIVED   ____ COPY

      DEC 2 6 2018

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Legal Mail

U.S. Dist. Ct.
Judge R.O. Silver
401 W. Washington St.
Phoenix, Arizona 85003

LEGAL MAIL





neopost
12/20/2018
US POSTAGE