Michael V. Withers #203725
ASPC - Florence - East Unit
PO Box 6000
Florence, AZ. 85132

THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv 5.4
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 28 2018

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

| | |
|---|---|
| Victor Parsons | Case No. CIV 12-0601 ROS |
| v. | Notice of Potential Permanent Injury |
| Charles Ryan | |

Walter Jordan #078789 died because Corizon refused to treat the cancer on his head.

I have a similar - what I understand to be cancer on my head too. Corizon refuses to treat me.

I fear if this is delayed I may be dying like Walter Jordan. I need your help.

Respectfully

Michael V. Withers

12-24-18
Date

c.c. counsel