THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 54
(Rule Number/Section)

Berry Williams
267365
Box 5000
Florence, AZ 85132

FILED _____ LODGED
RECEIVED _____ COPY  01-02-19
JAN 03 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court

District of Arizona

| Victor Alan Parsons | 12 CV 00601 ROS |
| vs. | Notice of |
| Charles Ryan, et al; | Denial of Treatment |

1) I was stabbed in my back right spine, a metal plate in my left knee

2) Corizon is refusing to treat me and my pain is Intolerable

(3) I have a knot in my right testicles and it is very painful.

(4) Though I may have testicular cancer Corizon Refuses to treat me

(5) I need Help

Respectfully

*Berry Williams*
Berry Williams