**CV-12-00601-PHX-ROS**



```
Court Name: United States District Court
Division: 2
Receipt Number: PHX263950
Cashier ID: lbrewste
Transaction Date: 01/03/2019
Payer Name: ARIZONA DEPT OF CORRECTIONS

NOTICE OF APPEAL/DOCKETING FEE
 For: MICHAEL J CONN
 Case/Party: D-AZX-2-12-CV-060601-001
 Amount:         $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 500038536
 Amt Tendered: $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00


A fee of $53 will be assessed on
all returned remittances.
```