Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**SECOND AMENDED NOTICE OF APPEAL** |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above-named case, amend their July 21, 2018 Notice of Appeal (Dkt. 2937) and December 14, 2018 Amended Notice of Appeal (Dkt. 3092) to include a challenge to the Court's Order appointing Marc Stern, orally announced on December 6, 2018 (Dkt. 3079) and formally ordered on December 11, 2018 (Dkt. 3089), to the United States Court of Appeals for the Ninth Circuit.

1  DATED this 7th day of January, 2019.

2                                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

4                                          By /s/Nicholas D. Acedo
                                              Daniel P. Struck
                                              Rachel Love
                                              Timothy J. Bojanowski
                                              Nicholas D. Acedo
                                              3100 West Ray Road, Suite 300
                                              Chandler, Arizona  85226

                                              Office of the Arizona Attorney General
                                              Michael E. Gottfried
                                              Assistant Attorney General
                                              2005 N. Central Avenue
                                              Phoenix, Arizona 85004-1592

                                              *Attorneys for Defendants*

3537335.1

# REPRESENTATION STATEMENT

**Appellants: Charles Ryan and Richard Pratt**

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

| | |
|---|---|
| Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>**STRUCK LOVE BOJANOWSKI &<br>ACEDO, PLC**<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com | **Office of the Arizona Attorney<br>General**<br>Michael E. Gottfried, Bar No. 010623<br>Assistant Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-1645<br>Michael.Gottfried@azag.gov |

**Is counsel registered for Electronic Filing in the 9th Circuit?  Yes**

**Appellees: Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated, and Arizona Center for Disability Law**

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

| | |
|---|---|
| Kathleen E. Brody<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014-5077<br>Telephone: (602) 650-1854<br>kbrody@acluaz.org | Caroline N. Mitchell<br>John L. Wilkes<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>cnmitchell@jonesday.com<br>jlwilkes@jonesday.com |
| David C. Fathi<br>Amy Fettig<br>Victoria Lopez<br>Jamelia N. Morgan<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, DC 20005-2313<br>Telephone: (202) 548-6603<br>dfathi@npp-aclu.org<br>afettig@npp-aclu.org<br>jmorgan@aclu.org | Donald Specter<br>Alison Hardy<br>Sara Norman<br>Corene T. Kendrick<br>Rita K. Lomio<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Telephone: (510) 280-2621<br>dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>ckendrick@prisonlaw.com<br>rlomio@prisonlaw.com |

| | |
|---|---|
| Kirstin T. Eidenbach<br>**EIDENBACH LAW, PLLC**<br>PO Box 91398<br>Tucson, AZ 85752<br>Telephone: (520) 477-1475<br>kirstin@eidenbachlaw.com | Amelia M. Gerlicher<br>John H. Gray<br>**PERKINS COIE LLP**<br>2901 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012-2740<br>Telephone: (602) 351-8000<br>agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com |

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

| | |
|---|---|
| Sarah Eve Kader<br>Asim Dietrich<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>5025 East Washington Street, #202<br>Phoenix, AZ 85034-7439<br>Telephone: (602) 274-6287<br>skader@azdisabilitylaw.org<br>adietrich@azdisabilitylaw.org | Rose A. Daly-Rooney<br>J.J. Rico<br>Jessica Jansepar Ross<br>Maya Abela<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>177 North Church Avenue, Suite 800<br>Tucson, AZ 85701<br>Telephone: (520) 327-9547<br>rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org<br>jross@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Jessica Pari Jansepar Ross: | jross@azdisabilitylaw.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Kirstin T. Eidenbach: | kirstin@eidenbachlaw.com |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |

///

///

///

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s Nicholas D. Acedo