# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TERMINATE MONITORING AND REPORTING OF MAXIMUM CUSTODY PERFORMANCE MEASURES 1 THROUGH 8** |

Upon consideration of Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8, and in accordance with Paragraph 20(b) of the Stipulation (Doc. 1185 at 7),

**IT IS ORDERED:**

1. Defendants' obligation to measure and report on Maximum Custody Performance Measures 1-6 & 8 is hereby terminated as to ASPC-Florence/Central Unit (Main Yard and Kasson Cellblock); ASPC-Eyman (SMU-1 and Browning Units); ASPC-Lewis-Rast Unit; and ASPC-Perryville;

2. Defendants' obligation to measure and report on Maximum Custody Performance Measure 7 is hereby terminated as to ASPC-Florence/Central Unit (Main Yard);

3. Defendants' obligation to measure and report on Maximum Custody Performance Measure 4 is hereby terminated as to ASPC-Phoenix.

1  Defendants' obligation to measure and report on Maximum Custody Performance
2  Measures 1-8 is terminated in its entirety.