1 Douglas D. Yokois, ADC# 240176
  ASPC-Florence/South Unit/0701
2 P.O. Box 8400
  Florence, Arizona 85132
3 Plaintiff: Pro Se, In Forma Pauperis

# United States District Court
# District of Arizona

| Victor Antonio Parsons, et al., Plaintiffs, | No. CV-12-0601-PHX-DKD |
|---|---|
| | REQUEST FOR LEAVE TO FILE AN EMERGENCY MOTION FOR AN ORDER OF PROTECTION |
| v. | |
| Charles L. Ryan, et al., Defendants. | |

Unnamed Plaintiff Douglas D. Yokois, appearing in forma pauperis as a pro se state prisoner litigant, respectfully requests the court grant him leave to file an Emergency Motion For an Order of Protection from Harassment and Retaliation by the Defendants in the above-named matter.

Yokois, a member of the plaintiff class files the instant request on the grounds that

he is being subject to disparate treatment by the Defendant class and their officers, agents, servants, employees, and any and all other persons who are in active concert or participation with them for providing the court and attorneys for the plaintiff class with "information, either via oral testimony or written statements [...] includ[ing] actions which could reasonably be viewed as having a chilling effect on witness testimony by utilizing group punishments, or actions against other prisoners who could in turn blame or target the witnesses." Document #2209 filed 07-15-17 at 4. This disparate treatment is occurring daily and comprises assaults, threats, intimidation, harassment, false disciplinary charges, thefts of his legal papers and research materials, denial of access to the meager resources of the unit law library, withholding his authorized court transcripts, delays and denials of life-sustaining medications and necessary medical care equipment/supplies and treatment, refusals to provide reasonable accommodation to access housing, programs and services provided to all other prisoners but denied him due to his being a prisoner with disabilities, but is not limited to these acts.

This disparate treatment is not just condoned at the highest level, it has been proven to be encouraged and rewarded by ADC administration.

Because Yokois is an unamed member of the plaintiff class and has limited ties to the outside community he is being subjected to aforesaid acts of disparate treatment and the other acts that, because he is elderly, disabled, and qualifies as a vulnerable adult due to his mobility impairments, comprises agravated assaults and batterings.

Yokois has pursued every avenue to remedy this disparate treatment to remedy these problems, including filing complaints with the U.S. Department of Justice. Not only have his attempts been unsuccessful, they have escalated the disparate treatment he is being subjected to, to the point that Yokois is now in fear for his safety.

Yokois fears for his safety and security no matter what unit or security level he is housed at within the ADC, as the defendant class is openly allowed to daily

(3)

1  subject him to all forms of disparate
2  treatment with complete impunity. Unless
3  the court will consider his Emergency Motion
4  for an Order of Protection to prevent
5  continuing and further irreparable injuries
6  to Yokois, he fears he will die at the hands
7  of the defendant class.

9  Yokois' Emergency Motion for an Order
10 of Protection is filed contemporaneously
11 forthwith.

13 RESPECTFULLY SUBMITTED this 17th
14 day of January, 2019.

17 Douglas D. Yokois
18 Unnamed Plaintiff:
19 Pro Se, In Forma Pauperis

21 CERTIFICATE OF SERVICE

23 I hereby certify that on January ___, 2019, I
24 filed an original and two copies of the foregoing
25 document by depositing them in the prison's
26 internal mail system to be delivered by
27 U.S. Mail to the U.S. District Court
28 Clerk at:

(4)

1 | Sandra Day O'Connor U.S. Courthouse
2 | 401 West Washington St., Suite 130, SPC 1
3 | Phoenix, Arizona 85003-2118
4 |
5 |     I also certify that on same date and
6 | in identical manner as with court I served
7 | a copy of the foregoing document to:
8 |
9 | <u>Attorneys for Plaintiffs at:</u>
10 | Donald Specter, Esq.
11 | Prison Law Office
12 | 1917 Fifth Street
13 | Berkeley, California 94710
14 |
15 | <u>Attorneys for Defendants at:</u>
16 | Daniel Struck, Esq.
17 | Struck, Love, Bojanowski & Acedo, PLC
18 | 3100 W. Ray Road
19 | Suite 300
20 | Chandler, Arizona 85226

(5)