**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 5/26/16
Time: 3:00pm
Initials: Pw

A.D.C.

| SECTION/SECCION I | | | |
|---|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
| | | | 5-26-16 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# Exhibit 5

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Chronic Care

Date:
Time:
Initials:

| SECTION/SECCION I | | | |
|---|---|---|---|
| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial)  Yokois, Douglas D. | | ADC Number/Número de ADC  240176 | Date/Fecha  07-24-16 |
| Cell/Bed Number/Celda/Número de Cama  0704 | Unit/Unidad  South | P.O. Box/Apartado Postal  8400 | Institution/Facility/Instalación: ASPC  Florence |

You are required to be truthful. Failure to be cooperative and any abuse of ... health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

---

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  ☒ Medical/Médica   ☐ Dental   ☐ FHA   ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need you to renew / redo my S.N.O. for my wheelchair. Also, the wheelchair I have is broken down, missing the arms and legs. I would like to please have some of those parts until I can get my own wheelchair at my own expense.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [*Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o a quien lo proporcione.]*

Inmate's Signature/Firma del prisionero   Chronic Care — ____ — No Charge

---

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☒ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

---

**PLAN OF ACTION/PLAN DE ACCION**   Referred to Provider Line

For Renew

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

Health Needs Request (HNR)                    Chronic Care          Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Yokois, Douglas D. | 240176 | 07-24-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 07-04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**SECTION/SECCION II**

AREA OF INTEREST *(Check one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

In accordance with D.O.909.02.1.3.3.2, I hereby request that the health care provider "submit documentation supporting the medical need and a (pre-authorization) Duty/Special Needs Order [(S.N.O.)] Form 1101-60, to the next scheduled complex Medical Review Committee meeting for consideration." So that I may purchase and own wheelchair sent in to me.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    No Charge - D.O.M. # Chronic Care

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios _____

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 16 JUL 25 AM 10:24 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION          Referred to Provider Line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 16 JUL 25 AM 10:24 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

Followup

| | |
|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
| Yokois, Douglas D. | 240176 | 08-29-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 7-4-L | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I submitted the attached 4 HNRs 1 month ago. I was "Referred to Provider Line" on all of them, however, I was not seen. I need to be seen for each of these 4 Chronic Care problems immediately: SNO for Medical Mattress; SNO. for pre-authorization to purchase my own wheelchair; Request Rx for Naproxin; SNO for Ø exposure to excessive u...

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero |
|---|
| No Charge — D.W.U. — Chronic Care |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 10:25 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled on Provider Line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 13:54 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _T.D._

Second followup

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Yokois, Douglas D. | 240176 | 10-06-16 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 074L | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente o sea específico. ¡NO USE MAS HOJAS!]

I submitted the attached HNRs 75 and 39 days ago, respectively. I was seen on the provider line on 09/21/16, yet, I have not received a copy of the requested pre-authorization S, N, O to be able to purchase my own wheelchair and have it shipped in to me at my own expense. I need to have this done now. The state-issued wheelchair is falling apart. I need to be seen.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

No Charge - D.Y.D. - Chronic Care

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 28 OCT 7 AM 8:29 |

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Nurse line

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | 10/12/16 | 1742 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | Florence/South | 10-20-16 |

| To: | Location |
|---|---|
| CFHA Daniel Sago | Florence Complex Administration |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

In accordance with ADC D.O. 909.02.1.3.3 through 909.02.1.3.4.3.2, I hereby request that I be given authorization to have sent in to the department and kept in my possession the following Health Services specialized medical equipment or items which are clinically indicated for my medical conditions:

1. One wheelchair.

2. One cane.

I am enclosing copies of my HNRs and my S.N.O. authorizing these items.

Please have nursing initiate the Specialized Personal Medical Property Information/Agreement, Form 909-7, so that I may purchase the above items and have them sent in to you for your and Florence Unit's Chief of Security so that I may be allowed to possess these medical items on South Unit.

I understand that I am responsible for all maintenance and/or repairs to my purchased medical property.

Very Respectfully,

| Inmate Signature | Date |
|---|---|
|  | 10-20-16 |

Have You Discussed This With Institution Staff?   ☒ Yes   ☐ No

If yes, give the staff member's name:   See attached

Distribution:  Original - Master Record File
Copy - Inmate

916-1
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Duty/Special Needs Order - Inmate Health**

| Issued | Expiration Date |
|---|---|
| 8|13|16 | 8|13|17 |

## ✔ Check the Appropriate Category

☑ Full Duty          ☐ Limited Duty          ☐ Non-Duty/No Work          ☐ Lay in/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** (✔ Check only those that apply)

☐ No lifting, No pushing, No pulling, No running

☐ No lifting over ___ 10 ___ 20 ___ 50 ___ pounds

☐ No repetitive bending/twisting body part _____

☐ No repetitive motion to injured part Body Part _____

☐ No work reaching above the shoulder

☐ No operation of a motor vehicle

☐ No climbing _____ ladders _____ stairs

☐ No operation of machinery or power tools

☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants (e.g. chemicals, paints, grass cuttings, etc.)

**Work Capacity, Specify Limitations:** (Circle either hours/day or consecutive hours)

☐ Workday Capacity

Can sit _____ hours/day or consecutive hours

Can stand _____ hours/day or consecutive hours

Can walk _____ hours/day or consecutive hours

Other Limitations/Considerations (Explain)

_____

_____

**Other Limitations of Daily Activity** (✔ Check only those that apply)

Yes = Inmate is able to          No = Inmate is unable to

| | Yes | ☑ | No | Meals in Living Quarters |
|---|---|---|---|---|
| ☐ | Yes | ☐ | No | |
| ☐ | Yes | ☐ | No | Field Activities _____ day(s)/week(s) |
| ☑ | Yes | ☐ | No | Walk Track |
| ☐ | Yes | ☐ | No | Sports Activities _____ day(s)/week(s) |
| ☑ | Yes | ☐ | No | Visitation |
| ☐ | Yes | ☐ | No | Other |

_____

**Additional Considerations** Ted Hose, Side restraints, CPAP Machine,

**Medical Property Issued** Prescribed shoes Size 14EE WILLLIAM # SU 035

**Medical Property to be Returned to Clinic by:** Quad Cane

**Restrictions**

| 001 | CORRID |
|---|---|
| 002 | L BUNK |
| 003 | TUCSN |
| 004 | FLO/EYM |
| 005 | NO STAIR |
| 006 | CLSE - DIN |
| 007 | CLSE - BTH |
| 008 | NO TENT |
| 009 | ADA SHWR |
| 010 | ADA PRTR |

**Medical Score - Cirlce One**          1          2          ③          4

**ADA**          ☐ Yes   or   ☐ No

**Provider Signature/Date** _____ r. Denshy, ANP

**Inmate Signature/Date** _____

Distribution:  White - Medical Record
Canary - Unit Chief of Security
Pink  - Inmate

**Inmate Name** (Last, First M.I.) _____ Peeples

**ADC Number** 240176

**Date of Birth** _____

**Facility/Unit** ADC-Florence

1101-60
12/19/12

# Exhibit 6

## Declaration of Arnold L. Geib

1. I am eighty (80) years of age. I came to be in the custody and control of the Arizona Department of Corrections in the year 2002. My my Arizona Department of Corrections (ADC) number is 247516. Since my imprisonment, my wife, Karen Geib, has visited me every weekend. I weighed 280 lbs when I came to prison.

2. On or about Saturday, March    , 2016, I was nearly beaten to death by inmate Brian John Graham. He said: "I'm gonna kill you with your own cane." He then proceeded to beat me until I lost conciousness. This occurred on Meadows Unit. I was housed in building 5 on "B" run when this happened.

3. As a result of the beating I received I suffered a traumatic brain injury (TBI). My TBI makes it very difficult for me to communicate with others. I suffer from Post-Traumatic Stress Disorder and I am very depressed. My physical condition has deteriorated from a robust 280 pounds to the point where I am a literal shadow of my former self, weighing just 126 lbs. My wife of 24 years notices the changes

that have transpired, as well as other inmates, since I was beaten.

4. I have great difficulties expressing myself. Consequently I cannot use the Inmate Grievance Procedure. Therefore it is unavailable to me. I am depending on someone else to help me write these words to you.

5. I had a pacemaker implanted in my body in 2014. In the book I was given in the hospital regarding it, it states:

Avoid metal detectors. These include the walk through and the handheld types that use strong magnetic fields. Instead, inform the security personnel and show your patient identification card." Paragraph 3, Risks, Warnings and Precautions; Keeping Safe with your Pacemaker; 3.3.2 Metal Detectors, Page 16, What You Should Know About Your Pacemaker Patient Manual M4020-F 8/08 © Biotronik, Inc. 2008. All Rights Reserved.

6. I arrived here at South Unit approximately 6 months ago. Since my arrival here the following acts of deliberate indifference, abuse and neglect have been perpetrated against me by unit and medical staff.

(A) On or about 02-11-17 after a visit with my wife, COII Seagraves ordered me to strip

2

naked before being searched. I told the CO that if I took my pants off, I would need help to put them back on, to which he replied, "No." I told him that COII Bond just pat-searched me, because I am unable to raise my hands above my head or to dress myself without help. COII Seagraves called COII Bond, who pat-searched me, whereupon I was wheeled back to my unit.

(B) On or about 02-14-17, Deputy Warden Mattos came to my cubicle. He asked me how I was doing. I told him that I was afraid that I was going to lose my visits and be moved to Manzanita Unit because of my disabilities and the incident that had happened to me on or about 02-11-17. He stopped and told me that I would not be moved and that I would not lose my visits. Then he left my cubicle.

(C) On or about 02-18-17, after a food visit during which SGT. Knight asked me if I would leave early so other visitors could come in and I declined to do so, I was taken to the search area in visitation. COII Seagraves prepared to use a hand-held metal detector on me of the type

3

described in paragraph 5 above. I told him that I had a pacemaker and that he shouldn't use it on me. COII Seagraves stopped and left the room. He returned with a white male lieutenant and SGT. Knight. SGT. Knight said she was taking my visits away because I wouldn't allow them to use their handheld metal detector on me. I told them that maybe they would kill me with the scanner. SGT Knight and the lieutenant ignored me. They stood by and looked on as COII Seagraves ran the metal detector over my body. When it went over my pacemaker the detector beeped loudly and my pacemaker activated, shocking my heart and speeding it up. I thought I was going to die. I told them I was going to heaven. I was not pat-searched. I started having chest pain. I told COII Seagraves I needed my nitroglycerin tablets, but he ignored me. I took a nitroglycerin tablet (nitro) while I was being wheeled back to my housing unit. I layed down on my bunk, as I was still having chest pain and my heart was racing. Before 02-18-17, a bottle of nitro, 25 tablets, would last me about 1 month. After my pacemaker was

4

disrupted on 02-18-17, however, a bottle only lasted me about a week. Also, my heart feels like it's beating way too fast and I can feel the pacemaker shock me more often than before I was scanned.

(D) On or about 02-25-17, I ran out of nitro. I went to medical and asked nurse Johnson for more. She said she would order me some.

(E) On 02-25-17 and 02-26-17 I got up early and waited for my usual visit from my wife, but no one came. I missed breakfast both days and had two tablespoons o peanut butter to hold me until dinner on both days until 1730.

(F) On 02-26-17 at approximately 0900 I was upset and having chest pain. I took a nitro. Then I took another. These were both given to me by another person as I was out. My chest still hurt. I asked to be taken to medical.

(G) When I got to medical the CO took me right in to see nurse Johnson.

5

Nurse Johnson hooked me up to an EKG machine. But I was agitated and afraid because of the pain and couldn't sit still. She became angry. She took the wires off and told me to get out of medical. No one ever took my blood pressure or my pulse or respiration. I came back to my cubicle where I lay down.

(H) Around noon, SGT. Kirkham came to my cubicle where I was still laying down. He was angry. He yelled at me, saying: "Knock it off! You lost your visits for 30 days; now man up and deal with it! If you keep bothering staff, I'm gonna put you in Cass in on mental health watch! I rolled over and faced the locker and wept until I fell asleep. He scared the hell out of me.

(I) At approximately 1730, as I was being wheeled to chow, SGT Kirkham blocked my path on the side walk. He grabbed my I.D. and looked at it. He said: "Knock it off!" to me again and walked away.

(J) I did not receive any nitroglycerin tablets until a full week after I ran out, on or about 03-06-17.

7. I am still having trouble with my pacemaker, and I am still having chest pains. My pacemaker fires several times a day when it used to only fire once a day at most. I am afraid that I am going to have a heart attack because my pacemaker is malfunctioning as a result of what was done to me by the lieutenant, SGT Knight, SGT. Kirkham, COII Seagraves, and nurse Johnson. I am afraid to speak up because I'm afraid I'll be punished like SGT. Kirkham said. I need your help. I want these people to stop their abuse and neglect of me immediately.

I declare under penalty of perjury that the foregoing declaration is true and correct.

March 7, 2017.

_Arnold L. Geib_

Arnold L. Geib

7

# Exhibit 7

1  Douglas D. Yokois, ADC #240176
2  ASPC-Florence/South Unit/8-B-13-L
   P.O. Box 8400
3  Florence, Arizona 85132

4        In the United States District Court
5          For the District of Arizona
6

7        Declaration of Douglas D. Yokois
8

9  I. COMES NOW the Declarant, Douglas D. Yokois, and
10 states the following facts:
11

12    (A) Your Declarant knew inmate Arnold L. Geib, ADC
13 No. 247516 from approximately August 2016
14 until March 29, 2017.
15    (B) During the time your declarant knew Arnold L.
16 Geib ("Mr. Geib"), He assisted him with daily living
17 activities, including writing Mr. Geib's Decaration
18 of March 7, 2017.
19    (C) Your declarant is informed and believes that
20 Mr. Geib took a marked turn for the worse
21 on or about February 11, 2017 after he was
22 "wanded" with a handheld metal defector by
23 Correctional Officer II Seagraves.
24    (D) Your Declarant is informed and believes that
25 Mr. Geib's complaints of increased chest pain
26 and the firings of his pacemaker was due to
27 his pacemaker malfunctioning as a result of the
28 actions of Correctional Officer II Seagraves.

1   (E) Your Declarant witnessed Mr. Geib in acute
2   distress as a result of facts 1(C) and 1(D) above,
3   and witnessed nurses and Correctional Officers (C.O.)
4   II's and Sergeant Kirkham berate and scold Mr. Geib
5   for seeking medical treatment on several occasions,
6   including the one described by Mr. Geib occurring
7   on February 25, 2017, and on March 29, 2017 at
8   approximately 1400.
9   (F) Your Declarant witnessed Mr. Geib extremely
10  agitated after Inmate Louis Rodriguez and your
11  declarant were moved from building 7, where we
12  were assisting Mr. Geib, to building 8, where
13  we could no longer assist him.
14  (G) Your declarant is informed and believes that
15  Mr. Geib's heart attack was precipitated by
16  acute emotional distress resulting from Inmate
17  Rodriguez and your Declarant being moved to
18  prevent our being able to assist Mr. Geib, and
19  that his medical complaints were regarded with
20  deliberate indifference to his serious medical
21  needs.

22

23  2. I declare under penalty of perjury that the
24  foregoing declaration is true and correct.

25

26  April 3, 2017
27  _____
28  Douglas D. Yokois

2

# Exhibit 8

**U.S. Department of Justice**

Office of Justice Programs

*Office for Civil Rights*

_____

*Washington, D.C. 20531*

September 18, 2018

Douglas Yokois (Inmate No. 240176)
Florence Arizona Prison Complex
Arizona Department of Corrections
P.O. Box 8400
Florence, AZ 85132

        Re:        *Yokois vs. Az. Dep't of Corrs.* (18-OCR-1557)
                     Litigation Suspension

Dear Mr. Yokois:

The Office of Justice Programs, Office for Civil Rights, has received your Complaint
Verification information sheet in which you allege that you have been discriminated against by
the Arizona Department of Corrections (DOC) at the Florence Arizona Prison Complex based on
your Disability. We have determined that the DOC is currently receiving financial assistance
from the U.S. Department of Justice, Office of Justice Programs. Therefore, in order for this
office to docket and process a complaint, we need for you to sign, date, and return the enclosed
Identity Release Statement (IRS) authorizing us to notify the DOC of your allegations.

If we do not hear from you within 30 days from the date of this letter, we will close this matter
for failure to respond.

Sincerely,

X *Michael L. Alston*
_____
Michael L. Alston
Director
Signed by: MICHAEL ALSTON

Enclosure:    IRS

Douglas D. Yokois, ADC #240176
ASPC-Florence/South Unit/1CO4
P.O. Box 8400
Florence, Arizona 85132

September 24, 2018

In Re: Yokois vs. Az. Dep't of Corrs. (18-OCR-1557)
Litigation Suspension

Director Michael L. Alston
U.S. Department of Justice
Office of Justice Programs
Office of Civil Rights
810 Seventh Street, Northwest
Washington, D.C. 20531

Dear Director Alston:

1. I'm in receipt of your letter in regard to the aforesaid matter dated September 18, 2018.

2. In your letter you write "in order for this office to docket and process a complaint, we need for you to sign, date, and return the enclosed Identity Release Statement (IRS) authorizing us to notify the DOC of your allegations." However, when COII Davis delivered your letter to me on September 23, 2018, as legal mail, your envelope had been opened outside of my presence and the enclosed IRS was missing.

3. Unfortunately, I'm all too used to this

In Re: Yokois vs. Az. Dep't of Corrs. (18-OCR-1557)....
September, 24, 2018
Page 2.

type of retaliation, harassment and abuse of
me by prison officials for my filing grievances
and lawsuits against them. Therefore, I've
created my own Identity Release Statement.
I've adapted and improvised my own IRS
based upon an Unsworn Declaration under
Penalty of Perjury that is admissible in
any U.S. federal district, appellate, and even
the the U.S. Supreme Court: so it should
be sufficient for you to docket and process
my complaint against DOC; at least until
you send me a replacement IRS of your
own.

4. In an abundance of caution, I'm going to
try to send this letter and enclosed IRS to
you in the fastest manner I'm able to, overnight
if possible.

5. Thank you in advance for your prompt attention to this
matter. Please contact me if you have further questions.

Sincerely,

Douglas D. Yokois

encl: Improvised IRS

# United States District Court
## District of _____

| | |
|---|---|
| Douglas D. Yokois,<br>Plaintiff, | No. _____ |
| V. | Identity Release<br>Statement in<br>18-OCR-1557 |
| Az. Dep't of Corrs., etal,<br>Defendants. | |

<u>UNSWORN DECLARATION OF DOUGLAS D. YOKOIS</u>

1. I, DOUGLAS D. YOKOIS, am over the age of eighteen years old, am competent to testify as to the matters stated with this Declaration, have personal knowledge of these matters, and make this Declaration of my own free will.

2. I am a state prisoner confined in the Arizona Department of Corrections ("ADC").

I hereby authorize the United States government, acting on my behalf through the U.S. Department of Justice, Office of Justice Programs' Office for Civil Rights to notify the ADC of my allegations in my Complaint Verification information sheet in which I allege that I am being discriminated against by the ADC at the Florence Complex based on my Disability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2018.

Douglas D. Yokois, Declarant
ADC Prisoner No. 240176
ASPC-Florence / South Unit
P.O. Box 8400
Florence, Arizona 85132

CERTIFICATE OF SERVICE

I certify that on September 24, 2018, I filed the original and a copy of the foregoing document by placing them in the prison's internal mail system with First-class

(2)

1  postage prepaid by me to be delivered
2  by U.S. Mail to:
3  Director Michael L. Alston
4  U.S. Department of Justice
5  Office of Justice Programs
6  Office for Civil Rights
7
8  Washington, D.C. 20531
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(3)

# Exhibit 9



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter

Address one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | Florence/South | 12-03-2018 |

| TO | LOCATION |
|---|---|
| Charles L. Ryan | 1601 W. Jefferson Phoenix, Arizona 85007 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Subject: Preservation of Records Relating to Exhausted Administrative Remedy Case Number SUMED018010.

1. I respectfully request that you preserve and maintain all records relating to the subject-named administrative remedie(s), that was made unavailable to me by COIII Bell.

2. This preservation of records request is being made pursuant to Arizona's Freedom of Information Laws, and I hereby request that you immediately sequester the aforesaid requested records, provide me with an index of said records and/or catagories of <u>all</u> records that were generated in relation to said administrative remedie(s), and the reasons that any of these records are being/have been withheld from me.

3. If you choose to ignore my request and/or do not respond to this, my Inmate Letter, within a timely manner, I will deem you are personally denying me access to aforesaid information in violation of state law under color of state law, outside the scope of your duties. Respectfully submitted,

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 12-03-2018 |

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No

If yes, give the staff member's name: See Administrative Remedy Case No: SUMED018010

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, <u>Inmate Disciplinary Procedure</u>.*

Distribution:  Original – Master File
Copy – Inmate

916-1
5/10/17

7017 0530 0001 1768 0466

**CERTIFIED MAIL RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Certified Mail Fee $3.45
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postage $ .50

Total Postage and Fees
$ 3.95

Sent To Charles L. Ryan
Street and Apt. No., or PO Box No. 1601W Jefferson
City, State, ZIP+4® Phoenix, AZ 85007

17-04-2018

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles L. Ryan
1601W. Jefferson
Phoenix, AZ 85007

9590 9402 3235 7196 4187 11

2. Article Number (Transfer from service label)

7017 0530 0001 1768 0466

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]       ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
E. Stevenson                     12-7-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Request for Withdrawal - Internal**          0701

Use BLACK INK only

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Yokois, Douglas D. | 240176 | Florence / South |

| AMOUNT | REASON (Please provide documentation, as applicable) Pres. Recs. in re SUWEDD18010 |
|---|---|
| $ 3.92 | to Charles L. Ryan — Certmail# 7017-0530-0001-1768-0466 |

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 12-04-2018 |

**DISPOSITION**

| CO III OR DESIGNEE NAME (Last, First M.I.) (Please print) | TITLE COII |
|---|---|

| SPENDABLE BALANCE | DOCUMENTATION PROVIDED/VERIFIED? ☐ Yes ☐ No  If yes, what type? |
|---|---|
| $ | |

☐ Approved
☐ Disapproved

PLEASE PROVIDE COMMENTS IF DISAPPROVED

DATE (mm/dd/yyyy)

Distribution:    White - Inmate Banking
                 Canary – CO III
                 Pink - Inmate

905-1
4/27/17

Douglas D. Yokois, ADC# 240176
ASPC - Florence/South Unit/0701
P.O. Box 8400
Florence, Arizona 85132

December 3, 2018

Subject: Parsons v. Ryan has no impact on quality of
health care at South Unit.

Ms. Corene Kendrick, Esq.
C/o Tania Amavillas, Investigator
under Rita Lomio
Prison Law Office
General Delivery
San Quentin, California 94964-0001

Dear Ms. Kendrick:

1. On November 19, 2018, I experienced a life –
threatening, non–ketotic diabetic coma with a
cardiac arythmia, during which I nearly died. The
under trained, under staffed and frequently
unscheduled Health Care Providers (HCPs) could not
treat these medical emergencies here; yet, they
had to obtain permission to call 911 to activate
EMS. I had to be cardioverted twice to restore
my normal cardiac sinus rythm enroute to hospital.
It was a terrifying experience.

2. I was returned to South Unit in the evening on
November 21, 2018, still sore and stiff from the

December 3, 2018
Page 2

near-fatal emergency, which has just a fifty percent survival rate. I learned that while I was hospitalized, (1) Prison officials started a rumor that I had overdosed on heroin (I didn't); and (2), used this rumor as a pretext to read through all of my legal papers, mixing them up; and that (3) several thousand dollars of valuable legal books were inexplicably missing from my property. Consequently, my ability to respond to a summary judgment motion in Yokois v. ADC, et al., CV-16-02856-PHX-DCC(MHB) is being frustrated and impeded. I filed a grievance about the missing property, and I'm awaiting replacement books. But I've been left weakened and confused by the medical emergency which nearly took my life.

3. I filed an Emergency Medical Complaint after not receiving an answer to four (4) HNRs and an Inmate Letter, all marked "URGENT" and requesting followup treatment and answers to my questions. When I tried to ask a nurse a question about how I should care for myself while I was waiting in medical, I was placed on report by security staff. The Emergency Medical Complaint was returned to me unprocessed, claimed not to be an emergency by non-medical prison official, rendering my administrative remedy unavailable to me in this matter. I'm informed and believe, based

Parsons v. Ryan
December 3, 2018
Page 3

upon my observation of the proceedings in Parsons, that the ADC is going to murder me by neglect of my medical needs.

4. I'm nearly 59 years-old. I'm a disabled (40%) combat veteran. I have 11 years of emergency medical and health care administration experience. Now I'm going to die a lingering death in Arizona's Prison System from willful and deliberate medical neglect. The medical contractor has built the cost of litigation into its business model. They're raking in millions of dollars in profits while denying meaningful health care to some of the most vulnerable and disenfranchized people in the country: prisoners. They're aided and abetted by the very government that is supposed to protect us. I'm willing to fight these domestic enemies of the U.S. Constitution, but I need guidance and direction. Please don't send me a form letter. I need meaningful help now.

Douglas D. Yelkois

cc: file

encl: Exhausted Emergency Medical Complaint dated November 30, 2018.

X 1

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Request for Withdrawal – Internal

0701

Use BLACK INK only

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Yohois, Douglas D. | 240176 | Florence / South |

| AMOUNT | REASON (Please provide documentation, as applicable) |
|---|---|
| $ 0.63 | ~~~~~ 018010 to PLO's Corene Kendrick  Legal mail in re sumED |

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 12-04-2018 |

## DISPOSITION

| CO III OR DESIGNEE NAME (Last, First M.I.) (Please print) | TITLE |
|---|---|
| | CO II |

| SPENDABLE BALANCE | DOCUMENTATION PROVIDED/VERIFIED? ☐ Yes ☐ No   If yes, what type? |
|---|---|
| $ | |
| ☐ Approved | PLEASE PROVIDE COMMENTS IF DISAPPROVED |
| ☐ Disapproved | |
| | DATE (mm/dd/yyyy) |

Distribution:   White - Inmate Banking
Canary - CO III
Pink - Inmate

905-1
4/27/17

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | Florence/South | 12-03-2018 |

| TO | LOCATION |
|---|---|
| Adam Perkins, FHA | Complex Administration |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Subject: My post-hospitalization followup care was inadequate.

1. The severity of the illness that required my receiving emergency treatment, transportation, and hospitalization demands further evaluation by the offsite internal medicine specialist who saved my life. The mid-level Health care providers at Florence's South Unit; when you bother to schedule them, don't have the knowledge, skills, and abilities or experience to provide me with adequate treatment and continuity of care.

2. Your immediate attention is required. I expect a timely written response to this Inmate Letter in compliance with ADC policy.

cc: Corene Kendrick, Esq.

encl: exhausted Emergency Medical Complaint "SUMED018010" dated 11-30-2018.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 12-03-2018 |

Have You Discussed This With Institution Staff? ☑ Yes ☐ No

If yes, give the staff member's name: CO III Bell (see SUMED018010)

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

7017 0530 0001 1768 0473

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam Perkins, FHA
ASPC-Florence
P.O. Box 8400
Florence, AZ 85132

9590 9402 3235 7196 4187 97

2. Article Number (Transfer from service label)

7017-0530-0001-1768-0473

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
E Vasquez                        12/8/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Request for Withdrawal - Internal

0701

Use BLACK INK only

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Yokois, Douglas D. | 240176 | Florence/South |

| AMOUNT | REASON (Please provide documentation, as applicable) Cert Mail #7017-0530-0001-1768-0473 |
|---|---|
| $ .768 | to FHA Adam Perkins in re SWIEDO/3C010 |

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 12-04-2018 |

---

**DISPOSITION**

| CO III OR DESIGNEE NAME (Last, First M.I.) (Please print) | TITLE |
|---|---|
| | |

| SPENDABLE BALANCE | DOCUMENTATION PROVIDED/VERIFIED? ☐ Yes ☐ No   If yes, what type? |
|---|---|
| $ | |

☐ Approved
☐ Disapproved

PLEASE PROVIDE COMMENTS IF DISAPPROVED

DATE (mm/dd/yyyy)

Distribution:   White - Inmate Banking
Canary – CO III
Pink - Inmate

905-1
4/27/17

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

*For distribution:  Copy of corresponding Inmate Letter must be attached to this response.*

| Inmate Name *(Last, First M.I.)*<br>YOKOIS, DOUGLAS D.    Dorm 7-1 | ADC Number<br>240176 |
|---|---|

| Institution/Unit |
|---|
| ASPC/F/South Unit |

| From<br>COIII Bell | Location<br>ASPC/F/South Unit |
|---|---|

Regarding:  Inmate Grievance

Your grievance attempt is being returned.  You have addressed it as an Emergency Medical Complaint. This is not deemed an emergency by medical and security supervision.  You must go through the standard Inmate Informal Complaint process first.

| Staff Signature   *S. Bell* | Date<br>11-8-18 |
|---|---|

Page 1 of 11

SUMEDC18010

916-2
5/13/10

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

MEDICAL COMPLAINT

| Received By | Bell |
|---|---|
| Title | Co III |
| Badge Number 2019 | Date 11/30/18 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name *(Last, First M.I.)* Yokois, Douglas D. | ADC Number 240176 | Date 11-30-2018 |
|---|---|---|
| Institution/Facility Florence/ South Unit | Case Number A02 - - 018 | |

To: Charles L. Ryan
1601 W. Jefferson, Phoenix, Arizona 85007

**Description of Grievance** *(To be completed by the inmate)*

After suffering a near-fatal diabetic non-ketotic coma and associated cardiac arythmia on 11-19-2018, I am not receiving adequate followup medical care, which violates my civil and statutory state and federal rights. You have breached your duty to ensure I receive adequate medical care and treatment. Consequently, you are subjecting me "to substantial risk of medical harm, personal injury or cause other serious and irreparable harm," D.O. 802.01.1.7. Pursuant to 28 CFR Part 40, Order 957-81, I am filing this Emergency Medical Complaint against you and the state.

**Proposed Resolution** *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1. I used informal means by submitting four separate HNR's and one Inmate Letter to medical after waiting for 48 hours without any followup treatment. Please see attached supporting documentation.

(Continued next page

| Inmate's Signature | Date 11-30-18 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

Action taken by _____  Documentation of Resolution or Attempts at Resolution.

Returned to inmate / see attached memo

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yolois, Douglas D. | 240176 | Florence/south | A02-      -018 |

(continued from page 1)

2. Later that same morning I was invited to speak with Nurse Owiti after I asked to confer with him in the medical unit. Because I attempted to use my informal means with him, I was placed on report by COII Pero, badge #1803. Please see Inmate Disciplinary Case Number 18-A02-0704. Although the Disciplinary Coordinator reviewed the video and admitted that he witnessed Nurse Owiti gesture for me to come into his office, I was still found guilty of a 25B - Resisting or Disobeying a Verbal or Written Order, which he resolved informally, instead of Dismissing it.

3. On 11-26-2018, after waiting more than 24 hours after submitting aforesaid HNRs, all of them plainly marked URGENT, I was taken to Florence's Central Health Unit (CHU) because Corizon fails to adequately staff South Health Unit (SHU) with a medical provider.

4. I saw a female medical health care provider (HCP). She didn't inform me of her name or her qualifications, she informed me she had no idea why I had suffered a superior ventricular tachycardia; didn't know whether I was still Diabetes Mellitis II or if I was now Diabetes Mellitis I; didn't know if I should now have an order for insulin; told me I must remain on warfarin and cardiac medication for the rest of my life; didn't issue an order for me to be given an "I take Coumadin" badge. She didn't perform a (continued next page)

| Signature | Date |
|---|---|
|  | 11-30-2018 |

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

SUNH018010

802-7
2/1/13

Page 3 of 11

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | Florence/South | A02- -018 |

(Continued from page 2)

physical examination, although she did listen to my chest with a 79¢ disposable stethyscope. The HCP told me: "I am your followup; you won't see the doctor who saved your life." She refused to order an EKG or follow up labs for me.

5. This is not adequate continuity-of-care. This is not consistent with the community standards of healthcare in Florence, in Arizona, in the first, second, or the third world. If I were a dog, a cat, a hamster, or a goldfish, you'd be prosecuted for animal neglect. You've been sued in Parsons v. Ryan and numerous other civil actions, yet you continue to willfully violate my rights and the laws of this state, nation, and international minimum standards of human decency. You've been found to be in contempt of the Parsons settlement, cost the people of Arizona tens of millions in fines and legal fees, and are continuing to do so with impunity due to your personal policy and custom of deliberate indifference to the serious medical needs of myself and those in your custody and control. ENOUGH. This stops now!

6. In order to resolve my problem, I require that you immediately (a) have my meds adjusted; (b) order a Holter-monitor of my heart; (c) discontinue the Coumadin; (d) order that I receive daily blood pressure checks and blood sugar checks; and (e) receive a followup appointment with the doctor who saved my life.

| Signature | Date |
|---|---|
|  | 11-30-2018 |

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

SCANNED 018010    802-7  2/1/13

Page 4 of 11



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

URGENT

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | Florence/South | 11-24-2018 |

| TO | LOCATION |
|---|---|
| Medical Records Custodian | Medical Records Department |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Subject: Urgent Request for post-hospitalization medical Records Review.

1. I urgently need to review the following information:
   (A). Admission History and Physical.
   (B). Discharge Summary.
   (C). Consultation reports with (1) Pulmonology (2) Nephrology;
   (3) Cardiology; and (4) Endocrinology.

2. This medical records review request is independent from the request I submitted on 11-05-2018. This request encompasses only my emergency treatment and hospitalization from 11-19-2018 through 11-21-2018.

3. Thank you in advance for your timely response to my urgent request.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
|  | 11-24-2018 |

Have You Discussed This With Institution Staff?  ☐ Yes   ☐ No

If yes, give the staff member's name:

*Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.*

SUIMEDC18010

Distribution:   Original – Master File
                Copy - Inmate

Page 5 of 11

916-1
5/10/17

URGENT

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

CHRONIC CARE FOLLOWUP

Date: _____
Time: _____
Initials: _N.S._

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Tokois, Douglas D. | | 240176 | 11-24-2018 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| 6701 | South | 8400 | Florence/South |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

_Three days near-total diabetic emergency resulting in very pain-
ful gelled Rx and hospitalized from 11-17 to 11-19. Urgent 11-21-2018
I want to ask what happened - explained to my facility health care
staff. Does the drug I need to know is not what I asked for.
Did I have a high blood sugar ketotic diabetic coma?_

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO _There is no charge for Chronic care followup health care_

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

SUMEDO18AD

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

*CHRONIC CARE FOLLOWUP*

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yukois, Douglas O. | 240178 | 11-24-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence/South |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

when I was discharged from Mountain View Hospital on
11-21-2018 after my life-threatening diabetic coma which I nearly
survived on 11-15-2018. The attending physician told me that I needed
(1) Acu-checks FID/AD different cardiac medications (3)
insulin PRN/Glucagel PRN. I need these urgently. I am urgently

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

SUWED CIBOLO

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

*Page 2 of 11*

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

*URGENT* CHRONIC CARE FOLLOW UP

| Date : |
|--------|
| Time: |
| Initials: |

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D | 249176 | 11-24-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

On 11-19-18 I barely survived a life-threatening diabetic coma. I need a follow up visit with the Internist who saved my life. I have to get off the metformin and dispense that my kidney is now saturated and the Januvia & my OMT wound out. The health units you been taken to required at least expert to help me. I require rehabilitative care, not going to going to treating me, the DR urgently.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| INMATE SIGNATURE/FIRMA DEL PRISIONERO |
|---|
| No Given for Chronic Care Follow Up. Is Joint |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

SIGNED CI BCIC

1101-10ES
12/13/16

SECTION 4, HNR

Page 8 of 22

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**     CHRONIC CARE FOLLOW UP

Date : _____
Time : _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-24-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 07D1 | South | 3400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   No Charge for Chronic care Follow up

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☑ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
|  |
|  |
|  |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state.  [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur – Prisionero

SECTION 4, HNR     Page 7 of 11

1101-10ES
12/13/16

**Inmate Disciplinary Report**

Please PRINT or TYPE all information

Date example: (mm/dd/yyyy)

7-1-L

Case Number **18-A02-0704**

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| YOKOIS, D. | 240176 | ASPC/FLORENCE/SOUTH |

CHARGE: GROUP NUMBER AND TITLE  25B RESISTING OR DISOBEYING A VERBAL OR WRITTEN ORDER

**I. Statement of Violation** (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On the below date and approximate time inmate Yokois 240176, 71L was in medical for an eye line appointment. He was seated in his wheelchair in the waiting area/lobby. I found him in RN Owitis office area without being escorted or asked to go into the nurses office area. RN Owiti DID not call him into the restricted area. Signs are clearly posted in medical not to enter the restricted office areas without an escort or they will be subject to disciplinary. CoII Pero 1803 verbally placed Yokois 240176 on report in medical. This report written by CoII Pero 1803 on 11-24-2018 at 1130 hours. End of report. P

| DATE / TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | SID NUMBER |
|---|---|---|
| 11-24-18, 0930 | Pero, P. | PP58 |

| SIGNATURE | DATE / TIME COMPLETED |
|---|---|
| CoII Pero 1803 | 11-24-18, 1130 |

| DISPOSITION | DATE / TIME REVIEWED |
|---|---|
| Refer | 11/24/18, 1353 |

| SHIFT SUPERVISOR REVIEW BY (Last, First M.I.) (Please print) | SIGNATURE | DATE |
|---|---|---|
| S. Kirkham   5193 | D. Kirkham | 11/24/2018 |

**II. Delivery of Charge:** I hereby certify that on _____ at _____ hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

INMATE WAS OFFERED STAFF ASSISTANCE AND IT WAS:

☐ Accepted      ☐ Declined

| INMATE SIGNATURE | DELIVERING OFFICER SIGNATURE |
|---|---|
| | |

**III. Report of Investigation**

FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-8)

| INVESTIGATING OFFICER (Last, First M.I.) (Please print) | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|
| | | |

**IV. Disposition:** This case was handled as:       ☐ Misdemeanor Violation: Reason for finding of guilt:

☐ Felony Violation: Refer to Disciplinary Hearing Officer       I/n Pleas Not Guilty

☒ Informal Resolution   ☐ Dismissed/Not Guilty

**Penalty Assessed For A Minor Violation**

☐ _____ Hours Extra Duty   ☐ Reprimand           ☐ Other _____

☐ Return/Forfeit Contraband Items

☐ _____ Days Loss of Privilege

For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective this date, he/she has five calendar days to appeal.

| INMATE SIGNATURE | DATE / TIME |
|---|---|
| | NOV 2 7 2018   12:23 |

| COORDINATOR'S SIGNATURE | DATE / TIME |
|---|---|
| CoIII #1860 | NOV 2 7 2018   1223 |

Distribution:   Coordinator to make two copies of form; Original to Master Record
File Copy to Institutional File
Copy to Inmate

803-1(e)
1/21/16

## Inmate Pass

**NAME:**       **YOKOIS**

**ADC NO:**      **240176**

**Housing:**     **7-01-L**

---

**Reason:**      **Disc Hearing**

**Date:**        **11/27/2018**

**Time:**        **1230**

**Location:**    **Discipline Office**

# Exhibit 10

*Chronic Care*



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

*Urgent*

| Date : |
|---|
| Time: |
| Initials: |

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Yokois, Douglas D. | | 240176 | 01-05-2019 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| O701 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de ese cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

| AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Eyes/Ojos      ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!

*Once again you've neglected your duty to renew one of my life-sustaining medications to prevent a lapse in my receipt, thereby violating PMH 13. This time it's metform 1gm BID, which stopped on 01-07-2019, Rx#4133697. Why wasn't it renewed during my chronic care visit with NP Hohn on 12-12-2018?*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento a quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO *No charge for chronic care medication renewals. I do not waive my right to demand adequate community standard of healthcare treatment. —Wlwis*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☒ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Eyes/Ojos      ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA JAN 5 '19 8:04 |
|---|---|---|

### SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| *Medication renewed* |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



METFORMIN HCL
~GLUCOPHAGE~

**1000 MG**

Exp:10/2019
4200037A
102518DMR-04/21:092400

67877056310.3

PharmaCorr(OKC)    8785 Camille Ave, Oklahoma City, OK 7314.
4419-(DRM7)       808-321-7774 Fax:808-200-7774
                                                240176

**YOKOIS, DOUGLAS**
**METFORMIN HCL 1000 MG~TABS**
30 OF 60        QTY: 60    RFL: 0   Eqv:GLUCOPHAGE

TAKE 1 TAB BY MOUTH TWICE DAILY FOR 180 DAYS;
>>KOP<<>> TAKE WITH FOOD <<

**632**
Disp: 11/08/18
Start: 07/12/18
Stop: 01/07/19
(AZ)  ASPC FLORENCE - SOUTH UNIT
IGWE,DOROTHY,NP,                RPh: ZLP    X# 41336917

*Chronic Care*



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)** *Followup*

| Date : |
|---|
| Time: |
| Initials: M.O |

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 01-04-2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

I request that NP Hahn communicate the results of the diagnostic tests performed for me on 12-18-2019

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO No charge for chronic care followup treatment. I do not agree to waive my right to participate in my health care treatment decisions.

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | JAN 5 '19 8:46 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Lab test already reviewed by provider initial and faxed over to pt |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | JAN 5 '19 8:46 |

This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

SUMEDO19001

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16



# ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**



Date :
Time :
Initials :
JAN 2 '19 3:03

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 01-01-2019 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Since I've been taking warfarin I'm constantly cold Please give me a SNO so that I can cover myself with a blanket as needed during the day

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   I do not agree to be charged for chronic care. I do not waive my right to participate in my own health care treatment decisions. — *[signature]*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☑ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☑ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *[signature]* | | JAN 2 '19 3:03 |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

Can Buy Blanket at store if wants

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *[signature]* | | JAN 2 '19 3:03 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

URGENT



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

| Date : |
|---|
| Time : |
| Initials : |

---

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois | 240176 | 01-01-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

---

**SECTION/SECCIÓN II**

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☐ Medical/Médico | ☒ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA IN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Today a metal filing fell out of one of my upper
left teeth. Now my tooth really hurts and is
sensitive to air and hot/cold. I need urgent dental
treatment. I'm in pain.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| INMATE SIGNATURE/FIRMA DEL PRISIONERO  I do not agree to waive my right to participate |
|---|
| in my healthcare decisions |

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX** [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

---

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☒ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  | JAN 2 '19 8:03 |

---

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| ✓✓ refer to dental |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  | JAN 2 '19 8:03 |

---

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**     *URGENT*

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 12-27-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

10/19 MHN

*Once again, you've neglected your duty to refill one of my life-sustaining medications to prevent a lapse, thereby violating PM#13. This time its simvistatin 20 mg 1 tab QD, which stopped on 12-01-18, Rx# 41169480. Why wasn't it refilled during my chronic care visit on 12-17-18 ?*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO *No charge for chronic care med refills. I do not waive my right to participate in my health care decisions.*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCIÓN III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☑ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
|  |  |  |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
|  |
|  |
|  |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
|  |  |  |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



68 80047903.30

SIMVASTATIN
~ZOCOR~
**20 MG**                         TABS
Exp:10/2019                       ZOCOC
G803284                           LUPIN
100418THP-03/21:131507            0

PharmaCorr(OKC)   6705 Camille Ave. Oklahoma City, OK 731a.
PH: 4419-(DRM7)        888-321-7774 Fax:888-288-7774
YOKOIS, DOUGLAS                              240176
SIMVASTATIN 20 MG TABS
30 OF 30   QTY: 30   RFL: 0   Eqv:ZOCOR
TAKE 1 TAB BY MOUTH AT BEDTIME FOR 180 DAYS >>KOP<<

**557**
Disp: 10/18/18
Start: 06/05/18
Stop: 12/01/18
(AZ)  ASPC FLORENCE - SOUTH UNIT
IGWE,DOROTHY,NP,
RPh: CLL   :X# 41169480



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: DEC 28 '18 8:17
Time: _____
Initials: M. D

---

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 12-27-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

---

**SECTION/SECCIÓN II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*  ☒ Medical/Médico  ☐ Dental  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I request that NP Hahn communicate the results of the diagnostic test performed for me on 12-14-18.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO  No charge for chronic care followup treatment. I do not agree to waive my right to participate in my health care treatment decisions — Oily

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

---

**SECTION III/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA DEC 28 18 8:17 |
|---|---|---|
| *(signature)* | | |

---

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

Request lab test results. Lab test results printed out and handed over to pt.

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA DEC 28 18 8:17 |
|---|---|---|
| *(signature)* | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



**ARIZONA DEPARTMENT OF CORRECTIONS**

Chronic Care
(second Request)

**Health Needs Request (HNR)**

Date: DEC 25 '18 8:54
Time:
Initials:

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 12-24-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente) ☑ Medical/Médico ☐ Dental ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I'm in extremely severe pain because you discontinued my NSAID ibuprofen 600mg BID without ordering me anything to replace it. We discussed your ordering gabapentin; you told me you'd try to get it approved. That was on 12-12-18 - 12 days ago. I am in such pain that I cannot sleep at night, nor can I concentrate on my legal work. I need the ibuprofen or gabapentin now.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exeniones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO I do not agree to be charged for chronic care or medication refills. I do not waive any right to participate in my health care decisions. (illegible)

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médico ☐ Dental ☑ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | DEC 25 '18 8:54 | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

Refer to provider line.

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | DEC 25 '18 8:56 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

Page __ of __

SAMEDO19001

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : _____
TIME DEC 21 '18 08:15
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 12-20-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☐ Medical/Médico  ☒ Dental  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I need some filings, Please.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**   Referred to Dental

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☒ Dental  ☐ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA DEC 21 '18 8:15 |
|---|---|---|

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

Placed on Dental Routine list

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) 12 27 18 | TIME/HORA 0600 |
|---|---|---|

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA]  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  [NO USE UNA HOJAS!]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
        Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



**ARIZONA DEPARTMENT OF CORRECTIONS**

*Chronic Care*
*Equipment Followup*

**Health Needs Request (HNR)**

Date : _____
Time: DEC 8 '18 8:03
Initials: MND

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 12-07-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(Marque Un Espacio Solamente)*  ☐ Medical/Médico  ☐ Dental  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☒ Other (specify)/Otros (especifique) _Medical Supplies_

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Today at medical I was handed 1 fine particle air filter for my CPAP machine. My owner's manual states "the air inlet filter should be checked every 10 days... If you have ... fine particle air filter..., inspect ~~every~~ ~~10~~ ~~days~~ this filter and replace it if it shows signs of dirt or damage." I want you to state to me in your response just how many days you expect this fine particle filter to last in this dry, desert environment.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio medico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporciona.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO  No charge for chronic care followup. I do not waive my right to participate in my health care decisions. -Dkg

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☒ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *(signature)* | DEC 8 '18 8:03 | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

It is your responsibility to follow instruction that come with equipments you use at home.

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| *(signature)* | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/13/16

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)** URGENT

Followup Required

Date : DEC 7 1989.12
Time :
Initial :

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas P. | 290176 | 12-06-19 |

| CELL/BED NUMBER/CELDA/NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I read my discharge summary today. The cardiologist that saved my life wanted me to have a followup visit within 2 days after my discharge from hospital with him. The HCP's refusals to follow my offsite cardiologist's post-discharge orders is compromising my recovery. Dr. Kumar told me I need further cardiac/lab/imaging tests. I don't feel well and your refusals to comply with his orders are putting my life in jeopardy

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO No charge for chronic/followup care.
I do not waive my right to participate in my health care decisions. ***

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
|  | DEC 7 1989.12 |  |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
|  |  |  |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

*Chronic Care*
*Followup : URGENT*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : DEC 7 '18 8:13
Time:
Initials: _____

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial)
Yokois, Douglas D.

ADC NUMBER/NÚMERO DE ADC
240176

DATE/FECHA (mm/dd/yyyy)
12-06-2018

CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA
0701

UNIT/UNIDAD
South

P.O. BOX/APARTADO POSTAL
8400

INSTITUTION/INSTALACIÓN: ADC
Florence

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below)/ÁREA DE INTERES (Marque Un Espacio Solamente)    ☑ Medical/Médico    ☐ Dental    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Over 1 month ago I wrote to you and requested 3 SNOS be renewed. Why hasn't this been done? Just issue/renew the SNOS I need, now.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO    I do not agree to be charge for chronic care/followup tx, and I refuse to waive my right to participate in my health care

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☑ Other (specify)/Otros (especifique)

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

URGENT
*Chronic Care*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : DEC 7 18 8:13
Time:
Initials:

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 12-06-2018 |

| CELL/BED NUMBER/CELDA / NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 070] | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☐ Medical/Médico   ☐ Dental   ☐ FHA

☑ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramente y sea específico.  ¡NO USE MAS HOJAS!

What do you mean, "ibuprofen renewed for 15 days pending provider utilization, nurse Raney? My prescription is written by a physician as 600mg BID, not PRN, and it is for my chronic pain/inflammation. I'm a disabled veteran receiving VA disability compensation. You need to have my ibuprofen renewed per the physician's orders immediately.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO I refuse to be charged for chronic care med refills, and I do not waive my rights to participate in my health care decisions.

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☑ Other (specify)/Otros (especifique) | | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)** *Chronic Care*

Date: _____
Time: DEC 7 '18 8:13
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) / (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Yokois, Douglas D. | | 240176 | 12-06-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☑ Other (specify)/Otros (especifique) **Medical Supply** | | | |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

My Devilbiss CPAP Humidifier is not working currectly. I need an immediate replacement.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO  No charge for chronic care medical equipment replacements, and I do not waive my right to participate in my healthcare - Edib

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☑ Other (specify)/Otros (especifique) | | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA DEC 7 '18 8:13 |
|---|---|---|

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA DEC 7 '18 8:13 |
|---|---|---|

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca -- Health Unit/Unidad de Salud
Canary, Pink & Goldenrod -- Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

*2nd Request*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**   *Chronic Care*

| Date : DEC 5 '18 8:29 |
|---|
| Time: |
| Initials: NU |

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokuis, Douglas D. | 240176 | 12-04-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☑ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

Please  renew/refill  my  ibuprofen  600mg BID.

1112  RTV IN 11'N

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO  There is no charge for chronic care/medicate renewals or refills. I don't waive my rights to participate in my own health care treatment decisions.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☑ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Ibuprofen renewed for 10 days pending provider evaluation

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

*URGENT*



# ARIZONA DEPARTMENT OF CORRECTIONS

*CHRONIC CARE FOLLOWUP*

## Health Needs Request (HNR)

Date : _____

Time: NOV 25 '18 8:25

Initials: M. D

---

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-24-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence/Saeth |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

---

### SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

Since my near-fatal diabetic emergency resulting in my being cardiverted x2 and hospitalized from 11-19-2018 through 11-21-2018, I haven't had what happened explained to me fully by health care staff. One of the things I need to know is, but isn't limited to: Did I have a ketotic or a non-ketotic diabetic coma?

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO There's no charge for chronic care follow up treatment. I do not waive my right to participate in my health care — _Yokois_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

---

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *(signature)* | | NOV 25 '18 8:25 |

---

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCIÓN

Scheduled with Provider

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *(signature)* | | NOV 25 '18 8:25 |

---

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state.  [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

URGENT



# ARIZONA DEPARTMENT OF CORRECTIONS

CHRONIC CARE FOLLOWUP

**Health Needs Request (HNR)**

Date : _____

Time: NOV 25 '18 3:26

Initials: M D

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-24-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence /South |

You are required to be truthful. Failure to be cooperative and any abuse ot the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

When I was discharged from Mountain View Hospital on 11-21-2018 after my life-threatening diabetic coma which I barely survived on 11-19-2018, The attending physician told me that I needed (1) Accu checks TID; (2) 2 different cardiac medications; and (3) insulin PRN/glucogel PRN. I need these ordered for me urgently.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por (e)ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   No Charge for Chronic Care/Follow up. I do not waive my right to participate in making my own health care treatment decisions. — [signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| [signature] | | NOV 25 '18 3:26 |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCIÓN |
|---|
| Scheduled with Provider |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| [signature] | | NOV 25 '18 3:26 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

URGENT



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

CHRONIC CARE
FOLLOW UP

Date: NOV 25 '18 8:27
Time:

Initials: M.D.

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial)

Yokois, Douglas D

ADC NUMBER/NÚMERO DE ADC

240176

DATE/FECHA (mm/dd/yyyy)

11-24-2018

CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA

0701

UNIT/UNIDAD

South

P.O. BOX/APARTADO POSTAL

8400

INSTITUTION/INSTALACIÓN: ADC

Florence

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

On 11-19-18 I barely survived a life-threatening diabetic coma. I need a followup visit with the Internist who saved my life. I have to get off the warfarin and lopressor, have my kidney disease evaluated, and be informed if my DM II is now DM I? This health unit's provider lacks the required skills and expertise to treat me. I need pre-consultation EKG, kidney workup, and fasting labs for DM urgently.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer o imponer a quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO No Charge for Chronic Care Followup - I do not waive my right to participate in my health care treatment decisions - Yokois

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☑ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

NOV 25 '18 8:27

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Scheduled with Provider

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

NOV 25 '18 8:27

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

URGENT

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

CHRONIC CARE
FOLLOW UP

Date : _____

Time: NOV 25 '18 8:27

Initials: M. O

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-24-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

Why haven't I seen the provider since my near-fatal diabetic emergency on 11-19-18? She needs to explain what happened to me and what is my future treatment plan. I need a follow up appointment with the MAN that saved life. I need new kidney, diabetes, a EKG post-hospitalization.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio medico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   No Charge for Chronic Care/follow up
I do not waive my right to participate in my health care — D.Y.

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☑ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*   _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *[signature]* | | NOV 25 '18 8:27 |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

Scheduled with Provider

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *[signature]* | | NOV 25 '18 8:27 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod -- Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Letter**

## URGENT

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | Florence / South | 11-24-2018 |

| TO | LOCATION |
|---|---|
| Medical Records Custodian | Medical Records Department |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Subject: Urgent Request for post-hospitalization medical Records Review.

1. I urgently need to review the following information:
   (A). Admission History and Physical.
   (B). Discharge Summary.
   (C). Consultation reports with (1) Pulmonology; (2) Nephrology; (3) Cardiology; and (4) Endocrinology.

2. This medical records review request is independent from the request I submitted on 11-05-2018. This request encompasses only my emergency treatment and hospitalization from 11-19-2018 through 11-21-2018.

3. Thank you in advance for your timely response to my urgent request.

Scheduled-

*[signature]*
Medical Records Clerk

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *[signature]* | 11-24-2018 |

Have You Discussed This With Institution Staff?  ☐ Yes  ☐ No

If yes, give the staff member's name:

**Note:** Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original – Master File
Copy - Inmate

916-1
5/10/17

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

O-7.01

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED.  Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Yokois, Douglas D. | 240176 | Florence/South | 11-05-2018 |

| TO | LOCATION |
|---|---|
| Medical Records Custodian | Medical Records Dept. |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

Subject: Medical Records Review.

1. Please schedule me to be able to review my <u>entire</u> medical record in a timely manner. I will bring a pen, pencil and some blank paper to make notes.

2. I have civil actions ongoing against the ADC in which I am representing myself; as my own attorney I will be requesting copies of selected record entries.

3. Thank you in advance for your prompt, timely response to my request

Scheduled
~~Approved~~
Medical Records Clerk

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
|  | 11-05-2018 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If yes, give the staff member's name:

**Note:**  Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate re... correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to and/or discipline pursuant to Department Order 803, <u>Inmate Disciplinary Procedure</u>.

Distribution:   Original – Master File
                Copy - Inmate

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

URGENT

| Date : |
| Time : FEB 07 '18 8:13 |
| Initials : |

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-14-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| | | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☑ Other (specify)/Otros (especifique) _Medical Supplies_ | | | |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Where is my 4/PK of fine particle air filters, DVS1D-603, that I ordered on 11-14-2018? I've been without for several weeks now. Also, I now need a replacement CPAP Mask, Phillips Respironics Comfortgel Blue Full CPAP Face mask, size Large, with Large, with adjustable head strap.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aqui estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO _I do not agree to be charged for chronic care._

_I do not waive my rights to participate in my health care_

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCIÓN III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☑ Other (specify)/Otros (especifique) | | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

*Chronic Care*



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date : _____ |
|---|
| Time: _____ |
| Initials: _____ |

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-14-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| | | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)/Otros (especifique)* **Medical Supplies**

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

*I need a 4/PK of fine particle air filters, DV51D-603*
*The attached used filter was as white as this paper when new.*

I un~~derstand~~ ... ed a $4.00 Health Services fee (ex... ~~or~~ the visit that I am herein requesting. I further understand that by paying this fee ~~I do not have the right to dictate t~~... [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio medico de $4.00 por la cita ... ~~los las exenciones otorgadas por la ley).~~ ~~Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento~~ ...

INMATE SIGNATURE/FIRMA DEL PRISIONERO

*No Charge, Chronic Care -WW*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



**ARIZONA DEPARTMENT OF CORRECTIONS**

*Chronic Care*

**Health Needs Request (HNR)**

Date: ~~11-5-18 11:30~~
Time: _____
Initials: CO

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-05-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☒ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I need my annual diabetic eye check and exam for new prescription eyeglasses.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO *Chronic Care*
I don't agree to be charged or waive my rights — DY

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| Cindy | Referral opth edy | NOV 5 '18 11:30 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Reffered to the next eye clinic

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | NOV 5 '18 11:30 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



*Chronic Care*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)** *Follow up.*

Date: _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 11-05-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | ⌀8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* | | | |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I need the following SNOs renewed: (1) Long sleeve shirt; (2) Wide Brim Hat; (3) Exposure to direct sunlight only w/hat, sunscreen, sleeves, etc. I just had a chronic care followup appt. last month. Aren't you supposed to check my SNOs then? I don't need to see you, just issue the SNOs, please.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by state)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenxiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO I do not agree to be charged for a Chronic Care followup, and I refuse to waive any rights – ⟨signature⟩

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICIÓN DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* | | | | |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Medication Renewal*

Date : _____

Time: _____

Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yukois, Douglas D. | 246176 | 10-05-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) ☑ Medical/Médico  ☐ Dental  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

Please renew my chronic care medication
Ibuprofen.

I understand that, per ARS 34-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

No charge for Medication Renewal —

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☐ Dental  ☑ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state.  [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
                            Canary, Pink & Goldenrod -- Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



65162046550.30

IBUPROFEN
~MOTRIN~
**600 MG**

Exp:08/2019
AM180114A
080118DMR-12/19:085024

TABS

IBUP98UJ
AMNEAL
0

PharmaCorr(OKC)       6705 Camille Ave, Oklahoma City, OK 731..
4419-(DRM7)                888-321-7774 Fax:888-208-7774
                                                            240176
YOKOIS, DOUGLAS
**IBUPROFEN 600 MG TABS**
30 OF 60        QTY  60    RFL: 0   Eqv:MOTRIN
TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS
>>KOP<<>> TAKE WITH FOOD <<

6620639602

14

Disp: 11/01/18
Start: 09/07/18
Stop: 12/05/18
(AZ)  ASPC FLORENCE - SOUTH UNIT
IGWE,DOROTHY,NP,                        RPh: KMB    !X# 41583564

CAUTION: FEDERAL LAW PROHIBITS THE TRANSFER OF THIS DRUG
TO ANY PERSON OTHER THAN THE PATIENT FOR WHOM IT WAS PRESCRIBED

# ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

*Medication Change/ Renewal 3rd Request*

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 09-04-18 |

| CELL/BED NUMBER/CELDA/NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1C04 | 8400 | Florence/South | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal-podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*    ☒ Medical/Médico    ☐ Dental    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

At my last telemed chronic care followup the physician change my ibuprofen from PRN to BID. This is my 3rd request to have it changed. Please change it immediately.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenolones otorgadas por la ley)*. Además entiende que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**INMATE SIGNATURE/FIRMA DEL PRISIONERO**

No Charge: 3rd Request/Chronic Care

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**    ☒ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia    ☐ FHA

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Chronic Care*
*Urgent*



| Date : | |
| Time: | SEP 3 '18 17:25 |
| Initials: | YS |

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yukois, Douglas D. | 240176 | 09-02-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| ICO4 | South | 8400 | Florence/South |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☐ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia  ☑ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!

I am taking prescribed psychotropic medication. Psychotropic medications make me susceptible to heat injury at a higher level than those who don't take this type of medication. I'm also at higher risk because I've had heat injuries before. I need a SNO that states no prolonged exposure to heat.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenolones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

. No Charge . Chronic Care /s/

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE  HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☑ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | 09/03/2015 | SEP 3 '18 17:25 |

**SECTION/SECCIÓN IV**

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | 09/03/2015 | SEP 3 '18 17:25 |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/13/16

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

FOLLOW UP

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: N·O

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 08-30-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!] My chronic LBP, sciatica, diabetic neuropathy, post-surgical nerve damage are worsening. I wish to speak with a medical provider concerning available pain mitigation options. My back injuries are part of my VA service-connected disability. I do not want to take any D.O.T. "watch-swallow" meds. My chronic pain is severe.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO This is a chronic care followup regarding a VA service-connected disability. I do not agree to be charged nor waive any of my rights to participate in my treatment decisions.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| Scotten NL - Referred to Inmate |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

URGENT
CHRONIC CARE
FOLLOWUP

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : _____
AUG 30 '18 8:07
Initials: _M·D_

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)*
Yokbis, Douglas D.

ADC NUMBER/NÚMERO DE ADC
240176

DATE/FECHA *(mm/dd/yyyy)*
08-30-18

CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA
1C04

UNIT/UNIDAD
South

P.O. BOX/APARTADO POSTAL
8400

INSTITUTION/INSTALACIÓN: ADC
Florence

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*  ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

I am in urgent need of the replacement CPAP hose that I was told was being ordered 9 days ago. I've been unable to use my CPAP since 08-21-18. This is a serious medical need. I need my replacement hose now, please.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenolones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO  This is a chronic care followup. I do not agree to be charged or waive any of my rights.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

referred to Nursing Supervisor

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA *(mm/dd/yyyy)*

TIME/HORA
AUG 30 '18 8:07

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

requested from medical supply

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA *(mm/dd/yyyy)*

TIME/HORA

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

**ARIZONA DEPARTMENT OF CORRECTIONS**

CARE FOLLOWUP

Health Needs Request (HNR)

Date : _____

Time: AUG 30 '18 8:09

Initials: _____

## SECTION/SECCIÓN I

EQUIPMENT REPLACEMENT

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre 'nicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 08-30-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*  ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Please inform me regarding the status of the replacement parts that were ordered to repair my wheelchair by ADON Fenwick on 08-04-18. The problems continue to worsen, especially with the tear in the seat and the right front wheel.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenolones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO This is a Chronic Care followup regarding medical equipment repairs. I do not agree to be charged or to waive any of my rights.

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS.]

## SECTION III/SECCION IV

Referred to Nursing Supervisor

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *(signature)* | | AUG 30 '18 8:10 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

8/6 - ordered 8/8 - requested more information about replacement 9/14 - seen in nurse line to evaluate equipment. 9/20 - information sent to medical supply. Waiting for approval. I follow up every Tuesday.

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *(signature)* | | AUG 30 '18 8:10 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



CHRONIC CARE

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)** URGENT

Date: AUG 29 '18 7:52
Time: _____
Initials: M.D

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial)
Yokois, Douglas D

ADC NUMBER/NÚMERO DE ADC
240176

DATE/FECHA (mm/dd/yyyy)
08-28-18

CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA
1C04

UNIT/UNIDAD
South

P.O. BOX/APARTADO POSTAL
8400

INSTITUTION/INSTALACIÓN: ADC
Florence

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☐ Medical/Médico  ☐ Dental  ☐ FHA

☒ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

22 days ago on 08-06-18 I sent you an HNR notifying you of my ibuprofen prescription change from PRN to BID. I've now been without my ibuprofen for several days. Why haven't you ordered it? This is a violation of PMs 13 and 14 — Again! 017 N NDN

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO
No Charge - Chronic Care

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médico  ☐ Dental  ☒ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique)

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO
_(signature)_

DATE/FECHA (mm/dd/yyyy)
AUG 29 '18 7:52

TIME/HORA

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**
Ibuprofen renewed

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO
_(signature)_

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/13/16

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**   URGENT
EQUIPMENT REPAIR

Date : _____
AUG 21 '18 18:55
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 08-21-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente) | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need immediate CPAP hose replacement, as
my current hose is unusable.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO    I do not agree.

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☑ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☑ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  | 08/21/2018 | AUG 21 '18 18:55 |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  | 08/21/2018 | AUG 21 '18 18:55 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



**ARIZONA DEPARTMENT OF CORRECTIONS**

*Chronic Care*
*Prescription Change*
*Followup*

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 08-06-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*  ☐ Medical/Médico  ☐ Dental  ☐ FHA

☑ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

During my last telemedicine appointment, the physician changed my ibuprofen Rx from PRN to BID. I am half way through my current card and since it is the normal time for me to request a refill, I'd like to convert the current Rx now.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

No change: Chronic Care followup

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SÉPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☐ Dental  ☑ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)/Otros (especifique)*  _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | 0?/06/2018 | |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | 0?/06/2018 | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR) *Chronic Care*

Date : _____

Time: AUG 4 '18 17:39

Initials: M O

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 08-02-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJASI!

I need a replacement right front wheel and acewraps for both armrests of my wheelchair

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Ademés entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

I do not agree — Chronic Care

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

Referred Nursing Supervisor

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☒ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | AUG 4 '18 17:39 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Referred to Nursing Supervisor

requested from medical supply

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Chronic Care Refill* (handwritten)

Date : _____
Time: _____
Initials: _M.O._

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Yokois, Douglas D. | 240176 | 07-25-18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☐ Medical/Médico   ☐ Dental   ☐ FHA

☑ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

*Please Refill:*
*Ibuprofen*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☑ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Ibuprofen refill ordered

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

ARIZONA DEPARTMENT OF CORRECTIONS   *Followup*

Health Needs Request (HNR)   *Chronic Care*

Date: _____
Time: _____
Initials: _____

**SECTION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| YOKOIS, Douglas D. | 240176 | 02-18-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

**SECTION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On 02-06-18 I saw NP Igwe to get some SNO's renewed. Due to my disabilities and increased pain and numbness and cramps in my extremeties from my diabetic neuropathy, I need to discuss how these affect my ability to perform daily life activities.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que el pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   *No Charge — Chronic Care*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  | 2/18/2017 |  |

**SECTION IV**

PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  | 3/18/2018 |  |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*Chronic Care*

Date: _____
Time: _____
Initials: FEB 1 '18 8:27

## SECTION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Yokois, Douglas D. | 240176 | 02-01-18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1C04 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

## SECTION II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need all of the following SNO's renewed: (1) Wheelchair, (2) cane, (3) CPAP, (4) ADA Aide/Porter, (5) ADA shower/toilet, (6) ADA housing, (7) No lifting, pulling, pushing, running, (8) side restraints, (9) DVT stockings, (10) No exposure to respiratory irritants, (11) no repetitive bending/twisting right ankle, knee, hip, shoulder, elbow, wrist, back, no reaching above shoulder.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

No Charge — *[signature]* — Chronic Care

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *[signature]* | | FEB 1 '18 8:27 |

## SECTION IV

**PLAN OF ACTION/PLAN DE ACCION**

Seen on NL - Referred to Provider

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *[signature]* | | FEB 1 '18 8:27 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

# Exhibit 11

 **ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

| For distribution: Copy of corresponding Inmate Letter must be attached to this response. |
|---|

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Yokois D | 240176 |

| INSTITUTION/UNIT |
|---|
| ASPC-Florence-South Unit |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| Raney P RN ADON | South Unit Health Services |

This is in response to your inmate letter received on 12/26/18  and reviewed in the Florence/South Unit Health Services Office on 1/7/19  Your primary concern is regarding: Medical Treatment

Your concern has been researched, including a review of your medical records. I have reviewed your records and you were seen on 11/26/18 by provider upon your return from hospital, then you have had labs as ordered. Provide attempted to see you on 12/12/18. According to hospital records  "Records demonstrate normal coronary arteries and ejection fraction. Cardiology recommended no further procedures". Recommend onsite management of amiodarone which provider will follow. If you are having issues please submit HNR to be seen. Thank You

Please report to medical staff significant changes in your condition immediately

If you have any additional questions, please do not hesitate to contact medical via HNR. Thank You for your time take care.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| P. Raney RN ADON | 1/7/19 |

Distribution:   Original – Master File
                Copy - Inmate

916-2(e)
5/14/12

# Exhibit 12

Douglas D. Yokois, ADC #240176
ASPC - Florence / South Unit/0701
P.O. Box 8400
Florence, Arizona 85132

December 6, 2018

In Re: Deliberate Refusal to Provide Necessary
        Medical Equipment by ADC and its
        contractor.

Ms. Corene Kendrick, Esq.
C/o Tania Amarillas, Investigator under Rita Lomio
Prison Law Office
General Delivery
San Quentin, CA 94964

Dear Corene:

1. I'm in receipt of your November 15, 2018,
letter, instructing me to "explain to medical
staff why you still need the [medical] shoes
even though [I'm] in a wheelchair.

2. I'm enclosing a copy of the HNR I filed
with South Unit Medical Staff on 12-01-2018.
It contains the following reply by "J. Jones,
RN": "No medical shoes have been ordered.
You may not meet the criteria for medical
shoes." The reply is dated 12-02-2018; Nurse
Jones failed to comply with PM #7.

December 6, 2018

Page 2

3. I'm not doing okay. In my letter to you dated December 3, 2018, "Parsons v. Ryan has no impact on quality of health care at South Unit" I explained why, to my experience and thousands of other prisoners of Arizona, in broad terms, there's been no discernible improvement in the quality of our health care here. I'd like to share these additional observations based upon my experiences in the ADC with you.

(a). The ADC and its health care contractor aren't regarding us prisoners as human beings. To them we're just numbers on a spreadsheet. Just follow the money. The contractor currently receives a per diem of approximately $13.00 per inmate per day for... what? Doing nothing. Therefore, it is in the best interest of an unethical, unscrupulous Corizon Health care, Inc. to collect this money while delivering as little medical care as possible. If there's 40,000 prisoners in custody then Corizon is raking in $520,000.00 per day. Corizon is incentivized to keep as much of this money without expending it on prisoners' health care needs as possible.

(b). The ADC and their health care contractor

Inmate Developed Initiative 3.6.4.1
December 6, 2018
Page 3

play the odds, building the costs of settling a few individual lawsuits into their business model. Just follow the money. In the last couple of weeks I read somewhere an interesting factoid: less than 15 percent (%) of self-represented prisoners' civil rights cases succeed. But this factoid is, like an iceberg, just hinting at the true size of this problem. The bigger picture is that an exceedingly small percentage of these actions ever make it to the threshold of trial. I don't have access to the data; access would allow me to gain knowledge and knowledge is power. Instead I base the following example on my personal experience and observation of others over the last 11 years in custody.

| Percent (%) | Datum |
|---|---|
| 100 | — For every 100 prisoners who've experienced a constitutional tort; |
| 50 | — half may file an informal complaint; |
| 25 | — of these, half will appropriately exhaust their administrative remedy; |
| 2.5 | — of these, perhaps 10% will file a civil rights complaint; |
| 0.375 | — 15% of these will make it past summary judgment (see above); |
| 0.00375 | — 99% of these will settle out-of-court for less than what their case is worth. |

In re: [...]
December 6, 2018
Page 4

0.0009375 — being generous, perhaps 1 in 4 of these cases that survive summary judgment, do not settle, go to trial and win, that aren't overturned on appeal, contribute to the greater good of prisoners' rights.

But wait, there's more. Due to the deck being stacked against prisoners by the PLRA, any declatory, injunctive, damages, or other relief the courts may grant to a prevailing prisoner is subject to extreme limitations. The system has been changed so that if we win we lose, and if we lose we lose... And then there's Lewis v. Casey, mandatory set-offs for prisoners that miraculously prevail through this legal "death by a thousand cuts" gauntlet. The American people are the losers in this process. Much of our legal protections have come from prisoners' civil rights decisions We need look no further than Miranda. And the answer is to silence the disadvantaged, the disenfranchized, the powerless, those most vulnerable among us with these laws that chill and restrict my right to meaningful court access.

Case 2:12-cv-00601-ROS   Document 3118-1   Filed 01/22/19   Page 96 of 105

4. I don't have the answers to these questions. But I can tell by the way my chest hurts that something isn't right inside me. I'm being told that I must take warfarin for the rest of my life, and two different heart medications that I have to go to the medical unit each morning to take in front of a nurse. Today I was told by a nurse's assistant handing out these pills that I no longer need to check my blood sugar three times daily. Now I am only to test it twice daily on Mondays, Wednesdays and Fridays. I received no written order (not documented, not done) for this. And this is just seventeen (17) days after my nearly fatal diabetic coma with accompanying cardiac arythmia. A medical emergency in which I received cardioversion in the ambulance twice enroute to a hospital, and I have received no follow up examinations for, and a "Health Care Provider" (HCP) looked at me blankly and said, "I don't know why you had an [cardiac arythmia]."

5. I just heard from a fellow prisoner that Corizon is now rationing our distilled water, which we need for CPAP machines and oxygen generators. Water is the most abundant

I ... ?
December 6, 2018
Page 6

resource on our planet. I don't know how much
1 gallon of distilled water costs "out there",
but I don't believe it is overly burdensome to
ADC or Corizon to provide the relatively
small percentage of prisoners who need it.

6. You can help me by at least having me
placed on the high acuity list. Then I'll
get the health care and medical equipment
and supplies I need. Otherwise the state
must release me so I can get these things
myself. I hope you have a safe and
happy holiday season.

Sincerely,

Douglas D. Yokois


cc: file
encl: HNR with response.



ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Follow up

Date : _____

Time : _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Yokois, Douglas D. | | 240176 | 12-01-2018 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| 0701 | South | 8400 | Florence |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☑ Medical/Médico  ☐ Dental  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT!  Describe your medical treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

This is in reply to your response to my 10-30-18 HNR which asked about the whereabouts of my medical shoes, wherein you state you're denying me my medical shoes because I am in a wheelchair and do not walk. I still need good fitting shoes. I walk short distances; e.g., to the bathroom, etc.. My feet need to be protected, as I cannot adequately feel them I'd neuropathy

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   No charge for Chronic care or follow ups

I don't waive my rights to participate in my healthcare decisions — [signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☑ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
|  |
|  |
|  |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state.  [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Follow up

Date : _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Yokois, Douglas D. | 240176 | 12-01-2018 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 0701 | South | 8400 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☑ Medical/Médico  ☐ Dental  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!

This is in reply to your response to my 10-30-18 HNR which asked about the whereabouts of my medical shoes, wherein you state you're denying me my medical shoes because I am in a wheelchair and do not walk. I still need good fitting shoes. I walk short distances, e.g., to the bathroom, etc. My feet need to be protected, as I cannot adequately feel them 2ndary neuropathy

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee ~~(excluding exemptions granted by statute)~~ for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que ~~aquí estoy pidiendo~~ (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   No charge for chronic care or follow ups.
I don't waive my rights to participate in my health care decisions —

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☑ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods
Lynn Wu

## LEGAL MAIL - CONFIDENTIAL

November 15, 2018

Douglas Yokois, ADC 240176
Florence - South
PO Box 8400
Florence, AZ 85132

Dear Mr. Yokois:

We write in response to a letter we received from you on 11/14/18 in which you raise concerns regarding your medical shoes. We're sorry to hear you're having a hard time.

In response to your letter, we reviewed your medical records, which we can do as class counsel in the Parsons case. The records appear to show that you were not ordered medical shoes because you are in a wheelchair and not walking. We recommend that you explain to medical staff why you still need the shoes even though you are in a wheelchair. We will gladly review the response you receive from medical staff and see if we can help.

We hope you're doing OK, Mr. Yokois. Take care.

Sincerely,

Tania Amarillas
Investigator under Rita Lomio

Enclosures:   Original Documents; SASE

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Douglas D. Yokoi's, ADC# 240176
ASPC - Florence (South (0701
P.O. Box 8400
Florence, Arizona 85132

November 5, 2018

Subject: Deliberate Refusal to provide Necessary
          Medical Equipment by ADC, contractors.

Ms. Corene Kendrick, Esq.
Prison Law Office
1917 Fifth Street
Berkeley, California 94710

Dear Corene:

1. I'm sending you some information about my
ongoing problem to obtain replacement medical shoes.
I'm a wheelchair-dependent, type II diabetic. My
feet and lower legs swell, and I need the aforesaid
shoes to keep from getting sores on my feet because
my diabetic neuropathy prevents me feeling injury to
my feet and toes. Please feel free to keep the
copies I'm enclosing.

2. What I request of you and your office is simple.
I'm asking you to send a letter to whomever will
take immediate action among the defendants of
the Parsons suit and persuade them that it is in
their self-interest to provide me with my medical
shoes with alacrity, as I have standing and

Equipment by ADC, contractors.

November 5, 2018
Page 2

ripeness to compel them if they do not do so. In the alternative, please provide me with this person's name and address and I'll write them myself. But we both know they fear you more than they do me. Please don't send me any form letters regarding filing a grievance or a lawsuit; I already have them.

3. Thank you for your time and attention to this matter. On Thanksgiving, one of the things I am most thankful for is that there is a Prison Law Office with hard working people like you in it. Please contact me if you have any questions or need more information.

Sincerely,

Douglas D. Yokois

encl: Timeline on Medical Shoes, 12-05-15 to 11-05-18
with 9 supporting documents.

cc: file

Involuntary HNR History
12-02-2015 to 12-05-2018

1. On 12-02-15, I filed an HNR requesting medical shoes.

2. On 12-05-15, someone wrote "Do not qualify for medical shoes" in §IV of the HNR and returned it to me.

3. On 12-08-15 I filed an Inform on the problem.

4. On 01-04-16 I filed A38-009-016, after the informal response ignored my problem.

5. On 02-05-16 I appealed A38-009-016 in order to "totally exhaust" it after receiving a response to it on 01-29-16.

6. On 04-01-16 I received a SNO for medical shoes "at the request of [ADON] Neibles, as a result of the inmate filing a grievance. The inmate desires medical shoes. This IM has regularly demonstrated very significant medical non-compliance and manipulative behavior." Also on this same date I filed 2 HNRs with the FHA: One complaining about the disparaging remarks written in the SNO in retaliation for the grievance and other issues with the SNO (no signature,

(1)

status "Pending" as opposed to "Active" so I could not obtain shoes, etc.), the other regarding Dr Graham's lie that made my wheelchair "available" by placing it "under the stairs (where it is now permanently located)..." Both were stamped "received" on 04-20-16, after being accepted by RN M. Marias on 04-01-16.

7. On 04-29-16, I received a SNO without all of the disparaging comments and marked as "Active"; however, it was still not signed by Dr. Graham.

8. On 06-08-16, I received the decision of appeal in A38-009-016 more than 4 months after I submitted it on 02-05-16 (see #5 above).

9. On 07-21-16, I was moved to South Unit.

10. On 08-22-18, I filed an HNR requesting a replacement pair of medical shoes (I don't believe I asked for a pair prior on South Unit, but I have kept my SNO for them current). Someone wrote "Scheduled on NL" and returned it to me.

11. On 08-30-18, I filed a followup HNR on

(2)

my 08-22-18 request, which I had n't received a T.O.S.S. to see the "provider". The HNR was stamped "AUG 30 '18 8:08" and had "Already Scheduled With Provider. Please be Patient." and signed by someone.

12. On 09-04-18, NP Dorothy Igwe told me she was ordering my medical shoes.

13. On 10-30-18, I filed an HNR asking about the status of my shoes.

14. On 11-02-18, I received an response to #13. In it, ADON Ramey wrote: " I look up the request for shoes. Was denied because you are in wheelchair and do not walk."

15. My current SNO for "prescribed footwear" was issued to me on 02-06-18 by NP Igwe and expires on 02-05-19.