☒ FILED  ☐ LODGED

**Jan 25 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Jonathan C. Bertanelli No. 47835
**Name and Prisoner/Booking Number**

ASPC-Lewis / Rast May 4C5-07
**Place of Confinement**

P.O. Box 3600
**Mailing Address**

Buckeye, Arizona 85326
**City, State, Zip Code**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jonathan Cataldo Bertanelli
**Plaintiff,**
In the matter of:
v. Victor Parsons, et al.
Charles L. Ryan, et al.
**Defendant(s).**

CASE NO. CV-12-0601-PHX-DKD

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)
Re: Plaintiff Bertanelli's motion for court Order to Intervene as Plaintiff in class action, Parsons et al v. Ryan et al. (Jc)

I, Jonathan C. Bertanelli, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained? ☒Yes ☐No  If "Yes," how many have you filed? Numerous
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? ☒Yes ☐No  If "Yes," how many of them? 3
Continued Pg 3: Imminate Harm Exception.

2. Are you currently employed at the institution where you are confined? ☐Yes ☒No
If "Yes," state the amount of your pay and where you work. N/A

3. Do you receive any other payments from the institution where you are confined? ☐Yes ☒No
If "Yes," state the source and amount of the payments. N/A

Revised 6/22/16                               1                                                           1

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐ Yes   ☒ No
   If "Yes," state the sources and amounts of the income, savings, or assets. _____
   N/A

I declare under penalty of perjury that the above information is true and correct.

01/21/19
DATE

_____
SIGNATURE OF APPLICANT

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, Jonathive Berkoeller, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
   (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
   (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

01/21/19
DATE

_____
SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
      (Printed name of official)

The applicant's trust account balance at this institution is:                          $_____
The applicant's average monthly deposits during the prior six months is:              $_____
The applicant's average monthly balance during the prior six months is:               $_____
The attached certified account statement accurately reflects the status of the applicant's account.

See, e.g. Continued Pg. 3, Plaintiff unable to provide:

DATE   AUTHORIZED SIGNATURE   TITLE/ID NUMBER   INSTITUTION

Revised 6/22/16

2

2

Continued Page 3.

Imminent Harm Exception:

Plaintiff Bertonelli hereby brings this action (d)ue to he is in the continuous imminent threat of medical harm posing potential life threatening harm and/or sustaining the imminent threat of serious medical harm as the result of Defendant's of involuntarily dispensing the wrong and prohibited life threatening medication to him as set forth in his Declaration in support of his Motion. The Plaintiff, further, declares that Defendants have involuntarily administered him the wrong medication on three occasions and he has suffered medical harm.

Plaintiff's Inability to Provide a Certified Copy of His Trust Account Presently.

The Plaintiff has literally submitted seven (7) requests to ADOC officials to obtain a certified copy of my inmate trust account for the previous six months. Each of Plaintiff requests have been completely ignored and not responded to present date within a period of two and half months. The Plaintiff has advised this Court of the same. See, e.g., (Exhibit 1, Letter from Clerk).

The Plaintiff request leave to file this action without the certification and thereafter he will request the Court to compel ADOC to provide him with this certification.
//

I, declare under Penalty of perjury.   /s/ Joethur E Bertonelli
Dated 12/ /18, 01/21/19.

3

**BRIAN D. KARTH**
District Court Executive / Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**MICHAEL S. O'BRIEN**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**DEBRA D. LUCAS**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



November 20, 2018

Jonathan Bertanelli #47835
ASPC Lewis/Rast Max 4C5-02
P.O. Box 3600
Buckeye, AZ 85326

RE: Notification

Dear Mr. Bertanelli:

    In response to your letter we received from you on November 19, 2018, we are enclosing the following forms:

    Prisoner Civil Rights Complaint and IFP (two copies)

    If the Arizona Department of Corrections is refusing to provide you with your account statement as outlined in your letter, this is something you are free to inform the Court about when you file your case. Your documents will not be refused if you are unable to provide your account statement at the time you file your case.

                          Brian D. Karth
                           District Court Executive/Clerk of Court

                           s/ S. Strong
           By   Deputy Clerk

Please send all correspondence to:

Customer Service ▪ Sandra Day O'Connor U.S. Courthouse ▪ Suite 130 ▪ 401 W. Washington St., SPC 1 ▪ Phoenix, AZ 85003-2118

4