⊠ FILED    ☐ LODGED

**Jan 25 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Mr. Roberto Carrasco Gamez 131401
ASPC-Lewis- Rast Max.
P.O. Box 3600, Buckeye, Ariz, 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons et Al.
            Plaintiffs          CASE NO. 12-cv-0601-PHX-ROS

        v.                      Notice of Service

Charles L. Ryan et Al.
            Defendant(s)


On 25 Jan. 19, the following Documents were E-filed to Class Counsel (Plaintiffs Side")

• Notice of Non-Compliance with Several Performance Measures that were Agreed to in Above Class Action.


Respectfully Submitted this 25th day of Jan. 19

                Under Penalty of Perjury.
                Mr. Roberto Carrasco Gamez 131401
                ASPC-Lewis- Rast Max
                P.O. Box 3600, Buckeye, AZ
                                85326

                        Page 1

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to *one page* and *one issue*. *NO ATTACHMENTS PERMITTED.* Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis/ Rast MAU | 15 Sep. 18 |

| To: | Location |
|---|---|
| Medical Records | Office of the Attorney General |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Greetings! Pursuant to Dept. Order 1104.03
Medical Records I would Like to obtain a
Copy of my Entire Medical Records from
2014- till Responding Date.
                        Thxs

RECEIVED
OCT 24 2018

| Inmate Signature | Date |
|---|---|
|  | 15 Sep 18 |

Have You Discussed This With Institution Staff? [ ] Yes  [ ] No

If yes, give the staff member's name:

Distribution: Original - Master Record File
              Copy - Inmate

916-1

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis | Oct 18 |

| TO | LOCATION |
|---|---|
| MS Tromen | 4C5 #4 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to Informally resolve the following problem (RE (ADC) Dept. Order 1104 [Medical Records Policy Violation]). On 25 Sept 18 during a "Good Faith" effort discovery consultation between ("Gamez") and Opposing Counsel in Gamez V. United States of America et al. It was determined that my Medical Records were acquired by the Law office of Renaud Cook Druf, Mesaros (a non-(ADC) entity) When conferring with Ms. Sara Schade I inquired about her Law Firm obtained a copy of My Electronic Health Records (EHR) she stated:

"(Cannaris) (EHR) software program allowed my office to access your Medical Records without your consent) because you placed your health at issue."

Although I did in fact place my Medical health at issue (a non-(ADC) Authorized recipient) is required to obtain a court order or a consent from me to release my records pursuant to (ADC) Dept. Order 1104 Medical Records, this Unlawful practice violates several privacy rights including 1st Amend. Free speech, HIPPA, Confidential, DIV's Doctor Patient, Due process et al. The failure to implement adequate procedural safeguards to prevent Medical privacy rights violation creates a significant risk of prisoners health and safety. Can you please advise me how (ADC) (Cannon, Marquis software (Cannaris) (EHR) contract vendor authorized the Law office of Renaud Cook Druf, Messaros to obtain access to my Medical records without a court order or consent form from me on 25 Sept 18. In addition Can you please advise me if any other persons or organizations obtain a copy of my (EHR) Chain of Custody. Report. Relief. Design a different software program that protects privacy rights. Reprimand all involved [In Compliance]

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| [signature] | Oct 18 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:   Sara Schade, 20 Sept 18

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

I Did NA RECEIVE A Answer to my InformA
Moving Forward Grievance
PLEAS 5.

## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Grievance

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| RECEIVED BY | | |
|---|---|---|
| KOZORA | | |
| TITLE | | |
| COIII | | |
| BADGE NUMBER | DATE (mm/dd/yyyy) | |
| 1457 | 11/19/18 | |

Medical

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez, Robert | 131601 | 16 NOV 18 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-EWS. RM | L21-089-018 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

RE: Arizona Dept. of Corrections ("ADC") Dept Order 1104 Medical Records Polic. Violations) On 28 Sept. 18 durin A("Good Faith Effort) discover consultation between ("Gamez") And Opposin Counsel in Gamez v. United States of America et al, 17-cv-2044-JJT-JSW, it was determined that m. Medical Records were Acquired by the Law Office of Ronald Cook DRUG MESAROS (A NON-"ADC" entity), When conferrin with Ms. SARA Sunpole I inquired about her Law firm obtained A cop of my Electronic Health Record ("EHR") she stated:

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Resolution: Reprimand RM Invade in Privacy, fifth Violations and Any related Egregious Misconduct. All Available Relief. Attached Forms herein to (. InformA) Oct 18 This grievance & Attached forms(s) Were signed & Rec'd by above officer.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 16 NOV 18 | COIII | 11.19.18 |

| Action taken by | | Documentation of Resolution or Attempts at Resolution. |
|---|---|---|
| | | NOV 16 2018 |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
                FINAL:  White – Inmate; Canary – Grievance File

802-1
12/12/13

2 of 2

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC Lewis | |

("Corizon's) ("EHR") software program misused my Office to Access Your Medical Records, without your consent because you placed your health at issue.")

Although I did in fact place my Medical health at issue, A NON-("ADC") Authorization Recipient is required to obtain A court Order or A Consent from) me to Release my Medical Records pursuant to ("ADC") Dept. Order (of Medical Records.
This Unlawful practice violates several privacy Rights including 1st Amend. Free Speech, Hippa, Confidentility Rules, Doctor/Patient, Due process et AL.
The Failure to implement Adequate Procedural Safeguards to prevent Medical (EHR) Privacy Right violations Creates A Significant Risk of Future to prisoners health and safety.
Can you please advise me how ("ADC", Corizon, Marquis Software (Corizons (EHR) contract Vendor) Authorized the Law office of Renaud Cook Drury Mesaros to obtain Access to my Medical Records without a Court Order or Consent Form from me on 6 Sept 17.
In addition, Can you please advise me if Any other persons or organizations obtained a copy of my ("EHR"). Produce Chain of Custody Report of ("EHR") from (2014") till Responding Date. Design A different Software program that protects Privacy Rights

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 16 Nov. 18 |

802-7
12/12/13

I did Not *(illegible)* Resolution, there fore, I AM Moving forward with my Grievance

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED BY: Lopez, A

TITLE: COII

BADGE NUMBER: 6268

DATE (mm/dd/yyyy): 11/30/2016

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

Non-Med. (*illegible*)

INMATE NAME (Last, First M.I.) (Please print): GAMEZ, Robert

ADC NUMBER: 131401

DATE (mm/dd/yyyy): 21 Nov 18

INSTITUTION/FACILITY: ASPC-Lewis: RM

CASE NUMBER:

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

On June 1? the Ariz. Dept. of Corrections ("ADC"), Ariz. Attorney Gen. Office ("A.G.") and Federal Bureau of Invest. ("FBI") seized All my Confidential Legal Documents pursuant to A State-Court issued Warrant Relating to the Criminal Proceeding in State V. Bastian Case No. CR 2016-148520. After my Legal Documents were seized it is believed my Legal Documents were subsequently Read And placed in the possession of Two (2) Seperate Law Firms, The First of which ceased their Representation with the ("ADC"), A.G." and ("FBI") perhaps citing A ("Conflict of Interest") I AM Requesting A Copy of the chain of Evidence Report that is within ("ADC") control And Jurisdiction of

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Resolution: Produce identity of Law Firms who Breached (Gamez') Confidentility Rights Attorney/Client privilege; Work-Product and Doctor/Patient Medical Privacy Rights; Produce chand of Evidence Report of ("Gamez's") Legal Boxes Seized on 19 June 17. Produce identity of Software program used by Ronald Cook/Drug Mesaros to Acquire (Gamez's" Medical Records

INMATE'S SIGNATURE:

DATE (mm/dd/yyyy): 21 Nov. 18

GRIEVANCE COORDINATOR'S:

DATE (mm/dd/yyyy):

Action taken by: _____ Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE:

BADGE NUMBER:

DATE (mm/dd/yyyy):

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



Cooper, A
6368

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance – GF Supplement

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gamez Robert C | 131401 | ADC-Lewis. RM | |

Non-MCF. Upon obtaining. In Addition to confiscating my legal boxes, My Medical Records) were subsequently scanned) to the Law office of Ranaud (Cook Drut, Mesaros; Schreen, by using Corizons electronic Health Record (EHR) Software Program Maltris Software without A court order or my Medical Release/consent. (ADC) Department order 1104 (D.O. 1104) Medical Records prevent A Non-(ADC) Authorization Recipient from obtaining sensitive Information in (Gamez's) Medical Records. (An) you please provide Me the identity of the person (s) who disseminated private Information contained) in my Medical records or how the Law office of Ranaud (Cook Drut) Mesaros obtained my Medical Records

Attached forms hereinto (. Informal #Oct 18    2. GF Supplement

3. Grievance

This Grievance and Attached forms were signed &

Received By Above Office.

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *(signature)* | 21 Nov. 18 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION:   White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Response

For distribution:  Copy of Corresponding Informal complaint resolution must be attached to this response

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Gamez, Robert  Eric S. | ADC NUMBER<br>131401 |
|---|---|

INSTITUTION/ UNIT
LEWIS/Rast Max (grievance number) L21-089-018

| FROM *(Last, First M.I.) (Please print)*<br>CZIGLER, MICHAEL A | LOCATION<br>ASPC LEWIS/MEDICAL HUB |
|---|---|

This is in response to your 11/13/2018 grievance that was received by medical on 11/19/2018:

Issue:  Medical records release of information

Your concern has been researched to include a review of your medical records.

Medical records staff reminded of privacy information act, however, release of medical information requested by The Law Offices of Renaud Cook, Drury, Mesaros (Corizon Attorney), and does not require your permission to request information in defense of Corizon Health medical practice.

*The decision to order medications, diagnostic tests, consults, etc. is a clinical decision based on the practitioner's medical judgment.  This is not an administrative decision based on the dictates of the patient.*

"In accordance with the current policy, this response is final and constitutes exhaustion of all remedies within the department."

If you have any further concerns that have not been addressed, please submit an HNR to be seen.

| STAFF SIGNATURE<br>M. A. CZIGLER, FHA | DATE *(mm/dd/yyyy)*<br>12/03/2018 |
|---|---|

916-2(e)
5/14/12

Distribution:    Original – Master File
Copy: Inmate

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter Response

| | For distribution: Copy of Corresponding Inmate Letter must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>GAMEZ, ROBERT | ADC NUMBER<br>131401 |
|---|---|

INSTITUTION/UNIT
LEWIS/RAST MAX  4C 504L

| FROM *(Last, First M.I.) (Please print)*<br>GRABOWSKI, MELISSA M.R. SUPERVISOR | LOCATION<br>LEWIS/MEDICAL |
|---|---|

This is a response to your Inmate Letter 09/15/18 that was received by Medical on 10/24/18 and received by Medical records 12/03/18:

In your letter, you requested a complete copy of your medical records. Your medical records are confidential and restricted, and may not be disclosed or copied except under specific circumstances. If this is for a lawsuit, please specify the case number and your request will be forwarded to the ADC Medical Record Monitor and ADC Legal Services for investigation. If you would like, you may write an Inmate Letter to the medical record librarian at your unit requesting to sign "Authorization for Release of Protected Health Information form (1104-2) to release copies of your medical records to a family member or attorney. ADC charges $.50 per page for medical records. An Invoice will be issued to you or the 3rd party.  Payment is required in advance. You may make an appointment through the Medical Records Department at your unit to review medical records to determine which copies you want released and complete the authorization form.

**If you have further medical concerns, please complete a Health Needs Request form and proceed to open sick call.**



| STAFF SIGNATURE | | DATE *(mm/dd/yyyy)* |
|---|---|---|
| MELISSA GRABOWSKI | | 12/06/2018 |

Distribution:   Original – Master File
                Copy: Inmate

916-2(e)
5/14/12

*Did not receive Response to Informal. Moving Forward in Grievance Process*

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

*Medical*

| RECEIVED BY |
|---|
| CO/11 V. Kozora |
| TITLE |
| CO/11 |

| BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|
| 1459 | 11/16/18 |

Note:  You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| GAMEZ Robert | 131401 | 13 Nov. 18 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis / RAST MAX | L21-088-018 |

TO: GRIEVANCE COORDINATOR

---

Description of Grievance (To be completed by the inmate)

I AM ATTEMPING TO RESLOVE the Following PRoblem. ON 24TH Aug 2018 I was Reccomended/APPROVED For Physical Therapy due to EXTREME PAIN, MUSCLE ATROPHY AND PERMANENT DAMAGE TO Right Shoulder. ON 4TH Oct 2018 I ATTENDED MY FIRST SESSION OF Physical Therapy by AN outside specialist. DURING MY Physical Therapy, The Specialist NOTED SEVERE MUSCLE ATROPHY TO Right Shoulder AND was CONCERNED becuse ("ADC") AND ("CORIZON") waited over a year to begin the Therapy. FOR Some Reason my Physical therapy was Abruptly Discontinued FOR NO JustiFiable Reason. STILL continue to EXPERIENCE MUCSIE ATROPHY AND EXTREME PAIN.

---

Proposed Resolution (What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)

Physical Therapy, BETTER PAIN MANAGEMENT AND A REFERAL to A Pain Specialist

---

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 13 Nov. 18 | | 11-19-18 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | NOV 16 2018 |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
12/12/13

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance  Response

| | |
|---|---|
| | **For distribution:**  Copy of Corresponding Informal complaint resolution must be attached to this response |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Gamez, Robert  Eric S. | 131401 |

INSTITUTION/ UNIT
LEWIS/Rast Max (grievance number) L21-088-018

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| CZIGLER, MICHAEL A | ASPC LEWIS/MEDICAL HUB |

This is in response to your 11/13/2018 grievance that was received by medical on 11/19/2018:

Issue:  Physical Therapy Referral

Your concern has been researched to include a review of your medical records.

Your physical therapy consult is still valid and you recently attended an appointment on 29 November2018.  You have three physical therapy visits remaining from this consult.

*The decision to order medications, diagnostic tests, consults, etc. is a clinical decision based on the practitioner's medical judgment.  This is not an administrative decision based on the dictates of the patient.*

" In accordance with the current policy, this response is final and constitutes exhaustion of all remedies within the department."

If you have any further concerns that have not been addressed, please submit an HNR to be seen.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| M. A. CZIGLER, FHA | 12/03/2018 |

Distribution:   Original/Master File                                               916-2(e)

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis. RM | 2 Dec, 18 |

| TO CO-II KOZORA | LOCATION 4CS4 |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM Attempting to Informaly Resolve the following Problem. On 23 Nov, 18, N.P Ende ("the provider who is Actively treating") My declining physical health Condition, Submitted A Non-formulary Request to "the Utilization Management Team" for Gabapentin 600 M.gs Twice A day.

I suffer from Several physical health Conditions that Are Well-documented in My Medical Records. The CURRENT pAin Medication that I AM taking is ineffective

On 26 Nov, 18, the "(U.M.)" denied N.P Ende's Request for Gabapentin and Resent Ende's Referral for Gabapentin BACK to Ende for An Alternative Treatment plan ("ATP"). This policy and pRActive is unconstitutional, & in essence, the (U.M.) is demanding that Ende MAKE An Alternative Professional Medical Judgment inconsistent with the initial Professional Medical Judgment that he initially MADE when he Recommended Gabapentin 600 Mg twice A day.

Resolution: Provide Constitutionally-Mandated health Care & prescribe Gabapentin 600 gs Twice A day. Disclose Identity of "(U.M.)" Team members Involved. Documented Medical Physical Condition: 1. Chronic Asthma 2. Chronic pAin Syndrome 3. Degenerative Joint Condition-Osteoarthritis/Musculoskeletal; 4. Dextroscoliosis 5. Everyday back shoulder, knee, Neck W/x-Ray & ABNORMAlity in lens due to Multiple fracture 6. Chronic Rhinitis & Chronic Sinus, 7 & 8 Hypertroph. of NASAl Turbinates/NASAl Polys 9. Pterygium/CATARACT

| INMATE SIGNATURE | DATE (mm/dd/yyyy) 2 Dec 18 |
|---|---|

RECEIVED DEC 04 2018

| Have you discussed this with institution staff? | ☑ Yes | ☐ No |
|---|---|---|
| If yes, give the staff member name: | Ende ("See: Moore) | |

Distribution:  INITIAL: White and Canary - Inmate
FINAL: White - Inmate; Canary - Grievance Coordinator File

802-11
6/25/14

**'ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | For distribution: Copy of Corresponding Informal complaint resolution must be attached to this response |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Gamez, Robert C | ADC NUMBER<br>131401 |
|---|---|
| INSTITUTION/ UNIT<br>  ASPC Lewis/ | |

| FROM *(Last, First M.I.) (Please print)*<br>SMITH, MARK L. | LOCATION<br>LEWIS/MEDICAL |
|---|---|

This is in response to your informal grievance received 12/04/2018 and reviewed by medical on 12/07/2018.
Your primary area of concern: Gabapentin ordered but denied by UM

After review of your medical records, It was recommended that a trial of venlafaxine xr, duloxetine, TCA be administered before considering Gabapentin. The provider is aware of this medication recommendation and should be considering treatment options. You should be hearing from provider with treatment plan soon. Thank you

If you have further medical concerns, please submit a Health Needs Request form.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)*<br>12/07/2018 |
|---|---|
| Distribution    Original – Master File<br>                Copy: Inmate | 916-2(e)<br>5/14/12 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| V. KOZORA | |
| TITLE | |
| COLL | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 1459 | 12/13/18 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Gamez Robert C | 131401 | 12 Dec. 18 |
| INSTITUTION/FACILITY | CASE NUMBER | |
| ASPC-Lewis RM | L21-104-018 | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

On 23 Nov. 18, N.P Ende ("the provider who is Actively treating") my declining physical health condition, submitted a Non-formular Request to the Utilizatior Management Team for Gabapentin 600 m.g. Twice A day. I suffer from several physical health conditions that are well-documented in my Medical Records. The current pain medication that I am taking is ineffective. On 26 Nov. 18, the (U.M) denied N.P Ende's Request for Gabapentin and Resent Ende's referral for Gabapentin back/, to Ende for an Alternative treatment plan (ATP). This policy and practice is unconsti-tution and in essence, the (U.M) is demanding that Ende Make an

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Provide Constitutionally-Mandated Health Care & prescribe Gabapentin 600 m.g Twice A day. Disclose Identity of (U.M) Team Members Involved. Attached forms hereinto. 1. Informal 2 Dec 18 2. Informal Response 7 Dec 18 3. GF Supplement 12 Dec. 18

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 12 Dec 18 | | 12.17.18 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | RECEIVED |
| | DEC 17 2018 |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:   White – Inmate; Canary – Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis-RM | |

Alternative Professional Medical Judgment inconsistant with the initial Professional Medical Judgment that he initially made when he Recommended Gabapentin 600 mg Twice a Day)
Documented Medical Physical Condition: 1) Chronic Asthma 2. Chronic Pain Syndrome 3. Degenerative Joint Condition. Osteoarthritis/ Musculoskeletal 4. Dextroscoliosis 5. Everyday back shoulder Knee, Neck Wrist and Abnormality in legs due to Multiple fracture 6. Chronic Rhinitis 7. Chronic Sinusitis 8. Hypertrophy of Nasal Turbinates/ Nasal Polyps 9. Pterygium/ Cataracts.)

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 12 Dec 18 |

INITIAL DISTRIBUTION:      GF Supplement – White and Canary or Copies - Grievance Coordinator
                          Pink, or Copy - Inmate

FINAL DISTRIBUTION:        White or Copy – Inmate
                          Canary or Copy – Grievance File

802-7
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance Response

*For distribution:* Copy of Corresponding Informal complaint resolution must be attached to this response

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Gamez, Robert C. | ADC NUMBER<br>131401 |
|---|---|

INSTITUTION/ UNIT
LEWIS/Rast (grievance number) L21-104-018

| FROM *(Last, First M.I.) (Please print)*<br>CZIGLER, MICHAEL A | LOCATION<br>ASPC Lewis/MEDICAL HUB |
|---|---|

This is in response to your 12/12/2018 grievance that was received by medical on 12/17/2018:

Issue: Medication change

Your concern and request for a medication change has been reviewed and has already been addressed by the Director of Nursing. You had a scheduled appointment 14 December 2018, but it does appear it was kept. You will be rescheduled in order to discuss with your provider your pain management concerns. The drug you are requesting should not be considered in the first line of pain medication therapy.

*The decision to order medications, diagnostic tests, consults, etc. is a clinical decision based on the practitioner's medical judgment. This is not an administrative decision based on the dictates of the patient.*

" In accordance with the current policy, this response is final and constitutes exhaustion of all remedies within the department."

If you have any further concerns that have not been addressed, please submit an HNR to be seen.

| STAFF SIGNATURE<br>M. A. CZIGLER, FHA | DATE *(mm/dd/yyyy)*<br>01/04/2019 |
|---|---|

Distribution:  Original - Master File
Copy:  Inmate

916-2(e)
5/14/12

Did Not receive return (Original (was sent to me movin)
SueALL

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

RECEIVED BY
Jerel 6440

TITLE
CoII

BADGE NUMBER: 6440
DATE (mm/dd/yyyy): 12-17-18

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

( D.I 326 )

INMATE NAME (Last, First M.I.) (Please print)
Gamez, Robert C

ADC NUMBER
13401

DATE (mm/dd/yyyy)
14 Dec, 18

INSTITUTION/FACILITY
ASTC-Lewis. RM

CASE NUMBER

TO: GRIEVANCE COORDINATOR

Description of Grievance (To be completed by the Inmate)

I AM grieving (ADC "Director's Instruction (D.I. 326") And how it operates in practice. I AM Not being provided Any type of Notice of Hearing or procedural Due Process during (D.I. 326") Step Committee(s)
(As) MANY Administrators have completely ignored the reasoning behind (D.I. 326") And its intended purpose. As A result, I continue to suffer from (A.DC's) Tortuous And predictable psychological deterioration solitary confinement or prolonged Isolation Prisoners with pre-Existing Mental Illness Are more Liable to stay in Isolation Because) Their symptoms cause them to repeated

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I AM requesting More Social Interaction, contact Visits, opportunity for Jobs, Telephone calls And Educational programs Including Substance Abuse, Rehabilitation programs. Give A cap on how long I can spend in Long term Isolation. Attached forms here in to 1. INformm's Nov.18 2. GF. Supplement This grievance & Attached Forms were simply received by Above Officer

INMATE'S SIGNATURE

DATE (mm/dd/yyyy)
14 Dec 18

GRIEVANCE COORDINATOR'S

DATE (mm/dd/yyyy)

Action taken by

Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE

BADGE NUMBER

DATE (mm/dd/yyyy)

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance – GF Supplement**

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gamez, Robert C | 121401 | ASPC-Lewis. RM | |

break Downs and breakin, of Prison Rules, Resulting in gradual increase
in their security classification.
(ADC) does not create a Rule that prohibits Individual
officers from Asserting negative influence upon A prisoners Step
Level, the procedural Inadequities continue to deprive me of
my "Liberty Interest", so that I may Transition out of
Severe Isolation.
   I AM not sure if Last MAx Administrators Are AwArE
Or CArE, but Housing Prisoners in Long TErm Isolation
is unconstitutional. Toussaint V. Mc CARth, 926 F.2d
800 (9th cir. 1990·), the Ninth Circuit which Includes
Arizona And Yes, without Discussion Also Includes (ADC)
Yes, Last MAx

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 14Dec18 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies - Grievance Coordinator
                          Pink or Copy - Inmate

FINAL DISTRIBUTION:     White or Copy – Inmate
                         Canary or Copy – Grievance File

802-7
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## ARIZONA STATE PRISON COMPLEX - LEWIS
### RAST UNIT

TO: GAMEZ, ROBERT C. 131401

FROM: Grievance Coordinator

DATE: 12/17/18

SUBJECT: Unprocessed Grievance

This is not a grievance response. Per D.O. 802.01 and 802.10, the grievance you submitted is being returned to you <u>unprocessed</u> for one or more of the following reasons:

( )   You did not provide proof that you first submitted an <u>Informal Resolution</u> to your assigned COIII.

      Informal complaints MUST be submitted on the inmate informal complaint Resolution form 802-11

      Inmate Grievance form 802-1 not provided.

( )   The time frame in which to file an Informal Resolution has expired and per policy is not subject to further processing.

( )   The time frame in which to file a Formal Grievance has expired and per policy is not subject to appeal.

( )   The time frame in which to file an Appeal has expired and per policy is not subject to further appeals.

( )   Threatens serious bodily harm to staff, other inmates, or the public.

( )   This issue has been previously addressed.

( )   Grievance contains or appears to contain more than one issue.

( )   The Inmate Grievance Procedure does not serve as a duplicate or substitute appeal process for Classification,

      Disciplinary, Publication Review, STG Validation, or any system that has its own unique appeal process.

( )   Decisions of the Board of Executive Clemency, actions of the Governor/Legislature, and/or judicial proceedings are not grievable.

( x )  **Other:**

      <u>**PER DI 326**</u>

      1.4.4 Assignments to specific housing areas within maximum custody and the <u>**Step level assigned are not appealable or grievable.**</u>

      2.0     **STEP PROGRAM – MAXIMUM CUSTODY POPULATION, EXCEPT RESTRICTIVE STATUS HOUSING PROGRAM**

2.6    The committee shall meet monthly to review any potential step advancement/regression cases. The Program Team may convene prior to the scheduled meetings to determine regression or removal from program upon commission of a serious rule violation or significant negative behavior.

Steps are reviewed at a minimum of every 30 days. Your last review was conducted 12/4/18; you remained a step 1 for a criminal damage ticket you received 10/10/18. Your next review will be on or around 1/4/19. Please reference DI326 in the future.



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Carrez, Robert | 131401 | ASPC (Lewis) R M | 14 Dec 18 |

| TO | LOCATION |
|---|---|
| COII KOZORA | 4C S 4 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM Attempting to Informally Resolve the Following problem. In ("2002") I suffered An Eye Injury from Tiny Micro shards of shattered glass that entered into my Left eye At a high velocity causing several Lacerations to cornea, irregularities to pupil and sensitivity to light And causing a Evening senstron Migraines (inbmne) to eye muscles eye strain fatigue, declemed eye vision blurred vision and Neuropathic pain.

I have been diagnosed by Medical Personnel with Pterygium/ Cataract. Outside specialist have recommend A specialized treatment plan Including routine Eye Examinations. My routine Eye Examinations stopped when Corizon changed optometry from the "Appointments" category to the consults" category. By making this change Corizon moved optometry care from a shorter timeframe under the PM standards stipulation to A longer time and gave themselves Additional time to provide the same care.

As a result I have suffered Delayed Medical care causing unnecessary pain and suffering and Permanent Damage.

Resolution: Adequate Medical Care.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 14 Dec 19 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 134601 | ASPC-Lewis RM | 15 Jan 19 |

TO: COIII Kozora

LOCATION: 4C54

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM Attempting to Informally resolve the following problem. I AM grieving the Non-Compliance of several Performance Measures (PM's) that were Agreed upon in Parsons v. Ryan 12cv/0601 PHX ROS. In (PM) 5, it specifically states:

"Medical records will be accurate, chronologically maintained and scanned or filed in the patients chart within two business days, with all documents filed in their designated location"

On 14 Dec. 18 I was evaluated by NP Ende for Pain Management. NP Ende submitted a Referral to the Utilization Management (UM) for Non-formulary Medication for Gabapentin 600 mg Twice A day after ALL other formulary Medications I have taken were ineffective. During the 14 Dec 18 evaluation Ende did not have Access to My electronic Health records because his laptop was unavailable, Therefore, he took handwritten Notes that were not transmitted into My (EHR). As A result, his Referral for change of Medication were not processed to the (UM) Team.

Additionally, (PM) 22, which states: "Non-formulary requests are reviewed and Approved, disApproved or designated for An Alternate treatment plan (ATP) within two business days of the prescriber Order". NP Ende's Second request for Non-formular (More Effective) Pain Medication for Gabapentin 600 Mg Twice A day was never processed to the (UM) In large part due to the inefficient (EHR) System. I AM requesting that Ende's Referral for Gabapentin be processed and Approved in A timely Manner without further Unnecessary Pain and injury.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 15 Jan 19 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez Robert C | 131601 | ASPC-Lewis RM | 8 Jan 19 |

| TO | LOCATION |
|---|---|
| C.O.III Korota | 4CS 4 |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I am attempting to informally resolve the following problem I am grieving the non-compliance with performance Measure (PM) 37, which states the following:

"Sick Call inmates will be seen by an RN within 24 hours after an (HNR) is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ("HNR") on 21 Dec 19, that has not been processed pursuant to (PM) 37. In Parsons v. Ryan et al., 12-cv-0601-PHX-ROS, the Director and Division Director stipulated that (PM 37) would be complied with.

I have been advised by RN White, that (PM)37 i.e. Sick Call is no longer valid because (Corizon) does not perform the so-called ("Open clinic") program. As a result, My (HNRs') are being denied. I am in emergent need of Medical services that start with my (HNRs') being processed in Accordance with (PM 37)

Resolution: Compliance with (PM 37)

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 18 Jan 19 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:   Onsite Nurse

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

This Informal was handdelivered for ___ on ___ [handwritten note in right margin]



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

## SECTION/SECCIÓN I

INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial)  
Gamez Robert C

ADC NUMBER/NÚMERO DE ADC  
131401

DATE/FECHA (mm/dd/yyyy)  
21 Dec 18

CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA  
4C5 4

UNIT/UNIDAD  
RM

P.O. BOX/APARTADO POSTAL  
3000

INSTITUTION/INSTALACIÓN: ADC  
ASPC-LEW J

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I am still being Denied proper Chronic pain treatment for On-Going Asthmatic symptoms. On 14 Dec 18 NP Erick stated he would provide me a ("SND") for ("SVN") Breathing Treatment for two (2) weeks. I have made Repeated Request to both Medical & Security personnel to be provided ("SVN") due to Extreme Bouts of upper Respiratory Distress. Each time my request were Denied. I submitted

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   My Medical Need. My HNR was not processed.
An HNR on 15 Dec 18 4x Naim:   The HNR was handdelivered to Ramirez Z on 21 Dec 18

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCÍA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud  
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME *(Last, First M.I.)* (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Gamez Robert C | 131601 | ASPC-Lewis RM | 18 Jan 19 |

| TO | LOCATION |
|---|---|
| CO III KOZORA | 4C54 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I Am Attempting to informally resolve the following problem. I Am greiving the non-compliance with Performance Measure (PM) 37, which states the following:

"Sick Call inmates will be seen by an RN within 24 hours After an (HNR) is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health needs Request ("HNR") on 18 Jan 19, ~~21 Dec~~ that has not been processed pursuant to (PM) 37. In Parsons v. Ryan et Al., 12-cv-0601-PHX-ROS, the Director, And Division Director Stipulated that (PM 37) would be complied with.

I have been Advised by RN White, that (PM) 37 i.e. Sick Call is no longer valid Because (Corizon) does not perform the so-called ("Open clinic") program. As a result, My (HNR's) Are being denied. I Am in ergent need of Medical services that start with my (HNR's) being processed in Accordance with ("PM 37")

Resolution: Compliance with (PM 37)

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | 18 Jan 19 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:   OnSite Nurse

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

*(handwritten in right margin, vertical:)* This Informal was handdelivered to on 1/9



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Garcy, Robert | 131401 | 21 Dec 18 |

| CELL/BED NUMBER/CELDA/NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C 5 4 | FM | 3600 | ASPC-Lewis |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

On 14Dec 18, NP Ende stated he would Resubmit request for Gabapetin 600 mg twice A Day. On 15 Dec 18 I submitted An HNR reiterating my encounter with NP Ende. My HNR was not processed in Accordance with performance Measure 36, 37 & 38. Also, please enstill 'HNR' boxe's in each pod at FM May to ensure prisoners Medical Needs Are being time

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

Adkisson   This HNR was Hand delivered to Ramirez on 21 Dec 18

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**