THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  CIV LR 5.4
(Rule Number/Section)

Moises Rodriguez
DOC # 325247
Box-24402
10004 S. Wilmot Rd.
Tucson, AZ 85734-4402

January 21, 2019

✓ FILED  ___ LODGED
___ RECEIVED ___ COPY
JAN 28 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

United States District Court
District of Arizona

Victor Antonio Parsons, et al,
Plaintiffs,

vs.

Charles Ryan, et al,
Defendants

Federal Court identifier
Original Case No. 2:12-CV-00601-DKD

Case No. 2:12-CV-00601-DKD
Motion For Contempt of Court Order Against Charles Ryan, Corizon Health Care Services
Judge: David K. Duncan

Petitioner, Moises Rodriguez, motions this court for Corizon Health Care Services at the Arizona Department of Corrections, Namely Tucson Complex, Whetstone Unit. Petitioner requests that, accordingly Corizon be held in contempt of Federal Court order judgement dated on June 22, 2018.
Prescribed Tylenol, Muscle Relaxer and Gabapentin at the Maricopa county jail immediately following Back surgery. Outside surgery and medications followed patient

into D.O.C. and upon arrival at Whetstone Unit all medications had been stopped without reason and when asked the nurse practitioner said there was no record of any medications or surgery that had taken place.

The medication that had been prescribed at Whetstone by N.P. Bakus was (Nortriptriline) which of course is one of Corizon's infamous non formulary medications.

As is stated in complaint filed 3/22/12 page 28 @ 4B-20.

This problem with many, others just do not seem to end - I've been denied chronic med refills, suffered disciplinary infractions for no reason while Corizon has no med window hours posted. Dispensed wrong medication several times - Corizon does not follow the law of the F.D.A. Safe Administration of Medication Act. Because there is mirrored tape on the pill window and your not able to identify your pill card with your name & # on it. Corizon staff is very rude and will refuse to release their name when asked. They will not even answer a question with submitting an H.N.R. to charge you $4.00 just to talk to you chronic c. or otherwise.

Giving by my hand I declare under laws of perjury all of the above is true to the best of my accuracy, knowledge and facts.

_Moises Rodri_
Petitioner, Moises Rodriguez

01 23 2019
DATED

Eqljstc.com                    3.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: 
Time: 
Initials: S

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Rodriguez Moises | 325247 | 8/1/18 |

| Cell/Bed Number | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility: ASPC |
|---|---|---|---|
| 4 A | C37 | 24402 | Tuc |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST** (Check only one block below): ☒ Medical ☐ Dental ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

Please assist. No pain medicine for a week. Attempted to speak to someone. Why did meds stop? No one will speak w/ me. Espinoza intercepted my medical urgency @ medical. Denied Treatment

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee...

Inmate's Signature: [signed]

---

**SECTION III - REFERRAL BY MEDICAL STAFF**
☒ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Mental Health ☐ Eyes ☐ Other

Comments: nurse line

Staff Signature Stamp: [signed]
Date: '18 AUG 6 PM 7:20

**SECTION IV - PLAN OF ACTION**

Seen.

Staff Signature Stamp: [signed]
Date: '18 AUG 7 AM 10:37

1101-10ES 12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date:
Time:
Initials: DD

**Inmate Name/Nombre** (Last, First M.I.): RODRIGUEZ, MOISES
**ADC Number/Número de ADC:** 325247
**Date/Fecha:** 9/24/2018

**Cell/Bed Number:** 9 4A
**Unit/Unidad:** WHETSTONE
**P.O. Box:** 24402
**Institution/Facility:** ASPC A.S.P.C. TUCSON

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

**AREA OF INTEREST:** ✓ Medical/Médica

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

I'M IN A LOT OF PAIN I WAS TAKING GAVAPINTON 800 MG IT WAS SWITCHED TO NORTRIPOLIN & RECENTLY SWITCHED TO BACKAQUIL THESE PILLS AREN'T WORKING I NEET TO BE PUT ON GAVAPINTON TO HELP ME WITH MY PAIN! THANK YOU IM IN A LOT OF PAIN NEED MY ORIGINAL PILLS.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

**Inmate's Signature:** Moses Rodr[signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**

**Comments/Comentarios:**
Nortriptyline taken x 27 days. Baclofen APP'd. Methocarbamol not trialed.

**Staff Signature Stamp:** [signature]
**Date/Fecha:** 18 SEP 24 PM 1:34

**PLAN OF ACTION/PLAN DE ACCION**
Gabapentin will not be issued per provider.
Methocarbamol x 6 weeks prior to trialing any other medications.

**Staff Signature Stamp:** [signature]
**Date/Fecha:** 18 SEP 24 PM 1:34

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

1101-10ES
12/19/12