1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9   Victor Antonio Parsons, et al.,

10              Plaintiffs,

11   v.

12   Charles L Ryan, et al.,

13              Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

14

15   Prisoner Douglas Yokois has filed a request for leave to file a Motion for Emergency
16   Order of Protection.   In the lodged motion, he describes a campaign of "disparate
17   treatment" designed to retaliate against Yokois and others because of their participation in
18   this action.   The Court, however, cannot order individualized relief in this class action.
19   Therefore, to facilitate consideration of Yokois's allegations, the Court will grant his
20   request for leave to the extent that the lodged motion will be filed as a new individual
21   action.

22   The filing by Yokois is similar to communications the Court has received from other
23   prisoners seeking individualized relief.   In the past, the Court has filed the communications
24   on the docket in this case and taken no other action.   The prisoners, therefore, likely were
25   unaware their filings had been received.   That has prompted repeated communications from
26   the same individuals.   (*See, e.g.*, Doc. 3052, 3086).   Given that the communications
27   continue, and sometimes contain serious allegations, the better course for future
28   communications seeking individualized relief is to file those communications in separate

1   cases.  That will allow the Court to acknowledge receipt of the filings and permit the

2   prisoners to seek whatever relief may be appropriate.[1]  *Cf. Pride v. Correa*, 719 F.3d 1130,

3   1137 (9th Cir. 2013) (noting it is appropriate for prisoner to bring separate action seeking

4   individualized relief despite related class action seeking systemic relief).

5       **IT IS THEREFORE ORDERED** that Mr. Yokois's Request for Leave to File an

6   Emergency motion for an Order of Protection (Doc. 3117) is **granted**.  The Clerk of Court

7   must file the lodged Motion at Doc. 3118 as a new civil action.

8       Dated this 29th day of January, 2019.

9

10

11   Honorable Roslyn O. Silver

12   Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____

[1] Filings by Dale Maisano will not be filed as new cases because of the vexatious litigant order in CV-14-0001, *Maisano v. Clark*, Doc. 4.