Lois & Henry Schwartz
7965 Chula Vista Crescent
Boca Raton, Florida 33433
561 416-1973 Home Line
Email: schwartzhenry@bellsouth.ne

January 15, 2019

To: Judge Rosalyn Silver
U.S. District Court
Phoenix, Arizona

CV-12-601-PHX-ROS

Subject: Parsons vs. Ryan
Inmate 207346 Bradley A. Schwartz
ASPC Lewis Prison
Barchey Unit 6B2
PO Box 3200
Buckeye, Arizona 85326

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    JAN 24 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Dear Judge Silver,

Just to go over some history: The case, Parsons v. Ryan, was brought in 2012 by the Arizona Center for Disability Law on behalf of 13 inmates in Department of Corrections prisons, alleging the department provided inadequate care. It was joined by attorneys from the American Civil Liberties Union and the California-based Prison Law Office.

Parties in the case reached a settlement in 2014, and the court officer presiding over it, Magistrate Judge David Duncan, continued to monitor compliance with the settlement. But by June 2017, he became increasingly aggravated at the department's failure to meet the stipulated benchmarks.

In July 2018, Duncan imposed sanctions of more than $1.4 million, and he found DOC Director Charles Ryan and the department's medical director, Richard Pratt, in contempt of court.

Now we are in January 15, 2019 and Judge Dunkin had to retire he had a stroke. Absolutely nothing has changed with the care the inmates receive from Corizon except that the medical care has become even worse. There was a walk-in clinic for the inmates that Corizon/DOC stopped.

Our son was a Neuro-Pediatric Ophthalmologist that actually did the plastic surgery to repair the eye. He graduated Medical School at the University of Rochester, New York, his internship was in Connecticut-Part of Yale. Brad's Residency was in the University of Virginia for 3 years and then he did a few

Fellowships, Wills Eye Institute in Pennsylvania, Neuro-Ophthalmology and Pediatric Ophthalmology and Plastic Surgery. This is Brad's background in Medicine.

At that time in 2012 we tried to get our son part of that case, Parsons vs. Ryan, but had no ability to do so. Brad was attached in 2008 by a Nazi in a different Prison and almost died. His eye socket was smashed and he had spinal trouble. Brad requested glasses that were made of plastic because the metal that actully lays on the bridge of his nose is very painful. Most of the time Brad sees double out of one eye. Theses requests were never taken seriously.

Brad has spine trouble with C2-C7.

We have been in touch with Kirstin Eidenbach Civil Right, Constitutional Law in Tucson, Arizona.

We will not mention our son's case because I am sure there is no interest in this for the courts right now. All we are concerned with is his medical care.

Doctors and nurses change very often and It is very hard to get any information even though I am on our son's list to be notified of any negative medical situations

Brad handed in HRS December 12, 2018 that he was having tingling in his feet and could not walk properly. He did not mention anything about pain in his feet.

---

This is the letter that we sent to the following DOC/Corizon employees:

Subject: 207346 BRAD SCHWARTZ LEWIS PRISON BARCHEY 6B2
From: Henry Schwartz <schwartzhenry@bellsouth.net>

To: vheadst@azadc.gov,   RICHARD PRATT, Charles Ryan, Jennifer Finger

efijah.itouo@corizon.com   Sep 19, 2018 at 5:26 PM

Brad has trouble moving his bowels for weeks. Brad requested to keep Mineral Oil In his cell and was denied. My husband and I hold you, Richard Pratt, Charles Ryan, Corizon responsible if our son gets septic poisoning, due to not receiving the Mineral Oil when he needs it. If he receives tickets for not showing up for the Mineral Oil, due to feeling ill, this may hurt his chances of parole.

This is a form of punishment to inmates that have stomach problems.

The lack of a qualified medical personnel on the premises of Barchey Unit, to oversee the medical needs for inmates is horrendous now. The nurse practitioner does not give the inmate a chance to explain and show

the proof that he has sent in 3 HR Forms regarding his condition to keep the Mineral Oil on him.   If necessary, we will send medical a bottle of Mineral Oil so Brad can keep it on him.

Please make sure you schedule Brad for a full blood test. In 2015 Brad had blood tests, but no Corizon personnel realize he was developing Anemia because no medical person reads the tests and the tests are not given to the inmate.  Do not forget, Brad was a medical physician and he would understand the test results.  After taking other blood tests due to his family insisting, finally Corizon started to give him an Iron pill one time a day.

Dr. Elijah started to work for Corizon and she questioned Brad why he is taking the Iron Pill. Brad explained to her that he gets Kosher Food and there is never any red meat for Iron in his food.  So, Dr. Elijah told Brad he had to make a choice, "either Kosher Food or Iron pill".   Brad actually thought she was joking.  This is absolutely against Brad's religion and he chose Kosher Food which he has always eaten.  Yes, Dr. Elijah took away his Iron Vitamin.

<u>This is and Anti-Semitic move by the physician.</u>  Would she take away a Muslim's vitamin for the same reason? We want to make sure Brad is not Anemic. I know that Dr. Elijah is still working for Corizon.  I checked her formal medical credentials when she was doing her internships and her residencies and she is not licensed to be an Internist.  To take care of 5,000 inmates at Lewis Prison.  Dr. Elijah never completed her Residency in Surgery and Internal Medicine as our son Brad did.

We have been dealing with the new Director Ladele and we have filled him in regarding Brads medical situation.  Supposedly there is a script for Brad to go to the hospital and have either a CT, MRI, and a spinal tap.  Just tell me what prisoner requests the above tests?

Brad is not looking for pain pills as your Nurse Brown tried to make him say. Brad needs a CT, MRI and a spine fluid test.  For some reason Nurse Brown and the medical staff at Lewis does not understand Brad's medical situation.

It is now January 15 and Brad needs to go to the emergency room at the hospital.  What is the wait for, he is suffering not with his lack of being able to talk walk properly.

Do not tell us that our concerns are noted and send in a Nurse

Brown to try and get Brad to say he want pain pills. This is not true. She never even looked him in his face. Do not for get Brad is a Physician with many years of medical knowledge behind him.

I have all the degrees in my home. Nurse Brown actually cancelled Brad's Fiber Pills all together. Tell me this is not get even time for Corizon

Please help him now. We feel as if this is North Korea, Russia, or when our soldiers were in holes in Viet Nam.

What is going on with this country? Mr. Czigler, you wrote to us but when is Brad going to the emergency room for tests.

This is what you wrote us, "Your concerns are noted". But, you still have not sent Brad to the emergency room for tests. Lois & Henry Schwartz Our son is being subject to retaliation for speaking with Judge Dunkins' Lawyer Associate.

Lois & Henry Schwartz

P.S. I am 75 years young and my husband is 78, please excuse writing and computer work. We are learning

"A judge must never forget the court belongs to the people and that she is affecting the lives of every person who appears before her. We who wear the black robe have assumed a sacred trust to do our very best and to do what is right, even if many think it wrong." —Judge Silver

Should this Magazine be conficated?
Lois/Henry
Schwartz

# THE INQUISITION'S THREE CENTURIES OF FEAR

All people in Spain—whether monks or Moriscos, men or women, converted Christians or covert Jews—lived in fear of the Spanish Inquisition for more than 350 years.

MARÍA LARA MARTÍNEZ

**RELIGIOUS CONVICTIONS**
Wearing penitential tunics and conical hats, or tied to a pillory, the condemned in Eugenio Lucas Velázquez's "An Inquisition Prison" are exposed to the scorn of a fanatical mob. The picture was painted in the mid-19th century, only decades after the Spanish Inquisition was abolished.
Musées Royaux des Beaux-Arts, Brussels

BPK/SCALA, FLORENCE

The Sheriff's cook arrives, scolds him for his gluttony, and springs upon him.

*Lytell Johnn drew a ful gode sworde,*
*The coke [cook] took another in hande;*
*They thought no thynge for to fle[e],*
*But stifly for to stande.*

They go out into the street and fight. Little John notes the cook's combat skills and invites him to join Robin Hood's band, promising him an annual salary of 20 marks.

After a celebratory feast the two men return together to plunder the Sheriff's treasury.

*They toke away the silver vessell,*
*And all that thei might get;*
*Pecis [cups], masars [bowls], ne sponis [spoons],*
*Wolde [did] thei not forget.*

*Also they toke the godë pens [money],*
*Thre hundred pounde and more,*
*And did them streyte to Robyn Hode,*
*Under the grene wode hore*

he Knight's
servant,
fine verses you
hall HEAR..."



ROBIN HOOD AND HIS MEN IN SHERWOOD FOREST. OIL PAINTING BY N. C. WYETH, 1917

s kirtell [tunic], and his cote of pie,
at was furred well and fine,
d toke hym a grene mantel,
lap [wrap] his body therein.

. . . . . . . . . . . . . .

' this twelve monthes,' sayde Robin,
ou shalt dwell with me;
all thee techë, proude sherif,
outlawe for to be.'

Sheriff is distraught, and Robin Hood,
r having had his fun, decides to let him
Before releasing him, Robin makes the
riff swear that he will never harm any
ber of the band.





**BRIDGING FAITHS**
A gate in the walls of Toledo in central Spain, leading to the 13th-century Bridge of San Martín. A medieval center for Jews, Christians, and Muslims, the city was the scene of intense persecution by the Inquisition, starting in the 16th century.

DOMINGO LEIVA/AGE FOTOSTOCK