IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Prisoner Moises Rodriguez filed a Motion for Contempt in which he alleges that while he was prescribed several prescriptions at the Maricopa County Jail, those medications were summarily discontinued upon his arrival at ADC's Whetstone unit for no reason.  Consistent with the Court's January 29, 2019 Order (Doc. 3125), to facilitate consideration of Mr. Rodriguez's claim, the Court will direct the Clerk of Court to open the Motion for Contempt as a new civil action (Doc. 3123).

**IT IS THEREFORE ORDERED** that the Motion for Contempt filed at Doc. 3123 must be opened as a new civil action.

Dated this 31st day of January, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge