THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE_CV R 5.4 7.1 (A/M)_
(Rule Number/Section)

In The United States District Court For The District of Arizona

CV-12-601-PHX-ROS by hla

Parsons, et, al.,    Case CV 12-00601
    Petitioner    Judge R.O. Silver
V.
Ryan, et, al.,    Notice of Media
    Respondent    Blitz

    Two weeks ago Yesterday, I was called to Medical to see NP Alice Walker. Upon arrival 54 Men were in the Medical Waiting area, Come see area.
    I'm forced to wait outside in Sun I'm burnt "I have sun issues" I'm burnt on a constant. Staff LPN Toni Paterson could see burns on both hands "Said She would report to NP. Never Happened "Grievance Filed"
    On That Date Corizon VIA ADON Whom is a Not Her Name RN Danielle Dennis AKA Scum of Earth, Tell all Staffing Corizon will no longer Give Creams and Lotions to inmates cheers came from staff saying, It

It will lighten our work load, More time for smoking 9 of 10 Corizon Staff Smoke, Why and Why Not, All Morons.

Next I, see N.P. Alice Warren for a Heart Issue now one week old on 1-15-19, She Put a request for Me to have an EMG, I'm x2 years paid for a Doctor Ordered Stress Test, Time goes by No EMG, I File an emergency grievance No response on 1-28-19 I', Tell The N.P. Fool I've not been given The NMG, "Oh I'll get you one more", "Your last one of 1917 was good", I let that pass, (5) Five min later She Says one more time fom your 1917 EMG, I explain I'm Earth She is Outer Space, and The year is 2019, She goes off and Says, All not said, W/in the Scope of issue Yes She Says one more time 1917, Maybe she smokes Crack, I'm as well told She wrote a 6 Mo. Lay-in but wrote it for 1 year Issue?

Note "EMG" She Says will be given on 1-30-19, Will See.

I, ask LPN Patterson, If she was looking for a new job." She said "we are all staying." Judge You need to read The Cal cases, All were forced out VIA Court Order. Note Taxpayer Fraud! Need I say more.

The Mental Health Issue is growing. Spencer The Person over said with only a Master Degree is slipping and Inmates as well, As Inmates go off Staff Say they should not have been placed at this unit, Riots have been close, Come an see.

See The Responses to Our Grievances Crazy One. Nursing Director Must be on Drugs.

I'm out in 18-60 Days, I'm going to TV News, I'm telling it like it is "Time is Up." It is quite Criminal.

Security Staff Run Medical sur Regaurding Treatment, I have had x 2 issues in past week, One with ADW other w/ Sgt Huston x 2 Grievances sur Casey V. Lewis 834 F. Supp. 1477, 1545 (D. Ariz 1993) Courts Order Never Enforced

(Making of medical judgement by Security Staff Constitutes Deliberate Indifference), Judge this is Contempt.

Watch Me On T.V. Changing Criminal Conduct by All In A.

cc As The Court is fully aware No Copies are given A.G.'s office Says Case closed

Submitted The 29 Day of Jan 2019

by Dale Maisano
Dale Maisano
P.O. Box 24401-077577
Tucson, Arizona 85734-24401