☒ FILED ☐ LODGED

**Feb 04 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Mr. Roberto Carrasco Gamez II 131401
ASPC Lewis - Rast Max
P.O. Box 3600 · Buckeye, Ariz. 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons et al.
  Plaintiffs

v.

Charles L. Ryan et al.
  Defendant(s)

Case No. 12-cv-0601-PHX-ROS

Notice of Service

On 30 Jan. 19, the following documents were E-filed to Class Counsel ("Plaintiff's Side"):

(PM) Notice of Non-Compliance with Performance Measure 37

Respectfully submitted this 30 day of Jan 19
UNDER PENALTY OF PERJURY

Mr. Roberto Carrasco Gamez II 131401
ASPC Lewis- Rast Max
P.O. Box 3600 · Buckeye, AZ 85326

Page 1



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis RM | 29 Jan 19 |

**TO:** COIV Kozora  **LOCATION:** 4C5 4

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem I am having the non-compliance with Performance Measure ("PM") 37, which states the following:

"Sick Call inmates will be seen by an RN within 24 hours after an (HNR) is received or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ("HNR") on 27 Jan. 19, that has not been processed pursuant to ("PM") 37. In Parsons v. Ryan et al., 12-CV-0601-PHX-ROS, the Director and Division Director stipulated that ("PM 37") would be complied with.

I have been advised by RN White, that ("PM") 37 i.e. Sick Call is no longer valid because (Corizon) does not perform the so-called ("Open Clinic") program. As a result, my ("HNR's") are being denied. I am in urgent need of medical services that start with my ("HNR's") being processed in accordance with ("PM" 37)

Resolution: Compliance with ("PM 37")

**INMATE SIGNATURE** /s/  **DATE:** 29 Jan 19

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: On-site Nurse

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

(margin note: This informal was handdelivered to COIV Kozora on 29 Jan 19)

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| GAMPE K | 131401 | 27 Jan 19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 4C54 | LM | 7600 | ASPC-Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  [X] Medical/Médica   [ ] Dental   [ ] FHA   [ ] Pharmacy/Farmacia   [ ] Mental Health/Salud Mental   [ ] Eyes/Ojos   [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Exs. we ship on K [illegible]. Each time I walk, sit, down with left foot a jolt of sharp pain [illegible] entire left side of body and lower back pain. The pain is gradually getting more severe. Interfering with my ability to walk and move. Requesting to be evaluated by pain specialist.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho de imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   [ ] Medical/Médica   [ ] Dental   [ ] Pharmacy/Farmacia   [ ] FHA   [ ] Mental Health/Salud Mental   [ ] Eyes/Ojos   [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES