Case 2:12-cv-00601-ROS   Document 3135   Filed 02/04/19   Page 1 of 51

Dale Maisonr
P.O. Box 24402-077877
Tucson, Arizona 85734-4402

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE   CIVLR 5.4
(Rule Number/Section)

FILED ✓          LODGED
RECEIVED ___     COPY

FEB 0 4 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
For The District of Arizona

CV-12-601-PHX-ROS   by she

Parson, et, al,                  Case  12 CV  00601
        Petitioners'
                                 Judge  R.O. Silver
        V.

Ryan et, al,                     Order to Show Cause
        Respondents,

        The Only way to get copies For the Court
is via asking For attorney copies cc will not
be given and not even For This Court. The
Court has been made Fully aware of this
issue.

        1-30-19 at 6:10 AM Man Down Cozzen
Respon 12 Min "Who Cares".

        Heart Issue EKG in excess of 21 Days
Welcome to Arizona, For more info see
Local News and Papers

        Prison Healthcare scams, Tax payer Fraud
The Court has Full Knowledge

        Submitted The 30 th Day of Jun 2019
                        by Dale Maisonr
1 of 53
        cc Not From A DOC to anyone   Dale Maisonr

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Request/Authorization for Qualified Legal Copying**

> Please PRINT information in all areas clearly.
> Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisan, Dale | 077871 |

| Institution/Unit | Date |
|---|---|
| ASPT Whetstone  2 A H | 1-24-19 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.

**ATTACH DOCUMENTS**

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Attorney Lulla F. Donald | | | | | |
| 2 | Speudo' Judge R.O. Silver | | | | | |
| 3 | and U.S. Atty Gen | 51 | 4 | 49 | 1 | |
| 4 | | 49 | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

*(left margin: To be completed by the inmate/paralegal)*

**Request received and forwarded to Paralegal for action.**

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WADLW | | 1-24-19 | 1-24-19 |

*(left margin: Designated Staff)*

*(left margin: Paralegal)*

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified    "1 COPY"

☑ Copy: Modified as indicated above

☐ **Non-qualified legal copies, non-legal matter.**

☐ Paralegal requests meeting with inmate - approval suspended

2:032M

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|
| VLIBARRI | VIA PHONE | 1-25-19 |

*(left margin: Designated Staff)*

No. of Copies made __49__   @ $ __.10__ each = TOTAL __4.90__

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| WADLW | | 1-29-19 |

**Distribution:** White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

Unit II lavana
P.O. Box 24402 - 07757
Tucson, Az 85734- 24402

Prison Law Office

Attorney Spector

First I will need 20 Sets of Forms for
Filing 1-16, To File Denial of Legal Acces.
I, fully understand it is $5.00 Per page, Ive
explained to staffing

Next six HNR's x 11 2019's

2 Name as requested / Cases

3 Fair Process For Person Accused of Crime

4 X 1 Per Grievance Denial of Medical Need
Emergency, Shown to CO III Noted

5. x 9 Grievance Re Medical, Med Staff
must be on crack and Drugs

Note they think they are all staying with Centurion
note Centurion hired N.P. John Mojarwan with 2650 claim
of Med Mal-Practice

Submitted the 24 Day of Jan 2019        by  Dale Maroon
cc. Judge R.O. Silver                         Dale Maroon
      U.S. Atty Gen   via us mail if given  by
                                                  Dale

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

| SECTION I | Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|---|

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).  *[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*  ☒ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. ¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*[handwritten text, partially illegible]*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en ingles. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

| | SECTION I | | |
|---|---|---|---|
| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
| Matson Dale | | 077877 | 9-19-16 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 8A216 | W... | 2940 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)/Otros (especifique)* Med. Dr. Young

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On This Att. I'm called to Medical seen VIA Head
Nurse Watson, She stated she had spoke to
Grievance Coordinator and do to fail, On The
bottom of The Page I'm placed The Controling
Supra's I'm not going to be seen at, failty
re-submitt — Note This is not in policy, Violet both Supra's

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero       Dale Matson

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

This is not a medical issue

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCIÓN**

See above

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de éste estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:  19 JAN 16 PM 4:15
Initials: ___

SECTION/SECCION I

| Inmate Name/Nombre (*Last, First M.I.*) (*Apellido, Nombre, Inicial*) | ADC Number/Número de ADC 037187 | Date/Fecha 1-16-19 |
|---|---|---|

| Cell/Bed Number/Celda/Número de Cama  2 A 7 | Unit/Unidad  Whetton | P.O. Box/Apartado Postal 24926 | Institution/Facility/Instalación: ASPC  Tucson |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

SECTION/SECCION II

AREA OF INTEREST (*Check only one block below*)/AREA DE INTERES (*MARQUE UN ESPACIO SOLAMENTE*)  ☐ Medical/Médica  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (*specify*)/Otros (*especifique*) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Upon arrival at Medical Whetton Unit, I counted 54 inmates
in waiting room and asked are, I was forced to wait outside
From this both my hands were burnt. Upon seeing LPN I
Patterson, I showed her my burnt hands. She made a
not for NP A Warren, The N.P. Say So my gov
no note she Estelle V Gamble Simple Aportes Violation

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (*excluding exemptions granted by statute*) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (*excluyendo las exenciones otorgadas por la ley*).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero  *[signature]*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (*specify*) (*especifique*) _____
Comments/Comentarios

Seen for separate issues 1/15/19. No report of sunburn noted. No general of burn.

| Staff Signature Stamp/Firma del empleado  *[signature]* Hennion | Date/Fecha | Time/Hora  19 JAN 16 PM 4:15 |

SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Inmate is previously scheduled to see provider

| Staff Signature Stamp/Firma del empleado  *[signature]* | Date/Fecha 1/17/2019 | Time/Hora 1438 |

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur  - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: 19 JAN 17 PM 4:28
Initials: [illegible]

SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| [illegible] Dale | [illegible] | 1-17-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 34 | Whetstone | 24401 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]*

SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)* ________

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] Deliberate Indifference

Filed on 1-11-19 "My Medical Records Reflect, Someone was quite upset I was sent to the unit with a box of gloves, My what a severity case, Not quite but one of "ignorance" Germs, Why did they give Me box of gloves at a time We can go to any trash can at ADOC and obtain Gloves, Gloves for me as needed are a simple Needed Medical Item" [illegible] signed by [illegible] [illegible] Violated Court [illegible] Not Given to be [illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero [signature]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify)* (especifique) ________

Comments/Comentarios

Gloves are issued per DX guidelines & provider order. [illegible] for explanation

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | 19 JAN 17 PM 4:28 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Refer to Nursing for review of policy.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | 19 JAN 18 PM 12:33 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marsar, Dah | 077871 | 1-16-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 74 | Whetst | 24910 | Tucn |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST** *(Check only one block below)/***AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Fctd 1-12-19 I'm going to need allergy food lista. Need or do I do not to make the class +

not sure Gavin to be told

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _Dah____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Allergy testing completed 11/14/18. All negative. M for explanation.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Gannon | 18 JAN 17 PM 4:30 | |

**PLAN OF ACTION/PLAN DE ACCION**

I'm informed of findings, no further action.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| P Sola | 19 JAN 18 PM 12:34 | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: '19 JAN 17 PM 4:28
Initials: DO

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Maison, Deb | | 077877 | 1-17-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2A 74 | Whinton | 24406 | Tucs. |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)  ☐ Medical/Médica  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

On 1-11-19, " Every Time I eat Peanut Butter, I'm quite ill, I'm told Medical I would not take a ring test, on Now the tea are very good. Milk as well is causing M issue. Could the food be causing skin issues etc. I'm thinking Difficult but different. But why is that simple Medical Malpractice. ① Nurse Sapporo ② Deputy Danielle violate. Council Dur @ Violate. Latch v. Gamba and Sick Call, Dallas violate. Illegal tea. Note Grievance to be filed

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero | Jal Mun |
|---|---|

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médica  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

Allergy testing completed 1/16/18 negative results. M. for explanation.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| OConnor | | '19 JAN 17 PM 4:28 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Im informed of findings, no further action.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| OConnor | | '19 JAN 18 PM 12:34 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: '19 JAN 17 PM4:28
Initials: _____

SECTION/SECCION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marcus Paul | 077871 | 1-16-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 7 | whitar | 24402 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

SECTION/SECCION II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

First Fild 1-16-19 "As the record reflect, I've ask and been denied a proper "Glucose Stim Test" Do to Fuank Nitley, The simple cure to me will be and for others. My dly of myself, See I can do it. But Cumm and I shall run on. give the adora, Or will I need a car hault to do this upon chpadure. All and it? not sun ___ Guess I be like

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____
Comments/Comentarios

Will recomplete random FSBS.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Gonino | | '19 JAN 17 PM4:28 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Im informed of results.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | '19 JAN 18 PM12:34 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time: 19 JAN 17 PM 4:28
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marcan Dale | 077871 | 1-16-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2A74 | Whetstone | 24406 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

SECTION/SECCION II

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Final Plan 1-12-19 "Due to Urology issue as explained a 3-10-18 I'd like seen duration. Should I obtain record from MCU, or is Curran going to scan claim and explore the emerging procedure that I am told is needed and that I'm eligibly, I'm with ability to travel d. to SMI of 7-5-18 go 9-8-18 not seen Curran to be file

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Dale Marcan

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

Urology consult requested 1/15/19. Inform inmate M.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Dennison | | 19 JAN 17 PM 4:28 |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

IM informed of pending request, no further action.

| Staff Signature/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| F. Sol RN | | 19 JAN 18 PM 12:33 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Matson, Dale | 077877 | 1-16-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 74 | Whetten | 24400 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Right Knee is so bad 1-10 at a full 10 when I try to out Wheel-Chair + need. A Doc / Cociss conol d simple childbrat W/[...] So far [...]

I'm sure has causing more damage daily.  Why!  Out of Cell time

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero _Dale M____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

Assess knee for visual changes. M.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (Amin) | | '19 JAN 17 PM4:28 |

**SECTION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

No action needed. Patient able to ambulate

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | '19 JAN 18 PM12:33 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: '19 JAN 17 PM 3:28
Time:
Initials: OO

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Massaw, Dah | 077877 | 1-17-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 74 | Whetstone | 24400 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria *(Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*    ☑ Medical/Médica   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

First Filed 1-14-19, "Corizon Record Issue" I Dont have a Medical Diet Card "but from 6-5-18, I'm entitled to a Kosher Diet, I'm Intld a Jewish on 7-16-18, 1-14-19, 12-25-18 as well as other diets all w/attach Card See HNR

on 1-14-19 Nurse Supervisor Danielle Deveno violated Card Corizon Deems as well as Smith v. Currie, Chaplain cannot issue the diet issue for medical it will be a Flypp issue Not Governor L.L. Failed

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero | Dah Massaw |
|---|---|

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

Kosher diet issued by chaplain.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | '19 JAN 17 PM 4:20 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Refer to Chaplain or COIV for diet card.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 19 JAN 18 PM 12:33 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marsan, Dale | 277877 | 1-16-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2A 74 | Wholeton | 24900 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Filed 1-12-19 "Re read called. My Speech has not been addressed. I'm in need of Doctor See Chow or some not seen Csun 1-6 filed

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dale M_____

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____
Comments/Comentarios

Speech issue has not been observed during any prior assessments.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 17 PM 4:28 |
|---|---|---|
| MDennison | | |

**PLAN OF ACTION/PLAN DE ACCION**

RL D inform M.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| ___ RN | | 19 JAN 18 PM 12:32 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date: 19 JAN 17 PM 4:27
Time:
Initials:

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | | Date/Fecha |
|---|---|---|---|---|
| *Manon, O.* | | *Omm* | | 1-16-19 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC | |
| *2 AH* | *Whet-n* | *24402* | *Tucson* | |

**SECCION I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)]*

**SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

*First Filed 1-12-19 : "Most likely, I have a sleep disorder as my Medical Records reflect, I'm going to need testing, Didn't Pen to gay out of prison? or other disorders"*

*Not seen  Grievance Filed*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero *[signature]*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

*Report Symptoms to qualify for referral. N.*

Staff Signature Stamp/Firma del empleado *[signature]* | Date/Fecha | Time/Hora 17 PM 4:27

**SECCION IV**

**PLAN OF ACTION/PLAN DE ACCION**

*Refer to provider*

Staff Signature Stamp/Firma del empleado *[signature]* | Date/Fecha | Time/Hora 19 JAN 18 PM 12:31

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

*H: 160.4   126/18   98.4   69   98%*

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date:
Time: 19 JAN 17 PM 4:27
Initials:

## SECTION I

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Maisano Dw | | 077811 | 1·16·19 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 2 A 11 | Whetdn | 24402 | Tucc |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
*[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

## SECTION II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*   ☐ Medical/Médica   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Filed 1-12-19 " Gull Stone has not been addressed, Ruguarly
con is Omston "

and so Concern to be left

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

## SECTION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

NL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 19 JAN 17 PM 4:27 |
|---|---|---|
| Johnson | | |

## SECTION IV

PLAN OF ACTION/PLAN DE ACCION

Refer to provider

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 19 JAN 18 PM 12:31 |
|---|---|---|
| M Ed W | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date:
Time: '19 JAN 17 PM4:27
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marton Dan | 077177 | 1-16-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A H | Whetn | 24402 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Final Filed 1-12-19 " What's up with My D.J.P. Spin issue, Lushy for care Spind Unit? etc "

Not Seen Gerund to be Filed

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dal Man

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

DD is a symptom treatment condition. NL for counseling. Ibu is ordered.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| HUnion | | '19 JAN 17 PM4:27 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Refer To provider

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| P. Sindla | | '19 JAN 18 PM12:31 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date:
Time: 19 JAN 17 PM 4:28
Initials:

**SECTION/SECCION I**

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| Marian Ode | | m187 | 1-16-19 |
| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| 2 A 78 | Whetta | 24940 | Tucs- |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

**SECTION/SECCION II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)* ☐ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other *(specify)*/Otros *(especifique)* Hearing

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Filed 1-12-19 "Hearing testing, I've been asking for years I'm
going to ask Director, You Chose or M###

not sure     Grievance to be filed

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* (especifique) _____

Comments/Comentarios

Report symptoms to qualify for hearing testing referral. RL.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 19 JAN 17 PM 4:28 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Refer to pueda

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | 19 JAN 18 AM 12:02 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date: 19 JAN 17 PM 4:28
Time:
Initials: DJ

## SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Maisan, Dale | 077811 | 1-06-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 24 | Whetstone | 24402 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCION II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Filed 8-12-19     "I'm still in need of a heart stay bed and
notified the Looking for Doctor / Treated of
Should I Bed on     my Cardiology the heart bed "

not seen     Continue to be Filed

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dale Maison

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

N. Report symptoms for referral for strep test.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| M Onnir | | 19 JAN 17 PM 4:28 |

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Refer TC provider

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| KS18 | | 19 JAN 18 PM 12:32 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maruan, Dale | 077017 | ASPT Whetstone | 1-24-19 |

| TO | LOCATION |
|---|---|
| CO III | 2-A Whetstone |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue"
I come in at step of the grievance process.

My single cove is a Burnt VIA Sun, I'm forced to work in Sun, From 10 AM at 10:24. I went to CO III Brown I tell them I wanted Emergency Medical Care, He spoke to Sgt Huston who told him he was to tucked-up I explained to Sgt Huston and them that I had a IHWR From Violet Flor Cordova Which Say to go Faithfully to Medical if can. And I explained it's clear that and time elapsed and red-tape goes away.

Now We have grievance 42 U S C §§ 1985, 1986 Did they Me real d.

### Relief Request

1. Keep Me out of Sun 100% of The Time.
2. Pay Me for Suffering
3. Punish Proper Med Care Del VIA Conven or Custom both have been Find Guilty in Court of Law.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maruan | 1-24-19 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No

If yes, give the staff member name:  x saw WI to informed staff sir IHWR's watts the

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

| Received By | |
|---|---|
| Title | |
| Badge Number | Date |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

| Inmate Name *(Last, First M.I.)* Maisano Dale | ADC Number 077877 | Date 1-24-19 |
|---|---|---|
| Institution/Facility ASP-T-Whitton | Case Number | |

To: FHA Corizon

**Description of Grievance** *(To be completed by the inmate)*

Only would a Corizon let You piss Urin on a seat and let the next person have that same seat It is how they Act. This was written by The Head of Nursing Some Bitter cheshire Crazy as Hell. Lack of Brains That Bitch will get a Kick of of This, one Just Corizon Scum Bag Faili to understand and for simple Diaper What would the fool do for a Life or Dirth Need

Get Rid of All Corizon Scum Killers Upgrade to Day.

**Proposed Resolution** *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

San or Internel

| Inmate's Signature Dale Maron | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|

| Action taken by_____ | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

cc Judge R.O. Silver

802-1
7/13/09



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>077877 |
|---|---|

| INSTITUTION/ UNIT<br>ASPC-Tucson / Whetstone |
|---|

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit  **MI-C37-19-014** |
|---|---|

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 1/7/19 was received in the Tucson office of Corizon Inmate Health Services on 1/8/19.

Your primary area of concern is most illegible and I could not determine your question. Please clearly state your issue in a legible format to be addressed.

Your concern has been reviewed by medical and it was determined

This informal complaint has been addressed. This has resolved your concern.

KS/ba

21737

| STAFF SIGNATURE    K.Switzer DON | DATE *(mm/dd/yyyy)*<br>01/16/2019 |
|---|---|

Distribution:    INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate                     802-12
                 FINAL: White - Inmate; Canary - Grievance Coordinator File                                            10/16/16

21737

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

MT-C37-18-014

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T.Whetstone 2AH | 1-7-19 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve th follown issu"
I waive no tim at any step of Th griev prod.
My Singl Issu: "Denl Diapr a Reld / No Acce t Sickwll
for leakage. Sin 11-3-19" I'm lcakin on a contin,
tm told sevrh pad Diapr would be giv Sen My Recod Rel
This Issu, How Cum this Be

RN Viola Flore, Corizon Hes told Me mor th on tim Diaprs
wer orded and Sz hus bun gin as well a tape, No
We hav a Corizn Scam, or Wsn Run and giv w/out
Medicl Acce

§ 111 No Compl by Nursn Sprvn
§ Sen by P.A. 1/2/19 Dysntho Deriv Privnh Subdgld

Seen on 1-2-19 For Benk and Neck / Shuldr but not so. a shus
1. Your in violation of Corpd Nesm Pursn V Ryan
2. As Well Estelth V. Gambh 429 U.S 97, 97 S.Ct 216 (1976)

(Relief Requestd)
1. Urolgy Con Fortlwl
2. Diaprs As Needs and Promtl
3. Pymnt for No Care and Delay of Diaprs
4. Reln by Bd of Nursn Ruled by a Cort ord Judge
5. Pay md for Your Shm, Ded.

<div style="text-align:right">RECEIVED 1/8/19<br/>by COIV J. Richter #11014</div>

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Dale M | 1-7-19 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No
If yes, give the staff member name: To be Ruld w/n Ct. Ord / W. Bd of Nursn

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

| | |
|---|---|
| Date: '19 JAN 3 PM 3:38 | |
| Time: | |
| Initials: DO | |

**SECTION/SECCION I**

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Marsh, D. | | 1-3-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A H | White | 24 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) | Medical/Médica | Dental | FHA | Pharmacy/Farmacia | Mental Health/Salud Mental | Eyes/Ojos | Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

I'm leaking on a constant. I'm told weeks past change would be gone. Saw my result Re: This one. How can this be

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

| Inmate's Signature/Firma del prisionero |
|---|
| Dale Marsan |

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | Medical/Médica | Dental | Pharmacy/Farmacia | FHA | Mental Health/Salud Mental | Eyes/Ojos | Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (Cannon) | | '19 JAN 3 PM 3:38 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Addressed multiple times. Saw by Pr 1/2/19. provider fee scheduled.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| (Cannon) | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur.- Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Given 1-7-19

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

| Received By |
| Title |
| Badge Number | Date |

*Note:  You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

| Inmate Name *(Last, First M.I.)* Maisano, Dale | ADC Number 077877 | Date 1-24-19 |

Institution/Facility ASP-T-Whetstone    2 A 74

Case Number

To:    FHA Corizon

**Description of Grievance** *(To be completed by the inmate)*

Only could the Same Corizon Staff Write such a stupid Stupid ante Stupid Response. I've had to wear these for going on 13 years. The have still not been addressed or given new. any Judge remove these fals prior to Hurting and Killing of other. Ban them from the Property of a doc. They are Cold Killer Heartley Scum

**Proposed Resolution** *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Same as Informal

| Inmate's Signature  Dale M araano | Date | Grievance Coordinator's Signature | Date |

| Action taken by _____ Documentation of Resolution or Attempts at Resolution. |

| Staff Member's Signature | Badge Number | Date |

CC Judge R. a Silver

802-1
12/19/12

 **ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
| --- |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
| --- | --- |
| Maisano, Dale | 077877 |

| INSTITUTION/ UNIT |
| --- |
| ASPC-Tucson / Whetstone |

| FROM | LOCATION |
| --- | --- |
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit  MI-C37-19-016 |

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 1/7/19 was received in the Tucson office of Corizon Inmate Health Services on 1/8/19.

Your primary area of concern is a delivery of foot supports.

Your concern has been reviewed by medical and it was determined regardless of when and if these items were ordered, if you were not seen by a provider for this issue and no diagnosis is entered, you will not receive said items. You have no diagnosis that would qualify you to receive these items.

This informal complaint has been addressed. This has resolved your concern.

KS/ba

21739

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
| --- | --- |
| K. Switzer DON | 01/16/2019 |

Distribution:   INITIAL: White and Canary or Copies / Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White - Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

27131



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.  Please print all information.

ME-37-18-016

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T-Whetstone 2A74 | 1-7-19 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

"I'm attempting to informally resolve the following issue"
I waive no time at any step of the grievance process.
My Single issue is "I'm told by RN Viola Flores Conday My
Supply Have been placed on order x 2 Time but complaint has been
x to See HNR 1-3-19" I'm told some time ago Feed support
were placed on order, What is the Major issue with supplies, How
can medical Supplies be delayed so long"

        § III  No Current Order  VIA Nursing Support
        § IV  Provided c/m Scheduled  Danielle Dennis
1. In Violation of Consent decree see Parsons V. Ryan
2. In Violation of Estelle V. Gamble, 429 U.S. 97, 97 S.Ct 285 (1976)
3. Your running a sham  Not Th first time
4. Your history will prove Me to be a winner and You a Liar Fool

                Relief Requested
1. Proper medical care for Feed, When as demand by Your conscience,
disregard for Human Life
2. Payment for pain and suffering
3. Foot Care for life Do Vts Your Medical Malpractice
4. Settlement VIA A Judge
5. Your Sham History will Dictate You lose My award
6. For No Sam etc As Board of Nursing You need training etc
7. Payment for Improper Nursing etc see Casey V. Lewis (1993)
Regardless of Funding

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Dale Maisano | 1-7-19 |

RECEIVED
1/8/19
by COIV J. Richter #1014

Have you discussed this with institution staff?  ☐ Yes  ☐ No
If yes, give the staff member name:  To be listed w/m Cd Auth and w/Bd of Nursing

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First-M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mousa, Wah | 077872 | 1-3-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2A74 | Whitst | 2440 | Tucu |

**SECTION/SECCIÓN I**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCIÓN II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE)  | Medical/Médica | Dental | FHA | Pharmacy/Farmacia | Mental Health/Salud Mental | Eyes/Ojos | Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

I'm told a following, Feet Sock were placed in order. What is the major one will supply, How can a medical sock be delayed in lag

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

Inmate's Signature/Firma del prisionero    Wah Mousa

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | Medical/Médica | Dental | Pharmacy/Farmacia | FHA | Mental Health/Salud Mental | Eyes/Ojos | Other/Otros (specify) (especifique) _____

Comments/Comentarios

NO current order

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

PLAN OF ACTION/PLAN DE ACCION

Provider HN order

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Gin 1-7-19

1101-10FS

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| | |
|---|---|
| Received By | |
| Title | |
| Badge Number | Date |

Note:  You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name *(Last, First M.I.)* | ADC Number | Date |
|---|---|---|
| Maisano, Dale | 077877 | 1-24-19 |

| Institution/Facility | Case Number |
|---|---|
| ASP-T-Whetstone  2 A74 | |

To: FHA Corizon

**Description of Grievance** *(To be completed by the inmate)*

Have HNR in pocket written by Viola Flores Cordova
" Return When Burns ARE VISIBLE " Dated 12-18-2018
State Would Reflect She is an RN gain on 42 years
Next time will have I.C.S. and additional staff
Show the tools in Medical the Burns
The Court Must know all Corizon Staffing
As well as affect The Caregivers as done
Yesterday to N P on TV

**Proposed Resolution** *( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Same as grieved Informal
And No Cash , Stupid Stupid and Stupid
Corizon Employees

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Maisano | | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

cc Judge R. O. Silvu



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| INMATE NAME (Last, First M.I.) (Please print) Maisano, Dale | ADC NUMBER 077877 |
|---|---|

| INSTITUTION/ UNIT ASPC-Tucson / Whetstone |
|---|

| FROM Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION Complex Health Unit  MI-C37-19-017 |
|---|---|

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 1/7/19 was received in the Tucson office of Corizon Inmate Health Services on 1/8/19.

Your primary area of concern is a report of burns to your skin that you state you were not seen for.

Your concern has been reviewed by medical and it was determined according to your statement, you came to medical on 1/4/19 and asked to be seen for sunburns. Per policy, you were told walk ins are not permitted and you would need to place an HNR to be seen for a next day appointment. An HNR was placed 1/5/19 and you were seen 1/6/19 at which time no burns were observed.

This informal complaint has been addressed. This has resolved your concern.

KS/ba
2T740

| STAFF SIGNATURE   K.Switzer DON | DATE (mm/dd/yyyy) 01/16/2019 |
|---|---|



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

MJ-C 37-15-017

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT  2 A 74 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T-Whetston | 1-7-19 |

| TO | LOCATION |
|---|---|
| Corwin | UC on |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

" Im attempting to informally resolve the following issue "
I argue no fail at any step of The Grievance Process.
My Single issue " Denied Medical Care Timely  On 1-4-19 My
HNR " I Placed In box Prior to 2:30 pm 1-4-19  " Denial of
Being seen for HNR Violates Court Decree  On 1-4-19 at apex
12:45, I came to medical to show burn both hands thru alarm
Chin Back of Neck and Face, After waiting 15 Min I explained
to Guard, Which is a Court Ordered Violation of Law and explained
th go away other 10 Min more, Im thinkin there is a game
Denial of Care, And Next time, I will act severly

§ 111 NL
§ IV to provide for review

**RECEIVED**
1/8/19
by COIV J. Richter #1814

Violation of 6th Denied Medical Care Timely

1. Placed HNR 1-4-19 Seen 1-C.
2. Softtail Burn Should Had NOT been exposed to Any Sun.
3. Corwin Care is not Medical Care
4. See Estelle V. Gamble 429 U.S 9,   § 285 ( )
   Rel of Requested

1. Proper Placement No Sun Like  In An  DA Bed Nded H Up
2. Payment Yor Cruel Pre Pen  x Mill mo
3. Lifetime Skin Care for Damage Caused by Corwin / A DOC
4. Action by An Board of Nursing ete L.c. Action
5. You Show will Dictate You Loss, 1 . . . out titon

| INMATE SIGNATURE  Dale Maisano | DATE (mm/dd/yyyy) |
|---|---|

Have you discussed this with institution staff?  ☒ Yes   ☐ No

If yes, give the staff member name:  To be w/ n Ct Action and s

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: '19 JAN 6 08:03:01
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Mason Chris | 113811 | 1-4-19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2A 14 | Whati | 24966 | Tucon |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ¦ Dental ¦ FHA ¦ Pharmacy/Farmacia¦ ¦ Mental Health/Salud Mental¦ Eyes/Ojos ¦ Other (specify)/Otros (especifíque) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] *(handwritten text, partly illegible)*

On 1-4-19, at appx 12:45, I came to medical to show what both Hands throu Glove, Chin, Back, Neck and Face... *(remaining handwritten text largely illegible)*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero *(signature)*

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ¦ Dental ¦ Pharmacy/Farmacia ¦ FHA ¦ Mental Health/Salud Mental ¦ Eyes/Ojos    Other/Otros (specify) (especifique) _____ |
|---|
| Comments/Comentarios |
| NL |

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *(signature)* | | '19 JAN 6 08:03:01 |

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| to provider for review |

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *(signature)* GL | | '19 JAN 6 09:03 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

GM 1-6-19

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| Received By | |
| --- | --- |
| Title | |
| Badge Number | Date |

Note:  You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) Maisano Dale | ADC Number 077877 | Date 1-24-19 |
| --- | --- | --- |
| Institution/Facility ASP·T Whetstone  2 R74 | Case Number | |
| To:  FHA Corizon | | |

**Description of Grievance** (To be completed by the inmate)

Hips Still Hurt Daily W/out Any Care, Corizon at a Constant Norm

Provider is a Wack-Job, One of Many Corizon Killer

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

As Stated in Informal and Removal of All Corizon Current Staff, Worthless Useless, Just Plain Bad Not Fit for Service Moron

| Inmate's Signature Dale Mn | Date | Grievance Coordinator's Signature | Date |
| --- | --- | --- | --- |

| Action taken by _____ | Documentation of Resolution or Attempts at Resolution. |
| --- | --- |

| Staff Member's Signature | Badge Number | Date |
| --- | --- | --- |

CC Judge R.O. Silver

802-1
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | *For Distribution:*  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| INMATE NAME *(Last, First M.I.) (Please print)*<br>Maisano, Dale | ADC NUMBER<br>077877 |
|---|---|

| INSTITUTION/ UNIT<br>ASPC-Tucson / Whetstone |
|---|

| FROM<br>Kimberlee Switzer, RN, BSN Director of Nursing | LOCATION<br>Complex Health Unit  **MI-C37-19-015** |
|---|---|

CORIZON

**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated 1/7/19 was received in the Tucson office of Corizon Inmate Health Services on 1/8/19.

Your primary area of concern relates to hip pain.

Your concern has been reviewed by medical and it was determined that you state you placed your request on 1/3/19 and it was not addressed by the provider on 1/2/19. The response to your HNR states you are scheduled for provider follow up for this issue. This appointment has not yet been completed. You will be seen by the provider to address this issue and others as scheduled.

This informal complaint has been addressed. This has resolved your concern.

KS/ba

21738

| STAFF SIGNATURE<br>*K.Switzer*<br>**K.Switzer**<br>**DON** | DATE *(mm/dd/yyyy)*<br>01/16/2019 |
|---|---|

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate<br>FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-12<br>10/16/16

21738



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

MZ-C37-11-015

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT 2 A 79 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Maisani, Dah | 077877 | ASP-T-Whetstone | 1-7-19 |

| TO | LOCATION |
|---|---|
| Corizon | Tucson |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"I'm attempting to informally resolve the following issue"
I waive no time at any step of the grievance process.
My single issue is: Denied Medical Care Timely
On 1-3-19, I placed an HNR "Both Hips hurt on a
constant Level 7-10 Unable to obtain proper sleep, Not
addressed on 1-2-19 by P.A."

§ III Addressed multiple time by Nursing Supervisor Danielle
§ IV Seen by PA 1/2/19 Provider i/m scheduled by Dennis N.S.

Note on 1-2-19 P.S Only addressed Lower Back and Shoulder
1. Corizon and tricked in violation of Consent Decree Parsons V. Ryan
2. Denial Medical Care
3. Cursory Care is not real Medical Care
4. Corizon Fails to follow Estelle V Gamble 429 U.S. 97, 97
5. S. Ct 285 (1976) It is the Law and ADOC / Corizon Has No Choice

Relief Requested
1. Proper Care Forthwith
2. Payment for Delay in care etc.
3. Lifetime care for Damage to Hip
4. Settlement & Arbitration
5. Action by the Board of Nursing etc.
6. Payment for Improper Hours Sleep deprivation etc.
7. Your sharing History will dictate You lose "History"

RECEIVED
1/8/19
by COIV J. Richter #1014

| INMATE SIGNATURE  Dah Maisani | DATE (mm/dd/yyyy)  1-7-19 |
|---|---|

| Have you discussed this with institution staff? | ☑ Yes | ☐ No |
|---|---|---|
| If yes, give the staff member name: | To be listed in Court Action and to BON | |

Distribution   INITIAL: White and Canary – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

Health Needs Request (HNR)

Date:
Time:
Initials:

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Maison, Dale | 077577 | 1 3 19 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2 A 74 | Whitlow | 24xx | Tucs |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifíque)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Both hips hurt on a constant Level 7 to unable
to obtain proper sleep.    Not addressed in 1 2 15
to Ph.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero   Dale M. Maison

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifíque)

Comments/Comentarios

Addressed in all previous lines

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Hermon | | |

**PLAN OF ACTION/PLAN DE ACCION**

Seen by PA 1/2/19. Reorder the standard

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| Hermon | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Given 1-7-19

1101-10ES

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 955 | Maisano | 77877 | C3718151 | Tucson | Whetstone |

In your grievance filed at Whetstone Unit, you claim you are being denied legal copies as it relates to your "Habeas Corpus." Your resolution is to receive the requested copies and to be compensated.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. The Department's Legal Access Monitor has reviewed your grievance and provides the following response:

You have provided no evidence to prove you were denied legal copies. You have not provided a case number, attorney information or any supporting documentation for your request. Furthermore, you have received the requested documents in the past.

No further action is warranted in this matter.

cc: Warden, Tucson Complex

RK

*R. Kepney*
_____
**Appeals Officer**

*CRGlynn for*
_____
**Charles L. Ryan, Director**

01/08/2019
_____
**Date**

Page 1 of 1

GRIEVANCE 1 of 7

## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

| | |
|---|---|
| Received By: | Colston |
| Title: | COIII |
| Badge #: | 5677 |
| Date: (mm/dd/yyyy) | 12/06/2018 |

*Please Print*

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 12-06-18 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASP-T-Whetstone 2074 | COIII-C37-18-151 |

TO: Director Ryan

I am appealing the decision of D.W. Squires for the following reasons:

1. For Your Capricious disregard for Policy as well as The Courts Order, You Fail to Follow them From Copy Never Given
2. For Her Ignorance Re: Habeas Corpus (See Court Actn CR 2004 00311)
3. For Her Lack of ability to Be a Deputy Warden
4. As Far as providing copys "She is running a scam" No copy Ch make
5. I Don't like a person who will look you in The face and lie
6. If this were Filed timely and as required by Law I'd be gone and not able to collect 1,000.00 Per day as the law requires as well as Filing Fees etc and for My them See 902-L enclosed

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Dale Maisano | 12-06-18 | | 12-10-18 |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|

RECEIVED 12/10/18 by COIV J. Richter #1014

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

RRR 3 of 7

MAISANO, DALE ADC NO: 077877

Deputy Warden's Response for Grievance # C37-18-151:
In response to your inmate grievance dated 10/16/18 and received by me on
10/16/2018, I offer the following:
You are formally grieving "Timely legal copies".

After reviewing the Formal Grievance, I offer the following:
Your Inmate Informal Complaint Resolution form (802-11) dated
10/09/2018, regarding specifically, "Timely legal copies". An Informal
Complaint Response was generated by your assigned Case Manager on
10/16/18. A Formal Grievance was then submitted, dated: 10/16/2018 and
received by the Grievance Coordinator on 10/16/18
After reviewing your grievance, I note the following response:

A) You state you were denied "timely copies" on 10/09/18 by
   librarian Wadlow for a "Writ of Habeus Corpus (400 pages). You
   have provided no copy of the denied "Request/Authorization for
   Qualified Legal Copying" form.
B) You also stated it is required copies are made in 48 hours. The
   following excerpt is taken from D.O 902- "Inmate Legal Access to
   the Courts" - 1.7.1 "Make photocopies in accordance with the
   Paralegal's notation on the request form, ensuring the inmate has
   paid for the copies or the account has been placed on hold in
   accordance with section 902.06 of this Department Order.
   Photocopies shall be made, if possible, within three work days of
   designated staff receiving the request form back from the Paralegal.
   Extra time may be necessary for extensive copying requests".

Your grievance is considered resolved. You may proceed to the next level in
the grievance process as outlined in policy if you choose.

_DWCSquires_                                    _12/4/2018_
Cathryn Squires, Deputy Warden                        Date



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED BY _Colson_

TITLE _CO III_

BADGE NUMBER _S677_

DATE (mm/dd/yyyy) _10/16/18_

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Maisano, Dale | 077877 | 10-16-18 |

| INSTITUTION/FACILITY | | CASE NUMBER |
|---|---|---|
| ASP-T-Whetstone | 2A74 | C37-18-151 |

TO: GRIEVANCE COORDINATOR

---

Description of Grievance *(To be completed by the inmate)* Denied Copies Timely. On 10-9-18 at Aprox 8 AM I gave Library Staff Wardlow a "Writ of Habeas Corpus" 400 Pg. This need to typ to Court Forthwith. Library Staff have not a clue of what to do I spoke to CO III Lorance and tried to contact a CO IV Lin as well sent to The Presiding Judge of Pinal Count, for a Court Order see Gluth V. Kangas 951 F.2d 1504 (9th Cir. 1991) Order to ADOC copies w/in 48 hr. Not this is a "Habeas" Which Requires Forthwith Copie.

Craig Pernsley, Ulibarri   Relief Requested  2600 Pg to run W.H.C 10-15-18
1. See Exparte Hull, 312 U.S. 546 ('1941) U.S. Supreme Court Order No Filtering of any Filing
2. Unencumbered access to courts see Cochran V. Kansas, 316 U.S 255

Proposed Resolution *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)* (1942) One More U.S. Sup. Ct Order (3) In Procunier V. Martinez 416 U.S. 396 (1974) Right to Access, As Well this far we have a Johnson V Avery and Wolff V. McDonnell both S. Ct. Order. Note this is a Habeas Corpi see Pen V. Finley 481 U.S. 551 (1987) (Counsel) Bounds V. Smith 430 U.S. 817 (1977) and Lewis V. Casey 518 U.S. 343 (1996) Read Cintler V. Grenholm 872 F.3d 1091 Delay of copywork $50,000.00 Pr. Dy

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Dale Maisano | 10-16-18 | [signature] | 10/16/18 |

| Action taken by Documentation of Resolution or Attempts at Resolution. | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

AAA 5 of 7



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| | *For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.* |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Maisano, Dale | 077877 |
| Institution/Unit | |
| ASPC-T-Whetstone | |

| From | Location |
|---|---|
| COIII COLSTON | HU 2 A COIII OFFICE |

In response to your informal complaint resolution dated 10/09/2018 regarding denial of 400 pages of copies:

The request was submitted to Librarian II Wadlow on 10-9-18, reviewed by the Paralegal Ulibarri on 10-12-18 and returned by Librarian II Wadlow on 10-12-18.

902.05 QUALIFIED LEGAL CLAIMS COPYING

1.1 To request photocopies, the inmate shall complete the appropriate section of a Request/Authorization for Qualified Legal Claim Copying, Form 902-2, and shall submit the request with the documents to be copied attached (including a copy of the pleading if the documents to be copied are intended as an attachment), in person, to designated staff.

1.3 Designated staff shall forward the packet to the Paralegal.

1.4 The Paralegal shall review the packet to determine which documents shall be copied and how many copies are to be made. Documents which violate prison rules (i.e., gang symbols, instructions regarding illegal activities, etc.) shall not be copied.

1.6 The Paralegal shall complete the request and, within three work days of receipt, shall return the packet to designated staff.

1.7 Designated staff shall:

1.7.2 Refrain from photocopying any documents, if so instructed by the Paralegal.

1.9 The Paralegal's decision is final. Inmates may present concerns regarding qualified legal claim copying to the Legal Access Monitor through designated staff using the Inmate Letter, Form 916-1.

This issue has already been addressed through informal and formal processes.

802.10 REJECTED AND UNPROCESSED GRIEVANCE(S)

1.1 The following Informal Complaint(s), Formal Grievance(s), or Appeal(s) shall be rejected and returned to the inmate as unprocessed:

1.1.2 Raises multiple unrelated issue(s) on a single form.

1.1.3 A duplicate Complaint, Grievance or Appeal.

1.1.4 Raises an issue previously addressed through the grievance process.

1.1.5 Filed past the time frame requirement unless there are extenuating circumstances

End of response.

| Staff Signature | Date |
|---|---|
| | 10/16/18 |

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-12(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First, M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Maisano, Dale | 077877 | ASP-T. Whetstone  2-A74 | 10-09-18 |

| TO | LOCATION |
|---|---|
| CO III | 2-B. Whetstone |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

"In attempting to informally resolve the following issue, I, waive no time at any step of The Grievance Process. My Single Issue is Denial Copies Timely. On 10-09-18 at appx. 8 AM, I gave Library staff Wadho a "Writ of Habeas Corpus" 400 pgs. I thus need to go to court forthwith. Library staff has not a clue of what to do. I spoke to COIII Lorann and tried to contact a COIV. I've as well sent To The Presiding Judge, Pinal Court, for a Court Order see Gluth V Kangas 951 F. 2d 1504 (9th Cir. 1991) Order To ADOC copies w/in 48 hrs. Note this is a "Habeas" which requires "Forthwith" Copies.

1. See Ex parte Hull, 312 U.S. 546 (1941) U.S. Supreme Court order No filtering of any filing

2. Unencumbered access to courts, see Cochran V. Kansas, 316 U.S. 255 (1942) One man U.S. Sup Ct Order

3. In Procunier V. Martinez  416 U.S. 396 (1974) Right to Access

As Well thus far we have a Johnson V. Avery and Wolff V. McDonnell 6th S. Ct. Orders

Note This is a Habeas Corpus see In Pennsylvania V. Finley, 481 U.S. 551 (1987) (Conj.)

As Well as seen Bounds V. Smith, 430 U.S. 817 (1977) and Lewis V. Casey 518 U.S. 343 (1996)

If You care to other this out Entler V. Gregoire, 872 F. 3d 1031 (9th Cir 2017) (Relief Required)

Copies Today, Mailing Today, Or Payment 50,000.00 U.S.D. per day Delay. Your Choice.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Dale Maisano | 10.09.18 |

Have you discussed this with institution staff?  ☒ Yes   ☐ No

If yes, give the staff member name: Mr. Wadho

See for Court Clerk Cornett V. Mattma-mal 141 F. Supp 2d 1046 (D. Or. 2001)

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter Response

*For distribution:  Copy of corresponding Inmate Letter must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| MAISANO, DALE | 077877 |

| Institution/Unit |
|---|
| ASPC-Tucson / Whetstone Unit  HU 2-A-074 L |

| From | Location |
|---|---|
| James MacKenzie, CO IV | ASPC-Tucson / Whetstone Programs |

I am writing to notify you that the Whetstone Unit administration will require an extension to the time frames for responding to your grievance about legal copies (Grievance C37-18-151).  In accordance with Department Order 802.01, Section 1.10, this extension shall not exceed 15 working days.

| Staff Signature | Date |
|---|---|
|  | 10 / 29 / 18 |

Distribution:  Original – Master Record File
           Copy - Inmate

916-2
5/14/12

## ARIZONA DEPARTMENT OF CORRECTIONS
### Request/Authorization for Qualified Legal Copying

Please PRINT information in all areas clearly.
Use a PEN and PRESS FIRMLY.

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| | |
| Institution/Unit | Date |
| | 10-09 |

List each document separately. Forms packages count as one item. Unrelated exhibits count separately.
ATTACH DOCUMENTS

PARALEGAL REVIEW

| No. | Document Name | Number of Pages | Number of Copies | Number of Pages | Number of Copies | ✓ Unmodified |
|---|---|---|---|---|---|---|
| 1 | Marin v. Wan | 1 | 4 | | | |
| 2 | Marin v. Wan | 1 | 4 | | | |
| 3 | Marin v. Wan | 1 | 4 | | | |
| 4 | Marin v. Wan | 1 | 4 | | | |
| 5 | Marin v. Wan | 1 | 4 | | | |
| 6 | Marin v. Wan | 1 | 4 | | | |
| 8 | Marin v. Wait | 1 | 4 | | | |
| 9 | Marin v. Wan | 1 | 4 | | | |
| 10 | | 400 | 4 | | | |

**Request received and forwarded to Paralegal for action.**

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date/Received | Date Forwarded |
|---|---|---|---|
| WAD | | 10-9-18 | N/A |

I have reviewed the request for legal copying. Take the following action:

☐ Copy: Unmodified

☐ Copy: Modified as indicated above

☐ Non-qualified legal copies, non-legal matter.

☐ Paralegal requests meeting with inmate - approval suspended

| Paralegal's Name *(Last, First M.I.)* | Paralegal's Signature | Date |
|---|---|---|
| | | |

| No. of Copies made _____ @ $ _____ each = TOTAL _____ |
|---|

| Designated Staff Name *(Last, First M.I.)* | Designated Staff Signature | Date |
|---|---|---|
| | | |

Distribution: White - Library
Green - Legal Access Monitor
Canary - Inmate
Pink - Paralegal
Goldenrod - Inmate

902-2
2/4/11

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 960 | Maisano | 77877 | C3718051 | Tucson | Whetstone |

In your grievance filed at Whetstone Unit, you claim your meals are occurring as much as fifteen hours apart. Furthermore, you state your evening meal is occurring at 1700 and you receive breakfast at 0800. Your resolution is to be fed within twelve hours.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. The Unit Administration advised that you are receiving your meals appropriately and within required time frames. You have provided no evidence to prove that you are receiving meals fourteen hours apart. The feeding procedures require that inmates who receive a diet tray eat after the general population. With unit formal count routinely ending at 1700, it is not possible for you to receive your meal at that time.

No further action is warranted in this matter.

cc: Warden, Tucson Complex

RK

_R. Kosney_
**Appeals Officer**

_CRGlynn for_
Charles L. Ryan, Director

01/08/2019
**Date**



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance Appeal

2  1 of 5

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By: _Scatena_
Title: _CO II_
Badge #: _1923_
Date: (mm/dd/yyyy) _04-22-2018_

*Please Print*

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Maisano, Dale | 077877 | 04-22-18 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASP-T Whetstone | CJ7-18-051 |

TO: _Director_

I am appealing the decision of _D.W. Cathryn Squires_ for the following reasons:

Not. The Order-912 has not one thing to Do, with The Law,
Not. The 12-4-17 Call has been Ordered by A Fed
Judge, sue Johnson V. Lewis, False Statement, by Fail to
Fully Understand What is going on "General population, and
only obtain food at Sam Time at 1700, Change is what The
Judge will Show You, 12 Hours is The Law and I'm got.
"Handicaped".

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 4-22-18 | | 4-24-18 |

RESPONSE TO INMATE BY                    LOCATION

RECEIVED
4/24/18
by COIV J. Richter #1014

STAFF SIGNATURE                                    DATE (mm/dd/yyyy)

DISTRIBUTION:  INITIAL:  White & Canary – Grievance Coordinator
                         Pink – Inmate
               FINAL:    White – Inmate
                         Canary – Grievance File

802-3
12/12/13

MAISANO, DALE ADC NO: 077877

Deputy Warden's Response for Grievance # C37-18-051
In response to your inmate grievance dated 03/23/18, and received by me on
03/26/2018, I offer the following:
You are formally grieving "excess of 12 hours between meals".

After reviewing the Formal Grievance, I offer the following:
Your Inmate Informal Complaint Resolution form (802-11) dated
03/08/2018, regarding specifically, "excess of 12 hours between meals". An
Informal Complaint Response was generated by your assigned Case
Manager on 03/20/18. A Formal Grievance was then submitted, dated:
03/20/2018 and received by the Grievance Coordinator on 03/26/2018.

After reviewing your grievance, I note the following response:

A) There is no specific amount of time that is required in between meals
in Department Order 912-Food Services, nor the Food Service
Technical Manual.
B) There is no specific amount of time that is required in between meals,
either by State or Federal law.
C) It is also noted for the record, you are an inmate that receives a diet
meal, hence eats after the general population of a unit is served, which
is in accordance with Department Order 912 Food Services and the
Food Services Technical Manual.
D) You state in your formal grievance (C37-C18-051), you are routinely
given your food at 1700 hours as a matter of factual basis. This is a
false statement as the unit does not begin to feed until approximately
1700 hours, after formal count clears. As previously identified, you
are an inmate who receives a special diet and thus eats after the
general population has received their last tray.

Your grievance is considered resolved. You may proceed to the next level
in the grievance process as outlined in policy if you choose.

_____                    ___4 / 20 / 18___
Cathryn Squires, Deputy Warden                      Date



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |
| --- |
| *Nunley, R* |
| TITLE |
| COTT |
| BADGE NUMBER 8686 | DATE (mm/dd/yyyy) 03-28-2018 |

*Note:   You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) Maisano, Dale | ADC NUMBER 077877 | DATE (mm/dd/yyyy) 03-23-18 |
| --- | --- | --- |
| INSTITUTION/FACILITY ASP-T-Whetstone | CASE NUMBER C37-18-051 | |

TO:  GRIEVANCE COORDINATOR

---

Description of Grievance (To be completed by the Inmate)

My Single issue is time between Meals Excess of 12 Hours Note" I'm being Fed at 5 PM and The Next meal is 8 AM We have a gap of 15 Hours, I'm handicapped and this fails to accommodate My Needs as well as Violates The Law see Green V. Ferrell 801 F.2d 765, 770 (5th Cir. 1986) Note My 2414 Original Filing of 12-4-17, Deals with issue Weekends are worse As well see Johnson V. Lewis 217 F.3d 726 (9th Cir. 2000) and Read Casey V. Lewis Waiting Makes Me quit-ill and We have No Medical Access Read The Court Order to A DOC.

---

Proposed Resolution (What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)

1. Timely Food w/in 12 hours
2. Re: Handicapped see Your Order in Casey V. Lewis, 834 F. Supp, 1477, 1545 (D. Ariz 1993)

---

| Inmate's Signature | Date 3-23-18 | Grievance Coordinator's Signature | Date 3-26-18 |
| --- | --- | --- | --- |

---

Action taken by  Documentation of Resolution or Attempts at Resolution.

RECEIVED
3/26/18
by COIV J. Richter #1014

| Staff Member's Signature | Badge Number | Date |
| --- | --- | --- |

---

DISTRIBUTION:  INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
                          FINAL:   White – Inmate; Canary – Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

2  7 of 5

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| MAISANO, DALE F.     1-A-80L | 077877 |
| Institution/Unit | |
| ASPC - Tucson / Whetstone | |

| From | Location |
|---|---|
| CO III B. Riley | Bldg. 1-A |

In response to your Inmate Informal Complaint Resolution form received on 03/08/2018:

I contacted Mr. Bonorand, CFSL, regarding your concerns about the time frames between meals at Whetstone Unit.  I have been advised of the following:

Per the Arizona Department of Corrections Central Office - There are no state or federal statutes that address the time frames between means.  The case law the inmate cites has no correlation with this inmates complaint.

Per Mr. Bonorand - The current menus accomodates all meal times and for the yard's level of supervision.

Although you stated in this Inmate Informal Complaint Resolution that you are handicapped, I have reviewed AIMS and do not see any SNOs (Special Needs Orders) for meals in house.

End of response.

| Staff Signature | Date |
|---|---|
| *[signature]* | 03/20/2018 |

Distribution:   Original - Inmate
          Copy – Grievance Coordinator File

802-12(e)
12/19/12

2 3 of 3

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT  1 A 80 | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Marcan, Dale | 077171 | ASP-T Whitstone | 3-8-11 |

| TO        CU 111 | LOCATION     1 A - Whitstone |
|---|---|

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

My Single use is time between Meals Excess of 12 Hours
I'm attempting to informally resolve the following issue.
I Waive Nothing at any step of the Grievance Proclu.

Note: If I'm being fed at 5 PM and The next meal
is 8 AM We have a gap of 15 Hour I'm handicaped
and that Fails to accomidate My Need, as well as
violate the Law, see Green v. Ferrell 801 F.2d 765, 770
(5th Cir. 1986) Note My 2414 Original Filing of 12-9-17
Deals with This issue. Weekends are worse. As well
see Johnson v Lewis 217 F 3d 726 (9th Cir. 2000) and
Read All of Casey v. Lewis. Waiting Makes Me quit
ill and We have No Medical Need. Read The Court
Order. I A DOC

Relief Requested
1. Timely Fed w/in 12 hours

| INMATE SIGNATURE    Dale Marcan | DATE *(mm/dd/yyyy)*    3. 8. 18 |
|---|---|

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:  To many to list said to file this

Distribution:  INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

Rec'd  3/8/18          802-11
a ks          6/25/14

+

# ARIZONA DEPARTMENT OF CORRECTIONS
## ASPC-TUCSON – WHETSTONE UNIT

## MEMORANDUM

**TO:  MAISANO, DALE F. ADC NO: 077877**

**FROM: COIV J.  RICHTER, GRIEVANCE COORDINATOR**

**SUBJECT: EXTENSION MEMORANDUM FOR GRIEVANCE C37-18-051**

**DATE: 04/13/2018**

I am writing to notify you the Whetsone Administration team will require an extension to the time frames for responding to your grievance about an time between meals (Grievance C37-18-051) in accordance with Department Order 802.01, Section 1.10, this extension is not to exceed 15 work days.