=RICHARD WASHINGTON= #039492
A·S·P·C· FLORENCE
EAST·UNIT , P·O·BOX 5000
FLORENCE AZ, 85132

=UNITED·STATES·DISTRICT COURT=

DISTRICT ARIZONA

VICTOR ALAN PARSONS

-VS-                          CIV12-0601-ROS

CHARLES RYAN

"NOTICE I AM BEING KILLED"

        -THE ARIZONA DEPARTMENT OF CORRECTIONS-
HAS BEEN, AND IS ACTIVELY REFUSING TO GIVE AND OR
PROVIDE ME WHILE ALSO STOPPING THE ONLY MEDICATION
THAT HELPED AND HAS BEEN HELPING ME DEAL WITH
AND COPE WITH MY MEDICAL CONDITION, MEANWHILE
THE AZ·D·O·C· COUPLED WITH CORIZON, TOGETHER ARE "NOT"
MY; DIABETES, LIVER CONDITION, AND BLOOD PRESSURE
ISSUES AS WELL AS A MULTITUDE OF OTHER POTENTIALLY
FATEL LIFE ENDING MEDICAL CONDITIONS.

        "MY GREATEST FEAR IS THAT I'M GOING TO
DIE MORE SOONER THAN LATER SHOULD THIS
TREATMENT -OR LACK THERE OF- CONTINUES."

        WITH ME AT THE FOREFRONT THERE ARE A

COPIOUS NUMBER OF OTHERS WITH A VARIOUS PLETHORA OF CONDITIONS AND ILLNESSES THAT VERY ALL WHOM OF WHICH THAT ALREADY HAVE VOICED THEIR CONCERNS IN REGARDS TO THE LACK NON-TREATMENT ON THE PART OF CORIZON; AVANT TRIPATT, BETTY WILLIAMS, DONALD COLLINS, GARY EMERSON, JERRY HUBBARD, ANTWON MILLER, & THE LIST GOES ON AND ON ALL ALONG THE SAME LINES ABOUT CORIZONS FAILURE TO TREAT OUR MEDICAL CONCERNS & CONDITIONS.

"OUITY DAIROMA I AM RETICN"

12-15-18

RICHARD WASHINGTON.