Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

LEGAL142289450.1

1   PLEASE TAKE NOTICE that attorney Kirstin T. Eidenbach withdraws as counsel
2   of record for Prisoner Plaintiffs in the above captioned case. Ms. Eidenbach respectfully
3   requests that service and all electronic filing notices be terminated as to her. Other
4   counsel of record will remain counsel for the Prisoner Plaintiffs. Prisoner Plaintiffs
5   respectfully request that the Court continue to serve all correspondence, pleadings, and
6   other documents and papers on the remaining attorneys of record.

7   Dated: February 7, 2019                    **EIDENBACH LAW, P.L.L.C.**

8
9                                              By:   s/ Kirstin T. Eidenbach
                                                     Kirstin T. Eidenbach (Bar No. 027341)
                                                     P. O. Box 91398
10                                                   Tucson, Arizona 85752
                                                     Telephone: (520) 477-1475
11                                                   Email:   kirstin@eidenbachlaw.com

12                                                   Daniel C. Barr (Bar No. 010149)
                                                     Amelia M. Gerlicher (Bar No. 023966)
13                                                   John H. Gray (Bar No. 028107)
                                                     **PERKINS COIE LLP**
14                                                   2901 N. Central Avenue, Suite 2000
                                                     Phoenix, Arizona 85012
15                                                   Telephone: (602) 351-8000
                                                     Email:   dbarr@perkinscoie.com
16                                                            agerlicher@perkinscoie.com
                                                              jhgray@perkinscoie.com
17
                                                     Kathleen E. Brody (Bar No. 026331)
18                                                   **ACLU FOUNDATION OF
                                                     ARIZONA**
19                                                   3707 North 7th Street, Suite 235
                                                     Phoenix, Arizona 85013
20                                                   Telephone: (602) 650-1854
                                                     Email:   kbrody@acluaz.org
21
22
23
24
25
26
27
28

LEGAL142289450.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
  ahardy@prisonlaw.com
  snorman@prisonlaw.com
  ckendrick@prisonlaw.com
  rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
Ryan Matthew Kendall (Calif. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
  afettig@aclu.org
  vlopez@aclu.org
  rkendall@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

1
2
3
4

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEGAL142289450.1                          -3-

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                                 s/ D. Freouf