IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Prisoner Richard Washington filed a "Notice I am Being Killed" in which he alleges that the Arizona Department of Corrections and Corizon have stopped giving him his medications that assist in treating his diabetes, liver condition, and blood pressure issues. Consistent with the Court's January 29, 2019 Order (Doc. 3125), to facilitate consideration of Mr. Washington's allegations, the Court will direct the Clerk of Court to open the Notice as a new civil action (Doc. 3137).

**IT IS THEREFORE ORDERED** that the Notice I am Being Killed filed at Doc. 3137 must be opened as a new civil action.

Dated this 7th day of February, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge