Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS **NOTICE OF CLASS MEMBER DEATH** |
| Plaintiffs, | |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1    Plaintiffs give notice that class member Richard Washington, ADC No. 039492,

2  who recently filed a "Notice I am Being Killed" (Doc. 3137), died on January 31, 2019.

3  *See* Exhibit 1.

4  Dated:  February 7, 2019                    **ACLU NATIONAL PRISON PROJECT**

5

6                                      By:  s/ David C. Fathi
                                           David C. Fathi (Wash. 24893)*
7                                          Amy Fettig (D.C. 484883)**
                                           Victoria Lopez (Ill. 6275388)*
                                           Ryan Matthew Kendall (Calif. 324714)*
8                                          915 15th Street N.W., 7th Floor
                                           Washington, D.C. 20005
9                                          Telephone:  (202) 548-6603
                                           Email:    dfathi@aclu.org
10                                                   afettig@aclu.org
                                                     vlopez@aclu.org
11                                                   rkendall@aclu.org

12                                         *Admitted *pro hac vice*.  Not admitted
                                            in DC; practice limited to federal
13                                          courts.
                                           **Admitted *pro hac vice*
14
                                           Daniel C. Barr (Bar No. 010149)
15                                         Amelia M. Gerlicher (Bar No. 023966)
                                           John H. Gray (Bar No. 028107)
16                                         **PERKINS COIE LLP**
                                           2901 N. Central Avenue, Suite 2000
17                                         Phoenix, Arizona 85012
                                           Telephone:  (602) 351-8000
18                                         Email:    dbarr@perkinscoie.com
                                                     agerlicher@perkinscoie.com
19                                                   jhgray@perkinscoie.com

20                                         Kathleen E. Brody (Bar No. 026331)
                                           **ACLU FOUNDATION OF**
21                                         **ARIZONA**
                                           3707 North 7th Street, Suite 235
22                                         Phoenix, Arizona 85013
                                           Telephone:  (602) 650-1854
23                                         Email:    kbrody@acluaz.org

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone:  (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 7, 2019, I electronically transmitted the above

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Jessica Jansepar Ross
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
jross@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf

-3-
