# EXHIBIT 1

State Agencies    State Services    Visit OpenBooks    Ombudsman-Citizens Aide

Search AZ.Gov



Search ADC

Select Language

Powered by Google Translate

# Inmate Death Notification - Washington

## February 4, 2019

**FLORENCE** (Monday, February 4, 2019) – Inmate Richard J. Washington, 64, ADC #039492, died on January 31.

Washington returned to ADC in 1990 after he was sentenced out of Maricopa County to 63 years in prison on four counts of armed robbery.

His assigned housing location was ASPC-Florence.

All inmate deaths are investigated in consultation with the county medical examiner's office.

###

© 2019 Copyright Arizona Department of Corrections

Contact Us  |  Sign In  |  Privacy Policy  |  Web Page Disclaimer