☑ FILED    ☐ LODGED
☐ RECEIVED ☐ COPY

FEB 0 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Michael J. Cohn #283721
ASPC Tucson / Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

| | |
|---|---|
| Parsons, et al. | Ninth Cir. 18-17351 |
| v. | D.C. 2:12CV601-ROS |
| Ryan, et al. | Supplement I in support of motion for sanctions |
| v. | |
| Cohn, Pro Se | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class Plaintiff, advocate, appellant in the above named case, respectfully submit additional documentation in support of the motion for sanctions. As set forth in the attached letter to the Prison Law Ofc., I have thoroughly reviewed the American Nurses Association, Code of Ethics with Interpretive Statements (2015). It is apparent that Ms. Kidd, RN, ADON & Ms. Switzer RN, D.O.N. are in violation of multiple Provisions ~~codes~~ of this code as they apply to my efforts to aid the disabled, et al. It should be noted that in my recent brief encounter with Ms. Switzer, it appears she has not likely read the 2015 Code of Ethics. For a Director of Nurses in a complex of some 5000 patients, this is outrageous and unconscionable. I assert violations of Provisions 1, 2, 3, 4, 6 and 8 in respect to my personal situation (attached).

For the reasons stated previously and herein, the court should grant the motion for sanctions in all its respects.

Respectfully submitted,                   Date: 2/3/19

Michael J. Cohn, Ed.D., Pro Se
Dr. Michael J. Cohn
Advocacy / Education / Expert Witness

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv 5.4
(Rule Number/Section)

Service

Original mailed to: on: 2/5/19
Clerk of the U.S. Dist. Ct.
401 W. Washington #130-SPC-1
Phoenix, AZ 85003

Copies to:   on: 2/5/19
Ninth Cir. Ct. of Appeals
P.O. Box 193939
San Francisco, CA. 3939

Attorney General
1275 W. Washington
Phoenix, AZ 85007

Prison Law Ofc.
General Delivery
San Quentin, CA 94964

15

s, and Actions
s, and Actions
es or Tasks

19

-Being

of Professional Growth

23

27

iquiry
and

/ Development

31

alth Diplomacy
s and Reduce Disparities
reme, or

35

39
41
ics                47
49

# Provisions of the Code of Ethics for Nurses with Interpretive Statements

| | | |
|---|---|---|
| — | **Provision 1** | The nurse practices with compassion and respect for the inherent dignity, worth, and unique attributes of every person. |
| — | **Provision 2** | The nurse's primary commitment is to the patient, whether an individual, family, group, community, or population. |
| — | **Provision 3** | The nurse promotes, advocates for, and protects the rights, health, and safety of the patient. |
| — | **Provision 4** | The nurse has authority, accountability, and responsibility for nursing practice; makes decisions; and takes action consistent with the obligation to promote health and to provide optimal care. |
| — | **Provision 5** | The nurse owes the same duties to self as to others, including the responsibility to promote health and safety, preserve wholeness of character and integrity, maintain competence, and continue personal and professional growth. |
| — | **Provision 6** | The nurse, through individual and collective effort, establishes, maintains, and improves the ethical environment of the work setting and conditions of employment that are conducive to safe, quality health care. |
| | **Provision 7** | The nurse, in all roles and settings, advances the profession through research and scholarly inquiry, professional standards development, and the generation of both nursing and health policy. |
| — | **Provision 8** | The nurse collaborates with other health professionals and the public to protect human rights, promote health diplomacy, and reduce health disparities. |
| | **Provision 9** | The profession of nursing, collectively through its professional organizations, must articulate nursing values, maintain the integrity of the profession, and integrate principles of social justice into nursing and health policy. |

Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

1/30/19

Sara Norman, Attorney Mgr.
Prison Law Off.
General Delivery
San Quentin, CA 94964

Re: Medical/Nursing Ethics. Another Performance Standard?

Ms. Norman;

I have been reading the American Nurses Association Code of Ethics (2015) with Commentary. Actually, I've been thoroughly studying it. My insights, at this time, are as follows:

1) There is no distinction between nursing practice ethics inside vs. outside of prison. In fact, in a prison setting the ethical demands are/may in fact be greater.

2) It seems to me that most, if not all the complaints your office receives, implicate at least one, and likely multiple violations. There are 9 Provisions. In my experience, at least 7 of these are routinely violated by Corizon staff. #'s 1, 2, 3, 4, 5, 6, 8, (9 possibly). (—) (maybe #7 as well),

1

3) The Ethics book is a soft-cover, 5"x7" 60 page product with an excellent editorial board. It is available from ANA at Nursingworld.org. The precise title is, Code of Ethics for Nurses with Interpretive Statements. It is an updated version of the 2001 code.

4) I asked 2 LPN's if they had read this. They stated that they had.

### Anecdote

5) At 3pm today I was walking near the medical unit and Kimberlee Switzer, the Tucson complex Director of Nursing came walking by. I asked her if she had ever read this and held the book so she could see it. She hemmed & hawed and said she wouldn't read it now, or words to that effect. I said it's the nursing code of ethics. She kept walking. I took her response as non-committal.

### Ethics and New Contract

6) Under the circumstances, it seems to me that another performance standard should be added to the 2015 stipulation. As I recall the research on ethics training, those professionals who completed ethics classes were substantially less likely to commit ethical violations than those who didn't. To the best of my memory, some boards of standards require ethics classes for licensure purposes. I saw nothing in the AZ. Nursing statutes requiring such coursework. I will review these again to verify, as I am relying on memory.

2

## Recommendations

7) I recommend that your office submit a motion to add Performance Standard #105 to the Stipulations. This should read to the following effect:

— Medical Staff, including Physicians, Physician assistants, Nurse Practitioners, Registered Nurses, Certified nursing, (LPN's) assistants and Medical Records Librarians, shall submit official transcripts of an ethics course within 90 days of their employment by Centurion Health of AZ., et al., inter alia. Copies of such transcripts will be submitted to the HSMB of ADC. Failure to provide such transcripts will result in termination of the employee, assignment to an ethics class provided by Centurion Health, et al., Inter alia that is the equivalent of a 3 semester hour university course, or attendance at a university Ethics class with the official transcript to be submitted within 30 days of class completion.

8) I believe it is in the best interests of all parties to include #7 above.

Respectfully submitted

*Michael J. Cohn, Ed.D.*

Dr. Michael J. Cohn
Class Plaintiff/Advocate/Appellant
Expert Witness

3