FILED ✓   LODGED ___
RECEIVED ___   COPY ___
FEB 0 8 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

## Ninth Circuit Court of Appeals

| Parsons, et al. | Ninth Cir. 18-17351 |
|---|---|
| v. | D.C. 2:12CV601-ROS |
| Ryan, et al. | Supplement documenting Business License Requirements for |
| v. | City of Tucson, Evidence of Fraudulent scheme, inter alia. |
| Cohn, Pro Se | Hon. Justices |

I, Michael J. Cohn, appellant, pro se in the above captioned case, respectfully submit the attached documents, verifying contempt of the Business License Requirements/Law of the City of Tucson, by Corizon Health/AZ. Dept. of Corrections. Per City Ordinances § 19-2 a License/Taxes are required for any trade, calling, profession, occupation or business (19-2.1). Further, I allege ADC aids/abets Corizon in its evasion/contempt/refusal to obtain such license and pay taxes. I allege this is systemic in nature and implicates some 40-60 separate places of business within ADC. (§19.14 + 19,15) I allege a national violation as Corizon has some 500 contracts nationwide, crossing state lines implicating federal as well as state violations. Federal jurisdiction is implicated, in addition to ADC receiving federal funds (ADA among others), as I understand it.

For the reasons stated herein and in prior submissions, this honorable Court should grant the request for a criminal investigation of fraudulent schemes/artifices, inter alia, et al. in all its respects,

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4

1

Respectfully submitted,

*Michael J. Coba, Ed.D.*

Dr. Michael J. Coba, Prose
appellant

Service

Clerk of the Ninth Cir. - original     ON: 2/5/19
Court of Appeals
P.O. Box 193939
~~Tucson, AZ 86~~ San Francisco, 94119-3939

Copies to:     ON: 2/5/19
U.S. Dist. Ct. (Clerk)
401 W. Washington #130/SPC-1
Phoenix, AZ 85003


Attorney General
1275 W. Washington
Phoenix, AZ 85007


Prison Law Ofc.
General Delivery
San Quentin, CA 94964

2

Received 2/4/19 from S. Dosek, Esq. MJC

(Ord. No. 7885, § 2, 8-3-92; Ord. No. 8128, § 1, 9-27-93; Ord. No. 10360, § 1, 12-19-06, eff. 1-1-07; Ord. No. 10790, § 4, 5-18-10, eff. 1-1-11; Ord. No. 11472, § 1, 6-20-17, eff. 9-1-17)

### Sec. 19-2. License required.

(a) It shall be unlawful for any person, whether as principal or agent, clerk or employee, either for himself or any other person, or for any body corporate, or an officer of any corporation, or as a member of any firm or copartnership, or otherwise, to:

(1) Commence, practice, transact or carry on any trade, calling, profession, occupation or business, subject to the imposition of a license tax under this article without first having procured a license from the city to do so, or without complying with any and all relations of such trade, calling, profession, occupation or business designated in this article.

(2) Fail or refuse to make any return required by this article.

(3) Fail to remit as and when due the full amount of any tax or additional tax or penalty and interest thereon.

(4) Make or cause to be made a false or fraudulent return.

(5) Make or cause to be made a false or fraudulent statement in a return, in written support of a return, or to demonstrate or support entitlement to a deduction, exclusion or credit or to entitle the person to an allocation or apportionment or receipts subject to tax.

(6) Fail or refuse to permit any lawful examination of any book, account, record or other memorandum by the tax collector.

(7) Fail or refuse to obtain a quarterly business license or to aid or abet another in any attempt to intentionally refuse to obtain such a license or evade the license fee.

(8) Reproduce, forge, falsify, fraudulently obtain or secure, or aid or abet another in any attempt to reproduce, forge, falsify, or fraudulently obtain or secure, an exemption from taxes imposed by this article.

(b) The violation of any provision of subsection (a) above shall constitute class 2 misdemeanor. Such violation shall constitute a separate violation of this article for each and every day that such trade, calling, profession, occupation or business is practiced, transacted or carried on. The granting of a license is not to be deemed as evidence or proof that the licensee has complied with the provisions of this chapter or other provisions of this Code, nor shall it estop the prosecution by the city for any violation of this Code.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-3. Issuance by tax collector; contents.

The tax collector, or such other person to whom may be assigned the duty, shall prepare and issue a license under this article for every person required to pay a license tax hereunder and to state the period of time covered thereby, and the location or place of business where such trade or business is to be practiced or carried on.

(Ord. No. 7885, § 2, 8-3-92; Ord. No. 10448, § 1, 9-5-07, eff. 1-1-08)

### Sec. 19-4. When taxes due.

(a) The quarterly license tax provided for in divisions 2 and 3, of this article shall be due and payable on the first day of January, April, July and October of each year.

(b) Annual licenses taxes as set out in divisions 2 and 3, of this article shall become due on the first day of January, April, July, or October, according to date of original application.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-5. Prorating quarterly taxes.

License taxes prescribed by this article shall be diminished by one-third ( 1/3) of a full quarterly fee for each month of the tax period which has fully lapsed at the date of the license application.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-6. When taxes delinquent; penalty and interest applied.

(a) Any quarterly license tax provided for herein shall become delinquent if not received by the city within twenty (20) days after becoming due. The tax collector shall, on the day the same becomes delinquent, add thereto an amount equal to ten (10) percent of the total amount of any tax unpaid and delinquent as a penalty. No license shall be issued by the tax collector until the delinquent license taxes and penalties have been paid in full.

(b) Annual license taxes shall become delinquent if not received by the tax collector within twenty (20) days after becoming due. The tax collector shall, on the day such tax becomes delinquent, add thereto a penalty in the amount equal of ten (10) percent of the amount owed. No license shall be issued by the tax collector until the delinquent license taxes and penalty have been paid in full

(c) It shall be the taxpayer's responsibility to cause his return and remittance to be timely received. Mailing the return or remittance on or before the due day or delinquency date does not relieve the taxpayer of the responsibility of causing his report and remittance to be received on or before the twentieth (20th) day of the month in which the [license tax] becomes due.

(Ord. No. 7885, § 2, 8-3-92; Ord. No. 8128, § 2, 9-27-93; Ord. No. 10790, § 5, 5-18-10, eff. 1-1-11)

### Sec. 19-7. Time, place of payment generally.

All taxes required by this article shall be paid in advance to the tax collector at city hall.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-8. Mistake not to prevent collecting correct amount.

In no case shall any mistake made by the tax collector in stating, fixing or collecting the amount of any license tax prevent, prejudice or estop the city from collecting the correct amount due as provided by this article.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-9. Notice of termination of business required.

The holder of any license required by this article shall notify the city, in writing, of the termination of his business, occupational or professional activity either before the termination date or within ten (10) days thereafter.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-10. Imposition of license tax; evidence of engaging in business.

(a) There is imposed upon any person, engaged in carrying on any and all professions, trades, callings, occupations, and kinds of business within the city, license taxes in the amounts prescribed by this article. No person shall engage in any business in the city without first having procured a license from the city and paid the tax prescribed or without having complied with the applicable provisions of this article.

(b) This section shall not be construed to require any person to obtain a license prior to engaging in business within the city if such requirement conflicts with applicable statutes of the United States or of the state. Persons not so required to obtain a license prior to engaging in business within the city nevertheless shall be liable for payment of the tax imposed by this article.

(c) Every person who shall conduct a business, profession, trade or calling outside the city and who solicits, canvasses or advertises within the city and delivers his products or performs a service within the city shall pay a license tax.

(d) When any person shall by use of signs, circulars, cards, telephone book or newspapers, advertise, hold out, or represent that said person is engaged in business in the city, or when any person holds an active license or permit issued by a governmental agency for conducting business in the city, after being requested to do so by the collector, then these facts shall be considered prima facie evidence that business is being conducted in the city.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-11. Right of entry of tax collector, revenue investigators, police; arrest authority.

The tax collector, revenue investigators, and police officers shall have and exercise the power to enter, free of charge, at any time, any place of business for which a license is required by this article, and to demand the exhibition of his license for the current term from any person engaged or employed in the transaction of such business. Denial of right of entry by the licensee or his agents or employees shall be a misdemeanor. Police officers may make arrests in the discharge of their duties for violations of any provisions of this chapter.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-12. Appointment of revenue investigators; general duties.

There shall be appointed revenue investigators under the civil service rules and regulations. It shall be the duty of the revenue investigators to inspect all places of business subject to the provisions of this article and the books and records thereof, and report all violations to the tax collector.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-13. Tax collector, revenue investigators to file complaints.

It shall be the duty of the tax collector, revenue investigators, or others to whom the duty is given to cause complaints to be filed against all persons violating any of the provisions of this article.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-14. Separate licenses required for separate places of business.

A separate license must be obtained for each branch establishment or separate place of business in which any trade, calling, profession, occupation or business is practiced, transacted or carried on.

*[Handwritten annotation: 1 License for each medical, etc. office. Est. 40-60 separate units w/ medical units.]*

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-15. Licenses to be displayed; exhibition upon demand.

Every person having a license under the provisions of this article and carrying on a trade, calling, profession, occupation or business at a fixed place of business shall keep such license posted and exhibited, while in force, in some conspicuous part of such place of business. Every person having such a license and not having a fixed place of business shall carry such license with him at all times while carrying on the trade, calling, profession, occupation or business for which the license was granted. Every person having a license under the provisions of this article shall produce and exhibit such license when applying for a renewal thereof, and whenever requested to do so by any police officer or by any officer authorized to issue, inspect or collect licenses.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-16. When certificate or permit from health department required.

Where any trade, occupation, profession or calling as set out in this article is subjected to a certificate of health or sanitary examination, before any license is issued, the applicant must produce such certificate or permit from the county health department.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-17. Exemption for business engaged in interstate commerce or whom conduct business solely with the United States Government.

No license levied under this article upon practice, transaction or carrying on of any profession, trade, calling, occupation or business licensed by the city shall be presumed to apply to any part of such practice, transaction or carrying on of any profession, trade, calling, occupation or business which is a part of interstate commerce; or in which such practice, transaction, calling, occupation or business is conducted as an agency or department of the United States Government for which such government has failed to make provisions allowing states and municipalities to so tax.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-18. Conviction, punishment for failing to have license not to excuse non-payment of tax.

twelve (12) months has expired between the time that the successor in interest acquires the property and the time the predecessor quit the business; or

(d) Any person identified as a successor in interest by definition in section 19-1 of this article may not be subject to the provisions of section 19-25 of this article if that person acquired the business or business property only to protect his investment and does not operate the business nor sell the business to another party who will operate the business.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-27. Penalty--Failure to provide number of employees information.

A taxpayer who fails to provide information regarding the number of employees, upon which the license fee as provided in section 19-41A of this article is based, to the city within thirty (30) days following a written request by the city; shall be subject to license revocation and/or other administrative remedies as provided in this article.

(Ord. No. 7885, § 2, 8-3-92)

### Sec. 19-28. Limitation periods.

(a) *Limitation when a return has been filed.*

(1) Except as provided elsewhere in this section, the tax collector may assess additional tax due at any time within four (4) years after the month in which the return is required to be filed, or within four (4) years after the month in which the return is filed, whichever period expires later.

(2) In the event of any delay in commencement or completion of any examination by the tax collector, when the delay is requested by, agreed to, or caused by any act of the taxpayer, all periods of time reasonably attributable to any such delay shall be excluded from the computation of any limitation period prescribed by this section, and the tax collector shall be entitled to make a determination for taxes due without exclusion of any such time period, and any limitation period shall be extended for a length of time equivalent to the period of delay.

(3) Any assessment of additional tax due by the tax collector shall be deemed to have been made by mailing a copy of a notice of audit assessment by certified mail to the taxpayer's address of record with the tax collector or by personal delivery of a copy of a notice of audit assessment to the taxpayer or his authorized agent.

(4) Any request by a taxpayer for refund of taxes paid in error must be presented in writing to the tax collector no later than four (4) years after the tax was paid.

(b) *Suspension of limitation period.* The limitation period on assessment shall be suspended for the period:

(1) The assets of the taxpayer are in the control or custody of the court in any proceeding before any court of jurisdiction within the United States of America, and for one hundred eighty (180) calendar days thereafter; or

(2) Of any extension of time for the expiration of the limitation period which the taxpayer and the tax collector agree upon in writing.

(c) *When no return filed; false/fraudulent return; failure to obtain a license.* In the case of a false or fraudulent return, or failure or refusal to file a return, or civil fraud or evasion, for any period, the tax collector may assess the amount of taxes payable for that month at any time,