Daniel Lee Wilmer
D.O.C. # 073900
Box - 24402
10004 S. Wilmot Rd.
Tucson, AZ 85734-4402

February 7, 2019

FILED ___ LODGED ___
RECEIVED ___ COPY ___
FEB 14 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Court
District of Arizona

Victor Antonio Parsons, et al,
    Plaintiffs,

vs.

Charles L. Ryan et al,
    Defendants

Case No. 2:12-cv-00601-DKD

Motion For Contempt of Court Against Charles L Ryan Corizon Health Care Services

Civil Rule-37 (b) A.R.C.P.

Judge: David K. Duncan

Petitioner, Daniel Lee Wilmer motions this court in good faith and with good cause showing that, Corizon Health Care Services are in contempt of order against them in this court dated June 22, 2018. March 22, 2012. Patient/inmate Wilmer first complained of severe pain from a hernia in pelvic region. On 10/27/18.

Case No. 2:12-cv-00601 DKD

It has been 100 days without proper diagnosis and or treatment of problem. Patient has submitted twelve follow requests with un bareable pain. Provider Alice Warren only states that you just have to deal with it and that surgery is electic for that problem. She prescribed only a temporary strap and tylenol. Knowing the risks of strangulation and septic.

Corizon shared a similar incident in complaint filed in March 2012; with a patient that had a hernia, aswell. See page 34 Id @ 2-14-59. Patient's hernia ruptured stomach lining and he was found dead after "vomiting up his insides". Prior to his death a prison doctor told him that hernia surgery is only electic and cosmetic, yet when the prisoner asked about his prognosis, the doctor joked and said, "I wouldn't go to Vegas with you."

Petitioner wishes not to be another statistic victim of Corizon's practices of deliberate wrecklessness and most deficient careless acts while knowing the dangers of hernias.

Respectfully submitted with great pain and concern(s).

Case No 2:12-CV-00601-DKD

Copies of the foregoing mailed To:

District Court of Arizona
United States Courthouse
401 W. Washington Street
Phoenix, Arizona 85003-2118

Mark Brnovich
Attorney Generals Office
1275 W. Washington
Phoenix, AZ 85007

_____
Petitioner / Daniel Lee Wilmer

02/07/2019
DATED