THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  5.4
         (Rule Number/Section)

David Womack                                    January 7, 2019
Doc. 104328
Box. 24402
10004 S. Wilmot Rd.
Tucson, AZ 85734-4402

```
__ FILED    __ LODGED
__ RECEIVED __ COPY

    FEB 14 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

United States District Court
District of Arizona

Victor Antonio Parsons, et al.,  | Federal Court order identifier
                                 | Original Case No. 2:12-CV-00601-DKD
        Plaintiffs,              |
                                 | Case No. 2:12-CV-00601-DKD
vs.                              |
                                 | Motion For Contempt
                                 | Of Court Order Against
Charles L. Ryan, et al.,         | Charles L Ryan, Corizon Health
        Defendants               | Care Services.
                                 | Judge: David K. Duncan

Petitioner, David Womack petitions, motions this court for Corizon Health care Services at the Arizona Department of Corrections namely Tucson Complex, Whetstone Unit. Petitioner requests that, Corizon be charged with contempt of Federal Court Order against their practices. Petitioner has had no infractions or deficiencies until arrival at Tucson Complex - namely Whetstone in latter 2017. On or about November 20, 2017. The provider here stopped medication that had been prescribed to petitioner seven years

previous by an outside D.O - Edward Ghattis and Arizona Orthopedic Specialist Kelly Carr in Surprise Arizona - petitioner's outside record came with him to prison and for five years petitioner never had any problems with medical until arrival at Tucson Complex Whetstone unit.

In late 2017 Provider Baskas Elana discontinued petitioner's pain/nerve damage medication and attempted to prescribe psychological medication and petitioner refused it and went close to a year with nothing at all. Physician Salyers arrived to see patients at Whetstone in latter 2018 and returned petitioner's medication and could not understand why they interfered/stopped them after evaluation and review of record.

I've been charged for every visit to medical concerning Chronic Care as stated on order page 3 of 47 filed 10/14/14. The medicine at this unit again was stopped on - 90 day renewals and I was charged for every renewal.

Doctor Salyers renewed medicine last week on 1/02/19 and increased it. Medical was dispensing it twice daily until 1/7/19 and told me the provider stopped it on a Sunday night. There are no providers on Sunday night. I asked more and wanted the name of the provider that stopped it. They very rudely said don't worry about it.

2

I am now without pain medication again and refuse the rude treatment and stopping and interferring with medication without cause or explaination any longer.

On this date 1/7/19 the nurse practitioner Alice Warran who has been employed w/ Corizon for less than 120 day's stopped the medication that Doctor Salyers prescribed one week ago and lowered the miligrams w/out any justification except that it cost to much and I did not need it anyway.

I am diagnosed w/ degenerative bone disease, RLS, Sclerosis, Cancer of white Blood cells, Leukemia. Doctor Salyers did not have any dispute as to being subpoenaed as witness to findings named here. And one week ago admitted to knowledge of what his exact words were "the hell they put you guy's through here at Whetstone Unit. And duly noted that I went almost one year w/ no medication at all just because I refused to take psychological medicine for a Neurological ailment.

1/7/19
Dated

David Kirby Womack
Petitioner