Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis - Rast MAC
P.O. Box 3600 - Buckeye, Ariz. 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons,
 Plaintiff,

v.

Charles Ryan,
 Defendant

CV-12-00601-PHX-ROS
CASE NO. 12-0601-PHX-DKD

NOTICE OF SERVICE

On 19 Feb. 19, the following documents were E-Filed to each defendant individually:

- Notice of Mass Breach of Attorney/Client Confidentiality
- Notice of Non-Compliance Performance Measure

Respectfully Submitted this 19 day of Feb. 19

Under penalty of perjury

Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis - Rast MAC
P.O. Box 3600 - Buckeye, AZ 85326

PAP 1



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis - Rast Max | 18 Feb. 19 |

| TO | LOCATION |
|---|---|
| COIII V. Kozora | LC 5 4 |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am attempting to informally resolve the following problem. I am grieving the systematic breach of Attorney/Client Confidentiality. (ADC) Dept. Order 902-I/M Access to the Courts - prevents ("ADC") prison personnel and those acting in concert with them from recording, monitoring, and listening to Attorney/Client Legal Calls. It was recently determined that the telephone lines at ADC Lewis-Rast Max in Buckeye, were not secured for over a course of four years (2015-till-2019). Since my placement at Rast Max I have made countless legal calls with attorneys, thereby seeking legal advise in legal claims against ("ADC") and those acting in concert with them. Due to my litigious activity against "ADC" I have become a target of retaliatory acts including the search & seizure of all my legal case files, in criminal proceedings in relations to State v. Bastian. In fact, Attorney Generals-Attorney (J.D.46) became aware that Rast Max telephone lines were unsecured and Attorney/Client-Confidentiality was being breached. In Gamez V. U.S 17-cv-2044-JJT-ESW I submitted several discovery request inquiring about the integrity of the Attorney/Client Confidential-Legal Call process. Instead of addressing the interrogatorys (J.D.46) Attorney for COIII Oaks, AG SSU Allen told all; ignored my line of questions. The "AG's" office is also the investigative agency in State v. Bastian which was the agency responsible for preparing the search warrant that seized my legal documents. The "AG's" office is also the opposing counsel in several previous & pending legal actions where I was an active party. Resolution: I am requesting an internal administrative investigation into the "Mass" breach of Attorney/Client Confidentiality over a course of four years by ("ADC") and those acting in concert with them, including the "sealed" disclosure on all reports, Emails that were transmitted from the unlawful breach.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 18 Feb. 19 |

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name: COIII Garcia

Distribution: INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

*(margin note:) This informal was handed/received on Feb 19*

I did not receive Grievance Resolution within 15 days, therefore I AM Moving Forward with Grievance

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| RECEIVED BY | |
|---|---|
| TITLE | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | | 19 Feb, 19 |
| INSTITUTION/FACILITY | | CASE NUMBER | |
| ASPC-Lewis, Rast Max | | | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

I AM grieving the Non-Compliance of Several Performance Measures (PM's) that were Agreed upon in Parsons V. Ryan 12-cv-0601-PHX-ROS. In (P.M) 5, it Specifically states:

"Medical Records will be Accurate, chronologically Maintained, and Scanned or filed in the patients chart within Two business days, with all documents filed in their designated location."

On 14 Dec. 18 I was evaluated by N.P Ende for Pain Management. N.P Ende Submitted A Referral to the Utilization Management (U.M) for Non-formulary Medication for Gabapentin 600 M.g's Thrice A day. After All other Formulary Medications I have taken were ineffective. During the 14 Dec. 18

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Resolution: I AM Requesting that Ende's Referral for Gabapentin be processed and Approved in A timely Manner without further unnecessary pain and injury. Attached forms hereto (. Informal 15 Jan. 19, GF-Supplement

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 19 Feb, 19 | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis | |

evaluation Ende did not have access to my Electronic Health Records because his Lap Top was unavailable, therefore, he took handwritten notes that were not transmuted into my ("EHR"). As a result his Referral for change of Medication were not processed to the (U.M) Team.

Additionally (PM) 22, which states:

"Non-Formulary Requests Are Reviewed and Approved, disapproved, or designated for An Alternative treatment Plan ("ATP") Within Two business days of the prescribed Order."

N.P. Ende's Second Request for Non-Formulary ("More Effective") Pain Medication for Gabapentin 600 M.g.s Twice A day was Never processed to the ("U.M"), in large part due to the ineffective (EHR) System.

SIGNATURE

DATE (mm/dd/yyyy)   19 Feb, 19

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy – Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME | ADC NUMBER | INSTITUTION/UNIT | DATE |
|---|---|---|---|
| Javez, Robert C. | 134601 | ASPC-Lewis RM | 15 Jan 19 |

**TO:** COIII Kozora  
**LOCATION:** 4C54

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM Attempting to Informally resolve the following problem. I AM grieving the Non-Compliance of several Performance Measures ("PM") that were agreed upon in Parsons V. Ryan 12-CV-0601 PHX-ROS. In "P.M." 5, it specifically states:

"Medical records will be accurate, chronologically maintained and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location"

On 14 Dec. 18 I was evaluated by NP Ende for Pain Management. NP Ende submitted a Referral to the Utilization Management ("UM") for Non-formulary medication for Gabapentin 600 mgs Twice a day after all other formulary medications I have taken were ineffective. During the 14 Dec. 18 evaluation Ende did not have access to my electronic health records because his lap top was unavailable. Therefore, he took handwritten notes that were not transmitted into my ("EHR"). As a result, his Referral for change of medication were not processed to the ("UM") Team.

Additionally, ("PM") 22, which states:

"Non-Formulary Requests are Reviewed and Approved, disapproved, or designated for An Alternate Treatment Plan (ATP) within Two Business days of the prescribed order."

NP Ende's Second Request for Non-formulary (More Effective) Pain Medication for Gabapentin 600 Mgs Twice a day was never processed to the ("UM") In large part due to the inefficient ("EHR") System. I AM Requesting that Ende's Referral for Gabapentin to be processed and Approved in a timely manner without further unnecessary pain and injury.

**INMATE SIGNATURE:** /s/  
**DATE:** 15 Jan 19

Have you discussed this with institution staff? ☐ Yes ☐ No  
If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate  
FINAL: White – Inmate; Canary – Grievance Coordinator File

Due 6 Feb. 19

802-11  
6/25/14