# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Prisoner Daniel Wilmer filed a Motion for Contempt against Arizona Department of Corrections Director Charles Ryan and Corizon Health Services in which he alleges that he has received no treatment for a hernia despite suffering unbearable pain. Consistent with the Court's January 29, 2019 Order (Doc. 3125), to facilitate consideration of Mr. Wilmer's allegations, the Court will direct the Clerk of Court to open the Motion as a new civil action (Doc. 3143).

**IT IS THEREFORE ORDERED** that the Motion for Contempt filed at Doc. 3143 must be opened as a new civil action.

Dated this 19th day of February, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge