# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Prisoner David Womack filed a Motion for Contempt against Arizona Department of Corrections Director Charles Ryan and Corizon Health Services in which he alleges that the pain medication he was prescribed for over seven years was abruptly discontinued without explanation. As explained in the Court's January 29, 2019 Order (Doc. 3125), to facilitate consideration of Mr. Womack's allegations, the Court will direct the Clerk of Court to open the Motion as a new civil action (Doc. 3144).

**IT IS THEREFORE ORDERED** that the Motion for Contempt filed at Doc. 3144 must be opened as a new civil action.

Dated this 19th day of February, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge