CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED FEB 19 2019

PHOENIX AZ 852
08 FEB '19 PM 3 L

NEOPOST
02/08/2019
US POSTAGE $000

Return to Sender.
Inmate Numbers on ADC
website at Inmate DataSearch

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

to Sender – Reason Checked
☐ ad Inmate Number_____
☐ me and Number Don't Match_____
☑ ate No Longer in Custody_____
☐ ate Released More Than 30 Days_____
☐ uthorized Correspondence_____
☐ ntrary to Prison Regulations_____

RICHARD JORDAN WASHINGTON #039492
ASPC FLORENCE – EAST UNIT
P.O. BOX 5000
FLORENCE AZ 85132

NIXIE          850   7E 1         0602/1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85003213099    *1714-06436-0

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2019 at 2:23 PM MST and filed on 2/7/2019

#3139

| | |
|---|---|
| **Case Name:** | Parsons et al v. Ryan et al |
| **Case Number:** | 2:12-cv-00601-ROS |
| **Filer:** | |
| **WARNING: CASE CLOSED on 02/25/2015** | |
| **Document Number:** | 3139 |

☑ FILED   ☐ LODGED
☐ RECEIVED   ☐ COPY

FEB 19 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**Docket Text:**
ORDER that the Notice I am Being Killed filed at Doc. [3137] must be opened as a new civil action. Signed by Senior Judge Roslyn O Silver on 2/07/2019. (REK)

**2:12-cv-00601-ROS Notice has been electronically mailed to:**
Timothy J Berg     tberg@fclaw.com, jwilson@fclaw.com
Daniel Clayton Barr     DBarr@perkinscoie.com, docketphx@perkinscoie.com, mvanolffen@perkinscoie.com
Michael Evan Gottfried     michael.gottfried@azag.gov, jeannette.miller@azag.gov, lizette.fuentes@azag.gov
Daniel Patrick Struck     dstruck@strucklove.com, MGiardina@strucklove.com, swolford@strucklove.com
David Cyrus Fathi     dfathi@aclu.org, jcarns@aclu.org, skaur@aclu.org
Rose Ann Daly-Rooney     rdalyrooney@azdisabilitylaw.org, cgutierrez@azdisabilitylaw.org
Rachel Love     RLove@strucklove.com, ARowley@strucklove.com
Jose de Jesus Rico     jrico@azdisabilitylaw.org, cgutierrez@azdisabilitylaw.org
Jamie Dennise Guzman     jguzman@strucklove.com, abender@strucklove.com
Todd Stephen Kartchner     tkartchn@fclaw.com, jfortner@fclaw.com