THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 19 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY [signature] DEPUTY

Michael J. Cohn #288721
ASPC Tucson/Manzanita 3H3L
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

| | |
|---|---|
| Parsons, et al. | Ninth Cir. 18-17351 |
| v. | D.C. 2:12 CV601-ROS |
| Ryan, et al. | Supplement #10 in support of motion for sanctions: |
| v. | Obstruction / Fraud of grievance process. |
| Cohn, Pro Se | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class plaintiff, advocate, expert witness, respectfully submit documentation of ongoing retaliation by Benjamin Schmid, et al., FHA for Corizon Health/Tucson Complex. Per the 1st, 5th, 8th + 14th amndts. of the U.S. Const., 42 USC§1983, 18 USC§42, 42 USC§1997(a), ARS§41-1492.10, Policies D.O. 601 et seq., D.O. 608, et seq., I assert obstruction of internal remedies. Per the following Grievance Return Forms (Corizon) there is no assigned case number for four Inmate Grievances. However, Grievances C14-007-019, C14-008-019, C14-009-019 + C14-010-019 case numbers were assigned. Further...

- in C14-007-019, the form states this is a duplicate grievance. However, 2 of the unanswered letters had never been grieved before, the request for the medical Director's name (12/17/18) had never been grieved before: and I still needed to exhaust all internal remedies to ensure I could pursue external remedies.
- in C14-007-019, the form states this is a duplicate grievance. However, the licenses at question, administrator licenses are different than the business licenses grieved previously. I needed to exhaust all internal

remedies to ensure I could pursue external remedies.

- in C14-009-019 the form states this is a duplicate grievance referring to a previous grievance (attached) from 12/28/2018. There is no such grievance attachment. An inmate letter was dated 12/24/18.
- in C14-0010-019, the form states this is a duplicate grievance from 11/12/2019 (attached). No such grievance was attached. Further, no grievance was received by me to respond to as noted by COIII Saenz, IICR. (1/22/19).

Review of Facts.

J. Kidd and K. Switzer's responses as well as Schmid's responses originally retaliated by saying in writing that I could not advocate for any other inmate's healthcare or for any other reason or words to that effect. Such statements violated my 1st amendment rights and the ADA's prohibition against retaliation for aiding the disabled (also ARS§41-1492.10). Retaliatory adverse events include Sgt. Nettles telling me I couldn't help others and alleged intentional withholding of blood pressure checks as ordered by NP. Warren. I continue filing grievances as circumstances warrant. The instant filing is another example of Corizon's agent's contortions in attempting to silence me, an extraordinarily determined person. I assert part of their motivation is to keep the alleged homicide of inmate Cromwell from being thoroughly investigated by discrediting me and obstructing my efforts. Kidd restricted my ability to correspond with her with Switzer stating this was due to policy. However, my review of DO 914, Inmate mail resulted in no policy that prohibits an inmate from sending Inmate letters via U.S. mail as Switzer stated.

CONCLUSION

The ultimate issue is this... Corizon operates a fraudulent medical care business as it lacks appropriate licenses as admitted by Schmid and alleged by me. If found guilty of such fraudulent scheme, a felony, every inmate who has died since Corizon signed its contract is a felony murder. Corizon will likely take whatever steps it can to obstruct or discredit me as the stakes are high.(1) If such fraud is national as I allege in 18-17351, the implications are profound for Corizon and its administrators. I expect retaliation from Corizon and ADC as this could be a substantial public relations problem for both of them, in addition to potential criminal and civil litigation.

The Court needs to act strongly and send the message that it will not tolerate retaliation against inmates who assert their rights. At least one national Jewish organization has expressed interest in the Cromwell and business license matters. I doubt they will be the last.

For the reasons stated herein and in prior submissions, the Court should grant the motion for sanctions in all its respects.

Respectfully submitted, Date: 2/13/19

Michael J. Cohn, EdD, Pro Se

Dr. Michael J. Cohn

Advocacy/Education/Expert Witness

(1) My Inmate Grievances were signed off on by the CO III & CO IV. This verifies that the ADC had sufficient notice to remedy my grievances. My internal remedies are exhausted as only 2 levels are required for medical exhaustion of grievance.

Certificate of Service

original mailed to: on: 2/14/19

Clerk of the U.S. Dist. Ct.
401 W. Washington #130 - SPC-1
Phoenix, AZ 85003

Copies to: on: 2/14/19

attorney General
1275 W. Washington
Phoenix, AZ 85007

Prison Law Ofc.
General Delivery
San Quentin, CA 94964

## Grievance Return Form

February 6, 2019
Inmate: Cohn; ADC# 288721
ASPC – Tucson/Whetstone

RE: Grievance Returned Unprocessed

The attached Grievance dated __01/24/2019_______ is being returned to you UNPROCESSED for the following reason/reasons.

There is no assigned Case Number.

[✓] This is a duplicate grievance, the original was processed on **11/30/2018**, copy attached.

[✓] This/these same issue(s) was/were previously addressed through the previous response dated **11/30/2018.** Since you raised no new issues, no further action is necessary. In the future, please refrain from repeatedly grieving issues that have been previously addresssed as this creates an administrative burden and is an abuse of the grievance process.

[ ] There is no attached Inmate Letter, Inmate Letter response or supporting documentation.

[ ] Grievance includes multiple unrelated issues.

[ ] Grievance is not legible.

[ ] Grievance is out of time frame. This was received in our office on _______ with the Formal Grievance written on ________. Per DO 802.05 *"The inmate has five (5) workdays from receipt of the response from the responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievant form."*

Benjamin Schmid, FHA [signature] 2/7/19

Staff signature

The completed form shall be emailed to medicalgrievances@azcorrections.gov *along with the medical grievance being returned.* The completed form shall also be attached to the medical grievance and returned to the Unit Grievance Coordinator for documentation on their Grievance Log, Form 802-9.

19-31
1/29

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| Saenz, S | |
| TITLE | |
| CO III | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| S637 | 1/24/19 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Cohn, Michael J. | 288721 | 1/24/19 |
| INSTITUTION/FACILITY Tucson Manzanita 3A32 | CASE NUMBER ~~M-C-19-18-322~~ 04-007-019 | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the inmate)*

The IICR from Switzer is inadequate as 2 letters at least had nothing to do with licenses. One had to do with my own treatment and one had to do with policies that may adversely affect my future health and safety (8th Amdt.).
Ms. Kidd's failure to respond is unprofessional & Switzer's failure to list the governing authorities requirements with appropriate documentation / legal citations is blatantly dishonest.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Kidd & Switzer should be reassigned or employment terminated. We cannot trust them to act professionally, per nursing Board Standards.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| M.J. Cohn | 1/24/19 | K. [signature] | 1/29/19 |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Cohn, Michael J | 288721 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Manzanita |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit **MI-C14-18-327** |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 12/28/18 was received in the Tucson office of Corizon Inmate Health Services on 12/28/18.

Your primary area of concern is ADON response to IM letter/informal grievance.

Your concern has been reviewed by medical and it was determined that the ADON responded appropriately to your requests. Inmates are not provided licensure or other personal information about medical staff including but not limited to staff nurses, ADONs, the DON, FHA or the Medical Director. In addition inmates are not provided copies of licensure or operational documents in regards to medical facilities. You have been advised in previous responses that Az Department of Corrections and Corizon operate its medical facilities according to various governing authorities' requirements.

This informal complaint has been addressed. This has resolved your concern.

KS/ba
2(709

| STAFF SIGNATURE | | DATE *(mm/dd/yyyy)* |
|---|---|---|
| [signature] | K.Switzer DON | 01/09/2019 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

21709

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

C14-327

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 3A3C | 12/28/18 |

| TO | LOCATION |
|---|---|
| COIII Saenz | HU3 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Concealment of evidence by J. Kidd. Violation 5th & 14th amndts. Per D.O. 916.03.1.4 J. Kidd failed to meet time frames for inmate letters dated 11/22/18, 11/26/18 & 11/25/18 & gave an obfuscating/sophistry response to HNR dated 12/12/18. I allege violation of ARS §13-2809, tampering with physical evidence by concealment/withholding. I further allege unprofessional conduct per the Arizona State Board of Nursing. I assert I have a legal right to all the requested information for both criminal and civil cases. I further allege retaliation by Kidd for my filing grievances per policy D.O. 601 et seq. I request a 601 investigation. I further allege violation of 5 USC §702 inter alia, Administrative Procedures Act. I am adversely affected & aggrieved and am entitled to Judicial review thereof. I request a 608 investigation by CIU of a staff criminal act on the premises. ARS §13-2809

Requested Remedies for violation of D.O. 916.03.1.5 interference (delay)

1) D.O. 601 investigation - Retaliation by commission of a felony
2) D.O. 608.02.1.2 investigation - Criminal Act of staff on premises.
3) Administrative discipline of Kidd.
4) Other, to be considered
5) Provide me with the requested information.
6) Inconsistency with staff follow-up complaints (Correct slow responses) to meet policy time frames per D.O. 916.03.1.5

cc: Mr. Dosek, attorney for Dr. Cohn (Civil).
Ms. Bruemmer, attorney for Dr. Cohn (Criminal).
ACLU, et al.

This is a court document in 2:12CV601-ROS, etc., inter alia.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| M.J. Cohn, Ph.D. | 12/28/18 |

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: CO III Saenz

Distribution: INITIAL White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

| TO | LOCATION |
|---|---|
| [illegible] | [illegible] |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible] my [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| [illegible] | [illegible] |

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name: [illegible]

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson/Manzanita | 11/26/18 |

| To: | Location |
|---|---|
| J. Kidd, MDCM | Manzanita – Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Re: medical staff and inmate deaths.

Per Court Document 2898, 2:12cv601 [illegible] Parsons et al. v. Ryan, 30% of inmate deaths could have been prevented or delayed by more timely intervention. 42-50% of inmate deaths were caused by or affected in a negative manner by health care personnel.

– Please explain to me in light of the above why nursing staff are not posted 24 hours per day in buildings C and D? Why are there no emergency buzzers for patients in building G?

– Please explain to me what policy and procedure changes you are making to reduce the above to 0%?

– Please explain to me the disciplinary measures you are taking to correct staff behaviors that contribute to inmate deaths.

Please see ARS §12-2809 for purposes of legal education.

See 5 USC §702 et al. I am adversely affected and aggrieved by the data herein. I am entitled to judicial review thereof.

Inmate Signature: M. J. Cohn, J.D. Advocate

Date: 11/26/18

Have You Discussed This With Institution Staff? ☑ Yes ☐ No

If yes, give the staff member's name: M. Schmid [illegible] in Turnbull [illegible]

Distribution: White - Master Record File Canary - Inmate

916-1 5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 3A7 L | 11/25/18 |

| To: | Location |
|---|---|
| J. Kidd, ADON | Manzanita Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Request for information, Evidence per ARS§13-2809

Ms. Kidd: As you abruptly refused my request for nursing license info, I regret that I must ask you for the following evidence per Parsons v. Ryan and CR2013-114147-001, State of AZ v. Michael J. Cohn. I had hoped to not have staff take time from their schedules and I would have family research the following (for my letter, inter alia, 11/22/18.)

1) Have you ever been disciplined by any State Board of Nursing or international Board of Nursing? If so, when, where and why. What was the punishment?

2) Have you ever been sued in these United States or internationally, personally or professionally? If so, when, where and why, what were the damages/sanctions?

3) Have you ever been arrested and charged for a misdemeanor or felony? If so, when, where and why? What was the outcome of the case?

4) Have you ever been deposed for purposes of a civil or criminal matter. If so, when, where and why?

5) Have you ever received a verbal or written reprimand from your employer. If so, when, where and why?

For purposes of legal education, I suggest you look up ARS§13-2809, Tampering with Physical evidence, so you understand the foundation I am using to make these requests. Also, I am adversely affected and aggrieved by your response per 5 USC§702, inter alia. I am entitled to Judicial review thereof.

Inmate Signature: M.J. Cohn, E.D. Advocate, Pro Per/Se

Date: 11/25/18

Have You Discussed This With Institution Staff? ☒ Yes ☐ No

If yes, give the staff member's name: COIII Saenz

Distribution: White - Master Record File Canary - Inmate

916-1 5/13/10

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita | 11/22/18 |

| To: | Location |
|---|---|
| ADON Kidd | Medical - Manzanita |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Protocol for use of Toridol on this unit.
I have a kidney stone. The last time I passed a kidney stone I was administered Toridol (injectable) in the E.R. in Scottsdale. I understand Toridol is available on this unit. Please explain the protocol for its use on this unit. How long would I be under observation if it becomes necessary? At what point would I be transported to the E.R.? What is the community standard of care for this?

Thank You!

CC: ACLU, et al.
Judge Silver
Atty. General

Inmate Signature: [signature]

Date: 11/22/18

Have You Discussed This With Institution Staff? ☑ Yes ☐ No

If yes, give the staff member's name: LPN

Distribution: White - Master Record File Canary - Inmate

916-1
5/13/10

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials:

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Cohn, Michael J. | 238721 | 12/17/18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3B3 [illegible] | Manzanita | 24401 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ✓ Medical/Médica  Dental  FHA  Pharmacy/Farmacia  Mental Health/Salud Mental  Eyes/Ojos  Other *(specify)*/Otros *(especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

Please provide me with the name of the complex Medical Director. I have a right to know who supervises my care.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero M.J. Cohn

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ✓ Medical/Médica  Dental  Pharmacy/Farmacia  FHA  Mental Health/Salud Mental  Eyes/Ojos  Other/Otros *(specify) (especifique)* ______

Comments/Comentarios

IM's are not provided medical/personal info.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] RN J Kidd RN | | |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

IM's are not provided medical/personal info.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] RN J Kidd RN | | 12/17/18 1630 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

## Grievance Return Form

February 6, 2019
Inmate: Cohn; ADC# 288721
ASPC – Tucson/Whetstone

RE: Grievance Returned Unprocessed

The attached Grievance dated __01/24/2019______ is being returned to you UNPROCESSED for the following reason/reasons.

There is no assigned Case Number.

☑ This is a duplicate grievance, the original was processed on **11/30/2018**, copy attached.

☑ This/these same issue(s) was/were previously addressed through the previous response dated **11/30/2018.** Since you raised no new issues, no further action is necessary. In the future, please refrain from repeatedly grieving issues that have been previously addresssed as this creates an administrative burden and is an abuse of the grievance process.

☐ There is no attached Inmate Letter, Inmate Letter response or supporting documentation.

☐ Grievance includes multiple unrelated issues.

☐ Grievance is not legible.

☐ Grievance is out of time frame. This was received in our office on _______ with the Formal Grievance written on ________. Per DO 802.05 *"The inmate has five (5) workdays from receipt of the response from the responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievant form."*

Benjamin Schmid, FHA [signature] 2/7/19

Staff signature

The completed form shall be emailed to medicalgrievances@azcorrections.gov *along with the medical grievance being returned.* The completed form shall also be attached to the medical grievance and returned to the Unit Grievance Coordinator for documentation on their Grievance Log, Form 802-9.

19-32
1/29

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

| Received By | Saenz, J |
|---|---|
| Title | CO III |
| Badge Number: 5637 | Date: 1/24/19 |

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Cohn, Michael J. | 288721 | 1/24/19 |
| Institution/Facility: Tucson/Manzanita 3M3L | Case Number: C14-008-019 | |
| To: Grievance Coordinator | | |

**Description of Grievance** *(To be completed by the inmate)*

Switzer's IICR is inadequate as the issue is alleged fraud. Her response is vague and she produces no documents or legal authorities to support her argument that the medical facilit are operated based on government requirements. Corizon, et al. have already been found in contempt of court for non-compliance. Until licenses are produced and I see them with my own eyes, I allege this is just another example of contempt for the law by Corizon staff. I have written the State Nursing, Nursing Care administrators Boards & the Governors office about this & related matters. I will add their responses to this grievance upon receipt.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1) Produce the requested license in the presence of myself and an administrative staff member such as COIII Saenz

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| M.J. Cohn, Ed.D. | 1/24/19 | K. [signature] | 1/29/19 |

Action taken by ______________________ **Documentation of Resolution or Attempts at Resolution.**

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

 ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Cohn, Michael J | 288721 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Manzanita |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit **MI-C14-18-325** |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 12/26/18 was received in the Tucson office of Corizon Inmate Health Services on 12/28/18.

Your primary area of concern is Licensure

Your concern has been reviewed by medical and it was determined as mentioned in previous responses, Arizona Department of Corrections and Corizon operate medical facilities based on requirements set forth by various governing agencies.

This informal complaint has been addressed. This has resolved your concern.

KS/ba
21708

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| K.Switzer DON | 01/09/2019 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White - Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

21708

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution** C14-325

*Complaints are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson Manzanita | 12/26/18 |

| To | Location |
|---|---|
| COIII Saenz | HU3 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

1) Issue: I allege fraud by Benjamin Schmid, FHA, Kimberly Switzer, D.O.N. and J. Kidd, A.D.O.N., Per ARS § 36-446.01(A) A nursing care institution shall not operate in this state except under the supervision of an administrator licensed pursuant to this article.
(B) An assisted living facility shall not operate in this state except under the supervision of a manager certified pursuant to this article.
(C) It is unlawful for any person who does not have a license or certificate to practice skilled nursing facility administrator or assisted living facility management or use any sign, title, card or device indicating that such person is an administrator or manager.

2) The above includes those whose functions and duties are shared w/others as in D.O.N. and ADON. ARS § 36-446

3) I assert that the complex IPC, Manzanita HU 1B, HWYA, HU5 and HU6 are defined as nursing care institutions or assisted living facilities. ARS § 36-401 et seq.

Requested Remedies

1) Provide the required licenses for my inspection in the presence of COIII Saenz or COIV Evans. Obtaining a license post this date is a cover-up.
2) Per 608.02.1.2. please submit this document to C.I.U. for possible criminal investigation;
3) Judicial review per 5 USC § 702 inter alia..
4) Transfer all inmates affected to community.

| Inmate Signature | Date |
|---|---|
| M.J. Cohn PhD – Dr. Michael J. Cohn, Advocate | 12/26/18 |

cc: Judge Silver, attorney General, Prison Law Off, 2:12CV601-ROS

Have You Discussed This With Institution Staff? ☐ Yes ☒ No

If Yes, give the staff member Name:

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12

**Grievance Return Form** 

February 6, 2019
Inmate: Cohn; ADC# 288721
ASPC – Tucson/Whetstone

RE: Grievance Returned Unprocessed

The attached Grievance dated __01/24/2019_______ is being returned to you UNPROCESSED for the following reason/reasons.

There is no assigned Case Number.

☑ This is a duplicate grievance, the original was processed on **12/18/2018**, copy attached.

☑ This/these same issue(s) was/were previously addressed through the previous response dated **12/18/2018.** Since you raised no new issues, no further action is necessary. In the future, please refrain from repeatedly grieving issues that have been previously addresssed as this creates an administrative burden and is an abuse of the grievance process.

☐ There is no attached Inmate Letter, Inmate Letter response or supporting documentation.

☐ Grievance includes multiple unrelated issues.

☐ Grievance is not legible.

☐ Grievance is out of time frame. This was received in our office on _______ with the Formal Grievance written on ________. Per DO 802.05 *"The inmate has five (5) workdays from receipt of the response from the responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievant form."*

Benjamin Schmid, FHA [signature] 2/7/19

Staff signature

The completed form shall be emailed to medicalgrievances@azcorrections.gov *along with the medical grievance being returned.* The completed form shall also be attached to the medical grievance and returned to the Unit Grievance Coordinator for documentation on their Grievance Log, Form 802-9.

19-33
1/29

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

| Received By | Saenz |
|---|---|
| Title | CO III |
| Badge Number: 5637 | Date: 1/24/19 |

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Cohn, Michael J. | 288721 | 1/24/19 |
| Institution/Facility: Tucson/Manzanita 3H3L | Case Number: ~~[illegible] 19 004~~ C14-009-019 | |

To: Grievance Coordinator

**Description of Grievance** *(To be completed by the inmate)*

Saitzer's I.I.C.R is inadequate as anyone has a right to aid a disabled person, inmate or not. Per the 1st Amndt. of the U.S. Const. I have a right to express my opinion even in prison when I believe agency action is inappropriate. The issue here is that an obviously disabled and non-offensive inmate was unnecessarily bullied by a nurse abusing her power, in my educated/informed opinion. This is unprofessional conduct by any definition of the word as was Sergeant's when I tried to discuss the matter with him. All he needed to say is "I'll discuss it with the nursing supervisor." Instead he wanted to lecture me on how he was right and I was wrong. The law + ethics are on my side in this matter → ADA, Title II, ARS §41-1492 et Seq. Sec. 09+10, Principle E, Code of Ethics, American Psychological Association, Rehabilitation Act §504. 50 USC § 702 inter alia

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1) Tolerance training for Martin, LPN + Sgt. Wettles
2) Disciplinary action per D.O. 601, attachment B, inter alia, etc.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| M.J. Cohn, Ed.D. | 1/24/19 | K. E[illegible] | 1/29/19 |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator, Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Cohn, Michael J | 288721 |

| INSTITUTION/ UNIT |
|---|
| ASPC-Tucson / Manzanita |

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit **MI-C14-19-004** |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 1/2/19 was received in the Tucson office of Corizon Inmate Health Services on 1/2/19.

Your primary area of concern is Staff LPN.

Your concern has been reviewed by medical and it was determined that you are writing a grievance that does not pertain to your health needs. If an inmate has an issue with his or her health care the inmate must reach out to medical via inmate letter or grievance. Nursing staff will be addressed as deemed necessary however it is within the LPNs scope of practice and duty to ask an IM to show that he has swallowed a medication prior to leaving the window.

This informal complaint has been addressed. This has resolved your concern.

KS/ba
2/1/19

| STAFF SIGNATURE | | DATE *(mm/dd/yyyy)* |
|---|---|---|
| [signature] DON | K.Switzer DON | 01/09/2019 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary / Grievance Coordinator File

802-12
10/16/16

21729

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution** C14-004

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 3B3L | 1/2/19 |

| TO | LOCATION |
|---|---|
| CO III Saenz | HU 3 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

- Per ARS §41-1492, et seq. see 1492.02,3, I allege disability discrimination. Per ARS §41-1492.10, I allege retaliation against an individual / aiding a disabled individual.

- as set forth in the attached inmate letter to C.O. Gaumer dated 12/24/18 I allege retaliation against Inmate Gary Hodge (Harrassment) who I witnessed take his seizure medicine, state that the medicine was not mood altering, that he required it to control his seizures and there was necessary reason to take it. Nurse Martin, LPN allegedly falsely accused an inmate who has obvious surgical scars on his head (an LPN should recognize these), has partial hearing and vision loss and fine motor impairments of possibly not swallowing his medicine for the purpose of selling it. I assert Hodge per AVID Prison Report is a victim of institutionalized disability discrimination as the disabled are more likely to be punished than the non-disabled. Today, 1/2/19, I confirmed with Hodge that he felt disrespected by Martin and that his privacy was violated as he felt compelled to defend himself by exposing his condition to those in the waiting area, et al.

- I met with Sgt. Nettles today to discuss this matter. I was told to stand, not sit as "this won't take long." Sgt. Nettles stated that it is reasonable for safety/security reasons for Martin to ask to see Hodge's mouth. Nettles told me to pick my fights as I wouldn't win this one. I allege coercion/intimidation per ARS §41-1492.10 (Retaliation) as it is illegal to coerce/intimidate someone aiding the disabled. Nettles pointed out that Martin is an expert. I agree. Her expertise should have extended to understand that she was hostilely confronting a "Special Needs" individual, rather than treating him with empathy, understanding and compassion (Cont. on next page)

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] Dr. Michael J. Cohn, Advocate/Paralegal | 1/2/19 |

cc: Judge Silver, Atty. General (Disability), Prison Law Ofc.

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: C.O. Gaumer, Sgt. Nettles

Distribution. INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

PAGE 2

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita | 1/2/19 |

| TO | LOCATION |
|---|---|
| COIII Saenz | HU 3 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Requested Remedies

1) Disciplinary Action against LPN Martin

2) Disciplinary Action against Sgt. Nettles

3) Tolerance training for the above + all medical staff.

4) Policy Review + revision re: treatment of disabled.

Per 5 USC § 702 inter alia, the Administrative Procedures Act, I am aggrieved and entitled to judicial review thereof.

| INMATE SIGNATURE | | DATE (mm/dd/yyyy) |
|---|---|---|
| M. J. Cohn, Ed.D. | Dr. Michael J. Cohn Advocate/Paralegal | 1/2/19 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: C.O. Gaumer, Sgt. Nettles

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 3H36 | 12/24/18 |

| To: | Location |
|---|---|
| CO Gaumer | Manzanita Medical Unit. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Vendor retaliation against an inmate, allegedly.
At about 9:30 a.m. I witnessed Ms. Martin (sp?), LPN, falsely accuse an inmate of not swallowing his medicine. I was in medical waiting room with IM Peasley waiting for COIII Williams. The inmate stepped back from the window clearly put the medicine in his mouth, drank and swallowed. It is reasonable to infer, in my informed opinion, that he swallowed his medicine. Martin (sp?) claimed she couldn't see this, but I saw no obstruction to her view. There is nothing in policy to my knowledge, unless you can show me, that states an IM must stand directly in front of the med. nurse, bend down to her height and open his mouth for her to view his compliance. In fact, I know of nothing in policy that requires an IM to submit to a mouth inspection by a med. nurse, unless you can show me.
– I write you specifically as you have much contact with inmates in the medical unit. I object to us being cast in a false light; we have enough trouble with credibility without a nurse crying wolf.
– In my opinion this incident should be documented by the appropriate staff member in a Vendor incident Report. Please refer this matter to your supervisor or other appropriate staff member. I suggest a 601 investigation.
– authority: D.O. 601-et seq.; D.O. 1101-et seq.; 5 USC §702, Administrative Procedures Act. I am aggrieved & entitled to judicial review.

Inmate Signature: M.J. Cohn, CLD certificated paralegal — Date: 12/24/18

Have You Discussed This With Institution Staff? ☐ Yes ☑ No

If yes, give the staff member's name:

Distribution: White - Master Record File Canary - Inmate

916-1 5/13/10

## Grievance Return Form

February 7, 2019
Inmate: Cohn, M ADC# 288721
ASPC – Tucson/Manzanita

RE: Grievance Returned Unprocessed

The attached Grievance dated __1/24/2019_______ is being returned to you UNPROCESSED for the following reason/reasons.

There is no assigned Case Number.

☑ This is a duplicate grievance, the original was processed on **11/12/2019**, copy attached.

☑ This/these same issue(s) was/were previously addressed through the previous response dated **11/12/2019.** Since you raised no new issues, no further action is necessary. In the future, please refrain from repeatedly grieving issues that have been previously addresssed as this creates an administrative burden and is an abuse of the grievance process.

☐ There is no attached Inmate Letter, Inmate Letter response or supporting documentation.

☐ Grievance includes multiple unrelated issues.

☐ Grievance is not legible.

☐ Grievance is out of time frame. This was received in our office on _______ with the Formal Grievance written on ________. Per DO 802.05 *"The inmate has five (5) workdays from receipt of the response from the responsible medical staff to submit a Formal Grievance to the unit CO IV Grievance Coordinator using the Inmate Grievant form."*

Benjamin Schmid, FHA [signature] 2/7/19
Staff signature

The completed form shall be emailed to medicalgrievances@azcorrections.gov *along with the medical grievance being returned.* The completed form shall also be attached to the medical grievance and returned to the Unit Grievance Coordinator for documentation on their Grievance Log, Form 802-9.



19/34
1/29

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

| RECEIVED BY Saenz | |
|---|---|
| TITLE CO II | |
| BADGE NUMBER 5637 | DATE (mm/dd/yyyy) 1-24-19 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Cohn, Michael J. | 288721 | 1/24/19 |
| INSTITUTION/FACILITY Tucson/ Manzanita 3A3L | CASE NUMBER ~~Pending: ISCR from medical, out of time frame~~ | |
| TO: GRIEVANCE COORDINATOR | C14-010-019 | |

**Description of Grievance** *(To be completed by the Inmate)*

I allege Religious discrimination (anti-semitism), Disability and age discrimination. Through no fault of my own I was deprived of medication on 12/7/18 by Ms. Anthony, LPN, I further allege Retaliation by Kidd, ADON, Switzer, DON + Schmid, FHA. I was compelled to seek assistance from C.O. King + Sgt. Barnes to obtain my meds. Something like this is outrageous and allegedly symptomatic of institutionalized anti-semitism, a lack of sensitivity to cultural differences.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

1) Disciplinary action, unprofessional conduct per state Nursing Board.
2) Tolerance training

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| M. J. Cohn | 1/24/19 | K. [signature] | 1/29/19 |

Action taken by ______________________ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

***For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.***

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| COHN, MICHAEL J. | 286721 |

Institution/Unit

ASPC-T/Manzanita

| From | Location |
|---|---|
| COIII SAENZ | HU03 A03L |

I received your Inmate Informal Complaint Resolution dated 12/07/18 regarding a medical issue.

This informal C14-315 was forwarded to medical & they have failed to provide a response within the authorized policy time frames.

If you are not satisfied with this response you may submit a Formal Grievance (802-1) within policy time frames.

| Staff Signature | Date |
|---|---|
| [signature] | 1-22-19 |

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson/ Manzanita 3H3C | 12/7/18 |

| TO | LOCATION |
|---|---|
| COIII Saenz | HU3 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

-I allege Retaliation, Racism (anti-semitism), Disability and age discrimination Per ARS§46-1492.10, 42 USC§2000cc-1, ARS§46-457, ARS§46-1492 et seq., inter alia, etc. et al. Per the Administrative Procedures Act 5 USC§702 inter alia, et al., I am harmed, adversely affected & aggrieved and entitled to judicial review thereof.

- On 12/7/18 @ 6:30 app p.m. at the conclusion of the Chanukah religious observance (supervised by chaplain Crosby) I went to medical unit to obtain my medications. Ms. Anthony, LPN refused to give me my meds, stating that med pass had been closed for 30 minutes. I stated I had to attend the religious observance. She said I should have come by earlier. I stated I did come by, but the line was too long. She said "sorry!" I saw C.O. King and explained to him that the Chaplain was late & we had to stay at the service until the candles burned out. I asked for a sergeant & stated I shouldn't have to choose between God and my meds. I have a right to my medicine. He agreed & radioed Sgt. Barnes. Sgt. Barnes also agreed after explanation. We walked to medical & Sgt. Barnes spoke to Ms Anthony. I was given my meds. Ms. Anthony repeatedly told Sgt. she knew nothing of Jewish rituals

-I assert that a white, Christian, under 50, compliant inmate would not have been similarly treated. I am retaliated against due to my advocacy efforts, am Jewish, disabled & 50 years of age or older. Retaliation is an illegal act. It is this culture of hostility toward Jewish, disabled inmates I allege, created by Schmidt, FHA, Sweezes D.O.N. & Kidd, ADON (supervisor of Anthony) that was contributory to the alleged homicide of fellow Jewish, Disabled inmate Sam Cromwell.

Remedy - Disciplinary action against Ms. Anthony. Administrative review by Dr. Robertson / Richard Pratt of Healthcare Svcs. Monitoring Bureau.

| INMATE SIGNATURE | | DATE (mm/dd/yyyy) |
|---|---|---|
| M. J. Cohn, Ed.D. | cc: Judge Silver, Attorney General, Prison Law Ofc., S. Dosek, Counsel for Dr. Cohn | 12/7/18 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: Chaplain Crosby, Sgt. Barnes, C.O. King

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14