Daryl Hendrix 128651
ASPC-Florence, East Unit
PO Box 5000
Florence, AZ 85132

In The United States District Court
For The District Of Arizona

| | |
|---|---|
| Victor Antonio Parsons, et al<br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, et al.<br>Defendants, | NO. CV-12-0601-PHX-ROS<br><br>Judge what should I do? |

I was diagnosed with hypothyroidism, and high blood pressure. I have blurred vision, ringing in my ears, dizziness, trouble focusing, and have loss considerable weight in a short period of time. I have also fallen out.

I fear I will be a statistic like Erik Brooks because I am being denied treatment for my serious medical condition.

I need your help please.

Respectfully,
Daryl Hendrix