Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. 2:12-cv-00601-ROS <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that pursuant to L.R.C.P. 83.3, attorney Jessica Jansepar Ross withdraws as counsel of record for Plaintiff Arizona Center for Disability Law in the above-captioned matter. Ms. Jansepar Ross respectfully requests that service and all electronic filing notices be terminated as to her.

Rose Daly-Rooney, Maya Abela, J.J. Rico, and Asim Dietrich and will continue as counsel of record for Plaintiff Arizona Center for Disability Law. Plaintiff Arizona Center for Disability Law respectfully requests that the Court continue to serve all correspondence, pleadings, and other documents and papers on the remaining attorneys of record.

DATED this 21st day of February, 2019.

**ARIZONA CENTER FOR DISABILITY LAW**

By: *s/ Maya Abela*
Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
J.J. Rico (Bar No. 021292)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
         mabela@azdisabilitylaw.org
         jrico@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2019, I electronically transmitted the above Notice of Appearance to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Attorneys General
Office of the Attorney General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com
ahessman@swlfirm.com
jlee@swlfirm.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

David C. Fathi
Amy Fettig
Victoria Lopez
Ryan Matthew Kendall
ACLU NATIONAL PRISON PROJECT
dfathi@aclu.org
afettig@aclu.org
vlopez@aclu.org
rkendall@aclu.org

Kathleen E. Brody
ACLU FOUNDATION OF ARIZONA
kbrody@acluaz.org

1 | Daniel C. Barr
Amelia M. Gerlicher
2 | John H. Gray
PERKINS COIE LLP
3 | dbarr@perkinscoie.com
agerlicher@perkinscoie.com
4 | jhgray@perkinscoie.com

5 | Donald Specter
Alison Hardy
6 | Sara Norman
Corene Kendrick
7 | Rita K. Lomio
PRISON LAW OFFICE
8 | dspecter@prisonlaw.com
ahardy@prisonlaw.com
9 | snorman@prisonlaw.com
ckendrick@prisonlaw.com
10 | rlmoio@prisonlaw.com

11 | Caroline Mitchell
John L. Wilkes
12 | JONES DAY
cnmitchell@jonesday.com
13 | jlwilkes@jonesday.com

14 | *Attorneys for Prisoner Plaintiffs*

15 | s/Christina Gutierrez