1

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**

2

3707 North 7th Street, Suite 235
Phoenix, Arizona 85013

3

Telephone: (602) 650-1854
Email: kbrody@acluaz.org

4

*Attorneys for Plaintiffs Shawn Jensen, Stephen*

5

*Swartz, Sonia Rodriguez, Christina Verduzco,*
*Jackie Thomas, Jeremy Smith, Robert Gamez,*

6

*Maryanne Chisholm, Desiree Licci, Joseph*
*Hefner, Joshua Polson, and Charlotte Wells, on*

7

*behalf of themselves and all others similarly*
*situated*

8

**[ADDITIONAL COUNSEL LISTED ON**
**SIGNATURE PAGE]**

9

Asim Dietrich (Bar No. 027927)

10

**ARIZONA CENTER FOR DISABILITY**
**LAW**

11

5025 East Washington Street, Suite 202
Phoenix, Arizona 85034

12

Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

13

*Attorneys for Plaintiff Arizona Center for*
*Disability Law*

14

**[ADDITIONAL COUNSEL LISTED ON**

15

**SIGNATURE PAGE]**

16

UNITED STATES DISTRICT COURT

17

DISTRICT OF ARIZONA

18

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina

19

Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph

20

Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly

21

situated; and Arizona Center for Disability Law,

22

Plaintiffs,

23

v.

24

Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division

25

Director, Division of Health Services, Arizona
Department of Corrections, in their official

26

capacities,

27

Defendants.

28

No. CV 12-00601-PHX-ROS

**PLAINTIFFS' MOTION FOR**
**LEAVE TO EXCEED PAGE**
**LIMITS**

143387608.1

1    Pursuant to LRCiv 7.2(e)(1), Plaintiffs seek the Court's permission to exceed the
2  17-page limitation applicable to responses to motions and accept the filing of Plaintiffs'
3  20-page Response to Defendants' Motion to Terminate Monitoring and Reporting of
4  Maximum Custody Performance Measures 1 Through 8 (Doc 3108) (hereinafter
5  "Motion").

6    The extra pages are necessary due to the nature of the filing, the length of time
7  being considered, the complexity of the monitoring system and its procedural history, and
8  the nuances of the underlying facts.  *See Graves v. Arpaio*, 623 F.3d 1043 (9th Cir. 2010)
9  (issues regarding the "constitutionality of jail conditions" are "difficult and complex").
10  Defendants' Motion alleges various issues regarding eight performance measures
11  monitored over a 24-month time period.  Defendants further reference the elaborate
12  procedural history of the monitoring measures and the Motion to Enforce the Stipulation
13  (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 1944) and its
14  accompanying motions and orders (Docs. 2353, 2362, and 2430).  Plaintiffs necessarily
15  must provide context for these matters in order to fully inform the Court's analysis.

16    Plaintiffs' counsel has made all efforts to reduce the size of their Response, but the
17  extra pages are necessary to fully address the issues involved and clarify the relevant
18  factual background.  Plaintiffs' proposed filing is submitted with the motion, as well as a
19  proposed order granting this motion.
20  . . .
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .
27  . . .
28  . . .

143387608.1

1    Dated:  February 22, 2019              **ACLU NATIONAL PRISON PROJECT**

2
                                           By:  s/ Amy Fettig
3                                              David C. Fathi (Wash. 24893)*
                                               Amy Fettig (D.C. 484883)**
4                                              Victoria Lopez (Ill. 6275388)*
                                               Ryan Kendall (CA 324714)*
5                                              915 15th Street N.W., 7th Floor
                                               Washington, D.C. 20005
6                                              Telephone:  (202) 548-6603
                                               Email:     dfathi@aclu.org
7                                                          afettig@aclu.org
                                                           vlopez@aclu.org
8
                                               *Admitted *pro hac vice*.  Not admitted
9                                                in DC; practice limited to federal
                                                 courts.
10                                             **Admitted *pro hac vice*

11                                             Daniel C. Barr (Bar No. 010149)
                                               Amelia M. Gerlicher (Bar No. 023966)
12                                             John H. Gray (Bar No. 028107)
                                               **PERKINS COIE LLP**
13                                             2901 N. Central Avenue, Suite 2000
                                               Phoenix, Arizona 85012
14                                             Telephone:  (602) 351-8000
                                               Email:     dbarr@perkinscoie.com
15                                                         agerlicher@perkinscoie.com
                                                           jhgray@perkinscoie.com
16
                                               Kathleen E. Brody (Bar No. 026331)
17                                             **ACLU FOUNDATION OF**
                                               **ARIZONA**
18                                             3707 North 7th Street, Suite 235
                                               Phoenix, Arizona 85013
19                                             Telephone:  (602) 650-1854
                                               Email:     kbrody@acluaz.org
20

21

22

23

24

25

26

27

28

143387608.1                              -2-

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez;
Christina Verduzco; Jackie Thomas;
Jeremy Smith; Robert Gamez; Maryanne
Chisholm; Desiree Licci; Joseph Hefner;
Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others
similarly situated*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By:   s/ Maya Abela

4

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202

5

Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

6

7

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)

8

**ARIZONA CENTER FOR DISABILITY LAW**

9

177 North Church Avenue, Suite 800
Tucson, Arizona 85701

10

Telephone: (520) 327-9547
Email:

11

  rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org

12

       mabela@azdisabilitylaw.org

13

*Attorneys for Arizona Center for Disability Law*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2   I hereby certify that on February 22, 2019, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6   Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
7   Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
8

Daniel P. Struck
9   Rachel Love
Timothy J. Bojanowski
10   Nicholas D. Acedo
Ashlee B. Hesman
11   Jacob B. Lee
Timothy M. Ray
12   Richard M. Valenti
Jamie D. Guzman
13   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
14   rlove@strucklove.com
tbojanowski@strucklove.com
15   nacedo@strucklove.com
ahesman@strucklove.com
16   jlee@strucklove.com
tray@strucklove.com
17   rvalenti@strucklove.com
jguzman@strucklove.com
18

19   *Attorneys for Defendants*

20

21   s/ D. Freouf

22

23

24

25

26

27

28

143387608.1                                   -5-