1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
   *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
6  *Joshua Polson, and Charlotte Wells, on behalf of themselves and all*
   *others similarly situated*
7  **[ADDITIONAL COUNSEL LISTED BELOW]**

8  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
9  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
10 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
11
   *Attorneys for Plaintiff Arizona Center for Disability Law*
12 **[ADDITIONAL COUNSEL LISTED BELOW]**

13
                    UNITED STATES DISTRICT COURT
14
                         DISTRICT OF ARIZONA
15

| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **DECLARATION OF AMY FETTIG** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

143387830.1

I, AMY FETTIG, declare:

1. I am an attorney licensed to practice in the District of Columbia and admitted to this court *pro hac vice*. I am the Deputy Director of the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. In response to the issue of astronomically high refusal rates for out-of-cell-time reported in Defendants' compliance data for the max custody performance measures (MCPM) set forth under the Stipulation, Plaintiffs advocated certain monitoring requirements, such as requiring contemporaneous signatures by officers when prisoners refuse out-of-cell time and requiring that either the prisoner refusing out-of-cell time or a second staff member should sign the Comments section on the back of the out-of-cell tracking form to verify the refusal. The Court approved language around the methodology required for monitoring refusals for the MCPM that is included in the *Max Custody Monitor Guide Duties & Responsibilities* ("Monitoring Guide"), July 2017.

3. In March and April 2017 the Court held hearings on Defendants' monitoring methodology for the performance measures under the Stipulation, including the MCPM. Following these hearings, negotiations between the parties, and discussion with the Court, the *Max Custody Monitor Guide Duties & Responsibilities* ("Monitoring Guide") was finalized in July 2017. Defendants provided Plaintiffs with the final monitoring guide on September 26, 2017. I attach hereto as **Exhibit 1** a true and correct copy of the *Max Custody Monitor Guide Duties and Responsibilities*, July 2017.

4. I attach hereto as **Exhibit 2** a true and correct copy of the Notice of Substantial Non-Compliance, January 15, 2019 (Florence Kasson and Lewis Rast, MCPM ## 1-2, 5-6, and 8).

5. I attach hereto as **Exhibit 3** a true and correct copy of the Notice of Substantial Non-Compliance, February 1, 2019 (Eyman SMU-I and Browning, MCPM ##1-2, 5-6, and 8).

143387830.1

7.  I attach hereto as **Exhibit 4** a true and correct copy of the Letter from T. Bojanowski to C. Kenrick, dated January 17, 2019.

9.  I attach hereto as **Exhibit 5** a true and correct copy of the Declaration of Maurice Soto, dated January 25, 2019.

10. I attach hereto as **Exhibit 6** a true and correct copy of the Declaration of William Hartless, dated January 25, 2019.

11. I attach hereto as **Exhibit 7** a true and correct copy of the Declaration of Mack Gordnattaz, dated January 25, 2019.

12. I attach hereto as **Exhibit 8** a true and correct copy of the Declaration of Kyle Drattlo, dated January 25, 2019.

13. I attach hereto as **Exhibit 9** a true and correct copy of the Declaration of Vinson Johnson, dated January 25, 2019.

14. I attach hereto as **Exhibit 10** a true and correct copy of the Declaration of Juan Chavez, dated January 25, 2019.

15. I attach hereto as **Exhibit 11** a true and correct copy of Victor Lizardi, dated January 25, 2019.

16. I attach hereto as **Exhibit 12** a true and correct copy of the Declaration of Jesus Ceja, dated January 25, 2019.

17. I attach hereto as **Exhibit 13** a true and correct copy of the Declaration of Yerco Arrvayo, dated January 25, 2019.

18. I attach hereto as **Exhibit 14** a true and correct copy of the Declaration of Tania Amarillas Diaz, dated January 30, 2019, attesting to the translation of the Declaration of Yerco Arrvayo from Spanish to English.

19. I attach hereto as **Exhibit 15** a true and correct copy of the Declaration of Tyler Rangel, dated December 14, 2018.

20. I attach hereto as **Exhibit 16** a true and correct copy of the Declaration of Sergio Rodriguez, dated December 28, 2018.

21. I attach hereto as **Exhibit 17** a true and correct copy of the Declaration of Jesus Guzman, dated January 25, 2019.

22. I attach hereto as **Exhibit 18** a true and correct copy of the Declaration of Quinton Hollis, dated January 25, 2019.

23. I attach hereto as **Exhibit 19** a true and correct copy of the Declaration of John Romero, dated December 23, 2018.

24. I attach hereto as **Exhibit 20** a true and correct copy of the Declaration of Miguel Berroteran, dated January 25, 2019.

25. I attach hereto as **Exhibit 21** a true and correct copy of the Declaration of Timothy Monk, dated December 18, 2018.

26. I attach hereto as **Exhibit 22** a true and correct copy of the Declaration of Marc Fasano, dated December 14, 2018.

27. I attach hereto as **Exhibit 23** a true and correct copy of the Declaration of Refugio Cruz, dated December 18, 2018.

28. Prisoners in maximum custody units in the Arizona Department of Corrections may not necessarily have access to alarm clocks either due to property restrictions or lack of personal funds to purchase such items.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of February, 2019, in Washington, D.C.

                                             s/Amy Fettig

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Amy Fettig (D.C. 484883)** |
| | | Victoria Lopez (Ill. 6275388)* |
| | | Ryan Matthew Kendall (Calif. 324714)* |
| | | **ACLU NATIONAL PRISON PROJECT** |
| | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| | | Telephone: (202) 548-6603 |
| | | Email: dfathi@aclu.org |
| | | afettig@aclu.org |
| | | vlopez@aclu.org |
| | | rkendall@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   skader@azdisabilitylaw.org
         adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf