### Index of Exhibits to Declaration of Jessica Carns

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 1 | FRE 1006 Summary Exhibit "Prisoners Chosen For Maximum Custody Performance Measure Review (January – October 2018)" | None | Under Seal |
| 2 | Representative out-of-cell tracking sheets | ADCM1548930<br>ADCM1540967<br>ADCM1516755<br>ADCM1553792 | Under Seal |
| 3 | FRE 1006 Summary Exhibit "Rates of Refusal of Recreation" and Rates of Refusal of Programming January – October 2018" | None | Public |
| 4 | Representative programming attendance sign-in sheets | ADCM1518881<br>ADCM1518698-99<br>ADCM1538659<br>ADCM1541173-74<br>ADCM1501018 | Under Seal |
| 5 | Representative out-of-cell tracking sheets | ADCM1553645<br>ADCM1553630<br>ADCM1552116<br>ADCM1549667 | Under Seal |
| 6 | Representative out-of-cell tracking sheets from January to October 2018 for Eyman-SMU and Florence-Kasson | ADCM1535983<br>ADCM1554571<br>ADCM1523202<br>ADCM1516344<br>ADCM1540094 | Under Seal |
| 7 | Representative out-of-cell tracking sheets | ADCM1553930<br>ADCM1554011<br>ADCM1522757<br>ADCM1549520<br>ADCM1519134 | Under Seal |
| 8 | Representative out-of-cell tracking sheets | ADCM1540069-70<br>ADCM528893-94<br>ADCM1517013-14<br>ADCM1518669-70 | Under Seal |
| 9 | Representative out-of-cell tracking sheets | ADCM1535982-83<br>ADCM1554473-74<br>ADCM1554219-20 | Under Seal |

|    |                                          |                                                              |            |
|----|------------------------------------------|--------------------------------------------------------------|------------|
|    |                                          | ADCM1518694-95                                               |            |
| 10 | Representative out-of-cell tracking sheets | ADCM1540391<br>ADCM1519202<br>ADCM1502158<br>ADCM1516927 | Under Seal |
| 11 | Representative out-of-cell tracking sheets | ADCM1518822<br>ADCM1523463<br>ADCM1529629<br>ADCM1528894 | Under Seal |
| 12 | Representative out-of-cell tracking sheets | ADCM1552827<br>ADCM1501943<br>ADCM1549506<br>ADCM1549143 | Under Seal |
| 13 | Representative attendance sign-in sheets | ADCM1538656<br>ADCM1502064<br>ADCM1549327<br>ADCM1538477 | Under Seal |

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3

Rates of Refusal of Recreation January - October 2018

| MC Notebook Month | Facility | TOTAL Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI SMI Rec Periods Offered | SMI Refusals | Percentage of SMI Refusals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018-10 | Eyman Browning | 56 | 43 | 77% | 26 | 17 | 65% | 30 | 26 | 87% |
| 2018-10 | Eyman SMU | 81 | 63 | 78% | 40 | 32 | 80% | 41 | 31 | 76% |
| 2018-10 | Florence | 60 | 38 | 63% | 6 | 3 | 50% | 54 | 35 | 65% |
| 2018-10 | Lewis | 46 | 24 | 52% | 23 | 9 | 39% | 23 | 15 | 65% |
| 2018-09 | Eyman Browning | 61 | 45 | 74% | 30 | 18 | 60% | 31 | 27 | 87% |
| 2018-09 | Eyman SMU | 82 | 62 | 76% | 40 | 29 | 73% | 42 | 33 | 79% |
| 2018-09 | Florence | 74 | 49 | 66% | 4 | 4 | 100% | 70 | 45 | 64% |
| 2018-09 | Lewis | 60 | 30 | 50% | 27 | 11 | 41% | 33 | 19 | 58% |
| 2018-08 | Eyman Browning | 60 | 38 | 63% | 27 | 14 | 52% | 33 | 24 | 73% |
| 2018-08 | Eyman SMU | 79 | 59 | 75% | 36 | 24 | 67% | 43 | 35 | 81% |
| 2018-08 | Florence | 60 | 41 | 68% | 3 | 3 | 100% | 57 | 38 | 67% |
| 2018-08 | Lewis | 60 | 38 | 63% | 24 | 13 | 54% | 36 | 25 | 69% |
| 2018-07 | Eyman Browning | 59 | 41 | 69% | 24 | 11 | 46% | 35 | 30 | 86% |
| 2018-07 | Eyman SMU | 80 | 65 | 81% | 36 | 28 | 78% | 44 | 37 | 84% |
| 2018-07 | Florence | 61 | 43 | 70% | 19 | 8 | 42% | 42 | 35 | 83% |
| 2018-07 | Lewis | 60 | 39 | 65% | 30 | 14 | 47& | 30 | 25 | 83% |
| 2018-06 | Eyman Browning | 60 | 50 | 83% | 30 | 25 | 83% | 30 | 25 | 83% |
| 2018-06 | Eyman SMU | 72 | 57 | 79% | 33 | 23 | 70% | 39 | 34 | 87% |
| 2018-06 | Florence | 60 | 46 | 77% | 21 | 13 | 62% | 39 | 33 | 85% |
| 2018-06 | Lewis | 60 | 44 | 73% | 30 | 20 | 67% | 30 | 24 | 80% |
| 2018-05 | Eyman Browning | 61 | 45 | 74% | 31 | 20 | 65% | 30 | 25 | 83% |
| 2018-05 | Eyman SMU | 79 | 59 | 75% | 32 | 23 | 72% | 47 | 36 | 77% |
| 2018-05 | Florence | 60 | 39 | 65% | 24 | 13 | 54% | 36 | 26 | 72% |
| 2018-05 | Lewis | 60 | 35 | 58% | 30 | 13 | 43% | 30 | 22 | 73% |
| 2018-04 | Eyman Browning | 61 | 47 | 77% | 31 | 22 | 71% | 30 | 25 | 83% |
| 2018-04 | Eyman SMU | 81 | 62 | 77% | 36 | 25 | 69% | 45 | 37 | 82% |
| 2018-04 | Florence | 60 | 42 | 70% | 21 | 11 | 52% | 39 | 31 | 79% |
| 2018-04 | Lewis | 60 | 32 | 53% | 30 | 14 | 47% | 30 | 18 | 60% |
| 2018-03 | Eyman Browning | 62 | 44 | 71% | 32 | 20 | 63% | 30 | 24 | 80% |
| 2018-03 | Eyman SMU | 81 | 67 | 83% | 40 | 30 | 75% | 41 | 37 | 90% |
| 2018-03 | Florence | 60 | 43 | 72% | 18 | 13 | 72% | 42 | 30 | 71% |
| 2018-03 | Lewis | 60 | 40 | 67% | 27 | 15 | 56% | 33 | 25 | 76% |
| 2018-02 | Eyman Browning | 52 | 42 | 81% | 25 | 20 | 80% | 27 | 22 | 81% |
| 2018-02 | Eyman SMU | 66 | 52 | 79% | 31 | 21 | 68% | 35 | 31 | 89% |
| 2018-02 | Florence | 49 | 42 | 86% | 12 | 7 | 58% | 37 | 35 | 95% |
| 2018-02 | Lewis | 60 | 35 | 58% | 27 | 12 | 44% | 33 | 23 | 70% |
| 2018-01 | Eyman Browning | 22 | 18 | 82% | 22 | 18 | 82% | N/A | N/A | N/A |
| 2018-01 | Eyman SMU | 82 | 68 | 83% | 42 | 31 | 74% | 40 | 37 | 93% |
| 2018-01 | Florence | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2018-01 | Lewis | 60 | 28 | 47% | 27 | 10 | 37% | 33 | 18 | 55% |

**Rates of Refusal of Programming January - October 2018**

| MC Notebook Month | Facility | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Total Programs Offered | Total Refusals | Percentage of Refusals | Non-SMI Programs Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Programs Offered | SMI Refusals | Percentage of SMI Refusals |
| 2018-10 | Eyman Browning | 35 | 17 | 49% | 2 | 2 | 100% | 33 | 15 | 45% |
| 2018-10 | Eyman SMU | 46 | 29 | 63% | 6 | 2 | 33% | 40 | 27 | 68% |
| 2018-10 | Florence | 74 | 42 | 57% | 8 | 8 | 100% | 66 | 34 | 52% |
| 2018-10 | Lewis | 51 | 30 | 59% | 7 | 3 | 43% | 44 | 27 | 61% |
| 2018-09 | Eyman Browning | 32 | 22 | 69% | 2 | 2 | 100% | 30 | 20 | 67% |
| 2018-09 | Eyman SMU | 50 | 26 | 52% | 10 | 0 | 0% | 40 | 26 | 65% |
| 2018-09 | Florence | 64 | 29 | 45% | 4 | 2 | 50% | 60 | 27 | 45% |
| 2018-09 | Lewis | 48 | 18 | 38% | 3 | 1 | 33% | 45 | 17 | 37% |
| 2018-08 | Eyman Browning | 48 | 22 | 46% | 4 | 3 | 75% | 44 | 19 | 43% |
| 2018-08 | Eyman SMU | 51 | 31 | 61% | 7 | 0 | 0% | 44 | 31 | 70% |
| 2018-08 | Florence | 66 | 42 | 64% | 4 | 3 | 75% | 62 | 39 | 63% |
| 2018-08 | Lewis | 50 | 33 | 66% | 2 | 2 | 100% | 48 | 31 | 65% |
| 2018-07 | Eyman Browning | 50 | 35 | 70% | 2 | 1 | 50% | 48 | 34 | 71% |
| 2018-07 | Eyman SMU | 51 | 25 | 49% | 7 | 0 | 0% | 44 | 25 | 57% |
| 2018-07 | Florence | 68 | 28 | 41% | 18 | 3 | 17% | 50 | 25 | 50% |
| 2018-07 | Lewis | 46 | 25 | 54% | 6 | 3 | 50% | 40 | 22 | 55% |
| 2018-06 | Eyman Browning | 42 | 17 | 41% | 2 | 0 | 0% | 40 | 17 | 43% |
| 2018-06 | Eyman SMU | 49 | 23 | 47% | 5 | 0 | 0% | 44 | 23 | 52% |
| 2018-06 | Florence | 52 | 27 | 52% | 8 | 2 | 25% | 44 | 25 | 57% |
| 2018-06 | Lewis | 44 | 24 | 55% | 4 | 0 | 0% | 40 | 24 | 60% |
| 2018-05 | Eyman Browning | 44 | 7 | 16% | 4 | 2 | 50% | 40 | 5 | 13% |
| 2018-05 | Eyman SMU | 51 | 29 | 57% | 3 | 0 | 0% | 48 | 29 | 60% |
| 2018-05 | Florence | 56 | 29 | 52% | 14 | 8 | 57% | 42 | 21 | 50% |
| 2018-05 | Lewis | 45 | 25 | 56% | 5 | 1 | 20% | 40 | 24 | 60% |
| 2018-04 | Eyman Browning | 44 | 7 | 16% | 4 | 2 | 50% | 40 | 5 | 13% |
| 2018-04 | Eyman SMU | 50 | 17 | 34% | 6 | 1 | 17% | 44 | 16 | 36% |
| 2018-04 | Florence | 56 | 32 | 57% | 8 | 2 | 25% | 48 | 30 | 63% |
| 2018-04 | Lewis | 46 | 24 | 52% | 6 | 2 | 33% | 40 | 22 | 55% |
| 2018-03 | Eyman Browning | 43 | 12 | 28% | 3 | 1 | 33% | 40 | 11 | 28% |
| 2018-03 | Eyman SMU | 51 | 23 | 45 | 11 | 1 | 9% | 40 | 22 | 55% |
| 2018-03 | Florence | 60 | 36 | 60% | 8 | 1 | 13% | 52 | 35 | 67% |
| 2018-03 | Lewis | 48 | 19 | 40% | 4 | 0 | 0% | 44 | 19 | 43% |
| 2018-02 | Eyman Browning | 35 | 10 | 29% | 2 | 0 | 0% | 33 | 10 | 30% |
| 2018-02 | Eyman SMU | 41 | 14 | 34% | 4 | 0 | 0% | 37 | 14 | 38% |
| 2018-02 | Florence | 62 | 44 | 71% | 5 | 0 | 0% | 57 | 44 | 77% |
| 2018-02 | Lewis | 46 | 20 | 43% | 2 | 1 | 50% | 44 | 19 | 43% |
| 2018-01 | Eyman Browning | 2 | 2 | 100% | 2 | 2 | 100% | N/A | N/A | N/A |
| 2018-01 | Eyman SMU | 45 | 23 | 51% | 7 | 0 | 0% | 38 | 23 | 61% |
| 2018-01 | Florence | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2018-01 | Lewis | 38 | 13 | 34% | 5 | 0 | 0% | 33 | 13 | 39% |

# EXHIBIT 4
# FILED UNDER SEAL

# EXHIBIT 5
# FILED UNDER SEAL

# EXHIBIT 6
# FILED UNDER SEAL

# EXHIBIT 7
# FILED UNDER SEAL

# EXHIBIT 8
# FILED UNDER SEAL

# EXHIBIT 9
# FILED UNDER SEAL

# EXHIBIT 10
# FILED UNDER SEAL

# EXHIBIT 11
# FILED UNDER SEAL

# EXHIBIT 12
# FILED UNDER SEAL

# EXHIBIT 13
# FILED UNDER SEAL