1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 DISTRICT OF ARIZONA

8 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-ROS

9 | Dustin Brislan; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith; Robert

10 | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **[PROPOSED] ORDER**
Hefner; Joshua Polson; and Charlotte Wells, on | **GRANTING MOTION FOR**

11 | behalf of themselves and all others similarly | **LEAVE TO FILE UNDER**
situated; and Arizona Center for Disability Law, | **SEAL**

12 Plaintiffs,

13 v.

14 Charles Ryan, Director, Arizona Department of
Corrections; and Richard Pratt, Interim Division

15 Director, Division of Health Services, Arizona
Department of Corrections, in their official

16 capacities,

17 Defendants.

18

19     This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and

20 finding good cause, hereby **GRANTS** Plaintiffs' Motion for Leave to File Under Seal and

21 instructs the clerk of the Court to seal the documents as set forth in the Motion:

22 Exhibits 1-2 and 4-13 of the Declaration of Jessica Carns.

23

24

25

26

27

28

143391615.1