Anant Kumar Tripati
102081 P.O. Box 5000
Florence, AZ 85132

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

FEB 27 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

~~Anant~~
Victor Alan Parsons | CV12-0601 ROS
vs. | Notice of
Charles Ryan et al | Retaliation for
| Insisting on
| Compliance with
| Document 1185

(1) Corizon issued pursuant to

Measure 71 [Attachments 1 to 6]

And Trinity Food Services Refused

to Provide that Diet [CIV 19-0227

JJT (BSB) Tripati v Meghan Queen, et. al.]

II Tripati is filing this to notify all parties. He has filed Tripati v Corizon 19 cv 1053 JJT (BSB) Tripati v Queen 19 CV 0227 JJT (BSB) as to this issue. See also Tripati v Corizon CV18-0339 JJT

- 1 -

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE LRCiv 5.4
(Rule Number/Section)

(2) I FILED EMERGENCY GRIEVANCE [ATTACHMENT 7]

(3) DEPUTY WARDEN EDWARD SHUMAN DIRECTED I BE ISSUED A BOGUS TICKET[2] [ATTACHMENT 8] DISMISSED BY THE CAPTAIN [ATT 9]. SHUMAN then DIRECTED Another captain hear the ticket, And that Captain DISMISSED IT Again [ATTACHMENT 10]

(4) DEPUTY WARDEN SHUMAN AND COIV Diane Boschuwericz then [2] As Retaliation For Filing the EMERGENCY Grievance

—2—

DIRECTED TRINITY NOT TO give the Medically ordered Diet And as of February 26th, 2019 the Directives of the Provider is Not Being Followed

(5) I HAVE VERY High Blood PRESSURE — on an average 170/100. I Am Monitored — NOT TREATED — Four to Six Times A Day Tripoli Corizon CIV 18-0066 rcm. On February 23, 2019 Deputy Warden Shuman Directed me that I Am NOT to go to Medical for Blood Pressure

—3—

Monitoring as THEY ARE short STAFFED. Because of this I now have to go one hour early AND it may Result in A Medical ICS AT 3 to 4 AM in the night time

6. ~~On~~ As I have Pending litigation I Am Allowed to use THE Computer 18 Hours A WEEK As long As Programs is open AND Court's ARE in Programs [ATTACHMENT 11]. On February 8th, 2019 — in the Presence of COIII MARTINEZ — COIII Diane Boschwerer, Advised me

—4—

I am not to have this access, but six hours a week — And — if I go and get my Blood Pressure checked — I cannot come back and use the computer. AS A Consequence I have for the First Time Since April 2010 — Missed Deadlines

① I have Jon Sands, Fred Romero, Wilmer Hale, Sidney And Austin, White and Case Representing ME in Various Masters. CVIV. Boschwerer has

For the first time in East Unit Directed I cannot contact my lawyers by phone.

(8) On Wednesday COIV Bell 2/20/19 advised me that as I have attempted to grieve the conduct of DW Shuman and COIV Boschumein I should be careful, pressuring me into withdrawing these And I Refused to

(9) ♡ I contacted Kelly Dudley ADOC Legal Services, Julia Erwin Monitor Legal Access And Ricardo

—6—

Kerner Grievance Appeals Bureau in Central Office — all of whom have declined to help.

## Conclusion

As I have insisted the Parsons Stipulation be followed ADOC East Unit staff are retaliating against me.

Nurse Practitioner Dorothy Igwe advised me Dr. Shuman and Co. & Boschwerz have been forcing her to change her orders as to me and she has refused. They contacted FNP Perkins, DR. Stewart apply extreme pressure

—7—

on them to change the treatment orders NP I gave Issued NP I gave.

I have been told Remson to change these orders.

I am notifying the Court of this Retaliation and I have filed a separate action as to this.

ADOC is Preventing Corizon from Treating my serious medical needs as Retaliation

Respectfully,

[signature]

— 8 —

| | | | | | |
|---|---|---|---|---|---|
| Encounter Date: | 01/15/2019 | Time: | 16:05:10 | Type: | Nurse - Chart Review |
| Location: | ASPC-F EAST UNIT [A03] | Staff: | Andrews, Carrie, RN | | |

Category*: Special Diets (Medical)
Type*: ALLERGY Diet
Count*: 0
Approximate Begin Date: 01/15/2019
Refer to Staff: Igwe, Dorothy
Status: Active

Sequence Number: 01
Approximate End Date: 01/15/2020
As of Date:

**Status History**

**Specify Comments**

Allergy Diet
NO Beans, No Dairy, No Nuts, No Soy
Expires 1/15/2020

**Prepare To Update**     **Prior Page**

Show Last Updated Information

*V Burke, RN*  2/1/19

ADC: 102081F  Patient: TRIPATI, ANANT K.  1 of
CHSS028B  Other Action/Procedure/Referral  Tuesday January 15, 2019 16:14:

Encounter Date: 01/15/2019   Time: 16:05:10   Type: Nurse - Chart Review
Location: ASPC-F EAST UNIT [A03]   Staff: Andrews, Carrie, RN

Category*: Special Diets (Medical)
Type*: VEGAN
Count*: 0   Sequence Number: 01
Approximate Begin Date: 01/15/2019   Approximate End Date: 01/15/2020
Refer to Staff: Igwe, Dorothy
 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help
Status: Active   As of Date: [ ]   Status History

Standard Phrases: [ ]   Append
**Specify Comments**

Vegan Diet
Expires 1/15/2020

Update   Prior Page

Show Last Updated Information

## Diet Issuance

D Igwe NP  1/16/19  [signature]
Provider Name   Provider Signature Date
Per Arizona DOC:
"It is the responsibility of an inmate to maintain the active status of his/her diet. An inmate whose diet has been removed from the diet roster must be reinstated by medical by submitting a Health Needs Request."
"A re-issuance charge of five dollars ($5.00) shall be placed against the inmate's account to reinstitute and process a restricted diet that had been removed due to noncompliance."

102081    [signature]
ADC#    Inmate Signature Date

—2—

SCANNED
1/16/19

ADC: 102081F
CHSS028B    Other Action/Procedure/Referral
Case 2:12-cv-00601-ROS  Document 3165  Filed 02/27/19  Page 11 of 19
Patient: TRIPATI, ANANT K.
1 of
Tuesday January 15, 2019 16:10:

Encounter Date: 01/15/2019          Time: 16:05:10              Type: Nurse - Chart Review
Location: ASPC-F EAST UNIT [A03]    Staff: Andrews, Carrie, RN

Category*: Special Diets (Medical)
Type*: No Gluten Diet
Count*: 0
Approximate Begin Date: 01/15/2019
Refer to Staff: Igwe, Dorothy
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help
Status: Active

Sequence Number: 01
Approximate End Date: 01/15/2020

As of Date: ____    Status History

Standard Phrases: ____    Append

**Specify Comments**

No Wheat
Expires 1/15/2020

Update    Prior Page

Show Last Updated Information

---

**Diet Issuance**

D Igwe NP  4/16/19  [signature]
Provider Name    Provider Signature Date

Per Arizona DOC:
"It is the responsibility of an inmate to maintain the active status of his/her diet. An inmate whose diet has been removed from the diet roster must be reinstated by medical by submitting a Health Needs Request."
"A re-issuance charge of five dollars ($5.00) shall be placed against the inmate's account to reinstitute and process a restricted diet that had been removed due to noncompliance."

102081
ADC#

[signature]
Inmate Signature Date

SCANNED

—3—

1/16/19

Encounter Date: 01/15/2019    Time: 16:05:10    Type: Nurse - Chart Review
Location: ASPC-F EAST UNIT [A03]    Staff: Andrews, Carrie, RN

Category*: Special Diets (Medical)
Type*: ALLERGY Diet
Count*: 0
Sequence Number: 01
Approximate Begin Date: 01/15/2019
Approximate End Date: 01/15/2020
Refer to Staff: Igwe, Dorothy
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help
Status: Active
As of Date:
Status History

Standard Phrases:    Append

**Specify Comments**

Allergy Diet
NO Beans, No Dairy, No Nuts, No Soy
Expires 1/15/2019

Update    Prior Page

Show Last Updated Information

## Diet Issuance

Provider Name: D Igwe NP    Provider Signature Date: 1/16/19

Per Arizona DOC:
"It is the responsibility of an inmate to maintain the active status of his/her diet. An inmate whose diet has been removed from the diet roster must be reinstated by medical by submitting a Health Needs Request."
"A re-issuance charge of five dollars ($5.00) shall be placed against the inmate's account to reinstitute and process a restricted diet that had been removed due to noncompliance."

ADC#: 102081    Inmate Signature Date

— 4 —

SCANNED 1/16/19

# ARIZONA DEPARTMENT OF CORRECTIONS
## Restricted Diet Order

☐ New  ☐ Change  ☐ Reissue

Health Care Providers and Senior Chaplains ordering restricted diets will complete, sign and date the Restricted Diet Order Form. The HAP or Senior Chaplain will retain their portion of the form and ensure the form is placed in the inmate's records with the remaining portion of the order form forwarded to the

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| TRIPATI  ANANT | 102081 |

| Institution/Facility/Unit | Housing Assignment | Start Date | Expiration Date |
|---|---|---|---|
| MAN | SB 15 L | 9-2-14 | NONE |

### MEDICAL DIETS

☐ Dental/Mechanical Soft Diet (Easy to chew/swallow)
☐ Clear Liquid Diet
☐ Full Liquid Diet (Automatically expires in 5 days)
☐ Liquid Supplements

☐ Controlled Protein Diet
☐ Long-term Full Liquid Diet (Automatically expires in 8 weeks - supplement required)
☐ Wasting Syndrome
☐ Chemotherapy Diet
☑ No Gluten Diet

☐ Pregnancy
☐ Renal/Dialysis Diet
☑ Allergy Diet

NO DAIRY, NO WHEAT, NO NUTS (PEANUT) NO SOY, NO BEANS

ON PREDNISONE

☐ Prescribed snack consisting of: 6 saltine crackers or 3 graham crackers
☐ am snack  ☐ mid-day snack  ☐ am snack

☐ Other: PATIENT DOES NOT REQUIRE RAST TESTING I have documentation from prev testing

☐ (Restricted medical diets not defined in the ADC Diet Reference Manual may be ordered only with the approval of the Medical Director of Health Services or designee with the following approving authority Signature.

Approving Authority Signature: _____

### RELIGIOUS DIETS
HINDU

☐ Lacto Vegetarian Diet (Allows milk and milk products)
☐ Kosher Diet Plan

Vegan Diet only

**NOTICE TO INMATE** - Medical Diets take precedence over Religious Diets. If a medical condition exists that is contraindicated by the Religious Diet, the Medical Diet will supersede it. Inmate will be removed from the diet roster for non-compliance when five (5) meals are missed in seven (7) calendar days, or when the inmate requests removal in writing. Inmates are to receive only the prescribed religious/medical diet and each inmate is responsible for his/her restricted diet and compliance to their diet.

**MEDICAL** - I understand the terms and conditions of this diet.

| Inmate's Signature | Date | Comments |
|---|---|---|
| [signature] | 8/1/14 | Chart Chrono Office |
| Approved by: [signature] Sylvia McQueen MD | 8-25-14 | of Contra Review and Interview patient directly |

**RELIGIOUS** - I understand that if I miss 5 meals in 7 days I may be removed from this diet for 6 months. Second violation will result in a 12 month suspension.

| Inmate's Signature | Date | Comments |
|---|---|---|
| | | |
| Approved by: | Date | |
| | Date | |

**DIET IS BEING DISCONTINUED DUE TO:**

DISTRIBUTION  Initial - Originator - Top portion of form only, Food Service Liaison - Remaining form - Diet Card Only

---

### ARIZONA DEPARTMENT OF CORRECTIONS
#### Restricted Diet Card

| Inmate Name | ADC Number | Expire Date |
|---|---|---|
| | | |

☐ Dental/Mechanical Soft (Easy to chew/swallow)
☐ Clear Liquid
☐ Full Liquid
☐ Liquid Supplements
☐ am Snack  ☐ mid-day snack  ☐ bedtime Snack
☐ Prescribed snack consisting of: 6 saltine crackers or 3 graham crackers
☐ Other: _____

☐ Controlled Protein
☐ Long Term Full Liquid
☐ Wasting Syndrome
☐ Chemotherapy

☐ Gluten Free
☐ Pregnancy
☐ Renal Dialysis
☐ Allergy Diet

☐ Lacto Vegetarian Diet (Allows milk and milk products)

☐ Kosher Diet Plan

Food Service Verification

| Physician's or Chaplain's Signature | Date |
|---|---|
| [signature] | 8-25-14 |

—5—

912-3
5/15/08

# Arizona Department of Corrections



JANICE K. BREWER
GOVERNOR

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: **TRIPATI, ANANT**    ADC No.: **102081**    Case Nos.: **C14-119-014**

Institution: **ASPC-TUCSON/MANZANITA**    Date Received: **November 5, 2014**

I have reviewed your Grievance Appeal in which you state that "ADOC has refused to give me my diet" that was ordered by the Chief Medical Officer of Corizon.

Your grievance appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review shows that on 8/28/14, you met with Corizon's Medical Director (Dr. S. McQueen) concerning your diet issues. You were subsequently issued a No Gluten Diet/Allergy Diet. We have confirmed that this diet order has been implemented. As to your request for a Hindu Diet/Vegan Diet, this is a religious diet and is under the purview of the Chaplain; therefore, it will not be addressed within this response. You are advised to discuss your request for a religious diet with the Chaplain assigned at your facility.

2. Please submit a Health Needs Request (HNR) if you have additional issues or concerns which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

Charles L. Ryan, Director    1/27/15 Date

cc:   Facility Health Administrator, ASPC-Tucson
      C.O. Inmate File

Page 1 of 1

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution — Emergency

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| TRIPATI Anant | 102081 | | 1/28 |

**TO:** Will Wendour
**LOCATION:**

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Queen of Trinity by directing her staff to give me food that may cause me anaphylactic shock — is trying to kill me.

There is a log kept in the yard office as to what she is giving me.

Under Parsons & Trinity contract she cannot refuse to follow doctors orders.

She be directed to follow doctors orders.

Due to inconsistencies in the diet that was being given to me — Mr. Merryman of Food Service advised my CO III to have medical issue a vega diet.

It should be noted the Director in writing approved the medical diet that I am on.

**INMATE SIGNATURE:** [signed]   **DATE:** 1/28

Have you discussed this with institution staff? ☐ Yes ☐ No
If yes, give the staff member name: —7—

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

902-11
8/25/14



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Disciplinary Report

Please PRINT or TYPE all information
Date example: (mm/dd/yyyy)

**Case Number** 19-A03007

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Tripati, Anant | 102081 | ASPC-FLORENCE EAST UNIT |

**CHARGE: GROUP NUMBER AND TITLE**
15B - Fraud

**I. Statement of Violation** (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On the below date and approximate time, I CO III D. Mendoza became aware that Inmate Tripati ADC #102081 provided a document to support entitlement to a special diet. The lab test results form provided to the Trinity staff belonged to another inmate authorized a special diet. Inmate Tripati was identified as the person who gave the document to the Trinity staff member. Inmate Tripati was placed on report by CO III D. Mendoza on 01/29/2019 at approximately 1400 hours. This report was written by CO III D. Mendoza at 1430 hours. End of Report.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME | SID NUMBER |
|---|---|---|
| 01/29/2019 / 1100 | Mendoza, Dolores E. | dde7 |

**SIGNATURE:** (signed) Mendoza
**DATE/TIME COMPLETED:** 01/29/2019 / 1430
**DISPOSITION:** Refer / Formal
**DATE/TIME REVIEWED:** 01/30/19 1305
**SHIFT SUPERVISOR REVIEW BY:** Young, Z
**SIGNATURE:** (signed) Sgt Young
**DATE:** 1/30/2019

**II. Delivery of Charge:** I hereby certify that on 01/31/2019 at 0717 hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

A03 DSCP OFFC/COIII SAUCEDA, D

Inmate was offered staff assistance and it was:
- [ ] Accepted
- [x] Declined

Pled GUILTY / (Not GUILTY)
NO STATEMENT / NO WITNESS X 5

| INMATE SIGNATURE | DATE | DELIVERING OFFICER SIGNATURE | DATE |
|---|---|---|---|
| (signed) | 1/31/19 | (signed) | 07-31-19 |

**III. Report of Investigation**
FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-8)

| INVESTIGATING OFFICER | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|
| Sauceda | (signed) | 07-31-2019 |

**IV. Disposition:** This case was handled as:
- [x] Felony Violation: Refer to Disciplinary Hearing Officer
- [ ] Misdemeanor Violation: Reason for finding of guilt:
- [ ] Informal Resolution
- [ ] Dismissed/Not Guilty

**Penalty Assessed For A Minor Violation**
- [ ] ____ Hours Extra Duty
- [ ] Reprimand
- [ ] Return/Forfeit Contraband Items
- [ ] ____ Days Loss of Privilege
- Other ____

For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective date, he/she has five calendar days to appeal.

| INMATE SIGNATURE | DATE/TIME |
|---|---|
| | / |

| COORDINATOR'S NAME | SIGNATURE | DATE/TIME |
|---|---|---|
| | | / |

Distribution: Coordinator to make two copies of form; Original to Master Record
Copy- Institutional File
Copy- Inmate

803-1
10/16/16

# ARIZONA DEPARTMENT OF CORRECTIONS

## Result of Disciplinary Hearing

Please **PRINT** all information

Case Number 19-A03-0070

| INMATE NAME (Last, First, M.I.) (Please print) | ADC NUMBER | CHARGE |
|---|---|---|
| TRIPATI, ANANT | 102081 | 15B |

| HEARING DATE (mm/dd/yyyy) | HEARING TIME | HEARING LOCATION |
|---|---|---|
| 2/12/19 | 0903 | EAST UNIT |

**HEARING OFFICER NAME** (Last, First, M.I.) (Please print)

**INMATE PLEA**
☐ Guilty  ☒ Not Guilty  ☐ No Plea

**STAFF ASSISTANT ASSIGNED**
☐ Yes  ☒ No

**NAME OF STAFF ASSISTANT PROVIDED** (Last, First, M.I.) (Please print)

**WITNESS STATEMENTS USED**
7

**WITNESS STATEMENTS DENIED** (Name and Reason for Denial)
0

**FINDINGS OF DHO**
☐ Informal Resolution  ☐ Dismissed  ☐ Guilty  ☒ Not Guilty  ☐ Postponed

**Penalty Assessed for a Felony Violation**
☐ Loss of _____ ERC's
☐ $ _____ Restitution
☐ _____ Days Parole Class III
☐ _____ Hours Extra Duty
☐ _____ Days Loss of Privilege
☐ _____ Days Loss of Visits
☐ Return / Forfeit Contraband Items
☐ Other _____

Specific Evidence Considered In Finding Of Guilt Which Meets the Established Standard of Proof. "I am persuaded by the evidence that it is more probably true than not that you committed the disciplinary violation based on the following (Check all that apply)."

☐ Disciplinary Report    ☐ Video                  ☐ Admission of Guilt
☐ CIRAQ's                ☐ Information Reports    ☐ Investigative Reports
☐ Lab Results            ☐ Staff Testimony        ☐ Copies of Physical Evidence
☐ Other _____

**ADDITIONAL COMMENTS**

→ TRINITY McQUEEN STATES IN HER STATEMENT SHE WAS HANDED LAB PAPER BY A DIET COOK.
→ HANDING PAPERS (LABS) TO TRINITY IS NOT HOW DIETS ARE ISSUED OR RECEIVED.

**DISCIPLINARY HEARING OFFICER SIGNATURE**    DATE (mm/dd/yyyy) 2/12/19

I have received a copy of the decision of the Disciplinary Hearing Officer. I understand that I may appeal this decision within 5 (five) calendar days through the Disciplinary Appeal process.

**Inmate Signature:**    Date (mm/dd/yyyy): 2/12/19

**WARDEN/DEPUTY WARDEN'S SIGNATURE**
☐ Approved  ☐ Disapproved  ☐ Modified _____

Distribution:  Coordinator to make two copies of form;
Original – Master Record
Copy – CO III, Unit CO IV Grievance Coordinator (if a 17A Disciplinary Violation)
Copy – Institutional File
Copy – Inmate

803-5(e)
11/15/16

# ARIZONA DEPARTMENT OF CORRECTIONS

## Result of Disciplinary Hearing

Please PRINT all information

Case Number 19-A03-0070

| Field | Value |
|---|---|
| INMATE NAME (Last, First, M.I.) | TRIPATI, ANANT |
| ADC NUMBER | 102081 |
| CHARGE | 15B |
| HEARING DATE | 2/14/19 |
| HEARING TIME | 1315 |
| HEARING LOCATION | East Unit |
| HEARING OFFICER NAME | Carrasco, J |
| INMATE PLEA | ☒ Not Guilty |
| STAFF ASSISTANT ASSIGNED | ☒ No |

**WITNESS STATEMENTS USED:** 7

**WITNESS STATEMENTS DENIED:** 0

### FINDINGS OF DHO
☒ Not Guilty

Penalty Assessed for a Felony Violation: (none)

**ADDITIONAL COMMENTS**
No new evidence

DISCIPLINARY HEARING OFFICER SIGNATURE: [signed]
DATE: 2/14/19

Inmate Signature: [signed]   Date: 2/14/19

— 10 —

## December 2019

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 1 | 2 Tripati #102081 Computer Access | 3 | 4 Tripati #102081 Computer Access | 5 | 6 Tripati #102081 Computer Access | 7 |
| 8 | 9 Tripati #102081 Computer Access | 10 | 11 Tripati #102081 Computer Access | 12 | 13 Tripati #102081 Computer Access | 14 |
| 15 | 16 Tripati #102081 Computer Access | 17 | 18 Tripati #102081 Computer Access | 19 | 20 Tripati #102081 Computer Access | 21 |
| 22 | 23 Tripati #102081 Computer Access | 24 | 25 Tripati #102081 Computer Access | 26 | 27 Tripati #102081 Computer Access | 28 |
| 29 | 30 Tripati #102081 Computer Access | 31 | | | | |