Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

| | |
|---|---|
| Parsons, et al. | Ninth Cir. 18-17351 |
| v. | D.C. 2:12CV601-ROS |
| Ryan, et al. | Notice of Errata |
| v. | |
| Cohn, Pro Se | Hon. Roslyn O. Silver |

I, Michael J. Cohn, Pro Se, class plaintiff, advocate, appellant, respectfully notify this honorable court of errata per the check receipt I received: The Filing Fee case # should be #18-17351, not 7531. Thank you in advance for your attention to this matter.

Respectfully submitted,                                              Date: 2/21/19

Michael J. Cohn, Ed.D, Pro Se

Dr. Michael J. Cohn

Original mailed to:           on: 2/25/19

Clerk of the U.S. Dist. Ct.                         Attorney General
401 W. Washington #130-SPC-1              1275 W. Washington
Phoenix, AZ 85003                                    Phoenix, AZ 85007

        Copies to:           on: 2/25/19

Clerk of the Ninth Cir. Ct. of Appeals         Prison Law Ofc.
P.O. Box 193939                                        General Delivery
San Francisco, CA 94119-3939                San Quentin, CA 94964

1

DETACH AND RETAIN THIS STATEMENT THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

| INMATE NUMBER | INMATE NAME | AMOUNT | INMATE NUMBER | INMATE NAME | AMOUNT |
|---|---|---|---|---|---|
| 288721 | COHN, MICHAEL J. | 505.00 | | | |

Court Name: United States District Court
Division: 2
Receipt Number: PHX203950
Cashier ID: lbrewste
Transaction Date: 01/03/2019
Payer Name: ARIZONA DEPT OF CORRECTIONS
--------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: MICHAEL J COHN
 Case/Party: D-AZX-2-12-CV-000601-001
 Amount:        $505.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 500888536
 Amt Tendered: $505.00
--------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

A fee of $53 will be assessed on
all returned remittances.

.04  3  9915791

U.S. DISTRICT COURT, AZ.
FOR: FILING FEE CASE#18-7531

500888536         ARIZONA STATE DEPARTMENT OF CORRECTIONS         CHECK TOTAL   $*******505.00
                  INMATE TRUST ACCOUNT CONTROL