# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court, having reviewed the Stipulation for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3163), and good cause appearing,

**IT IS ORDERED** the Stipulation for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3163) is **GRANTED**.

Defendants shall have up to and including April 5, 2019 to file their Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3108).

Dated this 1st day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge