Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**THIRD AMENDED NOTICE OF APPEAL** |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above-named case, amend their July 21, 2018 Notice of Appeal (Dkt. 2937), December 14, 2018 Amended Notice of Appeal (Dkt. 3092), and January 7, 2019 Second Amended Notice of Appeal (Dkt. 3107) to include a challenge to the Court's Orders relating to the appointment of Marc Stern entered in this action on January 31, 2019

(Dkt. 3127) and February 4, 2019 (Dkt. 3133), to the United States Court of Appeals for the Ninth Circuit.

DATED this 4th day of March, 2019.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Nicholas D. Acedo
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    Office of the Arizona Attorney General
    Michael E. Gottfried
    Assistant Attorney General
    2005 N. Central Avenue
    Phoenix, Arizona 85004-1592

*Attorneys for Defendants*

3556760.1

# REPRESENTATION STATEMENT

**Appellants: Charles Ryan and Richard Pratt**

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

| | |
|---|---|
| Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com | **Office of the Arizona Attorney General**<br>Michael E. Gottfried, Bar No. 010623<br>Assistant Attorney General<br>2005 N. Central Ave.<br>Phoenix, Arizona 85004<br>Telephone: (602) 542-1645<br>Michael.Gottfried@azag.gov |

**Is counsel registered for Electronic Filing in the 9th Circuit?  Yes**

**Appellees: Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated, and Arizona Center for Disability Law**

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

| | |
|---|---|
| Kathleen E. Brody<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014-5077<br>Telephone: (602) 650-1854<br>kbrody@acluaz.org | Caroline N. Mitchell<br>John L. Wilkes<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104-1500<br>Telephone: (415) 875-5712<br>cnmitchell@jonesday.com<br>jlwilkes@jonesday.com |
| David C. Fathi<br>Amy Fettig<br>Victoria Lopez<br>Ryan Kendall<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, DC 20005-2313<br>Telephone: (202) 548-6603<br>dfathi@npp-aclu.org<br>afettig@npp-aclu.org<br>rkendall@aclu.org | Donald Specter<br>Alison Hardy<br>Sara Norman<br>Corene T. Kendrick<br>Rita K. Lomio<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Telephone: (510) 280-2621<br>dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>ckendrick@prisonlaw.com<br>rlomio@prisonlaw.com |

1  Daniel C. Barr
   Amelia M. Gerlicher
2  John H. Gray
   **PERKINS COIE LLP**
3  2901 N. Central Ave., Ste. 2000
   Phoenix, AZ 85012-2740
4  Telephone: (602) 351-8000
   dbarr@perkinscoie.com
5  agerlicher@perkinscoie.com
   jhgray@perkinscoie.com
6

7  **Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

8  Asim Dietrich                                    Rose A. Daly-Rooney
   **ARIZONA CENTER FOR DISABILITY**                J.J. Rico
9  **LAW**                                          Maya Abela
   5025 East Washington Street, #202                **ARIZONA CENTER FOR**
10 Phoenix, AZ 85034-7439                           **DISABILITY LAW**
   Telephone: (602) 274-6287                        177 North Church Avenue, Suite 800
11 adietrich@azdisabilitylaw.org                    Tucson, AZ 85701
                                                    Telephone: (520) 327-9547
12                                                  rdalyrooney@azdisabilitylaw.org
                                                    jrico@azdisabilitylaw.org
13                                                  mabela@azdisabilitylaw.org

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |
| Ryan M. Kendall: | rkendall@aclu.org; ryankendall@ucla.edu |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

s/ Nicholas D. Acedo