Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**MOTION FOR ORDER REQUIRING PRODUCTION OF HEALTH CARE TRANSITION PLAN** |

LEGAL143485483.1

1    Plaintiffs hereby request that the Court order Defendants to file with the Court, no
2  later than April 1, 2019, a detailed plan for the impending transition of Arizona prisoner
3  health care to a new private provider.
4    On January 18, 2019, Defendants issued a press release announcing that the
5  Arizona Department of Corrections (ADC) had awarded a multi-year contract to
6  Centurion of Arizona, LLC, to provide health care services as of July 1, 2019 for
7  $204,709,753 annually (or $16.604 per prisoner per day). *See*
8  https://corrections.az.gov/article/inmate-correctional-healthcare-contract-awarded
9  (attached as Exhibit 1 to the Declaration of Corene Kendrick ("Kendrick Decl.")).
10 According to ADC's press release, the contract is for two years with three one-year
11 renewal options. Defendants' current contractor, Corizon Inc., will stop providing health
12 care as of June 30, 2019.
13   On January 30, 2019, Plaintiffs' counsel wrote to Defendants' counsel outlining
14 their concerns regarding the upcoming transition, based on their experience in another
15 jurisdiction after Corizon lost its contract to provide health care for incarcerated people.
16 [Kendrick Decl. Ex. 2] Specifically, the undersigned is co-counsel of record in *Murray v.*
17 *County of Santa Barbara*, Case No. 2-17-cv-08805 (C.D. Cal. filed 12/6/17), a class
18 action lawsuit brought on behalf of persons incarcerated in the jails of Santa Barbara
19 County, California, regarding the provision of medical and mental health care, and
20 accommodations for people with disabilities. [Kendrick Decl. ¶ 3] In early 2017, Santa
21 Barbara County's Board of Supervisors awarded the health care contract to California
22 Forensic Medical Group ("CFMG"). After Corizon was notified that it would no longer
23 be the county's health care contractor, the transition was deeply flawed and caused
24 failures with respect to the delivery and continuity of care for people in the jail with
25 serious medical and mental health treatment needs. [*Id.* Ex. 2 at 2]
26   As noted in the letter, as Corizon's contract with Santa Barbara County ended:
27 • Corizon staff at the jail sent clinical tracking logs, suicide watch cell logs,
28   and other critically important patient documentation to Corizon's national

LEGAL143485483.1

|   |   |
|---|---|
| 1 | headquarters in Tennessee, and they were not available to Santa Barbara |
| 2 | County or to CFMG administrators and staff when they assumed the role as |
| 3 | the County's health care contractor, which resulted in inefficient repeated |
| 4 | diagnostic questioning and testing, and clinical staff seeing patients without |
| 5 | necessary health records; |
| 6 | • Incomplete recordkeeping in the final months of the contract; |
| 7 | • Failure to provide the new contractor with pharmaceutical and specialty care |
| 8 | tracking information. |

- headquarters in Tennessee, and they were not available to Santa Barbara County or to CFMG administrators and staff when they assumed the role as the County's health care contractor, which resulted in inefficient repeated diagnostic questioning and testing, and clinical staff seeing patients without necessary health records;
- Incomplete recordkeeping in the final months of the contract;
- Failure to provide the new contractor with pharmaceutical and specialty care tracking information.

[*Id*. at 2-3]

In the same letter, Plaintiffs' counsel also informed Defendants that in recent months numerous class members have received bills and collection notices for specialty medical services for which Corizon apparently had failed to pay. [*See id*. at 4] Indeed, Plaintiffs' counsel has notified Corizon's attorney and Defendants' counsel 14 separate times in the past seven months regarding 17 different collection notices sent to class members. [Kendrick Decl. ¶ 6] Pursuant to the contract between Corizon and ADC, Corizon is responsible for paying for all outside specialty care; but given the noticeable recent uptick in class members receiving collection notices, Plaintiffs are concerned that there is no plan in place or attention being paid to ensure that Corizon pays all bills owed to subcontractors prior to leaving the state. [*Id*. ¶ 5]

Plaintiffs' counsel requested "that Defendants involve the Court's expert, Dr. Marc Stern, and Plaintiffs' counsel in a collaborative effort to ensure continuity of care in the next six months" and that Defendants propose dates and times in the first two weeks of February to meet about the transition plan. [Kendrick Decl. Ex. 2 at 1, 5] Plaintiffs' request noted that

> [W]e are concerned that there will not be a smooth transition in the electronic health record system; the requesting, scheduling, and paying for subcontracted specialty medical care; chronic care management; mental health programs; the uninterrupted provision of chronic and psychotropic medication; and the retention of staff. Additionally, since Corizon provides the source documents and raw data to the

> Monitoring Bureau to measure and report compliance with the Stipulation, the transition in vendors implicates the Bureau's ability to monitor prior to and after the transition.

[*Id*.] As of March 4, 2019, neither Defendants nor their attorneys have responded to this request. [Kendrick Decl. ¶ 7]

As part of the proposed "Scope of Work," Centurion provided a 10 page chart that it indicated would be the "Transition Plan" if it were selected to provide health care. [Kendrick Decl. Ex. 3 at 45-54][1] In the narrative regarding the transition, Centurion indicated it would have an unidentified Vice President of Operations coordinate the activities of the transition team and "[i]nterface with current medical contractor." [*Id*. at 43] No further details are provided.

To ensure appropriate care for class members is not adversely affected by the upcoming transition from Corizon to Centurion, Plaintiffs request that the Court order Defendants to file, by April 1, 2019, a detailed transition plan explaining how they will ensure class members receive uninterrupted continuity of care during the transition, including but not limited to the use of subcontracted specialty care; electronic health records; and uninterrupted provision of chronic care and psychotropic medications. Due to the concerns noted above, the plan should also detail how Defendants will ensure that Corizon pays all subcontractors for all services rendered to class members through June 30, 2019. Defendants should also provide detailed information about how they will obtain source documents and raw data used as the basis of monitoring compliance with the Stipulation, before and after the hand-off between their contractors.

. . .

. . .

. . .

---

[1] The contract is available on the State's procurement website at https://procure.az.gov/bso/external/document/attachments/attachmentFileDetail.sdo?fileNbr=2804887&docId=ADOC18-216360&docType=P&releaseNbr=0&parentUrl=/external/purchaseorder/poSummary.sdo&external=true&searchType=bid.

1     Respectfully submitted,

2 Dated: March 4, 2019         **PRISON LAW OFFICE**

By:   s/ Corene Kendrick
      Donald Specter (Cal. 83925)*
      Alison Hardy (Cal. 135966)*
      Sara Norman (Cal. 189536)*
      Corene Kendrick (Cal. 226642)*
      Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
Ryan Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
          afettig@aclu.org
          vlopez@aclu.org
          rkendall@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

|   |   |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | John H. Gray (Bar No. 028107) |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:  cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:  jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By: s/ Maya Abela
Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:  rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

LEGAL143485483.1                    -5-

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf