1

2

3

4

5

UNITED STATES DISTRICT COURT

6

DISTRICT OF ARIZONA

7

8

9

10

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

No. CV 12-00601-PHX-ROS

**[PROPOSED] ORDER**

11

Plaintiffs,

12

v.

13

14

15

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

16

Defendants.

17

18

    This Court, having reviewed Plaintiffs' Motion for Order Requiring Production of

19

Health Care Transition Plan, and finding good cause, hereby **GRANTS** Plaintiffs'

20

Motion.

21

    Defendants are hereby **ORDERED** to file no later than April 1, 2019, a detailed

22

transition plan explaining how they will ensure class members receive uninterrupted

23

continuity of care during the transition from Corizon to Centurion, including but not

24

limited to:  the use of subcontracted specialty care; electronic health records; and

25

uninterrupted provision of chronic care and psychotropic medications.  The plan must

26

detail how Defendants will ensure that Corizon pays all subcontractors for all services

27

rendered to class members through June 30, 2019.  Defendants must provide detailed

28

information about how they will obtain source documents and raw data used as the basis of monitoring compliance with the Stipulation, before and after Centurion assumes service on July 1, 2019.

**SO ORDERED**.