1 | Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF CORENE KENDRICK** |

LEGAL143485696.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a press release posted on the Arizona Department of Corrections website announcing that ADC had awarded a contract to Centurion of Arizona, LLC, to provide health care services as of July 1, 2019, available at https://corrections.az.gov/article/inmate-correctional-healthcare-contract-awarded.

3. I am an attorney of record in *Murray v. County of Santa Barbara*, Case No. 2-17-cv-08805 (C.D. Cal. filed 12/6/17), a class action lawsuit brought on behalf of persons incarcerated in the jails of Santa Barbara County, California, against the County regarding the provision of medical and mental health care, and accommodations for people with disabilities.

4. Attached hereto as **Exhibit 2** is a redacted copy of a letter that I sent to Daniel Struck, Counsel for Defendants, on January 30, 2019. In the letter, I outlined Santa Barbara County's experience with Corizon when the company lost the contract to provide health care services in Santa Barbara County jails in 2017, and Plaintiffs' concern about a similarly rocky transition in Arizona adversely affecting the delivery of health care to *Parsons* class members.

5. I also stated in this letter that in recent months, our office has received an increased amount of correspondence from class members reporting that they have been sent collection notifications from bill collectors regarding outside specialty care for which Corizon is contractually obligated to pay under the current health care contract. [*See* Ex. 2 at 4] Class members are not financially responsible for these bills; nor could they be expected to pay them, given that minimum wage paid to people incarcerated in Arizona

LEGAL143485696.1

1  prisons is 15 cents an hour.  In my letter to Defendants' counsel, I explained that given the
2  uptick in the frequency of class members being sent bills for specialty care, and Corizon's
3  documented history of failing to timely pay outside providers for specialty care, we are
4  concerned that unless there is a robust transition plan in place to ensure that Corizon pays
5  for specialty care through the end of the contract, ADC will be left responsible for paying
6  for medical treatment for which Corizon was contractually responsible.

7        6.    My office contacts counsel for Corizon and Defendants each time we are
8  told of a collection notice, and we maintain records of these contacts in our office
9  database and recordkeeping systems.  According to our records, we have contacted
10 Corizon's counsel (Fennemore Craig) and Defendants' counsel 14 separate times in the
11 past seven months regarding 17 different collection notices sent to class members:

       a. August 2, 2018: Notified Corizon's attorney regarding bills for $1,140 and $1,040 sent to a class member at ASPC-Perryville;

       b. August 3, 2018: Notified Corizon's attorney regarding a bill for $1,224 sent to class member at ASPC-Perryville;

       c. August 7, 2018: Notified Corizon's attorney regarding a bill for $572 sent to a class member at ASPC-Perryville;

       d. September 25, 2018: Notified Corizon's attorney regarding a bill for $2,834 sent to a class member at ASPC-Florence;

       e. October 11, 2018:  Notified Corizon's attorney regarding a bill for $4,712 sent to a class member at ASPC-Tucson;

       f. November 16, 2018: Notified Corizon's attorney regarding a second bill for $2,834 sent to a class member at ASPC-Florence;

       g. November 16, 2018: Notified Corizon's attorney regarding a bill for $1,516 sent to a class member at ASPC-Eyman;

       h. November 30, 2018: Notified Corizon's attorney regarding a bill for $1,212 sent to a class member at ASPC-Phoenix;

       i. January 8, 2019: Notified Corizon's attorney regarding a bill for

$1,836.43 sent to a class member at ASPC-Perryville;

j. January 23, 2019: Notified Corizon's attorney regarding two bills for $265 and $1,650 sent to a class member at ASPC-Tucson;

k. January 24, 2019: Notified Corizon's attorney regarding a bill for $62 sent to a class member at ASPC-Tucson;

l. January 25, 2019: Notified Corizon's attorney regarding a bill for $1,782 sent to a class member at ASPC-Eyman;

m. February 20, 2019: Notified Corizon's attorney regarding two bills for $2,005 and $2,087 sent to a class member at ASPC-Florence;

n. February 22, 2019: Notified Corizon's attorney regarding a bill for $529.60 sent to a class member at ASPC-Tucson.

7. Finally, in the January 30, 2019 letter I requested that Defendants involve the Court's expert, Dr. Marc Stern, and Plaintiffs' counsel in a collaborative effort to ensure continuity of care to class members. [Ex. 2 at 1, 5] As of March 4, 2019, Defendants and their attorneys have not responded to this letter.

8. Attached hereto as **Exhibit 3** is an excerpt from Centurion's proposed "Scope of Work" that the company submitted as part of its response to ADC's Request for Proposals to provide health care services. This is available from the State of Arizona's Procurement Office's website at https://procure.az.gov/bso/external/document/attachments/attachmentFileDetail.sdo?fileNbr=2804887&docId=ADOC18-216360&docType=P&releaseNbr=0&parentUrl=/external/purchaseorder/poSummary.sdo&external=true&searchType=bid. This excerpt was described by Centurion as its transition plan if it were to be awarded the contract.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 4, 2019, in Berkeley, California.

           s/ Corene Kendrick
           Corene Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
Ryan Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
vlopez@aclu.org
rkendall@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

| | |
|---|---|
| 1 | Caroline Mitchell (Cal. 143124)* |
| | **JONES DAY** |
| 2 | 555 California Street, 26th Floor |
| | San Francisco, California 94104 |
| 3 | Telephone: (415) 875-5712 |
| | Email:   cnmitchell@jonesday.com |
| 4 | |
| | *Admitted *pro hac vice* |
| 5 | |
| | John Laurens Wilkes (Tex. 24053548)* |
| 6 | **JONES DAY** |
| | 717 Texas Street |
| 7 | Houston, Texas 77002 |
| | Telephone: (832) 239-3939 |
| 8 | Email:   jlwilkes@jonesday.com |
| 9 | *Admitted *pro hac vice* |
| 10 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 14 | Asim Dietrich (Bar No. 027927) |
| | **ARIZONA CENTER FOR DISABILITY LAW** |
| 15 | 5025 East Washington Street, Suite 202 |
| 16 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 17 | Email: adietrich@azdisabilitylaw.org |
| 18 | Rose A. Daly-Rooney (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 19 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR DISABILITY LAW** |
| 20 | 177 North Church Avenue, Suite 800 |
| 21 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 22 | Email:   rdalyrooney@azdisabilitylaw.org |
| | jrico@azdisabilitylaw.org |
| 23 | mabela@azdisabilitylaw.org |
| 24 | *Attorneys for Arizona Center for Disability Law* |

LEGAL143485696.1                                    -5-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklovem.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf