Index of Exhibits to the Declaration of Corene Kendrick

| Exhibit | Description |
|---------|-------------|
| 1 | Arizona Department of corrections press release: "Inmate Correctional Healthcare Contract Awarded," Jan. 18, 2019, available at https://corrections.az.gov/article/inmate-correctional-healthcare-contract-awarded |
| 2 | January 30, 2019 letter from C. Kendrick to D. Struck regarding transition plan **(FILED UNDER SEAL)** |
| 3 | Section 1.1.12 of Centurion's "Scope of Work," available at https://procure.az.gov/bso/external/document/attachments/attachmentFileDetail.sdo?fileNbr=2804887&docId=ADOC18-216360&docType=P&releaseNbr=0&parentUrl=/external/purchaseorder/poSummary.sdo&external=true&searchType=bid |

# Exhibit 1

  
 Search AZ.Gov 



Search ADC

Select Language ▼

Powered by Google **Translate**

# Inmate Correctional Healthcare Contract Awarded

## January 18, 2019



## NEWS RELEASE
## For Immediate Release

PHOENIX (Friday, January 18, 2019) – The Arizona Department of Corrections (ADC) has awarded a contract to deliver inmate correctional healthcare services to Centurion of Arizona, LLC.

The award concludes the Request for Proposal (RFP) solicitation process that began June 1, 2018 (ADOC18-00008264).

During the RFP process, five bid proposals were received by the department. The department evaluated all submitted proposals, and concluded Centurion's offer to be the most competitive and in the state's best interest. As a result, ADC accepted Centurion's bid of $204,709,753 million annually (or $16.604 per inmate per day) to provide comprehensive inmate healthcare services at ADC's ten state-run prison facilities. The contract is for two (2) years with three (3) one-year renewal options.

The contract with Centurion to assume its correctional healthcare responsibilities is effective July 1, 2019. ADC's current inmate healthcare provider, Corizon, will continue to perform its existing contractual obligations, and is expected to work with ADC, and Centurion, to ensure a smooth transition of existing services.

In 2011, ADC was required by law to privatize correctional health services in all its state-operated prisons.

The RFP required solicitation documents will be publicly posted on the state's ProcureAZ website at: https://procure.az.gov/bso (https://procure.az.gov/bso)

Additionally, the contract will be posted on the state's new Arizona Procurement Portal at: https://appstate.az.gov (https://appstate.az.gov)

###

*Visit our website at [corrections.az.gov (https://corrections.az.gov)](https://corrections.az.gov) and follow us on [Twitter](https://twitter.com/azcorrections) (https://twitter.com/azcorrections) and [Facebook](https://www.facebook.com/AZCorrections) (https://www.facebook.com/AZCorrections)*

© 2019 Copyright Arizona Department of Corrections

Contact Us | Sign In | Privacy Policy | Web Page Disclaimer

# Exhibit 2

# (Redacted)



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

January 30, 2019

Mr. Daniel Struck
Struck, Love, Bojanowski & Acedo
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com

RE:    *Parsons v. Ryan*, 2:12-CV-00601
        Centurion Transition Plan

Dear Dan,

As you know, ADC announced on January 18, 2019 that it was awarding a contract to provide health care services to Centurion of Arizona, LLC, effective July 1, 2019.

For reasons that I will detail below, we are concerned about the continuity of care for class members during the transition from Corizon to Centurion. Therefore, we write to request that Defendants involve the Court's expert, Dr. Marc Stern, and Plaintiffs' counsel in a collaborative effort to ensure continuity of care in the next six months. We ask that you propose dates and times in the next two weeks for the parties and Dr. Stern to speak about the transition plan. If there are any written transition plans at this time, we ask that you provide them to us. We hope to avoid further litigation by understanding the efforts that ADC, Corizon and Centurion will undertake to ensure a transition that minimizes harm to patients and takes into consideration issues that are of concern to us.

Specifically, we are concerned that there will not be a smooth transition in the electronic health record system; the requesting, scheduling, and paying for subcontracted specialty medical care; chronic care management; mental health programs; the uninterrupted provision of chronic and psychotropic medication; and the retention of staff. Additionally, since Corizon provides the source documents and raw data to the Monitoring Bureau to measure and report compliance with the Stipulation, the transition in vendors implicates the Bureau's ability to monitor prior to and after the transition.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Our concerns are based upon our experience and knowledge of Corizon's actions in the waning months of contracts in California county jails, after their contracts to provide health care to people in the jails were not renewed, as well as based on Corizon's past actions in Arizona. ADC has in its custody people with much more serious and chronic medical and mental health needs than those found in a county jail, and the impact upon *Parsons* class members could potentially be much more severe than the problems experienced by people in the county jails.

With regard to Corizon's actions in other jurisdictions after losing a contract, I am co-counsel of record in *Murray v. County of Santa Barbara*, Case No. 2-17-cv-08805 (C.D. Cal. Filed 12/6/17), a class action lawsuit brought on behalf of persons incarcerated in the jails of Santa Barbara County, California, regarding the provision of medical and mental health care, and accommodations for people with disabilities.  The case was filed in December 2017, but for several years prior to the filing, my office and Disability Rights California ("DRC"), the federally-designated protection and advocacy organization for the State of California, had investigated the conditions in the jails.  Our offices and the County had negotiated an agreement by which mutually-agreed upon experts would tour the jails and offer their opinions as to the remedial efforts needed to ameliorate unconstitutional conditions of confinement.

For many years prior to the investigation, Santa Barbara County had contracted with Corizon to provide medical, dental, and mental health care at the jails.  In the course of the DRC/PLO investigation and experts' review in 2016 and 2017, it became clear that Corizon's performance was abysmal.  In early 2017, the County's Board of Supervisors awarded the health care contract to California Forensic Medical Group ("CFMG").  After Corizon was notified that it would no longer be the contractor, the transition was deeply flawed and caused failures with respect to the delivery and continuity of care for people in the jail with serious medical and mental health treatment needs.

Specifically, as Corizon's contract with Santa Barbara County came to an end, Corizon staff at the jail sent clinical tracking logs and other critically important patient documentation to Corizon's national headquarters in Tennessee. These records were thus not available to Santa Barbara County or to CFMG administrators and staff when they assumed the role as the County's health care contractor. This resulted in time inefficiencies due to the need to repeat health diagnostic questioning and testing, and there was no record of pending requests for specialty care. This also meant that there was insufficient information available to the incoming treating health care staff about patients' current medications, diagnoses, specialty and chronic medical needs, and serious mental health care needs.  As a result, CFMG and County staff were often unable to locate individual patient charts, and the clinical staff often saw patients without any in-house or specialty records available. When CFMG took over, it discovered that individual patient records had been left woefully incomplete by Corizon staff in recent months – prescription and treatment plan information was absent from past medical records.  CFMG staff reported to the County and

DRC/PLO that it was a huge logistical challenge to meet with every patient to figure out what medications he or she needed to be on.

After the contract to provide health care had been awarded to CFMG, but before Corizon's contract ended, Corizon staff did not file loose paper health care records, including prisoners' health services requests, grievances, and providers' requests for specialty care. Instead, in the twilight months of the contract, Corizon staff failed to organize or respond to these paper requests. These documents were not in order nor were they scanned to individual patients' medical records. In April 2017, Dr. Roberta Stellman, M.D., a mutually-agreed upon expert regarding the provision of mental health services, toured the jail with the DRC/PLO team and County counsel and jail representatives. Dr. Stellman and the others observed that there were multiple boxes of loose records and documents dating back at least six months. These included patient health care requests and grievances regarding medical, dental, and mental health care; documents from specialists; and lab results.

Dr. Stellman and the monitors observed that some Corizon records were either destroyed, or only in Corizon's proprietary electronic health record system to which the County did not have access. For example, suicide watch cell logs were destroyed or sent back to Corizon's corporate headquarters without copies left in Santa Barbara. Corizon also removed Q1 2017 data regarding requests for mental health services, which hampered Dr. Stellman's effort to analyze mental health care, and more importantly also adversely impacted facility staff's ability to provide mental health care.

After Corizon left Santa Barbara County, the parties learned that it had been using a Microsoft Excel spreadsheet to track when prescriptions for chronic care and psychotropic medications were expiring and needed to be renewed by Corizon's subsidiary pharmaceutical company, PharmCorr. The Corizon staff in Santa Barbara were also using an Excel spreadsheet to track which patients needed to be seen by the on-site provider. It is unclear if Corizon provided either spreadsheet to the CFMG team who took over health care management; CFMG management asserted to the court experts, the County, and the DRC/PLO team that no such information had been provided to them. As a result, patients experienced abrupt interruptions in their medications during the transition from PharmCorr to CFMG's pharmacy provider.

As a result of Corizon's behavior in Santa Barbara County, when the Fresno County Board of Supervisors declined to renew Corizon's contract to provide health care services there, and instead awarded the contract to CFMG, Fresno County insisted that CFMG come on-site to the jail for 90 days prior to the effective date of the contract, to work side-by-side with Corizon management to ensure a smoother transition. While there were hiccups in the transition, the fact that the County had a transition plan in place made the process go much more smoothly than in Santa Barbara.

Mr. Dan Struck
RE: Centurion Transition Plan
January 30, 2019
Page 4

Finally, we are also concerned about Corizon's inability or unwillingness to timely pay its specialty subcontractors prior to and after the transition. In the past six months alone, we have notified Corizon ten times about bills and collection notices that were sent to class members for services for which Corizon had apparently failed to pay:

| Notification Date | Name | ADC No. | Prison | Amount |
|---|---|---|---|---|
| 8/2/18 | ██████████ | █████ | ASPC-Perryville | $1,140.00 $1,040.00 |
| 8/3/18 | ██████████ | █████ | ASPC-Perryville | $1,224.00 |
| 8/7/18 | ██████████ | █████ | ASPC-Perryville | $572.00 |
| 9/25/18 | ██████████ | █████ | ASPC-Florence | $2,834.00 |
| 10/11/18 | ██████████ | █████ | ASPC-Tucson | $4,712.00 |
| 11/16/18 | ██████████ | █████ | ASPC-Florence | $2,834.00 |
| 11/16/18 | ██████████ | █████ | ASPC-Eyman | $1,516.00 |
| 11/30/18 | ██████████ | █████ | ASPC-Phoenix | $1,212.00 |
| 1/8/19 | ██████████ | █████ | ASPC-Perryville | $1,836.43 |
| 1/23/19 | ██████████ | █████ | ASPC-Tucson | $265.00 $1,650.00 |
| 1/24/19 | ██████████ | █████ | ASPC-Tucson | $62.00 |
| 1/25/19 | ██████████ | █████ | ASPC-Eyman | $1,782.00 |

*See also* Attachment A (correspondence with Mr. Kartchner regarding unpaid specialty bills); 8/8/17 Tr. at 93:23-103:5 (testimony of Richard Pratt regarding Corizon's failure to pay three subcontractors, including $1.2 million owed to Florence Anthem Hospital).

We are concerned that if there is not a transition plan in place to ensure that Corizon continues to pay its subcontractors for all services rendered prior to July 1, 2019, ADC and/or our clients will be left on the hook for Corizon's failure to pay.

///

///

Mr. Dan Struck
RE: Centurion Transition Plan
January 30, 2019
Page 5

We look forward to working collaboratively with you and Dr. Stern on this transition to ensure continuity of care to class members.

Sincerely,

Corene Kendrick, Staff Attorney

cc:     Counsel of Record
        Dr. Marc Stern

# Attachment A

# Corene Kendrick

| | |
|---|---|
| **From:** | KARTCHNER, TODD |
| **Sent:** | Thursday, August 2, 2018 8:49 PM |
| **To:** | Corene Kendrick; Tim Bojanowski; Elaine Percevecz; Rachel Love |
| **Cc:** | Kirstin Eidenbach; Maya Abela; Tania Amarillas; Amber Norris; Desiree Sholes; David Fathi; L. Renee Lee; Jessica Carns |
| **Subject:** | Re: Specialist bills sent to ADC prisoner |

I'll take care of it. Thanks.

Sent from my T-Mobile 4G LTE Device



Todd S. Kartchner,  Director



2394 East Camelback Road, Suite 600, Phoenix, AZ 85016-3429
T: 602.916.5461  | F:  602.916.5661
tkartchner@fclaw.com  |  View Bio

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.


-------- Original message --------
From: Corene Kendrick <ckendrick@prisonlaw.com>
Date: 8/2/18 7:18 PM (GMT-07:00)
To: "KARTCHNER, TODD" <TKARTCHNER@fclaw.com>, Tim Bojanowski
<TBojanowski@strucklove.com>, Elaine Percevecz <EPercevecz@strucklove.com>, Rachel Love
<RLove@strucklove.com>
Cc: Kirstin Eidenbach <kirstin@eidenbachlaw.com>, Maya Abela <mabela@azdisabilitylaw.org>, Tania
Amarillas <tania@prisonlaw.com>, Amber Norris <anorris@prisonlaw.com>, Desiree Sholes
<dsholes@aclu.org>, David Fathi <dfathi@aclu.org>, "L. Renee Lee" <rlee@aclu.org>, Jessica Carns
<JCarns@aclu.org>
Subject: Specialist bills sent to ADC prisoner

Todd,

Today during our tour, I spoke with ▮▮▮▮▮▮▮▮▮▮▮▮ housed at Perryville-Piestewa. She showed us two invoices
she had been sent by outside specialists, each for more than $1,000.  With Ms. ▮▮▮▮▮ permission, Tim Bojanowski
took both of the bills to pass on to you so that you can have Corizon resolve this.

1

Tim/Elaine, can you please forward scans of those invoices to Todd, copying Plaintiffs' counsel?

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com



**LabCorp**
Specialty Testing Billing Service

Post Office Box 2240
Burlington, North Carolina 27215-2240

LabCorp Specialty Testing Billing Service, Inc. is a wholly-owned subsidiary
of Laboratory Corporation of America® Holdings (LabCorp), which manages the
billing and collections process for LabCorp and certain of its subsidiaries
and affiliates, including Accupath Diagnostic Laboratories, Inc. and its
business unit, Integrated Oncology.

32802067                              07 07 18

PO BOX 3700 SAN CARLOS UNIT
GOODYEAR          AZ   85338
PI74

INVOICE NUMBER:   32802067
PATIENT NAME:
DATE OF SERVICE:  04/16/18
BALANCE DUE:        $1140.00
PHYSICIAN NAME/PHYSICIAN PRACTICE:
                  CLIN-PATH DIAGNOSTICS, LL

YOUR INSURANCE CARRIER, U: MISC INSURANCE
WAS UNABLE TO PROCESS THIS CLAIM. IN ORDER TO FILE THIS CLAIM,
PLEASE PROVIDE THE FOLLOWING INFORMATION OR YOU CAN ATTACH A COPY
OF THE FRONT AND BACK OF YOUR INSURANCE CARD.

PATIENT'S PHONE#: _____

PATIENT'S DATE OF BIRTH: _____PATIENT'S GENDER: _____

MEDICARE #: _____

MEDICAID #: _____

INSURANCE NAME AND ADDRESS: _____

_____

_____

SUBSCRIBER # / MEMBER ID #: _____

POLICY # / GROUP #: _____

POLICY HOLDER'S NAME: _____

POLICY HOLDER'S RELATIONSHIP TO THE PATIENT: _____

POLICY EFFECTIVE DATES: _____

THE COMPLETED INFORMATION CAN BE MAILED BACK TO US IN THE ENCLOSED
SELF-ADDRESSED ENVELOPE OR YOU MAY FAX THE COMPLETED FORM TO
1-877-852-0003.

IF WE DO NOT HEAR FROM YOU, THIS OUTSTANDING ACCOUNT BALANCE MAY
BECOME YOUR RESPONSIBILITY.

THANK YOU FOR YOUR COOPERATION,
THIRD PARTY BILLING

Reddy GI Associates
1810 S Crismon Rd Ste 191
Mesa AZ 85209-3900

**For Questions (480) 393-0575**

CTR0720A ***  7000006754 00.0023.0097 6672/1
6672 1 AB 0.408 *** AUTO  ALL FOR AADC 852

PO BOX 3000
GOODYEAR AZ 85338-0901

☐ Please check box if address is incorrect or insurance information
has changed, and indicate the changes on the reverse side.

IF PAYING BY CREDIT CARD, PLEASE FILL OUT BELOW:
CHECK CARD USING FOR PAYMENT

☐ VISA   ☐ MasterCard

CARDHOLDER NAME

| CARD NUMBER | CSV |
| SIGNATURE | EXP DATE |

| STATEMENT DATE | PAY THIS AMOUNT | RESP PARTY ACCT # |
| 7/19/2018 | $1040.00 | 13765-88921963 |
| PATIENT ID | SHOW AMOUNT | |
| 88921963 | PAID HERE: $ | |

REDDY GI ASSOCIATES PLLC
1810 S CRISMON RD STE 191
MESA AZ 85209-3900

**MAKE CHECKS PAYABLE TO:** REDDY GI ASSOCIATES PLLC

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## Statement Detail

| Patient Name | Patient ID | Service Date | | Procedure | Provider | Amount | Amount Due |
|---|---|---|---|---|---|---|---|
| | 88921963 | 5/17/2018 | 99204 | Office Outpatient New 4 | Reddy, Sudhakar | $240.00 | $240.00 |
| | 88921963 | 7/5/2018 | 43235 | Esophagogastroduodenosc | Gohel, Tushar | $500.00 | $500.00 |
| | 88921963 | 7/5/2018 | 45378 | Colonoscopy Flx Dx W/Co(59) | Gohel, Tushar | $300.00 | $300.00 |

**To make a payment please call 480-393-0575. For billing questions please call 602-314-3836. Thank you.**

| CURRENT | OVER 30 DAYS | OVER 60 DAYS | OVER 90 DAYS | OVER 120 DAYS | PLEASE PAY THIS AMOUNT | $1040.00 |
|---|---|---|---|---|---|---|
| $240.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

| STATEMENT DATE | ACCOUNT NUMBER | PATIENT IS RESPONSIBLE FOR "AMOUNT DUE" SHOWN. |
|---|---|---|
| 7/19/2018 | 13765-88921963 | |

IF ANY OF THE FOLLOWING HAS CHANGED SINCE YOUR LAST STATEMENT, PLEASE INDICATE . . .

## ABOUT YOU:

YOUR NAME (Last, First, Middle Initial)

ADDRESS

CITY                                        STATE            ZIP

TELEPHONE                    MARITAL STATUS        ☐ Separated
(     )                       ☐ Single             ☐ Divorced
                             ☐ Married             ☐ Widowed
EMPLOYER'S NAME                        TELEPHONE
                                       (     )
EMPLOYER'S ADDRESS          CITY         STATE       ZIP

## ABOUT YOUR INSURANCE:

YOUR PRIMARY INSURANCE COMPANY'S NAME

YOUR PRIMARY INSURANCE COMPANY'S ADDRESS         PHONE

CITY                                        STATE            ZIP

POLICYHOLDER'S ID NUMBER          GROUP PLAN NUMBER

YOUR SECONDARY INSURANCE COMPANY'S NAME

SECONDARY INSURANCE COMPANY'S ADDRESS         PHONE

CITY                                        STATE            ZIP

POLICYHOLDER'S ID NUMBER          GROUP PLAN NUMBER

**Corene Kendrick**

| | |
|---|---|
| **From:** | Corene Kendrick |
| **Sent:** | Friday, August 3, 2018 3:56 PM |
| **To:** | 'KARTCHNER, TODD'; 'Tim Bojanowski'; 'Elaine Percevecz'; 'Rachel Love' |
| **Cc:** | 'Kirstin Eidenbach'; 'Maya Abela'; Tania Amarillas; Amber Norris; 'Desiree Sholes'; 'David Fathi'; 'L. Renee Lee'; 'Jessica Carns' |
| **Subject:** | RE: Specialist bills sent to ADC prisoner |

Thank you, Todd.  There is an additional prisoner who showed one of the members of our team a bill for $1,224 from an ER visit on February 28, 2018. Her name is █████████████████

Tim/Elaine, can you send us the scans of Ms. ██████ invoices so we have them for our records and can send copies of them back to her?

Thanks,

-Corene

---

**From:** KARTCHNER, TODD [mailto:TKARTCHNER@fclaw.com]
**Sent:** Thursday, August 2, 2018 8:49 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Cc:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Desiree Sholes <dsholes@aclu.org>; David Fathi <dfathi@aclu.org>; L. Renee Lee <rlee@aclu.org>; Jessica Carns <JCarns@aclu.org>
**Subject:** Re: Specialist bills sent to ADC prisoner

I'll take care of it. Thanks.

Sent from my T-Mobile 4G LTE Device

**Todd S. Kartchner,**  Director



2394 East Camelback Road, Suite 600, Phoenix, AZ 85016-3429
T: 602.916.5461  | F:  602.916.5661
tkartchner@fclaw.com  |  View Bio

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

-------- Original message --------
From: Corene Kendrick <ckendrick@prisonlaw.com>
Date: 8/2/18 7:18 PM (GMT-07:00)
To: "KARTCHNER, TODD" <TKARTCHNER@fclaw.com>, Tim Bojanowski
<TBojanowski@strucklove.com>, Elaine Percevecz <EPercevecz@strucklove.com>, Rachel Love
<RLove@strucklove.com>
Cc: Kirstin Eidenbach <kirstin@eidenbachlaw.com>, Maya Abela <mabela@azdisabilitylaw.org>, Tania
Amarillas <tania@prisonlaw.com>, Amber Norris <anorris@prisonlaw.com>, Desiree Sholes
<dsholes@aclu.org>, David Fathi <dfathi@aclu.org>, "L. Renee Lee" <rlee@aclu.org>, Jessica Carns
<JCarns@aclu.org>
Subject: Specialist bills sent to ADC prisoner

Todd,

Today during our tour, I spoke with ▮▮▮▮▮▮▮▮▮▮▮ housed at Perryville-Piestewa. She showed us two invoices
she had been sent by outside specialists, each for more than $1,000.  With Ms. ▮▮▮▮▮'s permission, Tim Bojanowski
took both of the bills to pass on to you so that you can have Corizon resolve this.

Tim/Elaine, can you please forward scans of those invoices to Todd, copying Plaintiffs' counsel?

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

## Corene Kendrick

| | |
|---|---|
| **From:** | Elaine Percevecz |
| **Sent:** | Tuesday, August 7, 2018 3:12 PM |
| **To:** | tkartchner@fclaw.com |
| **Cc:** | 'Corene Kendrick'; 'Kirstin Eidenbach'; 'Maya Abela'; 'Tania Amarillas'; 'Amber Norris'; Desiree Sholes; David Fathi (dfathi@aclu.org); Jessica Carns; Tim Bojanowski; Rachel Love; ASTARNES@FCLAW.com; FORTNER, JENNIFER (JFORTNER@FCLAW.com) |
| **Subject:** | Parsons - Tour Production (Photographs) Specialist bills sent to ADC prisoner ████ |
| **Attachments:** | ADCM1527299-1527307 - Tours - Perryville - Photos - 20180801.pdf; ADCM1527308-1527332 - Tours - Perryville - Photos - 20180802.pdf |

Todd,

Attached are the photographs from the July 31 – August 2 Perryville tour, which were produced to Plaintiffs.  This production includes the ██████████ bill of $572.00 (ADCM1527304-305).

Sincerely,

Elaine



Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1619 | epercevecz@strucklove.com | strucklove.com

---

**From:** KARTCHNER, TODD [mailto:TKARTCHNER@fclaw.com]
**Sent:** Tuesday, August 7, 2018 6:20 AM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>
**Cc:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Desiree Sholes <dsholes@aclu.org>; David Fathi <dfathi@aclu.org>; L. Renee Lee <rlee@aclu.org>; Jessica Carns <JCarns@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Subject:** Re: Specialist bills sent to ADC prisoner

Did we get the pictures for the bills sent to
████████████████████

Sent from my T-Mobile 4G LTE Device

**Todd S. Kartchner,**  Director
T: 602.916.5461  | F:  602.916.5661
tkartchner@fclaw.com

-------- Original message --------
From: Elaine Percevecz <EPercevecz@strucklove.com>

1

Date: 8/6/18 4:12 PM (GMT-07:00)
To: Corene Kendrick <ckendrick@prisonlaw.com>, "KARTCHNER, TODD" <TKARTCHNER@fclaw.com>
Cc: Kirstin Eidenbach <kirstin@eidenbachlaw.com>, Maya Abela <mabela@azdisabilitylaw.org>, Tania Amarillas <tania@prisonlaw.com>, Amber Norris <anorris@prisonlaw.com>, Desiree Sholes <dsholes@aclu.org>, David Fathi <dfathi@aclu.org>, "L. Renee Lee" <rlee@aclu.org>, Jessica Carns <JCarns@aclu.org>, Tim Bojanowski <TBojanowski@strucklove.com>, Rachel Love <RLove@strucklove.com>
Subject: RE: Specialist bills sent to ADC prisoner

I'll get those out in the mail to you.


Sincerely,


Elaine




Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1619 | epercevecz@strucklove.com | strucklove.com

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, August 6, 2018 4:07 PM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Cc:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Desiree Sholes <dsholes@aclu.org>; David Fathi <dfathi@aclu.org>; L. Renee Lee <rlee@aclu.org>; Jessica Carns <JCarns@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Subject:** RE: Specialist bills sent to ADC prisoner

Elaine,

If you can send us the originals, we will return them to Ms. ██████

Thanks,
Corene


Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com


**From:** Elaine Percevecz [mailto:EPercevecz@strucklove.com]
**Sent:** Monday, August 6, 2018 3:45 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Cc:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Tania Amarillas

<tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Desiree Sholes <dsholes@aclu.org>; David Fathi <dfathi@aclu.org>; L. Renee Lee <rlee@aclu.org>; Jessica Carns <JCarns@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Subject:** RE: Specialist sent to ADC prisoner

Corene and Todd,

Attached are scans of ████████ invoices that Tim brought back with him from the Perryville tour last week.

Corene, do you want the original invoices mailed to you or should I shred them?

Thanks all!

Elaine

STRUCK + LOVE

Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1619 | epercevecz@strucklove.com | strucklove.com

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Friday, August 3, 2018 3:56 PM
**To:** KARTCHNER, TODD <TKARTCHNER@fclaw.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Cc:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Desiree Sholes <dsholes@aclu.org>; David Fathi <dfathi@aclu.org>; L. Renee Lee <rlee@aclu.org>; Jessica Carns <JCarns@aclu.org>
**Subject:** RE: Specialist bills sent to ADC prisoner

Thank you, Todd.  There is an additional prisoner who showed one of the members of our team a bill for $1,224 from an ER visit on February 28, 2018. Her name is ████████████████

Tim/Elaine, can you send us the scans of Ms. ██████ invoices so we have them for our records and can send copies of them back to her?

Thanks,

-Corene

---

**From:** KARTCHNER, TODD [mailto:TKARTCHNER@fclaw.com]
**Sent:** Thursday, August 2, 2018 8:49 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Cc:** Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Desiree Sholes <dsholes@aclu.org>; David Fathi <dfathi@aclu.org>; L. Renee Lee <rlee@aclu.org>; Jessica Carns <JCarns@aclu.org>
**Subject:** Re: Specialist bills sent to ADC prisoner

I'll take care of it. Thanks.

Sent from my T-Mobile 4G LTE Device

Todd S. Kartchner, Director



2394 East Camelback Road, Suite 600, Phoenix, AZ 85016-3429
T: 602.916.5461  |  F:  602.916.5661
tkartchner@fclaw.com  |  View Bio

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

-------- Original message --------
From: Corene Kendrick <ckendrick@prisonlaw.com>
Date: 8/2/18 7:18 PM (GMT-07:00)
To: "KARTCHNER, TODD" <TKARTCHNER@fclaw.com>, Tim Bojanowski <TBojanowski@strucklove.com>, Elaine Percevecz <EPercevecz@strucklove.com>, Rachel Love <RLove@strucklove.com>
Cc: Kirstin Eidenbach <kirstin@eidenbachlaw.com>, Maya Abela <mabela@azdisabilitylaw.org>, Tania Amarillas <tania@prisonlaw.com>, Amber Norris <anorris@prisonlaw.com>, Desiree Sholes <dsholes@aclu.org>, David Fathi <dfathi@aclu.org>, "L. Renee Lee" <rlee@aclu.org>, Jessica Carns <JCarns@aclu.org>
Subject: Specialist bills sent to ADC prisoner

Todd,

Today during our tour, I spoke with ███████████ housed at Perryville-Piestewa. She showed us two invoices she had been sent by outside specialists, each for more than $1,000.  With Ms. ██████ permission, Tim Bojanowski took both of the bills to pass on to you so that you can have Corizon resolve this.

Tim/Elaine, can you please forward scans of those invoices to Todd, copying Plaintiffs' counsel?

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621

ckendrick@prisonlaw.com

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.



SAN CARLOS
8/1/2018   1330 hrs.

08/01/2018

RADADVANTAGE, A PROFESSIONAL CORPORATION
PO BOX 3353
INDIANAPOLIS, IN  46206-3353

## EZ Ways To Pay...

@ **Online**
www.mydocbill.com/raap

**Automated Attendant**
1.866.881.4351 (24 hours a day)

For Payments Please Call: 1.866.250.3209   For Billing Questions Please Call: 1.866.881.4351

| Account Number | Amount Due | Statement Date | Date Due |
| --- | --- | --- | --- |
| 578602-QRAAP | $572.00 | 07/23/18 | Upon Receipt |

### STATEMENT

*Account Summary*

| | 578602-QRAAP |
| --- | --- |
| Account Number | |
| Patient Payments in Last 30 Days | 0.00 |
| Current Statement Balance | 572.00 |
| Charges Pending w/ Insurance | 0.00 |
| Total Account Balance | 572.00 |

See Detail on Back

*Insurance Information*

PLEASE CONFIRM THAT INFORMATION IS CORRECT
TO UPDATE GO TO www.mydocbill.com/raap

**PRIMARY**

| Insurance | CORIZON |
| --- | --- |
| Group/Plan | |
| ID Number | A00127861 |

**SECONDARY**

| Insurance | |
| --- | --- |
| Address | |
| City/State/Zip | |
| Group/Plan | |
| ID Number | |

### New & Improved Online Experience

## Go Green
www.mydocbill.com/raap

### Pay Online | Update Info

Gain the power to pay your bill or update your information
at your convenience 24 hours a day. This not only
benefits the environment it benefits you and your time!

*About Your Statement*

Our records indicate there is still an outstanding
balance on this account. You may make a payment
online. If you have insurance and your statement
does not reflect your insurance information or that
the claim has been filed please go online and make
sure we have your correct insurance information. You
can also call our automated phone system 24 hours a
day at the number listed above to make a payment or
update your insurance.  Thank you!

See Statement Details on Back →

RADADVANTAGE, A PROFESSIONAL CORPORATION
PO BOX 3353
INDIANAPOLIS, IN  46206-3353

*Amount Due!*

| STATEMENT DATE | AMOUNT DUE | ACCOUNT NO. |
| --- | --- | --- |
| 07/23/18 | $572.00 | 578602-QRAAP |

CHARGES AND CREDITS MADE AFTER
STATEMENT DATE WILL APPEAR ON
NEXT STATEMENT

SHOW AMOUNT
PAID HERE   $

Patient Name:
Invoice Number: 501729
Billing Questions: 1.866.881.4351

MAKE CHECKS PAYABLE / REMIT TO:

RADADVANTAGE, A PROFESSIONAL CORPORATION
PO BOX 3353
INDIANAPOLIS, IN  46206-3353

PO BOX 3000
GOODYEAR AZ  85338-0901

**Pay Online: www.mydocbill.com/raap**

00501729000572000000000578602RAAP1

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1527304**



SAN CARLOS
8/1/2018   1330 hrs.

RADADVANTAGE, A PROFESSIONAL CORPORATION

**Go Green**
Pay Online | Update Info
www.mydocbill.com/raap

*Summary of Service Charges*

| DATE | PROC CODE | UNITS | DETAILS OF SERVICES | CHARGES | PAY/ ADJ | INSUR PENDING | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | Referred By: MCKENZIE J. WOOLSTENHULME | | | |
| | | | | Services Were Provided at: WEST VALLEY HOSPITAL ER | | | |
| Patient | | | | 56.00 | 0.00 | 0.00 | 56.00 |
| 05-11-18 | 71046 | 1 | X-RAY EXAM CHEST 2 VIEWS | | | | |
| 05-19-18 | | | FILED PRIMARY TO CORIZON (CO007) | | | | |
| 07-19-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 5232788) | | | | |
| 05-11-18 | 70491 | 1 | CT SOFT TISSUE NECK W/DYE | 516.00 | 0.00 | 0.00 | 516.00 |
| 05-19-18 | | | FILED PRIMARY TO CORIZON (CO007) | | | | |
| 07-19-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 5232803) | | | | |

| Current | 31-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|
| $572.00 | $0.00 | $0.00 | $0.00 |

| DATE DUE: | BALANCE DUE: |
|---|---|
| Upon Receipt | $572.00 |

WE HAVE FILED YOUR INSURANCE. YOU ARE NOW
RESPONSIBLE FOR THE BALANCE OF THIS ACCOUNT.

RADADVANTAGE, A PROFESSIONAL CORPORATION
PO BOX 3353
INDIANAPOLIS, IN 46206-3353
1.866.881.4351

If your insurance has issued payment directly to you, please send us this payment immediately to stop
the collection efforts.

When you provide a check as payment, you authorize
us either to use information from your check to make a
one-time electronic fund transfer from your account or to
process the payment as a check transaction.

Patient Statement For:

Statement Date
07/23/18

Account Number
578602-QRAAP

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

08/01/2018

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601
ADCM1527305

**From:**          Corene Kendrick
**Sent:**          Tuesday, September 25, 2018 4:29 PM
**To:**            KARTCHNER, TODD; BELLER, COURTNEY R; Dan Struck; Tim Bojanowski;
                   Rachel Love; Elaine Percevecz
**Cc:**            Rita Lomio; Tania Amarillas; Amber Norris; David Fathi; Jessica Carns; Kirstin
                   Eidenbach; Maya Abela
**Subject:**       Parsons v. Ryan - Specialty Bill for ██████████████
**Attachments:**   18.09.24 ██████████████        medical bill.pdf

Dear Todd,

Mr. ██████████████ is a class member housed at ASPC-Florence South and he received the attached bill
for $2,834.00 for emergency medical care he was provided by "Premier Emergency Medical Specialists" on May 5,
2018.  According to his medical record, he was transported off-site via an ADC van to Chandler Regional Medical Center
on that day for a head injury.

Can you please ensure that Corizon pays this bill so that he is not subject to further notices of delinquency from the
collection agency?

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

1

# bureau of
# medical economics
medical account specialists

ADMINISTRATION: 602-252-3469

**CUSTOMER SERVICE: 602-452-6501**
**OUT OF AREA: 800-439-8561**
**PAY ONLINE: pay.bmecollect.com**

September 6, 2018

PO BOX 629
FLORENCE, AZ 85132-0629

FILE #: 7971613
ASSIGNMENT DATE: 09-05-18
CREDITOR: PREMIER EMERGENCY MEDICAL SPEC
PATIENT NAME:
LAST SERVICE DATE: 05-05-18
BALANCE DUE: $2,834.00

The above mentioned medical creditor has placed your delinquent account with our agency for collection. It is important that this matter is taken care of promptly, a return envelope has been enclosed so that you may send payment in full.

If this account has been paid, please contact our office immediately. For proper credit, reference the above mentioned file # on your check or money order and send full payment to:

BUREAU OF MEDICAL ECONOMICS
P.O. BOX 20247
PHOENIX, AZ 85036-0247
CUSTOMER SERVICE: 602-452-6501

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

-CU073600-NTC1-04/30/18-FNSAOrhtAHNh

**\*\*\* Please detach the lower portion and return with your payment \*\*\***

PO BOX 20247
PHOENIX AZ 85036-0247
ELECTRONIC SERVICE REQUESTED

September 6, 2018

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE

MasterCard   VISA   DISCOVER

| CARD NUMBER | | EXP. DATE |
|---|---|---|
| CARD HOLDER NAME | | CVV |
| SIGNATURE | | AMOUNT PAID |

Notice: Submitting my credit card information confirms I accept the convenience fee of $4.95. To avoid this convenience fee please send a check or money order.

FILE #: 7971613
BALANCE DUE: $2,834.00





PO BOX 629
FLORENCE, AZ 85132-0629

BUREAU OF MEDICAL ECONOMICS
PO BOX 20247
PHOENIX AZ 85036-0247

**From:** Corene Kendrick
**Sent:** Thursday, October 11, 2018 9:31 AM
**To:** KARTCHNER, TODD; BELLER, COURTNEY R; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love
**Cc:** Don Specter; Rita Lomio; Tommy Nosewicz; Gabriela Pelsinger; Amber Norris; Tania Amarillas; Alexis Hoffman; Darryl Geyer; David Fathi; Amy Fettig; Jessica Carns; skaur@aclu.org; Kirstin Eidenbach
**Subject:** Parsons class member at Tucson being billed for specialty care

Dear Todd,

We were contacted by ████████████ a class member housed at Tucson Santa Rita Unit. He reports that he had emergency surgery 12/4/17 for a severe patella break in his right leg. He contacted us because he has received multiple bills from Banner University Medical Center anesthesiology for $4,712 for the anesthesia during the surgery, and is being sent notices by bill collectors.  Clearly he is not financially responsible for the anesthesiology bill, and he has been unable to resolve this with staff at Tucson.

Can you please ensure that Corizon pays this bill immediately? He will be released in less than two months and is concerned that these bill collectors will continue to go after him in the community.

Thank you for your attention to this matter.

-Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

1

| | |
|---|---|
| **From:** | Rita Lomio |
| **Sent:** | Friday, November 16, 2018 2:05 PM |
| **To:** | KARTCHNER, TODD; Corene Kendrick; BELLER, COURTNEY R; Dan Struck; Tim Bojanowski; Rachel Love; Elaine Percevecz |
| **Cc:** | Tania Amarillas; Amber Norris; David Fathi; Jessica Carns; Kirstin Eidenbach; Maya Abela; Alexis Hoffman; Gabriela Pelsinger; Darryl Geyer |
| **Subject:** | RE: Parsons v. Ryan - Specialty Bill for Mr. ███████ |
| **Attachments:** | 18.10.25 Bill Sent to ████████████ pdf |

Dear Todd,

Unfortunately, this problem has not yet been resolved.  Mr. ███████ received another notice from the debt collector, this one dated October 25, 2018.  A copy is attached.

Would you please look into this matter as soon as possible?  Please let us know once it has been resolved.

Rita

Rita K. Lomio
Staff Attorney
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621

---

**From:** KARTCHNER, TODD [mailto:TKARTCHNER@fclaw.com]
**Sent:** Tuesday, September 25, 2018 4:31 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; BELLER, COURTNEY R <CBELLER@FCLAW.com>; Dan Struck <DStruck@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Cc:** Rita Lomio <rlomio@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Jessica Carns <JCarns@aclu.org>; Kirstin Eidenbach <kirstin@eidenbachlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Subject:** RE: Parsons v. Ryan - Specialty Bill for ███████████

Corene:

I will make sure this gets to the right person at Corizon.  Thank you for bringing this to our attention.

--Todd Kartchner

Todd S. Kartchner,  Director

**FENNEMORE** CRAIG

1

2394 East Camelback Road, Suite 600, Phoenix, AZ 85016-3429
T: 602.916.5461  |  F:  602.916.5661
tkartchner@fclaw.com   |   View Bio



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, September 25, 2018 4:29 PM
**To:** KARTCHNER, TODD; BELLER, COURTNEY R; Dan Struck; Tim Bojanowski; Rachel Love; Elaine Percevecz
**Cc:** Rita Lomio; Tania Amarillas; Amber Norris; David Fathi; Jessica Carns; Kirstin Eidenbach; Maya Abela
**Subject:** Parsons v. Ryan - Specialty Bill for ████████████████

Dear Todd,

Mr.████████████████████   is a class member housed at ASPC-Florence South and he received the attached bill for $2,834.00 for emergency medical care he was provided by "Premier Emergency Medical Specialists" on May 5, 2018.  According to his medical record, he was transported off-site via an ADC van to Chandler Regional Medical Center on that day for a head injury.

Can you please ensure that Corizon pays this bill so that he is not subject to further notices of delinquency from the collection agency?

Thanks,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

# §bureau of
# medical economics
medical account specialists

**CUSTOMER SERVICE: 602-452-6501**
**OUT OF AREA: 800-439-8561**
**PAY ONLINE: pay.bmecollect.com**

ADMINISTRATION: 602-252-3469

October 25, 2018

PO BOX 629
FLORENCE, AZ 85132-0629

FILE #: 7971613
CREDITOR: PREMIER EMERGENCY MEDICAL SPEC
BALANCE DUE: $2,834.00

We have previously notified you of this delinquent debt, but our records indicate that you have failed to satisfy the balance in full.

As a licensed collection agency, we are now considering what additional collection efforts may be necessary to ensure the outstanding amount is paid in full. It is important that you mail the balance of your account or contact our agency today.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Mail the full balance of your account to:

BUREAU OF MEDICAL ECONOMICS
P.O. BOX 20247
PHOENIX, AZ 85036-0247
CUSTOMER SERVICE: 602-452-6501

-CU073600-NTC2-04/30/18-nCRWXoQLAD4e

**\*\*\* Please detach the lower portion and return with your payment \*\*\***

PO BOX 20247
PHOENIX AZ 85036-0247
ELECTRONIC SERVICE REQUESTED

October 25, 2018

PLEASE CIRCLE THE CREDIT CARD YOU WISH TO USE

MasterCard   VISA   DISCOVER

| CARD NUMBER | | EXP. DATE |
| --- | --- | --- |
| CARD HOLDER NAME | | CVV |
| SIGNATURE | | AMOUNT PAID |

**Notice:** Submitting my credit card information confirms I accept the convenience fee of $4.95. To avoid this convenience fee please send a check or money order.

FILE #: 7971613
BALANCE DUE: $2,834.00



PO BOX 629
FLORENCE, AZ 85132-0629



BUREAU OF MEDICAL ECONOMICS
PO BOX 20247
PHOENIX AZ 85036-0247



**From:** Rita Lomio

**Sent:** Friday, November 16, 2018 10:38 AM

**To:** KARTCHNER, TODD; BELLER, COURTNEY R; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love

**Cc:** Don Specter; Rita Lomio; Thomas Nosewicz; Gabriela Pelsinger; Amber Norris; Tania Amarillas; Alexis Hoffman; Darryl Geyer; David Fathi; Amy Fettig; Jessica Carns; skaur@aclu.org; Kirstin Eidenbach; Corene Kendrick

**Subject:** Parsons class member at ASPC-Eyman being billed for emergency medical care

**Attachments:** ███████████ Past Due Notice.pdf

Dear Todd,

We were contacted by ███████████████████, a class member housed at ASPC-Eyman, Meadows Unit.  He received the attached bill for $1,516.00 for emergency medical care he was provided by "Premier Emergency Medical Specialists" on August 19, 2018.  According to the electronic medical record, he was transported off-site via an ADC van to Chandler Regional Medical Center on that day for a head injury.

Would you please ensure that Corizon pays this bill immediately?

Thank you,

Rita

Rita K. Lomio
Staff Attorney
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621

1



# EMERGENCY PHYSICIAN STATEMENT

PREMIER EM MEDICAL SPECIALISTS
PO BOX 96328
OKLAHOMA CITY, OK 73143-6328

| Account Number | Statement Date | Due Date | 11/23/2018 |
|---|---|---|---|
| | 10/26/2018 | Past Due | $1516.00 |

## Understanding your balance



You visited a facility and received care from our specialized physicians.



Our physicians bill your insurance. The facility bills separately.



Depending on your coverage, insurance pays our physicians according to your policy.



You pay the balance.

| Date of Service | CPT Codes | Description of Services | Amount |
|---|---|---|---|
| 08/19/2018 | 99285 | Emergency Evaluation & Management Services | 1516.00 |
| | | Total Charges | 1516.00 |

Transactions:

DATE OF SERVICE
08/19/2018

PLACE OF SERVICE
CHANDLER REGIONAL HOSPITAL

EMERGENCY PHYSICIAN
CAMERON NOURANI MD

These charges are for the emergency physician's services and are not included in your hospital bill. If you have any questions about this bill please do not call the hospital, call 800-225-0953. To avoid peak hours call Tue-Fri between 7am-7pm central standard time.

If you have insurance or other medical assistance, please provide the name, address, policy and group number and the name of the insured and a claim will be filed for you.

NOTICE: Please be advised that a late payment fee may be added to your account if payment is not received by the due date specified below. To avoid the fee, please remit the balance due now. Thank you.

---

$1516.00

## Your Balance

**Past Due Notice**

Pay online https://epay.pdc4u.com/130054

- or -

› call for assistance 1-800-225-0953
› use the payment slip below

TO ENSURE PROPER CREDIT, DETACH THIS PORTION AND RETURN WITH PAYMENT

PREMIER EM MEDICAL SPECIALISTS          14931
PO BOX 96408
OKLAHOMA CITY, OK  731436408

PLEASE WRITE YOUR ACCOUNT NUMBER ON YOUR CHECK

| Account Number | Patient Name | Your Balance |
|---|---|---|
| | | $1516.00 |

Pay online https://epay.pdc4u.com/130054

73548-29C*  61***AUTO**ALL FOR AADC 852

PO BOX 3500
FLORENCE AZ  85132-3500

MAKE CHECKS PAYABLE TO:

PREMIER EM MEDICAL SPECIALISTS
PO BOX 96328
OKLAHOMA CITY OK  73143-6328

For inquiries call 1-800-225-0953

| | |
|---|---|
| **From:** | Corene Kendrick |
| **Sent:** | Friday, November 30, 2018 4:59 PM |
| **To:** | KARTCHNER, TODD; BELLER, COURTNEY R; Tim Bojanowski; Elaine Percevecz; Rachel Love; Dan Struck; Lucy Rand; mary.beke@azag.gov |
| **Cc:** | Rita Lomio; Tommy Nosewicz; Amber Norris; Tania Amarillas; David Fathi; Jessica Carns; Kirstin Eidenbach |
| **Subject:** | Outside Specialist Bill Sent to Class Member |
| **Attachments:** | ██████████ ER Bill.pdf |

Dear Todd,

Ms. ████████████ a Parsons class member currently incarcerated at Phoenix-Flamenco Women's Unit, received a bill for $1,212.00 from Abrazo West Hospital for critical care / ER services provided on June 10, 2017. Can you please ensure that Corizon pays this without any further delay?

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com

1

ALCOA BILLING CENTER
3429 REGAL DR
ALCOA TN 37701-3265

**DETACH AND RETURN THIS COUPON WITH THE REVERSE SIDE COMPLETED TO PAY BY CREDIT CARD, TO PROVIDE INSURANCE INFORMATION OR FOR CHANGE OF ADDRESS.**

Credit card charges will appear as "Team Health"

Patient Name: ███████████         AMT DUE: $1,212.00

PHYSICIAN SERVICES RENDERED AT: ABRAZO WEST CAMPUS

EMERGENCY GROUP OF ARIZONA PRO
DEPT: A ☐ B ☐ C ☐ (check one - see reverse)    469
3429 REGAL DR
ALCOA TN 37701-3265

65261511-469-46907

PO BOX 3000
GOODYEAR AZ 85338-0901

018000652615113034469433384690770012120008

✂ - - - - - - - - - ✂ - - - ↑ *Detach Here* ↑ - - - ✂ - - - - - - - - - ✂

| DATE | INVOICE# | DESCRIPTION | PROVIDER | DEBITS | CREDITS |
|------|----------|-------------|----------|--------|---------|
| 06/10/17 | 189100904 | CRITICAL CARE, FIRST HOUR | MCDONOUGH MD,VINCENT | $885.00 | |
| 06/10/17 | 189100904 | INSERT EMERGENCY AIRWAY | MCDONOUGH MD,VINCENT | $327.00 | |
| 10/05/17 | 189100904 | MANAGED CARE PAYMENT | | | $314.74 |
| 10/05/17 | 189100904 | CONTRACTUAL ADJUSTMENT | | | $897.26 |
| 06/25/18 | 189100904 | MANAGED CARE PAYMENT | | | $0.00 |
| 06/25/18 | 189100904 | OFFSET ADJUSTMENT (DEBIT) | | | ($7.46) |
| 06/25/18 | 189100904 | OFFSET ADJUSTMENT (DEBIT) | | | ($307.28) |
| 06/25/18 | 189100904 | MANAGED CARE PAYMENT | | | $0.00 |

THIS IS YOUR PHYSICIAN SERVICES BILL AND IS SEPARATE FROM THE HOSPITAL BILL

**ACCOUNT NUMBER:   65261511-469-46907   STATEMENT DATE:  07/23/18        TOTAL NOW DUE:   $1,212.00**

SERVICE/EQUIPMENT/DRUG NOT COVERED BY PATIENT PLAN. PLEASE REMIT BALANCE REQUIRED OR VISIT OUR WEBSITE AT WWW.THBILLPAY.COM TO PAY BY CREDIT CARD.

**For Billing Inquiries, call 888-952-6772** on Monday through Friday, from 8am to 8pm and Saturday from 10am to 3pm Eastern Time.
SEND US YOUR INFORMATION OVER THE WEB!
You may now provide insurance information and make credit card payments at **http://www.thbillpay/**

✂ - - - - - - - - - ✂ - - - ↓ *Detach Here* ↓ - - - ✂ - - - - - - - - - ✂

# *PAYMENT COUPON - RETURN WHEN PAYING BY CHECK OR MONEY ORDER*

PATIENT NAME: ███████████   ACCT#: 65261511-469-46907   CHECK#: _____   AMT PAID: _____

PHYSICIAN SERVICES RENDERED AT: ABRAZO WEST CAMPUS

☐ CHECK HERE FOR CHANGE OF ADDRESS

**DO NOT STAPLE OR TAPE YOUR CHECK OR MONEY ORDER TO THIS COUPON**
*MAKE CHECKS PAYABLE TO:*

EMERGENCY GROUP OF ARIZONA PRO
PO BOX 740023
CINCINNATI OH 45274-0023          469

65261511-469-46907

PO Box 3000
Goodyear AZ 85338-0901

018000652615113034469433384690770012120008

**From:** Thomas Nosewicz
**Sent:** Tuesday, January 8, 2019 10:59 AM
**To:** KARTCHNER, TODD
**Cc:** Corene Kendrick; BELLER, COURTNEY R; Tim Bojanowski; Elaine Percevecz; Rachel Love; Dan Struck; Lucy Rand; mary.beke@azag.gov; Rita Lomio; Amber Norris; Tania Amarillas; David Fathi; Jessica Carns; Kirstin Eidenbach
**Subject:** Re: Outside Specialist Bill Sent to Class Member
**Attachments:** ███████ bill for August 2018 servics.pdf

Dear Todd:

We write again about Ms. ████████████ a *Parsons* class member currently incarcerated at Perryville-Lumley WBHU. She has received a new bill from Abrazo West Hospital. The bill is for $1,836.43 and is for services provided on August 7 and 8, 2018. The most recent notice that Ms. ████ received — which is attached here — indicates that it is the final notice Ms. ████ will receive before the matter is sent to a collections agency.

Can you please ensure that Corizon pays this bill immediately?

Thanks,
Tom

Thomas M. Nosewicz
Staff Attorney
Prison Law Office
1917 5th Street
Berkeley, CA 94710
(510) 280-2621
tom@prisonlaw.com

On Fri, Nov 30, 2018 at 4:58 PM Corene Kendrick <ckendrick@prisonlaw.com> wrote:

> Dear Todd,
>
>
> Ms. ████████████ a *Parsons* class member currently incarcerated at Phoenix-Flamenco Women's Unit, received a bill for $1,212.00 from Abrazo West Hospital for critical care / ER services provided on June 10, 2017. Can you please ensure that Corizon pays this without any further delay?
>
>
> Thank you,
>
>
> Corene

1

Corene Kendrick, Staff Attorney

PRISON LAW OFFICE

1917 Fifth Street

Berkeley, CA 94710

510-280-2621

ckendrick@prisonlaw.com



COGENT HEALTHCARE OF ARIZONA PC
PO BOX 743522
LOS ANGELES, CA 90074

**SOUND** PHYSICIANS



# EZ
## Ways To Pay...

6-Dec-18

PO BOX 3000
GOODYEAR, AZ 85338-0901



**@ Online** www.mydocbill.com/CHCA

**Automated Attendant** 866.765.0513 (24 hours a day)

*For Payments Please Call: 866.765.0554 For Billing Questions Please Call: 866.765.0513*

| Account Number | Amount Due | Statement Date | Date Due |
|---|---|---|---|
| 118288-QSNDP-29 | $1,836.43 | 12/6/2018 | Upon Receipt |

# FINAL NOTICE     FINAL NOTICE     FINAL NOTICE

Dear:

Our records indicate you have not responded to our initial notice and your account is still outstanding. If you have made a payment within the last 10 days please disregard this notice.

This is the final notice you will receive before your account is referred to a licensed collections agency.

You can resolve your outstanding balance through the following methods: visit our website @ www.mydocbill.com/CHCA, call our Automated Phone System 24/7 or utilize our Call Center at 866-765-0513 during standard business hours.

Once the account has been sent to the collection agency, payment arrangements and any other communication will need to be handled with the agency.

| Date of Service | Date of Filing | Ref. NO. | Service | Amount | Payments | Balance |
|---|---|---|---|---|---|---|
| 8/8/2018 | 8/10/2018 | 766055 | OBSERVATION CARE DISCHARGE | 517.52 | 0.00 | 517.52 |
| 8/7/2018 | 8/10/2018 | 766056 | INITIAL OBSERVATION CARE | 1,318.91 | 0.00 | 1,318.91 |
| **Totals** | | **Location of Services: ABRAZO WEST VALLEY HOSP 396** | | **1,836.43** | **0.00** | **1,836.43** |

---

COGENT HEALTHCARE OF ARIZONA PC
PO BOX 743522
LOS ANGELES, CA 90074

*Amount Due!*

| Statement Date | Amount Due | Account No. |
|---|---|---|
| 12/6/2018 | $1,836.43 | 118288-QSNDP-29 |

CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT.

SHOW AMOUNT PAID HERE $

Patient Name:
Invoice #: 157585
Billing Questions: 866.765.0513

143791 - 56

PO BOX 3000
GOODYEAR AZ 85338-0901

MAKE CHECKS PAYABLE / REMIT TO:

COGENT HEALTHCARE OF ARIZONA PC
PO BOX 743522
LOS ANGELES, CA 90074

0015758500183643000000118288SNDP7

Pay Online: www.mydocbill.com/CHCA

143791-1-SND1-56

**From:** Rita Lomio
**Sent:** Wednesday, January 23, 2019 3:12 PM
**To:** KARTCHNER, TODD
**Cc:** Tania Amarillas; Amber Norris; David Fathi; Jessica Carns; Maya Abela; Alexis Hoffman; Gabriela Pelsinger; Thomas Nosewicz; Corene Kendrick; BELLER, COURTNEY R; Dan Struck; Tim Bojanowski; Rachel Love; Elaine Percevecz
**Subject:** Parsons v. Ryan - Medical Bill for Mr. ████████
**Attachments:** 18.07.31 Collection Notice - Mr ███████.pdf; 18.08.05 Billing Statement - Mr. ██████ pdf

Dear Todd:

I write regarding █████████, a *Parsons* class member currently housed at ASPC-Tucson.  According to the electronic medical record, Mr. ████ has been in the custody of the Arizona Department of Corrections since December 2015.

Mr. █████ received a collection notice from a debt collector by letter dated July 31, 2018.  A copy of the letter is attached.  The creditor is listed as Tucson Banner University Med Grp, and the total balance is listed as $265.00.

Mr. ██████ also received a billing statement from BUMG Anesthesiology in the amount of $1,650.00, for services rendered at Banner University Medical Center South on March 21, 2018.  According to the electronic medical record, Mr. █████ "[r]eturn[ed] from offsite for stroke like s/sx" on that date.  A copy of the statement, which is dated August 5, 2018, is attached.  According to the statement, the charge was "filed primary to Corizon" on June 1, 2018.

Would you please make sure that Corizon pays all bills immediately and takes all other necessary remedial actions?

Thank you,
Rita

Rita K. Lomio
Staff Attorney
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621

1

**RevSolve, Inc.**

COCO01
PO Box 1280
Oaks PA 19456-1280
ADDRESS SERVICE REQUESTED

1395 N. Hayden Road
Scottsdale, AZ 85257
(480) 467-2355 • (866) 768-0804

| | |
|---|---|
| Client #: | BAN603 |
| Account #: | 0012066434 |
| Desk #: | 001 |
| Creditor: | TUCSON BANNER UNIVERSITY MED GRP |
| Creditor Ref. #: | 68557 |
| Total Balance Due: | $265.00 |
| Re: | ███████████ |

July 31, 2018

R01-AZ      38744129

██████████████████████

10000 S Wilmot Rd
Tucson AZ 85756-8699

**Pay Online**
**www.payrevsolve.com**
**or our automated phone**
**system at (844) 340-2471**

Dear ██████████████

Your creditor, TUCSON BANNER UNIVERSITY MED GRP, has assigned this account to us for collection.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

69COCO001R01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Please detach and return this portion with payment.**

| | |
|---|---|
| Date: | July 31, 2018 |
| Client #: | BAN603 |
| Account #: | 0012066434 |
| Desk #: | 001 |
| Creditor: | TUCSON BANNER UNIVERSITY MED GRP |
| Creditor Ref. #: | 68557 |
| Total Balance Due: | $265.00 |
| Re: | ███████████ |

*Any correspondence should be sent to:*
RevSolve, Inc., PO Box 310, Scottsdale AZ 85252-0310

Amount Enclosed:  $_____

Please mail **payments only**:

RevSolve
MSC #600
PO Box 52163
Phoenix AZ 85072-2163



**Pay Online www.payrevsolve.com**
**Or our automated phone system at**
**(844) 340-2471**

BAN6030012066434000265006

BUMG ANESTHESIOLOGY

**Go Green**
**Pay Online | Update Info**
www.mydocbill.com/BTAP

*Summary of Service Charges*

| DATE | PROC CODE | UNITS | DETAILS OF SERVICES | CHARGES | PAY/ ADJ | INSUR. PENDING | PATIENT BALANCE |
|------|-----------|-------|---------------------|---------|----------|----------------|-----------------|
| Patient | | | | | | Referred By: BIANCA B. AFONSO | |
| | | | | Services Were Provided at: BANNER UNIV MEDICAL CTR SOUTH IP | | | |
| 03-21-18 | 43235 | 7.5 | **EGD DIAGNOSTIC BRUSH WASH** | 825.00 | 0.00 | 0.00 | 825.00 |
| 06-01-18 | | | FILED PRIMARY TO CORIZON (CO066) | | | | |
| 08-01-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 31541) | | | | |
| 03-21-18 | 43235 | 7.5 | **EGD DIAGNOSTIC BRUSH WASH** | 825.00 | 0.00 | 0.00 | 825.00 |
| 06-01-18 | | | FILED PRIMARY TO CORIZON (CO066) | | | | |
| 08-01-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 31542) | | | | |

| Current | 31-60 Days | 61-90 Days | Over 90 Days |
|---------|------------|------------|--------------|
| $1650.00 | $0.00 | $0.00 | $0.00 |

| DATE DUE: | BALANCE DUE: |
|-----------|--------------|
| Upon Receipt | $1,650.00 |

**WE HAVE FILED YOUR INSURANCE. YOU ARE NOW RESPONSIBLE FOR THE BALANCE OF THIS ACCOUNT.**

BUMG ANESTHESIOLOGY
PO BOX 2935
PHOENIX, AZ 85062-2935
1.866.759.8505

**If your insurance has issued payment directly to you, please send us this payment immediately to stop the collection efforts.**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

Patient Statement Fo

**Statement Date**
08/05/18
**Account Number**
10010-QBTAP

**STATEMENT**
**SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION**

BUMG ANESTHESIOLOGY
PO BOX 2935
PHOENIX, AZ 85062-2935

 **EZ**
 **Ways To Pay...**

10000 S WILMOT RD
TUCSON AZ 85756-8699

**@ Online**
www.mydocbill.com/BTAP

📞 **Automated Attendant**
**1.866.759.8505 (24 hours a day)**

*For Payments Please Call: 1.866.759.8506  For Billing Questions Please Call: 1.866.759.8505*

| Account Number | Amount Due | Statement Date | Date Due |
|---|---|---|---|
| 10010-QBTAP | $1,650.00 | 08/05/18 | Upon Receipt |

## STATEMENT

### Account Summary

| | |
|---|---|
| Account Number | 10010-QBTAP |
| Patient Payments in Last 30 Days | 0.00 |
| Current Statement Balance | 1650.00 |
| Charges Pending w/ Insurance | 0.00 |
| Total Account Balance | 1650.00 |

See Detail on Back

### Insurance Information

PLEASE CONFIRM THAT INFORMATION IS CORRECT
TO UPDATE GO TO www.mydocbill.com/BTAP

**PRIMARY**

| | |
|---|---|
| Insurance | CORIZON |
| Group/Plan | |
| ID Number | 229196 |

**SECONDARY**

| | |
|---|---|
| Insurance | |
| Address | |
| City/State/Zip | |
| Group/Plan | |
| ID Number | |

### New & Improved Online Experience

 **Go Green**

www.mydocbill.com/BTAP

**Pay Online | Update Info**

Gain the power to pay your bill or update your information
at your convenience 24 hours a day. This not only
benefits the environment it benefits you and your time!

### About Your Statement

**Our records indicate there is still an outstanding
balance on this account. You may make a payment
online. If you have insurance and your statement
does not reflect your insurance information or that
the claim has been filed please go online and make
sure we have your correct insurance information. You
can also call our automated phone system 24 hours a
day at the number listed above to make a payment or
update your insurance. Thank you!**

**See Statement Details on Back** ➡

139985-8

---

BUMG ANESTHESIOLOGY
PO BOX 2935
PHOENIX, AZ 85062-2935

*Amount Due!*

| STATEMENT DATE | AMOUNT DUE | ACCOUNT NO. |
|---|---|---|
| 08/05/18 | $1,650.00 | 10010-QBTAP |

CHARGES AND CREDITS MADE AFTER
STATEMENT DATE WILL APPEAR ON
NEXT STATEMENT.

| SHOW AMOUNT PAID HERE | $ |
|---|---|

Patient Name:
**Invoice Number: 544194**
**Billing Questions: 1.866.759.8505**

139985 - 8

10000 S WILMOT RD
TUCSON AZ 85756-8699

**━━━ MAKE CHECKS PAYABLE / REMIT TO: ━━━**

BUMG ANESTHESIOLOGY
PO BOX 2935
PHOENIX, AZ 85062-2935

005441940016500000000000010010BTAP2

**Pay Online:** www.mydocbill.com/BTAP

101955

**From:**       Rita Lomio
**Sent:**       Thursday, January 24, 2019 11:45 AM
**To:**         KARTCHNER, TODD
**Cc:**         Tania Amarillas; Amber Norris; David Fathi; Jessica Carns; Maya Abela; Alexis
                Hoffman; Gabriela Pelsinger; Thomas Nosewicz; Corene Kendrick; BELLER,
                COURTNEY R; Dan Struck; Tim Bojanowski; Rachel Love; Elaine Percevecz
**Subject:**    Parsons v. Ryan - Collection Notice for ███████████████████████
**Attachments:** 18.12.13 Collections Notice to ████████████████    pdf; Medical
                Record Excerpts for ████████████████████    pdf

Dear Todd:

I write regarding ████████████████ a *Parsons* class member.  I met Mr. ███████ earlier this month at ASPC-Tucson.  While there, Mr. ████████ showed me a collection notice he had received, dated December 13, 2018, in the amount of $62.00.  The notice lists the "Original Creditor" as N AZ Radiology, and the "Service Date" as August 1, 2018.  We took a photograph of the notice; a copy is attached for your reference.

According to the electronic medical record, Mr. ███████ has been in the custody of the Arizona Department of Corrections (ADC) since August 2017.  A radiology consult request for an X-ray was submitted on July 25, 2018; approved by the Regional Medical Director; and completed on August 1, 2018.  I am attaching supporting documentation from the electronic medical record for your reference.

Would you please ensure that Corizon pays this bill immediately?  We also ask that Corizon and ADC take all necessary remedial action to ensure that this does not happen again and that Mr. ███████ credit is not affected.  Mr. ████████ who is 28 years old, expects to be released later this year.  We do not want Corizon's failure to pay its bills to impede Mr. ████████ successful reentry into the community.

Thank you,
Rita

Rita K. Lomio
Staff Attorney
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2621



PO BOX 42008
Phoenix, AZ 85080-2008

Address Service Requested

HCI Account #: 100F6246
Creditor Account #: 215148
Account Balance: $62.00
Date: 12/13/2018
Amount Enclosed: _____

2100 S HIGHWAY 87
WINSLOW, AZ 86047-9789

Remit To:
HCI
PO BOX 82910
PHOENIX, AZ 85071-2910

Please detach and return top portion with payment. Keep the bottom portion for your records.

Please be advised that this account has been referred to our office for collections. We can be reached at:

Phone: 602-445-1984
800-219-3101 Ext. 1984

Mail: HCI
PO BOX 82910
PHOENIX, AZ 85071-2910

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This communication is from a debt collector. This communication is regarding the collection of a debt and any information obtained will be used for that purpose.

**Online Account Access**

Access your account online at:
www.payhci.com

Online Enrollment Number: 2864044581

## Account Details

| Original Creditor: | Creditor Account #: | HCI Account #: |
|---|---|---|
| N AZ RADIOLOGY | 215148 | 100F6246 |
| Service Date | Referred Balance: | Contact: |
| 08/01/2018 | $62.00 | COLLECTIONS DEPT |
| Responsible Party: | Present Balance: | Contact Phone: |
| | $82.00 | (602) 445-1984 |
| | | (800) 219-3101 Ext 1984 |
| | | Date: |
| | | 12/13/2018 |

Healthcare Collections-I, LLC • PO BOX 82910 • PHOENIX, AZ 85071-2910 • 602-445-1984
MON - THURS: 8:00 AM - 6:00 PM, MST • FRIDAY 8:00 AM - 4:30 PM, MST

OCSS011P         # Condensed Consultation Request    Thursday January 24, 2019
12:12:11

ADC#: ▮▮▮▮▮    INMATE NAME: ▮▮▮▮▮▮▮▮▮▮

---

ADC#: ▮▮▮▮▮    INMATE NAME: ▮▮▮▮▮▮▮▮▮    DOB: ▮▮▮▮▮
ADMISSION: 08/23/2017  DISCHARGE: 02/14/2020
REQUEST DATE: 07/25/2018  REQUEST TIME: 11:12:28  SEQ#: 001
ENCOUNTER TYPE: Provider - Follow Up Care  LOCATION:  ASPC-W CORONADO UNIT [W01]
   STATUS:  Consult Completed- Practitioner Reviewed
BY STAFF MEMBER: Brathwaite, Michael, FNP-C
   VERBAL BY: None

REQUEST TYPE: Off-site Clinic  PRIORITY: Routine
SERVICE TYPE: Radiology  PROCEDURE REQUESTED:
OffSite Location: Offsite Location   Offsite Provider: Offsite, Provider
PRESUMED DIAGNOSIS:

PROCEDURE REQUESTED COMMENTS:
 REQUESTING KUB 2V

SUBJECTIVE NOTES:


PATIENT REPORTS TO CLINIC TO DISCUSS RECENT LAB RESULTS. HE REPORTS FLANK PAIN, DYSURIA
AND LETHARGY. HE DENIES FRANK HEMATURIA,RUQ PAIN, N/V/D AND FEVER.

SIGNS/SYMPTOMS SUGGESTING DIAGNOSIS COMMENTS:


GEN: A&OX3, NAD, VSS

ACTIVE PROBLEMS CONDITIONS COMMENTS:
 Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11]
Allergies - Medication - Sulfamethoxazole/Trimethoprim
Hepatitis NOS [573.3]
Contact with and (suspected) exposure to tuberculosis [Z20.1]
Carrier of viral hepatitis C [Z22.52]
Carrier of viral hepatitis C [Z22.52]
Pain in left ankle and joints of left foot [M25.572]
Periapical abscess without sinus [K04.7]
Unspecified abdominal pain [R10.9]

CURRENT MEDICATIONS COMMENTS:
 TAMSULOSIN HCL CP24/0.4 Mg;

FAILED THERAPIES COMMENTS:
 None

RELATED LAB TEST COMMENTS:
 07/11/2018 BR-0459-8 URINALYSIS, COMPLETE
                           A4959
PAGE: 1

                                                ADC#: ▮▮▮▮▮
                                  SEX: M  D/O/B: ▮▮▮▮▮

Johnston, Vicki-Anne
COLLECTION DATE: 07/16/2018 06:17
RECEIVED DATE: 07/16/2018 23:52
INITIAL REPORT DATE: 07/18/2018 10:44
ACCESSION NO.: 971523961

<=== DESCRIPTION ===>    <= RESULT =>   <=OUT OF RANGE=>  <= REF RANGE =>   <= UNITS =>

Urinalysis, Routine
(w/micros)

```
Specific Gravity Ur        1.023                                    1.003-1.030
pH Urine                   6.0                                      5.0-8.0
Protein, Urine             NEGATIVE                                 NEGATIVE
Glucose, Urine             NEGATIVE                                 NEGATIVE
Ketone, Urine                              TRACE ABNORMAL          NEGATIVE
Urobilinogen Urine         1.0                                      0.2-1.0              mg/dL
Bilirubin, Urine                           SMALL ABNORMAL          NEGATIVE
Blood, Urine               NEGATIVE                                 NEGATIVE
Nitrites Urine             NEGATIVE                                 NEGATIVE
Crystals Urine                             AMORPH URATE            NONE
                                           ABNORMAL
WBC, Urine                 0-4                                      0-4                  PERHPF
RBC, Urine                 NONE SEEN                                NONE SEEN            PERHPF
Cast, RBC, Urine           NONE SEEN                                0-1                  PERLPF
Cast, Hyaline, Urine       0-4                                      0-4                  PERLPF
Epithelial Cells, Ur       FEW                                      NONE-FEW
Cast, Granular, Ur         NONE SEEN                                0-1                  PERLPF
Bacteria, Urine            NONE                                     NONE-FEW
Crystal Amt. Urine                         MANY ABNORMAL           NONE                 PERHPF
Leukocyte Esterase                         SMALL ABNORMAL          NEGATIVE
Color                      DK YELLOW                                YELLOW, STRAW,
                                                                    AMBER
Character                                  TURBID ABNORMAL         CLEAR
                                   -- Complete --
;
```

---
RELATED XRAY COMMENTS:
 None
---

ACTION TAKEN:
DATE: 08/06/2018  TIME: 07:49:03  TYPE: Consult Completed- Practitioner Reviewed  REASON: See Comments  BY STAFF: Feldman, Sheila, NP
DATE: 08/02/2018  TIME: 16:35:51  TYPE: Consult Completed -Results Received  REASON: Consult Completed - Results Received  BY STAFF: Richards, Colton, RN
DATE: 08/02/2018  TIME: 10:12:10  TYPE: Referred to UM Team for Review  REASON: See Comments  BY STAFF: Shumway, Charles, RN
SCANNED DOCUMENTS:
SCANNED DOCUMENT/PHOTO TYPE: Consults   TITLE: 2018_8_1 x-ray report

Electronically signed by: Brathwaite, Michael, FNP-C on 07/25/2018 at 11:12:28.

CPT® copyright 2019 American Medical Association. All rights reserved.

OCSS011D        **Consultation Request Action**        Thursday January 24, 2019 12:37:11 PM

### Consult Request

| | | |
|---|---|---|
| Name: ▮▮▮ | ADC #: ▮▮▮ | DOB: ▮▮▮ |
| Request Date: 07/25/2018 | Request Time: 11:12:28 | Sequence #: 001 |
| Encounter Type: Prov der - Follow Up Care | Location: ASPC-W CORONADO UNIT [W01] | By Staff Member: Brathwa te, Michael, FNP-C |
| Title: Nurse Practitioner | Status: Consult Completed- Practitioner Reviewed | |

| | |
|---|---|
| Request Type: Off-s te Clin c | Priority: Routine |
| Service Type: Rad ology | In-house Location: |
| In-house Prov der: | Offsite Location: Offsite Location |
| Offs te Prov der: Offsite, Provider | |

| | |
|---|---|
| Action Date: 08/02/2018 | Time: 10:12:10 |
| Staff: Shumway, Charles, RN | |
| Action Type: Referred to UM Team for Review | |
| Reason: See Comments | |
| 2nd: | |
| 3rd: | |
| Forward Staff: | |

### Action Taken Comments

ORC# 286600

TimeStamp: 2 August 2018 10:17:22 --- User: Charles Shumway (SCS9)

**Prior Page**

Show Last Updated Information

OCSS011D            **Consultation Request Action**          Thursday January 24, 2019 12:11:48 PM

### Consult Request

| | | |
|---|---|---|
| Name: ▮▮▮▮ | ADC #: ▮▮▮▮ | DOB ▮▮▮▮0 |
| Request Date: 07/25/2018 | Request Time: 11:12:28 | Sequence #: 001 |
| Encounter Type: Prov der - Follow Up Care | Location: ASPC-W CORONADO UNIT [W01] | By Staff Member: Brathwa te, Michael, FNP-C |
| Title: Nurse Practitioner | Status: Consult Completed- Practitioner Reviewed | |

| | |
|---|---|
| Request Type: Off-s te Clin c | Priority: Routine |
| Service Type: Rad ology | In-house Location: |
| In-house Prov der: | Offsite Location: Offsite Location |
| Offs te Prov der: Offsite, Provider | |

| | |
|---|---|
| Act on Date: 08/02/2018 | Time: 16:35:51 |
| Staff: Richards, Colton, RN | |
| Action Type: Consult Completed -Results Received | |
| Reason: Consult Completed - Results Received | |
| 2nd: | |
| 3rd: | |
| Forward Staff: Brathwa te, Michael, FNP-C | |

**Action Taken Comments**

Verbal approval by RMD to continue w th X-ray, Placed as Retro referral. Approved 8/2 at 1213. Completed on 8.1.18. See attached report.

TimeStamp: 2 August 2018 16:41:49 --- User: Colton Richards (RICCO01)

**Prior Page**

Show Last Updated Information

OCSS011D                    **Consultation Request Action**           Thursday January 24, 2019 12:12:27 PM

**Consult Request**

| | | |
|---|---|---|
| Name: ▮▮▮▮▮ | ADC #: ▮▮▮▮ | DOB: ▮▮▮▮ |
| Request Date: 07/25/2018 | Request Time: 11:12:28 | Sequence #: 001 |
| Encounter Type: Prov der - Follow Up Care | Location: ASPC-W CORONADO UNIT [W01] | By Staff Member: Brathwa te, Michael, FNP-C |
| Title: Nurse Practitioner | Status: Consult Completed- Practitioner Reviewed | |

| | |
|---|---|
| Request Type: Off-s te Clin c | Priority: Routine |
| Service Type: Rad ology | In-house Location: |
| In-house Prov der: | Offsite Location: Offsite Location |
| Offs te Prov der: Offsite, Provider | |

| | |
|---|---|
| Act on Date: 08/06/2018 | Time: 07:49:03 |
| Staff: Feldman, Sheila, NP | |
| Act on Type: Consult Completed- Pract t oner Reviewed | |
| Reason: See Comments | |
| 2nd: | |
| 3rd: | |
| Forward Staff: | |

**Action Taken Comments**

NOTED TO HAVE MILD SPLENOMEGALY. WILL FOLLOW.

TimeStamp: 6 August 2018 07:54:11 --- User: Sheila Feldman (ROSSH01)

**Prior Page**

Show Last Updated Information

Diagnostic Report

## Patient Information

**Name:** ▮▮▮▮▮▮▮▮▮▮▮▮
**Medical Record Number:** 701412
**Sex Code:** M
**BirthDate:** ▮▮▮▮▮▮

## Exam Information

**Accession Number:** 57-XR-18-0002062
**Modality:** DX
**Body Part:** ABDOMEN
**Description:** ABD COMPLETE
**Performed Date:** 8/1/2018 11:16:31
**Patient History:** ABD PAIN

REC'D AUG 0 2 2018

### Preliminary Report

HISTORY: ABD PAIN

TECHNIQUE: 2 views, 3 radiographs

COMPARISON: None

FINDINGS: Lung bases are clear. Spleen size estimated at 13.1 cm. No additional organomegaly. No pathological calcification. Nonobstructive bowel gas pattern. Bones intact.

IMPRESSION: Mild splenomegaly.

### Principal Interpreter

**Name:** Anthony Gallo
**Provider ID:** agallo

| | |
|---|---|
| **From:** | Thomas Nosewicz |
| **Sent:** | Friday, January 25, 2019 12:23 PM |
| **To:** | KARTCHNER, TODD |
| **Cc:** | Rita Lomio; BELLER, COURTNEY R; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love; Don Specter; Gabriela Pelsinger; Amber Norris; Tania Amarillas; Alexis Hoffman; Darryl Geyer; David Fathi; Amy Fettig; Jessica Carns; skaur@aclu.org; Kirstin Eidenbach; Corene Kendrick |
| **Subject:** | Re: Parsons class member at ASPC-Eyman being billed for emergency medical care |
| **Attachments:** | ██████████ Chandler Radiology bill.pdf |

Dear Todd:

We write again about Mr. ██████ He received another bill related to his treatment at Chandler Regional Medical Center on August 18, 2018. This bill, attached here, is for $1,782.00 for imaging.

Please ensure that Corizon pays this bill immediately.

Thanks,
Tom

Thomas M. Nosewicz
Staff Attorney
Prison Law Office
1917 5th Street
Berkeley, CA 94710
(510) 280-2621
tom@prisonlaw.com

On Fri, Nov 16, 2018 at 10:40 AM KARTCHNER, TODD <TKARTCHNER@fclaw.com> wrote:

Yes, I will forward this to the appropriate party.

Sent from my T-Mobile 4G LTE Device

Todd S. Kartchner,  Director

**FENNEMORE CRAIG**

2394 East Camelback Road, Suite 600, Phoenix, AZ 85016-3429
T: 602.916.5461 | F: 602.916.5661
tkartchner@fclaw.com  |  View Bio



1

**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

-------- Original message --------
From: Rita Lomio <rlomio@prisonlaw.com>
Date: 11/16/18 11:37 AM (GMT-07:00)
To: "KARTCHNER, TODD" <TKARTCHNER@fclaw.com>, "BELLER, COURTNEY R" <CBELLER@FCLAW.com>, Tim Bojanowski <TBojanowski@strucklove.com>, Elaine Percevecz <EPercevecz@strucklove.com>, Dan Struck <DStruck@strucklove.com>, Rachel Love <RLove@strucklove.com>
Cc: Don Specter <dspecter@prisonlaw.com>, Rita Lomio <rlomio@prisonlaw.com>, Thomas Nosewicz <tom@prisonlaw.com>, Gabriela Pelsinger <gabriela@prisonlaw.com>, Amber Norris <anorris@prisonlaw.com>, Tania Amarillas <tania@prisonlaw.com>, Alexis Hoffman <alexis@prisonlaw.com>, Darryl Geyer <darryl@prisonlaw.com>, David Fathi <dfathi@aclu.org>, Amy Fettig <afettig@aclu.org>, Jessica Carns <JCarns@aclu.org>, skaur@aclu.org, Kirstin Eidenbach <kirstin@eidenbachlaw.com>, Corene Kendrick <ckendrick@prisonlaw.com>
Subject: Parsons class member at ASPC-Eyman being billed for emergency medical care

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

Dear Todd,

We were contacted by ███████████████, a class member housed at ASPC-Eyman, Meadows Unit.  He received the attached bill for $1,516.00 for emergency medical care he was provided by "Premier Emergency Medical Specialists" on August 19, 2018.  According to the electronic medical record, he was transported off-site via an ADC van to Chandler Regional Medical Center on that day for a head injury.

Would you please ensure that Corizon pays this bill immediately?

Thank you,

Rita

Rita K. Lomio

Staff Attorney

Prison Law Office

1917 Fifth Street

Berkeley, CA 94710

(510) 280-2621

 **Envision**
PHYSICIAN SERVICES
DELIVERED BY CHANDLER RADIOLOGY ASSOCIATES, LLC

CHANDLER RADIOLOGY
ASSOCIATES LLC
PO BOX 3397
INDIANAPOLIS, IN  46206-3397

 **EZ Ways To Pay...**

PO BOX 3500
FLORENCE AZ  85132-3500

 **Online**
www.MYDOCBILL.COM/CRA1

 **Automated Attendant**
1.866.765.0918 (24 hours a day)

*For Payments Please Call: 1.866.765.0937 For Billing Questions Please Call: 1.866.765.0918*

| Account Number | Amount Due | Statement Date | Date Due |
|---|---|---|---|
| 17552-QCRA1 | $1,782.00 | 12/31/18 | Upon Receipt |

## STATEMENT

### Account Summary

| | |
|---|---|
| Account Number | 17552-QCRA1 |
| Patient Payments in Last 30 Days | 0.00 |
| Current Statement Balance | 1782.00 |
| Charges Pending w/ Insurance | 0.00 |
| Total Account Balance | 1782.00 |

See Detail on Back

### Insurance Information

PLEASE CONFIRM THAT INFORMATION IS CORRECT
TO UPDATE GO TO www.MYDOCBILL.COM/CRA1

**PRIMARY**

| | |
|---|---|
| Insurance | CENTRAL AZ DETENTION CENTER |
| Group/Plan | |
| ID Number | 528764623 |

**SECONDARY**

| | |
|---|---|
| Insurance | |
| Address | |
| City/State/Zip | |
| Group/Plan | |
| ID Number | |

### New & Improved Online Experience

 **Go Green**
www.MYDOCBILL.COM/CRA1

**Pay Online | Update Info**

Gain the power to pay your bill or update your information
at your convenience 24 hours a day. This not only
benefits the environment it benefits you and your time!

### About Your Statement

**Our records indicate there is still an outstanding
balance on this account. You may make a payment
online. If you have insurance and your statement
does not reflect your insurance information or that
the claim has been filed please go online and make
sure we have your correct insurance information. You
can also call our automated phone system 24 hours a
day at the number listed above to make a payment or
update your insurance. Thank you!**

See Statement Details on Back ➡

144851-29

---

CHANDLER RADIOLOGY ASSOCIATES LLC
PO BOX 3397
INDIANAPOLIS, IN  46206-3397

*Amount Due!*

| STATEMENT DATE | AMOUNT DUE | ACCOUNT NO. |
|---|---|---|
| 12/31/18 | $1,782.00 | 17552-QCRA1 |

| CHARGES AND CREDITS MADE AFTER STATEMENT DATE WILL APPEAR ON NEXT STATEMENT. | SHOW AMOUNT PAID HERE $ |
|---|---|

**Patient Name:**
**Invoice Number:** 98727
**Billing Questions:** 1.866.765.0918

 MAKE CHECKS PAYABLE / REMIT TO:

CHANDLER RADIOLOGY ASSOCIATES LLC
PO BOX 3397
INDIANAPOLIS, IN  46206-3397

 PO BOX 3500
FLORENCE AZ  85132-3500

144851 - 29

0009872700178200000000017552CRA12

Pay Online: www.MYDOCBILL.COM/CRA1

101955

**Go Green**
Pay Online | Update Info
www.MYDOCBILL.COM/CRA1

*Summary of Service Charges*

| DATE | PROC CODE | UNITS | DETAILS OF SERVICES | CHARGES | PAY/ ADJ | INSUR. PENDING | PATIENT BALANCE |
|------|-----------|-------|---------------------|---------|----------|----------------|-----------------|
| Patient: | | | | | | Referred By: CAMERON N. NOURANI | |
| | | | | | Services Were Provided at: | CHANDLER REGIONAL HOSPITAL ER | |
| 08-19-18 | 70450 | 1 | CT HEAD/BRAIN W/O DYE | 320.00 | 0.00 | 0.00 | 320.00 |
| 10-26-18 | | | FILED PRIMARY TO CENTRAL AZ DETENTION CENTER (CE011) | | | | |
| 12-26-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 11280) | | | | |
| 08-19-18 | 72125 | 1 | CT NECK SPINE W/O DYE | 433.00 | 0.00 | 0.00 | 433.00 |
| 10-26-18 | | | FILED PRIMARY TO CENTRAL AZ DETENTION CENTER (CE011) | | | | |
| 12-26-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 11281) | | | | |
| 08-19-18 | 70486 | 1 | CT MAXILLOFACIAL W/O DYE | 428.00 | 0.00 | 0.00 | 428.00 |
| 10-26-18 | | | FILED PRIMARY TO CENTRAL AZ DETENTION CENTER (CE011) | | | | |
| 12-26-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 11282) | | | | |
| 08-19-18 | 72141 | 1 | MRI NECK SPINE W/O DYE | 601.00 | 0.00 | 0.00 | 601.00 |
| 10-26-18 | | | FILED PRIMARY TO CENTRAL AZ DETENTION CENTER (CE011) | | | | |
| 12-26-18 | | | GUARANTOR RESPONSIBILITY DATE (CHARGEID: 11283) | | | | |

| Current | 31-60 Days | 61-90 Days | Over 90 Days | | DATE DUE: | BALANCE DUE: |
|---------|------------|------------|--------------|--|-----------|--------------|
| $1782.00 | $0.00 | $0.00 | $0.00 | | Upon Receipt | $1,782.00 |

**WE HAVE FILED YOUR INSURANCE. YOU ARE NOW RESPONSIBLE FOR THE BALANCE OF THIS ACCOUNT.**

CHANDLER RADIOLOGY ASSOCIATES LLC
PO BOX 3397
INDIANAPOLIS, IN 46206-3397
1.866.765.0918

**If your insurance has issued payment directly to you, please send us this payment immediately to stop the collection efforts.**

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

Patient Statement For:

**Statement Date**
12/31/18
**Account Number**
17552-QCRA1

**STATEMENT**
SEE REVERSE SIDE FOR IMPORTANT BILLING INFORMATION

Exhibit 3

Arizona Department of Corrections
Inmate Correctional Healthcare



> **1.1.12**   **Start-up and Service Implementation.** Offerors shall have the capability to implement service delivery as described herein on a date agreed upon between the Contractor and the Department. Offerors shall provide a start-up and implementation plan that includes a schedule with time lines for the delivery of necessary equipment and supplies, the hiring and training of Contractor staff, and any transition of services. The requirement for full service delivery at each Arizona State Prison Complex shall be no later the effective date of the contract.

Centurion has read, understands, and will comply with the requirements and specifications in section 1.1.12 identified herein.

We recognize that in order to meet the Department's objectives for service delivery, a smooth, effective, and seamless transition of services must be accomplished.  We have presumed a 90-day transition period for purposes of documenting transition activities, with service delivery beginning July 1, 2019.  Centurion is confident that we are best positioned to give the level of focus that is required to make this transition successful.
Our transition for a new contract starts with development of a project plan for detailing high-level milestones, deliverables, key activities, and identifying the people responsible. We will make this plan available to the ADC within five days of contract award.  A draft of our proposed start-up and implementation plan is provided later in this proposal section. We will provide regular written updates to the ADC regarding the status of our implementation and completion of each element in the implementation plan.  Our proposed implementation status report will be provided to the HSCMB following contract award.

## Centurion's Expertise in Complex Contract Transitions

Our ability to transition complex correctional healthcare service delivery systems is well demonstrated in Centurion's most recent transitions for our contracts with the Mississippi Department of Corrections, the Florida Department of Corrections, and the New Mexico Corrections Department.  As the timeline below demonstrates, we have successfully transitioned the healthcare services of seven large state correctional systems:

| Statewide System | Start Date | Number of Inmates | Number of FTEs | Number of Facilities | Transition Timeframe | Vendor Replaced |
|---|---|---|---|---|---|---|
| Massachusetts | July 1, 2013 | 11,000 | 561 | 16 | 90 days | University of Massachusetts |
| Tennessee | September 9, 2013 | 20,000 | 571 | 11 | 75 days | Corizon |
| Minnesota | January 1, 2014 | 9,000 | 32 | 9 | 75 days | Corizon |
| Vermont | February 1, 2015 | 1,600 | 143 | 8 | 90 days | CCS |
| Mississippi | July 1, 2015 | 18,000 | 318 | 39 | 60 days | Wexford and Health Assurance |

Table header: **Startup Statistics from Centurion's Comprehensive Statewide Systems**

Tab 2 – Scope of Work

Revised Proposal - Page 41

Arizona Department of Corrections
Inmate Correctional Healthcare



| Startup Statistics from Centurion's Comprehensive Statewide Systems | | | | | | |
|---|---|---|---|---|---|---|
| Statewide System | Start Date | Number of Inmates | Number of FTEs | Number of Facilities | Transition Timeframe | Vendor Replaced |
| Florida | February 1, 2016 (North and Central) June 18, 2017 (South) | 88,000 | 2,639 | 61 | 60 days | Corizon and Wexford |
| New Mexico | July, 1 2016 | 7,000 | 286 | 11 | 14 days | Corizon |
| TOTALS | | 153,600 | 4,995 | 155 | | |

### Centurion's Approach to Contract Startups

Upon notice of contract award, we routinely deploy Human Resource and Clinical Operations team members to the contracted sites to conduct introductory meetings with facility and current healthcare staff impacted by the transition.  During our site visit, we aim to meet the ADC leadership and other representatives, discuss the startup process with facility and healthcare leadership and their staff, and identify a Centurion key contact who is available to address issues and questions throughout the transition.

Centurion's approach ensures facility administrators and incumbent medical, dental, and psychiatric staff have "live" access to Centurion's resources.  We respect the challenges that are experienced by contractors when they face the loss of a contract.  We plan our transition activities to avoid interrupting the ongoing provision of care.  We have conducted successful transitions of former Corizon contracts in Tennessee, Minnesota, Florida, and New Mexico.  We recognize the importance of collaborating with the incumbent healthcare contractor in order to ensure a smooth transition for current employees and continuous, uninterrupted, quality care for patients.  Following ADC authorization, we will begin meeting with Corizon staff in conjunction with ADC staff to facilitate the transition.

Our focus for transition will be to ensure that each contracted healthcare service is in place on the first day of the contract.  To ensure that we are successful in these efforts, Centurion will establish an *on-the-ground management team* for the transition process.  The management team will direct the activities of onsite Centurion teams and coordinate the services of ancillary service providers.  This process will allow Centurion's Arizona leadership to identify site-specific and system-wide processes and needs, as well as to complete necessary networking with facility administrators and the HSCMB leadership team.

**Rock Welch, MS,** Centurion's Senior Vice President of Operations, will lead the startup effort for Centurion in conjunction with our Centurion Vice President of Operations.  They will maintain contact with designated ADC Central Office staff during the transition period.  Our Centurion Vice President of Operations will coordinate the activities of our transition teams, functional leads, and ancillary service providers and will be onsite as often as

**Rock Welch, MS**
Senior Vice President of Operations

Tab 2 – Scope of Work

Revised Proposal - Page 42

Arizona Department of Corrections
Inmate Correctional Healthcare



necessary to guide the transition.  Contact will be as frequent as needed, up to and including daily calls if desired by ADC healthcare leadership.  Below is our transition management team and the transition activities for which they are responsible are:

| Transition Activity | Centurion Contact |
|---|---|
| Communication with ADC Central Office | Centurion Vice President of Operations<br>Rock Welch, Senior Regional Vice President |
| Meet with each site's Warden or designee | Transition Team Leaders |
| Communication with facility administration and current healthcare leadership | Centurion Transition Teams |
| Staff Retention and Recruitment | Dawn Sechrest, Physician Recruitment Manager<br>Mindy Halpern, Lead Allied Recruiter |
| Review/Revision/Approval of Centurion New Employee Orientation | Julie Buehler, Vice President of Clinical Operations, Medical<br>Sharen Barboza, PhD, CCHP-MH, Vice President of Clinical Operations, Mental Health<br>Lisa Denny, Sr. Vice President of Human Resources |
| Interface with current medical contractor | Centurion Vice President of Operations |
| Pharmacy transition plan; back-up pharmacies | Dr. Gregg Puffenberger, Vice President of Pharmacy Operations<br>Diamond Representative |
| Ancillary Services | Lisa Rossics, Director of Network Development and Maintenance |
| Network Development including offsite hospitals and specialty providers | Lisa Rossics, Director of Network Development and Maintenance |
| Arizona Health Care Cost Containment System (AHCCCS) transition and implementation activities | Keith Lueking, Chief Operating Officer |
| Information Technology – including establishing interfaces and testing schedules for current systems | Christie Nader, Vice President of Information Technology |
| Telehealth Equipment and Plans | Ethan Pinkert, Manager of Telehealth Systems |
| Review/Revision/Approval of Centurion Clinical Practice Guidelines and Disease Management Guidelines | Jeffrey Keller, MD, Chief Medical Officer |
| Review/Revision/Approval of Centurion Mental Health Clinical Guidelines and Psychiatric Treatment Guidelines | Sharen Barboza, PhD, CCHP-MH, Vice President of Clinical Operations |
| Review and implementation of Utilization Management Practices | Carrie Speers, Director of Medical Management |
| Review/Revision/Approval of Centurion CQI/Infection Control Approach | Karen Riley, RN, BSN, MBA, Corporate CQI Director<br>Brenda Sue Medley-Lane, RN, CCHP, Corporate Infection Prevention and Control Coordinator |
| Reporting | Centurion Vice President of Operations |
| Finance; rebate/discount/revenue calculation methodology | Grant Palmer, Sr. Vice President of Finance |

To address the anxiety, uncertainty, and even misinformation that can occur at the facility level in the weeks or months leading to contract startup, we will initiate a communication plan immediately after contract award.  With prior ADC approval, we propose to initiate routine, ongoing communication with ASPC administration, HSCMB and ADC Central Office leadership, current staff, and ancillary care staff as soon as possible.  If additional

Tab 2 – Scope of Work

Revised Proposal - Page 43

Arizona Department of Corrections
Inmate Correctional Healthcare



communications for ASPC administration and healthcare staff are needed during the course of the transition, Centurion will collaborate with the ADC for distribution of timely updates.

Centurion's proposed Transition Plan was developed based on RFP requirements, with multiple activities occurring simultaneously.  In many transition task areas, we have already completed multiple steps *prior* to contract award.  Our proposed Transition Plan is on the following pages.

Tab 2 – Scope of Work

Revised Proposal - Page 44



Arizona Department of Corrections
Inmate Correctional Healthcare

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| **Transition Communication Plan** | | |
| - Establish key contacts with ADC health services | Contract Award notification | 1 - 5 days |
| - Identify Key contacts with ADC facilities for facility administration and health services | Contract Award notification | 1 - 5 days |
| - Establish initial meeting with key clients & Centurion leadership | Contract Award notification | 1 - 5 days |
| - Prepare welcome letter from President | Contract Award notification | 1 - 5 days |
| - Prepare schedule for site staff and facility administration visit | Contract Award notification | 1 - 5 days |
| - Obtain approval from client to distribute communication & site visit schedule | Contract Award notification | 1 - 5 days |
| - Provide information to client on Centurion HR/Transition introductory team meetings | Contract Award notification | 1 - 5 days |
| - Notify contracted vendors of transition timelines and discuss transition activities | Contract Award notification | 1 - 5 days |
| - Distribute information to transition team members & functional leads; set up initial transition internal kick off meeting | Contract Award notification | 1 - 5 days |
| | | |
| **Client Activities** | | |
| - Schedule initial client meeting | Contract Award notification | 1 - 5 days |
| - Establish ongoing status/transition meetings for transition period | Contract Award notification | 1 - 5 days |
| - Establish transition priorities, issues with client | Contract Award notification | 1 - 5 days |
| | | |
| **Initial Site visits** | | |
| - Identify HR and clinical resources for site visits | Contract Award notification | 1 - 5 days |
| - Prepare/finalize materials for site visits | Contract Award notification | 1 - 5 days |
| - Identify listing of facility locations, contact information, travel information associated with site (airports, hotels, etc.) | Contract Award notification | 1 - 5 days |
| - Distribute materials for site visit and perform site visit team training conference | Contract Award notification | 1 - 5 days |
| - Provide clearance information to ADC or designee for site tour staff | Contract Award notification | 1 - 5 days |
| - Discuss/obtain initial information regarding contracted ancillary providers and distribute to ADC staff and sites | Contract Award notification | 1 - 5 days |
| | | |
| **Operations/Program Transition/Management** | | |
| - Set schedule for Transition Operations/functional lead discussion/updates | Contract Award notification | 1 - 5 days |
| - Meet with Transition Operations/functional leads to address questions/identify priorities | Contract Award notification | 1 - 5 days |

Tab 2 – Scope of Work

Revised Proposal - Page 45



Arizona Department of Corrections
Inmate Correctional Healthcare

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Develop/finalize position control/staffing matrix | Contract Award notification | 1 - 5 days |
| - Develop/finalize pay scales | Contract Award notification | 1 - 5 days |
| - Finalize and submit shift differentials for applicable positions | Contract Award notification | 1 - 5 days |
| - Establish PDO policy for transitioning staff; initial 90 days | Contract Award notification | 1 - 5 days |
| - Finalize benefits flyer for site visits for incumbent candidates | Contract Award notification | 1 - 5 days |
| - Identify/develop of on-call schedule for practitioner staff | Contract Award notification | 1 - 5 days and ongoing |
| - Distribute on-call schedule to client, sites for distribution/posting | Contract Award notification | 1 - 5 days and ongoing |
| | | |
| **Recruiting/Hiring/Retention/Current Employee Data/Incumbent Staff Coordination** | | |
| - Establish/Initiate hiring link for transitioning staff to submit application, required information | Contract Award notification | 1 - 5 days |
| - Obtain roster of incumbent employees with pay rates, FTE status from current vendor | Contract Award notification | 1 - 5 days |
| - Incumbent regional staff candidate screening, interview, offer determination | Contract Award notification | 1 - 5 days |
| - Initiate recruitment of key positions | Contract Award notification | 1 - 5 days |
| - Establish toll free number and email address for transition staff for Q/A | Contract Award notification | 1 - 5 days |
| - Determine/initiate offers for transitioning staff | Contract Award notification | 1 - 5 days |
| - Initiate credentialing for transitioning staff | Contract Award notification | 1 - 5 days |
| - Determine open positions; work with on-site Administrator or designee to recruit/interview for open site positons | Contract Award notification | 1 - 5 days |
| - Identify/negotiate contracts for Agency and/or Locums staff to facilitate transition staffing | Contract Award notification | 1 - 5 days |
| - Confirm ADC security clearance process for new and/or transitioning personnel | Contract Award notification | 1 - 5 days |
| - Obtain copies of clearance forms and institute policy/process for submission | Contract Award notification | 1 - 5 days |
| - Identify/confirm additional ADC training requirements and obtain information on scheduling new employees; provide information to regional/site staff | Contract Award notification | 1 - 5 days |
| | | |
| **Staffing/Scheduling** | | |
| - Discuss/define deadline with sites for completion of initial schedule post transition | Contract Award notification | 14 days and ongoing |
| - Review critical openings and work with recruiting to fill | Contract Award notification | 14 days and ongoing |
| - Identify any Agency or Locums needed | Contract Award notification | 14 days and ongoing |
| - Post schedule for site staff and provide to regional operations | Contract Award notification | 2 weeks prior to transition date |

Tab 2 – Scope of Work

Revised Proposal - Page 46

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| **Pharmacy** | | |
| - Initiate applications for Pharmacy Permits including DEA, CDS licenses | Contract Award notification | 5 - 10 days |
| - Identify changes in service delivery if new pharmacy vendor/subcontractor | Contract Award notification | 5 - 10 days |
| - Verify and/or initiate approval for formulary if different than ADC current formulary | Contract Award notification | 5 - 10 days |
| - Identify current process for destruction of controlled medications | Contract Award notification | 5 - 10 days |
| - Identify/finalize process for non-formulary review with Centurion Statewide Medical Director and contracted pharmacy | Contract Award notification | 5 - 10 days |
| - Identify pharmacy consultants; obtain and distribute initial site visit scheduled to all facilities and Regional Operators | | 5 - 10 days |
| - Develop/distribute names, contact number for Back-up pharmacies and process for obtaining meds | Contract Award notification | 5 - 10 days |
| - Develop/distribute procedure for Release/Discharge Meds | Contract Award notification | 5 - 10 days |
| - Develop/distribute stock medication lists | Contract Award notification | 5 - 10 days |
| - Complete inventory of current meds at time of transition for reporting/purchasing requirements | Contract Award notification | 5 - 10 days |
| - Identify medication cart/other equipment needs for each facility | Contract Award notification | 5 - 10 days |
| - Review nursing protocol meds and coordinate packaging/process with contracted pharmacy and sites | Contract Award notification | 5 - 10 days |
| - Develop stock order form for nurse protocol meds/modify as indicated; distribute to site | Contract Award notification | 5 - 10 days |
| | | |
| **Quality Improvement/Management** | | |
| - Corporate CQI Coordinator to initiate review of current QI activities | Contract Award notification | 10 - 14 days |
| - Corporate CQI coordinator to develop contract compliance indicators and distribute | Contract Award notification | 10 - 14 days |
| - Review current contract performance indicators and make recommendations for Quality Improvement Activities statewide | Contract Award notification | 10 - 14 days |
| - Request most recent client audits from HSCMB for review and consideration for Statewide plan | Contract Award notification | 10 - 14 days |
| - Schedule/orient Centurion Regional CQI nurse at contract transition | Contract Start Date | 5 days |
| | | |
| **Ancillary Services (transition and set up following services)** | | |
| **Laboratory** | | |

Tab 2 – Scope of Work

Revised Proposal - Page 47

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Development of purchasing/ancillary services binder with all contracted vendors, contact numbers - provided to Centurion contract and site leadership | Contract Award notification | 10 -14 days |
| - Arrange site visits/contacts to review current equipment, as indicated, for current or new vendors | Contract Award notification | 5 - 7 days |
| - Identify routine and Stat lab pick up process | Contract Award notification | 5 - 7 days |
| - Identify/coordinate lab ordering and any changes to current process, if indicated | Contract Award notification | 14 days |
| - Identify CLIA waiver requirements & status of current CLIA waiver | Contract Award notification | 30 days |
| - File for new CLIA Waiver as indicated | Contract Award notification | 30 days |
| - Set up/provide training for onsite staff | Contract Award notification | 30 days |
| **Radiology** | | |
| - Arrange site visits to review current equipment/mobile needs | Contract Award notification | 5 days |
| - Discuss/determine facility schedule for onsite services | Contract Award notification | 1 -5 days |
| - Discuss/identify/train staff on process for STAT x-ray capabilities | Contract Award notification | 5 days |
| - Verify/update radiology equipment licensing, as indicated | Contract Award notification | 10 days |
| - Contracted vendor to submit information for mobile providers, mobile provider staff for clearance/process of access to facility, as indicated | Contract Award notification | 10 days |
| - Identify current ultrasound capabilities; arrange vendor, identify/educate staff on process for scheduled or as needed services | Contract Award notification | 10 days |
| **EKG** | | |
| - Identify current vendor and number of devices at each facility | Contract Award notification | 10 days |
| - Coordinate delivery and training for new devices | Contract Award notification | 10 days |
| - Coordinate line additions with Facility designee, if needed | Contract Award notification | 10 days |
| - Verify process for obtaining cardiology over read and educate staff on process, timelines for over read results | Contract Award notification | 10 days |
| **Hearing Aids/ Audiology** | | |
| - Identify audiology vendor, current equipment/mobile equipment needed | Contract Award notification | 10 days |
| - Identify hearing aid vendor and process for ordering | Contract Award notification | 10 days |
| - Identify/document processes required for hearing aid or audiology testing completion | Contract Award notification | 10 days |

Tab 2 – Scope of Work

Revised Proposal - Page 48

Arizona Department of Corrections
Inmate Correctional Healthcare

 Centurion

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| **Other Ancillary Services** | | |
| - Oxygen Services - set up current providers, identify onsite tank needs, order/delivery | Contract Award notification | 10 days |
| - Medical Waste - set up contracts, coordinate with sites for pick up schedule, provide supplies as needed | Contract Award notification | 10 days |
| - Orthotics/Prosthetics - set up contracts, coordinate with vendor for approval process, coordinate with vendor for delivery/fitting | Contract Award notification | 10 days |
| - BiPAP, CPAP - set up contracts, coordinate vendor for approval process, coordinate with vendor for delivery, setup post order | Contract Award notification | 10 days |
| **Specialty Care - Onsite** | | |
| - Obtain current list of onsite specialty clinics, frequency of visits, volumes and provide to Ancillary Services Director | Prior to contract award | 30 days |
| - Verify ongoing contract for service, set up ongoing clinics post transition | Contract Award notification | 15 - 20 days |
| - New Onsite providers - provide contact information to site for coordination of onsite clinics, coordination of facility clearance | Contract Award notification | 15 - 20 days |
| **Ambulance/Transportation** | | |
| - Identify current ambulance providers; obtain contracts/letter of agreement | Contract Award notification | 15 - 20 days |
| - Identify central and/or site transport contacts | Contract Award notification | 15 - 20 days |
| - Meet with site transport contacts to validate process, frequency/numbers, etc., associated with ED/scheduled transport by ambulance and security vehicles | Contract Award notification | 15 - 20 days |
| **Hospital/Specialty Care Network/Telehealth** | | |
| - Finalize contracts with primary hospitals and tertiary/ED sites | Contract Award notification | 15 - 20 days and ongoing |
| - Develop listing of contracted providers for sites | Contract Award notification | 15 - 20 days and ongoing |
| - Identify/contract with current specialty care providers | Contract Award notification | 15 - 20 days and ongoing |
| - Develop listing of Preferred providers by specialty; provide listing to site/regional scheduling staff with contact numbers | Contract Award notification | 15 - 20 days and ongoing |
| - Schedule meeting with primary hospital providers to identify/discuss transition | Contract Award notification | 15 - 20 days and ongoing |
| - Identify current telehealth equipment; recommend replacement as indicated | Contract Award notification | 15 - 20 days and ongoing |

Tab 2 – Scope of Work

Revised Proposal - Page 49



Arizona Department of Corrections
Inmate Correctional Healthcare

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Meet with ADC IT staff to determine technical requirements | Contract Award notification | 15 - 20 days and ongoing |
| - Identify current telehealth providers; initiate/confirm contracts and service delivery sites | Contract Award notification | 15 - 20 days and ongoing |
| - Establish policy and procedure; onsite program support personnel | Contract Award notification | 15 - 20 days and ongoing |
| - Provide sites with schedule/listing or telehealth providers for post transition | Contract Award notification | 15 - 20 days and ongoing |
| **Claims Management** | | |
| - Obtain eligibility file and initiate load/set up into claim system | Contract Award notification | 30 days and ongoing |
| - Arrange initial and ongoing feed of eligibility file | Contract Award notification | 30 days and ongoing |
| - Arrange integration of Authorization plan | Contract Award notification | 30 days and ongoing |
| - Load new providers in system | Contract Award notification | 30 days and ongoing |
| - Set up Provider Data Management System | Contract Award notification | 30 days and ongoing |
| - Set up Check Run | Contract Award notification | 30 days and ongoing |
| - Review contract for pay classes and configure in system | Contract Award notification | 30 days and ongoing |
| - Review configuration after 30 days | Contract Award notification | 30 days and ongoing |
| - Set up/run claims reporting | Contract Award notification | 30 days and ongoing |
| **UM/Medical Management** | | |
| - Arrange meeting with ADC health services, current vendor UM staff to determine current process, identify changes to process for transition | Contract Award notification | 10 days and ongoing |
| - Develop process/electronic or manual forms for use/implementation by site | Contract Award notification | 10 days and ongoing |
| - Develop process flow for specialty care review/authorization | Contract Award notification | 10 days and ongoing |
| - Develop process flow for Emergency Department referral; include forms and reporting training to sites | Contract Award notification | 10 days and ongoing |
| - Develop process flow for reporting Inpatient (planned/unplanned) hospitalization; include forms/reporting training to site | Contract Award notification | 10 days and ongoing |
| - Submit Physician Clinical Guidelines to client | Contract Award notification | 10 days and ongoing |
| - Submit UM business rules | Contract Award notification | 10 days and ongoing |
| - Hire/train Centurion – ADC UM staff | Contract Award notification | 10 days and ongoing |
| - Train Statewide Centurion Medical Director | Contract Award notification | 10 days and ongoing |

Tab 2 – Scope of Work

Revised Proposal - Page 50



Arizona Department of Corrections
Inmate Correctional Healthcare

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Train site providers on specialty referral request process including follow up for authorizations, alternative treatment plan (ATP) | Contract Award notification | 10 days and ongoing |
| - Develop/train staff on reporting requirements and mining of data | Contract Award notification | 10 days and ongoing |
| **Employee Orientation/Management Transition Meeting** | | |
| - Develop/finalize specific nursing services employee orientation program based on ADC/Centurion approved health services policies/procedure and site practices | Contract Award notification | 15 - 30 days and ongoing |
| - Initiate electronic completion of mandatory training for all Centurion staff for HIPAA, PREA, Confidentiality, Hazardous Communication, Bloodborne Pathogens and Infection Control | Contract Award notification | 15 - 30 days and ongoing |
| - Set up initial training for Centurion Statewide and Regional DON staff and Staff Development personnel and Site DON on employee orientation materials | Contract Award notification | 15 - 30 days and ongoing |
| - Set up schedule for additional training sessions for new/transitioning employees; identify participants and finalize location | Contract Award notification | 15 - 30 days and ongoing |
| - Identify Behavioral health site and management training needs | Contract Award notification | 15 - 30 days and ongoing |
| - Develop BH training materials, training calendar and distribute to regional/site personnel | Contract Award notification | 15 - 30 days and ongoing |
| - Perform telephonic and/or onsite training for BH staff | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date, location for H.S.A, DON transition meeting with corporate, ancillary service providers | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date, location for medical provider transition meeting, training post transition | Contract Award notification | 15 - 30 days and ongoing |
| - Develop/finalize agenda and participant list for transition meeting | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date for DON training post contract transition | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date for H.S.A training post contract transition | Contract Award notification | 15 - 30 days and ongoing |
| **Finance/Accounting** | | |
| - Establish reporting and auditing requirements | Contract Award notification | 15 - 30 days and ongoing |
| - Determine billing and supporting ADC documentation requirements | Contract Award notification | 15 - 30 days and ongoing |
| - Identify/establish performance indicators and reporting requirements | Contract Award notification | 15 - 30 days and ongoing |
| - Establish reconciliation and reporting methodology | Contract Award notification | 15 - 30 days and ongoing |
| - Obtain certificates and submit to client | Contract Award notification | Per requirements |
| - Submit bonds as required by client | | |

Tab 2 – Scope of Work

Revised Proposal - Page 51



Arizona Department of Corrections
Inmate Correctional Healthcare

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| **HR Data Collection and Data Entry** | | |
| - Prepare/finalize benefits flyer for HR/clinical site visits | Contract Award notification | 3 days |
| - Initiate daily call with recruiting, HR and Operations | Contract Award notification | 2 days |
| - Identify incumbent staff currently on leave | Contract Award notification | 2 - 5 days |
| - Develop and initiate Online questionnaire for incumbent staff to initiate application process | Contract Award notification | 2 - 5 days |
| - Test questionnaire and email domain prior to go live with incumbent staff | Contract Award notification | 1 day |
| - Verify Position codes/titles and obtain job descriptions for positons; post to secure Centurion contract website for use by site | Contract Award notification | 5 – 7 days |
| - Set up Jobs, job classes, Departments, position management tools and Facilities in system based on approved staffing matrix | Contract Award notification | 5 – 7 days |
| - Identify need for temporary HR staff for transition support | Contract Award notification | 2 days |
| - Issue offer letters (onboarding letter and new hire packet) electronically | Contract Award notification | 10 days |
| - Initiate daily report for recruiting/operations of filled positions by site | Contract Award notification | 3 days |
| - Prepare and run NPDBs on transitioning staff | Contract Award notification | 5 days and ongoing |
| - Track copy of current/valid license, DEA, CPR | Contract Award notification | 5 days and ongoing |
| - Distribute and collect enrollment materials and obtain benefit confirmations | Contract Award notification | 10 days and ongoing |
| | | |
| **Office Support Services** | | |
| - Identify regional office space; establish office furniture/build out, etc. needs and coordinate set up of office space | Contract Award notification | 15 days and ongoing |
| - Finalize regional and site team cell phone requirements; coordinate shipping to staff or regional office | Contract Award notification | 15 days and ongoing |
| - Finalize copier/printer needs; coordinate delivery and set up | Contract Award notification | 10 days |
| - Establish office supply accounts for regional office/sites; distribute user ID, coordinate training on electronic ordering | Contract Award notification | 10 days |
| - Establish Express Mail accounts; distribute contract/ordering information to regional office/sites | Contract Award notification | 10 days |
| - Establish Language line account for all sites; distribute account and access information to site | Contract Award notification | 10 days |
| - Establish medical forms account with ADC | Contract Award notification | 10 days |
| | | |
| **Information Technology** | | |

Tab 2 – Scope of Work

Revised Proposal - Page 52



Arizona Department of Corrections
Inmate Correctional Healthcare

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Build web page on intranet portal - create contract specific document library for transition materials, approved policy/procedure, physician and nursing protocols | Contract Award notification | 15 days and ongoing |
| - Arrange meeting with ADC IT | Contract Award notification | 2 days |
| - Arrange meeting with current vendor IT | Contract Award notification | 2 days |
| - Generate IT transition plan | Contract Award notification | 2 - 3 days |
| - Determine facility infrastructure and connectivity assessment | Contract Award notification | 10 days and ongoing |
| - Determine ability to transfer ownership of current line from current vendor to Centurion | Contract Award notification | 10 days and ongoing |
| - Establish facility telephone lines | Contract Award notification | Dependent on IT and contractor |
| - Determine KRONOS clock requirements; transfer current lines from vendor if available | Contract Award notification | per site review |
| - Determine if billing for internet/phones services to be transferred to Centurion; coordinate as indicated or initiate new lines | | |
| - Determine software requirements for purchase | Contract Award notification | per site review |
| - Determine/implement interfaces | Contract Award notification | 30 days and ongoing |
| - Determine client computer specifications; determine additional email and other system accounts needed | Contract Award notification | 10 days and ongoing |
| - Deploy computers in facilities as applicable | upon contract transition | 10 – 15 days |
| - Migration of PC's, networks and firewall installations | upon contract transition | 10 – 15 days |
| - Initiate/setup regional office software for desktop functionality and UM functionality with TruCare system | | |
| - Verify operations of site PC's, networks | upon contract transition | 10 – 15 days |
| - Administer end-user access to applications and provide end-user training as indicated | upon contract transition | 10 – 15 days |
| - Distribute IT policies and procedures | upon contract transition | 10 – 15 days |
| **E.H.R Transition** | | |
| - Arrange meeting with current E.H.R vendor and ADC | Contract Award notification | 2 days |
| - Identify E.H.R transition project lead/liaison | Prior to contract award | 1 day |
| - Determine/obtain transition plan from E.H.R vendor (Marquis) | Contract Award notification | 5 - 10 days |
| **Payroll Implementation** | | |

Tab 2 – Scope of Work

Revised Proposal - Page 53



Arizona Department of Corrections
Inmate Correctional Healthcare

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Identify State and Local Tax requirements | Prior to contract award | 2 - 3 days |
| - Complete shift premium survey and specify shift details | Contract Award notification | 5 days |
| - Work with operations to determine pay schedules by job class/type | Contract Award notification | 5 days |
| - Identify/finalize special pay arrangements | Contract Award notification | 5 days and ongoing |
| - Perform KRONOS set up including pay rules, translation tables, user access, queries | Contract Award notification | 3 -5 days |
| - KRONOS licensure requirements - identify timecard approval and sign off | Contract Award notification | 3 -5 days |
| - Identify and establish closing and reporting schedules | Contract Award notification | 3 -5 days |
| - Identify site KRONOS users; set up accounts | Contract Award notification | 15 days and ongoing |
| - Perform training for new end users at regional/site level | Contract Award notification | Beginning July 1, 2019 |
| - Identify/provide to site employee badges for initiation with transitioning staff | Contract Award notification | 3 – 7 days prior to transition date |

Tab 2 – Scope of Work

Revised Proposal - Page 54