1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                            DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **[PROPOSED] ORDER
10  Hefner; Joshua Polson; and Charlotte Wells, on     GRANTING MOTION TO
    behalf of themselves and all others similarly      SEAL**
11  situated; and Arizona Center for Disability Law,

12                       Plaintiffs,

13          v.

14  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
15  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
16
                         Defendants.
17

18

19       This Court, having reviewed Plaintiffs' Motion to Seal Document, and finding

20  good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the

21  Court to seal the documents as set forth in the Motion:  Exhibit 2 to the Declaration of

22  Corene Kendrick.

23

24

25

26

27

28

LEGAL143486046.1