# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Prisoner Daryl Hendrix filed a document titled, "Judge what should I do?" (Doc. 3151.) Therein he alleges that he has been diagnosed hypothyroidism and high blood pressure; is experiencing symptoms including blurred vision, ringing in the ears, dizziness, weight loss, and fainting; and is not receiving treatment. Consistent with the Court's January 29, 2019 Order (Doc. 3125), to facilitate consideration of Mr. Hendrix's allegations, the Court will direct the Clerk of Court to open the document as a new civil action (Doc. 3151).

**IT IS THEREFORE ORDERED** that the Document titled "Judge what should I do?" filed at Doc. 3151 must be opened as a new civil action.

Dated this 28th day of February, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge