# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Unnamed class members Michael Cohn and Jonathan Bertanelli filed motions seeking to compel a meeting with Corizon and to intervene and proceed in forma pauperis. The motions are denied because both prisoners are represented by class counsel and cannot file motions on their own behalf.

**IT IS THEREFORE ORDERED** that the Motion to Compel Meeting with Corizon Staff Member (Doc. 3069), Motion to Intervene (Doc. 3120), and Application to Proceed In Forma Pauperis (Doc. 3121) are **denied**.

Dated this 1st day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge