# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 3156) and Motion to Seal (Doc. 3161), and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limits is **GRANTED** and the Response to Defendants' Motion to Terminate Monitoring of Maximum Custody Performance Measures 1 through 8 (lodged at Docs. 3157-3160) will be filed.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Seal (Doc. 3161) is **GRANTED**. The Clerk of the Court must please seal the documents as set forth in the motion and lodged at Doc. 3162 (Exhibits 1-2 and 4-13 to the Declaration of Jessica Carns).

Dated this 5th day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge