1   Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
3   Telephone:  (602) 650-1854
Email: kbrody@acluaz.org

4   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
5   *Swartz, Sonia Rodriguez, Christina Verduzco,*
*Jackie Thomas, Jeremy Smith, Robert Gamez,*
6   *Maryanne Chisholm, Desiree Licci, Joseph*
*Hefner, Joshua Polson, and Charlotte Wells, on*
7   *behalf of themselves and all others similarly*
*situated*

8   **[ADDITIONAL COUNSEL LISTED BELOW]**

9   Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
10   5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
11   Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org
12

13   *Attorneys for Plaintiff Arizona Center for Disability*
*Law*

14   **[ADDITIONAL COUNSEL LISTED BELOW]**

15   UNITED STATES DISTRICT COURT

16   DISTRICT OF ARIZONA

17

18   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

No. CV 12-00601-PHX-ROS

**DECLARATION OF PABLO STEWART, M.D.**

19

20

21   Plaintiffs,

22   v.

23

24   Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

25

26   Defendants.

27

28

LEGAL143387369.1

**I, PABLO STEWART, M.D., DECLARE:**

1.      I am a physician licensed to practice in California and Hawaii and a board-certified psychiatrist, with a specialty in clinical and forensic psychiatry.  My background and experience as relevant to my expert testimony in this proceeding have previously been provided to the Court (*see* Doc. 1538-1 at 3-6) and an updated C.V. is attached hereto as **Exhibit 1**.

2.      I toured Eyman, SMU 1 on January 25, 2019.  During that tour I was able to confidentially interview several of the prisoners identified by the Arizona Department of Corrections (ADC) as Seriously Mentally Ill (SMI) who reside in the maximum custody housing units at that facility.  These individuals consistently reported to me that they were only being offered one or two hours of group programming per week, instead of the three hours required for SMI prisoners under the terms of the Parsons Stipulation.  These prisoners also consistently reported the desire for more treatment and group programming but the lack of opportunity to actually participate in such groups.  The SMI prisoners I interviewed also unanimously reported that they were rarely being offered the opportunity to participate in unstructured time or "table time" out of their cell on a weekly basis.

3.      During my confidential interviews with SMI prisoners at Eyman, SMU-1, the prisoners also told me that they frequently are unable to go to outdoor recreation because it is offered at 6:00 am in the morning and they are not awake when the officers come by, and not given a chance to respond to officers that they wish to go to the exercise pens, especially if they are on powerful psychotropic drugs.  Because so many SMI individuals in the ADC are prescribed such drugs, I am not surprised that they are having difficulties responding at such an hour.  It is wholly inappropriate for SMI individuals to be expected to respond immediately at such an early hour of the morning given their medication schedules and the known sedative side effects of many psychotropic drugs.

4.      During my tour I also spoke with several individuals with obvious mental health problems, who were not identified as SMI by ADC or who had been de-designated recently to a lower mental health status, but who resided in the maximum custody units.

These prisoners also indicated that they were not able to accept the offer of outside recreation time during the winter because maximum custody prisoners are not allowed to have coats and often they have no other clothing to wear other than a t-shirt—if they are indigent and unable to purchase warmer clothing.  This problem is especially acute because opportunities for recreation are often exclusively given at 6:00 am when it is cold and dark during the winter months.  Many reported that being trapped in their cell for days without the opportunity to interact with others was exacerbating their mental health problems.  This exacerbation of mental health problems was confirmed during clinical interviews.

5.     In this litigation I previously submitted a declaration regarding the problematic refusal rates for group programming and recreation required under the Stipulation in the maximum custody units for the period December 2015 to September 2016.  [Doc. 1939; 1939-1]

6.     I have now reviewed the rates of refusal for group programming (for the SMI population this includes 10 hours of unstructured time; and the out-of-cell group programming required under the Stipulation each week), and exercise time for those members of the isolation population in this case who are SMI and non-SMI for the period January 2018 to October 2018.  *See* **Exhibit 2** (a chart of monthly rates of refusal for recreation and programming time for both the SMI and non-SMI max custody population in ADC based on data from compliance documentation provided by Defendants, created by Plaintiffs' counsel, and provided for my review).  The two sets of data I reviewed on refusal rates for this case are markedly similar and cause for tremendous concern.  These refusal rates also indicate a significant risk to individuals with serious mental illness.  They are also consistent with the self-reports I heard from Eyman SMU-1 prisoners who indicated that they are not being offered the out-of-cell group programming they are entitled to and often cannot take advantage of outdoor exercise because it is not actually being offered in such a way that they are able to accept it.

7.     As I've previously stated in this case, in a clinical setting, we expect some occasional refusals from an SMI population, but aggregate rates of refusal for the population above 30% to 40% must be addressed as a clinical failure (indicator of less than adequate clinical care), as must persistent patterns of refusal in individual patients. In the Arizona Department of Corrections (ADC), the extremely high rate of refusals for both programs and out-of-cell time and the pervasiveness of the refusals over time and at multiple facilities raise serious concerns from a clinical perspective.   Most facilities for most months are recording refusal rates over 50% and several reach 70% to 80% or greater for out-of-cell exercise refusals.  Such refusal rates are stunning in any population, and also undermine any contention that provisions to ameliorate damaging levels of isolation for individuals with SMI are being successfully implemented by ADC.

8.     The high rate of refusals across the various activities in the SMI isolation population indicated in Exhibit 1 is a clear clinical red flag.  Similarly, these same high rates of refusal in 2015 and 2016 were clinical red flags.  Based on the current rates of refusal it appears that nothing has been done to ameliorate the causes of these refusal rates, especially amongst the SMI population.

9.     These refusal rates are strong evidence that the SMI population is undertreated and subjected to inadequate mental health care as a whole.  The medical literature, often termed "adherence to treatment," supports the fact that sicker patients tend to have the most difficulty with treatment regimes.  For psychiatric patients, refusals of treatment tend to be correlated to higher levels of acuity.  In other words, the sicker the mental health patient, the more likely s/he is to refuse treatment.  Given my first-hand knowledge of ADC's mental health care system developed during the course of this litigation, inspection of facilities, interviews with prisoners and staff, and review of medical records and other documents, I am certain that the acuity of mental health problems in the prisoner population and the lack of adequate mental health treatment is one of the underlying factors leading to the high rates of program and out-of-cell time refusal in the isolation units.

10.    As I've also previously stated in this case, if program and socialization activities were refused at the rates recorded for the SMI isolation population in ADC at a comparable clinical setting in the community, there would be an immediate response by the mental health care staff to reduce the refusal rate.  Such refusal rates would be seen as a clinical failure (an indicator of less than adequate clinical care) and immediately subject to a quality assurance process to determine the factors causing the refusal rates and proposals for corrective action.

11.    In addition to patient acuity and inadequate mental health care, other typical causes for high refusal rates in a correctional mental health setting include the clinical activities occurring in a non-confidential setting; the time of the treatment program interfering with other activities (e.g., commissary, yard time, visiting, etc.); the quality of the programming being poor, including poor skill sets of the clinician; previous attendance in the same group program in the recent past; the group not being pertinent to the inmate's mental illness; the inmate being too disorganized to participate (often indicating a need for a higher level of care); the lack of a positive relationship with the treatment provider; custody staff discouraging people from coming out of their cells; and fear of officers or other inmates and the failure to create a safe environment for the patient.  Often, high refusal rates are a combination of clinical and custody staff factors that undermine the participation of individuals with SMI in their own treatment.

12.    A key intervention to promote adherence to treatment is to ensure positive relationships with treatment providers.  The medical literature establishes that a lack of a positive relationship between patient and clinician is often a key driver of refusals and non-adherence across medical practice.  Amongst other issues to consider, ADC should evaluate clinical resources as part of an effort to address the patterns of treatment refusals in the SMI population.

13.    For individuals with SMI who are subjected to isolation conditions, refusal to adhere to care and refusal to socialize or leave one's cell is often a symptom of their disease.  But it is not acceptable for mentally ill inmates to regularly refuse to leave their

cells to participate in care and activities.   These are symptoms of uncontrolled, undertreated disease that must be addressed.  It is incumbent upon the clinicians, and the staff as a whole, to address the factors undermining the care and treatment of these patients.  Failure to work with SMI individuals to ensure they adhere to treatment is unacceptable medical practice in both corrections and the community.  Indeed, failure to reduce refusals and establish adherence to treatment creates an unacceptable risk of harm for the SMI population in isolation; their diseases will get worse if they continue to go untreated and undertreated.

14.     These stunning refusal rates in the ADC isolation units have persisted since 2015. It is still my opinion ADC must take immediate action to reduce the refusal rates substantially in the SMI population in isolation.  In order to effectively deal with this clinical failure, ADC should immediately undertake a quality assurance process to identify likely causes of the refusals, including both medical and custody issues.  Given the persistence of the refusals over time and the widespread nature of the refusal rates across facilities it is also still my opinion that the system needs outside expert guidance on how to identify the underlying problems and what corrective actions to take to effectively reduce the rates of refusal.

15.     Treatment refusals, including medication refusals, are unfortunately observed in the care of psychiatric patients.  This is best understood as a consequence of the lack of clinically appropriate treatment.  The extremely elevated refusal rates seen in ADC is reflective of the overall poor quality of psychiatric care resulting in severely mentally ill patients being too ill to properly access what little care is available.  In addition, the refusal rate is explained by the fact that the treatment offered is not meaningful to the patients.

16.     Based on my recent interviews with SMI prisoners in the max custody/isolation units, it is also my opinion that these refusal rates likely do not reflect genuine offers of group programming and out-of-cell exercise to much of the SMI population.  The men I interviewed wanted access to out-of-cell time but they were either

1   not being given those opportunities or were being prevented from actually accessing those

2   opportunities by external factors.

3        17.    An independent review of the operation of the isolation units will be

4   necessary to determine why and how offers of out-of-cell time are being made such that

5   so few individuals are able to fully receive the necessary social and environmental

6   stimulation provided for under the Stipulation to prevent the worst harms of isolated

7   confinement.

8        I declare under penalty of perjury that the foregoing is true and correct.

9        Executed this 19th day of February, 2019.

10

11

12        Pablo Stewart, M.D.

13   **ADDITIONAL COUNSEL:**

14                                    David C. Fathi (Wash. 24893)*
                                      Amy Fettig (D.C. 484883)**
15                                    Victoria Lopez (Ill. 6275388)*
                                      Ryan Matthew Kendall (Calif. 324714)*
16                                    **ACLU NATIONAL PRISON
                                      PROJECT**
17                                    915 15th Street N.W., 7th Floor
                                      Washington, D.C. 20005
18                                    Telephone:  (202) 548-6603
                                      Email:     dfathi@aclu.org
19                                               afettig@aclu.org
                                                 vlopez@aclu.org
20                                               rkendall@aclu.org

21                                    *Admitted *pro hac vice*.  Not admitted
                                       in DC; practice limited to federal
22                                       courts.
                                      **Admitted *pro hac vice*

23

24

25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:    cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone:  (832) 239-3939
Email:    jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     skader@azdisabilitylaw.org
           adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on February 22, 2019, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                              Michael E. Gottfried
                               Lucy M. Rand
7                        Assistant Arizona Attorneys General
                          Michael.Gottfried@azag.gov
8                            Lucy.Rand@azag.gov

9                               Daniel P. Struck
                                Rachel Love
10                          Timothy J. Bojanowski
                             Nicholas D. Acedo
11                            Ashlee B. Hesman
                                Jacob B. Lee
12                             Timothy M. Ray
                             Richard M. Valenti
13                             Jamie D. Guzman
               STRUCK LOVE BOJANOWSKI & ACEDO, PLC
14                         dstruck@strucklove.com
                            rlove@strucklove.com
15                       tbojanowski@strucklove.com
                           nacedo@strucklove.com
16                         ahesman@strucklove.com
                             jlee@strucklove.com
17                           tray@strucklove.com
                           rvalenti@strucklove.com
18                         jguzman@strucklove.com

19                          *Attorneys for Defendants*

20

21                                 s/ D. Freouf
                        _____
22

23

24

25

26

27

28

**INDEX OF EXHIBITS**
**TO DECLARATION OF PABLO STEWART, M.D.**

**Exhibit 1**    Updated C.V.

**Exhibit 2**    Chart of monthly rates of refusal for recreation and programming time for both the SMI and non-SMI max custody population in ADC

# EXHIBIT 1

<u>CURRICULUM VITAE</u>

**_PABLO STEWART, M.D._**
**3021 La Pietra Circle**
**Honolulu, HI 96815**
**(415) 264-0237**
**e-mail: pablo.stewart.md@gmail.com**
**(Updated February 2019)**

<u>EDUCATION:</u>

University of California, San Francisco, Teaching Certificate in General Medical Education, 2017

University of California, San Francisco, School of Medicine, Department of Psychiatry, Psychiatric Residency Program, 1986

University of California, San Francisco, School of Medicine, M.D., 1982

United States Naval Academy, Annapolis, MD, B.S. 1973, Major: Chemistry

<u>LICENSURE:</u>

California Medical License #GO50899
Hawai'i Medical License #MD-11784
Federal Drug Enforcement Administration #BS0546981
Diplomate in Psychiatry, American Board of
Psychiatry and Neurology, Certificate #32564

<u>ACADEMIC APPOINTMENTS:</u>

February 22, 2018-
Present

<u>Academic Appointment:</u> Clinical Professor, Department of Psychiatry, University of Hawaii, John A. Burns School of Medicine.

September 2006-
Present

<u>Academic Appointment:</u> Clinical Professor, Department of Psychiatry, University of California, San Francisco. School of Medicine.

July 1995 -
August 2006

<u>Academic Appointment:</u>  Associate Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine.

August 1989 -
June 1995

<u>Academic Appointment:</u>  Assistant Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine.

August 1986 -
July 1989

<u>Academic Appointment:</u>  Clinical Instructor, Department of Psychiatry, University of California, San Francisco, School of Medicine.

EMPLOYMENT:

December 1996-
Present

Psychiatric Consultant
Provide consultation to governmental and private agencies on a variety of psychiatric, forensic, substance abuse and organizational issues; extensive experience in all phases of capital litigation and correctional psychiatry.

January 1997-
September 1998

Director of Clinical Services, San Francisco Target Cities Project.   Overall responsibility for ensuring the quality of the clinical services provided by the various departments of the project including the Central Intake Unit, the ACCESS Project and the San Francisco Drug Court   Also responsible for providing clinical in-service trainings for the staff of the Project and community agencies that requested technical assistance.

February 1996 -
November 1996

Medical Director, Comprehensive Homeless Center, Department of Veterans Affairs Medical Center, San Francisco. Overall responsibility for the medical and psychiatric services at the Homeless Center.

March 1995 -
January 1996

Chief, Intensive Psychiatric Community Care Program, (IPCC) Department of Veterans Affairs Medical Center, San Francisco.   Overall clinical/administrative responsibility for the IPCC, a community-based case management program.  Duties also include   medical/psychiatric   consultation   to   Veteran Comprehensive Homeless Center.  This is a social work managed program that provides comprehensive social services to homeless veterans.

April 1991 -
February 1995

Chief, Substance Abuse Inpatient Unit, (SAIU), Department of Veterans Affairs Medical Center, San Francisco. Overall clinical/administrative responsibility for SAIU.

September 1990 -
March 1991

Psychiatrist, Substance Abuse Inpatient Unit, Veterans Affairs Medical Center, San Francisco.  Clinical responsibility for patients   admitted   to   SAIU.     Provide   consultation   to   the Medical/Surgical Units regarding patients with substance abuse issues.

August 1988 -
December 1989

Director, Forensic Psychiatric Services, City and County of San Francisco.   Administrative and clinical responsibility for psychiatric services provided to the inmate population of San Francisco.   Duties included direct clinical and administrative responsibility for the Jail Psychiatric Services and the Forensic Unit at San Francisco General Hospital.

July 1986 -
August 1990

Senior Attending Psychiatrist, Forensic Unit, University of California, San Francisco General Hospital.   Administrative and clinical responsibility for a 12-bed, maximum-security psychiatric ward.  Clinical supervision for psychiatric residents, postdoctoral psychology fellows and medical students assigned to the ward.

Liaison with Jail Psychiatric Services, City and County of San Francisco.    Advise San Francisco City Attorney on issues pertaining to forensic psychiatry.

July 1985
June 1986

Chief Resident, Department of Psychiatry, University of California San Francisco General Hospital.   Team leader of the Latino-focus inpatient treatment team (involving 10-12 patients with bicultural/bilingual issues); direct clinical supervision of 7 psychiatric residents and 3-6 medical students; organized weekly departmental Grand Rounds; administered and supervised departmental residents' call schedule; psychiatric consultant to hospital general medical clinic; assistant coordinator of medical student education; group seminar leader for introduction to clinical psychiatry course for UCSF second-year medical students.

July 1984 -
March 1987

Physician Specialist, Westside Crisis Center, San Francisco, CA.   Responsibility for Crisis Center operations during assigned shifts; admitting privileges at Mount Zion Hospital.   Provided psychiatric consultation for the patients admitted to Mount Zion Hospital when requested.

April 1984 -
July 1985

Psychiatric Consultant, Marin Alternative Treatment, (ACT). Provided medical and psychiatric evaluation and treatment of residential drug and alcohol clients; consultant to staff concerning medical/psychiatric issues.

August 1983 -
November 1984

Physician Specialist, Mission Mental Health Crisis Center, San Francisco, CA.   Clinical responsibility for Crisis Center clients; consultant to staff concerning medical/psychiatric issues.

July 1982-
July 1985

Psychiatric Resident, University of California, San Francisco. Primary Therapist and Medical Consultant for the adult inpatient units at San Francisco General Hospital and San Francisco Veterans Affairs Medical Center; Medical Coordinator/Primary Therapist - Alcohol Inpatient Unit and Substance Abuse Clinic at San Francisco Veterans Affairs Medical Center; Outpatient Adult/Child Psychotherapist; Psychiatric Consultant - Adult Day Treatment Center - San Francisco Veterans Affairs Medical Center; Primary Therapist and Medial Consultant - San Francisco General Hospital Psychiatric Emergency Services; Psychiatric Consultant, Inpatient Medical/Surgical Units - San Francisco General Hospital.

June 1973 -
July 1978

Infantry Officer - United States Marine Corps. Rifle Platoon Commander; Anti-tank Platoon Commander; 81mm Mortar Platoon Commander; Rifle Company Executive Officer; Rifle Company Commander; Assistant Battalion Operations Officer; Embarkation Officer; Recruitment Officer; Drug, Alcohol and Human Relations Counselor; Parachutist and Scuba Diver; Officer in charge of a Vietnamese Refugee Camp. Received an Honorable Discharge.  Highest rank attained was Captain.

HONORS AND AWARDS:

| | |
|---|---|
| June 2015 | Recognized by the Psychiatry Residents Association of the University of California, San Francisco, School of Medicine, Department of Psychiatry for "Excellence in Teaching" for the academic year 2014-2015. |
| June 1995 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1994/1995. |
| June 1993 | Selected by the class of 1996, University of California, San Francisco, School of Medicine as outstanding lecturer, academic year 1992/1993. |
| May 1993 | Elected to Membership of Medical Honor Society, AOA, by the AOA Member of the 1993 Graduating Class of the University of California, San Francisco, School of Medicine. |
| May 1991 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1990-1991. |
| May 1990 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1989-1990. |
| May 1989 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1988-1989. |
| May 1987 | Selected by the faculty and students of the University of California, San Francisco, School of Medicine as the recipient of the Henry J. Kaiser Award for Excellence in Teaching. |
| May 1987 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident.  The award covered the period of 1 July 1985 to 30 June 1986, during which time I served as Chief Psychiatric resident, San Francisco General Hospital. |
| May 1985 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident. |
| 1985 | Mead-Johnson American Psychiatric Association Fellowship.  One of sixteen nationwide psychiatric residents selected because of a demonstrated commitment to public sector psychiatry.  Made presentation at Annual Hospital and Community Psychiatry |

Meeting in Montreal, Canada, in October 1985, on the "Psychiatric Aspects of the Acquired Immunodeficiency Syndrome.

MEMBERSHIPS:

| | |
|---|---|
| June 2000-<br>May 2008 | California Association of Drug Court Professionals. |
| July 1997-<br>June 1998 | President, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1996 -<br>June 1997 | President-Elect, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1995 -<br>June 1996 | Vice President, Northern California Area, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| April 1995 -<br>April 2002 | Associate Clinical Member, American Group Psychotherapy Association. |
| July 1992 -<br>June 1995 | Secretary-Treasurer, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1990 -<br>June 1992 | Councilor-at-large, Alumni-Faculty Association, University of California, San Francisco, School of Medicine |

PUBLIC SERVICE:

| | |
|---|---|
| June 1992 | Examiner, American Board of Psychiatry and Neurology, Inc. |
| November 1992 -<br>January 1994 | California Tuberculosis Elimination Task Force, Institutional Control Subcommittee. |
| September 2000-<br>April 2005 | Editorial Advisory Board, *Juvenile Correctional Mental Health Report.* |
| May 2001-<br>September 2010 | Psychiatric and Substance Abuse Consultant, San Francisco Police Officers' Association. |
| January 2002-<br>June 2003 | Psychiatric Consultant, San Francisco Sheriff's Department Peer Support Program. |
| February 2003-<br>April 2004 | Proposition "N" (Care Not Cash) Service Providers' Advisory Committee, Department of Human Services, City and County of San Francisco. |
| December 2003-<br>January 2004 | Member of San Francisco Mayor-Elect Gavin Newsom's Transition Team. |
| February 2004-<br>June 2004 | Mayor's Homeless Coalition, San Francisco, CA. |

| | |
|---|---|
| April 2004-<br>January 2006;<br>February 2017-<br>October 2018 | Member of Human Services Commission, City and County of<br>San Francisco. |
| February 2006-<br>January 2007;<br>April 2013-<br>January 2015 | Vice President, Human Services Commission, City and County of<br>San Francisco. |
| February 2007-<br>March 2013;<br>February 2015-<br>2017 | President, Human Services Commission, City and County of<br>San Francisco. |

UNIVERSITY SERVICE:

| | |
|---|---|
| October 1999-<br>October 2001 | Lecturer, University of California, San Francisco, School of<br>Medicine Post Baccalaureate Reapplicant Program. |
| July 1999-<br>July 2001 | Seminar Leader, National Youth Leadership Forum On<br>Medicine. |
| November 1998-<br>November 2001 | Lecturer, University of California, San Francisco, School of<br>Nursing, Department of Family Health Care Nursing.  Lecture to<br>the Advanced Practice Nurse Practitioner Students on Alcohol,<br>Tobacco and Other Drug Dependencies. |
| January 1994 -<br>January 2001 | Preceptor/Lecturer, UCSF Homeless Clinic Project. |
| June 1990 -<br>November 1996 | Curriculum Advisor, University of California, San Francisco,<br>School of Medicine. |
| June 1987 -<br>June 1992 | Facilitate weekly Support Groups for interns in the<br>Department of Medicine.  Also, provide crisis intervention and<br>psychiatric referral for Department of Medicine housestaff. |
| January 1987 –<br>June 1988 | Student Impairment Committee, University of California<br>San Francisco, School of Medicine.<br>Advise the Dean of the School of Medicine on methods to identify,<br>treat and prevent student impairment. |
| January 1986 –<br>June 1996 | Recruitment/Retention Subcommittee of the Admissions<br>Committee, University of California, San Francisco,<br>School of Medicine.<br>Advise the Dean of the School of Medicine on methods to attract<br>and retain minority students and faculty. |
| October 1986 -<br>September 1987 | Member Steering Committee for the Hispanic<br>Medical Education Resource Committee. |

|  | Plan and present educational programs to increase awareness of the special health needs of Hispanics in the United States. |
|---|---|
| September 1983 - June 1989 | Admissions Committee, University of California, School of Medicine.   Duties included screening applications and interviewing candidates for medical school. |
| October 1978 - December 1980 | Co-Founder and Director of the University of California, San Francisco Running Clinic. Provided free instruction to the public on proper methods of exercise and preventative health measures. |

TEACHING RESPONSIBILITIES:

| September 2016- June 2018 | Evidence-Based Inquiry Facilitator for the *Bridges Curriculum*, University of California, San Francisco, School of Medicine. |
|---|---|
| August 2014- June 2018 | Small Group Facilitator, Foundations of Patient Care, University of California, San Francisco, School of Medicine. |
| July 2003- June 2018 | Facilitate weekly psychotherapy training group for residents in the Department of Psychiatry. |
| January 2002- January 2004 | Course Coordinator of Elective Course University of California, San Francisco, School of Medicine, "Prisoner Health."  This is a 1-unit course, which covers the unique health needs of prisoners. |
| September 2001- June 2003 | Supervisor, San Mateo County Psychiatric Residency Program. |
| April 1999- April 2001 | Lecturer, UCSF School of Pharmacy, Committee for Drug Awareness Community Outreach Project. |
| February 1998- June 2000 | Lecturer, UCSF Student Enrichment Program. |
| January 1996 - November 1996 | Supervisor, Psychiatry 110 students, Veterans Comprehensive Homeless Center. |
| September 1990- December 2002 | Supervisor, UCSF School of Medicine, Department of Psychiatry, Substance Abuse Fellowship Program. |
| September 1994 - June 1999 | Course Coordinator of Elective Course, University of California, San Francisco, School of Medicine.  Designed, planned and taught course, Psychiatry 170.02, "Drug and Alcohol Abuse." This is a 1-unit course, which covers the major aspects of drug and alcohol abuse. |
| August 1994 - February 2006 | Supervisor, Psychiatric Continuity Clinic, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project.  Supervise 4th Year medical students in the care of dual diagnostic patients. |

7

| | |
|---|---|
| February 1994 - February 2006 | Consultant, Napa State Hospital Chemical Dependency Program Monthly Conference. |
| July 1992 - June 1994 | Facilitate weekly psychiatric intern seminar, "Psychiatric Aspects of Medicine," University of California, San Francisco, School of Medicine. |
| July 1991- Present | Group and individual psychotherapy supervisor, Outpatient Clinic, Department of Psychiatry, University of California, San Francisco, School of Medicine. |
| January 1991 | Lecturer, University of California, San Francisco, School of Pharmacy course, "Addictionology and Substance Abuse Prevention." |
| September 1990 - February 1995 | Clinical supervisor, substance abuse fellows, and psychiatric residents, Substance Abuse Inpatient Unit, San Francisco Veterans Affairs Medical Center. |
| September 1990 - November 1996 | Off ward supervisor, PGY II psychiatric residents, Psychiatric Inpatient Unit, San Francisco Veterans Affairs Medical Center. |
| September 1990 - June 1991 | Group therapy supervisor, Psychiatric Inpatient Unit, (PIU), San Francisco Veterans Affairs Medical Center. |
| September 1990 - June 1994 | Course coordinator, Psychiatry 110, San Francisco Veterans Affairs Medical Center. |
| September 1989 - November 1996 | Seminar leader/lecturer, Psychiatry 100 A/B. |
| July 1988 - June 1992 | Clinical supervisor, PGY III psychiatric residents, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project. |
| September 1987 - Present | Tavistock Organizational Consultant. Extensive experience as a consultant in numerous Tavistock conferences. |
| September 1987 - December 1993 | Course Coordinator of Elective Course, University of California, San Francisco, School of Medicine.  Designed, planned and taught course, Psychiatry 170.02, "Alcoholism".  This is a 1-unit course offered to medical students, which covers alcoholism with special emphasis on the health professional.  This course is offered fall quarter each academic year. |
| July 1987- June 1994 | Clinical supervisor/lecturer FCM 110, San Francisco General Hospital and Veterans Affairs Medical Center. |
| July 1986 - June 1996 | Seminar leader/lecturer Psychiatry 131 A/B. |

| | |
|---|---|
| July 1986 - August 1990 | Clinical supervisor, Psychology interns/fellows, San Francisco General Hospital. |
| July 1986 - August 1990 | Clinical supervisor PGY I psychiatric residents, San Francisco General Hospital |
| July 1986 - August 1990 | Coordinator of Medical Student Education, University of California, San Francisco General Hospital,  Department of Psychiatry.  Teach seminars and supervise clerkships to medical students including: Psychological Core of Medicine 100 A/B; Introduction to Clinical Psychiatry 131 A/B; Core Psychiatric Clerkship 110 and Advanced Clinical Clerkship in Psychiatry 141.01. |
| July 1985 – August 1990 | Psychiatric Consultant to the General Medical Clinic, University of California, San Francisco General Hospital.  Teach and supervise medical residents in interviewing and communication skills.  Provide instruction to the clinic on the psychiatric aspects of ambulatory medical care. |

COMMUNITY SERVICE AND PRISON CONDITIONS EXPERT WORK:

| | |
|---|---|
| May 2016- Present | Court-appointed monitor in *Ashoor Rasho, et al. v. Director John R. Baldwin, et al.,* No.:1:07-CV-1298-MMM-JEH (District Court, Peoria, Illinois.) This case involves the provision of constitutional mental health care to the inmate population of the Illinois Department of Corrections. |
| June 2015- May 2017 | Senior Fellow, University of California, Criminal Justice & Health Consortium. |
| April 2014- Present | Plaintiffs' expert in *Hernandez, et al. v. County of Monterey, et al.,* No.: CV 13 2354 PSG. This case involves the provision of unconstitutional mental health and medical services to the inmate population of Monterey County Jail. |
| January-December 2014 | Federal Bureau of Prisons: Special Housing Unit Review and Assessment. This was a year-long review of the quality of mental health services in the segregated housing units of the BOP. |
| August 2012-present | Plaintiffs' expert in *Parsons et al. v. Ryan* et al., (District Court, Phoenix, Arizona.) This case involves the provision of unconstitutional mental health and medical services to the inmate population of the Arizona Department of Corrections. |
| October 2007- Present | Plaintiffs' expert in 2007-2010 overcrowding litigation and in opposing current efforts by defendants to terminate the injunctive relief in *Coleman v. Brown,* United States District Court, Eastern District of California, Case No. 2:90-cv-00520-LKK-JFM.  The litigation involves plaintiffs' claim that overcrowding is causing unconstitutional medical and mental health care in the California state prison system. Plaintiffs won an order requiring the state to reduce its population by approximately |

45,000 state prisoners.  My expert opinion was cited several times in the landmark United States Supreme Court decision upholding the prison population reduction order.  *See Brown v. Plata*, __ U.S. ___, 131 S. Ct. 1910, 1933 n.6, 1935, 179 L.Ed.2d 969, 992 n.6, 994 (2011).

| | |
|---|---|
| July/August 2008-Present | Plaintiff psychiatric expert in the case of Fred Graves, et al., plaintiffs v. Joseph Arpaio, et al., defendants (District Court, Phoenix, Arizona.)  This case involved Federal oversight of the mental health treatment provided to pre-trial detainees in the Maricopa County Jails. |
| February 2006-December 2009 | Board of Directors, Physician Foundation at California Pacific Medical Center. |
| June 2004-September 2012 | Psychiatric Consultant, Hawaii Drug Court. |
| November 2003-June 2008 | Organizational/Psychiatric Consultant, State of Hawaii, Department of Human Services. |
| June 2003-December 2004 | Monitor of the psychiatric sections of the "Ayers Agreement," New Mexico Corrections Department (NMCD).   This is a settlement arrived at between plaintiffs and the NMCD regarding the provision of constitutionally mandated psychiatric services for inmates placed within the Department's "Supermax" unit. |
| October 2002-August 2006 | Juvenile Mental Health and Medical Consultant, United States Department of Justice, Civil Rights Division, Special Litigation Section. |
| July 1998-June 2000 | Psychiatric Consultant to the Pacific Research and Training Alliance's Alcohol and Drug Disability Technical Assistance Project.   This Project provides assistance to programs and communities that will have long lasting impact and permanently improve the quality of alcohol and other drug services available to individuals with disabilities. |
| July 1998-February 2004 | Psychiatric Consultant to the National Council on Crime and Delinquency (NCCD) in its monitoring of the State of Georgia's secure juvenile detention and treatment facilities.  NCCD is acting as the monitor of the agreement between the United States and Georgia to improve the quality of the juvenile justice facilities, critical mental health, medical and educational services, and treatment programs.  NCCD ceased to be the monitoring agency for this project in June 1999.  At that time, the Institute of Crime, Justice and Corrections at the George Washington University became the monitoring agency.  The work remained unchanged. |
| July 1998-July 2001 | Psychiatric Consultant to the San Francisco Campaign Against Drug Abuse (SF CADA). |

| | |
|---|---|
| March 1997-<br>Present | Technical Assistance Consultant, Center for Substance Abuse Treatment, Substance Abuse and Mental Health Services Administration, Department of Health and Human Services. |
| January 1996-<br>June 2003 | Psychiatric Consultant to the San Francisco Drug Court. |
| November 1993-<br>June 2001 | Executive Committee, Addiction Technology Transfer Center (ATTC), University of California, San Diego. |
| December 1992 -<br>December 1994 | Institutional Review Board, Haight Ashbury Free Clinics, Inc. Review all research protocols for the clinic per Department of Health and Human Services guidelines. |
| June 1991-<br>February 2006 | Chief of Psychiatric Services, Haight Ashbury Free Clinic. Overall responsibility for psychiatric services at the clinic. |
| December 1990 -<br>June 1991 | Medical Director, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project. Responsible for directing all medical and psychiatric care at the clinic. |
| October 1996-July 1997 | Psychiatric Expert for the U.S. District Court, Northern District of California, in the case of Madrid v. Gomez, No. C90-3094-TEH. Report directly to the Special Master regarding the implementation of constitutionally mandated psychiatric care to the inmates at Pelican Bay State Prison. |
| April 1990 –January 2000 | Psychiatric Expert for the U.S. District Court, Eastern District of California, in the case of Gates v. Deukmejian, No. C1V S-87-1636 LKK-JFM.  Report directly to the court regarding implementation and monitoring of the consent decree in this case. (This case involves the provision of adequate psychiatric care to the inmates at the California Medical Facility, Vacaville). |
| January 1984 -<br>December 1990 | Chief of Psychiatric Services, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project.  Direct medical/psychiatric management of project clients; consultant to staff on substance abuse issues. Special emphasis on dual diagnostic patients. |
| July 1981-<br>December 1981 | Medical/Psychiatric Consultant, Youth Services, Hospitality House, San Francisco, CA.  Advised youth services staff on client management.  Provided training on various topics related to adolescents. Facilitated weekly client support groups. |

SERVICE TO ELEMENTARY AND SECONDARY EDUCATION:

| | |
|---|---|
| January 1996 -<br>June 2002 | Baseball, Basketball and Volleyball Coach, Convent of the Sacred Heart Elementary School, San Francisco, CA. |
| September 1994 -<br>June 2002 | Soccer Coach, Convent of the Sacred Heart Elementary School, San Francisco, CA. |

| June 1991-<br>June 1994 | Board of Directors, Pacific Primary School,<br>San Francisco, CA. |
| April 1989 -<br>July 1996 | Umpire, Rincon Valley Little League, Santa Rosa, CA. |
| September 1988 -<br>May 1995 | Numerous presentations on Mental Health/Substance Abuse issues to the student body, Hidden Valley Elementary School and Santa Rosa Jr. High School, Santa Rosa, CA. |

PRESENTATIONS:

1.   San Francisco Treatment Research Unit, University of California, San Francisco, Colloquium #1.  (10/12/1990).  "The Use of Anti-Depressant Medications with Substance-Abusing Clients."

2.   Grand Rounds.  Department of Psychiatry, University of California, San Francisco, School of Medicine.  (12/5/1990).  "Advances in the Field of Dual Diagnosis."

3.   Associates Council, American College of Physicians, Northern California Region, Program for Leadership Conference, Napa, California.  (3/3/1991).  "Planning a Satisfying Life in Medicine."

4.   24th Annual Medical Symposium on Renal Disease, sponsored by the Medical Advisory Board of the National Kidney Foundation of Northern California, San Mateo, California. (9/11/1991).  "The Chronically Ill Substance Abuser."

5.   Mentoring Skills Conference, University of California, San Francisco, School of Medicine, Department of Pediatrics.  (11/26/91).  "Mentoring as an Art."

6.   Continuing Medical Education Conference, Sponsored by the Department of Psychiatry, University of California, San Francisco, School of Medicine.  (4/25/1992).  "Clinical & Research Advances in the Treatment of Alcoholism and Drug Abuse."

7.   First International Conference of Mental Health and Leisure.  University of Utah. (7/9/1992).  "The Use of Commonly Abused Street Drugs in the Treatment of Mental Illness."

8.   American Group Psychotherapy Association Annual Meeting, San Francisco, California. (2/20/1993).  "Inpatient Groups in Initial-Stage Addiction Treatment."

9.   Grand Rounds.  Department of Child Psychiatry, Stanford University School of Medicine.  (3/17/93, 9/11/96).  "Issues in Adolescent Substance Abuse."

10.  University of California, Extension.  Alcohol and Drug Abuse Studies Program. (5/14/93), (6/24/94), (9/22/95), (2/28/97).  "Dual Diagnosis."

11.  American Psychiatric Association Annual Meeting.  (5/26/1993).  "Issues in the Treatment of the Dual Diagnosis Patient."

12.  Long Beach Regional Medical Education Center and Social Work Service, San Francisco Veterans Affairs Medical Center Conference on Dual Diagnosis.  (6/23/1993).  "Dual Diagnosis Treatment Issues."

13.   Utah Medical Association Annual Meeting, Salt Lake City, Utah. (10/7/93). "Prescription Drug Abuse Helping your Patient, Protecting Yourself."

14.   Saint Francis Memorial Hospital, San Francisco, Medical Staff Conference. (11/30/1993). "Management of Patients with Dual Diagnosis and Alcohol Withdrawal."

15.   Haight Ashbury Free Clinic's 27th Anniversary Conference. (6/10/94). "Attention Deficit Disorder, Substance Abuse, Psychiatric Disorders and Related Issues."

16.   University of California, San Diego. Addiction Technology Transfer Center Annual Summer Clinical Institute: (8/30/94), (8/29/95), (8/5/96), (8/4/97), (8/3/98). "Treating Multiple Disorders."

17.   National Resource Center on Homelessness and Mental Illness, A Training Institute for Psychiatrists. (9/10/94). "Psychiatry, Homelessness, and Serious Mental Illness."

18.   Value Behavioral Health/American Psychiatry Management Seminar. (12/1/1994). "Substance Abuse/Dual Diagnosis in the Work Setting."

19.   Grand Rounds. Department of Oral and Maxillofacial Surgery, University of California, San Francisco, School of Dentistry. (1/24/1995). "Models of Addiction."

20.   San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project. (1/25/95, 1/24/96, 1/13/97, 1/21/98, 1/13/99, 1/24/00, 1/12/01). "Demystifying Dual Diagnosis."

21.   First Annual Conference on the Dually Disordered. (3/10/1995). "Assessment of Substance Abuse." Sponsored by the Division of Mental Health and Substance Abuse Services and Target Cities Project, Department of Public Health, City and County of San Francisco.

22.   Delta Memorial Hospital, Antioch, California, Medical Staff Conference. (3/28/1995). "Dealing with the Alcohol and Drug Dependent Patient." Sponsored by University of California, San Francisco, School of Medicine, Office of Continuing Medical Education.

23.   Centre Hospitalier Robert-Giffaard, Beoupont (Quebec), Canada. (11/23/95). "Reconfiguration of Psychiatric Services in Quebec Based on the San Francisco Experience."

24.   The Labor and Employment Section of the State Bar of California. (1/19/96). "Understanding Alcoholism and its Impact on the Legal Profession." MCCE Conference, San Francisco, CA.

25.   American Group Psychotherapy Association, Annual Training Institute. (2/13-2/14/96), National Instructor - Designate training group.

26.   American Group Psychotherapy Association, Annual Meeting. (2/10/96). "The Process Group at Work."

27.   Medical Staff Conference, Kaiser Foundation Hospital, Pleasanton, California, "The Management of Prescription Drug Addiction". (4/24/96)

28. International European Drug Abuse Treatment Training Project, Ankaran, Slovenia, "The Management of the Dually Diagnosed Patient in Former Soviet Block Europe". (10/5-10/11/96)

29. Contra Costa County Dual Diagnosis Conference, Pleasant Hill, California, "Two Philosophies, Two Approaches: One Client".  (11/14/96)

30. Faith Initiative Conference, San Francisco, California, "Spirituality: The Forgotten Dimension of Recovery".  (11/22/96)

31. Alameda County Dual Diagnosis Conference, Alameda, California, "Medical Management of the Dually Diagnosed Patient". (2/4/97, 3/4/97)

32. Haight Ashbury Free Clinic's 30th Anniversary Conference, San Francisco, California, "Indicators for the Use of the New Antipsychotics". (6/4/97)

33. DPH/Community Substance Abuse Services/San Francisco Target Cities Project sponsored conference, "Intake, Assessment and Service Linkages in the Substance Abuse System of Care", San Francisco, California.  (7/31/97)

34. The Institute of Addictions Studies and Lewis and Clark College sponsored conference, 1997 Northwest Regional Summer Institute, "Addictions Treatment: What We Know Today, How We'll Practice Tomorrow; Assessment and Treatment of the High-Risk Offender".  Wilsonville, Oregon. (8/1/97)

35. The California Council of Community Mental Health Agencies Winter Conference, Key Note Presentation, "Combining funding sources and integrating treatment for addiction problems for children, adolescents and adults, as well as coordination of addiction treatment for parents with mental health services to severely emotionally disturbed children." Newport Beach, California.  (2/12/98)

36. American Group Psychotherapy Association, Annual Training Institute, Chicago, Illinois. (2/16-2/28/1998), Intermediate Level Process Group Leader.

37. "Multimodal Psychoanalytic Treatment of Psychotic Disorders: Learning from the Quebec Experience."  The Haight Ashbury Free Clinics Inc., sponsored this seminar in conjunction with the San Francisco Society for Lacanian Studies and the Lacanian School of Psychoanalysis.  San Francisco, California.  (3/6-3/8/1998)

38. "AIDS Update for Primary Care: Substance Use & HIV: Problem Solving at the Intersection."  The East Bay AIDS Education & Training Center and the East Bay AIDS Center, Alta Bates Medical Center, Berkeley, California sponsored this conference. (6/4/1998)

39. Haight Ashbury Free Clinic's 31st Anniversary Conference, San Francisco, California, "Commonly Encountered Psychiatric Problems in Women."  (6/11/1998)

40. Community Networking Breakfast sponsored by San Mateo County Alcohol & Drug Services and Youth Empowering Systems, Belmont, California, "Dual Diagnosis, Two Approaches, Two Philosophies, One Patient."  (6/17/1998)

41. Grand Rounds, Department of Medicine, Alameda County Medical Center-Highland Campus, Oakland, California, "Medical/Psychiatric Presentation of the Patient with both Psychiatric and Substance Abuse Problems."  (6/19/1998)

14

42.     "Rehabilitation, Recovery, and Reality: Community Treatment of the Dually Diagnosed Consumer."  The Occupational Therapy Association of California, Dominican College of San Rafael and the Psychiatric Occupational Therapy Action Coalition sponsored this conference.  San Rafael, California.  (6/20/1998)

43.     "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Los Angeles County Department of Mental Health sponsored conference, Los Angeles, CA.  (6/29/98)

44.     Grand Rounds, Wai'anae Coast Comprehensive Health Center, Wai'anae, Hawaii, "Assessment and Treatment of the Patient who presents with concurrent Depression and Substance Abuse."  (7/15/1998)

45.     "Dual Diagnostic Aspects of Methamphetamine Abuse", Hawaii Department of Health, Alcohol and Drug Abuse Division sponsored conference, Honolulu, Hawaii.  (9/2/98)

46.     9th Annual Advanced Pain and Symptom Management, the Art of Pain Management Conference, sponsored by Visiting Nurses and Hospice of San Francisco.  "Care Issues and Pain Management for Chemically Dependent Patients."   San Francisco, CA.  (9/10/98)

47.     Latino Behavioral Health Institute Annual Conference, "Margin to Mainstream III: Latino Health Care 2000."  "Mental Illness and Substance Abuse Assessment: Diagnosis and Treatment Planning for the Dually Diagnosed", Los Angeles, CA.  (9/18/98)

48.     Chemical Dependency Conference, Department of Mental Health, Napa State Hospital, "Substance Abuse and Major Depressive Disorder."  Napa, CA.  (9/23/98)

49.     "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", San Mateo County Drug and Alcohol Services, Belmont, CA.  (9/30/98)

50.     "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Sacramento County Department of Mental Health, Sacramento, CA.  (10/13/98)

51.     California Department of Health, Office of AIDS, 1998 Annual AIDS Case Management Program/Medi-Cal Waiver Program (CMP/MCWP) Conference, "Triple Diagnosis: What's Really Happening with your Patient." Concord, CA.  (10/15/98)

52.     California Mental Health Director's Association Meeting: Dual Diagnosis, Effective Models of Collaboration; "Multiple Problem Patients: Designing a System to Meet Their Unique Needs", San Francisco Park Plaza Hotel.  (10/15/98)

53.     Northwest GTA Health Corporation, Peel Memorial Hospital, Annual Mental Health Conference, "Recognition and Assessment of Substance Abuse in Mental Illness." Brampton, Ontario, Canada.  (10/23/98)

54.     1998 California Drug Court Symposium, "Mental Health Issues and Drug Involved Offenders."  Sacramento, CA.  (12/11/98)

55.     "Assessment, Diagnosis and Treatment Planning for the Dually Diagnosed", Mono County Alcohol and Drug Programs, Mammoth Lakes, CA.  (1/7/99)

56.   Medical Staff Conference, Kaiser Foundation Hospital, Walnut Creek, CA, "Substance Abuse and Major Depressive Disorder."  (1/19/99)

57.   "Issues and Strategies in the Treatment of Substance Abusers", Alameda County Consolidated Drug Courts, Oakland, CA.  (1/22/99 & 2/5/99)

58.   Compass Health Care's 12th Annual Winter Conference on Addiction, Tucson, AZ: "Dual Systems, Dual Philosophies, One Patient", "Substance Abuse and Developmental Disabilities" & "Assessment and Treatment of the High-Risk Offender."  (2/17/99)

59.   American Group Psychotherapy Association, Annual Training Institute, Houston, Texas. (2/22-2/24/1999).  Entry Level Process Group Leader.

60.   "Exploring A New Framework: New Technologies For Addiction And Recovery", Maui County Department of Housing and Human Concerns, Malama Family Recovery Center, Maui, Hawaii.  (3/5 & 3/6/99)

61.   "Assessment, Diagnosis and Treatment of the Dual Diagnostic Patient", San Bernardino County Office of Alcohol & Drug Treatment Services, San Bernardino, CA.  (3/10/99)

62.   "Smoking Cessation in the Chronically Mentally Ill, Part 1", California Department of Mental Health, Napa State Hospital, Napa, CA.  (3/11/99)

63.   "Dual Diagnosis and Effective Methods of Collaboration", County of Tulare Health & Human Services Agency, Visalia, CA.  (3/17/99)

64.   Pfizer Pharmaceuticals sponsored lecture tour of Hawai'i.  Lectures included: Major Depressive Disorder and Substance Abuse, Treatment Strategies for Depression and Anxiety with the Substance Abusing Patient, Advances in the Field of Dual Diagnosis & Addressing the Needs of the Patient with Multiple Substance Dependencies.  Lecture sites included: Straub Hospital, Honolulu; Maui County Community Mental Health; Veterans Administration Hospital, Honolulu; Hawai'i (Big Island) County Community Mental Health; Mililani (Oahu) Physicians Center; Kahi Mohala (Oahu) Psychiatric Hospital; Hale ola Ka'u (Big Island) Residential Treatment Facility.  (4/2-4/9/99)

65.   "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Mendocino County Department of Public Health, Division of Alcohol & Other Drug Programs, Ukiah, CA.  (4/14/99)

66.   "Assessment of the Substance Abusing & Mentally Ill Female Patient in Early Recovery", Ujima Family Services Agency, Richmond, CA.  (4/21/99)

67.   California Institute for Mental Health, Adult System of Care Conference, "Partners in Excellence", Riverside, California.  (4/29/99)

68.   "Advances in the Field of Dual Diagnosis", University of Hawai'i School of Medicine, Department of Psychiatry Grand Rounds, Queens Hospital, Honolulu, Hawai'i.  (4/30/99)

69.   State of Hawai'i Department of Health, Mental Health Division, "Strategic Planning to Address the Concerns of the United States Department of Justice for the Alleged Civil Rights Abuses in the Kaneohe State Hospital."  Honolulu, Hawai'i.  (4/30/99)

70.     "Assessment, Diagnosis and Treatment Planning for the Patient with Dual/Triple Diagnosis", State of Hawai'i, Department of Health, Drug and Alcohol Abuse Division, Dole Cannery, Honolulu, Hawai'i. (4/30/99)

71.     11th Annual Early Intervention Program Conference, State of California Department of Health Services, Office of Aids, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Concord, California. (5/6/99)

72.     The HIV Challenge Medical Conference, Sponsored by the North County (San Diego) AIDS Coalition, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Escondido, California. (5/7/99)

73.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Sonoma County Community Mental Health's Monthly Grand Rounds, Community Hospital, Santa Rosa, California. (5/13/99)

74.     "Developing & Providing Effective Services for Dually Diagnosed or High Service Utilizing Consumers", third annual conference presented by the Southern California Mental Health Directors Association.  Anaheim, California. (5/21/99)

75.     15th Annual Idaho Conference on Alcohol and Drug Dependency, lectures included "Dual Diagnostic Issues", "Impulse Control Disorders" and "Major Depressive Disorder." Boise State University, Boise, Idaho. (5/25/99)

76.     "Smoking Cessation in the Chronically Mentally Ill, Part 2", California Department of Mental Health, Napa State Hospital, Napa, California. (6/3/99)

77.     "Alcohol and Drug Abuse: Systems of Care and Treatment in the United States", Ando Hospital, Kyoto, Japan. (6/14/99)

78.     "Alcoholism: Practical Approaches to Diagnosis and Treatment", National Institute On Alcoholism, Kurihama National Hospital, Yokosuka, Japan. (6/17/99)

79.     "Adolescent Drug and Alcohol Abuse", Kusatsu Kinrofukushi Center, Kusatsu, Japan. (6/22/99)

80.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Osaka Drug Addiction Rehabilitation Center Support Network, Kobe, Japan. (6/26/99)

81.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Santa Barbara County Department of Alcohol, Drug, & Mental Health Services, Buellton, California. (7/13/99)

82.     "Drug and Alcohol Issues in the Primary Care Setting", County of Tulare Health & Human Services Agency, Edison Ag Tac Center, Tulare, California. (7/15/99)

83.     "Working with the Substance Abuser in the Criminal Justice System", San Mateo County Alcohol and Drug Services and Adult Probation Department, Redwood City, California. (7/22/99)

84.     1999 Summer Clinical Institute In Addiction Studies, University of California, San Diego School of Medicine, Department of Psychiatry.  Lectures included: "Triple Diagnosis: HIV, Substance Abuse and Mental Illness.  What's Really Happening to your

Patient?" "Psychiatric Assessment in the Criminal Justice Setting, Learning to Detect Malingering." La Jolla, California. (8/3/99)

85.  "Assessment, Diagnosis and Treatment Planning for the Patient with Dual and Triple Diagnoses", Maui County Department of Housing and Human Concerns, Maui Memorial Medical Center. Kahului. Maui. (8/23/99)

86.  "Proper Assessment of the Asian/Pacific Islander Dual Diagnostic Patient", Asian American Recovery Services, Inc., San Francisco, California. (9/13/99)

87.  "Assessment and Treatment of the Dual Diagnostic Patient in a Health Maintenance Organization", Alcohol and Drug Abuse Program, the Permanente Medical Group, Inc., Santa Rosa, California. (9/14/99)

88.  "Dual Diagnosis", Residential Care Providers of Adult Residential Facilities and Facilities for the Elderly, City and County of San Francisco, Department of Public Health, Public Health Division, San Francisco, California. (9/16/99)

89.  "Medical and Psychiatric Aspects of Methamphetamine Abuse", Fifth Annual Latino Behavioral Health Institute Conference, Universal City, California. (9/23/99)

90.  "Criminal Justice & Substance Abuse", University of California, San Diego & Arizona Department of Corrections, Phoenix, Arizona. (9/28/99)

91.  "Creating Balance in the Ohana: Assessment and Treatment Planning", Hale O Ka'u Center, Pahala, Hawai'i. (10/8-10/10/99)

92.  "Substance Abuse Issues of Runaway and Homeless Youth", Homeless Youth 101, Oakland Asian Cultural Center, Oakland, California. (10/12/99)

93.  "Mental Illness & Drug Abuse - Part II", Sonoma County Department of Mental Health Grand Rounds, Santa Rosa, California. (10/14/99)

94.  "Dual Diagnosis/Co-Existing Disorders Training", Yolo County Department of Alcohol, Drug and Mental Health Services, Davis, California. (10/21/99)

95.  "Mental Health/Substance Abuse Assessment Skills for the Frontline Staff", Los Angeles County Department of Mental Health, Los Angeles, California. (1/27/00)

96.  "Spirituality in Substance Abuse Treatment", Asian American Recovery Services, Inc., San Francisco, California. (3/6/00)

97.  "What Every Probation Officer Needs to Know about Alcohol Abuse", San Mateo County Probation Department, San Mateo, California. (3/16/00)

98.  "Empathy at its Finest", Plenary Presentation to the California Forensic Mental Health Association's Annual Conference, Asilomar, California. (3/17/00)

99.  "Model for Health Appraisal for Minors Entering Detention", Juvenile Justice Health Care Committee's Annual Conference, Asilomar, California. (4/3/00)

100. "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Humboldt County Department of Mental Health and Substance Abuse Services, Eureka, California. (4/4-4/5/00)

101. "The Dual Diagnosed Client", Imperial County Children's System of Care Spring Training, Holtville, California.  (5/15/00)

102. National Association of Drug Court Professionals 6th Annual Training Conference, San Francisco, California.  "Managing People of Different Pathologies in Mental Health Courts", (5/31 & 6/1/00); "Assessment and Management of Co-Occurring Disorders" (6/2/00).

103. "Culture, Age and Gender Specific Perspectives on Dual Diagnosis", University of California Berkeley Extension Course, San Francisco, California.  (6/9/00)

104. "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Thunder Road Adolescent Treatment Centers, Inc., Oakland, California. (6/29 & 7/27/00)

105. "Assessing the Needs of the Entire Patient: Empathy at its Finest", NAMI California Annual Conference, Burlingame, California.  (9/8/00)

106.  "The Effects of Drugs and Alcohol on the Brain and Behavior", The Second National Seminar on Mental Health and the Criminal Law, San Francisco, California.  (9/9/00)

107. Annual Conference of the Associated Treatment Providers of New Jersey, Atlantic City, New Jersey.  "Advances in Psychopharmacological Treatment with the Chemically Dependent Person" & "Treatment of the Adolescent Substance Abuser" (10/25/00).

108. "Psychiatric Crises In The Primary Care Setting", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service.  (11/1/00, 3/13/01)

109. "Co-Occurring Disorders: Substance Abuse and Mental Health", California Continuing Judicial Studies Program, Center For Judicial Education and Research, Long Beach, California. (11/12-11/17/00)

110. "Adolescent Substance Abuse Treatment", Alameda County Behavioral Health Care Services, Oakland, California.  (12/5/00)

111. "Wasn't One Problem Enough?"  Mental Health and Substance Abuse Issues.  2001 California Drug Court Symposium, "Taking Drug Courts into the New Millennium." Costa Mesa, California.  (3/2/01)

112. "The Impact of Alcohol/Drug Abuse and Mental Health Disorders on the Developmental Process."  County of Sonoma Department of Health Services, Alcohol and Other Drug Services Division. Santa Rosa, California.  (3/8 & 4/5/01)

113. "Assessment of the Patient with Substance Abuse and Mental Health Issues."  San Mateo County General Hospital Grand Rounds.  San Mateo, California.  (3/13/01)

114. "Dual Diagnosis-Assessment and Treatment Issues."  Ventura County Behavioral Health Department Alcohol and Drug Programs Training Institute, Ventura, California.  (5/8/01)

115. Alameda County District Attorney's Office 4th Annual 3R Conference, "Strategies for Dealing with Teen Substance Abuse." Berkeley, California.  (5/10/01)

19

116. National Association of Drug Court Professionals 7th Annual Training Conference, "Changing the Face of Criminal Justice." I presented three separate lectures on the following topics: Marijuana, Opiates and Alcohol. New Orleans, LA. (6/1-6/2/01)

117. Santa Clara County Drug Court Training Institute, "The Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders." San Jose, California. (6/15/01)

118. Washington Association of Prosecuting Attorneys Annual Conference, "Psychiatric Complications of the Methamphetamine Abuser." Olympia, Washington. (11/15/01)

119. San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis." (1/14/02)

120. First Annual Bi-National Conference sponsored by the Imperial County Behavioral Health Services, "Models of Family Interventions in Border Areas." El Centro, California. (1/28/02)

121. The California Association for Alcohol and Drug Educators 16th Annual Conference, "Assessment, Diagnosis and Treatment of Patients with Multiple Diagnoses." Burlingame, California. (4/25/02)

122. Marin County Department of Health and Human Services, Dual Diagnosis and Cultural Competence Conference, "Cultural Considerations in Working with the Latino Patient." (5/21/02)

123. 3rd Annual Los Angeles County Law Enforcement and Mental Health Conference, "The Impact of Mental Illness and Substance Abuse on the Criminal Justice System." (6/5/02)

124. New Mexico Department of Corrections, "Group Psychotherapy Training." Santa Fe, New Mexico. (8/5/02)

125. Judicial Council of California, Administrative Office of the Courts, "Juvenile Delinquency and the Courts: 2002." Berkeley, California. (8/15/02)

126. California Department of Alcohol and Drug Programs, "Adolescent Development and Dual Diagnosis." Sacramento, California. (8/22/02)

127. Haight Ashbury Free Clinic's 36th Anniversary Conference, San Francisco, California, "Psychiatric Approaches to Treating the Multiple Diagnostic Patient." (6/6/03)

128. Motivational Speaker for Regional Co-Occurring Disorders Training sponsored by the California State Department of Alcohol and Drug Programs and Mental Health and the Substance Abuse Mental Health Services Administration-Center for Substance Abuse Treatment, Samuel Merritt College, Health Education Center, Oakland, California. (9/4/03)

129. "Recreational Drugs, Parts I and II", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service. (10/1/03), (12/3/03)

130. "Detecting Substance Abuse in our Clients", California Attorneys for Criminal Justice Annual Conference, Berkeley, California. (10/18/03)

131.   "Alcohol, Alcoholism and the Labor Relations Professional", 10th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section.  Pasadena, California.  (4/2/04)

132.   Lecture tour of Japan (4/8-4/18/04).  "Best Practices for Drug and Alcohol Treatment." Lectures were presented in Osaka, Tokyo and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

133.   San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis."  (9/9/04)

134.   "Substance Abuse and the Labor Relations Professional", 11th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section.  Sacramento, California.  (4/8/05)

135.   "Substance Abuse Treatment in the United States", Clinical Masters Japan Program, Alliant International University.  San Francisco, California. (8/13/05)

136.   Habeas Corpus Resource Center, Mental Health Update, "Understanding Substance Abuse."  San Francisco, California. (10/24/05)

137.   Yolo County Department of Behavioral Health, "Psychiatric Aspects of Drug and Alcohol Abuse."  Woodland, California. (1/25/06), (6/23/06)

138.   "Methamphetamine-Induced Dual Diagnostic Issues", Medical Grand Rounds, Wilcox Memorial Hospital, Lihue, Kauai. (2/13/06)

139.   Lecture tour of Japan (4/13-4/23/06).  "Assessment and Treatment of the Patient with Substance Abuse and Mental Illness."  Lectures were presented in Hiroshima and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

140.   "Co-Occurring Disorders: Isn't It Time We Finally Got It Right?" California Association of Drug Court Professionals, 2006 Annual Conference.  Sacramento, California. (4/25/06)

141.   "Proper Assessment of Drug Court Clients", Hawaii Drug Court, Honolulu. (6/29/06)

142.   "Understanding Normal Adolescent Development," California Association of Drug Court Professionals, 2007 Annual Conference.  Sacramento, California. (4/27/07)

143.   "Dual Diagnosis in the United States," Conference sponsored by the Genesis Substance Abuse Treatment Network.  Medford, Oregon.  (5/10/07)

144.   "Substance Abuse and Mental Illness: One Plus One Equals Trouble," National Association of Criminal Defense Lawyers 2007 Annual Meeting & Seminar.  San Francisco, California.  (8/2/07)

145.   "Capital Punishment," Human Writes 2007 Conference.  London, England.  (10/6/07)

146.   "Co-Occurring Disorders for the New Millennium," California Hispanic Commission on Alcohol and Drug Abuse, Montebello, California.  (10/30/07)

147.   "Methamphetamine-Induced Dual Diagnostic Issues for the Child Welfare Professional," Beyond the Bench Conference.  San Diego, California. (12/13/07)

148.  "Working with Mentally Ill Clients and Effectively Using Your Expert(s)," 2008 National Defender Investigator Association (NDIA), National Conference, Las Vegas, Nevada.  (4/10/08)

149.  "Mental Health Aspects of Diminished Capacity and Competency," Washington Courts District/Municipal Court Judges' Spring Program. Chelan, Washington.  (6/3/08)

150.  "Reflection on a Career in Substance Abuse Treatment, Progress not Perfection," California Department of Alcohol and Drug Programs 2008 Conference.  Burlingame, California.  (6/19/08)

151.  Mental Health and Substance Abuse Training, Wyoming Department of Health, "Diagnosis and Treatment of Co-occurring Mental Health and Substance Abuse." Buffalo, Wyoming. (10/6/09)

152.  2010 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 4th & 5th, 2010)

153.  Facilitating Offender Re-entry to Reduce Recidivism: A Workshop for Teams, Menlo Park, CA.  This conference was designed to assist Federal Courts to reduce recidivism. "The Mentally-Ill Offender in Reentry Courts," (9/15/2010)

154.  Juvenile Delinquency Orientation, "Adolescent Substance Abuse." This was part of the "Primary Assignment Orientations" for newly appointed Juvenile Court Judges presented by The Center for Judicial Education and Research of the Administrative Office of the Court.  San Francisco, California. (1/12/2011, 1/25/12, 2/27/13 & 1/8/14)

155.  2011 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 4th, 2011)

156.  2012 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 2nd, 2012)

157.  Mexican Capital Legal Assistance Program Meeting, "Issues Related to Mental Illness in Mexican Nationals." Santa Fe, New Mexico (10/12/12); Houston, Texas (4/23/13)

158.  Los Angeles County Public Defender's Capital Case Seminar, "Mental Illness and Substance Abuse." Los Angeles, California. (9/27/13)

159.  "Perspectives on Race and Ethnicity for Capital and Non-Capital Defense Lawyers," conference sponsored by the Administrative Office of the US Courts, New York, NY., September 18-20, 2015.

160.  San Francisco Collaborative Courts, Superior Court of California, County of San Francisco sponsored training, "Personality Disorders," February 19, 2016.

161.  Administrative Office of the United States Courts, Federal Death Penalty Resource Counsel Projects, 2016 Strategy Session: "Ethnocultural Competency Issues in Working with Experts;" "Understanding Drug Use and Abuse by our Clients and Strategies for

Effectively Incorporating this Information into the Mitigation Narrative." Denver, Colorado, November 17-19, 2016.

162.  "Evaluating the mentally ill and substance abusing client." Idaho Association of Criminal Defense Lawyers, Sun Valley, Idaho, March 10, 2017.

163.  Mental Health & Death Penalty Training, Community Legal Aid Institute (LBH Masyarakat), Jakarta, Indonesia, February 12 -16, 2019.

PUBLICATIONS:

1)  Kanas, N., Stewart, P. and Haney, K. (1988). *Content and Outcome in a Short-Term Therapy Group for Schizophrenic Outpatients.*  Hospital and Community Psychiatry, 39, 437-439.

2)  Kanas, N., Stewart, P. (1989*). Group Process in Short-Term Outpatient Therapy Groups for Schizophrenics.*  Group, Volume 13, Number 2, Summer 1989, 67-73.

3)  Zweben, J.E., Smith, D.E. and Stewart, P. (1991). *Psychotic Conditions and Substance Use: Prescribing Guidelines and Other Treatment Issues.*  Journal of Psychoactive Drugs, Vol. 23(4), Oct.-Dec. 1991, 387-395.

4)  Banys, P., Clark, H.W., Tusel, D.J., Sees, K., Stewart, P., Mongan, L., Delucchi, K., and Callaway, E. (1994). *An Open Trial of Low Dose Buprenorphine in Treating Methadone Withdrawal*. Journal of Substance Abuse Treatment, Vol. 11(1), 9-15.

5)  Hall, S.M., Tunis, S., Triffleman, E., Banys, P., Clark, H.W., Tusel, D., Stewart, P., and Presti, D. (1994). *Continuity of Care and Desipramine in Primary Cocaine Abusers.*  The Journal of Nervous and Mental Disease, Vol. 182(10), 570-575.

6)  Galloway, G.P., Frederick, S.L., Thomas, S., Hayner, G., Staggers, F.E., Wiehl, W.O., Sajo, E., Amodia, D., and Stewart, P. (1996). *A Historically Controlled Trial Of Tyrosine for Cocaine Dependence.*  Journal of Psychoactive Drugs, Vol. 28(3), pages 305-309, July-September 1996.

7)  Stewart, P. (1999). *Alcoholism: Practical Approaches To Diagnosis And Treatment.* Prevention, (Newsletter for the National Institute On Alcoholism, Kurihama Hospital, Yokosuka, Japan) No. 82, 1999.

8)  Stewart, P. (1999).  *New Approaches and Future Strategies Toward Understanding Substance Abuse.*  Published by the Osaka DARC (Drug Abuse Rehabilitation Center) Support Center, Osaka, Japan, November 11, 1999.

9)  Stewart, P. (2002).  *Treatment Is A Right, Not A Privilege.* Chapter in the book, *Understanding Addictions-From Illness to Recovery and Rebirth,* ed. by Hiroyuki Imamichi and Naoko Takiguchi, Academia Press (Akademia Syuppankai): Kyoto, Japan, 2002.

10)  Stewart, P., Inaba, D.S., and Cohen, W.E.  (2004). *Mental Health & Drugs.*  Chapter in the book, *Uppers, Downers, All Arounders, Fifth Edition*, CNS Publications, Inc., Ashland, Oregon.

23

11)   James Austin, Ph.D., Kenneth McGinnis, Karl K. Becker, Kathy Dennehy, Michael V. Fair, Patricia L. Hardyman, Ph.D. and Pablo Stewart, M.D. (2004) *Classification of High Risk and Special Management Prisoners, A National Assessment of Current Practices.* National Institute of Corrections, Accession Number 019468.

12)   Stanley L. Brodsky, Ph.D., Keith R. Curry, Ph.D., Karen Froming, Ph.D., Carl Fulwiler, M.D., Ph.D., Craig Haney, Ph.D., J.D., Pablo Stewart, M.D. and Hans Toch, Ph.D. (2005) *Brief of Professors and Practitioners of Psychology and Psychiatry as AMICUS CURIAE in Support of Respondent: Charles E. Austin, et al. (Respondents) v. Reginald S. Wilkinson, et al. (Petitioners), In The Supreme Court of the United States, No. 04-495.*

13)   Stewart, P., Inaba, D.S., and Cohen, W.E.  (2007). *Mental Health & Drugs.*  Chapter in the book, *Uppers, Downers, All Arounders, Sixth Edition*, CNS Publications, Inc., Ashland, Oregon.

14)   Stewart, P., Inaba, D.S. and Cohen, W.E. (2011). *Mental Health & Drugs.* Chapter 10 in the book, *Uppers, Downers, All Arounders, Seventh Edition,* CNS Publications, Inc., Ashland, Oregon.

15)   Carl Fulwiler, M.D., Ph.D., Craig Haney, Ph.D., J.D., Pablo Stewart, M.D., Hans Toch, Ph.D. (2015) Brief of Amici Curiae Professors and Practitioners of Psychiatry and Psychology in Support of Petitioner: Alfredo Prieto v. Harold C. Clarke, et al., On Petition For A Writ of Certiorari To The United States Court of Appeals For The Fourth Circuit, In The Supreme Court of the United States, No. 15-31.

16)   Brief of Medical and Other Scientific and Health-Related Professionals as Amici Curiae in Support of Respondents and Affirmance: Ahmer Iqbal Abbasi, et al., Respondents v. James W. Ziglar, John D. Ashcroft, et al., and Dennis Hasty, et al. Petitioners, On Writs of Certiorari to the United States Court of Appeals for the Second Circuit, In the Supreme Court of the United States, Nos. 15-1358, 15-1359 and 15-1363.

17)   Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine as Amici Curiae in Support of Plaintiff-Appellant Eric Joseph Depaola, Denis Rivera & Luis Velazquez, Plaintiffs v. Virginia Department of Corrections, et al., External Review Team, et al., Defendants. On appeal from the United States District Court for the Western District of Virginia, Case No. 7:14-cv-00692 in the United States Court of Appeals for the Fourth Circuit, No. 16-7358.

*18)*   Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine in support of Petitioner Shawn T. Walker v. Michael A. Farnan, et al., Respondents on petition for Writ of Certiorari to the United States Court of Appeals for the Third Circuit in the Supreme Court of the United States, No. 17-53.

*19)*   Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine in support of Plaintiff-Appellant Edgar Quintanilla v. Homer Bryson, Commissioner, State of Georgia's Department of Corrections, et al., On appeal from the United States District Court for the Southern District of Georgia, Case No. 6:17-cv-00004-JRH-RSB in the United States Court of Appeals for the Eleventh Circuit, No. 17-14141.

# EXHIBIT 2

**Rates of Refusal of Recreation January - October 2018**

| MC Notebook Month | Facility | TOTAL Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI SMI Rec Periods Offered | SMI Refusals | Percentage of SMI Refusals |
|---|---|---|---|---|---|---|---|---|---|---|
| 2018-10 | Eyman Browning | 56 | 43 | 77% | 26 | 17 | 65% | 30 | 26 | 87% |
| 2018-10 | Eyman SMU | 81 | 63 | 78% | 40 | 32 | 80% | 41 | 31 | 76% |
| 2018-10 | Florence | 60 | 38 | 63% | 6 | 3 | 50% | 54 | 35 | 65% |
| 2018-10 | Lewis | 46 | 24 | 52% | 23 | 9 | 39% | 23 | 15 | 65% |
| 2018-09 | Eyman Browning | 61 | 45 | 74% | 30 | 18 | 60% | 31 | 27 | 87% |
| 2018-09 | Eyman SMU | 82 | 62 | 76% | 40 | 29 | 73% | 42 | 33 | 79% |
| 2018-09 | Florence | 74 | 49 | 66% | 4 | 4 | 100% | 70 | 45 | 64% |
| 2018-09 | Lewis | 60 | 30 | 50% | 27 | 11 | 41% | 33 | 19 | 58% |
| 2018-08 | Eyman Browning | 60 | 38 | 63% | 27 | 14 | 52% | 33 | 24 | 73% |
| 2018-08 | Eyman SMU | 79 | 59 | 75% | 36 | 24 | 67% | 43 | 35 | 81% |
| 2018-08 | Florence | 60 | 41 | 68% | 3 | 3 | 100% | 57 | 38 | 67% |
| 2018-08 | Lewis | 60 | 38 | 63% | 24 | 13 | 54% | 36 | 25 | 69% |
| 2018-07 | Eyman Browning | 59 | 41 | 69% | 24 | 11 | 46% | 35 | 30 | 86% |
| 2018-07 | Eyman SMU | 80 | 65 | 81% | 36 | 28 | 78% | 44 | 37 | 84% |
| 2018-07 | Florence | 61 | 43 | 70% | 19 | 8 | 42% | 42 | 35 | 83% |
| 2018-07 | Lewis | 60 | 39 | 65% | 30 | 14 | 47& | 30 | 25 | 83% |
| 2018-06 | Eyman Browning | 60 | 50 | 83% | 30 | 25 | 83% | 30 | 25 | 83% |
| 2018-06 | Eyman SMU | 72 | 57 | 79% | 33 | 23 | 70% | 39 | 34 | 87% |
| 2018-06 | Florence | 60 | 46 | 77% | 21 | 13 | 62% | 39 | 33 | 85% |
| 2018-06 | Lewis | 60 | 44 | 73% | 30 | 20 | 67% | 30 | 24 | 80% |
| 2018-05 | Eyman Browning | 61 | 45 | 74% | 31 | 20 | 65% | 30 | 25 | 83% |
| 2018-05 | Eyman SMU | 79 | 59 | 75% | 32 | 23 | 72% | 47 | 36 | 77% |
| 2018-05 | Florence | 60 | 39 | 65% | 24 | 13 | 54% | 36 | 26 | 72% |
| 2018-05 | Lewis | 60 | 35 | 58% | 30 | 13 | 43% | 30 | 22 | 73% |
| 2018-04 | Eyman Browning | 61 | 47 | 77% | 31 | 22 | 71% | 30 | 25 | 83% |
| 2018-04 | Eyman SMU | 81 | 62 | 77% | 36 | 25 | 69% | 45 | 37 | 82% |
| 2018-04 | Florence | 60 | 42 | 70% | 21 | 11 | 52% | 39 | 31 | 79% |
| 2018-04 | Lewis | 60 | 32 | 53% | 30 | 14 | 47% | 30 | 18 | 60% |
| 2018-03 | Eyman Browning | 62 | 44 | 71% | 32 | 20 | 63% | 30 | 24 | 80% |
| 2018-03 | Eyman SMU | 81 | 67 | 83% | 40 | 30 | 75% | 41 | 37 | 90% |
| 2018-03 | Florence | 60 | 43 | 72% | 18 | 13 | 72% | 42 | 30 | 71% |
| 2018-03 | Lewis | 60 | 40 | 67% | 27 | 15 | 56% | 33 | 25 | 76% |
| 2018-02 | Eyman Browning | 52 | 42 | 81% | 25 | 20 | 80% | 27 | 22 | 81% |
| 2018-02 | Eyman SMU | 66 | 52 | 79% | 31 | 21 | 68% | 35 | 31 | 89% |
| 2018-02 | Florence | 49 | 42 | 86% | 12 | 7 | 58% | 37 | 35 | 95% |
| 2018-02 | Lewis | 60 | 35 | 58% | 27 | 12 | 44% | 33 | 23 | 70% |
| 2018-01 | Eyman Browning | 22 | 18 | 82% | 22 | 18 | 82% | N/A | N/A | N/A |
| 2018-01 | Eyman SMU | 82 | 68 | 83% | 42 | 31 | 74% | 40 | 37 | 93% |
| 2018-01 | Florence | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2018-01 | Lewis | 60 | 28 | 47% | 27 | 10 | 37% | 33 | 18 | 55% |

**Rates of Refusal of Programming January - October 2018**

| | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MC Notebook Month | Facility | Total Programs Offered | Total Refusals | Percentage of Refusals | Non-SMI Programs Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Programs Offered | SMI Refusals | Percentage of SMI Refusals |
| 2018-10 | Eyman Browning | 35 | 17 | 49% | 2 | 2 | 100% | 33 | 15 | 45% |
| 2018-10 | Eyman SMU | 46 | 29 | 63% | 6 | 2 | 33% | 40 | 27 | 68% |
| 2018-10 | Florence | 74 | 42 | 57% | 8 | 8 | 100% | 66 | 34 | 52% |
| 2018-10 | Lewis | 51 | 30 | 59% | 7 | 3 | 43% | 44 | 27 | 61% |
| 2018-09 | Eyman Browning | 32 | 22 | 69% | 2 | 2 | 100% | 30 | 20 | 67% |
| 2018-09 | Eyman SMU | 50 | 26 | 52% | 10 | 0 | 0% | 40 | 26 | 65% |
| 2018-09 | Florence | 64 | 29 | 45% | 4 | 2 | 50% | 60 | 27 | 45% |
| 2018-09 | Lewis | 48 | 18 | 38% | 3 | 1 | 33% | 45 | 17 | 37% |
| 2018-08 | Eyman Browning | 48 | 22 | 46% | 4 | 3 | 75% | 44 | 19 | 43% |
| 2018-08 | Eyman SMU | 51 | 31 | 61% | 7 | 0 | 0% | 44 | 31 | 70% |
| 2018-08 | Florence | 66 | 42 | 64% | 4 | 3 | 75% | 62 | 39 | 63% |
| 2018-08 | Lewis | 50 | 33 | 66% | 2 | 2 | 100% | 48 | 31 | 65% |
| 2018-07 | Eyman Browning | 50 | 35 | 70% | 2 | 1 | 50% | 48 | 34 | 71% |
| 2018-07 | Eyman SMU | 51 | 25 | 49% | 7 | 0 | 0% | 44 | 25 | 57% |
| 2018-07 | Florence | 68 | 28 | 41% | 18 | 3 | 17% | 50 | 25 | 50% |
| 2018-07 | Lewis | 46 | 25 | 54% | 6 | 3 | 50% | 40 | 22 | 55% |
| 2018-06 | Eyman Browning | 42 | 17 | 41% | 2 | 0 | 0% | 40 | 17 | 43% |
| 2018-06 | Eyman SMU | 49 | 23 | 47% | 5 | 0 | 0% | 44 | 23 | 52% |
| 2018-06 | Florence | 52 | 27 | 52% | 8 | 2 | 25% | 44 | 25 | 57% |
| 2018-06 | Lewis | 44 | 24 | 55% | 4 | 0 | 0% | 40 | 24 | 60% |
| 2018-05 | Eyman Browning | 44 | 7 | 16% | 4 | 2 | 50% | 40 | 5 | 13% |
| 2018-05 | Eyman SMU | 51 | 29 | 57% | 3 | 0 | 0% | 48 | 29 | 60% |
| 2018-05 | Florence | 56 | 29 | 52% | 14 | 8 | 57% | 42 | 21 | 50% |
| 2018-05 | Lewis | 45 | 25 | 56% | 5 | 1 | 20% | 40 | 24 | 60% |
| 2018-04 | Eyman Browning | 44 | 7 | 16% | 4 | 2 | 50% | 40 | 5 | 13% |
| 2018-04 | Eyman SMU | 50 | 17 | 34% | 6 | 1 | 17% | 44 | 16 | 36% |
| 2018-04 | Florence | 56 | 32 | 57% | 8 | 2 | 25% | 48 | 30 | 63% |
| 2018-04 | Lewis | 46 | 24 | 52% | 6 | 2 | 33% | 40 | 22 | 55% |
| 2018-03 | Eyman Browning | 43 | 12 | 28% | 3 | 1 | 33% | 40 | 11 | 28% |
| 2018-03 | Eyman SMU | 51 | 23 | 45 | 11 | 1 | 9% | 40 | 22 | 55% |
| 2018-03 | Florence | 60 | 36 | 60% | 8 | 1 | 13% | 52 | 35 | 67% |
| 2018-03 | Lewis | 48 | 19 | 40% | 4 | 0 | 0% | 44 | 19 | 43% |
| 2018-02 | Eyman Browning | 35 | 10 | 29% | 2 | 0 | 0% | 33 | 10 | 30% |
| 2018-02 | Eyman SMU | 41 | 14 | 34% | 4 | 0 | 0% | 37 | 14 | 38% |
| 2018-02 | Florence | 62 | 44 | 71% | 5 | 0 | 0% | 57 | 44 | 77% |
| 2018-02 | Lewis | 46 | 20 | 43% | 2 | 1 | 50% | 44 | 19 | 43% |
| 2018-01 | Eyman Browning | 2 | 2 | 100% | 2 | 2 | 100% | N/A | N/A | N/A |
| 2018-01 | Eyman SMU | 45 | 23 | 51% | 7 | 0 | 0% | 38 | 23 | 61% |
| 2018-01 | Florence | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| 2018-01 | Lewis | 38 | 13 | 34% | 5 | 0 | 0% | 33 | 13 | 39% |