# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion to Seal (Docs. 3072), and good cause appearing,

**IT IS ORDERED** Plaintiffs' Motion to Seal (Doc. 3072) is **GRANTED**. The Clerk of the Court must please seal the documents as set forth in the motions and lodged at Doc. 3073 (Exhibit 16 to the Declaration of Corene Kendrick).

Dated this 5th day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge