# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion to Seal (Docs. 3172), and good cause appearing,

**IT IS ORDERED** Plaintiffs' Motion to Seal (Doc. 3172) is **GRANTED**. The Clerk of the Court must please seal the documents as set forth in the motions and lodged at Doc. 3171 (Exhibit 2 to the Declaration of Corene Kendrick).

Dated this 5th day of March, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge