Anant Kumar Tripati
102081 P.O. Box 5000
Florence, AZ 85132

FILED ✓   LODGED
RECEIVED   COPY
MAR 07 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Victor Alan Parsons,
    Plaintiff,
vs
Charles Ryan, etc
    Defendants

CIV 12-0601 ROS
VERIFIED MOTION TO HOLD RICHARD PRATT IN CONTEMPT FOR DIRECTING STAFF VIOLATE DOC 1185 MEASURES 71, 72

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE   L.R. 5.4
           (Rule Number/Section)

March 1, 2019 Warden Kevin Curran informs me that Richard Pratt has directed ADOC not to comply with the attached order by Corizon that implements Measures 71-72 as the diets for medical needs — serious medical needs

Corizon confirms that they

— 2 —


Have issued such an order for my serious medical needs [SEE MARCH 1, 2016 RESPONSE]

This order — originally issued August 28, 2014 was approved by the Medical Director of ADOC on January 27, 2015 (ATTACHED)

However — effective January 15th, 2019 — Richard Pratt and Ryan — through their duly authorized agents — Edward Shuman, Kevin Curran and Diane Boschweiss — have

- 2 -

DIRECTED ADOC EMPLOYEES NOT Follow the Directives Issued By Corizon Pursuant to Measures 71, 72

### Conclusion

Richard Pratt Does not have under the terms of Corizon's Contract the authority to ORDER ADOC employees not Follow Doc 1185.

Corizon is the health care Provider And it has issued the attached Directive for my Serious medical needs.

—3—

I ask they be held in contempt.

I Declare under the Penalty of perjury the above is true and correct.

3/4/19

A.K. Myers

-4-



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Tripati A | 102081 |

| INSTITUTION/UNIT |
|---|
| ASPC-Florence- East Unit |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| P. Raney RN ADON | East Unit Health Services |

This is in response to your inmate letter received on 2/28/19 and reviewed in the Florence/South Unit Health Services Office on 3/1/19 Your primary concern is regarding: Diet

Your concern has been researched, including a review of your medical records. I am providing you with the following response: Your diet is active as far as Cozion sees it. I am still working on why your not getting it as per our conversations. Thank You

Please report to medical staff significant changes in your condition immediately

If you have any additional questions, please do not hesitate to contact medical via HNR. Thank You for your time take care.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| P. Raney RN ADON | 03/01/2019 |

Distribution:   Original – Master File
                Copy - Inmate

916-2(e)
5/14/12

# Arizona Department of Corrections



ANICE K. BREWER
GOVERNOR

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL: TO THE DIRECTOR

Inmate Name: **TRIPATI, ANANT**          ADC No.: **102081**          Case Nos.: **C14-119-014**

Institution: **ASPC-TUCSON/MANZANITA**          Date Received: **November 5, 2014**

I have reviewed your Grievance Appeal in which you state that "ADOC has refused to give me my diet" that was ordered by the Chief Medical Officer of Corizon.

Your grievance appeal has been investigated including a review of your medical records. Based on our findings, your appeal is denied. The reasons for this decision are:

1. Our review shows that on 8/28/14, you met with Corizon's Medical Director (Dr. S. McQueen) concerning your diet issues. You were subsequently issued a No Gluten Diet/Allergy Diet. We have confirmed that this diet order has been implemented. As to your request for a Hindu Diet/Vegan Diet, this is a religious diet and is under the purview of the Chaplain; therefore, it will not be addressed within this response. You are advised to discuss your request for a religious diet with the Chaplain assigned at your facility.

2. Please submit a Health Needs Request (HNR) if you have additional issues or concerns which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

_signature_          1/27/15
Charles L. Ryan, Director          Date

cc:   Facility Health Administrator, ASPC-Tucson
      C.O. Inmate File

Page 1 of 1

# ARIZONA DEPARTMENT OF CORRECTIONS
## Restricted Diet Order

☐ New ☐ Change ☐ Reissue

Health Care Providers and Chaplains ordering restricted diets will complete, sign and date the Restricted Diet Order Form. The HAP or Senior Chaplain will retain their portion of the form and ensure the form is placed in the inmate's records with the remaining portion of the order form forwarded to the

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| TRIPATI ANANT | 102081 |

| Institution/Facility/Unit | Housing Assignment | Start Date | Expiration Date |
|---|---|---|---|
| MAN | SB 15 L | 9-2-14 | NONE |

### MEDICAL DIETS

☐ Dental/Mechanical Soft Diet (Easy to chew/swallow)
☐ Clear Liquid Diet
☐ Full Liquid Diet (Automatically expires in 5 days)
☐ Liquid Supplements

☐ Controlled Protein Diet
☐ Long-term Full Liquid Diet (Automatically expires in 8 weeks - supplement required)
☐ Wasting Syndrome
☐ Chemotherapy Diet
☑ No Gluten Diet

☐ Pregnancy
☐ Renal/Dialysis Diet
☑ Allergy Diet

**NO DAIRY, NO WHEAT, NO NUTS (Peanut) NO SOY, NO BEANS**

**ON PREDNISONE**

☐ Prescribed snack consisting of: 6 saltine crackers or 3 graham crackers
☐ am snack ☐ mid-day snack ☐ am snack

☐ Other: Patient does not require RAST testing I have documentation from prev testing

☐ (Restricted medical diets not defined in the ADC Diet Reference Manual may be ordered only with the approval of the Medical Director of Health Services or designee with the following approving authority Signature.

Approving Authority Signature: _____

### RELIGIOUS DIETS

HINDU ☐ Lacto Vegetarian Diet (Allows milk and milk products) ☐ Kosher Diet Plan

**Vegan Diet only**

**NOTICE TO INMATE** - Medical Diets take precedence over Religious Diets. If a medical condition exists that is contraindicated by the Religious Diet, the Medical Diet will supersede it. Inmate will be removed from the diet roster for non-compliance when five (5) meals are missed in seven (7) calendar days, or when the inmate requests removal in writing. Inmates are to receive only the prescribed religious/medical diet and each inmate is responsible for his/her restricted diet and compliance to their diet.

**MEDICAL** - I understand the terms and conditions of this diet.

| Inmate's Signature | Date | Comments |
|---|---|---|
| [signature] | 9/1/14 | Chris Clinic Office |
| Approved by: Sylvia McQueen MD | 8-28-14 | of Contra Review all Intervention patient Directly |

**RELIGIOUS** - I understand that if I miss 5 meals in 7 days I may be removed from this diet for 6 months. Second violation will result in a 12 month suspension.

| Inmate's Signature | Date | Comments |
|---|---|---|
| | | |
| Approved by: | Date | |

**DIET IS BEING DISCONTINUED DUE TO:** _____ Date _____

DISTRIBUTION  Initial - Originator - Top portion of form only, Food Service Liaison - Remaining form - Diet Card Only

---

### ARIZONA DEPARTMENT OF CORRECTIONS
### Restricted Diet Card

| Inmate Name | ADC Number | Expire Date |
|---|---|---|

☐ Dental/Mechanical Soft (Easy to chew/swallow)
☐ Clear Liquid
☐ Full Liquid
☐ Liquid Supplements
☐ am Snack ☐ mid-day snack ☐ bedtime Snack
Prescribed snack consisting of: 6 saltine crackers or 3 graham crackers
☐ Other:

☐ Controlled Protein
☐ Long Term Full Liquid
☐ Wasting Syndrome
☐ Chemotherapy

☐ Gluten Free
☐ Pregnancy
☐ Renal Dialysis
☐ Allergy Diet

☐ Lacto Vegetarian Diet (Allows milk and milk products)

☐ Kosher Diet Plan

Food Service Verification

Physicians or Chaplains Signature: [signature]  Date: 8-28-14

912-3
5/15/08