UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., | No.    16-17282 |
| Plaintiffs-Appellees, | D.C. No. 2:12-cv-00601-DKD |
| v. | District of Arizona, Phoenix |
| CHARLES L. RYAN, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, | ORDER |
| Defendants-Appellants. | |

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., | No.    17-15302 |
| Plaintiffs-Appellants, | D.C. No. 2:12-cv-00601-DKD |
| v. | District of Arizona, Phoenix |
| CHARLES L. RYAN, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, | |
| Defendants-Appellees. | |

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., | No.    17-15352 |
| Plaintiffs-Appellees, | D.C. No. 2:12-cv-00601-DKD |
| v. | |

CHARLES L. RYAN, Director, Arizona
Department of Corrections and RICHARD
PRATT, Interim Division Director, Division
of Health Services, Arizona Department of
Corrections,

Defendants-Appellants.

Before:  THOMAS, Chief Judge, and WALLACE and CALLAHAN, Circuit
Judges.

The panel has voted to deny Plaintiff-Appellees' Petition for Rehearing and

Rehearing En Banc. The full court has been advised of the petition and no judge of

the court has requested a vote on rehearing en banc. This petition is therefore

**DENIED.** Chief Judge Thomas would grant the petition.

The panel has also voted to deny Defendant-Appellants/Appellees' Petition

for Panel Rehearing and Rehearing En Banc. The full court has been advised of the

petition and no judge of the court has requested a vote on rehearing en banc. This

petition is therefore also **DENIED.** Judge Callahan would grant the petition in part.

No further petitions for rehearing will be entertained. The mandate shall

issue forthwith.

2