**EXHIBIT 1**

**EXHIBIT 1**



We understand that over a long-term, multi-year contract that there is a likelihood of unit or facility closings or population movements among ASPCs that will impact healthcare services. In our other state contracts, and in contracts of our co-founder and affiliate company, MHM, we have been involved in inmate census changes due to facility closings and expansions. In all of these contracts, we have worked with our client agencies to accommodate the adjustments required by population changes, and more importantly, ensure that no lapses in care occur as a result of population changes.

One of the challenges of a fixed fee model is that there are many facets of the healthcare program that are fixed and permanent from a cost perspective, such as equipment and management personnel, as well as other fixed overhead that do not increase or decrease in relation to changes in census. There is an inherent risk, therefore, that the program becomes *under-funded* if census drops significantly below the projected levels used in pricing. There is also an equal risk that the program is *over-funded* when census increases significantly above projected levels.

To be competitive, but responsible, bidding companies must make their best estimate of actual census trends and risks factors related to unexpected census fluctuations into their pricing model. We have seen too many unfortunate examples of correctional healthcare contracts that are vacated, including ADC's prior contractor, before their termination date because of miscalculations of census trends by bidding companies. **Centurion will never walk out on a contract.** As a matter of fact, we are the *go-to* company when other companies fail due to pricing or service delivery issues. However, we raise this issue to alert the ADC that, while the RFP seeks a long-term contract under a fixed fee model, with funding amounts impacted by census trends, there is always a risk that an unscrupulous contractor will abandon the contract early, or seriously underperform during the term of the contract, because of unforeseen downward census fluctuations impacting revenue.

> **1.1.12   Start-up and Service Implementation.** Offerors shall have the capability to implement service delivery as described herein on a date agreed upon between the Contractor and the Department. Offerors shall provide a start-up and implementation plan that includes a schedule with time lines for the delivery of necessary equipment and supplies, the hiring and training of Contractor staff, and any transition of services. The requirement for full service delivery at each Arizona State Prison Complex shall be no later the effective date of the contract.

Centurion has read, understands, and will comply with the requirements and specifications in section 1.1.12 identified herein.

We recognize that in order to meet the Department's objectives for service delivery, a smooth, effective, and seamless transition of services must be accomplished. We have presumed a 90-day transition period for purposes of documenting transition activities, with service delivery beginning July 1, 2019. Centurion is confident that we are best positioned to give the level of focus that is required to make this transition successful.

Tab 2 – Scope of Work
Page 36



Our transition for a new contract starts with development of a project plan for detailing high-level milestones, deliverables, key activities, and identifying the people responsible. We will make this plan available to the ADC within five days of contract award. A draft of our proposed start-up and implementation plan is provided later in this proposal section. We will provide regular written updates to the ADC regarding the status of our implementation and completion of each element in the implementation plan. Our proposed implementation status report will be provided to the HSCMB following contract award.

## Centurion's Expertise in Complex Contract Transitions

Our ability to transition complex correctional healthcare service delivery systems is well demonstrated in Centurion's most recent transitions for our contracts with the Mississippi Department of Corrections, the Florida Department of Corrections, and the New Mexico Corrections Department. As the timeline below demonstrates, we have successfully transitioned the healthcare services of seven large state correctional systems:

| Startup Statistics from Centurion's Comprehensive Statewide Systems | | | | | | |
|---|---|---|---|---|---|---|
| Statewide System | Start Date | Number of Inmates | Number of FTEs | Number of Facilities | Transition Timeframe | Vendor Replaced |
| Massachusetts | July 1, 2013 | 11,000 | 561 | 16 | 90 days | University of Massachusetts |
| Tennessee | September 9, 2013 | 20,000 | 571 | 11 | 75 days | Corizon |
| Minnesota | January 1, 2014 | 9,000 | 32 | 9 | 75 days | Corizon |
| Vermont | February 1, 2015 | 1,600 | 143 | 8 | 90 days | CCS |
| Mississippi | July 1, 2015 | 18,000 | 318 | 39 | 60 days | Wexford and Health Assurance |
| Florida | February 1, 2016 (North and Central) June 18, 2017 (South) | 88,000 | 2,639 | 61 | 60 days | Corizon and Wexford |
| New Mexico | July, 1 2016 | 7,000 | 286 | 11 | 14 days | Corizon |
| **TOTALS** | | **153,600** | **4,995** | **155** | | |

### Centurion's Approach to Contract Startups
Upon notice of contract award, we routinely deploy Human Resource and Clinical Operations team members to the contracted sites to conduct introductory meetings with facility and current healthcare staff impacted by the transition. During our site visit, we aim to meet the ADC leadership and other representatives, discuss the startup process with facility and healthcare leadership and their staff, and identify a Centurion key contact who is available to address issues and questions throughout the transition.

Centurion's approach ensures facility administrators and incumbent medical, dental, and psychiatric staff have "live" access to Centurion's resources. We respect the challenges that are

Tab 2 – Scope of Work
Page 37


experienced by contractors when they face the loss of a contract.  We plan our transition activities to avoid interrupting the ongoing provision of care.  We have conducted successful transitions of former Corizon contracts in Tennessee, Minnesota, Florida, and New Mexico.  We recognize the importance of collaborating with the incumbent healthcare contractor in order to ensure a smooth transition for current employees and continuous, uninterrupted, quality care for patients.  Following ADC authorization, we will begin meeting with Corizon staff in conjunction with ADC staff to facilitate the transition.

Our focus for transition will be to ensure that each contracted healthcare service is in place on the first day of the contract.  To ensure that we are successful in these efforts, Centurion will establish an ***on-the-ground management team*** for the transition process.  The management team will direct the activities of onsite Centurion teams and coordinate the services of ancillary service providers.  This process will allow Centurion's Arizona leadership to identify site-specific and system-wide processes and needs, as well as to complete necessary networking with facility administrators and the HSCMB leadership team.

**Rock Welch, MS,** Centurion's Senior Vice President of Operations, will lead the startup effort for Centurion in conjunction with our Centurion Vice President of Operations.  They will maintain contact with designated ADC Central Office staff during the transition period.  Our Centurion Vice President of Operations will coordinate the activities of our transition teams, functional leads, and ancillary service providers and will be onsite as often as necessary to guide the transition.  Contact will be as frequent as needed, up to and including daily calls if desired by ADC healthcare leadership.  Below is our transition management team and the transition activities for which they are responsible are:



**Rock Welch, MS**
Senior Vice President of Operations

| Transition Activity | Centurion Contact |
|---|---|
| Communication with ADC Central Office | Centurion Vice President of Operations<br>Rock Welch, Senior Regional Vice President |
| Meet with each site's Warden or designee | Transition Team Leaders |
| Communication with facility administration and current healthcare leadership | Centurion Transition Teams |
| Staff Retention and Recruitment | Dawn Sechrest, Physician Recruitment Manager<br>Mindy Halpern, Lead Allied Recruiter |
| Review/Revision/Approval of Centurion New Employee Orientation | Julie Buehler, Vice President of Clinical Operations, Medical<br>Sharen Barboza, PhD, CCHP-MH, Vice President of Clinical Operations, Mental Health<br>Lisa Denny, Sr. Vice President of Human Resources |
| Interface with current medical contractor | Centurion Vice President of Operations |
| Pharmacy transition plan; back-up pharmacies | Dr. Gregg Puffenberger, Vice President of Pharmacy Operations<br>Diamond Representative |
| Ancillary Services | Lisa Rossics, Director of Network Development and Maintenance |

Tab 2 – Scope of Work
Page 38


| Transition Activity | Centurion Contact |
|---|---|
| Network Development including offsite hospitals and specialty providers | Lisa Rossics, Director of Network Development and Maintenance |
| Arizona Health Care Cost Containment System (AHCCCS) transition and implementation activities | Keith Lueking, Chief Operating Officer |
| Information Technology – including establishing interfaces and testing schedules for current systems | Christie Nader, Vice President of Information Technology |
| Telehealth Equipment and Plans | Ethan Pinkert, Manager of Telehealth Systems |
| Review/Revision/Approval of Centurion Clinical Practice Guidelines and Disease Management Guidelines | Jeffrey Keller, MD, Chief Medical Officer |
| Review/Revision/Approval of Centurion Mental Health Clinical Guidelines and Psychiatric Treatment Guidelines | Sharen Barboza, PhD, CCHP-MH, Vice President of Clinical Operations |
| Review and implementation of Utilization Management Practices | Carrie Speers, Director of Medical Management |
| Review/Revision/Approval of Centurion CQI/Infection Control Approach | Karen Riley, RN, BSN, MBA, Corporate CQI Director  Brenda Sue Medley-Lane, RN, CCHP, Corporate Infection Prevention and Control Coordinator |
| Reporting | Centurion Vice President of Operations |
| Finance; rebate/discount/revenue calculation methodology | Grant Palmer, Sr. Vice President of Finance |

To address the anxiety, uncertainty, and even misinformation that can occur at the facility level in the weeks or months leading to contract startup, we will initiate a communication plan immediately after contract award. With prior ADC approval, we propose to initiate routine, ongoing communication with ASPC administration, HSCMB and ADC Central Office leadership, current staff, and ancillary care staff as soon as possible. If additional communications for ASPC administration and healthcare staff are needed during the course of the transition, Centurion will collaborate with the ADC for distribution of timely updates.

Centurion's proposed Transition Plan was developed based on RFP requirements, with multiple activities occurring simultaneously. In many transition task areas, we have already completed multiple steps *prior* to contract award. Our proposed Transition Plan is on the following pages.

Tab 2 – Scope of Work
Page 39


| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| **Transition Communication Plan** | | |
| - Identify and establish key contacts with ADC Health Services and key contacts at ASPCs | Contract Award notification | 1 - 5 days |
| - Establish initial meeting with key clients & Centurion leadership | Contract Award notification | 1 - 5 days |
| - Prepare welcome letter from President | Contract Award notification | 1 - 5 days |
| - Prepare schedule for site staff and facility administration visit | Contract Award notification | 1 - 5 days |
| - Obtain approval from client to distribute communication & site visit schedule | Contract Award notification | 1 - 5 days |
| - Provide information to client on Centurion HR/Transition introductory team meetings | Contract Award notification | 1 - 5 days |
| - Notify contracted vendors of transition timelines and discuss transition activities | Contract Award notification | 1 - 5 days |
| - Distribute information to transition team members & functional leads; set up initial transition internal kick off meeting | Contract Award notification | 1 - 5 days |
| | | |
| **Client Activities** | | |
|  - Schedule initial client meeting | Contract Award notification | 1 - 5 days |
|  - Establish ongoing status/transition meetings for transition period | Contract Award notification | 1 - 5 days |
|  - Establish transition priorities, issues with client | Contract Award notification | 1 - 5 days |
| | | |
| **Initial Site visit** | | |
| - Identify HR and clinical resources for site visit | Contract Award notification | 1 - 5 days |
| - Prepare/finalize materials for site visit | Contract Award notification | 1 - 5 days |
| - Identify facility contact information, travel information associated with site (airports, hotels, etc.) | Contract Award notification | 1 - 5 days |
| - Distribute materials for site visit and perform site visit team training conference | Contract Award notification | 1 - 5 days |
| - Provide clearance information to Sheriff's Office or designee for site tour staff | Contract Award notification | 1 - 5 days |
| - Discuss/obtain initial information regarding contracted ancillary providers and distribute to current healthcare staff and other Sheriff's Office designees | Contract Award notification | 1 - 5 days |
| | | |
| **Operations/Program Transition/Management** | | |
|  - Set schedule for Transition Operations/functional lead discussion/updates | Contract Award notification | 1 - 5 days |
|  - Meet with Transition Operations/functional leads to address questions/identify priorities | Contract Award notification | 1 - 5 days |
|  - Develop/finalize position control/staffing matrix | Contract Award notification | 1 - 5 days |

Tab 2 – Scope of Work
Page 40

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Develop/finalize pay scales | Contract Award notification | 1 - 5 days |
| - Finalize and submit shift differentials for applicable positions | Contract Award notification | 1 - 5 days |
| - Establish PDO policy for transitioning staff; initial 60 days | Contract Award notification | 1 - 5 days |
| - Finalize benefits flyer for site visit for incumbent candidates | Contract Award notification | 1 - 5 days |
| - Identify/begin development of on-call schedule for practitioner staff | Contract Award notification | 1 - 5 days and ongoing |
| - Distribute on-call schedule to client, sites for distribution/posting | Contract Award notification | 1 - 5 days and ongoing |
| | | |
| **Recruiting/Hiring/Retention/Current Employee Data/Incumbent Staff Coordination** | | |
| - Establish/Initiate hiring link for transitioning staff to submit application, required information | Contract Award notification | 1 - 5 days |
| - Obtain roster of incumbent employees with pay rates, FTE status from current vendor | Contract Award notification | 1 - 5 days |
| - Incumbent regional staff candidate screening, interview, offer determination | Contract Award notification | 1 - 5 days |
| - Initiate retention/recruitment of key positions | Contract Award notification | 1 - 5 days |
| - Identify/establish toll free number and email address for transition staff for Q/A | Contract Award notification | 1 - 5 days |
| - Determine/initiate offers for transitioning staff | Contract Award notification | 1 - 5 days |
| - Initiate credentialing for transitioning staff | Contract Award notification | 1 - 5 days |
| - Determine open positions; work with onsite healthcare administrator or designee to recruit/interview for open site positons | Contract Award notification | 1 - 5 days |
| - Confirm the County's security clearance process for new and/or transitioning personnel | Contract Award notification | 1 - 5 days |
| - Obtain copies of clearance forms and institute policy/process for submission | Contract Award notification | 1 - 5 days |
| - Identify/confirm additional County training requirements and obtain information on scheduling new employees; review and institute information, as applicable, at site | Contract Award notification | 1 - 5 days |
| | | |
| **Staffing/Scheduling** | | |
| - Discuss/define deadline with sites for completion of initial schedule post transition | Contract Award notification | 14 days and ongoing |
| - Review critical openings and work with recruiting to fill | Contract Award notification | 14 days and ongoing |
| - Identify any agency or locums needed | Contract Award notification | 14 days and ongoing |
| - Post schedule for site staff and provide to regional operations | Contract Award notification | 2 weeks prior to transition date |
| | | |
| **Pharmacy** | | |

Tab 2 – Scope of Work
Page 41

Arizona Department of Corrections
Inmate Correctional Healthcare 

| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Initiate applications for Pharmacy Permits including DEA, CDS licenses | Contract Award notification | 5 - 10 days |
| - Identify changes in service delivery if new pharmacy vendor/subcontractor | Contract Award notification | 5 - 10 days |
| - Verify and/or initiate approval for formulary if different than ADC current formulary | Contract Award notification | 5 - 10 days |
| - Identify current process for destruction of controlled medications | Contract Award notification | 5 - 10 days |
| - Identify/finalize process for non-formulary review with Centurion Statewide Medical Director and contracted pharmacy | Contract Award notification | 5 - 10 days |
| - Identify pharmacy consultants; obtain and distribute initial site visit scheduled to all facilities and Regional Operators | | 5 - 10 days |
| - Develop/distribute names, contact number for back-up pharmacies and process for obtaining meds | Contract Award notification | 5 - 10 days |
| - Discuss/review current procedure for Release/Discharge Meds | Contract Award notification | 5 - 10 days |
| - Develop/distribute stock medication lists | Contract Award notification | 5 - 10 days |
| - Complete inventory of current meds at time of transition for reporting/purchasing requirements | Contract Award notification | 5 - 10 days |
| - Determine medication cart/other equipment needs for each facility | Contract Award notification | 5 - 10 days |
| - Review nursing protocol meds and coordinate packaging/process with contracted pharmacy and sites | Contract Award notification | 5 - 10 days |
| - Review current stock order form for nurse protocol meds/modify as indicated; distribute to sites & educate on changes, if indicated | Contract Award notification | 5 - 10 days |
| | | |
| **Quality Improvement/Management** | | |
| - Corporate CQI Coordinator to initiate review of current QI activities | Contract Award notification | 10 - 14 days |
| - Corporate CQI coordinator to develop contract compliance indicators and distribute for discussion/review/finalization | Contract Award notification | 10 - 14 days |
| - Review current contract performance indicators and make recommendations for Quality Improvement Activities statewide | Contract Award notification | 10 - 14 days |
| - Request most recent client audits from HSCMB for review and consideration for Statewide plan | Contract Award notification | 10 - 14 days |
| - Schedule/orient Centurion Regional CQI nurse at contract transition | Contract Start Date | 5 days |
| | | |
| **Laboratory** | | |
| - Development of purchasing/ancillary services binder with all contracted vendors, contact numbers - provided to Centurion contract and site leadership | Contract Award notification | 10 -14 days |

Tab 2 – Scope of Work
Page 42

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Arrange site visits/contacts to review current equipment, as indicated, for current or new vendors | Contract Award notification | 5 - 7 days |
| - Identify routine and Stat lab pick up process | Contract Award notification | 5 - 7 days |
| - Identify/coordinate lab ordering and any changes to current process, if indicated | Contract Award notification | 14 days |
| - Identify CLIA waiver requirements & status of current CLIA waiver | Contract Award notification | 30 days |
| - File for new CLIA Waiver as indicated | Contract Award notification | 30 days |
| - Set up/provide training for onsite staff | Contract Award notification | 30 days |
| | | |
| **Radiology** | | |
| - Arrange site visits to review current equipment/mobile needs | Contract Award notification | 5 days |
| - Discuss/determine facility schedule for onsite services | Contract Award notification | 1 -5 days |
| - Discuss/identify/train staff on process for STAT x-ray capabilities | Contract Award notification | 5 days |
| - Verify/update radiology equipment licensing, as indicated | Contract Award notification | 10 days |
| - Contracted vendor to submit information for mobile providers, mobile provider staff for clearance/process of access to facility, as indicated | Contract Award notification | 10 days |
| - Identify current ultrasound capabilities; arrange vendor, identify/educate staff on process for scheduled or as needed services | Contract Award notification | 10 days |
| | | |
| **EKG** | | |
| - Identify current vendor and number of devices at each facility | Contract Award notification | 10 days |
| - Coordinate delivery and training for new devices | Contract Award notification | 10 days |
| - Coordinate line additions with Facility designee, if needed | Contract Award notification | 10 days |
| - Verify process for obtaining cardiology over read and educate staff on process, timelines for over read results | Contract Award notification | 10 days |
| | | |
| **Hearing Aids/ Audiology** | | |
| - Identify audiology vendor, current equipment/mobile equipment needed | Contract Award notification | 10 days |
| - Identify hearing aid vendor and process for ordering | Contract Award notification | 10 days |
| - Identify/document processes required for hearing aid or audiology testing completion | Contract Award notification | 10 days |

Tab 2 – Scope of Work
Page 43



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| **Other Ancillary Services** | | |
| - Oxygen Services - set up current providers, identify onsite tank needs, order/delivery | Contract Award notification | 10 days |
| - Medical Waste - set up contracts, coordinate with sites for pick up schedule, provide supplies as needed | Contract Award notification | 10 days |
| - Orthotics/Prosthetics - set up contracts, coordinate with vendor for approval process, coordinate with vendor for delivery/fitting | Contract Award notification | 10 days |
| - BiPAP, CPAP - set up contracts, coordinate with vendor for approval process, coordinate with vendor for delivery, setup post order | Contract Award notification | 10 days |
| | | |
| **Specialty Care - Onsite** | | |
| - Obtain current list of community offsite specialty clinics, frequency of visits, locations, volumes - provide to Ancillary Services Director | Prior to contract award | 30 days |
| - Verify ongoing contract for service, set up ongoing clinics post transition | Contract Award notification | 15 - 20 days |
| - Newly contracted community and/or onsite providers - provide contact information to site for coordination of onsite clinics, coordination of facility clearance | Contract Award notification | 15 - 20 days |
| | | |
| **Ambulance/Transportation** | | |
| - Identify current ambulance providers; verify ongoing services post transition | Contract Award notification | 15 - 20 days |
| - Identify site transport contacts | Contract Award notification | 15 - 20 days |
| - Meet with site transport contacts to validate process, frequency/numbers, etc., associated with ED/scheduled transport by ambulance and security vehicles | Contract Award notification | 15 - 20 days |
| | | |
| **Hospital/Specialty Care Network/Telehealth** | | |
| - Finalize contracts with primary hospitals and tertiary/ED sites | Contract Award notification | 15 - 20 days and ongoing |
| - Develop listing of contracted providers for sites | Contract Award notification | 15 - 20 days and ongoing |
| - Identify/contract with current specialty care providers | Contract Award notification | 15 - 20 days and ongoing |
| - Develop listing of Preferred providers by specialty; provide listing to site/regional scheduling staff with contact numbers | Contract Award notification | 15 - 20 days and ongoing |
| - Schedule meeting with primary hospital providers to identify/discuss transition | Contract Award notification | 15 - 20 days and ongoing |
| - Identify current telehealth equipment; recommend replacement as indicated | Contract Award notification | 15 - 20 days and ongoing |
| - Meet with ADC IT staff to determine technical requirements | Contract Award notification | 15 - 20 days and ongoing |

Tab 2 – Scope of Work
Page 44

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Identify current telehealth providers; initiate/confirm contracts and service delivery sites | Contract Award notification | 15 - 20 days and ongoing |
| - Establish policy and procedure; onsite program support personnel | Contract Award notification | 15 - 20 days and ongoing |
| - Provide sites with schedule/listing or telehealth providers for post transition | Contract Award notification | 15 - 20 days and ongoing |
| | | |
| **Claims Management** | | |
| - Obtain eligibility file and initiate load/set up into claim system | Contract Award notification | 30 days and ongoing |
| - Arrange initial and ongoing feed of eligibility file | Contract Award notification | 30 days and ongoing |
| - Arrange integration of Authorization plan | Contract Award notification | 30 days and ongoing |
| - Load new providers in system | Contract Award notification | 30 days and ongoing |
| - Set up Provider Data Management System | Contract Award notification | 30 days and ongoing |
| - Set up Check Run | Contract Award notification | 30 days and ongoing |
| - Review contract for pay classes and configure in system | Contract Award notification | 30 days and ongoing |
| - Review configuration after 30 days | Contract Award notification | 30 days and ongoing |
| - Set up/run claims reporting | Contract Award notification | 30 days and ongoing |
| | | |
| **UM/Medical Management** | | |
| - Arrange meeting with ADC health services, current vendor UM staff to determine current process, identify changes to process for transition | Contract Award notification | 10 days and ongoing |
| - Develop process/electronic or manual forms for use/implementation by site | Contract Award notification | 10 days and ongoing |
| - Develop process flow for specialty care review/authorization | Contract Award notification | 10 days and ongoing |
| - Develop process flow for Emergency Department referral; include forms and reporting training to sites | Contract Award notification | 10 days and ongoing |
| - Develop process flow for reporting Inpatient (planned/unplanned) hospitalization; include forms/reporting training to site | Contract Award notification | 10 days and ongoing |
| - Submit Physician Clinical Guidelines to client | Contract Award notification | 10 days and ongoing |
| - Submit UM business rules | Contract Award notification | 10 days and ongoing |
| - Hire/train Centurion – ADC UM staff | Contract Award notification | 10 days and ongoing |
| - Train Statewide Centurion Medical Director | Contract Award notification | 10 days and ongoing |
| - Train site providers on specialty referral request process including follow up for authorizations, alternative treatment plan (ATP) | Contract Award notification | 10 days and ongoing |

Tab 2 – Scope of Work
Page 45

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Develop/train staff on reporting requirements and mining of data | Contract Award notification | 10 days and ongoing |
|  |  |  |
| **Employee Orientation/Management Transition Meeting** |  |  |
| - Develop/finalize specific nursing services employee orientation program based on ADC/Centurion approved health services policies/procedure and site practices | Contract Award notification | 15 - 30 days and ongoing |
| - Initiate electronic completion of mandatory training for all Centurion staff for HIPAA, PREA, Confidentiality, Hazardous Communication, Bloodborne Pathogens and Infection Control | Contract Award notification | 15 - 30 days and ongoing |
| - Set up initial training for Centurion Statewide and Regional DON staff and Staff Development personnel and ASPC DON on employee orientation materials | Contract Award notification | 15 - 30 days and ongoing |
| - Set up schedule for additional training sessions for new/transitioning employees; identify participants and finalize location | Contract Award notification | 15 - 30 days and ongoing |
| - Identify Behavioral health site and management training needs | Contract Award notification | 15 - 30 days and ongoing |
| - Develop BH training materials, training calendar and distribute to regional/site personnel | Contract Award notification | 15 - 30 days and ongoing |
| - Perform telephonic and/or onsite training for BH staff | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date, location for Facility Health Administrator, DON transition meeting with corporate, ancillary service providers | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date, location for medical provider transition meeting, training post transition | Contract Award notification | 15 - 30 days and ongoing |
| - Develop/finalize agenda and participant list for transition meeting | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date for DON training post contract transition | Contract Award notification | 15 - 30 days and ongoing |
| - Identify date for Facility Health Administrator training post contract transition | Contract Award notification | 15 - 30 days and ongoing |
|  |  |  |
| **Finance/Accounting** |  |  |
| - Establish reporting and auditing requirements | Contract Award notification | 15 - 30 days and ongoing |
| - Determine billing and supporting ADC documentation requirements | Contract Award notification | 15 - 30 days and ongoing |
| - Identify/establish routine reporting requirements and timelines for submission | Contract Award notification | 15 - 30 days and ongoing |
| - Establish reconciliation and reporting methodology | Contract Award notification | 15 - 30 days and ongoing |
| - Obtain certificates and bonds as required and submit to client | Contract Award notification | Per requirements |
|  |  |  |
| **HR Data Collection and Data Entry** |  |  |
| - Prepare/finalize benefits flyer for HR/clinical site visits | Contract Award notification | 3 days |

Tab 2 – Scope of Work
Page 46


| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Initiate daily call with recruiting, HR and Operations | Contract Award notification | 2 days |
| - Identify incumbent staff currently on leave | Contract Award notification | 2 - 5 days |
| - Develop and initiate Online questionnaire for incumbent staff to initiate application process | Contract Award notification | 2 - 5 days |
| - Test questionnaire and email domain prior to go live with incumbent staff | Contract Award notification | 1 day |
| - Verify Position codes/titles and obtain job descriptions for positons; post to secure Centurion contract website for use by site | Contract Award notification | 5 – 7 days |
| - Set up Jobs, job classes, Departments, position management tools and Facilities in system based on approved staffing matrix | Contract Award notification | 5 – 7 days |
| - Identify need for temporary HR staff for transition support | Contract Award notification | 2 days |
| - Issue offer letters  (onboarding letter and new hire packet) electronically | Contract Award notification | 10 days |
| - Initiate daily report for recruiting/operations of filled positions by site | Contract Award notification | 3 days |
| - Prepare and run NPDBs on transitioning  staff | Contract Award notification | 5 days and ongoing |
| - Track copy of current/valid license, DEA, CPR | Contract Award notification | 5 days and ongoing |
| - Distribute and collect enrollment materials and obtain benefit confirmations | Contract Award notification | 10 days and ongoing |
|  |  |  |
| **Office Support Services** |  |  |
| - Identify regional office space; establish office furniture/build out, etc. needs and coordinate set up of office space | Contract Award notification | 15 days and ongoing |
| - Finalize regional and site team cell phone requirements; coordinate shipping to staff or regional office | Contract Award notification | 15 days and ongoing |
| - Finalize copier/printer needs; coordinate delivery and set up | Contract Award notification | 10 days |
| - Establish office supply accounts for regional office/sites; distribute user ID, coordinate training on electronic ordering | Contract Award notification | 10 days |
| - Establish Express Mail accounts; distribute contract/ordering information to regional office/sites | Contract Award notification | 10 days |
| - Establish Language line account for all sites; distribute account and access information to site | Contract Award notification | 10 days |
| - Establish medical forms account with ADC | Contract Award notification | 10 days |
|  |  |  |
| **Information Technology** |  |  |
| - Build web page on intranet portal - create contract specific document library for transition materials, approved policy/procedure, physician and nursing protocols | Contract Award notification | 15 days and ongoing |
| - Arrange meeting with ADC IT | Contract Award notification | 2 days |

Tab 2 – Scope of Work
Page 47

Case 2:12-cv-00601-ROS   Document 3187-1   Filed 03/18/19   Page 14 of 15

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Arrange meeting with current vendor IT | Contract Award notification | 2 days |
| - Generate IT transition plan | Contract Award notification | 2 - 3 days |
| - Determine facility infrastructure and connectivity assessment | Contract Award notification | 10 days and ongoing |
| - Determine ability to transfer ownership of current line from current vendor to Centurion | Contract Award notification | 10 days and ongoing |
| - Establish facility telephone lines | Contract Award notification | Dependent on IT and contractor |
| - Determine KRONOS clock requirements; transfer current lines from vendor if available | Contract Award notification | per site review |
| - Determine software requirements for purchase | Contract Award notification | per site review |
| - Determine/implement interfaces | Contract Award notification | 30 days and ongoing |
| - Determine client computer specifications; determine additional email and other system accounts needed | Contract Award notification | 10 days and ongoing |
| - Deploy computers in facilities as applicable | upon contract transition | 10 – 15 days |
| - Migration of PC's, networks and firewall installations | upon contract transition | 10 – 15 days |
| - Verify operations of site PC's, networks | upon contract transition | 10 – 15 days |
| - Administer end-user access to applications and provide end-user training as indicated | upon contract transition | 10 – 15 days |
| - Distribute IT policies and procedures | upon contract transition | 10 – 15 days |
|  |  |  |
| **E.H.R Transition** |  |  |
| - Arrange meeting with current E.H.R vendor and ADC | Contract Award notification | 2 days |
| - Identify E.H.R transition project lead/liaison | Prior to contract award | 1 day |
| - Determine/obtain transition plan from E.H.R vendor (Marquis) | Contract Award notification | 5 - 10 days |
|  |  |  |
| **Payroll Implementation** |  |  |
| - Identify State and Local Tax requirements | Prior to contract award | 2 - 3 days |
| - Complete shift premium survey and specify shift details | Contract Award notification | 5 days |
| - Work with operations to determine pay schedules by job class/type | Contract Award notification | 5 days |
| - Identify/finalize special pay arrangements | Contract Award notification | 5 days and ongoing |
| - Perform KRONOS set up including pay rules, translation tables, user access, queries | Contract Award notification | 3 -5 days |
| - KRONOS licensure requirements - identify timecard approval and sign off | Contract Award notification | 3 -5 days |

Tab 2 – Scope of Work
Page 48

Arizona Department of Corrections
Inmate Correctional Healthcare



| Transition Component | Start Date/Timeline | Duration of Activity and/or Timeline for Activity to be Initiated |
|---|---|---|
| - Identify and establish closing and reporting schedules | Contract Award notification | 3 -5 days |
| - Identify site KRONOS users; set up accounts | Contract Award notification | 15 days and ongoing |
| - Perform training for new end users at regional/site level | Contract Award notification | Beginning July 1, 2019 |
| - Identify/provide to site employee badges for initiation with transitioning staff | Contract Award notification | 3 – 7 days prior to transition date |

Tab 2 – Scope of Work
Page 49