THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 54
(Rule Number/Section)

Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 9th Cir. 18-17351 |
| --- | --- |
| v. | D.C. 2:12 CV601-ROS |
| Ryan, et al. | alleged obstruction of Justice by AZ. State Bd. of Nursing |
| v. | in support of motion for sanctions. Supplement #12 |
| Cohn, Pro Se | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class plaintiff, advocate, appellant in the above captioned case respectfully notify this honorable court of alleged obstruction of justice by Joey Ridenour, Exec. Dir. of the AZ. State Bd. of Nursing. It strains credibility that nurses accused of homicide should not be investigated by the State Bd. of Nursing standards, inter alia. I also complained about retaliations per ADA Title II & ARS§41-1492.10 as before this court. Please see the attached letter to Ridenour, etc.

Respectfully submitted,

Michael J. Cohn, Ed.D., Pro Se.         Date: 3/8/19
Dr. Michael J. Cohn
   Advocacy, Education, Expert Witness      copies to: on 3/12/19
Original mailed to:   on: 3/12/19          - Attorney General
Clerk of the U.S. Dist. Ct.                1275 W. Washington
401 W. Washington #130-SPC-1               Phoenix, AZ 85007
Phoenix, AZ 85003                          - Prison Law Ofc.
                                           General Delivery
                                           San Quentin, CA 94964



**Doug Ducey**
Governor

**Joey Ridenour**
Executive Director

## *Arizona State Board of Nursing*

1740 West Adams Street, Suite 2000
Phoenix, AZ 85007-2607
**Phone (602) 771-7800**
Secure E-mail: https://www.virtru.com/secure-email/
Home Page: http://www.azbn.gov

February 27, 2019

Michael J. Cohn #299821
ASPC Tucson/Manzanita 3A3L
P. O. Box 24401
Tucson, AZ 85724-4401

      **RE:    Complaints received January 9, & January 31, 2019**

Dear Mr. Cohn:

The Arizona State Board of Nursing (Board) received your complaint. After careful review I am unable to establish any potential violation of the Nurse Practice Act (NPA). Without allegations that support a potential violation of the NPA, the Board has no jurisdiction.

The Board has jurisdiction to investigate complaints regarding violations of the Nurse Practice Act. The allegations you have presented do not fall within the scope of issues that the Board is authorized to investigate.

Thank you for bringing possible violations of the Nurse Practice Act to our attention. If you have any questions or concerns please feel free to contact Dolores Hurtado, Senior Investigator at (602) 771-7845.

Sincerely,

*Joey Ridenour RN MN FAAN*

Joey Ridenour, R.N., M.N., F.A.A.N.
Executive Director

JR:dh

cc: file

Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A32
P.O. Box 24401
Tucson, AZ 85734-4401

3/8/19

Joey Ridenour, Exec. Dir.
AZ. State Board of Nursing
1740 W. Adams St. #2000
Phoenix, AZ 85007-2607

Re: Complaints dated 1/9/19 and 1/31/19

Director Ridenour:

- Thank you very much for reviewing my complaints. I understand that you did not discover violations of the (NPA) and therefore your office does not have jurisdiction in those matters. Of course, I will do my due diligence and review the NPA. I will rewrite my complaints, if appropriate, to be in accord with the NPA.

- I do respectfully have a request. Since it seems your office does not have jurisdiction and in accord with the ANA code of Ethics (2017), provisions 1-9, I would appreciate it if you forward both complaints to the Attorney General's Office and the Pima County Attorney's Office. I'm sure you and your Board would agree that nurses accused of such serious violations should not be involved in patient care until they are cleared by thorough law enforcement investigations. It is incumbent on all of us professionals to

4

vigilantly police our professions, would you not agree?

- I will also file complaints with the ANA and AzNA for the sake of thoroughness.
- I suggest that in the future, that Mrs. Hurtado in her initial response to complaint inquiries, notify the complainant that the complaint must be in accord with the NPA. The statute citation should be included. I am now burdened unnecessarily with additional diligence. I'm sure this is just an oversight and not intentional obstruction. At least I hope so.
- Perhaps you are aware that Centurion Health of Az. will replace Corizon Health as the medical care vendor for ADC on July 1, 2019. We are in hopes that the death rate will decline from one inmate death per week due to medical neglect. Another way to say this is that some 40% of inmate deaths are caused by or significantly contributed to by medical staff. 2:12 CV 601-ROS doc. 2898; Parsons v. Ryan v. Cohn (9th Cir. 18-17351, 2018). We also hope Centurion Health will obtain local business licenses, something it appears Corizon has failed to do. It seems all nurses employed by Corizon Health are working for a fraudulent compact, defrauding taxpayers as well as inmates. Perhaps the Board would like to protect nurses by writing an amicus brief in favor of a criminal investigation of Corizon. If so, the address for the 9th circuit Ct. of Appeals is P.O. Box 193939, San Francisco, CA 94119. I expect a hearing in mid-April. The case # is 18-17351.

    Thank you again for reviewing my complaints.

    *Michael J. Cohn, Ed.D.* (advocacy, education, Expert Witness)

Dr. Michael J. Cohn

cc: Judge Silver, A.G., Prison Law Office

Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

3/10/19

Constituent Services
Ofc. of the Governor
1700 W. Washington
Phoenix, AZ 85007

Re: Obstruction of Justice

CS:

As expected, the AZ. State Bd. of Nursing shirks responsibility for investigating "unprofessional conduct of nurses." (attached). Even if ASBN does not have jurisdiction as Dir. Ridenour states, my complaints should have immediately been forwarded to the A.G. and the Pima Co. Attorney. Protection of the Public is any Board of Standard's primary obligation. Inmates are the public and most will be released and returned to the community, preferably in a state of health.

I will rewrite my complaints, yet I believe the proper step at this point is a directive from the Governor's office to investigate my complaints. The Nursing Board should not get a pass for being irresponsible.

With Respect,

Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn