THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiV 5.4  7.1(a)(1)
(Rule Number/Section)

CV-12-00601-PHX-ROS

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 18 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___kmp___ DEPUTY

5 MARCH 2019

TO ROSLYN-SILVER

ADC DIRECTOR RYAN IS STILL HAVING ME HARASSED AND RETALIATED AGAINST FOR COMPLAINING ABOUT NO HEALTH CARE

AND THROWING AWAY MY MAIL TO THE COURT AND STEALING MY LEGAL FILES

CAN YOU DO SOMETHING ABOUT THIS CONSTANT RETALIATION AND HARASSMENT FOR COMPLAINING ABOUT NO HEALTH CARE

THANK YOU Kemp

KEMP-HORTON-202496
POBOX-8200
FLORENCE-AZ
85132