1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
5  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
6  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
7  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
8  **SIGNATURE PAGE]**

9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability Law*
13
   **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
14

15                    UNITED STATES DISTRICT COURT

16                          DISTRICT OF ARIZONA

| | |
|---|---|
| 17  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>                    Plaintiffs, <br>       v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>                    Defendants. | No. CV 12-00601-PHX-ROS <br><br> **JOINT SUBMISSION OF UPDATED PLAN BY THE COURT'S RULE 706 EXPERT, DR. MARC STERN** |

The parties jointly submit this Statement to the Court on behalf of the Court's expert Dr. Stern, to supplement the January 18, 2019 report to the Court. [Doc. 3111]. Dr. Stern's update is attached hereto as Exhibit 1.

Dated: March 25, 2019

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **PRISON LAW OFFICE** |
| By: s/ Daniel P. Struck (*with permission*)<br>   Daniel P. Struck<br>   Rachel Love<br>   Timothy J. Bojanowski<br>   Nicholas D. Acedo<br>   Ashlee B. Hesman<br>   Jacob B. Lee<br>   Timothy M. Ray<br>   Richard M. Valenti<br>   Jamie D. Guzman<br>**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**<br>3100 W. Ray Road, Ste. 300<br>Chandler, AZ  85226 | By:   s/ Corene Kendrick<br>   Donald Specter (Cal. 83925)*<br>   Alison Hardy (Cal. 135966)*<br>   Sara Norman (Cal. 189536)*<br>   Corene Kendrick (Cal. 226642)*<br>   Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone:  (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>           ahardy@prisonlaw.com<br>           snorman@prisonlaw.com<br>           ckendrick@prisonlaw.com<br>           rlomio@prisonlaw.com |
| | *Admitted *pro hac vice* |
| Michael E. Gottfried<br>Lucy M. Rand<br>**OFFICE OF THE ARIZONA ATTORNEY GENERAL** 2005 N. Central Avenue<br>Phoenix, AZ  85004-1592<br><br>*Attorneys for Defendants* | David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>Victoria Lopez (Ill. 6275388)*<br>Ryan Kendall (Cal. 324714)*<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone:  (202) 548-6603<br>Email:   dfathi@aclu.org<br>           afettig@aclu.org<br>           vlopez@aclu.org<br>           rkendall@aclu.org |
| | *Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice* |
| | Kathleen E. Brody (Bar No. 026331)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854<br>Email:   kbrody@acluaz.org |

|   |   |
|---|---|
| 1 |   |
| 2 | Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:  dbarr@perkinscoie.com<br>           agerlicher@perkinscoie.com<br>           jhgray@perkinscoie.com |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email:   cnmitchell@jonesday.com

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email:   jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Maya Abela

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

1
2
3
4
5

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick