Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE TO THE COURT PURSUANT TO LOCAL RULES OF CIVIL PROCEDURE, RULE 7.2(n)** |

On March 11, 2019, Plaintiffs filed a Notice, pursuant to Local Rule of Civil Procedure 7.2(n), advising the Court that four matters have been pending for more than 180 days. All four matters stem from orders the Court entered on June 22, 2018. (Dkts. 2898, 2902, 2904.) Defendants have appealed each of these Orders (Dkts. 2935, 2936, 2937), and have also moved the Ninth Circuit to stay each one. *See* No. 18-16358, Doc. 15-1; No. 18-16365, Doc. 11-1; No. 18-16368, Doc. 12-1. The motions to stay are still

1   pending.  If the Court would like Defendants to file a substantive response to the contents
2   of Plaintiffs' Notice, Defendants will do so.
3         DATED this 25th day of March, 2019.

                                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                                              By /s/Daniel P. Struck
                                                  Daniel P. Struck
                                                  Rachel Love
                                                  Timothy J. Bojanowski
                                                  Nicholas D. Acedo
                                                  3100 West Ray Road, Suite 300
                                                  Chandler, Arizona  85226

                                                  Office of the Arizona Attorney General
                                                  Michael E. Gottfried
                                                  Assistant Attorney General
                                                  2005 N. Central Avenue
                                                  Phoenix, Arizona 85004-1592

                                              *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |
| Ryan M. Kendall: | rkendall@aclu.org; ryankendall@ucla.edu |

///
///
///
///

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck