FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 22 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-12-00601-PHX-ROS

ADC DIRECTOR RYAN HAS ~~HAS AL~~ ORDERED STAFF TO HARASS-ABUSE-STEAL FROM ME AND REFUSE TO PROVIDE ME FOOD FOR YEARS TO RETALIATE AGAINST ME AND PUNNISH ME FOR COMPLAINING ABOUT NO HEALTH CARE ADC DIRECTOR RYAN EVAN FALSIFIED MY MEDICAL RECORDS TO JUSTIFY REFUSING ME MEDICAL CARE AND TODAY TUE 19 MARCH 2019 ADC STAFF AGAIN REFUSED TO PROVIDE ME THE FOOD I AM REQUIRED TO BE PROVIDED ADC DIRECTOR RYAN ALSO ORDERS STAFF TO STEAL MY NOTES AND LEGAL MATERIAL I KEEP TO DOCUMENT THE CONSTANT HARASSMENT AND RETALIATION ORDERED BY ADC RYAN FOR STAFF TO DO TO ME - THE LAST MASSIVE THEFT OF MY LEGAL MATERIAL WAS 15-JUNE-2018 CAN YOU HELP ME GET THE FOOD I NEVER GET