# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TERMINATE MONITORING AND REPORTING OF MAXIMUM CUSTODY PERFORMANCE MEASURES 1 THROUGH 8 (DOC. 3108)** |

The Court, having reviewed the Second Stipulation for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3108), and finding good cause, hereby GRANTS the Stipulation.

Defendants shall have up to and including April 10, 2019 to file their Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3108).