# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court, having reviewed the Second Stipulation for Extension of Time to File Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3198), and good cause appearing,

**IT IS ORDERED** the Second Stipulation (Doc. 3198) is **GRANTED**. Defendants shall have up to and including **April 10, 2019** to file their Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3108).

Dated this 8th day of April, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge