Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT RE DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO TERMINATE MONITORING AND REPORTING OF MAXIMUM CUSTODY PERFORMANCE MEASURES 1 THROUGH 8** |

Pursuant to LRCiv 7.2(e)(2), Defendants respectfully request the Court's permission to exceed the 11-page limitation applicable to reply memoranda and accept the filing of Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 ("Reply"), the text of which is approximately 77 pages exclusive of the caption.

With the Court's permission, Plaintiffs filed a Response that exceeded the page limit. (Doc. 3176.) Plaintiffs sought those additional pages because of the "nature of the filing, the length of time being considered, the complexity of the monitoring system and its procedural history, and the nuances of the underlying facts," as well as the need to "provide context" for the issues raised by Defendants' Motion. (Doc. 3156 at 2.)

In addition to their Response, Plaintiffs filed a number of exhibits and declarations. These included a total of 22 declarations and 38 exhibits (18 of which were inmate declarations). These declarations raised numerous allegations about various aspects of the maximum custody monitoring process. To investigate the validity of these allegations, Defendants conducted an exhaustive review of voluminous records related to the monitoring of the Maximum Custody Performance Measures, including the Maximum Custody Notebooks for the November 2016 to October 2018 monitoring period. The voluminous extra pages that Defendants request are necessary to enable Defendants to provide the Court with a thorough understanding of Defendants' findings and to respond to each of Plaintiffs' arguments and voluminous exhibits.

Defendants have streamlined the Motion and reduced its size to the extent possible. Further excision, however, would hamper Defendants' ability to fully present their arguments. Defendants' proposed filing is being lodged concurrently with the filing of this Motion. The Reply as presented will substantially aid the Court in understanding the record and evaluating the issues. Defendants, therefore, request leave to exceed the page limitation by 66 pages.

DATED this 10th day of April, 2019.

        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

        By /s/Rachel Love
            Daniel P. Struck
            Rachel Love
            Timothy J. Bojanowski
            3100 West Ray Road, Suite 300
            Chandler, Arizona  85226

            Arizona Attorney General Mark Brnovich
            Office of the Attorney General
            Michael E. Gottfried
            Assistant Attorneys General
            15 South 15th Avenue
            Phoenix, Arizona 85007

        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Caroline N. Mitchell: | cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| John Laurens Wilkes: | jlwilkes@jonesday.com, dkkerr@jonesday.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Victoria Lopez: | vlopez@aclu.org |
| Ryan M. Kendall: | rkendall@aclu.org; ryankendall@ucla.edu |

///

///

///

///

4

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love