**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                    Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                    Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

The Court, having reviewed Defendants' Motion for Leave to File under Seal, and good cause appearing,

IT IS ORDERED that the Motion for Leave to File under Seal is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal:

Defendants' unredacted Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8.

Exhibit 1 to Defendants' Reply, the un-redacted Declaration of Richard M. Valenti.

Exhibit 2 to Defendants' Reply, the un-redacted Declaration of Joseph Bendel and Exhibits 1-26 to his Declaration.

Exhibits 3-37 to Defendants' Reply, Count Lists, Substitution Memoranda, and Count Sheets.

Exhibits 1 through 3 to the Declaration of Christopher Knight, which is Exhibit 38 to Defendants' Reply.

Exhibit 39 to Defendants' Reply, Out-of-Cell Tracking forms with inmate refusal signatures.

Exhibit 40 to Defendants' Reply, the un-redacted Declaration of Taijh Riley and Exhibits 1-4 to his Declaration.