ARIZONA STATE PRISON
KEMP HORTON 202446
PO BOX-8200
FLORENCE AZ
85132

TO - JUDGE - ROSLYN - SILVER
US DISTRICT COURT OF ARIZONA
401 - W - WASHINGTON - ST
PHX AZ
85003 - 0001

LEGAL MAIL

CV-12-00601-PHX-ROS

SUN - 7 - APRIL - 2019
ADC DIRECTOR RYAN IS CONSTANTLY
HAVING ME ASSAULTED - ABUSED AND
HARASSED FOR COMPLAINING ABOUT
NO HEALTH CARE
PLEASE ENFORCE THE COURTS RULING
ORDERING ADC RYAN TO STOP RETALIATING
AGAINST INMATES FOR COMPLAINING
ABOUT NO HEALTH CARE

PLEASE HELP ME AND OTHERS
WE ARE TIRED OF THE CONSTANT
RETALIATION FOR COMPLAINING ABOUT
NO HEALTH CARE

ARIZONA STATE PRISON
KENT HORTON PHOENIX AZ 852
PO BOX-8200
FLORENCE AZ 25 APR 2019 PM 3
85132

#2

TO-JUDGE-ROSLYN-SILVER
US DISTRICT COURT OF ARIZONA
401 W WASHINGTON ST
PHX-AZ
85003-0001

59

LEGAL MAIL

CV-12-00601-PHX-ROS

THE PRISON IS REFUSING TO PROVIDE ME REC AND THE PRISON IS ALLOWING COZTITA TO ASSAULT ABUSE AND HARASS ME FOR COMPLAINING ABOUT NO HEALTH CARE I HAVE FILED MULTIPLE ASSAULT COMPLAINTS AGAINST COZTITA BUT THE PRISON CONTINUES TO ALLOW COZPITA TO COME AROUND AND ASSAULT ABUSE AND HARASS ME

RETALIATION AGAINST INMATES FOR COMPLAINING ABOUT NO HEALTH CARE IS "STANDARD" AT ADC AND ONGOING TO THIS DAY PLEASE HELP AND ENFORCE THE COURTS NO RETALIATION RULING