# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Class member Matthew Christensen filed a Request for Preliminary Injunction against Arizona Department of Corrections Director Charles Ryan and Corizon Health Services in which he alleges that he underwent surgery for testicular cancer but has not received the necessary follow-up care, chemotherapy, or pain medication that was ordered by the specialist. Further, despite substantial swelling and pain at the surgical site, Plaintiff was told to "deal with it."

As explained in the Court's January 29, 2019 Order (Doc. 3125), to facilitate adjudication of Mr. Christensen's allegations, the Court will direct the Clerk of Court to open the Request as a new civil action (Doc. 3207).

**IT IS THEREFORE ORDERED** that the Request for Preliminary Injunction filed at Doc. 3207 must be opened as a new civil action.

>>

>>

>>

**IT IS FURTHER ORDERED** the Request for Preliminary Injunction (Doc. 3207) is **DENIED WITHOUT PREJUDICE**.

Dated this 12th day of April, 2019.

_____
Honorable Roslyn O. Silver
Senior United States District Judge