IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court, having reviewed Defendants' Motion for Leave to Exceed Page Limit Re: Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8 (Doc. 3202), and good cause appearing,

**IT IS ORDERED** the Motion for Leave to Exceed the Page Limit (Doc. 3202) is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk's Office to accept and file Defendants' lodged proposed Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8.

\>\>

\>\>

\>\>

\>\>

1   Dated this 11th day of April, 2019.

_____
Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -