IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court, having reviewed Defendants' Motion for Leave to File under Seal (Doc. 3204), and good cause appearing,

**IT IS ORDERED** the Motion for Leave to File under Seal (Doc. 3204) is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file Doc. 3205 under seal.

**IT IS FURTHER ORDERED** Defendants' Motion to Accept Defendants' Lodged Reply (Doc. 3208) is **GRANTED.**

Dated this 11th day of April, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge