Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' REQUEST FOR APPOINTMENT OF A MAGISTRATE JUDGE AS MEDIATOR** |

| | |
|---|---|
| 1 | The parties' Stipulation originally called for Magistrate Judge John Buttrick to serve as a mediator in this matter. [Doc. 1185 ¶ 31] The Stipulation states that "[i]n the event that Magistrate Judge Buttrick is no longer available to mediate disputes in this case, the parties shall jointly request the assignment of another Magistrate Judge, or if the parties are unable to agree, the District Judge shall appoint a Magistrate Judge." [*Id.*] On August 19, 2016, pursuant to the parties' joint stipulation, this Court appointed Magistrate Judge Bridget Bade to take over for Judge Buttrick as a mediator in the above-captioned matter. [Doc. 1666 at 1] |

On March 25, 2019, Judge Bade's appointment to the Ninth Circuit was confirmed by the U.S. Senate, and therefore she can no longer serve as a mediator in this case. Plaintiffs have several matters regarding alleged noncompliance with the Stipulation on which they have met and conferred fully with Defendants, and which now require mediation prior to bringing an enforcement motion with the Court, pursuant to Paragraphs 30 and 31 of the Stipulation.

Counsel for Plaintiffs requested that Defendants' counsel meet so that the parties could identify a Magistrate Judge that they could jointly request be appointed as a mediator. Defendants declined to do so, and Defendants declined to join this Motion.

Therefore, pursuant to Paragraph 31 of the Stipulation, Plaintiffs request that this Court appoint a new Magistrate Judge to serve as a mediator in this case.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: April 15, 2019 | **PRISON LAW OFFICE** |
| 3 | | By: s/ Corene Kendrick |

         Donald Specter (Cal. 83925)*
         Alison Hardy (Cal. 135966)*
         Sara Norman (Cal. 189536)*
         Corene Kendrick (Cal. 226642)*
         Rita K. Lomio (Cal. 254501)*
         1917 Fifth Street
         Berkeley, California 94710
         Telephone: (510) 280-2621
         Email:   dspecter@prisonlaw.com
                    ahardy@prisonlaw.com
                    snorman@prisonlaw.com
                    ckendrick@prisonlaw.com
                    rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Victoria Lopez (Ill. 6275388)*
Ryan Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
           afettig@aclu.org
           vlopez@aclu.org
           rkendall@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Caroline Mitchell (Cal. 143124)*
**JONES DAY**
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 875-5712
Email: cnmitchell@jonesday.com

*Admitted *pro hac vice*

John Laurens Wilkes (Tex. 24053548)*
**JONES DAY**
717 Texas Street
Houston, Texas 77002
Telephone: (832) 239-3939
Email: jlwilkes@jonesday.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
 Rose A. Daly-Rooney (Bar No. 015690)
 J.J. Rico (Bar No. 021292)
 Maya Abela (Bar No. 027232)
 177 North Church Avenue, Suite 800
 Tucson, Arizona 85701
 Telephone: (520) 327-9547
 Email: rdalyrooney@azdisabilitylaw.org
 jrico@azdisabilitylaw.org
 mabela@azdisabilitylaw.org

 Asim Dietrich (Bar No. 027927)
 5025 East Washington St., Ste. 202
 Phoenix, Arizona 85034
 Telephone: (602) 274-6287
 Email: adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick