Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-DKD<br><br><br>**NOTICE OF ERRATA AND REQUEST TO REMOVE DOCS. 3203 AND 3211 FROM THE DOCKET** |

Defendants inadvertently failed to redact a class member's name from two of the pages of Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Maximum Custody Performance Measures 1 through 8, which was filed publicly at Docs. 3203 and 3211 and with this Notice are refiling an amended/redacted Reply.

Defendants respectfully request this Court remove Docs. 3203 and 3211 from the public docket so as to protect the identity of the two class members whose names were

1    inadvertently left unredacted.  Plaintiffs' counsel are aware of the two specific amended

2    redactions, as Plaintiffs' counsel brought these missed redactions to undersigned counsel's

3    attention this same date.

4              DATED this 16th day of April 2019.

5                                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC

6

7                                              By /s/Rachel Love
                                                  Daniel P. Struck
8                                                  Rachel Love
                                                  Timothy J. Bojanowski
9                                                  Nicholas D. Acedo
                                                  3100 West Ray Road, Suite 300
10                                                 Chandler, Arizona  85226

11                                                 Office of the Arizona Attorney General
                                                  Michael E. Gottfried
12                                                 Assistant Attorney General
                                                  2005 N. Central Avenue
13                                                 Phoenix, Arizona 85004-1592

14                                                 *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          1

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on April 16, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3

4

Alison Hardy:                ahardy@prisonlaw.com

5

Amelia M. Gerlicher:     agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

6

7

Amy B. Fettig:             afettig@npp-aclu.org

8

Asim Dietrich:            adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

9

Caroline N. Mitchell:     cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

10

11

Corene T. Kendrick:      ckendrick@prisonlaw.com; edegraff@prisonlaw.com

12

Daniel Clayton Barr:      DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

13

David Cyrus Fathi:       dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

14

Donald Specter:          dspecter@prisonlaw.com

15

Jessica Pari Jansepar Ross:   jross@azdisabilitylaw.org

16

John Howard Gray:       jhgray@perkinscoie.com; slawson@perkinscoie.com

17

John Laurens Wilkes:     jlwilkes@jonesday.com, dkkerr@jonesday.com

18

Jose de Jesus Rico:       jrico@azdisabilitylaw.org

19

Kathleen E. Brody       kbrody@acluaz.org

20

Maya Abela              mabela@azdisabilitylaw.org

21

Rose Daly-Rooney:       rdalyrooney@azdisabilitylaw.org

22

Sara Norman:              snorman@prisonlaw.com

23

Rita K. Lomio:            rlomio@prisonlaw.com

24

Ryan M. Kendall:        rkendall@aclu.org; ryankendall@ucla.edu

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love