Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR APPOINTMENT OF A MAGISTRATE JUDGE AS MEDIATOR (Doc. 3213)** |

Defendants Ryan and Pratt agree that a new magistrate judge must be appointed to mediate disputes in accordance with Paragraph 31 of the Stipulation.  However, the selection must be randomly made by the Clerk of the Court, in accordance with Local Rules 3.7, 72.1, and 73.1.  These Rules require the Clerk to assign or refer a civil case, including duties under 28 U.S.C. §§ 636(b) and (c), to a magistrate judge by random automated selection.  *See* LRCiv  3.7(a),  3.7(b),  72.1(a),  72.1(b),  73.1(d).  Therefore,

Defendants respectfully request the Court enter an order directing the Clerk to randomly select a magistrate judge to resume the duties formerly carried out by Magistrate Judge Bridget Bade.

DATED this 16th day of April, 2019.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

Office of the Arizona Attorney General
Michael E. Gottfried
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

    I hereby certify that on April 16, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3

4

Alison Hardy:            ahardy@prisonlaw.com

5

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

6

7

Amy B. Fettig:         afettig@npp-aclu.org

8

Asim Dietrich:         adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

9

Caroline N. Mitchell:    cnmitchell@jonesday.com; mlandsborough@jonesday.com; nbreen@jonesday.com

10

11

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

12

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

13

David Cyrus Fathi:    dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

14

Donald Specter:      dspecter@prisonlaw.com

15

John Howard Gray:    jhgray@perkinscoie.com; slawson@perkinscoie.com

16

John Laurens Wilkes:    jlwilkes@jonesday.com, dkkerr@jonesday.com

17

Jose de Jesus Rico:    jrico@azdisabilitylaw.org

18

Kathleen E. Brody     kbrody@acluaz.org

19

Maya Abela           mabela@azdisabilitylaw.org

20

Rose Daly-Rooney:    rdalyrooney@azdisabilitylaw.org

21

Sara Norman:         snorman@prisonlaw.com

22

Rita K. Lomio:         rlomio@prisonlaw.com

23

Victoria Lopez:        vlopez@aclu.org

24

Ryan M. Kendall:     rkendall@aclu.org; ryankendall@ucla.edu

25

/ / /

26

/ / /

27

/ / /

28

/ / /

     I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love