Jonathik Aguilar ADC#164186
AYSPC-Lewis, Rast Max Unit
P.O. Box 3600, Buckeye, AZ 85326

United States District Court
District Of Arizona

| | |
|---|---|
| Victor Parsons, Plaintiff, | Case No. 12-CV-0601 PHX (DIS) |
| v. | Notice Of Service |
| Charles L. Ryan et. al., Defendants. | |

On or about March 24, 2019, the following documents were mailed/delivered to defendants Ryan and Corizon.

~ Notice of Non-Compliance (DI 326)

Respectfully Submitted this 16th day of April 2019.

Under Penalty of Perjury
Jonathik Aguilar ADC#164186

(1 of 13)



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

For distribution: Copy of corresponding Inmate Letter must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| AGUILAR | 164186 |

| INSTITUTION/UNIT |
|---|
| ASPC LEWIS / RAST |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| COIII KOZORA | 4C5-15 |

THIS INMATE LETTER IS TO INFORM YOU THAT YOUR INFORMAL COMPLAINT DIRECTED TO MEDICAL WAS RECEIVED ON 3/4/2019 AND SENT TO ERICA JOHNSON WITH CORIZON ON 3/4/2019.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | 3/4/2019 |

Distribution: Original – Master File
Copy - Inmate

916-2(e)
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Aguilar Jonathan | 164186 | Lewis / East Max | 03/01/2010 |

| TO | LOCATION |
|---|---|
| whom it may concern | Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following medical problem: First and foremost, please allow me to apologize in advance if the following comes across as a threat or some kind of manipulation. those are not my intentions, its a very dreadful cautionary notice but most importantly an outcry for medical treatment.

So to whom it may concern at Corizon: Please be advised that I was diagnosed with the hepatitis-C virus nearly two decades ago, I have submitted numerous HNR's requesting the hep-C treatment, to no avail. My symptoms are starting to make me feel as if I don't have much time left on this liver, the pain has become intolerable. I was recently sent to the hospital via ambulance with a misdiagnosed "ruptured appendix" the pain was coming from my liver!

I refuse to become an addict and will no longer self-medicate just to help mitigate this severe pain I am having to endure due to Corizons medical negligence and deliberate indifference. this pain is so bad that I've even contemplated ending my life but ended up voluntarily admitting myself into the watch pod a couple of times within the last few months to prevent myself from committing such an unfortunate act... (trust me, I know myself).

I hereby hold Corizon and any division of health services of ADC fully and directly responsible of such act should I ever determine and succeed in putting an end to this cruel and unusual punishment. Maybe, just maybe my ultimate sacrifice will help bring medical changes, policies and protocols but above all... helps save the lives of those in desperate need of their Hep-C treatment. Again, not a threat nor a bluff. You're on notice Corizon!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Tony Aguilar | 03/01/2010 |

Have you discussed this with institution staff?  ☑ Yes  ☐ No

If yes, give the staff member name: too many to list!



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**    *(1 of 2.)*

| RECEIVED BY |
|---|
| KLW1. 4729 |
| **TITLE** LT |

| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|
| 4729 | 3-24-19 |

Note:   You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Aguilar Constant | 264186 | 03/23/19 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC - Lewis (Just Max Unit) | |

**TO:  GRIEVANCE COORDINATOR**

**Description of Grievance** *(To be completed by the Inmate)*

Because I have yet to receive a response or any kind of course of action to my medical informal resolution 802 on 03/11/19. I am proceeding with the grievance procedure as an attempt to exhaust all state level remedies to satisfy the Federal District Court byone I proceed with my Civil Rights violations Complaint. Please be advised at Edison that this is a medical issue regarding my Hep C and the lack of treatment... All my lab work keeps coming back with "Elevated Liver Enzymes". Are you waiting for my Hep C to (1/2)

**Proposed Resolution** *(What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)*

I have submitted numerous ILNRs requesting the hep C treatment to no avail. I need to be put on Harvoni & Sovaldi as soon as possible to resolve this medical problem. Until then, I will be needing something for this liver pain.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Tony Aguilar | 03/23/19 | | |

Action taken by _____    Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | | |

DISTRIBUTION:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

(2 of 2)

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Aguilar Tony | 164186 | ASPC Lewis | |

turn into a serious permanent injury, like cirrhosis of the liver, liver cancer? I've had the Hep C virus for nearly two decades, you've been doing lab work (on the blood) every 3 to 6 months since. Well between 40 to 60 times you have pricked my arms, and for what? So you can keep on denying me my treatment!

Your blood work needles have scarred my arms so bad that they look like the arms of a junky. Yet my disciplinary file record will show that I have no positive UA's for any substance abuse and only one refusal in nearly two decades of being under the custody of ADC. I hate needles, that's how I became infected yet I continue to participate and allow you to take my blood for the sake of being treated and cured.

The Pain — this pain coming from my liver is becoming intolerable and is severely affecting my ability to complete activities of daily living. I see inmates are treated more humane than us, happy for them but sad for the human race; we are better than that or should be! this is my manifesto leading to euthanasia as a last resort of an unfortunate to a more humane way of treatment (rather than the slow painful death) and torturous. And its not treatment being issued to us Arizona Prisoners by ADC and Corizon — we are running out of time but I'd rather end this pain and suffering in a more humane way, with all my faculties, than on a death bed...

Corizon the ball is in your court. It will be losing a lot more than you contracted on July 1, 2018.

(Cc: Dr. Merchant)

| Signature | Date |
|---|---|
| Tony Aguilar | 03/23/19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7P

MSST833

## Notification of Diagnostic Results

Facility:  ASPC-L RAST MAX

Housing Area:  HU4C

Bed#:  515L

Patient Name:  TONATIHU AGUILAR                    ADC#:  164186

Notification Date:  03/14/2019

This is to inform you that we have received the results of your diagnostic test performed on 03/08/2019.

☐ Based on evaluation, your results were within acceptable limits. No further action is needed.

☑ Based on evaluation, you will be scheduled for a follow-up appointment. If you are released before your next visit, please follow-up with your doctor or clinic.

**Additional Comments**

ELEVATED LIVER ENZYMES

Ende, Lawrence E, NP-C                            03/14/2019
_____                          _____
**Reviewing Practitioner**                            **Date**

MSST833

## Notification of Diagnostic Results

Facility:  ASPC-L RAST MAX

Housing Area:  HU3A

Bed#:  101L

Patient Name:  TONATIHU AGUILAR                                    ADC#:  164186

Notification Date:  11/27/2018

This is to inform you that we have received the results of your diagnostic test performed on 11/23/2018.

☐ Based on evaluation, your results were within acceptable limits. No further action is needed.

☑ Based on evaluation, you will be scheduled for a follow-up appointment. If you are released before your next visit, please follow-up with your doctor or clinic.

**Additional Comments**

ELEVATED LIVER ENZYMES

Ende, Lawrence E, NP-C                                             11/27/2018
_____                                    _____
**Reviewing Practitioner**                                          **Date**

MSST833

## Notification of Diagnostic Results

Facility:  ASPC-L RAST MAX

Housing Area:  HU3A

Bed#:  101L

Patient Name:  TONATIHU AGUILAR                    ADC#:  164186

Notification Date:  11/27/2018

This is to inform you that we have received the results of your diagnostic test performed on 11/23/2018.

☐ Based on evaluation, your results were within acceptable limits. No further action is needed.

☑ Based on evaluation, you will be scheduled for a follow-up appointment. If you are released before your next visit, please follow-up with your doctor or clinic.

### Additional Comments

LIVER ENZYMES AND TRIGLYCERIDES ELEVATED

Ende, Lawrence E, NP-C                              11/27/2018

**Reviewing Practitioner**                          **Date**

MSST833

## Notification of Diagnostic Results

Facility:  ASPC-L RAST MAX

Housing Area:  HU3A

Bed#:  101L

Patient Name:  TONATIHU AGUILAR                    ADC#:  164186

Notification Date:  11/27/2018

This is to inform you that we have received the results of your diagnostic test performed on 11/23/2018.

☑ Based on evaluation, your results were within acceptable limits. No further action is needed.

☐ Based on evaluation, you will be scheduled for a follow-up appointment. If you are released before your next visit, please follow-up with your doctor or clinic.

**Additional Comments**

URINE DRUG SCREEN ALL NEGATIVE

Ende, Lawrence E, NP-C                              11/27/2018

_____                    _____
**Reviewing Practitioner**                              **Date**

MSST833 - Notification Of Diagnostic Results

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Services Communique

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| Aguilar | 164184 |

| Facility | Unit |
|---|---|
| 1A5Y   Browning | |

THE                    RESULTS WERE NORMAL

☑ LAB

☐ X-RAY

☐ EKG

You refused to come to the health unit for your fibroscan test. This test is necessary to evaluate and treat your Hep C. Therefore, treatment cannot be provided.

| Signature | Date |
|---|---|
| R Harmon CRN / Hep C coordinator / CID | 5/24/11 |

**Submit HNR if additional information is requested.**

**ARIZONA DEPARTMENT OF CORRECTIONS**

A54

**Health Services Communique**

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| AGuiLAR | 164186 |

| Facility | Unit |
|---|---|
| | |

### THE FOLLOWING RESULTS WERE NORMAL

☐ **LAB**

☐ **X-RAY**

☐ **EKG**

Your recent Fibrosure test showed Stage 1-2 Fibrosis.
You will be retested in 5 years.
The department only treats Stage 2, 3, 4

| Signature | Date |
|---|---|
| CBL | 10/17/11 |

**Submit HNR if additional information is requested.**

CC Chart

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Aguilar Craigford | 1164186 | 10/01a/14 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 1-A-46 | Browning | 3400 | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Can you please put me on the list for the new Hep. C treatment (Solvaldi)

Thank you for your prompt attention to this matter.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero    Craig Aguilar

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
|  |  |  |

**PLAN OF ACTION/PLAN DE ACCION**

AS OF RIGHT NOW CURRENTLY ALL HEP C TREATMENTS ARE ON HOLD.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| KE JJA1 | 10/6/14 | 1612 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**



| Date: | 13 MAY 26 PM 9:06 |
| Time: | |
| Initials: | AW |

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Aguilar Conrad | 164186 | 05/25/18 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 3-A1-06 | Post Max | 3600 | Lewis/Buckeye |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.  [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  ¡POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!

el can no longer tolerate the severe abdominal and lower back pain ilve been experiencing. el am respectfully requesting treatment for my Hep-c please. Thank you for your prompt attention to this request. Have a good day.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley).  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

Cory Aguilar

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR/AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☑ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | '18 MAY 26 PM 9:06 |

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

Seen on Nursing Line

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | '13 MAY 26 PM 9:06 |

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**