Gary Shepherd #083752
ASPC Florence/East Unit
PO Box 5000
Florence, Az. 85132

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE **CIVLR 5.4**
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Victor Parsons, et al.,
 (plaintiff),

v.

Charles Ryan, et al.,
 (defendants)

Case No: 2:12-cv-00601-DKD

Request to Compel Treatment

(U.S. Magistrate David K. Duncan)

I, Gary Shepherd, hereby request this Honorable Court to intervene on my behalf to acquire testing and treatment of a serious heart condition that I have.

On March 24, 2019, I had a serious cardiac event that was diagnosed as a mild heart attack. Since that date, Corizon/ADOC has refused me any treatment, or consultations for further diagnosis of my issue. I've been told by NP Igwe that nothing further will be done for my heart condition until symptoms become life threatening, in short, I will not get any medical attention until I have a major heart attack and hopefully survive long enough to make it to a hospital.

As a class member of the above cause of action, I believe I am entitled by common inclusion to Constitutionally adequate health care for my serious medical need that I am not being provided. I therefore ask for this Courts intervention in this matter to allow me access to an outside specialist for diagnosis and any necessary treatments.

Signed: Gary Shepherd      Date: 4-14-19