**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Class member Gary Shepherd filed a Motion to Compel against Arizona Department of Corrections Director Charles Ryan and Corizon Health Services in which he alleges that he recently suffered a heart attack but has been denied follow up treatment to diagnose any underlying cardiac issues. He further explains that he was informed by NP Igwe that "nothing further will be done for [his] heart condition until symptoms become life threatening."

As the Court explained in its January 29, 2019 Order (Doc. 3125), to facilitate adjudication of these allegations, the Clerk of Court must open the Motion to Compel as a new civil action (Doc. 3219).

**IT IS THEREFORE ORDERED** that the Motion to Compel filed at Doc. 3219 must be opened as a new civil action.

<<

<<

<<

**IT IS FURTHER ORDERED** that the Motion to Compel (Doc. 3219) is **denied without prejudice**.

Dated this 18th day of April, 2019.

_____
Honorable Roslyn O. Silver
Senior United States District Judge