1   Caroline N. Mitchell (Cal. 143124, admitted *pro hac vice*)
    JONES DAY
2   555 California Street, 26th Floor
    San Francisco, California 94104
3   Telephone: (415) 875-5712
    Email: cnmitchell@jonesday.com
4
    John Laurens Wilkes (TX 24053548, admitted *pro hac vice*)
5   JONES DAY
    717 Texas, Suite 3300
6   Houston, Texas 77002
    Telephone: (832) 239-3796
7   Email: jlwilkes@jonesday.com

8   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
    *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
9   *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree*
    *Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells,*
10  *on behalf of themselves and all others similarly situated*

11                  UNITED STATES DISTRICT COURT

12                      DISTRICT OF ARIZONA

13
    VICTOR PARSONS; SHAWN JENSEN; STEPHEN            No. CV 12-00601-PHX-ROS
14  SWARTZ; DUSTIN BRISLAN; SONIA RODRIGUEZ;
    CHRISTINA VERDUZCO; JACKIE THOMAS;
15  JEREMY SMITH; ROBERT GAMEZ; MARYANNE             **NOTICE OF WITHDRAWAL**
    CHISHOLM; DESIREE LICCI; JOSEPH HEFNER;          **OF COUNSEL (JONES DAY)**
16  JOSHUA POLSON; and CHARLOTTE WELLS, on
    behalf of themselves and all others similarly situated;
17  and ARIZONA CENTER FOR DISABILITY LAW,

18                  Plaintiffs,

19          v.

    CHARLES RYAN, DIRECTOR, ARIZONA
20  DEPARTMENT OF CORRECTIONS; and RICHARD
    PRATT, DIVISION DIRECTOR, DIVISION OF
21  HEALTH SERVICES, ARIZONA DEPARTMENT OF
    CORRECTIONS, in their official capacities,
22
                    Defendants.
23

24

25

26

27

28

                               -1-

1    PLEASE TAKE NOTICE that the law firm of JONES DAY and attorneys Caroline

2  Mitchell and John Lauren Wilkes withdraw as counsel of record for Prisoner Plaintiffs in the

3  above-captioned case. They respectfully request that service and all electronic filing notices be

4  terminated as to them. Other counsel of record will remain counsel for the Prisoner Plaintiffs.

5  Prisoner Plaintiffs respectfully request that the Court continue to serve all correspondence,

6  pleadings, and other documents and paper on the remaining attorneys of record.

7

8  Dated:  April 19, 2019              **JONES DAY**

9                                      By:   s/ Caroline N. Mitchell

10                                           Caroline N. Mitchell (Cal. 143124)*
                                             **JONES DAY**
11                                           555 California Street, 26th Floor
                                             San Francisco, California 94104
12                                           Telephone:  (415) 875-5712
                                             Email:  cnmitchell@jonesday.com

13                                           *Admitted *pro hac vice*

14  Dated:  April 19, 2019              **JONES DAY**

15

16                                      By:   s/ John Laurens Wilkes

17                                           John Laurens Wilkes (TX 24053548)*
                                             JONES DAY
18                                           717 Texas, Suite 3300
                                             Houston, Texas 77002
19                                           Telephone:  (832) 239-3796
                                             Email:  jlwilkes@jonesday.com

20                                           *Admitted *pro hac vice*

21

22

23

24

25

26

27

28

-2-