☒ FILED   ☐ LODGED

# Apr 25 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MR. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Mau
P.O. Box 3600. Buckeye, Ariz. 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons
                    Plaintiff                    CASE NO. 12-cv-0601-PHK-ROS

V.                                                  NOTICE OF SERVICE

Charles L. Ryan et al
                    Defendant(s)

ON 25 April 19, the following document was E-filed to each Plaintiff/defendant individually:

• Notice of Non-Compliance

Respectfully Submitted this 24 day of April 19.

Under Penalty of Perjury

MR. Roberto Carrasco Gamez #131401
ASPC-Lewis RAST MAU
P.O. Box 3600. Buckeye, AZ
                                              85326

Page 1

**ARIZONA DEPARTMENT OF CORRECTIONS**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Jauez Robert C | 134401 | ASPC-Lewis/ Rast MAF | 24 April 19 |

To: AZ Gov. Duce, Charles Ryan, Richard Pratt, Carson McWilliams, Complex Warden, D.W., ADW

Location: 4C S #15

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am generating this letter with grave concern (ADC) has implemented a pattern and practice of discriminating against me on the basis of my mental disability in violation of the fourteenth Amend. US Const. Americans with Disabilities Act ("ADA") 42 U.S.C. 12132 and the Rehabilitation Act 29 U.S.C. 794. (ADC) has failed to commit significantly increased resources, facilities and essentially trained psychologist to identify maladaptive behavior rooted in mental instability and instead have mischaracterized my behavior as "irreparable".

As an alternative to providing me adequate mental health services (ADC) has continuously relied on Isolation to keep me controlled. I have repeatedly failed to comply with prison rules that are a direct result from my mental illness for the past fourteen years (ADC) has responded by imposing harsher measures instead of recommending adequate mental health treatment. I am trapped in a cycle of chaotic behavior, mental deterioration and have incurred years of disciplinary infractions that has resulted in my indeterminate placement in Isolation.

I have been unjustifiably denied a meaningful opportunity to participate and benefit from rehabilitative, therapeutic, work, personal development, educational, vocational programs, or activities related to mental health services. Without adequate programming and individual assessing its hard to determine what if any risk I pose that justifies my continuing Isolation.

Without a coherent program for what I need to do to earn my release from Isolation my pre-existing mental illness will continue to exacerbate. Please remove all mentally ill and developmentally disabled prisoners from Isolation and provide Treatment Units for those who require segregation for short periods. Thank You.

Inmate Signature

Date: 24 April 19

Have You Discussed This With Institution Staff? ☑ Yes ☐ No
If yes, give the staff member's name: (ADA) Complaint

C/C ACLU National Prison Project
Arizona Center for Disability Law

Distribution: Original - Master Record File
Copy - Inmate

916-1