Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY (DOC. 3216) TO PLAINTIFFS' RESPONSE (DOC. 3157) TO DEFNDANTS' MOTION TO TERMINATE MONITORING AND REPORTING FOR MAX CUSTODY MEASURES (DOC. 3108)**<br><br>**(EXPEDITED RULING REQUESTED)** |

LEGAL23774493.1

Plaintiffs move this Court for an order allowing them to file a brief in response to Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting of Max Custody Measures (Doc. 3108). Plaintiffs seek to respond to factual misrepresentations in that filing. Plaintiffs request seven days to file their brief.

The Stipulation requires Defendants to monitor compliance with the Maximum Custody Performance Measures (MCPMs) by auditing Daily Out of Cell Time Tracking Forms "for one randomly selected week for each month monitored, for 10 **randomly selected** prisoners." *See* Exhibit E, Maximum Custody Outcome Measure Protocol (Doc. 1185) at 41-45 (emphasis added) (requiring random selection for MCMP Nos. 1-3, 5, 6, and 8).[1] Defendants claim throughout their Reply that they have taken random samples of prisoner records for monitoring. *See* Doc. 3216, 9-49 (explaining in detail Defendants' implementation of their random-selection methodology). Defendants further dispute Plaintiffs' exhibit demonstrating non-random selection of prisoner records, which shows prisoners whose records have been repeatedly selected. Doc. 3216 at 13. Defendants' label Plaintiffs' random-selection arguments a "conspiracy theory."[2] *Id.*

Upon review of Defendants' eighty-page reply brief—including 1,666 pages of exhibits—and Defendants' detailed explanation about how Defendants implemented their random-selection methodology, Plaintiffs have uncovered the source of a serious and fatal

---

[1] Plaintiffs previously did not contest the termination of monitoring and reporting for MCPM Nos. 4 and 7.

[2] Far from being conspiracy theories, this Court has also found issues with Defendants' methodology based upon Plaintiffs' complaints. *See, e.g.*, Doc. 2900 (finding multiple issues with Defendants' methodology and monitoring).

LEGAL23774493.1

methodological error by Defendants.  Plaintiffs can now conclusively demonstrate that Defendants have not randomly selected prisoners for monitoring in violation of the Stipulation.

Defendants have chosen a type of probability sampling known as systematic, or interval, sampling.  *See* Doc. 3216 at 11 (describing Defendants' systematic sampling methodology).  Systematic sampling requires that the initial selection of a sample to be random, and then every *Nth* record is selected according to a predetermined interval.  *See* Johnnie Daniel, *Sampling Essentials* 145 (2012), attached hereto as Exhibit A.[3] Reviewing Defendants' Reply and utilizing Defendants' explanation of their implementation of systematic sampling, Plaintiffs have determined that Defendants regularly begin their sampling starting with the first name on the prisoner count sheets they use for their sampling pool, or Defendants begin at a start point not demonstrated to be randomly selected.  Since the initial starting selection is non-random, the entirety of the sample is non-random, and this error is fatal to Defendants' chosen sampling methodology.

Defendants' serious methodological error has substantial effects on the data they have used in monitoring the MCPMs and does not comply with the requirements of the Stipulation.  Plaintiffs request this Court permit them to file a sur-reply to Defendants' Reply to fully brief the Court on the substantial flaw in Defendants' methodology.[4]

---

[3] Pursuant to Fed. R. Civ. P. 201(b)(2), (c)(2), Plaintiffs request this Court take judicial notice of the fact that the initial starting selection in systematic sampling must be random.

[4] Plaintiffs have not lodged a proposed sur-reply as Plaintiffs first seek leave from this Court to file it before drafting in order to conserve resources.

1  Dated: April 26, 2019

2                                                    **ACLU NATIONAL PRISON PROJECT**

3

4                                           By:   s/ Ryan M. Kendall
                                                  David C. Fathi (Wash. 24893)*
                                                  Amy Fettig (D.C. 484883)**
5                                                 Ryan M. Kendall (Cal. 324714)*
                                                  **ACLU NATIONAL PRISON
6                                                 PROJECT**
                                                  915 15th Street N.W., 7th Floor
7                                                 Washington, D.C. 20005
                                                  Telephone: (202) 548-6603
8                                                 Email:   dfathi@aclu.org
                                                           afettig@aclu.org
9                                                          rkendall@aclu.org

10
                                                  *Admitted *pro hac vice*.  Not admitted
11                                                  in DC; practice limited to federal
                                                    courts.
12                                                **Admitted *pro hac vice*

13                                                Daniel C. Barr (Bar No. 010149)
                                                  Amelia M. Gerlicher (Bar No. 023966)
14                                                John H. Gray (Bar No. 028107)
                                                  **PERKINS COIE LLP**
15                                                2901 N. Central Avenue, Suite 2000
                                                  Phoenix, Arizona 85012
16                                                Telephone: (602) 351-8000
                                                  Email:   dbarr@perkinscoie.com
17                                                         agerlicher@perkinscoie.com
                                                           jhgray@perkinscoie.com
18
                                                  Kathleen E. Brody (Bar No. 026331)
19                                                **ACLU FOUNDATION OF
                                                  ARIZONA**
20                                                3707 North 7th Street, Suite 235
                                                  Phoenix, Arizona 85013
21                                                Telephone: (602) 650-1854
                                                  Email:   kbrody@acluaz.org
22

23

24

25

26

27

28

LEGAL23774493.1                        -3-

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL23774493.1   -4-

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                         s/ Jessica Carns

LEGAL23774493.1                                        -5-