**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANTS' REPLY (DOC. 3216) TO PLAINTIFFS' REPONSE (DOC. 3157) TO DEFENDANTS' MOTION TO TERMINATE MONITORING AND REPORTING FOR MAX CUSTODY PERFORMANCE MEASURES (DOC. 3108)** |

The Court, having reviewed Plaintiffs' Motion for Leave to File Sur-Reply to Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting for Max Custody Performance Measures, and finding good cause, hereby **GRANTS** the Motion. Plaintiffs shall have up to an including _____, 2019 to file a Sur-Reply.