Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-ROS **DECLARATION OF RYAN M. KENDALL** |

LEGAL23774493.1

1   Pursuant to 28 U.S.C. § 1746, I, Ryan M. Kendall, declare the following to be true
2   and correct under the penalty of perjury:
3       1.    I am an attorney licensed to practice in the State of California, and I am
4   admitted to this Court *pro hac vice*.  I am a Litigation Fellow with the ACLU National
5   Prison Project, and I am an attorney of record to the plaintiff class in this litigation.  If
6   called as a witness, I could and would testify competently to the facts stated herein, all of
7   which are within my personal knowledge.
8       2.    Attached hereto as an exhibit is a true and correct copy of the following
9   document:
10      a.    An excerpt from *Sampling Essentials: Practical Guidelines for*
11  *Making Sampling Choices* by Johnnie Daniel (2012), as Exhibit A.

Dated: April 26, 2019

Respectfully submitted,

/s/ **Ryan M. Kendall**
Ryan M. Kendall
National Prison Project of the ACLU Foundation
915 15th Street
Seventh Floor
Washington, D.C. 20005
(202) 548-6602

LEGAL23774493.1     -1-

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　s/ Jessica Carns