# Exhibit A

SAGE researchmethods

# Choosing the Type of Probability Sampling

## In: Sampling Essentials: Practical Guidelines for Making Sampling Choices

**By:** Johnnie Daniel
Pub. Date: 2012
Access Date: April 26, 2019
Publishing Company: SAGE Publications, Inc.
City: Thousand Oaks
Print ISBN: 9781412952217
Online ISBN: 9781452272047
DOI: https://dx.doi.org/10.4135/9781452272047
Print pages: 125-174

© 2012 SAGE Publications, Inc. All Rights Reserved.
This PDF has been generated from SAGE Research Methods. Please note that the pagination of the online version will vary from the pagination of the print book.

> Retirement Survey (HRS). These samples were appropriate for their study as they were stratified samples with disproportionate allocation due to an oversampling of African Americans. They described the sample designs as follows:
>
> The ACL survey is a national longitudinal panel survey of African-American and white non-institutionalized adults that was designed to investigate adult activities and social relationships, and adaptation to life events and stress. The first wave of data collection in 1986 used a multistage stratified area probability sampling strategy, with oversampling of African-Americans and those over 60 years of age, and obtained responses from 3617 people. . . . The data were weighted to adjust for variations in probabilities of selection and in response rates, making the data representative of the US population. . . . The HRS is a national panel survey of non-institutionalized adults between the ages of 51 and 61 years (in 1992) and their spouses. The data for the current study are from the original wave of data collection from 1992, in which over 7600 households were sampled, yielding interviews with over 12,600 people. . . . The study used a multistage area probability sample design and oversampled for African-Americans, Latino/as, and residents of Florida. . . . The data were weighted to adjust for unequal selection probabilities, and for geographic and race group differences in response rates, creating a nationally representative sample.
>
> *Source:* Ostrove, Feldman, & Adler, 1999, p. 454. Reprinted with permission.

## SYSTEMATIC SAMPLING

### *What Is Systematic Sampling?*

**Systematic sampling** (or interval random sampling) is a probability sampling procedure in which a random selection is made of the first element for the sample, and then subsequent elements are selected using a fixed or systematic interval until the desired sample size is reached. The random start distinguishes this sampling procedure from its nonprobability counterpart, nonprobability systematic sampling (discussed above). In some instances, a sampling frame is not used. The target population need not be numbered and a sampling frame compiled if there is physical presentation such as a continuous flow of population elements at specific locations. For example, after a random start, one may systematically select every $i$th patient visiting an emergency room in a hospital, store customers standing in line, or records in file drawers.