# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiffs' Motion for Leave to File Sur-Reply to Defendants' Reply to Plaintiffs' Response to Defendants' Motion to Terminate Monitoring and Reporting for Max Custody Performance Measures (Doc. 3226), and good cause appearing,

**IT IS ORDERED** the Motion for Leave to File Sur-Reply (Doc. 3226) is **GRANTED.** Plaintiffs shall have up to an including May 6, 2019 to file a Sur-Reply.

Dated this 26th day of April, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge