# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br> Plaintiffs, <br> v. <br> Charles L Ryan, et al., <br> Defendants. | No. CV-12-00601-PHX-ROS <br> **ORDER** |

The Court has reviewed Defendants' Notice of Errata and Request to Remove Docs. 3203 and 3211 from the docket because of their failure to redact personally identifying information. The Court is unable to remove filings from the docket but construes the request as one to seal the unredacted documents.

**IT IS THEREFORE ORDERED** that Defendants' Notice of Errata and Request to Remove Docs. 3203 and 3211 (Doc. 3215) is **GRANTED** to the extent that Docs. 3203 and 3211 must be sealed.

Dated this 30th day of April, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge