# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court's expert, Dr. Marc Stern, submitted a supplement to his plan for conducting the analysis ordered by the Court into irregularities and errors in the monitoring process and Defendants' substantial noncompliance with critical aspects of health care delivery. (Doc. 3194-1). In the supplement, Dr. Stern explains he intends to complete his primary analysis by the end of May and submit a written report to the Court two to three weeks thereafter. He further identified two issues that Plaintiffs believe he should investigate but Defendants contend are beyond the scope of the Court's directive.

Plaintiffs' first request is for Dr. Stern to include evidence in his report "how any failure to successfully perform on PMs poses a significant risk of serious harm to patients due to health care delivery that falls below the community standard of care." (Doc. 3194-1 at 4). Dr. Stern should address this issue in his report. Consistent with the Stipulation and the Court's January 31, 2017 Order, such evidence will be useful for determining whether "there is a practice of substantially departing from the standard of care." (Doc. 3127).

Plaintiffs' second request is for Dr. Stern to address "whether the PMs by themselves accurately reflect the adequacy of the care being provided to prisoners." (Doc. 3194-1 at 4). Dr. Stern should also address this issue. Dr. Stern's analysis likely will assist the Court in tailoring the appropriate remedial measures. Dr. Stern's plan to address this second request in a supplemental report is acceptable.

**IT IS THEREFORE ORDERED** that Dr. Stern should include evidence and analysis on the two additional issues identified in his supplemental plan (Doc. 3194-1 at 4-5).

Dated this 30th day of April, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge