# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Effective July 1, 2019, Centurion of Arizona, LLC, will replace Corizon, Inc., as the private healthcare contractor for the Arizona Department of Corrections. This is a substantial transition that requires advance coordination to ensure ADC's 33,000 prisoners receive continuity of care, particularly concerning provision of prescription medication, specialty consultations, diagnostic testing, and necessary emergency treatment.

Plaintiffs requested a meeting with Defendants to discuss development of a written transition plan but received no response. Plaintiffs also identified a document created by Centurion as part of its proposed Scope of Work that included some information about the transition if it was awarded the contract. But because the plans were exploratory, they did not identify any individuals who would be tasked with implementing the transition, nor did it provide any details on how ADC and Centurion would achieve continuity of care.

Plaintiffs therefore seek a Court Order requiring Defendants to develop and implement a transition plan. The Court agrees that planning is necessary to ensure that health care and compliance with the Stipulation is continued unabated. The parties are in

the best position to negotiate the parameters of a transition plan.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion for Order Requiring Production of Health Care Transition Plan (Doc. 3170) is **granted**.

**IT IS FURTHER ORDERED** that the parties must confer within 10 days, prepare a draft outline of a transition plan, and submit it to the Court no later than May 15, 2019. Defendants must thereafter develop and produce a completed transition plan by June 30, 2019.

Dated this 3rd day of May, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge