| | |
|---|---|
| 1 | Kathleen E. Brody (Bar No. 026331) |
| | **ACLU FOUNDATION OF ARIZONA** |
| 2 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 3 | Telephone: (602) 650-1854 |
| | Email: kbrody@acluaz.org |
| 4 | |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **DECLARATION OF JESSICA CARNS IN SUPPORT OF PLAINTIFFS' SUR-REPLY** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL23774493.1

I, JESSICA CARNS, declare:

1. I am a paralegal employed by the ACLU National Prison Project. As part of my regular duties, I track and review compliance documents produced by Defendants in *Parsons v. Ryan* related to the maximum custody performance measures (MCPMs) set forth in the Stipulation. [Docs. 1185, 1185-1, Exs. D, E] Together with the attorneys and legal fellows, the paralegals before me working on this matter developed protocols and procedures for analyzing these compliance documents with regard to the requirements of the Stipulation, which I have continued to follow. These procedures are explained below where applicable. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached to this declaration is a Federal Rule of Evidence (FRE) 1006 summary exhibit created because the underlying data and documents are so voluminous that they cannot be conveniently examined by the court. This summary is based on true and correct copies of the compliance documents produced by Defendants in this matter and reflects Plaintiffs' reasonable analysis of the contents of these documents. The FRE 1006 summary exhibit is identified as such.

3. I attach hereto as **Exhibit 1**, "FRE 1006 Summary Exhibit 'Summary of Defendants' Starting Sample Selections.'" There is a separate chart provided for each facility: Eyman-Browning, Eyman-SMU, Florence-Kasson, and Lewis-Rast. Under the supervision of Attorney Ryan Kendall, my co-paralegal and I reviewed all of count sheets provided by Defendants from each facility for the monitoring period of November 2016 – October 2018. We did not include count sheets from Florence-Central in our review, as this facility is no longer included under the maximum custody provisions under the Stipulation.

4. For the monitoring period at issue, my colleague and I reviewed each count sheet from each facility in order to determine where Defendants began their sampling for that month. In the attached Summary Exhibit, we recorded whether the Defendants started with the first name on the count sheet, or the first max custody or SMI prisoner listed. If we could not determine if the max custody or SMI sampling began with the first name

provided in the sampling pool, we categorized them as "Max Custody-other" or "SMI-other." We did this for the reason that we have no objective criteria upon which to determine how the Defendants' determined the start position. For reference, we also included the total max custody and SMI population sizes as well as the interval at which the Defendants were counting every *Nth* prisoner in both max custody and SMI populations. Finally, we totaled the number of times each facility utilized a first position start for max custody sampling, a first position start for SMI sampling, and any other starting position for both max custody and SMI sampling for each month during the monitoring period.

5. In sum, there were 192 instances of sampling for the max custody population and the SMI population from each of the four facilities for November 2016 – October 2018. Of the 192 instances, Defendants began their sampling with the first name on the count sheet, or with the first SMI prisoner listed, 136 times. The Defendants began their sampling at some other starting point, which is indeterminable as to how it was chosen, the remaining 56 instances of sampling.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th of May, 2019, in Washington D.C.

By: _/s/ Jessica Carns_
Jessica Carns

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Amy Fettig (D.C. 484883)** |
| | | Ryan M. Kendall (Cal. 324714)* |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone: (202) 548-6603 |
| | | Email: dfathi@aclu.org |
| 6 | |          afettig@aclu.org |
| | |          rkendall@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

|   |   |
|---|---|
| 1 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034<br>Telephone: (602) 274-6287<br>Email:   adietrich@azdisabilitylaw.org |
| 7 | |
| 8 | |
| 9 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292)<br>Maya Abela (Bar No. 027232)<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701<br>Telephone: (520) 327-9547<br>Email:<br>   rdalyrooney@azdisabilitylaw.org<br>       jrico@azdisabilitylaw.org<br>       mabela@azdisabilitylaw.org |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | *Attorneys for Arizona Center for Disability Law* |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

    s/ Jessica Carns