**Index of Exhibits to Declaration of Jessica Carns**

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 1 | FRE 1006 Summary Exhibit "Summary of Defendants' Starting Sample Selections" | None | Public |

# EXHIBIT 1

| | Max Custody 1st position start | SMI 1st position start | Max Custody-other start | SMI-other start | Max Custody interval | SMI interval | Max Custody total pop. | SMI total pop. |
|---|---|---|---|---|---|---|---|---|
| **FRE 1006 Summary Exhibit "Summary of Defendants' Starting Sample Selections"** | | | | | | | | |
| **Eyman-Browning** | | | | | | | | |
| 16-Nov | 1 | 1 | | | 77 | 2 | 772 | 21 |
| 16-Dec | | | 1 | 1 | 77 | 2 | 770 | 20 |
| 17-Jan | 1 | 1 | | | 77 | 2 | 768 | 22 |
| 17-Feb | 1 | 1 | | | 76 | 2 | 756 | 21 |
| 17-Mar | 1 | 1 | | | 78 | 2 | 784 | 21 |
| 17-Apr | 1 | 1 | | | 78 | 2 | 775 | 21 |
| 17-May | 1 | 1 | | | 77 | 2 | 773 | 23 |
| 17-Jun | 1 | 1 | | | 76 | 3 | 760 | 26 |
| 17-Jul | 1 | 1 | | | 75 | 3 | 754 | 26 |
| 17-Aug | 1 | 1 | | | 68 | 3 | 677 | 25 |
| 17-Sep | 1 | 1 | | | 68 | 2 | 682 | 23 |
| 17-Oct | 1 | 1 | | | 67 | 2 | 670 | 22 |
| 17-Nov | 1 | 1 | | | 71 | 3 | 705 | 25 |
| 17-Dec | 1 | 1 | | | 74 | 3 | 741 | 28 |
| 18-Jan | 1 | 1 | | | 74 | 3 | 736 | 26 |
| 18-Feb | 1 | 1 | | | 74 | 3 | 740 | 29 |
| 18-Mar | 1 | 1 | | | 75 | 3 | 751 | 29 |
| 18-Apr | 1 | 1 | | | 75 | 3 | 747 | 26 |
| 18-May | 1 | 1 | | | 76 | 3 | 757 | 29 |
| 18-Jun | 1 | 1 | | | 75 | 3 | 753 | 27 |
| 18-Jul | 1 | 1 | | | 75 | 3 | 748 | 26 |
| 18-Aug | 1 | 1 | | | 76 | 1 | 760 | 14 |
| 18-Sep | 1 | 1 | | | 75 | 2 | 751 | 16 |
| 18-Oct | 1 | 1 | | | 75 | 1 | 750 | 12 |
| **Facility Total:** | **23** | **24** | **1** | **0** | | | | |
| | | | | | | | | |
| **Total for all facilities:** | **68** | **68** | **28** | **28** | | | | |

1

| | Eyman-SMU | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Max Custody 1st position start | SMI 1st position start | Max Custody-other start | SMI-other start | Max Custody interval | SMI interval | Max Custody total pop. | SMI total pop. |
| 16-Nov | | | 1 | 1 | 86 | 7 | 863 | 66 |
| 16-Dec | | | 1 | 1 | 87 | 7 | 871 | 73 |
| 17-Jan | 1 | 1 | | | 88 | 7 | 875 | 67 |
| 17-Feb | | | 1 | 1 | 89 | 7 | 888 | 68 |
| 17-Mar | 1 | 1 | | | 87 | 7 | 874 | 66 |
| 17-Apr | 1 | 1 | | | 89 | 7 | 885 | 68 |
| 17-May | 1 | 1 | | | 85 | 6 | 854 | 64 |
| 17-Jun | 1 | 1 | | | 72 | 7 | 717 | 65 |
| 17-Jul | 1 | 1 | | | 72 | 6 | 718 | 60 |
| 17-Aug | 1 | 1 | | | 74 | 6 | 735 | 64 |
| 17-Sep | 1 | 1 | | | 74 | 7 | 743 | 66 |
| 17-Oct | 1 | 1 | | | 72 | 7 | 722 | 68 |
| 17-Nov | 1 | 1 | | | 65 | 7 | 647 | 67 |
| 17-Dec | 1 | 1 | | | 60 | 7 | 601 | 66 |
| 18-Jan | 1 | 1 | | | 40 | 5 | 404 | 50 |
| 18-Feb | 1 | 1 | | | 40 | 5 | 397 | 48 |
| 18-Mar | 1 | 1 | | | 40 | 5 | 396 | 46 |
| 18-Apr | 1 | | | 1 | 41 | 3 | 405 | 34 |
| 18-May | 1 | 1 | | | 44 | 4 | 440 | 43 |
| 18-Jun | 1 | 1 | | | 42 | 4 | 423 | 39 |
| 18-Jul | 1 | 1 | | | 45 | 3 | 451 | 30 |
| 18-Aug | 1 | 1 | | | 44 | 2 | 444 | 19 |
| 18-Sep | 1 | 1 | | | 45 | 2 | 445 | 21 |
| 18-Oct | 1 | | | 1 | 46 | 3 | 458 | 30 |
| **Facility Total:** | **21** | **19** | **3** | **5** | | | | |

2

| Florence-Kasson | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Max Custody 1st position start | SMI 1st position start | Max Custody-other start | SMI-other start | Max Custody interval | SMI interval | Max Custody total pop. | SMI total pop. |
| 16-Nov | | | 1 | 1 | 11 | 5 | 113 | 49 |
| 16-Dec | | | 1 | 1 | 10 | 5 | 103 | 49 |
| 17-Jan | 1 | 1 | | | 10 | 5 | 101 | 55 |
| 17-Feb | | | 1 | 1 | 11 | 5 | 114 | 53 |
| 17-Mar | | | 1 | 1 | 11 | 6 | 114 | 56 |
| 17-Apr | | | 1 | 1 | 12 | 5 | 115 | 46 |
| 17-May | 1 | 1 | | | 12 | 5 | 115 | 46 |
| 17-Jun | | | 1 | 1 | 11 | 4 | 113 | 44 |
| 17-Jul | 1 | | | 1 | 11 | 4 | 113 | 43 |
| 17-Aug | 1 | 1 | | | 11 | 4 | 106 | 43 |
| 17-Sep | | 1 | 1 | | 10 | 4 | 104 | 41 |
| 17-Oct | | | 1 | 1 | 11 | 5 | 110 | 45 |
| 17-Nov | | | 1 | 1 | 11 | 4 | 110 | 44 |
| 17-Dec | | | 1 | 1 | 10 | 4 | 101 | 44 |
| 18-Jan | | 1 | 1 | | 11 | 4 | 108 | 40 |
| 18-Feb | 1 | | | 1 | 11 | 4 | 109 | 40 |
| 18-Mar | | | 1 | 1 | 11 | 4 | 108 | 39 |
| 18-Apr | 1 | 1 | | | 11 | 3 | 108 | 29 |
| 18-May | | | 1 | 1 | 9 | 3 | 94 | 26 |
| 18-Jun | 1 | | | 1 | 10 | 3 | 98 | 25 |
| 18-Jul | | | 1 | 1 | 6 | 4 | 58 | 42 |
| 18-Aug | | | 1 | 1 | 7 | 6 | 73 | 61 |
| 18-Sep | | | 1 | 1 | 7 | 6 | 73 | 62 |
| 18-Oct | | 1 | 1 | | 7 | 6 | 74 | 63 |
| **Facility Total:** | **7** | **8** | **17** | **16** | | | | |

3

| | Lewis-Rast | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Max Custody 1st position start | SMI 1st position start | Max Custody-other start | SMI-other start | Max Custody interval | SMI interval | Max Custody total pop. | SMI total pop. |
| 16-Nov | 1 | 1 | | | 47 | 4 | 468 | 47 |
| 16-Dec | 1 | 1 | | | 46 | 4 | 472 | 39 |
| 17-Jan | 1 | 1 | | | 46 | 4 | 457 | 35 |
| 17-Feb | 1 | 1 | | | 45 | 4 | 449 | 36 |
| 17-Mar | 1 | 1 | | | 45 | 4 | 448 | 36 |
| 17-Apr | 1 | 1 | | | 46 | 4 | 456 | 35 |
| 17-May | 1 | 1 | | | 38 | 3 | 379 | 33 |
| 17-Jun | 1 | 1 | | | 34 | 2 | 339 | 19 |
| 17-Jul | 1 | 1 | | | 33 | 2 | 330 | 19 |
| 17-Aug | 1 | 1 | | | 29 | 2 | 292 | 17 |
| 17-Sep | 1 | 1 | | | 28 | 2 | 282 | 20 |
| 17-Oct | 1 | 1 | | | 29 | 2 | 285 | 24 |
| 17-Nov | 1 | 1 | | | 28 | 3 | 276 | 26 |
| 17-Dec | | | 1 | 1 | 29 | 3 | 285 | 25 |
| 18-Jan | 1 | 1 | | | 28 | 3 | 284 | 27 |
| 18-Feb | 1 | 1 | | | 29 | 3 | 287 | 25 |
| 18-Mar | | | 1 | 1 | 28 | 3 | 283 | 25 |
| 18-Apr | | | 1 | 1 | 29 | 2 | 286 | 22 |
| 18-May | | | 1 | 1 | 29 | 2 | 288 | 20 |
| 18-Jun | | | 1 | 1 | 29 | 2 | 290 | 21 |
| 18-Jul | | | 1 | 1 | 29 | 2 | 285 | 19 |
| 18-Aug | 1 | 1 | | | 28 | 2 | 281 | 17 |
| 18-Sep | 1 | 1 | | | 28 | 2 | 280 | 18 |
| 18-Oct | | | 1 | 1 | 29 | 2 | 287 | 20 |
| **Facility Total:** | **17** | **17** | **7** | **7** | | | | |

4