Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | No. CV 12-00601-PHX-ROS<br><br>**JOINT REQUEST FOR CLARIFICATION**<br>**(Dkts. 3232, 3233, and 3234)** |

1    The parties respectfully request that the Court clarify two recent orders, and if
2    necessary, issue amended orders and judgment:

3    **Docket 3232 and 3233**

4    In the Court's Order dated May 3, 2019, granting Plaintiffs their attorneys' fees
5    and costs associated with enforcement of the stipulation for Fiscal Year 2018 (July 1,
6    2017 to June 30, 2018), there is a discrepancy in the amount the Court has ordered
7    Defendants to pay Plaintiffs. [Doc. 3232]  On page 3 of its Order, the Court states, "the
8    Court will award Plaintiffs $1,588,039.20 in fees and $45,082.60 in costs for a total of
9    $1,633,121.80," but on page 4 of its Order, the Court issued the following order, not
10   deducting the time spent by unpaid law clerks: "IT IS FURTHER ORDERED awarding
11   Plaintiffs $1,602,955.20 in attorneys' fees and $45,082.60 in costs, for a total of
12   $1,648,037.80 pursuant to the parties' Stipulation.  The Clerk of Court must enter
13   judgment against Defendants accordingly."  [*Id.* at 3, 4]  The Clerk's Judgment on
14   Attorney Fees and Cost similarly orders a payment of $1,648,037.80.  [Doc. 3233].  The
15   parties request that the Order and Judgment be corrected to indicate the total of
16   $1,633,121.80.

17   **Docket 3234**

18   In the Court's Order issued on May 6, 2019, granting Plaintiffs' Motion for Order
19   Requesting Production of a Health Care Transition Plan, the Court ordered that "the
20   parties must confer within 10 days, prepare a draft outline of a transition plan, and submit
21   it to the Court no later than May 15, 2019.  Defendants must thereafter develop and
22   produce a completed transition plan by June 30, 2019." [Doc. 3234 at 2].  The parties
23   request that the Court clarify the deadline by which it wants the parties to submit a draft
24   outline, as the current deadline of May 15, 2019, is before the ten day period for the
25   parties to meet and confer.  The parties propose a deadline of May 24, 2019 to submit the
26   draft outline.

27   //

28   //

1    Respectfully submitted,

2    May 6, 2019

3    **PRISON LAW OFFICE**                    **STRUCK LOVE BOJANOWSKI &**
                                              **ACEDO, P.L.C.**
4

5    By:  s/ Corene T. Kendrick              s/ Timothy J. Bojanowski (w/ permission)
     Donald Specter (Cal. 83925)*            Daniel P. Struck
6    Alison Hardy (Cal. 135966)*             Rachel Love
     Sara Norman (Cal. 189536)*              Timothy J. Bojanowski
7    Corene T. Kendrick (Cal. 226642)*       Nicholas D. Acedo
     Rita K. Lomio (Cal. 254501)*            3100 W. Ray Road, Suite 300
8    1917 Fifth Street                       Chandler, Arizona 85226
     Berkeley, California 94710              Telephone:  (480) 420-1600
9    Telephone:  (510) 280-2621              Email: dstruck@strucklove.com
     Email: dspecter@prisonlaw.com                  rlove@strucklove.com
10           ahardy@prisonlaw.com                    tbojanowski@strucklove.com
             snorman@prisonlaw.com                   nacedo@strucklove.com
11           ckendrick@prisonlaw.com
             rlomio@prisonlaw.com
12
13   *Admitted *pro hac vice*

14   David C. Fathi (Wash. 24893)*           Michael E. Gottfried, Bar No. 010623
     Amy Fettig (D.C. 484883)**              **OFFICE OF THE ARIZONA**
15   Ryan Kendall (Cal. 324714)*             **ATTORNEY GENERAL**
     **ACLU NATIONAL PRISON**                2005 N. Central Avenue
16   **PROJECT**                             Phoenix, Arizona 85004-1592
     915 15th Street N.W., 7th Floor         Telephone: (602) 542-1645
17   Washington, D.C. 20005                  Email: Michael.Gottfried@azag.gov
     Telephone:  (202) 548-6603
18   Email: dfathi@aclu.org
             afettig@aclu.org               *Attorneys for Defendants*
19           rkendall@aclu.org

20   *Admitted *pro hac vice*. Not admitted in
     DC; practice limited to federal courts.
21   **Admitted *pro hac vice*

22   Kathleen E. Brody (Bar No. 026331)
     **ACLU FOUNDATION OF ARIZONA**
23   3707 North 7th Street, Suite 235
     Phoenix, Arizona 85013
24   Telephone:  (602) 650-1854
     Email: kbrody@acluaz.org
25

26

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email: dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez;*
*Christina Verduzco; Jackie Thomas;*
*Jeremy Smith; Robert Gamez; Maryanne*
*Chisholm; Desiree Licci; Joseph Hefner;*
*Joshua Polson; and Charlotte Wells, on*
*behalf of themselves and all others*
*similarly situated*

**ARIZONA CENTER FOR**
**DISABILITY LAW**

By:    s/ Maya Abela
Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
         jrico@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for*
*Disability Law*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 6, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick

-4-