**EXHIBIT A**

**EXHIBIT A**



# Arizona Department of Corrections Staffing and Retention Assessment

United States District Court, District of Arizona
June 7, 2018

**The Honorable David K Duncan**
*United States Magistrate Judge*

United States District Court
Sandra Day O'Connor U.S. Courthouse Suite 325
401 West Washington Street, SPC 14
Phoenix, AZ 85003

# Table of Contents

**Executive Summary** ............................................................................................................. 3

**Market Profiles and Compensation Benchmarks** ................................................................ 5

**Facility Profiles and Baselines**............................................................................................ 8

**Healthcare Provider Survey and Interviews** ..................................................................... 17

**Final Report: Conclusion and Recommendations**.............................................................. 20

**Appendix** ........................................................................................................................... 23

# Executive Summary

The Advisory Board has been appointed by the United States District Court, District of Arizona ("the Court") to provide the Court with an assessment of and recommendation for provider staffing and retention within the Arizona Department of Corrections ("ADC") in order to provide better, more consistent and timely care to the prisoners of the ADC, as stipulated by Case 12CV601: Victor Parsons, et al. v. Charles Ryan, et al.

The Advisory Board team conducted work within three major work streams over a six month time frame; including updates, project milestones, and analytic assumptions delivered during monthly court dates.

**January 2018**
Initiate market analysis and interviews
*Court date:  1/18/18*

**March 2018**
Report intermediate findings with the court, continue interviews and analysis
Court date: 3/14/18

**May 2018**
Preview and finalize analysis and recommendations
Court date: 5/9/18

**February 2018**
Continue market and facility analysis and interviews
Court date: 2/27/18

**April 2018**
Vetting and validation of data and analysis
Court date: 4/11/18

**June 2018**
Present final report and recommendations to the court
Court date: 6/13/08

Our team was committed to providing the Court the highest level of service and expertise through this engagement. Advisory Board brought a multidisciplinary approach to the engagement, integrating operational and strategic consulting with industry-leading research and best practices. Our mission is to drive improved performance, culture and patient care while enabling sustainable, positive transformation. Our core values, supplemented by the capabilities of our team, are the reasons for which clients retain Advisory Board.

Advisory Board is equipped with the necessary experience to prepare health systems for effective clinical delivery towards population health in the most efficient manner possible. We have recently been recognized by two independent industry sources as a "Top Ranked" consultancy in healthcare.

The team of Advisory Board's subject-matter experts for this engagement was under the leadership of BJ Millar, MBA, Vice President. Mr. Millar was responsible for the quality, timeliness, and accuracy of all Advisory Board's deliverables.



**TOP RANKED IN VALUE-BASED CARE CONSULTING.** Advisory Board Consulting has been recognized by two independent research firms, KLAS and ALM Intelligence, as a **market leader in value-based care consulting** for health care providers.

©2018 Advisory Board • All Rights Reserved

advisory.com

## Work Stream I - Market Profiles

The Market Profiles provide a report of the supply based on population demand of all active practicing providers in the seven-market service areas that align with the ADC detention facilities. The Market Profiles' specific objective is to identify provider supply gaps/sufficiency and distribution by provider type by market, as well as median benchmark compensation for each provider type. The Advisory Board leveraged the Dartmouth Atlas of Healthcare and the MGMA Compensation and Productivity Survey to:

- Conduct market analyses to understand the current market environment and determine provider supply numbers by type in each of the seven counties containing ADC facilities;
- Conduct a benchmarking comparison of provider compensation against an agreed upon dataset for each provider type in each of the markets
- Coalesce findings to identify surpluses and/or shortages within each market by provider type.

*Market Profiles - Presented February 27th, 2018*

## Work Stream II - Facilities Profiles

The Facilities Profiles provide a report of staffing and compensation for the 2017 calendar year, and identify staffing shortages compared to contracted numbers provided in the agreement between ADC and Corizon Correctional Healthcare ("Corizon").  These profiles were created simply to compare actual worked hours by staff when compared to the contract, and does not compare staffing or work-hours to any external standard.

The Advisory Board team also conducted an online survey for current ADC healthcare providers from along with phone interviews with current and former ADC healthcare providers in order to gain first-hand accounts regarding their recruitment, training, and work experience.  Survey and interviews were representative of all facilities and were kept confidential with results blinded in order to allow for free expressions from those surveyed and interviewed.

*ADC Facility Profiles – Presented April 27th, 2018*
*Market / Facility Comparative Analysis – Presented May 9th, 2018*

## Work Stream III - Final Report

This final report serves as a summary of findings from each of the three major work streams, as well as a synthesis of these findings into recommendations for the Court to use in the administration of the stipulation.  The Final Report provides a comparison of market profiles with facility baselines to provide insights and recommendations to address staffing challenges,, along with the blinded inventory of interview and survey findings related to overall job satisfaction with current facility providers.

*Final Report Out – Presented June 13th, 2018*

# Work Stream I

## Market Profiles and Compensation Benchmarks

The Market Profiles were developed to provide a report of all active practicing providers in the market service areas. The Market Profiles' specific objective is to identify provider supply and distribution by provider type for the specified markets, as well as benchmark compensation for each provider type.

### Data and Assumptions

The Advisory Board created profiles for each Arizona County with an ADC facility:  Maricopa, Yuma, Navajo, Pinal, Pima, Graham and Cochise.  While there are no benchmarks specific to correctional healthcare, these counties were cross-referenced with their respective Hospital Referral Region (HRR) in order to provide a proxy for determining provider supply gaps.  HRRs are groupings created by Dartmouth Atlas of Healthcare representing regional healthcare markets for tertiary medical care.  Each HRR is defined by assigning Health Service Areas (HSAs) to the region where the greatest proportion of major cardiovascular procedures were performed, with minor modifications to achieve geographic contiguity, a minimum population size of 120,000 and a high localization index. Under this methodology, Arizona has 4 HRRs as shown in Figure 1 below:

HRRs include:
- Phoenix
- Mesa
- Tucson
- Sun City



Fig. 1

In order to simplify the analytical results, we grouped providers into the four specialty categories of Primary Care, Advanced Practitioners, Behavioral Health and Medical Specialties.  The methodology for determining supply gap for each specialty category is described in Figure 2 below. This methodology was presented and discussed in the Court and agreed to by all parties as an appropriate methodology for combining and comparing the medical and behavioral health provider types.

| Specialty Categories | Specialties Included | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|---|
| Primary Care | Primary Care, Emergency Medicine, OB/GYN | • Physician head count in each county<br><br>• Assigned to market based on primary practice address<br><br>*Source: Health Market Science provider master file.* | • Actual providers per 100,000<br><br>• Health Referral Region (HRR) providers per 100,000<br><br>• Providers needed to reach HRR benchmark | • Percentage of providers needed to close the supply gap<br><br>Gap Scale:<br><br>• Red    ( > 75%)<br>• Yellow  (25 - 50%)<br>• Green   ( < 25%) |
| Advanced Practitioners | Advanced  Practitioners | | | |
| Behavioral Health | Psychiatry, Psychology, Social Services | | | |
| Medical Specialties | Cardiovascular, Gastroenterology, Hospitalists, PM&R, Other Specialties | | | |

Fig. 2

For each market, compensation data provided by the Medical Group Management Association ("MGMA") was cross-referenced in order to provide a median compensation benchmark for each provider type. Note, due to the absence of correctional healthcare-specific benchmark data, the MGMA survey data was used as a proxy in order to show what a healthcare provider would typically make in non-correctional positions and as an alternative in each relevant market.

## Process

The HRR data served as a baseline for our analysis, providing current provider counts per thousand population for each county, as well as an estimate of providers needed in order to have a "fully staffed" region.  This data formed the core of our analysis as we analyzed supply numbers on a county by county basis for each of the seven counties with ADC facilities.

The Market Profiles measured the provider supply gap for each of the four specialty categories.  Each supply gap was given a score of red (supply gap greater than 75%), yellow (supply gap between 25% and 75%), or green (supply gap less than 25%).  An overall score was given to the county for cumulative supply gap with the same red/yellow/green scale.

Understanding that compensation is an important consideration for recruitment and retention, we also calculated a blended, median compensation benchmark from multiple specialty types in order to provide a baseline for analysis when comparing to actual compensation for ADC healthcare providers.

©2018 Advisory Board • All Rights Reserved

advisory.com

## Outcomes

Supply gaps varied significantly by market and specialty, ranging from small over-supply (+1%) to larger under-supply (-334%). Maricopa and Pima Counties displayed the lowest levels of supply gaps, with several instances of oversupply.  However, all other counties showed higher supply gaps, with Yuma experiencing the most significant gaps.

It became clear that the 10 ADC facility markets could be grouped into 3 distinct cohorts based on their calculated supply gap.  The groupings are as follows:

- Under 25% Gap (**GREEN**): Phoenix, Perryville, Lewis, Tucson

- Between 25% - 75% Gap (**YELLOW**): Winslow, Safford

- Greater than 75% Gap (**RED**): Yuma, Eyman, Florence, Douglas

A summary of the supply gaps by county is shown in Figure 3 below.



| Market | # | Facility | Supply Gap |
|---|---|---|---|
| Maricopa | 1 | Phoenix | 🟢 |
| | 2 | Perryville | 🟢 |
| | 3 | Lewis | 🟢 |
| Yuma | 4 | Yuma | 🔴 |
| Navajo | 5 | Winslow | 🟡 |
| Pinal | 6 | Eyman | 🔴 |
| | 7 | Florence | 🔴 |
| Pima | 8 | Tucson | 🟢 |
| Graham | 9 | Safford | 🟡 |
| Cochise | 10 | Douglas | 🔴 |

| Legend | | |
|---|---|---|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

Fig. 3

By establishing which markets have the greatest supply gaps, we were able to gain initial insight into the relative difficulty to recruit and retain providers in each of those markets.  Throughout the later deliverables, we utilize these profiles for cross-reference to confirm if provider supply is a significant hurdle facing ACD and Corizon.

The Advisory Board acknowledges that correctional healthcare is a unique work environment, and that the work environment may be perceived as challenging by many in the available pool of healthcare professionals. However, we believe that understanding the overall market supply of providers provides keen insight into overall difficulties with recruitment and retention for the ADC facilities that we explore further in the next section.

©2018 Advisory Board • All Rights Reserved

advisory.com

# Work Stream II
# Facility Profiles and Baselines

The Facility Profiles were comprised of three major analyses including

1. Compliance to budgeted FTE staffing;
2. Staff retention or turnover rates;
3. Provider compensation benchmark comparison.

For each of these areas, a base set of raw data was identified, vetted and validated. Primary assumptions were defined, presented and reviewed with the Court and accepted as reasonable for evaluation of the data. Finally, analytic modeling was utilized to rank level of compliance, comparison to industry standards, and evaluation against established benchmarks.

## Data

The methodology for creating the facility profiles was to work from raw or baseline data provided directly from the Corizon/ADC systems; and then use the documents reported regularly (monthly) to the Court for comparison and validation of data integrity. Raw data was provided by Corizon's national office, while benchmark data was pulled from the national sources previously cited or from Advisory Board internal sources for industry standard best practices.  Below, Figure 4 provides detail on each data type with descriptions and timeframes.



**Corizon Payroll Data**
- January 1, 2017 – December 31, 2017
- Includes provider name, job title, salary type, hours worked by week



**Corizon Kronos Data**
- January 1, 2017 – December 31, 2017
- Includes provider name, working title, salary type, hours worked by week



**Corizon Monthly Budgeted Hours Reports**
- January 2017 – June 2017
- Includes Corizon contracted and filled FTEs



**Corizon Employed Provider List**
- January 2017 – December 2017
- Includes provider name, job title, and start and termination dates



**Corizon W2 Compensation Data 2017**
- Includes provider name, job title, and total gross compensation

Fig. 4

©2018 Advisory Board • All Rights Reserved

advisory.com

## Assumptions

In the process of identifying and normalizing several different data sources, we made a series of assumptions, groupings, and calculations to facilitate the analysis and modeling.

Within the payroll and Kronos data sets, there were more distinct position titles than there were job titles in the staffing budget, therefore, the Advisory Board team grouped the different positions into consistent categories across each facility and combined FTE and budget targets accordingly to provide a more manageable view of the staffing analysis. Figure 5 outlines the provider grouping methodology and crosswalk between job titles in the disparate data sets.

| Medical Staff Grouping | Data Job Titles | Budgeted Staff Job Titles |
|---|---|---|
| **Medical Director** | • Medical Director<br>• Regional Medical Director<br>• Associate Medical Director | • Medical Director |
| **Physician** | • Staff Physician<br>• Hospitalist | • Staff Physician |
| **Non-Physician Practitioner** | • Nurse Practitioner<br>• Physicians Assistant<br>• Mid-Level Practitioner | • Nurse Practitioner |

| Behavioral Health Staff Grouping | Payroll Job Titles | Budgeted Staff Job Titles |
|---|---|---|
| **BH Director** | • Regional Psychiatric Director<br>• Associate Reg. Mental Health Director<br>• VP Behavioral Health Services | • MH Director (PH.D)<br>• Psychiatric Director |
| **BH Provider** | • Psychiatrist<br>• Psychologist | • Psychiatrist<br>• Psychologist |
| **BH Mid-Level** | • Nurse Practitioner<br>• Physicians Assistant<br>• MH Mid-Level | • MH Nurse Practitioner<br>• Psych Associates |

Fig. 5

For the staffing analysis, weekly FTE calculations include productive working time only, excluding paid time off, paid sick time, training and offsite administrative time. This is often referred to as Productive or Worked FTEs versus Total FTEs.  Further, we confirmed that non-Corizon providers (locums tenens) were included in the payroll data. Inclusion of these providers provides a comprehensive view of staffing compliance that accurately reflects current staffing and hiring methodologies.

Additional assumptions were made to facilitate managing and reporting on the raw data. Budget compliance is calculated as meeting 90% of the budgeted FTEs for each position during each week. The 10% discount is applied to account for non-working time allowed by employment agreements such as sick leave, PTO and training.

Turnover rates were calculated by role and facility and were derived from employee start and term dates from 2015 to 2017. Compensation benchmarking was developed from W2 data combined with Kronos

©2018 Advisory Board • All Rights Reserved

advisory.com

hours to provide FTE adjusted compensation comparisons. Psychology Associates were not included in the analysis because comparison data is not available within the MGMA Compensation and Productivity Survey.

Finally, results by facility, by position, and by medical or behavioral health modality were then calibrated and grouped into ranked categories using a GREEN, YELLOW, RED (and with Compensation a BLUE) scale evaluation methodology.  The framework for this analysis is detailed in Figure 6.

| | Definition | Assumptions | Legend |
|---|---|---|---|
| Compliance | Percent of weeks of the year that the site reached budgeted levels | Discounted budgeted time by 10% to account for non-working time – PTO, Paid Sick Leave, Admin, etc.) | 🟢 >75% weeks of the year<br>🟡 50-75% weeks of the year<br>🔴 <50% weeks of the year |
| Turnover | Three year average of percent of providers who have terminated their contracts each year | Based on all employees from 2015 through 2017<br><br>Rates developed by role, by facility (primary facility determined based on swipe data) | 🟢 <25% turnover<br>🟡 25-50% turnover<br>🔴 >50% turnover |
| Compensation | Comparison of compensation to 2016 MGMA[1] benchmarks (Primary Care, Nurse Practitioner, Psychiatry, Psychology, NP Psychiatry) | Based on 2017 W2 data and Kronos hours<br><br>Primary facility determined based on swipe data<br><br>Psychology Associates excluded due to lack of MGMA benchmarks | 🔵 >75th percentile<br>🟢 50th to 75th percentile<br>🔴 <50th percentile |

Fig. 6

## Process

To ensure accuracy and "buy-in" for the analysis and methodologies, the Advisory Board conducted an initial analysis of the Perryville complex as an example to the Court. This allowed parties involved with the proceedings to review our approach prior to moving forward with the analysis for all ADC facilities. In the facility profiles, we compared Corizon Kronos staffing data by position, by modality, and in total with the contractually budgeted staffing numbers from the Corizon contract.  To visually display this comparison, we created bar graphs by week to compare against budgeted staffing levels.

The Advisory Board team presented the Perryville profile and associated data sources and assumptions and received validation of our methodology.  Following validation, the Advisory Board team created similar profiles for each individual ADC facility and then produced a summary performance table highlighting performance in each of the three areas of analysis for both medical and behavioral health services.  See the Perryville summary below in Figures 7-12. Results for all ADC facilities are located in the Appendix to this report.

©2018 Advisory Board • All Rights Reserved
advisory.com



Fig. 7





Fig 8.

©2018 Advisory Board • All Rights Reserved

advisory.com



Fig. 9





Fig. 10

©2018 Advisory Board • All Rights Reserved

advisory.com





Fig. 11



Fig. 12

©2018 Advisory Board • All Rights Reserved

advisory.com

## Outcomes

For ease of comparison and identification of common themes, each facility was grouped according to its Supply Gap cohort from the Market Profiles analysis for a side by side evaluation. See the cohort analyses below in Figures 13-15.

**< 25% Supply Gap**

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Lewis | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| Perryville | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| Tucson | 79% | 52% | 75th | 2% | 43% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 13

**25% to 75% Supply Gap**

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Safford | 25% | 17% | > 75th | 26% | 0% | N/A |
| Winslow | 40% | 14% | > 75th | 0% | 50% | N/A |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 14

**> 75% Supply Gap**

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Douglas | 36% | 75% | ~ 75th | 32% | 100% | N/A |
| Eyman | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| Yuma | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 15

*Remainder of page left intentionally blank*

©2018 Advisory Board • All Rights Reserved

advisory.com

A single comprehensive table of all 10 facilities was developed to provide a statewide view on one page. See Figure 16 below. The outcome of the analysis showed that even though compensation typically was competitive, there were still inconsistent issues with budget compliance and turnover by position.

| | Medical Providers | | | Behavioral Health Providers | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| **Lewis** | 47% | 38% | ~ 50th | 45% | 39% | > 75th |
| **Perryville** | 62% | 19% | 50th – 75th | 0% | 44% | > 75th |
| **Phoenix** | 64% | 39% | 50th – 75th | 4% | 48% | > 75th |
| **Tucson** | 79% | 52% | ~ 75th | 2% | 43% | > 75th |
| **Safford** | 25% | 17% | > 75th | 26% | 0% | N/A |
| **Winslow** | 40% | 14% | > 75th | 0% | 50% | N/A |
| **Douglas** | 36% | 75% | ~ 75th | 32% | 100% | N/A |
| **Eyman** | 43% | 35% | 50th – 75th | 21% | 30% | > 75th |
| **Florence** | 58% | 38% | 50th – 75th | 36% | 33% | > 75th |
| **Yuma** | 30% | 20% | 50th – 75th | 85% | 38% | > 75th |

● < 25% Gap
● 25% - 75% Gap
● > 75% Gap

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

Fig. 16

Clearly, Corizon and the ADC appreciate the need to pay competitively in order to attract talented healthcare professionals.  However, even with strong compensation, almost every facility demonstrated either significant staffing compliance or turnover issues – or both. Therefore, we looked to the qualitative data gathered through the survey and interviews to supplement our analysis and understand what may be required to ultimately improve recruitment, staffing and retention.

©2018 Advisory Board • All Rights Reserved

advisory.com

# Work Stream II
# Healthcare Provider Survey and Interviews

In order to round out facility profiles, the Advisory Board procured qualitative data from both current and former ADC providers.  An online survey was administered to all current medical and behavioral health providers, and phone interviews were conducted with current and former providers.

The objective of both the survey and the phone interviews was to calibrate the level of job satisfaction and to identify potential areas for improvement.  The questions targeted insights into the recruitment and training processes, the day-to-day work environment, and an overview of typical clinical and administrative operations for the different provider types at each facility.

The previous quantitative analysis indicated that issues with budget compliance and turnover reached beyond compensation.  The interviews and survey provided a forum through which potential issues affecting compliance and turnover could be identified and investigated.

## ADC Healthcare Provider Survey

The Advisory Board utilized "Survey Monkey", a web-based technology, to distribute a survey via email to 171 current employees.  We received 67 total responses (a 39% response rate) consisting of 24 medical providers and 43 behavioral health providers.

The survey asked participants to respond to questions using a five-point scale to gauge overall employee job satisfaction, how the current job requirements met expectations as described during recruitment, satisfaction with compensation and benefits, sufficiency of team staffing and training, and how safe providers feel in their work environment.

The final question to the survey was open-ended, asking what they would recommend to improve their ability to deliver care. Each survey was collected and sorted into their respective provider type by facility. Overall survey results are shown in Figure 17.



Fig. 17

For the open-ended response, several themes came forward that could impact employee satisfaction, moral, productivity, and potentially with recruitment and retention. Employees indicated that improvements are needed in:

- Communication and support from upper-level management,

- Increased training and access to educational resources,

- Improved collaboration and dialogue with ADC facility staff.

## Phone Interviews

The Advisory Board conducted 15-30 minute phone interviews with identified current and former employees.  Each interviewee was selected based on role, facility, and their respective time spent working for ADC.  A total of 36 interviews were requested and 15 interviews were completed.  Nine of the interviews were completed with current employees and six were with former employees.  Note:  During the interviews with current employees, Corizon legal counsel was present.

During these interviews, each provider was asked about his or her experience being recruited for their position and what ultimately led him or her to take the job.  We also asked how their job compared to their initial expectations, and how satisfied they were with their job overall.

Understandably, the level of job satisfaction for the current employees was significantly higher than with the former employees interviewed; however, each provider had unique and important perspectives on the

©2018 Advisory Board • All Rights Reserved

advisory.com

positives and negatives of their jobs as well as potential areas for improvement.  Figure 18 displays the different areas of agreement and disagreement between current and former employees' responses to identified themes common amongst a majority of the interviewees.



Fig. 18

The survey and interviews were our final step in data collection and analysis.  Our next step was to synthesize the qualitative data gathered in the interviews with the quantitative analysis from the market and facility profiles in order to identify major themes, challenges and recommendations. The result is a series of findings, insights, and recommendations that could be implemented to help the ADC address the challenges leading to its current issues with provider staffing and retention at contracted staffing levels.

©2018 Advisory Board • All Rights Reserved

advisory.com

# Work Stream III
# Final Report: Conclusion and Recommendations

Over the course of the Advisory Board's data analysis, interviews, and survey, three consistent themes came to the surface that highlight the challenges to effectively and consistently find, train, and retain both medical and behavioral health providers at the ADC facilities.

- First, **recruitment and retention is an ongoing issue**, resulting in staff being stretched thin to provide coverage.  When providers are forced to cross-cover for different units or facilities it helps to address the immediate need, but typically creates a backlog in other areas.  New employees without prior experience in correctional medicine tend to be more difficult to retain, while remote areas and difficult work environments also create barriers to recruitment.

- Second, **training and onboarding is inconsistent** across facilities and provider types.  In multiple interviews as well as survey responses, we noted inconsistencies in the experience of training and onboarding, we noted inconsistencies in the experience of training and onboarding even when controlling for provider type and facility.  Difficulty with recruitment often creates tight timeframes to fill vacancies, which in turn poses threats to sufficient training and onboarding.

- Third, **operational and benefits issues are impacting employee engagement**, morale and effectiveness.  Although employees express satisfaction with their teams, they often feel a disconnect with upper-level management.  Also, employees have cited lack of compensations for call coverage, minimal autonomy in determining course of treatment, and inability to use PTO as reasons for their dissatisfaction.  Earlier analysis shows that base compensation is typically highly competitive.  However, sufficient pay is a floor to adequate recruitment and retention.  Other areas of job satisfaction are equally critical, and addressing these areas can potentially impact budget compliance and employee retention.

The Advisory Board team addressed each of these themes, or challenges, with directly actionable recommendations.

## Addressing "Recruitment and Retention" challenges:

1. **Develop a stronger screening process**.  It is critical to identify potential new hires with the appropriate skillset and experience to be successful in the correctional health care environment.  Introducing behavioral-based interviews to assess a candidate's ability to manage stressful situations as well as the demands on on-job ambiguity.  Each candidate should be given adequate understanding of the key differences between correctional and community medicine.  This is a key filter to ensure a candidate does not take the job and terminate quickly due to misaligned expectations.

2. **Strengthen and standardize a referral and retention bonus plan**.  It is important to consistently incentivize current employees to support recruitment efforts by offering a bonus if a referral is hired.  Further, Corizon and ADC can reinforce ongoing support, mentoring, and peer-to-peer engagement by offering an additional bonus if the new hire stays for one year.

   Employees are likely to refer qualified candidates with the requisite experience matching requirements of open positions. "A recent study found that 46 percent of employee referrals stay for three years or more, while only 14 percent of those hired from job boards stayed."

Source: https://www.jobvite.com/recruiting-process/new-data-what-you-didnt-know-about-employee-referrals/;
https://www.hyrell.com/blog/how-to-turn-employee-referrals-into-a-candidate-pipeline-for-recruiting;

©2018 Advisory Board • All Rights Reserved
advisory.com

3. **Ensure compensation methodology integrity**.  It is critical to apply a consistent compensation approach across all provider types to ensure organizational equity and an adequate ability to recruit and retain. Our analysis indicates that as a "general rule" providers are paid significantly above the MGMA median compensation for their positions (26% - 66%). The exception to this rule are Physicians and Psychologists.

Revisiting the compensation bands for these two critical provider groups is essential for successful recruiting and retention of these providers.  This is even more important when realizing that often they are the only provider in their class at a given facility, thereby magnifying the effects of turnover and vacancies.

4. **Establish a permanent regional "Provider Pool."**  Developing a stronger screening process will likely lengthen the hiring timeline.  Intentionally and permanently staffing a pool of providers to provide coverage for staffing gaps that occur during this screening process and other times of need.  The pool staff should comprise of professionals with appropriate training, experience and familiarity with the ADC facilities and Corizon operations.

## Addressing "Training and Onboarding" inconsistencies:

5. **Consistently staff Directors at all locations**.  Consistent staffing of Directors establishes oversight and ongoing clinical support for mid-level staff and nursing, creating a clear reporting structure with connections to upper level leadership.  Directors are also able, in the short-term, to cover clinical responsibilities when vacancies arise until pool staff can be made available.

6. **Enhance and track a more robust training and mentoring program**.  Augment current training process by assigning dedicated senior staff member(s) to train new hires, reducing the burden on facility staff; and establish a mentoring program to provide on-going employee support.

"Correctional agencies can prepare their staff for greater responsibilities, utilize the skills and knowledge of experienced staff, and create a team-building enterprise through the formation and support of a well-run, properly supported mentoring program."

7. **Reinforce a culture that supports ongoing learning and development**.  Clinical providers must meet established minimum, professional to maintain licensure and accreditation. It is important to recognize the time, effort, and resources required for providers to remain current.

The Corizon/ADC culture and benefits need to make the process as simple as possible and support the efforts with reimbursement or designated PTO.

## Addressing identified employee issues with "Operations and Benefits":

8. **Create a provider-led committee structure to increase employee engagement**.  Developing a provider-led committee structure will create a formal mechanism to gather candid feedback and develop solutions.  When employees are heard engagement and morale increases and employee retention improves, likely generating a return on investment.

The recommended structure would redesign reporting to streamline communication and align organizational efforts.  It would for a "provider led" care and quality committee with 10-12 members including representation from medical and behavioral health, nursing, security and administration.  These committee meetings would be held at least quarterly.

©2018 Advisory Board • All Rights Reserved

advisory.com

9. **Consider implementing changes based on employee feedback**.  Implementing changes implies that employee voices are being heard and increases employee engagement and effectiveness.  Changes could include:
   - Dedicated space for psych visits
   - Increased computer access
   - Simplified process for external training and CE reimbursement
   - Ensure ability for employees to take PTO
   - Incentivize call coverage during vacations

The Advisory Board is confident that any of these recommendations would have a significant and lasting impact on healthcare provider recruitment and retention.  Our hope is that our analysis and recommendation will help the Court to determine the best path forward for the ADC to succeed under the Stipulation.

## Further Investigation May Be Warranted

Note:  During our analysis, we have identified areas beyond the scope of our engagement that the Court may consider for further investigation.

**Staffing Appropriateness**.  *Interviews helped to unveil the differences between inmate populations by facility and by unit.*

- Is the current budget appropriate to meet demand at each facility even when fully staffed?
- Is alternative staffing ever an option in facilities with lower complexity inmate health needs?
- For example, could partial FTEs, staggered shifts, shared facility positions be deployed effectively?

**Telemedicine / Telepsychiatry**.  *Providers who work via tele-technology have expressed significant levels of job satisfaction.*

- How consistently is this staffing strategy deployed state-wide?
- Could it be leveraged more broadly for short-term absences/ vacancies, as a long-term solutions, or both?

**Onboarding Process Prior to Training**.  *It was mentioned that it often takes nearly three months to bring a new provider on board due to time to obtain licensure, receive ADC clearance, etc.*

- Is there a way to accelerate the process required to obtain licensure in the state of Arizona?
- Are there areas of the ADC clearance process that could be streamlined to increase efficiency?

# Appendix

## Appendix Table of Contents

Work Stream I – Market Profiles Presentation ................................................................................ 24

Work Stream II – Facility Profiles Presentation ........................................................................... 50

Work Stream II – Staffing Compliance, Turnover and Compensation Presentation.................................. 104

Work Stream II - Healthcare Provider Survey Blinded Responses.......................................................... 129

Workstream III – Final Report Presentation ................................................................................ 139

Work Stream I – Market Profiles Presentation





## United States District Court, District of Arizona

**Court Update:** Market Profiles
February 27th, 2018

The best practices are the ones that work for you.℠

 research    technology   consulting

# Agenda Topics and Meeting Objectives

| | Agenda | Time |
|---|---|---|
| 1 | **Project Status Update**<br>*Diagram, project work streams, timeline, data request status* | 5 minutes |
| 2 | **Overview of Markets for Profiling**<br>*Confirm approach* | 45 minutes |
| 3 | **Next Steps & Discussion**<br>*Review of next steps and discussion* | 10 minutes |

### Meeting Objectives

❑ Provide update on project status and work streams

❑ Review preliminary market profiles

❑ Discuss any questions or concerns moving forward

©2018 Advisory Board • All Rights Reserved • advisory.com



# Driver Diagram – Top Level

©2018 Advisory Board • All Rights Reserved • advisory.com

## Engagement Overview

4

### 2018 Milestones for Project



**January 2018**
Initiate market overview and interviews

Court date: (blank)

**February 2018**
Continue market and facility analysis and interviews

Court date: 2/27/18

**March 2018**
Report intermediate findings with the court, continue interviews and analysis

Court date: 3/14/18

**April 2018**
Vetting and validation of data and analysis

Court date: 4/11/18

**May 2018**
Preview and finalize analysis and recommendations

Court date: 5/9/18

**June 2018**
Present final report and recommendations to the court

Court date: 6/13/08

©2018 Advisory Board • All Rights Reserved • advisory.com

## Market Profiles for Analysis

County Level Approach for Physician Supply Benchmarking



| Market | # | Facility | HRR[1] |
|---|---|---|---|
| Maricopa | 1 | Phoenix | Phoenix |
| | 2 | Perryville | |
| | 3 | Lewis | |
| Yuma | 4 | Yuma | Phoenix |
| Navajo | 5 | Winslow | Phoenix |
| Pinal | 6 | Eyman | Mesa |
| | 7 | Florence | |
| Pima | 8 | Tucson | Tucson |
| Graham | 9 | Safford | Tucson |
| Cochise | 10 | Douglas | Tucson |

1) Hospital Referral Region

©2018 Advisory Board • All Rights Reserved • advisory.com

## Understanding Market Comparison Methodology

Hospital Referral Regions were developed by Dartmouth Atlas of Healthcare



- Hospital Referral Regions (HRRs) represent regional health care markets for **tertiary medical care**.

- Each HRR contains at least one hospital that performs **major cardiovascular procedures** and neurosurgery.

- HRRs were defined by assigning Health Service Areas (HSAs) to the region where the **greatest proportion of major cardiovascular procedures** were performed, with minor modifications to achieve:
  - ✓ geographic contiguity,
  - ✓ a minimum population size of 120,000,
  - ✓ a high localization index.

- The process resulted in **306 HRRs** across the U.S.

- Arizona's HRRs include:
  1. Phoenix
  2. Mesa
  3. Tucson
  4. Sun City

©2018 Advisory Board • All Rights Reserved • advisory.com

Source: Dartmouth Atlas of Healthcare, http://www.dartmouthatlas.org/downloads/

## Understanding Physician Supply Methodology

| Specialty Categories | Specialties Included | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|---|
| Primary Care | Primary Care, Emergency Medicine, OB/GYN | • Physician head count in each county | • Actual providers per 100,000 | • Percentage of providers needed to close the supply gap |
| Advanced Practitioners | Advanced Practitioners | • Assigned to market based on primary practice address | • Health Referral Region (HRR) providers per 100,000 | |
| Behavioral Health | Psychiatry, Psychology, Social Services | | • Providers needed to reach HRR benchmark | Gap Scale:<br>• Red    ( > 75%)<br>• Yellow (25 – 50%)<br>• Green ( < 25%) |
| Medical Specialties | Cardiovascular, Gastroenterology, Hospitalists, PM&R, Other Specialties | Source: Health Market Science provider master file. | | |

©2018 Advisory Board • All Rights Reserved • advisory.com

## Overview of Arizona Physician Supply in Target Markets

Slight Undersupply Exists Across All Counties
(12% to 22%)



| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 7,288 | 1,595 | -22% |
| Advanced Practitioners | 8,034 | 932 | -12% |
| Behavioral Health | 2,413 | 532 | -22% |
| Medical Specialties | 10,254 | 1,663 | -16% |

| Legend | | |
|---|---|---|
| < 25% Gap | 25–75% Gap | > 75% Gap |

| Specialty | Median Total Compensation |
|---|---|
| Primary Care | $234,892 |
| Emergency Medicine | $319,333 |
| OB/GYN | $327,358 |
| Nurse Practitioner | $112,628 |
| Physician Assistant | $118,951 |
| Psychiatry | $269,704 |
| Psychology | $104,305 |
| Average Total Compensation | $212,453 |

©2018 Advisory Board • All Rights Reserved • advisory.com



## Maricopa County

### Population Size: 4,566,008

| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 4,907 | 529 | -11% |
| Advanced Practitioners | 5,641 | -39 | +1% |
| Behavioral Health | 1,605 | 58 | -4% |
| Medical Specialties | 7,669 | -101 | +1% |

**Legend**

< 25% Gap    25-75% Gap    > 75% Gap

**Phoenix**

**Perryville**

**Lewis**

### Key Takeaways

- Provider supply should not pose a threat in Maricopa county
- On par with comparison market except slight gap in primary care and ED
- Potential to leverage Advanced Practitioners and other Medical Specialists (*PM&R physicians*)

Note: Health Referral Region is Phoenix
©2018 Advisory Board • All Rights Reserved • advisory.com



## Pima County

10

**Tucson**

### Population Size: 1,129,651

| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 1,389 | 318 | 🟢 −23% |
| Advanced Practitioners | 1,197 | 146 | 🟢 −12% |
| Behavioral Health | 572 | 66 | 🟢 −11% |
| Medical Specialties | 1,498 | 189 | 🟢 −13% |

| Legend | | | | | |
|---|---|---|---|---|---|
| < 25% Gap | 🟢 | 25-75% Gap | 🟡 | > 75% Gap | 🔴 |

**Key Takeaways**

- Provider under supply is almost sufficient across the board, compared to population density.
- For all categories, slight gaps need to be filled to meet demand.

Note: Health Referral Region is Tucson
©2018 Advisory Board • All Rights Reserved • advisory.com



## Yuma County

11

### Population Size: 286,051

|  | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 164 | 177 | -108% |
| Advanced Practitioners | 183 | 168 | -92% |
| Behavioral Health | 24 | 80 | -334% |
| Medical Specialties | 154 | 320 | -208% |

**Legend**

< 25% Gap      25-75% Gap      > 75% Gap

**Key Takeaways**

- Significant gaps in provider supply presents a barrier in Yuma County
- Behavioral health is lacking – greater than a 3x gap in supply
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Phoenix

©2018 Advisory Board • All Rights Reserved • advisory.com



## Pinal County

**12**

Eyman

Florence

**Population Size: 930,912**

| | | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|---|
| | Primary Care | 406 | 298 | 🟡 -73% |
| | Advanced Practitioners | 501 | 563 | 🔴 -112% |
| | Behavioral Health | 93 | 203 | 🔴 -219% |
| | Medical Specialties | 515 | 887 | 🔴 -172% |

**Legend**

| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |
|---|---|---|

### Key Takeaways

- Significant gaps in provider supply presents a barrier in Pinal County
- Behavioral health is lacking – greater than a 2x gap in supply
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Mesa

©2018 Advisory Board • All Rights Reserved • advisory.com



## Navajo County

Winslow

### Population Size: 204,098

| | | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|---|
| | Primary Care | 187 | 56 | -30% |
| | Advanced Practitioners | 194 | 56 | -29% |
| | Behavioral Health | 59 | 15 | -26% |
| | Medical Specialties | 204 | 134 | -66% |

**Legend**

< 25% Gap ●   25-75% Gap ●   > 75% Gap ●

**Key Takeaways**

- Supply gaps lower relative to other counties for Primary Care, APs and BH
- Largest supply gap is within other Medical Specialties (OB/GYN and Cardiology)

Note: Health Referral Region is Phoenix
©2013 Advisory Board • All Rights Reserved • advisory.com



## Graham County

14

Safford

### Population Size: 117,241

| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 107 | 70 | -66% |
| Advanced Practitioners | 136 | 3 | -2% |
| Behavioral Health | 20 | 46 | -231% |
| Medical Specialties | 96 | 79 | -82% |

**Legend**

< 25% Gap | 25-75% Gap | > 75% Gap

**Key Takeaways**

- A reasonable supply of Advanced Practitioners which may offset the Primary Care gap for some staffing
- A significant gap in Behavioral Health providers
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Tucson
©2018 Advisory Board • All Rights Reserved • advisory.com



## Cochise County

### Population Size: 181,608

| | Current Provider Supply | Providers Needed | Supply Gap |
|---|---|---|---|
| Primary Care | 128 | 146 | 🔴 -114% |
| Advanced Practitioners | 182 | 34 | 🟢 -19% |
| Behavioral Health | 40 | 63 | 🔴 -156% |
| Medical Specialties | 118 | 153 | 🔴 -130% |

**Legend**

| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |
|---|---|---|

**Key Takeaways**

- Significant gaps exist across 3 of 4 specialty areas
- Potential opportunity to leverage Advanced Practitioners in the Douglas facility
- Smaller numbers impact magnitude of solution, even with high percentage gaps

Note: Health Referral Region is Tucson
©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved        advisory.com

16

# Physician Supply by County and Facility

"Gaps" vary significantly by market and specialty from +1% to -334%



| Market | # | Facility | Supply Gap |
|--------|---|----------|------------|
| Maricopa | 1 | Phoenix | 🟢 |
| | 2 | Perryville | 🟢 |
| | 3 | Lewis | 🟢 |
| Yuma | 4 | Yuma | 🔴 |
| Navajo | 5 | Winslow | 🟡 |
| Pinal | 6 | Eyman | 🔴 |
| | 7 | Florence | 🔴 |
| Pima | 8 | Tucson | 🟢 |
| Graham | 9 | Safford | 🟡 |
| Cochise | 10 | Douglas | 🔴 |

| Legend | | |
|--------|---|---|
| < 25% Gap 🟢 | 25-75% Gap 🟡 | > 75% Gap 🔴 |

©2018 Advisory Board • All Rights Reserved • advisory.com

17

# Engagement Scope



**Work Stream I**

**Market Profiles and Compensation Benchmarks**

- Conduct Market analyses to understand current market environment
- Facilitate teleconference interviews to understand capabilities, obstacles, opportunities and threats for recruitment and retention
- Conduct compensation benchmarking against an agreed upon dataset for each provider type based on productivity, compensation, benefits and other metrics



**Work Stream II**

**Facilities Profiles and Baselines**

- Conduct teleconference interviews with past and current ADC health care providers re: job descriptions and expectations, culture, environment, compensation etc.
- Submit a data request for current compensation packages and relevant arrangements
- Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks



**Work Stream III**

**Final Deliverable**

- Comparison of market profiles with facilities baselines to provide insights and recommendations for opportunities and challenges for provider staffing
- A blinded inventory of findings related to overall job satisfaction with current facility providers
- Specific recommendations by facility for achieving budgeted staffing levels

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

advisory.com

## Next Steps



**1** Continue review of Corizon contract and payroll data and conduct compensation benchmarking

**2** Generate interview request list for Corizon staff (current and former)

**3** Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks

**4** Next court report out: March 14th

©2018 Advisory Board • All Rights Reserved • advisory.com



Appendix

©2018 Advisory Board • All Rights Reserved • advisory.com

## Maricopa County

20

| | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 339 | -10% | $234,892 |
| Advanced Practitioners | -39 | 1% | $115,790 |
| Emergency Medicine | 150 | -21% | $319,333 |
| Behavioral Health | 58 | -4% | $269,704 |
| OB/GYN | 41 | -6% | $327,358 |
| Dentistry | -115 | 4% | $192,947 |

Phoenix

Perryville

Lewis

### Key Takeaways

- 4,566,008
- On par with referral market except slight gap in primary care and ED; oversupply of dentists/APs (kind of)

Note: Health Referral Region is Phoenix
©2018 Advisory Board • All Rights Reserved • advisory.com

21

# Pima County



Tucson

**Key Takeaways**

- Not terrible across the board

| | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 189 | 18% | $234,892 |
| Advanced Practitioners | 146 | 12% | $115,790 |
| Emergency Medicine | 100 | 47% | $319,333 |
| Behavioral Health | 66 | 11% | $269,704 |
| OB/GYN | 29 | 23% | $327,358 |
| Dentistry | 32 | 5% | $192,947 |

Note: Health Referral Region is Tucson

©2018 Advisory Board • All Rights Reserved • advisory.com

22

## Yuma County



Yuma

**Key Takeaways**

- Behavioral health is extremely low

Note: Health Referral Region is Phoenix
©2018 Advisory Board • All Rights Reserved • advisory.com

|  |  | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|---|
|  | Primary Care | 118 | 95% | $234,892 |
|  | Advanced Practitioners | 168 | 92% | $115,790 |
|  | Emergency Medicine | 34 | 170% | $319,333 |
|  | Behavioral Health | 80 | 334% | $269,704 |
|  | OB/GYN | 25 | 123% | $327,358 |
|  | Dentistry | 100 | 121% | $192,947 |

## Pinal County

Eyman

Florence

**Key Takeaways**

- Low supply across the board

Note: Health Referral Region is Mesa
©2018 Advisory Board • All Rights Reserved • advisory.com

|  | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 174 | 54% | $234,892 |
| Advanced Practitioners | 563 | 112% | $115,790 |
| Emergency Medicine | 60 | 140% | $319,333 |
| Behavioral Health | 203 | 219% | $269,704 |
| OB/GYN | 64 | 156% | $327,358 |
| Dentistry | 300 | 101% | $192,947 |



## Navajo County

Winslow

| | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 34 | 24% | $234,892 |
| Advanced Practitioners | 56 | 29% | $115,790 |
| Emergency Medicine | 8 | 28% | $319,333 |
| Behavioral Health | 15 | 26% | $269,704 |
| OB/GYN | 14 | 77% | $327,358 |
| Dentistry | 25 | 23% | $192,947 |

**Key Takeaways**

- Low on OB/GYN but not terrible gaps compared to other counties

Note: Health Referral Region is Phoenix
©2013 Advisory Board • All Rights Reserved • advisory.com

## Graham County

| Safford | | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|---|
| | Primary Care | 50 | 64% | $234,892 |
| | Advanced Practitioners | 3 | 2% | $115,790 |
| | Emergency Medicine | 8 | 35% | $319,333 |
| | Behavioral Health | 46 | 231% | $269,704 |
| | OB/GYN | 12 | 231% | $327,358 |
| | Dentistry | 15 | 25% | $192,947 |

**Key Takeaways**

- Very low on BH and OB/GYN and Primary care but well staffed with APs

Note: Health Referral Region is Tucson

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved          advisory.com

26

## Cochise County



Douglas

| | Providers Needed | Supply Gap | Median Total Comp. |
|---|---|---|---|
| Primary Care | 102 | 105% | $234,892 |
| Advanced Practitioners | 34 | 19% | $115,790 |
| Emergency Medicine | 29 | 139% | $319,333 |
| Behavioral Health | 63 | 156% | $269,704 |
| OB/GYN | 16 | 156% | $327,358 |
| Dentistry | 3 | 3% | $192,947 |

**Key Takeaways**

- Major gap except dentistry – may be able to leverage APs

Note: Health Referral Region is Tucson
©2013 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

advisory.com

Work Stream II – Facility Profiles Presentation





The best practices are the ones that work for you.℠

## Table of Contents

2

| Supply Gap | Facility | Slide Number |
|---|---|---|
| < 25% | Lewis | 4 |
| | Perryville | 9 |
| | Phoenix | 14 |
| | Tucson | 19 |
| 25% to 75% | Safford | 25 |
| | Winslow | 30 |
| >75% | Douglas | 35 |
| | Eyman | 40 |
| | Florence | 45 |
| | Yuma | 50 |

©2018 Advisory Board • All Rights Reserved • advisory.com









Market Supply Gap < 25%                                                    5

## Lewis Medical Staffing



Medical Director Actual to Budgeted FTEs
■ Director 2   ■ Director 13
*Corizon Budgeted Staffing = 1.0 FTE*



Staff Physician Actual to Budgeted FTEs
■ Physician 8   ■ Physician 3   ■ Physician 5   ■ Physician 13
*Corizon Budgeted Staffing = 2.5 FTE*



Non-Physician Practitioner Actual to Budgeted FTEs
*Corizon Budgeted Staffing = 3.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap < 25%                                                                                    6

# Lewis Behavioral Health Staffing Overall



### Total Behavioral Health FTEs – Actual to Budgeted
*Lewis – January 1 to December 31, 2017*

BH Director   ▪ Psychiatrist   ▪ Psychologist   ▪ BH NP   ▪ Psych Associate

*Corizon Budgeted Staffing = 13.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap < 25%    7

# Lewis Behavioral Health Staffing









©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved          advisory.com





Market Supply Gap < 25%                                                                    12

# Perryville Behavioral Health Staffing

**BH Directors Actual to Budgeted FTEs**

No BH Directors Budgeted



**Psychiatrists Actual to Budgeted FTEs**

Corizon Budgeted Staffing = 1.0 FTE

**Psychologists Actual to Budgeted FTEs**

Corizon Budgeted Staffing = 3.0 FTE



©2018 Advisory Board • All Rights Reserved • advisory.com



## Perryville Behavioral Health Staffing

Market Supply Gap < 25%    13





©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com



©2018 Advisory Board • All Rights Reserved
advisory.com



Market Supply Gap < 25%                                                                                16

## Phoenix Behavioral Health Staffing Overall

### Total Behavioral Health FTEs – Actual to Budgeted
Phoenix – January 1 to December 31, 2017

BH Director    ▪ Psychiatrist    ▪ Psychologist    ▪ BH NP    ▪ Psych Associate

*Corizon Budgeted Staffing = 13.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap < 25%                                                          17

# Phoenix Behavioral Health Staffing







©2018 Advisory Board • All Rights Reserved • advisory.com







©2013 Advisory Board • All Rights Reserved • advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap < 25%                                          20

## Tucson Medical Staffing



### Medical Director Actual to Budgeted FTEs
■ Director 11   ■ Director 1

*Corizon Budgeted Staffing = 1.0 FTE*



### Staff Physician Actual to Budgeted FTEs
■ Physician 8   ■ Physician 3   ■ Physician 17   ■ Physician 18   Physician 4

*Corizon Budgeted Staffing = 3.5 FTE*



### Non-Physician Practitioner Actual to Budgeted FTEs

*Corizon Budgeted Staffing = 3.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap < 25%                                                                 22

# Tucson Behavioral Health Staffing

---

*No Budgeted or Filled Behavioral Health Directors*

---



**Psychiatrists Actual to Budgeted FTEs**
■ BH Provider 22   ■ BH Provider 19          *Corizon Budgeted Staffing = 2.0 FTE*



**Psychologists Actual to Budgeted FTEs**
■ BH Provider 11   ■ BH Provider 35   ■ BH Provider 14   ■ BH Provider 8   ■ BH Provider 33
*Corizon Budgeted Staffing = 4.0 FTE*

©2018 Advisory Board • All Rights Reserved • advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved
advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com



Market Supply Gap 25% - 75%                                    28

## Safford Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*



**Psychiatrist Actual to Budgeted FTEs**

■ BH Provider 1                          *No Psychiatrists Budgeted*

*No Budgeted or Filled Psychologists*

©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap 25% - 75%                                                    29

# Stafford Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Nurse Practitioners*



©2018 Advisory Board • All Rights Reserved • advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com





©2018 Advisory Board • All Rights Reserved

advisory.com



Market Supply Gap 25% - 75%                                    33

# Winslow Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Nurse Practitioners*



### Psych Associates Actual to Budgeted FTEs

*Corizon Budgeted Staffing = 1.0 FTE; 0 Filled*

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com



# Douglas Medical Staffing









Market Supply Gap > 75%                                                      37

# Douglas Behavioral Health Staffing Overall

### Total Behavioral Health FTEs – Actual to Budgeted
Douglas – January 1 to December 31, 2017



©2018 Advisory Board · All Rights Reserved · advisory.com

©2018 Advisory Board • All Rights Reserved                            advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved • advisory.com



## Eyman Medical Staffing

Market Supply Gap > 75%                                                    41







©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved   advisory.com





Market Supply Gap > 75%                                                    43

# Eyman Behavioral Health Staffing







©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

advisory.com







©2018 Advisory Board • All Rights Reserved • advisory.com





©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap > 75%                                                                                     47

# Florence Behavioral Health Staffing Overall



### Total Behavioral Health FTEs – Actual to Budgeted
Florence – January 1 to December 31, 2017

■ Psychiatrist  ■ Psychologist  ■ BH NP

Corizon Budgeted Staffing = 11.5 FTE

©2018 Advisory Board • All Rights Reserved • advisory.com

Market Supply Gap > 75%                                                          48

# Florence Behavioral Health Staffing

*No Budgeted or Filled Behavioral Health Directors*



**Psychiatrists Actual to Budgeted FTEs**

■ BH Provider 25    ■ BH Provider 19    ■ BH Provider 3    *Corizon Budgeted Staffing = 1.0 FTE*



**Psychologists Actual to Budgeted FTEs**

■ BH Provider 13    ■ BH Provider 24    ■ BH Provider 12    *Corizon Budgeted Staffing = 2.0 FTE*

©2018 Advisory Board · All Rights Reserved · advisory.com



## Florence Behavioral Health Staffing





©2018 Advisory Board • All Rights Reserved • advisory.com











©2018 Advisory Board • All Rights Reserved        advisory.com

Market Supply Gap > 75%   52

# Yuma Behavioral Health Staffing Overall

### Total Behavioral Health FTEs – Actual to Budgeted
Yuma – January 1 to December 31, 2017

Legend: ■ Psychiatrist   ■ BH NP   ■ Psych Associate

Corizon Budgeted Staffing = 5.0 FTE

©2018 Advisory Board • All Rights Reserved • advisory.com



Market Supply Gap > 75%                                                                        53

# Yuma Behavioral Health Staffing



No Budgeted or Filled Behavioral Health Directors



### Psychiatrists Actual to Budgeted FTEs

■ BH Provider 2   ■ BH Provider 19   ■ BH Provider 1   ■ BH Provider 3   ■ BH Provider 30

*No Psychiatrists budgeted, but some staffed*



No Budgeted or Filled Psychologists

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved                advisory.com

Market Supply Gap > 75%                                                    54

# Yuma Behavioral Health Staffing





©2018 Advisory Board • All Rights Reserved

advisory.com

Work Stream II – Staffing Compliance, Turnover and Compensation
Presentation





## Agenda Topics and Meeting Objectives

| | Agenda | Time |
|---|---|---|
| 1 | **Project Status Update** <br> *Update on accelerated timeline* | 5 minutes |
| 2 | **Staffing Budget Compliance, Turnover, Compensation Analysis by Site** <br> *Review assumptions and data* | 45 minutes |
| 3 | **Update on Interview Process** <br> *Phone interview and Survey Monkey status update* | 5 minutes |
| 4 | **Next Steps & Discussion** <br> *Review of next steps and discussion* | 5 minutes |

### Meeting Objectives

❑ Deliver findings from analyses by site

❑ Provide update on interviews

❑ Discuss any questions or concerns moving forward

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved          advisory.com

## Framework for Evaluation

| | Definition | Assumptions | Legend |
|---|---|---|---|
| Compliance | Percent of weeks of the year that the site reached budgeted levels | Discounted budgeted time by 10% to account for non-working time – PTO, Paid Sick Leave, Admin, etc.) | 🟢 >75% weeks of the year<br>🟡 50-75% weeks of the year<br>🔴 <50% weeks of the year |
| Turnover | Three year average of percent of providers who have terminated their contracts each year | Based on all employees from 2015 through 2017<br><br>Rates developed by role, by facility (primary facility determined based on swipe data) | 🟢 <25% turnover<br>🟡 25-50% turnover<br>🔴 >50% turnover |
| Compensation | Comparison of compensation to 2016 MGMA[1] benchmarks (Primary Care, Nurse Practitioner, Psychiatry, Psychology, NP Psychiatry) | Based on 2017 W2 data and Kronos hours<br><br>Primary facility determined based on swipe data<br><br>Psychology Associates excluded due to lack of MGMA benchmarks | 🔵 >75th percentile<br>🟢 50th to 75th percentile<br>🔴 <50th percentile |

1) Medical Group Management Association

©2018 Advisory Board • All Rights Reserved • advisory.com

# Physician Supply by County and Facility

Analysis completed in context of supply gap groupings



| Market | # | Facility | Supply Gap |
|---|---|---|---|
| Maricopa | 1 | Phoenix | 🟢 |
| Maricopa | 2 | Perryville | 🟢 |
| Maricopa | 3 | Lewis | 🟢 |
| Yuma | 4 | Yuma | 🔴 |
| Navajo | 5 | Winslow | 🟡 |
| Pinal | 6 | Eyman | 🔴 |
| Pinal | 7 | Florence | 🔴 |
| Pima | 8 | Tucson | 🟢 |
| Graham | 9 | Safford | 🟡 |
| Cochise | 10 | Douglas | 🔴 |

| Legend | | | | | |
|---|---|---|---|---|---|
| < 25% Gap | 🟢 | 25-75% Gap | 🟡 | > 75% Gap | 🔴 |

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com

## < 25% Supply Gap

Relatively high turnover, despite competitive compensation

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Lewis | | 38% | ~50% | | 39% | > 75th |
| Perryville | 62% | 18% | 60th – 75th | 0% | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th | 9% | 48% | > 75th |
| Tucson | 70% | 5% | 75th | 0% | 43% | > 75th |

| | Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% – 75% of weeks | Yellow | 25% – 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP: Nurse Practitioner, Physicians Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate;
   Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks
©2018 Advisory Board • All Rights Reserved • advisory.com



< 25% Supply Gap                                                                    7

## Lewis Complex

| Medical Providers | Behavioral Health Providers |
|---|---|

**47%** of the year medical staffing met budgeted levels (25 weeks)

- **Fully staffed NPPs** for all but one week of the year, yet **fell short** on Physician staffing
- Did not have any Medical Director coverage for 33 weeks of the year

**45%** of the year behavioral health staffing met budgeted levels (24 weeks)

- Consistent staffing of a 1.0 FTE Psychiatrist
- Very **inconsistent staffing of Psychologists and MH Nurse Practitioners** – five different NPs across short portions of the year
- Psych Associates met budget levels 70% of the year

**38%** Medical provider turnover (3 year average)

- **Significant increase in both hiring and turnover in 2017**
- Significant increase in hiring of NPPs in 2017 despite limited terminations

**39%** BH provider turnover (3 year average)

- **Turnover has steadily decreased each year since 2015**
- Steady retention of Psychologists across all three years including an additional hire in 2017
- Increase in Psych Associate staffing in 2016-2017 with very little turnover

**~ 50th percentile overall**

- Physicians and Medical Director paid below the median
- NPPs paid just above the median

**> 75th percentile overall**

- Psychologists paid at the median
- **Psychiatrists and BH NPs paid well above the 75th percentile**

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% – 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com





< 25% Supply Gap

## Phoenix Complex

| Medical Providers | Behavioral Health Providers |
|---|---|

**Compliance**

**64%** of the year medical staffing met budgeted levels (34 weeks)
- Challenged to meet Physician staffing at the beginning of 2017 with no coverage from June to September 2017
- Consistent NPP staffing between 4-5 providers; approached budgeted NPP Staffing levels for ¾ of the year

**4%** of the year behavioral health staffing met budgeted levels (2 weeks)
- Significant understaffing of Psychologists in first three quarters of the year
- Consistent staffing of a 1.0 FTE Psychiatrist for most of the year yet never reached 1.5 FTE budget
- Met Psych Associate budget nearly 75% of the year

**Turnover**

**39%** Medical provider turnover (3 year average)
- Number of medical provider hires decreased each year, yet termination rates remained relatively consistent

**48%** BH provider turnover (3 year average)
- No Psychologists on staff until 2017
- Consistent Psych Associate hiring/turnover rates per year
- Appears to be difficult to maintain a BH NP at this site
- Only retained one of four Psychiatrists in time period

**Compensation**

**50th - 75th percentile overall**
- Paying NPPs and Directors slightly above the MGMA 75th percentile
- Physicians paid slightly below median

**> 75th percentile overall**
- Psychologists paid at the 75th percentile
- Psychiatrists paid well above the 75th
- BH NPs paid above the 75th

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved          advisory.com



< 25% Supply Gap · 10

## Tucson Complex

| Medical Providers | Behavioral Health Providers |
| --- | --- |
| **79%** of the year medical staffing met budgeted levels (42 weeks) | **2%** of the year behavioral health staffing met budgeted levels (1 week) |
| • Fully met or exceeded budget staffing levels for NPPs every week of the year | • BH NPs met staffing levels 48 weeks of the year and often overstaffed which may have closed coverage gaps |
| • Physician staffing rarely met even 1/3 of budgeted levels | • Although Psychiatrists and Psychologists were consistently staffed, **there weren't enough FTEs present to meet budgeted levels** |
| • Medical Directors reached staffing levels 77% of the year | |
| **52%** Medical provider turnover (3 year average) | **43%** BH provider turnover (3 year average) |
| • **Significant turnover in NPPs in 2017 (6 departures)** | • **Turnover has steadily decreased each year since 2015** |
| • Relatively consistent retention of Physicians over the three-year period | • Steady hiring as well as retention of Psychologists across all three years |
| | • Consistent turnover of Psych Associates with 2-4 departures each year; yet 2-4 new hires each year |
| **~ 75th percentile overall** | **> 75th percentile overall** |
| • Overall average impacted by NPP compensation, as they make up the majority of medical providers and are paid above the 75th percentile | • Psychologists paid between the median and 75th percentile |
| • Directors and Physicians were paid just below the median | • Psychiatrists and BH NPs paid well above the 75th percentile |

| | Compliance | | Turnover | | Compensation |
| --- | --- | --- | --- | --- | --- |
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% – 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com

**25% to 75% Supply Gap**

Strong compensation may contribute to low turnover, yet compliance still low

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Safford | | 17% | > 75th | | 0% | N/A |
| Winslow | | 14% | > 75th | | 50% | N/A |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th — 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP: Nurse Practitioner, Physician's Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate
Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks
©2018 Advisory Board • All Rights Reserved • advisory.com





● 25% - 75% Supply Gap                                                            14

# Winslow Complex

| Medical Providers | Behavioral Health Providers |
|---|---|
| **40%** of the year medical staffing met budgeted levels (21 weeks)<br>• **NPPs were fully staffed for 70% (38 weeks) of the year**, yet exceeded budgeted staffing levels 36 of those 38 weeks.<br>• 1.0 Medical Director was budgeted but only staffed part-time for 9 non-consecutive weeks (main facility was Yuma) | **0%** of the year behavioral health staffing met budgeted levels (0 weeks)<br>• Budgeted 1.0 FTE Psych Associate but **position was never filled throughout the year** |
| **14%** Medical provider turnover (3 year average)<br>• **NPPs comprised nearly the entire medical staff.** Consistent staffing throughout three year period, with one term and two hires in 2017 | **50%** BH provider turnover (3 year average)<br>• Staffed one Psych Associate who termed in June 2016 and had not logged any hours; **position was not refilled**, despite the 1.0 FTE budget |
| **> 75th percentile overall**<br>• 4 of 5 NPPs paid above the 75th percentile | *No BH providers staffed* |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com



16

## ■ > 75%  Supply Gap

High turnover rates may contribute to staffing compliance challenges

| | Medical Providers[1] | | | Behavioral Health Providers[2] | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Douglas | | | ~ 75th | | | N/A |
| Eyman | | 35% | 50th – 75th | | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th | | 33% | > 75th |
| Yuma | | 20% | 50th – 75th | 85% | 38% | > 75th |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

1) Medical Director, Physician, Non-Physician Practitioner (NPP, Nurse Practitioner, Physicians Assistant)
2) Psych Director, Psychiatrist, Psychologist, BH Nurse Practitioner, Psych Associate
Psych Associates not included in compensation analysis due to unavailable MGMA benchmarks
©2018 Advisory Board • All Rights Reserved • advisory.com

©2018 Advisory Board • All Rights Reserved

advisory.com



> > 75% Supply Gap

# Douglas Complex

| Medical Providers | Behavioral Health Providers |
|---|---|
| **Compliance** | |
| **36%** of the year medical staffing met budgeted levels (19 weeks)<br>• NPPs met budget 98% of the year (52 weeks)<br>• 1.0 FTE Medical Director was budgeted, yet never staffed, thereby bringing down the overall compliance percentage | **32%** of the year behavioral health staffing met budgeted levels (17 weeks)<br>• Only one Psych Associate was staffed and worked less than a 1.0 FTE throughout the year |
| **Turnover** | |
| **75%** Medical provider turnover (3 year average)<br>• Medical staff is comprised of NPPs; three termed in 2017 while two new hires were made | **100%** BH provider turnover (3 year average)<br>• Difficulty retaining Psych Associate 1.0 FTE |
| **Compensation** | |
| **~75th percentile overall**<br>• NPPs paid at or above the 75th percentile | *No access to compensation benchmarks for Psych Associates and no other BH providers staffed* |

| Compliance | | Turnover | | Compensation | |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com









©2018 Advisory Board • All Rights Reserved

advisory.com

## Overview of Compliance, Turnover and Compensation by All ADC Sites

22

| < 25% Gap | Medical Providers | | | Behavioral Health Providers | | |
|---|---|---|---|---|---|---|
| | Compliance | Turnover | Compensation | Compliance | Turnover | Compensation |
| Lewis |  | 38% | ~ 50th | 37% | 39% | > 75th |
| Perryville | 62% | 19% | 50th – 75th |  | 44% | > 75th |
| Phoenix | 64% | 39% | 50th – 75th |  | 48% | > 75th |
| Tucson | 79% |  | ~ 75th |  | 43% | > 75th |
| **25% - 75% Gap** | | | | | | |
| Safford |  | 17% | > 75th |  | 0% | N/A |
| Winslow | 40% | 14% | > 75th |  | 50% | N/A |
| **> 75% Gap** | | | | | | |
| Douglas |  | 71% | ~ 75th | 52% |  | N/A |
| Eyman |  | 35% | 50th – 75th |  | 30% | > 75th |
| Florence | 58% | 38% | 50th – 75th |  | 33% | > 75th |
| Yuma |  | 20% | 50th – 75th | 85% | 38% | > 75th |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com

## Next Steps



1 Finalize analysis based on feedback from the Court

2 Finalize phone interviews and Survey Monkey and aggregate results

3 Establish final recommendations based on combination of quantitative and qualitative data

4 Next/ final court report out: June 13th

©2018 Advisory Board • All Rights Reserved • advisory.com

## Work Stream II - Healthcare Provider Survey Blinded Responses



### Q1 What is your current role?

Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Medical Director | 1.43% | 1 |
| Behavioral Health Director | 2.86% | 2 |
| Physician | 8.57% | 6 |
| Mid-Level Practitioner (Medical) | 21.43% | 15 |
| Psychiatrist | 4.29% | 3 |
| Psychologist | 15.71% | 11 |
| Behavioral Health Nurse Practitioner | 2.86% | 2 |
| Psych Associate | 32.86% | 23 |
| Other (please specify) | 12.86% | 9 |
| Total Respondents: 70 | | |

## Q2 Which facilities do you work at? Please check all that apply.

Answered: 70   Skipped: 0



| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Douglas | 2.86% | 2 |
| Eyman | 21.43% | 15 |
| Florence | 18.57% | 13 |
| Lewis | 14.29% | 10 |
| Perryville | 21.43% | 15 |
| Phoenix | 11.43% | 8 |
| Safford | 4.29% | 3 |
| Tucson | 17.14% | 12 |
| Winslow | 2.86% | 2 |
| Yuma | 8.57% | 6 |

# Q3 How would you describe your current level of job satisfaction?



Answered: 70   Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Very satisfied | 21.43% | 15 |
| Satisfied | 55.71% | 39 |
| Neither satisfied nor dissatisfied | 15.71% | 11 |
| Dissatisfied | 5.71% | 4 |
| Very dissatisfied | 1.43% | 1 |
| TOTAL | | 70 |

## Q4 My actual day-to-day work is what I expected it to be when I applied for this role.



Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 24.29% | 17 |
| Agree | 51.43% | 36 |
| Neither agree nor disagree | 10.00% | 7 |
| Disagree | 11.43% | 8 |
| Strongly disagree | 2.86% | 2 |
| TOTAL | | 70 |



## Q5 I have sufficient resources for me to succeed in my role.

Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 12.86% | 9 |
| Agree | 40.00% | 28 |
| Neither agree nor disagree | 14.29% | 10 |
| Disagree | 24.29% | 17 |
| Strongly disagree | 8.57% | 6 |
| TOTAL | | 70 |

©2018 Advisory Board • All Rights Reserved

advisory.com



## Q6 I am compensated fairly relative to my job requirements.

Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 10.00% | 7 |
| Agree | 55.71% | 39 |
| Neither agree nor disagree | 21.43% | 15 |
| Disagree | 10.00% | 7 |
| Strongly disagree | 2.86% | 2 |
| TOTAL | | 70 |

## Q7 I am satisfied with my total benefits package.

Answered: 70   Skipped: 0



| ANSWER CHOICES | RESPONSES | |
| --- | --- | --- |
| Strongly agree | 2.86% | 2 |
| Agree | 27.14% | 19 |
| Neither agree nor disagree | 22.86% | 16 |
| Disagree | 32.86% | 23 |
| Strongly disagree | 14.29% | 10 |
| TOTAL | | 70 |



| ANSWER CHOICES | RESPONSES | |
| --- | --- | --- |
| Strongly agree | 34.29% | 24 |
| Agree | 47.14% | 33 |
| Neither agree nor disagree | 12.86% | 9 |
| Disagree | 5.71% | 4 |
| Strongly disagree | 0.00% | 0 |
| TOTAL | | 70 |



## Q9 I had sufficient training to be successful in my role.

Answered: 70    Skipped: 0

| ANSWER CHOICES | RESPONSES | |
|---|---|---|
| Strongly agree | 22.86% | 16 |
| Agree | 34.29% | 24 |
| Neither agree nor disagree | 12.86% | 9 |
| Disagree | 20.00% | 14 |
| Strongly disagree | 10.00% | 7 |
| TOTAL | | 70 |

## Q10 There is sufficient communication and trust between my manager and me.

Answered: 70    Skipped: 0



| ANSWER CHOICES | RESPONSES | |
| --- | --- | --- |
| Strongly agree | 42.86% | 30 |
| Agree | 24.29% | 17 |
| Neither agree nor disagree | 15.71% | 11 |
| Disagree | 8.57% | 6 |
| Strongly disagree | 8.57% | 6 |
| TOTAL | | 70 |

Workstream III – Final Report Presentation





## Engagement Scope

### Work Stream I



**Market Profiles and Compensation Benchmarks**

- Conduct Market analyses to understand current market environment
- Facilitate teleconference interviews to understand capabilities, obstacles, opportunities and threats for recruitment and retention
- Conduct compensation benchmarking against an agreed upon dataset for each provider type based on productivity, compensation, benefits and other metrics

### Work Stream II



**Facilities Profiles and Baselines**

- Conduct teleconference interviews with past and current ADC health care providers re: job descriptions and expectations, culture, environment, compensation etc.
- Submit a data request for current compensation packages and relevant arrangements
- Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks

### Work Stream III



**Final Deliverable**

- Comparison of market profiles with facilities baselines to provide insights and recommendations for opportunities and challenges for provider staffing
- A blinded inventory of findings related to overall job satisfaction with current facility providers
- Specific recommendations by facility for achieving budgeted staffing levels

©2018 Advisory Board • All Rights Reserved • advisory.com

## Utilized Two Methodologies to Gather Qualitative Data

3

### 1

#### Phone Interviews of Current and Former Employees

- Identified current and former employees based on data analysis
- Requested **36 interviews** total
  - 16 current employees
  - 20 former employees
- Completed **15 interviews** total
  - 9 current employees
  - 6 former employees
- Ensured **adequate cross-section** of facilities and provider types
  - 2-6 interviews requested per facility
  - 1-7 interviews requested per provider type

### 2

#### Online Survey of Current Employees

- Utilized "Survey Monkey" technology
- Distributed survey link by e-mail to **171 current employees** (Medical/Behavioral Health Director, Physician, NP, PA, Psychiatrist, Psychologist, MH Mid Level, Psych Associate)
- **67** Total Responses[1] (39% response rate)
  - **24** Medical Providers (34% response rate)
  - **43** Behavioral Health Providers (41% response rate)
- Survey questions and blinded results can be found in appendix

Slide edited on 6/13/18 to represent 15 phone interviews conducted (instead of 13), 6 with former employees (instead of 4), and a footnote was added below.

1) 70 responses appear in raw results in Appendix of Final Report – 3 responses were excluded (1 individual submitted survey twice, 1 individual was out of scope for provider categories (recreational therapist), 1 individual responded after analysis was completed)

©2018 Advisory Board • All Rights Reserved • advisory.com

# Breakdown of Phone Interviews Completed

4

Phone Interviews *by Facility*

| Facility | # of Interviews |
|---|---|
| Douglas | 1 |
| Eyman | 1 |
| Florence | 1 |
| Lewis | 2 |
| Perryville | 1 |
| Phoenix | 0 |
| Tucson | 2 |
| Winslow | 1 |
| Yuma | 2 |
| Multiple Facilities | 2 |
| Regional Office | 2 |

Phone Interviews *by Provider Type*

| Provider Type | # of Interviews |
|---|---|
| Medical Director/Physician | 3 |
| Physician | 1 |
| NP/PA | 2 |
| Behavioral Health Director | 1 |
| Psychiatrist | 3 |
| Psychologist | 1 |
| MH Mid-Level | 1 |
| Psych Associate | 3 |

Phone Interviews
*by Current vs. Former Employees*



Current
Employees
60%

Former
Employees
40%

©2018 Advisory Board • All Rights Reserved • advisory.com

# Clear Dichotomy Exists Between Experience of Current and Former Employees

5

## Phone Interview Results and Findings

| Themes of Interviews | Current Employees | Former Employees | |
|---|---|---|---|
| Satisfaction with Compensation | 👍 | 👍 | More |
| Satisfaction with EMR | 👎 | 👎 | |
| Sufficient Training/ Onboarding | 👍👎 | 👍👎 | Level of Agreement |
| Adequate Staffing/ Coverage | 👍👎 | 👎 | |
| Satisfaction with Work Hours/ Work Environment | 👍 | 👎 | |
| Ability to Deliver Adequate Care | 👍 | 👎 | Less |

©2018 Advisory Board • All Rights Reserved • advisory.com

## Overview of Online Survey Methodology

6

Sent to All Current Providers (Medical Directors, Physicians, Mid-Levels, BH Directors, Psychiatrists, Psychologists, BH Mid-Levels, Psych Associates)



**Number of Responses** *by Facility*

| Facility | Responses |
|---|---|
| Perryville Complex | 12 |
| Eyman Complex | 11 |
| Tucson Complex | 9 |
| Florence Complex | 9 |
| Lewis Complex | 8 |
| Phoenix Complex | 4 |
| Yuma Complex | 4 |
| AZ Regional Office | 2 |
| Safford Complex | 1 |
| Winslow Complex | 0 |
| Douglas Complex | 0 |
| Multiple Complexes | 7 |

**Legend**
Responses
Total Potential Responses

Slide was edited on 6/13/18 to reflect the individuals who worked at multiple complexes and were not captured in the original graph, since there was no figure available for total potential responses.

©2018 Advisory Board • All Rights Reserved • advisory.com

## Current Employees Generally Satisfied Although Opportunities for Improvement Exist



**Online Survey Results of Current Employees**
*Categories In Order of Least to Greatest Satisfaction*

**Reasons for Dissatisfaction**

Benefits Package — 46% | 22% | 31%

Access to Resources — 33% | 15% | 52%

Adequate Training — 31% | 13% | 55%

Fair Compensation — 12% | 22% | 66%

Communication with Manager — 19% | 12% | 69%

Job Requirements Are As Expected — 15% | 9% | 76%

Safe Work Environment — 6% | 13% | 81%

- Expensive insurance premiums
- Inconsistencies with PTO
- Difficulty obtaining reimbursement for CE or licensure requirements

- Lack of educational resources / evidence-based practice materials
- Limited access to computers
- No dedicated space for psych consults

- Lack of training for individuals in leadership/management positions
- No onboarding / training at start of job or additional training opportunities

■ Disagree or Strongly Disagree   ■ Neutral   ■ Agree or Strongly Agree

©2018 Advisory Board • All Rights Reserved • advisory.com

## Direct Quotes From Current Employees Highlight Key Barriers and Concerns

8

*To improve my ability to deliver care, I would recommend the following...*

- **Increase the number of staff** in all medical positions – *Psych Associate*

- **More providers at each facility** so that I am not required to work at other yards or facilities to cover them – *Physician*

- In order to minimize downtime, have **adequate Security Officer coverage**, so that patients could be brought to the Health Unit as scheduled and seen on my Psychiatry line with increased efficiency – *Psychiatrist*

- The ability to purchase **evidence-based practice materials** for use in group and individual therapy – *Psychologist*

- A **better UM procedure** – *Mid Level Practitioner*

- More **computer work stations** – *Physician*

- **Improve eOMIS** – *Mid Level Practitioner*

- Sufficient **on job training** for various roles, as most roles receive very minimal training, despite the high liability of said roles. **Training manuals with detailed instructions** and policies to reference would be high beneficial – *Psychologist*

- When I came on I **was thrown in to do the work without training and I floundered**. I was unhappy. When a good coworker spent some time with me I began to know what was wanted and expected then I was able to excel and was happy – *Psych Associate*

©2013 Advisory Board • All Rights Reserved • advisory.com





# United States District Court, District of Arizona

**Final Report Out**
June 13, 2018

The best practices are the ones that work for **you.**℠       ⌕ research    ⚙ technology    👥 consulting



©2018 Advisory Board • All Rights Reserved

advisory.com

## Agenda Topics and Meeting Objectives

| | Agenda | Time |
|---|---|---|
| 1 | **Engagement in Review**<br>*Timeline, project work streams, deliverables* | 5 minutes |
| 2 | **Online Survey and Phone Interview Results**<br>*Methodology, results, common themes* | 20 minutes |
| 3 | **Key Findings and Observations**<br>*Tying together themes from interviews, survey, and data analysis* | 20 minutes |
| 4 | **Recommendations**<br>*Addressing common challenges with tactical recommendations* | 45 minutes |
| 5 | **Areas for Further Exploration**<br>*Recommended areas of investigation beyond initial scope of engagement* | 10 minutes |
| 6 | **Questions and Discussion**<br>*Clarify outstanding questions and wrap up engagement* | 5 minutes |

**Meeting Objectives**

- ❏ Present survey and interview results
- ❏ Summarize key findings
- ❏ Deliver recommendations
- ❏ Address outstanding questions/concerns

©2018 Advisory Board • All Rights Reserved • advisory.com



## Engagement Scope

13

### Work Stream I



**Market Profiles and Compensation Benchmarks**

- Conduct Market analyses to understand current market environment
- Facilitate teleconference interviews to understand capabilities, obstacles, opportunities and threats for recruitment and retention
- Conduct compensation benchmarking against an agreed upon dataset for each provider type based on productivity, compensation, benefits and other metrics

### Work Stream II



**Facilities Profiles and Baselines**

- Conduct teleconference interviews with past and current ADC health care providers re: job descriptions and expectations, culture, environment, compensation etc.
- Submit a data request for current compensation packages and relevant arrangements
- Analyze and assess data acquired to provide facility profiles and baselines to compare to market benchmarks

### Work Stream III



**Final Deliverable**

- Comparison of market profiles with facilities baselines to provide insights and recommendations for opportunities and challenges for provider staffing
- A blinded inventory of findings related to overall job satisfaction with current facility providers
- Specific recommendations by facility for achieving budgeted staffing levels

©2013 Advisory Board • All Rights Reserved • advisory.com

14

# Compilation of Our Deliverables

### Market Profiles
*February 27, 2018*



### Facility Profiles
*April 27, 2018*



### Compliance, Turnover, Compensation Analysis
*May 9, 2018*



### Survey & Interview Results
*June 13, 2018*



### Final Recommendations
*June 13, 2018*



### Final Report Compilation
*June 13, 2018*



©2018 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com



## Overview of Compliance, Turnover and Compensation by All ADC Sites in 2017

16

| | Compliance | Turnover | Compensation |
|---|---|---|---|
| Medical Providers | 57% | 40% | ~ 75th |
| Behavioral Health Providers | 0% | 40% | > 75th |

| | Compliance | | Turnover | | Compensation |
|---|---|---|---|---|---|
| Green | > 75% of weeks | Green | < 25% | Blue | > 75th percentile |
| Yellow | 50% - 75% of weeks | Yellow | 25% - 50% | Green | 50th – 75th percentile |
| Red | < 50% of weeks | Red | > 50% | Red | < 50th percentile |

©2018 Advisory Board • All Rights Reserved • advisory.com

Slide was edited on 6/13/18 to reflect the year for this data, 2017



17

# Overall Themes and Findings

Consistent Across All Interviews/Surveys, and Data Analysis

► **Recruitment and retention an ongoing issue, resulting in staff being stretched thin to provide coverage**

- *Providing coverage of other units and other facilities addresses backlog in one area, but creates backlog in another.*
- *New employees without prior experience in correctional medicine tend to be more difficult to retain, while remote areas and difficult work environments also create barriers to recruitment.*

► **Training and onboarding inconsistent across facilities and provider types**

- *In multiple interviews as well as survey responses, we noted inconsistencies in the experience of training and onboarding even when controlling for provider type and facility.*
- *Difficulty with recruitment often creates tight timeframes to fill vacancies which poses threats to sufficient training and onboarding.*

► **Operational and benefits issues impacting employee engagement, morale and effectiveness**

- *Although employees express satisfaction with their teams, they feel a disconnect with upper level management.*
- *Employees have cited lack of compensation for call coverage, minimal autonomy in determining course of treatment, and inability to use PTO as reasons for their dissatisfaction*

©2013 Advisory Board • All Rights Reserved • advisory.com

## Recruitment and Retention is a Consistent Challenge

18





### Recruitment

- Difficult to recruit providers to rural parts of Arizona

- Providers indicate importance of hiring providers with the right skillset rather than any willing individual

- Vacancies are difficult to fill in a timely manner, due to the state process of approvals, authorizations, licensure, etc.

- Corizon has had some success hiring locums tenens to full time positions

### Retention

- Poor retention of providers without experience with correctional medicine as well as providers straight out of school

- Significant first year turnover rate in both medical and behavioral health

**5** Medical providers[2] joined and departed in 2017

**10** BH providers[2] joined and departed in 2017 (non-locums)

1) Anyone who was hired and left in the same year are excluded in this graph
2) Non-locums

©2018 Advisory Board • All Rights Reserved • advisory.com

19

# Staff is Stretched Thin Covering Vacancies

### Number of Providers who Worked at 1, 2, or 3+ Facilities in 2017



**23%**
of employees have covered at more than one facility according to Kronos data

- 1 Facility
- 2 Facilities
- 3+ Facilities

*One individual provided part time Medical Director or Physician coverage nearly every other week, yet never met 1.0 budgeted FTE*

*Covered vacancy with a quarter FTE after two Nurse Practitioners departed. Medical Director staffing only covered additional need for 2 of the 14 week vacancy period*

 **Key Themes**

- Providers cover at other facilities more frequently than is indicated in the Kronos data. For example, one individual said he covers at Douglas and Winslow, but only Safford appears in the data
- When a provider covers a different site or unit, there is no backfill for his/her site or unit
- With limited staff and vacancies, call coverage requirements increase with no additional compensation or incentive

### Winslow Medical Staffing 2017



©2018 Advisory Board • All Rights Reserved • advisory.com

## Training and Onboarding is Reported as Inconsistent Across Employees

20

*I had sufficient training to be successful in my role[1] ...*



**Perryville**

**Disagree**
- Physician
- Mid-Level
- Psych Associate (3)

5 | 5

2

**Agree**
- Physician (2)
- Mid-Level
- Psychologist
- Psych Associate

**Neutral**
- Medical Director
- Mid-Level

**Florence**

**Disagree**
- Psychologist
- Psych Associate (3)

4 | 4

1

**Agree**
- Mid-Level
- Psychologist
- Psych Associate (2)

**Neutral**
- Psych Associate

➤ Major dichotomy exists at both Perryville and Florence, even when controlling for provider type

➤ Each provider type had conflicting responses at both facilities



*Phone interviews revealed similar conflicting commentary*

1) Via online survey of current employees
©2018 Advisory Board • All Rights Reserved • advisory.com

# Sufficient Pay is a Floor to Adequate Recruitment, Yet Other Areas of Job Satisfaction Equally Critical

21



2017 Provider[1] Compensation Compared to MGMA[2] Median

### Physician Benchmark Comparison by Facility

| Facility | Variance from Median | # of Providers |
|----------|----------------------|----------------|
| Yuma | -14% | 1 |
| Florence | -14% | 1 |
| Tucson | -9% | 3 |
| Lewis | -9% | 1 |
| Perryville | -6% | 3 |
| Phoenix | -3% | 3 |
| Eyman | 1% | 2 |



- Compensation is generally above median community benchmarks, yet call coverage and additional work hours are without additional compensation or incentives

- Difficult for employees to take PTO because there is no backfill, necessitating additional call coverage for other providers during PTO to support existing need

- Some employees have expressed inability to be autonomous in care delivery due to the UM process; ATP recommendations are often inadequate or ATPs or sometimes fall outside of scope of practice

- Employees dissatisfied with ease of obtaining reimbursement for Continuing Education, licensure requirements and other educational offerings (conferences, trainings, etc.)

- Cost of insurance premiums and benefits enrollment have been cited as concerns for some employees

1) Psych Associates not included in compensation analysis and some providers excluded due to incomplete data.
2) Medical Group Management Association; 2016 Provider Compensation Survey
3) In addition to Psych Associates, 23 providers were excluded from this analysis due to missing data elements that limited our calculations.

Third footnote was added on 8/13/18.

©2018 Advisory Board • All Rights Reserved

advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com





Challenge #1                                                                              25

# Addressing Recruitment & Retention Challenges

Recommendations and Rationale

1

Develop a **stronger screening process**

**Rationale:** It is critical to identify potential new hires with the appropriate skillset and experience to be successful in the correctional health care environment. Include behavioral based interviewing to assess candidates ability to manage stressful situations as well as ambiguity. Ensure adequate understanding of difference between correctional and community medicine.

Recognizing that a more robust screening process will lengthen the hiring timeline and pool of candidates, the "Provider Pool" concept is that much more important.

2

Strengthen and standardize a **referral/ retention bonus plan**

**Rationale:** Incentivize current employees to support recruitment efforts by offering a bonus if a referral is hired; reinforce ongoing support, mentoring, and peer-to-peer engagement by offering an additional bonus if the new hire stays for one year.

Employees are likely to refer qualified candidates with the requisite experience matching requirements of open positions. *"A recent study found that 46 percent of employee referrals stay for three years or more, while only 14 percent of those hired from job boards stayed."*

Source: https://www.jobvite.com/recruiting-best-practices/provider-pool-should-employee-referrals-make-up-employee-referrals-make-up-dominate-staffing-strategy/

©2013 Advisory Board • All Rights Reserved • advisory.com

Challenge #1                                                                                    26

# Addressing Recruitment and Retention Challenges

Recommendations and Rationale

### Ensure **compensation methodology integrity**

**Rationale:** It is critical to apply a consistent compensation approach across all provider types to ensure organizational equity and an adequate ability to recruit and retain.

Our analysis indicates that as a "general rule" providers are paid significantly above the MGMA median compensation for their positions (26% - 66%). The exception to this rule are Physicians and Psychologists.

Revisiting the compensation bands for these two critical provider groups is essential for successful recruiting and retention of these providers. This is even more important when realizing that often they are the only provider in their class at a given facility, thereby magnifying the effects of turnover and vacancies.

### Establish a permanent regional **"Provider Pool"**

**Rationale:** Intentionally and permanently provide coverage for staffing gaps due to PTO and vacancies. Maintain "pool" staff at all levels, with appropriate training, experience and familiarity with the ADC facilities and Corizon operations.

Also have designated coverage for Directors assigned regionally, or Assistant Directors budgeted, to ensure no gaps in oversight during PTO and Training.

©2018 Advisory Board • All Rights Reserved • advisory.com



## Tying Challenges to Recommendations

27

Find   **Train**   Retain

| Challenge #1 | **Challenge #2** | Challenge #3 |
|---|---|---|
| Recruitment and retention is an ongoing issue resulting in staff being stretched thin to provide coverage | **Training and onboarding inconsistent across facilities and provider types.** | Operational and benefits issues impacting employee engagement, morale and effectiveness |

| Recommendations | **Recommendations** | Recommendations |
|---|---|---|
|  | 5. Consistently staff Directors at all locations | |
|  | 6. Enhance and track a more robust training and mentoring program | |
|  | 7. Reinforce a culture that supports ongoing learning and development | |

©2018 Advisory Board • All Rights Reserved • advisory.com

Challenge #2                                                                        28

# Addressing Training & Onboarding Inconsistencies

Recommendations and Rationale

**Consistently staff Directors at all locations**

**Rationale:** Consistent staffing of Directors establishes oversight and ongoing clinical support for mid-level staff and nursing, creating a clear reporting structure with connections to upper level leadership. Directors are also able, in the short-term, to cover clinical responsibilities when vacancies arise until pool staff can be made available.

**Enhance and track a more robust training and mentoring program**

**Rationale:** Augment current training process by assigning dedicated senior staff member(s) to train new hires, reducing the burden on facility staff; and establish a mentoring program to provide on-going employee support.

"Correctional agencies can prepare their staff for greater responsibilities, utilize the skills and knowledge of experienced staff, and create a team-building enterprise through the formation and support of a well run, properly supported mentoring program."

**Reinforce culture that supports ongoing learning and development**

**Rationale:** Clinical providers must meet established minimum, professional to maintain licensure and accreditation. It is important to recognize the time, effort, and resources required for providers to remain current.

The Corizon/ADC culture and benefits need to make the process as simple as possible and support the efforts with reimbursement or designated PTO.

©2013 Advisory Board • All Rights Reserved • advisory.com

Source: "Successful Mentoring in a Correctional Environment" WITTENBERG http://www.uscourts.gov/sites/default/files/92_2_10_0.pdf



## Tying Challenges to Recommendations

Find    Train    **Retain**

**Challenge #1**

Recruitment and retention is an ongoing issue, resulting in staff being stretched thin to provide coverage

**Challenge #2**

Training and onboarding inconsistent across facilities and provider types

**Challenge #3**

Operational and benefits issues impacting employee engagement, morale and effectiveness.

**Recommendations**

8. Create a provider-led committee structure to increase employee engagement and autonomy

9. Consider changes to benefit design based on employee feedback

©2018 Advisory Board • All Rights Reserved • advisory.com

Challenge #3                                                                    30

# Addressing Operational and Benefits Issues

## Recommendations and Rationale

 *As a Provider, I appreciate YOU asking for my input in possibly assisting with the decision making process and development planning in enhancing our Health Care system process. Thank you.*

*- Nurse Practitioner*

**Create a provider-led committee structure** to increase employee engagement

**Rationale:** Developing a provider-led committee structure creates a formal mechanism to gather candid feedback and develop solutions to problems. When employees are heard, engagement and morale increase, employee retention improves, resulting in likely returns on investment in quality and productivity.

**Recommended Structure:**
- Redesign the management reporting structure to streamline communication and align organizational efforts.
- Form a "provider led" care and quality committee with 10-12 members including representation from medical and behavioral health, nursing, security, and administration.
- Schedule committee meetings no less than quarterly and augment with group calls or WebEx as needed.

**Consider implementing changes** based on employee feedback

**Rationale:** Implementing changes implies that employee voices are being heard and increases employee engagement and effectiveness. Changes could include the following:
- Dedicated space for psych visits
- Increased computer access
- Simplified process for external training and CE reimbursement
- Ensure ability for employees to take PTO
- Incentivize call coverage during vacations

©2013 Advisory Board • All Rights Reserved • advisory.com





33

# Further Investigation May Be Warranted



**Critical Follow-On Questions**
We have identified areas beyond the scope of our engagement
that the Court may consider for further investigation.

**1**

**Staffing Appropriateness**
*Interviews helped to unveil the differences between inmate populations by facility and by unit.*

▶ Is the current budget appropriate to meet demand at each facility even when fully staffed?
Is alternative staffing ever a option in facilities with lower complexity inmate health needs?
For example partial FTEs, staggered shifts, shared facility positions.

**2**

**Telemedicine / Telepsych**
*Providers who work via tele-technology have expressed significant levels of job satisfaction.*

▶ How consistently is this staffing strategy deployed state-wide? Could it be leveraged more
broadly for short-term absences/ vacancies, as a long-term solutions, or both?

**3**

**Onboarding Process Prior to Training**
*It was mentioned that it often takes nearly three months to bring a new provider on board due to
time to obtain license, receive ADC clearance, etc.*

▶ Is there a way to accelerate the process required to obtain licensure in the state of Arizona?
Are there areas of the ADC clearance process that could be streamlined to increase
efficiency?

©2013 Advisory Board • All Rights Reserved • advisory.com



©2018 Advisory Board • All Rights Reserved
advisory.com



©2018 Advisory Board • All Rights Reserved

advisory.com

36

# Advisory Board Consulting Team

Contact Information



**Braxton "BJ" Millar, MBA**
Vice President

millarb@advisory.com
615-577-2858



**David Long, MBA, JD**
Senior Consultant

longd@advisory.com
615-760-7586



**Rene Sobolewski**
Senior Consultant

sobolewr@advisory.com
615-760-7627

©2018 Advisory Board • All Rights Reserved • advisory.com