**EXHIBIT 1**

**EXHIBIT 1**

Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-ROS<br><br><br>**DECLARATION OF AMY LANDRY** |

I, **AMY LANDRY**, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I am the Business Administrator for the Arizona Department of Corrections Health Services Contract Monitoring Bureau (HSCMB) and have held this position since March 2013.

3.     My primary duties and responsibilities are to manage and track the HSCMB budget, including encumbrances and submitting invoices for payment.  I receive invoices from Plaintiffs' counsel in the *Parsons v. Ryan* case and am responsible for submitting payment of these invoices where appropriate.

4.     Pursuant to Paragraph 44 of the Stipulation, Plaintiffs receive up to $250,000 per calendar year for work associated with monitoring the Stipulation.  (Dkt. 1185 at ¶44).

5.     On October 24, 2018, check number 201810240785734 in the amount of $90,358.38 was electronically transferred to Plaintiffs' account and cleared on October 26, 2018 in payment of Plaintiffs' August 14, 2018 invoice for monitoring fees.

6.     This payment represented the second installment paid to Plaintiffs for monitoring fees for 2018 pursuant to the terms of Paragraph 44 of the Stipulation.

7.     The final installment was paid to Plaintiffs on December 27, 2018, check number 201812270831111, and cleared on December 31, 2018, and represented payment in full of the $250,000.00 monitoring fees for 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _8_ day of May 2019.


AMY LANDRY

2