# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The parties' motion to clarify is granted to the extent that the parties must meet and confer and submit a draft outline of a transition plan by May 15, 2019.

**IT IS THEREFORE ORDERED** that the parties' Motion to Clarify (Doc. 3239) is granted to the extent explained herein.

Dated this 8th day of May, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge