# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Charles L Ryan, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-ROS <br><br> **JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed May 8, 2019, judgment is entered in favor of plaintiffs and against defendants in the amount of $ 1,588,039.20 in fees and $45,082.60 in costs for a total of $1,633,121.80.

                        Brian D. Karth
                        District Court Executive/Clerk of Court

May 8, 2019

                    s/ E. Aragon
            By  Deputy Clerk