|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 13 2019 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

VICTOR ANTONIO PARSONS; et al.,

    Plaintiffs-Appellees,

v.

CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections,

    Defendants-Appellants.

No. 18-15989

D.C. No. 2:12-cv-00601-DKD
District of Arizona,
Phoenix

ORDER

The motion to voluntarily dismiss this appeal is **GRANTED.** This appeal shall be dismissed and the mandate shall issue forthwith.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7