Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis - Rast Max
P.O. Box 3600, Buckeye, Ariz. 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons
    Plaintiff

CV-12-00601-PHX-ROS

CASE NO. 12-CV-12-0601-PHX-DKD

V.

NOTICE OF SERVICE

Charles Ryan et al.,
    Defendant(s)

On 16 May 19, the following documents were E-filed to each defendant individually:

- Notice of Non-Compliance - "Performance Measure #13"
- Notice of Fed.R.Civ.65(a) Preliminary Injunction.
- Letter to Amy Fettig dated 9 May 19

Respectfully submitted this 16 day of May 19
Under penalty of perjury

Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis Rast Max
P.O. Box 3600 Buckeye, AZ 85326

Page 1

*Notice [illegible] pursuant to Fed R Civ P 65 Preliminary Injunction.*

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Gabapentin*

*Complaints are limited to one page and one issue.*
*Please print all information.*

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis RM | 16 May 19 |

| TO | LOCATION |
|---|---|
| CO III Kozora | UC 5 #15 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. This Medical concern strikes at the heart of the systemic inadequate Medical Services provided to (ADC) prisoners concerning the "Continual of Care, particularly concerning provision of prescription Medication." (Parsons v. Ryan) Performance Measure #13 states as follows:

PM #13 "Chronic Care Medication Renewals will be completed in a Manner such that there is no interruption or lapse in Medication"

My Medical Records are well substantiated with symptoms that have diagnosed me with Chronic Pain Syndrome so I will not reiterate. On 9 May 19 NP Ende submitted a Referral to Utilization Management ("UM"), for the More Effective Pain Med Gabapentin because my other meds were proven to be ineffective. This was Endes third request. In Fact, Ende was so certain it would be Approved my previous Medication Carbamazepine was discontinued on the premise Gabapentin would change over. The "UM" denied Endes request on the basis that I was required to try other meds that already have proven to be ineffective. Since my meds were discontinued I have not been provided any medications at all. Apparently, Lewis does not have an Active Provider on site because Ende is gone. Resolution: I am requesting (NIC & Corizon) take immediate action and follow it's own providers/Recommendation of care and provide me with the More Effective Medication-Gabapentin. Please take Note, Prior to seeking Court Intervention I am required to provide the Adverse parties ("Notice") pursuant to Fed R Civ P 65 Preliminary Injunction. This problem can be easily rectified by following NP Endes Recommendations and "PM #13". Court Intervention is Not necessary with your Cooperation. Thank you!

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| /s/ | 16 May 19 |

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name: Several Nurses

*[Right margin: This Informal Resolution was Mailed/Delivered to [illegible] on May 19]*

Ms. Amy Fettig, esq.
915 15th Street N.W., 7th Floor
Washington, D.C. 20005

16 May 19

RE: PARSONS, et al, v. Ryan, et al, 12-cv-0601-PHX-ROS - Notice of Noncompliance. Performance Measure #13; Notice of Preliminary Injunction Fed.R.Civ.P 65(A).

Dear Amy,

I am enclosing my Informal Resolution dated 16May19 RE: Noncompliance with Performance Measure #13. Can you please address these concerns with the Adverse parties. Thank you!

Look forward to speaking to you soon.

Sincerely,

Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Max
P.O.Box 3600, Buckeye, AZ 85326