**EXHIBIT 1**

**EXHIBIT 1**

# 2015 SPRING CONFERENCE "PARTNERING WITH DEPARTMENT OF CORRECTIONS"

### presented by DR. BART ABPLANALP at HILTON in VANCOUVER, WA

**WEDNESDAY, JUNE 17th**
07:30 am Registration and Breakfast
08:30 am Opening Remarks
08:45 am Legislative Updates
              Presenters: David Kludt
10:30 am Break
10:45 am Legislative Updates
12:00 pm Lunch & Business Meeting
1:30 pm DOC
2:30 pm Break
2:45 pm DOC
4:30 pm Adjournment
*CEU/CME: 6 hours*



### *ABOUT OUR PRESENTER:*

*Bart Abplanalp* received his Ph.D. in Clinical Psychology from the University of Texas at Austin. He completed clinical and forensic postdoctoral work at the Court Diagnostic and Treatment Center (Toledo, Ohio), the Medical College of Ohio, and the Pretrial Evaluation Unit of Dorothea Dix Forensic Hospital in Raleigh, North Carolina. His primary areas of focus within these forensic populations were assessment of malingering, competency, and insanity. He began working for the Washington State Department of Corrections in 2001 and helped develop a Co-Occurring Disorders Therapeutic Community at McNeil Island. Dr. Abplanalp subsequently expanded the scope of his responsibilities to include work at the reception center in Shelton, the camp at Cedar Creek Corrections Center, and Lincoln Park Work Release, which serves the mentally ill and developmentally disabled population.

Currently based at DOC headquarters in Tumwater, Dr. Abplanalp is currently the Chief Psychologist – West, responsible for clinical oversight of mental health in Washington DOC facilities on the western side of the state. He also serves as a mental health policy advisor and as an expert witness for the American Civil Liberties Union and the Southern Poverty Law Center.