Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-ROS **REPORT TO COURT REGARDING PLAINTIFFS' COUNSELS' PRISON VISITS AND INTERVIEWS** |

144418855.1

Plaintiffs' counsel have provided this Court with updates regarding their visits to Arizona State Prison Complexes ("ASPC") that they make pursuant to Paragraph 32 of the Stipulation, in order to report to the Court firsthand information from Plaintiff class members regarding the impact of Defendants' noncompliance with the Stipulation. [*See, e.g.*, Doc. 2794-1 Ex. 1 (April 2018 ASPC-Winslow visit); *id*. Ex. 7 (April 2018 ASPC-Yuma visit); Doc. 2865-1 Ex. 2 (April 2018 ASPC-Yuma visit); *id*. Ex. 3 (May 2018 ASPC-Phoenix visit); Doc. 3071 (November 2018 ASPC-Lewis visit); Doc. 3071-1 Exs. 9-16 (November 2018 ASPC-Lewis visit)]

Plaintiffs' counsel hereby provide the Court with information from recent monitoring visits since December 2018. Plaintiffs' counsel also have provided the Court's expert, Dr. Marc Stern, with these reports and information:

- ASPC-Florence – December 5-6, 2018. [*See* Declaration of Corene Kendrick ("Kendrick Decl."), filed herewith, Ex. 1]
- ASPC-Tucson – January 8-9, 2019. [*See id*. Exs. 2-3]
- ASPC-Phoenix – January 10, 2019. [*See id.* Exs. 4-5]
- ASPC-Eyman – January 24-25, 2019. [*See id*. Exs. 6-8]
- ASPC-Perryville – April 2-4, 2019. [*See id*. Exs. 9-10]

Additionally, Plaintiffs notified the Court on April 15, 2019, of the need for the Court to appoint a new Magistrate Judge to serve as a mediator in this case to replace Judge Bade, as there are several matters regarding noncompliance with the Stipulation on which the parties have met and conferred fully. [Doc. 3213]

Counsel for Defendants have refused to waive mediation with regard to these matters. [Kendrick Decl. ¶¶ 7, 11] As a result of Defendants' refusal to waive mediation and the fact that no replacement mediator has been appointed to succeed Judge Bade since her elevation to the Ninth Circuit Court of Appeals on March 25, 2019, Plaintiffs have been unable to complete the mediation process. Pursuant to Paragraph 31 of the Stipulation, which permits the filing of enforcement motions if the issue has not been

144418855.1

resolved within 60 days, Plaintiffs intend to file enforcement motions shortly on the following issues:

- January 2, 2019 – Noncompliance with PM 23 (Lewis); PM 24 (Eyman, Florence, Phoenix, Yuma); PM 40 (Florence, Winslow); PM 44 (Phoenix, Tucson); PM 52 (Lewis, Yuma). [*See* Kendrick Decl. Exs. 11-12]
- January 15, 2019 – Noncompliance with Maximum Custody Performance Measures (MCPMs) 1, 2, 5, 6, and 8 at Florence-Kasson and Lewis-Rast. [*See id*. Exs. 13-14]
- February 2, 2019 – Noncompliance with MCPMs 1, 2, 5, 6, and 8 at Eyman-SMU-I and Eyman-Browning. [*See id*. Exs. 15-16].
- February 7, 2019 – Noncompliance with Paragraph 14 of the Stipulation (language interpretation in health care encounters). [*See id*. Exs. 17-18]
- March 5 and 6, 2019 – Notice of Failure to Abide by Court's Order (Doc. 2474) Re: PM 2 Monitoring Methodology; Noncompliance with PM 2 (Douglas); Noncompliance with PM 2 (Safford) and PM 94 (Florence). [*See id*. Exs. 19-21]

Respectfully submitted,

Dated:  May 20, 2019              **PRISON LAW OFFICE**

By:   s/ Corene T. Kendrick
          Donald Specter (Cal. 83925)*
          Alison Hardy (Cal. 135966)*
          Sara Norman (Cal. 189536)*
          Corene T. Kendrick (Cal. 226642)*
          Rita K. Lomio (Cal. 254501)*
          1917 Fifth Street
          Berkeley, California 94710
          Telephone:  (510) 280-2621
          Email:    dspecter@prisonlaw.com
                      ahardy@prisonlaw.com
                      snorman@prisonlaw.com
                      ckendrick@prisonlaw.com
                      rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ryan Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         rkendall@aclu.org

*Admitted *pro hac vice*. Not admitted in DC;
 practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:  s/ Maya Abela
     Rose A. Daly-Rooney (Bar No. 015690)
     J.J. Rico (Bar No. 021292)
     Maya Abela (Bar No. 027232)
     177 North Church Avenue, Suite 800
     Tucson, Arizona 85701
     Telephone:  (520) 327-9547
     Email:   rdalyrooney@azdisabilitylaw.org
              jrico@azdisabilitylaw.org
              mabela@azdisabilitylaw.org

1
2
3
4

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
 Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　s/ D. Freouf

1444418855.1                                -5-