Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. On December 5-6, 2018, Plaintiffs' counsel and Plaintiffs' medical expert Dr. Todd Wilcox visited ASPC-Florence pursuant to Paragraph 32 of the Stipulation, where we interviewed plaintiff class members, custody staff, and health care staff, and made visual inspections during visits to clinical spaces and housing units. After the tour, between December 7, 2018 and January 31, 2019, Plaintiffs' counsel sent more than 50 separate letters to Counsel for Defendants regarding class members at Florence whose medical records confirmed that they were in need of immediate medical, mental health, and/or dental care. In addition, attached hereto as **Exhibit 1**, and filed under seal, is a redacted version of a letter sent by Plaintiffs' counsel David Fathi to Defendants' counsel Timothy Bojanowski on May 5, 2019, regarding short and perfunctory mental health encounters with class members at ASPC-Florence.

3. On January 8-9, 2019, Plaintiffs' counsel, Plaintiffs' medical expert Dr. Todd Wilcox, and Plaintiffs' mental health expert Dr. Pablo Stewart, visited ASPC-Tucson pursuant to Paragraph 32 of the Stipulation, where we interviewed plaintiff class members, custody staff, and health care staff, and made visual inspections during visits to clinical spaces and housing units. After the tour, between January 14, 2019 and February 28, 2019, Plaintiffs' counsel sent more than 40 separate letters to Counsel for Defendants regarding class members at Tucson whose medical records confirmed that they were in need of immediate medical, mental health, and/or dental care. In addition, attached hereto as **Exhibit 2**, and filed under seal, is a redacted version of a letter I sent to Defendants' counsel Mr. Bojanowski on February 6, 2019, regarding systemic problems

identified during the tour. Attached hereto as **Exhibit 3**, and filed under seal, is a redacted version of a response from Mr. Bojanowski, dated March 11, 2019.

4. On January 10, 2019, Plaintiffs' counsel and Plaintiffs' mental health expert Dr. Stewart visited ASPC-Phoenix, ADC's dedicated inpatient mental health facility, pursuant to Paragraph 32 of the Stipulation, where we interviewed plaintiff class members, custody staff, and health care staff, and made visual inspections during visits to clinical spaces and housing units. After the tour, Plaintiffs' counsel David Fathi notified Defendants on January 29, 2019, regarding multiple class members at Phoenix for whom Dr. Stewart had grave concerns regarding their mental health care, attached hereto as **Exhibit 4**, and filed under seal. Also attached as **Exhibit 5**, and filed under seal, is a redacted version of a letter sent by Plaintiffs' counsel David Fathi to Defendants' counsel Timothy Bojanowski on May 14, 2019, regarding short and perfunctory mental health encounters with class members at ASPC-Phoenix.

5. On January 24-25, 2019, Plaintiffs' counsel and Plaintiffs' mental health expert visited ASPC-Eyman, pursuant to Paragraph 32 of the Stipulation, where we interviewed plaintiff class members, custody staff, and health care staff, and made visual inspections during visits to clinical spaces and housing units. During and after the tour, between January 25, 2019 and March 29, 2019, Plaintiffs' counsel sent more than 75 separate letters to Counsel for Defendants regarding class members at Eyman whose medical records confirmed that they were in need of immediate medical, mental health, and/or dental care. In addition, attached hereto as **Exhibit 6**, and filed under seal, is a redacted version of a letter I sent to Defendants' counsel Mr. Bojanowski on February 21, 2019, regarding systemic problems identified during the tour. Attached as **Exhibit 7**, and filed under seal, is a redacted version of a response from Defendants' Counsel Ashlee Hesman, dated March 25, 2019. Attached as **Exhibit 8**, and filed under seal, is a redacted version of a letter sent by Plaintiffs' counsel David Fathi to Defendants' counsel Timothy Bojanowski on May 1, 2019, regarding short and perfunctory mental health encounters with class members at ASPC-Eyman.

6. On April 2-4, 2019, Plaintiffs' counsel visited ASPC-Perryville, ADC's only prison for women, pursuant to Paragraph 32 of the Stipulation, where we interviewed plaintiff class members, custody staff, and health care staff, and made visual inspections during visits to clinical spaces and housing units. During and after the tour, between April 3, 2019 and May 14, 2019, Plaintiffs' counsel sent more than 25 separate letters to Counsel for Defendants regarding class members at Perryville whose medical records confirmed that they were in need of immediate medical, mental health, and/or dental care. In addition, attached hereto as **Exhibit 9**, and filed under seal, is a redacted version of a letter sent by Plaintiffs' counsel David Fathi to Defendants' counsel Timothy Bojanowski on April 22, 2019, regarding short and perfunctory mental health encounters with class members at ASPC-Perryville. Attached as **Exhibit 10**, and filed under seal, is a redacted version of a letter I sent to Defendants' counsel Mr. Bojanowski on May 6, 2019, regarding systemic problems identified during the tour.

7. Attached as **Exhibit 11** is a true and correct copy of a Notice of Noncompliance that I sent to Mr. Bojanowski on January 2, 2019, regarding multiple prison facilities' noncompliance with PMs 23, 24, 40, 44, and 52. Attached as **Exhibit 12** is Defendants' response, dated February 4, 2019, in which Defendants conceded they were noncompliant with all the measures except PM 40 at ASPC-Winslow. The parties had a telephonic meet and confer on February 13, 2019. On February 6, 2019, via email, and again during our phone call on February 13, I asked Counsel for Defendants if they would waive the requirement for mediation under Paragraph 31, given the fact that they conceded all but one measure and to save the parties' time, and Magistrate Judge Bade's time. The previous time the parties had a mediation scheduled in November 2018, Defendants offered to waive mediation the morning of the scheduled mediation with her. Counsel for Defendants refused to waive mediation for this Notice of Noncompliance.

8. Attached as **Exhibit 13** is a true and correct copy of a Notice of Noncompliance sent by Plaintiffs' counsel Amy Fettig on January 15, 2019, regarding noncompliance with Maximum Custody PMs 1, 2, 5, 6, and 8, at Florence-Kasson Unit

1 | and Lewis-Rast Unit.  Attached as **Exhibit 14** is a true and correct copy of Defendants' response, dated February 14, 2019.

9. Attached as **Exhibit 15** is a true and correct copy of a Notice of Noncompliance sent by Plaintiffs' counsel Amy Fettig on February 2, 2019, regarding noncompliance with Maximum Custody PMs 1, 2, 5, 6, and 8, at Eyman-SMU I and Eyman-Browning Units.  Attached as **Exhibit 16** is a true and correct copy of Defendants' response, dated March 4, 2019.

10. The parties telephonically met and conferred on March 13, 2019, regarding the January 15, 2019 and February 2, 2019 Notices of Noncompliance with the maximum custody PMs.

11. Attached as **Exhibit 17**, and filed under seal, is a redacted version of a Notice of Noncompliance sent by Plaintiffs' counsel Rita Lomio on February 7, 2019, regarding Defendants' noncompliance with the requirements of Paragraph 14 of the Stipulation (language interpretation).  Attached as **Exhibit 18**, and filed under seal, is a redacted version of Defendants' response, dated March 11, 2019.  The parties telephonically met and conferred on March 19, 2019.  I asked Counsel for Defendants if they would waive mediation for this Notice of Noncompliance, and they refused.

12. Attached as **Exhibit 19** is a true and correct copy of a Notice of Noncompliance that I sent on March 5, 2019, regarding Defendants' failure to abide with the court's order regarding the methodology to be used for PM 2, and regarding their Noncompliance with PM 2 at Douglas.  Attached as **Exhibit 20** is a true and correct copy of a Notice of Noncompliance sent by Mr. Fathi on March 6, 2019, regarding Defendants' noncompliance with PM 2 at Safford and PM 94 at Florence.  Attached as **Exhibit 21** is a true and correct copy of Defendants' response, dated April 4, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 20, 2019, in Berkeley, California.

                                                 s/ Corene T. Kendrick
                                                 Corene T. Kendrick

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene T. Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |

**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ryan Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         rkendall@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   kbrody@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                                            s/ D. Freouf