UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**ORDER GRANTING MOTION TO SEAL** |

This Court, having reviewed Plaintiffs' Motion to Seal Document, and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the documents as set forth in the Motion: Exhibits 1-10 and 17-18 to the Declaration of Corene Kendrick.