Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, Plaintiffs, v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, Defendants. | No. CV 12-00601-PHX-ROS **PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO DR. BART ABPLANALP (DOC. 3252)** |

LEGAL23774493.1

1    The Court has directed the parties to respond to Dr. Marc Stern's request to retain
2    Dr. Bart Abplanalp to assist him in assessing Defendants' compliance with certain mental
3    health provisions of the Stipulation. Doc. 3247. Plaintiffs have stated that they have no
4    objection to Dr. Stern's request. Doc. 3249. Defendants have filed two sets of objections
5    to Dr. Abplanalp. Doc. 3252, 3253.

6    In their first set of objections, Defendants quote from the opinion in *Dockery v.*
7    *Fischer*, 253 F.Supp.3d 832 (S.D. Miss. 2015), a challenge to conditions of confinement
8    at the East Mississippi Correctional Facility ("EMCF") in Meridian, Mississippi.
9    Defendants characterize that opinion as follows:

> Second, due to the sampling methodology employed by Dr. Abplanalp, his opinions are not credible. In *Dockery*, the Court found that his methodology, "rais[ed] questions regarding bias, and whether it is scientifically permissible to make inferences as to the whole [prison] prisoner population based on a selective sampling of medical records of only a few inmates . . ." and determined these issues went to the credibility of Dr. Abplanalp's opinions. *Dockery v. Fischer*, 253 F. Supp. 3d 832, 844 (S.D. Miss. 2015).

14   Doc. 3252 at 2. This is a highly misleading and incomplete characterization of the
15   *Dockery* court's conclusions. The cited portion of the opinion involved the State of
16   Mississippi's *Daubert* motion to exclude the opinions of all four of plaintiffs' medical and
17   mental health experts. 253 F.Supp.3d at 843. After summarizing the parties' contentions,
18   the court concluded:

> Having reviewed the pleadings, the Court finds there is a stark disagreement as to whether qualitative methodologies (as urged by Defendants) or quantitative methodologies (as urged by Plaintiffs) are the more proper standard to be applied in this case. Although Defendants have shown that the qualitative methodologies used by Plaintiffs' experts raise questions regarding bias, and whether it is scientifically permissible to make inferences as to the whole EMCF prisoner population based on a selective sampling of the medical records of only a few inmates, the Court finds these issues go more to the credibility of the expert opinions *as opposed to undermining the methodologies used by Plaintiffs' experts in formulating those opinions.*

25   *Id.* at 844 (emphasis added). Contrary to Defendants' misleading characterization, the
26   *Dockery* court did not find the opinions of Dr. Abplanalp (or the opinions of any of
27   plaintiffs' medical and mental health experts) to be "not credible." Indeed, the court
28   concluded:

LEGAL23774493.1

> After considering the pleadings, the Court finds Defendants have failed to show that the methodologies used by Plaintiffs' expert witnesses in formulating their opinions requires that their opinions be excluded under *Daubert.* Defendants' Motion to Exclude Plaintiffs' Medical and Mental Health Expert Witnesses will, therefore, be denied.

*Id.* at 845.[1]

For all of these reasons, Defendants' objections to Dr. Abplanalp should be rejected.[2]

---

[1] Defendants attempt to bolster their attack on Dr. Abplanalp by appending the *Dockery* affidavit of Emlee Woodard Nicholson, describing Dr. Nicholson only as a "statistical expert" who "specializes in sampling techniques, research bias and how to avoid it." Doc. 3252 at 2. Defendants fail to disclose that Dr. Nicholson was the State of Mississippi's retained litigation expert in *Dockery*, *see* 253 F.Supp.3d at 843-44 (describing Dr. Nicholson as "Defendants' statistics expert"), or that her objections to Dr. Abplanalp's methodology were rejected as a basis for excluding his testimony.

[2] Although this response focuses on Defendants' mischaracterizations of *Dockery v. Fischer,* Plaintiffs do not concede that any of Defendants' other objections to Dr. Abplanalp have merit.  They do not.

| | |
|---|---|
| 1 | Dated:  May 20, 2019 |
| 2 | By:  s/ David C. Fathi |

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ryan M. Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
           afettig@aclu.org
           rkendall@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:   dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   kbrody@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:    adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

                                         s/ Jessica Carns