# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>Charles L Ryan, et al., <br><br>　　　　Defendants. | No. CV-12-00601-PHX-ROS <br><br>**ORDER** |

　　　　The Court, having reviewed Plaintiffs' Motion to Seal (Doc. 3256), and good cause appearing,

　　　　**IT IS ORDERED** the Motion to Seal (Doc. 3256) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED** directing the Clerk's Office to file Doc. 3257 under seal.

　　　　Dated this 20th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge