# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Stipulation requires that the parties mediate certain disputes before Plaintiffs may file a motion to enforce the Stipulation. Because of Magistrate Judge Bade's confirmation to the Ninth Circuit Court of Appeals, the Court will randomly refer this matter to a Magistrate Judge to preside over any mediations that are necessary pursuant to Paragraphs 30 and 31 of the Stipulation.

**IT IS THEREFORE ORDERED** that Plaintiffs' Request for Appointment of a Magistrate Judge as Mediator (Doc. 3213) is **granted**.

**IT IS FURTHER ORDERED** that this action is randomly referred to Magistrate Judge Deborah M. Fine for all mediation conferences required under Paragraphs 30 and 31 of the Stipulation.

Dated this 20th day of May, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge