**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                                  Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                                  Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION OF COURT ORDER (DOC. 3235)** |

The Court, having reviewed Defendants' Motion for Reconsideration of Court Order (Doc. 3235) and good cause appearing,

IT IS ORDERED granting Defendants through Friday, August 23, 2019, to report June 2019 compliance data to the Court for review;

IT IS FURTHER ORDERED extending the time for Defendants to show cause as to why the Court should not impose a civil contempt sanction to Friday, September 13, 2019;

IT IS FURTHER ORDERED extending the time for Plaintiffs to file a response to Friday, October 4, 2019; and for Defendants to file a reply to Friday, October 18, 2019.