# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER** |

The Court having reviewed Defendants' Motion to Stay and Objection to this Court's Order dated May 6, 2019, and good cause appearing,

IT IS ORDERED that Defendants' Motion to Stay and Objection to this Court's Order dated May 6, 2019 is GRANTED. The May 6, 2019 Order (Doc. 3235), including further proceedings related to that Order and Defendants' obligations thereunder, are stayed until final resolution of the pending appeal.