Michael J. Cohn #288721
ASPC Tucson/Manzanita 3A3L
P.O. Box 24401
Tucson, AZ 85734-4401

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 28 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE _LRS4_
(Rule Number/Section)

UNITED STATES DISTRICT COURT, ARIZONA

| | |
|---|---|
| Parsons, et al, | 9th Cir. 18-17351 |
| v. | D.C. 2:12 CV 601-ROS |
| Ryan, et al. | NOTICE OF UNSANITARY CONDITIONS; 8th amndt. |
| v. | |
| Cohn, Pro Se | Hon. Roslyn O. Silver |

I, Michael J. Cohn, Class Plaintiff/Appellant/Advocate respectfully notify this honorable court, et al. of unsanitary conditions on this unit. I acquired an infection resulting in abscesses on both temples. I had a reaction to an antibiotic and was sent to Banner, University of Arizona Medical Center on 5/13/19. I was released on 5/16/19 with a diagnosis of Systemic Inflammatory Response Syndrome. The abscess was diagnosed as the Cocci Bacteria, Gram Positive.

Today, 5/21/19 I noticed Sgt. Nottles spraying the bathrooms with disinfectant chemicals. In the app. 8 months I have been on this unit, this is the first time I have seen a staff member spraying disinfectants. Usually, inmate porters clean the bathrooms. However, we are restricted from the use of certain chemicals including bleach. Touissant v. McCarthy, 397 F. Supp. 1388, 1411 (N.D. Cal. 1984), aff'd in part & rev'd in part on other grounds, 801 F.2d 1080 (9th Cir. 1986). Deliberate indifference is implicated as prison officials are now attempting to remediate the unsanitary conditions. Hoptowitz v. Spellman, 753 F.2d 779,

i

784 (9th Cir. 1985). The perhaps obvious question is this... how many other inmates system-wide have suffered similar infections? I view this situation as a failure of both Corizon and ADC. It is a failure of Corizon to ensure that ADC is implementing proper infection control procedures. It is a failure of ADC by not maintaining/implementing proper infection control procedures.

I write this to the Honorable Court as there is a correlation between unsanitary conditions and inadequate health care. Perhaps there is a causative relationship. Again, counsel for Plaintiffs did not include such matters in the settlement exposing us to harm. Keller v. County of Bucks, 2005 WL 67831, *1 (E.D. Pa. Mar. 22, 2005), aff'd 209 Fed. Appx. 201 (3rd Cir. 2006). Model Code ER. 1.3, diligence.

I am not seeking action at this time, but I probably will in the future.

        Respectfully submitted,        Date: 5/21/19

        *Michael J. Cohn, Ed.D.*

        Dr. Michael J. Cohn, Pro Se

        Advocacy / Coaching / Education / Expert Witness Service

| Original mailed to: on: 5/24/19 | Copy to: on: 5/24/19 |
|---|---|
| Clerk of the U.S. Dist. Ct. | Attorney General |
| 401 W. Washington | 2005 N. Central Ave. |
| Phoenix, AZ 85003 | Phoenix, AZ 85004-1592 |

2