STEPHEN O. SWARTZ
PIMA COUNTY JAIL
P.O. BOX 951, 4-C-2
TUCSON, AZ 85702
ATT: CORENE T. KENDRECK ESQ.

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 29 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et.al., Plaintiffs, | No.: CV 12 00601-PHX-ROS |
| v. | NOTICE TO THE COURT |
| CHARLES L. RYAN, et.al., Defendants | |

Plaintiff, Stephen Oliver Swartz, proceeding pro se for this instant NOTICE, hereby submits this Notice to bring to this Court's attention the very serious and criminal acts of retaliation by the defendants upon plaintiff's person for plaintiff's involvement with this Class Action and other First Amendment activities of expression.

Plaintiff simply asks this Court to take Notice of the following facts concerning the pain and suffering inflicted upon plaintiff by the defendants whom procured, orchestrated and paid for acts of violence upon plaintiff.

Twice, in 2010 and 2017, plaintiff was attacked, beaten with padlocks, sustained severe life threatening injuries, flat lined, was life flighted to hospital and had to undergo reconstructive surgery while in the custody of the Arizona Department of Corrections (ADOC) at Lewis Complex, Buckeye, AZ.

Both times these attacks were procured, orchestrated and paid for by ADOC staff all because of plaintiff's involvement with the attorneys and legal organizations involved with Parsons v. Ryan and plaintiff's becoming a "Named Plaintiff" and trouble maker, doing grievances and advocating for prisoner's rights.

Both these attacks are only two (2) incidents, although the must serious, out of many between 2010 and plaintiff's release from ADOC in 2017. Plaintiff avows to this Court that these assertions are NOT unsupported and that there exists and plaintiff possesses documentary and testimonial evidence.

Some of this evidence has come to light as at this moment plaintiff is facing a 1 to 3.9 year sentence here in Pima County, Case No.: CR 2018-1405-001 and plaintiff is challenging the Execution of Sentence as returning plaintiff to the custody of the ADOC would be illegal and not only a Miscarriage of Justice but an

(2)

irreparable violation of plaintiff's Constitutional rights. Plaintiff is in fear for life and limb as a very substantial likelihood exists that ADOC will retaliate again and possibly succeed in killing plaintiff this time.

RESPECTFULLY SUBMITTED this 26th day of MAY, 2019.

*/s/ Stephen O. Swartz*
STEPHEN O. SWARTZ - Pro Se

I, Stephen O. Swartz, hereby CERTIFY that the ORIGINAL and ONE (1) copy of the foregoing was mailed this 26th day of May, 2019 to:

    U.S. District Court - PHX
    CLERK of the Court
    401 W. Washington St., SPC 1
    Phoenix, AZ 85007-2118

and ONE (1) Copy to:

    STRUCK, Wieneke & Love
    3100 W. Ray Rd, Ste 300
    Chandler, AZ 85226

and ONE (1) Copy to:

    Att. General of AZ
    1275 W. Washington
    Phoenix, AZ 85007

(3)