STEPHEN O. SWARTZ #180330043
Pima County Jail
P.O. Box 951, 4.C.2
Tucson, AZ 85702

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICTOR ANTONIO PARSONS, et. al., Plaintiffs, | NO.: CV12-00601-PHX-ROS |
| v. | REQUEST FOR AN EMERGENCY STAY OF PROCEEDINGS AND INJUNCTION. |
| CHARLES L. RYAN, et. al., Defendants, | |

Plaintiff, Stephen Oliver Swartz, proceeding Pro se for the instant pleading, hereby submits this Request FOR A EMERGENCY STAY OF PROCEEDINGS AND INJUNCTION.

IN SUPPORT OF, and the basis for, this Request are the following facts and circumstances and legal citations contained in the attached MEMORANDUM.

RESPECTFULLY SUBMITTED this 28th day of May 2019.

STEPHEN O. SWARTZ
Plaintiff - Pro Se

# MEMORANDUM

Plaintiff was imprisoned in the Arizona Department of Corrections (ADOC) from December 2009 to September 11th, 2017 at Lewis Complex Buckeye, AZ.

Within a week of arriving at Lewis Complex plaintiff started grievances concerning illegal living conditions and treatment. In January 2010 plaintiff came in contact with the ACLU foundation of Arizona and Prison Law Office and attorneys connected with these organizations and eventually became a "Named plaintiff in this very Class Action lawsuit.

As a direct result of plaintiffs' involvement with Parsons v. Ryan and the connected legal organizations in addition to plaintiff's practices of filing conditions of confinement grievances and advocating for prisoner's rights numerous attempts were made by ADOC staff to hurt or kill plaintiff, purposely placing plaintiff in dangerous situations, instigating other prisoners against plaintiff, denying or providing inadequate healthcare, and staff even going as far as offering drugs, money and/or favors to inmates willing to inflict harm or death upon plaintiff in exchange.

The two (2) most serious incidents took place in February of 2010 and again in May of 2017. The first involved four (4) inmates whom attacked plaintiff with padlocks in a laundry bag, severely beating and injuring plaintiff. Plaintiff flatlined was revived and life flighted to hospital having to undergo reconstructive surgery.

(2)

The second incident, caught on camera, involved ADOC staff opening plaintiff's cell door allowing two (2) inmates to enter and attack plaintiff again causing severe injuries, plaintiff flat lining, being revived and life flighted to hospital and again having to undergo reconstructive surgery. ADOC staff not only assisted in the actual commission of the crime this time but also again paid money, drugs and/or favors to those who got the act done.

Plaintiff is now and has been in Pima County Jail since being arrested on 3-30-2018 on Pima County Superior Court case No.: STATE v. Swartz, CR 2018-1405-001. On 7-17-2018 plaintiff pled guilty to the charge of Burglary IN THE THIRD Degree (VEHICLE) and is now facing a term of imprisonment from 1 to 3.9 years. Sentencing is now scheduled for 6-17-2019.

Plaintiff is now seeking an Emergency Stay of State Proceedings, as proceeding with Sentencing will irreparably violate plaintiff's Constitutional rights, until such time as the facts and circumstances of this Request can be adjudicated. Furthermore, plaintiff requests that this Court enjoin the State of Arizona from sentencing plaintiff to imprisonment in, or transferring custody of plaintiff to, the ADOC especially when there are many other viable alternatives available at de minimis cost and negative effect on public interests.

<u>SUPPORTING LEGAL CITATIONS</u>

The United States Constitution forbids the infliction

(3)

of Cruel and Unusual Punishment under the Eighth Amendment and as the United States Supreme Court has repeatedly made clear the scope of the Eighth Amendment is not static but "... draws its meaning from evolving standards of decency which mark the progress of a maturing society," Rhodes v. Chapman (1981) 452 U.S. 337; quoting: Trop v. Dulles (1958) 356 U.S. 86, and "When the State by the affirmative exercise of its power so restrains individuals' liberty that the individuals are rendered unable to care for themselves and at the same time fails to provide for... basic human needs... reasonable safety, it is cruel and unusual punishment in violation of the Eighth Amendment to hold convicted criminals in unsafe conditions," Helling v. McKinney (1993) 125 L.Ed. 2d. 22; Youngberg v. Romero, 457 U.S. 307, 321 (1982); Johnson v. California (2005) 543 U.S. 499; Weatherford v. State, 206 Ariz. 529 (2003).

While an inmate is not entitled to rehabilitation he is entitled and has a Constitutional right "... to be confined in an environment which does not result in his degeneration or threatens his mental and physical well-being," Ramos v. Lamm, 639 F.2d 559, 566 (10th Cir 1980) and "... the State once it undertakes to make a person dependent upon its care also undertakes an affirmative duty to assume responsibility for that persons safety and general well-being," Weatherford, Supra.; Youngberg, Supra.

Furthermore, without legal citation, plaintiff asserts that the overall general conditions of confinement within the ADOC at this point in time, with the State's Governor calling for

(4)

investigations, prisoners and guards being attacked and killed at will, the ADOC's protracted and willful failure to abide by Court Orders and provide the basic necessities of life to it's prisoners as is well known by this very Court makes any prisoners' (human beings) daily existence in ADOC the epitome of Cruel and unusual punishment, and how much more so for plaintiff, a "Named Plaintiff."

<u>REQUESTED RELIEF</u>:

1. An Temporary Stay of State Proceedings in State v. Swartz, No.: CR 2018-1405-001.

2. An Injunction to prevent plaintiff being sentenced to or again placed in the custody of the ADOC.

RESPECTFULLY SUBMITTED this 28th day of May 2019.

*/s/ Stephen O. Swartz*
STEPHEN O. SWARTZ
Plaintiff - Pro Se

I, STEPHEN OLIVER SWARTZ, hereby VERIFY that the foregoing is TRUE AND CORRECT, based on personal knowledge and experience and supported by evidence in plaintiff's possession and that of the Public Defenders office. Upon my oath, under penalty of perjury, I swear all the above.

*/s/ Stephen O. Swartz*
STEPHEN O. SWARTZ

(5)

I, Stephen O. Swartz, hereby CERTIFY that the ORIGINAL and ONE (1) Copy of the foregoing was mailed this 28th day of May 2019 to:

United States District Court
Clerk of the Court
401 W. Washington St., SPC 1
Phoenix, AZ 85003

and ONE (1) Copy to: (Pencil)
Struck Woeneke & Love
3100 W. Ray Rd., #300
Chandler, AZ 85226

(6)