Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' RESPONSE TO REPORT TO THE COURT REGARDING PLAINTIFFS' COUNSELS' PRISON VISITS AND INTERVIEWS** |

On May 20, 2019, for the first time in the seven years since this case was filed, Plaintiffs filed a "Report Regarding Plaintiffs' Counsels' Prison Visits and Interviews." (Dkt. 3254.) Plaintiffs attached numerous correspondence to their Report. (Dkt. 3255.) While Plaintiffs attached some of Defendants' responses, they did not attach all. Additionally, with respect to certain letters, Defendants had not yet responded at the time Plaintiffs filed their Report. To provide the Court with an accurate picture regarding

1  Plaintiffs' allegations, attached as Exhibit 1 are Defendants' responses to: Plaintiffs'
2  Exhibit 1 (Defendants' June 3, 2019 correspondence); 4 (Defendants' February 15, 2019
3  correspondence); 8 (Defendants' May 31, 2019 correspondence); and 9 (Defendants' May
4  22, 2019 correspondence).

5       In addition to providing the Court with Plaintiffs' counsel's opinions regarding
6  prison tours that occurred in December 2018, January 2019, and April 2019, Plaintiffs
7  advise the Court of their intention to bypass the Stipulation's mediation requirement and
8  file enforcement motions on several issues. (*Id*. at 2-3.) Plaintiffs claim they are entitled
9  to bypass mediation because Defendants would not agree to waive the Stipulation's
10 mediation requirement and because "no replacement mediator has been appointed to
11 succeed Judge Bade . . ." (*Id*. at 2.)

12      Plaintiffs are not entitled to bypass mediation as the Stipulation *requires* the parties
13 mediate disputes before filing a motion to enforce. (Dkt. 1185 at ¶31.) Regardless,
14 because Plaintiffs cited to the unavailability of a magistrate judge as reason why
15 mediation should be waived, and because this action was recently referred to Magistrate
16 Judge Fine for all mediation conferences, Plaintiffs' "request" is moot. (Dkt. 3260.) For
17 these reasons, to the extent Plaintiffs' Report is a request to waive mediation, that request
18 should be denied.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2

DATED this 3rd day of June, 2019.

          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

          By /s/Daniel P. Struck
             Daniel P. Struck
             Rachel Love
             Timothy J. Bojanowski
             Nicholas D. Acedo
             3100 West Ray Road, Suite 300
             Chandler, Arizona 85226

             Office of the Arizona Attorney General
             Michael E. Gottfried
             Assistant Attorney General
             2005 N. Central Avenue
             Phoenix, Arizona 85004-1592

             *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Ryan M. Kendall: | rkendall@aclu.org; ryankendall@ucla.edu |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck