Richard R. Day #202495
A.S.P.C. Florence, East Unit C-6-4
P.O. Box 5000
Florence, AZ 85132

Dear Judge Silver,

Corizon continually denies me medical + mental health care, retaliate every way they can against grievances, falsify files to cover-up their crimes and lie to me about my condition. This has gone on for years and is the same for nearly everyone in ADOC.

Our provider, NP Dorthy Igwe, physically threatened to have me transferred to a dangerous yard and take medications away, over my requests for treatment. After mentioning the word "lawsuit", she removed my joint and migraine medications, and then significantly reduced my mental health (PTSD), seizure and neuropathy medication. I've taken these meds for over a decade and a number of ADOC providers prescribed them to me.

For years, I've written many HNR's and grievances "Begging" for care, but only received pain, suffering, great dispare and retaliations. I've witnessed many many prisoners turn to drugs for relief and become addicted, overdoses, mental health decline, long-term health problems being created, suicides and wrongfull deaths in staggering proportions.

Four prisoners alone in my Church group at Cimarron Unit in Tucson, died horribly while "begging" for care for years. One of those prisoners was a family man just one week from going home. Another prisoner was up for parole. I can provide many additional accounts that would shock the conscience of any moral person.

Corizon always ATP's provider requests and provide me with "no" treatment. Repeatedly, I've "Begged" for care, but was lied too. I came into ADOC with orthopedic problems, mild seizures and PTSD. I've now developed other issues they also "refuse" to treat. (1) Mental health (PTSD), (2) Hep-C (Scarosis), (3) Thyroid cysts + Fist sized Lung cyst (unbiopsied), (4) Orthopedic (spinal Stenosis, neck + shoulder, (5) Right knee torn from a fall after a seizure, (6) Seizure medication reduced due to complaints, (7) Joint and migraine medications taken/stopped.

Page 1 of 2

I've enclosed a couple of HNR's, inmate letters, and grievance that reflect Corizon's complete disregard for my health and safety. Corizon continually falsifies everyones files and always makes my complaints into only a medication problem; while, my MAYO Clinic file clearly states "I don't like any medications." If they would offer treatment they could keep their meds. I need some level of care, but there's absolutely nothing.

I appreciate your recognition of our suffering and imposing more stronger deterrents to their deplorible behavior (deliberate indifference & murder); however, the old guard of providers never changes and they've met and decided that nothing will change under the new medical carrier. These people will still be allowed to have investment stock in the medical company and will still be given extra days off to moonlight for extra bucks if they stay within the projected budget... Nothing ever really changes.

Fines for providers and nurses who falsify files and don't report problems, license suspensions, prison time and real criminal investigations for abuses need to take place in order to change this cycle of dispare. NP Dorthy Igwe, is one of several bad actors allowed to victomize inmates and profit from it. Others turn their back out of fear. The really good ones just leave.

Just recently, ADCC confiscated my "encyclopedia of anatomy" my physical therapist from the street sent me. They refuse to redact the parts they claim are pornographic. The news and Unit has more pornography than drawings. They also confiscated my legal file CD from Maricopa County Atty Office. I was going to use the mental health info in my lawsuit against Corizon.

We need a person of moral stature to take a stand for all of us. I request any assistance you can provide with these matters.

Sincerely,



ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Letter

Case 2:12-cv-00601-ROS   Document 3278-1   Filed 06/06/19   Page 3 of 14

C-6-4

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Day, Richard R. | 202495 | Florence/East Unit | 4-4-19 |

| To: | Location |
|---|---|
| Vanessa Headstream, Contract Monitor | Central Office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 3-28-19, NP Igwe was unprepared for my medical appointment and didn't care to discuss my needs. She "was (only) Concerned With My Pain." I explained: My liver & kidneys have deep pain... Previous Hep.C scared (3.0), 2324004 Enzyme, & Sclarosis by Dr. James Baird. I requested fibrosis test & treatment. Also, I'd previously had a fist sized Cyst in my R-Lung, was hospitalized for seven days, 2 yrs later it re-occurred, and I've had problems ever since. Previously forced to sleep in a puddle of blood on my pillow & carry a bottle to spew blood into for weeks... It nearly killed me twice. I then developed two thyroid Cyst(s) 4.2 x 1.6 x 1.8 cm & 3.5 x 1.4 x 1.8 cm. I wake up choking, feel ill All The Time, problems extend down to my stomach & across to my R-Lung... My father had thyroid cancer & None of my Cyst(s) were biopsied dispite requests. I further explained that I was also here to renew my medications that were (Allowed) to run out. NP Igwe, quickly stated "We Don't Allow Those Medications On This Unit!" I had to explain records show: Spinal Stenosis (narrowing), back surgery, knee surgeries, neck, shoulder, back, & joint problems, arthritis, neuropathy, PTSD, Seizures... She Stopped me & said "I Don't Care, We Don't Allow Those Medications On This Unit!" I asked if we had to file a lawsuit to receive Any Care? She immediately told me to "Stop Writing, We Don't Allow Note Taking On This Unit!" Then began Loudly talking to herself while typing her inaccurate/false narrative report to her supervisors about me not needing care, her taking my medications, lawsuit, cancelling my other appointment... In a further effort to intimidate me & justify No Care. She then clearly stated "We Don't Allow Lawsuits On This Unit, You Will Be Moved To Lewis Complex!" She then conducted a cursery exam and stated: "It's Obvious You're Not Under Any Distress, I'm Cancelling Your Other Appointment and You Can Address Your Issues At Your Next Chronic Care Appointment..." But wouldn't tell me when that Apt. was scheduled. Note: It was obvious I had difficulty & pain with walking, sitting, standing, getting up & down from the table, and in my liver & kidneys. She lied about the severity & falsely recorded it in my medical files. Summary: NP Igwe's actions transferred my pulmanary, thyroid, orthopedic, neurapathy, PTSD, Seizures & medications for these problems to Chronic Care; which is another lie. She also didn't let me discuss the hard nodule under my skin. I've completed the Grievance process and I'm still Begging for treatment & renewal of All my medications. SEE HNR's, Inmate Letters & Grievances. Denied Treatment & Intimidation... Have been the Standard for many years.

| Inmate Signature | Date |
|---|---|
| Richard R Day | 4-5-19 |

Have You Discussed This With Institution Staff? ☒ Yes ☐ No   CoC: Regional Medical Director, Dr. Ayodeji Ladelle;
If yes, give the staff member's name: Director, Chuck Ryan; Medical Director, Dr. David Robertson; Deputy Director, Richard Pratt;

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Day Richard R. | 202495 | Florence/East | 4-25-19 |

To: Venessa Headstream, Contract monitor
Location: Central Office

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm begging Corizon to treat my Hep-C and other conditions. My liver hurts "All-The-Time..." My Cysts/nodules or whatever they are that were diagnosed on my thyroid are causing extreme acid reflux, choking, trouble swallowing, talking at times and pain that extends to my stomach and right lung where I had a large unbiopsied cyst, to my right jaw, inner ear and side of my head that's causing loss of energy, dizziness and concentration problems... Your blood tests are now proven to be unreliable in detecting liver damage, cancer and other problems. SEE Reports. Again, I'm begging for treatment for my Hep-C, an MRI for my thyroid from the right side of my head to my stomach and lungs. For years, you've "Forced" me to suffer unmercifully with these problems, my debilitating orthopedic problems and complete lack of mental health treatment for my PTSD. I additionally request that you restart my omega-3 for my joint problems and cholesterol, and change my acid reflux medication to one that actually works as I've requested for years. Also, stop threatening to take my medications each time I beg for care or file a grievance for your refusal to treat my serious medical and mental health needs. The pain and suffering I've been "Forced" to endure goes far, far, far beyond cruel and unusual punishment! I am not alone in these complaints and they are exactly why there's been a dramatic increase in mental health problems, disciplinary issues, drug addiction to relieve pain and stress, overdoses, attempted suicides, suicides and deaths... The complete lack of medical, mental health, and empathy is a major contributing factor in recidivism. If you don't feel well mentally or physically, you can't jump through the endless hoops when released... I'm begging you to approve and treat my problems as I've requested/begged for years.

C.C. Dr. Ayodeji Ladelle, Regional Medical Director; Director, Chuck Ryan; Medical Director Dr. David Robertson; Deputy Director, Richard Pratt

Inmate Signature: [signed]
Date: 4-25-19

Have You Discussed This With Institution Staff?  ☑ Yes  ☐ No
If yes, give the staff member's name:

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Day, Richard E. | 262175 | 2-22-17 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| | | 24902 | Florence/Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez.)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Will you please renew the following medications: Omega-3 and (???) Sulphasalazine, Bupropion (???) Awake and one of Carbamazepine only for now.

Also, I'm having great problem (???) with my throat, thyroid, and lungs. I can hardly breath at times, it's scary + I (???) very weak (???) and have trouble focusing on (???). Please renew (???) (???) and my medications renewed before they run out.

[handwritten note:] This HNR was returned to me on 3-29-17 to my new Unit East Unit, Florence. No (???)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
10/1/09

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Day, Richard R. | -R-02475 | 3-9-19 |

| CELL/BED NUMBER/CELDA/NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| C-6-4 | East | 8572 | Florence/Eastunit |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   [x] Medical/Médico   [ ] Dental   [ ] FHA
[ ] Pharmacy/Farmacia   [ ] Mental Health/Salud Mental   [ ] Eyes/Ojos   [ ] Other (specify)/Otros (especifique) _Chronic Care_

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

My liver is still hurting extremely bad. This began after my last blood test. I've already seen the nurse but need the provider apt. pushed forward to discuss treatment. My medications for neuropathy, pain, seizures, PTSD, respiratory & joints/arthritis need to be renewed before they run out in just a couple of days.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: _[signature]_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   [ ] Medical/Médico   [ ] Dental   [ ] Pharmacy/Farmacia   [ ] FHA
[ ] Pharmacy/Farmacia   [ ] Mental Health/Salud Mental   [ ] Eyes/Ojos   [ ] Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
   Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| D__, Richard R. | 202195 | 3-16-19 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| C-6-4 | East | P.O. Box 5000 | Florence |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below): ☑ Medical/Médico  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Please Renew the following medications:
Omega 3, I've used this for my severe joint problems for decades successfully.
APAP-ASA CAFF, I have severe migraines and physical problems
Capsaicin, muscular and joint inflammation
Nasal spray - The wind in this yard is a problem for my sinus & allergies

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF: ☑ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)

| STAFF SIGNATURE STAMP | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCIÓN

| STAFF SIGNATURE STAMP | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/13/16

SECTION 4, HNR



# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Day, Richard R. | 203475 | 03-14-17 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| C-6-4 | East Unit | P.O. Box 5000 | Florence/East |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below): ☐ Medical/Médico  ☐ Dental  ☒ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

I've repeatedly filed for Chronic Care liver & kidney problems since January on Cimarron Unit & medication renewal and been charged. I've done the same on East Unit. My conditions are painful & serious & my medications have been "Allowed" to expire. Please schedule a "real" provider date, re-order my medications & refund the overcharges. Previous blood tests were taken prior to my liver & kidney problems... Thank you

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: _[signature]_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF: ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros _____

STAFF SIGNATURE STAMP: _[signature]_   DATE/FECHA: _____   TIME/HORA: _____

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION: _[illegible handwriting]_

STAFF SIGNATURE STAMP: _[signature]_   DATE/FECHA: _____   TIME/HORA: _____

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Day, Richard R | 202195 | 1/6/19 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION: ADC |
|---|---|---|---|
| C-6-4 | East Unit | P.O. Box 5000 | Florence/East |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below):
☐ Medical  ☐ Dental  ☐ FHA  ☐ Pharmacy  ☒ Mental Health  ☐ Eyes  ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

I'm having great distress with my PTSD, which, is compounded significantly by Medical + Dental not treating me.

Returned to we on 4-8-19

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF:**
☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ FHA  ☐ Pharmacy  ☒ Mental Health  ☐ Eyes  ☐ Other

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCIÓN**

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.*

Distribution: White – Health Unit
Canary, Pink & Goldenrod – Inmate

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Day, Richard R | 202495 | 4-22-19 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| C-6-4 | East | P.O. Box 5000 | Florence/East |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)  ☐ Medical/Médico  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I would like to speak with Psych Dr. Carr.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☒ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Refer to Mental Health, seen on NL

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Day, Richard R | 202495 | 05-02-19 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION |
|---|---|---|---|
| C-6-41 | East | P.O. Box 5000 | Florence/East |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below):
☒ Medical/Médico  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

I require my medications to be renewed for Seizures, neuropathy pain + PTSD – (Gabapentin); Joint/cholesterol – (Omega-3); Migraines – (APAP-ASA-CAFF). Additionally require treatment for: Hep-C, Thyroid & Lung problems... I request to be seen by N.P. Brathway. NP Igwe does not provide any care, only dispare + suffering!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee for the visit that I am herein requesting.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signed]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA
☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA | TIME/HORA

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

[illegible handwriting]

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA | TIME/HORA

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
  Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| D_, Richard R | | 202175 | 5-11-19 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| C-_-4 | East | 5000 | Phoenix / Baird |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☐ Medical/Médico   ☒ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☒ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

My PTSD/Psych Chronic Care Medication was decreased despite increasing problems + begging for care repeatedly for years. I request this be resolved + a treatment plan be implemented per Court order #53 and my file properly reflect my condition + efforts to acquire care.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO: _[signature]_

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS.]

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Pharmacy/Farmacia   ☒ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| _[signature]_ | | |

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Seen in NL                              Returned to me on: 5-16-19

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| _[signature]_ | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
                              Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Day, Richard R | 202185 | 5-11-19 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| C-6-4 | East | P.O. Box 5000 | Florence/Central |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

## SECTION/SECCIÓN II

AREA OF INTEREST: ☒ Medical/Médico  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

Hanson and I have repeatedly requested Hep-C treatment, but we've been denied. Blood tests have proven not to properly reflect stage 4 patients, who were also denied. I have cirrhosis, deep pain, and other complications. I request treatment, not monitoring as Corizon does for everything.

Returned to me on: 5-16-19

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

STAFF SIGNATURE STAMP: [signature]  DATE: ___  TIME: ___

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Hep C treatment is managed through your source. Make appointments. Hep may submit and inmate letter to FHA if desired. No action.

STAFF SIGNATURE STAMP: [signature]  DATE: ___  TIME: ___

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Day Richard R | | 202485 | 5-11-18 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| C-6-4 | East | P.O. Box 5000 | Florence/East |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)  ☒ Medical/Médico  ☐ Dental  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) Chronic Care

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I'm under "Great" distress with excruciating pain + migraines For: (1) Spinal Stenosis, degenerative discs, sciatica + neck problems, (2) Shoulder problems (3) Torn right knee causing me to Fall + Limp, (4) arthritis - All of which are being ignored dispite provider NP Igwe designating them Chronic Care on 3-28-19. I request immediate treatment for each issue + Long term treatment plan for each per court order* S2. I'm 57yrs old, not 20yrs + my conditions are worsening.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenoiones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO
[signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS.]

### SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA

☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
                             Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR