To the Court:

In response to the Court's Order of 5/30/19 (Doc. 3269), I am providing the following justification regarding my fee for services in this case.

This project is anticipated to have a very quick turnaround time with a final work product due within only a few weeks. Given the short timeframe, my focus on this assignment is expected to take up more of my overall schedule and free time, which cuts into my ability to take any leave or vacation until the work is completed.

With regard to my work on the Mississippi prison case, that was my first experience in providing professional consultation outside of my normal employment. Being new to the role of expert consultant at the time, I was willing to accept a lower fee. The work in Mississippi was also a much larger undertaking that involved a protracted time frame (potentially years) with a far greater number of patient files to review and I thought it fair to offer a "volume discount." The Arizona assignment is a far smaller endeavor and as a result does not benefit from a volume discount.

My rates have increased relative to five years ago to keep pace with the rising cost of living. My hourly rate is not set in stone. I use a tier-based system to assist in my determination of a fair rate. At the lowest tier are the non-profit entities. In those cases, my decision to work for a lower fee is offset by the social value in assisting with principled causes. The middle tier of clients consists of local, state, and federal government and the top tier clients are those in the private sector.

Finally, as a benchmark in determining my fee, I consider the rates charged by my colleagues for their work with comparable clients. Most licensed clinical psychologists in private practice charge a minimum of $200 per hour for their work whether they are conducting evaluations, providing therapy, or consulting.
I hope this explanation has been helpful and remain available to the Court if there are any further questions.


Bart Abplanalp, Ph.D.
Licensed Clinical Psychologist
Correctional Mental Health Consultant