# Exhibit 1

**Arizona Monthly Staffing Report**
**Roll-Up**
*(Excludes Regional Office)*
**April 2019**

Working Days = 22

| Position | Total | | | Contract Breakdown | | | | |
|---|---|---|---|---|---|---|---|---|
| | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee FTEs (Includes PRN) | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Locum / Agency FTEs | Total FTEs | % of Operating Fill Rate |
| Medical Director | 9.20 | 6.80 | 74% | 6.30 | - | - | - | 6.30 | 68% |
| Staff Physician | 12.00 | 6.25 | 52% | 8.57 | - | - | 0.21 | 8.78 | 73% |
| Nurse Practitioner | 39.20 | 35.05 | 89% | 38.54 | - | - | 0.10 | 38.64 | 99% |
| Facility Health Administrator | 10.00 | 10.00 | 100% | 9.65 | - | - | - | 9.65 | 96% |
| DON | 10.00 | 8.00 | 80% | 7.36 | - | - | - | 7.36 | 74% |
| Asst. DON | 47.40 | 39.00 | 82% | 36.30 | - | - | - | 36.30 | 77% |
| Assistant F.H.A. | 6.00 | 6.00 | 100% | 5.06 | - | - | - | 5.06 | 84% |
| RN | 200.40 | 155.05 | 77% | 168.39 | - | 16.11 | 9.82 | 194.32 | 97% |
| LPN | 188.05 | 129.45 | 69% | 126.61 | - | 13.32 | 3.69 | 143.63 | 76% |
| Nursing Assistant | 110.80 | 106.20 | 96% | 101.32 | - | 8.42 | - | 109.73 | 99% |
| Lab Technician | 2.00 | 3.50 | 175% | 2.31 | - | 0.00 | - | 2.31 | 115% |
| X Ray Tech | 8.00 | 8.00 | 100% | 6.77 | - | 0.19 | - | 6.96 | 87% |
| Lead Inventory Coordinator | 9.00 | 10.00 | 111% | 8.82 | - | 1.01 | - | 9.83 | 109% |
| Inventory Coordinator | 20.00 | 20.00 | 100% | 19.87 | - | 0.97 | - | 20.84 | 104% |
| Secretary / Administrative Assistant | 16.00 | 17.00 | 106% | 14.92 | - | 0.67 | - | 15.59 | 97% |
| Med Records Supervisor | 10.00 | 10.00 | 100% | 9.50 | - | - | - | 9.50 | 95% |
| Med Records Clerk | 33.00 | 30.00 | 91% | 29.36 | - | 0.77 | - | 30.14 | 91% |
| Scheduler | 6.00 | 5.00 | 83% | 4.77 | - | 0.89 | - | 5.66 | 94% |
| Chronic Care Scheduler | 7.00 | 6.80 | 97% | 5.86 | - | 0.04 | - | 5.90 | 84% |
| Clinical Coordinator | 6.00 | 5.00 | 83% | 4.70 | - | 0.20 | - | 4.91 | 82% |
| Dental Director | 9.00 | 8.50 | 94% | 9.23 | - | - | - | 9.23 | 103% |
| Dentist | 17.00 | 18.73 | 110% | 15.51 | - | - | - | 15.51 | 91% |
| Dental Hygienist | 1.80 | 3.10 | 172% | 1.44 | - | - | - | 1.44 | 80% |
| Dental Assistant | 43.00 | 42.85 | 100% | 38.52 | - | - | - | 38.52 | 90% |
| Psychiatric Director | 1.00 | - | 0% | 0.93 | - | - | - | 0.93 | 93% |
| Psychiatrist | 7.50 | 7.00 | 93% | 5.88 | - | - | - | 5.88 | 78% |
| Lead Psychologist | 2.00 | 1.00 | 50% | 0.90 | - | - | - | 0.90 | 45% |
| Psychologist - Clinical | 17.00 | 12.40 | 73% | 10.77 | - | - | - | 10.77 | 63% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| MH Clerk | 7.00 | 4.00 | 57% | 3.74 | - | 0.10 | - | 3.85 | 55% |
| MH Nurse Practitioner | 14.00 | 14.20 | 101% | 11.97 | - | - | - | 11.97 | 86% |
| MH RN Supervisor | 1.00 | - | 0% | 1.00 | - | - | - | 1.00 | 100% |
| MH RN | 29.00 | 28.45 | 98% | 27.72 | - | 1.34 | - | 29.06 | 100% |
| Rec Therapist | 1.00 | 0.88 | 88% | 0.80 | - | - | - | 0.80 | 80% |
| Lead Psych Associates | 5.00 | 4.00 | 80% | 4.25 | - | - | - | 4.25 | 85% |
| Psych Associates - Clinical | 71.40 | 61.80 | 87% | 52.41 | - | - | - | 52.41 | 73% |
| Psych Tech | 25.00 | 25.00 | 100% | 20.94 | - | 0.41 | - | 21.36 | 85% |
| Release / Discharge Planner | 6.00 | 6.00 | 100% | 5.44 | - | 0.04 | - | 5.49 | 91% |
| Healthcare Delivery Facilitator | 9.00 | 9.00 | 100% | 7.81 | - | - | - | 7.81 | 87% |
| Total Contract | 1,017.75 | 865.00 | 85% | 835.21 | - | 44.59 | 13.72 | 893.51 | 88% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572706

# Arizona Monthly Staffing Report
## Douglas Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Corizon Employee FTEs (Includes PRN) | Corizon PRN FTEs | Contract Breakdown Corizon Employee Overtime FTEs | Contract Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | - | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 1.00 | 1.00 | 100% | 1.02 | - | - | - | 1.02 | 102% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 0.86 | - | - | - | 0.86 | 86% |
| DON | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Asst. DON | 1.00 | 1.00 | 100% | 0.57 | - | - | - | 0.57 | 57% |
| RN | 9.00 | 6.50 | 72% | 6.33 | - | 0.14 | - | 6.47 | 72% |
| LPN | 6.00 | 2.00 | 33% | 2.95 | - | 0.03 | - | 2.98 | 50% |
| Nursing Assistant | 4.00 | 3.00 | 75% | 3.00 | - | - | - | 3.00 | 75% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 0.97 | - | 0.01 | - | 0.97 | 97% |
| Inventory Coordinator | 1.00 | 1.00 | 100% | 0.92 | - | - | - | 0.92 | 92% |
| Secretary / Administrative Assistant | 1.00 | 1.00 | 100% | 0.65 | - | - | - | 0.65 | 65% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Med Records Clerk | 1.00 | 1.00 | 100% | 1.00 | - | 0.00 | - | 1.00 | 100% |
| Scheduler | 0.50 | 0.50 | 100% | 0.04 | - | - | - | 0.04 | 7% |
| Chronic Care Scheduler | 1.00 | 0.80 | 80% | 0.57 | - | - | - | 0.57 | 57% |
| Clinical Coordinator | 0.50 | 0.50 | 100% | 0.50 | - | - | - | 0.50 | 99% |
| Dental Director | 1.00 | 1.00 | 100% | 0.76 | - | - | - | 0.76 | 76% |
| Dentist | 0.75 | 0.75 | 100% | 0.99 | - | - | - | 0.99 | 132% |
| Dental Hygienist | - | 0.25 | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 3.00 | 3.00 | 100% | 2.66 | - | - | - | 2.66 | 89% |
| Psychiatrist | - | - | 0% | 0.08 | - | - | - | 0.08 | 0% |
| Psych Associates - Clinical | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 0.92 | - | - | - | 0.92 | 92% |
| Total Contract | 38.25 | 28.30 | 74% | 27.20 | - | 0.19 | - | 27.39 | 72% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572707

## Arizona Monthly Staffing Report
### Eyman Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Staff Physician | 1.00 | 1.00 | 100% | 2.00 | - | - | - | 2.00 | 200% |
| Nurse Practitioner | 5.00 | 5.00 | 100% | 5.67 | - | 0.06 | - | 5.72 | 114% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| DON | 1.00 | 1.00 | 100% | 1.05 | - | - | - | 1.05 | 105% |
| Asst. DON | 6.20 | 2.00 | 32% | 1.36 | - | - | - | 1.36 | 22% |
| Assistant F.H.A. | 1.00 | 1.00 | 100% | 0.55 | - | - | - | 0.55 | 55% |
| RN | 20.40 | 7.30 | 36% | 11.47 | - | 1.66 | 4.28 | 17.41 | 85% |
| LPN | 31.00 | 19.80 | 64% | 20.36 | - | 1.68 | 0.80 | 22.84 | 74% |
| Nursing Assistant | 8.60 | 8.00 | 93% | 7.57 | - | 0.99 | - | 8.56 | 100% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.98 | - | 0.02 | - | 1.00 | 100% |
| Lead Inventory Coordinator | 1.00 | 2.00 | 200% | 1.04 | - | 0.24 | - | 1.27 | 127% |
| Inventory Coordinator | 3.00 | 3.00 | 100% | 2.83 | - | 0.31 | - | 3.14 | 105% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.64 | - | 0.33 | - | 1.96 | 98% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.97 | - | - | - | 0.97 | 97% |
| Med Records Clerk | 4.00 | 3.00 | 75% | 3.24 | - | 0.41 | - | 3.65 | 91% |
| Scheduler | 0.50 | - | 0% | 0.42 | - | 0.10 | - | 0.52 | 103% |
| Chronic Care Scheduler | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| Clinical Coordinator | 0.50 | 0.50 | 100% | 0.46 | - | 0.02 | - | 0.47 | 95% |
| Dental Director | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Dentist | 2.25 | 1.75 | 78% | 1.89 | - | - | - | 1.89 | 84% |
| Dental Hygienist | 0.20 | - | 0% | 0.16 | - | - | - | 0.16 | 80% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.43 | - | - | - | 4.43 | 89% |
| Psychiatrist | 2.00 | 2.00 | 100% | 1.71 | - | - | - | 1.71 | 86% |
| Psychologist - Clinical | 3.00 | 3.00 | 100% | 2.56 | - | - | - | 2.56 | 85% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.90 | - | 0.03 | - | 0.93 | 93% |
| MH Nurse Practitioner | 1.50 | 1.00 | 67% | 0.89 | - | - | - | 0.89 | 59% |
| MH RN | 2.00 | 2.00 | 100% | 1.84 | - | 0.05 | - | 1.88 | 94% |
| Lead Psych Associates | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Psych Associates - Clinical | 11.00 | 10.00 | 91% | 8.42 | - | - | - | 8.42 | 77% |
| Psych Tech | 4.00 | 4.00 | 100% | 3.55 | - | 0.01 | - | 3.56 | 89% |
| Release / Discharge Planner | 1.00 | 1.00 | 100% | 0.91 | - | - | - | 0.91 | 91% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 0.97 | - | - | - | 0.97 | 97% |
| Total Contract | 126.15 | 94.35 | 75% | 94.76 | 0.00 | 5.91 | 5.08 | 105.75 | 84% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572708

## Arizona Monthly Staffing Report
## Florence Region
### April 2019

| Position | Corizon Contract SCD | Corizon Contract Filled FTEs | % of Contract Fill Rate | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Staff Physician | 2.00 | 1.00 | 50% | - | - | - | 0.05 | 0.05 | 2% |
| Nurse Practitioner | 4.20 | 4.75 | 113% | 5.64 | - | - | - | 5.64 | 134% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 1.09 | - | - | - | 1.09 | 109% |
| DON | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Asst. DON | 7.20 | 6.00 | 83% | 5.49 | - | - | - | 5.49 | 76% |
| Assistant F.H.A. | 1.00 | 1.00 | 100% | 0.77 | - | - | - | 0.77 | 77% |
| RN | 32.00 | 26.10 | 82% | 26.90 | - | 3.22 | - | 30.12 | 94% |
| LPN | 27.05 | 20.10 | 74% | 19.44 | - | 3.09 | - | 22.53 | 83% |
| Nursing Assistant | 19.50 | 19.30 | 99% | 17.52 | - | 1.74 | - | 19.26 | 99% |
| Lab Technician | 0.50 | 0.50 | 100% | 0.48 | - | - | - | 0.48 | 96% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.90 | - | - | - | 0.90 | 90% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 1.28 | - | - | - | 1.28 | 128% |
| Inventory Coordinator | 3.00 | 2.00 | 67% | 2.19 | - | 0.21 | - | 2.40 | 80% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.96 | - | 0.01 | - | 1.96 | 98% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 1.05 | - | - | - | 1.05 | 105% |
| Med Records Clerk | 5.00 | 5.00 | 100% | 3.94 | - | 0.00 | - | 3.94 | 79% |
| Scheduler | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Chronic Care Scheduler | 1.00 | 1.00 | 100% | 0.96 | - | 0.01 | - | 0.97 | 97% |
| Clinical Coordinator | 1.00 | - | 0% | 0.73 | - | 0.11 | - | 0.84 | 84% |
| Dental Director | 1.00 | 1.00 | 100% | 0.74 | - | - | - | 0.74 | 74% |
| Dentist | 2.25 | 2.30 | 102% | 2.27 | - | - | - | 2.27 | 101% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.07 | - | - | - | 0.07 | 33% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.29 | - | - | - | 4.29 | 86% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.99 | - | - | - | 0.99 | 99% |
| Lead Psychologist | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Psychologist - Clinical | 2.00 | 0.90 | 45% | 0.87 | - | - | - | 0.87 | 43% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.51 | - | - | - | 0.51 | 51% |
| MH Nurse Practitioner | 2.00 | 1.00 | 50% | 1.06 | - | - | - | 1.06 | 53% |
| MH RN | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| Psych Associates - Clinical | 8.00 | 8.00 | 100% | 5.68 | - | - | - | 5.68 | 71% |
| Psych Tech | 4.00 | 4.00 | 100% | 3.61 | - | 0.03 | - | 3.63 | 91% |
| Release / Discharge Planner | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 1.05 | - | - | - | 1.05 | 105% |
| Total Contract | 142.40 | 121.15 | 85% | 114.44 | - | 8.41 | 0.05 | 122.90 | 86% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572709

# Arizona Monthly Staffing Report
## Lewis Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Contract Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 1.07 | - | - | - | 1.07 | 107% |
| Staff Physician | 2.00 | - | 0% | 0.13 | - | - | 0.16 | 0.29 | 14% |
| Nurse Practitioner | 6.00 | 6.00 | 100% | 6.14 | - | - | - | 6.14 | 102% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| DON | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Asst. DON | 7.00 | 6.00 | 86% | 7.06 | - | - | - | 7.06 | 101% |
| Assistant F.H.A. | 1.00 | 1.00 | 100% | 1.04 | - | - | - | 1.04 | 104% |
| RN | 30.00 | 24.90 | 83% | 23.59 | - | 3.33 | 5.54 | 32.46 | 108% |
| LPN | 35.00 | 19.20 | 55% | 20.75 | - | 2.04 | 2.90 | 25.69 | 73% |
| Nursing Assistant | 14.30 | 14.50 | 101% | 13.31 | - | 0.86 | - | 14.17 | 99% |
| X Ray Tech | 1.00 | 1.00 | 100% | 1.00 | - | 0.14 | - | 1.14 | 114% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 0.97 | - | 0.11 | - | 1.08 | 108% |
| Inventory Coordinator | 3.00 | 3.00 | 100% | 3.61 | - | 0.17 | - | 3.78 | 126% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.76 | - | 0.08 | - | 1.84 | 92% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| Med Records Clerk | 3.00 | 2.00 | 67% | 1.76 | - | 0.13 | - | 1.89 | 63% |
| Scheduler | 1.00 | 1.00 | 100% | 0.85 | - | 0.01 | - | 0.86 | 86% |
| Chronic Care Scheduler | 1.00 | 1.00 | 100% | 0.77 | - | 0.02 | - | 0.79 | 79% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.82 | - | - | - | 0.82 | 82% |
| Dental Director | 1.00 | - | 0% | 1.06 | - | - | - | 1.06 | 106% |
| Dentist | 2.00 | 3.00 | 150% | 1.75 | - | - | - | 1.75 | 87% |
| Dental Hygienist | 0.60 | 0.25 | 42% | 0.51 | - | - | - | 0.51 | 85% |
| Dental Assistant | 5.00 | 5.35 | 107% | 4.75 | - | - | - | 4.75 | 95% |
| Psychiatrist | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Psychologist - Clinical | 3.00 | 1.00 | 33% | 1.08 | - | - | - | 1.08 | 36% |
| MH Clerk | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | 2.50 | 2.00 | 80% | 1.89 | - | - | - | 1.89 | 75% |
| MH RN | 2.00 | 1.90 | 95% | 1.97 | - | - | - | 1.97 | 99% |
| Lead Psych Associates | 1.00 | - | 0% | 0.47 | - | - | - | 0.47 | 47% |
| Psych Associates - Clinical | 10.00 | 10.40 | 104% | 9.09 | - | - | - | 9.09 | 91% |
| Psych Tech | 3.00 | 3.00 | 100% | 2.66 | - | 0.00 | - | 2.66 | 89% |
| Release / Discharge Planner | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 1.03 | - | - | - | 1.03 | 103% |
| Total Contract | 146.40 | 116.50 | 80% | 114.69 | 0.00 | 6.89 | 8.59 | 130.17 | 89% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572710

## Arizona Monthly Staffing Report
## Perryville Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 0.80 | 80% | 0.72 | - | - | - | 0.72 | 72% |
| Staff Physician | 2.20 | 2.50 | 114% | 3.11 | - | - | - | 3.11 | 141% |
| Nurse Practitioner | 5.00 | 5.55 | 111% | 5.19 | - | - | - | 5.19 | 104% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 1.12 | - | - | - | 1.12 | 112% |
| DON | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Asst. DON | 6.00 | 6.00 | 100% | 5.89 | - | - | - | 5.89 | 98% |
| Assistant F.H.A. | 1.00 | 1.00 | 100% | 0.65 | - | - | - | 0.65 | 65% |
| RN | 27.00 | 16.90 | 63% | 21.44 | - | 2.77 | - | 24.21 | 90% |
| LPN | 24.00 | 20.40 | 85% | 19.07 | - | 1.72 | - | 20.79 | 87% |
| Nursing Assistant | 16.00 | 14.50 | 91% | 13.46 | - | 0.77 | - | 14.23 | 89% |
| Lab Technician | 0.50 | 2.00 | 400% | 0.48 | - | 0.00 | - | 0.49 | 98% |
| X Ray Tech | 0.50 | 1.00 | 200% | 1.00 | - | - | - | 1.00 | 201% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 0.90 | - | 0.03 | - | 0.93 | 93% |
| Inventory Coordinator | 2.00 | 2.00 | 100% | 1.98 | - | - | - | 1.98 | 99% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.86 | - | 0.08 | - | 1.93 | 97% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Med Records Clerk | 4.00 | 4.00 | 100% | 3.79 | - | - | - | 3.79 | 95% |
| Scheduler | 0.50 | - | 0% | 0.49 | - | 0.00 | - | 0.50 | 100% |
| Chronic Care Scheduler | 1.00 | 1.00 | 100% | 0.91 | - | 0.01 | - | 0.92 | 92% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.97 | - | 0.07 | - | 1.04 | 104% |
| Dental Director | 1.00 | 1.50 | 150% | 1.07 | - | - | - | 1.07 | 107% |
| Dentist | 5.00 | 5.925 | 119% | 5.35 | - | - | - | 5.35 | 107% |
| Dental Hygienist | 0.60 | 1.20 | 200% | 0.51 | - | - | - | 0.51 | 85% |
| Dental Assistant | 7.00 | 7.50 | 107% | 6.33 | - | - | - | 6.33 | 90% |
| Psychiatrist | 1.00 | 1.00 | 100% | 0.51 | - | - | - | 0.51 | 51% |
| Psychologist - Clinical | 2.00 | 2.00 | 100% | 1.90 | - | - | - | 1.90 | 95% |
| MH Clerk | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Nurse Practitioner | 2.00 | 2.20 | 110% | 2.05 | - | - | - | 2.05 | 103% |
| MH RN | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Lead Psych Associates | 1.00 | 1.00 | 100% | 0.82 | - | - | - | 0.82 | 82% |
| Psych Associates - Clinical | 9.00 | 7.00 | 78% | 6.43 | - | - | - | 6.43 | 71% |
| Psych Tech | 2.00 | 2.00 | 100% | 0.91 | - | - | - | 0.91 | 45% |
| Release / Discharge Planner | 1.00 | 1.00 | 100% | 0.99 | - | 0.04 | - | 1.03 | 103% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% ,C | 0.91 | - | - | - | 0.91 | 91% |
| Total Contract | 132.30 | 118.98 | 90% | 113.74 | 0.00 | 5.49 | 0.00 | 119.23 | 90% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572711

**Arizona Monthly Staffing Report**
**Phoenix Region**
**April 2019**

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 0.20 | 1.00 | 500% | 0.20 | - | - | - | 0.20 | 100% |
| Staff Physician | 1.80 | 1.00 | 56% | 2.07 | - | - | - | 2.07 | 115% |
| Nurse Practitioner | 4.00 | 2.75 | 69% | 2.94 | - | - | - | 2.94 | 73% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 1.11 | - | - | - | 1.11 | 111% |
| DON | 1.00 | 1.00 | 100% | 1.29 | - | - | - | 1.29 | 129% |
| Asst. DON | 2.00 | 2.00 | 100% | 2.30 | - | - | - | 2.30 | 115% |
| RN | 12.00 | 10.35 | 86% | 9.89 | - | 0.39 | - | 10.28 | 86% |
| LPN | 4.00 | 3.60 | 90% | 3.56 | - | 0.27 | - | 3.83 | 96% |
| Nursing Assistant | 3.00 | 1.00 | 33% | 0.92 | - | 0.12 | - | 1.05 | 35% |
| Lab Technician | 0.50 | 1.00 | 200% | 0.98 | - | - | - | 0.98 | 195% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.91 | - | 0.01 | - | 0.92 | 92% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 0.96 | - | 0.10 | - | 1.06 | 106% |
| Inventory Coordinator | 1.00 | 2.00 | 200% | 1.78 | - | 0.03 | - | 1.81 | 181% |
| Secretary / Administrative Assistant | 1.00 | 1.00 | 100% | 0.95 | - | 0.08 | - | 1.03 | 103% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.80 | - | - | - | 0.80 | 80% |
| Med Records Clerk | 4.00 | 4.00 | 100% | 4.02 | - | 0.05 | - | 4.07 | 102% |
| Scheduler | 0.50 | - | 0% | - | - | 0.70 | - | 0.70 | 140% |
| Dental Director | 0.50 | 0.25 | 50% | 0.80 | - | - | - | 0.80 | 160% |
| Dentist | 0.50 | 0.75 | 150% | 0.17 | - | - | - | 0.17 | 34% |
| Dental Assistant | 3.00 | 2.00 | 67% | 2.52 | - | - | - | 2.52 | 84% |
| Psychiatric Director | 1.00 | - | 0% | 0.93 | - | - | - | 0.93 | 93% |
| Psychiatrist | 0.50 | 1.00 | 200% | 0.27 | - | - | - | 0.27 | 55% |
| Psychologist - Clinical | 3.00 | 2.50 | 83% | 1.78 | - | - | - | 1.78 | 59% |
| MH Director (PH.D) | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| MH Clerk | 1.00 | - | 0% | 0.45 | - | - | - | 0.45 | 45% |
| MH Nurse Practitioner | 1.25 | 2.75 | 220% | 1.19 | - | - | - | 1.19 | 95% |
| MH RN Supervisor | 1.00 | - | 0% | 1.00 | - | - | - | 1.00 | 100% |
| MH RN | 20.00 | 19.55 | 98% | 19.04 | - | 1.06 | - | 20.10 | 101% |
| Rec Therapist | 1.00 | 0.88 | 88% | 0.80 | - | - | - | 0.80 | 80% |
| Lead Psych Associates | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Psych Associates - Clinical | 9.40 | 8.40 | 89% | 7.21 | - | - | - | 7.21 | 77% |
| Psych Tech | 5.00 | 5.00 | 100% | 4.22 | - | 0.04 | - | 4.26 | 85% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 0.05 | - | - | - | 0.05 | 5% |
| Total Contract | 89.15 | 80.78 | 91% | 77.06 | 0.00 | 2.84 | 0.00 | 79.90 | 90% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572712

## Arizona Monthly Staffing Report
### Safford Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 1.00 | 100% | 0.99 | - | - | - | 0.99 | 99% |
| Nurse Practitioner | 1.00 | 1.00 | 100% | 0.82 | - | - | - | 0.82 | 82% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 0.72 | - | - | - | 0.72 | 72% |
| DON | 1.00 | 1.00 | 100% | 0.31 | - | - | - | 0.31 | 31% |
| Asst. DON | 2.00 | 2.00 | 100% | 1.77 | - | - | - | 1.77 | 88% |
| RN | 10.00 | 8.15 | 82% | 14.66 | - | 0.71 | - | 15.37 | 154% |
| LPN | 6.00 | 1.00 | 17% | 0.86 | - | 0.10 | - | 0.96 | 16% |
| Nursing Assistant | 4.00 | 4.00 | 100% | 3.89 | - | 0.19 | - | 4.08 | 102% |
| X Ray Tech | 0.50 | - | 0% | - | - | - | - | - | 0% |
| Inventory Coordinator | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Secretary / Administrative Assistant | 1.00 | 1.00 | 100% | 0.82 | - | - | - | 0.82 | 82% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.93 | - | - | - | 0.93 | 93% |
| Med Records Clerk | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Scheduler | 0.50 | 0.50 | 100% | 0.51 | - | - | - | 0.51 | 102% |
| Dental Director | 0.50 | 1.00 | 200% | 0.51 | - | - | - | 0.51 | 103% |
| Dentist | 0.50 | - | 0% | 0.51 | - | - | - | 0.51 | 102% |
| Dental Hygienist | - | 1.00 | 0% | - | - | - | - | - | 0% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.86 | - | - | - | 1.86 | 93% |
| Psych Associates - Clinical | 1.00 | 1.00 | 100% | 0.99 | - | - | - | 0.99 | 99% |
| Total Contract | 35.00 | 28.65 | 82% | 32.13 | - | 1.00 | - | 33.13 | 95% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572713

## Arizona Monthly Staffing Report
### Tucson Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown ||||| % of Operating Fill Rate |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | |
| Medical Director | 1.00 | 1.00 | 100% | 1.22 | - | - | - | 1.22 | 122% |
| Staff Physician | 2.00 | 0.75 | 38% | 0.87 | - | - | - | 0.87 | 43% |
| Nurse Practitioner | 7.00 | 5.00 | 71% | 5.14 | - | - | - | 5.14 | 73% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 0.77 | - | - | - | 0.77 | 77% |
| DON | 1.00 | 1.00 | 100% | 1.21 | - | - | - | 1.21 | 121% |
| Asst. DON | 9.00 | 8.00 | 89% | 5.71 | - | - | - | 5.71 | 63% |
| Assistant F.H.A. | 1.00 | 1.00 | 100% | 0.90 | - | - | - | 0.90 | 90% |
| RN | 36.00 | 29.40 | 82% | 29.89 | - | 2.34 | - | 32.23 | 90% |
| LPN | 40.00 | 33.60 | 84% | 30.87 | - | 3.73 | - | 34.60 | 86% |
| Nursing Assistant | 29.40 | 28.00 | 95% | 23.85 | - | 3.18 | - | 27.03 | 92% |
| Lab Technician | 0.50 | - | 0% | 0.36 | - | - | - | 0.36 | 73% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.97 | - | - | - | 0.97 | 97% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 0.81 | - | 0.03 | - | 0.84 | 84% |
| Inventory Coordinator | 3.00 | 4.00 | 133% | 3.77 | - | 0.18 | - | 3.95 | 132% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.90 | - | 0.07 | - | 1.97 | 99% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Med Records Clerk | 6.00 | 6.00 | 100% | 6.12 | - | 0.12 | - | 6.24 | 104% |
| Scheduler | 1.00 | 1.00 | 100% | 1.00 | - | 0.05 | - | 1.05 | 105% |
| Chronic Care Scheduler | 1.00 | 1.00 | 100% | 0.68 | - | - | - | 0.68 | 68% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.53 | - | - | - | 0.53 | 53% |
| Dental Director | 1.00 | 1.00 | 100% | 1.00 | - | - | - | 1.00 | 100% |
| Dentist | 2.00 | 2.00 | 100% | 1.64 | - | - | - | 1.64 | 82% |
| Dental Hygienist | 0.20 | 0.20 | 100% | 0.19 | - | - | - | 0.19 | 96% |
| Dental Assistant | 6.00 | 6.00 | 100% | 5.29 | - | - | - | 5.29 | 88% |
| Psychiatrist | 1.50 | 1.00 | 67% | 0.85 | - | - | - | 0.85 | 57% |
| Lead Psychologist | 1.00 | 1.00 | 100% | 0.90 | - | - | - | 0.90 | 90% |
| Psychologist - Clinical | 3.00 | 3.00 | 100% | 2.59 | - | - | - | 2.59 | 86% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.92 | - | 0.07 | - | 0.99 | 99% |
| MH Nurse Practitioner | 2.50 | 2.00 | 80% | 2.80 | - | - | - | 2.80 | 112% |
| MH RN | 2.00 | 2.00 | 100% | 1.87 | - | 0.07 | - | 1.94 | 97% |
| Psych Associates - Clinical | 14.00 | 9.00 | 64% | 7.29 | - | - | - | 7.29 | 52% |
| Psych Tech | 6.00 | 6.00 | 100% | 5.12 | - | 0.29 | - | 5.40 | 90% |
| Release / Discharge Planner | 1.00 | 1.00 | 100% | 0.86 | - | - | - | 0.86 | 86% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Total Contract | 187.10 | 162.95 | 87% | 149.81 | 0.00 | 10.14 | 0.00 | 162.98 | 85% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572714

# Arizona Monthly Staffing Report
## Winslow Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 0.25 | 25% | 0.11 | - | - | - | 0.11 | 11% |
| Staff Physician | - | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 2.00 | 2.00 | 100% | 2.28 | - | - | - | 2.28 | 114% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 1.01 | - | - | - | 1.01 | 101% |
| DON | 1.00 | 1.00 | 100% | 0.89 | - | - | - | 0.89 | 89% |
| Asst. DON | 2.00 | 2.00 | 100% | 1.93 | - | - | - | 1.93 | 96% |
| RN | 10.00 | 13.70 | 137% | 12.22 | - | 0.60 | - | 12.82 | 128% |
| LPN | 5.00 | 2.00 | 40% | 1.73 | - | 0.03 | - | 1.76 | 35% |
| Nursing Assistant | 4.00 | 3.90 | 98% | 4.34 | - | 0.03 | - | 4.37 | 109% |
| X Ray Tech | 0.50 | 1.00 | 200% | 0.09 | - | - | - | 0.09 | 18% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Inventory Coordinator | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Secretary / Administrative Assistant | 1.00 | 2.00 | 200% | 1.65 | - | - | - | 1.65 | 165% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| Med Records Clerk | 1.00 | - | 0% | 0.92 | - | 0.01 | - | 0.93 | 93% |
| Scheduler | 0.50 | 1.00 | 200% | 0.54 | - | - | - | 0.54 | 108% |
| Dental Director | 1.00 | 1.00 | 100% | 0.87 | - | - | - | 0.87 | 87% |
| Dental Assistant | 2.00 | 2.00 | 100% | 1.90 | - | - | - | 1.90 | 95% |
| Psych Associates - Clinical | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 0.94 | - | - | - | 0.94 | 94% |
| Total Contract | 37.00 | 35.85 | 97% | 33.34 | 0.00 | 0.66 | 0.00 | 34.00 | 92% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572715

# Arizona Monthly Staffing Report
## Yuma Region
### April 2019

| Position | Corizon Contract SCD | Corizon Filled FTEs | % of Contract Fill Rate | Contract Breakdown Corizon Employee (Includes PRN) FTEs | Corizon PRN FTEs | Corizon Employee Overtime FTEs | Agency / Locum FTEs | Total FTEs | % of Operating Fill Rate |
|---|---|---|---|---|---|---|---|---|---|
| Medical Director | 1.00 | 0.75 | 75% | 0.99 | - | - | - | 0.99 | 99% |
| Staff Physician | 1.00 | - | 0% | - | - | - | - | - | 0% |
| Nurse Practitioner | 4.00 | 2.00 | 50% | 3.69 | - | 0.04 | - | 3.73 | 93% |
| Facility Health Administrator | 1.00 | 1.00 | 100% | 0.95 | - | - | - | 0.95 | 95% |
| DON | 1.00 | 1.00 | 100% | 0.61 | - | - | - | 0.61 | 61% |
| Asst. DON | 5.00 | 4.00 | 80% | 4.21 | - | - | - | 4.21 | 84% |
| Assistant F.H.A. | 1.00 | 1.00 | 100% | 1.15 | - | - | - | 1.15 | 115% |
| RN | 14.00 | 11.75 | 84% | 12.01 | - | 0.95 | - | 12.96 | 93% |
| LPN | 10.00 | 7.75 | 78% | 7.02 | - | 0.63 | - | 7.65 | 76% |
| Nursing Assistant | 8.00 | 10.00 | 125% | 13.45 | - | 0.53 | - | 13.98 | 175% |
| X Ray Tech | 1.00 | 1.00 | 100% | 0.91 | - | 0.02 | - | 0.92 | 92% |
| Lead Inventory Coordinator | 1.00 | 1.00 | 100% | 0.93 | - | 0.51 | - | 1.44 | 144% |
| Inventory Coordinator | 2.00 | 2.00 | 100% | 1.83 | - | 0.07 | - | 1.90 | 95% |
| Secretary / Administrative Assistant | 2.00 | 2.00 | 100% | 1.73 | - | 0.03 | - | 1.76 | 88% |
| Med Records Supervisor | 1.00 | 1.00 | 100% | 0.98 | - | - | - | 0.98 | 98% |
| Med Records Clerk | 4.00 | 4.00 | 100% | 3.63 | - | 0.05 | - | 3.67 | 92% |
| Scheduler | 0.50 | 1.00 | 200% | 0.93 | - | 0.02 | - | 0.95 | 190% |
| Chronic Care Scheduler | 1.00 | 1.00 | 100% | 1.02 | - | - | - | 1.02 | 102% |
| Clinical Coordinator | 1.00 | 1.00 | 100% | 0.69 | - | 0.00 | - | 0.70 | 70% |
| Dental Director | 1.00 | 0.75 | 75% | 1.40 | - | - | - | 1.40 | 140% |
| Dentist | 1.75 | 2.25 | 129% | 0.94 | - | - | - | 0.94 | 54% |
| Dental Assistant | 5.00 | 5.00 | 100% | 4.48 | - | - | - | 4.48 | 90% |
| Psychiatrist | 0.50 | - | 0% | 0.45 | - | - | - | 0.45 | 91% |
| Psychologist - Clinical | 1.00 | - | 0% | - | - | - | - | - | 0% |
| MH Clerk | 1.00 | 1.00 | 100% | 0.97 | - | 0.00 | - | 0.97 | 97% |
| MH Nurse Practitioner | 2.25 | 3.25 | 144% | 2.10 | - | - | - | 2.10 | 93% |
| MH RN | 1.00 | 1.00 | 100% | 1.03 | - | 0.16 | - | 1.19 | 119% |
| Lead Psych Associates | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Psych Associates - Clinical | 7.00 | 7.00 | 100% | 6.26 | - | - | - | 6.26 | 89% |
| Psych Tech | 1.00 | 1.00 | 100% | 0.89 | - | 0.04 | - | 0.93 | 93% |
| Release / Discharge Planner | 1.00 | 1.00 | 100% | 0.86 | - | 0.00 | - | 0.87 | 87% |
| Healthcare Delivery Facilitator | 1.00 | 1.00 | 100% | 0.96 | - | - | - | 0.96 | 96% |
| Total Contract | 84.00 | 77.50 | 92% | 78.03 | 0.00 | 3.05 | 0.00 | 81.09 | 97% |

PRN FTEs are included with the Staff FTEs in the Corizon Employee (Includes PRN) FTEs column

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1572716