# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RECONSIDERATION RE: ORDER APPOINTING DR. ABPLANALP (DKT. 3269)** |

The Court, having reviewed Defendants' Motion for Reconsideration Re: Order Appointing Dr. Abplanalp (Dkt. 3269) and good cause appearing,

IT IS ORDERED granting the Motion and amending the May 30, 2019 Order to remove the following statements: (1) "because they raise concerns about Defendants' candor to the Court" (Dkt. 3269 at 1:28-2:1); and (2) "Defendants intentionally altered *Reilly*'s reference from 'advisor' to 'expert' and" (*id*. at 2:27-28).