# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br>     Plaintiffs, <br> v. <br> Charles L. Ryan, et al., <br>     Defendants. | No. CV-12-0601-PHX-ROS <br><br> **MEDIATION ORDER** |

Pursuant to the parties' Stipulation (Doc. 1185), entered October 14, 2014, this case has been referred to United States Magistrate Judge Deborah M. Fine for mediation. (Doc. 3260) The parties have contacted the assigned magistrate judge's chambers and requested mediation regarding:

- January 2, 2019 – Noncompliance with PM 23 (Lewis); PM 24 (Eyman, Florence, Phoenix, Yuma); PM 40 (Florence, Winslow); PM 44 (Phoenix, Tucson); PM 52 (Lewis, Yuma).

- February 7, 2019 – Noncompliance with Paragraph 14 of the Stipulation (language interpretation in health care encounters).

- March 5 and 6, 2019 – Notice of Failure to Abide by Court's Order (Doc. 2474) Re: PM 2 Monitoring Methodology; Noncompliance with PM 2 (Douglas); Noncompliance with PM 2 (Safford) and PM 94 (Florence).

(*See* Doc. 3254 at 3, Doc. 3255-1).  Counsel for Plaintiff indicates that only bullet points 1, 4, and 5 need to be addressed at mediation at this time.

The parties represent that they have complied with the requirements of the Stipulation at paragraphs 30 and 31, including the requirement to "meet and confer in a good faith effort to resolve their dispute informally."  (Doc. 1185 at ¶ 30)

Accordingly,

**IT IS ORDERED** setting an informal planning telephone conference on **Monday, June 24, 2019, at 11:00 a.m.** before United States Magistrate Judge Deborah M. Fine, 602-322-7630.  All counsel who will participate in the Mediation shall participate in the planning telephonic conference.  The Court will discuss the manner in which this Magistrate Judge conducts Mediations.  In addition, counsel should be prepared to discuss any information which may assist the Court in helping the parties reach a fair resolution of issues pending before the Court.  Ms. Corene Kendrick shall provide a dial-in number to all parties and Chambers prior to the scheduled planning telephone conference.

**IT IS FURTHER ORDERED** that the parties, or party representatives, and their counsel, shall physically appear before United States Magistrate Judge Deborah M. Fine, Courtroom 304, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona, on **Monday, July 8, 2019, at 9:30 a.m**.  The Court has allocated a minimum of two hours for the mediation; however, if meaningful progress is being made the mediation will continue until either the compliance issues are resolved, or meaningful progress is no longer being made.

Counsel will confer to jointly prepare materials to submit to the mediator.  These materials may include a joint memorandum, background documents, and underlying data relevant to the disputed issues for the mediation.  The parties shall submit this information to the mediator at least seven days before the mediation.

All matters communicated expressly in confidence to the mediator will be kept confidential and will not be disclosed to any other party.  At the conclusion of the

mediation, all documents submitted by the parties will be returned, destroyed, or otherwise disposed of in the manner directed by the mediator.

Dated this 13th day of June, 2019.

_____
Honorable Deborah M. Fine
United States Magistrate Judge