THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE __LRCiv 5.4__
(Rule Number/Section)

☑ FILED        ___ LODGED
___ RECEIVED   ___ COPY

JUN 17 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

Michael J. Cohn #288721

ASPC Tucson / Manzanita 3A3L

P.O. Box 24401

Tucson, AZ. 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al.       |   2:12cv601-ROS
        V.            |   New information regarding the alleged
Ryan, et al.          |   homicide of inmate Shawn Cromwell
                      |   Hon. Roslyn O. Silver

I, Michael J. Cohn, class plaintiff, advocate in the above
captioned case, respectfully notify this honorable court of
New information regarding the alleged homicide of inmate
Shawn Cromwell. My source is a former cellmate of
Mr. Cromwell and will provide his own letter to the court,
reportedly.

   As I understand it, Mr. Cromwell was born in Israel
and was a citizen of both Israel and the U.S.A. I
believe this information elevates the matter to an
issue of the alleged homicide of a foreign national. This
implicates international relations. I will be notifying
the Israeli Embassy.

- I further allege that counsel for plaintiffs per E.R. 1.3
diligence, has betrayed a client who is a foreign national
as an accessory after the fact by inaction. This is
a clear attempt to defeat justice. Ditto for the
Attorney General to my knowledge.

   Per Fed R Civ P 23 (d), class plaintiffs can be authorized
by the Court to enter the action or intervene. At this

time I am considering the options.

Respectfully submitted,                    Date: 6/13/19

Michael J. Coln, Ed.D.

Dr. Michael J. Cohn

Advocacy/coaching/Education/Expert Witness

Service

original mailed to: ON: 6/13/19
Clerk of the U.S. Dist Ct.

401 W. Washington #130 SPC-1

Phoenix, AZ 85003


Copies to:   ON: 6/14/19

Michael E. Gottfried, A.A.G.

attorney General

2005 N. Central

Phoenix, AZ 85004


Sara Norman, attny. Mgr.

Prison Law Ofc.

General Delivery

San Quentin, CA 94964


cc: Ambassador of Israel
        F.B.I., Phoenix Division