THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4
(Rule Number/Section)

FILED ✓    LODGED
RECEIVED    COPY
JUN 18 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

Michael J. Cohn #288721
ASPC Tucson/Manzanita 34-32
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12CV601-ROS |
|---|---|
| v. | Motion to enforce 95% compliance |
| Ryan, et al. | Level during Centurion contract |
| | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class plaintiff, advocate in the above captioned case, respectfully petition this honorable court to enforce the 95% compliance Level during the entirety of the ADC/Centurion Health of Arizona contract. Per Fed R Civ. P. 23(d) authorizing the court to permit class members "to intervene and present claims or otherwise come into the action" petioner submits the attached new information. The new information from Prison Legal News Nov. 2018, p.60, indicates that Centurion's problems in the New Mexico Dept. of Corrections were equivalent to Corizon's after taking over from Corizon. Problems with staffing, a culture of hostility towards inmates, inadequate utilization of specialist care and lawsuits. These problems are equivalent to those encountered by inmates in the ADC with Corizon. The best predictor of behavior is past conduct. It is reasonable to believe Centurion's service will be no better than Corizon's.

Class plaintiffs should not have to continue to suffer misconduct equivalent to that suffered for

1


these past years with Corizon any longer. The court, the Attorney General and counsel for Plaintiffs should have zero tolerance for non-compliance with community standards. The court should maintain the 95% compliance standard from 8/1/2019 through the duration of the contract and sanction accordingly, annually.

For the reasons stated herein and in Parsons et al. v. Ryan, et al. from doc. 1 to the present, this honorable court should grant petitioner's motion in all its respects.

Respectfully submitted,        Date: 6/11/19

Michael J. Cohn, Ed.D., Pro Se

Dr. Michael J. Cohn
Advocacy / Coaching / Education / Expert Witness

Original mailed to:   on: 6/12/19
Clerk of the US Dist. Ct.
401 W. Washington #130 SPC-1
Phoenix, AZ 85003

Copies to:   on: 6/12/19
- Michael E. Gottfried, AAG
  2005 N. Central
  Phoenix, AZ 85004-1592
- Prison Law Ofc.
  General Delivery
  San Quentin, CA 94964
  attn. Sara Norman, Esq.

NEW MEXICO PRISONERS SUFFER AND DIE
UNDER PRIVATIZED HEALTH CARE.

Since it first contracted out prisoner medical care to a private company in 2004, the New Mexico Corrections Department (DOC) has been named along with it's contractors in over 220 lawsuits filed by prisoners or their estates. In 2007, the DOC switched from Wexford Health Sources, based in a suburb of Pittsburgh, Pennsylvania, to Corizon Health, located in Brentwood, Tennessee. Corizon is the nation's largest private prison and jail health care provider. By 2016, New Mexico prisoners had filed 150 lawsuits over inadequate care by Corizon and the DOC's failure to audit the company, which had been awarded another four-year, $151 million contract in 2012. [See PLN Sept. 2017, p. 32 for reference]. The DOC was able to produce records for just 20 of nearly 166 audits it should have completed between 2012 and 2015. Dr. Bianca McDermott, Corizon's Chief of Behavioral Health in New Mexico, filed a fraud against the Tax Payers Act complaint in 2013, citing the company's low staffing levels and the DOC's failure to do anything about them. Her complaint was investigated by then Attorney General Gary King, but no charges were filed. Instead, McDermott claims she was "retaliated against, harassed, and ultimately terminated". She filed a whistleblower suit against the DOC in March 2017. In two other lawsuits, seven prisoners claimed they were sexually assaulted by a Corizon doctor, Mark R. Walden, who subjected them to "digital rectal exams" sometimes without gloves - for completely unrelated medical complaints. Prisoners in DOC facilities where Walden worked referred to him as "Dr. Fingers", the suits alleged. [See PLN Feb. 2017 p. 56; Sept 2013 p. 47 for reference]. In May 2016, the DOC rejected bids from both Corizon and Wexford, and instead awarded it's prison health care contract to Centurion Correctional Healthcare of New Mexico, LLC. The $41 million contract had a one year term with three annual renewal options. Since Centurion took over medical care for the state's 7,000 prisoners, at least 24 lawsuits have been filed against the company in federal court. While that is fewer than 150 suits brought against Wexford during it's three-year contract, Centurion has faced serious allegations of medical neglect →

Pg. 2

AND DELIBERATE INDIFFERENCE TO PRISONERS' MEDICAL NEEDS, INCLUDING:

- THE WRONGFUL DEATH OF A PRISONER AT THE CENTRAL NEW MEXICO CORRECTIONAL FACILITY (CNMCF) IN LOS LUNAS. DAVID VIGIL, WHO WAS PRESCRIBED THE OPIOID OVERDOSE DRUG NARCAN, SUFFERED CARDIAC ARREST AND WAS TAKEN TO A HOSPITAL, WHERE HE WAS FOUND TO HAVE PNEUMONIA, SEVERAL INFECTIONS AND A SPINAL ABSCESS.
- THE PRESCRIPTION OF INCORRECT SEIZURE MEDICATION TO ANOTHER C.N.M.CF PRISONER WHO THEN FELL AND FRACTURED HIS HAND DURING A BLACKOUT.
- THE FAILURE TO TREAT A PRISONER AT THE NORTH WEST NEW MEXICO CORRECTIONAL FACILITY IN GRANTS, WHO COMPLAINED OF BEING DIABETIC, ASTHMATIC, AND ARTHRITIC.
- THE FAILURE TO TREAT A PRISONER AT THE SOUTHERN NEW MEXICO CORRECTIONAL FACILITY (S.N.M.C.F.) IN DONA ANA COUNTY WHO SUFFERED FROM STOMACH BLEEDING, RECTAL BLEEDING AND OTHER AILMENTS, AND THE FAILURE TO TREAT ANOTHER S.N.M.C.F PRISONER WITH MULTIPLE MEDICAL PROBLEMS, SOME POTENTIALLY FATAL. THE
- FAILURE TO TREAT AN OTERO COUNTY PRISON FACILITY PRISONER'S RECTAL BLEEDING AND FISTULA AND FISSURE, EVEN AFTER A SPECIALIST RECOMMENDED SURGERY.
- THE FAILURE TO TREAT A NORTHWEST NEW MEXICO DETENTION FACILITY PRISONER'S STROKE FOR TWO AND A HALF WEEKS. CARRYOVER LAWSUITS NAMING BOTH CORIZON AND CENTURION INCLUDE A PRISONER WHO SUED OVER A WRIST INJURY THAT WENT UNTREATED FOR MORE THAN A YEAR. WHEN HE AT LAST RECIEVED CORRECTIVE SURGERY, HE WAS NOT GIVEN PHYSICAL THERAPY AFTERWARD; HIS WRIST IS NOW PERMANANTLY DISABLED AND CONSTANTLY IN PAIN. ALSO A DECEASED FEMALE PRISONER'S FAMILY IS PURSUING A WRONGFUL DEATH SUIT THAT ALSO NAMES THE STATE OF NEW MEXICO AS A DEFENDANT, OVER THE 42 YEAR OLD'S DEATH FROM BLOOD POISONING IN 2016. CENTURION IS A JOINT VENTURE BETWEEN CENTENE-CORP, A ST. LOUIS-BASED HEALTH CARE BEHEMOTH WITH ANNUAL REVENUE OF NEARLY $50 BILLION, AN MHM SERVICES, INC., BASED IN NORTHERN VIRGINIA NEAR WASHINGTON, D.C. DOC SPOKESMAN S.U. MAHESH SAID THE AGENCY DOES NOT TRACK LAWSUITS FILED AGAINST IT'S HEALTH CARE PROVIDER, SINCE THE DOC'S CONTRACT INDEMNIFIES

Pg. 3

it against legal costs. But between 2016 and September 2018, New Mexico prison officials fined Centurion 2.1 million for failing to maintain contracted staffing levels. MHM, which is contracted to provide behavioral healthcare for the DOC, was fined almost $500,000 for staffing violations. Matthew Coyte, a civil rights attorney, noted that prisoners are completely dependent on medical care provided by the DOC and its contractors. "They are in prison, they have no control over if they can go to an emergency room, for example," he stated. "And if the system is understaffed or underfunded or dysfunctional in some way, then the inmates suffer." In April 2018, former C.N.M.C.F prisoner George Parra filed suit in state court against the DOC and Centurion, claiming that his muscular dystrophy was never treated. The 27-year old, who is wheelchair bound, also claims that Centurion employees were "very hateful", retaliating against him for complaining, refusing to help him w/ personal hygiene and, finally, releasing him w/ untreated infections. "They would ridicule you, call you a cripple, do anything they could to get a rise out of you," he said. "Paying our debt to society doesn't mean we deserve to be treated like animals." Centurion did not comment on his lawsuit. PLN has previously reported on private prison medical contractors such as Centurion, Corizon, Wexford, Armor Correctional Health Services, Correct Care Solution and Naph Care, and their focus on generating profit rather than providing adequate health care for prisoners.

(1) Prison Legal News   November 2018 P. 60