Case: 2:12cv601



Robert Joseph Benge #137719
BUCKEYE-AZ-LEWIS-ASPC-BACHMAN
BACHMAN UNIT
P.O. BOX 3500
BUCKEYE, AZ 85326

#3278
------------------------------------------------



-R-T-S-  851322043-1N      06/19/19
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER