REFERENCE: LRC 5.4
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN 20 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Michael J. Cohn #288721
ASPC Tucson / Manzanita 3A32
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al.         | 2:12 CV 601-ROS
  v.                    | additional information re: alleged homicide of Shawn Cromwell
Ryan, et al.            | Hon. Roslyn O. Silver

I, Michael J. Cohn, class plaintiff, advocate in the above captioned case, respectfully submit the attached letter from IM Christopher Michel regarding Shawn Cromwell

Respectfully Submitted,                    Date: 6/17/19
[signature] Michael J. Cohn, Ed.D., Pro Se
Dr. Michael J. Cohn
Advocacy / Coaching / Education / Expert witness

---

Original mailed to:    on: 6/18/19
Clerk of the U.S. Ct. ~~of a~~ Dist Ct.
401 W. Washington #130, SPC-1
Phoenix, AZ 85003

Copies to:
— Michael E. Gottfried, A.A.G.
2005 N. Central
Phoenix, AZ 85004

— Corene Kendrick, Esq.
Prison Law Ofc.
General Delivery
San Quentin, CA 94964

1

#302061
Christopher Urichel
ASPC Tucson Manzanita
PO Box 24401 Tuc, AZ, 85234

6/17/19

It all started back in 2016. I was Sean Cromwell's former cellmate on Santa Rita. We quickly became acquaintances. Why? Because we were both discussing how we were Jewish. However, I just happened to be more observant of my Judaism. It sorta felt like we had known one another for a very long time. Have you ever met someone and felt this!? We immediately clicked because he told me that his father was US Airforce. I am a US Airforce veteran. And then he told me. He let me know that his mother was Israeli Army and that's how his mother had met his father. In fact I was supposed to find out that he himself was born in Israel. He said that he had dual citizenship. Fast forwarding, I learned quite a bit about him in that short time. He used to run a fishing boat off the East Coast of Boston. Thus his nickname of "Boston" was his chosen moniker. I watched this man struggle with severe pain and eventually we ran into one another on Manzanita unit. That's where the tragedy occurred. I was on the yard the day Sean died. I did not feel right. I truly believe he wanted to live. I know this because he had more prison time in Florida to complete. He was actually looking forward to making it there.

In conclusion, I believe that he was a good person and did achievable things in his life. I know he was holding on to his life as best he could. I do not know the exact details of his passing but I do know that he was alone. I also know that he'll be remembered because I cannot forget that he was a friend and for that matter, practically family because he was Jewish.