IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MATTER – GENERAL

Phoenix/Prescott Division

Case No.: CV-12-0601-PHX-ROS           DATE: June 24, 2019

Title: <u>Parsons, et al.</u> v. <u>Ryan, et al.</u>
      Plaintiffs      Defendants

---

HONORABLE DEBORAH M. FINE (70CD)

Deputy Clerk:           A. Herrera
Court Reporter/ECR:     NA

**APPEARANCE**:
Corene Kendrick, Donald Spector, David Fathi, and Maya Abela for Plaintiffs
Timothy Bojanowski and Jamie Guzman for Defendants

---

PROCEEDINGS:    ___ Open Court     _X_ Chambers     ___ Other

Telephonic Status Conference held. Court and counsel had discussion about settlement conference procedures.


Begin: 11:01 AM
End: 11:26 AM
Time in court: 25 mins.