UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| |
|---|
| **FILED** |
| JUN 24 2019 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

VICTOR ANTONIO PARSONS; et al.,

              Plaintiffs,

    v.

 CHARLES L. RYAN, Director,
Arizona Department of Corrections and
RICHARD PRATT, Interim Division
Director, Division of Health Services,
Arizona Department of Corrections,

              Defendants - Appellees,

    v.

MICHAEL J. COHN,

              Movant - Appellant.

No. 18-17351

D.C. No. 2:12-cv-00601-ROS
U.S. District Court for Arizona,
Phoenix

**MANDATE**

The judgment of this Court, entered May 31, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7