| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 31 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

VICTOR ANTONIO PARSONS; et al.,

        Plaintiffs,

  v.

CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections,

        Defendants-Appellees,

  v.

MICHAEL J. COHN,

        Movant-Appellant.

No.   18-17351

D.C. No. 2:12-cv-00601-ROS
District of Arizona,
Phoenix

ORDER

Before: LEAVY, CALLAHAN, and BEA, Circuit Judges.

    A review of the record and the parties' responses to the March 5, 2019 order to show indicates that the questions raised in this appeal of are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

    Accordingly, we summarily affirm the district court's November 15, 2018 denial of movant-appellant Michael J. Cohn's motion for investigation of fraudulent schemes.

DA/Pro Se

All pending motions are denied as moot.

**AFFIRMED.**