1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Motion to Seal (Docs. 3289), and good cause appearing,

**IT IS ORDERED** Defendants' Motion to Seal (Doc. 3289) is **GRANTED**.  The Clerk of the Court must please seal the documents as set forth in the motion and lodged at Doc. 3290 (Exhibits 1-3 to Exhibit B of Defendants' Notice of Filing Documents Responsive to the Declaration of Corene Kendrick).

Dated this 27th day of June, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge