THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE ___CJvR 5.4___
(Rule Number/Section)

Jerry Hubbard #140843
P.O. Box 5000
Florence, AZ 85132

FILED ___ LODGED ___
RECEIVED ___ COPY ___
JUN 27 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Court
District of Arizona

CV-12-601-PHX-ROS

| Victor Alan Parsons vs Charles L Ryan | Civil 00601 ROS Help Request |

R.N. Terese Starling and N.P. Dorthy Igwe Killed Michael Voden #303291 By delaying and denying him treatment.

I think I am going to die. I have gone to Starling and Igwe and they refuse to drain fluids from my system.

I am Diabetic, have had Stroke, and in wheel Chair, Heart problems.

Can you please help me before I die. I am very sick.

6/16/19

*Jerry Hubbard*
Jerry Hubbard