INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate _Jerry Hubbard_

ADC# _947843_

Unit _East A-5-7_

Arizona State Prison Complex _Florence_

_P.O. BOX 500_

City _Florence_                              AZ _85132_

PHOENIX AZ 852

26 JUN 2019 PM 10 L

05009-21 3510

United States District Court
District of Arizona
401 W. Washington
Phoenix, AZ 85003

PHOENIX AZ 852

FOREVER

USA

RECEIVED

JUN 27 2019

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA