UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**FINDINGS OF FACT AND ORDER** |

The Court's October 10, 2017 Order to Show Cause ("OSC") required Defendants to comply with 11 performance measures at different prison facilities. Doc. 2373 at 3-4. At the November 2017 status hearing, the Court added PM 52 at Eyman. Doc. 2456 at 3. These measures include:

PM 11: Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. (Eyman, Lewis)

PM 35: All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. (Eyman, Florence, Lewis, and Tucson)

136283004.1

| | | |
|---|---|---|
| 1 2 3 | PM 39: | Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. (Lewis) |
| 4 5 6 7 | PM 44: | Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours. (Eyman). |
| 8 9 10 11 | PM 46: | A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison. (Eyman, Florence, Perryville, Tucson) |
| 12 13 14 15 | PM 47: | A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request. (Eyman, Florence, Lewis, Phoenix, Perryville, and Tucson) |
| 16 17 18 | PM 50: | Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider. (Florence) |
| 19 20 21 | PM 51: | Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider. (Eyman, Florence, Tucson) |
| 22 23 24 | PM 52: | Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report. (Eyman, Florence) |
| 25 26 27 28 | PM 54: | Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. (Eyman) |

      PM 66:      In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours.  (Florence, Lewis, and Tucson)

On June 22, 2018, the Court held Defendants in contempt and ordered them to file monthly reports of all instances of noncompliance with any of the above performance measures that were below the 85% threshold for judicial involvement.  Doc. 2898 at 24.  As of June 22, 2018, Defendants had only filed reports through February 2018.  On August 9, 2018, seven weeks after the Court's order, Defendants moved the Court for a stay.  Doc. 2971.  This Court denied the stay motion on November 15, 2018.  Doc. 3057.  The Ninth Circuit similarly denied Defendants' motion to stay the order in pertinent part, ruling that "[w]e do not stay the district court's order of contempt requiring monthly reporting."  Doc. 3276 at 2.

For more than a year, Defendants have repeatedly refused to comply with this Court's order.  *Maness v. Meyers*, 419 U.S. 449, 458 (1975) ("[A]bsent a stay, [a party] must comply promptly with the order pending appeal.").

**IT IS HEREBY ORDERED** that:

1. Defendants shall file reports with the Court listing all instances of noncompliance for the PMs / prisons listed above, beginning with March 2018 through the most recent month for which there is CGAR data, when the compliance score for the PM / prison was below 85% for the month in question.  These reports shall be filed with the Court no later than August 19, 2019.

2. Defendants are ordered to show cause no later than August 19, 2019, why they should not be held in civil contempt of court and fined $10,000 for each day after August 19, 2019 that they do not provide the information ordered in the preceding paragraph (Paragraph 1).

3. Defendants shall continue to file this information with the Court monthly, no later than the 20th of each month.  If Defendants fail to file all of the ordered information on the 20th of each month, they must show cause no later than the 20th of each month why they should not be held in contempt of court and fined $10,000 for each

1  day thereafter that they do not provide the monthly information. If the 20th day of the
2  month falls on a weekend or holiday, Defendants' obligations under this Paragraph shall
3  take effect on the next business day.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28