UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY** |

The Court having reviewed Plaintiffs' Motion for Leave to File Sur-Reply, and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Sur-Reply is **GRANTED**. The Clerk is directed to file Plaintiffs' Sur-Reply to Defendants' Reply In Support of Motion for Reconsideration of Court Order.