1  Kathleen E. Brody (Bar No. 026331)
   Molly Brizgys (Bar No. 029216)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: kbrody@acluaz.org
   Email: mbrizgys@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*
   **[ADDITIONAL COUNSEL LISTED ON**
9  **SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
15

16                       UNITED STATES DISTRICT COURT

17                             DISTRICT OF ARIZONA

18 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **PLAINTIFFS' SUR-REPLY TO DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF COURT ORDER (DOC. 3299)** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

In its Order of May 6, 2019, the Court ordered Defendants to provide June compliance scores by July 19, 2019. Doc. 3235 at 7. Defendants have moved for reconsideration of that order, and in their Reply in support of their motion, they make the following statement:

> To provide the Court with scores on July 19 requires the HSCMB [Health Services Contract Monitoring Bureau] to score approximately 340 inmate files and for Corizon to engage its rebuttal process in only ten business days—while, simultaneously, the HSCMB will be deeply imbedded in offloading and onboarding and training new Centurion providers. (Doc. 3261-1.)

Doc. 3299 at 4:7-11.

Doc. 3261-1 is the Declaration of Defendant Richard Pratt, filed with Defendants' motion for reconsideration. Contrary to Defendants' representation to the Court, Mr. Pratt's declaration makes no mention whatsoever of the Health Services Contract Monitoring Bureau "offloading and onboarding and training new Centurion providers;" indeed, it makes no mention of Centurion at all. This is unsurprising, as the transition plan Defendants have submitted to this Court clearly identifies Centurion, not the Health Services Contract Monitoring Bureau, as responsible for training new providers. *See* Doc. 3250-1 at 11-15 (items 3.4.4, 3.4.5, 3.4.15, 3.4.22, 3.4.26).

| | |
|---|---|
| | Respectfully submitted, |
| Dated:  July 1, 2019 | **ACLU NATIONAL PRISON PROJECT** |
| | By:  s/ David C. Fathi |

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ryan Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          afettig@aclu.org
          rkendall@aclu.org

*Admitted pro hac vice. Not admitted in DC;
  practice limited to federal courts.
**Admitted pro hac vice

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Kathleen E. Brody (Bar No. 026331)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    kbrody@acluaz.org
          mbrizgys@acluaz.org

|  |  |
|---|---|
| 1 | |
| 2 | Daniel C. Barr (Bar No. 010149) |
|   | Amelia M. Gerlicher (Bar No. 023966) |
| 3 | John H. Gray (Bar No. 028107) |
|   | **PERKINS COIE LLP** |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Maya Abela
        Rose A. Daly-Rooney (Bar No. 015690)
        J.J. Rico (Bar No. 021292)
        Maya Abela (Bar No. 027232)
        **ARIZONA CENTER FOR DISABILITY LAW**
        177 North Church Avenue, Suite 800
        Tucson, Arizona 85701
        Telephone: (520) 327-9547
        Email:  rdalyrooney@azdisabilitylaw.org
                    jrico@azdisabilitylaw.org
                    mabela@azdisabilitylaw.org

        Asim Dietrich (Bar No. 027927)
        5025 East Washington St., Ste. 202
        Phoenix, Arizona 85034
        Telephone: (602) 274-6287
        Email:  adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/S. Kaur