Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**FIFTH AMENDED** NOTICE OF APPEAL |

Notice is hereby given that Charles Ryan and Richard Pratt, Defendants in the above-named case, <u>amend</u> their July 21, 2018 Notice of Appeal (Dkt. 2937), December 14, 2018 Amended Notice of Appeal (Dkt. 3092), January 7, 2019 Second Amended Notice of Appeal (Dkt. 3107), March 4, 2019 Third Amended Notice of Appeal (Dkt. 3169), and May 30, 2019 Fourth Amended Notice of Appeal (Dkt. 3267), to include a challenge to the Court's Orders appointing Dr. Bart Ablanalp as a supplemental Rule

1  706 expert, entered on May 30, 2019 (Dkt. 3269) and June 6, 2019 (Dkt. 3278), to the United States Court of Appeals for the Ninth Circuit.

DATED this 1st day of July, 2019.

        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

        By /s/ Nicholas D. Acedo
           Daniel P. Struck
           Rachel Love
           Timothy J. Bojanowski
           Nicholas D. Acedo
           3100 West Ray Road, Suite 300
           Chandler, Arizona 85226

        Office of the Arizona Attorney General
        Michael E. Gottfried
        Assistant Attorney General
        2005 N. Central Avenue
        Phoenix, Arizona 85004-1592

        *Attorneys for Defendants*

3597209.1

# REPRESENTATION STATEMENT

**Counsel for Defendants-Appellants Charles Ryan and Richard Pratt:**

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

**Office of the Arizona Attorney General**
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

Kathleen E. Brody
Molly Brizgys
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, AZ 85014-5077
Telephone: (602) 650-1854
Fax: (602) 650-1376
kbrody@acluaz.org
mbrizgys@acluaz.org

David C. Fathi
Amy Fettig
Ryan M. Kendall
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, DC 20005-2313
Telephone: (202) 548-6603
Fax: (202) 393-4931
dfathi@npp-aclu.org
afettig@npp-aclu.org
rkendall@aclu.org

Donald Specter
Alison Hardy
Sara Norman
Corene T. Kendrick
Rita K. Lomio
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

Amelia M. Gerlicher
John H. Gray
Daniel C. Barr
**PERKINS COIE LLP**
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012-2740
Telephone: (602) 351-8000
Fax: (602) 648-7000
agerlicher@perkinscoie.com
jhgray@perkinscoie.com
dbarr@perkinscoie.com

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

Asim Dietrich
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, #202
Phoenix, AZ 85034-7439
Telephone: (602) 274-6287
Fax: (602) 274-6779
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney
J.J. Rico
Maya Abela
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, AZ 85701
Telephone: (520) 327-9547
Fax: (520) 884-0992
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Kathleen E. Brody | kbrody@acluaz.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Ryan M. Kendall: | rkendall@aclu.org; ryankendall@ucla.edu |
| Molly Brizgys: | mbrizgys@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo