# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Motion for Reconsideration of the Court's May 6, 2019 Order to Show Cause (Doc. 3261, ref. Doc. 3235). Defendants do not challenge the substance of the Court's Order to Show Cause but seek an additional month to compile and review the data to provide the Performance Measure compliance rates for the 34 relevant PMs for June 2019.

Defendants represent that the Court's current deadline of July 19, 2019 is weeks shorter than the typical timeframe to produce compliance numbers and would impose an extraordinary burden on ADC's Health Services Contract Monitoring Bureau and could yield unreliable data.

The Court is aware of the typical review process and the amount of time it typically takes to gather source documents, complete the monitoring process, and provide a rebuttal period to Corizon—approximately 45 days. But because only 34 PMs are subject to the Court's Order to Show Cause, it is reasonable to require Defendants to prioritize those measures and obtain final compliance rates on an urgent basis. Thus, the Court will not

provide Defendants with the full extension they seek, but will provide an abbreviated extension.

**IT IS ORDERED** Defendants' Motion for Reconsideration (Doc. 3261) is **GRANTED in part and DENIED in part**.  It is granted to the extent that by Friday, August 9, 2019, Defendants shall provide June compliance scores to the Court for review.

**IT IS FURTHER ORDERED** that, on Friday, August 16, 2019, Defendants shall show cause as to why the Court should not impose a civil contempt sanction of $50,000 per Performance Measure per complex.

**IT IS FURTHER ORDERED** that Plaintiffs may file a response no later than Friday, September 6, 2019. Defendants may file a reply no later than Friday, September 20, 2019.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to File Sur-Reply (Doc. 3302) is **DENIED as moot**.

Dated this 2nd day of July, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge