# Exhibit 1

## Corene Kendrick

| | |
|---|---|
| **From:** | Ashlee Hesman |
| **Sent:** | Monday, July 1, 2019 4:50 PM |
| **To:** | Corene Kendrick; Elaine Percevecz; Don Specter; David Fathi; Rita Lomio; Amy Fettig |
| **Cc:** | Dan Struck; Tim Bojanowski |
| **Subject:** | RE: PARSONS - Transition Plan |

Corene,

The Court's Order only ordered the outline of the transition plan be submitted to the Court, not the completed transition plan.  (Dkt. 3234 at 2.)  As such, we will not be filing it with the Court.

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, July 01, 2019 4:29 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Rita Lomio <rlomio@prisonlaw.com>; Amy Fettig <afettig@aclu.org>
**Cc:** Dan Struck <DStruck@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>
**Subject:** RE: PARSONS - Transition Plan

Thank you. Will you be filing it with the Court pursuant to Judge Silver's order that Defendants "develop and produce a completed transition plan by June 30, 2019"?

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Monday, July 1, 2019 4:22 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Rita Lomio <rlomio@prisonlaw.com>; Amy Fettig <afettig@aclu.org>
**Cc:** Dan Struck <DStruck@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>
**Subject:** RE: PARSONS - Transition Plan

Corene,

Pursuant to the Court's May 6, 2019 Order, attached is the final Transition Plan.

Ashlee

**From:** Ashlee Hesman
**Sent:** Tuesday, June 11, 2019 11:48 AM
**To:** 'Corene Kendrick' <ckendrick@prisonlaw.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Rita Lomio <rlomio@prisonlaw.com>; Amy Fettig <afettig@aclu.org>
**Cc:** Dan Struck <DStruck@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>
**Subject:** RE: PARSONS - Transition Plan

Corene,

Attached is the most recent version of the Transition Plan.

**Final Transition Plan**

| | |
|---|---|
| Gate 1 | Post Award/Planning Phase |
| Gate 2 | Pre-Execution Phase |
| Gate 3 | Execution Phase |
| Gate 4 | Post Execution Phase |

| Gate | Task ID | Task Component | Owner | Target Due Date | Next Follow Up | Completion Status | Review or update due |
|---|---|---|---|---|---|---|---|
| 1 | POST AWARD/ PLANNING PHASE | | | 6/1/2019 | 7/1/2019 | PARTIAL | 07/01/2019 |
| | 1.1 | **Certificate of Insurance/Performance Bonds/ Capitalization Requirement** | | 6/1/2019 | DONE | Completed | Completed |
| | 1.1.1 | Submit certificate of insurance | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 1.1.2 | Verify liability coverage | ADC | 6/15/2019 | DONE | Completed | Completed |
| | 1.1.3 | Submit performance bonds | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 1.1.4 | Verify capitalization requirement | ADC | 6/15/2019 | DONE | Completed | Completed |
| | 1.2 | **Licenses/Certificates** | | 5/1/2019 | DONE | Completed | Completed |
| | 1.2.1 | Verify Centurion's NCCHC and ACA accreditation standards - Policies, Procedures, Equipment | ADC | 5/1/2019 | DONE | Completed | Completed |
| | 1.2.2 | Submit written request to HSCMB, including identification, licenses, and accreditations for all network providers at least seven (7) days before provider is utilized | Centurion | 6/20/2019 | DONE | Completed | Completed |
| | 1.2.3 | Provide copies of pharmacy licensure documentation | Centurion | 6/24/2019 | DONE | Completed | Completed |

| | 1.3 | **Key Personnel** | | 5/1/2019 | DONE | Completed | Completed |
|---|---|---|---|---|---|---|---|
| | 1.3.1 | Provide list of key contacts and on the ground management transition team contacts | Centurion | 5/1/2019 | DONE | Completed | Completed |
| | 1.3.2 | Initial meet and provide list of key contacts and Project Manager to bridge communication between Centurion and ADC | ADC | 5/1/2019 | DONE | Completed | Completed |
| | 1.3.3 | Introduction meet between Centurion, Corizon, ADC | ADC | 5/1/2019 | DONE | Completed | Completed |
| | 1.4 | **Site Visits** | | 5/1/2019 | DONE | Completed | Completed |
| | 1.4.1 | Site Visit approval/clearance information | Centurion | 4/1/2019 | DONE | Completed | Completed |
| | 1.5 | Establish Transition Meeting Schedule | ADC | 5/1/2019 | DONE | Completed | Completed |
| | 1.6 | **Discharge Planning** | | 6/1/2019 | DONE | Completed | Completed |
| | 1.6.1 | Provide list of Centene's community-based medical and behavioral health services, FQHCs, and solutions in Arizona for continuity of care upon patient discharge/release | Centurion | 6/14/2019 | DONE | Completed | Completed |
| | 1.7 | Provide list of offsite specialty care services in compliance with the Utilization Management Program | Centurion | 6/14/2019 | DONE | Completed | Completed |
| | 1.8 | Review updated CGAR results upon contract award to identify continuing patterns of noncompliance and the ASPCs where these patterns are most pronounced | Centurion | 4/1/2019 and ongoing | DONE | Completed | Completed |
| | 1.9 | Transition Plan | Centurion | 4/1/2019 and ongoing | DONE | Completed | Completed |
| | 1.10 | **Pharmacy** | | 6/1/2019 | DONE | Completed | Completed |
| | 1.10.1 | Distribute contact details for back-up pharmacies | Centurion | 5/24/2019 | DONE | Completed | Completed |
| | 1.10.2 | Distribute procedure for release/discharge meds | Centurion | 5/24/2019 | DONE | Completed | Completed |
| | 1.10.2 | Distribute Stock Medication List | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 1.11 | Verify copy of sample provider agreement which has all the required agreement content | Centurion | 6/1/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **1.12** | Submit Chronic Care Flow Sheets for approval | Centurion | 6/1/2019 | DONE | Completed | Completed |
| | **1.13** | Provide plan to meet DO 910 and 920 for inmate education | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **1.14** | Finalize storage of medical records and transfer of paper health records | Both | 7/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | **1.15** | Review medical diet program | ADC | 6/1/2019 | DONE | Completed | Completed |
| | **1.16** | Review and finalize Dental Metrics format and scope through SharePoint | Both | 6/1/2019 | 6/30/2019 | Completed | Completed |
| **2** | **PRE-EXECUTION PHASE** | | | 6/1/2019 | 7/1/2019 | PARTIAL | 7/1/2019 |
| | **2.1** | **Staffing Plan** | | 6/1/2019 | 7/1/2019 | PARTIAL | 7/1/2019 |
| | 2.1.1 | Provide employee details as per Staffing Plan in Exhibit 24 | Centurion | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.1.2 | Provide details of Offsite Network Providers, Onsite and On-Call Providers, Provider Network Plan | Centurion | 6/15/2019 | 6/15/2019 | Completed | Completed |
| | 2.1.3 | Obtain approval for functions that are not contractually required to be performed within Arizona prior to moving these functions outside the State | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.1.4 | Facilitate Practicum/Intern/Residents and approval from ADC | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.1.5 | Referral sources for offsite dental services for emergency and routine care | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.1.6 | Offsite Mental Health clinics and facilities in the Community | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.1.7 | Maintain personnel files and make available to HSCMB upon request - and TB screened | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 2.1.8 | Final selection of all staff assigned to provide services shall be subject to approval by the HSCMB and ADC | Both | 7/1/2019 | DONE | Completed | Completed |
| | 2.1.9 | Pre-employment background checks, post-employment, criminal investigation, employee conduct requirements, and drug testing | Both | 6/24/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2.1.10 | Provide staff roster to the HSCMB, organizational chart | Centurion | 6/24/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | **2.2** | **Physical Inventory** | | 6/15/2019 | 7/1/2019 | PARTIAL | 7/1/2019 |
| | 2.2.1 | ADC-owned equipment | Both | 6/1/2019 | 6/15/2019 | Completed | Completed |
| | 2.2.2 | Telemedicine equipment | Both | 6/1/2019 | 6/15/2019 | Completed | Completed |
| | 2.2.3 | Dental health equipment | Both | 6/1/2019 | 6/15/2019 | Completed | Completed |
| | 2.2.4 | Infirmary bed count | Both | 6/1/2019 | DONE | Completed | Completed |
| | 2.2.5 | Corizon radiology and digital equipment - Replace equipment | ADC | 7/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.2.6 | Inventory count of current meds at time of transition | Both | 7/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.2.7 | Furniture and all non-healthcare equipment owned by ADC | Both | 6/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.2.8 | IT hardware and equipment | Centurion | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | **2.3** | Identify equipment needs for each facility | Centurion | 6/1/2019 | 6/15/2019 | Completed | Completed |
| | **2.4** | In collaboration with the incumbent contractor and the ADC, conduct process analyses to determine the cause of the noncompliance, followed by development of corrective action plans when indicated | Both | 7/1/2019 | DONE | Completed | Completed |
| | **2.5** | **Various Issues** | | 6/1/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2.5.1 | MEDICAL: Review disease management guidelines; medical clinical guidelines; prescribing guidelines; physician clinical guidelines; inmate mortality policies and guidelines; peer review templates and guidelines; infection prevention and control program manual; clinical guidelines for patient specific durable medical equipment; end of life protocols and guidelines; infirmary housing recommendations manual; infirmary level of care guidelines; guidelines for potentially urgent/emergent healthcare problems; internal disease management treatment Guidelines; medication use protocol; written claim dispute policy for providers | ADC | 6/1/2019 | DONE | Completed | Completed |
| | 2.5.2 | NURSING: Nursing protocols | | 5/1/2019 | DONE | Completed | Completed |
| | 2.5.3 | PHARMACY: Pharmacy policies and procedures and drug formulary; policy and procedure for requesting changes to formulary; KOP medication policy | ADC | 5/1/2019 | DONE | Completed | Completed |
| | 2.5.4 | TELEHEALTH: Telehealth Operations Manual | ADC | 6/15/2019 | DONE | Completed | Completed |
| | 2.5.5 | MENTAL HEALTH: Psychiatric treatment guidelines; mental health clinical guidelines; mental health clinical guidelines for the behavioral health assessment of an inmate's ability to make informed medical decisions | ADC | 6/1/2019 | DONE | Completed | Completed |
| | 2.5.6 | DENTAL: Dental provider reference manual | ADC | 6/15/2019 | DONE | Completed | Completed |
| | 2.5.7 | MEDICAL RECORDS: Policies and procedures on confidentiality of records | ADC | 5/1/2019 | DONE | Completed | Completed |
| | 2.5.8 | MISC: CQI policies; bio-hazardous exposure control plan; interview guide for conducting interviews with deceased inmate's peers, correctional officers, and treatment staff; Release Planning protocols; Final policy for students, interns, precepts | ADC | 6/15/2019 | DONE | Completed | Completed |
| 2.6 | | Review sick call process flow to ensure it is consistent with NCCHC standards and ADC requirements | ADC | 6/15/2019 | DONE | Completed | Completed |
| 2.7 | | Review orientation (English or Spanish) in electronic format on types of healthcare services available and access to healthcare | ADC | 6/1/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2.8** | | Review mechanism for Interstate Corrections Compact | ADC | 5/1/2019 | DONE | Completed | Completed |
| **2.9** | | Regular updates on status of transition plan | Centurion | 7/1/2019 | DONE | Completed | Completed |
| **2.10** | | **Pharmacy** | | 6/15/2019 | DONE | Completed | Completed |
| | 2.10.1 | Submit drug formulary for approval | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.10.2 | Identify current process for destruction of controlled medications | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.10.3 | Outline process for obtaining medications from back-up pharmacies | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.10.4 | Review interface needed for the electronic process with current eOMIS and eMAR and offline functionality and sync | Both | 6/1/2019 | DONE | Completed | Completed |
| | 2.10.5 | Diamond's quality assurance team reviews complete account set up | Centurion | 6/7/2019 | DONE | Completed | Completed |
| | 2.10.6 | Review Diamond's web-based electronic reconciliation software which includes technology solutions for pharmacy operations | Both | 6/1/2019 | DONE | Completed | Completed |
| | 2.10.7 | Integrate established and proven policies and procedures that ensure compliance with ASPCs, including each health unit and remote healthcare site. | Both | 6/7/2019 | DONE | Completed | Completed |
| **2.11** | | Finalize medical waste pick-up schedule and coordinate with sites | Centurion | 6/24/2019 | 6/15/2019 | Completed | Completed |
| **2.12** | | Identify current ambulance providers, hospital-based emergency services and obtain contracts and validate process with site transport contacts | Centurion | 6/1/2019 | DONE | Completed | Completed |
| **2.13** | | **IT** | | 6/15/2019 | 6/30/2019 | PARTIAL | 7/1/2019 |
| | 2.13.1 | Meet with ADC IT staff to determine technical requirements | Centurion | 4/1/2019 and ongoing | 6/15/2019 | Completed | Completed |
| | 2.13.2 | Determine facility infrastructure and connectivity assessment | Centurion | 6/1/2019 | 6/15/2019 | Completed | Completed |
| | 2.13.2 | Determine/implement interfaces e.g., chronic care eOMIS and AIMS, SharePoint (workflows, notifications, instant access, etc.) | Centurion | 6/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2.13.3 | Migration of PCs, networks, and firewall installations | Centurion | 6/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.4 | Validate bandwidth availability list | Both | 6/1/2019 | 6/15/2019 | Completed | Completed |
| | 2.13.5 | Verify listing of existing systems, software, and data sources | Both | 6/1/2019 | 6/15/2019 | Completed | Completed |
| | 2.13.6 | Work closely with ASET and ADC on all technology and security policies | Both | 6/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.7 | Review Impact Pro risk stratification capabilities to support successful chronic care and disease management services | Both | 6/1/2019 | DONE | Completed | Completed |
| | 2.13.8 | Provide all computer hardware and placement of hardware | Centurion | 6/26/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.9 | Provide user licenses to access business applications used by the Contractor | Centurion | 6/26/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.10 | Provide access to the existing VLAN | ADC | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.11 | Establish necessary network operations and infrastructure to support the IT system | Centurion | 6/15/2019 | 6/15/2019 | Completed | Completed |
| | 2.13.12 | Connectivity from the Contractor data center to the handoff point to AZNet | Centurion | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.13 | Obtain quotes for circuits and managing implementation of additional bandwidth if required | ADC | 6/15/2019 | 6/15/2019 | Completed | Completed |
| | 2.13.14 | Ensure compliance to LAN to LAN VPN security requirements | Centurion | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.15 | Add ADC IT service desk to planned interruptions template and standard communication templates for unplanned interruptions and cyber incidents | Centurion | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.13.16 | Provide contact listing of IT personnel | Centurion | 6/1/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2.13.17 | Ensure all software used is capable of integration with existing and/or future software but not limited to AIMS, compliant with HL7, work with variety of protocols, including SFTP, Web Services, and Message Queueing, ability to interface with hierarchical and relational database systems | Centurion | 6/15/2019 | DONE | Completed | Completed |
| 2.13.18 | Data interface plan, under a SaaS model - setting up a secure transmission of data feeds at least hourly between hosted EHR system and AIMS/AIMS2. Real time preferred and shall be HL7 compliant | Both | 7/1/2019 | DONE | Completed | Completed |
| 2.13.19 | Provide SLAs (Service Level Agreements) | Centurion | 6/15/2019 | DONE | Completed | Completed |
| 2.13.20 | Set expectation that Centurion IT staff and Marquis staff will work with Corizon to ensure access to the EHR for data conversion | ADC | 5/1/2019 | DONE | Completed | Completed |
| 2.13.21 | Ensure current eOMIS configuration is part of the new instance of eOMIS between ADC, Centurion, Corizon | ADC | 5/1/2019 | DONE | Completed | Completed |
| **2.14** | **EHR/Medical Management** | | 6/15/2019 | 7/1/2019 | PARTIAL | 7/1/2019 |
| 2.14.1 | Ensure all MAR History Records are transferred to new system | Centurion | 7/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| 2.14.2 | Transfer and verification by ADC of inmate data on EHR. Maintain current EHR and use current eOMIS EHR provided by subcontract with Marquis | ADC | 7/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| 2.14.3 | Ensure EHR requirements are met to facilitate ADC-run EHR reports | Centurion | 6/15/2019 | 6/15/2019 | Completed | Completed |
| 2.14.4 | Ensure EHR has the ability to interface with external pharmacy, lab and/or other clinical contractors on new account request, toll free, help desk support, EHR system training, and documents in the format requested by HSCMB | Centurion | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| 2.14.5 | EHR Data encryption and annual audit compliance reports | Centurion | 6/22/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| 2.14.6 | Ability to support clinical document requirements | Centurion | 6/15/2019 | DONE | Completed | Completed |
| 2.14.7 | EHR shall incorporate a system of alerts/decision supports | Centurion | 6/15/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2.14.8 | Ensure that EHR system complies with guidelines embedded in the HITECH Axr, HL7 and Federal Health Care Reform Act | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.15** | Ensure all subcontractor agreements receive prior written approval by HSCMB | Centurion | 6/24/2019 | DONE | Completed | Completed |
| | **2.16** | Establish protocols to ensure proper coordination and communication regarding security services | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.17** | Purchase forms in adequate quantities from ACI to carry out provisions of the contract | Centurion | 6/1/2019 | DONE | Completed | Completed |
| | **2.18** | Develop and maintain for ADC review an Emergency Response Plan as required by NCCHC Standards | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.19** | Verify that on-call response protocols and logs meet ADC expectations | ADC | 6/15/2019 | DONE | Completed | Completed |
| | **2.20** | Submit a telemedicine plan for approval by ADC | Centurion | 6/1/2019 | DONE | Completed | Completed |
| | **2.21** | Verify non-formulary exception request process | ADC | 6/1/2019 | DONE | Completed | Completed |
| | **2.22** | Submit QM program description encompassing the CQI program structure | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.23** | Submit Infection Prevention and Control Disease training program for ADC review and authorization | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.24** | **Intake Health Screening** | | 6/15/2019 | 6/30/2019 | In Progress | 7/1/2019 |
| | 2.24.1 | Approve documentation template | ADC | 6/15/2019 | 6/15/2019 | Completed | Completed |
| | 2.24.2 | Review tracking system to identify patients at risk for heat-related pathology due to medications or medical conditions | ADC | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 2.24.3 | Establish system of documentation through EHR | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.25** | Work with Marquis to ensure reporting/tracking of chronic care exists in eOMIS EHR | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.26** | Review Infirmary Bed Management System application | Both | 6/15/2019 | DONE | Completed | Completed |
| | **2.27** | Review emergency and non-emergency transportation for patients process | Both | 6/15/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2.28** | **Discharge Planning** | | 6/15/2019 | DONE | Completed | Completed |
| | 2.28.1 | Initiate, create, and establish discharge planning in compliance with NCCHC Standards and DO 1001 | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.28.2 | Review healthcare information when patient is released form and approve | ADC | 6/15/2019 | DONE | Completed | Completed |
| | **2.29** | **Mental Health** | | 6/15/2019 | DONE | Completed | Completed |
| | 2.29.1 | Provide Group treatment program curricula and modules for ADC's approval | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.29.2 | Protocols for collaboration with ADC staff who provide alcohol and other drug treatment for the purpose of coordinating integrated treatment for inmates with co-occurring mental health and drug and alcohol conditions | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.29.3 | Establish a process for Counseling and Treatment Services staff to complete a referral to mental health staff | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.29.4 | Psychoeducational Programs for Mental Health- minimize redundancy between ADC and Centurion | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.29.5 | Psychoeducational group modules for approval by ADC and TCC program for inmates in long-term segregation | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **2.30** | **UM** | | 6/15/2019 | DONE | Completed | Completed |
| | 2.30.1 | Determine current process, identify changes, develop forms and authorization flow | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.30.2 | Submit Utilization Management business rules | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.30.3 | Provide a copy of Utilization Management program description | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | 2.30.4 | Collaborate with ADC to customize infrastructure of UM policies, procedures, and protocols | Both | 6/15/2019 | DONE | Completed | Completed |
| | **2.31** | **AHCCCS** | - | 5/1/2019 | DONE | Completed | Completed |
| | 2.31.1 | Implement an accurate and timely claim submission and reimbursement system and procedures, including a claim dispute resolution process | Centurion | 6/24/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2.31.2 | Centurion, in collaboration with ADC and AHCCCS, shall establish a process to obtain Hospital FFS rates any time a change occurs | Both | 6/15/2019 | DONE | Completed | Completed |
| | **2.32** | File document with Arizona Corporation Commission prior to the execution of the contract and throughout the term | Centurion | 6/1/2019 | DONE | Completed | Completed |
| **3** | **EXECUTION PHASE** | | | 5/1/2019 | 6/30/2019 | PARTIAL | 7/1/2019 |
| | **3.1** | 340B Prescription Program | Both | TBD | DONE | Completed | Completed |
| | **3.2** | **Quality Improvement/Management** | | 7/1/2019 | DONE | Completed | Completed |
| | 3.2.1 | Review current contract performance indicators and make recommendations for Quality Improvement Activities statewide | Centurion | 6/21/2019 | DONE | Completed | Completed |
| | **3.3** | **I**nitiate Claims Management system setup | Centurion | 6/15/2019 | DONE | Completed | Completed |
| | **3.4** | **Training** | | 7/1/2019 | 6/30/2019 | PARTIAL | 7/1/2019 |
| | 3.4.1 | Complete staff training/orientation | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.2 | Urgent Care communication training to designated ADC staff | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.3 | Posters and flyers in every institution with information on accessing care in both Spanish and English. Also to include content in Inmate Handbook. Inmate orientation videos. | Both | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.4 | Active provider education program for all providers in the network | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.5 | Initial and ongoing training for Telehealth providers | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.6 | Specialized training and mentoring for CQI staff | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.7 | Infection prevention and control program training; handouts for ADC officers transporting patients with potential communicable disease | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3.4.8 | Complete training on medical/mental health scores | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.9 | Orientation packets for inmate transfers about access to care at receiving facilities | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.10 | Orientation packets for renal dialysis and ongoing training to assist in their understanding of their treatment | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.11 | Women's health education programs and preventative healthcare services | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.12 | Initial and ongoing training, at least quarterly, to facility staff at Florence and Tucson on pre/post treatment needs of dialysis patients | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.13 | Staff training in conducting segregation rounds for ADCs review, input, and authorization | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.14 | Training on proper handling and disposal of biomedical waste material | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.15 | Provide written plan on staff orientation and training on ADC policies, DOs, and DIs applicable to maintaining confidentiality and protection of patient health information; develop ADC specific new employee orientation program, ADC approved training record, provider orientation programs | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.16 | First responder training on basic life support/emergency response | Both | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.17 | Inmate Health Education Program - Library of Health Education handouts are available in English and Spanish; Krames Online: online medical education resources; health fairs at least once a year; handout listing of caloric content of items available for purchase in the facility commissary and develop a menu of healthy alternatives and incentives for health behaviors; group health education; bulletin boards; new inmates - education on HIV and Hepatitis; infection control procedures for inmate workers – self-study and follow-up competency assessment; counseling for patients that are noncompliant for three (3) or more consecutive missed | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | doses; Beat the Heat handouts; EHR program in softcover and electronic book; videos; Envolve Incentive Program | | | | |
| | 3.4.18 | Three-page handout - Summary of Healthcare Services and What They Mean to You - provide all inmates at intake | Centurion | 7/1/2019 | 6/15/2019 | Completed | Completed |
| | 3.4.19 | Counseling for patients who refuse prescribed diets for more than three (3) consecutive days | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.20 | Orientation and training of full-time release/discharge planners and other staff involved in release planning | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.21 | Ongoing patient education and dental instructions on brushing and flossing. Will be documented in their dental record. Posters reviewing oral hygiene and preventative dentistry will be maintained in the dental clinic areas. Also pamphlets and handouts | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.22 | Dental providers and assistants will be trained on dental exempt conditions as defined in DSTM. Peer review and supervisory performance evaluations will function as additional checks to ensure compliance | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.23 | Training program for dental assistants to triage HNRs to routine and urgent care lines; dentists to evaluate accuracy and skill of dental assistants under supervision | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.24 | Super User training for staff members on EHR usage, maintenance | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.25 | Competency based training schedule and orientation program for pharmacists and Diamond personnel involved with contract management | Centurion | 7/1/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3.4.26 | Centurion's clinical pharmacy management team will hold regular training meetings with providers to support formulary adherence | Centurion | Ongoing | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.27 | Providing process education to all Contractor's staff at site level and recurrent education and training on a routine basis for pharmacy services | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.28 | Urgent care training for healthcare staff following approval by ADC | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.29 | Implement practice guideline, updated at least annually; all mental health staff shall be trained on guidelines within 30 days of adoption, upon hire or during initial orientation and at least semi-annually thereafter | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.30 | Crisis intervention training for staff servicing mental health patients | Centurion | 7/1/2019 | 7/1/2019 | ONGOING and In Progress | AFTER TRANSITION |
| | 3.4.31 | Handouts available in English and Spanish for mental health services; signs and posters | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.4.32 | Mental Health staff training to include departmental staff training and multidisciplinary staff training in the management and treatment of patients with serious mental health problems | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.33 | New employee orientation competency checklists and training modules for approval by ADC | Centurion | 7/1/2019 | 6/15/2019 | Completed | Completed |
| | 3.4.34 | Training needs spreadsheet and calendars will be maintained at each ASPC | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.35 | Psychiatric orientation program for approval | Centurion | 7/1/2019 | 6/15/2019 | Completed | Completed |
| | 3.4.36 | Correctional Officer training in mental health issues; handouts are also available | Centurion | 7/1/2019 | 6/15/2019 | Completed | Completed |
| | 3.4.37 | UM staff will receive initial and ongoing training from corporate UM leadership and trainers | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.38 | Credentialing and re-credentialing of staff; files available for review by ADC via Aperture's CredSmart platform | Both | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3.4.39 | Centurion's staff training on PREA, HIPAA, Blood borne pathogen exposure control, suicide prevention, and maintaining clinical boundaries | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.4.40 | Training in medication administration and training for correctional officers (if required) | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | **3.5** | Review solvency and financial condition | ADC | 6/1/2019 | DONE | Completed | Completed |
| | **3.6** | **Pharmacy** | | 7/1/2019 | 6/15/2019 | Completed | Completed |
| | 3.6.1 | Dual ordering system within 5-10 days of contract start date to facilitate continuity of medication ordering and designate a final day for 30-day orders to be filled by PharmaCorr | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.6.2 | Validate Corizon's process for final review and completion of a formal, documented inventory of medical and pharmacy supplies | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.6.3 | Ensure Diamond's 60-day implementation schedule is followed through | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.6.4 | Review Diamond's startup manual/policy and procedures | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 3.6.5 | Who to Call List will be posted in several areas of the facility by Diamond | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 3.6.6 | In-State pharmacy services, Sunwest, to interface with eOMIS to receive medication orders in a timely and secure manner, and Diamond to profile all orders dispensed by Sunwest in order to maintain auto-refill process | Centurion | 7/1/2019 | 6/1/2019 | Completed | Completed |
| | 3.6.7 | Centurion to assist ADC in developing and monitoring tools based on fill history to assess if inmates are getting their medications upon transfer | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | **3.7** | Verify systems are in place for new/reactivate Medicaid enrollees, tracking mechanism on inmate egress out of the system to deactivate and establish coverage status to prevent incorrect billing and reimbursements | ADC | 7/1/2019 | DONE | Completed | Completed |
| | **3.8** | Install telehealth equipment for ten locations | Centurion | 7/1/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **3.9** | Maintain electronic log documenting the use of telehealth equipment | Centurion | 7/1/2019 | DONE | Completed | Completed |
| **3.10** | Ensure X-ray unit registration certification issued by the ARRA is posted for each machine on the complex, calibrated, and maintained | Centurion | 6/15/2019 | DONE | Completed | Completed |
| **3.11** | Ensure onsite MOM is available at ASPC-Florence and Perryville | Centurion | 7/1/2019 | DONE | Completed | Completed |
| **3.12** | Establish and maintain procedures and controls acceptable to ADC for confidentiality/exchange of information | Centurion | 7/1/2019 | DONE | Completed | Completed |
| **3.13** | **Discharge Planning** | | 7/1/2019 | 6/15/2019 | In Progress | 7/1/2019 |
| 3.13.1 | Electronic interface that supports transfer of information between EHR and Release Management System | Centurion | 6/22/2019 | DONE | Completed | Completed |
| 3.13.2 | Website for released inmates with resources by county and area of service | Centurion | 7/1/2019 | DONE | Completed | Completed |
| 3.13.3 | Process for facilitating access to AHCCCS which includes completion and submission of applications | Centurion | 7/1/2019 | DONE | Completed | Completed |
| 3.13.4 | Explore processes that have proven effective and how they can be enhanced | Centurion | 6/3/2019 | DONE | Completed | Completed |
| 3.13.5 | Strategy for successful community re-entry of offenders with serious mental illness | Centurion | 6/3/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| 3.13.6 | Coordinate transfer of essential medical records to identified community providers or agencies, appointments, supply of medications, specialized medical or mental health placement, continuity of care | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **3.14** | Psychological evaluations and referrals for inmate special education referrals | Centurion | 7/1/2019 | DONE | Completed | Completed |
| **3.15** | Conduct a CQI program audit at each ADC facility to evaluate the strength of its auditing and corrective action planning process to determine what types of support and resources may be needed to ensure a comprehensive and structured corrective action planning process is in place | Both | 8/15/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **3.16** | AHCCCS readiness review | Centurion | 6/15/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **3.17** | Import daily feed from offender management system into claims management system to ensure current eligibility roster | Both | 6/15/2019 | DONE | Completed | Completed |
| | **3.18** | Provide a final business continuity plan for ADC approval | Centurion | 6/15/2019 | 6/15/2019 | Completed | Completed |
| | **3.19** | Final "system downtime" procedure for approval | Centurion | 6/15/2019 | 6/30/2019 | Completed | Completed |
| **4** | **POST-EXECUTION PHASE** | | | 7/1/2019 | 6/30/2019 | In Progress | 07/01/2019 |
| | **4.3** | **Review Intake Process** | | 6/1/2019 | 6/30/2019 | PARTIAL | 07/01/2019 |
| | 4.3.1 | Pre-arrival screening - OIU Medical | Both | 6/15/2019 | DONE | Completed | Completed |
| | 4.3.2 | Health Services - Day 1 | Both | 6/15/2019 | DONE | Completed | Completed |
| | **4.4** | Review continuity of care for inmate transfers | Both | 6/15/2019 | DONE | Completed | Completed |
| | **4.5** | Review process on follow-up services upon release | Both | 6/15/2019 | DONE | Completed | Completed |
| | **4.6** | Review training records for healthcare staff in the Parsons requirements, internal audits, and benchmarking to improve performance | Both | 6/15/2019 | DONE | Completed | Completed |
| | **4.7** | Review CQI program that ensures transparency and real progress in meeting ADC and NCCHC requirements for health care and program review | Both | 6/15/2019 | DONE | Completed | Completed |
| | **4.8** | Review EHR functionality enhancements | Both | 6/15/2019 | 6/15/2019 | Completed | Completed |
| | **4.9** | Review CGAR results monthly for performance measures | Both | 5/1/2019 | DONE | Completed | Completed |
| | **4.10** | Review predictive modeling systems for inmate profiling | Both | 6/15/2019 | DONE | Completed | Completed |
| | **4.11** | **Reporting** | | 5/1/2019 | 6/30/2019 | PARTIAL | 7/1/2019 |
| | 4.11.1 | Monthly and true up direct cost basis for PharmaCorr | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.2 | Monthly detailed report with date administered and cost of Hep-C for each inmate with progress reports and utilization trends | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.3 | Required reporting list | Centurion | 5/15/2019 | DONE | Completed | Completed |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4.11.4 | Claims reporting | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.5 | Risk-share reporting and analysis (e.g., offsite hospitalization costs, medications) | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.6 | Pharmacy cost and utilization reporting data by drug class | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.7 | UM management graphs on a quarterly basis | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.8 | Monthly statistical reports on co-pay system | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.9 | Telemedicine analysis on utilization trends, effectiveness of program goals and plan revisions | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.10 | Detailed quarterly meeting minutes on medication usage with changes (if any) on the existing drug formulary | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.11 | Monthly and annual forms, templates, and reporting tools on QM/CQI monitoring results, improvement activities, etc. | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.12 | Infectious disease report | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.13 | Lab Services statistical report - number of intake and pregnancy tests performed at ASPC-Perryville | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.14 | Chronic Condition Disease Management report on SharePoint - web based portal | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.15 | Re-entry service delivery statistics | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.16 | Detailed quarterly meeting minutes on P&T meetings | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.17 | Diamond's progress reports every two weeks for 60 days, then monthly for 60 days, then routinely as agreed upon | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4.11.18 | Inspection reports by Arizona licensed pharmacist on scheduled site visits; inspection tool will be available | Centurion | 7/1/2019 | 6/15/2019 | Completed | Completed |
| | 4.11.19 | Provide ASPC Warden or designee a monthly updated list of all patients on KOP program and the number of medications the patient is currently receiving | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.20 | Perpetual inventory medication logs maintained on each yard | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.21 | Daily medication delivery manifests kept in binders located in medication rooms on each yard, reviewed and initialed daily by an LPN or RN | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.22 | Provide each facility with a report of medications that were eligible for credit and those that were not and destroyed | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.23 | Compile, track, and report on non-formulary requests | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 4.11.24 | Quarterly medication audits as part of the quality assurance program | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.25 | Reviewing and trending non-formulary medication requests and usage | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.26 | Send copies to ADC for missing narcotics | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.27 | Each ASPC complex will be provided a monthly schedule of on-call medical and mental health, including psychiatrist and psychologist coverage, back-up on-call providers, Regional Medical Director and Regional Psychiatric Director | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.28 | A list of inmates who have psychotropic heat intolerance reaction | Centurion | 6/22/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.29 | Specialty referrals and UM determinations are documented in TruCare clinical information system. Information collected will be provided to ADC. Access to TruCare will be provided to ADC | Centurion | 6/22/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4.11.30 | Review AHCCCS website for rate changes, maintain a log of the review, claim dispute log, and provide to ADC | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.31 | Grievances data will be aggregated and reported according to ADC specs, tracking log for formal grievances and forwarded to HSCMB | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.32 | Changes in staff licensure status with updated information | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.33 | Itemized list of hours worked at each prison facility, by position | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.34 | Payroll information and institutional staffing worksheet | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.35 | Credit for unfilled hours by facility | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.36 | Unrestricted online access for HSCMB users to reports and free access for ADC; develop collaborative online SharePoint | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.37 | Narrative report when submitting the required monthly reports | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.38 | Monthly Health Services Report - summary of healthcare services by month to review current and prior month's statistics | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.11.39 | Contractor's performance (performance measures) and audits | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 4.11.40 | Update and provide de-conversion plan for annual review with ADC | Centurion | 10/1/2019 | DONE | Completed | AFTER TRANSITION |
| | 4.11.41 | Monthly SLA monitoring reports | Centurion | 7/1/2019 | DONE | Completed | AFTER TRANSITION |
| | **4.12** | **Meetings** | | 7/1/2019 | 6/15/2019 | Completed | Completed |
| | 4.12.1 | Monitor all subcontractors' performance with formal review according to periodic schedule established by ADC | Both | 7/1/2019 | DONE | Completed | Completed |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4.12.2 | Meetings between the Administrator, a monitor from HSCMB, and the ASPC Warden shall be conducted weekly | Both | 7/1/2019 | DONE | Completed | Completed |
| | 4.12.3 | Statewide meetings involving Facility Health Administrators, Centurion Regional Office leadership, and the ADC Contract Monitor to take place on a quarterly basis | Both | 7/1/2019 | DONE | Completed | Completed |
| | 4.12.4 | Weekly mental health meetings and treatment plan reviews | Both | 7/1/2019 | DONE | Completed | Completed |
| | 4.12.5 | Re-entry coordination meetings at each facility | Both | 7/1/2019 | DONE | Completed | Completed |
| **4.22** | | **Chronic Condition Disease** | | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.22.1 | Develop and implement chronic condition disease management programs | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.22.2 | Update clinical care guidelines for chronic condition | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.22.3 | Establish a process to identify chronically ill and infectious inmates | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.22.4 | Maintain a registry that tracks inmate care and shows trends | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **4.23** | | Review routine pick-up of waste materials by Stericycle | Both | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **4.24** | | Provide ADC transportation officers with offsite healthcare schedules at least one week prior to scheduled appointments and as required by facility protocols | Centurion | 6/24/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **4.25** | | Review Telmediq services; answering service numbers will be posted in healthcare units, security offices, and distributed to ASPC administrative staff | ADC | 6/24/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **4.26** | | Audit log of daily check of AED equipment | ADC | 6/24/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **4.27** | | Ensure patient's need for special diet status is updated in AIMS | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |

| | | | | | | |
|---|---|---|---|---|---|---|
| **4.28** | **Discharge Planning** | | | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.28.1 | Explore possibility of expanding telehealth services to include re-entry | Both | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.28.2 | Functioning system between correctional multidisciplinary treatment team and community mental health center treatment team for ADC patients with serious mental illness | Both | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.28.3 | Teaming agreement for skilled nursing/long-term care - iCare Management; financial support through capitated Medicaid | Both | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| **4.29** | **Dental Services** | | | 7/1/2019 | 6/15/2019 | In Progress | 7/1/2019 |
| | 4.29.1 | Facilitate affiliation agreement directly between ADC and UOA for oral surgery residents and A.T. Still University and Midwestern University for dental students. | Both | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 4.29.2 | Pursue academic affiliation agreements with dental assistant schools to foster student internships for dental support services | Both | 6/15/2019 | 7/1/2019 | ONGOING and In Progress | 7/1/2019 |
| | 4.29.3 | Review eOMIS functionality for schedule appointments, schedule and track appointments | Both | 6/15/2019 | DONE | Completed | Completed |
| **4.30** | **Pharmacy** | | | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | 7/1/2019 |
| | 4.30.1 | Diamond audits on customer charge codes for accurate invoicing and operational concerns | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 4.30.2 | Onsite inspections and audits of each complex health unit and quality improvement review by an Arizona registered pharmacist | Centurion | 7/1/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.30.3 | Ensure that current clinic stock medication inventories remain at current levels for a minimum of 90 calendar days after the contract effective date | Centurion | 7/1/2019 | DONE | Completed | Completed |
| | 4.30.4 | Prior to end of the 90 day transition period, submit a transition plan and any proposed changes to inventory levels to ADC for review and approval | Centurion | 6/15/2019 | DONE | Completed | Completed |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 4.30.5 | Provide ADC action plans that include therapeutic recommendations, relevant disease clinical proactive guidelines, and relevant pharmaceutical updates | Centurion | 6/15/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.30.6 | Contribute to the creation of disease management guidelines | Centurion | 6/15/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.30.7 | Provide input and support for continuous quality improvement initiatives | Centurion | 6/15/2019 | 7/1/2019 | AFTER TRANSITION | AFTER TRANSITION |
| | 4.30.8 | Review Diamond's Drug Information Center - value added resource | Centurion | 6/1/2019 | DONE | Completed | Completed |
| **4.31** | | Review onsite mental health services through the provision of tele-mental health services | ADC | 6/1/2019 | DONE | Completed | Completed |
| **4.32** | | Provide staff to review all inmates for possible eligibility for Medicaid assistance, which includes completing required applications and referral processes. | Centurion | 6/1/2019 | DONE | Completed | Completed |