6-28-2019

Berry Williams ADC# 267365
Florence
P.O. Box 5000
Florence, AZ 85132

FILED ___ LODGED
RECEIVED ___ COPY
JUL 0 1 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

CV-12-601-PHX-ROS by hla

| | |
|---|---|
| BERRY WILLIAMS | CIV12 06 0112 ROS |
| Plaintiff | NOTICE OF Retaliation |
| VS | |
| VICTOR PARSONS | |
| VS | |
| CHARLES RYAN | |

As punishment for my being refused Treatment for pain - NP Igwe RN Starling Refuse to treat me And seeking Help.
COIII Daine Bohuszewicz, COIII Garcia, COIII Casillas, sent A message to me that I will be sent to Casen unit under lock Down unless I shut up And put up with the pain. Too many of us Are being subjected to this in EAST UNIT by COIII Daine Bohuszewicz, can you please Help us?
A-2-9                Berry Williams #267365