INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Betty Williams
ADC # 267365
Arizona State Prison Complex Florence
Unit East A-2-9
PO Box 5000
City Florence AZ 85132
(INDIGENT MAIL)

LEGAL MAIL
AZ DEPT OF CORRECTIONS

PHOENIX AZ 852
28 JUN '19
PM 3 L

In The United States District Court
For The District of Arizona
401 W. Washington
Phoenix, AZ 85003

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
RECEIVED
JUL 01 2019

U.S. POSTAGE >> PITNEY BOWES
ZIP 85132 $ 000.50⁰
02 1W
0001403942 JUN 28 2019

85003-213099