STEPHEN O SWARTZ #180330648
PIMA COUNTY JAIL
PO Box 951, 4-C-2
TUCSON, AZ 85702



RECEIVED
JUL 01 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PIMA COUNTY JAIL
INMATE OUTGOING LEGAL MAIL

"LEGAL MAIL"

THE UNITED STATES DISTRICT COURT
CLERK OF THE COURT
SUITE #130
401 WEST WASHINGTON Street, SPC #1
PHOENIX, ARIZONA
85003-2118

"LEGAL MAIL"