**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Class member Jerry D. Hubbard filed a Request for Help against Arizona Department of Corrections Director Charles Ryan and Centurion, Inc., in which he alleges that he has seen health care providers Starling and Igwe but they refused to drain fluids from his system. He further explains that he is diabetic, suffered a stroke, is in a wheelchair, and has heart problems and needs medical attention because he is very sick and believes he will die.

As the Court explained in its January 29, 2019 Order (Doc. 3125), to facilitate adjudication of these allegations, the Clerk of Court must open the Request for Help as a new civil action (Doc. 3300).

…

…

…

…

…

**IT IS THEREFORE ORDERED** that the Request for Help filed at Doc. 3300 must be opened as a new civil action.

Dated this 2nd day of July, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge