THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 5.4
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 05 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY 88 DEPUTY

Michael J. Cohn #288721
ASPC Tucson / Manzanita 1B19
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12CV601ROS |
|---|---|
| v. | NOTICE OF UNRESOLVED ISSUES |
| Ryan, et al. | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class plaintiff, advocate in the above named case, respectfully notify this honorable court of unresolved issues from Corizon Health, crossing over to Centurion Health of AZ. Centurion started their contract today, July 1, 2019. I have requested a copy of the contract from counsel for plaintiffs and Richard Pratt. Both have refused to provide the contract to me.

Per the attached correspondence, some of the more significant issues are described. Please note, the pattern of the nursing administrators refusing to talk with me continues, leaving only the inmate letter available to try and informally resolve problems. This hostile approach to dealing with problems suggests that the pattern of hostility towards inmates will continue despite the change in management. Personnel have not changed significantly, suggesting that problematic staff members will continue to be problematic, as there are no significant job consequences.

This leaves class plaintiffs only one meaningful remedy to pursue going forward... release, in my opinion. As ADC is the defendant through its agents, Ryan + Pratt, it is apparent to me that ADC as reported by the

1

American Friends Service Committee has chosen "more of the same; providing inadequate care to some of the state's most vulnerable." (AZ Republic, app. 6/23/18; Federal sanctions alone won't fix prison health care.")

In my opinion, sanctions should be enhanced significantly as non-compliance with the settlement is foreseeable.

Respectfully submitted,                Date: 7/1/19

*Michael J. Cohn, Ed.D.*

Dr. Michael J. Cohn
Advocacy/Coaching/Education/Expert Witness
                Service

Original mailed to:   on: 7/2/19
Clerk of the U.S. Dist. Ct.
401 W. Washington
Phoenix, AZ 85003


Copies to:   on: 7/2/19
Michael E. Gottfried, A.A.G.
2005 N. Central
Phoenix, AZ 85004


Corene Kendrick, Esq.
Prison Law Off.
General Delivery
San Quentin, CA 94964

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to **one page** and **one issue**. **NO ATTACHMENTS PERMITTED**. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 1B 79 | 7/1/19 |

| To: | Location |
|---|---|
| R. Switzer | Tucson Complex Medical |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Unresolved Issues: On 6/30/19, 9:50 a.m. Switzer refused to talk w/ me + inmate Mosier. She said to send a letter. This is it.

* Note: Internal remedies exhausted. Court has been notified, Centurion starts today.

1) Please explain why Centurion retained you, Jennifer Kidd & LPN Broadwater in light of the allegations of the alleged homicide of inmate Cromwell. ANA Ethics, Provisions 1-6 & 8, contempt of law.

2) Please explain why Centurion has not procured & exhibited a City of Tucson business license. ANA Prov. 5 & 6, contempt of law.

3) Please explain why Centurion administrators have not procured and exhibited a City of Tucson Nursing Care Institution administrator licenses, etc. ANA Prov. 5 & 6. HU 5 & HU 6 should cease operations by law.

4) Please explain why Centurion has not installed emergency call buttons in HU 5 & HU 6. ANA Prov. 5 & 6. Contempt of law.

5) Please explain why Centurion defies the Judge's order to operate "open clinics." ANA Prov. 3, 5 & 6, contempt of law.

6) Please explain why Centurion is not immediately treating the estimated 6500-20,000 inmates w/ Hepatitis "C" (16% - 50% of pop.) ANA Prov. 1-6 & 8.

7) Please explain why nurses are not following the Health Services Technical Manual protocols ie. Seizures (failure to take vital signs & record in chart)

8) Please provide all inmates with the names of Centurion Utilization Review staff so we have recourse when our care is denied.

CC: Judge Silver, Corene Kendrick, Esq., Michael Gottfried, A.A.G., B. Schmid, R. Pratt, L. Palmer-Neete

Note: I am ADA & assert all rights therein. Witness in Parsons V. Ryan case.

| Inmate Signature | Date |
|---|---|
| M.J. Cohn, EdD. (Advocacy/Coaching/Education/Expert Witness) | 7/1/19 |

Have You Discussed This With Institution Staff? ☒ Yes ☐ No

If yes, give the staff member's name: D.W. Geivers, CO III Evans, D.W. Helistes.

Distribution: White - Master Record File   Canary - Inmate

916-1
5/13/10

**ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | TUCSON MANZ. 1B19 | 7/1/19 |

| To: | Location |
|---|---|
| Richard Pratt | HSMB - Central Ofc. |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Inmate observer.

I respectfully request to be allowed to attend the following activities as an inmate observer. I would take notes and send reports to your office, the court, the A.G. and attorneys for the inmates in the Parsons case:

1) Mortality Review Committee at Tucson Complex
2) CQI - Continuous Quality Improvement Committee at Tucson Complex.

As you know, I have expert level credentials and am qualified in all respects to observe and report on such activities. In my opinion, it would be valuable to have the inmate perspective included in such meetings &/or to simply observe and report. It would be best to attend in person, but I could attend by phone or video conference as necessary. I understand per contract, ADC is indemnified by Centurion for the costs of judgments, so there would be no financial risk to the state in terms of liability. Please give this request due consideration.

cc: Corene Kendrick, Esq.
    Michael E. Gottfried, A.A.G.

Inmate Signature: M.J. Cohn, Ed.D. - Witness in Parsons v. Ryan case, advocacy/coaching/Education/Expert Witness
Date: 7/1/19

Have You Discussed This With Institution Staff? ☐ Yes ☒ No
If yes, give the staff member's name:

Michael J. Cohn #288721
ASPC Tucson/ Manzanita 1 B19
P.O. Box 24401
Tucson, AZ 85734-4401

7/1/19

Centurion Health of AZ
3800 N. Central #460
Phoenix, AZ 85012
Attn. Quality Assurance

QA:
I write for several reasons. First, I want to express my displeasure that your company hired Kimberlee Switzer as Director of Nursing at the Tucson Complex, Jennifer Kidd, RN and LPN Broadwater. I believe these nurses are implicated in the homicide of a Jewish inmate, Shawn Gromwell. Probably, Switzer and Kidd are implicated in other deaths as well. I believe these nurses are dangerous to inmates as they do not routinely follow the code of ethics of the American Nurses Association per my observations/investigations of the past 10 months. The court in Parsons v. Ryan has been notified and many pages of documentation have been submitted. The Judge, Attorney General and our class action lawyers are all informed of this matter.
Second, Kidd & Switzer & FHA Schmid retaliated against me

in writing for my efforts to help the disabled per the ADA & ARS §41-1492.10. I have requested damages from the Federal Court in the amount of $1 million, $10,000 for each of the 100 inmates on this unit per ADA. I am ADA as well.

Please see the attached list of unresolved issues sent to Switzer after she refused to talk to me. Also, please see my request to observe and report on the CQI committees and the Mortality Review committees.

I am a doctor, formerly a licensed, board certified Psychologist, a former healthcare/hospital administrator with formal training (⅓ of an MSHA, University of St. Francis) and experience, a part-time faculty member/professor at a Naturopathic accredited medical school. I am also a certificated paralegal with excellent knowledge of prisoner rights. I am qualified in all respects to express my opinion on these matters.

Requested Remedies

1) Suspension of the nurses above pending a thorough criminal investigation.
2) Close monitoring of all their activities if they remain employed.
3) A letter to Richard Pratt at ADC in support of my observing and reporting on the above committees.

Respectfully Submitted,
Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn
Advocacy/Coaching/Education/Expert Witness

2