THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRC 5.4
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 11 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Michael J. Cohn #288721
ASPC Tucson/Manzanita 2B19
P.O. Box 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al.         2:12cv601-ROS
    v.                  Evidence of Centurion non-compliance
Ryan, et al.            Hon. Roslyn O. Silver

I, Michael J. Cohn, class plaintiff, advocate in the above captioned case, respectfully notify this honorable court, et al. of evidence of Centurion non-compliance, per PM(s) 48, 49, 53 & 55. I was called to medical by Choi, NP on July 2. Choi told me that the request for opthalmology care was denied by Centurion as the results of my exam were reviewed. It was determined that the ATP of seeing an optometrist was sufficient. I stated that this is below standard of care as the American Opthalmological Society (assoc.?) states that glaucoma patients should be seen 4x per year by an opthalmologist. This was also explained to me by Dr. Heller, M.D. who stated that optometrists cannot treat glaucoma. I further stated to Choi that Provision 3 of the ANA Code of Ethics require nurses to promote and advocate for the health, safety and rights of the patient. I stated that he should do what he thinks is best, but I have accurately stated the standards to him. After further discussion Choi decided to resubmit/appeal the ATP.

I report this to the court, et al. as this episode is allegedly characteristic of the methods of privatized prison medical care per

1

my experience and research. If one is not sufficiently educated and able to self-advocate, such companies get away with appearing to provide adequate care when it is, in fact, sub-standard. In my opinion, this is just another form of fraud as the intent is to deceive and exploit a vulnerable population. How many glaucoma patients are there in ADC? I estimate several hundred. ADC's monitoring fails in this regard.

There is an alternative. A mobile opthalmology program can be contracted to provide care. They operate in several states including New Mexico and are contracted by Centurion there, reportedly. (Inmate letter to Richard Pratt of 4/12/19).

Note: My evaluation was on 4/12/19, Centurion was transitioning at the time. There is no excuse for waiting several weeks to notify me or other glaucoma patients that we were going to be ATP'd. The settlement was breached.

Sanctions should be enhanced as non-compliance is foreseeable. ADC's monitoring continues to fail.

Respectfully submitted,                    Date: 7/7/19

Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn

Advocacy / Coaching / Education / Expert Witness

Original mailed to: on: 7/8/19           copies to: on: 7/8/19
Clerk of the U.S. Dist. Ct.              - M. Gottfried, A.A.G.
401 W. Washington, #130-SPC-1              Attorney General
Phoenix, AZ 85003                          2005 N. Central
                                           Phoenix, AZ 85004
cc: Richard Pratt HSCMB
                                         - Corene Kendrick, Esq.
                                           Prison Law Ofc.
                                           General Delivery
                                           San Quentin, CA 94964

Cohn #285721
7/7/19

## Addendum to Evidence of Centurion Non-Compliance

The court et al. should know that nursing home standards of care are set by Federal Law, 42 CFR §483 et seq. The agency must give appropriate treatment and services to residents who have limited range of motion (483.55). The agency must ensure that residents do not lose range of motion. id. (Expert Witness Report of ARROW Bossardet v. State of Arizona and Corizon Health Care, Susan E Lawrence, MD, 8/29/18).

I assert that at this time, none of the nursing care Institution Units in ADC are in compliance with Federal Law. id. In Tucson complex this includes the IPC, Manzanita HU 1B, HU 4A, HU5 & HU6. In ASPC Florence and ASPC Lewis, this includes IPC's.

A licensed physical therapist should be employed to address the issues described herein, in my opinion.

I point out that this is another issue of negligence by counsel for plaintiffs. How many patients have deteriorated physically because counsel for plaintiffs overlooked this issue? McPC 1.3 diligence.

Per FedRCivP 23(d) the court is authorized to allow class plaintiffs to intervene or otherwise come into the action. I assert that the contents herein qualify for consideration per 23(d). ADC's monitoring fails.

M. J. Cohn, EdD.

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

*Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.*

**Inmate Name (Last, First M.I.):** Cohn, Michael J.
**ADC Number:** 288721
**Institution/Unit:** Tucson / Manzanita 1319
**Date:** 7/7/19

**To:** B Schmid, FHA
**Location:** complex medical

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Issue: Inmate deaths

It was reported that in Prison Legal News (June 2019) that inmate deaths rose from 36 per year in Florida prior to Wexford, Corizon, Centurion's tenures as medical care vendors to 335 per year. (Centurion has the contract now). ADC has had the same sequence of vendors (Wexford, Corizon, Centurion).

Please explain what you will do to reduce the number of inmate deaths in Tucson complex to zero per year or as close to this standard as possible.

In my opinion, each unit needs its own CQI review committee including an inmate participant. On Manzanita unit, an inmate should be allowed to inspect and report on the conditions in Building HU 6 and report to the court. An inmate should be allowed to inspect and report on the conditions in the complex IPC.

In light of the experts reports that prison medical care conditions are abysmal & horrifying in ADC, to date I have seen no change from Corizon to Centurion. 2:12cv601-ROS, Status conference transcript, p. 9, 12/6/2018.

CC: Judge Silver
Michael E. Gottfried, Asst. Attny. General      } Parsons v. Ryan
Corene Kendrick, Prison Law Off.                 } case

**Inmate Signature:** M.J. Cohn, Ed.D.   Witness in Parsons v. Ryan case
**Date:** 7/7/19

**Have You Discussed This With Institution Staff?** ☑ Yes  ☐ No
**If yes, give the staff member's name:** D.W. Helrotes, SSU Rojas

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | TUCSON/ MANZANITA 1B19 | 7/7/19 |

| To: | Location |
|---|---|
| D. Schmid, FHA | Tucson Complex Medical |

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

Issue: Contempt for Federal Law. 42CFR§483 et seq, See §5

Please explain why physical therapy is not being provided to residents of HU1B, HU4A, HU5, HU6 & IPC for purpose of preventing loss of range of motion and to improve range of motion for those capable of improvement. (By licensed physical therapist per community standards).

Please note: patients with range of motion issues are not limited to the above facilities.

Also, appropriate treatment and services must be given to such patients. I infer this includes emergency call buttons, proper braces and other therapeutic devices, porters, etc.

cc: Judge Silver
Michael E. Gottfried, Asst. Atny. General      } Parsons v. Ryan
Corene Kendrick, Prison Law Ofc.

**Inmate Signature:** M. J. Cohn, Ed.D.   Witness in Parsons v. Ryan case
**Date:** 7/7/19

Have You Discussed This With Institution Staff? ☐ Yes  ☒ No
If yes, give the staff member's name: Switzer refused to talk with me.

Distribution: White - Master Record File   Canary - Inmate   D.O.N.

916-1
5/13/10