**EXHIBIT 1**

**EXHIBIT 1**

Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DECLARATION OF JACOB B. LEE** |

I, **JACOB B. LEE**, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration. I am defense counsel in the *Parsons v. Ryan* matter.

2. On October 25, 2017, Defendants sent correspondence to Corizon demanding it provide "real time" data as ordered by the Court.

3. On November 6, 2017, Corizon responded and noted its current tracking system was not suitable to provide "real time" data.

4. On November 8, 2017, Defendants reiterated to Corizon that it was obligated to effectively and accurately produce "real time" data.

5. On March 22, 2018, after Corizon advised of the difficulties it faced in compiling the data, Defendants sent correspondence to Corizon acknowledging the difficulty, but reiterating that the "real time" reporting was an expected deliverable from Corizon.

6. On April 16, 2018, Corizon responded and advised that true "real time" reporting was not possible.

7. On July 10, 2018, Defendants sent correspondence to Corizon advising of the Court's June 22, 2018 Order and Corizon's obligation to produce "real time" data.

8. On July 11, 2018, Defendants again reiterated that Corizon must comply with the Court's Order to produce "real time" data.

9. Corizon did not provide any additional "real time" data.

10. The only "real time" data Defendants received from Corizon was for December 2017-February 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15 day of July, 2019.

_____
JACOB B. LEE