**EXHIBIT 2**

**EXHIBIT 2**

Arizona Attorney General Mark Brnovich
Office of the Attorney General
Michael E. Gottfried, Bar No. 010623
Lucy M. Rand, Bar No. 026919
Assistant Attorneys General
2005 N. Central Ave
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | Case No. 2:12-cv-00601-ROS<br><br>**DECLARATION OF JENNIFER FINGER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH THE COURT'S ORDER (DOC. 2898) AND FOR ORDER TO SHOW CAUSE** |

I, **JENNIFER FINGER**, make the following Declaration:

1.  I am over the age of 18 years and have personal knowledge of and am

competent to testify to the matters set forth in this Declaration. I make this Declaration in support of *Defendants' Response to Plaintiffs' Motion to Compel Compliance with the Court's Order (Doc. 2898) And For Order to Show Cause*.

2. I am the Assistant General Counsel of Corizon Health, Inc. ("Corizon"). I have worked for Corizon since September 2013, and have held the position of Assistant General Counsel since the aforementioned date.

3. As Assistant General Counsel, I am one of the persons responsible for overseeing Corizon's compliance with its health services contract with the Arizona Department of Corrections ("ADC").

4. I am familiar with the October 10, 2017 Order to Show Cause ("OSC") and the subsequent orders related to the OSC, which required Defendants to provide reports of all failures for the months of December 2017 and January and February 2018 for the 11 health care performance measures ("PM") noted in the OSC.

5. I am familiar with the June 22, 2018 Order and Judgement of Civil Contempt ("Contempt Order") which ordered Defendants to "continue to file monthly reports reflecting every instance of noncompliance for PMs at facilities under the October 10, 2017 Order to Show Cause that are at less than 85% compliance."

6. Corizon personnel were involved in compiling the December 2017 and January and February 2018 noncompliance reports. Corizon personnel would also be involved in compiling reports for instances of noncompliance that occurred during March 2018 through June 2019.

7. Automated "real time" reporting of compliance with the PMs is not feasible with the technology currently available. To identify every instance of noncompliance, Defendants have to conduct a manual review of each and every relevant inmates' medical file.

8. To manually review a file, a person must locate and open the file in the

electronic medical records system, review the file, and assess the file's compliance with the relevant PMs by utilizing the monitoring methodology currently in application by Defendants Health Services Contract Monitoring Bureau ("HSCMB").

9. In January 2019, ADC announced that it had awarded a contract to deliver inmate correctional healthcare services to Centurion of Arizona, LLC ("Centurion"). The contract with Centurion to assume its correctional healthcare responsibilities is effective July 1, 2019. Corizon continued to perform its existing contractual obligations until June 30, 2019, and is working with ADC and Centurion to ensure a smooth transition of existing services.

10. On July 1, 2019, Centurion took over providing healthcare to Plaintiffs.

11. As a result of the transition, Corizon's operations and staff remaining in Arizona is extremely limited.

12. In addition, as a result of the pending transition, many of the staff members employed by Corizon began looking for employment elsewhere. In fact, many of the staff members employed by Corizon accepted employment opportunities with Centurion. Others accepted employment opportunities with other healthcare companies, correctional or otherwise.

13. Despite Corizon's best efforts, it was unable to retain these employees.

14. Hiring temporary employees to assist in compiling the monthly noncompliance reports is not a realistic solution. Reviewing Defendants' compliance with the Stipulation is dynamic, nuanced, and subjective. Training temporary employees to conduct this review would take an extremely long time.

15. I understand that HSCMB conducts 849 audits each month, which includes reviewing, at most, 10 inmate medical files per unit per audit. I understand that this audit takes 30-45 days for HSCMB to complete. I understand that HSCMB consists of approximately 45 people.

16. Before reporting the compliance scores to the court, the HSCMB submits preliminary compliance scores to Defendants and Corizon. Corizon has ten (10) business days to challenge the preliminary score. These challenges frequently result in the HSCMB changing a particular audited file from "noncompliant" to "compliant."

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 15th day of July, 2019.

*Jennifer Finger*
JENNIFER FINGER

15021846