ASPC Florence, East Unit
P.O. Box 5000
Florence, AZ. 85132

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CJVLR 5.4
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 17 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In The United States District Court
District of Arizona

| | |
|---|---|
| Victor Parsons<br>Plaintiff,<br><br>V.<br><br>Charles Ryan, et al.<br>Defendant, | Case No: CV-12-00601-PHX-ROS<br><br>Request for A Preliminary injunction |

I am left with no other option then plead for this courts help.

### The Facts Are As Follows

On 3-5-19 I submitted an HNR stating:
"I have a growth on my testicle which has gradually grown in size. My family has a history of testicular cancer. I fear that, I too, may have testicular cancer."
After medical did not see me for more than 2 weeks I filed an informal medical complaint.

(1)

On 3-20-19 I submitted an informal complaint stating:
"I am attempting to Resolve the following:
Corizon delaying/denying care for serious medical conditions.
a) Several weeks ago, I submitted an HNR stating my belief that I have testicular cancer and that my family has a history of testicular cancer.
b) I have received multiple chronos to see "the provider" but there is never a provider here to see me. They tell me I will be re-scheduled.
c) My understanding is Corizon has not had a provider for several weeks.
d) Corizon not having staff available or being short staffed has serious and direct consequences on patients to receive timely care. This I fear will cost me severely, especially if I find out later I do in fact have cancer."
ADOC's grievance coordinater (CO IV Boschweicz) never provided me a response or copies of my informal violating their own policy."

Approximately mid April, I finally saw a provider N.P. Dorothy Igwe. I explained my concerns of a growing tumor on my testicle and my family history of testicular cancer. She advised me its normal and she would not order treatment or send me to a specialist until my daily activities are affected and it becomes untolerable.

(2)

On 4-16-19 I submitted an HNR Stating:
"there is something wrong with my testicle. Not only do I have a tumor growing, it hurts when I urinate. Will you please send me to a specialist.

On 4-18-19 I saw a nurse explained my concerns and advised her what N.P. Dorothy Igwe told me. She told me thats crazy, you must file a greivance on her.

Approximately mid-April I filed a emergency grievance stating my concerns for possible testicular cancer. However, once again ADOC Grievance Coordinator (CO IV Boschuweicz) has not responded or provided me any copies, violates their own Policy

For the past five years, we would be provided copies and responses to our informal complaints and Grievances. However since CO IV Boschuweicz has taken over documents are lost, no copies provided, and we would be extremely lucky to get a response. And those who have filed grievances against the CO IV have been retaliated against.

On or around, 6-20-19 I submitted a request for copies of my informal and grievance complaints. They never bothered responding.

On approximately 6-30-19 - I filed a nursing board complaint discussing my emergency concerns listed above. The nursing board responded "pursuant to ARS 31-241 (A)(B) inmates are required to exaust all internal department grievance procedures before filing a complaint with the State Board of Nursing"..." Therefore when filing a complaint, the inmate shall attach a copy of the final department grievance response to the complaint." (attached)

## HERE IS MY DILEMMA

① - My right to petition the AZ State Board of Nursing is being abriged by CO IV Boschuweicz not providing me a response or copy of my informal/formal grievance complaints. Hence, I am absolutely banned from exercising my right to petition for a redress of my grievance.

② Consequently, I am being harmed along with so many others at East Unit. Just this week inmate Mitchell went to the provider with a droopy face and unable to speak. The provider sent him back to the yard saying he was dehydrated. (He suffered a stroke). Also, recent NP Igwe refused to treat inmate Voden (now deed), and inmate Hubbard (now in a coma)

(4)

③ We all prayed that once centurion would come things would change. We were wrong. The same provider (Dorothy Igwe) is here despite several lawsuits and Nursing board complaints. And we continue to suffer, while others die, in Arizona Prisons despite me being a citizen of the United States of America (the greatest nation on earth)

④ In conclusion the last available remedy is a preliminary injunction be issued, and the court order;
A) ADOC's / Grievance Coordinator: CO IV Boschweicz to provide a response to my informal/Grievance complaints so I can petition the AZ State Board of Nursing and I am able to file a complaint in court. Without an order I am stuck suffering, unable to file and petition
B) Direct ADOC/centurion to send me to a specialist to determine if I have cancer.

Under the penalty of perjury, this is true an correct to the best of my knowledge.

July - 15 - 2019
Date

Respectfully,
_Axel Arvid_
Axel Arvidson



**Doug Ducey**
Governor

**Joey Ridenour**
Executive Director

## Arizona State Board of Nursing

1740 West Adams Street, Suite 2000
Phoenix, AZ 85007-2607
Phone (602) 771-7800
Secure E-mail: https://www.virtru.com/secure-email/
Home Page: http://www.azbn.gov

July 1, 2019

Axel Arvidson #200715
ASPC – Florence, Unit East
P. O. Box 5000
Florence, AZ 85132

  RE:  **Complaint received June 27, 2019**

Dear Mr. Arvidson:

Pursuant to ARS § 31-241 (A) (B) inmates are required to exhaust all internal department grievance procedures before filing a complaint with the State Board of Nursing. Therefore when filing a complaint, the inmate **shall attach a copy of the final department grievance response to the complaint.** This applies whether or not you have another party submit a complaint on your behalf, you are required to complete the internal process and then provide proof to the Board of Nursing. This has been verified with the DOC Grievance Coordinator's office, as the proper procedure.

If you would like the Board to investigate your complaint, you will need to submit a **copy** of the final department grievance response.

Sincerely,

*D. Hurtado*

D. Hurtado
Senior Investigator
Complaint, Triage Coordinator

/dh

Enclosure



31-241. Inmate complaints to boards; procedure
A. An inmate shall exhaust all internal department grievance procedures before filing a complaint with any of the following boards:
1. The state dental board established by section 32-1203.
2. The Arizona regulatory board of physician assistants established by section 32-2502.
3. The Arizona medical board established by section 32-1402.
4. The state board of nursing established by section 32-1602.
5. The board of occupational therapy examiners established by section 32-3402.
6. The Arizona board of osteopathic examiners in medicine and surgery established by section 32-1801.
7. The Arizona state board of pharmacy established by section 32-1902.
8. The state board of psychologist examiners established by section 32-2062.
9. The medical radiologic technology board of examiners established by section 32-2802.
B. If an inmate files a complaint with a board pursuant to subsection A of this section, the inmate shall attach a copy of the final department grievance response to the complaint.

©2007 Arizona State Legislature.                                                                                privacy statement