THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE 54
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
JUL 17 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Erik Estrada Leal 316271
ASPC - Florence
PO Box 5000
Florence, Arizona 85132

# United States District Court
# District of Arizona

| | |
|---|---|
| Victor Alan Parsons | CIV-12-0601 ROS |
| vs. | EMERGENCY HELP DUE TO POSSIBLE BLINDNESS |
| Charles Ryan | |

I am 22 years old and on insulin - Type 1 Diabetic.

On July 2, 2019 I was sent scheduled for eye surgery because Dorothy Igwe has not been providing me with the right treatment for my condition.

Today the eye surgeon advised Igwe to send me immediately for treatment. I got up in the morning could not see. I still cannot see. This happened because Igwe refused to give me the mandatory eye drops. They gave me Tylenol.

-1-

Igwe refused.
I will get blind.
Centurion has kept Igwe, who has refused Christiansen, Hubbard, McDaniel, Williams, Tripati, Withers and others treatment.

Inmates Washington, Clinton, Willoughby and others have died because of Igwe.

Centurion has kept all Corizon employees who are doing exactly what they were doing under Corizon.

I need your help to get treated.
I will become blind if no immediate relief is given.

Respectfully submitted this 11 day of July, 2019

Erik Estrada Leal