# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

    Prisoner Axel Arvidson filed a Request for Preliminary Injunction against Arizona Department of Corrections Director Charles Ryan and Centurion in which he alleges that he has a growth on his testicle that has increased in size and a family history of testicular cancer. He further alleges that despite multiple requests, he was informed by Nurse Practitioner Igwe that the growth is normal and that she would not authorize treatment or any imaging of it. As explained in the Court's January 29, 2019 Order (Doc. 3125), to facilitate consideration of Mr. Arvidson's allegations, the Court will direct the Clerk of Court to open the Request as a new civil action (Doc. 3317).

…

…

…

…

…

…

**IT IS THEREFORE ORDERED** that the Request for Preliminary Injunction filed at Doc. 3317 is **denied without prejudice**. The Clerk of Court must open it as a new civil action.

Dated this 18th day of July, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -