**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Prisoner Erik Estrada Leal filed a document titled, "emergency help due to possible blindness" (Doc. 3318). Mr. Leal alleges that he was scheduled for eye surgery on July 2, 2019, and on July 10, the date he signed his request for help, the eye surgeon advised Mr. Leal that because he cannot see, he should be sent to the surgeon for treatment. Mr. Leal further asserts that his complications stem from Nurse Practitioner Igwe's refusal to provide him with his prescribed eye drops and that he has only been provided Tylenol. To consider Mr. Leal's allegations, consistent with the Court's January 29, 2019 Order (Doc. 3125), the Court will direct the Clerk of Court to open the document as a new civil action (Doc. 3318).

…

…

…

…

…

1  **IT IS THEREFORE ORDERED** that the Document "emergency help due to possible blindness" (Doc. 3318) is **denied without prejudice** to the extent that it seeks relief in this action.  The Clerk of Court must open it as a new civil action.

Dated this 18th day of July, 2019.

*[signature]*

Honorable Roslyn O. Silver
Senior United States District Judge

- 2 -