**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Former ADC prisoner Stephen Swartz seeks an injunction preventing his reincarceration in ADC. He explains that during his prior imprisonment he suffered retaliation and harassment because of his legal work and involvement as a named plaintiff in this case.

But while Mr. Swartz describes disturbing abuse that he allegedly suffered during his prior term of imprisonment, that treatment does not empower the Court in this case to prevent his return to ADC. Mr. Swartz may file a new civil action that describes a current threat to his safety and names as defendants those who are deliberately indifferent to it.

…

…

…

…

…

…

1  **IT IS THEREFORE ORDERED** that Stephen Swartz's Motion for Preliminary Injunction (Doc. 3309) is **denied**.  The Clerk of Court must mail Plaintiff a court-approved form for filing a civil rights complaint by a prisoner and an Application to Proceed In Forma Pauperis (Prisoner).

Dated this 18th day of July, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge