# Exhibit 1



### 2.18.9 Appeal Process (RFP Pg. 103)

*Corizon has read, understands, and shall comply with Subsection 2.18.9.*

### 2.18.10 Final Determination for Appealed Reports (RFP Pg. 103)

*Corizon has read, understands, and shall comply with Subsection 2.18.10.*

### 2.18.11 Reporting Examples (RFP Pg 103)

*Corizon has read, understands, and shall comply with Subsection 2.18.11.*

We are committed to providing the comprehensive, quality, cost effective health services the ADC specifies in the RFP, including:

- Utilization Management
- Pharmacy Services
- Professional Healthcare Staff
- Recruiting and Credentialing
    - Staff Training
    - Employee Health Records
- Physician And Mid Level Services
    - Sick Call
    - Specialty Referrals
    - Chronic Care Clinics
- Nursing Services
- Ancillary Services
- Dental Services
- Behavioral Health Services

***We understand that monitoring, measuring, and reporting the results of these services is the best way to ensure the work has been completed.*** Corizon will also use several internal surveys, measurements, and reports to ensure the work is completed ***including our comprehensive Transition Plan which features a "check list" of milestones designed to monitor progress of services.***



Corizon will also support our program for the ADC through the utilization of the following reports:

- **Corizon Facility Surveys:** These surveys follow ACA and NCCHC guidelines and monitor all key areas of healthcare services. A report of the survey results will be provided to ADC administration.
- **Monthly Health Services Reports:** These reports give an overview of healthcare services provided for the previous month including:
  - Number and type of encounters (e.g., physician, psychologist, nursing etc.)
  - Infirmary utilization
  - Women's health, including the number of pregnant offenders and deliveries
  - Infection control reporting
- **Monthly Dashboard Report:** This is a high level report of key indicators for an "at a glance" summary
- Ad hoc reports, as required

Finally, in compliance with the directives of the RFP, we have provided examples of the following reports from a sampling of our current clients.

- Monthly Health Services Report
- Monthly Reentry Report
- Telepsychiatry Report

On the following pages are some examples of Health Services Reports that we provide to the New Mexico Corrections Department.