1   Marty Lieberman (Bar No. 007442)
    Molly Brizgys (Bar No. 029216)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email: kbrody@acluaz.org
    Email: mbrizgys@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*
    **[ADDITIONAL COUNSEL LISTED ON**
9   **SIGNATURE PAGE]**

10  Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
11  5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
12  Telephone:  (602) 274-6287
    Email: adietrich@azdisabilitylaw.org
13
    *Attorneys for Plaintiff Arizona Center for Disability Law*
14  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
15

16          UNITED STATES DISTRICT COURT

17              DISTRICT OF ARIZONA

18  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
19  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **NOTICE OF WITHDRAWAL**
20  Hefner; Joshua Polson; and Charlotte Wells, on     **OF COUNSEL FOR THE**
    behalf of themselves and all others similarly      **PLAINTIFFS**
21  situated; and Arizona Center for Disability Law,

22                  Plaintiffs,

23          v.

24  Charles Ryan, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
25  Division of Health Services, Arizona Department of
    Corrections, in their official capacities,
26                  Defendants.
27
28

1    Pursuant to Local Rule 83.3 (b), notice is hereby given that Kathleen E. Brody is

2    no longer with the ACLU Foundation of Arizona and as such, is no longer counsel for the

3    Plaintiffs. Plaintiffs will continue to be represented by Marty Lieberman and Molly

4    Brizgys of the ACLU Foundation of Arizona and co-counsel of record for the Plaintiffs.

5

6    Dated:  July 22, 2019                    **ACLU FOUNDATION OF ARIZONA**

7    By: / s/ *Marty Lieberman*
     Marty Lieberman (Bar No. 007442)

8    Molly Brizgys (Bar No. 029216)
     3707 North 7th Street, Suite 235

9    Phoenix, Arizona 85013
     Telephone: (602) 650-1854

10   Email:    mlieberman@acluaz.org
               mbrizgys@acluaz.org

11   Donald Specter (Cal. 83925)*

12   Alison Hardy (Cal. 135966)*
     Sara Norman (Cal. 189536)*

13   Corene T. Kendrick (Cal. 226642)*
     Rita K. Lomio (Cal. 254501)*

14   **PRISON LAW OFFICE**
     1917 Fifth Street

15   Berkeley, California 94710
     Telephone:  (510) 280-2621

16   Email:    dspecter@prisonlaw.com
               ahardy@prisonlaw.com

17   snorman@prisonlaw.com
     ckendrick@prisonlaw.com

18   rlomio@prisonlaw.com

19   *Admitted *pro hac vice*

20   David C. Fathi (Wash. 24893)*
     Amy Fettig (D.C. 484883)**

21   Ryan Kendall (Cal. 324714)*
     **ACLU NATIONAL PRISON PROJECT**

22   915 15th Street N.W., 7th Floor
     Washington, D.C. 20005

23   Telephone:  (202) 548-6603
     Email:    dfathi@aclu.org

24   afettig@aclu.org
     rkendall@aclu.org

25   *Admitted *pro hac vice*. Not admitted in DC;
      practice limited to federal courts.

26   **Admitted *pro hac vice*

27

28

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: Maya Abela
    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:    rdalyrooney@azdisabilitylaw.org
              jrico@azdisabilitylaw.org
              mabela@azdisabilitylaw.org

    Asim Dietrich (Bar No. 027927)
    5025 East Washington St., Ste. 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:    adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 22, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ *Marty Lieberman*
Marty Lieberman