Jason W. Yordt
ASPC, Florence
East Unit Honor Dorm 1-18
P.O. Box 5000
Florence, AZ, 85132

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICE AND IS SUBJECT TO REJECTION BY THE COURT.

CVL 54
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 19 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, Et. al, Plaintiffs | NO. CV12-00601-PHX-ROS |
| V. | REQUEST FOR EMERGENCY CANCER TREATMENT AND REFERENCE TO U.S. ATTORNEY |
| Charles Ryan, Et. al. Defendants | |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Jason Yordt seeks to enjoin Defendants from denying him critical medical care for his life threatening disease. Plaintiff (Yordt) respectfully request this court to issue an order requiring Defendants to stop delaying/denying treatment for my CANCER.

## MEMORANDUM

### I. INTRODUCTION

Jason Yordt is 42 years old. He suffers from esophageal cancer which is life-threatening. He seeks a preliminary injunction to stop Defendants from preventing him from receiving medically necessary care.

1

for his cancer. Defendant's policy and practice of delaying/denying Mr. Yordt proper medical care for symptoms and a diagnosis of such an obvious medical emergency (e.g. timely access to cancer specialist, radiation, PET scan, chemo, proper pain management) - denies him his right to be free from cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution.

## II. Statement of Facts

Mr. Yordt's medical care in the ADC for his life-threatening cancer has for years been marked by lengthy and inexcusable delays and a failure to use basic common sense. Mr Yordt's situation is now <u>extremely dire</u>.

Since 2014, Mr. Yordt has been complaining that his throat is swelling and that he has progressively been having more and more difficulty swallowing.

Since 2016, Mr. Yordt has been complaining of migraines, pain in chest and abdomen, blood coming up through throat, nose and out anus.

Since December 2018 Mr. Yordt has been throwing up all the time, unable to hold food down, and has lost 50 lbs. N.P. Dorothy Igwe diagnosised him with constipation & allergies; and provided him a "allergy diet". Yordt complained of having all the same symptoms after diet. N.P. Dorothy Igwe advised him "those are normal symptoms for allergies and constipation."

After years of complaining and countless phone calls from family members to ADOC/Corizon, plaintiff was finally sent to a specialist on June 13, 2019. He saw a Gastrointerologist specialist who informed him of the "bad news". The specialist advised Mr. Yordt that he has a mass 7cm or the size of a tennis ball in his chest, "That is why you can't swallow".

The specialist was surprised on the length of time it took plaintiff to see a specialist considering the obvious symptoms of a serious problem.

On 7/12/19 Mr. Yordt saw a cancer specialist for the first time. He said I would a PET scan to see how much the cancer had spread. If it has spread the prognosis is bad. Best case scenario is radiation daily, for six weeks, major sugery, chemo, a feeding tube, and a peck line.

At the prison, Dr. Stewart advised me that I have "the worst kind of cancer because this type loves to explode and spread everywhere, if it is multiple places - your done - you have 5 to 6 months to live." He also suggested I start the clemency process under "imminent danger of death".

Since returning from the cancer specialist I have asked to see our provider (Dorothy Igwe)[1] to discuss my situation and know what the specialist noted. She has refused to see the plaintiff.

---

[1] Since Centurion has replaced Corizon the providers have been the same.

# III. ARGUMENT

When will ARIZONA realize prisoners are people too?

It has been well documented in recent News, that money, prestige, and reputation is far more important than human dignity ... until its not.

### Cases In Point

a) Michigan STATE / USA Gymnastics / 300+ victims

You have a known pedophile (Dr. Nassar) molesting hundreds of students and athletes. There are countless complaints, cover-ups, confidential settlement agreements ... yet women continue to get molested. Why?

The university + USA Gymnastics did not want their reputations to be diminished at the expense of a scandel. Students are threatened if they go public they will be sued, loose their scholarships, etc. In the meantime, young girls and women continue to get sexually assaulted.

In the end, it took one courageous women to speak out and have Dr. Nassar face justice (criminally charged)

b) Purdue Pharma and Insys

Both have the business philosophy of flooding America with opoids to no expense. These executives are now being charged with manslaughter for the countless lives lost in America. It took one brave public official to make the decision these executives be held accountable.

C. Corozion INC

Corruption is defined 1) Depravity, perversion, or taint, an impairment of integrity, virtue or moral principle; esp. the impairment of a public officials duties by bribery. 2) The act of doing something with an intent to give some advantage inconsistent with officals duty and the~~tation~~ rights of others; a fiduciary's or officials use of a station or office to procure some benefit either personally or for someone else, contrary to the rights of others.

The continuous conduct of the Defendants in this case (And hundreds other) shows inexcussable and criminal disregard for human life from those who have the duty to serve, protect and render aid to those in need – all to make money.

Call it RICO, call it corruption, immoral, or unconscionable, call it what you want. All I Know is this is wrong.

### Conclusion

Plantiff respectfully requests that the Court issue an order requiring Defendants to (i) immediatly Follow the cancer specialists orders for cancer treatment without delay (ii) for this court to exercise its Supervisory powers over its orders in Parsons and refer this to U.S. Attornies for criminal investigation.

7-17-19
Date

Jason Yordt