INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Jason Yandt
ADC# 270808
Arizona State Prison Complex Florence
Unit East H-1-18
P.O. Box 5000
City Florence AZ 85132

Legal

Clerk of the Court
U.S. District Court
401 W. Washington
Phoenix, AZ
85004

PHOENIX AZ 852
18 JUL 2019 PM 10 L

RECEIVED
JUL 19 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA