**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Jason Yordt filed a Request for Emergency Cancer Treatment and Reference to U.S. Attorney seeking emergency treatment for esophageal cancer from ADC Director Charles Ryan and Centurion.  Mr. Yordt explains that he started having difficulty swallowing in 2014 and, in 2016, he developed migraines, pain in the chest and abdomen, and blood expelled from his throat, nose, and anus.  In December 2018, he developed persistent vomiting; Nurse Practitioner Igwe diagnosed him with constipation and allergies.  Mr. Yordt eventually saw a gastroenterologist on June 13, who informed him that he had a seven-centimeter mass in his chest.  Mr. Yordt saw an oncologist on July 12 who indicated he would need a PET scan to evaluate how far the cancer had spread and that the treatment will include daily radiation, surgery, chemotherapy, a feeding tube, and a PICC line.  After returning to the prison Mr. Yordt has attempted to see Nurse Practitioner Igwe, but she has refused to see him and he has not undergone any treatment.

The Court will direct the Clerk of Court to open the Motion as a new civil action (Doc. 3326).

**IT IS THEREFORE ORDERED** that pursuant to the Court's January 29, 2019 Order (Doc. 3125), the Request for Emergency Cancer Treatment and Reference to U.S. Attorney filed at Doc. 3326 is **denied without prejudice**. The Clerk of Court must open it as a new civil action.

Dated this 22nd day of July, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge