Michael J. Cohn #288721
ASPC Tucson/Manzanita 1B19
P.O. Box 24401/10002 S. Wilmot
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12 CV 601-ROS |
| --- | --- |
| v. | Centurion responses to questions/informal interrogatories, etc. |
| Ryan, et al. | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class plaintiff/advocate in the above captioned case, respectfully notify this honorable court et al. of Centurion's responses to the informal questions/interrogatories via their agent, Kimberly Switzer, D.O.N., Tucson complex. In light of Switzer's responses, non-compliance with the settlement is not only forseeable, but intentional, in my opinion.

Respectfully submitted,                                    Date: 7/21/19

Michael J. Cohn, Ed.D.              Per Fed R Civ. P 23(d)

Dr. Michael J. Cohn
Advocacy/Coaching/Education/Expert Witness Service

Original mailed to: on 7/22/19

Clerk of the U.S. Dist. Ct.                        Corene Kendrick, Esq.
401 W. Washington, 1st                             Prison Law Ofc.
Phoenix, AZ 85003                                  General Delivery

Copies to:  on 7/22/19                             San Quentin, CA 94964

Michael E. Gottfried, A.A.G.       Note: LPN on duty states he/she
2005 N. Central                    does not know where the HSTM is
Phoenix, AZ 85004                  and has not read it or it has been a
                                   long time since it was read.



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| Cohn, Michael | 288721 |

| INSTITUTION/UNIT |
|---|
| ASPC-T/Manzanita |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Switzer, K DON | Medical |

Your inmate letter was received by medical on

Your primary area of concern is numerous concerns. Each concern will be adressed seperately.

1: Hiring of staff is a confidential procedure
2: To our knowledge all requirements have been met and if any are needed regional staff will address as needed ?
3: To our knowledge all requirements have been met and if any are needed regional staff will address as needed ?
4: This has been requested previously
5: This is our current directive
6: This is at corporate level and is not determined at site level
7: All protocols are followed per the HSTM — LPN on duty states not knowing where HSTM is and has not read it or it has been a long time since read.
8: Individual names are not relayed in this format ✓

HSTM = Health Services Technical manual (ADC's medical policy & procedures) manual for staff

This issue has been resolved.

1 - It is a nurse's ethical obligation to improve the ethical environment of the workplace, (ANA CoE, Provisions 5 & 6), apparently Switzer refuses to do so. MJC

0-5 - It appears Centurion defies the order for "open clinics" willfully, knowingly, voluntarily & intelligently. MJC

0-7 - This strains credibility as I have witnessed violations of protocols myself, also, there are some 50 plus protocols and hundreds of nurses system-wide. I would like to find out how many have even seen or read the Health Services Technical manual. MJC

✓ - If this is not the correct format, what is? MJC

| STAFF SIGNATURE | K.Switzer DON | DATE (mm/dd/yyyy) |
|---|---|---|
| K. Switzer DON | | 07/15/2019 |

Distribution: Original – Master File
Copy – Inmate

916-2(e)
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 1B19 | 7/1/19 |

**To:** R. Switzer
**Location:** Tucson Complex Medical

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Unresolved Issues: On 6/30/19, 9:50 a.m. Switzer refused to talk w/ me + inmate Mosier. She said to send a letter. This is it.

*Note: Internal remedies exhausted. Court has been notified. Centurion starts today.

1) Please explain why Centurion retained you, Jennifer Kidd & LPN Broadwater in light of the allegations of the alleged homicide of inmate Cromwell. ANA Ethics, Provisions 1-6 & 8, Contempt of Law.

2) Please explain why Centurion has not procured + exhibited a City of Tucson business license. ANA Prov. 5 & 6, Contempt of Law.

3) Please explain why Centurion administrators have not procured and exhibited City of Tucson Nursing Care Institution administrator licenses, etc. ANA Prov. 5 & 6. HU 5 & HU 6 should cease operations by law.

4) Please explain why Centurion has not installed emergency call buttons in HU5 & HU6. ANA Prov. 5 & 6. Contempt of Law.

5) Please explain why Centurion defies the Judge's order to operate "open clinics." ANA Prov. 3, 5 & 6, Contempt of Law.

6) Please explain why Centurion is not immediately treating the estimated 6500 - 20,000 inmates w/ Hepatitis "C." (16% - 50% of pop.) ANA Prov. 1-6 & 8.

7) Please explain why nurses are not following the Health Services Technical Manual protocols i.e. Seizures (failure to take vital signs & record in chart)

8) Please provide all inmates with the names of Centurion Utilization Review staff so we have recourse when our care is denied.

CC: Judge Silver, Corene Kendrick, Esq., Michael Gottfried, A.A.G., B. Schmid, R. Pratt, L. Palmer-Neefe

Note: I am ADA. & assert all rights therein.

**Inmate Signature** Witness in Parsons v. Ryan Case.
M.J. Cohn, Ed.D. (Advocacy/Coaching/Education/Expert Witness)   **Date** 7/1/19

Have You Discussed This With Institution Staff?  ☒ Yes   ☐ No
If yes, give the staff member's name: D.W. Gerions, CO III Evans, D.W. Heliotes.

Distribution: White - Master Record File   Canary - Inmate
916-1
5/13/10

ARRON Bossardet #197100          Date: 7/22/19
ASPC TUCSON
10002 S. Wilmot
P.O. Box 24401
Tucson, AZ 85734-4401

## Declaration

I, arron Bossardet, declare under penalty of perjury, that I am a prisoner residing in the Arizona State Prison Complex, Tucson, MANZANITA UNIT. For some time, I was a patient/Resident of Housing Unit 6, designated as an IPC or infirmary unit as I understand it. Such units require 24 hour nursing care, but do not require the presence of a physician nor hospitalization to my knowledge. Such units are considered "nursing care institutions" by law. ARS§36-401, et seq.; ARS§36-446.01(A); (Nursing homes in colloquial terms); Special Housing Units in ADC terms (SHU).

It is important, perhaps critical, for the court to know the following:

1) The medical/nursing staff delegate the task of emergency notification to the patients. In other words, if there is an emergency, it is up to the patients to alert the nurses. This is not always possible. In the middle of the night, a distressed patient may not be noticed as his neighbors are asleep, for example.

2) There are no emergency call buttons for patients.

3) I have seen patients who are ignored into death or close to death, as they are not alerted to the urgency.

4) Corrections Officers assigned to the unit are often ~~indifferent~~ unaware;

to patient distress.

5) The facility has been at times, non-compliant with ADA standards for bathrooms/showers, etc.

6) Counsel for plaintiffs is aware of these issues and more, but the response has been inaction to my knowledge.

7) In my opinion/experience, residing as a patient in HUG is dangerous for inmates.

8) In my opinion, per ADA Title II, Rehabilitation ACT § 504 and ARS § 41-1492 et seq. residents of HUG have a right to care equivalent to that available in the community.

<u>Remedy</u>

I assert that all current residents of HUG and those in the future who are eligible for such care be released to programs in the community that meet the standard of care.

Respectfully submitted,

Arron Bossardet   7-22-2019

ARRON Bossardet

<u>Note:</u> I am over the age of 18 and I willing and available to testify to the contents herein, inter alia, etc., et al.
AB

2