

☒ FILED    ☐ LODGED

**Aug 06 2019**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Charles B. Rienhardt 084033
ASPC-Eyman-Browning 8-G-21
P.O. Box 3400
Florence, Az. 85132

In The United States District Court

For The District Of Arizona

CV-12-601-PHX-ROS

Victor Antonio Parsons, et.al.,
                    Plaintiffs

V.

Charles L. Ryan, et. al.,
                    Defendants

No: CV-12-0601-PHX-DKD

Motion To Enforce The Stipulations
Of Settlement — As A Third-
Party Beneficiary.

        Assigned To The Honorable
        David K. Duncan

1  I, Charles Bradley Rienhardt am a third-party Beneficiary to
2  the stipulations that were agreed upon in the above named case.
3  The Defendants are in violation of the stipulations that were
4  agreed upon pertaining to Conditions of Confinement In Isolation
5  Units. (Super Max Unit Browning.) Plaintiff Respectfully Requests
6  this Court to grant this Motion To Enforce the Stipulations of the
7  Settlement of (Parsons v. Ryan)

8          1.) Under (Fed.R.Civ.P.71:)" When an order is made in
9  favor of a person who is not a party to the action, that person
10 may enforce obedience to the Order by the same process as if
11 a party." (Berger V. Heckler. 771 F. 2d 1556, 1565-66 (2d cir.1985);
12 Lavapies V. Bowen, 687 F. Supp. 1193, 1207 (S.D. Ohio 1988). Because

1.

1 the Parsons V. Ryan case was certified as a class action suit
2 and addresses Medical Care, Mental Health Care, Dental care, and
3 Conditions of Confinement in Isolation Units. Plaintiff Rienhardt
4 and all inmates confined to Browning Unit are technically Parties
5 to this class action suit.

## Background

7      2.) Through expert testimony in the Parsons v. Ryan case
8 it was proven that long-term Confinement within Isolation
9 Units such as Browning Unit erodes the mental health of the inmates,
10 and violates the Eighth Amendment's prohibition on cruel and
11 unusual punishment. A Director's Instruction 326 (D.I. 326) was
12 implemented throught ADOC's Maximum Custody Isolation Units
13 to provide Interaction Recreation, Interaction table time, Interaction
14 classes, Porter Jobs, Out of Cell time to coinside with a Step and
15 Phase program. A monitoring System was put into place to ensure
16 these director Instructions were being implemented and followed.

## Discussion

18      3.) As of July 24, 2019 (D.I. 326) became Department
19 Order 812 (D.O. 812) As soon as the Monitors were removed
20 the language changes drastically between D.I. 326 and D.O. 812.
21 As a death Row inmate Confined to this Isolation unit for the past
22 two and a half decades, myself and others have been reduced to
23 four outside recreation slots per week as to the language of (D.O. 812).
24 As of July 11, 2019 a new Recreation schedule was created by

1   Deputy Warden Days at Browning Unit. (Exhibit A) which
2   shows that Death Row has been reduced to One outside recreation
3   slot per week. There is no more Interactive table time, there are
4   no more Porters to Clean the Pods, their is no more out of cell time
5   to co-inside with the Step and Phase programs. In a sence, this
6   Isolation Unit (Browning) under Deputy Warden Days has come full
7   Circle. (Exhibit B. Department Order 812)

8          Conclussion

9          4.) Plaintiff Rienhardt Respectfully asks that this Court
10  Enforce the Stipulations of the Parsons V. Ryan Settlement and
11  Order Director Ryan and Browning Unit Deputy Warden Days to
12  get into Compliance with Conditions of Confinement pertaining to
13  Isolation Units.

14

15         Respectfully Submitted this 6th day of August 2019

16

17                        By: Plaintiff

18

19                        Charles B. Rienhardt
20                        Charles B. Rienhardt

21

22

23

24

3.

**BROWNING UNIT RECREATION AND PHONE USE SCHEDULE**

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | |
|---|---|---|---|---|---|---|---|---|
| **WEEK 1 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 1 - 5 | 6 - 0 | 1 - 5 | 6 - 0 | Geroge Pods 2-5 Chute Rec | 1 - 5 | 6 - 0 | **1-15** |
| OUTSIDE REC 1 (South) | Able 1-5 | George 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 | |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | NO Outside Rec | Fox 3-4 | John 4-6 | |
| OUTSIDE REC 3 (South) | Baker 4-6 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 | |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | Geroge 2-5 | | | | King 4-6 | |
| **WEEK 2 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 1 - 5 | 6 - 0 | 1 - 5 | 6 - 0 | Geroge Pods 2-5 Chute Rec | 1 - 5 | 6 - 0 | **16-30** |
| OUTSIDE REC 1 (South) | Able 1-5 | Geroge 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 | |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | NO Outside Rec | Fox 3-4 | John 4-6 | |
| OUTSIDE REC 3 (South) | Baker 4-6 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 | |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | Geroge 2-5 | | | | King 4-6 | |
| **WEEK 3 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 1 - 5 | 6 - 0 | 1 - 5 | 6 - 0 | Geroge Pods 2-5 Chute Rec | 1 - 5 | 6 - 0 | **31-45** |
| OUTSIDE REC 1 (South) | Able 1-5 | Geroge 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 | |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | NO Outside Rec | Fox 3-4 | John 4-6 | |
| OUTSIDE REC 3 (South) | Baker 4-6 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 | |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | Geroge 2-5 | | | | King 4-6 | |
| **WEEK 4 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 1 - 5 | 6 - 0 | 1 - 5 | 6 - 0 | Geroge Pods 2-5 Chute Rec | 1 - 5 | 6 - 0 | **46-60** |
| OUTSIDE REC 1 (South) | Able 1-5 | Geroge 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 | |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | NO Outside Rec | Fox 3-4 | John 4-6 | |
| OUTSIDE REC 3 (South) | Baker 4-6 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 | |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | Geroge 2-5 | | | | King 4-6 | |

*Exhibit A.*

One Day Awzek (George 2-5 - Death Row)

Monthly Recreation Schedule Updated: 7/11/2019

1    I Charles B. Rienhardt, certify under the penalty of perjury that

2    the foregoing document ( Motion to Enforce the Stipulations of

3    Parsons V. Ryan) is true and correct, and was transmitted to the

4    following recipients by U.S. Mail on the 6th day of August 2019.

5

6         Mark Brnovich - Attorney Generals Office

7           2005 N. Central Avenue

8           Phoenix        Az. 85004-1592

9

10            Certificate Of Service

11

12   I hereby certify that on August 6, 2019 I electronically transmitted

13   the attached document to the Clerk of the Court using the

14   Arizona Department of Corrections E-Filing System.

15

16       Respectfully Submitted this 6th day of August 2019

17

18           By: Plaintiff

19

20           Charles B. Rienhardt

21           Charles B. Rienhardt

22

23

24

**CHAPTER: 800**

Inmate Management

<u>DEPARTMENT ORDER:</u>

812 – Inmate Maximum Custody
Management and Incentive System

<u>OFFICE OF PRIMARY
RESPONSIBILITY:</u>

OPS

---

<u>Effective Date:</u>

July 24, 2019

<u>Amendment:</u>

N/A

<u>Supersedes:</u>

DI 326 (3/27/14)

<u>Scheduled Review Date:</u>

TBD

---

<u>ACCESS</u>

☐   **Contains Restricted Section(s)**

# Arizona Department of Corrections

## Department Order Manual



---

Charles L. Ryan, Director

Exhibit B

# TABLE OF CONTENTS

PURPOSE ..............................................................................................................................1

RESPONSIBILITY ................................................................................................................1

PROCEDURES ....................................................................................................................1

1.0      MAXIMUM CUSTODY MANAGEMENT OVERVIEW ..................................................1

2.0      MAXIMUM CUSTODY MANAGEMENT - INTAKE AND ASSESSMENT .........................................1

3.0      MAXIMUM CUSTODY MANAGEMENT - SUBSEQUENT REVIEWS..............................................2

4.0      STEP LEVELS – ALL MAXIMUM CUSTODY UNITS ...................................................3

5.0      STEP PROGRAM – MAXIMUM CUSTODY POPULATION .........................................................3

6.0      RESTRICTIVE STATUS HOUSING PROGRAM (RSHP) ................................................4

7.0      ENHANCED MANAGEMENT HOUSING STATUS (EMHS) .........................................................5

8.0      DOCUMENTING MOVEMENT/EVENTS IN MAXIMUM CUSTODY .................................................6

DEFINITIONS/GLOSSARY ................................................................................................6

FORMS LIST ......................................................................................................................6

ATTACHMENTS ................................................................................................................6

# PURPOSE

This Department Order establishes procedures governing the Maximum Custody Management, and modifies the concept of programming Maximum Custody inmates involved in the commission of one the Forbidden Three Acts and the Guiding Principles developed by the Association of State Correctional Administrators (ASCA).

# RESPONSIBILITY

The Director has delegated the authority to revise the Program Matrices (Attachments B through I) to the Division Director for Prison Operations.

# PROCEDURES

1.0 **MAXIMUM CUSTODY MANAGEMENT OVERVIEW** - Maximum Custody Management is a system that requires inmates in Maximum Custody to work through a program, utilizing a step incentive system, providing the opportunity to participate in jobs, programs, and other out of cell activities. Based on behavior and programming, inmates may progress from controlled based housing to open privilege based housing where movement outside a cell is without restraint equipment. Inmates shall be assigned to Maximum Custody in accordance with Department Order #801, Inmate Classification.

2.0 **MAXIMUM CUSTODY MANAGEMENT - INTAKE AND ASSESSMENT**

2.1 Upon arrival at Maximum Custody, inmates shall initially be assigned to the intake and assessment area at the Arizona State Prison Complex (ASPC)–Eyman, Browning Unit, except the population groups that require specialty housing **(Sex Offender/Protective Custody/Serious Mentally Ill (SMI))**.

    2.1.1 **The Sex Offender/Protective Custody inmate population shall complete intake and assessment at the ASPC-Eyman, SMU I Unit.**

    2.1.2 **The SMI inmate population shall complete intake and assessment at the ASPC-Florence, Kasson Unit.**

2.2 The contract Mental Health **Lead** at each **Complex** shall be notified, **by the Count/Movement Officer**, of all movement into the intake area within 24 hours of inmates' arrival.

    2.2.1 Within **three calendar days** of placement at intake, all Maximum Custody male inmates shall be evaluated by a contract mental health **clinician** for program/treatment **needs. The mental health clinician shall provide any recommendations to the Chief of Security or shift commander for alternative placement into an** appropriate program **when clinically indicated.**

2.3 Within five **business days of an inmate's** arrival at **Maximum Custody**, the Assessment Team, consisting of a **Deputy Warden, Chief of Security, Correctional Officer (CO) IV, Correctional Sergeant**, and CO III shall:

    2.3.1 Orient new arrivals on the expectations of Maximum Custody **utilizing orientation materials.**

    2.3.2 Conduct a face-to-face interview with the inmate.

2.3.3   Conduct a review to place inmates in the appropriate Maximum **Custody** housing location. The review shall include:

2.3.3.1   The Maximum Custody Placement Checklist, **which** requires the following screenings **to** be completed:

2.3.3.1.1   Do Not House With (DNHW) Restriction

2.3.3.1.2   Prior Protective Custody history

2.3.3.1.3   Relevant Security Threat Group (STG) information

2.3.3.1.4   Adult Information Management System (AIMS), **to include hard copy file review** and housing restriction comments information

2.3.3.1.5   Verification of Classification and Population type status

2.3.3.1.6   Medical and Mental health needs status

2.3.3.1.7   Additional information that may affect the safe, orderly, and secure operations of the institution upon placement

2.3.3.1.8   Escape history

2.3.3.1.9   Seriousness of **the** incident**(s)** resulting in placement in Maximum Custody

2.3.3.1.10   Inmate's demeanor and attitude during the interview process

2.3.3.1.11   Any special security concerns

2.3.4   Document on the appropriate AIMS screen the recommended housing (unit) location and step level.

2.4   Inmates classified to Maximum Custody Units shall be assigned to specific housing areas, using a system of steps for managing inmates in the least restrictive way necessary to carry out the Department's mission.

2.4.1   This applies to **all** Maximum Custody groups, **including all** specialty population groups.

2.5   The CO IV or designee shall notify Central Office Movement to schedule all inmates requiring external movement from the intake **area** to other Maximum Custody Units.

2.5.1   Assignments to specific housing areas within Maximum Custody and the step level assigned are not subject to the grievance or appeal process.

## 3.0   MAXIMUM CUSTODY MANAGEMENT - SUBSEQUENT REVIEWS

3.1   The purpose of the **Program** Team is to review inmates monthly to decide step movement, housing, and review program needs and completion.  Any decision concerning the inmate's mental health well-being is chaired by the senior clinical staff member present (within the scope of their authority).

3.1.1 The **Program** Team shall be comprised of Correctional Series staff (i.e., Unit Administrator, Captain, CO IV, Correctional Lieutenant, Correctional Sergeant, CO III, and CO II that are assigned to the unit/housing area), and may include support services personnel (i.e., teachers, chaplains and treatment counselors) and contract Mental Health professionals (i.e., Psychologist, Psychology Associate, and **Behavioral Health** Technician).

3.2 During subsequent reviews, the **Program** Team shall determine the inmate's step level. Inmates begin the program in Step I, with Step I being the most **restrictive,** and Step III being the least. Advancement through step levels and/or movement to a less **restrictive** housing location requires completion of all mandatory programs **(as assigned)** and compliance with rules.

3.2.1 Inmates may receive additional programming as available in the Department's menu of programs.

3.2.2 The step system is suspended while the inmate is on mental health or security watch or temporarily absent (e.g., hospital, court, etc.).

## 4.0 STEP LEVELS – ALL MAXIMUM CUSTODY UNITS

4.1 <u>General Requirements</u> - Maximum Custody inmates are housed, **as assigned by the locator code,** at ASPC-Eyman (SMU I **Unit**), ASPC-Eyman (Browning **Unit**), ASPC-Florence (Central/**Kasson Unit**), ASPC-Lewis (Rast **Unit**), and ASPC-Phoenix.

4.1.1 **ASPC-Florence (Kasson Unit) houses inmates admitted to the Residential Program by the contract mental health staff.**

4.1.2 ASPC-Phoenix (**Baker Ward**) houses inmates **admitted to the Inpatient Program** by the contract mental health staff.

4.2 The step level incentives **and requirements** vary in out-of-cell activities based on the unit where the inmate is housed, as outlined in the Program Matrices, Attachments B through I.

## 5.0 STEP PROGRAM – MAXIMUM CUSTODY POPULATION, EXCEPT RESTRICTIVE/ENHANCED STATUS HOUSING PROGRAM

5.1 To qualify for advancement in steps and incentives, inmates must follow all program requirements on a daily basis. **Step advancements shall be determined by the Program Team.**

5.2 Inmates must comply with following requirements, **unless otherwise documented in an individual program plan:**

5.2.1 Grooming and Hygiene - In accordance with standards outlined in Department Order #704, <u>Inmate Regulations.</u>

5.2.2 Shower - Required to shower regularly.

5.2.3 Education and/or Program Classes – Are required to participate in designated classes/programs.

5.2.4 Refrain from creating excessive banging, noise, **or** yelling.

5.2.5   Refrain from being disrespectful.

5.2.6   Throwing any substance out of cell at staff or inmate(s) may result in disciplinary placement in alternative housing and prolonged stay in Step I.

5.2.7   Cell Cleanliness - In accordance with standards outlined in Department Order #704, <u>Inmate Regulations</u>.

5.2.8   Refrain from participating or communicating with **Validated** STGs.

5.3   Specific actions including, but not limited to, those referenced below may result in immediate forfeiture of time within the inmate's current step and may result in placement back to **a lower** Step.   Program non-compliance and/or any disciplinary resulting in a Class A or B rule violation may result in reversion to Step I or removal from their current program or housing assignment.

5.3.1   Failure to comply with Department Order #704, <u>Inmate Regulations</u>

5.3.2   Assault of any type

5.3.3   Destruction of property

5.4   Upon the commission of a serious rule violation or significant negative behavior, the **Program Team** may convene prior to the scheduled meetings to determine **step level** regression or removal from the program.

5.5   Inmates who have maintained Step III for a minimum of 30 consecutive days, without incident, are eligible for consideration for placement in a **Close Custody** housing location.

## 6.0   RESTRICTIVE STATUS HOUSING PROGRAM (RSHP) - The purpose of the Restrictive Status Housing Program (RSHP) addresses the Forbidden Three (serious assaults on staff, a serious inmate on inmate assault(s) with a weapon, or multiple inmates assaulting an inmate with a serious injury) offenses and give inmates an opportunity to modify behavior in a positive way so they can return to the general population.

6.1   The placement decision is made by the sending Complex Warden and the Regional Operations Director (ROD), in consultation with the receiving Complex Warden, based on the seriousness of the act and security concerns.

6.1.1   Inmates approved for RSHP shall be housed in the following designated units:

6.1.1.1   General Population:  ASPC-**Eyman, Browning** Unit

6.1.1.2   Protective Custody:  ASPC-Lewis, Rast Unit

6.2   Within three calendar days of placement, the contract mental health staff shall complete **a face-to-face interview** and provide immediate notification to the appropriate staff of any concerns or special needs.

6.3   Within three **business days of an inmate being placed into the program, the Assessment Team** shall conduct a face-to-face interview with the inmate. The **Assessment Team** shall:

6.3.1   Explain the reason for placement.

6.3.2   Develop a program plan and discuss the plan with the inmate.

6.3.3   Explain requirements for the return to general population.

6.3.4   Document decisions on the program plan database form and in AIMS.

6.4   Within five **business days of an inmate's program** placement, a RSHP Independent Review Committee **(RSHP Committee)** shall review the initial placement decision to determine if the placement meets program criteria based on supporting documentation.

6.4.1   The RSHP Committee shall include, at a minimum, three Correctional Series staff (Deputy Warden, Chief of Security, and Classification CO IV), who do not work in the unit where the RSHP is located.

6.4.2   If the RSHP Committee has a conflicting assessment with the **program** placement **decision**, the final decision **shall** be made by the Division Director for Prison Operations or designee within the five **business days**.

6.4.3   Inmates classified as SMI shall not be placed in RSHP without review by the **Health Services Contract Monitoring Bureau Mental Health Director** and contract Mental Health Director.

6.5   The Assessment Team shall review inmates in RSHP for program participation and step progression a minimum of every 30 calendar days.

6.5.1   Contract mental health staff shall participate in all reviews by the **Assessment Team** for inmates that remain in the program longer than 180 calendar days.

6.5.2   **The reviews shall be** documented in **the appropriate AIMS screens.**

6.6   Property and privileges are limited during housing in this program as identified in Attachment D, Restricted **Status** Housing Program Step Matrix - **Browning** and Rast Units.

6.7   All inmates **shall** enter the program at Step I, with Step I being the most **restrictive** and Step III being the least **restrictive**.

6.7.1   Restraints are used at all steps in the RSHP.

## 7.0   ENHANCED MANAGEMENT HOUSING STATUS (EMHS)

7.1   Inmates who present exceptional security concerns, continued violations of the Forbidden Three acts, or are removed from RSHP may be placed in the Enhanced Management Housing Status (EMHS). **Assigned EMHS inmates shall be housed within an area located in** ASPC-Eyman, Browning Unit.

7.2   The decision for placement in EMHS is made by the ROD and the sending Complex Warden, in consultation with the receiving Complex Warden, based on the seriousness of the act and security concerns.

7.3   Within three calendar days of placement into EMHS housing, the contract mental health staff shall complete a face-to-face interview and provide immediate notification to the appropriate staff of any concerns or special needs.

7.4 **Within five business days of an inmate's placement, the unit Deputy Warden shall send a synopsis to the ROD (not involved in placement), who shall conduct an independent review of the initial placement decision to determine if the placement meets criteria based on supporting documentation.**

    7.4.1 **If there is a conflicting assessment with the placement decision, the final decision shall be made by the Division Director for Prison Operations or designee within the five business days.**

    7.4.2 Inmates classified as SMI shall not be placed in EMHS without review by the **Health Services Contract Monitoring Bureau Mental Health Director** and contract Mental Health Director.

7.5 **The decision to remove an inmate from EMHS is made by the ROD and Complex Warden, in consultation with Division Director for Prison Operations.**

7.6 Full restraints, **to include a lead chain and camera shall be** used at all steps in the EMHS.

## 8.0 DOCUMENTING MOVEMENT/EVENTS IN MAXIMUM CUSTODY

8.1 Movement of inmates from their assigned cell shall be documented on the Maximum Custody Out of Cell, Form **812-01.**

8.2 When utilizing the Maximum Custody Out of Cell form, staff shall record **an inmate's time out of cell.** A refusal by the inmate for any movement will require the appropriate "refusal" entry on the form. **To verify the refusal, either the inmate or a second staff member who witnessed the refusal should, where feasible considering safety/security/operations concerns, sign the Comments section on the back of the Maximum Custody Out of Cell form.**

# DEFINITIONS/GLOSSARY

Refer to the Glossary of Terms

# FORMS LIST

812-1, Maximum Custody Out of Cell

# ATTACHMENTS



Attachment A - Guiding Principles – Restrictive Housing
Attachment B – Browning Unit (GP / STG / Condemned Row)
Attachment C – SMU I / Rast Maximum Custody - Step Program Matrix
Attachment D – Restricted **Status** Housing Program Step Matrix - **Browning** and Rast Units
Attachment E – **Mental Health Program Matrix – Baker Ward and Kasson Mental Health Unit**
Attachment F – Enhanced Management Step Status Matrix
Attachment G – Browning Mandatory Programs
Attachment H – Central / SMU I / Rast **Maximum** - Mandatory Programs
Attachment I – Restrictive Housing Mandatory Programs

# ATTACHMENT A

## GUIDING PRINCIPLES – RESTRICTIVE HOUSING

1.  Provide a process, a separate review for decisions to place an inmate in Maximum Custody;

2.  Provide periodic classification reviews of inmates in Maximum Custody every 180 calendar days or less;

3.  Provide in-person mental health assessments, by trained contract personnel within **three calendar days** of an inmate being placed in Maximum Custody and periodic mental health assessments thereafter including an appropriate mental health treatment plan;

 4.  Provide structured and progressive levels that include increased privileges as an incentive for positive behavior and/or program participation;

5.  Determine an inmate's **assignment to** Maximum Custody **based** on the nature and level of threat to the safe and orderly operation of general population as well as program participation, rule compliance and the recommendation of the person(s) assigned to conduct the classification review;

6.  Provide appropriate access to contract health and mental health staff and services;

7.  Provide access to visiting opportunities;

8.  Provide appropriate exercise opportunities;

9.  Provide the ability to maintain proper hygiene;

10.  Provide program opportunities appropriate to support transition back to a general population setting or to the community;

11.  Collect sufficient data to assess the effectiveness of implementation of these guiding principles;

12.  **Initiate** a review of all inmates in Maximum Custody by persons independent of the placement authority to **recommend** the inmates' need for continued placement in Maximum Custody;

13.  Require all staff assigned to work in Maximum Custody Units receive appropriate training in managing inmates on Maximum Custody status.

# ATTACHMENT B

| BROWNING UNIT (GP / STG / Condemned Row (**)) | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | Orientation and sign Memo of Expectations for Maximum Custody Step Plan | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual in-cell study groups as per program plan (Attachment G)<br>• Participate in the Reentry Program for all those within 18 months of release | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual groups as per program plan (Attachment G)<br>• Demonstrate positive social interaction skills | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual groups as per program plan (Attachment G)<br>• Maintain "meets expectation" on all work evaluations<br>• Consistently demonstrate positive social interaction skills<br>• Demonstrate good work ethic |
| Step Level Advancement<br><br>(recommended by **Program** Team) | To Step II:<br>• Minimum of 30 calendar days in Step I<br>• Display behavior that is cooperative and respectful<br>• No discipline in previous 30 calendar days | To Step III:<br>• Minimum of 30 calendar days in Step II<br>• Display behavior that is cooperative and respectful<br>• Must complete or actively participating in all programs as per program plan | N/A |
| Step Level Reduction<br><br>(decision by **Program** Team on a case-by-case basis) | N/A | To Step I:<br>• Found guilty of a Class A or B rule violation<br>• Two or more Class C rule violations within 90 calendar days while in Step II<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior | To Step II:<br>• Found guilty of a Class C disciplinary violation<br>• Repeated demonstration of poor behavior<br><br>To Step I:<br>• Found guilty of a Class A or B rule violation<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior |
| Store | $60/week - $80/**Holiday** | $80/week - $120/ **Holiday** | $100/week - $160/ **Holiday** |
| Phone | 1 per week/15 minutes **in duration** | 2 per week/15 minutes **in duration** | 3 per week/15 minutes **in duration** |
| Visitation | One, **2-hour** non-contact visit block per week | Two, **2-hour** non-contact visit blocks per week | Three, **2-hour** non-contact visit blocks per week |

| | BROWNING UNIT (GP / STG / Condemned Row (**)) | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Recreation | Three, 2.5-hour blocks per week in the standard enclosure | Three, 2.5-hour blocks per week, one of which can be in the 10x10 interactive enclosure | • Recreational Activities:<br>  • For GP – One, 2.5-hour block per month in 20x40 basketball enclosure (up to eight inmates)<br>  • For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10 enclosures<br>  • For Condemned Row – Four, 2.5-hour blocks per week of outdoor recreation - All can be in the 10x10 interactive enclosures<br>• In pod recreation<br>• Recreation with another inmate in accordance with Department Order #704, Inmate Regulations |
| Hobby Craft | None | Origami and pencil drawing supplies | Origami and pencil drawing supplies |
| Resource Center/Library Access | Yes | Yes | Yes |
| TV (*) | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every month within security limitations on certain items |
| Other | None | Participate in fundraisers | • Participate in fundraisers<br>• WIPP - Jobs as pod porter<br>• Unrestrained escorts – may be eligible |

(*)  Loaner televisions (TV) are issued upon availability with an emphasis on delivery of programing content.  Priority is given to inmates in Mental Health Programs and Restrictive Housing. Inmates who are no longer indigent or in the Maximum Custody Steps process shall forfeit access to the loaner TV program.

(**) Condemned Row program requirement is voluntary.

# ATTACHMENT C

| SMU I / RAST MAXIMUM CUSTODY - STEP PROGRAM MATRIX | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | Orientation and sign Memo of Expectations for Maximum Custody Step Plan | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• Participate in the Reentry Program for all those within 18 months of release | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• Demonstrate positive social interaction skills | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• **Maintain "meets expectation" on all work evaluations**<br>• **Consistently demonstrate positive social interaction skills**<br>• **Demonstrate good work ethic** |
| Step Level Advancement<br><br>(recommended by **Program** Team) | To Step II:<br>• Minimum of 30 calendar days in Step I<br>• Display behavior that is cooperative and respectful<br>• No discipline in previous 30 calendar days | To Step III:<br>• Minimum of 30 calendar days in Step II<br>• Display behavior that is cooperative and respectful<br>• **Must complete or actively participate in all programs as per program plan** | N/A |
| Step Level Reduction<br><br>(decision by **Program** Team on a case-by-case basis) | N/A | To Step I:<br>• Found guilty of a Class A or B rule violations<br>• Two or more Class C rule violations within 90 calendar days while in Step II<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior | To Step II:<br>• Found guilty of a Class C disciplinary violation<br>• Repeatedly demonstrating poor social interaction skills<br><br>To Step I:<br>• Found guilty of Class A or select B disciplinary violations<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, **and/or non-cooperative behavior** |
| Store | $60/week  -  $80/ **Holiday** | $80/week  -  $120/Holiday | $100/week  -   $160/Holiday |
| Phone | 1 per week/15 minutes **in duration** | 2 per week/15 minutes **in duration** | 3 per week/15 minutes **in duration** |
| Visitation | One, 2-hour non-contact visit **block per week** | Two, 2-hour non-contact visit blocks per week (Dependent upon space and scheduling) | • Three, 2-hour non-contact visit blocks per week (Dependent upon space and scheduling) **(SMU)**<br>• One, 4-hour contact visit **block per week** (Dependent upon space and scheduling) **(Rast)** |

| | | | |
|---|---|---|---|
| **SMU I / RAST MAXIMUM CUSTODY - STEP PROGRAM MATRIX** | | | |
| **Item** | **Step I** | **Step II** | **Step III** |
| Recreation | Three, 2.5-hour **blocks** per week to include 10x10 enclosure (two inmates) | • Three, 2.5-hour **blocks** per week 10x10 enclosure (two inmates), and;<br>• One, **2.5-hour block** per month in 20x40 basketball enclosure (up to eight inmates) | • Three, 2.5-hour **blocks** per week to include one-time per month in 10x10 enclosure (two inmates), and;<br>• One, **2.5-hour block** per month in 20x40 basketball enclosure (up to eight inmates), and;<br>• One 2.5-**hour block** per month in 50x90 (up to 32 inmates) |
| Hobby Craft | N/A | Origami and pencil drawing supplies | Origami and pencil drawing supplies |
| Resource Center/Library Access | Yes | Yes | Yes |
| TV (*) | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every other month within security limitations on certain items |
| Other | N/A | Participate in fundraisers | • Participate in fundraisers<br>• WIPP – Eligible for porter<br>• Unrestrained escorts - may be eligible |

(*) Loaner televisions (TV) are issued upon availability with an emphasis on delivery of programing content.  Priority is given to inmates in Mental Health Programs and Restrictive Housing.  Inmates who are no longer indigent or in the Maximum Custody Steps process shall forfeit access to the loaner TV program.

## ATTACHMENT D

| RESTRICTED STATUS HOUSING PROGRAM STEP MATRIX - BROWNING AND RAST UNITS | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | Orientation and sign Memo of Expectations | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• **Mandatory** participation in **recreation**/programs/classes/ individual groups as per program plan<br>• Maintain Personal Hygiene – Mandatory shower three **times a week** | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• **Mandatory** participation in **recreation**/programs/classes/ individual groups as per program plan<br>• Demonstrate positive social interaction skills<br>• Must not have received any discipline in previous 30 calendar days<br>• Maintain Personal Hygiene – Mandatory shower three times a week | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• **Mandatory** participation in **recreation**/programs/classes/ individual groups as per program plan<br>• Consistently demonstrate positive social interaction skills<br>• Prepare for reentry to the General Population<br>• Maintain Personal Hygiene – Mandatory shower three times a week |
| Step Level Advancement<br><br>(recommended by RSHP Committee) | To Step II:<br>• Minimum of 30 calendar days in Step I<br>• Display behavior that is cooperative and respectful<br>• Must have completed programs designated by the RSHP **Committee** | To Step III:<br>• Minimum of 60 calendar days in Step II<br>• Must have continued to display behavior that is cooperative and respectful<br>• Must have completed all Prescribed Programs as per the Program Plan | Minimum of 30 calendar days in Step III |
| Step Level Reduction<br><br>(decision by RSHP Committee on a case-by-case basis) | N/A | To Step I:<br>• Found guilty of any discipline violation<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior | To Step II:<br>• Found guilty of any disciplinary violation<br>• Repeatedly demonstrating poor behavior<br><br>To Step I:<br>• Found guilty of Class A or select B disciplinary violations<br>• Refusal to program |
| Store | $10/week – hygiene and stationary only | $15/week ($10/hygiene, $5/limited store menu) | $20/week ($10/hygiene, $10/limited store menu) |
| Phone | None | None | 1 per week/15 minutes **in duration** |
| Visitation | None | One, 2-hour non-contact visit block per month | Two, 2-hour non-contact visit blocks per month |

| RESTRICTED STATUS HOUSING PROGRAM STEP MATRIX - BROWNING AND RAST UNITS | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Recreation | Three, 2.5-hour **blocks** per week in the standard enclosure | Three, 2.5-hour **blocks** per week in the standard enclosure | Three, 2.5-hour **blocks** per week in the standard enclosure |
| Hobby Craft | None | None | None |
| Resource Center/Library Access | Yes only for active legal cases | Yes only for active legal cases | Yes only for active legal cases |
| TV (*) | Yes | Yes | Yes |
| Securepak | N/A | Once every other month within security limitations on certain items | Once every other month within security limitations on certain items |
| Other | Alliowable personal property:<br><br>• 1 box of verified legal material (current active cases only)<br>• Religious material consistent with detention placement<br>• 1 each of hygiene items (shampoo, soap, etc.)<br>• 1 book (from books kept by the RSHP, not the Resource Center/library) (**)<br><br>Clothing **and hygiene:**<br>• 2 jumpsuits<br>• 2 t-shirts<br>• 2 boxers<br>• 2 pairs socks<br>• Deck shoes and/or shower shoes<br>• 1 towel, and washcloth | Same as Step I | Personal property allowance as **determined by the RSHP Committee. (**)** |

(*) Loaner televisions (TV) **for those that do not currently have a TV for use with ETV programming as determined by the RSHP Committee.**

(**) RSHP personal property can be issued upon graduation, pending movement.

## ATTACHMENT E

| MENTAL HEALTH PROGRAM MATRIX – BAKER WARD AND KASSON MENTAL HEALTH UNIT | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | • Orientation and sign Memo of Expectations | N/A | N/A |
| Expectations | Participate in prescribed programs/classes/individual groups as per program plan **as defined by the Program Team** | Participate in prescribed programs/classes/individual groups as per program plan as defined by the Program Team | Participate in prescribed programs/classes/individual groups as per program plan as defined by the Program Team |
| Step Level Advancement | <u>To Step II:</u><br><br>Minimum of 30 calendar days in Step I or as determined on a case by case basis by the Program Team | <u>To Step III:</u><br><br>Minimum of 60 calendar days in Step II or as determined on a case by case basis by the Program Team | N/A |
| Step Level Reduction | N/A | <u>To Step I:</u><br><br>Decision made by the **Program** Team as defined in the Program Plan | <u>To Step I and II:</u><br><br>Decision made by the **Program** Team **as defined in the Program Plan** |
| Store | $60/week - $80/Holiday<br>Limited items specialized mental health store list with **Program** Team authorization | $80/week - $120/ Holiday<br>Limited items specialized mental health store list with **Program** Team authorization | $100/week - $160/ Holiday<br>Limited items specialized mental health store list with **Program** Team authorization |
| Phone | 1 per week/15 minutes **in duration** | 2 per week/15 minutes **in duration** | 3 per week/15 minutes **in duration** |
| Visitation | One, 2-hour non-contact visit block with approval of the **Program** Team per week | • One, 2-hour non-contact visit **block** with approval of the **Program** Team per week<br>• One, 3-hour contact visit block per week **(Kasson)** | • One, 2-hour non-contact visit **block** with approval of the **Program** Team per week<br>• One, 4-hour **contact visit block** and utilize vending machine **(Kasson)** |
| Recreation | • Seven days per week, **1-hour block (Phoenix)**<br>• Three, 3-hour blocks per week in the 10x10 (Kasson) | • Seven days per week, **1-hour block (Phoenix)**<br>• Three, 3-hour blocks per week in a combination of 20x20 and 20x40 (Kasson) | • **Seven days per week, 1-hour block (Phoenix)**<br>• Three, 3-hour blocks per week in a combination of 20x20 and 40x40 (Kasson) |
| Hobby Craft | Origami and pencil drawing supplies as determined by Program Team | Origami and pencil drawing supplies as determined by Program Team | Origami and pencil drawing supplies as determined by Program Team |
| Resource Center/Library Access | See "other" for reference to Resource Center/library | Yes | Yes |
| TV (*) | **Yes** | Yes | Yes |

| Item | Step I | Step II | Step III |
|---|---|---|---|
| | **MENTAL HEALTH PROGRAM MATRIX –** | | |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every other month within security limitations on certain items |
| Other | <ul><li>Meals served in house</li><li>Access to Token Program which allows additional **incentives** with approval from the **Program Team**</li></ul> | <ul><li>Dinner meal offered in Dining area **(Phoenix)**</li><li>Fundraisers</li><li>WIPP - Eligible for a job</li><li>**Access to Token Program which allows additional incentives with approval from the Program Team**</li></ul> | <ul><li>Fundraisers</li><li>Photos per Department Order #911, Inmate Visitation</li><li>**Access to Token Program which allows additional incentives with approval from the Program Team**</li><li>WIPP – Eligible for a job</li></ul> |

**MENTAL HEALTH PROGRAM MATRIX –
BAKER WARD AND KASSON MENTAL HEALTH UNIT**

(*)Loaner televisions (TV) for those that do not currently have a TV for use with ETV programming with mental health treatment team approval.

## ATTACHMENT F

| ENHANCED MANAGEMENT STEP STATUS MATRIX | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | Orientation and sign Memo of Expectations for Maximum Custody Step Plan | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in self-study programs as per program plan<br>• Participate in the Reentry Program for all those within 18 months of release<br>• **Remain** disciplinary free | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in self-study programs as per program plan<br>• Demonstrate positive social interaction skills<br>• **Participate in the Reentry Program for all those within 18 months of release**<br>• **Remain disciplinary free** | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• Consistently demonstrate positive social interaction skills<br>• **Participate in the Reentry Program for all those within 18 months of release** |
| Step Level Advancement<br><br>(recommended by **ROD** and **Complex Warden**) | • Minimum of **90 calendar days** in Step I<br>• Display behavior that is cooperative and respectful<br>• Be discipline free | • Minimum of **90 calendar days** in Step II<br>• Display behavior that is cooperative and respectful<br>• Must complete or actively participating in all programs as per program plan<br>• Be disciplinary free | N/A |
| Step Level Reduction<br><br>(decision by **ROD** and **Complex Warden** on a case-by-case basis) | N/A | • Found guilty of a Class A or B violation<br>• Two or more Class C rule violations within 90 calendar days while in Step II<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative or violent behavior | Reduction to Step II:<br>• Found guilty of a Class C disciplinary violation<br>• Repeated demonstration of poor behavior<br><br>Reduction to Step I:<br>• Found guilty of a Class A or B violation<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior |
| Store | $60/week - $80/ **Holiday** | $60/week - $80/ **Holiday** | $60/week - $80/ **Holiday** |
| Phone | 1 per week/15 minutes **in duration** | 1 per week/15 minutes **in duration** | 1 per week/15 minutes **in duration** |
| Visitation | One, **2-hour** non-contact visit block per week | One, **2-hour** non-contact visit block per week | One, **2-hour** non-contact visit block per week |
| Recreation | Three, 2.5-hour **blocks** each week | Three, 2.5-hour **blocks** each week | Three, 2.5-hour **blocks** each week |

| ENHANCED MANAGEMENT STEP STATUS MATRIX | | | |
|---|---|---|---|
| Item | Step I | Step II | Step III |
| Hobby Craft | None | None | None |
| Resource Center/Library Access | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once per quarter within security limitations on certain items | Once per quarter within security limitations on certain items |
| Other | TV and personal property in accordance with Department Order #909, Inmate Property | TV and personal property in accordance with Department Order #909, Inmate Property | TV and personal property in accordance with Department Order #909, Inmate Property |

## ATTACHMENT G

| BROWNING MANDATORY PROGRAMS | | | |
|---|---|---|---|
| **Step Level** | **Mandatory Move to Next Level** | **Addictive Behaviors** | **If Releasing Within 6 Months - Mandatory** |
| Step Level 1 Initial Placement | • Self-Control - self study<br><br>• Responsible Thinking - self study | N/A | Merging two Worlds - self study |
| Step Level 1 Step Down | Hazelden - Socialization Workbook - Part 1 - *Where Have I Been?* – self study | N/A | Merging two Worlds - self study |
| Step Level 2 Initial Placement | • Self-Control - **classroom**<br><br>• Hazelden - Socialization Workbook - Parts 1 & 2 - *Where Have I Been?* and *What Works, What Doesn't* - **classroom** | • Substance Abuse - **classroom**<br><br>• Only if inmate has an SA problem! (SA Intervention Level >2) | Merging two Worlds – **classroom** |
| Step Level 2 Step Down | • Self-Control - **classroom**<br><br>• Hazelden - Socialization Workbook - Part 2 - *What Works, What Doesn't* - **classroom** | • Substance Abuse - **classroom**<br><br>• *Only if inmate has an SA problem! (SA Intervention Level >2)* | Merging two Worlds - **classroom** |
| Step Level 3 Initial Placement | • Responsible Thinking - **classroom**<br><br>• Hazelden - Socialization Workbook - Part 3 – *How Do I Change?* - **classroom** | N/A | Merging two Worlds - **classroom** |
| Step Level 3 Step Down | • Responsible Thinking - **classroom**<br><br>• Hazelden - Socialization Workbook - Part 3 – *How Do I Change?* - **classroom** | N/A | Merging two Worlds - **classroom** |

NOTE: SA class is not voluntary if the **Program** Team determines the inmate needs it (SA Intervention Level >2: see AIMS Needs Score Information).

• Programs classes may be selected by the RSHP **Committee** drawn from a menu of an approved menu of Department programs.

## ATTACHMENT H

| CENTRAL / SMU I / RAST MAXIMUM - MANDATORY PROGRAMS | | | | |
|---|---|---|---|---|
| **Level** | **Mandatory Move to Next Level** | **Addictive Behaviors** | **Additional Options** | **If Releasing Within 6 Months - Mandatory** |
| Level 1 Initial Placement | • Self-Control - self study<br><br>• Responsible Thinking – self study | N/A | Social Values – self study | Merging two Worlds - self study |
| Level 1 Step Down | Core Skills – self study | N/A | N/A | Merging two Worlds - self study |
| Level 2 Initial Placement | • *Self-Control - classroom<br><br>• *Responsible Thinking – classroom | • *Substance Abuse - classroom<br><br>• *Only if inmate has an SA problem! (SA Intervention Level >2) | • Hazelden - Socialization Workbook<br><br>• *Money Management - classroom<br><br>• *Social values - classroom | Merging two Worlds – classroom |
| Level 2 Step Down | *Core Skills –classroom | N/A | N/A | Merging two Worlds - classroom |
| Level 3 Initial Placement | • *Feelings - classroom<br><br>• **Changing Offender Behavior** (may start in Level 2)<br><br>• *Money Management - classroom | N/A | • Hazelden - Socialization Workbook<br><br>• *Money Management - classroom<br><br>• *Social values - classroom<br><br>• *Core Skills – classroom | Merging two Worlds - classroom |
| Level 3 Step Down | • *Feelings - classroom<br><br>• **Changing Offender Behavior** (may start in Level 2) | N/A | N/A | Merging two Worlds - classroom |

**(\*)** Not applicable to Close Custody/Condemned Row inmates housed at Central Unit. Structured mandatory controlled groups may be assigned as determined by the RSHP Committee.

NOTE: SA class is not voluntary if the **Program** Team determines the inmate needs it (SA Intervention Level >2:  see AIMS Needs Score Information). Once first course of programming is completed, the RSHP **Committee** may assign additional programs to complete.

CHAPTER: 800
812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM

JULY 24, 2019

## ATTACHMENT I

| RESTRICTIVE HOUSING MANDATORY PROGRAMS | | | |
|---|---|---|---|
| **Level** | **Mandatory Move to Next Level** | **Addictive Behaviors** | **If Releasing Within 6 Months - Mandatory** |
| Level 1 | Self-Control - self study | N/A | • Merging two Worlds - self study<br><br>• Responsible Thinking - self study |
| Level 2 | • Social Values – **classroom**<br><br>• Responsible Thinking - **classroom**<br><br>• Core Skills - **classroom** | • Substance Abuse - **classroom**<br><br>• *Only if inmate has an SA problem! (SA Intervention Level >2)* | Merging two Worlds - classroom |
| Level 3 | **Feelings - classroom** | N/A | Merging two Worlds - classroom |

Please note that 12 Step Meetings are voluntary.  However, the SA class is not voluntary if the **Program** Team determines the inmate needs it (SA Intervention Level >2:  see AIMS Needs Score Information).