Office of the Arizona Attorney General
Michael E. Gottfried, Bar No. 010623
Assistant Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-1645
Fax: (602) 542-3393
Michael.Gottfried@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDER (DOC. 3235)** |

Defendants Charles Ryan and Richard Pratt give notice of compliance with the Court's Order (Doc. 3235) and provide below the June 2019 compliance scores for the 34 Health Care Performance Measures subject to Doc. 3235.  The compliance scores are preliminary and subject to change, as the rebuttal process closes on August 15, 2019. Final scores will be available after August 15, 2019.

/ / /

/ / /

**HCPM No. 6:** *Provider orders will be noted daily with time, date, and name of person taking the orders off.* (Eyman)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 98% |

**HCPM No. 11:** *Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.* (Eyman)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 82% |

**HCPM No. 12:** *Medical record will contain documentation of refusals or "no shows."* (Eyman)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 54% |

**HCPM No. 14:** *Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.* (Eyman)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 0% |

**HCPM No. 15:** *Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals.* (Eyman, Lewis)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 86% |
| Lewis | 54% |

**HCPM No. 19:** *Perpetual inventory medications will be signed off on the Inmate's individual MAR.* (Lewis)

| Prison Complex | June 2019 |
|---|---|
| Lewis | 67% |

**HCPM No. 24:** *Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items.* (Lewis)

| Prison Complex | June 2019 |
|---|---|
| Lewis | 63% |

**HCPM No. 35:** *All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.* (Eyman, Lewis)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 88% |
| Lewis | 86% |

**HCPM No. 37:** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).* (Eyman, Lewis)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 14% |
| Lewis | 49% |

**HCPM No. 39:** *Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Eyman, Lewis)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 72% |

| Lewis | 85% |

**HCPM No. 40:** *Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.* (Eyman)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 69% |

**HCPM No. 42:** *A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider.* (Eyman, Florence)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 76% |
| Florence | 80% |

**HCPM No. 44:** *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.* (Eyman, Florence, Lewis)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 93% |
| Florence | 100% |
| Lewis | 88% |

**HCPM No. 47:** *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.* (Eyman, Lewis)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 57% |
| Lewis | 72% |

4

**HCPM No. 49:**  *Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than thirty (30) days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.*  (Eyman, Florence)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 58% |
| Florence | 91% |

**HCPM No. 50:**  *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.* (Florence)

| Prison Complex | June 2019 |
|---|---|
| Florence | 82% |

**HCPM No. 51:**  *Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.*  (Eyman, Florence, Tucson)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 40% |
| Florence | 72% |
| Tucson | 79% |

**HCPM No. 52:**  *Specialty Consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.*  (Eyman, Florence)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 82% |
| Florence | 62% |

**HCPM No. 66:**  *In an IPC, medical provider encounters will occur at a minimum every 72 hours.*  (Florence, Tucson)

| Prison Complex | June 2019 |
|---|---|
| Florence | 10% |
| Tucson | 80% |

**HCPM No. 67:**  *In an IPC, Registered nurses will conduct and document an assessment at least once every shift.  Graveyard shift assessments can be welfare checks.*  (Tucson)

| Prison Complex | June 2019 |
|---|---|
| Tucson | 10% |

**HCPM No. 72:**  *Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP.*  (Eyman)

| Prison Complex | June 2019 |
|---|---|
| Eyman | 100% |

DATED this 9th day of August, 2019.

                                   STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                                   By /s/Timothy J. Bojanowski
                                        Daniel P. Struck
                                        Rachel Love
                                        Timothy J. Bojanowski
                                        Nicholas D. Acedo
                                        3100 West Ray Road, Suite 300
                                        Chandler, Arizona  85226

                                        Office of the Arizona Attorney General
                                        Michael E. Gottfried
                                        Assistant Attorney General
                                        2005 N. Central Avenue
                                        Phoenix, Arizona 85004-1592

                                        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Junea Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Ryan M. Kendall: | rkendall@aclu.org; ryankendall@ucla.edu |
| Molly Brizgys: | mbrizgys@acluaz.org |
| Marty Lieberman: | mlieberman@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski