Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Max
P.O. Box 3600, Buckeye, Ariz. 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons, et al,
    Plaintiffs,          CASE NO. 12-cv-0601-ROS

V.                       NOTICE OF SERVICE

Charles L. Ryan, et al,
    Defendants.

On 8 Aug 19, the following documents were E-filed to each defendant individually.

• Notice of Non-Compliance ("Performance Measure ("PM") 37")

Respectfully submitted this 8th day of Aug 19.

Under penalty of perjury

Mr. Roberto Carrasco Gamez II 131401
ASPC-Lewis-Rast Max
P.O. Box 3600, Buckeye, AZ 85326   pg. 1

# EXHIBIT A



## ARIZONA DEPARTMENT OF CORRECTIONS
### Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis RM | 7 Aug 19 |

**TO:** COIII Isbola    **LOCATION:** 4C5 #15

State briefly but completely the problem on which you desire assistance. Provide as mar...

I am attempting to informally resolve the following problem. I am grieving the non-compliance with Performance Measure ("PM") 37, which states the following:

"Sick Call inmates will be seen by an RN within 24 hours after an (HNR) is received or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ("HNR") on 19 June 19, that has not been processed pursuant to (PM) 37. In Parsons v. Ryan et al., 12-cv-0601-PHX-ROS, the Director and Division Director stipulated that (PM 37) would be complied with.

I have been advised by RN White, that (PM) 37 i.e. Sick Call is no longer valid because (Corizon) does not perform the so-called ("Open Clinic") program. As a result, my (HNR's) are being denied. I am in urgent need of medical services that start with my (HNR's) being processed in accordance with (PM 37).

Resolution: Compliance with (PM 37)

**INMATE SIGNATURE:** [signed]    **DATE:** 7 Aug 19

Have you discussed this with institution staff?  ☒ Yes  ☐ No
If yes, give the staff member name: On-Site Nurse

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

[Handwritten margin note, right side:] This informal was knowledged on

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER | DATE/FECHA |
|---|---|---|
| Gamez Robert C | 131401 | 19 June 19 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION: ADC |
|---|---|---|---|
| 4C 5 #15 | East My | 3600 | Eyman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

AREA OF INTEREST (Check only one block below): ☐ Medical ☒ Dental ☐ FHA
☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other (specify): _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Bump inside mouth again, teeth all decaying. Request cleaning & filling front tooth broken (Extreme) Pain. Also can you please advise me when I'm scheduled so I can be prepared.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA
☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other (specify): _____

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White – Health Unit
Canary, Pink & Goldenrod – Inmate

1101-10ES
12/13/16

**SECTION 4, HNR**

# EXHIBIT B



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Lewis RM | 7 Aug 19 |

| TO | LOCATION |
|---|---|
| CO III Kozora | YC 5 #15 |

State briefly but completely the problem on which you desire assistance. Provide as mar...

I am attempting to informally resolve the following problem. I am grieving the non-compliance with Performance Measure ("PM") 37, which states the following:

"Sick Call inmates will be seen by an RN within 24 hours after an ("HNR") is received or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ("HNR") on 27 June 19, that has not been processed pursuant to (PM) 37. In Parsons v. Ryan et al., 12-cv-0601-PHX-ROS, the Director and Division Director stipulated that (PM 37) would be complied with.

I have been advised by RN White, that (PM) 37 i.e. Sick Call is no longer valid because (Corizon) does not perform the so-called ("Open Clinic") program. As a result, my (HNR's) are being denied. I am in urgent need of medical services that start with my (HNR's) being processed in accordance with ("PM 37").

Resolution: Compliance with ("PM 37")

INMATE SIGNATURE  DATE 7 Aug 19

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: On-Site Nurse

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

[Margin note: This informal was hand-delivered to ...]

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Campo Bron | 191101 | 27 Jun 17 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C-Ti-2 | LM | 9000 | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☐ Medical/Médico   ☒ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Need a Cleaning, Major Extractions

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

### SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# EXHIBIT C



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME | ADC NUMBER | INSTITUTION/UNIT | DATE |
|---|---|---|---|
| Gamez Robert C | 131601 | ASPC-Lewis RM | 7 Aug 19 |

**TO:** COIV Kozoba  **LOCATION:** 4CS #5

State briefly but completely the problem on which you desire assistance.

I am attempting to informally resolve the following problem I am grieving the non-compliance with Performance Measure ('PM') 37, which states the following:

"Sick Call inmates will be seen by an RN within 24 hours after an ('HNR') is received, or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ('HNR') on 12 July 19, that has not been processed pursuant to ('PM') 37. In Parsons v. Ryan et al., 12-cv-0601-PHX-ROS, the Director and Division Director stipulated that ('PM 37') would be complied with.

I have been advised by RN White, that ('PM)37 i.e. Sick Call is no longer valid because (Corizon) does not perform the so-called ('Open clinic') program. As a result, My ('HNR's') are being denied. I am in urgent need of medical services that start with My ('HNR's') being processed in accordance with ('PM 37')

Resolution: Compliance with ('PM 37')

**INMATE SIGNATURE:** [signed]  **DATE:** 7 Aug 19

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name: Onsite Nurse

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
8/25/14

[Right margin handwritten note:] This Informal was knowledgelogged to on 7 Aug 19



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

| Date: _____ |
| Time: _____ |
| Initials: _____ |

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| [illegible] | [illegible] | 10/_/19 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| [illegible] | M | 200 | [illegible] |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (Marque Un Espacio Solamente)   ☒ Medical/Médico   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I will like to be [describing?] Meloxicam 15 MG, 1 tab [illegible] on KOP

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

**INMATE SIGNATURE/FIRMA DEL PRISIONERO**

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX.[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

### SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

### SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
|  |
|  |
|  |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:  White/Blanca -- Health Unit/Unidad de Salud
    Canary, Pink & Goldenrod -- Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/13/16

**SECTION 4, HNR**

# EXHIBIT D



## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez Robert C | 131401 | ASPC-Lewis RM | 7 Aug 19 |

| TO | LOCATION |
|---|---|
| COIII Kozora | YCS #15 |

State briefly but completely the problem on which you desire assistance. Provide as mar...

I am attempting to informally resolve the following problem. I am grieving the non-compliance with Performance Measure ("PM") 37, which states the following:

"Sick call inmates will be seen by an RN within 24 hours after an ("HNR") is received or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ("HNR") on 2 Ju. 19, that has not been processed pursuant to (PM) 37. In (Parsons) v. Ryan et. al., 12-cv-0601-PHX-ROS, the Director and Division Director stipulated that (PM 37) would be complied with.

I have been advised by RN White, that (PM) 37 i.e. sick call is no longer valid because (Corizon) does not perform the so-called ("Open clinic") program. As a result, my ("HNR's") are being denied. I am in urgent need of medical services that start with my ("HNR's") being processed in accordance with ("PM 37").

Resolution: Compliance with ("PM 37")

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 7 Aug 19 |

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name: On-site Nurse

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
8/25/14

This Informal was unable to be delivered to...on...19




# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| [handwritten] | [handwritten] | [handwritten] |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| [handwritten] | LM | [handwritten] | [handwritten] |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)  ☒ Medical/Médico  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea especifico. ¡NO USE MAS HOJAS!]

*[Handwritten: I would like to increase @ doses of [illegible] ... odor is [illegible].]*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA  ☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros (especifique) _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
|  |  |  |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión politica de este estado.]

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# EXHIBIT E



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131601 | ASPC-Lewis RM | 7 Aug 19 |

**TO:** CO II Kozora   **LOCATION:** 4CS # 15

State briefly but completely the problem on which you desire assistance. Provide as mar[ny details]

I am attempting to informally resolve the following problem. I am grieving the non-compliance with performance Measure ("PM") 37, which states the following:

"Sick Call inmates will be seen by an RN within 24 hours after an ('HNR') is received or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ("HNR") on 15 July 19, that has not been processed pursuant to (PM) 37. In Parsons v. Ryan et al., 12-cv-0601-PHX-ROS, the Director and Division Director stipulated that ('PM 37') would be complied with.

I have been advised by RN White, that ('PM') 37 i.e. Sick Call is no longer valid because (Corizon) does not perform the so called ("Open clinic") program. As a result, my ("HNR's") are being denied. I am in urgent need of medical services that start with my ("HNR's") being processed in Accordance with ("PM: 37")

Resolution: Compliance with ('PM 37')

**INMATE SIGNATURE** [signed]   **DATE:** 7 Aug 19

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: OnSite Nurse

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

*[Margin note, vertical:] This informal was handdelivered to on 7 Aug 19*

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Gamez Robert C | 141701 | 15 Jul 19 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION: ADC |
|---|---|---|---|
| 41-2 | FM | 3400 | ADC Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

AREA OF INTEREST (Check only one block below): ☒ Medical/Médico ☐ Dental ☐ FHA
☒ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

Chronic Non-Formulary denied to be renewed. I complain. Meds for several months. Eurythmic (Asthma) & Nasal Spray. Would like to speak to (a) provider.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

**SECTION III/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# EXHIBIT F

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131601 | ASPC-Lewis RM | 7 Aug 19 |

**TO:** CO IV Kozora  **LOCATION:** 4CS #15

State briefly but completely the problem on which you desire assistance. Provide as ma[ny]

I am attempting to informally resolve the following problem. I am grieving the non-compliance with Performance Measure ('PM') 37, which states the following:

"Sick call inmates will be seen by an RN within 24 hours after an (HNR) is received or immediately if identified with an emergent need, or on the same day if identified as having an urgent need."

I have submitted an Health Needs Request ('HNR') on 2 July 19, that has not been processed pursuant to (PM) 37. In Parsons v. Ryan et al., 12-cv-0601-PHX-ROS, the Director and Division Director stipulated that (PM 37) would be complied with.

I have been advised by RN White, that (PM) 37 i.e. sick call is no longer valid because (Corizon) does not perform the so called ("Open clinic") program. As a result, My (HNR's) are being denied. I am in urgent need of medical services that start with my (HNR's) being processed in accordance with ('PM: 37')

Resolution: Compliance with ('PM 37')

**INMATE SIGNATURE:** [signature]  **DATE:** 7 Aug 19

Have you discussed this with institution staff? ☒ Yes ☐ No
If yes, give the staff member name: On-site Nurse

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
8/25/14

[Margin note, right side: This informal was photocopied to N 19]



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First MI) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| GAMEZ, Robert C | 131401 | 21 Jul 19 |

| CELL/BED NUMBER/CELDA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C 5 #15 | KM | 3000 | ASPC-LW 19 |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

AREA OF INTEREST: ☒ Medical/Médico ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

Chronic debilitating physical PAIN. Requesting INCREASE in PAIN Med. Gabapentin to 800mg Twice a dA.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signed]

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Distribution: White – Health Unit; Canary, Pink & Goldenrod – Inmate

1101-10ES
12/13/16

SECTION 4, HNR