**EXHIBIT 1**

**EXHIBIT 1**

1   Arizona Attorney General Mark Brnovich
    Office of the Attorney General
2   Michael E. Gottfried, Bar No. 010623
    Lucy M. Rand, Bar No. 026919
3   Assistant Attorneys General
    2005 N. Central Ave
4   Phoenix, Arizona 85004-1592
    Telephone: (602) 542-1645
5   Michael.Gottfried@azag.gov
    Lucy.Rand@azag.gov
6
    Daniel P. Struck, Bar No. 012377
7   Rachel Love, Bar No. 019881
    Timothy J. Bojanowski, Bar No. 022126
8   Nicholas D. Acedo, Bar No. 021644
    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
9   3100 West Ray Road, Suite 300
    Chandler, Arizona  85226
10  Telephone:  (480) 420-1600
    dstruck@strucklove.com
11  rlove@strucklove.com
    tbojanowski@strucklove.com
12  nacedo@strucklove.com
    *Attorneys for Defendants*
13

14              **UNITED STATES DISTRICT COURT**

15                  **DISTRICT OF ARIZONA**

| | |
|---|---|
| 16   Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | Case No. 2:12-cv-00601-ROS |
| 17 | **DECLARATION OF WILLIAM** |
| 18                 Plaintiffs, | **CARR IN SUPPORT OF DEFENDANTS' RESPONSE TO** |
| 19                 v. | **ORDER TO SHOW CAUSE (DKT. 3235)** |
| 20   Charles Ryan, Director, Arizona Department of Corrections; and Richard | |
| 21   Pratt, Division Director, Division of Health Services, Arizona Department of | |
| 22   Corrections, in their official capacities, | |
| 23                 Defendants. | |

24   I, **WILLIAM CARR**, make the following Declaration:

25          1.     I am over the age of 18 years and have personal knowledge of and am

26   competent to testify to the matters set forth in this Declaration. I make this Declaration in

1   support of *Defendants' Response to Order to Show Cause (Dkt. 3235)*.

2       2.      I am the Vice President of Operations of Corizon Health, Inc. ("Corizon").  I

3   have worked for Corizon since March 2015, and have held the position of Vice President

4   of Operations since the aforementioned date.

5       3.      As Vice President of Operations, I am one of the persons responsible for

6   overseeing Corizon's compliance with its health services contract with the Arizona

7   Department of Corrections ("ADC").

8       4.      I am familiar with the Court's May 6, 2019 Order (Dkt. 3235) requiring

9   Defendants to "show cause as to why the Court should not impose a civil contempt

10  sanction of $50,000 per Performance Measure per complex," as that Order was amended

11  by the Court's July 3, 2019 Order (Dkt. 3306).

12      5.      In January 2019, ADC announced that it had awarded a contract to deliver

13  inmate correctional healthcare services to Centurion of Arizona, LLC ("Centurion").  The

14  contract with Centurion to assume its correctional healthcare responsibilities is effective

15  July 1, 2019.  Corizon continued to perform its existing contractual obligations until June

16  30, 2019.

17      6.      ADC, Corizon, and Centurion began effecting this transition in the middle

18  of June.  Corizon is continuing to work with ADC and Centurion to ensure a smooth

19  transition of existing services.

20      7.      On July 1, 2019, Centurion took over providing healthcare to Plaintiffs.

21      8.      This transition affected Defendants' ability to monitor Corizon's compliance

22  with the PMs.

23      9.      For example, to comply with PM 12, a Corizon staff member must obtain a

24  hand-signed form from an inmate documenting his or her medical refusal.  That staff

25  member must then scan the form into the inmate's medical file.  However, as a result of

26  the transition, there were significant delays in scanning the required forms for PM 12.

1    10.    To monitor compliance with PM 14, HSCMB reviews a manual log created

2  by the healthcare contractor.  However, due to the transition, Corizon was unable to create

3  the manual log for June.

4    11.    To comply with PM 24, a Corizon staff member must scan a handwritten

5  inventory log for Defendants' Health Services Contract Monitoring Bureau ("HSCMB")

6  to review.  However, during the transition, the inventory logs for June were inadvertently

7  misplaced.

8    12.    In addition, the transition complicated Corizon's ability to comply with the

9  PMs.

10    13.    Due to the pending transition, Corizon had difficulty staffing open positions

11  and maintaining existing staff at Defendants' facilities.

12    14.    The lack of available staff created backlogs and presented difficulties in

13  increasing the PM compliance scores.  These staffing issues affected several PMs,

14  including 15, 19, 37, 66, and 67.

15    15.    Also as a result of the pending transition, several outside healthcare

16  providers ended their relationships with Corizon, upon which Corizon relied to provide

17  specialty care to inmates.

18    16.    As a result of the loss of these relationships, there were less available

19  providers for specialty consults, which affected the compliance scores for PMs 50 and 51.

20    I declare under penalty of perjury that the foregoing is true and correct.

21    DATED this 16th day of August, 2019.

22

23    _____
                              WILLIAM CARR
24

25    15111725

26

- 3 -