Berry Williams # 267965
Box 5000  Florence 85132

United States District Court
District Court of Arizona

Victor Parsons
        V
Charles Ryan

| | |
|---|---|
| | CIV12-0601 ROS |
| | Notice of Interference: |

☑ FILED   ___ LODGED
___ RECEIVED   ___ COPY

AUG 16 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Diane Bohuszewicz the CoIV Has Been Interfering with Medical Treatment. Directing Centurion (medical provider for Az Dept. of Corrections) Overturn the Treatment they ordered for me. She Directed the treatment for my pain be Discontinued. The Dept of Corrections Security & Centurion Medical provider for D.O.C. Are Two Separate Entities. Security Has No Say in Any inmates Medical Treatment per ~~Doc policy~~ Parsons.

In This Court inmate Lewis Harry (Judge Logan) Michael Withers (Judge: Rayes). Axle (Judge Rayes) Tripati (Judge Tuchi, and Marquez) are some of us — Whose Treatment Have Been Cancelled. In Order of CoIV Diane Bohuszewicz.

I Request This Court Take Action.
I shall Amend my Complaint Before Judge Snow to Add This. Thank You.

Berry Williams

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE  LR CIV 5.4    ___1___
(Rule Number/Section)

Certificate of Service

Original & One Copy to: Clerk of the Court

CC:      One Copy to: Prison Law Office

One Copy to: Office of Arizona Attorney General

file

By:_____          Date: 8/15/19



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

| | |
|---|---|
| | *Complaints are limited to one page and one issue. Please print all information.* |

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Williams Berry | 267365 | Florence | 08-15-19 |

| To | Location |
|---|---|
| Security | |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

1a) CO/V Boschuweicz on 8/13/19 Directed CENTierion (THE Medical Provider For AZ Dept Of Corrections, NOT TO Provide ME WITH THE Care THEY were providing ME. ✱(Under ~~Doc Policy~~ PARSONS No Security officer - HAS ANY SAY IN AN Inmates Medical TREATMENT. TWO SEPRATE ENTITIES. NOT AFFILIATED.)

2) SHE Directed ICE for my PAIN Be ~~Discontinued~~ DISCONTINUED

3) SHE ALSO Directed THAT THE SHOCK TREATMENT FOR MY PAIN Be Reviewed.

_I REQUEST_

1.) CO/V Boschuweicz is in VIOLATION of PARSONS & DOC POLICY w/ INTERFERING w/ medical TREATMENT. SHE is INTERFERING WITH Medical Care.

2.) SHE SHOULD Be STOPPED.

3) I HAVE FILED THIS Complaint IN a MOTION IN PARSONS AS WELL.

4.) CENTURION Under ITS CONTRACT CANNOT FOLLOW CO/V's ORDER TO STOP TREATMENT TO INMATE CARE. THE CO/V IS PART OF SECURITY and NOT Medical STAFF, AND HAS NO SAY IN ANY INMATES Medical Care BY DOC Policy, AND PARSONS.

5.) IF CENTURION DOES NOT REINSTATE THE TREATMENT. I SHALL File SUIT against ALL INVOLVED.

6) The only way a CO/V, COIII or COII can have some input with Medical Orders up Provider or Nurse, is if the inmate is abusing the Medical Order with the treatment. Not using the Medical orders as prescribed.

| Inmate Signature | Date |
|---|---|
| Berry Williams | 08-15-2019 |

| Have You Discussed This With Institution Staff?  ☐ Yes   ☐ No |
|---|
| If Yes, give the staff member Name: |

Distribution:   Original – Inmate
Copy – Grievance Coordinator File

802-11(e)
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Williams Berry | 267365 | Florence | 08-15-19 |

| To | Location |
|---|---|
| coIV Dione Bohuszewicz | Program |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

1.) COIV BOSCHUWEICZ on 8/13/19 DIRECTED CENTERION (THE Medical Provider FOR AZ DEPT OF Corrections, NOT TO Provide ME WITH THE Care THEY were providing ME. * (Under ~~DOC POLICY~~ PARSONS No Security OFFICER - HAS ANY SAY IN AN INMATES Medical TREATMENT, TWO SEPRATE ENTITIES, NOT AFFILIATED.)

2.) SHE Directed ICE for my PAIN Be ~~DISCONTINUED~~ DISCONTINUED

3.) SHE ALSO Directed THAT THE SHOCK TREATMENT FOR my PAIN Be Reviewed.

**I REQUEST**

1.) COIV BOSCHUWEICZ is in VIOLATION of PARSONS & DOC Policy w/ INTERFERING w/ Medical TREATMENT. SHE IS INTERFERING WITH Medical Care.

2.) SHE SHOULD Be STOPPED

3.) I HAVE FILED THIS Complaint IN a MOTION IN PARSONS AS WELL.

4.) CENTERION Under ITS CONTRACT CANNOT Follow COIV's ORDER TO STOP TREATMENT TO INMATE CARE. THE COIV IS PART OF SECURITY AND NOT Medical STAFF, AND HAS NO SAY IN ANY INMATES Medical CARE BY DOC Policy, AND PARSONS.

5.) IF CENTERION DOES NOT REINSTATE THE TREATMENT. I SHALL File SUIT AGAINST ALL INVOLVED.

6) The only way a COIV, COIII or COII can have some input with Medical Orders or Provider or Nurse, is if the inmate is abusing the Medical Orders or the treatment, No feesing the Medical Orders as prescribed.

| Inmate Signature | Date |
|---|---|
| Berry Williams | 08-15-2019 |

Have You Discussed This With Institution Staff?    ☐ Yes    ☐ No

If Yes, give the staff member Name:



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Williams Berry | 267365 | Florence | 08-15-19 |

| To | Location |
|---|---|
| FHA | Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

1.) COIV Boschuweicz on 8/13/19 Directed CENTURION (THE Medical Provider FOR AZ Dept OF Corrections, NOT TO Provide ME WITH THE Care THEY were providing ME.
★ (Under ~~DOC Policy~~ PARSONS No Security Officer - HAS ANY SAY IN AN Inmates Medical TREATMENT. TWO SEPRATE ENTITES. NOT AFFILIATED.)

2) SHE Directed ICE FOR MY PAIN Be ~~Stopped~~ DISCONTINUED

3.) SHE ALSO Directed THAT THE SHOCK TREATMENT FOR MY PAIN Be Reviewed.

   **I REQUEST**

1.) COIV Boschuweicz is IN VIOLATION OF PARSONS & DOC Policy w/ INTERFERING w/ Medical TREATMENT. SHE IS INTERFERING WITH Medical Care.

2.) SHE SHOULD Be STOPPED

3.) I HAVE Filed THIS Complaint IN a MOTION IN PARSONS AS WELL.

4.) CENTURION Under ITS CONTRACT CANNOT FOLLOW COIV'S ORDER TO STOP TREATMENT TO INMATE CARE. THE COIV IS PART OF SECURITY AND NOT MEDICAL STAFF, AND HAS NO SAY IN ANY INMATES MEDICAL Care BY DOC Policy, AND PARSONS.

5.) IF CENTURION DOES NOT REINSTATE THE TREATMENT. I SHALL File SUIT AGAINST ALL INVOLVED.

6) The only way a COIV, COIII or COII can have some input with Medical Orders up Provider or Nurse, is If the inmate is abusing the Medical Orders or the treatment. Not using the Medical orders as prescribed.

| Inmate Signature | Date |
|---|---|
| Berry Williams | 08-15-2019 |

Have You Discussed This With Institution Staff?   ☐ Yes   ☐ No

If Yes, give the staff member Name: