(handwritten)
Adoc 124173
ASPC Cook Unit
PO Box 3200
Florence AZ 85732



# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

    Plaintiffs,

V.

Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

    Defendants.

NO. CV 12-00601-PHX-DJH

PLAINTIFFS MOTION TO TERMINATE THIS STIPULATION SETTLEMENT BETWEEN THE PARTIES AND TO SET A PRE-TRIAL SCHEDULE IN THE CASE

(Oral Argument Requested)

PLAINTIFFS CLAIMS THAT It has been six years since the parties came together to agree to this settlement stipulation. The agreement was that the Defendants follow performance measures

Used to evaluate compliance with the Settlement Stipulation in this class action case. The Defendants has failed in every provision of this agreed settlement. Beginning with Substantive Provisions of Adoc Health Care. The Defendants has failed to request that the Arizona legislature approve a budget to allow ADC and its contracted health services vendo to modify the health services contract to increase staffing of medical and mental health positions. The budgetary request was not sufficient to comply with the terms of this Stipulation.

Currently there is not enought medical staffing at all Prison facilities, this shortages of medical staff, nurses, Doctors have led to 160 deaths of inmates that wasn't able to get medical treatment for their medical conditions. The death were from January of 2015 to July of 2019. That are currently not enought mental health Psychologists and the results of the shortages that over 240 inmate have died from Suicide, from January of 2015 to July 2019.

That the settlement stipulation measurement and performance measures was intentionally not complied with that Corizon Health Inc and ADC was fined 1.4 million dollars for failure to follow the measurement named in the settlement. That Since Corizon Health Inc had been out of

2

Compliance since January 2015 to June 2019, that the outcry of the Arizona Community demanding that Corizon Health Inc be fired, that their contract was terminated July 1, 2019. The damage that was done by the lack of medical treatment, medical equipment, medical diets, mental health treatment caused 375 death in ADC from January of 2015 to June of 2019.

Now ADC has contract with another Health Company called Centurion, which is worst than the fired Corizon Health Inc and its had more devasting effect within the 45 days that it has begun to run ADC, because since July 1, 2019 the Medical Staffing has gotten worst over 275 nurses and over 220 doctors have quit, leaving all the medical unit with 2-3 nurses, and no doctor, only Nurse Practicitors acting on behalf of doctors. There have been an uprising in violence at all the medical units, from medical staff assaults to ADC assaults by inmate desperate to get medical treatment and medicine. This situation grow worst daily and someone going to get killed.

Plaintiff ask the court to grant his Motion for a hearing in this matter.

3

Certificate of Service

I certify that I Efiled this Motion on the 20th day of August 2019 to:

United States District Court of Arizona.

Donald Specter
1917 Fifth Street
Berkeley California, 94710

ACLU National Prison Project
915 15th Street N.W. 7th Floor
Washington DC 2005

Arizona Attorney General Off
2005 N Central Ave
Phoenix AZ 85001

DATED: 8/20-2019

BY: *Larry D Dunlap*
Larry Donnell Dunlap

4