Berry Williams #267365
Florence
EAST A-2-9
P.O. BOX 5000
Florence, AZ 85132

FILED ___ LODGED
___ RECEIVED ___ COPY
AUG 21 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| VICTOR ALAN PARSONS VS CHARLIE RYN | CIV 12 0601 ROS NOTICE OF HIPP VIOLATION |
|---|---|

1) AS ADOC is Not Allowed to DENY US MEDICAL CARE - IN EAST UNIT - COTV Diane Bohuszewicz is using inmates to Do That while ADOC CAN NOT.

2) SHE is using MEDICal PORTERS to READ our MEDICAL Files - when we speak to providers OR Nurses BE present AND lean of our MEDICAL conDition - Intimidate AND threaten us Unto Not Receiving the treatment - intimidating AND threatening us unto not Filing Grievances - Dispensing the threatment that is prescribed.

3) It is imperative AN ORDER ISSUE that ForBiDs MEDICAL Inmate works From Being in the Area when inmates have access to Medical For Any Reason.

4) Porters should only Be there to Clean And Leave.

5) Too Many inmates Are Being prevented inmate MEDICAL porters Hand picked to intimidate.

Berry Williams

08-19-2019