☒ FILED    ☐ LODGED

# Aug 22 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons, et.al.,

Plaintiff

V.

Charles Ryan, et.al.,

Defendant

United States District Court

District of Arizona

NO. CV12-00601-PHX-DJH

Motion Requesting Relief

And Oral Argument

Hereby comes Raymond Olson as Third Party. Requesting Relief And Oral argument pursuant to Federal Rules of Civil procedure Rule 71. Sighting Parsons V. Ryan (2) Introduction And procedural provisions (3) The court has certified This case as a class action. This class is defined as all prisoners who are now, or will in the future be, subjected to the medical, mental health, and dental care policies and practices of the Adc". The subclass is defined as" all prisoners who are now, or will in the future be, subjected by the Adc to "isolation", defined as confinement in a cell for 22 hours or more each day or confinement in the following housing units: Eyman – SMU I; Eyman-Browning unit; Florence – Central unit; Florence – Kasson unit; or Perryville – Lumley Special Management Area."

   • Requesting Relief and Oral argument Relating to The Following
      points, facts, and exhibits.

(1)

## Memorandum of Points and Facts

• Azdoc throug its affiliates and or agents have systematically over the last 2yrs removed incentives / privilegies from the subclass housed at Eyman-Browning. (condemned row & STG populations). Most recently wherein they have attempted to use semantics and single out individual words within the parsons to remove long standing incentives that have been in place since the inception of Directors instruction 326. This is supported by the following exhibits

• Exhibits (1) Directors instruction 326

• Exhibits (2) Directors order 812 that was disclosed to the court in another civil case. # 2:18-CV-01146-DGC-JZo Document 44-1 Filed 7.1.19.

• Exhibits (3) Arizona Department of Corrections Inmate - policy notification which was not passed out to the inmate population until 8.2.19. which is (9) days after the policy went into effect. And is vague in nature and makes no mention of subclass lossing more incentives. Nor could you check the policy out from the legal library. Inmates had to pay for it.

• Exhibits (4) Arizona Department of Corrections ASPC - Eyman Browning unit memorandum to inmate population from Azdoc agent DW. Days. which was received 7.30.19. (6) days after the policy went into effect. And establishes some of the semantics stated above. Step 2- where it says" one of which May Be in the 10X10 interactive enclosures. Step 3- for condemned row — four, 3-hour blocks per week in the chute enclosure this May Be in the 10X10 interactive enclosures. which is (not) consistant with the language in policy. And the word used is can Be.

• Exhibits (5) The revised page from Department order 812 attachment (B) page 2 of 2. This was allegedly done 7.23.19 the day before policy was supposed to go into effect.

- EXHIBITS (6) IS THE RECREATION SCHEDULE BEFORE THESE SYSTEMATIC CHANGES

- EXHIBITS (7) IS THE NEW RECREATION SCHEDULE EFFECTIVE 8-1-19

- EXHIBITS (8) INMATE LETTER TO NORTH REGIONAL DIRECTOR TO ATTEMPT IN good FAITH TO CORRECT THIS ISSUE..

- FURTHER EXAMPLES: CAN BE IN THE INTERACTIVE 10 X 10 ENCLOSURE

- AZ DOC & AGENTS INTERPRET THIS AS IT DOES NOT (MUST) BE IN THE INTERACTIVE 10 X 10 ENCLOSURE.

- UNDER THIS PREMISE THEY CAN AT WILL DECIDE TO ARBITRARILY TAKE THIS INCENTIVE OR GIVE IT.

- DUE PROCESS OR SPECIFIC INDIVIDUAL BEHAVIOR FOR SAID REDUCTIONS do NOT MATTER

- DIRECTORS INSTRUCTION 326 ATTACHMENT (F) AT ITS INCEPTION SAID RECREATION ACTIVITIES (4) — OUTDOOR RECREATION PERIODS A WEEK. ALL CAN BE IN THE 10 X 10 INTERACTIVE EN-CLOSURES.

- AZ DOC & AFFILIATES CLAIMED THEY CONFERRED WITH PARSONS LAWYERS ARGUING STAFFING ISSUES AND CHANGED THIS TO (3) — OUTDOOR RECREATION PERIODS A WEEK FOR (3) HOURS.

- MOST RECENTLY AS 7-24-19 AZ DOC WITH NO PROVOCATION BY THE EYMAN-BROWNING UNIT SUBCLASS. HAVE ARBITRARILY AT WILL DECIDED TO TAKE AWAY (2) — MORE INTERACTIVE CAGE RECREATION PERIODS A WEEK. LEAVING THIS SUBCLASS WITH (1) — INTERACTIVE CAGE RECREATION PERIOD A WEEK. (WHICH CAN OR MAYBE AT THERE DISCRETION)

- AZ DOC AGENT DW, DAY VERBALLY INFORMED THIS SUBCLASS. THIS (all) HAS TO deal WITH SEMANTICS. THE PARSONS LAWYERS & AG OFFICE CONFERRED AND AGREED THAT IN door CHUTE RECREATION COUNTS AS OUTDOOR RECREATION.

• CHUTE RECREATION gives (NO) PRO-SOCIAL INTERATION BETWEEN SUBCLASS MEMBERS. NOR DOES it give SUBCLASS MEMBERS a VIEW OF THE OUTDOORS. SUBCLASS MEMBERS ARE LEFT TO WALK AROUND AIMLESSLY IN A RECTANGLE WITH 20FT WALLS AND STARE AT THE SKY AND HEAR VOICES OVER A WALL. WITH (NO) EXERCISE EQUIPMENT, OR SAFETY MEASURES IE. igloo WATER CONTAINERS FOR PROPER hydRATION OR MISTERS FOR TEMPERATURE CONTROL. WHEN TEMPERATURES ARE SUSTAINED OVER 100° WITH high HUMIDITY.

• AZ doc DOES NOT PROPERLY STAFF EYMAN-BROWNING UNIT. TO ENSURE ALL TOWERS ARE MANNED SO FLOOR STAFF CAN PROPERLY DO SECURITY WALKS EVERY (30) MINUTES WHILE SUBCLASS MEMBERS ARE AT CHUTE RECREATION, IN CASE OF EMERGENCIES. THE CURRENT FLOOR STAFFING WOULD BE ON ONE CONTINUES WALK FROM 6AM TO 6PM. TO MEET THIS STANDARD. (WHICH IS NOT REALISTIC EXPECTATION)

• FURTHER WHEN BROWNING UNIT IS PROPERLY STAFFED. WHEN OTHER YARDS ARE SHORT. THEY ALWAYS SEND BROWNING UNIT STAFF THERE. WHEREIN SUBCLASS MEMBERS GET BURNT FOR NUMEROUS INCENTIVES.

• OUTDOOR RECREATION PROVIDES THE BROWNING UNIT SUBCLASS THE OPPORTUNITY TO RECEIVE PROPER SUNLIGHT, SEE TREES, ANIMALS, AND THE ABILITY TO SEE PEOPLE AND BUILD (PRO) SOCIAL SKILLS WITH OTHER SUBCLASS MEMBERS, AND INTERACT WITH STAFF IN A (PRO) SOCIAL WAY,. THUS RELIEVING ANXIETY AND FEELINGS OF LONELINESS ASSOCIATED WITH LONG TERM ISOLATION / CONFINEMENT. ALSO OUTDOOR RECREATION IS WHEREIN MOST SAFTEY MEASURES EXIST IE POSTED REC STAFF, igloo WATER CONTAINERS, MISTERS.

• MORE OVER SUBCLASS MEMBERS specificly STG & CONDEMNED RECEIVE NO OTHER INCENTIVES IN DEPARTMENT ORDER 812 ATTACHMENT (B) page 2 OF 2 FOR CONTINUED PROGRAMING AND demonstrating (PRO) SOCIAL BEHAVIOR

- NO 20 X 40 BASKETBALL WITH OTHER INMATES

- NO RECREATION WITH ANOTHER INMATE

- NO IN POD RECREATION

- NO TABLE TIME

- NO UNRESTRAINED ESCORTS

- PORTERS ARE RARE DO TO LACK OF PROPER BROWNING UNIT STAFFING. WHICH CREATS A HEALTH HAZARD FOR SUBCLASS MEMBERS. IE. DIRTY SHOWERS, PODS, AND CHUTE RECREATION.

- THUS THESE SEMANTICS HAVE EFFECTIVELY MOVED THESE (2) SUBCLASS BACK TO STEP (2) IN DEPARTMENT ORDER 812 ATTACHMENT (B) PAGE 2 OF 2.

- SUBCLASS MEMBERS HAVE FILED NUMEROUS INFORMAL GRIEVANCES OVER THE LAST (2) YEARS REQUESTING TO RECEIVE INCENTIVES CONSISTANT WITH DI 326 AS OUTLINED IN THE PARSONS STIPULATIONS. TO (NO) AVAIL.

- WHEREIN AZDOC CLAIMS THAT WE ARE OR WERE RECEIVING (3) OUTDOOR RECREATION PERIODS A WEEK FOR (3) HOURS EACH PLUS (1) - HOUR PROGRAMING. THUS WE ARE RECEIVING ALL OUR OUT OF CELL "TIME". SO WE ARE (NOT) ENTITLED TO (ANY) OTHER INCENTIVES AS OUTLINED.

- EXHIBITS 9 THROUGH 20 ARE SUPPORTING DOCUMENTS FROM CLASS MEMBERS AND THERE ATTEMPT TO STOP AZDOC AND AGENTS FROM REMOVING FURTHER INCENTIVES FROM FROM DI 326 AND CLASS MEMBERS ARE AT VERIOUS STAGES OF THE INFORMAL GRIEVANCE PROCESS.

- IN CONCLUSION

FOR (ALL) OF THE FACTS AND REASONS STATED HERE IN THE SUBCLASS HEREBY RESPECTFULLY REQUEST THIS COURT ENFORCE THE STIPULATION ORDER AND ENSURE THAT DEPARTMENT ORDER 812 BE CHANGED BACK TO WHERE IT IS CONSISTANT WITH DEPARTMENT INSTRUCTION 326. SO SUBCLASS MEMBERS ARE NOT DEPRIVED THERE STANDING LIBERTIES / PRIVILEGES, SO SUBCLASS MEMBERS CAN RECEIVE INCENTIVES CONSISTANT WITH PREVIOUS POLICY

• Respectfully submitted this 22 day of August 2019

Raymond Olson #185267

Raymond S Olson

Certificate of Filing / Service

I declare that I have eFiled this document pursuant to general order 14-17

Raymond Olson

Raymond Olson

EXHiBiT   1

**ARIZONA DEPARTMENT OF CORRECTIONS
DIRECTOR'S OFFICE**

**MEMORANDUM**

**TO:**        **DISTRIBUTION**

**FROM:**    **CHARLES L. RYAN, DIRECTOR**

**DATE:**    March 27, 2014

**SUBJECT:** Director's Instruction #   326   , Maximum Custody Population Management

This Director's Instruction is effective immediately and will remain in effect until incorporated into the appropriate Department Order. This Director's Instruction shall be reviewed for modifications after 90 days.

**PURPOSE:**

This Director's Instruction is being implemented to facilitate a process that requires inmates in maximum custody to work through a program utilizing a step system providing the opportunity to participate in jobs, programs and other out of cell activities. Based on behavior and programming, inmates may progress from controlled based housing to open privilege base housing where movement outside a cell is without restraint equipment.

This modifies the concept of programming maximum custody inmates involved in commission of one the Forbidden Three Acts (see definition) and the Guiding Principles (see definition) developed by the Association of State Correctional Administrators (ASCA).

**PROCEDURE:**

**1.0      INTAKE AND ASSESSMENT**

   1.1      Inmates shall be assigned to maximum custody pursuant to Department Order 801, Inmate Classification.

      1.1.1      This does not apply to inmates assigned to the Restrictive Status Housing Program (RSHP). Inmates placed in the RSHP shall remain in the program until successful completion.

         1.1.1.1      If necessary, a classification override shall be used in the RSHP until completion.

         1.1.1.2      If an inmate is removed from the RSHP due to disruptive behavior (or for any other reason) they must return to the RSHP to complete, once the issue is resolved.

   1.2      Upon arrival to maximum custody, inmates shall initially be assigned to the intake and assessment area at the Arizona State Prison Complex (ASPC) – Eyman, Browning Unit, except population groups that require specialty housing (see definition). The Assessment Team consisting of a Correctional Officer III (CO III), security supervisor and Associate Deputy Warden or designee shall within five work days:

1

1.4.2.6    Protective Custody;

1.4.2.7    Condemned Row.

1.4.3    General population inmates at ASPC–Eyman, Browning Unit will remain in Step I but may receive additional programming (such as Anger Management, Pre-Release, Substance Abuse, etc.) until they qualify for transfer to ASPC–Eyman, SMU I.

1.4.3.1    The step system is suspended while the inmate is on a mental health or security watch.

1.4.4    Assignments to specific housing areas within maximum custody and the step level assigned are not appealable or grievable.

1.5    Step Levels – All maximum custody units (see Attachments F – L Program Matrixes).

1.5.1    The step level incentives for males vary in out-of-cell activities based on the unit where the inmate is housed.  ASPC–Eyman, Browning Unit has the least amount of out-of-cell activities and ASPC–Florence, Central Unit has the most.

1.5.1.1    The progression for general population, to include general population mental health inmates, begins at ASPC–Eyman, Browning Unit and ends at ASPC–Florence, Central Unit.

1.5.1.2    Maximum custody sex offenders begin at ASPC–Eyman, SMU I and end at ASPC–Eyman, Rynning Unit (most, if not all, maximum inmates at Rynning Unit should be Step III).

1.5.1.3    Maximum protective custody inmates begin at ASPC–Eyman, SMU I and end at ASPC-Lewis, Rast Unit (most, if not all, maximum inmates at Rast Unit should be Step III).

1.5.1.4    Maximum custody inmates on condemned row or validated as STG members are housed at ASPC–Eyman, Browning Unit.

1.5.2    Female inmates classified as maximum custody shall be assigned to Yard 30 at the ASPC-Perryville, Lumley Unit.

1.5.3    Male and female inmates who are receiving mental health treatment at ASPC–Phoenix, Alhambra Unit shall be assigned step levels.

## 2.0    STEP PROGRAM – MAXIMUM CUSTODY POPULATION, EXCEPT RESTRICTIVE STATUS HOUSING PROGRAM

2.1    Inmates must follow all program requirements on a daily basis to qualify for advancement and incentives for a minimum of 30 consecutive days in order to be eligible for consideration to advance in steps.

2.2    Inmates must comply with following requirements:

2.2.1    Grooming and Hygiene, in accordance with Department Order 704, Inmate Regulations;

3

3.2    All general population inmates will receive incentives, but remain in Step I until transfer to another maximum unit (see Attachment F).

## 4.0    MENTAL HEALTH INMATES

4.1    Maximum custody male inmates classified as MH-3 and above, including Serious Mentally Ill (SMI) inmates, shall be evaluated by Mental Health staff for program / treatment plans within 72 hours of placement.  The inmates shall be subsequently placed into the appropriate program based on the decision by the clinical staff and in their subgroup classification (general population, sex offender, protective custody).

4.1.1    ASPC–Florence, Central Unit:

4.1.1.1    Kasson Wing One Program houses male inmates requiring significant mental health interventions.  This program has small group interactions for those inmates who display difficulty with large group activities. Based on their progress in the program, they will be referred either to SMU I (general population) or Central Unit – CB 1 or CB 4 by the clinical staff at Kasson.

4.1.1.2    Cell Block 1 Program houses male general population inmates requiring a less controlled housing environment, while still receiving enhanced programming and socialization skill building.

4.1.1.3    Cell Block 4 Program houses male general population inmates requiring a less controlled housing environment, while still receiving enhanced programming and socialization skill building.  Most of the beds will be reserved for the SMI population.

4.1.2    ASPC-Eyman, SMU I:

4.1.2.1    Behavioral Management Unit (BMU) houses male inmates requiring significant interventions due to continual acts of serious self-harm.  The inmates can graduate, or be removed, from this program and placed in the Kasson Wing One Program or in SMU 1 (general population).

4.1.2.2    General population male inmates requiring an intermediate level of control and enhanced programming and socialization skill building will be housed together.

4.1.2.3    Sex Offenders - Male sex offenders requiring any level of control can be housed in SMU I.  The inmates who achieve Step III will be considered for placement at ASPC – Eyman, Rynning Unit.

4.1.2.4    Protective Custody – Male protective custody inmates requiring any level of control can be housed at SMU I.  The inmates who achieve Step III will be considered for placement at ASPC-Lewis, Rast Unit.

4.1.3    ASPC-Phoenix, Alhambra / Flamenco Unit:

4.1.3.1    Alhambra / Baker Ward – Male inmates requiring an inpatient mental health facility shall be placed at Baker Ward by the clinical staff in the field and admitted/discharged by the clinical staff at Baker Ward.

5.6 The Program Team shall review inmates in RSHP at a minimum of every 30 days for program participation and step progression.

5.7 Inmate property is inventoried upon placement and limited to the following:

    5.7.1 Hygiene items, towel and wash cloth;

    5.7.2 Two jumpsuits and two sets of underwear and socks. Clean jumpsuit and set of underwear and socks shall be provided after each shower (exchange only).

    5.7.3 Legal materials;

    5.7.4 Religious materials;

    5.7.5 Reading and writing materials;

    5.7.6 One pair shower shoes and one pair deck shoes.

5.8 Property and privileges are limited during housing in this program (see Attachments F – L).

    5.8.1 Property and privileges will be earned by participation in mandatory programs and behavior and shall be assessed at monthly reviews by the Program Team.

5.9 Visitation shall be prohibited for at least the first 30 days in the program and may be extended based on discipline sanctions or program non-compliance.

5.10 Phone calls are prohibited for Steps I and II and may be extended based on disciplinary sanctions or program non-compliance.

5.11 Recreation is in an interactive recreation area three times per week for two hours.

5.12 All inmates enter the program at Step I, with Step I being the most controlled and Step III being the least controlled.

    5.12.1 Restraints are used at all steps in the RSHP.

**6.0 STEP I – IN THIS STEP FOR MINIMUM of 30 days:**

6.1 Inmate must follow all program requirements on a daily basis to advance in the step system.

    6.1.1 Grooming and Hygiene, in accordance with Department Order 704, Inmate Regulations;

    6.1.2 Showers – Required to shower three times per week;

    6.1.3 Exchange jumpsuit, underwear and socks after each shower;

    6.1.4 Cell cleanliness, in accordance with Department Order 704, Inmate Regulations;

    6.1.5 Refrain from creating excessive noise, yelling or banging;

    6.1.6 Refrain from being disrespectful, insulting or using profanity;

GUIDING PRINCIPLES –

1.  Provide a process, a separate review for decisions to place an inmate in maximum custody;

2.  Provide periodic classification reviews of inmates in maximum custody every 180 days or less;

3.  Provide in-person mental health assessments, by trained personnel within 72 hours of an inmate being placed in maximum custody and periodic mental health assessments thereafter including an appropriate mental health treatment plan;

4.  Provide structured and progressive levels that include increased privileges as an incentive for positive behavior and/or program participation;

5.  Determine an inmate's length of stay in maximum custody on the nature and level of threat to the safe and orderly operation of general population as well as program participation, rule compliance and the recommendation of the person(s) assigned to conduct the classification review as opposed to strictly held time periods;

6.  Provide appropriate access to medical and Mental Health staff and services;

7.  Provide access to visiting opportunities;

8.  Provide appropriate exercise opportunities;

9.  Provide the ability to maintain proper hygiene;

10.  Provide program opportunities appropriate to support transition back to a general population setting or to the community;

11.  Collect sufficient data to assess the effectiveness of implementation of these guiding principles;

12.  Conduct an objective review of all inmates in maximum custody by persons independent of the placement authority to determine the inmates' need for continued placement in maximum custody;

13.  Require all staff assigned to work in maximum custody units receive appropriate training in managing inmates on maximum custody status.

GROUP RECREATION AREA – Outdoor recreation enclosure with basketball court and table.

INTERACTIVE RECREATION AREA – Outdoor recreation enclosure that is in close proximity to other holding enclosures and allows for controlled social interaction between inmates.

OPEN PRIVILEGE BASED HOUSING – Least restrictive housing area in the maximum custody units housing areas. They are the Step III inmates at Central Unit, Rynning Rast and Lumley Units.

PROGRAM TEAM – Team consisting of Offender Operations and may include Support Services personnel and Mental Health professionals (i.e., Unit Psychologist, Psych-Associate, and Psych-Technician). Operations staff members include Unit Administrator(s), Captain(s), Correctional Officer IV(s), Correctional Sergeant(s), Correctional Officer(s) III, and Correctional Officer(s) II assigned to unit/housing area. Support Services staff members include teachers, chaplains and treatment counselors. These staff review inmates monthly to decide step movement, housing and program completion. Any decision concerning the inmate's mental health well-being is chaired by the senior clinical staff member present within their scope of their authority.



## General Population and Specialty Housing

Inmate approved for max per DO 801 process

Specialty Housing in SMUI

Is inmate okay for GP placement? — No →

Assessment Team conducts initial face to face interview and determines unit and step placement within 5 days

Sex Off SMUI or Rynning

PC SMUI or Rast

Yes

Browning Intake

Assessment Team conducts initial face to face interview and determines unit and step placement within 5 days

Team: ADW, COIII, and security supervisor
COIII:  documents in AIMS

Advancement through step levels and/or movement to a less controlled housing location  requires completion of all programs identified in Attachments for each housing location.

Does inmate require high level of max supervision?

Program Team conducts face to face interview and determines unit and step placement every 30 days

Yes

Place in Browning

No →

Step 1
Minimum 30 days

Does inmate require moderate level of max supervision?

Step 2
Minimum 30 days

Reviews same as current DO 801 – every 180 days

No

Yes

Place in SMU I

Step 3
Minimum 30 days

Does inmate require lower level of max supervision?

Upon successful completion of Step 3, inmate advances to next lowest Max unit or close custody, as appropriate

Yes

Place in Central Unit

Attachment A





## Restrictive Status Housing

"Forbidden 3" incident occurs

- Serious assaults on staff
- Serious inmate on inmate assaults (w/ weapon)
- Multiple inmates assaulting an inmate (w/serious injury)

Sending and receiving wardens and ROD notified for Restrictive Status Housing consideration

Does wardens or ROD approve for Restrictive Housing? — No → Inmate not moved to Restrictive Status Housing

Yes

Inmate placed in Restrictive Status Housing (GP=Central; SO/PC=SMUI) and Assessment Team assign inmate to program

Team: ADW, CO III or correctional series staff member
COIII: Documents in AIMS

MH Review conducted within 72 hours

MH Review Does inmate need MH intervention? — No → Program Team conducts reviews weekly and determines step changes as appropriate

Advancement through step levels and/or movement to a less controlled housing location requires completion of all programs identified in Attachments.

Yes

Kasson, Central Unit

Does inmate successfully complete Step 3?

Step 1 Minimum 30 days

Step 2 Minimum 60 days

Step 3 Minimum 30 days

Yes

Move inmate to:
SMUI (moderate max), or;
Central (low max), or;
A close custody unit

NO

Attachment E

# Central Unit Mental & Behavioral Health Custody Step Program Matrix

## Intake

- Orientation and sign Memo of Expectations
- Intakes from GP cell blocks
- Intakes from Wing 1 or SMU programs will be evaluated for step placement

### Expectations

- Participate in prescribed programs/classes/ individual groups as per program plan
- Medication compliance
- Participate in the Re-Entry Program for all those within 18 months of release
- Participation in all appointments
- Follow Rules and Regulations including DO704

## Mental Health Program Only / CB-2 Max Step

- Loaner TVs or pod flat screens for programming and recreation viewing
- Journals
- Recreation awards to include ribbons
- *RECREATION*
- *MEALS*
- *STORE*
- *SECUREPAK*
- *VISITATION*

## Movement To Step II

- Minimum of 30 days in BH Program
- Minimum of four weeks in MH Program
- One day per week of group recreation (A47)
- Recreation awards to include ribbons, extra drawing paper and additional colored pencils
- Display behavior that is cooperative and respectful
- Be recommended by Unit Program Team

### Expectations in Step II

- Follow Rules and Regulations including DO704
- Participate in prescribed programs/classes/ individual groups as per program plan
- Complete two Self-Improvement Programs (A47)
- Demonstrate positive social interaction skills
- Participate in Transitioning Program

- Meals in chow hall
- Access to special library materials
- Securepak – Pencil drawing supplies
- Securepak - every other month within security limitations on certain items

## Reduction to Step I

(May also result in removal from program or movement to a different program)

- Found Guilty of A or B violations
- 3 or more misdemeanor violations within 90 Days
- Refusal to program, consistently demonstrate poor socialization skills and/or non-cooperative behavior
- All decisions will be made by Unit Program Team on a case-by-case basis.

## Movement to Step III

- Minimum of 30 days in Program (A47)
- Minimum of 60 days in MH Program (A48)
- Display Behavior that is consistently cooperative in pod activities (CB1)
- Must have completed two Self-Improvement Programs (A47)
- Securepak - every month within security limitations on certain items
- Store
- Hobbycraft
- Library
- TV & personal property

### Expectations in Step III

- Follow Rules and Regulations including DO704
- Participate in prescribed programs/classes/ individual groups as per program plan
- Consistently demonstrate positive social interaction skills
- Complete four additional self-improvement classes (A47)
- Demonstrate good work ethic
- All decisions will be made by Unit Program Team on a case-by-case basis.

- Recreation on the field three x per week
- One 2 hour contact visit per week
- All WIPP opportunities
- Special fundraisers
- Opportunity for mural painting

## Reduction to Step II

(May also result in removal from program or movement to a different program)

- Found guilty of misdemeanor disciplinary violation
- Repeatedly demonstrating poor social interaction skills
- Found guilty of two or more disciplinary violations in a 90 day period
- Refusal to program, consistently demonstrate poor socialization skills and/or non-cooperative behavior
- All decisions will be made by Unit Program Team on a case-by-case basis.

Attachment G

# SMU I Maximum Custody Step Program Matrix

| Step I | Step II | Step III |
|---|---|---|
| **Intake:**<br>• Orientation and sign Memo of Expectations for max custody step plan<br><br>**Expectations Step I:**<br>• Follow Rules and Regulations including DO704<br>• Participate in prescribed programs/classes/ individual groups as per program plan<br>• Medication compliance<br>• Participate in the Re-Entry Program for all those within 18 months of release<br>• Spend a minimum of 30 days in Step I | • Store – $60 a week / $80 at Christmas<br>• Phone – One 15 minute call per week<br>• Visitation – One non-contact visit block per week<br>• Recreational activities – six hours per week to include 10x10 enclosure (two inmates / SMU)<br>• Library Services<br>• TV and personal property - per DO909<br>• Securepak - once per quarter within security limitations on certain items | **Movement to Step II:**<br>• Minimum of 30 days in Step I<br>• Display behavior that is cooperative and respectful<br>• No discipline in previous 30 days<br>• Be recommended by Unit Program Team<br><br>**Expectations Step II:**<br>• Follow Rules and Regulations including DO704<br>• Participate in prescribed programs/classes/ individual groups as per program plan<br>• Fundraisers<br>• Hobby Craft – Origami and pencil drawing<br>• Demonstrate positive social interaction skills<br><br>**Reduction to Step I:**<br>• Found guilty of A or B violation<br>• 2 or more misdemeanor violations within 90 Days while in Step II<br>• Refusal to program; consistently demonstrate poor socialization skills and/or non-cooperative behavior<br>• All decisions will be made by Unit Program Team on a case by case basis<br><br>**Incentives Step II:**<br>• Store - $80 a week / $120 at Christmas<br>• Phone – One 15 minute call per week<br>• Visitation – Two non-contact visit blocks per week | • Recreational Activities – six hours per week to include one-time per month in 10x10 enclosure (up to four inmates) and one X per month in 20x40 basketball enclosure (up to four inmates)<br>• Be recommended by Unit Program Team<br>• TV and personal property - per DO909<br>• Securepak - once every other month within security limitations on certain items | **Movement to Step III:**<br>• Minimum of 30 days in Step II<br>• Display behavior that is cooperative and respectful<br>• Be recommended by Unit Program Team<br><br>**Expectations Step III:**<br>• Follow Rules and Regulations including DO704<br>• Participate in prescribed programs/classes/ individual groups as per program plan<br>• Demonstrate positive social interaction skills<br><br>**Reduction to Step II:**<br>• Found guilty of misdemeanor disciplinary violation<br>• Repeated demonstration of poor behavior<br>• All decisions will be made by Unit Program Team on a case by case basis<br><br>**Incentives Step III:**<br>• Store –$100 a week / $160 at Christmas<br>• Phone – One 15 minute call per week<br>• Visitation – Three non-contact visit blocks per week<br>• Recreational Activities – Six hours per week to include one-time per month in 10x10 enclosure (up to four inmates), one-time per month in 20x40 basketball enclosure (up to eight inmates), and one-time per month recreation/par course field | • Library Services<br>• TV and personal property - per DO909<br>• Securepak - once every other month within security limitations on certain items<br>• Fundraisers<br>• Hobby Craft – Origami and Pencil Drawing<br>• Unrestrained escorts – May be eligible<br>• WIPP – Eligible for porter and kitchen positions<br><br>**Reduction to Step I:**<br>• Found guilty of Class A or select B disciplinary violations<br>• Refusal to program; consistently demonstrate poor socialization skills and/or cooperative behavior<br>• All decisions made by Unit Program Team on a case by case basis |

Attachment I

# Restrictive Housing Step Program Matrix

| Intake | Step I | Movement To Step II | Step II | Movement to Step III | Step III |
|---|---|---|---|---|---|
| **Intake**<br>• Orientation and sign Memo of Expectations<br><br>**Expectations**<br>• Follow Rules and Regulations including DO704.<br>• Participate in prescribed programs/classes/ Individual groups as per program plan<br>• Spend a minimum of 30 days in Step I<br>• Maintain Personal Hygiene – Mandatory shower three times a week | • Recreation three times a week for two hours in Rec. enclosures.<br>• No visitation allowed<br>• No phone calls allowed<br>• Store - limited to $10 a week Hygiene & Stationary only<br>• Allowable personal property; 1 box of verified legal material (current active cases only), religious material consistent with detention placement, 1 each of hygiene items (shampoo, soap, etc…) and 1 book<br>• Clothing allowed will consist of 2 jumpsuits, 2 t-shirts, two boxers, 2 pairs socks, deck shoes, shower shoes, one towel, and one washcloth | **Movement To Step II**<br>• Minimum of 30 days in Step I<br>• Display behavior that is cooperative and respectful<br>• Must have completed programs designated by the Unit Program Team<br>• Be recommended by Restricted Housing Committee<br><br>**Expectations in Step II**<br>• Follow Rules and Regulations including DO704.<br>• Participate in prescribed programs/classes/ individual groups as per program plan<br>• Demonstrate Positive Social Interaction Skills<br>• Maintain Personal Hygiene – Mandatory shower three times a week | • Recreation three times a week in Rec. enclosures<br>• 1 two hour visit per month<br>• Store – limited to $15 a week ($10/Hygiene $5/Limited Store Menu)<br>• Step 1 personal property allowance to include television<br>• Allowed access to library resources<br><br>**Reduction to Phase I**<br>• Found Guilty of any Discipline Violation<br>• Refusal to Program, Consistently demonstrate poor socialization skills and/or non-cooperative behavior<br>• Decision made by Restricted Housing Committee | **Movement to Step III**<br>• Minimum of 60 days in Step II<br>• Must have continued to Display Behavior that is cooperative and respectful<br>• Must have completed all Prescribed Programs as per the Program Plan<br><br>**Expectations in Step III**<br>• Follow Rules and Regulations including DO704.<br>• Participate in prescribed programs/classes/ Individual groups as per program plan<br>• Consistently Demonstrate Positive Social Interaction skills<br>• Prepare for reentry to the General Population<br>• Maintain Personal Hygiene – Mandatory shower three times a week | • Recreation three times a week for two hours in Rec. enclosures<br>• 2 two hour visits a month<br>• One fifteen minute phone calls a month<br>• Store – limited to $20 a week ($10/Hygiene $10/Limited Store Menu)<br>• Personal property allowance – legal / religious material and television<br>• Allowed access to library resources<br><br>**Reduction to Step I**<br>• Found Guilty of Class A or Select Class B Disciplinary Violations<br>• Refusal to Program<br>• Decision Made by Restrictive Housing Committee<br><br>**Reduction to Step II**<br>• Found Guilty of any Discipline Violation<br>• Repeatedly demonstrating poor behavior<br>• Decision Made by Restrictive Housing Committee |

Attachment K

# Baker / King / George (female) Wards Step Program Matrix

| Step I | Step II | Step III |
|---|---|---|
| **Intake:**<br>• Orientation and sign memo of expectations<br>• Inmate will be evaluated by mental health staff 72 hours after arrival for Step Placement<br><br>**Expectations:**<br>• Participate in prescribed activities – two groups per week for Baker Ward and minimum of three groups per week for King Ward.<br>• Medication compliance<br>• Participation in all appointments<br>• Follow rules and regulations<br>• One 15 minute telephone call with Treatment Team authorization<br>• Seven days per week, King Recreation – Six days per week<br>• Maintain personal hygiene | **Movement to Step II:**<br>• Minimum of 30 days in Step I<br>• Display behavior that is cooperative and respectful<br>• Be recommended by the Treatment Team.<br><br>**Expectations in Step II:**<br>• Continue to participate in prescribed activities - in prescribed activities – two groups per week for Baker and minimum of three groups per week for King<br>• Follow rules and regulations including DO 704.<br>• Demonstrate good work ethic<br>• Medication compliance<br>• Participation in all appointments | **Movement to Step III:**<br>• Minimum of 60 days in Step II<br>• Display behavior that is cooperative and respectful<br>• Be recommended by the Treatment Team<br>• Must show full engagement in program<br><br>**Expectations in Step III:**<br>• Baker Ward - prepare to transcend to a higher level of mental health program<br>• Baker Ward - participate in five groups per week and a minimum of three groups per week for King Ward<br>• Baker Ward inmates will participate in Rec. Therapy three times per week<br>• King Visitation – one 3 hour contact visit per week<br>• Phone - one 15 minute telephone call with Treatment Team authorization |
| • Baker Ward – meals served meals in house<br>• King Ward – meals served in the dining hall<br>• Baker Ward - have access to Token Program which allows additional recreation, library, and telephone access with approval from the Treatment Team<br>• Baker Visitation –one 2 hour non-contact visit with approval of the Treatment Team per week.<br>• King Visitation – one 3 hour contact visit per week<br>• Store - $60 on the specialized mental health store list per week with Treatment Team authorization | • King Visitation – one 3 hour contact visit per week<br>• King Recreation – Seven days per week<br>• One 15 minute telephone call with Treatment Team authorization<br>• Photos per DO 911<br><br>**Incentives in Step II:**<br>• Store - $80 on the specialized mental health store list per week with Treatment Team authorization<br>• Loaner TV program available per approval of Treatment Team<br>• Dinner meal Baker Ward offered in Dining area | • WIPP King Ward – Porter, Floor crew, Laundry Porter, Education Aids, Library Aids, ADA Porter<br>• Store - $100 on the specialized mental health store list per week with Treatment Team authorization<br>• Baker Visitation –one 2 hour non-contact visit with approval of the Treatment Team per week.<br>• King Ward – appliances per DO 909<br><br>**Incentives in Step III:**<br>• Fundraisers<br>• Photos per DO 911<br>• King Ward – appliances per DO 909 |
| | **Reduction to Step I:**<br>(may also result in removal from program or movement to a different unit)<br>• Refusal to program<br>• Decision made by the Treatment Team<br>• Consistently demonstrate poor socialization skills<br>• Found guilty of a Disciplinary violation with recommendation of the Treatment Team | **Reduction to Step II:**<br>(may also result in removal from program or movement to a different program)<br>• Refusal to program<br>• Decision made by the Treatment Team<br>• Found guilty of a Disciplinary violation with recommendation of the Treatment Team |
| | | • Baker Ward inmates may be eligible for placement at another inmate treatment unit<br>• Baker Ward –may receive additional activities based on the Token Program<br>• Baker Ward - Floor crew, Laundry Porter, Education Aids, Library Aids<br>• WIPP Baker Ward - Porter, Library Aids, ADA Porter<br>• WIPP King Ward - Porter, positive behavior evidenced by sustained |

EXHIBIT 2

CHAPTER: 800

Inmate Management

**DEPARTMENT ORDER:**

812 – Inmate Maximum Custody
Management and Incentive System

**OFFICE OF PRIMARY
RESPONSIBILITY:**

OPS

**Effective Date:**

July 24, 2019

**Amendment:**

N/A

**Supersedes:**

DI 326 (3/27/14)

**Scheduled Review Date:**

TBD

**ACCESS**

☐ **Contains Restricted Section(s)**

# Arizona Department of Corrections

## Department Order Manual



Charles L. Ryan, Director

# TABLE OF CONTENTS

PURPOSE ................................................................................................................1

RESPONSIBILITY ....................................................................................................1

PROCEDURES .........................................................................................................1

1.0      MAXIMUM CUSTODY MANAGEMENT OVERVIEW ...........................................1

2.0      MAXIMUM CUSTODY MANAGEMENT - INTAKE AND ASSESSMENT ...............1

3.0      MAXIMUM CUSTODY MANAGEMENT - SUBSEQUENT REVIEWS.....................2

4.0      STEP LEVELS – ALL MAXIMUM CUSTODY UNITS ..........................................3

5.0      STEP PROGRAM – MAXIMUM CUSTODY POPULATION ...................................3

6.0      RESTRICTIVE STATUS HOUSING PROGRAM (RSHP) ....................................4

7.0      ENHANCED MANAGEMENT HOUSING STATUS (EMHS) .................................5

8.0      DOCUMENTING MOVEMENT/EVENTS IN MAXIMUM CUSTODY .....................6

DEFINITIONS/GLOSSARY ......................................................................................6

FORMS LIST ............................................................................................................6

ATTACHMENTS .......................................................................................................6

## PURPOSE

This Department Order establishes procedures governing the Maximum Custody Management, and modifies the concept of programming Maximum Custody inmates involved in the commission of one the Forbidden Three Acts and the Guiding Principles developed by the Association of State Correctional Administrators (ASCA).

## RESPONSIBILITY

The Director has delegated the authority to revise the Program Matrices (Attachments B through I) to the Division Director for Prison Operations.

## PROCEDURES

1.0   MAXIMUM CUSTODY MANAGEMENT OVERVIEW - Maximum Custody Management is a system that requires inmates in Maximum Custody to work through a program, utilizing a step incentive system, providing the opportunity to participate in jobs, programs, and other out of cell activities. Based on behavior and programming, inmates may progress from controlled based housing to open privilege based housing where movement outside a cell is without restraint equipment. Inmates shall be assigned to Maximum Custody in accordance with Department Order #801, Inmate Classification.

2.0   MAXIMUM CUSTODY MANAGEMENT - INTAKE AND ASSESSMENT

2.1   Upon arrival at Maximum Custody, inmates shall initially be assigned to the intake and assessment area at the Arizona State Prison Complex (ASPC)–Eyman, Browning Unit, except the population groups that require specialty housing (Sex Offender/Protective Custody/Serious Mentally Ill (SMI)).

2.1.1   The Sex Offender/Protective Custody inmate population shall complete intake and assessment at the ASPC-Eyman, SMU I Unit.

2.1.2   The SMI inmate population shall complete intake and assessment at the ASPC-Florence, Kasson Unit.

2.2   The contract Mental Health Lead at each Complex shall be notified, by the Count/Movement Officer, of all movement into the intake area within 24 hours of inmates' arrival.

2.2.1   Within three calendar days of placement at intake, all Maximum Custody male inmates shall be evaluated by a contract mental health clinician for program/treatment needs. The mental health clinician shall provide any recommendations to the Chief of Security or shift commander for alternative placement into an appropriate program when clinically indicated.

2.3   Within five business days of an inmate's arrival at Maximum Custody, the Assessment Team, consisting of a Deputy Warden, Chief of Security, Correctional Officer (CO) IV, Correctional Sergeant, and CO III shall:

2.3.1   Orient new arrivals on the expectations of Maximum Custody utilizing orientation materials.

2.3.2   Conduct a face-to-face interview with the inmate.

2.3.3    Conduct a review to place inmates in the appropriate Maximum Custody housing location. The review shall include:

    2.3.3.1    The Maximum Custody Placement Checklist, which requires the following screenings to be completed:

        2.3.3.1.1    Do Not House With (DNHW) Restriction

        2.3.3.1.2    Prior Protective Custody history

        2.3.3.1.3    Relevant Security Threat Group (STG) information

        2.3.3.1.4    Adult Information Management System (AIMS), to include hard copy file review and housing restriction comments information

        2.3.3.1.5    Verification of Classification and Population type status

        2.3.3.1.6    Medical and Mental health needs status

        2.3.3.1.7    Additional information that may affect the safe, orderly, and secure operations of the institution upon placement

        2.3.3.1.8    Escape history

        2.3.3.1.9    Seriousness of the incident(s) resulting in placement in Maximum Custody

        2.3.3.1.10    Inmate's demeanor and attitude during the interview process

        2.3.3.1.11    Any special security concerns

2.3.4    Document on the appropriate AIMS screen the recommended housing (unit) location and step level.

2.4    Inmates classified to Maximum Custody Units shall be assigned to specific housing areas, using a system of steps for managing inmates in the least restrictive way necessary to carry out the Department's mission.

    2.4.1    This applies to all Maximum Custody groups, including all specialty population groups.

2.5    The CO IV or designee shall notify Central Office Movement to schedule all inmates requiring external movement from the intake area to other Maximum Custody Units.

    2.5.1    Assignments to specific housing areas within Maximum Custody and the step level assigned are not subject to the grievance or appeal process.

## 3.0   MAXIMUM CUSTODY MANAGEMENT - SUBSEQUENT REVIEWS

3.1    The purpose of the Program Team is to review inmates monthly to decide step movement, housing, and review program needs and completion. Any decision concerning the inmate's mental health well-being is chaired by the senior clinical staff member present (within the scope of their authority).

3.1.1 The Program Team shall be comprised of Correctional Series staff (i.e., Unit Administrator, Captain, CO IV, Correctional Lieutenant, Correctional Sergeant, CO III, and CO II that are assigned to the unit/housing area), and may include support services personnel (i.e., teachers, chaplains and treatment counselors) and contract Mental Health professionals (i.e., Psychologist, Psychology Associate, and **Behavioral Health** Technician).

3.2 During subsequent reviews, the Program Team shall determine the inmate's step level. Inmates begin the program in Step I, with Step I being the most restrictive, and Step III being the least. Advancement through step levels and/or movement to a less restrictive housing location requires completion of all mandatory programs (as assigned) and compliance with rules.

3.2.1 Inmates may receive additional programming as available in the Department's menu of programs.

3.2.2 The step system is suspended while the inmate is on mental health or security watch or temporarily absent (e.g., hospital, court, etc.).

4.0 STEP LEVELS – ALL MAXIMUM CUSTODY UNITS

4.1 General Requirements - Maximum Custody inmates are housed, as assigned by the locator code, at ASPC-Eyman (SMU I Unit), ASPC-Eyman (Browning Unit), ASPC-Florence (Central/Kasson Unit), ASPC-Lewis (Rast Unit), and ASPC-Phoenix.

4.1.1 **ASPC-Florence (Kasson Unit) houses inmates admitted to the Residential Program by the contract mental health staff.**

4.1.2 ASPC-Phoenix (Baker Ward) houses inmates admitted to the Inpatient Program by the contract mental health staff.

4.2 The step level incentives and requirements vary in out-of-cell activities based on the unit where the inmate is housed, as outlined in the Program Matrices, Attachments B through I.

5.0 STEP PROGRAM – MAXIMUM CUSTODY POPULATION, EXCEPT RESTRICTIVE/ENHANCED STATUS HOUSING PROGRAM

5.1 To qualify for advancement in steps and incentives, inmates must follow all program requirements on a daily basis. **Step advancements shall be determined by the Program Team.**

5.2 Inmates must comply with following requirements, unless otherwise documented in an **individual program plan:**

5.2.1 Grooming and Hygiene - In accordance with standards outlined in Department Order #704, Inmate Regulations.

5.2.2 Shower - Required to shower regularly.

5.2.3 Education and/or Program Classes – Are required to participate in designated classes/programs.

5.2.4 Refrain from creating excessive banging, noise, or yelling.

5.2.5 Refrain from being disrespectful.

5.2.6 Throwing any substance out of cell at staff or inmate(s) may result in disciplinary placement in alternative housing and prolonged stay in Step I.

5.2.7 Cell Cleanliness - In accordance with standards outlined in Department Order #704, Inmate Regulations.

** 5.2.8 Refrain from participating or communicating with Validated STGs.

5.3 Specific actions including, but not limited to, those referenced below may result in immediate forfeiture of time within the inmate's current step and may result in placement back to a lower Step. Program non-compliance and/or any disciplinary resulting in a Class A or B rule violation may result in reversion to Step I or removal from their current program or housing assignment.

5.3.1 Failure to comply with Department Order #704, Inmate Regulations

5.3.2 Assault of any type

5.3.3 Destruction of property

5.4 Upon the commission of a serious rule violation or significant negative behavior, the **Program Team** may convene prior to the scheduled meetings to determine step level regression or removal from the program.

*** 5.5 Inmates who have maintained Step III for a minimum of 30 consecutive days, without incident, are eligible for consideration for placement in a Close Custody housing location.

6.0 **RESTRICTIVE STATUS HOUSING PROGRAM (RSHP)** - The purpose of the Restrictive Status Housing Program (RSHP) addresses the Forbidden Three (serious assaults on staff, a serious inmate on inmate assault(s) with a weapon, or multiple inmates assaulting an inmate with a serious injury) offenses and give inmates an opportunity to modify behavior in a positive way so they can return to the general population.

6.1 The placement decision is made by the sending Complex Warden and the Regional Operations Director (ROD), in consultation with the receiving Complex Warden, based on the seriousness of the act and security concerns.

6.1.1 Inmates approved for RSHP shall be housed in the following designated units:

6.1.1.1 General Population: ASPC-Eyman, Browning Unit

6.1.1.2 Protective Custody: ASPC-Lewis, Rast Unit

6.2 Within three calendar days of placement, the contract mental health staff shall complete a face-to-face interview and provide immediate notification to the appropriate staff of any concerns or special needs.

6.3 Within three business days of an inmate being placed into the program, the Assessment Team shall conduct a face-to-face interview with the inmate. The Assessment Team shall:

6.3.1 Explain the reason for placement.

Case 2:12-cv-00601-ROS Document 3344-1 Filed 08/23/19 Page 27 of 48

6.3.2    Develop a program plan and discuss the plan with the inmate.

6.3.3    Explain requirements for the return to general population.

6.3.4    Document decisions on the program plan database form and in AIMS.

6.4    Within five business days of an inmate's program placement, a RSHP Independent Review Committee (RSHP Committee) shall review the initial placement decision to determine if the placement meets program criteria based on supporting documentation.

6.4.1    The RSHP Committee shall include, at a minimum, three Correctional Series staff (Deputy Warden, Chief of Security, and Classification CO IV), who do not work in the unit where the RSHP is located.

6.4.2    If the RSHP Committee has a conflicting assessment with the program placement decision, the final decision shall be made by the Division Director for Prison Operations or designee within the five business days.

6.4.3    Inmates classified as SMI shall not be placed in RSHP without review by the Health Services Contract Monitoring Bureau Mental Health Director and contract Mental Health Director.

6.5    The Assessment Team shall review inmates in RSHP for program participation and step progression a minimum of every 30 calendar days.

6.5.1    Contract mental health staff shall participate in all reviews by the Assessment Team for inmates that remain in the program longer than 180 calendar days.

6.5.2    The reviews shall be documented in the appropriate AIMS screens.

6.6    Property and privileges are limited during housing in this program as identified in Attachment D, Restricted Status Housing Program Step Matrix - Browning and Rast Units.

6.7    All inmates shall enter the program at Step I, with Step I being the most restrictive and Step III being the least restrictive.

6.7.1    Restraints are used at all steps in the RSHP.

## 7.0    ENHANCED MANAGEMENT HOUSING STATUS (EMHS)

7.1    Inmates who present exceptional security concerns, continued violations of the Forbidden Three acts, or are removed from RSHP may be placed in the Enhanced Management Housing Status (EMHS). Assigned EMHS inmates shall be housed within an area located in ASPC-Eyman, Browning Unit.

7.2    The decision for placement in EMHS is made by the ROD and the sending Complex Warden, in consultation with the receiving Complex Warden, based on the seriousness of the act and security concerns.

7.3    Within three calendar days of placement into EMHS housing, the contract mental health staff shall complete a face-to-face interview and provide immediate notification to the appropriate staff of any concerns or special needs.

7.4 Within five business days of an inmate's placement, the unit Deputy Warden shall send a synopsis to the ROD (not involved in placement), who shall conduct an independent review of the initial placement decision to determine if the placement meets criteria based on supporting documentation.

    7.4.1 If there is a conflicting assessment with the placement decision, the final decision shall be made by the Division Director for Prison Operations or designee within the five business days.

    7.4.2 Inmates classified as SMI shall not be placed in EMHS without review by the Health Services Contract Monitoring Bureau Mental Health Director and contract Mental Health Director.

7.5 The decision to remove an inmate from EMHS is made by the ROD and Complex Warden, in consultation with Division Director for Prison Operations.

7.6 Full restraints, to include a lead chain and camera shall be used at all steps in the EMHS.

8.0 DOCUMENTING MOVEMENT/EVENTS IN MAXIMUM CUSTODY

8.1 Movement of inmates from their assigned cell shall be documented on the Maximum Custody Out of Cell, Form 812-01.

8.2 When utilizing the Maximum Custody Out of Cell form, staff shall record an inmate's time out of cell. A refusal by the inmate for any movement will require the appropriate "refusal" entry on the form. To verify the refusal, either the inmate or a second staff member who witnessed the refusal should, where feasible considering safety/security/operations concerns, sign the Comments section on the back of the Maximum Custody Out of Cell form.

## DEFINITIONS/GLOSSARY

Refer to the Glossary of Terms

## FORMS LIST

812-1, Maximum Custody Out of Cell

## ATTACHMENTS

Attachment A - Guiding Principles – Restrictive Housing
Attachment B – Browning Unit (GP / STG / Condemned Row)
Attachment C – SMU I / Rast Maximum Custody - Step Program Matrix
Attachment D – Restricted Status Housing Program Step Matrix - Browning and Rast Units
Attachment E – Mental Health Program Matrix – Baker Ward and Kasson Mental Health Unit
Attachment F – Enhanced Management Step Status Matrix
Attachment G – Browning Mandatory Programs
Attachment H – Central / SMU I / Rast Maximum - Mandatory Programs
Attachment I – Restrictive Housing Mandatory Programs

## ATTACHMENT A

### GUIDING PRINCIPLES – RESTRICTIVE HOUSING

1.  Provide a process, a separate review for decisions to place an inmate in Maximum Custody;

2.  Provide periodic classification reviews of inmates in Maximum Custody every 180 calendar days or less;

3.  Provide in-person mental health assessments, by trained contract personnel within three calendar days of an inmate being placed in Maximum Custody and periodic mental health assessments thereafter including an appropriate mental health treatment plan;

4.  Provide structured and progressive levels that include increased privileges as an incentive for positive behavior and/or program participation;

5.  Determine an inmate's assignment to Maximum Custody based on the nature and level of threat to the safe and orderly operation of general population as well as program participation, rule compliance and the recommendation of the person(s) assigned to conduct the classification review;

6.  Provide appropriate access to contract health and mental health staff and services;

7.  Provide access to visiting opportunities;

8.  Provide appropriate exercise opportunities;

9.  Provide the ability to maintain proper hygiene;

10. Provide program opportunities appropriate to support transition back to a general population setting or to the community;

11. Collect sufficient data to assess the effectiveness of implementation of these guiding principles;

12. Initiate a review of all inmates in Maximum Custody by persons independent of the placement authority to recommend the inmates' need for continued placement in Maximum Custody;

13. Require all staff assigned to work in Maximum Custody Units receive appropriate training in managing inmates on Maximum Custody status.

## ATTACHMENT B

| | | | |
|---|---|---|---|
| **BROWNING UNIT (GP / STG / Condemned Row (\*\*))** | | | |
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | Orientation and sign Memo of Expectations for Maximum Custody Step Plan | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, Inmate Regulations <br> • Participate in prescribed programs/classes/individual in-cell study groups as per program plan (Attachment G) <br> • Participate in the Reentry Program for all those within 18 months of release | • Follow Rules and Regulations including Department Order #704, Inmate Regulations <br> • Participate in prescribed programs/classes/individual groups as per program plan (Attachment G) <br> • Demonstrate positive social interaction skills | • Follow Rules and Regulations including Department Order #704, Inmate Regulations <br> • Participate in prescribed programs/classes/individual groups as per program plan (Attachment G) <br> • Maintain "meets expectation" on all work evaluations <br> • Consistently demonstrate positive social interaction skills <br> • Demonstrate good work ethic |
| Step Level Advancement <br><br> (recommended by Program Team) | To Step II: <br> • Minimum of 30 calendar days in Step I <br> • Display behavior that is cooperative and respectful <br> • No discipline in previous 30 calendar days | To Step III: <br> • Minimum of 30 calendar days in Step II <br> • Display behavior that is cooperative and respectful <br> • Must complete or actively participating in all programs as per program plan | N/A |
| Step Level Reduction <br><br> (decision by Program Team on a case-by-case basis) | N/A | To Step I: <br> • Found guilty of a Class A or B rule violation <br> • Two or more Class C rule violations within 90 calendar days while in Step II <br> • Refusal to program <br> • Consistently demonstrate poor socialization skills, and/or non-cooperative behavior | To Step II: <br> • Found guilty of a Class C disciplinary violation <br> • Repeated demonstration of poor behavior <br><br> To Step I: <br> • Found guilty of a Class A or B rule violation <br> • Refusal to program <br> • Consistently demonstrate poor socialization skills, and/or non-cooperative behavior |
| Store | $60/week - $80/Holiday | $80/week - $120/ Holiday | $100/week - $160/ Holiday |
| Phone | 1 per week/15 minutes in duration | 2 per week/15 minutes in duration | 3 per week/15 minutes in duration |
| Visitation | One, 2-hour non-contact visit block per week | Two, 2-hour non-contact visit blocks per week | Three, 2-hour non-contact visit blocks per week |

| BROWNING UNIT (GP / STG / Condemned Row (**)) | | |
|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Recreation | Three, 2.5-hour blocks per week in the standard enclosure | Three, 2.5-hour blocks per week, one of which can be in the 10x10 interactive enclosure | • Recreational Activities: <br>   • For GP – One, 2.5-hour block per month in 20x40 basketball enclosure (up to eight inmates) <br>   • For GP and STG - Three, 2.5-hour blocks per week in the 10x10 interactive enclosures <br>   • For Condemned Row – Four, 2.5-hour blocks per week of outdoor recreation - All can be in the 10x10 interactive enclosures <br> • In pod recreation <br> • Recreation with another inmate in accordance with Department Order #704, Inmate Regulations |
| Hobby Craft | None | Origami and pencil drawing supplies | Origami and pencil drawing supplies |
| Resource Center/Library Access | Yes | Yes | Yes |
| TV (*) | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every month within security limitations on certain items |
| Other | None | Participate in fundraisers | • Participate in fundraisers <br> • WIPP - Jobs as pod porter <br> • Unrestrained escorts – may be eligible |

(*) Loaner televisions (TV) are issued upon availability with an emphasis on delivery of programing content. Priority is given to inmates in Mental Health Programs and Restrictive Housing. Inmates who are no longer indigent or in the Maximum Custody Steps process shall forfeit access to the loaner TV program.

(**) Condemned Row program requirement is voluntary.

CHAPTER: 800
812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM

## ATTACHMENT C

| Item | Step I | Step II | Step III |
|---|---|---|---|
| **SMU I / RAST MAXIMUM CUSTODY - STEP PROGRAM MATRIX** | | | |
| Intake | Orientation and sign Memo of Expectations for Maximum Custody Step Plan | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, <u>Inmate Regulations</u><br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• Participate in the Reentry Program for all those within 18 months of release | • Follow Rules and Regulations including Department Order #704, <u>Inmate Regulations</u><br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• Demonstrate positive social interaction skills | • Follow Rules and Regulations including Department Order #704, <u>Inmate Regulations</u><br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• Maintain "meets expectation" on all work evaluations<br>• Consistently demonstrate positive social interaction skills<br>• Demonstrate good work ethic |
| Step Level Advancement<br><br>(recommended by Program Team) | <u>To Step II:</u><br>• Minimum of 30 calendar days in Step I<br>• Display behavior that is cooperative and respectful<br>• No discipline in previous 30 calendar days | <u>To Step III:</u><br>• Minimum of 30 calendar days in Step II<br>• Display behavior that is cooperative and respectful<br>• Must complete or actively participate in all programs as per program plan | N/A |
| Step Level Reduction<br><br>(decision by Program Team on a case-by-case basis) | N/A | <u>To Step I:</u><br>• Found guilty of a Class A or B rule violations<br>• Two or more Class C rule violations within 90 calendar days while in Step II<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior | <u>To Step II:</u><br>• Found guilty of a Class C disciplinary violation<br>• Repeatedly demonstrating poor social interaction skills<br><br><u>To Step I:</u><br>• Found guilty of Class A or select B disciplinary violations<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior |
| Store | $60/week - $80/ Holiday | $80/week - $120/Holiday | $100/week - $160/Holiday |
| Phone | 1 per week/15 minutes in duration | 2 per week/15 minutes in duration | 3 per week/15 minutes in duration |
| Visitation | One, 2-hour non-contact visit block per week | Two, 2-hour non-contact visit blocks per week (Dependent upon space and scheduling) | • Three, 2-hour non-contact visit blocks per week (Dependent upon space and scheduling) (SMU)<br>• One, 4-hour contact visit block per week (Dependent upon space and scheduling) (Rast) |

| SMU I / RAST MAXIMUM CUSTODY - STEP PROGRAM MATRIX | | | |
|---|---|---|---|
| Item | Step I | Step II | Step III |
| Recreation | Three, 2.5-hour blocks per week to include 10x10 enclosure (two inmates) | • Three, 2.5-hour blocks per week 10x10 enclosure (two inmates), and;<br>• One, 2.5-hour block per month in 20x40 basketball enclosure (up to eight inmates) | • Three, 2.5-hour blocks per week to include one-time per month in 10x10 enclosure (two inmates), and;<br>• One, 2.5-hour block per month in 20x40 basketball enclosure (up to eight inmates), and;<br>• One 2.5-hour block per month in 50x90 (up to 32 inmates) |
| Hobby Craft | N/A | Origami and pencil drawing supplies | Origami and pencil drawing supplies |
| Resource Center/Library Access | Yes | Yes | Yes |
| TV (*) | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every other month within security limitations on certain items |
| Other | N/A | Participate in fundraisers | • Participate in fundraisers<br>• WIPP – Eligible for porter<br>• Unrestrained escorts - may be eligible |

(*) Loaner televisions (TV) are issued upon availability with an emphasis on delivery of programing content. Priority is given to inmates in Mental Health Programs and Restrictive Housing. Inmates who are no longer indigent or in the Maximum Custody Steps process shall forfeit access to the loaner TV program.

CHAPTER: 800
812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM

## ATTACHMENT D

| RESTRICTED STATUS HOUSING PROGRAM STEP MATRIX - BROWNING AND RAST UNITS | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | Orientation and sign Memo of Expectations | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Mandatory participation in recreation/programs/classes/individual groups as per program plan<br>• Maintain Personal Hygiene – Mandatory shower three times a week | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Mandatory participation in recreation/programs/classes/individual groups as per program plan<br>• Demonstrate positive social interaction skills<br>• Must not have received any discipline in previous 30 calendar days<br>• Maintain Personal Hygiene – Mandatory shower three times a week | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Mandatory participation in recreation/programs/classes/individual groups as per program plan<br>• Consistently demonstrate positive social interaction skills<br>• Prepare for reentry to the General Population<br>• Maintain Personal Hygiene – Mandatory shower three times a week |
| Step Level Advancement<br><br>(recommended by RSHP Committee) | To Step II:<br>• Minimum of 30 calendar days in Step I<br>• Display behavior that is cooperative and respectful<br>• Must have completed programs designated by the RSHP Committee | To Step III:<br>• Minimum of 60 calendar days in Step II<br>• Must have continued to display behavior that is cooperative and respectful<br>• Must have completed all Prescribed Programs as per the Program Plan | Minimum of 30 calendar days in Step III |
| Step Level Reduction<br><br>(decision by RSHP Committee on a case-by-case basis) | N/A | To Step I:<br>• Found guilty of any discipline violation<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior | To Step II:<br>• Found guilty of any disciplinary violation<br>• Repeatedly demonstrating poor behavior<br><br>To Step I:<br>• Found guilty of Class A or select B disciplinary violations<br>• Refusal to program |
| Store | $10/week – hygiene and stationary only | $15/week ($10/hygiene, $5/limited store menu) | $20/week ($10/hygiene, $10/limited store menu) |
| Phone | None | None | 1 per week/15 minutes in duration |
| Visitation | None | One, 2-hour non-contact visit block per month | Two, 2-hour non-contact visit blocks per month |

| RESTRICTED STATUS HOUSING PROGRAM STEP MATRIX - BROWNING AND RAST UNITS | | | |
|---|---|---|---|
| Item | Step I | Step II | Step III |
| Recreation | Three, 2.5-hour blocks per week in the standard enclosure | Three, 2.5-hour blocks per week in the standard enclosure | Three, 2.5-hour blocks per week in the standard enclosure |
| Hobby Craft | None | None | None |
| Resource Center/Library Access | Yes only for active legal cases | Yes only for active legal cases | Yes only for active legal cases |
| TV (*) | Yes | Yes | Yes |
| Securepak | N/A | Once every other month within security limitations on certain items | Once every other month within security limitations on certain items |
| Other | Allowable personal property:<br><br>• 1 box of verified legal material (current active cases only)<br>• Religious material consistent with detention placement<br>• 1 each of hygiene items (shampoo, soap, etc.)<br>• 1 book (from books kept by the RSHP, not the Resource Center/library) (**)<br><br>Clothing and hygiene:<br>• 2 jumpsuits<br>• 2 t-shirts<br>• 2 boxers<br>• 2 pairs socks<br>• Deck shoes and/or shower shoes<br>• 1 towel, and washcloth | Same as Step I | Personal property allowance as determined by the RSHP Committee. (**) |

(*) Loaner televisions (TV) for those that do not currently have a TV for use with ETV programming as determined by the RSHP Committee.

(**) RSHP personal property can be issued upon graduation, pending movement.

## ATTACHMENT E

| Item | MENTAL HEALTH PROGRAM MATRIX – BAKER WARD AND KASSON MENTAL HEALTH UNIT | | |
|---|---|---|---|
| | Step I | Step II | Step III |
| Intake | • Orientation and sign Memo of Expectations | N/A | N/A |
| Expectations | Participate in prescribed programs/classes/individual groups as per program plan as defined by the Program Team | Participate in prescribed programs/classes/individual groups as per program plan as defined by the Program Team | Participate in prescribed programs/classes/individual groups as per program plan as defined by the Program Team |
| Step Level Advancement | To Step II: Minimum of 30 calendar days in Step I or as determined on a case by case basis by the Program Team | To Step III: Minimum of 60 calendar days in Step II or as determined on a case by case basis by the Program Team | N/A |
| Step Level Reduction | N/A | To Step I: Decision made by the Program Team as defined in the Program Plan | To Step I and II: Decision made by the Program Team as defined in the Program Plan |
| Store | $60/week - $80/Holiday Limited items specialized mental health store list with Program Team authorization | $80/week - $120/ Holiday Limited items specialized mental health store list with Program Team authorization | $100/week - $160/ Holiday Limited items specialized mental health store list with Program Team authorization |
| Phone | 1 per week/15 minutes in duration | 2 per week/15 minutes in duration | 3 per week/15 minutes in duration |
| Visitation | One, 2-hour non-contact visit block with approval of the Program Team per week | • One, 2-hour non-contact visit block with approval of the Program Team per week<br>• One, 3-hour contact visit block per week (Kasson) | • One, 2-hour non-contact visit block with approval of the Program Team per week<br>• One, 4-hour contact visit block and utilize vending machine (Kasson) |
| Recreation | • Seven days per week, 1-hour block (Phoenix)<br>• Three, 3-hour blocks per week in the 10x10 (Kasson) | • Seven days per week, 1-hour block (Phoenix)<br>• Three, 3-hour blocks per week in a combination of 20x20 and 20x40 (Kasson) | • Seven days per week,1-hour block (Phoenix)<br>• Three, 3-hour blocks per week in a combination of 20x20 and 40x40 (Kasson) |
| Hobby Craft | Origami and pencil drawing supplies as determined by Program Team | Origami and pencil drawing supplies as determined by Program Team | Origami and pencil drawing supplies as determined by Program Team |
| Resource Center/Library Access | See "other" for reference to Resource Center/library | Yes | Yes |
| TV (*) | Yes | Yes | Yes |

| MENTAL HEALTH PROGRAM MATRIX -- BAKER WARD AND KASSON MENTAL HEALTH UNIT | | | |
|---|---|---|---|
| Item | Step I | Step II | Step III |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every other month within security limitations on certain items |
| Other | • Meals served in house<br>• Access to Token Program which allows additional incentives with approval from the Program Team | • Dinner meal offered in Dining area (Phoenix)<br>• Fundraisers<br>• WIPP – Eligible for a job<br>• Access to Token Program which allows additional incentives with approval from the Program Team | • Fundraisers<br>• Photos per Department Order #911, Inmate Visitation<br>• Access to Token Program which allows additional incentives with approval from the Program Team<br>• WIPP – Eligible for a job |

(*)Loaner televisions (TV) for those that do not currently have a TV for use with ETV programming with mental health treatment team approval.

CHAPTER: 800
812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM

PAGE 1 OF 2
JULY 24, 2019

## ATTACHMENT F

| ENHANCED MANAGEMENT STEP STATUS MATRIX | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Intake | Orientation and sign Memo of Expectations for Maximum Custody Step Plan | N/A | N/A |
| Expectations | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in self-study programs as per program plan<br>• Participate in the Reentry Program for all those within 18 months of release<br>• Remain disciplinary free | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in self-study programs as per program plan<br>• Demonstrate positive social interaction skills<br>• Participate in the Reentry Program for all those within 18 months of release<br>• Remain disciplinary free | • Follow Rules and Regulations including Department Order #704, Inmate Regulations<br>• Participate in prescribed programs/classes/individual groups as per program plan<br>• Consistently demonstrate positive social interaction skills<br>• Participate in the Reentry Program for all those within 18 months of release |
| Step Level Advancement<br><br>(recommended by ROD and Complex Warden) | • Minimum of 90 calendar days in Step I<br>• Display behavior that is cooperative and respectful<br>• Be discipline free | • Minimum of 90 calendar days in Step II<br>• Display behavior that is cooperative and respectful<br>• Must complete or actively participating in all programs as per program plan<br>• Be disciplinary free | N/A |
| Step Level Reduction<br><br>(decision by ROD and Complex Warden on a case-by-case basis) | N/A | • Found guilty of a Class A or B violation<br>• Two or more Class C rule violations within 90 calendar days while in Step II<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative or violent behavior | Reduction to Step II:<br>• Found guilty of a Class C disciplinary violation<br>• Repeated demonstration of poor behavior<br><br>Reduction to Step I:<br>• Found guilty of a Class A or B violation<br>• Refusal to program<br>• Consistently demonstrate poor socialization skills, and/or non-cooperative behavior |
| Store | $60/week - $80/ Holiday | $60/week - $80/ Holiday | $60/week - $80/ Holiday |
| Phone | 1 per week/15 minutes in duration | 1 per week/15 minutes in duration | 1 per week/15 minutes in duration |
| Visitation | One, 2-hour non-contact visit block per week | One, 2-hour non-contact visit block per week | One, 2-hour non-contact visit block per week |
| Recreation | Three, 2.5-hour blocks each week | Three, 2.5-hour blocks each week | Three, 2.5-hour blocks each week |

### ENHANCED MANAGEMENT STEP STATUS MATRIX

| Item | Step I | Step II | Step III |
|---|---|---|---|
| Hobby Craft | None | None | None |
| Resource Center/Library Access | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once per quarter within security limitations on certain items | Once per quarter within security limitations on certain items |
| Other | TV and personal property in accordance with Department Order #909, Inmate Property | TV and personal property in accordance with Department Order #909, Inmate Property | TV and personal property in accordance with Department Order #909, Inmate Property |

CHAPTER: 800
812 -- INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM

JULY 24, 2019

## ATTACHMENT G

| BROWNING MANDATORY PROGRAMS | | | |
|---|---|---|---|
| Step Level | Mandatory Move to Next Level | Addictive Behaviors | If Releasing Within 6 Months - Mandatory |
| Step Level 1 Initial Placement | • Self-Control - self study<br><br>• Responsible Thinking - self study | N/A | Merging two Worlds - self study |
| Step Level 1 Step Down | Hazelden - Socialization Workbook - Part 1 - *Where Have I Been?* - self study | N/A | Merging two Worlds - self study |
| Step Level 2 Initial Placement | • Self-Control - classroom<br><br>• Hazelden - Socialization Workbook - Parts 1 & 2 - *Where Have I Been?* and *What Works, What Doesn't* - classroom | • Substance Abuse - classroom<br><br>• Only if Inmate has an SA problem! (SA Intervention Level > 2) | Merging two Worlds — classroom |
| Step Level 2 Step Down | • Self-Control - classroom<br><br>• Hazelden - Socialization Workbook - Part 2 - *What Works, What Doesn't* - classroom | • Substance Abuse - classroom<br><br>• *Only if Inmate has an SA problem! (SA Intervention Level > 2)* | Merging two Worlds - classroom |
| Step Level 3 Initial Placement | • Responsible Thinking - classroom<br><br>• Hazelden - Socialization Workbook - Part 3 - *How Do I Change?* - classroom | N/A | Merging two Worlds - classroom |
| Step Level 3 Step Down | • Responsible Thinking - classroom<br><br>• Hazelden - Socialization Workbook - Part 3 - *How Do I Change?* - classroom | N/A | Merging two Worlds - classroom |

NOTE: SA class is not voluntary if the Program Team determines the inmate needs it (SA Intervention Level > 2:  see AIMS Needs Score Information).

• Programs classes may be selected by the RSHP Committee drawn from a menu of an approved menu of Department programs.

CHAPTER: 800
812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM                                    JULY 24, 2019

## ATTACHMENT H

| CENTRAL / SMU I / RAST MAXIMUM - MANDATORY PROGRAMS | | | | |
|---|---|---|---|---|
| Level | Mandatory Move to Next Level | Addictive Behaviors | Additional Options | If Releasing Within 6 Months - Mandatory |
| Level 1 Initial Placement | • Self-Control - self study<br>• Responsible Thinking – self study | N/A | Social Values – self study | Merging two Worlds - self study |
| Level 1 Step Down | Core Skills – self study | N/A | N/A | Merging two Worlds - self study |
| Level 2 Initial Placement | • *Self-Control - classroom<br>• *Responsible Thinking – classroom | • *Substance Abuse - classroom<br>• *Only if inmate has an SA problem! (SA Intervention Level > 2) | • Hazelden - Socialization Workbook<br>• *Money Management - classroom<br>• *Social values - classroom | Merging two Worlds – classroom |
| Level 2 Step Down | *Core Skills –classroom | N/A | N/A | Merging two Worlds - classroom |
| Level 3 Initial Placement | • *Feelings - classroom<br>• Changing Offender Behavior (may start in Level 2)<br>• *Money Management - classroom | N/A | • Hazelden - Socialization Workbook<br>• *Money Management - classroom<br>• *Social values - classroom<br>• *Core Skills – classroom | Merging two Worlds - classroom |
| Level 3 Step Down | • *Feelings - classroom<br>• Changing Offender Behavior (may start in Level 2) | N/A | N/A | Merging two Worlds - classroom |

[*] Not applicable to Close Custody/Condemned Row inmates housed at Central Unit. Structured mandatory controlled groups may be assigned as determined by the RSHP Committee.

NOTE: SA class is not voluntary if the Program Team determines the inmate needs it (SA Intervention Level >2: see AIMS Needs Score Information). Once first course of programming is completed, the RSHP Committee may assign additional programs to complete.

CHAPTER: 800
812 -- INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM

JULY 24, 2019

## ATTACHMENT I

| RESTRICTIVE HOUSING MANDATORY PROGRAMS | | | |
|---|---|---|---|
| Level | Mandatory Move to Next Level | Addictive Behaviors | If Releasing Within 6 Months - Mandatory |
| Level 1 | Self-Control - self study | N/A | • Merging two Worlds - self study<br><br>• Responsible Thinking - self study |
| Level 2 | • Social Values – classroom<br><br>• Responsible Thinking - classroom<br><br>• Core Skills - classroom | • Substance Abuse - classroom<br><br>• *Only if inmate has an SA problem! (SA Intervention Level > 2)* | Merging two Worlds - classroom |
| Level 3 | Feelings - classroom | N/A | Merging two Worlds - classroom |

Please note that 12 Step Meetings are voluntary.   However, the SA class is not voluntary if the Program Team determines the inmate needs it (SA Intervention Level > 2;  see AIMS Needs Score Information).

EXHIBIT 3



| **Arizona Department of Corrections** <br> **Inmate – Policy Notification** | | |
|---|---|---|
| **DEPARTMENT ORDER** <br><br> 812, Inmate Maximum Custody Management and Incentive System | **ISSUED** <br><br> June 24, 2019 <br> 8·2·19 <br> Received | **NOTIFICATION NUMBER** <br><br> 19-15 |

This information is to be posted for **a minimum of 30** days in areas accessible to inmates and shall be made available to inmates who do not have access to posted copies. This notification contains changes that are related to inmate issues/concerns only.

Department Order 812, Inmate Maximum Custody Management and Incentive System, has been implemented and will be effective **July 24, 2019.**

This Department Order specifies the procedures governing the Maximum Custody Management and modifies the concept of programming Maximum Custody inmates involved in the commission of one the Forbidden Three Acts and the Guiding Principles developed by the Association of State Correctional Administrators (ASCA).

EXHIBIT   4

Received
7.30.19
3:20 PM

# Arizona Department of Corrections

## ASPC-Eyman Browning Unit

### MEMORANDUM

TO:        Inmate Population
FROM:    Deputy Warden Days, ASPC-Eyman
DATE:    7/24/2019
SUBJECT: DO 812

Effective 7/24/2019 in compliance with DO 812 all GP, Stg and Condemned Row inmates are now eligible for step level increases. RSHP and Enhanced security are not eligible. Inmates must comply with the following requirements, unless otherwise documented in an individual program plan:

- Grooming and Hygiene - In accordance with the standards outlined in Department Order #704, Inmate Regulations.
- Shower - Required to shower regularly.
- Education and/or Program Classes — Are required to participate in designated classes/programs.
- Refrain from creating excessive banging, noise, or yelling.
- Refrain from being disrespectful.
- Throwing any substance out of cell at staff or inmate(s) may result in disciplinary placement in alternative housing and prolonged stay in Step I.
- Cell Cleanliness - In accordance with the standards outlined in Department Order #704, Inmate Regulations.

Upon the commission of a serious rule violation or significant negative behavior, the Program Team may convene prior to the scheduled meetings to determine step level regression or removal from the program.

Recreation will be conducted as follows:
Step 1 - For GP, STG and Condemned Row Three, 3-hour blocks per week in the chute enclosure.
Step 2 - For GP, STG and Condemned Row Three, 3-hour blocks per week in the chute enclosure, one of which **may** be in the 10x10 interactive enclosures.
Step 3 - For GP and STG - Three, 3-hour blocks per week in the chute enclosure, to include one-time per week, in the 10x10 enclosures.
Step 3 - For GP only — One, 3-hour block per month in 20x40 basketball enclosure in place of 10x10 enclosures.
Step 3 - For Condemned Row — Four, 3-hour blocks per week in the chute enclosure this **may** be in the 10x10 interactive enclosures.

EXHIBIT 5

## BROWNING UNIT (GP / STG / Condemned Row (**))

| Item | Step I | Step II | Step III |
|---|---|---|---|
| Recreation | Three, 2.5-hour blocks per week in the standard enclosure | Three, 2.5-hour blocks per week, one of which can be in the 10x10 interactive enclosure | • Recreational Activities:<br>  • For GP – One, 2.5-hour block per month in 20x40 basketball enclosure (up to eight inmates)<br>  • For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10 enclosures<br>  • For Condemned Row – Four, 2.5-hour blocks per week of outdoor recreation - All can be in the 10x10 interactive enclosures<br>• In pod recreation<br>• Recreation with another inmate in accordance with Department Order #704, Inmate Regulations |
| Hobby Craft | None | Origami and pencil drawing supplies | Origami and pencil drawing supplies |
| Resource Center/Library Access | Yes | Yes | Yes |
| TV (*) | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every month within security limitations on certain items |
| Other | None | Participate in fundraisers | • Participate in fundraisers<br>• WIPP - Jobs as pod porter<br>• Unrestrained escorts – may be eligible |

*Respectively the same* (handwritten annotation)

(*) Loaner televisions (TV) are issued upon availability with an emphasis on delivery of programing content. Priority is given to inmates in Mental Health Programs and Restrictive Housing. Inmates who are no longer indigent or in the Maximum Custody Steps process shall forfeit access to the loaner TV program.

(**) Condemned Row program requirement is voluntary.