EXHiBiT 6

## BROWNING UNIT PHONE / REC / SHOWER / PHONE USE SCHEDULE

| AM SHIFT | SATURDAY | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|---|---|
| **WEEK 1 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 1, 2, 3, 4, 5 | 6, 7, 8, 9, 0 | 2, 4, 1, 3, 5 | 0, 8, 6, 9, 7 | NO CHUTE REC | 5, 4, 3, 2, 1 | 9, 8, 7, 6, 0 |
| PHONE CALLS | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 |
| OUTSIDE REC1 | KING STEP 2 | IDA STEP 2 | A71 – CLOSE MGMT | IDA STEP 3 | A71 – CLOSE MGMT | JOHN STEP 3 | GEORGE STEP 2 |
| OUTSIDE REC2 | STEP-DOWN STEP 2 | KING STEP 3 | JOHN STEP 3 | GEORGE STEP 3 | KING STEP 3 | IDA STEP 3 | A71 – CLOSE MGMT |
| OUTSIDE REC3 | JOHN STEP 2 | N/A | GEORGE STEP 3 | STEP-DOWN STEP 3 | GEORGE STEP 3 | STEP-DOWN STEP 3 | N/A |
| REC TEAM POD ORDER | 1, 2, 3, 4, 5, 6 | 2, 3, 4, 5, 6, 1 | 4, 5, 6, 1, 2, 3 | 4, 5, 6, 1, 2, 3 | 5, 6, 1, 2, 3, 4 | 6, 1, 2, 3, 4, 5 | 1, 2, 3, 4, 5, 6 |
| **WEEK 2 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 2, 3, 4, 5, 1 | 7, 8, 9, 0, 6 | 4, 1, 3, 5, 2 | 8, 6, 9, 7, 0 | NO CHUTE REC | 4, 3, 2, 1, 5 | 8, 7, 6, 0, 9 |
| PHONE CALLS | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 |
| OUTSIDE REC1 | KING STEP 2 | IDA STEP 2 | A71 – CLOSE MGMT | IDA STEP 3 | A71 – CLOSE MGMT | JOHN STEP 3 | GEORGE STEP 2 |
| OUTSIDE REC2 | STEP-DOWN STEP 2 | KING STEP 3 | JOHN STEP 3 | GEORGE STEP 3 | KING STEP 3 | IDA STEP 3 | A71 – CLOSE MGMT |
| OUTSIDE REC3 | JOHN STEP 2 | N/A | GEORGE STEP 3 | STEP-DOWN STEP 3 | GEORGE STEP 3 | STEP-DOWN STEP 3 | N/A |
| REC TEAM POD ORDER | 3, 4, 5, 6, 1, 2 | 4, 5, 6, 1, 2, 3 | 5, 6, 1, 2, 3, 4 | 6, 1, 2, 3, 4, 5 | 1, 2, 3, 4, 5, 6 | 2, 3, 4, 5, 6, 1 | 2, 3, 4, 5, 6, 1 |
| **WEEK 3 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 3, 4, 5, 1, 2 | 8, 9, 0, 6, 7 | 1, 3, 5, 2, 4 | 6, 9, 7, 0, 8 | NO CHUTE REC | 3, 2, 1, 5, 4 | 7, 6, 0, 9, 8 |
| PHONE CALLS | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 |
| OUTSIDE REC1 | KING STEP 2 | IDA STEP 2 | A71 – CLOSE MGMT | IDA STEP 3 | A71 – CLOSE MGMT | JOHN STEP 3 | GEORGE STEP 2 |
| OUTSIDE REC2 | STEP-DOWN STEP 2 | KING STEP 3 | JOHN STEP 3 | GEORGE STEP 3 | KING STEP 3 | IDA STEP 3 | A71 – CLOSE MGMT |
| OUTSIDE REC3 | JOHN STEP 2 | N/A | GEORGE STEP 3 | STEP-DOWN STEP 3 | GEORGE STEP 3 | STEP-DOWN STEP 3 | N/A |
| REC TEAM POD ORDER | 2, 3, 4, 5, 6, 1 | 4, 5, 6, 1, 2, 3 | 6, 1, 2, 3, 4, 5 | 6, 1, 2, 3, 4, 5 | 1, 2, 3, 4, 5, 6 | 2, 3, 4, 5, 6, 1 | 3, 4, 5, 6, 1, 2 |
| **WEEK 4 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 4, 5, 1, 2, 3 | 9, 0, 6, 7, 8 | 3, 5, 2, 4, 1 | 9, 7, 0, 8, 6 | NO CHUTE REC | 2, 1, 5, 4, 3 | 6, 0, 9, 8, 7 |
| PHONE CALLS | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 |
| OUTSIDE REC1 | KING STEP 2 | IDA STEP 2 | A71 – CLOSE MGMT | IDA STEP 3 | A71 – CLOSE MGMT | JOHN STEP 3 | GEORGE STEP 2 |
| OUTSIDE REC2 | STEP-DOWN STEP 2 | KING STEP 3 | JOHN STEP 3 | GEORGE STEP 3 | KING STEP 3 | IDA STEP 3 | A71 – CLOSE MGMT |
| OUTSIDE REC3 | JOHN STEP 2 | N/A | GEORGE STEP 3 | STEP-DOWN STEP 3 | GEORGE STEP 3 | STEP-DOWN STEP 3 | N/A |
| REC TEAM POD ORDER | 4, 5, 6, 1, 2, 3 | 5, 6, 1, 2, 3, 4 | 6, 1, 2, 3, 4, 5 | 1, 2, 3, 4, 5, 6 | 2, 3, 4, 5, 6, 1 | 3, 4, 5, 6, 1, 2 | 4, 5, 6, 1, 2, 3 |
| **WEEK 5 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 5, 1, 2, 3, 4 | 0, 6, 7, 8, 9 | 5, 2, 4, 1, 3 | 7, 9, 0, 8, 6 | NO CHUTE REC | 1, 5, 4, 3, 2 | 0, 9, 8, 7, 6 |
| PHONE CALLS | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 |
| OUTSIDE REC1 | KING STEP 2 | IDA STEP 2 | A71 – CLOSE MGMT | IDA STEP 3 | A71 – CLOSE MGMT | JOHN STEP 3 | GEORGE STEP 2 |
| OUTSIDE REC2 | STEP-DOWN STEP 2 | KING STEP 3 | JOHN STEP 3 | GEORGE STEP 3 | KING STEP 3 | IDA STEP 3 | A71 – CLOSE MGMT |
| OUTSIDE REC3 | JOHN STEP 2 | N/A | GEORGE STEP 3 | STEP-DOWN STEP 3 | GEORGE STEP 3 | STEP-DOWN STEP 3 | N/A |
| REC TEAM POD ORDER | 5, 6, 1, 2, 3, 4 | 6, 1, 2, 3, 4, 5 | 1, 2, 3, 4, 5, 6 | 2, 3, 4, 5, 6, 1 | 3, 4, 5, 6, 1, 2 | 4, 5, 6, 1, 2, 3 | 5, 6, 1, 2, 3, 4 |
| **WEEK 6 – CHUTE REC & SHOWER (FLOOR OFFICER)** | 5, 1, 2, 3, 4 | 0, 6, 7, 8, 9 | 5, 2, 4, 1, 3 | 7, 9, 0, 8, 6 | NO CHUTE REC | 1, 5, 4, 3, 2 | 0, 9, 8, 7, 6 |
| PHONE CALLS | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 |
| OUTSIDE REC1 | KING STEP 2 | IDA STEP 2 | A71 – CLOSE MGMT | IDA STEP 3 | A71 – CLOSE MGMT | JOHN STEP 3 | GEORGE STEP 2 |
| OUTSIDE REC2 | STEP-DOWN STEP 2 | KING STEP 3 | JOHN STEP 3 | GEORGE STEP 3 | KING STEP 3 | IDA STEP 3 | A71 – CLOSE MGMT |
| OUTSIDE REC3 | JOHN STEP 2 | N/A | GEORGE STEP 3 | STEP-DOWN STEP 3 | GEORGE STEP 3 | STEP-DOWN STEP 3 | N/A |
| REC TEAM POD ORDER | 6, 1, 2, 3, 4, 5 | 1, 2, 3, 4, 5, 6 | 2, 3, 4, 5, 6, 1 | 3, 4, 5, 6, 1, 2 | 4, 5, 6, 1, 2, 3 | 5, 6, 1, 2, 3, 4 | 6, 1, 2, 3, 4, 5 |

6 - WEEK ROTATING SCHEDULE UPDATED: 2/27/2019

EXiBiT 7

BROWNING UNIT RECREATION AND PHONE USE SCHEDULE
Updated 08/01/2019

6 - WEEK ROTATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **WEEK 1 - CHUTE REC & SHOWER (FLOOR OFFICERS)** | 1, 2, 3, 4, 5 | 6, 7, 8, 9, 0 | 2, 4, 1, 3, 5 | 0, 8, 6, 9, 7 | NO CHUTE REC | 5, 4, 3, 2, 1 | 9, 8, 7, 6, 0 |
| PHONE CALLS | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 |
| OUTSIDE REC 1 (South) | Able 1-5 | George 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | George 2-5 | Fox 3-4 | John 4-6 |
| OUTSIDE REC 3 (South) | Baker 4-5 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | | | | | King 4-6 |
| **WEEK 2 - CHUTE REC & SHOWER (FLOOR OFFICERS)** | 2, 3, 4, 5, 1 | 7, 8, 9, 0, 6 | 4, 1, 3, 5, 2 | 8, 6, 9, 7, 0 | NO CHUTE REC | 4, 3, 2, 1, 5 | 8, 7, 6, 0, 9 |
| PHONE CALLS | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 |
| OUTSIDE REC 1 (South) | Able 1-5 | George 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | George 2-5 | Fox 3-4 | John 4-6 |
| OUTSIDE REC 3 (South) | Baker 4-5 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | | | | | King 4-6 |
| **WEEK 3 - CHUTE REC & SHOWER (FLOOR OFFICERS)** | 3, 4, 5, 1, 2 | 8, 9, 0, 6, 7 | 1, 3, 5, 2, 4 | 6, 9, 7, 0, 8 | NO CHUTE REC | 3, 2, 1, 5, 4 | 7, 6, 0, 9, 8 |
| PHONE CALLS | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 |
| OUTSIDE REC 1 (South) | Able 1-5 | George 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | George 2-5 | Fox 3-4 | John 4-6 |
| OUTSIDE REC 3 (South) | Baker 4-5 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | | | | | King 4-6 |
| **WEEK 4 - CHUTE REC & SHOWER (FLOOR OFFICERS)** | 4, 5, 1, 2, 3 | 9, 0, 6, 7, 8 | 3, 5, 2, 4, 1 | 9, 7, 0, 8, 6 | NO CHUTE REC | 2, 1, 5, 4, 3 | 6, 0, 9, 8, 7 |
| PHONE CALLS | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 |
| OUTSIDE REC 1 (South) | Able 1-5 | George 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | George 2-5 | Fox 3-4 | John 4-6 |
| OUTSIDE REC 3 (South) | Baker 4-5 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | | | | | King 4-6 |
| **WEEK 5 - CHUTE REC & SHOWER (FLOOR OFFICERS)** | 5, 1, 2, 3, 4 | 0, 6, 7, 8, 9 | 5, 2, 4, 1, 3 | 7, 9, 0, 8, 6 | NO CHUTE REC | 1, 5, 4, 3, 2 | 0, 9, 8, 7, 6 |
| PHONE CALLS | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 | PODS 5 & 6 | PODS 1 & 2 | PODS 3 & 4 |
| OUTSIDE REC 1 (South) | Able 1-5 | George 6 | Lincoln 1-3 | Easy 1-2 | | Fox 1-2 | John 1-3 |
| OUTSIDE REC 2 (North) | George 1 | Ida 5-6 | Lincoln 4-6 | Easy 3-4 | George 2-5 | Fox 3-4 | John 4-6 |
| OUTSIDE REC 3 (South) | Baker 4-5 | Henry 1-3 | Baker 1-3 | Easy 5-6 | | Fox 5-6 | King 1-3 |
| OUTSIDE REC 4 (North) | Ida 1-4 | Henry 4-6 | | | | | King 4-6 |

EXHIBIT 8

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

4-IdA-34

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| OLSON Raymond | 185267 | Eyman, Browning | 7.27.19 |

| TO | LOCATION |
|---|---|
| NORTH Regional Director DIAZ | EYMAN COMPLEX/Central OFFICE |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

MISS. DIAZ I'm writing you this kite in a good faith attempt to correct a injustice forced upon the STG's & Death Row prisoners. DW Days and Her Agents/admin are undeservingly depriving the STG's & Death Row classes their Incentives (per) the parsons V. Ryan, DI:326, which is now superseded by department orders 812 effective 7.24.19 1.) STG & Death Row prisoners never received "No" (30) day noti-fication (as policy Requires) that the 812 would be superseding DI 326 2.) Department orders and policy Are NOT suggestions but are infact a guideline that staff and inmates (MUST) follow. 3.) DW. Days and Her Agents passed out a recreation schedule this week that shows (2)-2.5 hour blocks in the 10X10 interactive enclosure was taken away. 4.) These two classes of inmate did (Nothing) to provoke such draconian action to be taken by the administration.. These classes of inmates have positively programed and maintained good Behavior etc..(per)the department orders 812 Attachment (B) page 2 of 2. STEP III "recreation activities" "For condemned Row (4)-2.5 hr blocks (per week) of outside recreation (all) can be "in" the 10X10 interactive en-closures.. For GP and STG's (3)-2.5hr blocks (per blocks) (3)-2.5 hr blocks (per week) "in" the 10X10 interactive enclosures.. AZ DOC and its (Agents) made a choice to remain willfully ignorant of (any) of this and chose Not to problematicly Address this issue.. This admin has known or should have known in the proper performance of their professional duties that this policy was going into effect July 24th 2019 "Now they for "some reason" feel they can take away incentives mandated by policy for (2) specific groups. And adding in another group. And still not providing the minimum to (all) 3-classes (per) policy

I'm specificly writing you in good faith attempt to hopefully Address this issue that it is going on under Your Tenior. rrr

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Raymond S Olson | 7.27.19 |

Have You Discussed This With Institution Staff?  ☑ Yes   ☐ No

If yes, give the staff member's name: SSU, Recreation Team ETC

Note: Using profanity, insulting, obscene, or abusive language and/or addressing staff with inappropriate names or making inappropriate remarks in this written correspondence (or verbal communication to staff concerning this correspondence), will not be tolerated and may result in no response to the correspondence and/or discipline pursuant to Department Order 803, Inmate Disciplinary Procedure.

Distribution:   Original — Master File
Copy - Inmate

916-1
5/10/17

EXHIBiT 9

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.    Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| OLSON RAYMOND | 185267 | Eymaw, Browning | 7.27.19 |

| TO | LOCATION |
|---|---|
| CO III Wilde | CO III Office Ida |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I'm writing this kite to informally resolve the following issue. DW. Days and her agents / admin are undeservingly depriving the STG's & death row prisoners their incentives per the Parsons V. Ryan, Di 326, which is now superseded by DO:812 effective 7.24.19. 1.) STG's & death row prisoners never received the 30 day notification that DO:812 would be superseding DI.326. 2.) DW. Days and her agents / admin passed out a recreation schedule this week that has taken away (2) — 2.5 hr blocks (in) the 10x10 interactive enclosure. 3.) These two classes of inmates did (nothing) to provoke this unwarranted action. These classes of inmates have programed and maintained good behavior etc. per the Department order 812 Attachment (B) page 2 of 2. Step III recreation activities for condemned Row. (4) — 2.5 hr blocks (per week) of outside recreation (all) can be "in" the 10x10 interactive enclosures.. for GP and STG's (3) — 2.5 hr blocks (per week) "in" the 10x10 interactive enclosures ... AZ doc and its agents made a choice to kick the can down the road and chose not to problematicly address this issue. When they knew for atleast the last 6 months to a year this policy was going into effect .. now they believe its ok to take away incentives from 2 - specific groups. and add in another group. And still not provide the minimum incentives to (all) (3) - classes (per) policy ...

AZ doc are here by placed on notice. (all) 3 - classes are requesting their incentives (per) policy as outlined! Before these classes are forced to notify the Aclu & Media and seek further Litigation to [Receive] incentives consistant with the policy

This draconian action undermines the stated purpose of Di 326, Parsons, DO:812

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Raymond S Olson | 7.27.19 |

Have you discussed this with institution staff?    ☐ Yes    ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

| BROWNING UNIT (GP / STG / Condemned Row (**)) | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Recreation | Three, 2.5-hour blocks per week in the standard enclosure | Three, 2.5-hour blocks per week, one of which can be in the 10x10 interactive enclosure | • Recreational Activities:<br>    • For GP -- One, 2.5-hour block per month in 20x40 basketball enclosure (up to eight inmates)<br>    • For GP and STG - Three, 2.5-hour blocks per week in the 10x10 interactive enclosures<br>    • For Condemned Row -- Four, 2.5-hour blocks per week of outdoor recreation - All can be in the 10x10 interactive enclosures<br> • In pod recreation<br> • Recreation with another inmate in accordance with Department Order #704, Inmate Regulations |
| Hobby Craft | None | Origami and pencil drawing supplies | Origami and pencil drawing supplies |
| Resource Center/Library Access | Yes | Yes | Yes |
| TV (*) | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every month within security limitations on certain items |
| Other | None | Participate in fundraisers | • Participate in fundraisers<br> • WIPP - Jobs as pod porter<br> • Unrestrained escorts -- may be eligible |

(*) Loaner televisions (TV) are issued upon availability with an emphasis on delivery of programing content. Priority is given to inmates in Mental Health Programs and Restrictive Housing. Inmates who are no longer indigent or in the Maximum Custody Steps process shall forfeit access to the loaner TV program.

(**) Condemned Row program requirement is voluntary.

| BROWNING UNIT (GP / STG / Condemned Row (**)) | | | |
|---|---|---|---|
| **Item** | **Step I** | **Step II** | **Step III** |
| Recreation | Three, 2.5-hour blocks per week in the standard enclosure | Three, 2.5-hour blocks per week, one of which can be in the 10x10 interactive enclosure | • Recreational Activities:<br>   • For GP – One, 2.5-hour block per month in 20x40 basketball enclosure (up to eight inmates)<br>   • For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10 enclosures<br>   • For Condemned Row – Four, 2.5-hour blocks per week of outdoor recreation - All can be in the 10x10 interactive enclosures<br>• In pod recreation<br>• Recreation with another inmate in accordance with Department Order #704, Inmate Regulations |
| Hobby Craft | None | Origami and pencil drawing supplies | Origami and pencil drawing supplies |
| Resource Center/Library Access | Yes | Yes | Yes |
| TV (*) | Yes | Yes | Yes |
| Securepak | Once per quarter within security limitations on certain items | Once every other month within security limitations on certain items | Once every month within security limitations on certain items |
| Other | None | Participate in fundraisers | • Participate in fundraisers<br>• WIPP - Jobs as pod porter<br>• Unrestrained escorts – may be eligible |

(*)  Loaner televisions (TV) are issued upon availability with an emphasis on delivery of programing content.  Priority is given to inmates in Mental Health Programs and Restrictive Housing. Inmates who are no longer indigent or in the Maximum Custody Steps process shall forfeit access to the loaner TV program.

(**) Condemned Row program requirement is voluntary.



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| OLSON, RAYMOND S. | 185267 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint dated 7/27/2019 regarding what you state is DW Days instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

You provided with your complaint two (2) different versions of Department Order 812 Attachment B.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level. If you wish to move forward with the Grievance Procedure, you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature | Date |
|---|---|
| COIII T. Wilde *(signature)* | 7·30·19 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Josefowicz

TITLE

CO"

**Inmate Grievance**

| BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|
| 11808 | 7/30/2019 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Olson Raymond | 185267 | 7·31·19 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Eyman, Browning | A21-303-019 |

TO: GRIEVANCE COORDINATOR

Description of Grievance (To be completed by the Inmate)                    GF Supplement ATTACHED

I HEREBY incorporate my INFORMAL AS FACTUAL Based.. FACTS & DO:812 SHORED UP by RELEASED POLICY VIA THE COURTS. CASE 2:18-CV-01146-DGC-JZB DOCUMENT 44-1 Filed 7·1·19 PAGE 48 OF 94 ... AZDOC, DW, DAYS AND HER AGENTS/ADMIN. HAVE ATTEMPTED TO REMOVE LONG STANDING INCENTIVES/ PRIVILEGES. THAT HAVE BEEN ESTAB-lished Since THE inception OF DIRECTORS INSTRUCTION 326·3-27-14. IT IS THE NORM WHEN A DIRECTORS ORDER SUP-erSEDES A INSTRUCTION IT IS CONSISTENT WITH THE DIRECTORS INSTRUCTION TO ENSURE INMATES ARE NOT deprived THERE standing liberties /privileges. (WITH OUT PROPER DUE PROCESS) IN ORDER FOR INMATES TO LOSE privileges HE HAS TO de-monstrate (some) Kind OF Bad Behavior. AS OUTLINED IN DI 326 & DO:812 STEP LEVEL REDUCTION DI 326 ATTACH-MENT (F) & DO:812 ATTACHMENT (F) PAGE 1 OF 2.. FOR STEP (3) REDUCTION TO STEP (2) "FOUND GUILTY OF A CLASS C disciplinary Violation" (REPEATED) demonstration OF POOR behavior. To STEP 1 "Found guilty OF A CLASS A OR B disciplinary Violation" "Refusal TO PROGRAM" CONSISTENTLY demonstrated POOR SOCIALIZATION Skills, AND OR

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

THE STG CLASS REQUEST THIS LANGUAGE Be CHANGED BACK TO ITS PROPER FORM WHERE IT (IS) CONSISTANT WITH THE PREVIOUS DI 326 POLICY. AND THE STG & CONDEMNED ROW HAVE THERE PREVIOUS INTERACTIVE CAGE RECREATION SCHEDULE RESTORED ....
IE. FOR C·P AND STG THREE 2.5hr blocks PER WEEK IN THE 10X10 INTERACTIVE ENCLOSURE

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Raymond OLSON | 7·31·19 | CoIII Monaghan for CoIV Van Winkle | 8/2/19 |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:   White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Olson Raymond | 185267 | Browning Eyman | A21-303-019 |

Non-Cooperative Behavior... The STG & Death Row Classes (did) None of The Above... when The Recreation Schedule was Publicly Submitted Both Classes Seen They (all) Had Been Reduced To (1) Interactive Cage Rec a Week. Thus Inmates Started Arguing There Case Based off of The DO1812 Released (BY) The Courts In the Above Case... I will Highlight The Attachment (B) Page 2 of 2 Step III Here * Recreational Activities * For GP- One, 2.5-hour Block Per Month in 20x40 Basketball Enclosure (up To Eight Inmates) * For GP And STG (3)- 2.5- hour Blocks Per week in The 10x10 Interactive Enclosure. * For Condemned Row - (4)-25-Hour Blocks Per Week of Outdoor Recreation (all) Can Be In The 10x10 Interactive Enclosures. * In Pod Recreation * Recreation with Another Inmate in Accordance With Department Order 704.... This Language Respectively (is) Consistant With Directors Instruction 328 at Attachment (F) & Attachment (I)... (except Revised (4). Outdoor Recreation Periods Down To (3) all Can Be In The 10x10 Interactive Enclosures As Shown Attachment (F)... When These (2) Classes Started Arguing This at DOC, On Days, And Her Agents Came up with (Some) Mysteriously Revised Attachment (B) Page 2 of 2 This Mysteriously Took Place Between 7.1.19 & 7.24.19 On The Revised Attachment (B) 2 of 2 Step III The Language Is Only Changed at The Section For GP And STG. I'll Highlight That Here * For GP And STG (3)- 2.5- Blocks Per week, (To Include One Time Per week, in The 10x10 Enclosures)... Now When You Look at The Language Respectively with Step II Recreational Activities They (Are) The Same. I'll Highlight That Here * (3)- 2.5 Hour Blocks Per Week One of Which Can Be In The 10x10 Interactive Enclosure... Thus Reducing a Whole Class of STG Inmates To Step II Incentives/Privileges. With (No) Activity (OR) Behavior For Said Reduction As Outlined Above. STG Receive (No) Other Incentives In This Step (3) Recreation Activity Section As It Stands Today IE. No Incentive (No) Matter How Inmates Received This From The Courts, OR Received Said Revised Version of This Department Order As Soon As They Seen The Rec Schedule And Revised Policy (all) Would Have Filed

| Signature | Date |
|---|---|
| Raymond Olson | 7.31.19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Olson, Raymond | 185267 | ASPC-E/Browning | A21-303-019 |

2

I have reviewed your inmate grievance case A21-303-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date |
|---|---|
| | 8/19/19 |

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DISTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter Response**

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| Olson, Raymond | 185267 |
| INSTITUTION/UNIT | |
| Eyman/Browning | |

| FROM *(Last, First M.I.) (Please print)* | LOCATION |
|---|---|
| CO III Monaghan | Programs |

This is a notification that grievance # A21-303-019 that you submitted on 7/31/19 was not deemed as an "emergency" by the Browning unit Administration. This will be processed under normal timeframes.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| B. Monaghan | 8/2/19 |

EXHIBIT 10

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Jones, McRyan, Ray | 245309 | EYman / Browning | 07-27-2019 |

| TO | LOCATION |
|---|---|
| CO III Wilde | Browning |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm writing this Kite to informally resolve The following issue. DW. Days and her agents/administration are undeservingly depriving The STG & Death row Prisoners Their incentives Per The Parsons V. Ryan. Di: 326 Which is now Superseded by the DO 812 whis has gone into effect as of 7-24-19 (1.) STG & death row Prisoners Never received The 30 day Notification That DO:812 would be Superseding Di:326. (2) DW. Days and her agents/administration passed out a recreation Schedule This week that has taken away Run 2.5 hr blocks in The 10x10 interactive enclosure. (3) These Two classes of inmates have done Nothing to provoke This unwarranted Action. These Classes of inmates have programed and Maintained good behavior ETC. Per The DO:812 attachment (B) Page 2 of 2. Step III Recreational Activities  * For Condemned Row (4) 2.5 hr blocks (Per week) of outside recreation (All) can be 'in' The 10x10 interactive enclosures. * For GP and STG (3) 2.5 hr blocks (Per week) "in" the 10x10 interactive enclosures. AZ DOC and its agents Made a choice to Kick The can down the road and not Problematicaly address This issue when they Knew for atleast The last 6 Months to a year This policy was going into effect. Now They believe it's ok To Take away incentives From Two Specific Groups. And add in another group, and still not provide The MiniMum incentives To (All) 3. Classes per Policy.

AZ DOC Are hereby placed on Notice. (All) 3 Groups are requesting Their incentives per policy As outlines! Before They are Forced to Notify the ACLU & Media and Seek further litigation to receive incentives Consistent With the policy

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
|  | 7-27-19 |

Have you discussed this with institution staff?    ☐ Yes    ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| JONES, MARYAN R. | 245309 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint dated 7/27/2019 regarding what you state is DW Days instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

 For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level. If you wish to move forward with the Grievance Procedure, you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature | Date |
|---|---|
| *[signature]* | 7/30/19 |

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| | | |
|---|---|---|
| | Title | _(signature)_ |
| | Badge Number 90554 | Date 8.1.19 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Jones, MaRyan, Ray | 245309 | 8-1-19 |
| Institution/Facility | Case Number | |
| Eyman Browning | AZ1-309-019 | |

To: Grievance Coordinator

---

**Description of Grievance** (To be completed by the inmate)                                                    GF attached

I hereby incorporate my informal as factual bases... facts & DO:812 shored up by released policy via The Courts.. Case 2:18-CV-01146-DGC-JZB Document 44-1 Filed 7-1-19 page 48 of 94... AZ DOC, DW. Days and her admin. have attempted to remove long standing incentives/privileges. that have been established since the inception of DI 326. 3-27-14 it is the norm when a Directors order supersedes a instruction it is consistent with the Directors instruction to ensure. inmates are not deprived their standing. liberties/privileges. (without proper due process) in order for inmates to lose privileges he has to demonstrate (same) kind of bad behavior. As out lined in DI 326. & DO: 812 step level reduction DI 326 Attachment (F) & DO: 812 - Attachment (B) page 1 of 2 ... For step 3 reduction to step 2 one must be found guilty of a Class (C) dis-ciplinary violation. *(Repeated) demonstration of poor behavior. To step 1 * found guilty of a Class (A) or (B) violation. * Refusal to program * Consistantly demonstrated poor socialization skills. and or non-cooperative behavior... The STG & Death Row classes have done. (None) of the above... when the new recreation schedule was publicly submitted. both classes seen they (all) had been reduced to 1 interactive cage rec a week. Thus inmates started arguing their case based off of

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

The STG class request this language be changed back to it's proper form where it (is) consistant with the previous DI:326 policy. and the STG & condemned Row have their previous interactive cage rec schedule restored...

We ask that this please be taken care of.

Thank you

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| _(signature)_ | 8-1-19 | COIII Monaghan For COIV Van Winkle | 8/5/19 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Jones, MaRyan, Ray | 245309 | EyMan Browning | A21-309-019 |

The Do:812 Released (By) the Courts in the above case. I Will highlight the attachment (B) Page 2 OF 2 Step III here * recreational activities * for Gp 1 2.5 hr block per Month in 20x40 Basketball cage, (Up to 8 inmates). * for Gp 3 STG 3 2.5 hr blocks per week, in the 10x10 interactive enclosure... For condemned-Row 4 2.5 hr blocks per week of outdoor rec (All) can be in the 10x10 interactive enclosure' In park rec * Rec with another inmate in accordance with Do:704... This language Respectfully (is) Consistant with DI 326 attachment (F) & Attachment (I)... (except Revised (4) outdoor rec periods down to (3) All can be in the 10x10 interactive enclosures as Shown attachment (F)... When these two classes started arguing this, AzDoc, D.W. Days and her admin came up with (a) Mysteriously revised Attachment (B) page 2 OF 2. This Mysteriously Took place Between 7-1-19 & 7-24-19 on the revised attachment (B) 2 of 2 Step III the language is Only changed at the section for Gp 3 STG. I'll highlight that here. for GP 3 STG (3) 2.5 hr blocks per week. 1 of which can be in the 10x10 enclosure... Now When you look at the language respectfully with Step II rec Activities They (Are) The same. I'll highlight that here * (3) 2.5 hr blocks per week 1 of which can be in the 10x10 interactive enclosure... Thus reducing as outlined above... The STG inmates to Step II incentives/privileges. With (No) activity (or) behavior for Raid reduction as outlined above. STG receive (No) other incentives in this Step (3) rec activity Section. as it Stands today IE: No Incentives... (No) Matter how inmates received this from the Courts, or received Said revised version of This Department Order, as soon as They Been the Rec Schedule and revised Policy (All) Would have Filed...

| Signature | Date |
|---|---|
|  | 8-1-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Jones, MaRyan | 245309 | ASPC-E/Browning | A21-309-019 |

I have reviewed your inmate grievance case A21-309-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date |
|---|---|
| *[signature]* | *[handwritten date]* |

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DESTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

EXHIBIT 11



# ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Kuyiyesva William | 129061 | Eyman/Browning | 7/25/19 |

| TO   CoIII Wilde | LOCATION   Ida CoIII office |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm Writing This Kite To Informally Resolve The Following Issue D.W. Days And Her Agents/Admin Are Undeservingly Depriving The "STG" & Death Row Prisoners Their Incentives Per The Parsons V. Ryan Di 326 Which Is Now Superseded By Do. 812 Effective 7/24/19.) 1. STG & Death Row Prisoners Never Received The 30 Day Notification That Do. 812 Would Be Superseding DI. 326.) (2. DW Days And Her Agents/Admin Passed Out A Recreation Schedule This Week That Has Taken Away (2) 2½ Hour Blocks In The 10 X 10 Interactive Enclosure.) (3. These Two Classes Of Inmates Did (Nothing) To Provoke This Unwarranted Action. These Classes Of Inmates Have Programed And Maintained Good Behavior ETC. Per The Department Order 812 Attachment (B) Page 2 of 2. Step III Recreation Activities For Condemned Row (4) 2½ Hour Blocks (Per Week) Of Outside Recreation (All) Can Be "In" The 10 X 10 Interactive Enclosures For GP And STG '(3) 2½ HR Blocks (Per Week) "In" The 10 X 10 Interactive Enclosures. A2 DOC And Its Agents Made A Choice To Kick The Can Down The Road And Chose Not To Prob- lematicaly Address The Issue. When They Knew For At Least The Last 6 Months To A Year This Policy Was Going Into Effect. Now They Believe It's Okay To Take Away Incentives From 2-Specific Groups And Add To Another Group And Still Not Provide The Minimum Incentives To (All) (3)-Classes Per Policy

A2 DOC Are Here Placed On Notice (All)-3-Classes Are Requesting Their Incentive (Rec) Policy As Outlined Before These Classes Are Forced To Notify ACLU Media And Seek Further Litigation To Receive Incentives Consistent With The Policy.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *(signature)* | 7/25/19 |

Have you discussed this with institution staff?   ☐ Yes   ☒ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| KUYIYESVA, WILLIAM A. | 129061 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint dated 7/25/2019 regarding what you state is DW Days instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level. If you wish to move forward with the Grievance Procedure, you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature COIII | Date 7/30/19 |
|---|---|

Distribution:   Original - Inmate
               Copy – Grievance Coordinator File

802-12(e)
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| | Received By |
|---|---|
| | *Wallace* |
| | Title *CO#* |
| | Badge Number *10145* | Date *8-1-19* |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Kuyvesva, Willia— | 129061 | 7/31/19 |
| Institution/Facility | Case Number | |
| Browning/Eyman | A21-302-019 | |
| To: Grievance Coordinator | | |

**Description of Grievance** (To be completed by the inmate)    ( GF Supplement Attached )

I Hereby Incorporate My Informal As Factual Bases. Footie Do: 312 Showed Up By Released Policy Via The Courts Case 2:18-CV-0146-DGG-32B Doc. 44-1 Filed 7-1-19 Pg 48 of 94... AZ DoC, On Days And Her Agents/Admins Have Attempted To Remove Long Standing Incentives/Privileges That Have A Been Established Since The Inception Of DI 326 3-27-14. It It Is The Norm When A Directors Order Supercedes A Instruction It It Is Consistant With The Directors Instruction To Ensure Inmates Are Not Deprived There Standing Liberties/Privileges (Without Proper Due Process) To Order For Inmates To Lose Privileges He Has To Demonstrate (Some) Kind Of Bad Behavior As Outlined In DI 326B Do: 312 Step Level Reduction DI 326 Attachment

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

The STG Class Request That Language Be Changed Back To It's Proper Form Where It It Is Consistant With The Previous DI 326 Policy And The STG # Condemed Row Have There Previous Interactive Cage Recreation Schedule Restored

IE For GP And STG Three 2½ Hour Blocks Per Week In The 10X10 Interactive Enclosure.

| Inmate's Signature | Date 7/31/19 | Grievance Coordinator's Signature | Date 8/2/19 |
|---|---|---|---|
| | | CoOII Naughn for COIV VanWinkle | |

| Action taken by | | Documentation of Resolution or Attempts at Resolution. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
12/19/12

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Kuyiyerva, William | 129061 | Browning/Eyman | A21-302-019 |

(F) ¢ Do.812 Attachment (B) Pg 1 of 2 For Step (3) Reduction To Step (2) Found Guilty Of A Class C Disciplin Violation (Repeated) Demonstration Of Poor Behavior. To Step I Found Guilty Of A Class A Or B Disciplinary Violation "Refusal To Program" Consistantly Demonstrate Poor Socialization Skills And Or Non-Cooperation Behavior The STG & Death Row Classes (Did) None Of The Above. When The Recreation Schedule Was Publicly Submitted Both Class Seen They (All) Had Been Reduced To (1) Interactive Cage Rec A Week. This Inmates Started Arguing There Case Based Off Of The Do.812 Released By The Courts In The Above Case. I Will Highlight The Attachment (A) Pg 2 of 2 Step III Here × Recreational Activities For GP. 1 2½ HR Blocks Per Week In Their 20X10 ~~Interactive~~ Basketball Enclosers (Up To 8 Inmates/ For GP And STG (3) - 2½ HR Blocks Per Week. In Their 10X10 Interactive Enclosers. For Condemed Row - (4) - 2½ Hour Blocks Per Week Of Outdoor Rec (All) Can Be In 10X10 Enclosers In Pod Rec Recreation With Another Inmates In Accordence With Department Order 704... This Language Respectfully (is) Consistant With DI(704) 326 At Attachment (F) ¢ Attachment (i) ... (Except Revised 4) Outdoor Rec Period Down To (3) All Can Be In 10X10 Interactive Enclosers As Shown Attachment (FI... When These Two Classes Started Arguing This AZ Doc DW Day And Her Agents Came Up With Some Mysteriously Revised Attachment ¢ Pg 2 of 2 This Mysteriously Took Place Between 7-1-19 (704) 7-24-19 On The Revised Attachment (B) Pg 2 of 2 Step III The Language Is Only Changed At The Section For GP ¢ STG I'll Highlight That Here For GP And STG (B) 2½ Blocks Per Week To Include One Time Per Week In 10X10 Enclosure 1. Now When You Look At The Language Respectfully With Step II Rec Activities They (Are) The Same Ill Highlight That Here. (3) 2½ HR Blocks Per Week One Of Which Can Be In The 10X10 Interactive Enclosure. This Reducing A Whole Class Of STG To Step II Incentives/ Privileges. With No Activity (or) Behavior For Said Reduction As Outlined Above. STG Receive (No) Other Incentives In This Step (3) Rec Activity Section As It Stands Today If No Incentives (No) Matter How Inmates Recieved This From The Courts Or Recieved Said Revised Version Of This Dept Order As Soon As They Seen The Rec Schedule And Revised Policy (All) Would Have Filed

| Signature | Date |
|---|---|
| K_____ | 7/31/19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Kuyiyesva, William | 129061 | ASPC-E/Browning | A21-302-019 |

2

I have reviewed your inmate grievance case A21-302-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date |
|---|---|
| | |

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DISTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

EXHiBiT 12

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Resolution**   4-I-33

*Complaints are limited to one page and one issue.* Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Brummer Joseph | 160622 | Eyman Browning | 7-28-19 |

| TO | LOCATION |
|---|---|
| Co. III Wilde | Programs / IDA CoIII's office |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am writing to "attempt" to informally resolve the following issue at the administrative level. D.W. Days and her "agents" are undeservingly and intentionally depriving the STG's and death row prisoners of their incentives (Per) Parsons v. Ryan, DI. 326, which has now been Superseded by Department order 812. 1). Department orders and policy are not suggestions but are in fact a guideline that staff and inmates must follow. 2). STG and death row prisoners recieved "NO" (30) day notification (as policy requires) that the DO. 812 would be superseding DI. 326. 3). D.W. Days and her "agents" passed out a recreation schedule this week that shows that (2) 2.5 hour blocks "in" the 10x10 interactive enclosure was taken away. 4) These two classes of inmates did (nothing) to provoke such draconian action to be taken by the administration. These classes of inmates have positively programed and maintained excellent behavior Etc... As shown by Step (3). See Brummer V. Ryan, and also (per) The DO 812 attach. (B) page 2 of 2 - Step (III) recreation activities for condemned Row (4)-2.5 hour blocks (per week) of outside recreation (all) can be "in" the 10x10 interactive enclosure.. for Sp and STG's (3) 2.5 hour blocks (per week) "in" the 10x10 interactive enclosure.. AZ doc and its "agent" made a choice to remain willfully ignorant of any of this and simply chose not to meaningfully attempt to address this issue... They have know or should have known in the proper performance of their professional duties that this policy was going into effect July 24th 2019. Now they for "some reason" feel they can take away incentives from (2) specific groups with zero due process being offered.

I am here by placing AZ D.o.c on notice that these violations must be address for all (3) classes, and that D.o. 812 must be followed to the "T" or legal action will be taken in this matter. Thank you.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Joseph B | 7-28-19 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL:   White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

| **ARIZONA DEPARTMENT OF CORRECTIONS**<br><br>**Inmate Informal Complaint Response** | *For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.* |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| BRUMMER, JOSEPH B. | 160622 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint dated 7/28/2019 regarding what you state is DW Days instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level. If you wish to move forward with the Grievance Procedure, you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature   COIII _[signature]_ | Date 7/30/9 |
|---|---|

Distribution:   Original - Inmate
              Copy – Grievance Coordinator File

802-12(e)
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED BY
*Wallace*

TITLE
*CoII*

| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|
| 10145 | 8-1-19 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Brummer Joseph | 160622 | 7-31-19 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Eyman / Browning unit. | A21-301-019 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** *(To be completed by the Inmate)*

I hereby, incorparate my informal as a Factual Basis. Facts & D.O.:812 shored up by released policies Via the courts. see Brummer V. Ryan 2:18-cv-01146-DGC-(JZB) document 44-1 Filed 7-1-19 page 48 of 94... Az doc. Dir. Days and her agents / admin. Have attempted to remove / delete long standing incentives/privileges that have been established since the very inception of D.I. 326, on 3-27-14. It's the "norm" that when a Directors order Supersets an instruction, it is consistant with the directors instruction to ensure inmates are not deprived there standing liberties / privileges [without "first" being afforded "Proper" dere process]. In order for an inmate to lose "any type" of a privilege, he must have first demonstrated (Same kind kind) of bad / negative behavior, As is "clearly" outlined in D.I. 326 & D.O.:812-Step level reduction. D.I. 326 attachment (F) & D.O.:812 attachment

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

The entire STG class Respectfully request this language to be changed back to Its proper form where it (is) consistant with the previse DI 326 policy. And The STG's & Death row to have their interactive cage recreation schedule restored. Basically what I am saying is dont punish + step punishing inmates for following the rules for over (5) years. Thank you

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Joseph Brm | 7-31-19 | COII Monaghan For COIV Van winkle | 8/2/19 |

Action taken by _____    Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Wallace | 10145 | 8-1-19 |

DISTRIBUTION:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:   White – Inmate; Canary – Grievance File

802-1
12/12/13

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Brummer Joseph | 160622 | Eyman Browning | A21-301-019 |

(B) page 1 of 2 .. For step (III) reduction to a step (II) - Found guilty of a class (A or B) disciplinary violation, which I have not been. Refusal to program. I attend every available class or any opportunity to program. Consistently, demonstrated poor socialization skills, or a non- cooperative behavior... I have been a phase (III) + step (III) since 3-27-14, so clearly I have not demonstrated any negative, or non-cooperative behavior. Infact, the STG + Deathrow Classes have done none of the above either, yet we have all had liberties taken with Zero due process being afforded to "any" of the inmates.. When the recreation schedule was publicly submitted both classes seen that they had "all" been reduced to (1) interactive cage rec a week. Thus inmates became aware and began attempting to air their grievance based off of the DO: 812 released (B) the courts in the above mention case... I will highlight the attachment (B) page 2 of 2 Step (III) incentures here ... Recreation activities" For Gp. one, 2.5 hour blocks per month in 20x40 basketball enclosure (upto eight inmates)" For Gp and STG's three, 2.5-hour blocks per week "in" the 10x10 interactive enclosure" For Condemned Row - Four 2.5-hour blocks per week of outdoor recreation all "can" be "in" the 10x10 interactive enclosures" In Pod recreation" Recreation with another inmate in accordance with department order 704... This language Respectively (is) consistant with D.I 326 at attachment (F) and also attachment (I) ... When these (2) classes started arguing this AZ D.O.C, D.W. Days and her agents "mysteriously" "came" up with some revised DO: 812 attachment (B) page 2 of 2. This all "mysteriously" took place "sometime" between 7-1-19 7-24-19. On the revised attachment (B) 2 of 2, Step (III) The language is only a change for the section for GP + STG. I'll highlight that change" For Gp and STG's (3) 2.5 hour blocks per week, (to include one time per week in the 10x10 enclosures). Now when you look at the language respectively with step (II) recreation activities they are the same. I'll highlight that here. * (3) -2.5-hour blocks per week, one of which can be in the 40x10 interative enclosure. Thus D.W. Days and her agents have reduced mine and the entire STG class of our Step (III) incentives to a Step (II) with absolutely (Zero) activity (or) behavior for such a type of reductions to take place. STG inmates receive (No) other incentives in this Step (III) recreation activity section as it stands today. I.E. No real incentive as the carrot has been removed from the stick.

| Signature | Date |
|---|---|
| Joseph Brum | 7-31-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

## Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Brummer, Joseph | 160622 | ASPC-E/Browning | A21-301-019 |

I have reviewed your inmate grievance case A21-301-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date |
|---|---|
|  |  |

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DISTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

EXHIBIT 13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE |
|---|---|---|---|
| MORENO, STEPHEN C. | [illegible] | ASPC-EYMAN/BROWNING UNIT | 7/24/19 |

| TO | LOCATION |
|---|---|
| COIII WILDE | [illegible] CLUSTER |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM WRITING [illegible] TO INFORMALLY RESOLVE THE FOLLOWING ISSUE. D.W. DAVIS AND HIS AGENTS/ADMIN. ARE UNLAWFULLY DENYING THE STG AND DEATH ROW PRISONERS THEIR INCENTIVES PER THE PARSONS V. RYAN D.I. 326, WHICH IS NOW SUPERCEDED BY DEPARTMENT ORDER 812, EFFECTIVE 7/21/18. [illegible] AND DEATH ROW PRISONERS HAVE RECEIVED THE [illegible] NOTIFICATIONS THAT D.O. 812 WOULD BE SUPERSEDING D.I. 326 [illegible] SAID [illegible] AGENTS/ADMIN. [illegible] AT A [illegible] THAT [illegible] (3) [illegible] THE [illegible] CLASSES [illegible] INMATES DID NOTHING TO PROVOKE THIS UNWARRANTED ACTION. [illegible] CLASSES [illegible] INMATES HAVE [illegible] AND MAINTAINED [illegible] THE D.O. 812 ATTACHMENT (5) [illegible] STEP III [illegible] (3) [illegible] HOURS [illegible] AZ DOC AND ITS AGENTS MADE A CHOICE TO [illegible] AND CHOSE NOT TO [illegible] ADDRESS THIS ISSUE, WHEN THEY KNEW FOR AT LEAST [illegible] MONTHS TO A YEAR THIS POLICY WAS GOING INTO EFFECT. NOW, THEY BELIEVE IT IS OKAY TO TAKE AWAY INCENTIVES FROM (2) [illegible] GROUPS AND ADD IN ANOTHER GROUP, YET STILL NOT PROVIDE THE MINIMUM INCENTIVES TO ALL 3 CLASSES PER POLICY.

AZ DOC ARE HEREBY PLACE ON NOTICE, ALL 3 CLASSES ARE REQUESTING THEIR INCENTIVES PER POLICY, AS OUTLINED, BEFORE THE CLASSES ARE FORCED TO NOTIFY THE ACLU AND MEDIA, AND SEEK FURTHER LITIGATION, TO RECEIVE INCENTIVES CONSISTENT WITH THE POLICY.

INMATE SIGNATURE: [signature] DATE: 7/24/19

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member's name:

ARIZONA DEPARTMENT OF CORRECTIONS

ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Grievance Supplement

The document is too faded and low-resolution to reliably transcribe the handwritten content.

EXHIBIT 14

**Inmate Informal Complaint Resolution**

| NAME (Last, First) | ADC NUMBER | INSTITUTION/UNIT | DATE |
|---|---|---|---|
| NINO, REYNOLDS A | 070613 | Browning | 7-28-19 |
| CO III wilde | | LOCATION | |
| | | DA | |

State in detail. Concisely the problem to which you desire assistance. Provide as many facts as possible.

I am writing this note to informally resolve the following issue. Our DW and his agents/admin are unauthorized delaying the stop of Browning prisoners their incentives (PER) the Parsons v. Ryan, O. 326 which is now superseded by Department Order 812 effective 7-24-19. 1) Step 5 and Max prisoners never received the (30) day notification that DO 812 would be superseding O. 326.

2) Our DW and his agents/admin passed out a recreation schedule this week that has taken away (2) - 2.5 hrs blocks in the DU interactive enclosure. 3) The (14) classes of inmates disciplined to remove this unwarranted action - these classes of inmates have programmed and maintained good behavior etc. (per the DO 812 attachment (B) step 2 etc. use an inmate who is eligible for sanctioned min (9) - 2.5 hr blocks (per week) of out of cell recreation(select) can be "in" the DU interactive enclosure. Per CA and Step (5) - 2.5 hr blocks (per week) "in" DU interactive enclosure. As our DW and its agents made a choice to kick the can down the road and again not to administratively address this issue. They too know the almost the entire timeframe is a year this policy has been into effect. Now they believe its ok to take away incentives from (14) classes of inmates, who earned enough blocks, now will not receive the minimum sanctioned POINTS. 3 = (30hrs)(per) Recre

As I will now have a policy to invoke ... ALL 14 classes are reclassified their incentives (PER) policy as outlined. Before these points are earned to invoke the Parsons and again our DW refuses to conform to specific incentive conditions within the policy.

| INMATE SIGNATURE | DATE |
|---|---|
| Reynolds Nino | 7-28-19 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

EXHIBIT 15

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ESPINOZA, JOSEPH | 50697 | BROWNING | 7-29-19 |

TO: CO III Wilcle     LOCATION: Ida Cluster

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm writing this kite to informally resolve the following issue. D.W. Days and her agents/admin are undeservingly depriving the STG's and death row prisoners their incentives (per) the Parsons V. Ryan, DI 326 which is now superseded by Department Order B12 effective 7-24-19. 1.) STGs and death row prisoners never received the (30) day notification that DO: B12 would be superseding DI: 326 2.) D.W. Days and her agents/admin passed out a recreation schedule this week that has taken away (2)-2.5 hrs blocks in the 10x10 interactive enclosure. 3.) These (2) classes of inmates did/nothing to provoke this unwarranted action. These classes of inmates have programed and maintained good behavior etc. (per) the DO: B12 attachment (B) page 2 of 2. Step III recreation activities. For condemned row (4)-2.5 hr blocks (per week) of outside recreation (all) can be "in" the 10x10 interactive enclosures. AZ DOC and its agents made a choice to kick the can down the road and chose not to problematically address this issue. When they knew for atleast the last (6) months to a year this policy was going into effect. Now they believe it's ok to take away incentives from (2) specific groups. And add in another group and still not provide the minimum incentives to (all) 3 classes (per) policy.

AZ DOC are hereby placed on notice. (all) 3 classes are requesting their incentives (per) policy as outlined! Before these classes are forced to notify the ACLU and media and seek future litigation to receive incentives consistant with the policy

INMATE SIGNATURE: [signed]     DATE: 7/29/19

Have you discussed this with institution staff? ☐ Yes ☐ No
If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Name:

Last Name: Espinoza   First: Joseph

ADC Number: 

Institution: Eyman

Arizona Department of Corrections

EXHIBIT 16

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue. Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Farinas Richard | 172361 | Eyman browning | 7-27-19 |

TO: Co III Wilde

LOCATION: 4-I-40

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Im writing this informal To informally resolve the following issue. D.W Days and her Agents/Admin are undeservingly depriving the STG's & Death Row prisoner their Incentives per the persons V. Ryan, DI 326, which is now superseded by Do: 812 effective 7.24.19. 1.) STG's and death row prisoners Never received the 30 day Notification that DO:812 would be superseding DI:326. 2.) DW Days and her Agents/Admin passed out a recreation schedule this week that has taken away (2)-2.5 hr Blocks (in) The 10x10 interactive enclosure. 3.) These Two classes of inmates Did (nothing) to provoke This unwarranted action. These classes of inmates have programmed and maintained good behavior etc. per the Department order 812 Attachment (B) Page 2 of 2, Step III recreation activities For condemned Row (4)-2.5 hr Blocks (per week) of Outside recreation (all can be "in" the 10x10 interactive enclosures... For cp and STG's (3)-2.5 hr blocks (per week) "in" the 10x10 interactive enclosures... Az doc and and its Agents made a choice to kick the can down the road and chose not to problematicly Address this issue. When they knew For At least the last 6 Months to a year this policy was going into effect... Now they believe its ok to take away incentives From 2-specific groups and add in another group. and still not provide the minimum Incentives to All 3 classes per policy...

Az Doc Are Here by placed on Notice. (All) 3-classes Are requesting their incentives (per policy As outlined! before these classes Are forced to Notify the ACLU & media and Any other sources that can be Assertained and seek to Further litigation to recieve incentives consistant with the policy.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *[signature]* | 7-27-19 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| FARINAS, RICHARD A. | 172361 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint dated 7/27/2019 regarding what you state is DW Days instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level. If you wish to move forward with the Grievance Procedure, you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature | Date |
|---|---|
| COIII Wilde | 7.27.19 |

Distribution:   Original – Inmate
                Copy – Grievance Coordinator File

802-12(e)
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

RECEIVED BY _Oehln_

TITLE  CO II

BADGE NUMBER  11596

DATE (mm/dd/yyyy)  08/01/2019

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

INMATE NAME (Last, First M.I.) (Please print)  FARINAS, Richard

ADC NUMBER  172361

DATE (mm/dd/yyyy)  7-31-19

INSTITUTION/FACILITY  Eyman Browning

CASE NUMBER  A21-300-019

TO: GRIEVANCE COORDINATOR

## Description of Grievance *(To be completed by the Inmate)*

Supplement Attached

I hereby incorporate my Informal As Factual Bases... Facts & Do:812 shored up by released policy Via The Courts. Case 2:18-CV-01146-DGC-32B Document 44-1 Filed 7-1-19 page 48 of 94. AZ DOC, DW Days And her agents/Admin. Have attempted to remove long standing incentives/privileges. That have established since the inception of Directors instruction 326. 3-27-14. It is the norm when A Director orderwpersedes A instruction it is consistent with the directors instruction to ensure inmates are not deprived there standing liberties/privileges (without proper Due process) in order For inmates to lose privileges He has to demonstrate (some) kind of bad Behavior. As outlined in DI 326 & DO:812 Step level Reduction DI 326 Attachment (F) & DO:812 Attachment (E) page 1 of 2. For Step (3) Reduction to Step (2) Found guilty of a class A C disciplinary Violation (repeated) demonstration of poor behavior. To step 1. Found guilty of A class A or B disciplinary Violation "refusal to program" Consistantly demonstrated poor socialization skills, and or

## Proposed Resolution *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

The STG class request this language be challenged back to its proper Form where it (is) consistent with the previous DI 326 policy. and the STG & condemened Row Have there previous interactive cage recreation schedule Restored... 
I E. "For Cap and STG Three 2.5 Hrs blocks per week in the 10x10 interactive Enclosure

INMATE'S SIGNATURE  R. Farinas

DATE (mm/dd/yyyy)  7-31-19

GRIEVANCE COORDINATOR'S  COII Mayhew for COIV Van Winkle

DATE (mm/dd/yyyy)  8/2/19

Action taken by _____  Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE

BADGE NUMBER

DATE (mm/dd/yyyy)

DISTRIBUTION:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL:  White – Inmate; Canary – Grievance File

802-1
12/12/13

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Richard Farmer | 172361 | Eyman Browning | A21-300-019 |

NON- cooperative Behavior.. The STG & Death Row classes (did) NONE of the Above. when the recreation Schedule was publicly submitted Both classes seen they (all) had been reduced To (1) interactive cage Rec A week. Thus inmates stated Arguing there case Based off of the Do: 812 Released (by) the courts In the Above case.. I will highlight the Attachment (B) Page 2 of 2 Step III Here. Recreational Activities For Gp one, 2.5 Hr Block per Month in 20x10 Basketball enclosure (up To eight inmates) - For Gp and STG (3) 2.5 Hour Blocks per week in the 10x10 interactive enclosure... For condemned Row - (4) - 2.5 Hour Blocks per week of out door recreation (all) can be in the 10x10 interactive enclosure. In pod Recreation. Recreation with Another inmate in Accordance with Department order 704.. This language repeatedly (is) consistent with Director instructions 326 At Attachment (F) & Attachment (F).. (except Revised (4) outdoor Recreation Periods Down to (3) All can be in the 10x10 interactive enclosures As shown Attachment (F). — when these (2) classes started Arguing This Az Doc, Dw Days, and her Agents came up with (some) mysteriously Revised Attachment (B) page 2 of 2. This mysteriously took place Between 7.1-19 & 7.24-19 on the revised Attachment (B) 2 of 2 Step III the language is only changed At the section For Gp and STG. I'll highlight that here". For Gp and STG (3) 2.5 Hr Blocks per week (to include one Time per week in the 10x10 interactive enclosure.— Thus Reducing A whole class of STG inmates to step II incentives / privileges. With (No) Activity (or) Behavior For said Reduction As outlined Above.. STG receive (No) other incentives in this step (3) Recreation Activity section As it stands Today I.E, 'No' incentive (No) matter How inmates receive this From the courts or Recieved said Revised Version of this department order As soon As they seen the Rec Schedule and revised policy (all) would have Filed

| Signature | Date |
|---|---|
| P. Farmer | 7-31-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Farinas, Richard | 172361 | ASPC-E/Browning | A21-300-019 |

I have reviewed your inmate grievance case A21-300-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date |
|---|---|
| | 8/19/19 |

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DISTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

EXHiBiT 17

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Resolution

| Inmate Name | ADC Number | Institution/Unit | Date |
| --- | --- | --- | --- |
| Montes Juan | 270071 | Eyman/Browning | 7-27-19 |

| To | Location |
| --- | --- |
| COIII [illegible] | COIII Office [illegible] |

[illegible]

[illegible] ... Consistent within the policy

Inmate Signature: [signature]

Date: 7-27-19

[illegible]

Inmate Grievance

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Montes  Juan | 270071 | Browning / Eyman | |

The GTL & B Death Row Classes (Did) ~~None~~ None of the above... When The Recreating Schedule was publicly submitted Both Classes seen They (All) Had Been Reduced To (1) Interactive Cage Rec a week. Thus inmates started arguing There Cases Based off of The DO: 912 Released By the courts In the above Case.. I will Highlight The Attachment (A) pg 2 of 2 step III Here "Recreational activities, for GP 1 2.5 hr Block per month in 20x10 Basketball enclosure (up To eight Inmates) For GP And STG (3) 2.5 Hr blocks per week inTer 10x10 Interactive enclosure. For condemned Row (4)- 2.5 HR blocks per week of outdoor Rec (All) Can be In the 10x10 Interactive enclosures" in pod Rec." Recreation with another Inmate In Accordance with DOm Order 704... This language Respectfully (Is) Consistent with DO 326 (a) Attachment (F) & Attachment (G)... (except Revised 2.4) outdoor Rec period Shown to (2) All can be in 10x10 Interactive enclosure As shown Attachment (F). When These (2) Classes started arguing This At DOC DW Days. And Her Agents Came up with going Mysteriously Revised Attachment pg 2 of 2 This myster-iously Took place between 7-1-1987-24-15 on the Revised Attachment (B) pg 2 of 2 step (I) The language Is only changed at the section For GP and STG In Highlight That Here. For GP and STG (B)-2.5 - Blocks per week (To include one Time Per week in The 10x10 enclosure)... Now when you look at the language Respectfully with Step #11 Rec activities They (Are) The Same. I'll Highlight That Here "(2) 2.5 HR Blocks Per week one of which Can be in the 10x10 interactive enclosure... Thus Reducing a whole class STG Inmates to step II (incentives/ privileges) with (No) Activity (OR) behavior For said Reduction as outlined Above STG Recieve (No) other incentives In this step (3) Rec Activity Section As It stands Today If No incentives (No) matter How Inmates Recieved The From the courts or recieved said revised version of this lost DO's as soon As they seen The Rec schedule and Revised policy (will) would have filed.

| Signature | Date |
|---|---|
| *[signature]* | 8-4-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee.
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

EXHIBIT 18

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

DISTRIBUTION: INITIAL: Institution/Central Office – Grievance Coordinator; Pink – Inmate

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| DIONNE Stephen P | 166370 | Eyman / Browning | |

The STG & Death Row classes did none of the above ... when the Recreation schedule was publicly submitted. Both classes seen that they had been reduced to (1) Interactive Cage Rec a week. Thus inmates started arguing There case based off of The DO-812 Released by the courts In the above case. I will Highlight the Attachment (A) pg 2 of 2 Step III. Here Recreational Activities for GP 1, 2.5 hr blocks per month in 20x10 Basketball enclosures (up to 8 Inmates) For GP & STG (3) 2.5 Hr blocks per week in Thru 10x10 interactive enclosure For condemned Row (4) 2.5 Hr Blocks per week at out door Rec all can be in the 10x10 Interactive enclosures. In pod Rec, Recreation another inmate In accidance with Dept order 704 This (language) is Respectfully consistent with DF 326 at Attachment (F) & Attachment(s). (except the revised P4) out door Rec period (Down to (3) All can be in 10x10 Interactive enclosure. As shown Attachment (F)... when these Two classes started arguing this Az Doc. DisDays And her Agents came up with some mysteriously revised Attachment pg 2 of 2 This mysteriously took place between 7-1-19 & 7-24-19 on the revised Attachment (B) pg 2 of 2 Step III. The language is only changed at the section for GP and STG, I'll Highlight that here for GP & STG (3) 2.5 Blocks per week To include one Time per week in the 10x10 enclosure ... Now when you look at the language Respectfully with step II Rec Activities they Are the same. I'll Highlight that here (3) 2.5 Hr blocks per week one of which is in the 10x10 interactive enclosure. thus Reducing a whole class STG inmates to step II incentives/Privileges with (No) other incentives, in this step (3) Rec Activity sections As it stands. Today, it as incentives (NO) matter how Inmates Recieved this > from the courts or recieved said revised version of this Dept order as soon as they saw the Rec schedule and revised Policy (All) would have Filed!

| Signature | Date |
|---|---|
| Stephen Dionne | |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09.

EXHiBiT 19

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance**

Inmate Grievance - GF Supplement

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Montoya Adrian III | 220094 | Browns/Eyman | |

**↑** The STG Death Row Classes did none of the Above. When The Recreation Schedule was publicly submitted. Both classes Seen That They Had Been Reduced To (1) Interactive Cage Rec a week. Thus inmates Started Arguing There Case Based off of The Do!812 Released by The courts in the Brown case. I will High light The Attachment B PGE 2of2 Step III Recreational Activities For G.P ome 2.5 Hr Blocks Per Month in 20x10 BasketBall enclosure. up To 3 inmates For GP iste (3) 2.5 Hr Per Week in There 10x10 interactive enclosure For Condemned Condemned Row (4) 2.5 Hr Blocks Per week in out Door Rec All Can Be in The same enclosures In pod Rec Recreation With Another inmate in accordance w/ Dept order 704 This (language) is Respectfully Consistant w/ Di 326 At Attachment (C)B Attachment (I). (except Revished (4) out Door Rec Period Down To (3) All can Be in 10x10 enclosures As shown Attachment (F) When These 2 classes Started Arguing This Az.Doc. Few Days And Her Agents Came up With some mysteriously Revised Attachment (B) PG. 2of2 This mysteriously Took place Between 7-1-19 - 7.24.19 on The Revised Attachment (B) Pg. 2of2 Step 3 The language is only changed AT The Section For G.P iste. I'll High light That Here For Gip. STG (B) 2.5 Blocks Per week To include 1 Time per week in 10x10 enclosure now when you look at The language Respectfully w/ Step 2 Rec Activities They Are The same I'll High light That Here (3) 2.5 Hr Blocks Per week one of which is in the 10x10 enclosure. Thus Reducing a white class STG inmates To Step 2 incentives/priveleges w/no other incentives in This Step (3) Rec Activities Sections as it stands Today if no incentives in its place No matter how inmates Recieved This from Courts or Recieved Said Revised version of This Dept order As Soon They Saw The Rec Schedule + Revised policy (All) would Have Filed!

| Signature | Date |
|---|---|
| | 8.4.19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee.
FINAL DISTRIBUTION - White and Pink - Inmate; Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator; Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

EXHiBiT 20

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

| INMATE NAME | ADC NUMBER | DATE (mm/dd/yy) |
|---|---|---|
| | 730444 | |

The content of this form is largely illegible due to poor scan quality.

**INMATE SIGNATURE**  DATE (mm/dd/yy) 7/20/19

Have you discussed this with resolution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Gr[redacted]

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by using form 802-3, within 10 calendar days of receipt of the response.

| Received By | [illegible] |
|---|---|
| Title | CO II |
| Badge Number | [illegible] |
| Date | 8-6-19 |

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Alejandro Sanchez | 331461 | 8/6/19 |
| **Institution/Facility** | **Case Number** | |
| Eyman/Browning | | |

To: Grievance coordinator: CO III e Vincent e

**Description of Grievance** (to be completed by the inmate)

I here by incorporate my informal as fact and basis: Facts And D.O. 812 Should up by released Policy via the courts case 2:18-cv-01116 [illegible] Document 44-1 Filed [illegible]/19 page [illegible] ADOC. D. [illegible] and her agents/admin. have attempted to remove long standing incentives/privileges, that have been established since the inception of Directors Instruction 326, 3/27/14 it is the normal ... a directors orders supercedes an ... it's consistent with the directors instruction to ensure inmates are not deprived of long standing incentives/privileges (without proper due process). In order for inmate to lose privileges he has to demonstrate some kind of bad behavior as outlined in D.I. 326 and D.O. 812 step level reduction D.I. 326 Attachment (C) and D.O. 812 attachment (B) page 1 of 2 for step (3) reduction to step (2) "found guilty of a class C Disciplinary violation" repeated [illegible] of [illegible], to step (1) "found guilty of a class A or B Disciplinary violation" [illegible] program consistently demonstrated [illegible] socialization [illegible]

**Proposed Resolution:**

The 3rd class request this incentive be changed back to its proper form where it is consistent with the previous D.I. 326 policy and the [illegible] standard [illegible] restored

(I.E. For append. I.T.A. (3) 35 HR break between the 8×10 indecency enclosure.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [signature] | 8/6/19 | | |

Action taken by: ______ Documentation of Resolution or Attempts at Resolution

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution: White and Canary – Grievance Coordinator; Pink – Inmate
Final Distribution: White – Inmate; Canary – Grievance File

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Gr[redacted] - CF Supplement

[illegible]