# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

On August 22, 2019, the Court received an email regarding an individual named Michael Bryan Grijalva. Because the email contains information regarding Grijalva's medical conditions, it will be filed under seal. The email requests relief in the form of directing where Grijalva should be housed. In this class action, the Court does not have the authority to dictate where Grijalva will be housed.

On August 25, 2019, the Court received another email regarding Grijalva. That email requests the Court assist in obtaining a new lawyer for Grijalva. That type of request must be submitted to the state court because this Court cannot interfere in the state court proceedings. A copy of the second email is also attached.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall file under seal the emails attached to this Order. This Order shall not be filed under seal.

….

….

1 **IT IS FURTHER ORDERED** the Clerk of Court shall email a copy of this Order
2 without the attached emails to Robene Lucas, robluc1955@gmail.com.
3 Dated this 26th day of August, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge