IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-ROS |
| Plaintiffs, | |
| v. | **MEDIATION ORDER** |
| Charles L. Ryan, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. 1185), entered October 14, 2014, this case has been referred to United States Magistrate Judge Deborah M. Fine for mediation. (Doc. 3260) The parties have contacted the assigned magistrate judge's chambers and requested mediation regarding "a notice of noncompliance submitted to Defendants regarding Maximum Custody Performance Measure #9 (Stipulation, para 27(a)-(e); Doc. 1185) and the subsequent modification of that agreement finalized by all parties in September 2017".

The parties represent that they have complied with the requirements of the Stipulation at paragraphs 30 and 31, including the requirement to "meet and confer in a good faith effort to resolve their dispute informally." (Doc. 1185 at ¶ 30)

Accordingly,

**IT IS ORDERED** that the parties, or party representatives, and their counsel, shall physically appear before United States Magistrate Judge Deborah M. Fine, Courtroom 304, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona, on **October 30, 2019, at 1:15 p.m**. The Court has allocated a minimum of three

hours for the mediation; however, if meaningful progress is being made the mediation will continue until either the compliance issues are resolved, or meaningful progress is no longer being made.

     Counsel will confer to jointly prepare materials to submit to the mediator. These materials may include a joint memorandum, background documents, and underlying data relevant to the disputed issues for the mediation. The parties shall submit this information to the mediator at least five (5) business days before the mediation.

     Dated this 28th day of August, 2019.

_____
Honorable Deborah M. Fine
United States Magistrate Judge