IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MATTER – GENERAL

Phoenix/Prescott Division

Case No.: CV-12-0601-PHX-ROS     DATE: August 28, 2019

Title: <u>Parsons, et al.</u> v. <u>Ryan, et al.</u>
     Plaintiffs    Defendants

---

HONORABLE DEBORAH M. FINE (70CD)

Deputy Clerk:        A. Herrera
Court Reporter/ECR:   NA

**APPEARANCE**:
Corene Kendrick, Rita Lomio, Molly Brizgys, Maya Abela for Plaintiffs

Timothy Bojanowski, Jaime Guzman for Defendants, also in attendance Richard Pratt, Sarah Barnes, Nicole Taylor, Keith Lueking, Wendy Orm, John May, Deana Johnson, Sharen Barboza, Tom Dolan, and Johnny Wu

---

PROCEEDINGS:   ___ Open Court   _X_ Chambers   ___ Other

Settlement discussions took place. The parties reached some agreements relating to some of the issues and did not as to others.

Begin: 9:33 AM
End: 1:07 PM
Time in court: 3 hrs. 34 mins.