THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 54 (Rule Number/Section)

Michael J. Cohn #288721
ASPC Tucson/Manzanita #1319
10002 S. Wilmot, P.O.B. 24401
Tucson, AZ 85734-4401

UNITED STATES DISTRICT COURT, ARIZONA

Parsons, et al.

vs.

Ryan, et al.

2:12CV601-ROS
ADC Monitor Failure to Follow-up, Sanction Enhancement
Hon. Roslyn O. Silver

Per FedRCivP 23(d), I, Michael J. Cohn, class plaintiff/advocate in the above named case, respectfully object to ADC's failure to monitor as stated in the attached Inmate Letter to Richard Pratt. I assert that I have never received any documentation from the ASPC Tucson Monitor that she has followed-up on any of my concerns sent to Mr. Pratt, responded to by Vanessa Headstream & forwarded reportedly to the Tucson complex monitor. I respectfully request that sanctions be enhanced as such negligence allegedly leads to continued exposure to risk of harm. Helling v. McKinney, 509 U.S. at 33 (1993).

Respectfully submitted,          Date: 8/26/19

Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn, Pro Se
Advocacy/Coaching/Education/Expert Witness

Page 1 of 3 page(s)

Certificate of Service

Original mailed to:   on: 8/27/19
Clerk of the U.S. Dist. Ct.
401 W. Washington
Phoenix, AZ 85003

Copies to:   on: 8/27/19
Michael E. Gottfried, AAG.
2005 N. Central
Phoenix, AZ 85004

Corene Kendrick, Esq.
Prison Law Off.
General Delivery
San Quentin, CA 94964

Declaration

I, Michael J. Cohn, declare under penalty of perjury that the contents herein are true and correct to the best of my knowledge and understanding.

Michael J. Cohn, Ed.D.  8/26/19

ARIZONA DEPARTMENT OF CORRECTIONS — Note! This is a court document! MJC
Inmate Letter

Requests are limited to **one page** and **one issue**. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Michael J. | 288721 | Tucson / Manzanita 1319 | 8/26/19 |

**To:** Richard Pratt, Asst. Dir.
**Location:** ADC/HSCMB

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

- On the advice of Patty Larson, HSCMB Liaison, I am writing to request your assistance. Ms. Headstream's Inmate letter responses to my many IL's to your office often, if not always, indicate that my letter is being forwarded to the monitor at ASPC Tucson for follow-up. I have never received any communication from the monitor (Mrs. Begoya) that she has followed up on my concerns.
- Please instruct Ms. Begoya to send me documentation of her follow-up efforts regarding my previously submitted concerns and all future concerns.
   Thank You!

cc: Judge Silver, et al.

**Inmate Signature:** M.J.C., CNN, Witness in Parsons v. Ryan case
**Date:** 8/26/19

Have You Discussed This With Institution Staff? ☑ Yes ☐ No
If yes, give the staff member's name: Ms. Larson

Distribution: White - Master Record File    Canary - Inmate

916-1
5/13/10