THIS DOCUMENT IS NOT IN FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE ___S.4___
(Rule Number/Section)

FILED _____ LODGED
_____ RECEIVED _____ COPY

SEP 03 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ MJA _____DEPUTY

1044

Honorable Judge Roslyn Silver
U.S. District Court Judge                                    Date 08-29-2019
401 W. Washington Street SPC10
Phoenix, Arizona 85003-2119              CV-12-00601-PHX-ROS  by
                                                                MJA

Case Parsons vs. Ryan

            Motion For Determination of this plaintiff

Tyerel Darnel Luke #130646 Can be Added to the Above case
Parsons vs. Ryan on my own behalf Against Arizona Department of corrections
And medical provider Centurion Staff And be considerably compensated
And/or be civilly committed to the Arizona state Hospital.

Come now this plaintiff Tyerel Darne Luke And moves in prayer
that this court Add plaintiff name to Parson vs. Ryan As plaint
-iff own Attorney due to Non-compliance with Aspect of health
Care delivery, Against A.D.o.c And Centurion, For the following reasons.

On August 29, 2019 I was denied mental health consultation with
Psych Associates, which I have been trying to be seen since
August 25, 2019 or About since I sent in a HNR. Today I refused to
see the medication provider due to his continuingly forcing myself to
take the Zyprexa which is Killing me And giving me high blood pressure
And high cholesterol. I had warned the psych nure on or Around August 25,
2019 that I will not see this provider And needed to be seen by DR. Kamal
Rastogi who has been Assess And treating me for years, And does
Assess prisoners here At SMU, 1# At times. Because I refused this

provided today, Psych Associates Baker, masters and others will now not see me. They are attempting to cause me to go off on them or staff to pick up new charges that I do not want or need. On April 12, 2019, I was finally moved out of the serious mental health unit five at Rincon complex in Tucson, Arizona. I moved out of the program for several reason like the fact that Property staff would not send any of my mail out, allow free books for me in; the fact that I had to fight with General population due to being mixed with them and I am wrongfully convicted of sexual assault, it being very stressful for me that I came very close to killing folks there at Rincon unit that I had to give myself a chance to first try to get myself off that yard and it was very hard, but I did it with the help of my aunt who called the prison.

I am now being denied mental health treatment and am not being seen "one on one" by Psych associates weekly, no groups; mental health plans to help me with the serious mental health issue I have. And when I try to speak with them they mental health associates refuse to see me. Then if I go to the phoenix Flamingo unit for serious mental health illness it's like Rincon all mixed up General population, protective custody and sex offenders so I would once again be placed in a very bad situation so I will have to fight or kill someone when all I want is serious study care for my mental issues.

Further, I have Ecema and my skin burns and is dry. The centurion staff and providers are providing me creams and shampoo that are harmful to me like triamcinolone Acetonide, and thera-Gel

3 of 4

therapeutic shapoo coal tar 0.5%. Yet when I ask medical for accommodations to be afforded to be approved to get a jar of Euceria cream, oatmeal soaps, and Aveeno body wash and aveeno lotion, even if I need to have family or friends have appropriate company to send them by purchasing them for me. I get no proper response and have been awaiting weeks to be seen.

Further, I have written to the warden of complex and consulted with medical staff about approval to have dherbs from dherbs.com to clean out my body system to lower my high cholesterol and high blood pressure and have it purchase via family and friends they tell me to go to the warden and the warden tell me to go to medical.

Furthermore, I have put in numerous H.N.R's for bottom bunk approval, to review my mental health records vol. 1st, and to be seen by medical for the above, I have been waiting for weeks on end with Centurion medical; and neleated by mental health which they know I am SMI and have been since I was eleven years old.

Now I think that they are about to say I do not have mental health issues to justify not treating me. Thus, I respectfully request this court approval so I can be added to Parsons vs Ryan, due to F.H.A D.o.n Brown that I have sent my informal resolution to months ago about these issues; All the aforementioned, and the fact that sued, 1st and the Arizona Department of Corrections Greivances system will not be answeared or repeated, and I go as far as to say that any 10 civil suits by prisoners within the last six months on perhaps any unit this court will find

4 of 4

that the Administrations and heads at Arizona Department of Corrections did not respond to plaintiffs, At least for those At SMU, 1# for sure.

They will not treat me for my medical and mental health and I ask for money damages due to the stress and nelect, or be civilly committed to the Arizona State Hospital without father do.

Thank you Honorable Judge Silver.

If there Are suppose to be copies sent to the Attorney General office, please have clerk of Court forward copies to them this once. There Are seven documentations or H.N.R's five outstanding for your review.

written by Tyerel Luke #130646
A.S.P.C - Eyman, SMU, 1#
P.O. Box 4000
Florence, Arizona 85132

note Please have DR. Marc Stern Review medical records if needed

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: 2019 FEB 22 17:46
Time:
Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| Luke Tyerel | 130646 | 2-22-19 |

| Cell/Bed Number/Celda/Número de Cama 5A-15 | Unit/Unidad Rincon | P.O. Box/Apartado Postal 24403 | Institution/Facility/Instalación: ASPC |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)*    ☐ Medical/Médica   ☐ Dental   ☐ FHA
☐ Pharmacy/Farmacia   ☒ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

To: Head Doctor mental health

DR. SANchez

I have Already made it know that I WANt to go to Fleminco mental health or back to G.P. Your program mix Protative custody, sex offenders, General Population, And IHp All together. cl am tired of seeing people Fear in this program And move to 6/Able or House 8 where the property comes up missing. STAFF Are messing with my mail And I WANt oFF this yard P'sce of mind. I Am stressing out here And WANt to leave!! SMI I/m

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]*

Inmate's Signature/Firma del prisionero   *Tyrel Luke*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médica   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA
☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios   Chart Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 2019 FEB 23 18:32 |
|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**   This is a Security issue - Suggest you Talk to COIII

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora 2019 FEB 23 18:32 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no comprométe a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*SMI I/m*
*no Charge*

Date : _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| Luke Tyerel D. | | 130646 | 7-79-19 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| 1B-45 | Smu1 | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)* **/AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

*need to see provided for Accommodations to A Jar of Eucerin to skin Bid, oatmeal soap, and Aveeno body wash and to As I was getting at the Arizon state Hospital in 2004 and do at my skin burns and itches though I drink lots of water. I is mad not does not want to provide this for my ECEEMA then Approve Friends to have*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO _____

*Vendor send them in that are dermatology venders*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | AUG 5 PM 3:02 |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

*Scheduled for M*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | AUG 5 PM 3:02 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

*SMI ¼m*

Date : 19 AUG '19 6:05
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Luke Tyrel D | 130646 | 8-17-19 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1B-45 | SMU # | 4000 | Eyeman |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☒ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I have outstanding Appointments for nurse line. Further I was suppose to review my medical Records vol 1 last week. It appears that we will have the same issues with medical Company as we did with the last. We are well aware that we are to be seen in 24 hrs yet this isn't the case. Please see me promptly. SMI ¼m

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | AUG 19 PM 6:05 |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

Schedule on nurseline

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| S. Br | | 19 PM 6:05 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

*SMI T/m*
*w/ Charge*

Date : _____
Time: 19 AUG '19 6:05
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Luke Tyerel | 130646 | 8-17-15 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1B-45 | Smu✔ | | |

You are required to be truthful. Failure to be cooperative and any abuse ~~of~~ care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☒ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I need to know what response Provider Ortiz received from the D.W. or warden regarding my request for d'herbs that I would have family and friends pay for when approved. Provider Ortiz should recall this matter when the Psych provider brought it to her attention About my high blood pressure and high cholesterol. Thankya

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | AUG 19 PM 6:05 |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

Request Sent Provider

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | AUG 19 PM 6:05 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

| Date : 30 JUL '19 8:20 |
| Time: |
| Initials: BR |

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* Luke Tyerel | ADC NUMBER/NÚMERO DE ADC 130646 | DATE/FECHA *(mm/dd/yyyy)* 7-19 |
|---|---|---|
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA 1B-45 | UNIT/UNIDAD SMU1 # | P.O. BOX/APARTADO POSTAL 4000 | INSTITUTION/INSTALACIÓN: ADC |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Eyes/Ojos      ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

I have not been seen for my bottom bunk wavier due to my left leg sometimes going out and my right Ankle also It is record in my medical File that I have these issues

No charge SMI ⅜m

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO *[signature]*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |

☐ Pharmacy/Farmacia      ☐ Mental Health/Salud Mental      ☐ Eyes/Ojos      ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO B. Rawson, RN | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA AUG 2 PM 3:56 |
|---|---|---|

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

Scheduled for nurse Line

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO B Rawson, RN | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA AUG 2 PM 3:56 |
|---|---|---|

*This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                              Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

*no charge*
*smī ī/m*

| Date : _____ |
| Time: _____ |
| Initials: _____ |

*30 JUL 19 8:20*

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Luke Tyerel D | 130646 | 7-29-19 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1B-45 | Smu 1# | | |

You are required to be truthful.  Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar  la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*  ☑ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

*I need to see provider to approve my dherbs.com request. Provider sent me to the D.W. and the warden wrote that she has to approve them so I can have friends and family order them. I am indigent so I can not or are unable to get other supplements, so provider would need*

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*.  Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO   *to approve such accommodations per Stephen Morr's warden of Eyman*

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☑ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA  AUG 5 PM3:02 |
|---|---|---|

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

*You are scheduled in M. we need a list or type of herbs. If for religous use you must write a letter to the chaplain*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA  AUG 5 PM3:02 |
|---|---|---|

This document is a translation from original text written in English.  This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés.  Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

22 JUL '19 7:17



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date : _____

Time: _____

Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| Luke | 130646 | |

130646

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 1B-45 | Saut# | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

### SECTION/SECCIÓN II

**AREA OF INTEREST** *(Check only one block below)***/AREA DE INTERES** *(Marque Un Espacio Solamente)*    ☐ Medical/Médico    ☐ Dental    ☑ FHA

☐ Pharmacy/Farmacia    ☑ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I feel depress need to get up. I still amnot doing the best to focus. I have adl need to feel good. I have high blood pressure and need to workout more need to get approval for the dherbs from dherbs.com to detox'19.

SMI I'm no charge

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA    ☐ Medical/Médico    ☐ Dental    ☐ Pharmacy/Farmacia    ☐ FHA

☐ Pharmacy/Farmacia    ☑ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)*/Otros *(especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| B | | JUL 24 am 11:19 |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

Seen on MH ML on 7/22/19

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | 7/25/19 | 1042 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
                              Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**