Inmate: Tyerel Luke
ADC #: 138646  B 13-45
Unit: SMU, #
ASPC-Eyman P.O. Box 4000
Florence AZ 85132

ARIZONA DEPARTMENT OF CORRECTIONS
LEGAL MAIL

RECEIVED
SEP 03 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Honorable Judge Roslyn Silver
U.S. District Court Judge
U.S. Courthouse, Suite #130
401 W. Washington Street, SPC 10
Phoenix, Arizona 85003-2119