Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: mlieberman@acluaz.org
       mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF CORENE KENDRICK** |

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Corizon's June 2019 statewide and institutional staffing report for health care staff, as produced and Bates-stamped by Counsel for Defendants.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Corizon's May 2019 statewide and institutional staffing report for health care staff, as produced and Bates-stamped by Counsel for Defendants.

4. Attached hereto as **Exhibit 3** is a true and correct copy of Centurion's July 2019 statewide and institutional staffing report for health care staff, as produced and Bates-stamped by Counsel for Defendants.

5. Attached hereto as **Exhibit 4**, and filed under seal, is a redacted version of an advocacy letter sent by Plaintiffs' counsel on August 1, 2019, regarding a class member in immediate need of medical care.

6. Attached hereto as **Exhibit 5**, and filed under seal, is a redacted version of an advocacy letter sent by Plaintiffs' counsel on June 7, 2019, regarding a class member in immediate need of medical care.

7. Attached hereto as **Exhibit 6**, and filed under seal, is a redacted version of an advocacy letter sent by Plaintiffs' counsel on August 19, 2019, regarding a class member in immediate need of medical care.

8. Attached hereto as **Exhibit 7**, and filed under seal, is a redacted version of an advocacy letter sent by Plaintiffs' counsel on July 25, 2019, regarding a class member in immediate need of medical care.

9. Attached hereto as **Exhibit 8**, and filed under seal, is a redacted version of

1 an advocacy letter sent by Plaintiffs' counsel on August 28, 2019, regarding a class
2 member in immediate need of medical care.

3     10. Attached hereto as **Exhibit 9**, and filed under seal, is a redacted version of
4 an advocacy letter sent by Plaintiffs' counsel on July 23, 2019, regarding a class member
5 in immediate need of medical care.

6     11. Attached hereto as **Exhibit 10**, and filed under seal, is a redacted version of
7 an advocacy letter sent by Plaintiffs' counsel on June 19, 2019, regarding a class member
8 in immediate need of medical care.

9     I declare under penalty of perjury that the foregoing is true and correct.

10     Executed September 6, 2019, in Berkeley California.

11
12                                /s/ Corene T. Kendrick
                                Corene T. Kendrick (Cal. 226642)

13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**PRISON LAW OFFICE**

By: /s/ Corene T. Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene T. Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Ryan Kendall (Cal. 324714)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
          afettig@aclu.org
          rkendall@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   mlieberman@acluaz.org
          mbrizgys@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
  Rose A. Daly-Rooney (Bar No. 015690)
  J.J. Rico (Bar No. 021292)
  Maya Abela (Bar No. 027232)
  **ARIZONA CENTER FOR DISABILITY LAW**
  177 North Church Avenue, Suite 800
  Tucson, Arizona 85701
  Telephone:  (520) 327-9547
  Email:   rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

  Asim Dietrich (Bar No. 027927)
  5025 East Washington St., Ste. 202
  Phoenix, Arizona 85034
  Telephone: (602) 274-6287
  Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick