Larry Donnell Dunlap
#261173
Aspc-CeoK Unit
PO Box 3200
Florence, AZ 85732

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all Others Similarly Situated; and Arizona Center For Disability Law,<br>Plaintiffs,<br><br>V.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. CV12-00601 PHX DJH<br><br>MOTION FOR STATUS OF Defendants filing of his MOTION TO WITHDRAW THE SETTLEMENT STIPULATION |

Defendant Larry Donnell Dunlap, ask this court For Status of his filing of his Motion in this Case.

Certificate of Service

I Certify that I E-Filed on this 6th day of September 2019 to:

United States District Court of Arizona

Donald Specter
1917 Fifth Street
Berkeley California 94710

Attorney General Office of Arizona
Office of Attorney General
Michael E. Gottfried
Lucy M. Rand
2005 N. Central Avenue
Phx AZ 85004-1592
Attorneys for Defendants

DATED: 9/6/19

*Larry Dunlap*
Larry Dunlap

2