

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.  Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| MORENO, STEPHEN C. | 164110 | ASPC-EYMAN/BROWNING UNIT | 7/29/19 |

| TO | LOCATION |
|---|---|
| COIII WILDE | IDA CLUSTER |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I'M WRITING THIS SITE TO INFORMALLY RESOLVE THE FOLLOWING ISSUE. D.W. DAYS AND HER AGENTS/ADMIN. ARE UNDESERVINGLY DEPRIVING THE STG'S AND DEATH ROW PRISONERS THEIR INCENTIVES PER THE PARSONS V. RYAN, D.I. 326 WHICH IS NOW SUPERCEDED BY DEPARTMENT ORDER 812, EFFECTIVE 7/24/19. (1) STG'S AND DEATH ROW PRISONERS NEVER RECEIVED THE (30) DAY NOTIFICATIONS THAT D.O. 812 WOULD BE SUPERCEDING D.I. 326. (2) D.W. DAYS AND HER AGENTS/ADMIN. PASSED OUT A RECREATION SCHEDULE THIS WEEK, THAT HAS TAKEN AWAY (2) 2.5 HOUR BLOCKS IN THE 10×10 INTERACTIVE ENCLOSURE. (3) THESE (2) CLASSES OF INMATES DID NOTHING TO PROVOKE THIS UNWARRANTED ACTION. THESE CLASSES OF INMATES HAVE PROGRAMMED AND MAINTAINED GOOD BEHAVIOR, ETC. PER THE D.O. 812 ATTACHMENT (B) PAGE 2 OF 2 - STEP III RECREATION ACTIVITIES." FOR CONDEMNED ROW (4) 2.5 HOUR BLOCKS (PER WEEK) OF OUTSIDE RECREATION (ALL) CAN BE "IN" THE 10×10 INTERACTIVE ENCLOSURES. FOR GP AND STG'S (3) 2.5 HOUR BLOCKS (PER WEEK) "IN" THE 10×10 INTERACTIVE ENCLOSURES. AZDOC AND ITS AGENTS MADE A CHOICE TO KICK THE CAN DOWN THE ROAD AND CHOSE NOT TO PROBLEMATICALLY ADDRESS THIS ISSUE, WHEN THEY KNEW FOR AT LEAST (6) MONTHS TO A YEAR THIS POLICY WAS GOING INTO EFFECT. NOW, THEY BELIEVE IT IS OKAY TO TAKE AWAY INCENTIVES FROM (2) SPECIFIC GROUPS AND ADD IN ANOTHER GROUP, YET STILL NOT PROVIDE THE MINIMUM INCENTIVES TO ALL 3 CLASSES PER POLICY.

AZDOC ARE HEREBY PLACE ON NOTICE, ALL 3 CLASSES ARE REQUESTING THEIR INCENTIVES PER POLICY, AS OUTLINED BEFORE THE CLASSES ARE FORCED TO NOTIFY THE ACLU AND MEDIA, AND SEEK FURTHER LITIGATION, TO RECEIVE INCENTIVES CONSISTENT WITH THE POLICY.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| *S. Moreno* | 7/29/19 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution:  INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| MORENO, STEPHEN | 164110 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint dated 7/29/2019 regarding what you state is DW Days  instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level.  If you wish to move forward with  the Grievance Procedure,  you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature | Date 7 / 30 / 19 |
|---|---|

802-12(e)
12/19/12

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| | Received By | |
|---|---|---|
| | Title | II |
| | Badge Number 11247 | Date 8.1.19 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) MORENO STEPHEN C. | ADC Number 164110 | Date 8/1/19 |
|---|---|---|
| Institution/Facility ASPC-EYMAN / BROWNING UNIT | Case Number | |

To: GRIEVANCE COORDINATOR PLANCARTE

**Description of Grievance** (To be completed by the inmate)

I HEREBY INCORPORATE MY INFORMAL AS FACTUAL BASIS, FACTS AND D.O. 912 SHORED UP BY RELEVANT POLICY VIA THE COURTS. CASE 2:18-CV-01146-DGC-JLB DOCUMENT 44-1 FILED 7/1/19 PAGE 110 OF 94. AZDOC D.W. DAYS AND HER AGENTS/ADMIN. HAVE ATTEMPTED TO REMOVE LONGSTANDING INCENTIVES/PRIVILEGES, THAT HAVE BEEN ESTABLISHED SINCE THE INCEPTION OF DIRECTOR'S INSTRUCTION 326 3/27/14. IT IS THE NORM WHEN A DIRECTOR'S ORDER SUPERCEDES AN INSTRUCTION, IT IS CONSISTANT WITH THE DIRECTORS INSTRUCTION TO ENSURE INMATES ARE NOT DEPRIVED OF THEIR STANDING LIBERTIES/PRIVILEGES (WITHOUT PROPER DUE PROCESS.) IN ORDER FOR INMATES TO LOSE PRIVILEGES HE HAS TO DEMONSTRATE SOME KIND OF BAD BEHAVIOR. AS OUTLINED IN D.I. 326 AND D.O. 912, STEP LEVEL REDUCTION, D.I 326 ATTACHMENT (F) AND, D.O. 912 ATTACHMENT (B) PAGE 1 OF 2. FOR STEP 3 REDUCTION TO STEP 2. "FOUND GUILTY OF A CLASS C DISCIPLINARY VIOLATION, REPEATED DEMONSTRATION OF POOR BEHAVIOR". TO STEP 1. "FOUND GUILTY OF A CLASS A OR B DISCIPLINARY VIOLATION, REFUSAL TO PROGRAM, CONSISTANTLY DEMONSTRATED POOR SOCIALIZATION SKILLS, AND/OR NON-COOPERATIVE BEHAVIOR." THE STG AND DEATH ROW CLASSES DID NONE OF THE ABOVE.            PAGE 1 OF 2

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

THE STG CLASS REQUESTS THIS LANGUAGE BE CHANGED BACK TO ITS PROPER FORM, WHERE IT IS CONSISTANT WITH THE PREVIOUS D.I 326 POLICY. AND THE STG AND DEATH ROW HAVE THEIR PREVIOUS INTERACTIVE CAGE RECREATION SCHEDULE RESTORED.
(I.E. FOR GP AND STG 3 - 2-5 HOUR BLOCKS PER WEEK IN THE 10x10 INTERACTIVE ENCLOSURE.)

| Inmate's Signature | Date 8/1/19 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

PAGE 2 OF 2

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| MORENO, STEPHEN C. | 164110 | ASPC-EYMAN/BROWNING UNIT | |

WHEN THE RECREATION SCHEDULE WAS PUBLICLY SUBMITTED, BOTH CLASSES SAW THEY ALL HAD BEEN REDUCED TO 1 INTERACTIVE 10x10 REC A WEEK. THUS, INMATES STARTED ARGUING THEIR CASE BASED OFF OF THE "D.O. 812 RELEASED BY THE COURTS IN THE ABOVE CASE. I WILL HIGHLIGHT THE ATTACHMENT(B) PAGE 2 OF 2 STEP 3 HERE, RECREATIONAL ACTIVITIES FOR 6P, 1-2.5 HOUR BLOCK PER MONTH IN 20x40 BASKETBALL ENCLOSURE (UP TO 8 INMATES). FOR GP AND STG, 3-2.5 HOUR BLOCKS PER WEEK IN THE 10x10 INTERACTIVE ENCLOSURE. FOR CONDEMNED ROW, 4-2.5 HOUR BLOCKS PER WEEK OF OUTDOOR RECREATION, ALL CAN BE IN THE 10x10 INTERACTIVE ENCLOSURES, IN POD RECREATION WITH ANOTHER INMATE IN ACCORDANCE WITH DEPARTMENT ORDER 704.", THE LANGUAGE RESPECTFULLY IS CONSISTANT WITH DIRECTOR'S INSTRUCTION 326 AT ATTACHMENT(F) AND ATTACHMENT(I), EXCEPT REVISED 4 OUTDOOR RECREATION PERIODS DOWN TO 3, ALL CAN BE IN THE 10x10 INTERACTIVE ENCLOSURE, AS SHOWN IN ATTACHMENT(F). WHEN THESE 2 CLASSES STARTED ARGUING THIS, AZ DOC, D.W. DAYS, AND HER AGENTS, CAME UP WITH SOME MYSTERIOUSLY REVISED ATTACHMENT(B) PAGE 2 OF 2 STEP 3. THE LANGUAGE ONLY CHANGED AT THE SECTION FOR GP AND STG. THIS, MYSTERIOUSLY TOOK PLACE BETWEEN 7/1/19 AND 7/24/19. I'LL HIGHLIGHT THAT HERE, "FOR GP AND STG 3-2.5 HOUR BLOCKS PER WEEK TO INCLUDE ONE TIME PER WEEK IN THE 10x10 ENCLOSURES." NOW, WHEN YOU LOOK AT THE LANGUAGE RESPECTFULLY WITH STEP 2, RECREATIONAL ACTIVITIES, THEY ARE THE SAME. I'LL HIGHLIGHT THAT HERE, "3-2.5 HOUR BLOCKS PER WEEK, ONE OF WHICH CAN BE IN THE 10x10 INTERACTIVE ENCLOSURES." THUS, REDUCING A WHOLE CLASS OF STG INMATES TO STEP 2 INCENTIVES/PRIVILEGES WITH NO ACTIVITY OR BEHAVIOR FOR SAID REDUCTION, AS OUTLINED ABOVE.

| Signature | Date |
|---|---|
| | 8/1/19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Moreno, Stephen | 164110 | ASPC-E/Browning | A21-306-019 |

I have reviewed your inmate grievance case A21-306-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date |
|---|---|
| *[signature]* | 8/15/19 |

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DISTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

| | |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received By: LASCONESTE |
| | Title: COF |
| | Badge #: 73303 |
| | Date: (mm/dd/yyyy) 8/23/19 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| MORENO, STEPHEN C. | 164110 | 8/26/19 |

| INSTITUTION | CASE NUMBER |
|---|---|
| ASPC-EYMAN /BROWNING UNIT | A21-306-019 |

TO: DIRECTOR CHARLES RYAN

I am appealing the decision of ____THE DIRECTOR____ for the following reasons:

I HEREBY INCORPORATE MY INFORMAL AS FACTUAL BASIS: IN THE GRIEVANCE RESPONSE AZDOC AND ITS AGENTS CONTINUE TO USE SEMANTICS TO NOT ONLY DEPRIVE PRISONERS AND SUB-CLASS MEMBERS (STG AND CONDEMNED ROW), THEIR STANDING LIBERTIES, ALSO, COMPLETELY REMOVE LANGUAGE FROM D.O. 812 · PARSONS V. RYAN STIPULATES CLEARLY THAT SUB-CLASS MEMBERS RECEIVE INCENTIVES CONSISTANT WITH D.I 326, WHICH AZDOC AND ITS AGENTS HAVE FAILED TO DO THROUGHOUT THE LAST 3 YEARS, USING THE SAME SEMANTICS AS THE GRIEVANCE COORDINATOR USES HERE AND IS AFFIRMED BY THE ADW. "YOU ARE STILL RECEIVING THE SAME AMOUNT OF TIME, THUS IT IS NOT AN ACTUAL PUNISHMENT TO REMOVE STANDING LIBERTIES/ INCENTIVES", I.E. INTERACTIVE CAGE RECREATION. ONCE AGAIN SUB-CLASS MEMBERS RECEIVE NO OTHER RECREATION INCENTIVES IN STEP 3 D.O. 812, NOR HAVE SUB-CLASS MEMBERS [PAGE 1 OF 2]

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | 8/26/19 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| MORENO, STEPHEN C. | 164110 | ASPC-EYMAN / BROWNING UNIT | A21-306-019 |

RECEIVED INCENTIVES CONSISTANT WITH DI 326. AZDOC AND ITS AGENTS HAVE USED GROUP PUNISHMENT AND SEMANTICS TO CARRY THIS SYSTEMATIC PLAN OUT. TO RETURN BROWNING UNIT TO POST PARSONS V. RYAN PRIVILEGES I.E. 8/24/19, IS OUR ONLY DAY OUT IN IDA CLUSTER FOR INTERACTIVE CAGE RECREATION, THIS PERIOD. CHUTE RECREATION, OUTDOOR INTERACTIVE CAGE RECREATION, SHOWERS ALL CANCELED, DUE TO ALLEGED STAFF SHORTAGE, WHICH HAPPENS MORE OFTEN THAN NOT. DI 326 AND D.O. 812 IS CLEAR IN ITS LANGUAGE ON WHAT IT TAKES TO RECEIVE A REDUCTION IN STEP AND INCENTIVES. AZDOC AND ITS AGENTS CAN NOT ARBITRARILY DO SO, AT WILL. (DUE PROCESS ISSUE.) SECONDLY, THE GRIEVANCE COORDINATOR CLAIMS THAT THE POLICY RELEASED TO THE COURTS IN SAID CASE BY AZDOC LAWYERS, IS NOT AN OFFICIAL DOCUMENT ~~COMPLETED~~ BECAUSE THE POLICY DID NOT GO INTO EFFECT, UNTIL 7/24/19. SUB-CLASS MEMBERS FIND THIS ODD. ONE, WHY WOULD AZDOC RELEASE A NON-OFFICIAL DOCUMENT TO THE COURTS? SECONDLY, WHY WOULD AZDOC AND ITS LAWYERS GO INTO LONG DETAIL EXPANDING ON THE HIGH STANDARD OF D.O. 812 AND ALL THE INCENTIVES WE ARE ALLEGEDLY RECEIVING? WHEN A SUB-CLASS MEMBER RAISED CONDITIONS OF CONFINEMENT, AZDOC AND ITS REGIME ARE UP TO THE SAME ENHANCED DEPRIVATION OF PRISONER BASIC HUMAN NEEDS AND RIGHTS. (PRO-SOCIAL INTERACTION AND HUMAN CONTACT). ONCE THE INMATE POPULATION RECEIVES 30 DAYS NOTICE OF POLICY CHANGE OR IMPLEMENTATION OF THE POLICY, IT IS SUPPOSED TO BE FINALIZED IN THE LEGAL LIBRARY SO ALL INMATES HAVE THE ABILITY TO REVIEW IT OVER THE NEXT 30 DAYS, SO THEY CAN BE ~~~~ PROPERLY INFORMED. IF THERE IS ANOTHER SUBSEQUENT CHANGE, ANOTHER NOTICE SHOULD BE DISSEMINATED. THIS NOTICE SHOULD HAVE BEEN DISSEMINATED 6/24/19, EVEN THOUGH THEY DID NOT RECEIVE IT UNTIL 8/2/19.

PAGE 2 OF 2

| Signature | Date |
|---|---|
| S. M— | 8/26/19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee.
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 733 | Moreno | 164110 | A21306019 | Eyman | SMU II/Browning |

In your grievance filed at Browning Unit, you claim the new recreation schedule is in violation of Director's Instruction 326. Furthermore, you believe the new recreation schedule is in violation of the Parsons v. Ryan stipulation. Your resolution is to return to the previous recreation schedule outlined in DI-326.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. You have provided no evidence to prove Department staff have violated policy. Furthermore, you are receiving the authorized recreation time that is outlined in Department Order 812, Inmate Maximum Custody Management and Incentive System.

No further action is warranted in this matter.

cc: Warden, Eyman Complex

RK

*R. Kepney*
**Appeals Officer**

*CRGlynn for*
**Charles L. Ryan, Director**

08/29/2019
**Date**

EXHIBIT 15

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Monts Juan | 270071 | Eyman/Browning | 7-27-19 |

| TO | LOCATION |
|---|---|
| COIII Wilde | COIII Office IDA |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm writing this kite to informally resolve the following issue. DW Days and her Agents/Admin are undeservingly depriving the STG's & Death Row prisoners their Incentives per the Parsons vs Ryan D:376, which is now superseded by DO:812 effective 7-24-19. STG's & Death Row prisoners Never recieved a 30day Notification that DO:812 would Supersede D:376. DW Days and her Agents/Admin passed out a recreation schedule this week. That has Taken away (2) 2.5Hr Blocks (by the 10x10 interactive enclosures 3) These Two classes of Inmates did nothing to provoke this unwarranted action. These classes of Inmates have progressed and maintained good behavior etc. Per the Department order 812. Attachment(B) pg. 2.0.2 Step in Recreation Access is for condemned Row (4) 2.5HR blocks per week of outside Recreation call can be "6." The 10x10 interactive enclosures... For G.P and STG's (3) 2.5Hrs Blocks (per week) "In" The 10x10 interactive enclosure... Az doc And Its Agents made a choice To kick us down the road and chose Not to proimediciely Address this issue... when They knew for atleast two weeks & months To a year this policy was going into effect... Now They believe its o.k To take away Incentives from 2 specific groups. And add in another group. And Still Not provide the following in Incentives To (All) (3) Per policy.

Az doc Are Here By placed on Notice (All) 3 classes are requesting Their Incentives / Per policy as outlined. Before These classes Are Forced To Notify The ACLU & media And Seek Further litigation To Recieve Incentives Consistant with the DW policy

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 7-27-19 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File.

802-11
6/25/14



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance



| RECEIVED BY | CO11 KINNEY |
|---|---|
| TITLE | CO11 |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 7448 | 08/05/2019 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montes Juan | 270071 | 8-4-19 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Browning / Eyman | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

I Hereby incorporate My Informal As Partial Bases. Facts & DO 1312 shored up by released policy via The Courts Case 2:19-CV-01146-DGC JZB Doc 44-1 filed 7-1-19 pg 48 of 94 ... Arizona DW Days and Her agents/admin. Have attempted To Remove Long standing inentives/privileges that Have been Established Since The inception of DO 326 3-27-14, IT's the Norm when a Directors order supercedes a instruction it is consistant with The Directors Instruction To Ensure Inmates are not deprived Their standing Inentives/privileges (without proper Due process) In order for inmates To Lose privileges He Has To Demonstrate (Some) Kind of bad behavior. As outlined in DO 326 B DD-B12 stepkul Reduction DO 326 Attachment (F) & DO B12 Attachment (B) pg 1 of 2 ... For Step (3) Reduction To step (2) Found guilty of a class C Discilin Violation (Repeated) demonstration of poor behavior. To Step 1 Found guilty of a Class A or Policy Minor Violation Refusal to program Consistaltly demonstrate poor socialization Skills and or Non-Cooperation Behavior.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

The STG Class Request This Language be Changed Back To the proper form where it's consistant with the previous DO 326 Policy that The STG C Condemed Row have Their previous interaction cage recreation schedule restored.

IE for P1P and STG Three TSHE blocks per week in the 10x10 interactive enclosure

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| *(signature)* | 8-4-19 | | |

| Action taken by | | Documentation of Resolution or Attempts at Resolution |
|---|---|---|
| | | |
| | | |
| | | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink of Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Montes  Juan | 270071 | Browning / Eyman | |

The GTM & Death Row Classes (Did) ~~Both~~ None of the above ... When The Recreation
Schedule was publicly submitted Both Classes Seen They (All) Had Been Reduced To
(1) Interactive Cage Rec a week. Thus Inmates started arguing Their Cases Based off
of The Do 912 Released by the courts In the above case.. I will Highlight The Attachment
(A) pg 2 of 2 Step III Here " Recreational activities. for GP I 2.5 Hr Block per Month in 20x10
Basketball enclosure (up to eight Inmates) For GP And STG (3) - 2.5 Hr blocks per week in Their
10x10 interactive enclosure . For Condemned Row - (4) - 2.5 HR blocks per week of outdoor Rec
(all) Can be In the 10x10 Interactive enclosure " In pod Rec . Recreation with another Inmate
In Accordance with Dept Order 904 .... This language Respectfully (Is) Consistant with
D1. 326 at Attachment (F) & Attachment (I) .. (except Revised X 4) outdoor Rec period
Down To (3) All Can be in 10x10 interactive enclosure As Shown Attachment (F). When These (2) Classes
Started arguing This At Doc. On Days. And Her Agents Came up with some Mysteriously Revised
Attachment pg 2 of 2 This Mysteriously Took place Between 7-1-19 & 7-24-19 On the Revised
Attachment (D) pg 2 of 2 Step III The language Is only changed at the section for GP and STG
I'll Highlight That Here. For GP and STG (3) - 2.5 Blocks per week ( To include One Time
Per week in The 10x10 enclosure ).. Now when you look at the language Respectfully with
Step # II Rec activities They (Are) The same. I'll Highlight That Here " (3) 2.5 HR Blocks
Per week one of which Can be in the 10x10 interactive enclosure.. Thus Reducing a whole class
STG Inmates To Step II Incentives/ privileges with (No) activity (OR) Behavior For
Said Reduction as outlined Above STG Recieve (No) Other incentives In this step (3)
Rec activity Section As It stands Today If No incentives (No) matter How
Inmates Recieved This From the courts or recieved Said revised version of this
Act order as Soon As They Seen The Rec Schedule and Revised policy (all) would
Have Filed

| Signature | Date |
|---|---|
| *[signature]* | 8-4-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance Appeal**

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| | |
|---|---|
| Received By: | OSKVARCIC |
| Title: | C.II |
| Badge #: | 1959 |
| Date: (mm/dd/yyyy) | 8-30-19 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Montes Juan | 270071 | 8-30-19 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Browning | A21-326-019 |

TO: Director Charles Ryan _____ for the following reasons:

I am appealing the decision of **ADW**

I Have Re incorporate My Informals Grievence as Factual Bouis & In the Grievence Response. The Doc and Its Agents Continue To use semantics To not only deprive prisoners & Subclass Members (STG and Condemned Row) There standing liberties But also To completely Remove language From Do: 912 Pursorsiv Ryan Stipulations ITs) Clear That Subclass Members Recieve Incentives Consistant with DI 326 (which Azdoc Agent's Have Failed To do Through out The Last (35 Yers) using The same Semantics as The Grievence Coordinator Uses Here and Is Affirmed By the (ADW) you are still Recieving The (Same) Amount of (Time) This is Not a (actual) Punishment To Remove standing liberties/Incentives. If interactive Cage Rec, once agian Subclass Members Recieve (No) Other G.F. Supplement

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| _[signature]_ | 8-30-19 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| _[signature]_ 1959 | 8-30-19 |

DISTRIBUTION: INITIAL:  White & Canary – Grievance Coordinator
Pink – Inmate
FINAL:  White – Inmate
Canary – Grievance File

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Montes, Juan | 270071 | Browning | A21-326-019 |

Recreation Incentives. In Step 8 Do: 912 Not Have subclass Members Recieved Incentives Consistant with DI-326. AZ Doc & Agents Have used group punishment & Semantics To Carry This Systematic plan out. To Return Browning Unit To post parson v. Ryan privileges. I.E. 8.24.19. Saturday. Is our only day In IDP cluster for Interactive Cage Rec This period Chute Rec. Out door Interactive Cage Rec. Showers (all) cancelled. Do To Alleged Short Staff (Which happens more often then not.) DI 326 & DO 912 (33) Clear in Its language on what It takes To Recieve a reduction In Step 8 Incentives. AZ Doc And Its Agents Can (NOT) Arbitrarily Do So At will (Due process Issue.) Second The Grievance Coordinator Claims That The policy Released To The Courts In Said Case (say) AZ Doc Lawyers Is (NOT) An official Document. Because The policy did not go Into effect Till 7.24.19. Sub class Members Find This Odd! 1.) Why would AZ Doc Release a Non official document To the Board's (.) 2.) why would AZ Doc And Lawyers Go Into Long detail Expanding on the High Standards of DO: 912 And all The Incentives We (are) allegedly getting!! (When a subclass Member Raised conditions of confinement) AZ Doc & Regima (ARE) up to The (same) enhanced depriviation of prisoners Basic Human needs & Rights. (Pro Social Interaction & Human Touch) Once The Inmate population Recieves (30) days Notice of policy Change or Implementation of policy. It is supposed To be Emailed To the legal library So (all) Inmates Have The ability To Check out Over the (30) days so They Can become properly Informed. (If) There is a notice Subsequent change Another Notice should be disseminated (This Notice should Have Been disseminated 6.24.19 Even Though They did not Recieve It Till 8.24.19.)

| Signature | Date |
|---|---|
| *[signature]* | 8-20-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

EXHiBiT 16

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| RECEIVED BY | | |
|---|---|---|
| _Hollmez_ | | |
| TITLE | | |
| _CSII_ | | |
| BADGE NUMBER | DATE (mm/dd/yyyy) | |
| _12/37_ | _8/5/19_ | |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Dionne Stephen Paul | 166370 | |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Eyman/Browning | |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

I Hereby incorporate my informal as factual basis. Facts' Do 712 up in context also via The Courts Case 2:18-CV-01444-DOC-72B DOC 44-1 filed 7-1-19 pg 48 of 94. As Do Do Days and has suspended/admin Hve attempted to remove Long standing incentives/ Privleges thats have been Established since the inception of DI 326 7-27-14. E-13 the Norm which a Directive which supersedes instruction. It is Consistant with the Directly instruction to Ensure Families are not deprived their standing Incdncs/Privleges without Plain Due process] In order for inmate To loss privleges He Must behavioral Comd Conduct violation minor is outlined in DI 326/ Do 712. Stipulated 24 I via DI 326 Article (F)(1) No 712 Abusment(D) pg 114. For step(2) Reduction to step (2) found guilty of a class C Oversight & denian 30day Adminstve Conduct Violaton by ATP1 no other Clss of Cls D-3 for phone privleges denian Program. Currently Substantive and has working skills Job in Mar Cooperative Behavior.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

The STG clss Langust be changed Back to its proper Form where it is consistant with the previous DI 326 policy And the STG1 Condemed Res have their previous intensive live cage Recreaton schedule restored by ST And STG1 thrn 25 HR Blocks per week in the to-10 restorative enclosure.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Stephen Dionne | | | |

| Action taken by | | Documentation of Resolution or Attempts at Resolution |
|---|---|---|
| | | |
| | | |
| | | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**Inmate Grievance, GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| DIONNE Stephen P | 166370 | Eyman / Browning | |

The STG's Death Row classes did none of the above ... when the Recreation schedule was publicly submitted. Both classes seen that they had been reduced to (1) Interactive Cage Rec a week. Thus inmates started arguing there case based off of The DO:812 Released by the courts In the above case. I will Highlight the Attachment (A) Pg 2 of 2 step III. these Recreational Activities for GP 1,2,5 hr blocks per month in 20x10 Basketball enclosures (up to 8 inmates) To GP's STG (3) 2.5 Hr blocks per week in five 10x10 interactive enclosure. For condemed Row (1) 2.5 Hr Blocks per week of out door Rec all can be in the 10x10 Interactive enclosures. In pod Rec. Recreation another inmate In accordance with Dept order 704 This Language is Respectfully consistant with DI 326 or Attachment (F) Attachment (A). (Except Revised F) out door Rec period (Down to 3) All can be in 10x10 Interactive enclosure. As shown Attachment (F). when these Two classes started arguing this Az-Doc. DO:Days And her Agents came up with some mysteriously Revised Attachment pg 2 of 2 Thus mysteriously took place between 7-1-19 & 7-24-19 on the Revised Attachment (A) Pg 2 of 2 step III. The Language is only changed at the section for GP and STG, I'll Highlight that here too for GP's STG (3) 2.5 Blocks per week To include one Time per week in the 10x10 enclosure ... Now when you look at the language Respectfully with step II Rec activities they Are the same. I'll Highlight that here (3) 2.5 HR Blocks per week one of which is in the 10x10 interactive enclosure. Thus Reducing a whole class STG inmates to step II incentives/privilege with No 1 other incentives. in this step (3) Rec Activity. Section As it stands. Today, is No incentives (NO) no matter how Inmates Recieved this from the courts or recieved said Revised version of this Dept order as soon as they saw the Rec schedule and revised policy (All) would have Filed!

| Signature | Date |
|---|---|
| Stephen Dionne | |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

EXHiBiT 17

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.   Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Montoya Adrian M. | 220094 | Eyman, Browning | 7·27·19 |

| TO | LOCATION |
|---|---|
| CO III Wilde | CO III office IDA |

State briefly but completely the problem on which you desire assistance.  Provide as many details as possible.

I'm writing This Kite To informally Resolve The Following issue. D.W Days And her Agents/Admin ARE undeservingly Depriving The STG's And Death Row PRisoners Their Incentives Per The PaRson vs Ryan Di 326, which is now Superseded By Do:812 Effective. 7.24.19·1·1 STG & Death Row PRisoners never Received The 30 Day Notifications That Do 1512 would be Superseding Di·326.2.11 D.W Days And her Agents/Admin Passed out A RecReation Schedule This week That Has Taken away (2) - 2.5 HR Blocks (IN) The 10×10 interactive Enclosures. 3.) These Two Classes of Inmates Have PROGRamed + Maintained Good Behavior Etc. PeR Department ORDer 812 ATTACHMENT (B) Page 2 oF 2. Step III RecReation Activities 'FoR Condemned Row (4) - 2.5 HR Blocks (Per week) of outside RecReation (All) Can Be "in" The 10×10 Interactive enclosures ··· FoR GP + STG's (3) - 2.5 Blocks (Per week) "in" The 10×10 interactive enclosures ··· At Doc + it's Agents ~~work~~ made A Choice To ~~Kick~~ The can Down The Road And Chose not To PRoblematically Address This issue. When They Know FoR Atleast The last 6 months To A yR. This policy was going into eFFect ·· Now They Believe its ok To Take Away incentives FRom 2 - SpeciFic Groups. And Add In Another Group And Still not PRovide The minimum incentives To (all) (3) - Classes (Per) Policy···

Az Doc ARE Here By placed on notice. (all) 3 - Classes ARE Requesting Their incentives (Per) Policy As outlined! BeFoRe These Classes ARE FoRced To notify The A.C.Lu + media And Seek FurTher Litigation To Receive incentives ConsistANt w/ The Policy

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| *[signature]* | 7·27·19 |

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| MONTOYA, ADRIAN M. | 220094 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint 7/27/2019 regarding what you state is DW Days instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level. If you wish to move forward with the Grievance Procedure, you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature | Date |
|---|---|
| COIII T. Wilde | 7/30/19 |

Distribution:   Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/19/12



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

RECEIVED BY _(signature)_

TITLE _CO II_

| BADGE NUMBER | DATE _(mm/dd/yyyy)_ |
|---|---|
| 11254 | 8-5-19 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| INMATE NAME _(Last, First M.I.)_ _(Please print)_ | ADC NUMBER | DATE _(mm/dd/yyyy)_ |
|---|---|---|
| Montoya Adrian M. | 220094 | 8.1.19 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Browning - Eyman | A21-322-019 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** _(To be completed by the Inmate)_

I hereby incorporate my informal As FacTual Bases. Facts 8.Do:812 Shored up by Released policy via The Courts, Case 2:19-CV-01146-DGC-72b Doc 44-1 Filed 7-1-19 pg 48 of 94. ADOC, Dvo Days & Her Agents/Admin, Have Attempted To Remove long standing incentives/privileges That Have Been Established since The inception of DI 326, 3-27-14. iT is The norm when a Director & or Superceds a instruction iT is consistent w/ The Directors instruction To ensure inmates are not deprived There standing liberties/privileges (without proper Due process) in order For inmates To lose privileges He Has To Demiostrate (Some) Kind of Bad Behavior. As out lined in DI 326B, Do:812 step level reduction DI 326 Attachment (F) & Do:812 Attachment (B) pg. 1 of 2. For Step (3) Reduction To Step (2) Found guilty of a class C Disciplinary violation Demonstration of poor Behavior, To step 1 Found guilty of a class A or B Disciplinary violation Refusal To program "consistently demonstrates poor Socialization SKills And or Non-Cooperation Behavior

**Proposed Resolution** _(What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)_

The STG Class Request This language Be change Back To its proper Form where it is Consistant w/ The previous DI 326 policy (And The STG & Condemed Row Have There previous incentives Cage Recreation Schedule Restored I.E For G.P And STG Three 2.5 HR. Blocks per week in The 10x10 interactive enclosure.

| INMATE'S SIGNATURE | DATE _(mm/dd/yyyy)_ | GRIEVANCE COORDINATOR'S | DATE _(mm/dd/yyyy)_ |
|---|---|---|---|
| _(signature)_ | 8.1.19 | CO II Maughan For CO4 Um WNKle | 8/7/19 |

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE _(mm/dd/yyyy)_ |
|---|---|---|
| | | |

DISTRIBUTION:   INITIAL:   White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
              FINAL:   White – Inmate; Canary – Grievance File

802-1
12/12/13

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Montoya Adrian M | 220094 | Browning/eyman | A21-322-019 |

THE STG's DEATH ROW CLASSES did none of THE ABOUT... WHEN THE RECREATION Schedule was publicly SUBMITTED. BOTH CLASSES SEEN THAT THEY HAD BEEN Reduced To (1) INTERACTIVE cage Rec a WEEK. THUS INMATES STARTED ARGUING THERE CASE Based oFF oF THE DO: 812 RELEASED BY THE COURTS in THE ABOVE CASE. I will High light THE ATTACHMENT (A) PAGE 2 of 2 STEP III RECREATIONal ACTIVITIES For G.P one 2.5 HR. BLOCKS PEr MONTH in 20x10 BASKETBALL Enclosure. (UP TO 8 INMATES) FoR GP/STG (3) - 2.5 PER WEEK in THERE 10x10 INTERACTIVE enclosure FoR condemed Row (4) 2.5 HR BLOCKS PER WEEK oF OUT DOOR Rec All Can Be in THE 18x18 enclosures In poD Rec Recreation WITH ANOTHER INMATE Inaccordance w/ Dept. order 704 THIS (language) Is RespectFully consistant w/ DI 326 AT ATTACHMENT (F) B ATTACHMENT (I). (except) Revised (4) OUT DOOR Rec PERIOD DOWN To (3) All can Be in 10x10 enclosures AS SHown ATTACHMENT (F When Those (2) CLASSES STarTED ARguing THIS AZ.Doc. DiW Days AND HEr Agents came up WITH Some mysturiously Revised ATTACHMENT (B) PG. 2 of 2 THIS mysteriously TooK place BETWEEN 7-1-19 & 7-24-19 on THE Revised ATTACHMENT (B) Pg. 2 of 2 STEP 3 THE language Is only changed AT 2.5 - BLOCKS Per week To include a Time Per WEEK in 10x10 enclosure ACTIVITIES THEy (ARE) THE Same. In High light THAT HERE (3) 2.5 HR. BLOCKS Per week one of which Is in THE 10x10 enclosure... THUS Reducing A whole class STG INMATES To STEP 2 INCENTIVES/ privileges w/ no OTHER INCENTIVES in THIS STEP (3) Rec ACTIVITYS SECTIONS AS IT STANDS ToDAY If no INCENTIVES ~~THIS Step 2 10x10 Rec Activity~~ in ITS place no MATTER How INMATES RECEIVED THIS From ~~Courts~~ courts or Received Said Revised VERSION oF THIS Dept orDER AS Soon THEy Saw THE Rec Schedule & Revised policy (All) would Have ~~Be~~ Filed!

| Signature | Date |
|---|---|
|  | 8-4-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Montoya, Adrian | 220094 | ASPC-E/Browning | A21-322-019 |

I have reviewed your inmate grievance case A21-322-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date |
|---|---|
| *[signature]* | 8/23/19 |

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DISTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

EXHiBiT 18

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| | Received By | |
|---|---|---|
| Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice. | Title | |
| | Badge Number | Date |

| Inmate Name (Last, First M.I) | ADC Number | Date |
|---|---|---|
| ESPINOZA, JOSEPH | 050691 | 8-5-19 |

| Institution/Facility | Case Number |
|---|---|
| Eyman  Browning | |

To:

**Description of Grievance** (To be completed by the inmate)   I HEREBY INCORPORATE MY INFORMAL AS FACTUAL BASES: EYMAN AND DO: 812 SHORED UP BY RELEASED POLICY VIA THE COURTS. CASE 2:18-CV-01146-DGC-JCR DOCUMENT 44-1 FILED 7-1-19 PAGE 48 OF 74... AZ doc, D.W. DAYS AND HER AGENTS/ADMIN HAVE ATTEMPTED TO REMOVE LONG STANDING INCENTIVES/PRIVILEGES. THAT HAVE BEEN ESTABLISHED SINCE THE INCEPTION OF DIRECTORS INSTRUCTION 326, 2-27-2014. IT IS THE NORM WHEN A DIRECTORS ORDER SUPERSEDES A INSTRUCTION IT IS CONSISTANT WITH THE DIRECTORS INSTRUCTION TO ENSURE INMATES ARE NOT DEPRIVED THEIR STANDING INCENTIVES/PRIVILEGES. (WITHOUT PROPER DUE PROCESS) INORDER FOR INMATES TO LOSE PRIVILEGES HE HAS TO DEMONSTRATE (SOME) KIND OF BAD BEHAVIOR. AS OUTLINED IN DI 326 AND DO: 812 STEP LEVEL REDUCTION DI 326 ATTACHMENT (F) AND DO: 812 ATTACHMENTS (B) PAGE 1 OF 2... FOR STEP (3) REDUCTION TO STEP (2) FOUND GUILTY OF A CLASS C DISCIPLINARY VIOLATION "REPEATED demonstration OF POOR BEHAVIOR. TO STEP 1" FOUND GUILTY OF A CLASS A OR B DISCIPLINARY VIOLATION "REFUSAL TO PROGRAM, CONSISTANTLY DEMONSTRATED POOR socialization SKILLS OWL OR NON-COOPERATIVE BEHAVIOR... THE STG AND DEATH ROW CLASSES (did) NONE OF THE ABOVE... WHEN THE RECREATION SCHEDULE WAS PUBLICLY SUBMITTED BOTH CLASSES SAW THEY (WE) HAD BEEN REDUCED TO (1) INTERACTIVE CAGE REC A WEEK. THUS INMATES STARTED ARGUING THEIR CASE BASED OFF OF THE

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)   THE STG CLASS REQUEST THIS LANGUAGE BE CHANGED BACK TO ITS PROPER FORM WHERE ~~xxxx~~ IT (IS) CONSISTENT WITH THE PREVIOUS DI 326 POLICY AND THE STG AND CONDEMNED ROW HAVE THEIR PREVIOUS INTERACTIVE CAGE RECREATION SCHEDULE RESTORED.   5C' FOR GP AND STG (3) 2.5 HR BLOCKS PER WEEK IN THE PATIO WITHOUT THE ENCLOSURE...

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| J. Espinoza | 8-5-19 | | |

| Action taken by | Documentation of Resolution or Attempts at Resolution |
|---|---|
| | |

| Staff Member's Signature | | Badge Number | Date |
|---|---|---|---|
| | | | |

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
7/13/09

ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Grievance - GF Supplement**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| ESPINOZA, JOSEPH | 050697 | BROWNING | |

DO: 812 RELEASED (BY) THE COURTS IN THE ABOVE CASE,.. I WILL HIGHLIGHT THE ATTACHMENT (B) PAGE 2 OF 2 STEP (3) HERE, RECREATIONAL ACTIVITIES, FOR GP ONE, 2.5 HR BLOCK PER MONTH IN 20X40 BASKETBALL ENCLOSURE UP TO (8) INMATES) FOR GP AND STG(3) - 2.5 - HRS BLOCKS PER WEEK IN THE 10X10 INTERACTIVE ENCLOSURE, FOR CONDEMNED ROW. (4) - 2.5 HR BLOCKS PER WEEK OF OUTDOOR RECREATION (ALL) CAN BE IN THE 10X10 INTERACTIVE ENCLOSURES. IN POD RECREATION, RECREATION WITH ANOTHER INMATE IN ACCORDANCE WITH DEPARTMENT ORDER 704... THIS LANGUAGE RESPECTIVELY (IS) CONSISTANT WITH DIRECTORS ~~~ INSTRUCTION 326 AT ATTACHMENT (F) AND ATTACHMENT (I)... EXCEPT REVISED (4) OUTDOOR RECREATION PERIODS DOWN TO (3) ALL CAN BE IN 10X10 INTERACTIVE ENCLOSURE AS SHOWN ATTACHMENT (F) WHEN THESE (2) CLASSES STARTED ARGUING THIS. AT ADC, OLD DAYS, AND HER AGENTS CAME UP WITH (SOME) MYSTERIOUSLY REVISED ATTACHMENT (B) 2 OF 2 STEP 3. THE LANGUAGE IS ONLY CHANGED AT THE SECTION FOR GP AND STG, THIS MYSTERIOUSLY TOOK PLACE BETWEEN 7-1-2019 AND 7-24-2019. I'LL HIGHLIGHT THAT HERE " FOR GP AND STG(3) 2.5 HR BLOCKS PER WEEK (TO INCLUDE ONE TIME PER WEEK, IN THE 10X10 ENCLOSURES)... NOW WHEN YOU LOOK AT THE LANGUAGE RESPECTIVELY WITH STEP 2 RECREATIONAL ACTIVITIES THEY (ARE) THE SAME. I'LL HIGHLIGHT THAT HERE (3) 2.5 HR BLOCKS PER WEEK ONE OF WHICH CAN BE IN THE 10X10 INTERACTIVE ENCLOSURES).. THUS REDUCING A WHOLE CLASS OF STG INMATES TO STEP 2 INCENTIVES/PRIVILEGES WITH (NO) ACTIVITY (OR) BEHAVIOR FOR SAID REDUCTION AS OUTLINED ABOVE... STG'S RECEIVE (NO) OTHER INCENTIVES IN THIS STEP(3) RECREATION ACTIVITY SECTION AS IT STANDS TODAY. IF (NO) INCENTIVES...(NO) NOTICE HOW INMATES RECEIVED THIS FROM THE COURTS, OR REVISED VERSION OF THIS DEPARTMENT ORDER, AS SOON AS THEY SAID THE REC SCHEDULE, (AND) REVISED POLICY (ALL) WOULD HAVE FILED.

| Signature | Date |
|---|---|
| J. Espinoza | 8-5-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

EXHiBiT 19



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| NINO, REYNALDO A | 070613 | BROWNING | 7-28-19 |

| TO   CO. III   Wilde | LOCATION   Id/A |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm WRITING THIS KITE TO INFORMALLY RESOLVE THE FOLLOWING ISSUE. D.W. DAYS AND HER AGENTS/admin ARE UNDESERVINGLY DEPRIVING THE STG's and DEATH ROW PRISONERS THEIR INCENTIVES (PER) THE PARSONS V. RYAN, DI 326 WHICH IS NOW SUPERSEDED BY DEPARTMENT ORDER 812 EFFECTIVE 7-24-19. 1.) STG's AND DEATH ROW PRISONERS NEVER RECEIVED THE (30) DAY NOTIFICATION THAT DO:812 WOULD BE SUPERSEDING D.I: 326 2.) D.W. DAYS AND HER AGENTS/admin PASSED OUT A RECREATION SCHEDULE THIS WEEK THAT HAS TAKEN AWAY (2) - 2.5 HRS BLOCKS IN THE 10X10 INTERACTIVE ENCLOSURE.. 3.) THESE (2) CLASSES OF INMATES did (NOTHING) TO PROVOKE THIS UNWARRANTED ACTION.. THESE CLASSES OF INMATES HAVE PROGRAMED AND MAINTAINED GOOD BEHAVIOR ETC. (PER) THE DO:812 ATTACHMENT (B) PAGE 2 OF 2  STEP III RECREATION ACTIVITIES.. FOR CONDEMNED ROW (4) - 2.5 HR. BLOCKS (PER WEEK) OF OUTSIDE RECREATION (ALL) CAN BE "IN" THE 10X10 INTERACTIVE ENCLOSURES.. FOR GP AND STG's (3) - 2.5 HR BLOCKS (PER WEEK) "IN" THE 10X10 INTERACTIVE ENCLOSURE.. AZ DOC AND ITS AGENTS made A CHOICE TO KICK down THE ROAD AND CHOSE NOT TO PROBLEMATIVLY Address THIS ISSUE.. WHEN THEY KNEW FOR ATLEAST THE LAST (6) MONTHS TO A YEAR THIS POLICY WAS GOING INTO EFFECT.. NOW THEY BELIEVE ITS OK TO TAKE AWAY INCENTIVES FROM (2) SPECIFIC GROUPS.. AND ADD IN ANOTHER GROUP AND STILL NOT PROVIDE THE MINIMUM INCENTIVES TO (ALL) 3 - CLASSES (PER) POLICY

AZ DOC ARE HEREBY PLACED ON NOTICE.. (ALL) 3- CLASSES ARE REQUESTING THEIR INCENTIVES (PER) POLICY AS OUTLINED! BEFORE THESE CLASSES ARE FORCED TO NOTIFY THE ACLU AND MEDIA AND SEEK FUTURE LITIGATION TO RECEIVE INCENTIVES CONSISTANT WITH THE POLICY.

| INMATE SIGNATURE   *Reynaldo Nino* | DATE *(mm/dd/yyyy)*   7-28-19 |
|---|---|

Have you discussed this with institution staff?   ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL:  White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL:  White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

| | For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |
|---|---|

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| NINO, RAY | 070613 |

| Institution/Unit |
|---|
| ASPC, EYMAN-BROWNING UNIT |

| From | Location |
|---|---|
| COIII T. WILDE | BROWNING UNIT |

This is in response to your informal complaint dated 7/28/2019 regarding what you state is DW Days instructing her Administrative staff to deprive STG/Death Row inmates of two (2) of the three (3) recreation days you were afforded while Director's Instruction 326 was in effect based on the Parson's vs Ryan agreement. You state you were not provided adequate notification regarding said policy changes. The resolution to your complaint is to be provided the incentives that were provided to you as outlined in Directors Instruction 326.

After review of available information, the following was found:

I reviewed your file and found you are an STG Step III inmate.

I also reviewed Department Order 812 – INMATE MAXIMUM CUSTODY MANAGEMENT AND INCENTIVE SYSTEM (which superseded Director's Instruction 326) effective on 7/24/2019.

Per DO 812 Attachment B:

Step III Recreational Activities:

For GP and STG - Three, 2.5-hour blocks per week, to include one-time per week, in the 10x10

In pod recreation

Recreation with another inmate in accordance with Department Order #704, Inmate Regulations

I am unable to resolve your complaint at my level. If you wish to move forward with the Grievance Procedure, you have five (5) work days from the receipt of this response to submit your Grievance to the Unit's Grievance Coordinator or your COIII. End of Response.

| Staff Signature | Date |
|---|---|
| COIII | 7.30.19 |

Distribution:   Original - Inmate
                Copy – Grievance Coordinator File

802-12(e)
12/19/12

**Inmate Grievance**

| | Received By | C b |
|---|---|---|
| | Title | CO II |
| | Badge Number 11258 | Date 8-1-19 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Nino, Reynaldo A | 070613 | 8-1-19 |
| Institution/Facility   Browning Unit   Eyman | Case Number   A21-308-019 | |

To: C.O. III PLANCARTE    GRIEVANCE Cord.

**Description of Grievance** (To be completed by the inmate) I HEREBY INCORPORATE MY INFORMAL AS FACTUAL BASES.. FACTS AND DO: 812 SHORED UP BY REED RELEASED POLICY VIA THE COURTS. CASE 2:18-CV-01146 "DGC-JCB DOCUMENT 44.1 Filed 7.8-19 PAGE 48 OF 94.. AZ DOC, DW. DAYS AND HER AGENTS/ADMIN. HAVE ATTEMPTED TO REMOVE LONG STANDING INCENTIVES/PRIVILEGES. THAT HAVE BEEN ESTABLISHED SINCE THE INCEPTION OF DIRECTORS INSTRUCTION 326- 3.27-2014 IT IS THE NORM WHEN A DIRECTORS ORDER SUPPER-SEDES A INSTRUCTION IT IS CONSISTENT WITH THE DIRECTORS INSTRUCTION TO ENSURE INMATES ARE NOT DE-PRIVED THEIR STANDING LIBERTIES/PRIVILEGES. (WITHOUT PROPER DUE PROCESS) INORDER FOR INMATES TO LOSE PRIVILEGES HE HAS TO DEMONSTRATE (SOME) KIND OF BAD BEHAVIOR. AS OUTLINED IN DI 326 AND DO: 812 STEP LEVEL REDUCTION DI 326 ATTACHMENT(E) AND DO: 812 ATTACHMENT (B) PAGE 1 OF 2 ... FOR STEP (3) REDUCTION TO STEP(2). FOUND GUILTY OF A CLASS C DISCIPLINARY VIOLATION. (REPEATED) DEMONSTRATION OF POOR BEHAVIOR. TO STEP 1. FOUND GUILTY OF CLASS A OR B DISCIPLINARY VIOLATION. REFUSAL TO PROGRAM. CONSISTANTLY DEMONSTRATED POOR SOCIALIZATION SKILLS, AND OR NON-COOPERATIVE BEHAVIOR... THE STG AND DEATH ROW CLASSES (DID) NONE OF THE ABOVE... WHEN THE RECREATION SCHEDULE WAS PUBLICLY SUBMITTED BOTH CLASSES SAW THEY (ALL) HAD BEEN REDUCED TO (1) INTERACTIVE A WEEK. THUS INMATES STARTED BREWING

**Proposed Resolution** ( What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) THE STG CLASS REQUEST THIS LANGUAGE BE CHANGED BACK TO ITS PROPER FORM WHERE IT (IS) CONSISTANT WITH THE PREVIOUS DI 326 POLICY. AND THE STG AND CONDEMNED ROW HAVE THEIR PREVIOUS INTERACTIVE RECREATION SO SCHEDULE RESTORED.. I.E. FOR G.P AND STG (3) 2.5 HR BLOCKS PER WEEK IN THE 10x10 INTERACTIVE ENCLOSURE.

| Inmate's Signature   Reynaldo Nino | Date 8-1-19 | Grievance Coordinator's Signature   COIII Managun for COV Van Winkle | Date 8/5/19 |
|---|---|---|---|

| Action taken by | | Documentation of Resolution or Attempts at Resolution. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802-1
7/13/09

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility Browning | Case Number |
|---|---|---|---|
| Niño, Reynaldo | 070613 | Eyman | A21-308-019 |

THEIR CASE BASED OFF OF THE DO: 812 RELEASED (BY) THE COURTS IN THE ABOVE CASE.. I will HIGHLIGHT THE ATTACHMENT (B) PAGE 2 OF 2 STEP (3) HERE. RECREATIONAL ACTIVITIES. FOR GP ONE, 2.5-HOUR BLOCK PER MONTH IN 20x40 BASKETBALL ENCLOSURE (UP TO (8) INMATES). FOR GP AND STG (3)-2.5-HOURS BLOCKS PER WEEK IN THE 10x10 INTERACTIVE ENCLOSURE.. FOR CONDEMNED ROW -(4)-2.5 HR BLOCKS PER WEEK OF OUTDOOR RECREATION (ALL) CAN BE IN THE 10x10 INTERACTIVE ENCLOSURES. IN POD RECREATION. RECREATION WITH ANOTHER INMATE IN ACCORDANCE WITH DEPARTMENT ORDER 704... THIS LANGUAGE RESPECTIVELY (IS) CONSISTANT WITH DIRECTORS INSTRUCTION 326 AT ATTACHMENT (F) AND ATTACHMENT (I)... EXCEPT REVISED (4) OUTDOOR RECREATION PERIODS DOWN TO (3) ALL CAN BE IN THE 10x10 INTERACTIVE ENCLOSURE AS SHOWN ATTACHMENT (F) WHEN THESE (2) CLASSES STARTED ARGUING THIS. AZ DOC, DW DAYS, AND HER AGENTS CAME UP WITH (SOME) MYSTERIOUSLY REVISED ATTACHMENT (B) 2 OF 2 STEP III THE LANGUAGE IS ONLY CHANGED AT THE SECTION FOR GP AND STG. THIS MYSTERIOUSLY TOOK PLACE BETWEEN 7-1-2019 AND 7-24-2019. I'LL HIGHLIGHT THAT HERE ' FOR GP AND STG (3) - 2.5 HR BLOCKS PER WEEK, ( TO INCLUDE ONE TIME PER WEEK, IN THE 10x10 ENCLOSURES)... NOW WHEN YOU LOOK AT THE LANGUAGE RESPECTIVELY WITH STEP II RECREATIONAL ACTIVITIES THEY (ARE) THE SAME. I'll HIGHLIGHT THAT HERE (3) - 2.5 HOUR BLOCKS PER WEEK ONE OF WHICH CAN BE IN THE 10x10 INTERACTIVE ENCLOSURES).. THUS REDUCING A WHOLE CLASS OF STG INMATES TO STEP II INCENTIVES / PRIVILEGES WITH (NO) ACTIVITY (OR) BEHAVIOR FOR SAID REDUCTION AS OUTLINED ABOVE.. STG'S RECEIVE (NO) OTHER INCENTIVES IN THIS STEP (3) RECREATION ACTIVITY SECTION AS IT STANDS TODAYS (NO) INCENTIVES ... (NO) NOTICE HOW INMATES RECEIVED THIS FROM THE COURTS, OR REVISED VERSION OF THIS DEPARTMENT ORDER. AS SOON AS THEY SAW THE REC SCHEDULE AND REVISED POLICY (ALL) WOULD HAVE FILED.

| Signature | Date |
|---|---|
| Reynaldo Niño | 8-1-19 |

INITIAL DISTRIBUTION - <u>Committee Recommendation</u> - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - <u>GF Supplement</u> - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# Inmate Grievance Response

| Inmate Name | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Nino, Reynaldo | 070613 | ASPC-E/Browning | A21-308-019 |

I have reviewed your inmate grievance case A21-308-019 in regards to a revised recreation schedule with the advent of DO 812 on July 24, 2019. The issue of contention is that under DI 326, you were entitled to receive four (4) outdoor recreation periods a week. All may be in the 10 x 10 interactive enclosure. Under DO 812 in the same status, you will receive three (3) 2.5 hour blocks per week, and may include one-time per week in the 10 x 10 interactive enclosure.

I have reviewed the information that you have provided, CO III Wilde's informal complaint response, and have consulted with the DO 812 supervisors.

Your proposed resolution is that you request the language in DO 812 be changed back to its original form, consistent with the previous DI 326. This would have the STG inmates, including yourself, back to the previous amount of weekly recreation in the interactive enclosures.

Firstly, attachment B in case 2:18-cv-01146-DGC-JZB Document 44-1 Filed 07/01/19 Page 48 of 94 references a non-official document. Attachment B did not become official policy until 7/24/2019. This is what the revised recreation schedule in conjunction with DO 812 is derived from.

The new policy implementation is not punishment. The number of hours that you are afforded each week has not changed. When the Department was following DI 326, you were afforded as a Step (1) 7.5 hours per week, step (2) 8.5 hours per week and step (3) 9.5 hours per week. Additionally at Browning unit, you were offered an additional .5 hours per recreation period. Your program requirements are the same, as well as your out of cell time.

Browning unit will continue to offer 3 hour blocks of recreation, above and beyond what policy requires.

**This issue is considered resolved at this level. You have five (5) working days from the receipt of this response to appeal to the Director.**

End of response.

| Signature | Date 8/19/19 |
|---|---|

REC

INITIAL DISTRIBUTION – Committee Recommendation – All copies to Grievance Advisory Committee
FINAL DISTRIBUTION – White and Pink – Inmate, Canary – Grievance File

INITIAL DISTRIBUTION - GF Supplement – White and Canary – Grievance Coordinator, Pink – Inmate
FINAL DISTRIBUTION – White – Inmate, Canary – Grievance File

802-7P
2/14/00

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance Appeal**

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

| | |
|---|---|
| The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form. | Received By: JOSEFOWICZ |
| | Title: COII |
| | Badge #: 11808 |
| | Date: (mm/dd/yyyy) 09/27/2019 |

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Niño, Reynaldo A | 070613 | 8-27-19 |

| INSTITUTION Eyman | CASE NUMBER |
|---|---|
| Browning Unit | A21-308-019 |

TO: ~~ATTENTION COORDINATOR~~ DIRECTOR CHARLES RYAN

I am appealing the decision of _THE DIRECTOR_ for the following reasons:

I HEREBY INCORPORATE MY INFORMAL AS FACTUAL BASIS: IN THE GRIEVANCE RESPONSE AZ doc AND ITS AGENTS CONTINUE TO USE SEMANTICS TO NOT ONLY DEPRIVE PRISONERS AND SUBCLASS MEMBERS: (STG AND CONDEMNED ROW) THEIR STANDINGS LIBERTIES. BUT ALSO TO COMPLETELY REMOVE LANGUAGE FROM DO.812. PARSONS V. RYAN STIPULATIONS(IS) CLEAR THAT SUBCLASS MEMBERS RECEIVE INCENTIVES CONSISTANT WITH DI 326. WHICH AZ doc AND AGENTS HAVE FAILED TO DO THROUGHOUT THE LAST (3) YRS) USING THE SAME SEMANTICS AS THE GRIEVANCE COORDINATOR USES HERE AND IS AFFIRMED BY THE (ADW). YOU ARE STILL RECEIVING THE (SAME) AMOUNT OF (TIME). THUS ITS NOT A (ACTUAL) PUNISHMENT TO REMOVE STANDING LIBERTIES / INCENTIVES. I.E INTERACTIVE CAGE RECREATION. ONCE AGAIN SUBCLASS MEMBERS RECEIVE (NO) OTHER RECREATION INCENTIVES IN

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Reynaldo Niño | 8-27-19 | Scott Meneghan | 8/30/19 |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

Inmate Grievance - GF Supplement

*APPEAL*

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility *Eyman* | Case Number |
|---|---|---|---|
| Niño, Reynaldo A | 070613 | Browning Unit | A 21-308-019 |

STEP (3) DO: 812 NOR HAVE SUBCLASS MEMBERS RECEIVED INCENTIVES CONSISTENT WITH DI: 326. AZ DOC AND AGENTS HAVE USED GROUP PUNISHMENT AND SEMANTICS TO CARRY THIS SYSTEMATIC PLAN OUT. TO RETURN BROWNING UNIT TO POST PARSONS V. RYAN PRIVILEGES I.E. 8-24-19 IS OUR ONLY DAY IN IOLN CLUSTER FOR INTERACTIVE CAGE RECREATION THIS PERIOD. CHUTE RECREATION, OUTDOOR INTERACTIVE CAGE RECREATION. SHOWERS (ALL) CANCELED. DO TO ALLEGED SHORT STAFF. (WHICH HAPPENS MORE OFTEN THEN NOT) DI 326 AND DO: 812 IS CLEAR IN ITS LANGUAGE ON WHAT IT TAKES TO RECEIVE A REDUCTION IN STEP AND INCENTIVES. AZ DOC AND ITS AGENTS CAN (NOT) ARBITRARILY DO SO AT WILL (DUE PROCESS ISSUE) SECOND THE GRIEVANCE COORDINATOR CLAIMS THAT THE POLICY RELEASED TO THE COURTS IN SAID CASE (BY) AZ DOC LAWYERS IS (NOT) A OFFICIAL DOCUMENT BECAUSE THE POLICY DID NOT GO INTO EFFECT UNTIL 7-24-19. SUBCLASS MEMBERS FIND THIS (ODD). 1.) WHY WOULD AZ DOC RELEASE A NON-OFFICIAL DOCUMENT TO THE COURTS. 2.) WHY WOULD AZ DOC AND LAWYERS GO INTO LONG DETAIL EXPANDING ON THE HIGH STANDARD OF DO: 812 AND ALL THE INCENTIVES WE (ARE) ALLEGEDLY GETTING? (WHEN A SUBCLASS MEMBER RAISED CONDITIONS OF CONFINEMENT) AZ DOC AND ITS REGIME (ARE) UP TO THE (SAME) ENHANCED DEPREVATION OF PRISONER BASIC HUMAN NEEDS AND RIGHTS. (PRO-SOCIAL INTERACTION AND HUMAN TOUCH) ONCE THE INMATED POPULATION RECEIVES (30) DAYS NOTICE OF POLICY CHANGE OR IMPLEMENTATION OF POLICY IT IS SUPPOSED TO BE FINALIZED IN THE LEGAL URBER LIBRARY SO (ALL) INMATES HAVE THE ABILITY TO CHECK IT OUT OVER THE (30) DAYS SO THEY CAN BECOME (PROPERLY) INFORMED. (IF) THERE IS ANOTHER SUBSEQUENT CHANGE. ANOTHER NOTICE SHOULD BE DISSEMINATED. (THIS NOTICE SHOULD HAVE BEEN DISSEMINATED 6-24-19 EVEN THOUGH THEY DID NOT RECEIVE IT UNTIL 8-2-19

P.S. RECEIVED GRIEVANCE RESPONSE ON 8-22-2019.

| Signature | Date |
|---|---|
| Reynaldo Niño | 8-27-19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 743 | Nino | 70613 | A21308019 | Eyman | SMU II/Browning |

In your grievance filed at Browning Unit, you claim Department Order 812, Inmate Maximum Custody Management and Incentive System is in violation of Director's Instruction 326. Your resolution is for the Department to honor the Parsons v. Ryan stipulation.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. You have provided no evidence to prove Department staff have violated policy. Furthermore, you are receiving the authorized incentives and recreation time as outlined in Department Order 812, Inmate Maximum Custody Management and Incentive System.

No further action is warranted in this matter.

cc: Warden, Eyman Complex

RK

*R. Kepnsy*
**Appeals Officer**

*CRGlynn for*
**Charles L. Ryan, Director**

09/10/2019
**Date**

EXHiBiT 20



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT | DATE *(mm/dd/yyyy)* |
|---|---|---|---|
| Rodriguez, Juan | 83609 | Eyman /Browning | 7/28/19 |

| TO | LOCATION |
|---|---|
| CO. III Wilde | 4- IDA |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm writing this kite to informally resolve the following issue. DW. Days and her agents/ Admin are undeservingly depriving the STG's & death row prisoners their incentives (per) the Parsons v. Ryan, DI:326 which is now superseded by Department order 812 effective 7/24/19.1.) STG's & death row prisoners never received the (30) day notification that DO:812 would be superseding DI:326. 2.) DW. Days & her agents/Admin passed out a recreation schedule this week that has taken away (2) 2.5 hr blocks in the 10x10 interactive enclosure. 3.) These (2) classes of inmates did (nothing) to provoke the unwarranted action. These classes of inmates have programmed & maintained good behavior etc. (per) the DO:812 attachment (B) page 2 of 2. Step III recreation activities. "(see condemned row (4)- 2.5 hour blocks (per week) of outside recreation (all) can be "in" the 10x10 interactive enclosure." for GP & STG's (3)- 2.5 hr blocks (per week)" in" the 10x10 interactive enclosure. AZDOC and its agents made a choice to kick the can down the road & chose not to problematicly address this issue. When they knew for atleast the last (1) months to a year this policy was going into effect. Now they believe its ok to take away incentives from (2) specific groups. And add in another group. And still not provide the minimum incentives to (all) 3- classes (per) policy.

AZDOC are herby placed on notice. (All) 3- classes are requesting their incentives (per) policy as outlined. Before these classes are forced to notify the ACLU & media. And seek further litigation to recieve incentives consistant with the policy.

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| Juan Rodriguez | 7/28/19 |

Have you discussed this with institution staff?  ☐ Yes   ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

| | Received By | |
|---|---|---|
| | Title CO II | |
| *Note:* You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice. | Badge Number 17239 | Date 8-1-19 |

| Inmate Name *(Last, First M.I.)* Rodriguez, Juan | ADC Number 83609 | Date 8.1.19 |
|---|---|---|
| Institution/Facility Eyman / Browning Unit · 4 · I · 24 | Case Number | |

To: Diancarte Grievance Coordinator

**Description of Grievance** *(To be completed by the inmate)* I hear by incorporate my informal as FACTUAL BASES. Fact And DO: 812 shored up by Released Policy via the courts. Case 2:18·CV·DU46·NGC·JCB Document 44·1 Filed 7/1/19 Page 48 of 94. ..ADOC Dir. Davis and her agents/admin have attempted to remove long standing incentives/Privileges. That have been established since the inception of directors instruction 326. 3·27·2014. it is the norm when a directors order supersedes An instruction if it is consistant with the directors instruction to ensure inmates are not deprived there standing liberties/Priviles (without proper due Process) in order for inmates to lose Privileges he has to Demonstrate (some) kind of bad behavior as outlined in DI 326 AND DO: 812 step level reduction DI 326 Attachment (F) AND DO·812 Attachment (B) Page 1 of 2. ..for step (3) reduction to step(2) Found guilty of a class c disciplinary violation. (Repeated) Demonstration of Poor behavior To step (1) Found guilty of a class A or B disciplinary violation. Refuse to Program. Consistantly demonstrated poor socialization skills. and or non· Conservative behavior. The STG and Death Row classes (Did) none of the above. When the recreation schedule was publicly submitted both classes saw this (all) had been reduced to (1) interactive a week. Thus inmates started arguing

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)* The STG class Request this language be changed back to its Proper Form where it (is) consistant with the Previous DI 326 Policy. And the STG and condemned Row have their Previous interactive recreation schedule restored. I.E. Row Row and STG 1/2 24 hr blocks per week in the box. 10 interactive hours a week ~~~~~

| Inmate's Signature Juan Rodriguez | Date 8/1/19 | Grievance Coordinator's Signature | Date |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution |
|---|---|
| | |

| Staff Member's Signature | Badge Number | Date |
|---|---|---|

802-1
7/13/09

**Inmate Grievance - GF Supplement**

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Rodriguez, Juan | 83609 | Eyman / Browning | |

Their case based off of the DO: 312 Released (by) the courts in the above case... I will highlight the attachment (B) page 2 of 2 step (3) here. Recreational activities for GP one, 2.5 hr block per month in 30x40 basketball enclosure (up to (3) inmates). For GP and STG (3) 2.5 hr blocks per week in the 10x10 interactive enclosure.. For condemned row - (4) - 2.5 hr blocks per week of out door recreation (all) can be in the 10x10 interactive enclosures. In pod recreation. Recreation with another inmate in accordance with department order 704. This language respectively (is) consistant with directors instruction 326 at attachment (F) and attachment (I) except revised (4) out door recreation periods down to (3) all can be in the 10x10 interactive enclosure as shown attachment (F) when these (2) classes started arguing this. AZDOC DW DAYS and her agents came up with (some) mysteriously revised attachment (B) 2 of 2 step III the language is only changed at the section for GP and STG. This mysteriously took place between 7/1/2019 and 7-24-2019. I'll highlight that here for GP and STG (3) 2.5 HR blocks per week. (To include one per week, in the 10x10 enclosure).. Now when you look at the language respectively with step II Recreational Activities they (are) the same. In highlight that here (3) 2.5 HR blocks per week on of wich can be in the 10x10 interactive enclosures. Thus reducing a whole class of STG inmates to step II incentives/privileges with (no) activity (or) behavior for said reduction as outlined above.. STG's receive (no) other incentives in this step (3) recreation activity section as it stands today. "I = "(no) incentive (no) notice how inmates received this from the courts, or revised version of this department order. As soon as they saw the Rec Schedule and revised policy (all) would have filed.

| Signature | Date |
|---|---|
| *Juan Rodriguez* | 8/1/19 |

INITIAL DISTRIBUTION - Committee Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

802-7
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS
# INMATE GRIEVANCE APPEAL RESPONSE



| Log # | Inmate Name | ADC# | Case # | Complex | Unit |
|-------|-------------|------|--------|---------|------|
| 746 | Rodriguez | 83609 | A21307019 | Eyman | SMU II/Browning |

In your grievance filed at Browning Unit, you claim Department Order 812, Inmate Maximum Custody Management and Incentive System is in violation of Director's Instruction 326. Your resolution is for the Department to honor the Parsons v. Ryan stipulation.

Your grievance has been reviewed at Central Office and the Deputy Warden's response is affirmed. You have provided no evidence to prove Department staff have violated policy. Furthermore, you are receiving the authorized incentives and recreation time as outlined in Department Order 812, Inmate Maximum Custody Management and Incentive System.

No further action is warranted in this matter.

cc: Warden, Eyman Complex

RK

*R. Kepney*
**Appeals Officer**

*CRGlynn for*
**Charles L. Ryan, Director**

09/10/2019
**Date**