IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

This Order resolves several pending motions.

First, unnamed class members Charles Rienhardt, Michael Cohn, Larry Dunlap, Raymond Olson, and Tyerel Luke filed motions seeking various forms of relief under the Stipulation or, alternatively, to terminate the Stipulation. The motions will be denied because the prisoners are represented by class counsel and cannot file motions on their own behalf. As noted by the Court in a prior Order, Plaintiffs' counsel should inform class members that direct communication with the Court is inappropriate. (Doc. 3082).

Second, the Court has reviewed Plaintiffs' Motion to Seal designated documents associated with Plaintiffs' Response to Defendants' Notice of Compliance and Response to Order to Show Cause. Good cause appearing, that motion will be granted.

And third, Defendants seek to vacate or stay enforcement of the Court's May 6, 2019 Order to Show Cause. Defendants argue that because a prior contempt order is on appeal before the Ninth Circuit, the Court cannot enforce, and must vacate, the May 2019 Order. Because the Court has taken no action on the May 2019 Order, Defendants' motion

is premature and will be denied.

Accordingly,

**IT IS ORDERED** that the Motion to Enforce the Stipulations of Settlement (Doc. 3334), Motion to Compel Petition (Doc. 3338), Motion to Terminate the Stipulation (Doc. 3341), Motion for Relief and Oral Argument (Doc. 3344), Motion for Joinder of Additional Parties (Doc. 3351), and Motion for Status (Doc. 3356) are **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Seal (Doc. 3354) is **GRANTED**. The Clerk of the Court must please seal the documents as set forth in the motion and lodged at Doc. 3355 (Exhibits 4-10 to the Declaration of Corene Kendrick at Doc. 3353).

**IT IS FURTHER ORDERED** Defendants' Motion to Stay (Doc. 3265) is **DENIED**.

Dated this 16th day of September, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge