Joel Hope
D.O.C #336676
Box-3100
Buckeye, Az 85326

September 16, 2019

☒ FILED  ☐ LODGED
**Sep 17 2019**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

United States District Court
District of Arizona

Joel Hope,
    Plaintiff,

vs.

Sheldon Epstein, Dr. Pearson,
Charles L. Ryan, et al,
Corizon Healthcare Services, et al
    Defendants

Parsons v. Ryan
CV12-00601
Case No. _____

Motion For Contempt of
Federal Order Stipulations
(Deliberate Indifference)

Plaintiff, Joel Hope movant in the above named action moves now to this court in an emergency medical need that has both been delayed time and again since June 2019 at ADC intake facility in Phoenix Arizona.
Plaintiff entered ADC with prescribed medical shoes and they took them from him. Sheldon Epstein M.D. to be exact.

Petitioner is missing two thirds of his right foot amputated.

Sheldon Epstein 1. Knew of plaintiff's serious medical and still yet deprived plaintiff of his "Prescribed" shoes.

2. Sheldon Epstein was aware of plaintiff's serious medical need and still acted (deliberately indifferent).

3. Sheldon Epstein's failure to respond by providing adequate treatment.

4. Sheldon Epstein's deliberate indifference caused plaintiff injury at that time and caused future injury as of September 15, 2019.

Harrison v. Barkley 219, F.3d 132, 136, (2 Cir 2000);
Gutierrez v. Peters, 111 F.3d at 1373; McGuckin v. Smith, 974 F.2d 1050, 1059 (9th Cir 1992).
Chance v. Armstrong 143 F.3d 698, 702 (2d Cir 1998).

Sheldon Epstein also knowingly interfered with Plaintiff's prescribed medical condition by deliberately taking his medical shoes and just issuing plaintiff a pair of Deck shoes which have since caused foot to swell very badly causing unbaring pain, as well as sacorillic joint pain at the hip. Plaintiff is hardly able to walk at all without tear drawing pain and plaintiff has submitted Inmate letters, HNR's, Informal complaint and grievance; but has still not yet been treated

Plaintiff begs this court to intervene
Plaintiff enclosed copies of, delays denials
a reciept for mailing his medical shoes home.
Informal complaint Grievance.
Every Inmate is issued (Deck Shoes) which have
no cushion, no arch and have caused plaintiff to
suffer beyond belief.
Plaintiff acknowledges that Corizon has court order
for this very same (deliberate indifferent) negligent
act(s) of inadequate treatment toward serious
medical need (knowingly).

Respectfully Submitted this, 16th day of,

September 2019.


_____        _____
9/16/2019                                                    Joel Hope
Dated                                                        Plaintiff
Eqljstc.com

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue. Please print all information.*

**INMATE NAME** (Last, First M.I.) (Please print): Hope, Joel R
**ADC NUMBER**: 336676
**INSTITUTION/UNIT**: Redrocks EB/OU
**DATE** (mm/dd/yyyy): 07/17/2019

**TO**: Medical
**LOCATION**: Redrocks

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am wondering why I have been here 19 days and seen an offsite provider + an RN about getting something for the fact that I have half of a foot. Now I have put in an HNR a week ago to follow up for the second time and it has gone unanswered so far. Now the inflamation in my sacorillic joint in my hip is flaring up again and causing nerve pain all the time dispite stretching out my back all the time. I have been told multiple times now that I will be recieving shoes but now it has gotten to where I need IBUprophen again as well due to the joint damage.

**INMATE SIGNATURE**: Joel Hope
**DATE** (mm/dd/yyyy): 07/17/2019

Have you discussed this with institution staff?  ☐ Yes  ☐ No
If yes, give the staff member name:

Distribution: INITIAL: White and Canary – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|
| Hope, Joel R | 336676 |

Institution/Unit

ASP-RRCC HUEB09U

| From | Location |
|---|---|
| R.Vargas RN Clinical Supervisor | ASP/RRCC |

This is in response to your informal complaint dated 07/17/19 received by my office on 07/23/19. In your complaint you are stating that you need a medical shoe for your foot condition.

Thank you for your letter. Your care has been reviewed. You arrived to RRCC on 06/28/19 with no specialty equipment or shoe, and were seen by the Provider on 07/02/19. During that appointment, it was identified that you had surgical intervention to your foot at age three. You were assessed by the Provider and a referral for shoes was not made. If you would like to be reassessed for your foot issues, please submit a Health Needs Request.

If you require medical assistance, please submit a new Health Needs Request Form.

Based on the above, I consider this issue resolved. EOR/

| Staff Signature | R. VARGAS RN/BSN | Date 08/01/19 |
|---|---|---|

Distribution: Original - Inmate
Copy – Grievance Coordinator File

802-12(e)
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| Received By | |
|---|---|
| Squiguali (?) | |
| Title | |
| C/O | |
| Badge Number | Date |
| 40963223 | 08/13/19 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Hope, Joel R | 336676 | 08/12/19 |
| Institution/Facility | Case Number | |
| Redrocks | | |

To: Grievance Coordinator McNamer

**Description of Grievance** (To be completed by the inmate)

I am grieving the fact I am being denied medical treatment for my handicap (missing half of right foot). In Alhambra my medical shoes were taken from me and mailed out because they're all black and I was told I would get replacements on the yard, I can prove this. I was seen by an offsite provider on 7/2/19 and assured that I would recieve the shoes once I saw an onsite provider. I put in an HNR and saw an RN on 7/5/19 and told an onsite provider would have to approve this. I put in another HNR on 7/11/19 with no response at all. I filed an informal on 7/17/19 and the response was uninformed and pointless, that I recieved back on 8/1/19. Being forced to walk in slippers and sandals without toes forces me to drag my foot and there is no padding for the severed bones making every step painful and causing previously diagnosed joint issues to flare up again.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Give me medical shoes and IBUprophen for the joint damage caused by dragging my foot to keep my shoes on and pain caused from rolling off of the end of my amputated foot. My inflammed sacroiliac joint in my right hip hurts again and my right ankle, undoing my treatment I did at UPMC a little over 2 years ago.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| Joel Hope | 08/12/19 | | |

Action taken by _____ Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate; Canary - Grievance File

802-1
12/19/12

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Request for Withdrawal

ECO6 NSP M83

Use BLACK INK only

| ADC Number | Location | Date | Total Amount |
|---|---|---|---|
| 226676 | BUL | 06/26/13 | 8.30 |

| Store | Stamps | Photo | Other |
|---|---|---|---|
| . | . | . | . |

| Last Name | First Name | MI |
|---|---|---|
| HIPE | JOEL | |

Pay to: (Company or name of payee) — Account Number

Street Address — City — State — Zip Code

**Reason:** Mike

**ATTEST** (Authorizing Staff Signature)    **INMATE SIGNATURE**

Distribution:
White - Inmate Banking
Canary - Store/Intelligence
Pink - Inmate

905-1
3/3/11



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Property/Contraband/Disposition Tracking

| LOCATION/UNIT ASPC-PHX / Alhambra | DATE 06-26-19 | TIME 0900 |
|---|---|---|
| INMATE NAME (Last, First M.I.) Hope Joel | ADC NUMBER 336676 | PROPERTY SEIZED BY Camillo |

### SEIZED PROPERTY RECEIPT

| # | Description | Reason |
|---|---|---|
| 1 | Medical Shoes | PVT |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |
|   |   |   |

The above described contraband was seized from the suspect/inmate when he/she knowingly took said contraband into a correctional facility, or was found in possession of said contraband in violation of A.R.S. 13-2505.

### CONTRABAND CONTROL / CHAIN OF EVIDENCE

Evidence Control Number:

| From | Date | Time | To | Initials |
|---|---|---|---|---|
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |

### PROPERTY RELEASE

| INMATE SIGNATURE *[signed] J. Hope* | DATE OF NOTIFICATION 6-26-19 |
|---|---|
| CONTRABAND CONTROL NUMBER | NOTIFIED BY (STAFF SIGNATURE AND BADGE NUMBER) Camillo |

☐ I wish to donate the property listed above to the Department of Corrections
☐ I wish to have the property listed above destroyed by the Department of Corrections
☒ SEND TO:
  Name: Jesus M Acosta
  Address: P.O. Box 91568
           Phoenix, AZ 85066

☐ HOLD FOR:
  Name: _____
  Address: _____

| SIGNATURE OF PERSON PICKING UP PROPERTY | DATE PROPERTY PICKED UP |
|---|---|

| CONTRABAND CONTROL OFFICER (Last, First M.I.) | BADGE NUMBER | DISPOSAL DATE |
|---|---|---|
| DESTRUCTION COMMITTEE MEMBER (Last, First M.I.) | BADGE NUMBER | DISPOSAL DATE |
| DESTRUCTION COMMITTEE MEMBER (Last, First M.I.) (If Inmate unavailable) | BADGE NUMBER | DISPOSAL DATE |

Distribution: Original – Property Officer
Copy – Inmate
Copy – CIU/Disciplinary (as needed)

909-6(e)
5/30/13

ADC: 336676　　Patient: HOPE, JOEL R.　　　　　　　　　　　　　1 of 1
CHSS028B　　Other Action/Procedure/Referral　　　　Wednesday June 26, 2019 13:05:45

Encounter Date: 06/26/2019　　Time: 12:32:52　　Type: Provider - Physical - Intake
Location: ASPC-PHX ALHAMBRA [B06]　　Staff: Epstein, Sheldon, MD

Category*: Medical Supplies/Special Equipment　*Not medical Shoes*
Type*: Deck shoes
Count*: 0
Sequence Number: 01
Approximate Begin Date: 06/26/2019
Approximate End Date: 07/26/2019
Refer to Staff: Epstein, Sheldon, MD
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help
Status: Active
As of Date: 06/26/2019
Status History

**Specify Comments**

Standard Phrases: [ ] Append

IM has Deck Shoes.
TimeStamp: 26 June 2019 13:07:33 --- User: Sheldon Epstein (EPSSH01)

Update　　Prior Page

Show Last Updated Information

S.N.O Inmate Copy

CHSS028B   Other Action/Procedure/Referral   Patient: HOPE, JOEL R   Wednesday June 26, 2019 13:05:15

Encounter Date: 06/26/2019   Time: 12:32:52   Type: Provider - Physical - Intake
Location: ASPC-PHX ALHAMBRA [B06]   Staff: Epstein, Sheldon, MD

Category*: Medical Supplies/Special Equipment
Type*: LOWER TIER
Count*: 0
Sequence Number: 01
Approximate Begin Date: 06/26/2019
Approximate End Date: 07/26/2019
Refer to Staff: Epstein, Sheldon, MD
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help
Status: Active
As of Date: 06/26/2019
[Status History]

**Specify Comments**

Standard Phrases: [Append]

TimeStamp: 26 June 2019 13:07:01 --- User: Sheldon Epstein (EPSSH01)

S.N.O Inmate Copy

[Update]   [Prior Page]

Show Last Updated Information

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: 7/1/2019
Time: 1500
Initials: _____

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Hope Joel R | 336676 | 07/02/2019 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| EC06U | EC | | Redrocks |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

AREA OF INTEREST: ☒ Medical/Médico  ☐ Dental  ☐ FHA
☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☐ Other

PLEASE PRINT: Describe your medical/dental treatment issue need in the space below.

I need a follow-up to get medical shoes as I am missing half my right foot and the deck shoes are hard on it. Thank You

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee for the visit that I am herein requesting...

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCIÓN III

REFERRAL BY MEDICAL STAFF: ☐ Medical  ☐ Dental  ☐ Pharmacy  ☐ FHA
☐ Pharmacy  ☐ Mental Health  ☐ Eyes  ☒ Other (specify): NX

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| [signature] | 7/1/2019 | 1500 |

### SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Already seen Dr. Pearson on 7/2/19. Provider was unable to provide SNO for shoe request as he is offsite. Refer to Provider for medical shoes.

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| Lewis | 7/5/19 | 1030 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White – Health Unit; Canary, Pink & Goldenrod – Inmate

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: Y

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Hope, Joel R | 336676 | 08/23/2019 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION |
|---|---|---|---|
| MD/4 4 | 2D Slim | | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)
☒ Medical/Médico  ☐ Dental  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

> I need medical shoes because half of my right foot is amputated and my current shoes are falling apart.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF**
☐ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA
☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)

STAFF SIGNATURE STAMP: Y. Maese RN
DATE: _____
TIME: _____

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled on NL

STAFF SIGNATURE STAMP: Y. Maese RN
DATE: _____
TIME: _____

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR