✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 23 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1. Michael J. Cohn #288721
2. ASPC Tucson/Manzanita 1B19
3. 10002 S. Wilmot, P.O.B. 24401
4. Tucson, AZ 85734-4401
5. UNITED STATES DISTRICT COURT, ARIZONA

7. Parsons, et al.

9. vs.
10. Ryan, et al.

2:12CV601-ROS
Notice in Support of Federal Receivership.
Hon. Roslyn O. Silver

14. I, Michael J. Cohn, Class Plaintiff/Advocate in the above
15. named case, per Fed R Civ P 23(d), respectfully notify the
16. court of dangerous employment practices of Centurion
17. Health of AZ. As described in the attached inmate letter
18. to Laura Palmer-Neefe, Dir. of Nursing in Tucson Complex,
19. allegedly dangerous medical staff members are allowed to
20. maintain employment (or contract) via Centurion Health of AZ.
21. ADC fails to monitor such matters and protect inmates
22. from adult abuse/neglect, etc. as such matters are beyond
23. the scope of the stipulation, a Federal Receiver is
24. required to provide oversight. I believe a receiver is
25. necessary as I have observed abuse/neglect, etc. and have
26. reported such to this court for years without meaningful
27. remedies. For the reasons stated within, inter alia, the court should
28. appoint a Federal Receiver to administer medical and

1  mental health care in the Arizona Department of
2  Corrections."
3      Respectfully Submitted,    Date: 9/18/19
4      Michael J. Cohn, Ed.D.
5      Dr. Michael J. Cohn, Pro Se
6      Advocacy / Coaching / Education / Expert Witness
7                    Declaration
8  I, Michael J. Cohn, declare under penalty of perjury
9  that the contents herein are true and correct to my
10 knowledge and understanding.
11                         Michael J. Cohn, Ed.D.   9/18/19
12              Service
13 Original mailed to:   on: 9/19/19
14 Clerk of the U.S. Dist. Ct.
15 401 W. Jefferson
16 Phoenix, AZ 85003
17   copies to:   on: 9/19/19
18 M. Gottfried, A.A.G.
19 2005 N. Central
20 Phoenix, AZ 85004
21
22 Corene Kendrick, Esq.
23 Prison Law Off.
24 General Delivery
25 San Quentin, CA 94964
26
27
28

Page 2 of 3 page(s)

**ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate Letter

*Not Privileged [?] document, mgc*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Cohn, Mr. J. | 288721 | Tucson / Manzanita 7B19 | 9/17/19 |

| To: | Location |
|---|---|
| L. Palmer-Neefe, D.O.N. | Tucson Complex Medical |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Issue: Continuous Employment of K. Switzer R.N. & J. Kidd, R.N. As you know, I have accused Switzer and Kidd of the alleged homicide of inmate Shawn Cromwell, a Jewish inmate. It has come to my attention that Switzer & Kidd are working as contract R.N.s or employees of Centurion. I have also accused them of retaliation against me in writing and by withholding medical care from me in December of 2018. I find their continued activities in ADC/Tucson outrageous and unconscionable. In my opinion, they should be barred from Correctional Healthcare as in my experience they routinely violated the ANA Ethics Code in favor of Corizon/Centurion corporate culture/policies, etc, ie. Failure to report abuse/neglect, etc.
- As their supervisor, per ANA Ethics Prov. 6, I believe it is your responsibility to create an ethical working environment, including reporting their misconduct to the State Nursing Board, the ANA & the AZNA. Further, they should be suspended pending a thorough criminal investigation by law enforcement & cleared or convicted.
- I will not drop this matter until Mr. Cromwell, I and others who were mistreated during their supervisory tenures receive justice.
- I am forwarding this to Centene and Centurion Administration as well as the Court, A.G., our Lawyers, et al.

| Inmate Signature | | Date |
|---|---|---|
| M. A. Cohn, Ed.D. Witness in Parsons v. Ryan Case | | 9/17/19 |

Have You Discussed This With Institution Staff? ☑ Yes ☐ No
If yes, give the staff member's name: CO IV Evans, D.W. Gerron, CO IV Woods, DW Heliots

Distribution: White - Master Record File    Canary - Inmate

916-1
5/13/10

3

Michael J. Cohn #288721
ASPC Tucson / Manzanita 1B19
10002 S. Wilmot, P.O.B. 24401
Tucson, AZ 85734-4401

9/19/19

President/CEO Centene Inc.                President/CEO Centurion Health of AZ.
Centene Plaza                             c/o Centene, Inc.
7700 Forsyth Blvd.
St. Louis, MO 63105

Gentlemen!

I write today to advise you of personnel practices of your entity that are concerning. As you will see in the attached documents, I have ^alleged/accused 3 nurses of the homicide of Jewish inmate Shawn Cromwell. A hate crime has not been ruled out. As a formerly licensed psychologist, healthcare/hospital administrator, I conducted my own internal investigation. As a former forensic examiner, I am qualified in all respects to pursue such matters. I submitted some 60 pages of documentation to the Federal Court as evidence in the Parsons v. Ryan matter, as well as to law enforcement.

Kimberlee Switzer, RN is the former Director of Nursing of the Tucson Complex. Jennifer Kidd, RN is the former Assistant Director of Nursing at Manzanita and Catalina Units in Tucson. Both have resigned their supervisory positions, but have continued to work as CCRNs. In my opinion they are dangerous to inmates. I am not suggesting they be terminated. I suggest they be suspended pending a detailed/thorough criminal investigation by an independent law

enforcement agency.

I prefer to not be viewed as adversarial. I hope you would view me as an indepent Quality assurance consultant/advisor. I have studied the esoteric legal topic of prisoner civil rights and am a certificated paralegal (obtained in prison). I am able to stand up for prisoner medical care rights as I am fluent with the medical/Legal interfaces. I am active as a witness in the Parsons v. Ryan case. The court is aware of my expert level credentials.

Requested Remedy/action

1) Please conduct an internal investigation of all inmate deaths during the tenures of Switzer/Kidd including the antecedent events leading to deaths.

2) Consider "intent to neglect" as a motive for the sake of profit, annoyance or other reason.

3) Please require staff to report adult abuse/neglect to the authorities, in accord with state statutes (ARS§46-451-457).

I am available to assist upon your request of ADC

Respectfully yours,
Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn
Witness in Parsons v. Ryan