Adam Lusk 318422
ASPC-Florence East G610
P.O. Box 5000
Florence, AZ, 85132

FILED ✓   LODGED
RECEIVED   COPY

SEP 24 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN the United States District Court
IN the District of ARIZONA

| Victor A Parson | Case No: CV-12-0601-PHX-DKD |
|---|---|
| v | Dire Situation IN East Unit |
| Charles L Ryan | |

Centurion has hired the same people that Denied us healthcare with Corizon, killing us causing serious permanent injury.

Nurse Practitioner Dorthy Igwe who Denied care to Upton, Pruett, Sneed, Sandoval, Benge, Wedding, Fierra, Luis Martinez, Is Denying

us care. I Am Being Denied care for my pAin and Parkinsons I NEED HElP

EXECuted This 22nd DAy of SePtember 2019

ADAM LUSK