# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br>    Plaintiffs, <br> v. <br> Charles L. Ryan, et al., <br>    Defendants. | No. CV-12-0601-PHX-ROS <br><br> **MEDIATION ORDER** |

  Pursuant to the parties' Stipulation (Doc. 1185), entered October 14, 2014, this case has been referred to United States Magistrate Judge Deborah M. Fine for mediation. (Doc. 3260)  This matter has been referred to the undersigned to schedule a mediation session "to narrow existing disputes regarding compliance with the Stipulation's Maximum Custody Performance Measures ##1-3, 5, 6 and 8" (Doc. 3359 at 11).  The parties have contacted the assigned magistrate judge's chambers to schedule this matter for a mediation regarding these issues.  The Court had previously set a mediation to address a notice of noncompliance submitted to Defendants regarding Maximum Custody Performance Measure #9 for October 30, 2019, and the parties advising that the new issues can be addressed at the same time as the already scheduled mediation, the Court will combine all issues to be addressed at the same time.

  The parties represent that they have complied with the requirements of the Stipulation at paragraphs 30 and 31, including the requirement to "meet and confer in a good faith effort to resolve their dispute informally." (Doc. 1185 at ¶ 30)

Accordingly,

**IT IS ORDERED** that the parties, or party representatives, and their counsel, shall physically appear before United States Magistrate Judge Deborah M. Fine, Courtroom 304, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona, on **October 30, 2019, at 1:15 p.m**. to address the notice of noncompliance submitted to Defendants regarding Maximum Custody Performance Measure #9 and to narrow existing disputes regarding compliance with the Stipulation's Maximum Custody Performance Measures ##1-3, 5, 6 and 8.  The Court has allocated a minimum of three hours for the mediation; however, if meaningful progress is being made the mediation will continue until either the compliance issues are resolved, or meaningful progress is no longer being made.

Counsel will confer to jointly prepare materials to submit to the mediator.  These materials may include a joint memorandum, background documents, and underlying data relevant to the disputed issues for the mediation.  The parties shall submit this information to the mediator at least five (5) business days before the mediation.

Dated this 24th day of September, 2019.

_____
Honorable Deborah M. Fine
United States Magistrate Judge