1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona  85226
    Telephone:  (480) 420-1600
5   Fax:  (480) 420-1696
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9                       **UNITED STATES DISTRICT COURT**
                              **DISTRICT OF ARIZONA**
10

11  Victor Parsons, *et al.*, on behalf of themselves          NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
12  Center for Disability Law,
                                              Plaintiffs,      **NOTICE OF PARTY**
13                       v.                                    **SUBSTITUTION**

14  Charles Ryan, Director, Arizona Department
    of Corrections; and Richard Pratt, Interim
15  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
16  official capacities,
                                              Defendants.

17        Counsel for Defendants give notice that Charles Ryan retired from his position as

18  Director of the Arizona Department of Corrections ("ADC") on September 13, 2019.

19  Joseph Profiri is ADC's Acting Director.

20        DATED this 25th day of September, 2019.

21                                            STRUCK LOVE BOJANOWSKI & ACEDO, PLC

22

23                                            By /s/Daniel P. Struck
                                                 Daniel P. Struck
24                                               Rachel Love
                                                 Timothy J. Bojanowski
25                                               Nicholas D. Acedo
                                                 3100 West Ray Road, Suite 300
26                                               Chandler, Arizona  85226

27                                               *Attorneys for Defendants*

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amelia M. Gerlicher:   agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:         afettig@npp-aclu.org

Asim Dietrich:         adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:    jrico@azdisabilitylaw.org

Maya Abela             mabela@azdisabilitylaw.org

Rose Daly-Rooney:      rdalyrooney@azdisabilitylaw.org

Sara Norman:           snorman@prisonlaw.com

Rita K. Lomio:         rlomio@prisonlaw.com

Ryan M. Kendall:       rkendall@aclu.org; ryankendall@ucla.edu

Molly Brizgys:         mbrizgys@acluaz.org

Marty Lieberman:       mlieberman@acluaz.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

2