Antony J. Murrell Jr #280653
ASPC-Florence East G10-1
P.O. Box 5000
Florence, Az. 85132

FILED ___ LODGED
✓ RECEIVED ___ COPY

SEP 25 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# In The United States District Court
# In The District Of Arizona

| Victor A. Parson | Case No: CV-12-0601-PHX-DKD |
|---|---|
| v. | Motion To Ask U.S. Attorney To Investigate Intentional Deaths In East Unit By NP Dorthy Igwe Corizon Health Services / Centurion Of Arizona |
| Charles L. Ryan | |

① Dorthy Igwe is killing too many of us in East Unit and causing Permanent Injury. She has been Delaying/Denying treatment causing Deaths and Permanent Injuries. Unless the U.S. Attorney Prosecutes some of these ADOC/Corizon Health/Centurion of Arizona Employees— Nothing will happen and we will continue to Die in East Unit under Dorthy Igwe and have

Permanent Injury.

### Deaths

① Washington, Willoughby, Voede, Mason, Stuard are some who Died. Due to Igwe Stuard complained of Problems, Igwe Refused to see him. Theresa Starling told him she will write a Disciplinary Report on him if he insist. Nurse Cripe Refused to listen to anyone and sent him to be treated. Because of Igwe and Starling, Stuard Died.

### Delayed Care

② Yordt, Christiansen are some people was Refused treatment until Judge Teilbore and Humetuna issued order.

### Refusing To Diagnosis

③ To avoid treating, Igwe Refuses to send People to specialist Shephard had a heart Attack, Davis

Had testicular issues, Smith has stomach issues, Wait has stomach issues. Igwe refuses to have specialists examine them

### Refusing Pain Care

④ My MRI shows I have severe nerve damage Berry Williams, Ford, Arvidson, Staples, Sandoval, are others with Pain. Igwe puts us on Alpha Lipic Acid, Cymbalta, saying she will not give any other medication.

### Giving wrong Care

⑤ Smith has severe intestinal issues, clearly had stomach issues for 3 years, Tripati has had high blood pressure. Igwe is not giving proper care and their conditions are getting worse.

### PERMANENT INJURY

⑥ Thrasher, Withers, Fisher have Permanent Injuries because Igwe Delayed treatment.

### Conclusion

⑦ I ask this Court to Ask the U.S. Attorney to Investigate our Deaths and Injuries. The State of Arizona is Doing Nothing. Centurion/Corizon/Wexford to make a Profit are taking Federal Funds and Not treating us. Igwe is killing us.

I Declare under Penalty of Perjury That the Forgoing is True and Correct

Executed this 22nd Day Of September 2019

*Antony J. Merrell Jr.*