1
2
3
4
5
6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Joel Hope filed a motion for contempt, arguing that most of his right foot has been amputated and Dr. Sheldon Epstein took his prescribed medical shoes.  As a result, he is unable to walk without extreme pain and has not been provided any appropriate replacement shoes.

The Court will direct the Clerk of Court to open the Motion as a new civil action (Doc. 3362).

**IT IS THEREFORE ORDERED** that pursuant to the Court's January 29, 2019 Order (Doc. 3125), the Motion for Contempt filed at Doc. 3362 is **denied without prejudice**.  The Clerk of Court must open it as a new civil action.

**IT IS FURTHER ORDERED** that the Amended Motion for Relief filed by Raymond Olson (Doc. 3358) is denied pursuant to the Court's Order at Doc. 3360.

Dated this 26th day of September, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge