# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

On September 27, 2019, the Court received a letter from Lois and Henry Schwartz. Because that letter contains information regarding an inmate's medical conditions, it will be filed under seal. If Lois and Henry Schwartz believe an inmate has received inadequate medical care, that inmate should file his own lawsuit. Individual inmates cannot obtain relief in this class action case. Also, it is improper for individuals to communicate directly with the Court regarding an inmate's medical treatment. Lois and Henry Schwartz should not contact the Court via telephone, letters, or email.

Accordingly,

**IT IS ORDERED** the Clerk of Court shall file under seal the letter received from Lois and Henry Schwartz. This Order shall not be sealed.

Dated this 27th day of September, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge