Felipe Sandoval
#737471 · P.O. Box 5000
Florence Az. 85132

United States District Court
District of Arizona

| | |
|---|---|
| Victor Alan Parsons | CV12 0601 ROS |
| vs. | Emergency Health Request |
| Charles Ryan | |

I am on dialysis and have servere nerve damage that casues me unbearable pain

Centurion is the same as Corizon because they have kept Corizon Emplyes who follow Corizons policys.

When I file my Medical Grievence C.O. 4 Dianne Boschavez, in violation of my patient, DR. confidentiality opend the sealed envelope medical gave her and read the contents.

Dorothy Igwe, the provider for Cinturien has refused to give me medication that has been able to effectivly manage my pain.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv 5.4
(Rule Number/Section)

1.

Felipe Sandoval
#137471

She says Centurion like Corizon has ordered all pain meds be denied.

I am in so much pain that I cannot sleep or concentrate.

Trina Randall of Centurion has told me in writting, I will not receave any paid medication.

I am not the only victim of Igwe.

Horton, Sapien, Martinez, Miller have the same problem and have been denied pain medication

Centurion through Igwe is killing inmates in East unit and causing many inmates perminate injury.

Centurion like Corizon has refused to investigate complaints that Dorothy Igwe is causing inmate deaths, perminate injury and aggrevating their conditions.

Can you please help me get my pain meds. Thank you!

F. Sandoval

2.