INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Felipe Sandoval
ADC#: 131471
Arizona State Prison Complex: Florence
Unit: East G-5-8
P.O. Box 5000
City: Florence  AZ 85132

PHOENIX AZ 852

RECEIVED
SEP 27 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court
401 W. Wasington
Phoenix Az. 85003

85003-213099

