THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CJUR 5.4
(Rule Number/Section)

Michael J. Cohn #288721
ASPC Florence/East
P.O. Box 5000
Florence, AZ 85132

UNITED STATES DISTRICT COURT, ARIZONA

| Parsons, et al. | 2:12 CV 601-ROS |
|---|---|
| v. | Change of address/Objection to Order |
| Ryan, et al. | Hon. Roslyn O. Silver |

I, Michael J. Cohn, class plaintiff/advocate in the above captioned case respectfully advise the court of my change of address as follows:

Michael J. Cohn #288721
ASPC Florence/East     as of 9/25/19
P.O. Box 5000
Florence, AZ 85132

I object to Judge Silver's order that pro se motions from class plaintiffs are inappropriate. I have acted in good faith per Fed R Civ P 23(d) which authorizes the court to allow class plaintiffs to enter the case. I will comply with the order. However, I have well documented nonfeasance by counsel for plaintiffs. But for their negligence, I would not have filed motions, etc. In my opinion, Judge Silver should be instructing counsel for plaintiffs to be more diligent, not criticizing class plaintiffs who are trying to obtain recourse in a legitimate manner. I received the order on/about 9/25/19.

Respectfully submitted,
Michael J. Cohn, Ed.D.
Dr. Michael J. Cohn

Note: I filed some documents/motion(s) prior to 9/25/19. I had not received the Judge's order prior to mailing them.

1

Service

Original mailed to: ON:
Clerk of the U.S. Dist. Ct.
401 W. Washington
Phoenix, AZ 85003

Copies mailed to; ON: 10/1/19
Michael E. Gottfried, A.A.G.
2005 N. Central
Phoenix, AZ 85004

Corene Kendrick, Esq. 10/1/19
Prison Law Ofc.
General Delivery
San Quentin, CA 94964