1  Marty Lieberman (Bar No. 007442)
   Molly Brizgys (Bar No. 029216)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email:  mliberman@acluaz.org
           mbrizgys@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone:  (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability Law*
13 **[ADDITIONAL COUNSEL LISTED BELOW]**

14

15                    UNITED STATES DISTRICT COURT

16                          DISTRICT OF ARIZONA

17 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **DECLARATION OF CORENE KENDRICK** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL145937835.1

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court pro hac vice. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. On December 11, 2018, this Court appointed Dr. Marc Stern as an expert pursuant to Rule 706 of the Federal Rules of Evidence. [Doc. 3089] Dr. Stern conducted an initial phone call on January 2, 2019 with Defendant Pratt, Defendants' counsel, and Plaintiffs' counsel. I participated in this phone call, along with Don Specter from PLO and David Fathi from the ACLU National Prison Project. Pursuant to the Court's appointment order, we discussed the joint statement to the Court regarding Dr. Stern's appointment.

3. According to my timesheets and calendar, I again spoke jointly with Dr. Stern and counsel for Defendants on January 11, 2019. Mr. Specter, Mr. Fathi, and Maya Abela from the Arizona Center for Disability Law were on the call with us. The next times Dr. Stern held joint conference calls with both Plaintiffs and Defendants were on July 15 and 19, 2019.

4. Plaintiffs' counsel had conference calls without Defendants with Dr. Stern to discuss his work plan, his observations and tentative conclusions, and his proposed recommendations for his report. According to my records, we spoke with him twice in January; four times in February; five times in March; once in April; twice in May; three times in June; twice in July; twice in August; twice in September; and twice in October. During this nine-month period, Dr. Stern circulated numerous drafts to the parties to review and provide comments and feedback to him. In some cases, Dr. Stern modified, deleted, or added information to the draft as a result of the feedback we provided him.

5. Dr. Stern indicated on multiple occasions that he was engaged separately in a similar process with Defendants' counsel and multiple employees of the ADC Health

LEGAL145937835.1

1  Services Contract Monitoring Bureau, supervised by Defendant Pratt.  As indicated in his
2  report, he visited six prisons in the company of Defendant Pratt, met with Defendant
3  Ryan, and met in person with many HSCMB employees—and Plaintiffs' counsel was not
4  present for his many meetings and phone calls with Defendants and their attorneys.

5        6.    Dr. Stern submitted his final report to the Court on October 2, 2019, copying
6  counsel for Plaintiffs and Defendants on the email to the Court's clerk.  On Friday,
7  October 4, 2019, the Court filed the report on the case docket.

8        7.    None of Defendants' attorneys contacted me or my co-counsel prior to filing
9  their Notice and sections of Dr. Stern's previous draft on the public docket on the evening
10 of Monday, October 7, 2019.  [Doc. 3382]

11     I declare under penalty of perjury that the foregoing is true and correct.
12     Executed October 9, 2019, in Berkeley California.

13                                                     s/ Corene Kendrick
14                                                   Corene Kendrick

15 **ADDITIONAL COUNSEL:**        Donald Specter (Cal. 83925)*
16                                                Alison Hardy (Cal. 135966)*
                                               Sara Norman (Cal. 189536)*
17                                                Corene Kendrick (Cal. 226642)*
                                               Rita K. Lomio (Cal. 254501)*
18                                                **PRISON LAW OFFICE**
                                               1917 Fifth Street
19                                                Berkeley, California 94710
                                               Telephone:  (510) 280-2621
20                                                Email:    dspecter@prisonlaw.com
                                                         ahardy@prisonlaw.com
21                                                         snorman@prisonlaw.com
                                                       ckendrick@prisonlaw.com
22                                                         rlomio@prisonlaw.com

23                                        *Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
             afettig@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Marty Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   mlieberman@acluaz.org
             mbrizgys@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf