Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINES TO SELECT CASE OPTION** |

On Friday, October 11, 2019, the Court ordered the parties to confer and inform the opposing side, by October 16, 2019, which of three options regarding the future course of this case they plan to pursue. (Dkt. 3385.) It further ordered each side to file a statement, by October 23, 2019, outlining how they wish to proceed. (*Id*.) Defendants respectfully request that the Court extend these deadlines to October 25, 2019, and October 28, 2019, respectively.

Defendants note that Monday, October 14, 2019, is a state and federal holiday, and the parties and their counsel have a previously scheduled facility tour in Yuma, Arizona on Wednesday, October 16, 2019, and Thursday, October 17, 2019. More importantly, the Governor has appointed a new Director for the Arizona Department of Corrections ("ADC"). The new Director, David Shinn, does not begin his service until October 21,

2019, five days *after* the parties are required to exchange their selection under the current deadline. *See* https://azgovernor.gov/governor/news/2019/10/governor-ducey-names-david-shinn-department-corrections-director. Because the direction of this litigation will have significant ramifications on ADC operations going forward, it is imperative that the new ADC Director—and Defendant—have the opportunity to evaluate and decide which course of action ADC will take.

Accordingly, Defendants request this Court to extend the deadline to confer and inform the opposing side which of the three options they plan to pursue to October 25, 2019. They further request this Court to extend the deadline for each side to file their statement outlining how they wish to proceed to October 28, 2019. Counsel for the Plaintiffs have informed that they do not object to this request.

DATED this 15th day of October, 2019.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Rachel Love
  Daniel P. Struck
  Rachel Love
  Timothy J. Bojanowski
  Nicholas D. Acedo
  3100 West Ray Road, Suite 300
  Chandler, Arizona  85226

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Molly Brizgys: | mbrizgys@acluaz.org |
| Marty Lieberman: | mlieberman@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love

3