**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES TO SELECT CASE OPTION** |

　　　　The Court, having reviewed the Unopposed Motion to Extend Deadlines to Select Case Option, and good cause appearing,

　　　　IT IS ORDERED granting the Motion and extending the deadlines identified in the Court's Order (Dkt. 3385) as follows:

　　　　1.　　Deadline for the parties to meet and confer and inform the opposing side as to which of the three oppositions regarding the future course of this case they plan to pursue is extended to October 25, 2019; and

　　　　2.　　Deadline for each side to file a statement outlining how they wish to proceed is extended to October 28, 2019.