# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Charles L Ryan, et al., <br><br> Defendants. | No. CV-12-00601-PHX-ROS <br><br> **ORDER** |

The Court, having reviewed the Unopposed Motion to Extend Deadlines to Select Case Option (Doc. 3386), and good cause appearing,

**IT IS ORDERED** the Motion **is GRANTED**.

**IT IS FURTHER ORDERED** the deadlines identified in the Court's Order (Doc. 3385) are extended as follows:

1. Deadline for the parties to meet and confer and inform the opposing side as to which of the three oppositions regarding the future course of this case they plan to pursue is extended to October 25, 2019; and

2. Deadline for each side to file a statement outlining how they wish to proceed is extended to November 4, 2019.

Dated this 15th day of October, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge