Honorable Judge, Roslyn Silver
Sandra Day O'Connor U.S. District Court House, suite #624
401 W. Washington St., SPC-59
Phoenix, AZ 85003-2158

10-6-19

X FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 16 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dear Judge Silver:

I have literally "Begged" Centurion, Corizon & ADOC for physical and mental health care for my orthopedic neuropathy, seizures, PTSD...

Centurion is no better than Corizon; infact, they have a clear understanding that they are above the courts, judicial sanctions are meaningless, and they are free to deprive, retaliate and have no concern over our safety...

I have no legal knowlege, I have great depression & I'm unable to write any kind of meaningful motion like so many of the other prisoners who have legitimate grievence of harm. The courts have sent back many lawsuits & have left us unprotected from the profiteers. We are prisoners, mostly uneducated, and victoms because of our status.

Please, Judge Silver, I implore you to send this letter and a strong message to the committee to protect, force medical to treat us fairly, stop falsifying our records to cover their malpractice, and put in stronger financial sanctions that will care weight.

I volunteer to any judicial committee, Judges, Representatives, Congressional... My honest first hand account of horror stories regarding our suffering, begging for care, hand feeding our sick friends, watching them die in agony, turn to drugs, overdose, commit suicide, or get lebodomized from strong psych meds.

I respectfully submit this true and accurate statement of facts to the court and any committee.

Sincerely,
[signature]

P.S. My lawsuit resulted in them taking my seizure & neuropthy meds & PTSD.

U.S. POSTAGE >> PITNEY BOWES

ZIP 85232
02 1W
0001401542 OCT 07 2019
$ 000.50⁰

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Richard R Ray
ADC # 202495
Arizona State Prison Complex Florence
Unit East 1-6-4
P.O. Box 5000
City Florence                    AZ 85132

Honorable, Judge Roslyn Silver
c/o Sandra Day O'Connor U.S. District Courthouse, suit# 624
401 W. Washington St., SPC-59
Phoenix, AZ 85003-2158