1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
5  Fax:  (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

9            **UNITED STATES DISTRICT COURT**
                **DISTRICT OF ARIZONA**
10

| | |
|---|---|
| 11  Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-ROS |
| 12    Plaintiffs, | |
| 13  v. | **DEFENDANTS' NOTICE OF FILING PERFORMANCE MEASURE CHARTS** |
| 14  Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim | **REGARDING AUGUST 2019 COMPLIANCE PURSUANT TO** |
| 15  Division Director, Division of Health Services, Arizona Department of Corrections, in their | **COURT ORDER [DOC. 2958]** |
| 16  official capacities, | |
|       Defendants. | |

17        Defendants give notice of and attach as Exhibit A Performance Measure Charts

18  regarding August 2019 compliance pursuant to Court Order (Doc. 2958).

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24

25

26

27

28

1    DATED this 21st day of October 2019.

2                                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                                              By /s/Timothy J. Bojanowski
                                                  Daniel P. Struck
5                                                 Rachel Love
                                                  Timothy J. Bojanowski
6                                                 Nicholas D. Acedo
                                                  3100 West Ray Road, Suite 300
7                                                 Chandler, Arizona  85226

8                                                 *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Molly Brizgys: | mbrizgys@acluaz.org |
| Marty Lieberman: | mlieberman@acluaz.org |
| Eunice Cho: | echo@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

2