UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

The Court having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits regarding Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. \_\_\_\_), and good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limits regarding Plaintiffs' Motion for Attorneys' Fees and Costs is granted.

78204-0001/146147851.1