# Index of Exhibits to the Declaration of Corene Kendrick

| Exhibit # | Description |
|---|---|
| A | Summary of the time spent on this case by each timekeeper |
| B | Detailed description of all time and expenses for which this office is seeking compensation by timekeeper |

# EXHIBIT A

**ARIZONA - LITIGATION**
**TIME AND EXPENSES**
**PRISON LAW OFFICE**
**07-01-18 thru 06-30-19**

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **ATTORNEYS** | | | |
| Donald Specter (DS) | 51.30 | 223.50 | $11,465.55 |
| Corene Kendrick (CK) | 196.50 | 223.50 | 43,917.75 |
| Alison Hardy (AH) | 15.70 | 223.50 | 3,508.95 |
| Rita Lomio (RL) | 134.70 | 223.50 | 30,105.45 |
| Sara Norman (SN) | 4.30 | 223.50 | 961.05 |
| Thomas Nosewicz (TN) | 4.40 | 223.50 | 983.40 |
| **INVESTIGATORS / LEGAL ASSISTANTS** | | | |
| Amber Norris (AN) | 2.90 | 223.50 | 648.15 |
| Tania Amarillas (TA) | 7.30 | 223.50 | 1,631.55 |
| **LAW STUDENTS (PAID)** | | | |
| Claudia Cesena (CC) | 4.60 | 223.50 | 1,028.10 |
| Christopher Johnson (CJ) | 18.70 | 223.50 | 4,179.45 |
| Curtis Harris (CH) | 7.00 | 223.50 | 1,564.50 |
| Patrick Booth (PB) | 14.30 | 223.50 | 3,196.05 |
| **TOTAL TIME** | **461.70** | | **$103,189.95** |
| **FEES ON FEES** | | | |
| Donald Specter (DS) | 1.80 | 223.50 | $402.30 |
| Corene Kendrick (CK) | 10.40 | 223.50 | $2,324.40 |
| **TOTAL FEES** | **12.20** | | **$2,726.70** |
| **EXPENSES** | | | **$3,718.95** |
| **TOTAL TIME AND EXPENSES** | | | **$109,635.60** |

# EXHIBIT B

Prison Law Office
1917 Fifth Street
Berkeley, CA, 94710

Arizona - Litigation

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2018 | CK | Phone call w/ David re: case related issues | 0.30 | |
| | CK | Phone call w/ David re Defs' failure to provide court-ordered information | 0.30 | |
| | CK | draft ltr to defendants re outstanding matters | 0.90 | |
| | CK | drafted ltr to defs re: failure to produce various documents/info | 0.30 | |
| 7/16/2018 | DS | Meeting with CK re response to court orders for contempt et al | 0.30 | |
| 7/17/2018 | CK | drafted response to court orders re: appt of experts, use of funds, etc. | 1.50 | |
| 7/19/2018 | CK | Phone call w/ DF re: defendants' motion for reconsideration | 0.10 | |
| | CK | Phone call w/ David re: outstanding case issues, legal research, court filings next week and litigation plan | 0.40 | |
| | CH | Rule 60(b) motion research | 7.00 | |
| 7/20/2018 | CK | emails w/ co-counsel re: proposed response on use of contempt fines | 0.30 | |
| | CK | revised draft filings for next week re: contempt fines and other issues | 0.40 | |
| | CK | talk to Rita re: upcoming tasks in litigation | 0.30 | |
| 7/23/2018 | CK | emails w/ David and Rita re: response to Rule 60 motion | 0.30 | |
| | CK | finalized briefs for filing today re: experts & use of contempt fines, sent to Delana for formatting | 0.30 | |
| | DS | review Corizon's mtn to intervene on appeal | 0.30 | |
| | DS | review defs responses to various court orders for experts and remedial plan | 0.50 | |

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 7/23/2018 | RL | Review Defendants' Motion for Relief from Court Order re: Termination of Monitoring and Motion for Relief from Court Order re: HNR Boxes and related documents; confer with DS regarding same; review memorandum regarding Rule 60(b) from co-counsel. | 2.00 | |
| 7/24/2018 | RL | Confer with co-counsel regarding pending motions for reconsideration, notices of appeal, and enforcement strategy. | 0.90 | |
| | CK | reviewed Defendants' filings in response to court orders, reviewed Corizon's filings | 0.80 | |
| | CK | Team call re: 60(b) motions, other pending case enforcement issues. From PLO: DS, CK, RL, TN, TA, AN | 0.90 | |
| | CK | legal research on motions to intervene & appeal by nonparty | 0.80 | |
| | CK | Phone call w/ DF re: contempt fines and response to Corizon | 0.20 | |
| | DS | team conf call | 0.90 | |
| | TMN | Reviewed defense motions to reconsider Judge Duncan's rulings. | 0.20 | |
| | TMN | Conference call with co-counsel about status of case. Present from PLO: Don S., Corene K. Rita L., Amber N., and Tania A. (Note that I left the call for about 15 minutes in the middle.) | 0.70 | |
| | CK | research on appeals by nonparty & standard for motion to intervene | 4.30 | |
| | RL | Review draft letter regarding Defendants' noncompliance with multiple court orders (Docs. 2889, 2898, 2901, 2902, 2903). | 0.10 | |
| | TA | Team call re: 60(b) motions, other pending case enforcement issues. | 0.90 | |
| | AN | Team call re: 60(b) motions, other pending case enforcement issues. | 0.90 | |
| 7/25/2018 | CK | work on opposition to Corizon motion to intervene, legal research for same | 6.50 | |
| 7/26/2018 | DS | review and revise response to Corizon's mtn to intervene | 0.50 | |
| | CK | reviewed potential consultant's proposal for methodology 706 role | 0.20 | |
| | CK | Phone call w/ potential 706 expert on methodology re: scope of work. On call: CK, DS, DF | 0.50 | |
| | DS | phone call with Robert Joy, | 0.50 | |
| | CK | made revisions to opposition to motion to intervene, emailed Don and David re: same | 1.60 | |
| 7/30/2018 | TMN | Cite checked opposition to Corizon's motion to intervene. | 1.10 | |
| | CK | revise/finalize filing of Joy proposal | 0.30 | |
| 8/1/2018 | RL | Review Defendants' motions for relief from court orders regarding HNR boxes and termination of monitoring; research and draft responses. | 5.20 | |
| 8/2/2018 | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 8.00 | |
| 8/3/2018 | CK | reviewed Corizon withdrawal motion, email w/ co-counsel re same | 0.20 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 4.50 | |
| | PB | Research on Rule 60(b)(6) | 3.70 | |
| 8/4/2018 | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 8.20 | |
| 8/6/2018 | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 6.20 | |
| | PB | Research on Rule 60(b)(6) motion | 4.30 | |
| 8/7/2018 | CK | Team call re case activity. From PLO: CK, DS, RL, AN, TA | 0.90 | |
| | CK | phone call w/ DF re: pending litigation tasks | 0.20 | |
| | CK | reviewed defs' response to proposal re: use of contempt fines | 0.20 | |
| | DS | conference call with co-counsel | 0.90 | |
| | CC | Update Performance Measure charts with July 31st corrective action plans | 4.60 | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 8/7/2018 | CK | research for opp to motions for reconsideration, identify relevant filings and hearing transcripts to cite | 1.30 | |
| | CK | talk to RL re response to motions for reconsideration | 0.50 | |
| | CK | emails w/ David re: response to motion for reconsideration | 0.20 | |
| | TA | Parsons team meeting with NPP, ACDL | 0.90 | |
| | RL | Confer with co-counsel regarding enforcement strategy, including responses to Rule 60(b)(6) motions. | 0.90 | |
| | RL | Draft email memoranda to co-counsel regarding Rule 60(b)(6) responses. | 0.40 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 5.50 | |
| | AN | Team call re case activity | 0.90 | |
| | RL | conference with CK regarding response to motions for reconsideration | 0.50 | |
| 8/8/2018 | DS | review memo re reply to defs opp to contempt remedies and email to DF re same | 0.40 | |
| | CK | phone call w/ David re: outstanding case litigation issues | 0.20 | |
| | PB | Research on Local Rule 7.2(g) | 6.30 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 2.70 | |
| 8/9/2018 | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 4.20 | |
| 8/10/2018 | CK | drafted motion for extension of time to respond to defs' motion to stay & declaration in support; finalized and filed | 0.70 | |
| | DS | review and revise mtn for EOT to oppose stay | 0.40 | |
| | DS | read defs mtn for stay | 0.40 | |
| | DS | Meeting with RL re opp to 60b mtns | 0.40 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 4.50 | |
| | RL | Meeting with DS re opp to Rule 60 (b) motions | 0.40 | |
| 8/11/2018 | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 11.00 | |
| 8/12/2018 | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 9.00 | |
| 8/13/2018 | CK | Phone call w/ David re: response to defs' motion to stay, response to 60(b) motions | 0.30 | |
| | CK | reviewed/revised Rita's draft briefs responding to Defendants' 60(b) motions; added additional citations to evidentiary records | 4.40 | |
| 8/14/2018 | DS | review HNR opp to 60b mtn | 0.50 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901; confer with DS regarding responses. | 3.00 | |
| 8/15/2018 | CK | reviewed transcripts and exhibits for response to motion for reconsideration | 1.40 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 8.30 | |
| 8/16/2018 | CK | cite checked sections of brief responding to Defs' motion for reconsideration | 1.10 | |
| | TMN | Cite checking response to Rule 60(b)(6) motion. | 1.00 | |
| | AH | cite checked plaintiffs' op to def's motions to reconsider | 3.20 | |
| | SN | Cite check response to motion to reconsider rulings on HNRs | 2.40 | |
| | DS | review 60b6 termination opp | 0.60 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/16/2018 | AH | cite checked P's opp to 60b6 | 3.10 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 6.20 | |
| 8/17/2018 | AH | more cite checking fo ropp to 60b6 | 2.40 | |
| | SN | More cite-checking of today's filings | 1.90 | |
| | TMN | Cite checking of response to Rule 60(b)(6) motion | 0.10 | |
| | RL | Research and draft responses to Defendants' Motions for Relief from Court Orders Doc. 2900 and Doc. 2901. | 4.20 | |
| 8/27/2018 | CK | Phone call with David re: pending tasks, response to motion to stay | 0.30 | |
| 8/29/2018 | DS | emails with co-counsel re new MJ for dispute resolution | 0.30 | |
| | CK | drafted opposition to defendants' motion to stay 6/22/18 orders | 3.20 | |
| 8/30/2018 | CK | Conference call w/ co-counsel re: pending motions and appeals. On call from PLO: CK, DS, TA, RL | 0.80 | |
| | CK | worked on opposition to defs' motion for a stay; legal research for same | 2.60 | |
| | RL | Conference call w/ co-counsel re: pending motions and appeals. On call from PLO: CK, DS, TA, RL | 0.80 | |
| | TA | Compiled example advocacy letters for motion | 1.20 | |
| | DS | call w/ co-counsel re pending motions and appeals | 0.80 | |
| | TA | call w/ co-counsel re pending motions and appeals | 0.80 | |
| 8/31/2018 | CK | worked on opp to stay motion | 7.60 | |
| | TA | Letter redaction of advocacy letters for motion | 1.30 | |
| 9/1/2018 | CK | worked on opp to stay, legal research for same | 4.80 | |
| 9/2/2018 | CK | worked on opp to stay, legal research for same | 4.50 | |
| 9/4/2018 | CK | phone call w/ David re oppo to defs' motion for a stay | 0.30 | |
| | CK | legal research for stay opposition | 0.30 | |
| | CK | drafted declaration ISO oppo to stay; finalized, redacted, and organized exhibits to same; drafted motion to seal & proposed order; sent all to Delana at Perkins for filing | 1.30 | |
| | CK | revised opp to stay motion w/ DF's final edits, circulate to rest of team | 0.60 | |
| | DS | review and revise opp to mtn for stay | 0.50 | |
| 9/5/2018 | CK | cite checking the docket citations on stay opposition brief; additional legal research | 3.60 | |
| 9/6/2018 | CK | emails w/ Delana and David re: finalizing oppo brief, final review and edits | 0.60 | |
| 9/7/2018 | CK | Phone call w/ David re: request for status hearing | 0.20 | |
| 9/10/2018 | CK | draft request for status conference & proposed agenda; sent to DF for review | 0.40 | |
| | CK | compiled exhibits to declaration detailing document request dispute | 1.90 | |
| 9/18/2018 | CK | Phone call w/ David re: request for status hearing and Defs' reply re: stay motion | 0.30 | |
| 9/19/2018 | CK | revised draft reply on status hearing; reviewed transcripts and docket for citations | 1.80 | |
| 9/20/2018 | CK | emails w/ DF re: reply on request for status hg; cite checked section of reply | 0.60 | |
| 10/16/2018 | CK | Phone call w/ Dan Barr re: case activity / litigation | 0.30 | |
| | CK | Phone call w/ David re: case issues & task assignments | 0.30 | |
| 10/17/2018 | CK | Phone call w/ David re: pending motions; hearing status; his phone call w/ Phx attorney re litigation issues | 0.50 | |
| 10/24/2018 | CK | drafted supplemental request for status conference | 0.40 | |
| | CK | reviewed July 2018 CGAR compliance data and proposed remedial plans (Doc. 3014-1) | 1.40 | |
| 10/25/2018 | CK | Finalized supp motion for status hearing | 0.20 | |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 11/15/2018 | DS | review court order re mtns for reconsideration/stay | 0.30 | |
| 11/19/2018 | CK | emails w/ co-counsel re Judge Silver's order | 0.30 | |
| | CK | email w/ Larry Hammond re: Silver order | 0.20 | |
| | CK | Phone call w/ co-counsel re: order and next steps. From PLO: CK, DS, TN, RL | 1.10 | |
| | RL | Confer with co-counsel regarding enforcement efforts and strategy. | 1.10 | |
| | DS | Meeting with co-counsel re enforcement efforts and strategy | 1.10 | |
| | TMN | Phone call w/ co-counsel re order and next steps | 1.10 | |
| 11/26/2018 | CK | Phone call w/ David Fathi re: outstanding case activities; next week's status conference | 0.30 | |
| | CK | revised Alexis declaration for status hearing statement | 0.20 | |
| 11/28/2018 | CK | drafted declaration for status conference hearing, proposed hearing agenda | 0.30 | |
| 11/30/2018 | CK | Phone call with Kirstin re: mediation | 0.20 | |
| 12/3/2018 | CK | compiled and prepared declaration for status hearing; reviewed defs' filing re: court compliance | 5.20 | |
| | CK | Phone call w/ David re: agenda for 12/6/18 status hearing | 0.20 | |
| 12/4/2018 | CK | finalize declaration and proposed agenda, send to Delana for filing | 1.30 | |
| | CK | Phone call w/ DF re: hearing on Thursday | 0.20 | |
| | CK | travel from PLO to OAK to PHX to hotel before status hearing | 4.90 | |
| 12/5/2018 | DS | review status conference proposed agenda | 0.20 | |
| | DS | travel to Phoenix for status hearing | 4.00 | |
| 12/6/2018 | CK | prep for hearing at Perkins, work after hearing | 3.80 | |
| | CK | status hearing | 1.00 | |
| | CK | travel downtown Phoenix - PHX return rental car, fly to OAK, drive to home in SF | 5.80 | |
| | DS | prep for status conference | 3.00 | |
| | DS | travel to and from courthouse and status conference | 2.00 | |
| | DS | travel from PHX to home | 4.50 | |
| 12/7/2018 | DS | phone call with DF, CK and RL re hearing and 706 expert | 0.30 | |
| | CK | Phone call w/ DF, DS, RL re: next steps in case strategy | 0.30 | |
| | RL | Phone call w/ DF, DS, CK re: next steps in case strategy | 0.30 | |
| 12/12/2018 | DS | review order appointing Dr. Stern | 0.30 | |
| 12/19/2018 | CK | Phone call w/ DF & AF re: litigation strategy & expert appt. From PLO - CK, DS, RL. | 0.80 | |
| | RL | Confer with DS, CK, DF (ACLU), and AF (ACLU) regarding enforcement strategy. | 0.70 | |
| | DS | Meeting re enforcement strategy. | 0.70 | |
| 12/21/2018 | CK | Compiled documents to send to court expert | 0.70 | |
| 12/31/2018 | CK | talk to DS re: strategy for call Wednesday w/ Mark Stern | 0.60 | |
| | CK | prep for meeting w/ Marc Stern | 0.20 | |
| | CK | phone call w/ David re: Meeting with expert Stern | 0.20 | |
| | DS | talk to CK re: strategy for call Wednesday w/ Mark Stern | 0.60 | |
| 1/2/2019 | CK | Conf call w/ Marc Stern & defendants & David. From PLO: CK, DS, RL | 1.50 | |
| | CK | Phone call w/ DF re: next steps w/ expert | 0.20 | |
| | DS | conf call with Mark Stern re expert responsibilities | 1.50 | |
| | CK | created sanitized chart of noncompliant PMs | 0.80 | |
| | CK | drafted notice of noncompliance | 0.80 | |
| | CK | drafted follow up email to Dr Stern | 0.30 | |
| | RL | Call with Dr. Stern, co-counsel, and Defendants regarding plan for expert review of monitoring and recommendations. | 1.50 | |
| 1/3/2019 | DS | phone call with DF re termination motion strategy | 0.30 | |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/3/2019 | CK | prepared CGAR tracking chart for court expert | 1.20 | |
| | CK | drafted joint statement re: Stern's appointment | 0.40 | |
| 1/4/2019 | DS | review draft joint report to court re stern | 0.30 | |
| 1/10/2019 | DS | review defendants version of jt plan for court expert | 0.40 | |
| 1/11/2019 | DS | research re ex parte communication of 706 expert with counsel & court and emails to and from co-counsel re same | 1.00 | |
| | CK | Phone call w/ David re: call w/ defendants re: expert appt | 0.30 | |
| | CK | meet w/ DS re: call w/ defendants; follow up with experts | 0.30 | |
| | CK | prep for call w/ Defendants re: expert appointment | 0.30 | |
| | CK | Phone call w/ Defendants and Marc Stern re: joint statement to court. Plfs' counsel on call: CK, DS, DF, MA | 0.90 | |
| | DS | conference call with Dr. Stern & Defendants re scope of expert duties | 0.90 | |
| | DS | meeting w/ CK re phone call w/ defs; follow up with experts | 0.30 | |
| 1/14/2019 | DS | review Defs motion to terminate Max Custody measures | 0.40 | |
| 1/16/2019 | DS | review Defs draft of joint report re expert powers and comments from Stern | 0.80 | |
| | CK | worked on/revised jt statement re appt of Dr Stern | 1.30 | |
| | CK | Phone call w/ DF re: jt statement on Dr Stern | 0.10 | |
| | DS | Revise Plan for Stern | 0.60 | |
| | RL | Confer with Rose Daly-Rooney (ACDL) regarding provision of sign language interpreters during health care encounters and enforcement strategy; review ASPC-Tucson interview notes with deaf class members and emails from friend of deaf class member regarding lack of interpretation services. | 0.50 | |
| 1/17/2019 | DS | conf call with team | 1.10 | |
| | CK | Conf call w/ co-counsel re: various case litigation issues & strategy. From PLO: CK, DS, AH, RL, AN, TA | 1.10 | |
| | DS | email to Struck and Stern re plan for expert | 0.20 | |
| | RL | Confer with CK and draft email to ACDL regarding provision of sign language interpreters for deaf class members during health care encounters. | 0.20 | |
| | AH | Conf call re case litigation issues and strategy | 1.10 | |
| | AN | Conf call with team re case litigation issues and strategy | 1.10 | |
| | RL | Conference call with co-counsel and CK, DS, AH, AN and TA regarding various case litigation issues and strategy | 1.10 | |
| | TA | Conf call w/ co-counsel re: various case litigation issues & strategy | 1.10 | |
| 1/18/2019 | CK | Phone call w/ David Fathi re: jt statement on appointment of M. Stern | 0.20 | |
| | CK | PCs w/ David re jt statement; made final edits/revisions | 0.50 | |
| | DS | review email correspondence between opp counsel re joint plan for Stern | 0.30 | |
| | RL | Review medical records of deaf class members for notice of noncompliance | 0.70 | |
| 1/22/2019 | CK | Phone call w/ Marc Stern re: methodology charts | 0.50 | |
| | CK | draft declaration re: corizon transfer | 0.40 | |
| 1/23/2019 | DS | email to and from Stern re methodology | 0.30 | |
| 1/25/2019 | CJ | Meeting re ASL declarations project | 0.20 | |
| | CJ | Review materials re ASL declarations | 1.00 | |
| | CJ | Continue review of eOMIS documents re ASL interpreter issue; begin drafting of class member questionnaire re same; email re same | 2.10 | |
| | RL | Review medical records of deaf class members. | 2.80 | |
| 1/28/2019 | CK | Phone call w/ DF re: preparing summary of problematic PMs for expert | 0.30 | |
| | CK | Phone call w/ David re: court expert | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/28/2019 | CK | compiled data / information on problematic PMs for Dr Stern; reviewed past court orders re methodology | 2.30 | |
| | RL | Review correspondence related to Paragraph 14 and medical records for deaf class members; confer with CK regarding same. | 0.50 | |
| 1/29/2019 | CK | Phone call w David re: summary for expert on monitoring | 0.20 | |
| | DS | team conf call re expert reports, stern work | 0.90 | |
| | CK | conf call w/ David and Amy re: next steps in litigation strategy. From PLO: DS, AH, CK RL | 0.90 | |
| | CK | drafted letter to Defs re: Centurion contract | 1.90 | |
| | AH | Meeting/phone conf with w/ DS, CK, RL, DF and AF re transition from Corizon to Centurion | 0.90 | |
| | DS | review and revise ltr to Struck re transition from Corizon to Centurion | 0.50 | |
| | CK | worked on document for expert re methodology objections | 2.40 | |
| | RL | Confer with CK, DS, AH, AF (ACLU) and DF (ACLU) regarding enforcement strategy. | 0.90 | |
| | RL | Confer with DS, AH, and CK regarding enforcement strategy. | 0.10 | |
| 1/30/2019 | CK | Phone call w/ Marc Stern & co-counsel re: methodology concerns. From PLO: DS, AH, RL, CK. | 1.00 | |
| | DS | conf call with Marc Stern re PM's methodology | 1.00 | |
| | DS | Meeting with AH re strategy for potential termination mtn or further relief | 0.40 | |
| | CJ | Continue review of eOMIS documents re ASL interpreter issue; begin drafting of declarations re same; email re same | 1.50 | |
| | AH | Phone Meeting with Marc Stern re review of monitoring | 1.00 | |
| | RL | Confer with Dr. Stern, DS, DF, CK, and AH. | 1.00 | |
| | RL | Confer with co-counsel at ADCL regarding provision of sign language interpretation for deaf class members. | 0.10 | |
| | RL | Call with deaf class member regarding provision of sign language interpretation. | 0.30 | |
| 1/31/2019 | CK | reviewed DF's revisions to summary re: methodology for expert | 0.90 | |
| | CK | parsons team Meeting (DS, CK, AH, RL, TN, TA, AN) | 0.60 | |
| | DS | Team meeting to discuss strategy for potential motions/oppositions | 0.60 | |
| | DS | review ct order re Stern | 0.20 | |
| | AH | team strategy meeting re enforcement | 0.60 | |
| | TA | Meeting with PLO Parsons team re enforcement | 0.60 | |
| | RL | Team meeting to discuss enforcement strategy. | 0.60 | |
| | RL | Review draft notes for Dr. Stern regarding performance measures and monitoring methodology. | 0.20 | |
| 2/1/2019 | CK | Phone call w David re notices of noncompliance; other case activity | 0.40 | |
| | DS | phone call DF re litigation strategy re new vendor, court expert | 0.40 | |
| 2/3/2019 | RL | Review medical records related to deaf class members. | 2.00 | |
| 2/4/2019 | CJ | Further review of Parsons class member medical declarations; draft compilation of selected medical encounters; continue drafting of questionnaire for declarations. | 8.00 | |
| | CK | Reviewed Centurion K w/ ADC; drafted memo to team re: same | 0.70 | |
| | RL | Review medical records of deaf class members and draft declaration for deaf class members; draft email to co-counsel regarding same. | 1.00 | |
| | RL | Draft Notice of Substantial Non-Compliance regarding Paragraph 14 and deaf class members. | 1.70 | |
| 2/5/2019 | RL | Review correspondence from ACDL; draft notice of noncompliance regarding Paragraph 14; confer with CK regarding same. | 2.00 | |
| 2/6/2019 | CK | emails w/ SLAB and co-counsel re mediation of 1/2/19 Notice of Noncompliance | 0.20 | |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/6/2019 | CK | Phone call w/ Rose and Maya re: Paragraph 14 notice of noncompliance. From PLO: CK, RL, law student Chris Johnson | 0.90 | |
| | CK | reviewed Centurion K / drafted memo re same | 1.50 | |
| | RL | Confer with CJ (intern), CK, MA (ACDL), and RDR (ACDL) regarding Notice of Substantial Non-Compliance regarding Paragraph 14 and deaf class members and declarations. | 0.90 | |
| | RL | Review comments from CK and revise Notice of Substantial Non-Compliance regarding Paragraph 14 and deaf class members. | 3.00 | |
| | CJ | Phone conference with R. Lomio, C. Kendrick, and ACDL attorneys re Parsons declarations | 0.90 | |
| | CJ | Finish questionnaires for declarations of Parsons class members; finish compilation of healthcare encounters; email re same | 5.00 | |
| 2/7/2019 | CK | review final version of notice of noncompliance, legal research for same | 0.40 | |
| | CK | Phone call w/ Marc Stern | 0.60 | |
| | CK | Phone call w David and Don re: expert | 0.40 | |
| | RL | Revise draft Notice of Substantial Non-Compliance re Paragraph 14, review related medical records, and assemble exhibits. | 2.10 | |
| | DS | Phone call w/ David and CK re: expert | 0.40 | |
| 2/8/2019 | CK | Phone call w/ Kathy Brody re: case activity, litigation strategy | 0.50 | |
| 2/10/2019 | RL | Draft interview outline for declarations with deaf class members regarding Paragraph 14. | 1.30 | |
| 2/11/2019 | CK | Phone call w/ Jose Vallejo & David | 0.90 | |
| | RL | Review medical records and draft interview outline for declarations with deaf class members regarding Paragraph 14; draft email to co-counsel regarding same. | 4.20 | |
| 2/12/2019 | CK | emails w/ David and Marc re call on MH PMs | 0.20 | |
| 2/13/2019 | CK | reviewed Nov CGAR scores to prep for meet and confer re noncompliance | 0.20 | |
| | CK | email w/ DF re meet and confer | 0.10 | |
| | CK | Phone call w/ David & Marc Stern re MH PMs | 1.60 | |
| 2/14/2019 | CK | legal research for memo on termination issues | 0.80 | |
| | CK | legal research re: termination standards | 0.70 | |
| | CK | Phone call w/ David Fathi re case litigation | 0.30 | |
| | RL | Review secondary sources regarding ASL and deaf accommodations; draft email to co-counsel regarding same. | 0.50 | |
| | RL | Edit document requests related to interpretation during healthcare encounters. | 0.10 | |
| 2/15/2019 | CK | Phone call w/ DF re: expert project | 0.20 | |
| 2/19/2019 | CK | Phone call w/ David re: email from expert; follow up re: Pablo review of mental health recods | 0.20 | |
| | CK | reviewed/revised Amy's draft opp brief to terminate monitoring | 1.40 | |
| 2/20/2019 | CK | Phone call w/ David re: various pending case matters; possible motion | 0.40 | |
| 2/21/2019 | CK | Phone call w/ Marc and David re PM 37 and PM 25 | 1.60 | |
| 2/22/2019 | CK | compiled transcripts/citations for Marc re HNR boxes | 0.40 | |
| 2/25/2019 | CK | pulled together mortality reviews for Marc to review | 2.10 | |
| 2/26/2019 | CK | reviewed medical records of deaf prisoners for paragraph 14 enforcement motion & ACDL interviews | 2.90 | |
| | CK | Phone call w/ David re: court expert | 0.20 | |
| 2/27/2019 | CK | compiled medical records of deaf class member for Maya interview and future enforcement motion on Paragraph 14; drafted advocacy letter on his behalf | 3.80 | |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 2/27/2019 | CK | drafted motion to compel transition plan | 1.20 | |
| 2/28/2019 | CK | Phone call w/ Marc, Don, David re: timetable for expert work | 0.90 | |
| | DS | phone call with CK, DF, Mark Stern re investigation into PMs | 0.90 | |
| | CK | drafted letter to defendants re: outstanding document production; drafted request for intervention; circulate to co-counsel | 1.40 | |
| | CK | revised request for transition plan w/ DF's suggested edits and re-circulate | 0.60 | |
| 3/1/2019 | CK | Finalized letter to defendants re: document production | 0.50 | |
| | CK | Phone call w/ DF re: request for documents | 0.30 | |
| | CK | revised request for transition plan and declaration per DS and DF edits | 1.10 | |
| | CK | revised motion for production of documents | 0.90 | |
| 3/4/2019 | CK | finalized/revised request for transition plan for filing, reviewed/redacted exhibits; sent to Delana | 0.90 | |
| | CK | reviewed/revised David's edits to request for production of documents | 0.40 | |
| 3/5/2019 | CK | reviewed Dec 2018 CGAR reports; drafted letter re: noncompliance with monitoring methodology for PM 2 | 2.30 | |
| 3/6/2019 | CK | Phone call w/ Marc Stern re: PM 39, 42, 54, 55 | 0.40 | |
| | CK | reviewed/commented on DF letter to defs re noncompliance | 0.20 | |
| | CK | Phone call w/ Tim Bojanowski & Richie Valenti re: outstanding doc productions. From PLfs: CK, DF, MA | 0.30 | |
| | RL | Review document produced by Defendants regarding deaf class members; review notes on deaf class members; email co-counsel regarding same. | 0.30 | |
| 3/7/2019 | CK | drafted letter to defs re: doc production; revised same w/ DF/RL edits | 0.70 | |
| | RL | Review draft letter to Defendants regarding document requests related to provision of sign language interpretation. | 0.10 | |
| | RL | Research ICD-10 codes regarding deafness and hearing loss for draft letter to Defendants regarding document request of list of deaf class members; confer with CK and AH regarding same; review medical record of deaf class member. | 0.50 | |
| 3/8/2019 | CK | Phone call w/ Marc Stern and parties re: status of expert work. From PLO: CK, DS, RL | 0.70 | |
| | CK | Phone call w/ NPP after call w/ Stern | 0.10 | |
| | CK | Phone call w/ David re: filing notice to court re: unresolved issues | 0.20 | |
| | DS | conf call with Dr. Stern | 0.70 | |
| | DS | conf call with NPP | 0.10 | |
| | CK | drafted Rule 7.2(n) notice and prepared attachments; circulated to DF and MA | 0.50 | |
| | RL | Call with Dr. Stern, Defendants, and co-counsel. | 0.70 | |
| | RL | Call with co-counsel regarding Dr. Stern's proposed plan and next steps. | 0.10 | |
| 3/18/2019 | CK | phone call w/ Marc re status of expert work and tour | 2.10 | |
| 3/19/2019 | RL | Telephonic meet and confer with CK, MA (ACDL), and Defendants regarding Notice of Substantial Non-Compliance with Paragraph 14. | 0.20 | |
| | RL | Review documents related to Notice of Substantial Non-Compliance with Paragraph 14; confer with CK and TA regarding Defendants' document production related to Notice of Substantial Non-Compliance with Paragraph 14; draft email to Defendants regarding Notice of Substantial Non-Compliance with Paragraph 14. | 0.80 | |
| | RL | Review draft declarations of deaf class members in support of Notice of Substantial Non-Compliance with Paragraph 14; draft email to co-counsel regarding same. | 0.40 | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 3/20/2019 | CK | emails w/ co-counsel re mediation / judge Bade | 0.30 | |
| | RL | Draft letter to deaf and hard of hearing class members regarding sign language interpretation; confer with TA regarding same. | 0.50 | |
| | RL | Review letter from Richard M. Valenti regarding Plaintiffs' Supplemental Document Requests 82, 98, 99, 101, and 103-111. | 0.20 | |
| 3/22/2019 | CK | draft cover sheet filing to go with Stern's update | 0.20 | |
| | DS | phone call with Marc Stern | 0.50 | |
| | DS | review court orders re Stern appointment | 0.40 | |
| 3/23/2019 | DS | email and phone calls with Dr. Stern re 706 plan | 1.50 | |
| 3/26/2019 | RL | Review and comment on draft declaration of deaf class member. | 0.80 | |
| 4/2/2019 | RL | Review draft declaration in support of Paragraph 14 enforcement motion. | 0.40 | |
| 4/5/2019 | TA | Gathered medical and MH encounters for deaf class member declaration | 0.50 | |
| 4/8/2019 | RL | Review draft declarations in support of Paragraph 14 enforcement motion. | 0.80 | |
| 4/15/2019 | CK | Phone call w/ David Fathi re: various litigation/enforcement concerns | 0.50 | |
| | CK | draft request for appt of magistrate judge; circulate to opp counsel, file same | 0.50 | |
| 4/19/2019 | CK | Phone call w/ David re: case activity & court expert | 0.30 | |
| 4/22/2019 | CK | Phone call w/ Steve Wheeler from Centurion. Also on call - DF, DS (left call early). | 1.10 | |
| | DS | conf call with CK and DF re Centurion takeover | 0.30 | |
| | DS | conf call with Centurion CEO | 1.00 | |
| | CK | phone call with DS and David re Centurion takeover | 0.30 | |
| 4/26/2019 | CK | Phone call w/ Ryan Kendall re motion for sur-reply | 0.20 | |
| 4/30/2019 | CK | Phone call w/ David re: call w/ Marc Stern | 0.20 | |
| | CK | Phone call w/ Marc Stern and David Fathi re status of reports | 0.90 | |
| | CK | talk to Don re: Silver order on scope of expert | 0.30 | |
| | DS | meeting with CK re Silver order on scope of expert | 0.30 | |
| 5/1/2019 | CK | Phone call w/ David and Don re: expert report status, next steps in process | 0.60 | |
| | DS | Phone call w/ CK and David re expert report status | 0.60 | |
| 5/2/2019 | CK | Phone call w/ Marc, David, Don re: report status. | 0.80 | |
| | CK | compiled Feb-April 2019 and Jan-Nov 2018 adv ltrs for court expert | 0.80 | |
| | DS | Phone call w/ Marc, David and CK re: report status | 0.80 | |
| 5/3/2019 | CK | reviewed/revised Ryan's draft sur-reply re termination of max custody PMs | 0.40 | |
| | CK | Phone call w/ David re court order | 0.20 | |
| 5/6/2019 | CK | emails w/ ACLU of AZ and DF re: court orders on transition plan and OSC | 0.30 | |
| 5/7/2019 | CK | Phone call with David re OSC and other order | 0.20 | |
| | CK | Phone call w/ Marc Stern | 0.10 | |
| 5/13/2019 | DS | review court order re Stern request and email from Stern pursuant to court order | 0.30 | |
| | DS | review draft notice re tour summaries and unresolved noncompliance notices | 0.30 | |
| 5/14/2019 | AH | phone call w/ DS, CK, RL and op co re transition plan | 0.40 | |
| | DS | conf call with Dan Struck re transition plan | 0.40 | |
| | RL | Call with DS, AH, CK, and counsel for ADC and Centurion regarding transition plan. | 0.40 | |
| | CK | phone call with Dan Struck re transition plan | 0.40 | |
| 5/15/2019 | DS | email string re enforcement motions and revising status report language re same | 0.50 | |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 5/17/2019 | CK | reviewed final versions of notice to court and exhibits for filing on 5/20/19 | 0.40 | |
| 5/20/2019 | DS | review response to defs objections to Dr. Stern's request to supp staff | 0.20 | |
| | DS | review order appointing magistrate | 0.10 | |
| 5/31/2019 | CK | draft response to Defs' motion to stay 5/6/19 OSC | 0.20 | |
| | CK | worked on opposition to stay motion | 3.90 | |
| 6/6/2019 | CK | revised draft opposition to motion to stay | 0.60 | |
| 6/7/2019 | CK | reviewed DF's revisions to opposition to Defendants' motion to stay; made revisions and fnalized for cite check | 0.70 | |
| | AH | Cite checked opp to motion to stay | 2.10 | |
| | AH | additinoal cite-checking for opp to stay | 0.90 | |
| | CK | input AH's cite checks into brief opposing Defs' motion for stay, revised section per DS comments; filed | 1.30 | |
| | DS | review mtn for reconsideration by defendants | 0.30 | |
| 6/10/2019 | CK | emails w/ Marc Stern responding to his questions re: methodology for certain PMs. | 0.80 | |
| 6/11/2019 | CK | drafted response to motion for reconsideration | 0.90 | |
| 6/12/2019 | CK | Phone call w/ Marc Stern, Don, David (Don left after 1 hour) | 2.20 | |
| | DS | conf call with Marc Stern re investigation | 1.00 | |
| 6/13/2019 | CK | Phone call w/ Marc and David re: report | 3.90 | |
| 6/14/2019 | DS | phone call Marc Stern re his investigation | 0.80 | |
| | DS | review opp to mtn for reconsideration of contempt order | 0.30 | |
| 6/17/2019 | CK | looked for historic staffing numbers for ADC for Marc Stern report | 1.70 | |
| | DS | review reply to mtn to stay | 0.30 | |
| 6/20/2019 | CK | Phone call w/ David re motion to compel | 0.20 | |
| | CK | drafted motion to compel re: data on noncompliance | 2.40 | |
| | CK | cite check opp to defs' motion for reconsideration (doc 3261) and revise, additional legal research | 0.70 | |
| | CK | legal research/drafted motion to compel / for OSC re: failure to provide info in contempt order | 1.00 | |
| 6/21/2019 | CK | additional research/drafted motion to compel/OSC re: defendants failure to comply with Doc. 2898 | 1.00 | |
| | TMN | Reviewed draft motion to enforce motion of reporting compliance. | 0.20 | |
| 6/24/2019 | CK | phone conference w/ Magistrate Judge Fine re: July 8 mediation | 0.50 | |
| | DS | conf call with Judge Fine re mediation | 0.50 | |
| 6/25/2019 | DS | review and revise mtn to compel compliance with document production and research re same | 1.20 | |
| 6/26/2019 | CK | Phone call w/ David re: communications w/ Dr. Stern | 0.20 | |
| | CK | finalized DF's edits to motion to compel; drafted proposed order | 0.90 | |
| | RL | Review draft declarations in support of Paragraph 14 enforcement motion. | 0.40 | |
| 6/27/2019 | CK | drafted notice of noncompliance w/ PMs 44, 52, 55 | 0.20 | |
| | CK | emails w/ DF and DS re: Motion to Compel and Motion for OSC | 0.20 | |
| 6/28/2019 | CK | compiled all outstanding notices of noncompliance & drafted agenda for meet & confer w/ Defs; sent agenda to Timbo | 0.30 | |
| | CK | finalized motion to compel / OSC | 0.20 | |
| | CK | Phone call w/ DF re: defs' motion to stay, motion to compel | 0.20 | |
| | CK | drafted mediation statement | 2.50 | |
| | | For professional services rendered | 461.70 | $103,189.95 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alison Hardy | 15.70 | 223.50 | $3,508.95 |
| Amber Norris | 2.90 | 223.50 | $648.15 |
| Christopher Johnson | 18.70 | 223.50 | $4,179.45 |
| Claudia Cesena | 4.60 | 223.50 | $1,028.10 |
| Corene Kendrick | 196.50 | 223.50 | $43,917.75 |
| Curtis Harris | 7.00 | 223.50 | $1,564.50 |
| Donald Specter | 51.30 | 223.50 | $11,465.55 |
| Patrick Booth | 14.30 | 223.50 | $3,196.05 |
| Rita Lomio | 134.70 | 223.50 | $30,105.45 |
| Sara Norman | 4.30 | 223.50 | $961.05 |
| Tania Amarillas | 7.30 | 223.50 | $1,631.55 |
| Thomas M. Nosewicz | 4.40 | 223.50 | $983.40 |

Prison Law Office
1917 Fifth Street
Berkeley, CA, 94710

AZ Litigation - Fees

Professional Services

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 7/19/2018 | CK | reviewed 2 quarter 2018 litigation/enforcement fees; removed excess/duplicate billing | 1.00 | |
| 7/23/2018 | DS | email to and from Struck re payment of fees | 0.30 | |
| 8/13/2018 | CK | reviewed FY 2018 enforcement fees for a final pass-through | 0.80 | |
| 9/4/2018 | DS | review draft email to struck re fees | 0.20 | |
| 9/11/2018 | CK | reviewed, revised, and edited Amy's draft motion for litigation fees for FY 2018 | 2.10 | |
| 9/18/2018 | CK | Edited/revised AF's revised draft motion for litigation/enforcement fees | 1.90 | |
| 9/19/2018 | CK | edited/revised my declaration | 1.10 | |
| 10/19/2018 | CK | reviewed 3rd quarter 2018 litigation fees; removed billing judgment/excessive billing; flagged areas for reconciliation/mirroring | 0.20 | |
| 10/23/2018 | CK | phone call w/ ACLU-NPP co-counsel re: reply on fees motion for FY 2018 enforcement fees | 0.60 | |
| 10/24/2018 | CK | research for reply brief ISO motion for FY 2018 enforcement/litigation fees | 0.50 | |
| 10/25/2018 | DS | email to and from Struck re monitoring fees | 0.30 | |
| | DS | review and revise reply brief on monitoring fees | 0.30 | |
| | DS | review Defs response to mtn to compel payment of monitoring fees | 0.20 | |
| 10/29/2018 | CK | Reviewed/revised AF's draft reply | 0.40 | |
| | DS | review and respond to Reply brief | 0.50 | |
| 10/31/2018 | CK | revised / edited sections of reply iso motion for enforcement fees, sent to Amy | 0.80 | |

| Date | User | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2018 | CK | Phone call w/ David re: reply brief on enforcement fees for FY 2018 | 0.10 | |
| 4/5/2019 | CK | reviewed/revised 1Q 2019 fees, make billing adjustments to same | 0.90 | |
| | | For professional services rendered | 12.20 | $2,726.70 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Corene Kendrick | 10.40 | 223.50 | $2,324.40 |
| Donald Specter | 1.80 | 223.50 | $402.30 |

Prison Law Office
1917 Fifth Street
Berkeley, CA, 94710

Arizona - Litigation

Additional Charges :

| | | | Amount |
|---|---|---|---|
| 11/16/2018 | PLO | Southwest - DS to Phoenix - AZ Hearing | 206.96 |
| 12/4/2018 | CK | RT airfare OAK-PHX for Florence tour and status hearing (50%) | 73.98 |
| 12/6/2018 | CK | one night hotel in Phoenix - status hearing | 166.37 |
| | CK | parking at courthouse during status hearing | 8.00 |
| | DS | mileage to and from OAK to home | 22.89 |
| | PLO | Oakland Airport Parking - DS | 28.00 |
| 12/14/2018 | PLO | L and D Reporting - 12/6 Transcript of Proceeding | 31.50 |
| 5/2/2019 | PLO | Arizona Center for Disability Law - March Interpreter Services (AZ Freelance Interpreting Services) - SLIs for declarations | 2,236.25 |
| 5/29/2019 | PLO | AZ Center for Disability Law - April Interpreting services - SLIs for declarations for enforcement motion | 945.00 |
| | Total costs | | $3,718.95 |