IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MATTER – GENERAL

Phoenix/Prescott Division

Case No.:  CV-12-0601-PHX-ROS        DATE:  October 30, 2019

Title:  <u>Parsons, et al.</u>  v.  <u>Ryan, et al.</u>
        Plaintiffs         Defendants

HONORABLE DEBORAH M. FINE (70CD)

Deputy Clerk:           A. Herrera
Court Reporter/ECR:     NA

**APPEARANCE**:
Amy Fettig and Maya Abela for Plaintiffs, also in attendance Eldon Vail
Rachel Love for Defendants, also in attendance Tara Diaz and Kevin Curran

PROCEEDINGS:    ___ Open Court     _X_ Chambers     ___ Other

Settlement discussions took place. The parties had productive discussions; all parties participated fully and in good faith.


Begin:  1:30 PM
End:  4:17 PM
Time in court:  2 hrs. 47 mins.