# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 3392) for their Motion for Attorneys' Fees and Costs (currently lodged as Doc. 3393). Good cause appearing,

**IT IS ORDERED** the Motion for Leave to Exceed Page Limits (Doc. 3392) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall file the documents currently lodged as Doc. 3393, Doc. 3394, and Doc. 3395.

Dated this 4th day of November, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge