IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Motion to Seal designated documents associated with Plaintiffs' Statement in Response to the Court's October 11, 2019 Order. Good cause appearing,

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Seal (Doc. 3405) is **GRANTED**. The Clerk of the Court must please seal the documents as set forth in the motion and lodged at Doc. 3407.

Dated this 5th day of November, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge