1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona 85226
    Telephone: (480) 420-1600
5   Fax: (480) 420-1695
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9
                    **UNITED STATES DISTRICT COURT**
10
                         **DISTRICT OF ARIZONA**
11

12  Victor Parsons, *et al.*, on behalf of themselves          NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
    Center for Disability Law,
13                                              Plaintiffs,    **SUPPLEMENT TO DEFENDANTS'**
                                                              **REPLY TO PLAINTIFFS'**
14          v.                                                **RESPONSE TO THE COURT'S**
                                                              **OCTOBER 11, 2019 ORDER**
15  Charles Ryan, Director, Arizona Department                **(Dkt. 3385)**
    of Corrections; and Richard Pratt, Interim
    Division Director, Division of Health Services,
16  Arizona Department of Corrections, in their
    official capacities,
17                                              Defendants.

18

19          Defendants submit this Supplement to clarify the position set forth in their Reply to

20  Plaintiffs' Response with respect to the alternatives posed by the Court's October 11, 2019

21  Order (Dkt. 3410 at 3:5–11). Because the Stipulation is not a judicial decree, the Court

22  does not have equitable authority under Rule 60 to modify or terminate it. The Stipulation

23  is a private settlement agreement. As such, the position Defendants have maintained

24  throughout this litigation has been that state law contractual remedies ("all remedies

25  provided by law") are available to enforce noncompliance, including initiating an action in

26  state court for breach of contract. (Dkt. 2241, 2271.)

27

28

1

DATED this 7th day of November, 2019.

2

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4

By /s/Daniel P. Struck

5

Daniel P. Struck
Rachel Love

6

Timothy J. Bojanowski
Nicholas D. Acedo

7

3100 West Ray Road, Suite 300
Chandler, Arizona 85226

8

*Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Molly Brizgys: | mbrizgys@acluaz.org |
| Marty Lieberman: | mlieberman@acluaz.org |
| Eunice Cho | ECho@aclu.org |

      I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

      N/A

                              /s/Daniel P. Struck