**EXHIBIT 1**

**EXHIBIT 1**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br> Defendants-Appellants. | No. 18-16358 <br> 18-16365 <br> 18-16368 <br><br> D.C. No. 2:12-cv-00601-ROS <br> District of Arizona, <br> Phoenix <br><br> ORDER |
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> ARIZONA CENTER FOR DISABILITY LAW, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br> Defendants-Appellees. | No. 18-16424 <br><br> D.C. No. 2:12-cv-00601-ROS |

Before: THOMAS, Chief Judge, and WALLACE and CALLAHAN, Circuit Judges.

Defendants-Appellants have filed three motions to stay the underlying district court orders and judgments in these appeals. In 18-16358, Defendants-Appellants move to stay the district court's Order and Judgment of Civil Contempt. Dkt. 15. In 18-16365, Defendants-Appellants move to stay the district court's Attorneys' Fees Order and Judgment. Dkt. 11. In 18-16368, Defendants-Appellants move to stay four of the district court's orders relating to monitoring, compliance, and the appointment of experts. Dkt. 12.

In 18-16358, Defendants-Appellants' motion to stay the district court's Order and Judgment of Civil Contempt is **GRANTED in part and DENIED in part.** We **WAIVE** Federal Rule of Civil Procedure 62(b)'s bond requirement and **STAY** enforcement of the Judgment in a Civil Case, district court docket 2899, pending appeal. We do not stay the district court's order of contempt requiring monthly reporting.

In 18-16365, Defendants-Appellants' motion to stay the district court's Attorneys' Fees Order and Judgment is **GRANTED.** We **WAIVE** Federal Rule of Civil Procedure 62(b)'s bond requirement and **STAY** enforcement of the Judgment on Attorney Fees Costs, district court docket 2903, pending appeal.

In 18-16368, Defendants-Appellants' motion to stay the underlying orders appealed from is **DENIED.**

The stays and waivers granted by this order are effective pending further order of the Court. The parties should be prepared to discuss the merits of the stay of the contempt judgment and waiver of the bond requirement at the time set for oral argument on the merits of these appeals. Said oral argument shall take place at the James R. Browning United States Courthouse in San Francisco the week of September 23, 2019. The specific date and time shall be set by separate order.

CALLAHAN, Circuit Judge, concurring in part and dissenting in part:

I would grant each of the motions to stay.