**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**[PROPOSED] ORDER** |

The Court having reviewed Defendants' Motion to Suspend Briefing on Plaintiffs' Motion for Attorneys' Fees (Dkt. 3401), and good cause appearing,

IT IS ORDERED that Defendants' Motion to Suspend Briefing on Plaintiffs' Motion for Attorneys' Fees (Dkt. 3401) is GRANTED.