Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                               Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                               Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' *AMENDED*[1] MOTION TO SUSPEND BRIEFING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (DKT.  3401)** |

Defendants respectfully request the Court suspend briefing on Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 3401) pending the Ninth Circuit's resolution of the appeal taken from the Court's First Order awarding attorneys' fees and costs pursuant to Paragraph 43 of the Stipulation (Dkt. 2902).  *See Parsons v. Ryan*, No. 18-16365.  Defendants intend to raise the same objections and challenges to the instant Motion that they made to Plaintiffs' First Motion for Attorneys' Fees and Costs.  (Dkt. 2402, 2575.)  Those challenges, which will be resolved in the pending appeal, include:

---

[1] After Defendants filed their original Motion, Plaintiffs' counsel clarified that they also oppose Defendants' alternative request for an extension of time to file a substantive response. *See* Exhibit 1 (Correspondence between Hesman and Fettig).  This Amended Motion notes their opposition.  *See* Conclusion, *supra*.

(1) The scope of fees sought by Plaintiffs under Paragraph 43;

(2) The hourly rate requested by Plaintiffs for attorneys and paralegals; and

(3) Plaintiffs' request for a fee enhancement.

Because the Ninth Circuit will resolve these challenges/objections in appeal No. 18-16365 and its resolution with be dispositive of the challenges to the instant Motion, the Court should suspend further briefing and await that outcome. Doing so will substantially reduce the time and expense required to respond to Plaintiffs' Motion, and save the parties, the Court, and the Ninth Circuit valuable resources that will otherwise be wasted if briefing proceeds now.[2] Finally, as this Court has recognized, substantial fees have been generated in this litigation. Temporarily suspending the briefing on Plaintiffs' Motion will prevent the unnecessary expenditure of additional fees. Plaintiffs, however, oppose suspending briefing.

## CONCLUSION

For these reasons, Defendants request the Court suspend briefing on Plaintiffs' Motion for Attorneys' Fees and Costs pending the Ninth Circuit's resolution of appeal No. 18-16365. Alternatively, if the Court denies this request, Defendants request that it extend the deadline for Defendants to respond to Plaintiffs' Motion to 14 days from the date of such order. Plaintiffs oppose this extension request.

---

[2] Indeed, recognizing the prudence in staying briefing on issues already pending on appeal, the Ninth Circuit recently vacated the briefing schedule and stayed Defendants' appeal from the Court's Second Order awarding fees and costs pursuant to Paragraph 43 (Dkt. 3232), pending its resolution of appeal No. 18-16365. *See Jensen v. Ryan*, No. 19-16128, Doc. 14.

1  DATED this 12th day of November, 2019.

2                                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

4                                          By /s/Daniel P. Struck
5                                             Daniel P. Struck
                                              Rachel Love
6                                             Timothy J. Bojanowski
                                              Nicholas D. Acedo
7                                             3100 West Ray Road, Suite 300
                                              Chandler, Arizona 85226
8
                                              *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Molly Brizgys: | mbrizgys@acluaz.org |
| Marty Lieberman: | mlieberman@acluaz.org |
| Eunice Cho | ECho@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck