**EXHIBIT 1**

**EXHIBIT 1**

**Elaine Percevecz**

| | |
|---|---|
| **From:** | Ashlee Hesman |
| **Sent:** | Tuesday, November 12, 2019 1:26 PM |
| **To:** | Amy Fettig; David Fathi |
| **Cc:** | Corene Kendrick (ckendrick@prisonlaw.com); Don Specter (dspecter@prisonlaw.com); Dan Struck; Nick Acedo; Tim Bojanowski; Rachel Love; Elaine Percevecz |
| **Subject:** | RE: Parsons - Fees Motion |

Amy,

We believe our request was clear since we indicated below it was for " two weeks after an order denying the motion," but will file something letting the Court know that Plaintiffs oppose.

Thanks,

Ashlee

**From:** Amy Fettig [mailto:afettig@aclu.org]
**Sent:** Tuesday, November 12, 2019 12:16 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>; David Fathi <dfathi@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Parsons - Fees Motion

Hi Ashlee – We see that you just filed your stay motion at Doc. 3414.  There seems to be a misunderstanding.  Plaintiffs do not oppose a two week extension from the original due date for Defendants' response to Plaintiffs' motion for attorney fees and costs, which is November 18.  We do <u>not</u> agree to a two week extension from some undetermined future date when the court rules on your stay motion.  Please refile your motion with an accurate statement of Plaintiffs' position.

Thank you,

**Amy Fettig**
**Deputy Director, ACLU National Prison Project**
**Director,** *Stop Solitary* **Campaign**
**Pronouns: she/her/hers**
**915 15th Street, NW 7th Floor**
**Washington, DC 20005**
**202-548-6608**
afettig@aclu.org
**@abfettig**



**From:** Amy Fettig
**Sent:** Tuesday, November 12, 2019 12:08 PM

1

**To:** Ashlee Hesman <ahesman@strucklove.com>; David Fathi <dfathi@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Parsons - Fees Motion

Hi Ashlee – we do not oppose the request for a two week extension.

Amy

**Amy Fettig**
**Deputy Director, ACLU National Prison Project**
**Director, *Stop Solitary* Campaign**
**Pronouns: she/her/hers**
**915 15th Street, NW 7th Floor**
**Washington, DC 20005**
**202-548-6608**
**afettig@aclu.org**
**@abfettig**



**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Tuesday, November 12, 2019 11:52 AM
**To:** Amy Fettig <afettig@aclu.org>; David Fathi <dfathi@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Parsons - Fees Motion

Thanks, Amy.  As an alternative to granting our motion to stay, we will request that the Court extend the deadline for Defendants to respond to two weeks after an order denying the motion.  Do Plaintiffs oppose that extension request?

**From:** Amy Fettig [mailto:afettig@aclu.org]
**Sent:** Tuesday, November 12, 2019 8:27 AM
**To:** Ashlee Hesman <ahesman@strucklove.com>; David Fathi <dfathi@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Parsons - Fees Motion

Good morning, Ashlee.  Plaintiffs can't agree to a stay for the pending fees motion but we will agree to a short extension to file the response brief if you need it.

Amy

**Amy Fettig**

**Deputy Director, ACLU National Prison Project**
**Director, *Stop Solitary* Campaign**
**Pronouns: she/her/hers**
**915 15th Street, NW 7th Floor**
**Washington, DC 20005**
**202-548-6608**
**afettig@aclu.org**
**@abfettig**



**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Monday, November 11, 2019 11:46 AM
**To:** David Fathi <dfathi@aclu.org>
**Cc:** Amy Fettig (afettig@aclu.org); Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Parsons - Fees Motion

David,

While we intended on filing our motion today, we will wait until tomorrow given your office is closed. Since we requested Plaintiffs' position four days ago, and because we would like to give the Court sufficient time to rule on it before Defendants' Response is due on November 18, we would appreciate a response before noon tomorrow.

Thank you,

Ashlee

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Monday, November 11, 2019 9:33 AM
**To:** Ashlee Hesman <ahesman@strucklove.com>
**Cc:** Amy Fettig <afettig@aclu.org>; Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** Re: Parsons - Fees Motion

Ashlee,

The ACLU is closed today in honor of Veterans' Day. We will respond as soon as we are able.

Sent from my iPhone

> On Nov 11, 2019, at 10:11 AM, Ashlee Hesman <ahesman@strucklove.com> wrote:
>
> Counsel,

May we please have a response to the below?

Thank you,

Ashlee

**From:** Ashlee Hesman
**Sent:** Thursday, November 7, 2019 12:29 PM
**To:** Amy Fettig (afettig@aclu.org) <afettig@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; David Fathi (dfathi@aclu.org) <dfathi@aclu.org>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** Parsons - Fees Motion

Amy,

Will Plaintiffs agree to suspend the briefing schedule for Plaintiffs' Motion for Attorneys' Fees (Dkt. 3401) until the Ninth Circuit resolves the identical issues raised in appeal No. 18-16365? The outcome of appeal No. 18-16365 will substantially reduce, if not completely eliminate, the time and expense to brief the same issues raised in Plaintiffs' most recent fees motion. Because both sides will assert the same arguments that are currently pending before the Ninth Circuit, staying the briefing will save the parties, District Court, and Ninth Circuit valuable time and resources that would otherwise be wasted if briefing proceeds now. As the District Court has noted, substantial fees have been generated in this litigation. Staying this briefing will prevent the unnecessary expenditure of additional fees. Indeed, the Ninth Circuit vacated the briefing schedule in appeal No. 19-16128 to address these same concerns.

Please let us know what your position is so that we may advise the Court.

Thank you,

Ashlee

<image002.png>
Ashlee B. Hesman
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226
480.420.1631 | ahesman@strucklove.com | STRUCKLOVE.COM

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600.

Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.