1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                              DISTRICT OF ARIZONA

10   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
     Dustin Brislan; Sonia Rodriguez; Christina
11   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER**
12   Hefner; Joshua Polson; and Charlotte Wells, on       **GRANTING STIPULATED**
     behalf of themselves and all others similarly        **MOTION TO EXTEND**
13   situated; and Arizona Center for Disability Law,      **DEADLINE TO FILE**
                                                          **RESPONSE TO DEFENDANTS'**
14                            Plaintiffs,                  **MOTION TO STAY SECOND**
                                                          **ATTORNEYS' FEES ORDER**
15          v.                                            **AND JUDGMENT (DKT. 3413)**

16   David Shinn, Director, Arizona Department of
     Corrections; and Richard Pratt, Division Director,
17   Division of Health Services Contract Monitoring
     Bureau, Arizona Department of Corrections, in
18   their official capacities,

     Defendants.

19          The Court, having reviewed the Stipulated Motion to Extend Deadline to File

20   Response to Defendants' Motion to Stay Second Attorneys' Fees Order and Judgment

21   (Dkt. 3413), and good cause appearing,

22          IT IS ORDERED that the Stipulated Motion is GRANTED.  Plaintiffs' Response is

23   due on or before December 2, 2019.

24

25

26

27

28

LEGAL23774493.1