**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>                                                   Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>                                                   Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER** |

The Court, having reviewed Defendants' Unopposed Motion to Extend Deadlines, and finding good cause, hereby **GRANTS** the Motion.

IT IS ORDERED no later than **December 2, 2019,** each side shall file a brief of no more than fifteen pages addressing the remedies available for Defendants' non-compliance. No later than **December 16, 2019,** each side shall file an opposition brief of no more than ten pages. No replies are allowed.