1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
5  Fax:  (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

9            **UNITED STATES DISTRICT COURT**
10            **DISTRICT OF ARIZONA**

11  Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
12  Center for Disability Law,
                            Plaintiffs,
13            v.                                          **DEFENDANTS' NOTICE OF**
                                                         **FILING PERFORMANCE**
14  Charles Ryan, Director, Arizona Department           **MEASURE CHARTS**
    of Corrections; and Richard Pratt, Interim           **REGARDING SEPTEMBER 2019**
15  Division Director, Division of Health Services,       **COMPLIANCE PURSUANT TO**
    Arizona Department of Corrections, in their          **COURT ORDER [DOC. 2958]**
16  official capacities,
                            Defendants.

17         Defendants give notice of and attach as Exhibit A Performance Measure Charts

18  regarding September 2019 compliance pursuant to Court Order (Doc. 2958).

19         DATED this 21st day of November 2019.

20                                       STRUCK LOVE BOJANOWSKI & ACEDO, PLC

21

22                                       By /s/Timothy J. Bojanowski
                                            Daniel P. Struck
23                                          Rachel Love
                                            Timothy J. Bojanowski
24                                          Nicholas D. Acedo
                                            3100 West Ray Road, Suite 300
25                                          Chandler, Arizona  85226

26                                          *Attorneys for Defendants*

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amelia M. Gerlicher:   agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:         afettig@npp-aclu.org

Asim Dietrich:         adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:    jrico@azdisabilitylaw.org

Maya Abela            mabela@azdisabilitylaw.org

Rose Daly-Rooney:     rdalyrooney@azdisabilitylaw.org

Sara Norman:          snorman@prisonlaw.com

Rita K. Lomio:        rlomio@prisonlaw.com

Molly Brizgys:        mbrizgys@acluaz.org

Marty Lieberman:      mlieberman@acluaz.org

Eunice Cho:           echo@aclu.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

1