# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs seek an extension of time to respond to Defendants' Motion to Stay Second Attorneys' Fees Order and Judgment (Doc. 3419). That request will be granted. Defendants request the Court reset the deadlines for the parties' briefs addressing the remedies available to the Court to address Defendants' non-compliance (Doc. 3420). That request will also be granted.

Accordingly,

**IT IS ORDERED** Plaintiffs' Motion for Extension of Time (Doc. 3419) is **GRANTED** and their response to Defendants' Motion to Stay (Doc. 3413) is due on **December 2, 2019**.

…

…

…

…

…

**IT IS FURTHER ORDERED** Defendants' Motion for Extension of Time (Doc. 3420) is **GRANTED**. No later than **December 2, 2019**, each side shall file a brief of no more than fifteen pages addressing the remedies available for Defendants' non-compliance. No later than **December 16, 2019**, each side shall file an opposition brief of no more than ten pages. No replies are allowed.

Dated this 26th day of November, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge