# Exhibit 1

**Amy Fettig**

| | |
|---|---|
| **From:** | Nick Acedo <NAcedo@strucklove.com> |
| **Sent:** | Friday, November 15, 2019 11:05 AM |
| **To:** | David Fathi; Amy Fettig |
| **Cc:** | Corene Kendrick (ckendrick@prisonlaw.com); Don Specter (dspecter@prisonlaw.com); Dan Struck; Tim Bojanowski; Rachel Love; Elaine Percevecz; Ashlee Hesman |
| **Subject:** | RE: Defendants' motion to stay Second Fees Judgment (Doc. 3413) |

David,

.As we noted in our objection to your Second Fees Motion, your time entries are so deficient that it is impossible for anyone to determine whether they satisfy Paragraph 43's criteria. Although we do not dispute that Paragraph 43 does authorize fees that can be directly attributed to filing a motion to enforce—which includes preparing the motion and the reply, and any subsequent related briefing, oral argument, or hearing—and that you may have incurred fees that meet that criteria, we cannot come up with a precise tabulation because of that deficiency.  We ask that you reconsider your prior refusal to join our request to stay the Second Fees Judgment.

Thank you,

Nick

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Wednesday, November 13, 2019 2:23 PM
**To:** Nick Acedo <NAcedo@strucklove.com>; Ashlee Hesman <ahesman@strucklove.com>; Amy Fettig <afettig@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Defendants' motion to stay Second Fees Judgment (Doc. 3413)

Oral argument, 9/24/19, at 11:54:

"Paragraph 43 can only mean that they are entitled to fees and costs that can be directly attributed to filing the motion to enforce, which includes preparing the motion and the reply, and any subsequent related briefing, oral argument, or hearing. We're not saying that they're not entitled to any fees; they are, but only for fees that can be directly attributed to that motion."

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

**From:** Nick Acedo [mailto:NAcedo@strucklove.com]
**Sent:** Wednesday, November 13, 2019 11:01 AM
**To:** David Fathi; Ashlee Hesman; Amy Fettig
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com); Don Specter (dspecter@prisonlaw.com); Dan Struck; Tim Bojanowski; Rachel Love; Elaine Percevecz
**Subject:** RE: Defendants' motion to stay Second Fees Judgment (Doc. 3413)

David,

What admission are you referring to?

Thanks,

Nick



Nicholas D. Acedo
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road | Suite 300 | Chandler AZ 85226
480.420.1609 | nacedo@strucklove.com | STRUCKLOVE.COM

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Tuesday, November 12, 2019 3:20 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>; Amy Fettig <afettig@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** Defendants' motion to stay Second Fees Judgment (Doc. 3413)

Nick:

We have reviewed your motion to stay the Second Fees Judgment. Because you admitted in the Ninth Circuit that Plaintiffs are entitled to some fees, please let us know what portion of the Second Fees Judgment Defendants consider to be undisputed. If we are able to reach agreement on Defendants' prompt payment of this undisputed amount, we will consider stipulating to a stay of the Second Fees Judgment.

Thanks very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.