# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO SUSPEND BRIEFING OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

The Court, having reviewed the Stipulation for Extension of Time to File Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Suspend Briefing of Plaintiffs' Motion for Attorneys' Fees and Costs, and good cause appearing, hereby GRANTS the Stipulation.

Defendants shall have up to and including December 10, 2019 to file their Reply to Plaintiffs' Response in Opposition to Defendants' Motion to Suspend Briefing of Plaintiffs' Motion for Attorneys' Fees and Costs.