1  Martin Lieberman (Bar No. 007442)
   Molly Brizgys (Bar No. 029216)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: mlieberman@acluaz.org
           mbrizgys@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org

13 *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
14

15                    UNITED STATES DISTRICT COURT

16                          DISTRICT OF ARIZONA

| | |
|---|---|
| 17 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **DECLARATION OF CORENE KENDRICK** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, Corene Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached as **Exhibit 1, filed under seal**, is a redacted version of a report that I sent to Defendants' counsel on November 25, 2019, regarding Plaintiffs' counsel's monitoring tour of ASPC-Yuma on October 15-16, 2019.

3. Attached as **Exhibit 2, filed under seal**, is a redacted version of a letter that I sent to Defendants' counsel on November 7, 2019, regarding the incomplete and inaccurate report that Centurion and ADC provided to us that purported to list all pregnant women in the custody of ADC in August and September 2019. To date, Defendants have not responded to this letter.

4. Attached as **Exhibit 3, filed under seal**, is a redacted version of a letter sent by Curtis Harris of the ACLU National Prison Project to Defendants' counsel on November 6, 2019, regarding a mental health staff person at ASPC-Yuma who recorded virtually identical, apparently cut-and-pasted entries across multiple patients' records. To date, Defendants have not responded to this letter. Attached as **Exhibit 4, filed under seal**, is a redacted version of a letter sent by David Fathi of the ACLU National Prison Project to Defendants' counsel on November 25, 2019, regarding the same Yuma staff person making identical, apparently cut-and-pasted notes in a different patient's medical records. We have received no response to Mr. Fathi's letter.

5. Attached as **Exhibit 5, filed under seal**, is a redacted version of a letter sent by Mr. Fathi to Defendants' counsel on November 19, 2019, regarding false entries made in a class member's medical record by mental health care staff at ASPC-Eyman. The mental health staff person made entries that indicated he had conversations and interactions with a class member during rounds of a maximum custody unit; however, the

1  patient's medical record confirmed that at the time he was hospitalized at an outside
2  community hospital.  To date, Defendants have not responded to this letter.

3        6.     According to records maintained by my office, between November 4 and November 27, 2019, Plaintiffs' counsel sent Defendants 49 notifications of individual class members in need of immediate medical, dental, and/or mental health care.  Other than a boilerplate cut-and-pasted email from Defendants' counsel acknowledging receipt of the letter and reminding us that these letters do not substitute for an exhausted grievance, we have received no substantive responses.  Attached as **Exhibit 6, filed under seal**, are redacted versions of 16 of these letters, or 33% of the total sent in those three and a half weeks.  These letters are sent only after a thorough review of the class members' medical records by Plaintiffs' counsel and/or our consulting expert physicians.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed December 2, 2019, in Berkeley, California.

          /s/ Corene T. Kendrick
          Corene T. Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   mlieberman@acluaz.org
         mbrizgys@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
 Email:    adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-5-