Exhibits to the Declaration of Corene Kendrick

**Exhibit**   **Description**

1   **FILED UNDER SEAL**
    11/29/19 Letter from C. Kendrick to T. Bojanowski regarding Oct. 15-16,
    2019 Monitoring Tour to ASPC-Yuma

2   **FILED UNDER SEAL**
    11/7/19 Letter from C. Kendrick to T. Bojanowski regarding August-
    September 2019 Pregnancy Tracker

3   **FILED UNDER SEAL**
    11/6/19 Letter from C. Harris to T. Bojanowski regarding deficient mental
    health treatment

4   **FILED UNDER SEAL**
    11/25/19 Letter from D. Fathi to T. Bojanowski regarding deficient mental
    health documentation

5   **FILED UNDER SEAL**
    11/19/19 Letter from D. Fathi to T. Bojanowski regarding falsification of
    mental health records

6   **FILED UNDER SEAL**
    16 advocacy letters sent between November 5 and 27, 2019 to T.
    Bojanowski regarding class members in immediate need of medical, mental
    health, and / or dental care

# Exhibit 1

# (Redacted)



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

**Director:**
Donald Specter

**Managing Attorney:**
Sara Norman

**Staff Attorneys:**
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 25, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 W. Ray Rd., Ste. 300
Chandler, AZ 85526
tbojanowski@strucklove.com

> RE: *Parsons v. Shinn*, 2:12-cv-00601
> ASPC-Yuma tour (Oct. 16-17, 2019)
> Notice of Noncompliance – Stipulation Paragraphs 12(a) and 15

Dear Tim:

I write regarding several systemic problems that Plaintiffs' counsel identified during our recent monitoring tour of ASPC-Yuma on October 16-17, 2019.  Since the tour, we separately have notified you of 28 class members incarcerated at Yuma who are in need of immediate attention for serious medical, mental health, and/or dental concerns.

This letter also serves as a Notice of Noncompliance regarding Stipulation Paragraphs 12(a) and 15.

## Insufficient Health Care Staff Leading to Delays and Cancellations

Documentation provided as part of the monthly production show staffing shortfalls in a variety of positions, which was confirmed by health care staff with whom we spoke.

| Position | Contract FTEs | Aug. 2019 filled FTE | Aug % filled | Sept. 2019 filled FTE | Sept. % filled |
|---|---|---|---|---|---|
| Assistant FHA | 1.0 | 0.0 | 0% | 0.0 | 0% |
| Physician | 1.0 | 0.0 | 0% | 0.0 | 0% |
| Midlevel Practitioner | 4.0 | 3.0 | 75% | 3.0 | 75% |
| RN | 14.0 | 10.75 | 77% | 10.75 | 77% |
| LPN | 10.0 | 6.75 | 68% | 6.75 | 68% |
| Clinical Coordinator | 1.0 | 1.0 | 100% | 0.0 | 0% |
| Dentist | 2.0 | 1.4 | 70% | 0.4 | 20% |

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva • Jean Lu
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris • Vishal Shah

Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 2

| Position | Contract FTEs | Aug. 2019 filled FTE | Aug % filled | Sept. 2019 filled FTE | Sept. % filled |
|---|---|---|---|---|---|
| Psychiatrist | 1.0 | 0.0 | 0% | 0.0 | 0% |
| MH Midlevel | 3.0 | 2.0 | 67% | 2.0 | 67% |
| Psych Associate | 9.0 | 5.0 | 56% | 7.0 | 78% |

Sources: ADCM1584881, 1584917.

The insufficient numbers of health care staff lead to untimely delivery of adequate health care. We requested all Information Reports written by custody staff assigned to the clinics during the time period of June 15-September 15, 2019. These IRs reflect multiple health care or custody staffing shortages leading to the cancellation or delay of nursing line, provider line, mental health care, and dental care. This includes but is not limited to the following IRs:

- 6/20/19 – Dakota Unit: "[A]t 1530 hrs nurse line completed with 6 re-schedule due to time was over and nurse do not want to see anyone." (ADCM1585248).

- 6/21/19 – Dakota Unit: "At 1430 hrs there 4 inmates remaining for nurse line from detention but they still working in it." (ADCM1585251).

- 6/26/19 – Dakota Unit: "nurse line wasn't finished due to nurse giving list at 1200 hrs." (ADCM1585274).

- 7/1/19 – La Paz Unit: "Insulin and accu-check line were delay[ed] due to no nurse or CNA available for duty, began at 0830. …1200 noon treatment time was delayed and had not begun prior to my departure at 14:20 hours." A nurse was sent from Dakota to La Paz to administer medication. (ADCM1585493-94).

- 7/3/19 – Cocopah Unit: Noon medications were distributed at 3:00 pm, and PM medication normally distributed at 4:30 pm were distributed at 7:00 pm, because the nurse normally assigned to the unit had left at 10:00 am without explanation. (ADCM1585129).

- 7/5/19 – Dakota Unit: mental health nurse line cancelled. (ADCM1585302).

- 7/6/19 – Cocopah Unit: provider line was cancelled due to staffing. (ADCM1585140).

Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 3

- 7/9/19 – Cocopah Unit: provider line was cancelled due to yard lock down because "I had no security coverage on the yard, or in the buildings, and no supervisor coverage, and that it would be almost impossible to guarantee we could get inmate to medical." (ADCM1585142-43).

- 7/10/19 – Dakota Unit: "Building 6 nurse line did [sic] not completed due to nurse is busy when inmates arrived to medical.  Provider line did [sic] not completed due to 3 inmates from La Paz Unit arrived to Dakota." (ADCM1585320-22).

- 7/16/19 – Dakota Unit: "nurse line did [sic] not completed due to time was over." (ADCM1585342).

- 7/19/19 – Cocopah Unit:  Mr. ███████████████, was taken to the clinic by officers at 9 am "due to inmate having medical issues" but "[m]edical staff stated they couldn't see him until next day" and he was told to submit a HNR. (ADCM1585161).

- 7/22/19 – Dakota Unit: dental line not completed. (ADCM1585346).

- 7/23/19 – Dakota Unit: "Nurse line did [sic] not completed due to time was over and nurses need to leave." (ADCM1585356).

- 7/29/19 – Dakota Unit: "dental line completed at 1600 hrs, with 1 re-schedule due to dental needs to leave." (ADCM1585379).

- 7/30/19 – Dakota Unit: "PM medline was delayed for one hour and thirty minutes." (ADCM1585381).

- 8/1/19 – Dakota Unit: "dental line completed at 1540 hrs with 2 re-schedule due to dental needs to leave." (ADCM1585389).

- 8/13/19 – Dakota Unit:  Provider line was not completed "due to start at 1400 hrs but still working on it with 2 left."  (ADCM1585425).

- 8/14/19 – Dakota Unit: Provider line not completed "due to start 1215 hrs" and "Dr. Jordan conducting new hire interview and meeting."  (ADCM1585427).

- 8/20/19 – Dakota Unit: Provider line not completed due to starting at 1400 hrs and did not complete at 1600 hrs "with 3 inmates remaining." (ADCM1585437).

- 8/21/19 – Dakota Unit: Provider line not completed because it "was running too slow in medical." (ADCM1585442).

- 8/29/19 – Dakota Unit: "Nurse line completed with 3 reschedule due to time over for nurse." (ADCM1585455).

## Irregular Insulin Administration Times

During the tour, both class members and health care staff reported insulin administration times that place insulin-dependent diabetics at substantial risk of serious harm. It is important for insulin medication to be taken close to the same time every day, evenly spaced out to every 12 hours (if prescribed twice a day) or every 8 hours (if prescribed three times a day), and with timely dosing. Inadequate insulin therapy can result in diabetic ketoacidosis, hypoglycemia, or other life-threatening complications.

At La Paz Unit, ADON Gomez reported that there are approximately 25 insulin-dependent diabetics on the yard. She stated that morning insulin is scheduled to start at 6:30 am, and the evening insulin is distributed less than nine hours later, at 3:30 pm. The nurse we spoke with at Cibola Unit reported that there are about 18 insulin-dependent diabetics on the unit, and they are given insulin at 6:30 am and 3:00 pm. At Cheyenne Unit, RN Jones stated that there are about twelve insulin-dependent diabetics who receive their insulin at 6:30 am and 2:30 pm. On Cocopah Unit, RN Johnson reported that she works a 4:30 am-12:30 pm shift, stated that there are about six diabetics on the yard, and said that she provides them insulin in the morning and a different nurse provides the insulin after she leaves during the noon hour.

We spoke with multiple people with diabetes who reported complications from the insulin administration not being spaced out evenly. Their medical records showed ICSes for low blood sugar, and there were also incident reports produced prior to the tour regarding diabetics. For example,

███████████████ – **Cheyenne Unit**. An Incident Report from 9/13/19 at 20:09 states that during the evening he was feeling faint. The IR states that he was taken to the medical clinic due to low blood sugar. (ADCM1585026). His medical record shows nursing staff documented an ICS on 9/13/19 at 21:00 for hypoglycemia, after an afternoon insulin dose at 15:29. His blood sugar was 49 upon arrival to the clinic (the target blood

sugar level for diabetics in the evening is 100-140) . He was given a snack and glucose gel, his next blood sugar was 66, and then he was sent back to the housing unit when it was 80.

**Hyperglycemia: FSBG #3 (> 4 hrs after initial) -Record in the vital signs section of this encounter.**

☐ Insulin given    Type:              Dose:

Comments:

MEZA RN STATES BLOOD SUGAR WAS 49 UNPON ARRIVAL TO MEDICAL.  SNACK AN GLOUCSE GEL GIVEN. NEXT BLOOD SUGAR WAS 66. PER CAZARES RN LAST BLOOD SUGAR WAS 80.

He suffered a second hypoglycemic episode a few hours later. An ICS was called at 5:27 am on 9/14/19 because he was unresponsive.  His blood sugar level was 22.

He saw the provider on 9/18/19, who wrote, "30 yr IDDM pt. who has had large fluctuations in his BS. ¶  Pt has had to refuse PM Insulin due to hypoglycemic episode ¶  pt. has been forced to eat before BS checks and this has caused his BS to be erratic.  Pt has Regular sliding scale he feels is to aggressive, PMH: + diabetic neuropathy ¶  pt. has Medical shoes which are falling apart need filament testing and new Sno for shoes."

We spoke with Mr. ████████ after he got his evening insulin on 10/18/19 at about 3:45 pm in the afternoon.  He reported these recent incidents of low blood sugar, and attributed it to the gap between his afternoon insulin and having to go up to 18 hours until his next insulin administration the next morning.  His medical record shows at least five episodes of hypoglycemia since we spoke with him, on October 19, 20 (two times), 23, and 28, 2019, as shown below.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/28/2019 | 21:03 | Nursing | Nurse - Sick Call - Unscheduled | NET-Hyperglycemia/Hypoglycemia | Prieto, Maria | ASPC-Y YUMA CHEYENNE |
| 10/27/2019 | 10:13 | Nursing | Nurse - Medication Renewal | | Delp, Daniel | ASPC-Y YUMA CHEYENNE |
| 10/27/2019 | 10:12 | Nursing | Nurse - Medication Renewal | | Delp, Daniel | ASPC-Y YUMA CHEYENNE |
| 10/27/2019 | 09:59 | Medical Provider | Provider - Chronic Care | | Delp, Daniel | ASPC-Y YUMA CHEYENNE |
| 10/24/2019 | 09:57 | Mental Health | MH - Individual Counseling | | Felber, Eric | ASPC-Y YUMA CHEYENNE |
| 10/23/2019 | 19:05 | Nursing | Nurse - ICS Response | NET-Hyperglycemia/Hypoglycemia | Meyer, Cynthia | ASPC-Y YUMA CHEYENNE |
| 10/20/2019 | 13:30 | Nursing | Nurse - Sick Call - Unscheduled | NET-Hyperglycemia/Hypoglycemia | Meyer, Cynthia | ASPC-Y YUMA CHEYENNE |
| 10/20/2019 | 05:15 | Nursing | Nurse - ICS Response | NET-Hyperglycemia/Hypoglycemia | Brown, Jaci | ASPC-Y YUMA CHEYENNE |
| 10/19/2019 | 02:36 | Nursing | Nurse - ICS Response | NET-Hyperglycemia/Hypoglycemia | Schomaker, Richard | ASPC-Y YUMA CHEYENNE |
| 10/16/2019 | 13:18 | Medical Provider | Provider - Follow Up Care | | Delp, Daniel | ASPC-Y YUMA CHEYENNE |
| 10/09/2019 | 10:06 | Medical Provider | Provider - Follow Up Care | | Delp, Daniel | ASPC-Y YUMA CHEYENNE |

█████████████ – **Cibola Unit**.  Mr. ████ reported that his insulin is not administered on an evenly spaced basis.  His medical record shows that on October 17, 2019, at 9:23 pm, the day after Plaintiffs' counsel spoke to him, nursing staff called an ICS due to low blood sugar and altered consciousness.  His blood sugar level was 175, and he was sent out to the emergency room to rule out a drug overdose.  He returned from the hospital the next morning with a diagnosis of hypoglycemia.  According to his medical record, he was administered insulin on October 17 at 7:07 am and 3:29 pm.

| 10/17/2019 | 15:29 | 49.00 | Clinic Stock | Administered | Left Abdomen | ***CLINIC STOCK MEDICATION ADMINISTERED*** The Order/Rx # associated with t... |
| 10/17/2019 | 07:07 | 49.00 | Clinic Stock | Administered | Left upper arm | |

█████████████ – **Cheyenne Unit**.  Mr. ████ was the subject of a IR describing him as "breathing and moving but being non responsive on the floor" on 9/9/19 at 11:27.  ADCM1585012.  According to the officer's report, he was taken to the clinic where the nurse determined that he had low blood sugar.  According to his medical record, Mr. ████████ is a Type I diabetic who is supposed to get insulin three times a day and Lantus every morning.  According to the MAR, he was not given any insulin on 9/8/19 and 9/9/19 because of his blood sugar levels being too high and outside the parameter.  But when his blood sugar level was measured at 11:40 am on 9/9/19, his blood sugar level was dangerously low, at 36.

█████████████ – **Cibola Unit**.  Mr. ████████ had a chronic care telemedicine appointment with Dr. Smalley on October 18, 2019.  She documented that he reported that he "[c]ontinues to have rare episodes of hypoglycemia on the weekends."  His Medication Administration Record also indicates that he is not receiving his insulin on a evenly-spaced out basis.

█████████████ – **Cibola Unit**.  Mr. ████ reported that he receives his insulin at varying times with long gaps between the PM and morning administrations.  His Medication Administration Record confirms this report.

## Failure to Abide by Paragraph 12 Requirements

Paragraph 12, subsection (a) of the Stipulation requires that "All prisoners will be offered an annual influenza vaccination."  Doc. 1185 ¶ 12(a).  However, this is not happening at Yuma.  Multiple class members reported requesting flu vaccinations and being told that there were no vaccines available, or that there was a limited supply of vaccines and only elderly class members would receive one.  During our tour, we photographed the

Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 7

following sign at the Cheyenne clinic, which states that the flu vaccine was not yet available but when it became available, chronic care patients would be offered the vaccine:



(ADCM1588704).  This violates Paragraph 12(a).  We request an update as to whether the flu vaccine is now available at ASPC-Yuma, and the date that it was made available.  Please indicate how many units were sent to Yuma, and what steps health care staff have taken to ensure that **all prisoners** are offered an annual flu vaccine, as required by the Stipulation.[1]

---

[1]  The Medical Services Technical Manual has conflicting information on Paragraph 12(a).  It says at Chapter 5, Section 3.0, Section 5.7, "The annual influenza immunization shall be offered to all inmates." (p. 154).  But Health Care Protocol 36 (p. 369):

INFLUENZA/PNEUMONIA VACCINATIONS CRITERIA: Criteria for high risk groups will be identified by CO prior to flu season and include the following:
o Patients 65 years of age and older
o Patient with identified chronic conditions (cardiac, respiratory, diabetes, cancer, HIV+).

Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 8

**Failure to Abide by Paragraph 15's Requirements**

Paragraph 15 of the Stipulations provides as follows:

> If a prisoner who is taking psychotropic medication suffers a heat intolerance reaction, all reasonably available steps will be taken to prevent heat injury or illness. If all other steps have failed to abate the heat intolerance reaction, the prisoner will be transferred to a housing area where the cell temperature does not exceed 85 degrees Fahrenheit.

The monthly temperature logs list four class members at Yuma who suffered heat intolerance reactions. (ADCM1585568)  There is no indication from the logs or their medical records that they were moved to locations below 85 degrees in accordance with Paragraph 15.

 suffered two separate reactions on July 1, 2019 and July 3, 2019.  At the time, he was at Cibola Unit; he is now at Dakota Unit.  According to his medical record, he is SMI and was on Geodon and Loxapine at the time.  He was seen via a telepsychiatry encounter two weeks later on July 15, 2019, and was switched to Haldol.  There is no indication that Mr. ▇▇ was moved to an area where the temperature does not exceed 85 degrees Fahrenheit, as required by the Stipulation.

▇▇▇▇▇▇ **– La Paz**.  According to the logs, he experienced possible hyperthermia on June 29, 2019.  According to his medical records, he was prescribed Haldol and Trileptal at the time of the incident.  There is no indication that Mr. ▇▇ was moved to an area where the temperature does not exceed 85 degrees Fahrenheit, as required by the Stipulation.

▇▇▇▇▇▇ **– Cibola**.  According to the logs he experienced possible orthostatic hypotension on June 11, 2019.  According to his medical record, he passed out while waiting in the pill line.  At the time, he was taking Trileptal, Zyprexa, and Prozac.  There is no indication that Mr. ▇▇ was moved to an area where the temperature does not exceed 85 degrees Fahrenheit, as required by the Stipulation.

▇▇▇▇▇▇ was listed as suffering a heat reaction on May 22, 2019.  According to his medical record, he was seen on nurse's line at Dakota Unit on that day in response to a HNR he submitted on May 14, 2019 that was triaged on  May 21, 2019, in violation of Performance Measure 36:

In the HNR, Mr. ███ wrote:



> You CAN check my medical faill's I Be having Black outs and Dizzy spill's Due to The Exstrem heet and humity here in YAMA It's caussing me Be Dizzy and Light heeded every time I walk out side ToDay I Thought I wass going to have A heat strok Because of The hot wweather

The nurse who saw him referred him to psychiatry because of the antipsychotic medications he was taking.  He saw the mental health mid-level via telepsychiatry on May 30, 2019 – eight days later.  He reported that his perphenazine was managing his mental health symptoms, so he didn't want to discontinue it. The provider wrote, "Continue Perphenazine 4mg po bid, avoid sun, rtc 1 month; review case w/RN and psych associate to determine if clothing can be dispensed by medical to reduce heat intolerance or if inmate can be transferred to facility where temp less than 85 degrees per policy."  (He was subsequently transferred to Eyman in August 2019).  There is no indication that Mr. ███ was moved to an area where the temperature does not exceed 85 degrees Fahrenheit, as required by the Stipulation.

**Exorbitant Charges for Glasses**

Class members reported when Centurion took over, a new policy was put in place that if peoples' glasses were broken, lost, or stolen, and they requested new ones, they would be charged $40, and receive a ticket for breaking or losing their glasses.  For example, ███████ **Cheyenne Unit**, reported that when he was moved from Tucson to Yuma four months ago, his glasses were broken in the move such that there is no arm on the left side, as seen below, and that he was told by nursing staff at Yuma that he would have to pay $40 for new glasses and get a ticket for destruction of property:

Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 10



(ADCM1588697)  When we visited the clinic at Cheyenne, we saw a sign that not only stated that patients would be charged $40 for glasses, but also listed two prison rules:



Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 11

Given the minimum wage paid to incarcerated workers (if they have a job) is 15 to 25 cents an hour, this $40 charge is prohibitive.  Staff also could not (or would not) explain why the sign referenced ARS 41-1604 and 13-2907.01.

Prescription eyeglasses are a serious medical need that prisons are constitutionally obligated to provide.  *See Koehl v. Dalsheim*, 85 F.3d 86, 88 (2d Cir. 1996). We request that class members be provided needed eyeglasses without charge.  Class members should not receive disciplinary tickets when they request new eyeglasses.

**Physical Plant Problems Exacerbating Health Conditions**

Our report sent after our previous visit to Yuma in April 2018 described filthy showers and restroom facilities, including photographs.  *See* 6/8/18 letter from K. Eidenbach to T. Bojanowski.  Unfortunately, we again observed widespread mold not only in the bathrooms but also in air vents of housing units; we also observed other unsanitary and dangerous conditions.  These conditions expose both class members and custody staff to a significant risk of illness or injury.   .

According to the U.S. Centers for Disease Control, exposure to moldy environments may cause a variety of health effects.  They note that

> molds can cause nasal stuffiness, throat irritation, coughing or wheezing, eye irritation, or, in some cases, skin irritation.  People with mold allergies may have more severe reactions.  Immune-compromised people and people with chronic lung illnesses, such as obstructive lung disease, may get serious infections in their lungs when they are exposed to mold. These people should stay away from areas that are likely to have mold, such as compost piles, cut grass, and wooded areas.

> In 2004 the Institute of Medicine (IOM) found there was sufficient evidence to link indoor exposure to mold with upper respiratory tract symptoms, cough, and wheeze in otherwise healthy people; with asthma symptoms in people with asthma; and with hypersensitivity pneumonitis in individuals susceptible to that immune-mediated condition.

Centers for Disease Control: Facts About Mold and Dampness, *available at* https://www.cdc.gov/mold/dampness_facts.htm.

Examples of unhealthy and unsafe physical plant conditions that we encountered include, but are not limited to, the following:

(ADCM1588650) (shower):                    (ADCM1588653) (shower):




Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 13

(ADCM1588672) (shower):



(ADCM1588655) (shower):

(ADCM1588683) (shower):

 

ADCM1588685 (shower):



ADCM1588684 (shower):



Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 15

ADCM1588674 (air vent):



ADCM1588706 (air vent):



Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Yuma Tour (Oct. 16-17, 2019)
November 25, 2019
Page 16

We reiterate our request made after our last tour that physical plant facilities be properly maintained.

Thank you for your attention to these matters. We look forward to your prompt response.  With respect to the Notices of Noncompliance regarding Paragraphs 12(a) and 15, we look forward to your response within 30 days as required by Paragraph 30 of the Stipulation.

Sincerely yours,

Corene Kendrick
Staff Attorney

# Exhibit 2

# (Redacted)



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

September 25, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

      RE:   *Parsons v. Ryan*, 2:12-CV-00601
           Centurion Clinical Guidelines for Pregnancy
           August-September 2019 Pregnancy Tracker (ADCM1588567)
           (Notice of Noncompliance With Paragraph 8)

Dear Tim,

     I write to follow up on my letter of September 25, 2019, as well as the call that you had with Plaintiffs' counsel on October 22, 2019.  I also write regarding Defendants' first production of the Pregnancy Tracker report that purported to list all pregnant class members for August and September.

     First, during the call you indicated you would provide the Medication Assisted Treatment (MAT) Guidelines for pregnant women.  We have not received them, or any other document requested in my September 25 letter.  **We reiterate our request for the Centurion Clinical Guideline on Opiates and Pregnancy, and any associated forms or flowsheets, for Dr. Wilcox's review.  We also reiterate our request for all forms and flowsheets related to the Pregnancy Guidelines.**

     Second, you also said that you had not consulted relevant Centurion staff prior to speaking us regarding your response to our September 25, 2019 request that the "Housing and Accommodation" guidelines in the Pregnancy Guidelines be updated to note that pregnant women should not be housed in living units above 85 degrees, given a heightened susceptibility to suffering a heat reaction.  **Please provide us an update regarding whether or not the guidelines will be amended, and/or provide us a copy with any relevant ADC Department Order or Director's Instruction regarding housing pregnant women only in temperatures below 85 degrees.**

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva • Jean Lu
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris • Vishal Shah

Mr. Timothy Bojanowski
RE: *Parsons v. Ryan*
Clinical Guidelines for Pregnancy
November 7, 2019
Page 2

Finally, Defendants produced on October 22, 2019 a report named "Pregnancy Tracker" for August and September, 2019.  (ADCM1588567).  This report listed thirteen (13) women.  However, as shown below, when we checked the August 2019 CGARs for Performance Measure 58, (ADCM1589372), it listed nine (9) additional people in custody in August 2019 who were not listed on the Pregnancy Tracker.  **We request that you explain how the "Pregnancy Tracker" was created, and what steps Centurion and ADC will take to ensure that it in the future is complete and accurate.**

**Pregnancy Tracker (ADCM15588567):**



**PM 58 for August 2019 (ADCM1589372)**

| PM #58 Are results of an inmate's prenatal screening tests documented in the medical record? | X | | | 10/18/2019 Entered By: Mark Haldane Number Compliance: 8; Number Review: 9; Percent Compliance: 88.89 % Comments: |
|---|---|---|---|---|

Sincerely yours,

Corene Kendrick
Staff Attorney

# Exhibit 3

# (Redacted)

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



November 6, 2019

**BY ELECTRONIC MAIL ONLY**

Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
tbojanowski@strucklove.com

    Re:  *Parsons v. Shinn*-deficient mental health treatment

Dear Mr. Bojanowski,

AMERICAN
CIVIL
LIBERTIES UNION
FOUNDATION

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC:
PRACTICE LIMITED TO
FEDERAL COURTS

We write to you regarding the deficient treatment practices of Mr. ▮▮▮▮▮ a Licensed Psych Associate at ASPC-Yuma.

As a mental health clinician, Mr. ▮▮▮▮ has a duty to document his encounters with patients on the eOMIS online platform and record his objective and subjective notes, assessment notes, and planned responses in an individualized manner for each patient. These eOMIS entries serve as vital reference points for a patient's mental health treatment.

While reviewing the medical records of patients incarcerated at ASPC-Yuma, we found a disturbing pattern of virtually identical, apparently cut-and-pasted eOMIS entries across multiple patients of Mr. ▮▮▮▮▮ Within the last 4 months, we found multiple examples of Mr. ▮▮▮▮ utilizing highly similar and often identical language in his eOMIS entries for "Individual Counseling" and "Segregation Visit" encounters under the subjective notes sections. The following are 3 examples of this practice:

> -Patient (pt) reported to MH follow up appointment for individual counseling per protocol. Pt discussed progress since last follow up. Pt reported he has been doing well and has bee maintaining stability. Pt reported ongoing improved mood and still does not feel he needs medications at this time as he is still not experiencing any voices. Pt reported some mild anxiety and depression that he experiences but he feels he is able to manage his situational stressors. Pt reported he continues to maintain sobriety for over the past year and a half. Pt reported he is on the softball team and is looking forward to playing a game today.
> Pt reported good sleep and good appetite.
> Pt denied current thoughts to harm self or others and was not DTS/DTO. Pt denied current AH/VH.
> Pt reported some minor tickets, but denied any conflict with others. Pt reported he gets along well with others, and has several people he talks to and socializes with for support.
> Pt discussed coping skills to maintain stability. Pt reported he has been practicing a routine of daily activity to keep himself occupied. Pt reported he works his job picking up trash. Pt reported he reads books and magazines and now has a TV to watch and music to listen to, to help relax. Pt reported he plays soft ball and works out for exercise. Pt reported he reads the bible, goes to church and prays. Pt reported he still writes poems occasionally. Pt reported he maintains contact with his family for support through letters and phone calls and is still working on getting visits established. Pt identified future orientation towards his release. Pt reported he has about 2 years and 6 months left and has ongoing plans to return to Phoenix when he gets out.
> Pt identified adequate coping skills and ability to maintain stability and overall functioning. Pt will reach out for support through HNR as needed.
> Pt's thoughts, feelings and concerns were validated and normalized. Pt was receptive to feedback.

09/30/19 eOMIS encounter – ▮▮▮▮▮▮▮▮▮▮▮▮

-Patient (pt) reported to MH follow up appointment for individual counseling per protocol. Pt discussed progress since last follow up. Pt reported he has been doing well and is maintaining stability. Pt reported some improvement in mood, but does continue to experience some ongoing symptoms of anxiety and mood swings that he works to manage and does not feel he needs medications at this time. Pt reported he has ongoing headaches and stated he has been experiencing cluster migraines over the past week. Pt reported he is waiting on getting prescription from provider and continues to follow up with medical. Pt denied any significant issues for discussion at this time and that he just needs to go lay down and rest.

Pt reported ongoing decreased sleep with only a few hours per night. Pt reported fair appetite.

Pt denied current thoughts to harm self or others and was not DTS/DTO. Pt denied current AH/VH.

Pt denied having any recent tickets or any conflict with others. Pt reported he still has a few select people he talks to and socializes with for support, but mainly keeps to himself to stay out of trouble.

Pt discussed coping skills to maintain stability. Pt reported he normally practices routine daily activity to keep himself occupied, but not when he is experiencing the migraines. Pt reported he normally reads books, watches TV, and listens to music to relax. Pt reported he works out for exercise, but not when he is not experiencing headaches. Pt reported he writes books and draws when he can. Pt reported he practices anger management skills. Pt reported he has contact with his family for support through letters and phone calls.

Pt identified future orientation towards his release. Pt reported he still expects to get out in 2022 and plans to eventually go back to Norway, but still wants to try to do an interstate transfer back to Pennsylvania where he has family and supports.

Pt identified adequate coping skills and ability to maintain stability and overall functioning. Pt will reach out for support through HNR as needed.

Pt's thoughts, feelings and concerns were validated and normalized. Pt was receptive to feedback.

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

09/24/19 eOMIS encounter – █████████████████

2nd Watch Follow up.

Patient (pt) seen cell-front for MH follow up contact per CDU protocol and 2nd watch follow up, for 6 minutes. Pt was offered opportunity to talk in private setting outside cell for individual counseling session, and he declined/refused to come out.

Pt was encouraged to discuss progress since last follow up and being placed in CDU since coming off suicide watch. Pt reported he continues to do well and maintains stability. Pt reported he understands why he was placed on CDU. Pt reported improved mood and that he feels his medications are effective. Pt stated he recently got his injection and that it does help him. Pt reported he still has about 3 years left to release and expects to return to Tucson, but eventually wants to go to Minnesota to reunite with his daughter. Pt reported he has limited contact with his family and last heard from them through letter about 6 months ago. Pt was encouraged to consider writing a letter to them for support. Pt reported he typically copes through exercising, reading books, reading the bible and praying, as well as socializing with his celly. Pt reported he was interested in writing. Pt was encouraged to consider writing out a set of core rules for his life.

Pt reported good sleep and good appetite.

Pt denied current thoughts to harm self or others and was not DTS/DTO. Pt denied current AH/VH.

Pt identified future orientation towards his release.

Pt identified adequate coping skills and ability to maintain stability and overall functioning. Pt will reach out for support through HNR as needed.

Pt's thoughts, feelings and concerns were validated and normalized. Pt was receptive to feedback.

10/28/19 eOMIS encounter – █████████████████

This practice is inappropriate in that it demonstrates that Mr. █████ is failing to conduct and document an individualized review of each patient's specific mental well-being and needs.  Such behavior falls below minimal professional standards and creates a risk of harm to patients.

**We urge that Mr. █████ – and all mental health staff– refrain from cutting and pasting eOMIS entries across multiple patients, and instead make individualized entries reflecting the mental health condition and treatment of each patient.**

2

Very truly yours,

Curtis Harris
Litigation Fellow

cc:     All counsel

**AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION**

# Exhibit 4

# (Redacted)

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



November 25, 2019

**BY ELECTRONIC MAIL ONLY**

Tim Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

Re:     *Parsons v. Shinn* – deficient mental health treatment

Dear Tim:

We write again regarding the use of essentially identical cut-and-pasted eOMIS entries by psych associate ███████ at ASPC-Yuma (see November 6, 2019 letter from Curtis Harris).  Below are four examples of "Assessment Notes" written by Mr. █████ in the record of ████████████████████████████

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW\**

*\*NOT ADMITTED IN DC:*
*PRACTICE LIMITED TO*
*FEDERAL COURTS*

   -Patient appears to have stable MH status, and does not seem to be in acute distress, as evidenced by future orientation, does not currently present as a danger to self or others, as well as has ability to identify and use coping skills to manage symptoms, improve mood, and maintain stability and sobriety. Pt appears to have decreased symptoms of anxiety and depression and mood swings that he manages with his medications. Pt was receptive to feedback.

September 24, 2019.

   -Patient appears to have stable MH status, and does not seem to be in acute distress, as evidenced by future orientation, does not currently present as a danger to self or others, as well as has ability to identify and use coping skills to manage symptoms, improve mood, and maintain stability and sobriety. Pt appears to have decreased symptoms of mood swings, anxiety and depression that he manages with his medications. Pt was receptive to feedback.

October 1, 2019.

   -Patient appears to have stable MH status, and does not seem to be in acute distress, as evidenced by future orientation, does not currently present as a danger to self or others, as well as has ability to identify and use coping skills to manage symptoms, improve mood, and maintain stability and sobriety. Pt appears to have some ongoing mild to moderate symptoms of anxiety and depression and mood swings that he manages with his medications. Pt was receptive to feedback.

October 15, 2019.

   -Patient appears to have stable MH status, and does not seem to be in acute distress, as evidenced by future orientation, does not currently present as a danger to self or others, as well as has ability to identify and use coping skills to manage symptoms, improve mood, and maintain stability and sobriety. Pt appears to have some ongoing mild to moderate symptoms of anxiety and depression and mood swings that he manages with his medications. Pt was receptive to feedback.

November 13, 2019.

The presence of such boilerplate, essentially identical entries indicates that Mr. ███ is not conducting an individualized assessment of the patient's condition on the date in question, but is instead simply cutting and pasting entries from past encounters.  This is entirely inappropriate and poses a risk to patient health and safety.

**We request that Mr. ███ – and all mental health staff – refrain from cutting and pasting eOMIS entries from past encounters, and instead make individualized entries reflecting the current mental health condition and treatment of the patient at the time of the encounter.**

Very truly yours,

David Fathi

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

cc:      All counsel

2

# Exhibit 5

# (Redacted)

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



November 19, 2019

**BY ELECTRONIC MAIL ONLY**

Tim Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

Re:   *Parsons v. Shinn*
       **Falsification of mental health records**

Dear Tim:

We write regarding the falsification of mental health records by Mental Health Aide ███████████ at ASPC-Eyman.

███████████████████ died on ██████ 2019 at Mountain Vista Medical Center.  He had been incarcerated at Eyman-SMU I until being transported off-site to the hospital on October 3.  ADC's death notice,[1] Mr. █████s hospital record (Attachment 1), and the below screenshot of eOMIS encounters make clear that he never returned to SMU-I after October 3.



AMERICAN
CIVIL LIBERTIES UNION
FOUNDATION

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC:
PRACTICE LIMITED TO
FEDERAL COURTS

_____

1 ████████████████████████████████████████████████

However, on October 11 and 17, Mr. ███ entered notes in eOMIS stating that he had performed mental health wellness checks on Mr. ███ in his cell in SMU I. *See* 10/11/19 note (Attachment 2):

> Cell front segregation visit for MH Health Wellness check at approximately 0840 , patient was asleep on his bunk at the time of my visit. Pt provided signs of life when this writer called his name. No MH concerns.

And 10/17/19 note (Attachment 3):

> Cell front segregation visit conducted for the purpose on MH Health and Welfare Checks at Approx 1040 Patient reported he is doing well when I asked him how he is doing. No MH concerns.

Because Mr. ███ was not at Eyman complex at this time, these notes were fabricated. By contrast, a different Mental Health Aide truthfully noted that Mr. ███ was not in his cell on November 7 (*see* Attachment 4):

> Patient was not in his cell in 4B at approximately 0850 for the purpose of mental health welfare checks, but was on the movement sheet.

Plaintiffs make the following requests:

1. Mr. ███ must be disciplined for his repeated falsification of mental health notes in eOMIS. Please inform Plaintiffs' counsel and Dr. Stern what disciplinary action will be taken.
2. All of Mr. ███ notes in eOMIS must be audited for at least a six-month period to determine if he engaged in additional falsifications. Please inform Plaintiffs' counsel and Dr. Stern of the results of this audit.
3. Because falsification of medical records poses a severe threat both to patient health and safety and to accurate monitoring of Defendants' compliance with the *Parsons* Stipulation, Defendants must develop and implement a plan to ensure that such falsifications do not occur, and that if they do occur they are promptly detected and rectified. Please share this plan with Plaintiffs' counsel and Dr. Stern as soon as possible.

Very truly yours,

David C. Fathi

Cc:     All counsel

        Marc F. Stern, M.D., M.P.H.

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

Exhibit 6

(Redacted)



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 5, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:      *Parsons v. Ryan*, 2:12-CV-00601
         Class Member in Need of Medical Care
         ██████████████████████, Tucson - Whetstone

Dear Mr. Bojanowski:

We write on behalf of ████████ a class member at Tucson-Whetstone with Crohn's disease, COPD, Hepatitis C and hypertension. Mr. ██████ is in immediate need of prescribed supplements and specialty care.

**<u>Failure to Provide Prescribed Liquid Supplements</u>**
Mr. ██████ was diagnosed with abnormal and involuntary weight loss in May 2019. NP Warren made this diagnosis on 5/09/2019, at which Mr. ██████ who is 5 feet 10 inches tall, weighed only 117 pounds. The NP ordered labs and a chest x-ray, and prescribed an increase in supplements as well, through a Special Needs Order ("SNO") for 3 bottles of Ensure daily.

On 7/23/2019, NP Warren made an order to add Ensure to Mr. ██████'s Medication Administration Record ("MAR"). The order is for one can of Ensure three times daily, from 7/23/2019 until 11/19/2019. The MAR indicates that Mr. ██████ has not received this prescribed liquid supplement as ordered since the order was placed, in violation of Performance Measure 11. *See* Attachment A.

According to the MAR, Mr. ██████ did not receive Ensure until 7/26/19, when he received it just once, not the three times daily that was ordered, in violation of PM 11. The MARs documentation for why Ensure was not provided states that, "medication not available." The MAR shows that after receiving just one can of Ensure on 7/26, Mr. ██████ did not receive Ensure again until 8/4/19. The MAR shows that Mr. ██████ received Ensure three times daily on August 4 and 5, 2019, but that he did not receive any on August 6 or 7, 2019. Per the MAR,

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski

Re: ████████

November 5, 2019

Page 2

Mr. █████ also did not receive any Ensure from 8/12 through 8/21. Mr. █████ received Ensure just once on 8/24 and not at all on 8/25 - 8/27. He received just 1 can of Ensure on 8/28 and none from 8/29 to 9/27.

To this date, the medical record does not indicate that Mr. █████ has received any Ensure since 10/24/2019, where he is documented to have received only one can. Prior to 10/24, Mr. █████ did not receive any Ensure since 10/20 and 10/19, where he is shown to have received only one can each day. Overall, out of the 322 instances in which Mr. █████ should have received one can of Ensure between 7/24/2019 and 11/04/2019, the MAR states that the prescribed liquid supplement was "Administered" only 89 times.

On 10/25/2019, Mr. █████ submitted a Health Needs Request asking why he has not had any Ensure "again for a week." The response, from RN Kidd, states, "We have ordered it and have not received from supply. You will be given Ensure once received." No further action was taken, and Mr. █████ was not provided alternate forms of liquid or dietary supplements.

**Delay in Specialty Care**

On October 18, 2019, NP Warren ordered specialty radiology diagnostics on a routine basis for Mr. █████ specifically a cervical MRI with and without contrast. According to the electronic medical record, the status of the consult request remains "referred to UM Team for Review" as of November 4, 2019. NP Warren's consult request's notes document Mr. █████'s symptoms as follows:

> *C/O intermittent aching to sharp pain to back of lower neck and upper back since 1984*
> *C/O numbness and tingling to left arm and hand since 1984 - worse x 2 months*
> *States has been taking Ibuprofen - somewhat effective*

Her consult request notes also include the x-ray results that were processed on 10/04/19:

> *CERVICAL SPINE 2 OR 3 VIEWS FINDINGS: Limited study. Lateral view limited. Osteopenia with degenerative change. No visualized fracture. Soft tissues unremarkable CONCLUSION: Limited study. Degenerative change. If symptoms persist, CT recommended ELECTRONICALLY SIGNED BY JAMES I COLLINS, M.D 10/4/2019 12:27:38 PM PDT.*

* * *

We request that Mr. █████ be provided with 1 can of Ensure three times daily, as prescribed by his provider. We further request that he be seen for a cervical MRI with and without contrast by December 17, 2019, in accordance with PM 51.

Mr. Timothy Bojanowski
Re: ███████████
November 5, 2019
Page 3

Thank you for your prompt attention to this matter.

Sincerely,

Gabriela Pelsinger
Litigation Assistant

Corene Kendrick
Staff Attorney

cc:    Mr. ███████

# Attachment A

CHSS037B        Drug Prescription Order        Monday November 04, 2019
11:36:47

| | |
|---|---|
| Ordered Date: 07/23/2019 | Ordered Time: 15:03:30 |
| Order Number: 2030921 | Rx Number: 15854076 |
| Ordering Practitioner*: Warren, Alice | Order Sequence Number: 01 |
| Encounter Location: ASPC-T WHETSTONE  [C37] | Staff: Thrush, Amanda, LPN |
| Encounter Type: Nurse - Verbal/Telephone Orders | |

**View Condensed Version**

## Prescription

| | |
|---|---|
| Diagnosis Code*: | Abnormal weight loss [R63.4] |
| | ○ Formulary   ● Non-Formulary |
| Drug Type: | Ensure Liquid 237Ml Sus  [DIAM6900] |
| Effective Date: | 07/23/2019 |
| Generic Acceptable: | ☑ |
| Profile Only: | ☑ |
| Dosage*: | 1                                    Dosage Form:  Sus |
| Strength*: | |
| Frequency*: | TID-THREE TIMES DAILY |
| for*: | 120    days (Total duration) |
| Route of Administration*: | PO-By Mouth         Method*:  Normal Dose |
| Pill Call* AM: ☑   Noon: ☑   PM: ☑   Bed Time: ☐ | |
| Keep on Person?*: | No                          Expiration:  11/19/2019 |
| Delivery Tm Frame*: | Routine            Drug on hold until: |

## Order Information

| | | | |
|---|---|---|---|
| Pharmacy Indicated # Refills: Received Fm Pharmacy: | 99 | # Refills Issued: | 0 |
| Status*: | On Hold at Pharmacy. Pharmacy faxed message with detail (OH) | As of Date*: | 09/20/2019    **Status History** |

Comments

BMI 16.5.  Patient has order for 1 can of ensure TID.  Ensure will be provided by supply team but an order is needed to have ensure show on MAR and administration.

Medication Administration Record (1 - 321 of 321)

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|---|---|---|---|---|---|
| 11/04/2019 | 07:12 | 0.00 | Clinic Stock | Medication Not Available | |
| 11/03/2019 | 16:32 | 0.00 | Clinic Stock | Medication Not Available | |
| 11/03/2019 | 12:55 | 0.00 | Clinic Stock | Medication Not Available | |
| 11/02/2019 | 13:54 | 0.00 | Patient Specific | Medication Not Available | |
| 11/02/2019 | 12:31 | 0.00 | Clinic Stock | Medication Not Available | |
| 11/02/2019 | 08:34 | 0.00 | Clinic Stock | Medication Not Available | |
| 11/01/2019 | 16:43 | 0.00 | Clinic Stock | Medication Not Available | |
| 11/01/2019 | 14:50 | 0.00 | Clinic Stock | Medication Not Available | |
| 11/01/2019 | 08:23 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/31/2019 | 18:19 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/31/2019 | 12:59 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/31/2019 | 08:21 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/30/2019 | 17:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/30/2019 | 12:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/30/2019 | 08:35 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/29/2019 | 17:43 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/29/2019 | 12:21 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/29/2019 | 07:39 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/29/2019 | 06:49 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/28/2019 | 16:36 | 0.00 | Clinic Stock | Medication Not Available | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|---------------------|
| 10/28/2019 | 12:06 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/28/2019 | 06:54 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 10/27/2019 | 16:28 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 10/27/2019 | 12:16 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/27/2019 | 08:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/26/2019 | 16:28 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/26/2019 | 14:13 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/26/2019 | 08:37 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/25/2019 | 16:32 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/25/2019 | 13:55 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/25/2019 | 08:28 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/24/2019 | 16:27 | 1.00 | Clinic Stock | Administered | |
| 10/24/2019 | 12:03 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/24/2019 | 08:06 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/23/2019 | 16:28 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/23/2019 | 12:35 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/23/2019 | 08:22 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/22/2019 | 16:19 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/22/2019 | 12:42 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/22/2019 | 07:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/21/2019 | 16:25 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/21/2019 | 11:55 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/21/2019 | 07:08 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/20/2019 | 15:43 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/20/2019 | 12:09 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/20/2019 | 07:06 | 1.00 | Patient Specific | Administered | |
| 10/19/2019 | 16:20 | 1.00 | Clinic Stock | Administered | |
| 10/19/2019 | 13:46 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/19/2019 | 07:15 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/18/2019 | 16:39 | 1.00 | Clinic Stock | Administered | |
| 10/18/2019 | 12:21 | 1.00 | Clinic Stock | Administered | |
| 10/18/2019 | 07:22 | 1.00 | Clinic Stock | Administered | |
| 10/17/2019 | 16:39 | 1.00 | Clinic Stock | Administered | |
| 10/17/2019 | 12:30 | 1.00 | Clinic Stock | Administered | |
| 10/17/2019 | 07:16 | 1.00 | Clinic Stock | Administered | |
| 10/16/2019 | 16:33 | 1.00 | Clinic Stock | Administered | |
| 10/16/2019 | 12:07 | 1.00 | Clinic Stock | Administered | |
| 10/16/2019 | 08:50 | 1.00 | Clinic Stock | Administered | |
| 10/15/2019 | 16:36 | 1.00 | Clinic Stock | Administered | |
| 10/15/2019 | 12:20 | 1.00 | Clinic Stock | Administered | |
| 10/15/2019 | 07:07 | 1.00 | Clinic Stock | Administered | |
| 10/14/2019 | 17:54 | 1.00 | Clinic Stock | Administered | |
| 10/14/2019 | 12:00 | 1.00 | Clinic Stock | Administered | |
| 10/14/2019 | 07:18 | 1.00 | Clinic Stock | Administered | |
| 10/13/2019 | 17:51 | 1.00 | Clinic Stock | Administered | |
| 10/13/2019 | 11:55 | 1.00 | Clinic Stock | Administered | |
| 10/13/2019 | 06:58 | 1.00 | Clinic Stock | Administered | |
| 10/12/2019 | 16:36 | 1.00 | Clinic Stock | Administered | |
| 10/12/2019 | 14:33 | 1.00 | Clinic Stock | Administered | |
| 10/12/2019 | 07:16 | 1.00 | Clinic Stock | Administered | |
| 10/11/2019 | 16:36 | 1.00 | Clinic Stock | Administered | |
| 10/11/2019 | 12:22 | 1.00 | Clinic Stock | Administered | |
| 10/11/2019 | 07:45 | 1.00 | Clinic Stock | Administered | |
| 10/10/2019 | 18:25 | 1.00 | Clinic Stock | Administered | |
| 10/10/2019 | 12:33 | 1.00 | Clinic Stock | Administered | |
| 10/10/2019 | 07:51 | 1.00 | Clinic Stock | Administered | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|--------------------|
| 10/09/2019 | 16:36 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/09/2019 | 11:46 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/09/2019 | 07:55 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/08/2019 | 16:23 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/08/2019 | 12:04 | 1.00 | Clinic Stock | Administered | |
| 10/08/2019 | 07:12 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/07/2019 | 16:35 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/07/2019 | 12:32 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/07/2019 | 09:12 | 0.00 | Clinic Stock | Medication Not Available | |
| 10/06/2019 | 16:24 | 1.00 | Clinic Stock | Administered | |
| 10/06/2019 | 11:54 | 1.00 | Clinic Stock | Administered | |
| 10/06/2019 | 07:26 | 1.00 | Patient Specific | Administered | |
| 10/05/2019 | 16:49 | 1.00 | Clinic Stock | Administered | |
| 10/05/2019 | 12:08 | 1.00 | Clinic Stock | Administered | |
| 10/05/2019 | 07:24 | 1.00 | Clinic Stock | Administered | |
| 10/04/2019 | 16:19 | 1.00 | Clinic Stock | Administered | |
| 10/04/2019 | 12:35 | 1.00 | Clinic Stock | Administered | |
| 10/04/2019 | 07:15 | 1.00 | Clinic Stock | Administered | |
| 10/03/2019 | 16:33 | 1.00 | Clinic Stock | Administered | |
| 10/03/2019 | 11:56 | 1.00 | Clinic Stock | Administered | |
| 10/03/2019 | 07:29 | 1.00 | Clinic Stock | Administered | |
| 10/02/2019 | 16:29 | 1.00 | Clinic Stock | Administered | |
| 10/02/2019 | 12:06 | 1.00 | Clinic Stock | Administered | |
| 10/02/2019 | 07:27 | 1.00 | Clinic Stock | Administered | |
| 10/01/2019 | 15:57 | 1.00 | Clinic Stock | Administered | |
| 10/01/2019 | 11:53 | 1.00 | Clinic Stock | Administered | |
| 10/01/2019 | 07:14 | 1.00 | Patient Specific | Administered | |
| 09/30/2019 | 16:24 | 1.00 | Patient Specific | Administered | |
| 09/30/2019 | 12:20 | 1.00 | Clinic Stock | Administered | |
| 09/30/2019 | 07:12 | 1.00 | Clinic Stock | Administered | |
| 09/29/2019 | 18:20 | 1.00 | Patient Specific | Administered | |
| 09/29/2019 | 12:19 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/29/2019 | 07:19 | 1.00 | Patient Specific | Administered | |
| 09/28/2019 | 16:29 | 1.00 | Clinic Stock | Administered | |
| 09/28/2019 | 12:03 | 1.00 | Clinic Stock | Administered | |
| 09/28/2019 | 07:27 | 1.00 | Clinic Stock | Administered | |
| 09/27/2019 | 16:18 | 1.00 | Clinic Stock | Administered | |
| 09/27/2019 | 13:04 | 1.00 | Clinic Stock | Administered | |
| 09/27/2019 | 12:07 | 1.00 | Clinic Stock | Administered | |
| 09/27/2019 | 08:12 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/26/2019 | 16:35 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/26/2019 | 14:34 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/26/2019 | 07:59 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/25/2019 | 19:02 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/25/2019 | 13:05 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/25/2019 | 08:05 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/24/2019 | 16:00 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/24/2019 | 12:32 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/24/2019 | 07:47 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/24/2019 | 07:21 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/23/2019 | 17:56 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/23/2019 | 12:42 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/23/2019 | 07:37 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/22/2019 | 16:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/22/2019 | 12:41 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/22/2019 | 08:08 | 0.00 | Clinic Stock | Medication Not Available | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|---------------------|--------|---------|---------------------|
| 09/21/2019 | 18:04 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/21/2019 | 13:06 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/21/2019 | 08:20 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/20/2019 | 16:57 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/20/2019 | 12:59 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/20/2019 | 08:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/19/2019 | 16:37 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/19/2019 | 16:05 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/19/2019 | 12:26 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/19/2019 | 08:00 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/18/2019 | 16:36 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/18/2019 | 16:30 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/18/2019 | 13:14 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/18/2019 | 08:15 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/17/2019 | 16:20 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/17/2019 | 12:36 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/17/2019 | 08:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/16/2019 | 12:40 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/16/2019 | 11:37 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/16/2019 | 08:07 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/15/2019 | 16:07 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/15/2019 | 12:37 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/15/2019 | 07:14 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/14/2019 | 16:40 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/14/2019 | 11:38 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/14/2019 | 08:11 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/13/2019 | 16:21 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/13/2019 | 12:47 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/13/2019 | 08:01 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/12/2019 | 16:51 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/12/2019 | 12:14 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/12/2019 | 07:59 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/11/2019 | 17:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/11/2019 | 16:46 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/11/2019 | 13:10 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/11/2019 | 08:09 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/10/2019 | 16:42 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/10/2019 | 13:09 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/10/2019 | 07:51 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/09/2019 | 18:21 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/09/2019 | 12:27 | 0.00 | Clinic Stock | Held per Provider Order | |
| 09/09/2019 | 07:27 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/08/2019 | 16:44 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/08/2019 | 12:04 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/08/2019 | 07:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/07/2019 | 16:45 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/07/2019 | 13:14 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/07/2019 | 08:04 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/06/2019 | 16:41 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/06/2019 | 12:56 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/06/2019 | 08:12 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/05/2019 | 18:30 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/05/2019 | 12:59 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/05/2019 | 08:08 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/04/2019 | 18:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/04/2019 | 12:29 | 0.00 | Clinic Stock | Medication Not Available | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|--------------------|
| 09/04/2019 | 08:06 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/03/2019 | 18:11 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/03/2019 | 14:06 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/03/2019 | 07:51 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/02/2019 | 16:13 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/02/2019 | 12:10 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/02/2019 | 07:36 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 09/01/2019 | 16:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/01/2019 | 12:33 | 0.00 | Clinic Stock | Medication Not Available | |
| 09/01/2019 | 07:37 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 08/31/2019 | 18:39 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/31/2019 | 11:46 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/31/2019 | 07:59 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/30/2019 | 18:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/30/2019 | 12:47 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/30/2019 | 08:32 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/29/2019 | 16:38 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/29/2019 | 16:26 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/29/2019 | 12:17 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/29/2019 | 08:33 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/28/2019 | 16:38 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/28/2019 | 13:05 | 1.00 | Clinic Stock | Administered | |
| 08/28/2019 | 08:14 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/27/2019 | 16:21 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/27/2019 | 12:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/27/2019 | 07:53 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/26/2019 | 16:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/26/2019 | 11:47 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/26/2019 | 07:27 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/25/2019 | 16:14 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/25/2019 | 12:21 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/25/2019 | 07:52 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/24/2019 | 16:33 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/24/2019 | 13:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/24/2019 | 07:02 | 1.00 | Clinic Stock | Administered | |
| 08/23/2019 | 16:58 | 1.00 | Clinic Stock | Administered | |
| 08/23/2019 | 12:04 | 1.00 | Clinic Stock | Administered | |
| 08/23/2019 | 07:21 | 1.00 | Clinic Stock | Administered | |
| 08/22/2019 | 16:34 | 1.00 | Clinic Stock | Administered | |
| 08/22/2019 | 12:13 | 1.00 | Clinic Stock | Administered | |
| 08/22/2019 | 07:20 | 1.00 | Clinic Stock | Administered | |
| 08/21/2019 | 16:33 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/21/2019 | 14:30 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/21/2019 | 14:25 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/21/2019 | 09:05 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/21/2019 | 09:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/20/2019 | 16:58 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/20/2019 | 13:50 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/20/2019 | 07:50 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/20/2019 | 07:47 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/19/2019 | 16:45 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/19/2019 | 13:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/19/2019 | 07:15 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/18/2019 | 16:39 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/18/2019 | 13:41 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/18/2019 | 07:17 | 0.00 | Clinic Stock | Medication Not Available | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|--------------------|
| 08/17/2019 | 17:52 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/17/2019 | 12:19 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/17/2019 | 08:09 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/16/2019 | 18:15 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/16/2019 | 12:07 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/16/2019 | 08:27 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/15/2019 | 18:43 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/15/2019 | 12:11 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/15/2019 | 08:21 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/14/2019 | 15:07 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/14/2019 | 12:26 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/14/2019 | 08:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/13/2019 | 17:43 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/13/2019 | 12:00 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/13/2019 | 07:42 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/12/2019 | 16:53 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/12/2019 | 12:43 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/12/2019 | 07:36 | 1.00 | Clinic Stock | Administered | |
| 08/11/2019 | 16:38 | 1.00 | Clinic Stock | Administered | |
| 08/11/2019 | 12:00 | 1.00 | Clinic Stock | Administered | |
| 08/11/2019 | 07:07 | 1.00 | Clinic Stock | Administered | |
| 08/10/2019 | 16:31 | 1.00 | Clinic Stock | Administered | |
| 08/10/2019 | 12:18 | 1.00 | Clinic Stock | Administered | |
| 08/10/2019 | 07:42 | 1.00 | Clinic Stock | Administered | |
| 08/09/2019 | 16:47 | 1.00 | Clinic Stock | Administered | |
| 08/09/2019 | 12:05 | 1.00 | Clinic Stock | Administered | |
| 08/09/2019 | 08:08 | 1.00 | Clinic Stock | Administered | |
| 08/08/2019 | 16:46 | 1.00 | Clinic Stock | Administered | |
| 08/08/2019 | 12:16 | 1.00 | Clinic Stock | Administered | |
| 08/08/2019 | 07:52 | 1.00 | Clinic Stock | Administered | |
| 08/07/2019 | 17:11 | 1.00 | Clinic Stock | Administered | |
| 08/07/2019 | 16:04 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/07/2019 | 12:31 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/07/2019 | 08:19 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/06/2019 | 18:27 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/06/2019 | 18:26 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/06/2019 | 12:04 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/06/2019 | 10:22 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/05/2019 | 17:07 | 1.00 | Clinic Stock | Administered | |
| 08/05/2019 | 13:38 | 1.00 | Clinic Stock | Administered | |
| 08/05/2019 | 07:00 | 1.00 | Clinic Stock | Administered | |
| 08/04/2019 | 17:24 | 1.00 | Clinic Stock | Administered | |
| 08/04/2019 | 14:10 | 1.00 | Clinic Stock | Administered | |
| 08/04/2019 | 09:54 | 1.00 | Clinic Stock | Administered | |
| 08/03/2019 | 15:27 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/03/2019 | 12:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/03/2019 | 07:06 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/02/2019 | 17:07 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/02/2019 | 16:34 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/02/2019 | 12:27 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/02/2019 | 06:23 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/01/2019 | 17:08 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/01/2019 | 15:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 08/01/2019 | 08:06 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/31/2019 | 16:20 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/31/2019 | 10:52 | 0.00 | Clinic Stock | Medication Not Available | |

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|---------------------|
| 07/31/2019 | 08:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/30/2019 | 16:24 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/30/2019 | 13:07 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/30/2019 | 07:48 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/29/2019 | 16:18 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/29/2019 | 11:59 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/29/2019 | 07:56 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/28/2019 | 12:43 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/28/2019 | 12:22 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/28/2019 | 07:51 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/27/2019 | 18:36 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/27/2019 | 09:29 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/26/2019 | 16:48 | 1.00 | Clinic Stock | Administered | |
| 07/26/2019 | 11:52 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/26/2019 | 08:53 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/25/2019 | 17:53 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/25/2019 | 12:02 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/25/2019 | 08:16 | 0.00 | Clinic Stock | Held-Vitals Outside of Parameters | |
| 07/24/2019 | 16:42 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/24/2019 | 15:05 | 0.00 | Clinic Stock | Medication Not Available | |
| 07/24/2019 | 08:18 | 0.00 | Clinic Stock | Medication Not Available | |

**Medication Receipt History**

| Receipt Date/Time | Dispensed Qty | Received By | Status | Status Date | Substitution |
|-------------------|---------------|-------------|--------|-------------|--------------|
| No Rows Found | | | | | |

**Prior Page**

**Show/Hide Drug Interactions**

Show Last Updated Information



LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT

November 6, 2019

**BY ELECTRONIC MAIL ONLY**

Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
tbojanowski@strucklove.com

<div style="margin-left:2em">

Re:   ***Parsons v. Shinn*-patient in need of mental health treatment**
███████████████████████████, **ASPC-Yuma**

</div>

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC:
PRACTICE LIMITED TO
FEDERAL COURTS

Dear Mr. Bojanowski,

Plaintiffs write with concern regarding ██████████████████ a class member in need of adequate mental health care who is currently housed at ASPC-Y Dakota II. Mr. ████ carries a mental health score of 2.

Mr. ████ is experiencing auditory hallucinations and symptoms relating to anxiety and paranoia. On 05/15/2019, Mr. ████ reported suffering from extreme stress, anxiety, and insomnia. On 06/11/2019, the date of Mr. ████'s most recent mental health encounter, Mr. ████ reported suffering from anxiety and auditory hallucinations, and described the Psych Associates' level of care as "inadequate" to address his symptoms. Despite this, ADC has failed to provide Mr. ████ with any mental health care since that time.

At the time of this letter's drafting, Mr. ████ does not have an official diagnosis addressing the symptoms that he is suffering from, and thus doesn't have a treatment plan to control those symptoms.

During Plaintiffs' recent tour of ASPC-Yuma from 10/16/2019 to 10/17/2019, we spoke with Mr. ████ and were told that he continues to experience auditory hallucinations.

**Plaintiffs request Mr. ████ be seen by appropriate mental health staff so that he can be assessed, diagnosed, and provided with a targeted treatment plan to control his symptoms.**

Very truly yours,

Curtis Harris

Litigation Fellow

cc:     All counsel

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



November 6, 2019

**BY ELECTRONIC MAIL ONLY**

Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
tbojanowski@strucklove.com

**AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION**

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC:
PRACTICE LIMITED TO
FEDERAL COURTS

    Re:  ***Parsons v. Shinn*-patient in need of mental health treatment**
       ████████████████████████, ASPC-Yuma

Dear Mr. Bojanowski,

Plaintiffs write with concern regarding ████████████████████, who is
a class member in urgent need of adequate mental health care. Mr. ██████ carries a
mental health score of MH3A and is designated as seriously mentally ill (SMI).

Mr. ██████ is diagnosed with schizoaffective disorder, bipolar type, and regularly
experiences visual hallucinations and paranoia. On 08/30/2019, during an
Interactive Telemedicine appointment, Mr. ██████ reported, "I think people are
leaving their energy on the workout equipment and I don't want to touch it." See
08/30/2019 eOMIS Mid-Level note, attached hereto. MH Midlevel Cindy Martin
further reported that Mr. ██████ periodically wakes up at 3 am and cannot go back
to sleep due to his symptoms. Id. On 09/26/2019, Mr. ██████ reported that he sees
harmless "shadows". See 09/26/2019 eOMIS Individual Counseling note, attached
hereto. On 10/22/2019, Mr. ██████ reported that he "isolates due to trying to avoid
'energy vampires.'" See 10/22/2019 eOMIS Mid-Level note, attached hereto.
Despite these serious symptoms, ADC has failed to provide Mr. ██████ with
adequate mental health care.

Mr. ██████'s current treatment plan is unresponsive to the symptoms Mr. ██████
is suffering. On 08/29/2019, Psych Associate Jamie Babb only identified "mood
disturbances" as a target problem/behavior, with no reference to Mr. ██████'s
continued visual hallucinations and paranoia. See 08/29/2019 eOMIS Individual
Counseling note, attached hereto. According to the current plan, Mr. ██████ s sole
treatment goal is to "manage his moods." Id. This inattentiveness was reflected in
Psych Associate Brandon Gaspar's 10/24/2019 Individual Counseling session with
Mr. ██████ where he observed that "[Mr. ██████ sees energy, but is fine with
it." See 10/24/2019 eOMIS Individual Counseling note, attached hereto. Despite
these active visual hallucinations, the assessment of Mr. ██████ based upon that
encounter was "no evident psychosis" and "[Mr. ██████ appears to have a stable
mental status." Id.

During Plaintiffs' recent tour of ASPC-Yuma from 10/16/2019 to 10/17/2019, we
spoke with Mr. ██████ and were told that he still sees "auras and frequencies."

**Plaintiffs request Mr. ████ be seen by appropriate mental health staff so that his treatment plan can be updated to address his ongoing visual hallucinations and paranoia.**

Very truly yours,

Curtis Harris

Litigation Fellow

cc:      All counsel

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

2



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

November 6, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Ryan*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ██████████████████████, Yuma - La Paz

Dear Mr. Bojanowski:

    We write on behalf of ████████ a class member at Yuma-La Paz with the autoimmune disorder epidermolysis bullosa. Mr. ████ is in need of urgent specialty medical care for inappropriately managed symptoms of epidermolysis bullosa. We previously wrote to you regarding Mr. ████ on October 22, 2019, but it appears that no action has been taken to provid him with necessary specialty care.

    During our October 16-17 visit to ASPC-Yuma, we documented some of Mr. ████'s wounds from epidermolysis bullosa. At the time of our visit, he had lesions on his legs, knees, ankles, and hands, as shown below:




**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

 

(ADCM15880603-06).  His hands also show visible constrictures.

Since we wrote to you regarding Mr. ███████'s care, medical staff have continued to fail to provide appropriate care for him. On 10/23/2019, RN Young placed a chart note in Mr. ███████'s medical record with extremely concerning new information about the deterioration of his condition. The chart note indicates that the 10/23 entry is a late entry from a 10/22/19 encounter. RN Young provides the following Incidental Comments:

> *IM was assessed for new outbreak blistering to bilateral knees, ankles. has a 2CM Dia. serum filled blister medial L knee. Skin over both knees heavily impacted by disease process. Right medial ankle shows recently opened blister plus extensive dmage* [sic] *from disease process.*

> *RE: Hands and fingers, thumbs. The contractions to both hands have become severe enough that IM will need to have provided adaptive handles for eusing* [sic] *dinner wear* [sic] *and toothbrush. No longer has the ability to use fingers in a fine motor sense. Can only grasp utensils between fingers and palm. Contractions are pulling the fingers and thumbs into the palms.*

> *Assessment suggest IM needs to be evaluated by an occupational therapist for utensil design that will be allowed by DOC on premises. Also can expect IM to become unable to perfrom* [sic] *own bowel care in very near futue.* [sic]

No referral was made to the provider, but RN Young wrote, "Orders in place for any blisters to provider for I&D per Joseph NP."

Despite the alarming implications for Mr. ███████'s ability to independently perform activities of daily living, there is no indication that medical staff have taken any further action on

Mr. Timothy Bojanowski
Re: ███████
November 6, 2019
Page 3

this information about his worsening symptoms. Even though RN Young noted on October 22, 2019, that it was a proper course of treatment to consult with an occupational therapist, no such request has been submitted, as seen below:



Furthermore, despite a Special Needs Order (SNO) for daily wound care that NP Joseph ordered on 10/18/2019 for Mr. ██████'s multiple blisters and open wounds, nursing staff have only provided wound care to Mr. ██████ once, on 10/24/2019. As of today, there are 18 days when nursing staff did not provide Mr. ██████ with the ordered wound care.

The objective notes for the 10/24/19 wound care treatment call provided by RN Richards state as follows:

*AFFEECTED* [sic] *AREAS ON LEFT KNEE AND LOWER LEG ARE SCABBED. THERE ARE 4-5 SCABS RANGING IN SIZE 3-6CM. ON RIGHT OUTER ANKLE THERE IS A 4CM RED AREA WITH A ONE CM FLUID FILLED BLISTER. IN*

Mr. Timothy Bojanowski

Re: █████████████

November 6, 2019

Page 4

*CENTER, INNER ANKLE HAS A 4CM RED AREA ALSO. LEFT ELBOW*
*APPREARS IRRITATED, IS DARK PINK AND WITH NO AREAS OR BLISTERS.*

(capitalization in original)

RN Richards' plan notes state, "CONTINUE MONITORING, PUT IM ON PROVIDER
LINE FOR BLISTER."

Mr. ██████ was seen by Dr. Jordan in response to this referral on 10/29/2019. Dr. Jordan's
subjective notes state, "Patient w/epidermolysis-bullosa evaluation of right ankle and discuss
mattress and shoes.  patient denies any current blisters but report popping a blister on his left big
toe."  His objective notes document Mr. ██████'s symptoms in more detail:

*right ankle with  2 cm circular scab, no drainage, denies any tenderness to*
*palpation*
*left shin with 2 cm circular, 3 cm, and 2 cm circular black tissue, dry to touch,  no*
*drainage appreciated*

Dr. Jordan's plan notes prescribe the following:

*discussed mattress and shoes have been requested*
*will consult wound care*
*f/u in 4-6 weeks*

There is no indication in the medical record that Dr. Jordan took any subsequent action,
including no indication that he ordered SNOs for the above-referenced mattress and shoes.  As
seen above on page 3, Dr. Jordan did not submit any specialty consult requests, for occupational
therapy or a dermatologist.   Mr. ██████ had a pre-existing 10/18/19 SNO for a mattress topper but
there is no indication in the medical record that he has received this item.

We request that Mr. ██████'s providers file urgent requests for specialty occupational
therapy, as recommended by RN Young. We further request that he be provided with a mattress
and shoes immediately, as prescribed by Dr. Jordan. Finally, we are deeply disturbed to note that
medical staff at ASPC-Yuma have not submitted any requests for specialty care for Mr. ██████
since our last letter requesting urgent specialty care for the serious and deteriorating symptoms of
his autoimmune disorder.

We reiterate our request that Mr. ██████'s providers submit urgent requests for a
dermatology consult with a dermatologist familiar with his condition and for a consult with a
wound care specialist, given the severity of his wounds and the failure of medical staff at Yuma to

provide adequate wound care. We further request that he be evaluated for transfer to a facility closer to a metropolitan area where specialists capable of managing his condition are available.

Finally, Mr. ████ is not fluent in English and reported to us when we interviewed him that he cannot understand health care staff who speak to him in English. We request that all health care encounters be conducted with the assistance of a qualified interpreter or by health care staff who speak Spanish, as required by Paragraph 14 of the Stipulation.

Thank you for your prompt attention to this matter.

Sincerely,

*Gabriela Pelsinger*

Gabriela Pelsinger
Litigation Assistant

*Corene Kendrick*

Corene Kendrick
Staff Attorney

cc:   Mr. ████



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 8, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Ryan*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████████████ Tucson – Rincon IPC

Dear Mr. Bojanowski:

        We write on behalf of ███████████, a class member with urosepsis at the Tucson-Rincon IPC. Mr. ██████ is in need of urgent specialty care.

        On September 16, 2019, Mr. ██████ was seen by Dr. Muddaraj at Southwest Valley Surgical Associates for post-operative follow-up after a repair of epigastric incisional hernia and right lower quadrant parastomal hernia. In the visit report, Dr. Muddaraj's notes documented the following:

> *This patient has an ileal conduit. patient developed postoperative urinary retention requiring catheterization. He has had problems with drainage for quite some time. Following surgery he underwent endoscopy. He apparently developed a urinary tract infection and also infection in the bowel. He's been seen by urology. Apparently his stomal revision was suggested. As far as the hernias are concerned patient has no complaints.*

        Under the Treatment notes, Dr. Muddaraj recommended follow up with the urologist regarding Mr. ██████'s ileal conduit. Dr. Muddaraj's visit report was received by ASPC-Tucson on October 8, 2019.

        On October 9, 2019, Mr. ██████ was seen by PA Salyer for infirmary rounds. PA Salyer provided the following assessment notes:

**Board of Directors**

Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski

Re: ▮▮▮▮▮▮▮▮▮

November 8, 2019

Page 2

*Recurrent  UTI, Suspect Acute Pyelonephritis Left Kidney.*
*Urostomy, Ilea Conduit Stoma, Recurrent Obstructive Uropathy Suspect*
*Associated W/Increasing Inflammation, and Urostomy Ilea Conduit Stenosis,*
*May Need Surgical Revision.*

As part of the plan of care prescribed following this encounter, PA Salyer requested an urgent urology consult on 10/09/2019. His request details the following,

*"**UROLOGY**S/P Cystectomy, and Urostomy Ilea Conduit Hernia Revision*
*Recently Evaluated By General Surgery On F/U Recommends F/U @ Urology*
*10/8/19***
***Recurrent Ilea Conduit to Foley Stenosis, and Obstructive Uropathy W/***
***Urosepsis, and UTIs.***
***May Need Ilea Conduit Revision****

(bolded text in original)

On October 11, 2019, Utilization Management determined that medical necessity was met. On October 15, the specialty request was authorized. As of November 8, 2019, thirty days after the provider made the urgent request, the status of the request remains "Authorized," in violation of Performance Measure 50.

We note that according to the August 2019 CGAR report for ASPC-Tucson, the prison was non-compliant with PM 50 at 76% (see Doc. 3342-1 at 267), and the only explanation Defendants provided the Court was that, "key community specialists were unable to receive scheduled appointments within the timeframes required for compliance." Id at 269.

On October 12, 2019, there was an ICS response called for Mr. ▮▮▮▮▮▮ for possible sepsis.  RN Harris's objective notes document that, "Pt appears to be lethargic and skin is warm to the touch. Pt c/o pain in abdomen and nausea." RN Harris also notes that:

*Pt fever was 100.8F @0700, Tylenol 650mg PO administered, temperature was*
*re-checked 45 minutes post administration. @0900 temperature 101.9F.*
*Weigel, NP was notified of pt condition and gave the following order: send to*
*Banner South ED BLS.*

In response to his emergent symptoms, he was sent to Banner South ED for treatment for possible sepsis. He was hospitalized from 10/12 to 10/18/2019, where he was diagnosed with urosepsis and recurrent UTI. Upon his return to the prison, he was admitted to the Rincon-IPC on 10/18/19 and seen by PA Salyer. The provider's extensive plan notes include a note that Mr. ▮▮▮▮▮▮'s "consult to urology is pending."

Mr. Timothy Bojanowski
Re: █████████████████
November 8, 2019
Page 3

We request that Mr. ████████ be seen as soon as possible for a urology consult, as required by Performance Measure 50.

Thank you for your prompt attention to this matter.

Sincerely,

*Gabriela Pelsinger*

Gabriela Pelsinger
Litigation Assistant

*Corene Kendrick*

Corene Kendrick
Staff Attorney

cc:   Mr. ██████████



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Shira Tevah
Thomas Nosewicz

VIA EMAIL ONLY

November 13, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:  *Parsons v. Shinn*, 2:12-CV-00601
Class Member in Need of Medical Care
████████████████, Yuma - Cibola

Dear Mr. Bojanowski:

We write on behalf of ██████ a class member at Yuma-La Paz who is in need of specialty care for a persistent and as of yet un-diagnosed scalp infection with cysts.  We met with Mr. ████ during our visit to ASPC-Yuma in mid-October, and documented the scalp infection:




[PHOTOS: ADCM1588689, ADCM1588690, ADCM1588691]

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. ███ reported that this infection first began in September 2018. For the past 14 months, he has filed at least 15 Health Needs Requests (HNRs) reporting symptoms related to the cysts on his head and requesting treatment.

On 3/07/2019, NP Ngueha-nana placed an urgent request for specialty dermatology care for a biopsy after seeing Mr. ███ for follow-up care. Her request states:

> *patient need to see a dermatologist for evaluation, possible biopsy and TX for worsening folliculitis x 7 months*
> *symptoms are worsening, ABT has been given x 3 rounds, no improvement, culture done no growth*

Corizon's Utilization Management denied the request on 3/12/2019.

On 7/29/2019, Dr. Jordan requested a dermatology consult on a routine basis. Dr. Jordan's request notes describe the following:

> *Patient with large papule of the scalp w/ pain with no resolved.   reports 6 weeks ago a portion scalp started swelling again with no improvement in swelling.  takes ibuprofen due to the pain.*
> *failed treatment with minocycline, clindamycin x2, terbinafine, selenium sulfide wound culture negative x 2*

The request was approved by Centurion Utilization Management, and Mr. ███ was seen on 9/13/2019 by a dermatologist at White Mountain Dermatology.  The dermatologist's notes, which are only available in handwritten form, state that, "this could be staph/strep infection or MRSA."  The dermatologist's recommendations included daily injections of the antibiotic Ceftriaxone and, "sending him to a general surgeon or/and infectious disease specialist."

The dermatology consult results were received by ASPC Yuma on 9/16/19 and reviewed by PA Delp on 9/17/19, who noted that Mr. ███ needed to be scheduled for follow-up with an onsite provider "ASAP" to review the recommendations.  However, as seen on the next page, the medical record shows that this follow-up appointment did not occur until 9/28/19, in violation of Performance Measures 42 and 52.

//

//

//

Mr. Timothy Bojanowski

Re: ███████

November 13, 2019

Page 3

| Active Orders | Allergies | Appointments | Consults | Current Health Status | Dental | Encounters | HSR | Health Problems | Labs | Medications | Precautions |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Special Needs | Transfer Holds | Vitals | X-Ray Orders | Other... | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/28/2019 | 07:46 | Medical Provider | Provider - Follow Up Care | | Ngueha-nana, Clarisse | ASPC-Y YUMA CIBOLA |
| 09/23/2019 | 12:31 | Nursing | Nurse - Treatment Call | | Buenacosa, Ramon | ASPC-Y YUMA CIBOLA |
| 09/22/2019 | 12:36 | Nursing | Nurse - Treatment Call | | Buenacosa, Ramon | ASPC-Y YUMA CIBOLA |
| 09/21/2019 | 12:50 | Nursing | Nurse - Treatment Call | | Buenacosa, Ramon | ASPC-Y YUMA CIBOLA |
| 09/18/2019 | 13:30 | Nursing | Nurse - Treatment Call | | Brown, Jaci | ASPC-Y YUMA CIBOLA |
| 09/16/2019 | 12:52 | Nursing | Nurse - Treatment Call | | Buenacosa, Ramon | ASPC-Y YUMA CIBOLA |
| 09/15/2019 | 20:04 | Nursing | Nurse - Treatment Call | | Chavez, Jesus | ASPC-Y YUMA CIBOLA |
| 09/14/2019 | 09:58 | Nursing | Nurse - Verbal/Telephone Orders | | Meza, Marcela | ASPC-Y YUMA CIBOLA |
| 09/14/2019 | 09:05 | Medical Provider | Provider - Follow Up Care | | Ngueha-nana, Clarisse | ASPC-Y YUMA CIBOLA |
| 09/13/2019 | 16:55 | Nursing | Nurse - Return From Offsite | Return from Off-Site | Richards, Barbara | ASPC-Y YUMA CIBOLA |
| 09/06/2019 | 16:49 | Medical Provider | Provider - Sick Call - Scheduled | | Ngueha-nana, Clarisse | ASPC-Y YUMA CIBOLA |
| 09/05/2019 | 21:30 | Medical Provider | Lab Test (Unsolicited) | | Jordan, Elijah | ASPC-Y YUMA CIBOLA |
| 09/05/2019 | 21:03 | Nursing | Nurse - Sick Call - Unscheduled | NET-Head Injury | Quintero, SueAnn | ASPC-Y YUMA CIBOLA |

On 9/28/19, Mr. ███ was seen by NP Ngueha-nana for follow-up care, at which time she placed an urgent request for a specialty consult with an infectious disease specialist. NP Ngueha-nana did not request follow-up with a general surgeon, as recommended by the dermatologist. In the 9/28 request, NP Ngueha-nana's comment field includes the note, "chronic persistent scalp infection (fungal??, bacteria??)," demonstrating that medical staff have been unable to diagnose Mr. ███'s scalp infection. Centurion's Utilization Management determined that medical necessity was met and approved the request on 9/30/2019. The status of the request remains "Medical Necessity Met" as of 11/13/2019, 46 days after the urgent consult was requested, in violation of Performance Measure 50.

| Action Taken (1 - 3 of 3) | | | | | |
|---|---|---|---|---|---|
| **Date** | **Time** | **Type** | **Reason** | **By Staff** | **Forward To Staff** |
| 10/21/2019 | 13:37:03 | Medical Necessity Met | See Comments | Manry, Priscilla | |
| 09/30/2019 | 11:44:28 | Medical Necessity Met | See Comments | Isaak, Darren | Manry, Priscilla |
| 09/30/2019 | 11:21:14 | Referred to UM Team for Review | See Comments | Hofer, Brin | |

There is no indication in the medical record that any further action has been taken to schedule Mr. ███'s infectious disease consult since 10/21/2019.

On 11/05/2019, Mr. ███ was seen by NP Curd for follow-up care. NP Curd's subjective notes state the following:

> *32 year old male presents for folliculitis f/u. Patient states his symptoms persist despite treatment with oral antibiotics. Patient states symptoms have been ongoing for the last 15 months. Associated symptoms are tenderness and alopecia. HX of staph. He denies fever, chills, N/V, HA, SOB, blurred/double vision, abdominal pain, diarrhea, constipation.*

NP Curd's objective notes describe the symptoms on Mr. ███'s scalp as, "arietal scalp region with multiple circular bald patches and cluster of cystic nodules. Tenderness upon

Mr. Timothy Bojanowski
Re: ███████
November 13, 2019
Page 4

palpation. No warmth, discharge, or redness noted." NP Curd's plan notes recommend a referral to an infectious disease specialist for evaluation and treatment.

On 11/05/19, NP Curd requested a second Infectious Disease Specialty consult for Mr. ███ this time on a routine basis. The request's comments field specify that the request is for:

> *Infectious disease evaluation. Patient with large papule of the scalp w/ pain and hair loss. No improvement in swelling. Failed treatment with minocycline, clindamycin x2, terbinafine, selenium sulfide*
> *wound culture negative x 2. Sent to dermatology for evaluation DOS 9/13/2019. Dermatologist recommended sending patient to general surgeon or infectious disease for further evaluation.*

As of 11/13/2019, the status of the 11/05 request remains Referred to UM Team for Review.

We request that Mr. ███ be scheduled for a consult with an infectious disease specialist as soon as possible, as required by Performance Measure 50. Thank you for your prompt attention to this matter.

Sincerely,

*Gabriela Pelsinger*

Gabriela Pelsinger
Litigation Assistant

*Corene Kendrick*

Corene Kendrick
Staff Attorney

cc:    Mr. ███



<div align="center">

# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

</div>

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

<div align="center">November 13, 2019</div>

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Shinn,* 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████████████████, Yuma - La Paz

Dear Mr. Bojanowski:

I write regarding Mr. ██████████ a class member incarcerated at Yuma-La Paz Unit who is in immediate need of specialty care for an apparent recurrence of cancer.

Mr. ██████████ has a history of testicular cancer. He completed four cycles of chemotherapy in April 2019. He saw the oncologist for follow-up on 6/6/2019. At that appointment, the oncologist noted that his 5/8/2019 CT scan showed he had a "persistent vertebral abnormality at the L5." The oncologist requested to see him back "in three months with labs."

He did not see a provider at the prison after that appointment until 9/3/2019.



<div align="center">

**Board of Directors**

Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

</div>

Mr. Timothy Bojanowski
Re: ██████████████████████
November 13, 2019
Page 2

Thus, the follow-up appointment with the oncologist was not requested until 9/3/2019, in violation of PM 52.  (See screenshot below.)  This consult was requested on a routine basis, even though it was past the time that the oncologist wanted to see him again.

Mr. ████████ saw the oncologist on 10/17/2019. The oncologist found that his labs indicated there may be a recurrence of the cancer.  Specifically, his alpha-fetoprotein levels were "very high indicating recurrence." The oncologist recommended he get a CT scan of his chest, abdomen, and pelvis, and return for follow-up after the after CT scan.

Mr. ████████ saw his provider at the prison for follow-up on 10/18/2019.  The provider submitted a "routine priority" order for a CT scan.  As of 11/13/2019 at 10 AM, that CT scan is still pending scheduling.  There is also no pending order for a follow-up appointment with the oncologist.



Given the previous delays in his care, we ask that Mr. ████████ be seen urgently for the CT scan and follow-up with the oncologist.

Thank you for your prompt attention to this matter.

Sincerely,

Corene Kendrick
Staff Attorney

cc:   Mr. ████████



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 15, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:       *Parsons v. Shinn*, 2:12-CV-00601
          Class Member in Need of Medical Care
          ███████████████████████ Perryville - MH Watch

Dear Mr. Bojanowski:

        We write regarding ███████████ a 50-year-old class member who is in need of medical attention.

        Ms. ██████ is diagnosed with early-onset dementia, and has a history of a traumatic brain injury. On September 12, 2019, the provider submitted two routine requests for neurology consults for an EEG test and a neuro-trauma evaluation. The status of the requests remain "Scheduled," with no clear date set for the appointment, as seen below and in violation of Performance Measure 50.

| Consultation Request (1 - 19 of 19) | | | | | |
|---|---|---|---|---|---|
| **Request Date** | **Request Type** | **Service Type** | **Procedure Requested** | **Priority** | **Request Status** |
| 09/12/2019 | Off-site Clinic | Neurology | | Routine | Scheduled |
| 09/12/2019 | Off-site Clinic | Neurology | | Routine | Scheduled |
| 09/12/2019 | Off-site Clinic | Radiology | | Routine | Consult Completed- Practitioner Reviewed |
| 09/12/2019 | Off-site Clinic | Radiology | | Routine | Consult Completed- Practitioner Reviewed |
| 09/12/2019 | Off-site Clinic | Radiology | | Routine | Consult Completed- Practitioner Reviewed |
| 09/05/2019 | On-site Clinic | Optometry | | Routine | Consult Completed- Practitioner Reviewed |
| 08/16/2019 | Off-site Clinic | Sleep Study | | Routine | Consult Completed- Practitioner Reviewed |
| 08/06/2019 | Off-site Clinic | Neurology | | Routine | Consult Completed- Practitioner Reviewed |

//
//
//

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski
Re: ███████████████████
November 15, 2019
Page 2

We request that Ms. ██████ see the neurologist without further delay. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Corene Kendrick
Staff Attorney

cc:     Ms. ██████



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 15, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:        *Parsons v. Shinn*, 2:12-CV-00601
           Class Member in Need of Medical Care
           ██████████████████, Perryville - Santa Maria

Dear Mr. Bojanowski:

We write regarding ██████ a class member at Perryville-Santa Maria who is in need of medical attention.

Ms. ██ is diagnosed with Valley Fever and with Vitamin B12 deficiency anemia, among other conditions. On October 15, 2019, the provider ordered that Ms. ██ receive weekly B12 injections. However, it appears that Ms. ██ did not receive the medication until nine days later – on October 24, 2019 – and since has not received the medication as ordered, as seen below and in violation of Performance Measure 11.

| Prescription | |
|---|---|
| Diagnosis Code*: | Vitamin B12 deficiency anemia due to intrinsic factor deficiency [D51.0] |
| | ● Formulary   ○ Non-Formulary |
| Drug Type: | Cyanocobalamin (Mdv) Inj (Vitamin B-12)/1000MCG  [DIAM8446] |
| | **National HIE Code(s)** |
| | RxNorm: 309594 - cyanocobalamin 1 MG/ML Injectable Solution; |
| Effective Date: | 10/15/2019 |
| Generic Acceptable: | ☑ |
| Profile Only: | ☐ |
| Dosage*: | 1 mg          Dosage Form:  Injection |
| Strength*: | 1000Mcg |
| Frequency*: | QWK-EVERY WEEK |
| Admin Day: | SUN☐  MON☐  TUES☐  WED☐  THUR☑  FRI☐  SAT☐ |
| for*: | 60   days (Total duration) |
| Route of Administration*: | IM-Intramuscular          Method*:  Normal Dose |
| Pill Call* AM: | ☑   Noon: ☐   PM: ☐   Bed Time: ☐ |

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski

Re: ███████

November 15, 2019

Page 2

| Medication Administration Record (1 - 3 of 3) | | | | | |
|---|---|---|---|---|---|
| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
| 11/07/2019 | 11:32 | 1.00 | Patient Specific | Administered | |
| 10/25/2019 | 19:04 | 1.00 | Patient Specific | Administered | |
| 10/24/2019 | 11:25 | 1.00 | Patient Specific | Administered | |

| Medication Receipt History (1 - 1 of 1) | | | | | |
|---|---|---|---|---|---|
| Receipt Date/Time | Dispensed Qty | Received By | Status | Status Date | Substitution |
| 10/17/2019 / 11:00:05 | 4.00 | Swindle, Ashley L | Received from Pharmacy | 10/17/2019 | No substitute was dispensed. |

| Date/Begin Time | Priority | Type | Facility/Office | Status | Comments |
|---|---|---|---|---|---|
| 12/19/2019_05:01 | | Lab | ASPC-PV S. MARIA CDU | Scheduled | fasting lab. see note 6/25/19 Auto... |
| 12/19/2019_05:00 | | Lab | ASPC-PV LUMLEY MDM | Cancelled | fasting lab. see note 6/25/19 Auto... |
| 12/11/2019_07:30 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Scheduled | B-12 injection weekly |
| 12/04/2019_07:30 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Scheduled | B-12 injection weekly |
| 11/28/2019_05:01 | | Lab | ASPC-PV S. MARIA CDU | Scheduled | fasting lab linesee note from 6/25/19 A... |
| 11/28/2019_05:00 | | Lab | ASPC-PV LUMLEY MDM | Cancelled | fasting lab linesee note from 6/25/19 A... |
| 11/27/2019_07:30 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Scheduled | B-12 injection weekly |
| 11/20/2019_08:01 | | Provider - Chronic Care | ASPC-PV S. MARIA CDU | Scheduled | CC TELEMED ID - DO NOT RESCHEDULE BL 1... |
| 11/20/2019_07:30 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Scheduled | B-12 injection weekly |
| 11/14/2019_10:30 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Completed | PPD read |
| 11/14/2019_07:30 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Scheduled | B-12 injection weekly |
| 11/12/2019_09:00 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Completed | NC-TB Plant |
| 11/11/2019_08:00 | | Nurse - Sick Call - Scheduled | ASPC-PV S. MARIA CDU | Cancelled | C-medication SE Info/valley fever info/i... |
| 11/06/2019_07:30 | | Nurse - Treatment Call | ASPC-PV S. MARIA CDU | Scheduled | B-12 injection weekly |

We request that Ms. ███ receive all medications as prescribed. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Corene Kendrick
Staff Attorney

cc:   Ms. ███



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 20, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Shinn*, 2:12-CV-00601
Class Member in Need of Medical Care
██████████████████████, Florence - Kasson

Dear Mr. Bojanowski:

We write on behalf of Mr. ████████ a class member with a history of self-harming behaviors.

On November 15, 2019, a wound care order was placed for daily dressing changes after a self-harm incident that day. It appears since the order was placed, Mr. ████████ has only been seen twice (on November 17 and 19) for wound care.

| Encounter Date | Category | Type | Specify Comments | Approximate End Date | Status |
|---|---|---|---|---|---|
| 11/15/2019 | Treatments | Wound Care | QD dressing change with sterile 4x4. Replace steristrips PRN. Inspect and document S/S of infection. | 12/30/2019 | Active |

| Treatments (1 - 2 of 2) | | | | |
|---|---|---|---|---|
| **Treatment Date** | **Treatment Time** | **Treatment By** | **Comments** | **Status** |
| 11/19/2019 | 15:08:28 | Cobbins, Lyn-Nell | | Treatment Performed |
| 11/17/2019 | 18:15:48 | Cobbins, Lyn-Nell | | Treatment Performed |

We request that Mr. ████████ be seen daily for his dressing change without further delay. Thank you for your prompt attention to this matter.

Sincerely,

Corene Kendrick
Staff Attorney

Tania Amarillas
Investigator

cc:   Mr. ████████

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 22, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Shinn*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████████████████████  Eyman - SMU I

Dear Mr. Bojanowski:

This is our ninth letter to you regarding ███████████  a class member who remains in need of medical attention.

## Continued delayed responses to Health Needs Requests

In our last letter to you regarding Mr. █████ on October 16, 2019, we detailed delays in responses to Health Needs Requests (HNR) he had submitted in early October 2019, requesting to be seen by a provider. On October 31, 2019, Mr. █████ submitted another HNR noting that he still had not seen medical staff. The response states, "you have been scheduled on NL." However, Mr. █████ has not seen medical staff, as seen on the following page and again in violation of Performance Measure 37.

//

//

//

//

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski

Re: ████████████

November 22, 2019

Page 2

| Date | Time | Category | Type | Embedded Form | Staff | Location |
|------|------|----------|------|---------------|-------|----------|
| 11/21/2019 | 08:48 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Zion, Victoria | ASPC-E SMU I SOUTH |
| 11/14/2019 | 08:52 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Ruiz, Christian | ASPC-E SMU I SOUTH |
| 11/08/2019 | 09:23 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Zion, Victoria | ASPC-E SMU I SOUTH |
| 11/04/2019 | 10:26 | Dental | Dental - Routine Treatment | Medical History | Baird, Robert | ASPC-E SMU I SOUTH |
| 10/31/2019 | 08:40 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Zion, Victoria | ASPC-E SMU I SOUTH |
| 10/30/2019 | 07:55 | Mental Health | MH - Segregation Visit | | Murillo, Juan | ASPC-E SMU I SOUTH |
| 10/23/2019 | 07:55 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Murillo, Juan | ASPC-E SMU I SOUTH |
| 10/22/2019 | 12:35 | Medical Provider | Provider - Medication Renewal | | Avant-Ortiz, Kendra | ASPC-E SMU I SOUTH |
| 10/22/2019 | 08:27 | Nursing | Nurse - Medication Renewal | | Vega, Luz | ASPC-E SMU I SOUTH |
| 10/20/2019 | 18:22 | Mental Health | MH - AIMS Review | AIMS Abnormal Involuntary Movement Scale | Rastogi, Kamal | ASPC-E SMU I SOUTH |
| 10/20/2019 | 13:01 | Mental Health | MH - Psychiatrist - Scheduled | Psychiatry Progress Note | Rastogi, Kamal | ASPC-E SMU I SOUTH |
| 10/18/2019 | 08:40 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Villarreal, Martin | ASPC-E SMU I SOUTH |
| 10/11/2019 | 10:14 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Villarreal, Martin | ASPC-E SMU I SOUTH |
| 10/09/2019 | 06:48 | Dental | Dental - Routine Treatment | Medical History | Baird, Robert | ASPC-E SMU I SOUTH |
| 10/07/2019 | 15:05 | Mental Health | MH - Individual Counseling | | Rasche, Nicole | ASPC-E SMU I SOUTH |
| 10/04/2019 | 09:20 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Villarreal, Martin | ASPC-E SMU I SOUTH |

We note that the most recent compliance score at Eyman for Performance Measure 37 is 16%, because of "[l]ow staffing." Doc. 3421-1 at 114, 120.

## Continued delayed diagnostic testing

In our October 16, 2019, letter we also noted delays in diagnostic testing, which still have not occurred. We explained that on September 30, 2019, a routine request for an orthopedics consult was cancelled when the provider noted, "Will cancel consult for now and order MRI of lumbar spine. Will order appropriate consult pending MRI results." On the same day, the provider submitted a routine request for an MRI, which appears to be scheduled after November 30, 2019, in violation of Performance Measure 51.

We note that the most recent compliance score at Eyman for Performance Measure 51 is 60%, apparently because Eyman is "[i]nadequately staffed to schedule all required appointments in timeframe. Appointments with offsite specialty care providers have been difficult to procure." *See* Doc. 3421-1 at 295, 301. *See also* Doc. 3391-1 at 290, 296 ("demand has outpaced the available resources" and Centurion has not entered into new contracts with some providers.); Doc. 3364-1 at 290 (noting the "backlog of referrals that has carried over since the transition" to Centurion from Corizon).

In addition, our last two letters to you regarding Mr. ████ detailed delays in receiving the results of an abdominal ultrasound that was completed on September 4, 2019. The provider ordered the ultrasound to evaluate Mr. ████ abdominal pain, noting that the pain could be a result of "cholelithiasis vs Hep C- other possibility is renal stone as he also has tea colored urine." The results of the ultrasound are still unavailable, as seen below and in violation of Performance Measure 11.

Mr. Timothy Bojanowski

Re: ██████████████████

November 22, 2019

Page 3

| Ordered Date | Encounter Type | National HIE Code(s) | X-Ray Body Area | X-Ray Status |
|---|---|---|---|---|
| 10/09/2019 | Dental - Routine Treatment | | Periapical | Order Placed by Practitioner |
| 10/09/2019 | Dental - Routine Treatment | | Bitewing | Order Placed by Practitioner |
| 09/04/2019 | Provider - Chronic Care | CPT: 76700 - ULTRASOUND, ABDOMINAL, B-SCAN AND/OR REAL TIME WITH IMAGE DO; | ABDOMEN ULTRASOUND-COMPLETE | Order File Transmitted to Vendor |

**X-Ray Orders (1 - 9 of 9)**

Finally, in our last two letters to you regarding Mr. ██████ we explained that on August 12, 2019, the provider ordered a Hepatitis panel, which has still not been completed, as seen below and in violation of Performance Measure 11.

**Lab Test Orders/Procedures (1 - 20 of 62)**

| Ordered Date | Specimen Date | Results Date | Encounter Type | Lab Test Type | National HIE Code(s) | Lab Test Status | Test Result | Value | Recurring Frequency |
|---|---|---|---|---|---|---|---|---|---|
| 09/04/2019 | 09/16/2019 | 09/18/2019 | Provider - Chronic Care | DIAGNOSTIC PANEL 2, AZ | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 09/04/2019 | 09/16/2019 | 09/18/2019 | Provider - Chronic Care | CK/CPK (CREATINE KINASE) | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 09/04/2019 | 09/16/2019 | 09/18/2019 | Provider - Chronic Care | URINALYSIS (WITH MICROSCOPIC IF IND) | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 08/14/2019 | 08/14/2019 | 08/17/2019 | Lab Test (Unsolicited) | GA-ABCP | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 08/12/2019 | 08/14/2019 | 08/17/2019 | Provider - Sick Call - Scheduled | DIAGNOSTIC PANEL 2, AZ | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 08/12/2019 | 08/14/2019 | | Provider - Sick Call - Scheduled | HEPATITIS A,B,C PROFILE | | Successfully Sent Electronically to Vendor | | | No Repeat |

We reiterate our requests that medical staff evaluate Mr. ██████ and develop a treatment plan regarding his health needs requests. We reiterate our request that Mr. ██████ receive the MRI in accordance with Performance Measure 51. We reiterate our request that the abdominal ultrasound and Hepatitis labs be completed, that a provider review the results, and develop a treatment plan regarding Mr. ██████'s symptoms. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Thomas Nosewicz
Staff Attorney

cc:   Mr. ██████

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



November 25, 2019

**BY ELECTRONIC MAIL ONLY**

Tim Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

<div style="margin-left: 2em">

Re:   *Parsons v. Shinn*
      **Patient in urgent need of mental health care:** ██████████
      **ADC No.** ██████ **ASPC-Yuma**

</div>

Dear Tim:

**AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION**

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW\**

*\*NOT ADMITTED IN DC:
PRACTICE LIMITED TO
FEDERAL COURTS*

We write regarding Mr. ██████ a patient in need of mental health care.  Mr. ██████ is classified as MH-3D; his diagnoses include schizophrenia and amphetamine (or other stimulant)-induced psychotic disorder.  He is also diagnosed with Hepatitis C.

During a May 30, 2019 video encounter with MH midlevel Beth Romsa, Mr. ██████ was noted to be responding to internal stimuli.  His mood was labile and his affect restricted; he was noted to have auditory hallucinations and to display poor judgment and poor insight.  Ms. Romsa discontinued nortriptyline and ordered that he return in two months.

Despite this order, Mr. ██████ was not seen by any mental health staff until he was again seen by Ms. Romsa on August 8, 2019.  By that time his condition had deteriorated significantly.  Ms. Romsa noted him to be paranoid and agitated, with "inappropriate behavior throughout session," "some bizarre mannerisms," and "poor eye contact and interaction with provider."  His mood was noted to be labile and he was "possibly responding to stimuli."  Notwithstanding Mr. ██████ significant deterioration and active psychotic symptoms, Ms. Romsa simply discontinued his sole remaining medication (perphenazine) and ordered that he return in 1 month.

Despite this order, Mr. ██████ has not been seen by *any* mental health staff since August 8.  On August 29, Ms. Romsa noted that he refused to be seen by video; there was no plan to address this refusal.  On November 7, Psych Associate Maria Valtierra noted that Mr. ██████ refused a mental health counseling session; again, there is no plan.  On November 15, Mr. ██████ refused a video chronic care clinic appointment.

It appears that Mr. ██████ mental health is dangerously deteriorating, while mental health staff do nothing except document his refusals.  There is no indication that any mental health staff -- or indeed any health care staff at all -- have actually

gone to talk to Mr. ███████ to ascertain the reasons for his repeated refusals, which put both his mental health and his physical health at risk.

**We ask that Mr. ███████ be urgently seen, face to face, by a psychiatrist who will develop a plan to address his ongoing refusal of both medical and mental health care.**

Very truly yours,

David Fathi

cc:     All counsel

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 26, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:      *Parsons v. Shinn*, 2:12-CV-00601
         Class Member in Need of Medical Care
         ██████████████████ Perryville - Santa Cruz

Dear Mr. Bojanowski:

We write on behalf of ████████, a class member at Perryville Santa Cruz in need of specialty care. Ms. ████ has a history of migraines, anemia, and thrombocytopenia.

Ms. ████ had an appointment with hematology and oncology specialists at Ironwood Cancer & Research Centers on 10/25/2019, to follow-up on PLT counts that range from 102k to 118k. The specialists diagnosed thrombocytopenia and menometorrhagia, and recommended a bone marrow biopsy and a follow-up appointment with hem/oncology.

After reviewing the visit report, on 11/11/2019 NP Thude appropriately requested a bone marrow biopsy for Ms. ████ on a routine basis. The provider noted that the biopsy is for thrombocytopenia and cited the report from Ms. ████ 10/25/19 hematology consult. As of 11/26/2019, the status of the request is still "consult under review," in violation of Performance Measure 48.

We request that Centurion Utilization Management review and approve this bone marrow biopsy request without further delay, and that she be scheduled and seen no later than January 10, 2020, as required by Performance Measure 51. We further request that she be scheduled to be seen by hem/oncology for follow-up after the bone marrow biopsy is completed.

//

//

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski
Re: █████████████
November 26, 2019
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

*Gabriela Pelsinger*

Gabriela Pelsinger
Litigation Assistant

*Kendrick*

Corene Kendrick
Staff Attorney

cc:    Ms. █████



<div align="center">

**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

</div>

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 26, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:         *Parsons v. Shinn*, 2:12-CV-00601
            Class Member in Need of Medical Care
            ████████████████, Perryville - Santa Cruz

Dear Mr. Bojanowski:

This is our third letter to you regarding ████████ a 72-year-old class member who remains in need of medical care. We last wrote to you regarding Ms. ████ on August 9, 2019.

On September 13, 2019, the provider submitted a routine request for dermatology noting,

> *patient with recent history of skin cancer and multiple lesions excised. lesion under R eye seems to be reforming. dermatologist had recommended follow up around 3-4 months anyway. see document 2019_06_05 Dermatology Report*

According to the electronic medical record, on November 14, 2019, the consult was rescheduled with the note, "REPORTED TO OFFSITE PROVIDER ON 10/28/2019; OFFSITE PROVIDER WAS NOT ABLE TO SEE THEM." It is unclear when the appointment will occur. According to Performance Measure 51, the appointment should have been completed by November 13, 2019.

| Consultation Request (1 - 36 of 36) | | | | | |
|---|---|---|---|---|---|
| **Request Date** | **Request Type** | **Service Type** | **Procedure Requested** | **Priority** | **Request Status** |
| 09/13/2019 | Off-site Clinic | Dermatology | | Routine | Consult - Rescheduled |
| 08/24/2019 | Off-site Clinic | Rheumatology | | Routine | Scheduled |

//
//
//

<div align="center">

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

</div>

In addition, on August 24, 2019, the provider submitted a routine request for a rheumatology consult, noting,

> *requesting rheumatology consult for guidance with 72 year old patient with severe RA*
>
> *dx with RA 2003*
> *Joint problem areas - hands, knees, hips, lower back. reports having difficulty wringing water from laundry, writing letters, walking long distances*
> *Last visit to rheumatology - 07/22/2016*
> *on tofacitinib 11 MG Tablet (Xeljanz)*
>
> *unsteady gait, uses cane for support*
> *deformity noted to hands which angle in the direction of the ulna*
> ***Clinical Disease Activity Index 40** - High Severity of RA per CDAI*
> *swollen joints - bilateral wrist radial sides, 2nd, 3rd and 5th MCPs*
> *tender joints - R 2nd toe PIP, both knees, R hand 1st-3rd MCPs and PIPs, L hand 2nd and 3rd MCP and PIPs, 4th MCP, 5th MCP and PIP*
> *provider and patient life impact agreed to rate at 8/10*
> *08/09/2019 CRP and WSR WNL, AST 17, ALT 11, eGFR 55, Creatinine 1.04, A1c 6.0, LDL 67, HDL 46, tot chol 147*
>
> *Decision to refer based on uptodate recommendation below:*
> *Care by a rheumatologist - An expert in the treatment of rheumatic diseases, such as a rheumatologist, should participate in the care of patients with inflammatory arthritis who are suspected of having RA and in the ongoing care of patients diagnosed with this condition. The early and ongoing care of patients with RA by a rheumatologist is associated with better disease outcomes, such as reduced joint injury and less functional disability, compared with care rendered primarily by other clinicians.*
> *The initial rheumatology consultation allows the diagnosis to be made or reassessed, the severity of disease to be estimated, and a plan of care to be developed and initiated. The frequency of subsequent specialist care depends upon the severity of symptoms and joint inflammation, the patient's response to treatment, the complexity and risks associated with the therapy, and the preferences of the patient and primary care clinician.*

According to the electronic medical record, the appointment is not scheduled until January 2020. According to Performance Measure 51, the consult should have occurred by October 24, 2019.

//

Mr. Timothy Bojanowski
Re: ███████████
November 26, 2019
Page 3

We request that Ms. ████ see the dermatologist and rheumatologist without further delay. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Corene Kendrick
Staff Attorney

cc:   Ms. ████



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 27, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Shinn*, 2:12-CV-00601
        Class Member in Need of Medical Care
        ███████████████, Lewis - Stiner

Dear Mr. Bojanowski:

We write regarding Mr. ████████████, a class member currently housed at Lewis, Stiner Unit, who is in urgent need of specialty care for a detached retina, and has not received surgery that was recommended four months ago.

On 7/31/19 Dr. Hiatt of Retinal Consults of America recommended surgery to treat Mr. ████████ dislocated left interocular lens.

The provider submitted an urgent consult request for the eye surgery on 8/5/19, but Mr. ████████ did not see an ophthalmologist until 9/27/19, in violation of PM 50. When he saw an ophthalmologist at Retinal Consults of America on 9/27/19 to receive surgery, the ophthalmologist wrote that he "needs to have a repeat ASCAN done with Dr. Weiss/ Patel. We need these measurements to proceed with surgery."

On 10/2/19 Provider Furae submitted a routine retinal specialist consult request, noting "ASCAN RESULTS REVIEWED / SURGICAL CONSULT PLACED." Given the urgency of the situation and the risk of permanent injury or blindness due to delay in repairing a detached retina, this request should have been made on an urgent or emergent basis. Mr. ████████ was scheduled to see the retinal specialist on 11/5/19 and apparently did see the specialist, as he is listed in eOMIS under "encounters" as going offsite and returning the same day.

However, he reports in a letter sent to us subsequent to the apparent 11/5/19 off-site trip, that he still has not received eye surgery, and the 10/2/19 consult request is not marked complete

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski
Re: ███████████
November 27, 2019
Page 2

in eOMIS. The 11/5/19 "Return from Offsite" note by the nurse indicates that the paperwork from the specialist were forwarded to the Clinical Coordinator, but there are no notes from the encounter scanned in to the consult entry or any where in eOMIS, in violation of Performance Measure 5.



We request Mr. ███████ have the retina repair surgery immediately.

Thank you for your prompt attention to this matter.

Sincerely,

Juliette Mueller
Litigation Assistant

Corene Kendrick
Staff Attorney

cc:   Mr. ███████



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 27, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     *Parsons v. Shinn,* 2:12-CV-00601
        Class Member in Need of Medical Care
        ████████████████████████ Yuma - Cocopah

Dear Mr. Bojanowski:

   We write on behalf of ███████████, a class member at Yuma-Cocopah in need of urgent specialty care for a malignant tumor in his left jaw and osteoblastic osteosarcoma.

   Mr. ████████ has reported painful swelling in his jaw since before January of 2019. When we spoke to Mr. ██████████ during our monitoring tour of ASPC-Yuma, we documented this swelling, as seen below.

 

[TOUR PHOTOS: ADCM 1588623 and ADCM1588624]

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski
Re: ███████████
November 27, 2019
Page 2

Although Mr. ████████ has reported painful swelling in his jaw in Health Needs Requests that date back at least as far as 2/27/19, the swelling was misdiagnosed by prison medical staff for several months. Following Mr. ████████ repeated attempts to receive medical care for the swelling throughout the spring of 2019, he was seen by an oral surgeon on April 30, 2019 for the extraction of wisdom tooth #17, which had developed mesio-angular impaction. However, the sub-mandibular swelling persisted following this extraction. Throughout the spring and summer of 2019, Mr. ████████ was put on at least 8 courses of antibiotics, with no resolution of his symptoms.

Consequently, he was finally seen by another oral surgeon, Dr. Quintia, on 9/05/2019. During this visit, Dr. Quintia removed tooth #16 and performed a, "transoral, debridement/ exploration, probably neoplasm, biopsy of soft and hard tissue, extraoral incision and drainage, quarter-inch Penrose drain." Dr. Quintia stated that Mr. ████████ needed to follow-up no later than Wednesday of next week (9/11/19), and noted that he had sent the pathology specimen back with the patient to the prison, for Centurion to send it to their pathologist for testing. Mr. ████████ was seen for follow-up with Dr. Quintia on Thursday, 9/12/2019, one day later than what the oral surgeon had requested.

Dr. Quintia's plan notes, received by prison medical staff on 9/12/19, include the following:

> We still have no word as to what the diagnosis of the specimen was that was sent back to the Department of Corrections, and we hoped that they would facilitate movement of the specimen through their system. It's unclear as to where the pathology specimen is.

Dr. Quintia also stated that he needed to follow-up with Mr. ████████ in one month. These results were reviewed by PA Delp on 9/17/19, who then made a routine request for an oral surgery consult, noting that the oral surgeon had requested follow-up in one month. Given the needed one-month time frame specified by Dr. Quintia, PA Delp should have requested the oral surgery consult on an urgent basis. Despite Dr. Quintia having requested a follow-up appointment one month after the 9/12/19 post-operative visit, Mr. ████████ did not return for the follow-up appointment until 11/15/19, more than two months later.

The pathology report from the mouth biopsy specimen collected by Dr. Quintia was sent to be tested off-site on 9/11/2019. The pathology report, dated 9/16/2019, provides a diagnosis of malignancy. Mr. ████████ saw PA Delp for follow-up care on 9/20/19 to discuss the biopsy results. The objective notes from that visit state that the biopsy found, "[l]ow grade osteoblastic osteosarcoma." PA Delp's plan notes state, "[p]lease send mandible biopsy to oral surgery."

Re:█████████████ Mr. Timothy Bojanowski

November 27, 2019

Page 3

The medical record shows that on 9/20/19, the oral surgeon Dr. Quintia sent ASPC-Yuma staff member Priscilla Manry the following email:

*Dear Ms. Manry,*

*I was sent the pathology report from your office regarding inmate █████ ██████ The diagnosis suggests a osteoblastic oust sarcoma. Please arrange for him to get a CT of his facial bones with and without contrast as soon as possible.*

*I believe we had him scheduled for a follow-up depending on the pathology report. A CT is imperative to continue working him up for eventual surgical resection. Time is of the essence.*

*Please direct questions to my office and we will respond accordingly.*

*Sincerely,*
*Ronald C. Quintia, DDS*
*Southern Arizona Oral and Maxillofacial Surgery, PC*

On 9/24/19, PA Delp submitted a routine request for a facial CT with and without contrast as soon as possible, and included the above email in his request. Again, PA Delp should have submitted the request on an urgent basis, given the oral surgeon's request that the CT was needed "as soon as possible" and that "[t]ime is of the essence."  Mr. ██████ had a CT of the maxillofacial bones with and without contrast on 10/20/2019. The CT findings, which cite a comparison CT from 8/11/2019, includes the following indication that the mass had grown significantly in two months:

*The previously identified left mandibular mass has enlarged, and there has been interval increase in calcific deposition both along the outer borders of the mass, as well as within the internal septations, [...] the mass currently measures 5.4 x 4.0 cm (previously 4.4 x 2.7 cm).*

The impression notes recommend a pre and post contrast MRI and maxillofacial surgery follow-up. These recommendations were received and reviewed by PA Delp on 10/24/19, who left the following review note: "Consult Image reviewed. Very important please send copy of image ASAP to Dr. Ronald C Quintia DDS, Maxillofacial surgeon."

As noted above, despite Dr. Quintia's request on 9/12/19 that he see the patient again within one month, Mr. ██████ did not see the oral surgeon until 11/15/19, more than two months later.  Dr. Quintia's progress notes from the 11/15/19 appointment state:



As seen above, Dr. Quintia notes that Mr. ████ has a "malignant tumor in his L jaw" and that "immediate referral to Banner UMC is necessary for oncologic/ENT w/u." Dr. Quintia also writes, 'I feel the referral is an emergency and should be given high priority ASAP," and that Mr. ████ needs to be seen by "the appropriate facility to get care for this life threatening disease process." Dr. Quintia also noted that Mr. ████ is experiencing an increase in pain, swelling, swallowing, and "even some airway issues."

PA Delp then placed an urgent request for an ENT consult on 11/15/19. Mr. ████ was seen by specialist Dr. Wang for this consult on 11/20/19 at Banner UMC. The handwritten progress note from the visit states that the plan is to obtain the outside pathology report for review, a PET/CT, a tumor board review, and that the specialist is considering a mandibulectomy. PA Delp reviewed this note on 11/22/19 and subsequently requested a PET/CT on an urgent basis. The status of that request today remains "Referred to UM Team for review."

The 11/20/19 ENT visit report, which was received by prison medical staff on 11/27/19, includes the following assessment and more detailed plan notes:

*He had a biopsy of the lesion 9/2019 which showed low grade osteoblastic osteosarcoma. We will obtain the biopsy specimens for our pathologist to review. CT 10/18/19 showed an enlarging left mandibular mass measuring 5.4 x 4.0 cm. I discussed treatment options if the mass is confirmed osteosarcoma, which would include partial mandibulectomy. We will obtain his outside imaging and I will order a PET CT for staging. He will follow up for further discussion of surgery.*

PA Delp's reviewed this report on 11/27/19 and made the following note: "Consult reviewed PET/CT consult submitted 11/22/19. this is Of the most urgent Matter. Call placed to FHA." However, PA Delp has not made a request for a follow-up ENT consult to discuss Mr. ██████ plan of care once the PET/CT results were taken, and the biopsy specimens and outside imaging obtained.

We are profoundly concerned that Mr. ██████ has yet to receive any treatment for a mass that Yuma medical staff have been aware of for at least nine months, and that was finally diagnosed as cancerous more than two months ago. In light of the many delays that have already occurred in diagnosing his cancer providing him with urgently necessary medical care, we request that the PET/CT scans requested by the oral surgeon be approved and taken immediately, especially given his oral surgeon's assessment that his disease could be life-threatening. We further request that providers request an follow-up ENT consult on an urgent basis, and that Mr. ██████ be seen by Dr. Wang for follow-up as soon as the PET/CT scans are taken. We also request that the biopsy specimens and outside imaging requested by Dr. Wang be provided to the specialist without further delay.

Thank you for your prompt attention to this matter.

Sincerely,

*Gabriela Pelsinger*

Gabriela Pelsinger
Litigation Assistant

*Kendrick*

Corene Kendrick
Staff Attorney

cc:   Mr. ██████