1 | Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: mlieberman@acluaz.org
    mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF DONALD SPECTER** |

I, Donald Specter, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am the Executive Director of the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I am counsel of record in *Plata v. Newsom*, N.D. Cal. No. 4:01-cv-01351-JST, ("*Plata*"), a class action case against the California Department of Corrections and Rehabilitation ("CDCR") challenging the adequacy of medical care provided to people in CDCR prisons. I also am counsel of record in *Coleman v. Newsom*, E.D. Cal. No. 2:90-cv-00520 KJM-DB, ("*Coleman*"), a separate class action case against CDCR regarding mental health care in the state's prisons.

3. In California, which has 35 prisons and incarcerates about 120,000 people, the medical care system has been operating under a Receivership for more than a decade. *Plata v. Schwarzenegger*, No. C01-1351-TEH, 2005 WL 2932253 at *1 (N.D. Cal. Oct. 3, 2005). The Receivership was imposed in order to break through all the bureaucratic and fiscal barriers that had made compliance with constitutional standards extremely difficult to achieve. Because of the complexity of providing healthcare in a correctional setting, the severe overcrowding in the California prison system, and the prison system's sheer size, critical improvements in medical care were slower than anticipated, but are steadily improving, and are improving more rapidly in recent years after CDCR finally addressed the overcrowding in the prison system.

4. At the present time, the medical care operations in 19 out of the State's 35 prisons have been delegated back to state officials and are no longer controlled by the Receiver. *Plata*, Doc. 3157, filed 10/01/19, at 7 (attached as **Exhibit 1**). In contrast, in *Coleman*, CDCR is attempting to improve the delivery of mental health services under the monitoring of a Special Master, but improvements in mental health care have been much slower.

5.     The Receiver reported that under his direction there had been significant improvements in the structure and processes related to the California state prison medical delivery system, and the health outcomes for patients. *Plata*, Doc. 2840-1, filed 3/10/15, at 6 (attached as **Exhibit 2**). This includes a "significant reduction in the number of likely preventable deaths." *Id*. at 62-63 (reporting 32% reduction in preventable and possibly preventable deaths since inception of Receivership). The Receiver also reported "a complete transformation" of and "a quantum improvement in the quality of . . . medical providers" since taking over the delivery of medical services. *Id*. at 50.

6.     The Receiver continues to report improvements related to medical care, including implementation of a new electronic health records systems and a new integrated substance use disorder treatment program. Exhibit 1 at 7-8. The Receiver has initiated a comprehensive Hepatitis C treatment program, which resulted in more than 7,600 patients receiving treatment in FY 2019, and continues with more than 900 new patients on average receiving such medication each month. *Plata*, Doc. 3163, filed 10/29/19, at 14 (attached as **Exhibit 3**). In addition to substantive improvements in care, the Receiver has promoted transparency and accountability by creating a public dashboard to provide real-time information on a variety of metrics including the timeliness of patient care. *See* https://cchcs.ca.gov/wp-content/uploads/sites/60/QM/Public-Dashboard-2019-08.pdf.

7.     The Receivership has been so effective as compared to the usual processes of state government, that California officials recently stated in *Coleman* that they wanted the Receiver to take over certain facets of the mental health care system, that CDCR had been unable to improve on its own, and under the supervision of a Rule 53 Special Master. *Coleman*, Doc. 6257, filed 8/29/19, at 14 (attached as **Exhibit 4**); Doc. 6388, filed 11/13/19, at 5-6 (attached as **Exhibit 5**).

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 2, 2019, in Berkeley California.

                      s/ Donald Specter
                      Donald Specter

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene T. Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 4 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 5 | | Berkeley, California 94710 |
| | | Telephone: (510) 280-2621 |
| 6 | | Email:   dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 7 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 8 | | rlomio@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
afettig@aclu.org
echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   mlieberman@acluaz.org
mbrizgys@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:  rdalyrooney@azdisabilitylaw.org
           jrico@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
 Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf