Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: mlieberman@acluaz.org
       mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **MOTION TO SEAL** |

1 | Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under seal certain documents associated with Plaintiffs' Response to Court Order (Doc. 3416). Plaintiffs file this Motion because the documents make medical information identifiable to a given individual. [Doc. 454] Plaintiffs have redacted the names and ADC numbers of class members.

Specifically, Plaintiffs move to seal portions of Exhibits 1-6 of the Declaration of Corene Kendrick.

DATED: December 2, 2019         **PRISON LAW OFFICE**

By: s/ Corene T. Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
             afettig@aclu.org
             echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

| | |
|---|---|
| 1 | Martin Lieberman (Bar No. 007442) |
| | Molly Brizgys (Bar No. 029216) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email: mlieberman@acluaz.org |
| | mbrizgys@acluaz.org |
| 5 | |
| | Daniel C. Barr (Bar No. 010149) |
| 6 | Amelia M. Gerlicher (Bar No. 023966) |
| | John H. Gray (Bar No. 028107) |
| 7 | **PERKINS COIE LLP** |
| | 2901 N. Central Avenue, Suite 2000 |
| 8 | Phoenix, Arizona 85012 |
| | Telephone: (602) 351-8000 |
| 9 | Email: dbarr@perkinscoie.com |
| | agerlicher@perkinscoie.com |
| 10 | jhgray@perkinscoie.com |
| 11 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 17 | By: s/ Maya Abela |
| | Rose A. Daly-Rooney (Bar No. 015690) |
| 18 | J.J. Rico (Bar No. 021292) |
| | Maya Abela (Bar No. 027232) |
| 19 | 177 North Church Avenue, Suite 800 |
| | Tucson, Arizona 85701 |
| 20 | Telephone: (520) 327-9547 |
| | Email: rdalyrooney@azdisabilitylaw.org |
| 21 | jrico@azdisabilitylaw.org |
| | mabela@azdisabilitylaw.org |
| 22 | |
| | Asim Dietrich (Bar No. 027927) |
| 23 | 5025 East Washington St., Ste. 202 |
| | Phoenix, Arizona 85034 |
| 24 | Telephone: (602) 274-6287 |
| | Email: adietrich@azdisabilitylaw.com |
| 25 | *Attorneys for Arizona Center for Disability Law* |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-3-