**EXHIBIT 1**

**EXHIBIT 1**

# Elaine Percevecz

| | |
|---|---|
| **From:** | David Fathi <dfathi@aclu.org> |
| **Sent:** | Wednesday, November 6, 2019 3:30 PM |
| **To:** | KARTCHNER, TODD |
| **Cc:** | Don Specter; Corene Kendrick; Amy Fettig; Maya Abela; Rachel Love; Tim Bojanowski |
| **Subject:** | RE: Dr. Leonel Urdaneta |

Todd:

We intend to subpoena Dr. Urdaneta for a deposition.  We will let you know possible dates in the near future.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

**From:** KARTCHNER, TODD [mailto:TKARTCHNER@fclaw.com]
**Sent:** Monday, November 04, 2019 2:03 PM
**To:** David Fathi
**Cc:** Don Specter; Corene Kendrick; Amy Fettig; Maya Abela; Rachel Love (RLove@strucklove.com); Tim Bojanowski (TBojanowski@strucklove.com)
**Subject:** RE: Dr. Leonel Urdaneta

David:

We can agree to disagree on the application of *Lang*.  The only thing I'm concerned about is whether you intend to have communications with Dr. Urdaneta without my knowledge and outside my presence.  Please advise.

--Todd Kartchner


Todd S. Kartchner,  Director
T: 602.916.5461  |  F:  602.916.5661
tkartchner@fclaw.com

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Monday, November 4, 2019 11:33 AM
**To:** KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rachel Love (RLove@strucklove.com)

1

<RLove@strucklove.com>; Tim Bojanowski (TBojanowski@strucklove.com) <TBojanowski@strucklove.com>
**Subject:** RE: Dr. Leonel Urdaneta

Todd,

We have never said that we do not challenge Corizon's right to be present. We do not agree with your characterization of *Lang*, and you apparently concede that you have no other authority to support your position.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts


**From:** KARTCHNER, TODD [mailto:TKARTCHNER@fclaw.com]
**Sent:** Monday, November 04, 2019 12:50 PM
**To:** David Fathi
**Cc:** Don Specter; Corene Kendrick; Amy Fettig; Maya Abela; Rachel Love (RLove@strucklove.com); Tim Bojanowski (TBojanowski@strucklove.com)
**Subject:** RE: Dr. Leonel Urdaneta


David:

You have argued too many times to count that Corizon was ADC's agent, and we believe, and are prepared to argue, *Lang* should (and does) apply to ADC's circumstances as well. Moreover, if you're not challenging Corizon's right to be present, it seems like a wasted argument on your part. You're still in a position where *ex parte* communications are prohibited.

Again, let us know if you want to coordinate a meeting or deposition with Dr. Urdaneta. Please be advised we will seek immediate relief from the Court should we find you are engaging in *ex parte* communications with him.

Best,
Todd Kartchner


Todd S. Kartchner,  Director
T: 602.916.5461  |  F:  602.916.5661
tkartchner@fclaw.com

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Monday, November 4, 2019 10:21 AM
**To:** KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Rachel Love (RLove@strucklove.com) <RLove@strucklove.com>; Tim Bojanowski (TBojanowski@strucklove.com) <TBojanowski@strucklove.com>
**Subject:** RE: Dr. Leonel Urdaneta

2

Todd,

Thank you for your response.  Kindly provide authority for your position that ADC may object to Plaintiffs' counsel speaking with Dr. Urdaneta, who is not now, and to our knowledge has never been, an ADC employee.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

**From:** KARTCHNER, TODD [mailto:TKARTCHNER@fclaw.com]
**Sent:** Monday, November 04, 2019 11:45 AM
**To:** David Fathi
**Cc:** Don Specter; Corene Kendrick; Amy Fettig; Maya Abela; Rachel Love (RLove@strucklove.com); Tim Bojanowski (TBojanowski@strucklove.com)
**Subject:** RE: Dr. Leonel Urdaneta

David:

ADC and Corizon jointly object to communications with Dr. Urdaneta without having defense counsel present.  Pursuant to *Lang v. Superior Court*, 170 Ariz. 602 (1992), *ex parte* communications with former employees whose acts or omissions may be imputed to the former employer are prohibited.

You will need to coordinate a meeting, or, if you prefer, a deposition, with us, and again, defense counsel will need to be present for either option.

Let me know if you have any questions.
--Todd Kartchner


Todd S. Kartchner,  Director

**FENNEMORE CRAIG**

2394 East Camelback Road, Suite 600, Phoenix, AZ 85016-3429
T: 602.916.5461  |  F:  602.916.5661
tkartchner@fclaw.com   |   View Bio



**CONFIDENTIALITY NOTICE:** The information contained in this message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read it. Please immediately reply to the sender that you have received the message in error. Then delete it. Thank you.

3

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Thursday, October 31, 2019 11:02 AM
**To:** KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; David Fathi <dfathi@aclu.org>
**Subject:** Dr. Leonel Urdaneta

Dear Todd,

Dr. Leonel Urdaneta recently contacted us, requesting to speak with us about the provision of mental health care in the Arizona Department of Corrections.  As you may be aware, Dr. Urdaneta is no longer employed by Corizon.  Nevertheless, we are writing as a courtesy to let you know that we intend to speak with him.  If Corizon intends to assert any objection to our communication with Dr. Urdaneta, please let us know by the close of business on Monday, November 4.

Thanks very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

4