**EXHIBIT 2**

**EXHIBIT 2**

# Elaine Percevecz

| | |
|---|---|
| **From:** | David Fathi <dfathi@aclu.org> |
| **Sent:** | Monday, December 2, 2019 8:01 AM |
| **To:** | Ashlee Hesman |
| **Cc:** | Corene Kendrick (ckendrick@prisonlaw.com); Amy Fettig; Don Specter (dspecter@prisonlaw.com); Jessica Carns; Curtis Harris; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love; KARTCHNER, TODD |
| **Subject:** | RE: Parsons-Urdaneta Deposition |

Ashlee:

The question whether time spent on the deposition of Dr. Urdaneta will be included in Plaintiffs' next fee petition -- like the question whether your firm will bill the taxpayers of Arizona for time spent attempting to block that deposition -- is completely irrelevant to any issue before the Court.

Plaintiffs have been submitting fee petitions for one-year periods, from July 1 to June 30.  If this pattern continues, Plaintiffs' next fee petition will not be submitted until sometime after June 30, 2020.  Because Plaintiffs exercise billing judgment before submitting our fee petitions, we do not yet know whether time spent on Dr. Urdaneta's deposition will be included in our 2020 petition.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Sunday, December 01, 2019 7:35 PM
**To:** David Fathi
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com); Amy Fettig; Don Specter (dspecter@prisonlaw.com); Jessica Carns; Curtis Harris; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love; KARTCHNER, TODD
**Subject:** RE: Parsons-Urdaneta Deposition

David,

May we please have a response to the below question regarding fees associated with the Dr. Urdaneta deposition?

Thank you,

Ashlee

**From:** Ashlee Hesman
**Sent:** Tuesday, November 26, 2019 1:55 PM
**To:** 'David Fathi' <dfathi@aclu.org>

1

**Cc:** 'Corene Kendrick (ckendrick@prisonlaw.com)' <ckendrick@prisonlaw.com>; 'Amy Fettig' <afettig@aclu.org>; 'Don Specter (dspecter@prisonlaw.com)' <dspecter@prisonlaw.com>; 'Jessica Carns' <JCarns@aclu.org>; 'Curtis Harris' <Curtis.Harris@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; 'KARTCHNER, TODD' <TKARTCHNER@fclaw.com>
**Subject:** RE: Parsons-Urdaneta Deposition

David,

I write to follow up on our phone call from this morning. You requested that Defendants reconsider filing a motion to quash because you are confident the Court will allow Plaintiffs to depose Dr. Urdaneta. You have not yet, however, responded to the below request or otherwise provided legal authority to support your position. We suggested that the parties' time is better spent on reaching a resolution at mediation, rather than generating additional fees on a deposition which is not authorized by the Stipulation, especially where any information gleaned from it will be stale and irrelevant. You disagreed. In good faith, however, we discussed your proposal with our client. But, for the reasons I outline above and below, we will be moving to quash. Finally, will you please advise whether Plaintiffs' next fee application will include time spent on this deposition and/or SDT?

Ashlee

---

**From:** Ashlee Hesman
**Sent:** Wednesday, November 20, 2019 3:56 PM
**To:** 'David Fathi' <dfathi@aclu.org>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Jessica Carns <JCarns@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Subject:** RE: Parsons-Urdaneta Deposition

David,

Thank you for your quick response. We disagree with your position that Defendants agreed to the deposition or have somehow waived the ability to object. We have not. To confirm, you have no legal authority that allows Plaintiffs to take depositions and subpoena documents in this case? If not, we will be moving to quash.

Ashlee

---

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Wednesday, November 20, 2019 3:41 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Jessica Carns <JCarns@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Subject:** RE: Parsons-Urdaneta Deposition

Ashlee,

As you know, Defendants have repeatedly subpoenaed documents in the post-settlement phase of this litigation. *See, e.g.*, Doc. 2585-1 (Defendants' subpoena duces tecum to Onyx Healthcare LLC); Doc. 2565-1

(Defendants' subpoena duces tecum to Dr. Janice Watson).  As for the deposition of Dr. Urdaneta, Defendants have already agreed to it.  When Dr. Urdaneta contacted us, we gave notice to Todd Kartchner that we intended to speak with him.  On November 4, 2019, Mr. Kartchner responded on behalf of both ADC and Corizon:

"ADC and Corizon jointly object to communications with Dr. Urdaneta without having defense counsel present. … You will need to coordinate a meeting, or, if you prefer, a deposition, with us, and again, defense counsel will need to be present for either option."

See attached email exchange.  Although Rachel Love and Tim Bojanowski were copied on Mr. Kartchner's email, neither objected to his statement of ADC's position.

If you would like to discuss the scheduling of the deposition or specific items called for in the subpoena, we would be happy to do so.  But if your goal is to block the deposition of Dr. Urdaneta, I'm afraid we will be unable to reach agreement.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Tuesday, November 19, 2019 5:21 PM
**To:** David Fathi
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com); Amy Fettig; Don Specter (dspecter@prisonlaw.com); Jessica Carns; Curtis Harris; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love
**Subject:** Parsons-Urdaneta Deposition

David,

We are in receipt of Plaintiffs' subpoenas for documents and deposition testimony to Leonel Urdaneta.  Can you please provide us with the authority that allows Plaintiffs to take depositions and subpoena documents in this case?  We are hoping to resolve this without court intervention, but would appreciate a response by Friday to allow us adequate time to prepare and file a motion if necessary.

Thanks,

Ashlee


Ashlee B. Hesman
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1631 | ahesman@strucklove.com | STRUCKLOVE.COM

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

## Elaine Percevecz

| | |
|---|---|
| **From:** | David Fathi <dfathi@aclu.org> |
| **Sent:** | Monday, December 2, 2019 12:49 PM |
| **To:** | Ashlee Hesman |
| **Cc:** | Corene Kendrick (ckendrick@prisonlaw.com); Amy Fettig; Don Specter (dspecter@prisonlaw.com); Jessica Carns; Curtis Harris; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love; KARTCHNER, TODD |
| **Subject:** | RE: Parsons-Urdaneta Deposition |
| **Attachments:** | 19.11.04 Kartchner.pdf |

Ashlee,

Your recollection of our call last week is incorrect. I and other Plaintiffs' counsel have made travel arrangements for this deposition.

As we have previously pointed out, Defendants have already consented to this deposition. *See* attached November 4, 2019 email from Todd Kartchner ("ADC and Corizon jointly object to communications with Dr. Urdaneta without having defense counsel present. … You will need to coordinate a meeting or, if you prefer, a deposition, with us, and again, defense counsel will need to be present for either option"). In addition, Defendants lack standing to quash this deposition subpoena. *See, e.g., Thomas v. Marina Assocs.*, 202 F.R.D. 433, 434 (E.D. Pa. 2001) ("Generally speaking, a party does not have standing to quash a subpoena served on a third party").

As we have explained on multiple occasions, merely moving for a stay or other relief does not, without more, secure that relief for the moving party. If prior to December 10 the Court issues an order blocking or delaying Dr. Urdaneta's deposition, we will of course comply with that order. In the absence of such an order, the deposition will go forward on December 10 as noticed. Defendants are, of course, not obligated to attend.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Monday, December 02, 2019 2:10 PM
**To:** David Fathi
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com); Amy Fettig; Don Specter (dspecter@prisonlaw.com); Jessica Carns; Curtis Harris; Tim Bojanowski; Elaine Percevecz; Dan Struck; Rachel Love; KARTCHNER, TODD
**Subject:** RE: Parsons-Urdaneta Deposition

Thanks, David.  As you know, this week we will be moving to quash the deposition subpoena and stay any deposition pending the Court's ruling.  Since you advised us on the call last week that you were waiting to book travel until we confirmed that we would, in fact, be moving to quash, we assume you have not made travel arrangements.

---

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Monday, December 2, 2019 11:59 AM
**To:** Ashlee Hesman <ahesman@strucklove.com>
**Cc:** Corene Kendrick (ckendrick@prisonlaw.com) <ckendrick@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Don Specter (dspecter@prisonlaw.com) <dspecter@prisonlaw.com>; Jessica Carns <JCarns@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; KARTCHNER, TODD <TKARTCHNER@fclaw.com>
**Subject:** RE: Parsons-Urdaneta Deposition

Counsel:

Consistent with the subpoena duces tecum served upon him (Doc. 3417-1, attached hereto), Dr. Urdaneta today appeared at the Phoenix office of Perkins Coie and stated that he has no documents responsive to the subpoena.

Therefore, Plaintiffs will withdraw the subpoena duces tecum without prejudice to possibly re-issuing it after Dr. Urdaneta's deposition, if it emerges that there are responsive documents in his possession, custody, or control.

The deposition of Dr. Urdaneta will go forward on Tuesday, December 10 at 9:30 a.m. at the Phoenix office of Perkins Coie.  *See* Doc. 3417-2, attached hereto.

Thanks very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you

that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.