# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>　　　　　　　　　　　　　Plaintiffs,<br>v.<br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING DEFENDANTS' EMERGENCY MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR DEPOSITION TESTIMONY TO LEONEL URDANETA AND FOR PROTECTIVE ORDER (DKT. 3417-2)** |

The Court having reviewed Defendants' Emergency Motion to Quash Plaintiffs' Subpoena for Deposition Testimony to Leonel Urdaneta and for Protective Order (Dkt. 3417-2), and good cause appearing, hereby **GRANTS** the Motion.