# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court, having reviewed the Stipulation for Extension of Time to File Reply in Support of Defendants' Motion to Suspend Briefing on Plaintiffs' Motion for Attorneys' Fees and Costs [First Request] (Doc. 3428), and good cause appearing,

**IT IS ORDERED** the Stipulation for Extension of Time to File Reply (Doc. 3428) is **GRANTED**. Defendants shall file their Reply by **December 10, 2019**.

Dated this 4th day of December, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge