# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Motion to Seal (Doc. 3433) Exhibits 1-6 of the Declaration of Corene Kendrick, along with the proposed exhibits to be sealed lodged at Doc. 3434. Good cause appearing,

**IT IS ORDERED** the Motion to Seal (Doc. 3433) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of Court will file under seal Exhibits 1-6 to the Declaration of Corene Kendrick as lodged at Doc. 3434.

Dated this 4th day of December, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge