IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Defendants have moved to quash the subpoena issued to Leonel Urdaneta. (Doc. 3436). Because Urdaneta's deposition is scheduled for December 10, 2019, the Court will order expedited briefing.

Based on the documents the parties have already provided, it appears Urdaneta is willing to speak with Plaintiffs' counsel but Corizon's counsel believes it would be improper for such communications to occur without Corizon's counsel being present. (Doc. 3436-1 at 4-5). Plaintiffs' counsel apparently issued the subpoena to set a firm date on which they could speak with Urdaneta with Corizon's counsel present. It is not obvious, however, that a subpoena was necessary. Therefore, among any other arguments the parties wish to address, the response and reply must address whether the subpoena was necessary or if Plaintiffs can speak with Urdaneta, and have him produce documents, without issuing a subpoena.

Accordingly,

**IT IS ORDERED** Plaintiffs shall file their response to the Motion to Quash no later


than **5:00 p.m.** on **December 6, 2019**. Defendants shall file their reply no later than **noon** on **December 9, 2019**.

Dated this 4th day of December, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge