1  Molly Brizgys (Bar No. 029216)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: mbrizgys@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen
5  Swartz, Sonia Rodriguez, Christina Verduzco,
   Jackie Thomas, Jeremy Smith, Robert Gamez,*
6  *Maryanne Chisholm, Desiree Licci, Joseph
   Hefner, Joshua Polson, and Charlotte Wells, on*
7  *behalf of themselves and all others similarly
   situated*
8  [ADDITIONAL COUNSEL LISTED BELOW]

9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability
13 Law*

   [ADDITIONAL COUNSEL LISTED BELOW]
14

15                UNITED STATES DISTRICT COURT

16                     DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **DECLARATION OF DAVID C. FATHI** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL146554214.1

I, David C. Fathi, declare:

1. I am an attorney licensed to practice before the courts of the State of Washington and admitted to this Court *pro hac vice*. I am Director of the ACLU National Prison Project and co-lead counsel for the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** is an email sent to me by Leonel Urdaneta, M.D., on October 27, 2019.

3. Attached hereto as **Exhibit 2** is an email sent by me to attorney Todd Kartchner of Fennemore Craig on October 31, 2019; Mr. Kartchner's response to me on November 4, 2019; and several subsequent emails between Mr. Kartchner and me. Although attorneys Tim Bojanowski and Rachel Love of Struck Love Bojanowski & Acedo were copied on Mr. Kartchner's November 4 email and all subsequent emails in the chain, they never expressed any disagreement with Mr. Kartchner's statement that the Arizona Department of Corrections objects to ex parte contact between Plaintiffs' counsel and Dr. Urdaneta, or objected to Mr. Kartchner's offer that Plaintiffs' counsel could depose Dr. Urdaneta.

4. Attached hereto as **Exhibit 3** is a series of emails between Defendants' counsel Ashlee Hesman and me sent between November 19 and December 2, 2019.

5. Attached hereto as **Exhibit 4** is a November 27, 2019 letter from Ms. Hesman to me.

6. Attached hereto as **Exhibit 5** is the cover page of the brief filed on behalf of Defendants in *Parsons v. Ryan*, Ninth Circuit No. 18-16358, Dkt. 36, by Mr. Kartchner and other attorneys at Fennemore Craig.

7. Attached hereto as **Exhibit 6** is a November 27, 2019 letter from Mr. Kartchner to me.

8. Dr. Urdaneta was personally served with a deposition subpoena and subpoena duces tecum (Doc. 3417-1, 3417-2) on November 18, 2019.

LEGAL146554214.1

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed this 6th day of December, 2019, at Washington, D.C.

                                                      s/ David C. Fathi
                                                      David C. Fathi

**ADDITIONAL COUNSEL:**         David C. Fathi (Wash. 24893)*
                                              Amy Fettig (D.C. 484883)**
                                              Eunice Hyunhye Cho (Wash. 53711)*
                                              **ACLU NATIONAL PRISON PROJECT**
                                              915 15th Street N.W., 7th Floor
                                              Washington, D.C. 20005
                                              Telephone: (202) 548-6603
                                              Email:   dfathi@aclu.org
                                                            afettig@aclu.org
                                                            echo@aclu.org

                                              *Admitted *pro hac vice*. Not admitted in DC;
                                               practice limited to federal courts.
                                              **Admitted *pro hac vice*

                                              Donald Specter (Cal. 83925)*
                                              Alison Hardy (Cal. 135966)*
                                              Sara Norman (Cal. 189536)*
                                              Corene T. Kendrick (Cal. 226642)*
                                              Rita K. Lomio (Cal. 254501)*
                                              **PRISON LAW OFFICE**
                                              1917 Fifth Street
                                              Berkeley, California 94710
                                              Telephone: (510) 280-2621
                                              Email:   dspecter@prisonlaw.com
                                                            ahardy@prisonlaw.com
                                                            snorman@prisonlaw.com
                                                            ckendrick@prisonlaw.com
                                                            rlomio@prisonlaw.com

                                              *Admitted *pro hac vice*

                                              Molly Brizgys (Bar No. 029216)
                                              **ACLU FOUNDATION OF ARIZONA**
                                              3707 North 7th Street, Suite 235
                                              Phoenix, Arizona 85013
                                              Telephone: (602) 650-1854
                                              Email:   mbrizgys@acluaz.org

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 5 | Email: dbarr@perkinscoie.com |
|   |        agerlicher@perkinscoie.com |
| 6 |        jhgray@perkinscoie.com |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

LEGAL146554214.1

-4-