1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
5  Fax:  (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

9
                    **UNITED STATES DISTRICT COURT**
10
                        **DISTRICT OF ARIZONA**
11

12  Victor Parsons, *et al.*, on behalf of themselves         NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
    Center for Disability Law,
13                                        Plaintiffs,         **STIPULATED MOTION TO**
                                                              **EXTEND DEADLINE TO FILE**
14          v.                                                **REPLY IN SUPPORT OF**
                                                              **DEFENDANTS' MOTION TO STAY**
15  Charles Ryan, Director, Arizona Department                **SECOND ATTORNEYS' FEES**
    of Corrections; and Richard Pratt, Interim                **ORDER AND JUDGMENT**
    Division Director, Division of Health Services,           **(First Request)**
16  Arizona Department of Corrections, in their
    official capacities,
17                                        Defendants.

18

19

20          Defendants' Reply in Support of their Motion to Stay Second Attorneys' Fees Order

21  and Judgment (Dkt. 3245) is currently due on December 9, 2019.[1]  The parties have

22  stipulated to extend that deadline to December 12, 2019, to allow Defendants adequate time

23  to prepare the Reply as well as other matters due before the Court.  Accordingly, they

24  request the Court to grant their request to extend the Reply deadline.  A proposed order is

25  attached.

26

27          [1] The Court previously granted the parties' Stipulated Motion (Dkt. 3419) to extend
28  Plaintiffs' Response deadline from November 22, 2019, to December 2, 2019 (Dkt. 3422).

1      DATED this 9th day of December, 2019.

2                       STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                    By /s/Nicholas D. Acedo

5                       Daniel P. Struck
                         Rachel Love

6                       Timothy J. Bojanowski
                       Nicholas D. Acedo

7                       3100 West Ray Road, Suite 300
                       Chandler, Arizona 85226

8                       *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Molly Brizgys: | mbrizgys@acluaz.org |
| Eunice Cho | ECho@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Nicholas D. Acedo