# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Reply in Support of Defendants' Motion to Stay Second Attorneys' Fees Order and Judgment (Doc. 3445), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion (Doc. 3445) is **GRANTED**. Defendants' Reply is now due on or before **December 12, 2019**.

Dated this 9th day of December, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge