Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Max
P.O. Box 3400, Buckeye, Ariz. 85326

| | |
|---|---|
| Robert C. Gamez, et al., Plaintiff | CASE NO. 17-CV-2044-JJT-ESW |
| V. | ("Gamez's") Motion to Consolidate Parsons V. Ryan et al. with the Present Case Fed.R.Civ.P 42 (A) And LRCIV 42.1 |
| UNITED STATES OF AMERICA, et al. Defendants | |

COMES NOW, Plaintiff Gamez, pro per, hereby submits his Motion to Consolidate his Case with Parsons v. Ryan 12-CV-0601 PHX ROS for the following Reasons:

Federal Rules of Civil Procedure 42-(A)(1)(2)(3), Provides as follows:

(A) if Actions before the Court involve a Common Question of Law or Fact, the Court May:

(1) Join for hearing or trial any or all matters at issue in the Actions;

·Page 1

(2) Consolidate the actions; or

(3) Issue any other orders to avoid unnecessary cost or delay.

Additionally, the local rule of Civil Procedure rule 42.(A) Provides as follows:

    A) Related Cases. Whenever two or more cases are pending before different judges, a party may file a motion to transfer the case to a single judge on the ground that the cases;

    (1) Arise from substantially the same event;

    (2) Involve substantially the same parties;

    (3) Involve the same patent, trademark or copyright;

    (4) Call for determination of substantially the same questions of law; or

    (5) For any other reason that would entail substantial duplication of labor if heard by different judges.

("Gamez") submits the following in support of consolidation:

During the term of ("Corizons") contract with ("ADC") the Parsons Court Appoint Dr. Marc Stern [an independent expert] to investigate. Pg 2

the Noncompliance with Critical Aspects of health care delivery in (ADC), which he found "Insufficient Qualified Staff" to be a key aspect in the U.S. Constitutional Violations, and the Applicable Standard of Care/Parsons Performance Measures. (Count Two and Three: defendants' breached its duty of care contract for failing to comply with the Applicable Standard of Care and Parsons Performance Measures relevant to (Gamez') Individual Claims described herein, the facts are consistent with substantive matters that have been considered in Parsons.

The facts in each case arise from substantially the same events, substandard Medical practices procedures and policies, Expert reports, same Questions of law and fact, and will require substantial Duplication of labor if heard by different Judges, which could also lead to inconsistent or varying adjudications or incompatible standards.

(Gamez') request that this court consolidate (Parsons) with the present case.

Respectfully submitted this 9 day of Dec, 19

Under penalty of perjury

MR. Eduardo Castillo Gamez # 131401
ASPC-Lewis·Rast Max
P.O. Box 3600·Buckeye, AZ
85326