# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Defendants seek reconsideration of the Court's May 30, 2019 Order to the extent that they request the Court remove the statement that Defendants' objections to the Court's proposed appointment of Dr. Bart Abplanalp as a supplemental expert in this matter raised questions about their candor to the Court. The Court will deny the motion for reconsideration. If Defendants wish to renew the motion for reconsideration, they may do so within ten days. Before renewing their motion, however, Defendants should keep the following in mind.

If the Court wished to grant the motion for reconsideration, Plaintiffs would be given the opportunity to respond and Defendants would be allowed to file a reply. *See* Local Rule 7.2(g)(2) (no motion for reconsideration can be granted without calling for response). Consequently, a renewed motion would require the parties devote significant time and effort to this issue. In addition, the Court's initial observation was meant to express displeasure with Defendants' previous briefing without allowing the issue to bloom into something that would require additional proceedings. If Defendants wish to renew

1  their motion, therefore, the Court might elaborate on the reasons for the original finding
2  and will determine whether sanctions should be imposed because Defendants will have
3  engaged in a needless consumption of time. *See* Fed. R. Civ. P. 1 (stating rules "should be
4  construed, administered, and employed by the court and the parties to secure the just,
5  speedy, and inexpensive determination of every action").  That said, it is Defendants'
6  choice how they wish to proceed. Such a renewed motion must be no more than five pages
7  explaining why reconsideration is nonetheless appropriate and further why sanctions
8  should not be imposed.

9      **IT IS ORDERED** Defendants' Motion for Reconsideration (Doc. 3281) is
10 **DENIED**.

11     **IT IS FURTHER ORDERED** that Defendants may file a renewed motion for
12 reconsideration within ten days as discussed herein.

13     Dated this 9th day of December, 2019.

                        Honorable Roslyn O. Silver
                        Senior United States District Judge