**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court learned that, based in part on Dr. Stern's expert report, an Arizona state representative introduced a bill to repeal the privatization of prisoner healthcare. Dr. Stern apparently had a conversation with the representative regarding the bill's proposed language. Dr. Stern sought guidance from the Court whether he could continue to speak with the representative on this topic.

Because Dr. Stern's testimony might still be needed in these proceedings, he is to avoid communications with third parties regarding his work in this case. The Court will inform Dr. Stern as soon as possible after the parties' settlement conference on January 10, 2020, whether additional services will be needed or if he is free to communicate with third parties.

**IT IS SO ORDERED**.

Dated this 11th day of December, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge