# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

Robert Carrasco Gamez, Jr., is pursuing an individual civil rights case before a different judge. CV-17-2044-PHX-JJT. Gamez requests the Court consolidate that individual case with the present class-action case. There is no legal basis for doing so.

Accordingly,

**IT IS ORDERED** the Motion to Consolidate (Doc. 3448) is **DENIED**.

Dated this 13th day of December, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge

cc: Robert Carrasco Gamez, Jr., email: lewis_rast_scanner@azcorrections.gov