Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
*Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
*Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
*Desiree Licci, Joseph Hefner, Joshua Polson, and*
*Charlotte Wells, on behalf of themselves and all others*
*similarly situated*

**[ADDITIONAL COUNSEL LISTED ON**
**SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON**
**SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| | **PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE TO COURT ORDER (DKT. 3416)** [Doc. 3435] |
| Plaintiffs, | |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL146640907.1

1    The Court has given Defendants multiple opportunities to articulate what powers
2    the Court has to enforce the Stipulation.  [Docs. 3385, 3416]  Yet again Defendants ignore
3    the Court's order to do so, and brazenly continue to insist that the Stipulation they signed
4    (ostensibly in good faith) is unenforceable beyond state law contract remedies.
5    [Doc. 3435 at 1-2][1]  Defendants' brief does not even acknowledge the Ninth Circuit's
6    holding that this Court can rely upon "all remedies provided by law" subject to
7    Paragraph 36's two exceptions and, even with those two exceptions, the Court has the
8    power to "order[] Defendants to develop and implement a plan to increase staff in
9    general."  *Parsons v. Ryan*, 912 F.3d 486, 497-98 (9th Cir. 2018), *cert denied sub nom.*
10   *Ryan v. Jensen*, 589 U.S. __ (Oct. 7, 2019).

11   Defendants' obstinate refusal to acknowledge this binding authority "raise[s]
12   concerns about Defendants' candor to the Court."  [Doc. 3269 at 1-2]  Defense counsel's
13   and Defendants' obligation to acknowledge (and obey) the Ninth Circuit's *Parsons*
14   holding is not diminished simply because they disagree with it.  *See* Ariz. R. of Prof.
15   Responsibility, E.R. 3.3(a)(1), ("[a] lawyer shall not knowingly [. . .] make a false
16   statement of fact or law to a tribunal") and *id.*, comment 4 ("Legal argument based on a
17   knowingly false representation of law constitutes dishonesty toward the tribunal"); *see*
18   *also Southern Pacific Transp. Co. v. Public Utilities Comm'n of Calif.*, 716 F.2d 1285,
19   1291 (9th Cir. 1984) (noting that a law firm that represented an unsuccessful party in a
20   directly relevant adverse precedent failed to cite it); *Caron v. Charles E. Maxwell, P.C.*,
21   48 F. Supp. 2d 932, 935 (D. Ariz. 1999) (finding that counsel who "failed to identify the
22   binding Ninth Circuit law in their motion . . . has come perilously close to a violation of
23   ethical rules" but because the attorney accepted responsibility and apologized, "the Court
24   will not report such conduct to the state bar").[2]

---

26   [1] For at least the third time, Defendants cite part of a draft of Dr. Stern's report that
     was not included in the final report he submitted to the Court.  [*See* Doc. 3435 at 4 (citing
27   Doc. 3382-1)]  Defendants' filing of this material was improper, and the Court indicated
     that it will not consider it.  [*See* Doc. 3385 at 3 n. 2]
28   [2] Federal Rule of Civil Procedure 11(c)(3) provides the Court with the authority to
     issue an order to show cause why sanctions should not be imposed.  Sanctions are justified

Plaintiffs' December 2, 2019 brief plainly set out the powers of a federal court, and the enforcement options available to this Court.  [Doc. 3430; *see also* Doc. 3402]  The time for waiting has passed.  People are dying.[3]  The 34,000 people in the state's prisons have suffered long enough, as Defendants continue to pour their efforts into repudiating the Stipulation rather than living up to the promises they made in October 2014 to provide constitutionally adequate health care and conditions of confinement in isolation units. Plaintiffs urge the Court to take action to prevent ongoing harms to class members, and to exercise the powers at its disposal without further delay.  Plaintiffs also request that the Court schedule a status hearing to occur as soon as practicable.

DATED:  December 16, 2019            **PRISON LAW OFFICE**

By:   s/ Corene T. Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

---

when a filing presents "claims, defenses, and other legal contentions . . . [not] warranted by existing law. . . ."  Fed. R. Civ. Proc. 11(b)(2).  "Frivolous filings are those that are both baseless and made without a reasonable and competent inquiry."  *Estate of Blue v. Cty. of L.A.*, 120 F.3d 982, 985 (9th Cir. 1997) (quotation marks omitted).

"One of the fundamental purposes of Rule 11 is to 'reduce frivolous claims, defenses or motions and to deter costly meritless maneuvers, . . . [thereby] avoid[ing] delay and unnecessary expense in litigation.'"  *Christian v. Mattel, Inc.*, 286 F.3d 1118, 1127 (9th Cir. 2002), quoting *Golden Eagle Distrib. Corp. v. Burroughs Corp.*, 801 F.2d 1531, 1536 (9th Cir. 1986).  "Rule 11 imposes a duty on attorneys to certify by their signature that (1) they have read the pleadings or the motions they file and (2) the pleading or motion is 'well-grounded in fact,' has a colorable basis in law, and is not filed for an improper purpose."  *Security Farms v. Int'l Broth. of Teamsters*, 124 F.3d 999, 1016 (9th Cir. 1997), citing Fed. R. Civ. P. 11.  "Counsel, of course, may not avoid 'the sting of Rule 11 sanctions by operating under the guise of a pure heart and empty head.'"  *Id.*, quoting *Smith v. Ricks*, 31 F.3d 1478, 1488 (9th Cir. 1994).

[3]  [*See, e.g.*, Doc. 3379 at 75, 116-18, 125-26, 132, 133-35; *see also* Doc. 3404-1 at 3-5, 9-13; Doc. 2091 ¶ 6]

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
            afettig@aclu.org
            echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC;
 practice limited to federal courts.
**Admitted *pro hac vice*

Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   mbrizgys@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen
Swartz; Sonia Rodriguez; Christina Verduzco;
Jackie Thomas; Jeremy Smith; Robert Gamez;
Maryanne Chisholm; Desiree Licci; Joseph
Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly
situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
            mabela@azdisabilitylaw.org

1

2

3

4

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
 Email:   adietrich@azdisabilitylaw.com

5

*Attorneys for Arizona Center for Disability Law*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on December 16, 2019, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                                   Michael E. Gottfried
                                      Lucy M. Rand
7                          Assistant Arizona Attorneys General
                               Michael.Gottfried@azag.gov
8                                 Lucy.Rand@azag.gov

9                                   Daniel P. Struck
                                      Rachel Love
10                               Timothy J. Bojanowski
                                   Nicholas D. Acedo
11                                 Ashlee B. Hesman
                                      Jacob B. Lee
12                                  Timothy M. Ray
                                   Richard M. Valenti
13                     STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                dstruck@strucklove.com
14                               rlove@strucklove.com
                              tbojanowski@strucklove.com
15                              nacedo@strucklove.com
                               ahesman@strucklove.com
16                                jlee@strucklove.com
                                  tray@strucklove.com
17                              rvalenti@strucklove.com

18                               *Attorneys for Defendants*

19

20                                              s/ D. Freouf

21

22

23

24

25

26

27

28