IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

David Anthony Rhone
petitioner

v.

David Shinn
respondent

CASE NO.
CV 2012-00601

WRIT OF INJUNCTION UNDER 28 U.S.C. §2283 AGAINST DAVID SHINN/ADC and Centurian

I, David Rhone, the plaintiff in CV19-05806-PHX-DWL-DMF, and a protect class member of Parsons v. Shinn CV2012-00601 moves this court to protect David Rhone's liberty of recieving and choosing medical care. As documented by Prison Law Office, ADC (David Shinn) and Centurian are in multiple violations of David Rhone's substantive rights, which in fact is causing his health to deteriate. This courts power to stop this inaction of ADC and Centurian will prevent permeanent injury to the protected class member by allowing him to be released to society to receive proper medical treatment and to enjoy the right to choose his medical options for care. Prision Law notates that Centurian is in violation of Performance Measure 37, with a compliance score of 16% because of low staffing. It appears that there is not a resolution available for David Rhone to stop his injury that ADC/Centurian is liable for, as low staffing is not a legal reason or an authority to allow this treatment happen to a human person when there are remedies to release Mr. Rhone while his Habeus is Pending. If this happened in society, the provider would lose their medical license. What is the meaning of this treatment from Arizona Department of Corrations.

1



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

December 9, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Shinn*, 2:12-CV-00601
      Class Member in Need of Medical Care
      David Rhone, ADC 245225, Eyman - Cook

Dear Mr. Bojanowski:

This is our fourth letter to you regarding David Rhone, a class member who remains in need of medical attention. We last wrote to you regarding Mr. Rhone on November 15, 2019.

Mr. Rhone has documented gastroenterological symptoms, for which he is under the care of a specialist. In our November 15 and October 1, 2019, letters to you regarding Mr. Rhone, we noted delays in the administration of medication ordered by the provider. It appears that Mr. Rhone still has not received Miralax as prescribed, as seen below and in violation of Performance Measure 11.

```
Ordered Date:        09/24/2019                    Ordered Time:         11:45:58
Order Number:        2101236                       Rx Number:            17447873
Ordering Practitioner*: Thomas, Siji, NP           Order Sequence Number: 01
Encounter Location:  ASPC-E COOK UNIT [A14]        Staff:                Thomas, Siji, NP
Encounter Type:      Provider - Follow Up Care                           [View Condensed Version]

Prescription
Diagnosis Code*:  Constipation, unspecified [K59.00]
                  ○ Formulary   ● Non-Formulary
Drug Type:        DIAM1309 [DIAM1309]
    National HIE Code(s)
    RxNorm: 876193 - POLYETHYLENE GLYCOL 3350 142 MG/ML Oral Solution;

Effective Date:    09/24/2019
Generic Acceptable: ☑
Profile Only:      ☐
Dosage*:           17gm                             Dosage Form:  Pow
Strength*:
Frequency*:        QD-EVERY DAY
for*:              90  days (Total duration)
```

Board of Directors
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

2

**Order Information**

| | | |
|---|---|---|
| Pharmacy Indicated # Refills: 99 | # Refills Issued: 1 | |
| Received Fm Pharmacy: 11/12/2019 | | |
| Status*: Received from Pharmacy | As of Date*: 11/12/2019 | Status History |

**Pharmacy Medication Substitution**

Name= Same As Above

**Comments**

recommended by GI

**Medication Administration Record**

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|---|---|---|---|---|---|
| | | | No Rows Found | | |

**Medication Receipt History (1 - 2 of 2)**

| Receipt Date/Time | Dispensed Qty | Received By | Status | Status Date | Substitution |
|---|---|---|---|---|---|
| 11/12/2019 / 16:18:54 | 476.00 | Wilson, Marina M | Received from Pharmacy | 11/12/2019 | No substitute was dispensed. |
| 09/26/2019 / 13:00:33 | 476.00 | Wilson, Marina M | Received from Pharmacy | 09/26/2019 | No substitute was dispensed. |

It also appears that the stool occult labs still have not been drawn, as seen below and in violation of Performance Measure 45.

**Lab Test Orders/Procedures (1 - 20 of 40)**

| Ordered Date | Specimen Date | Results Date | Encounter Type | Lab Test Type | National HIE Code(s) | Lab Test Status | Test Result | Value | Recurring Frequency |
|---|---|---|---|---|---|---|---|---|---|
| 12/01/2019 | | | Provider - Recurring Lab Test | STOOL OCCULT BLOOD (1-3) | | Ordered | | | 10 days |
| 11/21/2019 | | | Provider - Recurring Lab Test | STOOL OCCULT BLOOD (1-3) | | Ordered | | | 10 days |
| 11/11/2019 | | | Provider - Recurring Lab Test | STOOL OCCULT BLOOD (1-3) | | Ordered | | | 10 days |
| 11/01/2019 | | | Provider - Recurring Lab Test | STOOL OCCULT BLOOD (1-3) | | Ordered | | | 10 days |
| 10/22/2019 | | | Provider - Recurring Lab Test | STOOL OCCULT BLOOD (1-3) | | Cancelled | | | 10 days |
| 10/12/2019 | | | Provider - Recurring Lab Test | STOOL OCCULT BLOOD (1-3) | | Cancelled | | | 10 days |
| 10/02/2019 | | | Provider - Recurring Lab Test | STOOL OCCULT BLOOD (1-3) | | Cancelled | | | 10 days |

In addition, November 15, 2019, Mr. Rhone submitted a Health Needs Request (HNR) asking for physical therapy, noting that the provider suggested he stop using the TENS unit. The response states, "PL – requesting PT." On November 19, 2019, Mr. Rhone submitted another HNR requesting that a certain medication be discontinued because it caused headaches and nausea. The November 26, 2019, response states, "scheduled with provider." According to the Health Service Request (HSR) tab in the electronic medical record, on November 26, 2019, Mr. Rhone submitted another HNR asking that the medication be discontinued. The reviewer comment states, "chart note sent to provider for review." There is no indication that the provider has reviewed the request and there is no HNR scanned to the record, in violation of Performance Measure 5. The HSR tab in the electronic medical record also indicates that on December 5, 2019, Mr. Rhone submitted an

Mr. Timothy Bojanowski<br>
Re: David Rhone, ADC 245225<br>
December 9, 2019<br>
Page 3

HNR asking for a back brace, MRIs, hernia surgery, and diagnostic test results. Mr. Rhone has not seen medical staff since November 13, 2019, as seen below, and it appears that he is scheduled to see the provider about the most recent request in mid-December, constituting three violations of Performance Measure 37. We note that the most recent compliance score at Eyman for Performance Measure 37 is 16%, because of "[l]ow staffing." Doc. 3421-1 at 114, 120.

**Health Services Encounters (1 - 20 of 158)**

| Date | Time | Category | Type | Embedded Form | Staff | Location |
|---|---|---|---|---|---|---|
| 12/04/2019 | 15:17 | Mental Health | MH - Provider - Medication Renewal | | Sulley, Adiza | ASPC-E COOK UNIT |
| 12/04/2019 | 15:16 | Mental Health | MH - Provider - Medication Renewal | | Sulley, Adiza | ASPC-E COOK UNIT |
| 12/04/2019 | 07:51 | Mental Health | MH - Psychiatrist - Scheduled | Psychiatry Progress Note | Sulley, Adiza | ASPC-E COOK UNIT |
| 12/01/2019 | 00:06 | Medical Provider | Provider - Recurring Lab Test | | Racowsky, Bellene | ASPC-E COOK UNIT |
| 11/24/2019 | 22:22 | Nursing | Nurse - Return From Offsite | Return from Off-Site | Lampshire, Cari | ASPC-E COOK UNIT |
| 11/23/2019 | 14:25 | Nursing | Nurse - Return From Offsite | Return from Off-Site | Lampshire, Cari | ASPC-E COOK UNIT |
| 11/21/2019 | 00:05 | Medical Provider | Provider - Recurring Lab Test | | Racowsky, Bellene | ASPC-E COOK UNIT |
| 11/16/2019 | 14:29 | Nursing | Nurse - Chart Note | | Whitworth, Veronica | ASPC-E COOK UNIT |
| 11/13/2019 | 08:50 | Medical Provider | Provider - Follow Up Care | | Thomas, Siji | ASPC-E COOK UNIT |

***

We reiterate our requests that Mr. Rhone receive all medications and lab tests as ordered. We request that Mr. Rhone see a provider regarding his symptoms to develop a treatment plan without further delay. Thank you for your prompt attention to this matter.

Sincerely,

*/s/ Amber Norris*

Amber Norris
Investigator

*/s/ Thomas Nosewicz*

Thomas Nosewicz
Staff Attorney

cc:   Mr. Rhone