1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **[PROPOSED] ORDER**
10  Hefner; Joshua Polson; and Charlotte Wells, on         **GRANTING MOTION TO**
    behalf of themselves and all others similarly          **MODIFY STIPULATION**
11  situated; and Arizona Center for Disability Law,

12                    Plaintiffs,

13

14  David Shinn, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
15  Division of Health Services Contract Monitoring
    Bureau, Arizona Department of Corrections, in their
16  official capacities,

17                    Defendants.

18

19        This Court, having reviewed Plaintiffs' Motion to Modify Stipulation Under

20  Federal Rule of Civil Procedure 60(b)(5), and good cause met, hereby grants the motion.

21        **IT IS SO ORDERED** that Paragraph 44 of the Stipulation is modified to replace

22  the first three sentences (lines 9-15) with, "Plaintiffs' counsel shall be compensated for

23  work reasonably performed or costs incurred to monitor the relief set forth in this

24  Stipulation."

25

26

27

28

LEGAL146719430.1