Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY STIPULATION** |

LEGAL146719499.1

I, Donald Specter, declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted to this Court *pro hac vice*. I am the Executive Director of the Prison Law Office and, along with co-counsel, represent the plaintiff class in this matter. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge. I offer this declaration in support of Plaintiffs' Motion to Modify Stipulation Under Federal Rule of Civil Procedure 60(b)(5).

**Monitoring Activities**

2. As part of our responsibilities to monitor Defendants' compliance with the Stipulation, class counsel write advocacy letters to Defendants about individual failures to provide the health care required in the Stipulation. The basis for these advocacy letters is information that we receive directly from class members, their friends and family, or their attorneys, which is then cross-referenced with class members' medical records. As of December 20, 2019, my office had sent 665 advocacy letters in 2019. In 2018, we sent 280; in 2017, 142; in 2016, 188; and in 2015, 124.

3. Another part of class counsels' responsibilities in monitoring Defendants' compliance with the Stipulation is conducting tours of prisons covered by the Stipulation. Since June of 2015, we have completed 32 tours of Defendants' prisons, including one tour of Douglas, seven tours of Eyman, three tours of Florence, five tours of Lewis, five tours of Perryville, three tours of Phoenix, four tours of Tucson, one tour of Winslow, and three tours of Yuma.

**Monitoring Hours and Expenses**

4. I have reviewed billing records for monitoring the Stipulation from my office as well as billing records for co-counsel in this case who performed significant monitoring work since October 2014 on behalf of the plaintiff class, the ACLU National Prison Project, and Eidenbach Law, PC. The Prison Law Office and the ACLU National Prison Project are both not-for-profit 501(c)(3) organizations; Ms. Eidenbach was a solo practitioner in Tucson contracted with the Prison Law Office.

5. The Prison Law Office's hours and expenses for monitoring activity are as follows:

| Year | Hours | Expenses |
|---|---|---|
| 2015 | 1,360 | $18,900 |
| 2016 | 900 | $14,500 |
| 2017 | 1,200 | $18,300 |
| 2018 | 1,840 | $23,900 |
| 2019 (to December 15, 2019) | 2,769 | $30,898 |

6. The ACLU National Prison Project's hours and expenses for monitoring activity are as follows:

| Year | Hours | Expenses |
|---|---|---|
| 2015 | 640 | $15,600 |
| 2016 | 490 | $15,200 |
| 2017 | 630 | $14,500 |
| 2018 | 610 | $18,000 |
| 2019 (to December 15, 2019) | 1,275 | $32,500 |

7. Ms. Eidenbach's hours spent on monitoring activity are as follows:

| Year | Hours |
|---|---|
| 2015 | 159.2 |
| 2016 | 325.2 |
| 2017 | 239.9 |
| 2018 | 325 |

8. Accordingly, using the current PLRA rate of $223.50 an hour, class counsel have spent a total of $3,158,700 in monitoring fees and expenses during the life of the Stipulation. However, because of the cap on monitoring fees and expenses, we have been reimbursed for only $1,217,124 of that amount, less than 40% of the amount actually incurred.

**Correspondence with Defendants**

9. Defendants frequently dispute individual billing entries and other expenses in our quarterly submission of monitoring fees. True and correct copies of three examples of those disputes are attached here:

- Exhibit 1 is a true and correct copy of a letter from Assistant Attorney General Lucy M. Rand dated January 18, 2018.

- Exhibit 2 is a true and correct copy of a letter from Rachel Love dated December 19, 2018.

- Exhibit 3 is a true and correct copy of a letter from Daniel P. Struck dated July 5, 2019.

10. On July 9, 2019, I contacted Daniel P. Struck, lead counsel for Defendants, and proposed that the cap on monitoring fees in the Stipulation be removed beginning in calendar year 2019. I never received a response.

11. On September 23, 2019, KJZZ, a public radio station in Phoenix, Arizona, published an article titled "Arizona Asking 9th Circuit To Invalidate Prison Health Care Fines." The article is available at https://kjzz.org/content/1185421/arizona-asking-9th-circuit-invalidate-prison-health-care-fines. Included with the article was a chart created by the Arizona Department of Corrections titled "Parsons v. Ryan Legal Costs," which included a breakdown of money paid to "Outside Counsel" from FY 2012 to FY 2019. A true and correct copy of this chart is attached as Exhibit 4.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of December, 2019, in Berkeley, California.

                                                s/ Donald Specter
                                                Donald Specter

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Amy Fettig (D.C. 484883)**<br>Eunice Hyunhye Cho (Wash. 53711)* |
| 3 | **ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor |
| 4 | Washington, D.C. 20005<br>Telephone: (202) 548-6603 |
| 5 | Email:  dfathi@aclu.org<br>             afettig@aclu.org |
| 6 |              echo@aclu.org |
| 7 | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 8 | **Admitted *pro hac vice* |
| 9 | Molly Brizgys (Bar No. 029216)<br>**ACLU FOUNDATION OF ARIZONA** |
| 10 | 3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013 |
| 11 | Telephone: (602) 650-1854<br>Email:  mbrizgys@acluaz.org |
| 12 | Daniel C. Barr (Bar No. 010149) |
| 13 | Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107) |
| 14 | **PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000 |
| 15 | Phoenix, Arizona 85012<br>Telephone: (602) 351-8000 |
| 16 | Email:  dbarr@perkinscoie.com<br>             agerlicher@perkinscoie.com |
| 17 |              jhgray@perkinscoie.com |
| 18 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco;* |
| 19 | *Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph* |
| 20 | *Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2019, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

s/ D. Freouf