# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER** |

The Court, having reviewed Defendants' Unopposed Motion to Extend Deadline to File Response to Plaintiffs' Motion to Modify Stipulation (Dkt. 3461), and good cause appearing,

**IT IS ORDERED** the Unopposed Motion is **GRANTED**. Defendants' Response is now due on or before **January 24, 2020**.