# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court having reviewed Defendants' Unopposed Motion to Extend Deadline to File Response to Plaintiffs' Motion to Modify Stipulation (Doc. 3463), and good cause appearing,

**IT IS ORDERED** the Unopposed Motion (Doc. 3463) is **GRANTED**. Defendants' Response is now due on or before **January 24, 2020**.

Dated this 31st day of December, 2019.

Honorable Roslyn O. Silver
Senior United States District Judge