Molly Brizgys (Bar No. 029216)
Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: mbrizgys@acluaz.org
Email: jkeenan@acluaz.org
Email: carellano@aculaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen*
*Swartz, Sonia Rodriguez, Christina Verduzco,*
*Jackie Thomas, Jeremy Smith, Robert Gamez,*
*Maryanne Chisholm, Desiree Licci, Joseph Hefner,*
*Joshua Polson, and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*
**[ADDITIONAL COUNSEL LISTED ON**
**SIGNATURE PAGE]**

**[ADDITIONAL COUNSEL LISTED ON**
**SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE PLAINTIFFS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1    Pursuant to Local Rule 83.3, notice is hereby given that Casey Arellano of the

2   ACLU Foundation of Arizona hereby enters her appearance as co-counsel of record for

3   the Plaintiffs.

4

5   Dated: January 8, 2020                    **ACLU FOUNDATION OF ARIZONA**

6                                     By: */s/ Casey Arellano*
                                          Molly Brizgys (Bar No. 029216)
7                                         Jared G. Keenan (Bar No. 027068)
                                          Casey Arellano (Bar No. 031242)
8                                         3707 North 7th Street, Suite 235
                                          Phoenix, Arizona 85013
9                                         Telephone: (602) 650-1854

10                                        Donald Specter (Cal. 83925)*
                                          Alison Hardy (Cal. 135966)*
11                                        Sara Norman (Cal. 189536)*
                                          Corene T. Kendrick (Cal. 226642)*
12                                        Rita K. Lomio (Cal. 254501)*
                                          **PRISON LAW OFFICE**
13                                        1917 Fifth Street
                                          Berkeley, California 94710
14                                        Telephone:  (510) 280-2621
                                          Email:    dspecter@prisonlaw.com
15                                                   ahardy@prisonlaw.com
                                                     snorman@prisonlaw.com
16                                                   ckendrick@prisonlaw.com
                                                     rlomio@prisonlaw.com

17                                        *Admitted *pro hac vice*

18                                        David C. Fathi (Wash. 24893)*
                                          Amy Fettig (D.C. 484883)**
19                                        Eunice Hyunhye Cho (Wash.53711)*
                                          **ACLU NATIONAL PRISON PROJECT**
20                                        915 15th Street N.W., 7th Floor
                                          Washington, D.C. 20005
21                                        Telephone:  (202) 548-6603
                                          Email:    dfathi@aclu.org
22                                                   afettig@aclu.org
                                                     echo@aclu.org
23
                                          *Admitted *pro hac vice*. Not admitted in DC;
24                                         practice limited to federal courts.
                                          **Admitted *pro hac vice*
25

26

27

28

1

2          Daniel C. Barr (Bar No. 010149)
           Amelia M. Gerlicher (Bar No. 023966)
3          John H. Gray (Bar No. 028107)
           **PERKINS COIE LLP**
4          2901 N. Central Avenue, Suite 2000
           Phoenix, Arizona 85012
5          Telephone:  (602) 351-8000
           Email:    dbarr@perkinscoie.com
6                     agerlicher@perkinscoie.com
                      jhgray@perkinscoie.com
7
           *Attorneys for Plaintiffs Shawn Jensen; Stephen*
8          *Swartz; Sonia Rodriguez; Christina Verduzco;*
           *Jackie Thomas; Jeremy Smith; Robert Gamez;*
9          *Maryanne Chisholm; Desiree Licci; Joseph*
           *Hefner; Joshua Polson; and Charlotte Wells, on*
10         *behalf of themselves and all others similarly*
           *situated*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                                   **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 20, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
*Attorneys for Defendants*

Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org
*Attorneys for Plaintiff Arizona Center for Disability Law*

<u>s/ Casey Arellano</u>
Casey Arellano