1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **ORDER GRANTING MOTION TO SEAL** |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion to Seal, and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Seal and instructs the clerk of the Court to seal the documents as set forth in the Motion:  Exhibits 2 and 5 to the Declaration of David C. Fathi.