# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion to Seal, and good cause appearing,

**IT IS ORDERED** the Motion to Seal (Doc. 3477) is **GRANTED**.

**IT IS FURTHER ORDERED** the Clerk of Court shall file under seal the documents lodged at Doc. 3478, Exhibits 2 and 5 to the Declaration of David C. Fathi.

Dated this 24th day of January, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge