**Index of Exhibits to Defendants' Response to Plaintiffs' Motion to Modify Stipulation (Dkt. 3461)**

Exhibit 1   [REDACTED/UNDER SEAL] 01/17/2020 Tucson Tour Notification letter from Corene Kendrick to Timothy Bojanowski

Exhibit 2   *Plata* Order Approving Stipulation

Exhibit 3   [REDACTED/UNDER SEAL] 01/13/2020 Inmate in Need Letter from Amber Norris and Thomas Nosewicz to Timothy Bojanowski

Exhibit 4   [REDACTED/UNDER SEAL] 01/15/2020 email from Corene Kendrick regarding outside medical bill

Exhibit 5   [REDACTED/UNDER SEAL] Responses to Plaintiffs' post-tour letters

# EXHIBIT 1

# (REDACTED)



<div style="float:right">
*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Patrick Booth
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods
</div>

**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

**VIA EMAIL ONLY**

January 17, 2020

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

    RE:    *Parsons v. Shinn*, 2:12-CV-00601
             Notice of Monitoring Visit: ASPC-Tucson, Feb. 19-20, 2020

Dear Tim,

    I write to schedule our next monitoring tour. We will visit ASPC-Tucson on February 19-20, 2020. As on past tours, we plan to start at 8:00 a.m. and end at 4:30 p.m., with a 30-minute lunch break at approximately 12:00 noon.

    We plan to have **three tour groups on both days**. We anticipate that the following Plaintiffs' counsel will be there one or both days. They are Corene Kendrick, Sophie Hart, Gabriela Pelsinger, and Molly Rothschild from the Prison Law Office; David Fathi, Amy Fettig, Eunice Cho, and Curtis Harris from the ACLU National Prison Project; Maya Abela and Sey In from the Arizona Center for Disability Law. Exhibit A lists the information to authorize each participant. I will update you if the attendees or number of groups changes.

    We plan to take photos while visiting the prison. We will rely on institution staff (or ADC staff/counsel) to provide a camera for each group, take photos as directed, log the photos as taken, and then provide us with electronic copies within one week through ADC's attorneys. As on previous tours, we will give our contact information by way of business cards and envelopes to class members we speak with during the tour. We will present these materials to defense counsel and security staff upon request prior to entering the complex.

//

//

//

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva • Jean Lu
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris • Vishal Shah

<div align="right">
Mr. Timothy Bojanowski<br>
RE: *Parsons* Visit to ASPC-Tucson<br>
(February 19-20, 2020)<br>
Jan. 17, 2020<br>
Page 2
</div>

The tours will include the following activities:

**Inspection of Physical Premises**:
We would like to conduct physical inspections of:
- each unit within the facility;
- infirmary and medical beds;
- recreation areas and program areas;
- ADA housing units;
- all medical clinics and facilities (including mental health and dental facilities), including all locations in which telemed and telepsych encounters are held;
- all watch areas, including those used for security watch, mental health watch and/or suicide watch.

We may ask to observe pill call, clinic operations, and/or group programming at one or more units at each facility.

**Staff Interviews**: During our tour, we would like to speak with:
- the FHA;
- the Director of Nursing;
- the Medical Director;
- the Mental Health lead;
- the Dental director or designee;
- contract monitors;
- any providers and medical, dental or mental health staff at the facility on the tour days;
- clinical and custody staff responsible for conducting programing for prisoners with mental illness;
- the clinical coordinator and/or any staff members charged with scheduling prisoner medical appointments, including outside specialty consultations; and,
- the deputy warden or warden for each unit or facility.

We can work with you and Centurion counsel to schedule a time for a meeting with healthcare site leadership, if that would be more efficient for health care staff.

**Class Member Interviews**:
We would like to speak to class members either at their cell front or on the yard, as we encounter them. On some occasions, we will want to briefly speak to a class member in a confidential setting. We will meet with any named plaintiffs incarcerated at the Tucson Complex at the time of the tours.

<div style="text-align: right;">
Mr. Timothy Bojanowski<br>
RE: *Parsons* Visit to ASPC-Tucson<br>
(February 19-20, 2020)<br>
Jan. 17, 2020<br>
Page 3
</div>

**Document Review**:

We will need the ability to review eOMIS during the tour. Tour participants will plan to bring their own laptops (which will be left in the designated conference room in administration) for eOMIS access during the tour, unless we hear otherwise from you. Should Defendants prefer to provide computer access, we will need three terminals.

In addition, **we request that the documents listed in Exhibit B be provided to us** *on a rolling basis as they are compiled or reports are run, to be completed no later than February 6, 2020*.

Thank you for your assistance in facilitating our visit. Please call me if you have any questions.

Sincerely,

*Kendrick*

Corene Kendrick
Staff Attorney


cc:     All counsel

## Exhibit A: Tour Participant Authorization Information

Maya Abela
[redacted]
[redacted]
Bar #: AZ 027232

Eunice Cho
[redacted]
[redacted]
Bar #: WA 53711

David Fathi
[redacted]
[redacted]
Bar #: WA 24893

Amy Fettig
[redacted]
[redacted]
Bar #: DC 484883

Curtis Harris
[redacted]
[redacted]

Sophie Hart
[redacted]
[redacted]
Bar #: CA 321663

Sey In
[redacted]
[redacted]
Bar #: AZ 035208

Corene Kendrick
[redacted]
[redacted]
Bar #: CA 226642

Gabriela Pelsinger
[redacted]
[redacted]

Molly Rothschild
[redacted]
[redacted]

**Exhibit B: Documents Requested in Advance of Tour**
**(Delivery on a rolling basis, to be completed no later than Feb. 6, 2020)**

**<u>Health Care Documents</u>**

1. A list of all requests for specialty referral submitted to UM from October 15, 2019-January 15, 2020, including (a) name and ADC number of patient; (b) specialty type; (c) request status (routine, urgent, or emergent); (d) status of request as of the date the report is run.

2. A list of all pending dental appointments, including (a) name and ADC number of patient; (b) request status (routine, urgent, emergent); (c) date of request or referral; (d) status of request, as of the date the report is run.

3. A list of all insulin-dependent diabetics incarcerated at ASPC-Tucson as of January 15, 2020 or as of the date the report is run, including name and ADC number of the patient.

4. Emergency transport reports from November 1, 2019, through the date the report is run.

5. Outside hospitalization reports from November 1, 2019, through the date the report is run.

6. All Daily Information Reports written by custody staff assigned to work at all medical clinics at ASPC-Tucson from October 15, 2019-January 15, 2020.

7. Health care staffing report for December 2019 for each unit of ASPC-Tucson, showing employee name, position, and days/hours actually worked.

8. A list of all patients for whom language interpretation (including but not limited to sign language interpretation) was used for a health care encounter from October 1, 2019, through the date the report is run, including the patient's name, ADC number, date of health care encounter, language interpreted, and name of interpreter.

9. Mental health watch logs for each watch unit from October 1, 2019 through the date the report is run.

10. Housing assignment log for all people designated MH-3 or higher, indicating whether each such person is SMI, as of January 15, 2020 or as of the date the report is run. Please include a locator code key that indicates the name and location of each unit.

11. List of all class members for whom a SMI determination was held at ASPC-Tucson since January 1, 2019, through the date the report is run, including patient name, ADC number, and date of determination.

12. List of all class members for whom a PMRB hearing was held at ASPC-Tucson since January 1, 2019, through the date the report is run, including patient name, ADC number, and date of determination.

13. A list (including housing location and date) of all people who have suffered a heat intolerance reaction from August 1, 2019, through the date the report is run.

14. Any lists maintained by ADC of people at ASPC-Tucson who are vulnerable to heat injury as a result of taking psychotropic medications.