# EXHIBIT 3

# (REDACTED)



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

January 13, 2020

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Shinn*, 2:12-CV-00601
      Class Member in Need of Medical Care
      ███████, ADC ███████, Eyman - Meadows

Dear Mr. Bojanowski:

We write regarding ███████, a class member who is in need of medical attention.

Mr. ███ reports that he has double vision for which he is prescribed glasses. On March 7, 2019, the provider submitted a routine request for optometry, noting,

> *Consultation for optometry. Patient admitted to prison with designer prescription glasses with transition lenses,. Not allowed on the yard.*

On March 18, 2019, Mr. ███ saw an optometrist who wrote a script for new glasses and contacts. On April 27, 2019, the provider submitted another routine request for optometry, noting,

> *inmate was placed back on onsite optometry line*
> *INMATE WAS GIVEN THE WRONG PRESCRIPTION*

In violation of Performance Measure 51, on July 28, 2019, Mr. ███ saw an optometrist who noted,

> *Needs SNO [Special Needs Order] to continue wearing glasses – OK*

A provider reviewed the specialist's report on December 29, 2019, and noted "none," in violation of Performance Measure 52.

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk


<div style="text-align: right;">
Mr. Timothy Bojanowski<br>
Re: , ADC<br>
January 13, 2020<br>
Page 2
</div>

Before the optometrist's report was reviewed, Mr. saw a provider on December 3, 2019. The provider wrote a SNO, noting,

> PT MAY HAVE OAKLEY BRAND PRESCRIPTION GLASSES WITH TRANSITION LENSES ON HIS PERSON AT ALL TIMES

The SNO expires on December 3, 2020.

Confusingly, on December 18, 2019, a nursing assistant noted that Mr. received glasses. On December 24, 2019, Mr. submitted a Health Needs Request (HNR) saying that the glasses he received were not the correct prescription and that the last time he saw the optometrist he was not prescribed new glasses. He reported that he "cannot see" and that he has painful migraines that interfere with his activities of daily living. The response states that he would be scheduled to see a nurse. In violation of Performance Measure 37, on December 29, 2019, Mr. saw a nurse, whose notes include the following: "Patient states he can't see with these glass given to him by Security.  Patient states Security took away his Oakley Glasses, that he had a special needs request for."

The nurse also urgently referred Mr. to a provider and submitted a routine request for an optometry consult. Mr. has not seen a provider, in violation of Performance Measure 40.

| Health Services Encounters (1 - 20 of 104) | | | |
|---|---|---|---|
| **Date** | **Time** | **Category** | **Type** |
| 12/29/2019 | 12:42 | Nursing | Nurse - Sick Call - Scheduled |
| 12/18/2019 | 09:19 | Nursing | Nurse - Chart Note |
| 12/03/2019 | 13:13 | Medical Provider | Provider - Medication Renewal |

The status of the optometry consult request remains "Clinical Coordinator Initiated," as seen below and in violation of Performance Measure 48.

| Consultation Request (1 - 10 of 10) | | | | | |
|---|---|---|---|---|---|
| **Request Date** | **Request Type** | **Service Type** | **Procedure Requested** | **Priority** | **Request Status** |
| 12/29/2019 | On-site Clinic | Optometry | | Routine | Clinical Coordinator Initiated |
| 04/27/2019 | On-site Clinic | Optometry | | Routine | Consult Completed -Results Received |
| 03/07/2019 | On-site Clinic | Optometry | | Routine | Consult Completed- Practitioner Reviewed |
| 02/17/2019 | On-site Clinic | Optometry | Opthalmological services; medical examination and evaluation | Routine | Cancelled |

//

//

//

<div style="text-align: right">
Mr. Timothy Bojanowski<br>
Re: ██████████, ADC ██████<br>
January 13, 2020<br>
Page 3
</div>

We request that that Mr. ██████ be allowed to retain the Oakley glasses — for which he has an active SNO — until he receives other appropriate prescription glasses. Thank you for your prompt attention to this matter.

                                      Sincerely,

                                      Amber Norris<br>
                                      Investigator

                                      Thomas Nosewicz<br>
                                      Staff Attorney

cc:    Mr. ██████