# EXHIBIT 4

# (REDACTED)

# Elaine Percevecz

| | |
|---|---|
| **From:** | Corene Kendrick <ckendrick@prisonlaw.com> |
| **Sent:** | Wednesday, January 15, 2020 5:21 PM |
| **To:** | slb@bowwlaw.com; djohnson@teamcenturion.com; Dan Struck; Tim Bojanowski; Elaine Percevecz; Rachel Love; Ashlee Hesman; Parsons Team; Lucy Rand; mary.beke@azag.gov |
| **Cc:** | Don Specter; Rita Lomio; Tommy Nosewicz; Amber Norris; Gabriela Pelsinger; Ilian Meza Peña; Juliette Mueller; Tania Amarillas; David Fathi; Amy Fettig; Eunice Cho; Curtis Harris; Jessica Carns; Maya Abela; tsherman@azdisabilitylaw.org; Molly Brizgys; Jared Keenan; Casey Arellano; Gloria Torres |
| **Subject:** | Parsons v. Shinn: Outside Medical Bill to ▇▇▇, ▇▇▇, Perryville-Santa Maria |
| **Attachments:** | 19.11.18 ▇▇▇ bill.pdf |

Dear Counsel,

Ms. ▇▇▇, ▇▇▇, is a *Parsons* class member incarcerated at Perryville's Santa Maria Unit. She received the attached bill for $435.71 for specialty medical services provided at Abrazo Central Campus on 11/18/19-11/20/19.

We request that Centurion ensure that this and any other charges related to her hospitalization be paid without further delay.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
510-280-2621
ckendrick@prisonlaw.com