UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br> **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

This Court, having reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Reply In Support of Motion to Modify the Stipulation, and good cause met, hereby grants the motion.

IT IS ORDERED that the Unopposed Motion is GRANTED. Plaintiffs' Reply is now due on or before February 14, 2020.