# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Reply In Support of Motion to Modify the Stipulation, and good cause appearing,

**IT IS ORDERED** Plaintiffs' Unopposed Motion for Extension of Time (Doc. 3485) is **GRANTED**. Plaintiffs' Reply is now due on or before February 14, 2020.

Dated this 31st day of January, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge