UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER** |

This Court, having reviewed Plaintiffs' Motion to Appoint Court Expert, and good cause in support thereof, **IT IS ORDERED** that the Motion is **GRANTED**.

Pursuant to Rule 706 of the Federal Rules of Evidence the Court appoints Dr. Marc Stern to (a) conduct a staffing analysis of the number and types of health care staff needed at each Arizona State Prison Complex to provide adequate constitutional health care to class members, and (b) undertake a system-wide evaluation of the adequacy of health care provided to class members, using qualitative evaluation metrics.

LEGAL147104934.1

1    **IT IS FURTHER ORDERED** that the parties shall jointly confer with Dr. Stern
2  within seven (7) days of this Order to discuss the parameters of his appointment, and file a
3  stipulated plan regarding his appointment within 21 days of this Order.