1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
          carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
9  **SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
15

16                    UNITED STATES DISTRICT COURT

17                          DISTRICT OF ARIZONA

18 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION AND AMEND THE ORDER TO SHOW CAUSE (DOC. 3490)** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1    Plaintiffs move the Court to exercise its inherent powers and those outlined in the
Stipulation (Doc. 1185 ¶¶ 35-36) to enforce the terms of the Stipulation and order
Defendants to take immediate and substantial action to remedy deficiencies within their
health care system that continue to prevent the provision of adequate health care and place
class members in grave danger of serious harm or death.  Specifically, Plaintiffs request
that the Court find Defendants substantially noncompliant with certain Stipulation
Performance Measures ("PMs") pursuant to the definition set forth in the Stipulation and
the Court's previous Order interpreting substantial noncompliance.   [Doc. 2644]
Plaintiffs also request that the Court either amend its January 31, 2020 Order to Show
Cause (Doc. 3490) to include these PMs/facilities, or issue another Order to Show Cause
that includes the measures set forth below.

   On January 2, 2019, Plaintiffs sent Defendants a Notice of Noncompliance about
five different PMs at multiple prisons, for a total of eleven separate PMs/facilities.
[Declaration of Corene Kendrick ("Kendrick Decl.") Ex. 1]  Defendants responded on
February 4, 2019, and conceded they were substantially noncompliant with all but one of
the PMs/facilities.  [*Id*. Ex. 2]  Due to the elevation of Magistrate Judge Bade to the Ninth
Circuit, the parties did not mediate until August 28, 2019, before Magistrate Judge Fine.

   Plaintiffs request that the Court find Defendants noncompliant with the measures,
and order Defendants to promptly submit a remedial plan for each noncompliant measure
and to report their future performance on a monthly basis.  [*See* Docs. 1678, 2958]

**PM 23 (Lewis):** *Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff.*

2018:

|       | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|-------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|-----|
| Lewis | 100 | 100 | 67  | 33    | 78  | 89   | 56   | 89  | 67   | 78  | 100 | 33  |

2019:

|       | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|-------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|
| Lewis | 44  | 89  | 44  | 67    | 78  | 67   | 56   | 67  | 78   | 100 | 100 |

**PM 24 (Eyman, Florence, Phoenix, Yuma):** *Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items.*[1]

2018:

|          | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|----------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|-----|
| Eyman    | 100 | 100 | 100 | 40    | 0   | 40   | 60   | 40  | 86   | 40  | 80  | 60  |
| Florence | 100 | 100 | 83  | 83    | 100 | 67   | 33   | 83  | 100  | 100 | 83  | 100 |
| Phoenix  | 100 | 100 | 100 | 100   | 80  | 80   | 80   | 80  | 100  | 100 | 100 | 100 |
| Yuma     | 100 | 100 | 60  | 80    | 80  | 100  | 80   | 100 | 80   | 100 | 100 | 100 |

2019:

|          | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|----------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|
| Eyman    | 20  | 40  | 0   | 0     | 0   | 0    | 0    | 80  | 100  | 20  | 100 |
| Florence | 100 | 83  | 100 | 83    | 100 | 100  | 100  | 50  | 83   | 100 | 100 |
| Phoenix  | 100 | 100 | 100 | 100   | 100 | 100  | 80   | 80  | 80   | 100 | 80  |
| Yuma     | 100 | 100 | 100 | 40    | 100 | 80   | 60   | 80  | 100  | 100 | 100 |

**PM 40 (Florence):** *Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.*[2]

2018:

|          | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|----------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|-----|
| Florence | 33  | 100 | 75  | 50    | 100 | 60   | 100  | 100 | 50   | N/A | 100 | 100 |

2019:

|          | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|----------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|
| Florence | 50  | 100 | N/A | N/A   | N/A | 100  | 50   | 60  | 100  | 67  | 60  |

**PM 44 (Phoenix, Tucson):** *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.*[3]

//

---

[1] The Court found Defendants substantially noncompliant with PM 24 at Lewis on October 11, 2017. [Doc. 2403]

[2] The Court found Defendants substantially noncompliant with PM 40 at Eyman and Tucson on April 24, 2017. [Doc. 2030]

[3] The Court found Defendants substantially noncompliant with PM 44 at Eyman, Florence, and Lewis on April 24, 2017, (Doc. 2030), and at Winslow on September 28, 2018. [Doc. 3020 at 1-2]

2018:

|  | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phoenix | 38 | 67 | 100 | 86 | 50 | 60 | 33 | 0 | 67 | 58 | 100 | 20 |
| Tucson | 32 | 58 | 79 | 68 | 86 | 89 | 74 | 62 | 69 | 54 | 88 | 76 |

2019:

|  | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Phoenix | 20 | 0 | 100 | 33 | 100 | 67 | 100 | 100 | 100 | 100 | 100 |
| Tucson | 77 | 69 | 100 | 69 | 79 | 75 | 82 | 77 | 84.75 | 88 | 77 |

**PM 52 (Lewis):** *Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.*[4]

2018:

|  | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 97 | 97 | 97 | 95 | 62 | 74 | 74 | 78 | 58 | 80 | 75 | 75 |

2019:

|  | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 63 | 60 | 45 | 82 | 89 | 78 | 88 | 87 | 98 | 90 | 94 |

* * * * *

**PM 74 (Perryville):** *All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum.*

2018:

|  | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perryville | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 71 |

2019:

|  | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Perryville | 83 | 75 | 100 | 100 | 100 | 100 | 75 | 100 | 100 | 100 | 100 |

On May 20, 2019, Plaintiffs' counsel notified Defendants regarding PM 74 at Perryville, noting that Defendants had been substantially noncompliant three months in a row, December 2018 (71%), January 2019 (83%), and February 2019 (75%). [Kendrick Decl. Ex. 3] Defendants had awarded themselves a score of 100% in February of 2019,

---

[4] The Court found Defendants substantially noncompliant with PM 52 at Florence, Perryville, and Tucson on April 24, 2017, (Doc. 2030), at Eyman on October 11, 2017 (Doc. 2403), and at Phoenix on April 11, 2018. [4/11/18 Tr. at 24:11-19, Doc. 2764]

-3-

1 asserting that all four records sampled complied with this PM. [*See id.*] However, as Plaintiffs' counsel explained in their May 6, 2019 Perryville monitoring tour report, for one of those four patients, her medical record showed that another patient was present during the encounter that Defendants counted as satisfying this PM. *Id.*; *see also* Doc. 3255-1 at 78 ("There was another [inmate] in the area").

The Stipulation provides the following definition of "seen:"

> With respect to Mental Health staff, means an encounter that takes place *in a confidential setting* outside the prisoner's cell, unless the prisoner refuses to exit his or her cell for the encounter.

[Doc. 1185-1 at 5 (emphasis added)] Accordingly, the encounter in the presence of another patient did not satisfy PM 74's requirement that the patient be "seen," and Defendants' actual score for February 2019 was a noncompliant 75%, rather than the 100% they awarded themselves. This PM was thus noncompliant for three consecutive months and therefore substantially noncompliant under the terms of the Stipulation. [*See* Doc. 2644 at 2] Defendants responded on June 19, 2019, and the parties mediated on August 28, 2019.

\* \* \* \* \*

In addition, there are PMs/facilities for which Plaintiffs previously moved the Court for a finding of substantial noncompliance (Doc. 2520) which the Court decided in September 2018 were "not substantially noncompliant." [Doc. 3020 at 1] However, Defendants' performance on two of the PMs continues to meet the Stipulation's and the Court's definition of substantial noncompliance. Plaintiffs request the Court make a finding of substantial noncompliance.

**PM 19 (Tucson):** *Perpetual inventory medications will be signed off on the inmate's individual MAR.*[5]

---

[5] The Court found Defendants substantially noncompliant with PM 19 at Eyman and Lewis on April 11, 2018. [4/11/18 Tr. at 21:22-23:6; Doc. 2764]

2018:

|        | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|--------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|-----|
| Tucson | 90  | 92  | 90  | 93    | 94  | 86   | 80   | 82  | 87   | 89  | 90  | 82  |

2019:

|        | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|--------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|
| Tucson | 89  | 88  | 83  | 86    | 85  | 86   | 76   | 76  | 76   | 83  | 87  |

**PM 67 (Florence):** *In an IPC, Registered Nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks.*[6]

2018:

|          | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|----------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|-----|
| Florence | 100 | 100 | 90  | 100   | 90  | 100  | 90   | 60  | 60   | 70  | 80  | 90  |

2019:

|          | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov |
|----------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|-----|
| Florence | 100 | 100 | 80  | 90    | 100 | 90   | 100  | 80  | 100  | 100 | 90  |

## CONCLUSION

Plaintiffs respectfully request that the Court find Defendants substantially noncompliant with the following PMs/facilities, and order Defendants to promptly submit a remedial plan for each noncompliant measure and to report monthly on their compliance levels. Plaintiffs also request that the Court either issue another Order to Show Cause or amend its January 31, 2020 OSC (Doc. 3490) to include these PMs/facilities:

- PM 19 – Tucson
- PM 23 – Lewis
- PM 24 – Eyman, Florence, Phoenix, Yuma
- PM 40 – Florence
- PM 44 – Phoenix, Tucson
- PM 52 – Lewis
- PM 67 – Florence

---

[6] he Court found Defendants substantially noncompliant with PM 67 at Lewis on October 11, 2017, (Doc. 2403), and at Tucson on April 11, 2018. [4/11/18 Tr. at 24:20-25:11; Doc. 2764]

1         • PM 74 – Perryville

2    A proposed order is lodged herewith.

3 Dated: February 6, 2020       Respectfully submitted,

**PRISON LAW OFFICE**

By:  s/ Corene T. Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene T. Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
         carellano@acluaz.org

<pre>
                                    Daniel C. Barr (Bar No. 010149)
                                    Amelia M. Gerlicher (Bar No. 023966)
                                    John H. Gray (Bar No. 028107)
                                    **PERKINS COIE LLP**
                                    2901 N. Central Avenue, Suite 2000
                                    Phoenix, Arizona 85012
                                    Telephone: (602) 351-8000
                                    Email:   dbarr@perkinscoie.com
                                             agerlicher@perkinscoie.com
                                             jhgray@perkinscoie.com
</pre>

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: __s/ Maya Abela__
   Rose A. Daly-Rooney (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Maya Abela (Bar No. 027232)
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone: (520) 327-9547
   Email:   rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
            mabela@azdisabilitylaw.org

   Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington St., Ste. 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf