UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ENFORCE THE STIPULATION AND AMEND THE ORDER TO SHOW CAUSE** |

This Court, having reviewed Plaintiffs' Motion to Enforce the Stipulation and Amend the Order to Show Cause, and good cause in support thereof, **IT IS ORDERED** that the Motion is **GRANTED**.

The following PMs/locations meet the definition of substantial noncompliance, and the Court will require the Defendants to report monthly on their performance and provide remediation plans for any PMs/facilities that are noncompliant, pursuant to prior Court Orders, starting with the report to be filed in March 2020 (Docs. 1678, 2958):

- PM 19 – Tucson
- PM 23 – Lewis

1       • PM 24 – Eyman, Florence, Phoenix, Yuma

2       • PM 40 – Florence

3       • PM 44 – Phoenix, Tucson

4       • PM 52 – Lewis

5       • PM 67 – Florence

6       • PM 74 – Perryville

**IT IS THEREFORE ORDERED** granting Plaintiffs' Motion to Enforce.

**IT IS FURTHER ORDERED** that the Court's January 31, 2020 Order to Show Cause (Doc. 3490) is amended to include these PMs/facilities. Defendants shall come into compliance regarding every PM and location identified above no later than April 1, 2020, and for each month in the future.

**IT IS FURTHER ORDERED** that Defendants' show cause due June 15, 2020 (Doc. 3490 at 4) include these PMs/locations.