Index of Exhibits to the Declaration of Corene Kendrick

| Exhibit | Description |
| --- | --- |
| 1 | A true and correct copy of a Notice of Substantial Noncompliance to Defendants' counsel dated January 2, 2019 |
| 2 | A true and correct copy of Defendants' response to the January 2, 2019 Notice of Substantial Noncompliance dated February 4, 2019 |
| 3 | A true and correct copy of a Notice of Substantial Noncompliance to Defendants' counsel dated May 20, 2019 regarding Performance Measure 74 at Perryville |

# Exhibit 1



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

January 2, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:     Parsons v. Ryan, 2:12-CV-00601
        Notice of Substantial Noncompliance: PMs 23, 24, 40, 44, 52

Dear Mr. Bojanowski:

Pursuant to Paragraph 30 of the Stipulation and the Court's Order clarifying the definition of substantial noncompliance (Doc. 2644), we write to inform you that Defendants are in substantial noncompliance with the following performance measures, pursuant to Defendants' CGAR reports.  The exclusion of any other measures from this letter does not waive our right to notify you of noncompliance with respect to them in the future.  We look forward to your response within 30 days and request that you make yourselves available for a meet and confer and mediation as soon as possible after providing your response, or agree to waive mediation.

**PM 23 (Lewis):** Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff.

|       | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct |
|-------|-----|-----|-----|-----|-----|------|------|-----|------|-----|
| Lewis | 100 | 100 | 67  | 33  | 78  | 89   | 56   | 89  | 67   | 78  |

**PM 24 (Eyman, Florence, Phoenix, Yuma):** Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items.[1]

---

[1] The Court found Defendants substantially noncompliant with PM 24 at ASPC-Lewis on October 11, 2017.  (Doc. 2403).

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
RE: *Parsons v. Ryan*
Notice of Noncompliance
January 2, 2019
Page 2

|  | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct |
|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 100 | 100 | 100 | 40 | 0 | 40 | 60 | 40 | 86 | 40 |
| Florence | 100 | 100 | 83 | 83 | 100 | 67 | 33 | 83 | 100 | 100 |
| Phoenix | 100 | 100 | 100 | 100 | 80 | 80 | 80 | 80 | 100 | 100 |
| Yuma | 100 | 100 | 60 | 80 | 80 | 100 | 80 | 100 | 80 | 100 |

**PM 40 (Florence, Winslow):** Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.[2]

|  | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florence | 57 | 80 | 33 | 100 | 75 | 50 | 100 | 60 | 100 | 100 | 50 | N/A |
| Winslow | 50 | 20 | 100 | 67 | 100 | 67 | N/A | 40 | 0 | N/A | N/A | 100 |

**PM 44 (Phoenix, Tucson):** Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.[3]

|  | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct |
|---|---|---|---|---|---|---|---|---|---|---|
| Phoenix | 38 | 67 | 100 | 85.7 | 50 | 60 | 33 | 0 | 67 | 58 |
| Tucson | 32 | 58 | 79 | 68 | 86 | 89 | 74 | 62 | 69 | 54 |

**PM 52 (Lewis, Yuma):** Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.[4]

|  | July | Aug | Sept | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | June | July | Aug | Sept | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 91 | 90 | 90 | 92 | 80 | 94 | 97 | 97 | 97 | 95 | 62 | 74 | 74 | 78 | 58 | 80 |
| Yuma | 71 | 43 | 59 | 74 | 97 | 100 | 90 | 90 | 100 | 98 | 81 | 87 | 76 | 64 | 85.37 | 95 |

---

[2] The Court found Defendants substantially noncompliant with PM 40 at Eyman and Tucson on April 24, 2017.  (Doc. 2030)

[3] The Court found Defendants substantially noncompliant with PM 44 at Eyman, Florence, and Lewis on April 24, 2017.  (Doc. 2030).  The Court's OSC and contempt order included PM 44 at Eyman.  (Docs. 2372; 2898 at 21-23).

[4] The Court found Defendants substantially noncompliant with PM 52 at Florence, Perryville, and Tucson on April 24, 2017, (Doc. 2030), at Eyman on October 11, 2017, (Doc. 2403), and at Phoenix on April 11, 2018. (4/11/18 Tr. at 24:11-19). The Court's OSC and contempt order included PM 52 at Eyman and Florence.  (Docs. 2372, 2456, 2898 at 21-23).

Mr. Timothy Bojanowski
RE: *Parsons v. Ryan*
Notice of Noncompliance
January 2, 2019
Page 3

We look forward to your response.  Thank you for your attention to this matter.

Sincerely,

Corene Kendrick, Staff Attorney

# Exhibit 2



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Ashlee B. Hesman
480.420.1631
ahesman@strucklove.com

February 4, 2019

**_VIA EMAIL ONLY_**
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA 94964

      Re:    _Parsons v. Ryan_
              **Notice of Substantial Noncompliance: PMs 23, 24, 40, 44, 52**

Dear Corene:

      We are in receipt of your January 2, 2019 Notice of Substantial Noncompliance regarding Performance Measures ("PMs") 23, 24, 40, 44, and 52. Defendants' responses are outlined below.

      **PM 23 (Lewis):** _Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff._

      Defendants concede this measure is in substantial non-compliance at Lewis. Defendants are working to discover the cause of the non-compliance and will develop a remediation plan to fix any deficiencies. Importantly, Lewis achieved 100% compliance in November 2018.

      **PM 24 (Eyman, Florence, Phoenix, Yuma):** _Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items._

      Defendants concede this measure is in substantial non-compliance at Eyman, Florence, Phoenix, and Yuma. Defendants are working to discover the cause of the non-compliance and will develop a remediation plan to fix any deficiencies. Importantly, Phoenix has maintained 100% compliance with this measure since September 2018. Yuma has maintained 100% compliance since October 2018.

Corene Kendrick
February 4, 2019
Page 2

**PM 40 (Florence, Winslow):**  *Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.*

Defendants concede this measure is in substantial non-compliance at Florence. Defendants are working to discover the cause of the non-compliance and will develop a remediation plan to fix any deficiencies.  Importantly, Florence has received passing scores since October 2018.

Defendants are not in substantial non-compliance at Winslow because Winslow's performance does not meet the Court's definition of substantial non-compliance.  As such, we ask that you withdraw your notice as to this measure and facility.

**PM 44 (Phoenix, Tucson):**  *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.*

Defendants concede this measure is in substantial non-compliance at Phoenix and Tucson. Defendants are working to discover the cause of the non-compliance and will develop a remediation plan to fix any deficiencies.  Importantly, both facilities received passing scores in November 2018.

**PM 52 (Lewis, Yuma):**  *Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.*

 Defendants concede this measure is in substantial non-compliance at Lewis and Yuma. Defendants are working to discover the cause of the non-compliance and will develop a remediation plan to fix any deficiencies.  Importantly, Yuma has maintained a passing score for this measure since September 2018.

Sincerely,

Ashlee B. Hesman

ABF/eap

cc:    Counsel of record

# Exhibit 3

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



May 20, 2019

**BY ELECTRONIC MAIL ONLY**

Tim Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
TBojanowski@strucklove.com

Re:   *Parsons v. Ryan*
      **Notice of Substantial Noncompliance**

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
DIRECTOR
ATTORNEY AT LAW*

*NOT ADMITTED IN DC;
PRACTICE LIMITED TO
FEDERAL COURTS

Dear Tim:

Pursuant to Paragraph 30 of the Stipulation, this letter will serve as a notice of substantial noncompliance regarding PM 74 at Perryville.  This PM has been noncompliant for three consecutive months.  *See* Doc. 2644 at 2 ("*either* a violation of Section [10](b)(i) *or* a violation of Section [10]b(ii) is necessary and sufficient to establish a finding of non-compliance") (emphasis in original).[1]

Defendants have reported the following compliance scores for PM 74 at Perryville:

December 2018:     71.43

January 2019:       83.33

February 2019:      100

However, as explained in our letter of May 6, 2019, of the four encounters Defendants counted as compliant in February 2019, one took place in the presence of another prisoner.  It thus failed to comply with PM 74's requirement that the patient be "seen."  *See* Doc. 3255-1 at 77-78; *see also* Doc. 1185-1 at 5 (defining "seen" as meaning "Interaction between a patient and a Medical Provider, Mental Health Provider or Mental Health Clinician that involves a treatment and/or exchange of information *in a confidential setting*. With respect to Mental Health staff, means an encounter that takes place *in a confidential setting outside the prisoner's cell*, unless the prisoner refuses to exit his or her cell for the encounter") (emphasis added).

Accordingly, the correct compliance score for February 2019 is 75%, and this PM has been noncompliant for three consecutive months.

---

[1] PM 74 provides that "All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum."

We look forward to your response within 30 days, as required by the Stipulation.

Very truly yours,

David C. Fathi

Cc: All counsel

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION