IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs request the Court immediately adopt Dr. Stern's recommendation to conduct a staffing analysis. (Doc. 3491 at 2). Plaintiffs also request the Court appoint an expert to "undertake a system-wide evaluation of the adequacy of health care provided to class members." (Doc. 3491 at 3). The Court will address which of Dr. Stern's recommendations to adopt in a future order. Because of that, there is no need to obtain full briefing on Plaintiffs' recent motion.

Accordingly,

**IT IS ORDERED** the Motion to Appoint Court Expert (Doc. 3491) is **DENIED**.

Dated this 6th day of February, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge