FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 13 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1 BRUCE J. DENT, JR. ADC# 245514
2 ARIZONA STATE PRISON - YUMA
3 UNIT - CHEYENNE / P.O. BOX 8909
4 SAN LUIS, ARIZONA 85349
5
6        IN THE UNITED STATES DISTRICT COURT
7           FOR THE DISTRICT OF ARIZONA
8
9 PARSONS v. RYAN                    CASE NO: 2:12-CV-00601
10 BRUCE DENT CLASS MEMBER
11 IN NEED OF MEDICAL CARE           MOTION TO OPT OUT OF
12                                   CLASS ACTION.
13 V.S.
14
15 Ryan.
16
17
18    Comes now class member, BRUCE DENT, a pro se litigant
19 humbly requesting this honorable court to grant his
20 request to opt out as a class member in Parsons v. Ryan.
21    This request is made in good faith as I am in the
22 process of filing a pro se 1983 action against Corizon
23 for pain and suffering.
24    I contacted Prison Law Center Kendrick who has
25 help me get Corizon to see to my medical needs and
26 treatment.
27    My hand is now deformed and I am unable to work
28 with it so I am now seeking money damages in

-1-

1 a law suit against Corizon Health Inc. for the
2 damages caused and for pain and suffering I had
3 to endure of the year waiting for proper medical
4 care. I respectfully request that this honorable
5 Court grant my request to opt out as a class
6 member in Parsons v. Ryan 2:12-CV-00601.
7
8 Respectfully Submitted this 10 day of Feb 2020
9
10 By: /s/ Bruce Junior Dent
11    x _____
12
13
14                              BRUCE J. DENT, JR. ADC#245514
15                              ARIZONA STATE PRISON-YUMA
16                              UNIT-CHEYENNE/ P.O. Box 8909
17                              SAN LUIS, ARIZONA 85349

CERTIFICATE OF SERVICE

1. I, BRUCE J. DENT, JR. HEREBY CERTIFY THAT A ORIGINAL AND Two (2) COPIES OF THE FOREGOING DOCUMENT WAS MAILED THIS 10 DAY OF Feb 2020 To:

U.S. DISTRICT COURT CLERK
U.S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET SPC 10
PHOENIX, ARIZONA 85003-2119

I FURTHER CERTIFY THAT ONE (1) COPY OF THE FOREGOING DOCUMENT WAS MAILED THIS 10 DAY OF Feb 2020 TO: CORENE KENDRICK STAFF ATTORNEY AT
PRISON LAW OFFICE
GENERAL DELIVERY, SAN QUENTIN, CA 94964

Respectfully Submitted this 10 day of Feb 2020

By: x Bruce Junior Dent
    x [signature]

BRUCE J. DENT, JR. ADC#245514
ARIZONA STATE PRISON-YUMA
UNIT-CHEYENNE / P.O. Box 8909
SAN LUIS, ARIZONA 85349