# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Stipulation and Amend the Order to Show Cause (Doc. 3498), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion (Doc. 3498) is **GRANTED**. Defendants' Response is due on or before March 5, 2020.

Dated this 20th day of February, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge