# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has reviewed class member Bruce Dent's Motion to Opt-Out of the Class Action (Doc. 3497). Mr. Dent states he is in the process of filing an individual action challenging the healthcare he has received in the Arizona Department of Corrections. Specifically, he does not want the settlement in this case to prevent him from seeking damages in an individual action. Mr. Dent's motion will be denied because there is no basis to opt-out of the class at this juncture. Moreover, opting out is unnecessary as the settlement provides only injunctive relief and does not preclude an individual from seeking damages for an alleged violation of his constitutional rights.

**IT IS THEREFORE ORDERED** that the Motion to Opt-Out of the Class Action (Doc. 3497) is **denied**.

Dated this 20th day of February, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge