1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email:  jkeenan@acluaz.org
              carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON**
9  **SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone:  (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED ON**
   **SIGNATURE PAGE]**
15

16              UNITED STATES DISTRICT COURT

17                  DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**DECLARATION OF CORENE T. KENDRICK** |

1    I, Corene T. Kendrick, declare:

2    1.    I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation.

3    2.    On February 25, 2020, I participated, along with other counsel for Plaintiffs, in a telephonic meet-and-confer with Defendant Pratt and Counsel for Defendants, pursuant to the Court's order. Doc. 3495.

4    3.    Attached herein as **Exhibit 1** and **filed under seal** is a redacted copy of a report that my office sent to Counsel for Defendants on January 22, 2020, regarding Plaintiffs' counsel's December 2019 monitoring visit to ASPC-Eyman. To date, we have not received a response to this report.

5    4.    Attached herein as **Exhibit 2** is a true and correct copy of the California Correctional Health Care Services ("CCHCS") policy, (CCHCS Policy 3.7.4), used to evaluate emergency responses in California state prisons. The policy is publicly available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art7.4.pdf.

6    5.    Attached herein as **Exhibit 3** is a true and correct copy of the CCHCS treatment guidelines for emergency responses, (Policy 3.7.1-1), by which custodial and health care staff are evaluated. The policy is publicly available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch03-art7.1-1.pdf.

7    6.    Attached herein as **Exhibit 4** is a true and correct copy of the CCHCS checklist used by auditors to evaluate emergency responses pursuant to Policies 3.7.1-1 and 3.7.4. This checklist is not published to CCHCS's website, but is a publicly-available government record that my office has pursuant to our role as Plaintiffs' counsel in *Plata v. Newsom*, Case No. 01-1351 JST (N.D. Cal.).

8    7.    Attached herein as **Exhibit 5** is a spreadsheet prepared by Defendants' counsel in response to the Court's order (Doc. 3495). As detailed in Plaintiffs' statement, Plaintiffs do not concur with the characterizations and attributions made therein.

9    8.    Attached herein as **Exhibit 6** is a declaration by Defendant Richard Pratt,

prepared by Defendants' counsel.  I cannot attest to the accuracy of the information contained therein.

9. Attached herein as **Exhibit 7** is a declaration by Defendants' expert, Dr. Joseph Penn, M.D.  I cannot attest to the accuracy of the information contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 28, 2020, in Berkeley California.

    /s/  Corene T. Kendrick
Corene T. Kendrick

**PRISON LAW OFFICE**

By:  s/ Corene T. Kendrick
   Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
   Corene T. Kendrick (Cal. 226642)*
   Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:  dspecter@prisonlaw.com
       ahardy@prisonlaw.com
       snorman@prisonlaw.com
       ckendrick@prisonlaw.com
       rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:  dfathi@aclu.org
       afettig@aclu.org
       echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
         carellano@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone: (520) 327-9547
      Email:   rdalyrooney@azdisabilitylaw.org
               jrico@azdisabilitylaw.org
               mabela@azdisabilitylaw.org

      Asim Dietrich (Bar No. 027927)
      5025 East Washington St., Ste. 202
      Phoenix, Arizona 85034
      Telephone: (602) 274-6287
      Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick