**Exhibits to Defendants' Response to February 12, 2020 Order
Re: Dr. Stern's Recommendations (Doc. 3495)**

Exhibit 1     Declaration of Amanda Diamantis

Exhibit 2     Declaration of David Shinn

Exhibit 3     Declaration of Wendy Orm, M.D.

Exhibit 4     Declaration of Christopher Bourque

**EXHIBIT 1**

**EXHIBIT 1**

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                         Plaintiffs,<br><br>                    v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                         Defendants. | NO. 2:12-cv-00601-ROS<br><br><br>**DECLARATION OF AMANDA DIAMANTIS** |

I, Amanda Diamantis, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I am the Director of Nurse and Clinical Recruiting at Centurion.  I have over 14 years of healthcare staffing experience.

3.      A well-qualified, robust healthcare staff is imperative to meeting the needs of ADCRR's patient population.  Centurion is experienced in providing staffing solutions for a wide variety of healthcare programs.  We are familiar with the difficulties in recruitment and retention created by the nationwide shortage of healthcare providers. Our experience in

diverse healthcare markets gives us the experience necessary to fill hard-to-recruit positions in Arizona.

4.     In order to attract and retain qualified healthcare staff, Centurion offers salaries that are competitive with both private and public medical employers in each unique geographic region in Arizona.

5.     To determine the appropriate salaries for its workforce, Centurion completed a geographical market salary analysis which identified major employers by region and analyzed their salary and bonus structures.

6.     Based on this information, Centurion raised salaries to meet or exceed the market rate for both providers and non-providers.

7.     Centurion also began offering sign-on bonuses for hard-to-fill positions and remote regions in September 2019.  To increase retention, part of the bonus is paid upon signing, while the rest is paid out after a certain number of months of service.

8.     Certain candidates for hard-to-fill positions are also being offered reimbursement for relocation expenses.

9.     To ensure that patients have access to adequate care, Centurion hired a number of providers and dentists at salaries that are over budget in order to ensure that positions at remote sites are filled.

10.     Centurion will continue to conduct salary surveys and regularly engage with its workforce to ensure that it remains a competitive employer.

11.     A majority of sites also qualify for the Health Resources and Services Administration (HRSA) loan repayment program.  This federal program repays student loans for providers who practice in shortage areas.

12.     In addition to offering competitive salaries and sign-on bonuses, Centurion is engaging in aggressive recruitment efforts to attract new hires.  Candidates are thoroughly interviewed and screened to ensure that they are highly qualified for their positions and have a passion for corrections healthcare.

13.     Centurion hosted dinners for providers in Yuma and Tucson to provide information about and encourage interest in available positions.

14.     In 2019, Centurion attended 25 events at educational institutions to recruit non-providers.  An additional six events are planned for the first quarter 2020.

15.     Events that Centurion staff have attended include:

    a.     University of Arizona Nursing School Networking Event;

    b.     Pima Community College Nursing Career Fair for LPNs;

    c.     National Student Nurses Association Annual Conference in Salt Lake City, UT;

    d.     Pima Medical Institute Advisory Council Meeting;

    e.     Pima Community College Career Fair for CNAs;

    f.     Carrington College Career Fair;

    g.     Northland Pioneer College Nursing Career Fair in Winslow and Holbrook, AZ; and,

    h.     Coolidge Career Fair.

16.     Centurion also frequently advertises on over 20 online job boards, including:

    a.     American Nurses Association;

    b.     Association for Professionals in Infection Control and Epidemiology;

    c.     Arizona Nurses Association; and,

    d.     Arizona Psychological Association.

17.     Centurion staff also conduct daily searches of online resume databases to identify potential candidates.

18.     In addition to online advertising, Centurion also advertises positions in traditional print media.  These sources target licensed candidates in hard-to-fill areas and include the following:

    a.     Arizona Nurse Newspaper;

    b.     Arizona Regulatory Journal, which is sent to approximately

3

89,000 nurses;

    c.      Casa Grande Dispatch;

    d.      Copper Era Newspaper;

    e.      East Valley Tribune;

    f.      Explora/Marana Publications;

    g.      Florence Reminder newspaper;

    h.      Gilbert Sun News;

    i.      Glendale Star;

    j.      Imperial Valley Press;

    k.      National Association of Social Workers monthly newsletter;

    l.      Navajo Hopi Observer;

    m.      Peoria Times;

    n.      Sierra Vista Herald;

    o.      Tucson Weekly; and,

    p.      West Valley View newspaper.

19.    Centurion also engages in direct advertising to potential employees.  Between May 2019 and January 2020, Centurion sent a total of 20 email blasts which reached over 130,000 prospective candidates.

20.    A total of three direct mail events occurred in July 2019.  This included postcard mailers sent to thousands of LPNs and RNs in or near Tucson, Buckeye, Lewis, Eyman, and Florence.

21.    Centurion also began using text campaigns in July 2019.  These text campaigns specifically target individuals who hold healthcare licenses and live within a certain number of miles of prisons in need of employees.  Between July 2019 and January 2020, Centurion engaged in a total of 20 text campaigns, sending job advertisements to over 6,000 RNs and 1,900 LPNs across the State.

22.    These recruitment efforts have proven successful.  Overall, Arizona facilities have gone from an average 80% fill rate in July 2019 to 87% in January 2020.

23.     The most notable staffing differences can be seen in hard-to-fill facilities such as Douglas and Safford.  The fill rate for Douglas improved from 59% in July 2019 to 97% in January 2020.  Safford increased from 71% to 97% in the same timeframe.

24.     Provider staffing has also seen a dramatic increase.  100% of Nurse Practitioner positions, including Psychiatric NP positions, are filled; 100% of Psychiatry positions are filled; and 97% of all Dentist positions are filled.  PRN staff fills in if a Dentist is needed to achieve 100% of contractually required hours.

25.     Mental health care staffing has also increased.  Special attention was given to increase mental health staffing at Perryville since October 2019.  The facility now has:

    a.    2 Psychologists (both hired since October 2019);

    b.    3 Behavioral Health Technicians (two hired since October 2019);

    c.    7 Psychology Associates (four hired since October 2019, recruiting for three additional positions, and pending five interviews to fill the same);

    d.    1 Mental Health Lead (position filled prior to October 2019);

    e.    5.2 Mental Health RNs (all positions filled prior to October 2019);

    f.    1 Psychiatrist (position filled prior to October 2019);

    g.    3.5 Psychiatric NPs (three positions filled prior to October 2019; part-time position filled since October 2019[1]);

    h.    1 Mental Health Clerk (position filled prior to October 2019); and

    i.    1 Release Planner (position filled prior to October 2019).

---

[1] The half-time Psychiatric Nurse Practitioner is actually a full-time employee who also works half-time at ASPC-Lewis.

5

26.     Centurion successfully hired new full-time Site Medical Directors for the Florence and Winslow Complex.  In addition, two providers were hired at the Yuma Complex.

27.     Douglas, Safford, and Tucson are 100% staffed for midlevel providers for the first time in years.

28.     Non-provider staffing has also increased since July 2019.  Since that time, Centurion has hired:

  a.     55 new CNAs;

  b.     25 new DON/ADONs;

  c.     70 new LPNs;

  d.     14 new Medical Assistants; and,

  e.     115 new RNs.

29.     There have been a total of 366 new non-provider hires from July 1, 2019 through January 31, 2020.

30.     Centurion has also added positions in excess of what is required by the contractual matrix.  For example, two OB/GYNs were hired over the staffing matrix.  Also hired over the matrix were:

  a.     5 TeleHealth RNs;

  b.     5 TeleHealth CNAs;

  c.     4 onsite Physical Therapists;

  d.     1 Regional Director of Nursing; and

  e.     2 full-time Floater Providers.

31.     While building this staffing force, Centurion used its existing resources to clear the existing backlog of HNRs.  Nursing staff were offered mileage reimbursement and lodging accommodations to travel to remote sites that were in need of coverage.  These nursing "blitzes" have occurred twice at Lewis and three times at Eyman (most recently in November 2019 and January 2020, respectively) to clear the backlog of HNRs.

32.     Centurion currently also has six providers who will provide additional coverage throughout the State, including providing weekend coverage where needed. Centurion will continue to reallocate resources to any facility with need to ensure appropriate care.

33.     Centurion also maintains a network of agency nurses who can fill in where necessary.   There are currently over 300 agency nurses cleared to present to Arizona facilities.

34.     Centurion's use of agency nurses has declined in favor of onsite nursing staff and telemedicine nurses who are better trained in the requirements of the Performance Measures.

35.     Centurion is also in the process of developing an internal traveling nurse program.  This program will consist of RNs and LPNs who are available to travel anywhere in the State to fill critical openings.  This program will drastically reduce reliance on agency nurses, and will decrease the cost of overtime.

36.     Medical staff, including specialists, from other states are also being deployed to provide care through telemedicine.  This number is expected to increase as out-of-state providers gain Arizona licenses.

37.     Centurion is working with Arizona governmental agencies and regulators to develop initiatives to speed up the process for Arizona licensure of out-of-state providers.

38.     Centurion's onboarding process has been adapted to fulfill the needs of the Stipulation.  All new staff must go through extensive training on the requirements of the Stipulation, including all Performance Measures, at Centurion's Tempe regional office. This training lasts between one and a half and three days, depending on the position.  This centralization ensures that all staff receive consistent training.  This approach promotes consistency throughout Centurion's network and increases compliance with the Performance Measures.  Further, a centralized approach to training ensures that employees feel included in the onboarding process and a part of a larger team.  This leads to greater staff retention and less turnover.

7

39.     Centurion's retention rate is average to above average for the corrections healthcare industry.  The contract turnover rate from July 1, 2019 through January 31, 2020 was 15.56%.  Contract turnover with status change was 23.87%.

40.     Centurion is committed to developing and fostering a highly skilled and dedicated group of medical professionals.  We will continue our successful recruitment and retention efforts to ensure that the Arizona prison population has access to excellent healthcare.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February, 2020.

Amanda Diamantis

**EXHIBIT 2**

**EXHIBIT 2**

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                     Plaintiffs,<br><br>          v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                     Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DECLARATION OF DAVID SHINN** |

I, David Shinn, make the following Declaration:

1.     I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.     I am the Director of the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") and have served as Director since October 21, 2019.

3.     Prior to my appointment as ADCRR's Director, I served for more than 32 years in uniformed and civil service for the United States Government.

4.     I am a veteran of the U.S. Marine Corps, began my career with the Federal Bureau of Prisons in 1991 as a correctional officer, and served for more than 28 years,

1    rising to the position of Assistant Director for the Program Review Division, in
2    Washington, D.C.

3         5.    As a member of the Executive Leadership for the Federal Bureau of Prisons,
4    which is the nation's largest correctional system with 122 institutions, 39,000 employees,
5    and an inmate population of more than 240,000, I served as the internal audit authority,
6    where I was responsible for the development of comprehensive audit guidelines and led a
7    division of professional auditors in the continuous assessment and evaluation of the
8    agency's operations comprised of 17 specialized disciplines.

9         6.    I served as the agency coordinator for all external audit activities conducted
10   by the Department of Justice Inspector General's Office and Government Accounting
11   Office and was responsible for resolving audit findings by managing the policy and
12   procedural changes necessary to demonstrate compliance and prevent recurrence.

13        7.    Additionally, I led agency training efforts and managed the accreditation
14   process to achieve and maintain certification from the American Correctional Association,
15   the Joint Commission for Accreditation of Healthcare Organizations, and later the
16   National Commission on Correctional Healthcare.

17        8.    Upon my appointment as Director of ADCRR, I was briefed on the history
18   of the *Parsons v. Ryan* litigation.

19        9.    As Director of ADCRR, I am committed to partnering with Centurion to
20   lead this agency to full compliance with the HCPMs and overall Stipulation compliance.

21        10.    To that end, I have explored and analyzed the important interplay between
22   prison security operations and the provision of healthcare to identify challenges that may
23   require redirection, improvement, or change in order to achieve both ADCRR and
24   Centurion's common goal of providing quality and Stipulation-compliant healthcare to the
25   inmate population while also maintaining the safety and security of the public, the inmate
26   population, and staff.

27
28

11.     In November 2019, ADCRR achieved nearly 95% compliance with the remaining 852 Stipulation performance measures (which includes 36 maximum custody performance measures).

12.     In December 2019, ADCRR achieved nearly 93% compliance with the remaining 852 Stipulation performance measures (which includes 36 maximum custody performance measures).

13.     It is my understanding that the compliance rate at the time of transition to the Centurion partnership in July 2019 was 89%.

14.     It is also my understanding that Centurion's November 2019 compliance rate of nearly 95% was the highest compliance score achieved since the Stipulation became effective in October 2014.

15.     Since the start of my Directorship, I have participated in ADCRR and Centurion leadership bi-weekly meetings to discuss HCPM compliance and to collaboratively address efforts to achieve complete Stipulation compliance.

16.     Likewise, ADCRR complex-level security operations and medical leadership meet daily to discuss HCPM compliance, identify and resolve issues that compromise compliance, collaborate to achieve complete Stipulation compliance, and advise on the medical and mental health status of inmates who may require additional security supervision.

17.     ADCRR has also realigned its Monitoring Bureau monitor assignments such that monitors are now responsible for monitoring an assignment of specific HCPMs on a statewide basis versus monitoring HCPMs only at one specified prison complex location. This realignment ensures consistency in monitoring methodology and scoring, and will aid in identification and resolution of barriers that impede the achievement of compliance.

18.     In 2019, ADCRR added ten medical program liaison positions to assist in achieving HCPM compliance. The current liaisons have been reassigned effective January 2020 to now report to prison operations leadership as opposed to ADCRR's Monitoring Bureau. A liaison is assigned to each of the ten state-operated prison complexes. Liaison

3

duties include review and confirmation of daily HCPM compliance, identifying and aiding in the resolution of barriers that impede the achievement of compliance, serving as liaisons between complex medical personnel and security prison operations, and investigating and appropriately referring and responding to complaints pertaining to the provision of healthcare to individual inmates.

19.     As an additional method of increasing efficiency in the provision of medical care, ADCRR is currently rolling out a tablet system whereby inmates in most every classifications will be provided tablets that provide for entertainment and communication opportunities. The tablets were issued at ASPC-Florence in October 2019 and the complex was completed in November 2019.  The tablets were issued at ASPC-Tucson in December 2019 and the complex is currently projected to be completed by March 2020. Tablets are currently projected to be issued at ASPC-Eyman in June 2020 and the complex is currently projected to be completed by July 2020. Design/implementation efforts are also currently being made to further equip the tablets with technology capability for submission of Health Needs Requests and medical care refusal forms directly from the tablet to Centurion medical personnel.  This capability will increase the efficiency and timeliness of processing inmate HNRs and medical care refusals.

20.     Furthermore, ADCRR is adding HCPM compliance performance to Complex Wardens' annual performance review criteria in order to ensure that Complex Wardens engage in successful partnership with Centurion personnel in order to achieve and maintain HCPM compliance.

21.     Moreover, ADCRR will collaborate with and assist Centurion in devising a training component of Centurion's onboarding program that will provide detailed training regarding HCPM requirements, monitoring methodology and compliance expectations. Additional training in this regard will increase new employees' understanding of the HCPMS which will in turn increase compliance and improve the delivery of quality healthcare.

22.     Likewise, ADCRR will work with Arizona governmental agencies and regulators to develop initiatives to streamline the process for Arizona licensure of Centurion's out-of-state providers.

23.     In sum, ADCRR and Centurion are committed to engaging in successful, collaborative efforts to achieve full compliance with the Stipulation and to improve the delivery and quality of healthcare to ADCRR's inmate population.

24.     Since the Court issued its Order (Doc. 3495), ADCRR has investigated nationally recognized correctional medicine organization candidates that can identify and provide modification recommendations related to: (1) root causes that impede CGAR compliance; (2) revision/modification of certain HCPMs to ensure that the measures are outcome-based and qualitatively measure the actual delivery of healthcare; and (3) a complex-specific staffing analysis that accounts for unique hiring and retention factors, physical plant, and security staffing requirements that must be contemplated at each unique prison complex location.

25.     ADCRR will acquire the services of such a nationally recognized correctional medicine organization to perform the analyses listed above in accordance with all applicable law and all deliberate speed.

26.     It is important to consult with a nationally recognized correctional medicine organization to perform the root cause, HCPM revision/modification, and staffing analyses so as to ensure that the study takes into account the unique challenges of corrections medicine—challenges that exceed baseline delivery of care and must also address geographical location, site-specific facility plant design, and overlapping security staffing needs in order to facilitate the delivery of healthcare.

27.     ADCCR anticipates that the selected organization will also consult with Dr. Marc Stern in performing its analysis, considering the tremendous amount of work that Dr. Stern has already conducted in this regard.

28.     ADCRR also anticipates that the selected organization will be familiar to Dr. Stern, either as a member, a consultant, or an award recipient.

5

1    29.    My understanding is that Centurion supports ADCRR's efforts in this
2    regard.

3    30.    An important factor that will affect the delivery of healthcare to the inmate
4    population and HCPM compliance is the fact that ADCRR will be closing ASPC-
5    Florence.

6    31.    This closure will reduce approximately 10% percent of ADCRR's in-state
7    inmate population as a corresponding number of inmates must be reassigned to alternative
8    custody placements with either Arizona county jails or third party vendors.

9    32.    Solicitations for Intergovernmental Agreements with Arizona county jails
10   are in progress.

11   33.    The closing of ASPC-Florence will additionally free up substantial funding,
12   medical staffing, and security staffing resources that will be redistributed to ASPC-Eyman
13   and to other state-run prison complexes.

14   34.    The decision to close ASPC-Florence has also resulted in ADCRR initiating
15   a state-wide bed allocation analysis to focus on potential re-distribution of the inmate
16   population to locate those inmates with chronic or complex medical conditions in
17   geographical locations that best serves the population's relevant medical needs.

18   35.    In the interim, ADCRR and Centurion have agreed to implement a
19   utilization review procedure whereby on a weekly basis, a multi-disciplinary team,
20   including facility operations (the Warden), will meet to discuss possible alternative
21   housing assignments for inmates who require medical services that may not be optimally
22   available at the prison complex to which the inmate is assigned.

23   36.    Recommendations for alternative placement made at the complex-level will
24   then be elevated to ADCRR operations leadership and Centurion leadership for ultimate
25   determination.

26   37.    ADCRR and Centurion leadership will also meet weekly to review
27   alternative placement recommendations made at the complex level.

28

38.     Through its contract with Centurion, ADCR has increased potential sanctions that may be imposed upon Centurion for HCPM non-compliance as compared to sanctions remedies available to ADCRR with the prior healthcare provider.

39.     Pursuant to the terms of the ADCRR-Centurion contract, ADCRR may impose contract performance measure offsets against Centurion on a monthly basis for each HCPM that falls below the 85% compliance rate at each of the applicable ten prison complexes, at a rate of $500.00 per compliance failure.

40.     Further sanctions may be imposed on an increasing scale where compliance failures result in an extension of the twenty-four (24) month rolling compliance time period.

41.     According to this matrix, monthly sanctions escalate from $2,500 per sanction for the first nine (9) HCPMs that extend the twenty-four (24) month rolling compliance time period to $20,000 per sanction for 50+ measures that extend the compliance period.

42.     In my opinion, ADCRR's escalating sanctions matrix deters non-compliance and encourages problem-solving focus on the root cause of noncompliance versus artificial focus on position vacancies.

43.     Under my leadership, ADCRR is committed to achieving final Stipulation compliance and ADCRR/Centurion have made great strides in doing so with respect to HCPM compliance in the short time period that Centurion has partnered with ADCRR.

///

///

///

///

7

44.     I personally request the opportunity to address the Court to answer any questions the Court may have regarding my leadership of ADCRR as it affects Stipulation performance compliance, and to further detail ADCRR's commitment and action plan for reaching and sustaining full Stipulation compliance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of February, 2020.

David Shinn

**EXHIBIT 3**

**EXHIBIT 3**

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DECLARATION OF WENDY ORM, M.D.** |

I, Wendy Orm, make the following Declaration:

1.    I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.    I am the Arizona State Medical Director for Centurion.

### **CURRENT PERFORMANCE**

3.    In December 2019, Centurion was in compliance with more than 92% of the Stipulation Healthcare Performance Measures.  Centurion's November 2019 compliance rate of more than 94% was the highest compliance score achieved since the Stipulation became effective in October 2014.

4.     Furthermore, of the 135 remaining "sanctionable measures" under the Court's January 31, 2020 Order (as modified on February 12, 2020), 81 of those measures have **never** been non-compliant during Centurion's tenure.   Eighteen measures were non-compliant for only one month of Centurion's tenure, and another 11 were non-compliant for only two months.

5.     Centurion is not only interested in achieving compliance with the benchmarks set forth in the Stipulation, but is committed to partnering with the Arizona Department of Corrections Rehabilitation and Reentry ("ADCRR") to improve overall patient care and welfare.

6.     Essential to understanding the context, is the sheer volume of patient care which Centurion regularly delivers to ADCRR inmates.  Across the ADCRR system, in December 2019 alone, there were 39,769 nursing encounters and 13,129 medical provider encounters.  If Dental and Mental Health encounters were to be included, that number would be even higher.

7.     When Centurion began providing service to ADCRR facilities, it inherited a backlog of over 2,830 uncompleted and past-due Nurse Line encounters.  Within seven months, Centurion reduced that backlog by more than 98.72%, and had only 36 backlogged nursing encounters at the end of January 2020.

8.     Similarly, prior to Centurion beginning service there was a backlog of uncompleted and past-due Chronic Care appointments.  In addition to seeing those Chronic Care Clinic patients normally scheduled, Centurion providers were able to reduce the backlog by more than 93%, and there are currently only 12 past due Chronic Care Clinic appointments statewide.

### UTILIZATION MANAGEMENT

9.     Centurion is aware of the importance of providing a fast, accurate, and efficient Utilization Management process for approving additional specialty care services.  Furthermore, Centurion is aware of Dr. Stern's criticisms of the prior health service

2

1    provider's Utilization Management process, and does not believe that its process suffers
2    from the infirmities identified by Dr. Stern.

3         10.    Centurion offers its ADRRC providers access to RubiconMD.  RubiconMD
4    is an eConsult platform which permits primary care providers to consult with a specialist
5    for answers to questions, treatment suggestions, and also to confirm, if an outside specialty
6    consultation is required, what diagnostic tests the specialist will need to have completed
7    before seeing that patient.

8         11.    ADRRC providers do not need any specific authorization to utilize
9    RubiconMD and are free to use it as they deem appropriate for any patient.  However, the
10   opportunity to consult and verify what specialty is most likely to best address a condition,
11   or what the specialist needs to have done before seeing the patient, will eliminate historical
12   problems of a patient being referred to the wrong specialist (i.e., neurology vs. neuro-
13   surgery), or being scheduled for an appointment with a specialist only to learn that an
14   essential diagnostic test was not completed and provided to the specialist (i.e., an MRI).

15        12.    More significantly, unlike the prior health services provider, upon beginning
16   service to ADRRC inmates in July 2019, Centurion implemented a uniform evidence-based
17   process, where Utilization Management decision making control is left to local Arizona
18   staff.  Centurion's process occurs within the eOMIS electronic medical record system,
19   thereby eliminating both the delay and potential for error resulting from duplicate data
20   entry, which was experienced by the previous healthcare provider.

21        13.    Centurion's Utilization Management Department is a team of Arizona-based
22   nurses and a dedicated Arizona-based physician with full access to eOMIS to review and
23   process requests for outside specialty care appointments for ADC inmates.  This physician
24   position was created and staffed in excess of the staffing matrix to accelerate the decision
25   process and improve patients' access to specialty care.

26        14.    Under Centurion's process, an ADCRR facility provider enters a request for
27   an outside specialty consult into eOMIS.  Utilization Management Department members
28   review the request in eOMIS and have the entire patient's medical record available for

3

1   further review while they evaluate the request.  This permits them to understand the full

2   background of the patient's history.

3       15.   The Utilization Management team uses the TrueCare system—which houses

4   all of the McKesson InterQual clinical criteria—to ensure that decisions are made uniformly

5   and consistently with the community standard of care.  These are the same criteria used in

6   Utilization Management decisions on behalf of Medicare, Medicaid, and many private

7   insurers.

8       16.   Centurion's Utilization Management rules allow nursing staff to approve

9   many requests without physician consultation, which not only speeds up the process, but

10  allows the Utilization Management Physician to focus on more complex cases.

11      17.   All actions pertaining to outside consultation approvals are entered and

12  tracked in real time in the eOMIS system, including but not limited to:  (1) when a provider

13  requested a consultation request; (2) when the Utilization Management Department

14  reviewed the request; (3) the decision of the Utilization Management Department and when

15  it was issued; (4) who is assigned to schedule the consult after approval; (5) the date and

16  time of the scheduled appointment; (6) the recommendations of the outside specialist; and,

17  (7) the follow-up actions of the facility provider based upon the specialist's

18  recommendations.   Only when all steps have been completed is the request marked

19  complete in eOMIS.

20      18.   In the event that the Utilization Management Department requests more

21  information or suggests an Alternative Treatment Plan ("ATP"), such requests are made

22  directly in eOMIS and the provider is notified of the request or ATP in real time.

23      19.   Centurion's target is to provide a Utilization Management Decision within

24  three days for any urgent request and within 14 days for any routine request.

25      20.   While Centurion inherited a backlog of more than 800 open Utilization

26  Management requests submitted by providers working under the prior ADC health services

27  provider, Centurion's Utilization Management Department has eliminated that backlog and

28  is currently completing approvals within target times.

1       21.    Centurion understands that since it began using its Utilization Management

2  process there has been a 41% increase in the processing and approval of outside specialty

3  consults.

4                                      **SPECIALTY CARE NETWORKS**

5       22.    While Centurion's Utilization Management efficiencies have increased the

6  volume of specialist appointments, that has put some additional stress on Centurion's

7  existing offsite network.  One key challenge equally impacting the community standard of

8  care, as well as correctional healthcare, is a short supply of available specialty

9  appointments, particularly since most community specialty care providers are already

10  booked months ahead of time for all patients, including the general public seeking specialty

11  healthcare.  To combat this, Centurion has created positions in excess of the staffing matrix

12  to provide patients with increased access to care, as well as looking to non-traditional

13  methods to increase access to specialty care services.

14       23.    For the first time in Centurion nationwide operations, Centurion has created

15  an Arizona operations position whereby a Centurion employee is tasked with calling upon

16  community providers to recruit and retain outside specialty providers.

17       24.    Where feasible to expedite the delivery of services, Centurion is working to

18  provide more on-site specialty care.  While audiology and optometry specialties have long

19  been provided on-site at ADCRR facilities, Centurion has already brought physical

20  therapists on-site to Eyman, Florence, Tucson, and Yuma, as well as making mobile

21  Mammography services available at Perryville and on-site ultrasound services available

22  statewide.  Bringing these services on-site provides a dedicated window when services can

23  be regularly scheduled exclusively for ADCRR patients and makes transport resources more

24  available for other inmates.

25       25.    Centurion is also currently assessing demand and looking to identify

26  opportunities to further expand this program by adding other specialties or ADCRR

27  facilities.

28

26.     In addition, Centurion is considering exclusive employment of other outside specialty care providers, whose sole practice would be to serve correctional healthcare patients.

### **TELEMEDICINE**

27.     Telemedicine is another tool that Centurion is using to increase ADRRC inmates' access to care.  Since July 2019, telemedicine has played an important role in decreasing the backlog of HNRs that Centurion inherited.  To alleviate the HNR backlog at Eyman, Centurion instituted a dedicated telehealth physician, and an RN program.  In conjunction with the nursing "blitzes" that utilized nursing staff from across the State, these efforts have helped to drastically reduce the HNR backlog.

28.     Centurion's increase in onsite nursing staff has decreased the demand for nursing telemedicine services.  But clearing the HNR backlogs has led to an increase in the need for provider and specialist visits.  Thus, Centurion is investing in developing a robust provider and specialist telemedicine network.

29.     The telemedicine program in Arizona is already the largest in the Company. Centurion's state-of-the-art telemedicine equipment has been deployed at all major facilities.  This equipment complies with health privacy laws.  It is also more advanced than traditional telemedicine services because the equipment includes high definition cameras, heart monitors, pulse oximeters, and mechanisms which allow providers to conduct skin analyses.  This technology allows providers to perform a wide variety of services remotely.

30.     Centurion currently has two dedicated full-time telemedicine providers.  In addition, Centurion's network of providers and specialists continues to grow.  Professionals from outside of the State are joining the network as they obtain Arizona licenses.  As the rules regarding licensure continue to change, even more providers and specialists will be able to join the network.

31.     Perhaps the greatest opportunity for advancement through telemedicine is the ability to see a wide variety of specialists remotely.  These telemedicine specialists are filling the gap by providing specialty services that are in short supply in Arizona.  Further,

1   patients can receive care faster without the complication of coordinating external inmate
2   movement.   Telemedicine specialists are already helping Centurion to provide patients
3   access to specialty services within the timeframes established by the Performance
4   Measures.

5        32.    Presently, Centurion is actively negotiating a contract with CareClix.  This
6   partnership will provide ADCRR patients access to remote orthopedists, cardiologists,
7   nephrologists, ENTs, and rheumatologists.  These are some of the specialties which are in
8   the shortest supply in Arizona.  Providers are currently analyzing pending specialist
9   appointment requests to determine which cases are the most appropriate for telemedicine.
10  Treating these cases through telemedicine will allow Centurion to address the short supply
11  of in-person appointments with outside specialty care providers by prioritizing and
12  scheduling those inmates who require in-person off-site specialist services, and also
13  expedite specialty consults for those who are most likely to benefit from a remote consult.

14       33.    Telemedicine can also connect ADRRC inmates with the specialty services
15  offered through research institutions.  For example, Centurion has worked locally with the
16  University of Arizona Banner-Tucson telemedicine program to provide inmates with access
17  to the University's Infectious Disease telemedicine program.

18       34.    Centurion is currently negotiating with potential vendors in hopes of further
19  expanding its external telemedicine network.  Though not a replacement for quality on-site
20  and community medical care, telemedicine is a useful tool that will continue to be
21  developed.  It offers an innovative solution for the unique problems faced by correctional
22  health providers, and will be of great assistance in ensuring compliance with the
23  Performance Measures.

24       **OTHER INITIATIVES TO ENHACE HEALTHCARE**

25       35.    While Centurion is proud of its rapid progress and high compliance rate over
26  a short period of time, it is continuously looking to improve the quality and level of service
27  provided to the ADCRR population.

28

36.     Centurion is dedicated to improving infectious disease control measures as a preventative measure to avoid the outbreak of an infectious disease which may spread among the inmate population or facility staff.  Centurion has hired an Infection Control RN, who is responsible for managing Infection Control programs across all facilities.   This professional is tasked with making sure that the most current recommended protocols are in place, to coordinate with applicable public health authorities, and to provide site-based teams with proactive steps necessary to reduce the possibility of the spread of an infectious disease.

37.     Aside from simply controlling the spread of infections, Centurion recognizes that many inmate patients may have infectious diseases, such as HIV, Hepatitis C, or latent-TB.  Centurion is ramping up to the community standard of care to detect, triage, and treat these conditions.   In particular, Centurion recognizes that upon release patients with these conditions, absent intervention, have significant risk factors which may lead to reinfection or transmission of the disease to the larger public population.   In addition to providing detection, triage, and medically appropriate treatment of patients with these conditions, Centurion is also working to develop further education and treatment methods to reduce the likelihood that inmate patients will engage in risky behaviors following release.

38.     For example, in recognition of the nationwide opioid crisis, where illicit use is often accompanied by the risk of infection from sharing needles, Centurion's Arizona providers are all seeking "X-Waivers" under the Drug Addiction Treatment Act of 2000, which would permit them to prescribe medical interventions to reduce opioid dependence, under a Medication Assisted Treatment program.

39.     Centurion does not make these decisions unilaterally, but rather is a committed partner with ADCRR.

40.     At ADCRR facilities, Centurion healthcare professionals are expected to engage in daily face-to-face meetings with ADCRR facility administrators to discuss issues relating to inmate health and wellness, the medical and mental health status of certain inmates who may require additional security supervision, the overall delivery of care at the

8

1    facility, and to identify and resolve any operational concerns arising on either the ADCRR

2    or Centurion side, which may impact patient care.

3        41.    Similarly, Centurion regional leadership frequently meets,  in person, several

4    times each month with ADCRR Central Office stakeholders, including, but not limited to,

5    Director Shinn, regarding performance under the contract, as well as to discuss additional

6    methods by which the level of services and care provided can be enhanced for the welfare

7    of the ADCRR population

8        I declare under penalty of perjury that the foregoing is true and correct.

9    Executed this *28* day of February, 2020.

11   _____

12   Wendy Orm, M.D.

**EXHIBIT 4**

**EXHIBIT 4**

1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona 85226
    Telephone: (480) 420-1600
5   Fax: (480) 420-1696
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9                **UNITED STATES DISTRICT COURT**
10                     **DISTRICT OF ARIZONA**

11  Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
12  Center for Disability Law,

13                                    Plaintiffs,     **DECLARATION OF**
                        v.                            **CHRISTOPHER BOURQUE**

14  David Shinn, Director, Arizona Department of
15  Corrections; and Richard Pratt, Interim
    Division Director, Division of Health Services,
16  Arizona Department of Corrections, in their
    official capacities,
17
                                    Defendants.
18
          I, Christopher Bourque, make the following Declaration:

19        1.      I am over the age of 18 years and have personal knowledge of and am
20  competent to testify to the matters set forth in this Declaration.

21        2.      I am the Director of Electronic Health Records for Centurion Managed Care
22  and have held this position at all relevant times while Centurion has partnered to provide
23  healthcare services to the Arizona Department of Corrections Rehabilitation and Reentry
24  ("ADCRR").

25        3.      Centurion has devoted significant time and resources to understanding the
26  current Information Technology capabilities of the ADCRR facilities, as well as the needs
27  and growth opportunities to provide more efficient data entry and access.

28

1      4.     Between July 1, 2019 and January 28, 2020, thirty-tine (39) updates were
2 installed into the eOMIS system and have been implemented at the ADCRR facilities.
3 While some of these updates were requested by ADCRR and provided by Centurion as
4 part of the contract process, other updates were made to incorporate and address
5 suggestions by providers and nurses located at the ADCRR facilities.

6      5.     One initial change implemented by Centurion almost immediately is to
7 automatically record a non-editable system date on all forms in the eOMIS system at the
8 times the form is opened and saved. To the extent a medical professional is charting late,
9 he or she is trained and instructed to explain the reason for the late entry in the narrative
10 portion of the document.

11      6.     Providers, nursing staff or other professionals at ADCRR are encouraged to
12 submit suggestions to improve their eOMIS workflow through their Facility Health
13 Administrator. Those requests are submitted to and considered by Centurion's Regional
14 Office Change Committee to determine if the change is locally needed.

15      7.     Approved requests are also submitted for approval by clinical operations as
16 well as ADCRR prior to implementation. Clinical operations' approval is necessary to
17 ensure that a change requested by one person will be consistent with the workflow of
18 multiple providers. Sometimes, a suggested change will make it apparent that additional
19 training, rather than a change to the system, is the appropriate solution.

20      8.     Once approval is obtained at all levels, Centurion's Electronic Health
21 Record team works with the eOMIS vendor, Marquis, to develop the change. It is then
22 tested first by Marquis, and then by Centurion, to ensure it works as designed prior to
23 being released.

24      9.     Once approval has been obtained, the development of a new feature or form
25 typically requires a week to a month of programming time, depending on the complexity
26 of the change, before it is implemented.

27

28

2

1      10.    I understand that there has been some criticism levied regarding certain aspects of the eOMIS system.  Based upon my understanding, I do not believe that criticism reflects the current state of the eOMIS system.

11.    When scanned documents are added to eOMIS, the date field for the scanned document is editable by the Medical Records Clerk entering the record.  While the current date and time is suggested, that field can be edited to reflect the date of the event addressed in the document by the Medical Records Clerk, without any additional change to the eOMIS design.

12.    While I understand the concern about viewing a limited set of 20 scanned documents from the "Scanned Documents/Photos" control in eOMIS, this is not the method of viewing scanned documents that Centurion trains its employees or providers to use. Rather, Centurion trains and instructs the ADCRR healthcare professionals to use the "Scanned Document Index" option instead.  This button opens up a filtered list, divided by category of scanned documents (such as Health Needs Request, Intake Data, Release of Information, Consults, Dental, Refusals, Mental Health, Lab Tests, etc.), from which a user can view either all of the scanned documents for a patient or all of a subset of documents based upon category, without seeing a limited set of most recent results.

13.    While sound medical records and information technology practices require that only one patient encounter be opened at a time in order to maintain an accurate audit trail, prior to Centurion providing services to ADCRR, eOMIS users have been able to view from the open active encounter other portions of the records relating to a patient's Medication Administration Record, Current Medications, Orders, Laboratory Results, Imaging Results, Consultations, Follow-up, Other Procedures, Scanned Documents, and Vital Signs.

14.    Prior to Centurion providing services to ADCRR, an eOMIS option was put into production, where a user could select multiple laboratory tests under laboratory results and then click a button to generate a graphical display and values of laboratory results over time, to quickly see relevant trends..

3

1      15.    At all times since Centurion began providing services to ADCRR, eOMIS

2  has permitted users to filter, rather than simply sort, encounter records by general type of

3  encounter (i.e., Dental, Provider, Medical Records, Mental Health, Nursing), and then

4  provides the user the further option of whether or not to sort by subtype. This eliminates

5  the challenge for any healthcare professional to be confronted with a long list of

6  encounters which are not relevant to their treatment of the patient and affords the user the

7  discretion to view all encounters or only a subset of desired encounter types.

8      16.    In addition, Centurion is proactively looking for other ways to make eOMIS

9  more efficient as a tool for patient care.

10     17.    Centurion has acquired electronic signature pads, which have been delivered

11  to all ADCRR facilities, to reduce the need for scanned documents requiring a patient's

12  signature to be included in the record. Rather, the patient can sign the form digitally on

13  the signature pad, and the image of the signature, along with the date and time it was

14  signed, will be appended to the record.

15     18.    At ASPC-Lewis, Centurion will be piloting a program to give medical staff

16  handheld tablets, so they may enter information into eOMIS in real time while they are

17  moving throughout the units at that facility.

18     19.    Centurion is also supporting ADCRR in rolling eOMIS out to the privately

19  operated facilities. This will provide more consistent records and enhance the continuity

20  of care for patients transferred between state and privately operated facilities.

21     20.    Currently, Centurion has more than 15 open requests for changes to the

22  eOMIS system requested by ADCRR facility personnel in various stages of completion.

23     21.    Centurion remains committed to supporting its medical professionals in the

24  delivery of patient care by considering their suggestions for improvements to eOMIS,

25  advocating for necessary changes, and partnering with Marquis to quickly develop, test,

26  and release an effective update.

27

28

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed this 28th day of February, 2020.

Christopher Bourque