# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion to Seal (Doc. 3509), and good cause appearing,

**IT IS ORDERED** the Motion to Seal (Doc. 3509) is **GRANTED**. Exhibit 1 to the Declaration of Corene Kendrick, lodged at Doc. 3510, will be sealed by the Clerk of Court. This Order shall not be sealed.

Dated this 2nd day of March, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge