Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
       carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **STIPULATED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION AND AMEND THE ORDER TO SHOW CAUSE (DOC. 3492)** |

LEGAL23774493.1

1  Pursuant to Local Rule 7.3, Plaintiffs respectfully move this Court for an Order
2  extending the time for their reply in support of Plaintiffs' Motion to Enforce the
3  Stipulation and Amend the Order to Show Cause (Doc. 3492). The parties have stipulated
4  to an extension of one week, to and including March 19, 2020, for Plaintiffs' reply.

5  Plaintiffs make this request in light of the fact that ACLU national offices will be
6  closed on March 11, 2020 (and possibly on additional days) due to the COVID-19
7  outbreak.

LEGAL23774493.1

| | |
|---|---|
| 1  Dated:  March 10, 2020 | |
| 2 | By:   s/ David C. Fathi |
| 3 | David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)** |
|  | Eunice Hyunhye Cho (Wash. 53711)* |
| 4 | Maria V. Morris (Cal. 223903)* |
| 5 | **ACLU NATIONAL PRISON PROJECT** |
|  | 915 15th Street N.W., 7th Floor |
| 6 | Washington, D.C. 20005<br>Telephone:  (202) 548-6603 |
| 7 | Email:     dfathi@aclu.org |
|  |           afettig@aclu.org |
| 8 |           echo@aclu.org<br>          mmorris@aclu.org |
| 9 | |
|  | *Admitted *pro hac vice*.  Not admitted |
| 10 |  in DC; practice limited to federal<br> courts. |
| 11 | **Admitted *pro hac vice* |
| 12 | Daniel C. Barr (Bar No. 010149) |
|  | Amelia M. Gerlicher (Bar No. 023966) |
| 13 | John H. Gray (Bar No. 028107) |
| 14 | **PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000 |
|  | Phoenix, Arizona 85012 |
| 15 | Telephone:  (602) 351-8000<br>Email:     dbarr@perkinscoie.com |
| 16 |           agerlicher@perkinscoie.com |
|  |           jhgray@perkinscoie.com |
| 17 | |
| 18 | Jared Keenan (Bar No. 027068)<br>Casey Arellano (Bar No. 031242) |
| 19 | **ACLU FOUNDATION OF ARIZONA** |
|  | 3707 North 7th Street, Suite 235 |
| 20 | Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854 |
| 21 | Email:     jkeenan@acluaz.org |
|  |           carellano@acluaz.org |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    ckendrick@prisonlaw.com
    rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

LEGAL23774493.1        -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
Jamie D. Guzman
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com
jguzman@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns