**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION AND AMEND THE ORDER TO SHOW CAUSE (DOC. 3492)** |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Reply in Support of Plaintiffs' Motion to Enforce the Stipulation and Amend the Order to Show Cause (Doc. _____ ), and finding good cause, hereby GRANTS the Motion.

Plaintiffs shall have up to and including March 19, 2020 to file their reply in support of Plaintiffs' Motion to Enforce the Stipulation and Amend the Order to Show Cause (Doc. 3492).