# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Parties having filed a Stipulated Motion to Extend Deadline to File Reply in Support of Plaintiffs' Motion to Enforce the Stipulation and Amend the Order to Show Cause (Doc. 3492) (Doc. 3516), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion (Doc. 3516) is **GRANTED**. Plaintiffs shall have through March 19, 2020, to file their Reply.

Dated this 10th day of March, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge