IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Charles Ryan, et al.,<br><br>　　　　　　　Defendants. | No. 2:12-cv-00601-ROS-DKD<br><br>**ORDER**<br><br>Assigned to the Honorable Roslyn O. Silver<br>Magistrate Judge David K. Duncan |

This matter, having come before the Court upon Intervenor's Motion to Intervene for the limited purpose of presenting the Motion to Intervene to modify applicable Protective Orders and Orders to Seal entered in this action, to allow Intervenor to seek discovery of materials subject to this Court's Orders in collateral litigation.

**IT IS ORDERED:**

(1)　　Intervenor's Motion is GRANTED.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　United States District Court Judge

Dated:

1