## INMATE SELF-INJURIOUS BEHAVIOR AND SUICIDE ATTEMPTS

Because not all acts of inmate self-harm are suicide attempts, the Arizona Department of Corrections (ADC) has adopted a new method of counting acts of inmate self-harm as of July 2018. This would include any level of lethality (superficial, moderate, serious, etc.) Based on a review by medical/mental health staff, these incidents will now be categorized as one of the following, based on the definitions below:

- Self-Injurious Behavior - Any act of self-harm without the intention to end one's life.
- Suicide Attempt - Any act of self-harm with the intention to end one's life.

This distinction will allow ADC to better understand these incidents and continue to refine prevention techniques. The table below displays the new content and format for this information moving forward.

|  | Self-Injurious Behavior | | | | | | Suicide Attempt | | | | | | Unknown | Suicide | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | C | O/I | B | H/S | M | Total | C | O/I | B | H/S | M | Total | | | |
| **FY19** | 1315 | 336 | 623 | 122 | 18 | 2414 | 51 | 48 | 7 | 61 | 5 | 172 | 0 | 7 | 2593 |
|  | | | | | | | | | | | | | | | |
| **FY20*** | | | | | | | | | | | | | | | |
| Jul-19 | 101 | 41 | 67 | 16 | 3 | 228 | 1 | 5 | 0 | 9 | 0 | 15 | 0 | 2 | 245 |
| August | 86 | 33 | 54 | 9 | 1 | 183 | 2 | 4 | 1 | 6 | 2 | 15 | 0 | 0 | 198 |
| September | 69 | 14 | 73 | 18 | 2 | 176 | 2 | 5 | 0 | 4 | 0 | 11 | 0 | 0 | 187 |
| October | 60 | 17 | 39 | 16 | 0 | 132 | 4 | 2 | 6 | 3 | 1 | 16 | 0 | 0 | 148 |
| November | 139 | 29 | 54 | 14 | 0 | 236 | 2 | 1 | 2 | 2 | 0 | 7 | 0 | 0 | 243 |
| December | 174 | 23 | 41 | 9 | 0 | 247 | 1 | 1 | 0 | 2 | 0 | 4 | 0 | 0 | 251 |
| Jan-20 | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | |
| **TOTALS** | 629 | 157 | 328 | 82 | 6 | 1202 | 12 | 18 | 9 | 26 | 3 | 68 | 0 | 2 | 1272 |

*FY 2020 Data collected as of 12/31/2019
 Includes ADC and Contract Beds
C - Cutting/Burning/Biting: Inflicting cuts, burns, or bites to the skin surface.
O/I - Overdose/Ingestion/Insertion: Ingesting, inserting of substances (drugs/medications/non-edible items, etc.) or foreign bodies.
B - Blunt Force: Hitting self, head banging, kicking, jumping, etc.
H/S - Hanging/Strangulation: Restricting/blocking, or limiting the breathing function/ability.
M - Miscellaneous: Other methods not otherwise captured in the above definitions.

## INMATE DEATHS BY YEAR AND CAUSE

| TYPE | FY 10 | FY 11 | FY 12 | FY 13 | FY 14 | FY 15 | FY 16 | FY 17 | FY 18 | FY 19 | FY 20* | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Natural Causes** | 67 | 64 | 71 | 66 | 91 | 82 | 102 | 107 | 105 | 93 | 48 | **896** |
| **Suicide** | 10 | 13 | 6 | 7 | 8 | 6 | 6 | 8 | 7 | 7 | 2 | **80** |
| **Accidental** | 4 | 5 | 7 | 7 | 3 | 6 | 11 | 15 | 12 | 17 | 6 | **93** |
| **Homicide** | 5 | 4 | 3 | 3 | 3 | 5 | 6 | 6 | 11 | 2 | 0 | **48** |
| **TOTAL** | 86 | 86 | 87 | 83 | 105 | 99 | 125 | 136 | 135 | 119 | 56 | **1,117** |
| **ADP** | 40,458 | 40,226 | 40,011 | 40,048 | 41,084 | 42,132 | 42,902 | 42,428 | 42,113 | 42,074 | **42,441 | |

*FY 2020 as of 12/31/2019
 Includes ADC and Contract Beds
** Actual inmate population as of 12/31/2019 ADP – Average Daily Population (for Fiscal Year)
Cause of death figures are subject to change based on official medical examiner reports, which may be issued in a subsequent month

4