UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**ORDER** |

This Court, having considered Plaintiffs' Emergency Motion Regarding Defendants' Prevention, Management, and Treatment of COVID-19, Defendants' response thereto, and good cause appearing, IT IS HEREBY ORDERED that:

Defendants must immediately contact and work with Dr. Marc Stern to create and implement a comprehensive plan for the prevention and management of COVID-19 in the State's prisons. The plan should include at a minimum the following components:

1. Patient education;
2. Screening, testing, treatment, and housing of class members;
3. Provision of hygiene and cleaning supplies;
4. Health care and custody staffing plans;

    5. Coordination with community hospitals and among the ten prisons; and

    6. Reduction in the density of the population for class members who are high risk according to the standards set forth by the CDC.

IT IS SO ORDERED that Defendants file this plan with the Court no later than 5:00 pm on Friday, March 20, 2020. The Court directs Dr. Stern to submit a statement as soon as practicable after Defendants file their plan, but no later than 5:00 pm on Monday, March 23, 2020, setting forth his opinion of whether Defendants' plan is adequate to address the issues raised by COVID-19.

The Court additionally ORDERS Defendants to immediately suspend all Department orders, policies, and/or regulations that:

    1. Charge class members for hygiene supplies, including soap;

    2. Charge class members $4.00 for submitting a Health Needs Request seeking health care;

    3. Designate ethyl-alcohol based hand sanitizer as contraband.

Such suspension of these financial charges and restrictions on sanitizers shall be in place until further order from this Court.

Defendants are further ORDERED to communicate the suspension of these financial charges and any restrictions to class members via public address announcements in all housing units and yards in English and Spanish, and visible postings in English and Spanish in all housing units, medical clinics, dining and programming spaces. Defendants are ORDERED to provide class members incarcerated in maximum custody, detention, and watch units individual written and verbal notification in English and Spanish. Persons who do not speak English or Spanish fluently should have the notification in their primary language. This should include deaf persons who rely upon American Sign Language. Defendants are ORDERED to file with the Court an affidavit no later than 5:00 pm on March 27, 2020, certifying that such notification occurred at all ten prisons.

IT IS SO ORDERED.