Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  jkeenan@acluaz.org
            carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
*Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
*Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
*Desiree Licci, Joseph Hefner, Joshua Polson, and*
*Charlotte Wells, on behalf of themselves and all others*
*similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS **DECLARATION OF RITA K. LOMIO** |
| Plaintiffs, | |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, Rita K. Lomio, declare:

1.      I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*.  I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation.

2.      On March 11-12, 2020, I participated in a monitoring tour of Arizona State Prison Complex ("ASPC")-Florence.

3.      Class members on multiple yards at ASPC-Florence reported to me that they had not received information from custody or medical staff about COVID-19.  Class members reported that what they knew about the disease came from watching television. One class member told me that he had heard that COVID-19 is a "Chinese bioweapon." Another asked me if it was true that COVID-19 was "hoax," as that is what he had heard on television.

**South Unit**

4.      On March 11, 2020, I visited South Unit.  There, I spoke with at least 22 class members, including people with stage 4 cancer, hypertension, asthma, and chronic obstructive pulmonary disease ("COPD").  Seven of the class members I spoke with were at least 70 years old.

5.      Class members reported that they have to purchase soap in order to wash their hands and clean themselves in the shower, and that they can place an order once a week.  They reported that there is soap in the bathroom only if an incarcerated person purchases and donates it.  One class member showed me his commissary list.  I directed escort staff to take photographs of the page listing the types and prices of available soap. Defendants have not yet produced those photographs to Plaintiffs' counsel.

6.      Class members housed on South Unit reported that there was no hand sanitizer available in their housing units, the dining hall, or the recreational yard.  I visited Buildings 1, 2, 7, and 8 with Maya Abela, an attorney at the Arizona Center for Disability Law, and Tania Amarillas, an investigator at the Prison Law Office.  Those buildings all

have dorm-style housing, which are split into separate "runs," each of which houses a number of people in very close quarters. I did not see any hand sanitizer dispensers in those buildings.

7.     One class member reported that he works in the kitchen and that sometimes the soap dispensers in his work area are empty and not filled for a couple days, even when custody staff is told that they are empty.

8.     I visited the medical clinic on South Unit with Ms. Abela and Gosia Zawislak, an attorney at the Arizona Center for Disability Law. Ms. Abela and I spoke with Michelle Diaz, who identified herself as the Assistant Director of Nursing ("ADON"). ADON Diaz showed us a copy of the COVID-19 screening instrument that she had received by email. She reported that she had not yet received training or instruction on it, but that she had been informed it would go into effect on March 16, 2020. I requested a copy of the screening instrument from Katherine Hanna, the attorney for the Arizona Department of Corrections ("ADC") who was accompanying us on South Unit. Defendants have not yet produced the screening instrument to Plaintiffs' counsel.

9.     ADON Diaz said that the isolation cells at ASPC-Florence are located in Central Unit and are currently full.

10.    ADON Diaz said that she received an email in early March 2020, attaching informational sheets about COVID-19 created by the Centers for Disease Control and Prevention. I saw such sheets posted on the outside of the clinic, by the door to the dental clinic. I directed escort staff to take photographs of the sheets. Defendants have not yet produced those photographs to Plaintiffs' counsel. The medical clinic is a significant distance away from many of the dorms on South Unit.

**North Unit**

11.    On March 12, 2020, I visited North Unit with Ms. Abela and Ms. Zawislak. There, I spoke with at least ten class members, including people with end-stage renal disease, hypertension, hepatitis C, and diabetes. One class member I spoke with was 64

1   years old.  Another was 77 years old.  Class members again reported that they had not

2   been provided with information about COVID-19 from custody or medical staff and that

3   they had to purchase their own soap in order to wash their hands and clean themselves in

4   the shower.

5        12.    I visited the medical clinic on North Unit with Ms. Abela and Ms. Zawislak.

6   We observed a hand sanitizer dispenser that had been marked "Out" with what appeared

7   to be a Post-It Note.  At the clinic, Ms. Abela and I spoke with Ms. Fox, who identified

8   herself as the Assistant Director of Nursing.  ADON Fox said that she thought that that

9   was the only dispenser in the clinic.  I directed escort staff to take a photograph of the

10  dispenser.  Defendants have not yet produced that photograph to Plaintiffs' counsel.

11       13.    ADON Fox stated that she did not think there were restrooms for

12  incarcerated people in the clinic.  I directed escort staff to take photographs of the signs on

13  two restrooms pertaining to access by incarcerated people.  Defendants have not yet

14  produced those photographs to Plaintiffs' counsel.

15       14.    I observed information about COVID-19 posted in a hallway in the clinic.

16  A patient was sitting in a chair beneath the posting.  It would have been difficult for

17  people to read the posting; they would have to be allowed inside the medical clinic and to

18  stand in the hallway as they read through the posting.  I directed escort staff to take a

19  photograph of the posted information.  Defendants have not yet produced that photograph

20  to Plaintiffs' counsel.

21

22  **Central Unit**

23       15.    On March 12, 2020, I also visited housing units within ASPC-Florence's

24  Central Unit with Corene Kendrick, an attorney at the Prison Law Office.  There, I spoke

25  with at least ten class members who were housed individually in cells, including people

26  with diabetes, hypertension, congestive heart failure, and COPD, one of whom was 66

27  years old.  Class members again reported that they had not been provided with

28  information about COVID-19 from custody or medical staff and that they had to purchase

their own soap in order to wash their hands and clean themselves in the shower.

16. One class member reported that he had difficulty using his sink because only the "extra hot water" worked (the sink has separate hot and cold water faucets), he had to push the button for water to flow (the flow would stop when he stopped pressing the button), and he has been unable to use his right hand following a stroke.

**Meeting with Facility Healthcare Staff**

17. The morning of March 12, 2020, Ms. Kendrick, Mr. In, and I met with Defendant Richard Pratt; Spencer Sego, the Facility Health Administrator ("FHA"); Dr. V. Gilreath, the Site Medical Director; Erin Abel, who identified herself as the Program Manager of Kasson Mental Health Unit; and ADON Diaz, who identified herself as the Senior ADON.  Timothy Bojanowski, an attorney for the Arizona Department of Corrections, and Sarah Barnes, an attorney for Centurion of Arizona, LLC, also were present.

18. During the meeting, Ms. Kendrick and I asked about plans to prevent and manage COVID-19 in the prison.  We asked about the screening instrument ADON Diaz had shown me in South Clinic.  FHA Sego reported that he believed the instrument was already being used on intake, and that there was a meeting that afternoon to discuss whether it would be used when inmate workers returned to the prison.  He said that the "Department of Public Health" had not issued any recommendations about whether temperatures should be taken of staff (as opposed to incarcerated people).

19. When we asked whether there was any planned education or outreach to incarcerated people or staff regarding COVID-19, Mr. Pratt responded, "I haven't seen anything yet."  He said that it would be an "ongoing discussion with Public Health."  Dr. Gilreath then added that "Maricopa County has put something out" and that he was discussing inviting them into the prison to lecture on it.  I asked whether anyone had conducted public health education in a prison setting before.  FHA Sego responded that they could put something on the CCTV inmate television channel and that in the past they

-4-

had held town halls where "all inmates get together one time per month."

20. Dr. Gilreath later commented, "I'm listening to things in French, Italian, what have you. . . . They say this thing will die by itself." He also observed, unprompted, that there are people with dengue who do not receive treatment. When I asked if there was anything that he thought people in prison should be doing now to prevent COVID-19, he responded that it was important to "take a bath every day, shower, wash your hands." Ms. Barnes then said that there are "sanitizer" and "sani-wipes" "everywhere." Dr. Gilreath then offered: "The first case was not in China, it was in Germany. It's convoluted."

21. Ms. Kendrick observed that, for years, Plaintiffs' counsel in *Parsons* has reported that our clients have limited access to cleaning supplies and that there are charges for soap. Ms. Barnes responded: "That's something ADC would have to address."

22. Ms. Kendrick then detailed reports she had received the day before from class members that custody staff had searched Housing Unit 10 on March 10, 2020, and confiscated "extra" soap, towels, and wash clothes. Dr. Gilreath responded that incarcerated people were hiding contraband in the ceiling and "I said we should get rid of ceilings. I made them aware of it." He continued that "DOC is responsible for our safety. And if they go in there and confiscate stuff, there's usually a reason for it." FHA Sego said that he talks to the warden every day and would raise the matter with him.

23. I asked what the plan was for isolation of people with confirmed or suspected COVID-19 infections, including whether ASPC-Florence was coordinating with other prisons. Centurion staff responded that there are only three isolation cells at ASPC-Florence, and that they would need to discuss later "shifting guys around."

24. I asked whether ADC or Centurion had reached out to community hospitals to begin coordination, and raised a concern that if there is an outbreak in the prison, there probably also will be one in the community, and hospital beds will be scarce and potentially not available to incarcerated people. FHA Sego responded that they had begun "some discussion" with the hospitals and agreed that if an outbreak occurs, the hospitals

will be crowded and the "community will take care of community first, and then us second." He said that the matter would be discussed later that afternoon with the warden, Dr. Gilreath, and Northern Region Operations Director Kevin Curran.

25.   The warden escorted Ms. Kendrick and me in the afternoon until we concluded our tour around 4:30 pm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2020, in Berkeley, California.

s/ Rita K. Lomio
Rita K. Lomio

1

2 **ADDITIONAL COUNSEL**                    By:   s/ Corene T. Kendrick
   **OF RECORD:**                                   Donald Specter (Cal. 83925)*
3                                                    Alison Hardy (Cal. 135966)*
                                                     Sara Norman (Cal. 189536)*
4                                                    Corene T. Kendrick (Cal. 226642)*
                                                     Rita K. Lomio (Cal. 254501)*
5                                                    **PRISON LAW OFFICE**
                                                     1917 Fifth Street
6                                                    Berkeley, California 94710
                                                     Telephone:  (510) 280-2621
7                                                    Email:     dspecter@prisonlaw.com
                                                                ahardy@prisonlaw.com
8                                                               snorman@prisonlaw.com
                                                                ckendrick@prisonlaw.com
9                                                               rlomio@prisonlaw.com

10                                                   *Admitted *pro hac vice*

11                                                   David C. Fathi (Wash. 24893)*
                                                     Amy Fettig (D.C. 484883)**
12                                                   Eunice Hyunhye Cho (Wash. 53711)*
                                                     **ACLU NATIONAL PRISON PROJECT**
13                                                   915 15th Street N.W., 7th Floor
                                                     Washington, D.C. 20005
14                                                   Telephone:  (202) 548-6603
                                                     Email:     dfathi@aclu.org
15                                                              afettig@aclu.org
                                                                echo@aclu.org
16
                                                     *Admitted *pro hac vice*. Not admitted in DC;
17                                                    practice limited to federal courts.
                                                     **Admitted *pro hac vice*
18
                                                     Jared Keenan (Bar No. 027068)
19                                                   Casey Arellano (Bar No. 031242)
                                                     **ACLU FOUNDATION OF ARIZONA**
20                                                   3707 North 7th Street, Suite 235
                                                     Phoenix, Arizona 85013
21                                                   Telephone:  (602) 650-1854
                                                     Email:     jkeenan@acluaz.org
22                                                              carellano@acluaz.org

23                                                   Daniel C. Barr (Bar No. 010149)
                                                     Amelia M. Gerlicher (Bar No. 023966)
24                                                   John H. Gray (Bar No. 028107)
                                                     **PERKINS COIE LLP**
25                                                   2901 N. Central Avenue, Suite 2000
                                                     Phoenix, Arizona 85012
26                                                   Telephone:  (602) 351-8000
                                                     Email:     dbarr@perkinscoie.com
27                                                              agerlicher@perkinscoie.com
                                                                jhgray@perkinscoie.com
28

1

2

3

4

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

5

6      **ARIZONA CENTER FOR DISABILITY LAW**

7      By:    s/ Maya Abela

           Rose A. Daly-Rooney (Bar No. 015690)

8                 J.J. Rico (Bar No. 021292)

           Maya Abela (Bar No. 027232)

9                 **ARIZONA CENTER FOR DISABILITY LAW**

10                177 North Church Avenue, Suite 800

           Tucson, Arizona 85701

11                Telephone:  (520) 327-9547

           Email:    rdalyrooney@azdisabilitylaw.org

12                         jrico@azdisabilitylaw.org

                    mabela@azdisabilitylaw.org

13                Asim Dietrich (Bar No. 027927)

14                5025 East Washington St., Ste. 202

           Phoenix, Arizona 85034

15                Telephone: (602) 274-6287

           Email:    adietrich@azdisabilitylaw.com

16     *Attorneys for Arizona Center for Disability Law*

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2
I hereby certify that on March 16, 2020, I electronically transmitted the above

3
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4
Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand

7
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8
Lucy.Rand@azag.gov

9
Daniel P. Struck
Rachel Love

10
Timothy J. Bojanowski
Nicholas D. Acedo

11
Ashlee B. Hesman
Jacob B. Lee

12
Timothy M. Ray
Richard M. Valenti

13
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com

14
rlove@strucklove.com
tbojanowski@strucklove.com

15
nacedo@strucklove.com
ahesman@strucklove.com

16
jlee@strucklove.com
tray@strucklove.com

17
rvalenti@strucklove.com

18
*Attorneys for Defendants*

19

20

21
s/ C. Kendrick

22

23

24

25

26

27

28