# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court will require expedited briefing on Plaintiffs' Emergency Motion Regarding Defendants' Prevention, Management, and Treatment of COVID-19. (Doc. 3520).

Accordingly,

**IT IS ORDERED** Defendants shall file their response to Plaintiffs' motion no later than **March 18, 2020**. Plaintiffs shall file their reply no later than **noon** on **March 20, 2020**.

Dated this 16th day of March, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge