THIS DOCUMENT IS NOT IN COMPLIANCE WITH FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE: LRCiv 5.4
(Rule Number/Section)
NOTARY SEAL

FILED ✓ / RECEIVED ___ / LODGED ___ / COPY ___
MAR 18 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

1
2  Ismael Antonio Murphy-Richardson ®
3  Doing Business As;
4  ADC INMATE ; ISMAEL A. RICHARDSON,
5  ADC ID#: 333262,                    (CLERK USE ONLY)
6  "REAL PARTY"; "Claimant"; "Movant"    *CAVEAT-NOTARY TO BE
7  United States Citizen; Born & Naturalized   COMPLETED AFTER FILING*
8
9           IN THE UNITED STATES DISTRICT COURT
10                 DISTRICT OF ARIZONA
11
12  Parsons            Case No.  CV-12-00601-PHX-ROS
13  V.
14  Ryan; Et Al.              (to be supplied by clerk)
                              (fit P.D.F. to size)
15                         "EMERGENCY
16                      MOTION; FOR INJUCTIVE
17                            ORDER(S)
18                              &
19                            NOTICE
20                              OF
21                         APPEARANCE"
22                      (BY AN INMATE) ADC;
23
24              HON. JUDGE SILVER CHAMBERS
25
26  -JURISDICTION-
27  Pursuant to; "Injunctions 147."; Court's Judicial Discretion &
28  Jurisdiction Invoked. Gold Trimmed Flag (n re.

8 U.S.C.A § 1831

- Pg # 1/ 7 -



## "STATEMENT OF CASE"

1. On March, 4th, 2020, Arizona Department of Corrections (ADC) Inmate; ISMAEL A. RICHARDSON, ADC ID #; 333262, presently confined at the Arizona State Prison Complex Eyman, SMU 1 Unit, submitted this handwritten document titled;

"EMERGENCY MOTION FOR INJUCTIVE ORDER(S)
&
NOTICE OF APPEARANCE"
(BY AN INMATE) "ADC";

to be filed by "Electronic" means with the U.S. District Court's pilot-project to Hon. Judge Silver's Chambers.

Inmate presents, "NOTICE OF APPEARANCE", in the "Parsons v. Ryan Et. Al." case; And,

"EMERGENCY MOTION FOR INJUCTIVE ORDER(S)"; to Hon. Judge Silver; seeking,

'Permanent, Equitable & Retroactive Injuctive Relief', pursuant to Injunctions 147; And,

Invoking Court's "Judicial Discretion"; defined by Black's Law 10th ed.; and "Judicial Jurisdiction"; in re. Gold Trimmed Flag.

3/ (7)

"MOTION";

    Comes now, your claimant and moveant as identified in page (1A) of this document (see also exhibit (A)) hereby making appearance in;
    "Parsons v. Ryan Et.Al."; and, making motion, titled; "EMERGENCY MOTION FOR INJUCTIVE ORDER(S)"; pursuant to Injunctions 147.; to Hon. Judge Silver's Chambers.

    Wherefore, "[any] person, corporation or association willfully disobeying any lawful writ, process, order, rule, decree or command of any district court of the United States, or any court..., by doing any act or thing therein, or thereby forbidden, if the act or thing so done be of such character as to constitute also a criminal offense under any statute of the United States or under the laws of any State in which shall be prosecuted for such contempt", Pub. L. 107-275, Div. B., Title II §3002(a)(1), Nov. 2, 2002 116 Stat. 1805; 18 U.S.C. 401; 402.

    Your claimant and moveant, seeks this court issue its order granting "permanet, equitable & retroactive relief" in favor of your claimant and moveant as exigent means of, exercising the right to be fully informed; fully and fairly

drafting & litigating your claimant's and moveant's case; obtaining and or consulting with outside and independent counsel, by telephonic and documented means; protecting and preventing your claimant and moveant from being subjected to collateral consequences, retaliation, undue punishment, and but not limited to sabotage of his legal and personal effects, papers, property, and like thereof; individually with respect to "Bounds v. Smith"

and,

forbidding, (1) [misbehavior] of any person in its presence or so near thereto as to obstruct the administration of justice,

(2) [misbehavior] of any of its officers in their official transactions,

(3) [disobedience] or resistance to its lawful writ, process, order, rule, decree or command,

18 U.S.C. §401.

In as much as,

by "False Light Breach of Privacy" and but not limited to, conditions imposed by a State or political subdivision of a State,

your claimant and moveant has been made unavailable to participate; at the initial calling of the case, or, until this point in time; wherefore your claimant and moveant has recently been made aware that he may present a claim in this case,      and,

5/ (7)

your claimant and moveant hereby extends notice of his appearance in the matter of "Parsons v. Ryan Et. Al.";

In that,

if not for ineffective assistance, by paralegal, denial of right to be informed; committed by multiple parties, to include the Clerk of the United States District Court; and, but not limited to, unconstitutional scheme; subjecting your Claimant and moveant to abuses and inhumane conditions, as well as, implimenting an unlawful regime of governmental custom designed specifically to undermine, prevent, and discredit claimant and moveant from any lawful process, writ, order, rule, or like thereof made by any court in re. 18 U.S.C. § 402, committed by AZDOC staff, inmates, and otherwise, opposed, your claimant and moveant would have timely appeared and participated in the case.

Your claimant and moveant hereby does formally seek status conference with the; if there is; appointed; counsel; assigned to him on the case (if app.) and, in person, status conference with the court as a health and welfare check.

Wherefore your claimant and moveant asserts that he is entitled to relief, he humbly requests this court grant his sought after relief.

Respectfully,

Ismael A. Murphy-Richardson  03/04/2020

(Exhibit (A))

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

"MEDICAL EMERGENCY!!"

| Date : _____ |
| Time: _____ |
| Initials: _____ |

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Murphy-Richardson, Israel A./Israel | 322767 | 01/11/2020 |
| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX | INSTITUTION: ADC |
| 1-B-31(B), Pod 4 | SMU 1 | 4000 | ASPC EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

Date: 01/11/2020 PLEASE FIND ME IF THEY MOVE ME CELL

AREA OF INTEREST: ☒ Medical/Médico ☐ Dental ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other (specify): EMERGENCY

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

(DON'T GIVE TIME OR OPPORTUNITY TO RETALIATE)

"PLEASE HELP" MY LIFE IS IN DANGER! Conduct prohibited by Title 18 U.S.C.A. § 248(a) is currently being committed against me, in addition to many other codes of law, with respect to "unlawful sex detention" and Pub. L. 94-183, § 4(a) (d) 2 P.F.W. 90 stat. 337, 18 U.S.C.A. 2416 "where I was transferred here under an alternate name than AzDoc has me identified (see attached) I need protection. Sexual Assault by Staff

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee...

INMATE SIGNATURE: (X) Israel A. Murphy-Richardson W. (They May Move Me Please Find Me!!) I've filed numerous Health Admin. & Please Help will reach

### SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF: ☐ Medical ☐ Dental ☐ Pharmacy ☐ FHA ☐ Pharmacy ☐ Mental Health ☐ Eyes ☐ Other

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| | | |

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White – Health Unit / Canary, Pink & Goldenrod – Inmate

1101-10ES
12/13/16

SECTION 4, HNR

(7)/(7)