**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Confidential Ismael Richardson
ADC#: 335262
Arizona State Prison Complex - Eyman
Unit: SMU I
City: P.O. Box 4000, Florence, AZ 85132-4000

(CONFIDENTIAL LEGAL MAIL)

PHOENIX AZ 852
09 MAR 2020 PM 3 L

"SILVER CHAMBERS"
- U.S. Courts House -
401 W. Washington St.
Phoenix, AZ 85003-2118
Confidential Legal Mail

8500382117 C011