1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9  Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| 10              Plaintiffs, | **ORDER** |
| 11  v. | |
| 12  David Shinn, et al., | |
| 13              Defendants. | |
| 14 | |

15        The Court, having reviewed Defendants' Motion for Leave to File Under Seal

16  (Doc. 3528), and good cause appearing,

17        **IT IS ORDERED** the Motion for Leave to File Under Seal (Doc. 3528) is

18  **GRANTED**.

19        **IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal

20  Attachment 1 to the Declaration of Jeffrey Van Winkle, which is Exhibit 9 to

21  Defendants' Response.

22        Dated this 19th day of March, 2020.

23

24

25                                    _____
26                                    Honorable Roslyn O. Silver
                                      Senior United States District Judge
27

28