Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and
Arizona Center for Disability Law,

Plaintiffs,

v.

David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-ROS

**DECLARATION OF CORENE T. KENDRICK**

I, Corene T. Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation.

2. On February 19-20, 2020, I participated in a monitoring tour of ASPC-Tucson, which has an infirmary. On February 19, 2020, I toured the infirmary and spoke with the site medical director, who stated that there were two negative pressure rooms in the infirmary, and showed the rooms to us. Both rooms had patients living in them.

3. On July 31-August 1, 2019, I participated in a monitoring tour of ASPC-Lewis, which has a small 13-bed infirmary. On July 31, 2019, I toured Lewis' infirmary. I did not observe any negative pressure rooms, and the health care staff working in the infirmary confirmed that there are none at Lewis.

4. On April 2-4, 2019, I participated in a monitoring tour of ASPC-Perryville. At the time of our tour, the area previously used as an infirmary was being converted into an inpatient mental health facility. The infirmary services had been moved to Lumley Unit, where the patients were in an open dorm setting. There were three isolation/private rooms, that were occupied, and nursing staff confirmed that they were not negative pressure rooms.

5. To my knowledge, ADC does not have any infirmary / inpatient medical beds at any facilities other than Florence, Lewis, Perryville, and Tucson prisons.

**Exhibits**

6. Attached as **Exhibit 1** is a true and correct copy of a document produced by Defendants' counsel on March 19, 2020, that they Bates-stamped as ADCM1607083, in response to a recurrent document request for all agenda and meeting minutes for the monthly "Director's meeting" between the ADC Director and the leadership of the health care contractor. This document is dated February 7, 2020, and lists three agenda items; none of which relate to COVID-19.

7. Also on March 19, 2020, Defendants produced the minutes from the monthly Continuous Quality Improvement ("CQI") meetings held at each prison in January and February 2020, pursuant to our recurrent document request. Under my direction and supervision, PLO litigation assistants and investigators reviewed these reports for the two months at the ten prisons for any documentation of discussion of COVID-19/coronavirus. The only documented discussion was February 12, 2020 at ASPC-Winslow where there is a note that coronavirus educational materials are available "on the portal" and that health care staff need to "[r]emember PPE."

8. Attached as **Exhibit 2** is a true and correct copy of a health care staffing report provided by Defendants that purported to show all contracted and filled positions as of February 2, 2020, that Defendants' counsel produced to us on March 19, 2020, and that they Bates-stamped as ADCM1607095-1607106.

9. Attached as **Exhibit 3** is a true and correct copy of a declaration filed March 16, 2020 by Dr. Marc Stern in *Dawson v. Asher*, 2:20-cv-00409-JLR-MAT (W.D. Wash.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 20, 2020, in San Francisco, California.

/s/ Corene T. Kendrick
Corene T. Kendrick

**ADDITIONAL COUNSEL OF RECORD:**

By: s/ Corene T. Kendrick

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick