Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
         carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF RITA K. LOMIO** |

I, Rita K. Lomio, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation.

2. As noted in my previous declaration (Doc. 3522 at 2 ¶ 5), on March 11, 2020, a class member housed on South Unit showed me his commissary list. I directed escort staff to take photographs of the page listing the types and prices of available soap. Attached as **Exhibit 1** hereto are true and correct copies of the photographs that Defendants Bates-stamped ADCM1603575-ADCM1603576 and produced to Plaintiffs' counsel on March 18, 2020.

3. As noted in my previous declaration (Doc. 3522 at 2-3 ¶ 6), South Unit has dorm-style housing. I directed escort staff to take a photograph of one of those dorms on March 11, 2020. Attached as **Exhibit 2** hereto is a true and correct copy of the photograph that Defendants Bates-stamped ADCM1603605 and produced to Plaintiffs' counsel on March 18, 2020.

4. As noted in my previous declaration (Doc. 3522 at 3 ¶ 10), on March 11, 2020, I visited the medical clinic on South Unit. I directed escort staff to take photographs of material posted on the outside of the clinic. Attached as **Exhibit 3** hereto are true and correct copies of the photographs that Defendants Bates-stamped ADCM1603569-ADCM1603570 and ADCM1603573-ADCM1603574 and produced to Plaintiffs' counsel on March 18, 2020.

5. As noted in my previous declaration (Doc. 3522 at 4 ¶ 12), on March 12, 2020, I visited the medical clinic on North Unit. I directed escort staff to take a photograph of the hand sanitizer dispenser marked "OUT!" Attached as **Exhibit 4** hereto is a true and correct copy of the photograph that Defendants Bates-stamped ADCM1603613 and produced to Plaintiffs' counsel on March 18, 2020.

6. As noted in my previous declaration (Doc. 3522 at 4 ¶ 13), on March 12, 2020, I directed escort staff to take photographs of the signs on two restrooms in the North

1  Unit medical clinic pertaining to access by incarcerated people.  Attached as **Exhibit 5**
2  hereto is a true and correct copy of the photograph that Defendants Bates-stamped
3  ADCM1603615 and produced to Plaintiffs' counsel on March 18, 2020.

4        7.      As noted in my previous declaration (Doc. 3522 at 4 ¶ 13), on March 12,
5  2020, I directed escort staff to take a photograph of COVID-19 information posted in the
6  hallway of the medical clinic on North Unit.  Attached as **Exhibit 6** hereto is a true and
7  correct copy of the photograph that Defendants Bates-stamped ADCM1603616 and
8  produced to Plaintiffs' counsel on March 18, 2020.

10        I declare under penalty of perjury that the foregoing is true and correct.
11        Executed on March 20, 2020, in Berkeley, California.

                                                    s/ Rita K. Lomio
                                                  Rita K. Lomio

| | |
|---|---|
| ADDITIONAL COUNSEL OF RECORD: | Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Corene T. Kendrick (Cal. 226642)*<br>Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>         ahardy@prisonlaw.com<br>         snorman@prisonlaw.com<br>         ckendrick@prisonlaw.com<br>         rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice*<br><br>David C. Fathi (Wash. 24893)*<br>Amy Fettig (D.C. 484883)**<br>Eunice Hyunhye Cho (Wash. 53711)*<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 548-6603<br>Email:   dfathi@aclu.org<br>         afettig@aclu.org<br>         echo@aclu.org<br><br>*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.<br>**Admitted *pro hac vice*<br><br>Jared Keenan (Bar No. 027068)<br>Casey Arellano (Bar No. 031242)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone: (602) 650-1854<br>Email:   jkeenan@acluaz.org<br>         carellano@acluaz.org<br><br>Daniel C. Barr (Bar No. 010149)<br>Amelia M. Gerlicher (Bar No. 023966)<br>John H. Gray (Bar No. 028107)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:   dbarr@perkinscoie.com<br>         agerlicher@perkinscoie.com<br>         jhgray@perkinscoie.com |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
            mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
 Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick