# Exhibit 1



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603575

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T | $0.46 | 0344 | Oraline Clear Gel Toothpaste (limit 2) | T | $2.00 | 1120 | Thank You Card | |
| T | $2.50 | 0323 | Freshmint Clear Gel Toothpaste (limit 2) | T | $1.00 | 0909 | Greeting Card-Blank | |
| T | $1.60 | 0517 | Sensitive Toothpaste 4.3 oz. (limit 2) | T | $1.00 | 1638 | Valentines Day Card | |
| T | $4.00 | 0460 | Crest Tarter Toothpaste (limit 2) | T | $3.47 | 1101 | Juvenile Birthday Card | |
| T | $1.00 | 0684 | Percara Oral Health Rinse 8 oz. (limit 2) | T | $0.52 | 1640 | Father's Day Card | |
| T | $1.60 | **Soap Bar-Body Wash-Cleanser (limit 2 per category)** | | | | 1115 | Happy Anniversary Card | |
| T | $3.75 | 0240 | Heritage Skin Cream (like Noxzema) 4.5 oz. | T | $2.00 | 1104 | Get Well Card (limit 1 | |
| T | $2.90 | 0336 | Elementz Body Wash Sea Minerals 15 oz | T | $2.00 | 1102 | Sympathy Card (limit | |
| T | $8.95 | 0335 | Elementz Body Wash Sea Algae Extract | T | $2.00 | 0421 | Pencil Sharpener | |
| er items) | | 0433 | Dove Beauty Bar Soap Moist. 4 oz | T | $3.50 | 1033 | Bic Round Stick Pen | |
| T | $0.60 | 0394 | Neutrogena Acne Bar 3.5 oz. | T | $3.00 | 1075 | Golf Pencil (limit 3) | |
| T | $1.99 | 0410 | Ivory Bar soap 3.1 oz | T | $0.65 | | **Envelopes-S** | |
| T | $1.00 | 0420 | Jergens Mild Soap 4.5 oz | T | $1.20 | 0960 | Printed Stamped #10 | |
| T | $7.25 | 0426 | Next 1 Sports Bar 5 oz. | T | $0.40 | 1884 | 5-Pack Printed Stamped | |
| T | $1.25 | 0449 | Irish Spring Bar Soap 3.75 oz | T | $1.00 | 1003 | International pre-printed | |
| T | $0.70 | 0956 | Dawn Mist Gentle Facial & Body Soap | T | $0.49 | 1885 | Intern. 5-Pack Printed N | |
| T | $4.50 | 4851 | Next 1 Hypoallergenic Bar 3 oz. | T | $0.39 | 1007 | Printed Manilla envelo | |
| T | $1.00 | 0431 | Freshscent Soap 3 oz | T | $0.30 | 0845 | File Folder-letter (limit | |
| K-T | $2.79 | **Shaving Products** | | | | 0844 | File Folder-legal (limit | |
| t of 2) | | 0306 | Freshscent Aftershave 4 oz. (limit 1) | T | $0.54 | 1048 | Stamped Postcard (li | |
| T | $0.60 | 0331 | Shave Cream 7 oz. (limit 1) | T | $0.99 | 1044 | Global Forever Stamp | |
| T | $0.05 | 0320 | Magic Shave Cream Regular 6 oz. (limit 2) | T | $3.14 | 1064 | 5 ct. Global Forever S | |
| T | $0.09 | 0321 | Magic Shave Cream Smooth 6 oz. (limit 2) | T | $3.14 | | **Miscellane** | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603576

# Exhibit 2



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1603605**

# Exhibit 3



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603569



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603570



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603573



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

# Exhibit 4



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603613

# Exhibit 5



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603615

# Exhibit 6



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1603616