1   Jared Keenan (Bar No. 027068)
    Casey Arellano (Bar No. 031242)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email:  jkeenan@acluaz.org
            carellano@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*
    **[ADDITIONAL COUNSEL LISTED ON**
9   **SIGNATURE PAGE]**

10  Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
11  5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
12  Telephone:  (602) 274-6287
    Email: adietrich@azdisabilitylaw.org
13
    *Attorneys for Plaintiff Arizona Center for Disability Law*
14  **[ADDITIONAL COUNSEL LISTED ON**
    **SIGNATURE PAGE]**
15

16              UNITED STATES DISTRICT COURT

17                   DISTRICT OF ARIZONA

18  | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
    | --- | --- |
    |                        Plaintiffs, | **STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO COURT ORDER (DOC. 3518)** |
    |         v. | |
    | David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
    |                        Defendants. | |

Pursuant to Local Rule 7.3, the parties respectfully move this Court for an Order extending the time for the parties to respond to the Court's March 10, 2020 order. [Doc. 3518]  In that Order, the Court set a deadline of March 27, 2020 for the parties to submit a revised spreadsheet of performance measures, and for Plaintiffs to respond to questions posed in the Order, and a deadline of April 3, 2020.  [*Id.*]

In light of the ongoing closure of counsel's offices under government "shelter in place" orders, and the national and state declarations of emergency, the parties have stipulated to and respectfully request that the Court extend the deadlines by three weeks, so that the responses due March 27, 2020 are extended to April 17, 2020, and the deadline for any reply is extended to April 24, 2020.

A proposed order is attached.

Respectfully submitted,

DATED: March 24, 2020

**STRUCK, LOVE, BOJANOWSKI, & ACEDO, PLC**

By: s/ (with permission)
    Timothy J. Bojanowski
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
**STRUCK, LOVE, BOJANOWSKI, & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Email: dstruck@strucklove.com
       rlove@strucklove.com
    tbojanowski@strucklove.com
       nacedo@strucklove.com

*Attorneys for Defendants*

**PRISON LAW OFFICE**

By:   s/ Corene T. Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene T. Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           afettig@aclu.org
           echo@aclu.org
           mmorris@aclu.org

*Admitted *pro hac vice*. Not admitted in DC;
  practice limited to federal courts.
**Admitted *pro hac vice*

Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     jkeenan@acluaz.org
           carellano@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1
2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By:  s/ Maya Abela

4

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

5

Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**

6

177 North Church Avenue, Suite 800
Tucson, Arizona 85701

7

Telephone:  (520) 327-9547
Email:    rdalyrooney@azdisabilitylaw.org

8

jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

9
10

Asim Dietrich (Bar No. 027927)
5025 East Washington St., Ste. 202
Phoenix, Arizona 85034

11

Telephone: (602) 274-6287
Email:    adietrich@azdisabilitylaw.com

12

*Attorneys for Arizona Center for Disability Law*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 24, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:


Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Richard M. Valenti
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
rvalenti@strucklove.com

*Attorneys for Defendants*


                                    s/ C. Kendrick