UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br> **ORDER** |

This Court, having reviewed the Parties' Stipulated Motion to Extend Deadline to File Response to Court Order (Doc. 3518), [Doc. _____], and good cause in support thereof, IT IS ORDERED that the Motion is GRANTED.

The deadlines set forth in Docket 3518 are hereby extended as follows: All information due to the Court on March 27, 2020 is now due on April 17, 2020. Defendants' reply will be due April 24, 2020.