# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

This Court having reviewed the Parties' Stipulated Motion to Extend Deadline to File Response to Court Order (Doc. 3518) (Doc. 3543), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion (Doc. 3543) is **GRANTED**. The deadlines are extended as follows: the Response to Court Order Doc. 3518 is now due on **April 17, 2020**. Defendants' Reply is due **April 24, 2020**.

Dated this 24th day of March, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge