| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 25 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SHAWN JENSEN; et al.,

        Plaintiffs-Appellees,

and

VICTOR ANTONIO PARSONS; DUSTIN BRISLAN,

        Plaintiffs,

 v.

CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections,

        Defendants-Appellants.

No.  19-17072

D.C. No. 2:12-cv-00601-ROS
District of Arizona, Phoenix

ORDER

Appellants' motion (Docket Entry No. 7) for voluntary dismissal is granted.

This appeal is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

3-23-2020-2020/Pro Mo