# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING MOTION TO WITHDRAW RICHARD M. VALENTI AS COUNSEL OF RECORD FOR DEFENDANTS** |

The Court having reviewed Defendants' Motion to Withdraw Richard M. Valenti as Counsel of Record for Defendants, and good cause appearing,

IT IS ORDERED that Defendants' Motion to Withdraw Richard M. Valenti as Counsel for Defendants is GRANTED.

IT IS FURTHER ORDERED that Richard M. Valenti shall be removed as one of the counsel of record for Defendants in this action.