# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, et al., <br><br> Defendants. | No. CV-12-00601-PHX-ROS <br><br> **ORDER** |

The Court having reviewed Defendants' Motion to Withdraw Richard M. Valenti as Counsel of Record for Defendants (Doc. 3549, and good cause appearing,

**IT IS ORDERED** Defendants' Motion to Withdraw Richard M. Valenti as Counsel for Defendants (Doc. 3549) is **GRANTED**.

**IT IS FURTHER ORDERED** that Richard M. Valenti shall be removed as counsel of record for Defendants in this action.

Dated this 27th day of March, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge