Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**STIPULATION TO MODIFY PROTECTIVE ORDER TO ALLOW INTERVENOR TO SEEK DISCOVERY IN COLLATERAL LITIGATION** |

Intervenor De'Vonne Gonzales and Defendants Shinn and Pratt stipulate to modify the Protective Order (Dkt. 454) to permit Intervenor to request discovery materials in the collateral litigation of *Gonzales v. Corizon Health, Inc. et al.*, No. 2:19-cv-02190-JJT-CDB (D. Ariz. 2018) ("Gonzales").  Intervenor is the plaintiff in *Gonzales* and brings claims against Corizon. Neither Defendants nor the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") are parties in *Gonzales*.

During discovery in *Gonzales*, Intervenor sought materials from Corizon through written discovery and ADCRR by a subpoena duces tecum.  Many of the requested materials, however, could not be produced as they are subject to the Protective Order in this case.  To allow Intervenor to request these materials in *Gonzales*, in accordance with the

procedures outlined in *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1131 (9th Cir. 2003), Intervenor and Defendants stipulate to modify the Protective Order.[1]  In doing so, they do not stipulate to the relevance of the requested materials in *Gonzales*.  Indeed, it is the *Gonzales* Court that must ultimately determine whether the materials Intervenor requests are relevant to the collateral litigation.  *Foltz*, 331 F.3d at 1132–33; *see also Darby v. Safeco Ins. Co. of Am.*, 2012 WL 5512576, at *2 (D. Ariz. Nov. 14, 2012).  By entering into this Stipulation, Defendants do not waive future objections to production of particular documents in the *Gonzales* Court.  Rather, Defendants agree only that they will not object to the production of materials based on the fact the materials are subject to the Protective Order.  Finally, if the *Gonzales* Court determines that any materials subject to the Protective Order in this case are relevant to the *Gonzales* litigation, Intervenor agrees to be bound by the terms of both the *Parsons* and *Gonzales* Protective Orders.  (Dkt. 454.)

On March 27, 2020, Defendants requested Plaintiffs' position.  They agree to modification of the Protective Order as detailed above.

---

[1] This agreement pertains only to documents requested in the *Gonzales* case.  By entering into this Stipulation, Defendants do not agree to modify the Protective Order for any other use.

DATED this 27th day of March, 2020.

HADOUS CO. PLLC


By /s/Nemer N. Hadous
    Nemer N. Hadous (AZ 027529)
    8245 N. 85th Way
    Scottsdale, AZ  85258
    Telephone: 602-492-4432
    nhadous@hadousco.com

*Attorneys for Intervenor*


STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

3

        I hereby certify that on March 27, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

Alison Hardy:              ahardy@prisonlaw.com

5

Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,

6

                           kleach@perkinscoie.com

Amy B. Fettig:             afettig@npp-aclu.org

7

Asim Dietrich:             adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org;

8

                           phxadmin@azdisabilitylaw.org

9

Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com;

11

                           sneilson@perkinscoie.com

David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

12

Donald Specter:            dspecter@prisonlaw.com

13

John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

14

Jose de Jesus Rico:        jrico@azdisabilitylaw.org

15

Maya Abela                 mabela@azdisabilitylaw.org

16

Rose Daly-Rooney:          rdalyrooney@azdisabilitylaw.org

17

Sara Norman:               snorman@prisonlaw.com

18

Rita K. Lomio:             rlomio@prisonlaw.com

19

Eunice Cho                 ECho@aclu.org

20

Jared G. Keenan            jkeenan@acluaz.org

21

Casey Arellano             carellano@acluaz.org

22

Maria V. Morris            mmorris@aclu.org

23

24

        I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

25

26

        N/A

27

                                              /s/Daniel P. Struck

28

4