1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                            Plaintiffs,<br><br>        v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                            Defendants. | NO. 2:12-cv-00601-ROS<br><br><br>**ORDER GRANTING STIPULATION TO MODIFY PROTECTIVE ORDER TO ALLOW INTERVENOR TO SEEK DISCOVERY IN COLLATERAL LITIGATION** |

The Court, having reviewed the Stipulation to Modify Protective Order to Allow Intervenor to Seek Discovery in Collateral Litigation, and good cause appearing,

IT IS ORDERED that the Stipulation is GRANTED.