Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
        carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' STATEMENT OF DISCOVERY DISPUTE** <br><br> **CERTIFICATION OF ATTEMPT TO MEET AND CONFER PURSUANT TO LOCAL RULE 7.2(j)** |

Defendants do not believe that this is a discovery dispute, and refuse to provide their portion of a joint statement pursuant to Local Rule 7.2(j) and the Court's Discovery Dispute Instructions.[1]

On March 23, 2020, Defendants issued a press release stating that six prisoners had been tested for COVID-19.[2] On March 24, Plaintiffs' counsel wrote Defendants' counsel, requesting the class members' names and ADC numbers, and asking to be notified if and when additional class members are tested in the future, so that Plaintiffs' counsel could monitor the delivery of health care to these persons.[3] *See* Kendrick Decl. ¶ 2, Ex. 1 at 5. Counsel met-and-conferred on March 26, and Defendants refuse to provide the requested information on the basis that the Stipulation does not cover COVID-19 or require Defendants to provide this information to Plaintiffs. [*Id.* ¶ 4, *see also* Ex. 1 at 4]

The Stipulation governs the provision of medical care for all class members, including elements of care relevant to this request, such as timely access to on-site care (PMs 36-41), specialty care (PM 48-52), diagnostic services (PM 45-47), and disease management guidelines for chronic diseases (PM 55). [Doc. 1185-1 at 10-11][4] Plaintiffs' counsel routinely reviews medical records to ensure class members receive care that complies with these requirements, and to identify patterns and systemic issues in the course of their monitoring activities, as authorized by Paragraph 29 of the Stipulation and pursuant to their appointment as class counsel and their ethical obligations of

---

[1] *See* Declaration of Corene Kendrick ("Kendrick Decl."), ¶ 7, Exh. 1 at 1 (Defendants' counsel Rachel Love stating, "We do not agree that this is a discovery issue and therefore will not be providing a joint statement.")

[2] https://corrections.az.gov/sites/default/files/notifications/media-advisory-adcrr-covid-19-update-3-23-20.pdf. Defendants issued another press release on March 25, 2020, stating that one additional class member had been tested, but no results had been received. *See* https://corrections.az.gov/sites/default/files/notifications/adcrr-update-covid-19-032520.pdf.

[3] Plaintiffs' counsel have remote read-only access to class members' medical records, pursuant to the Stipulation and Court order, after the transition from paper records to an electronic system. Kendrick Decl. ¶ 3, Doc. 1185, ¶ 29; Doc. 1667 at 1.

[4] In 2013, the Court certified a class as to multiple practices with regard to health care provided to people in Defendants' custody, including the "[f]ailure to provide care for chronic diseases and ***protection from infectious disease***." Doc. 372 at 22 (emphasis added); *aff'd, Parsons v. Ryan*, 754 F.3d 657 (9th Cir. 2014).

representation. [Kendrick Decl. ¶ 3; *see also* Doc. 372 at 23][5]

It would be far more burdensome for Plaintiffs' counsel to review the medical records of all 34,000 class members to find the class members with suspected COVID-19, than for Defendants to periodically provide a list of names and ADC numbers of people whose medical conditions are so serious that they have received one of the few scarce COVID-19 tests still available in the State of Arizona.[6]

Plaintiffs respectfully request that the Court order Defendants to provide Plaintiffs' counsel with the names and ADC numbers of all class members who have been tested for COVID-19, or who are tested in the future, pursuant to Paragraph 29 of the Stipulation.

Respectfully submitted,

Dated:  March 27, 2020     **PRISON LAW OFFICE**

By: s/ Corene T. Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

---

[5] Paragraph 29 states that Plaintiffs shall have "reasonable access to . . . documents necessary to properly evaluate whether Defendants are complying with the performance measures and other provisions of this Stipulation." Doc. 1185, ¶ 29.

[6] *See* Ronald J. Hansen, *Rep. Greg Stanton: Test kit shortage could end coronavirus screening*, ARIZ. REPUBLIC (March 26, 2020) available at https://www.azcentral.com/story/news/local/arizona-health/2020/03/26/coronavirus-test-kit-shortage-covid-19-screening-rep-greg-stanton/2923097001/

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         afettig@aclu.org
         echo@aclu.org
         mmorris@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
         carellano@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: __s/ Maya Abela__
    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone:  (520) 327-9547
    Email:   rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

    Asim Dietrich (Bar No. 027927)
    5025 East Washington St., Ste. 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick