Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
       carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and<br>Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF CORENE T. KENDRICK** |

I, Corene T. Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office ("PLO"), and an attorney of record to the plaintiff class in this litigation.

2. On Monday, March 23, 2020, Defendants posted a press release on their website stating that six incarcerated people had been tested for COVID-19. On Tuesday, March 24, 2020, at 1:34 pm, I emailed Counsel for Defendants and requested that they provide us the names and ADC numbers of the people who had been tested, and anyone who is tested in the future. A true and correct copy of that email is at page 5 of **Exhibit 1**, attached hereto.

3. Pursuant to the Stipulation and the orders of this Court, Plaintiffs' counsel has remote read-only access to Defendants' electronic health record system, and we regularly review medical records of class members who come to our attention who have serious medical needs, to ensure that they receive care that comports with the Stipulation's performance measures, including many relevant to this request, such as timely access to on-site care (PMs 36-41), specialty care (PM 48-52), diagnostic services (PM 45-47), and disease management guidelines for chronic diseases (PM 55). When our review of the medical records confirms that an individual is in urgent need of care, and that there have been violations of the Stipulation's performance measures, we will contact the attorneys for the Defendants regarding these individuals. Clearly, patients whose symptoms are so severe that they have been tested for COVID-19 are people who are seriously ill, and Plaintiffs' counsel have an ethical obligation to ensure that they are receiving medical care in accordance with the Stipulation's requirements.

4. I did not receive a response from Defendants' attorneys on March 24, or during regular business hours on March 25. I wrote Defendants' counsel again at 6:09 pm on Wednesday, March 25, 2020, asking for a response to the request. The next morning, March 26, 2020, Timothy Bojanowski, counsel for Defendants, wrote that "There is nothing in the Stipulation which requires us to create and send a report to you concerning

1 lab tests which are administered to the inmate population." *See* Exh. 1 at 4-5.

2     5.    Mr. Bojanowski and I had a telephonic meet and confer on March 26, 2020 at 11:00 am, pursuant to the requirements of Local Rule 7.2(j). Also on the call were Plaintiffs' counsel David Fathi from the ACLU National Prison Project, and Maya Abela from the Arizona Center for Disability Law. Mr. Bojanowski stated that Defendants' position was that the Stipulation does not cover COVID-19, and we were not entitled to the names of our clients who had been tested for COVID-19. He also stated that he did not know if ADC or Centurion were tracking or keeping a list of the persons tested for COVID-19. I proposed that if the concern was that the request could be burdensome if the number of tests were to go up, Plaintiffs' counsel was amenable to receiving this information on some sort of periodic basis that the parties could negotiate. Mr. Bojanowski stated that he would talk to his clients, and get back to me that afternoon.

    6.    That evening, having not received a response from Mr. Bojanowski, I wrote him again, and sent him a draft joint discovery dispute statement drafted in accord with the Court's local rules, and asked that Defendants' counsel provide their portion of the statement by noon on Friday, March 27, 2020, so that this matter could be promptly brought to the Court's attention. *See* Exh. 1 at 2-3. Defendants' counsel Rachel Love responded on Friday morning, stating that "we will provide you with our position later today but it likely will not be by your unilateral noon deadline." Attached as **Exhibit 2** is a true and correct copy of Ms. Love's email.

    7.    Just after 3:30 pm on Friday, March 27, 2020, Ms. Love sent a two-page letter refusing to provide the requested information. When I responded and asked that she provide Defendants' section for the joint discovery statement, she responded that Defendants would not provide their portion of the statement. *See* Exh. 1 at 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 27, 2020, in San Francisco, California.

                              /s/ Corene T. Kendrick
                              Corene T. Kendrick

**ADDITIONAL COUNSEL OF RECORD:**

By:   s/ Corene T. Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
            afettig@aclu.org
            echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   jkeenan@acluaz.org
            carellano@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:   dbarr@perkinscoie.com
            agerlicher@perkinscoie.com
            jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: ‌ s/ Maya Abela
    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:  rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

    Asim Dietrich (Bar No. 027927)
    5025 East Washington St., Ste. 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:  adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick