# Exhibit 1

# Corene Kendrick

| | |
|---|---|
| **From:** | Rachel Love <RLove@strucklove.com> on behalf of Rachel Love |
| **Sent:** | Friday, March 27, 2020 3:55 PM |
| **To:** | Corene Kendrick; Elaine Percevecz; Don Specter; Rita Lomio; Amber Norris; Gabriela Pelsinger; Ilian Meza-Peña; Juliette Mueller; Tania Amarillas; David Fathi; Amy Fettig; Eunice Cho; Maria Morris; Jessica Carns; sweaver@aclu.org; Maya Abela; tsherman@azdisabilitylaw.org; Jared Keenan; Casey Arellano |
| **Cc:** | Lucy Rand; mary.beke@azag.gov; StruckLoveParsonsTeam |
| **Subject:** | RE: Parsons v Shinn - Class Members Tested for COVID-19 |

Corene,

Please see the letter we sent you at 3:33 p.m.  We do not agree that this is a discovery issue and therefore will not be providing a joint statement.

- Rachel

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Friday, March 27, 2020 3:47 PM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Rachel,

Could you please send your half-page section for the joint statement of the discovery dispute?

Thank you.

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
ckendrick@prisonlaw.com

ATTENTION:  The State of California has ordered all residents to shelter in place until further notice, in response to COVID-19.  PLO staff are working remotely.  There may be a delay in processing and responding to U.S. mail, phone calls, and emails.  We apologize for any inconvenience, and we appreciate your patience.

**From:** Elaine Percevecz [mailto:EPercevecz@strucklove.com]
**Sent:** Friday, March 27, 2020 3:33 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Dear Corene,

Please see the attached letter from Rachel Love.

Sincerely,

Elaine



Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
480.420.1619 | epercevecz@strucklove.com | STRUCKLOVE.com

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, March 26, 2020 8:24 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19
**Importance:** High

Hi Tim,

During our call this morning at 11 am, you said you would provide an update to me and Plaintiffs' counsel this afternoon about Defendants' position on providing us the names and numbers of class members tested for COVID-19.

You failed to do so.

Therefore, as I promised during our call, attached is our portion of the joint discovery dispute statement to file with Judge Silver, pursuant to her rules that each side set out their position in no more than 14 lines. Please provide us your

section of the response in  before noon Friday. Please make your changes using "Track-Changes" and only to the section left open for Defendants.

Thanks,

Corene

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, March 26, 2020 10:05 AM
**To:** 'Tim Bojanowski' <TBojanowski@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; 'David Fathi' <dfathi@aclu.org>; 'Amy Fettig' <afettig@aclu.org>; 'Eunice Cho' <ECho@aclu.org>; 'Maria Morris' <MMorris@aclu.org>; 'Jessica Carns' <JCarns@aclu.org>; 'sweaver@aclu.org' <sweaver@aclu.org>; 'Maya Abela' <mabela@azdisabilitylaw.org>; 'tsherman@azdisabilitylaw.org' <tsherman@azdisabilitylaw.org>; 'Jared Keenan' <JKeenan@acluaz.org>; 'Casey Arellano' <CArellano@acluaz.org>
**Cc:** 'Lucy Rand' <Lucy.Rand@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>; 'StruckLoveParsonsTeam' <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

That's fine. My conference call line has been squirrely some times, but we can try to use it.

712-775-7031, passcode 915968#

---

**From:** Tim Bojanowski [mailto:TBojanowski@strucklove.com]
**Sent:** Thursday, March 26, 2020 9:54 AM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Corene-

How about 11:00 a.m.?

Tim

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, March 26, 2020 9:23 AM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>;

Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Please advise what time you or one of your colleagues are available for a phone call this morning, pursuant to Local Rule 7.3(j).

Thank you.

---

**From:** Tim Bojanowski [mailto:TBojanowski@strucklove.com]
**Sent:** Thursday, March 26, 2020 8:55 AM
**To:** ckendrick@prisonlaw.com; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** Parsons v Shinn - Class Members Tested for COVID-19

Corene-

There is nothing in the Stipulation which requires us to create and send a report to you concerning lab tests which are administered to the inmate population.  If you believe there is something in the Stipulation which entitles you to this information, please let us know.

Regards,

Tim

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Wednesday, March 25, 2020 6:09 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Dear Tim,

We have not received a response to this message for more than 24 hours. As you must know, there is a state of emergency and so we'd like to dispense with the usual back-and-forth and try to do this as efficiently and quickly as

possible. Will Defendants provide us the names and ADC numbers of our clients who have been tested for COVID-19 so that we can monitor their condition, as well as those of all class members tested in the future?

Please let us know no later than 9 am tomorrow.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
ckendrick@prisonlaw.com

ATTENTION:  The State of California has ordered all residents to shelter in place until further notice, in response to COVID-19.  PLO staff are working remotely.  There may be a delay in processing and responding to U.S. mail, phone calls, and emails.  We apologize for any inconvenience, and we appreciate your patience.

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, March 24, 2020 1:34 PM
**To:** 'Tim Bojanowski' <TBojanowski@strucklove.com>; 'Elaine Percevecz' <EPercevecz@strucklove.com>; 'Dan Struck' <DStruck@strucklove.com>; 'Rachel Love' <RLove@strucklove.com>; 'StruckLoveParsonsTeam' <StruckLoveParsonsTeam@strucklove.com>; 'Lucy Rand' <Lucy.Rand@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; 'sweaver@aclu.org' <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; 'tsherman@azdisabilitylaw.org' <tsherman@azdisabilitylaw.org>; 'Jared Keenan' <JKeenan@acluaz.org>; 'Casey Arellano' <CArellano@acluaz.org>
**Subject:** Parsons v Shinn - Class Members Tested for COVID-19

Dear Tim,

According to the department's 3/23/20 "COVID-19 Management Strategy Report," at https://corrections.az.gov/sites/default/files/notifications/media-advisory-adcrr-covid-19-update-3-23-20.pdf, six class members have been tested for COVID-19.

We request that Defendants provide us those class members' names and ADC numbers, and the names and numbers of any additional class members who have been tested since this press release was issued.  We also request that going forward, as additional class members are tested, that Defendants notify us so that we are able to monitor our clients' care and health as needed.

Thank you for your cooperation on this.

Corene

Corene Kendrick, Staff Attorney

PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
ckendrick@prisonlaw.com

ATTENTION:  The State of California has ordered all residents to shelter in place until further notice, in response to COVID-19.  PLO staff are working remotely.  There may be a delay in processing and responding to U.S. mail, phone calls, and emails.  We apologize for any inconvenience, and we appreciate your patience.

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# Exhibit 2

**Corene Kendrick**

| | |
|---|---|
| **From:** | Rachel Love <RLove@strucklove.com> on behalf of Rachel Love |
| **Sent:** | Friday, March 27, 2020 9:32 AM |
| **To:** | Corene Kendrick; Tim Bojanowski; Don Specter; Rita Lomio; Amber Norris; Gabriela Pelsinger; Ilian Meza-Peña; Juliette Mueller; Tania Amarillas; David Fathi; Amy Fettig; Eunice Cho; Maria Morris; Jessica Carns; sweaver@aclu.org; Maya Abela; tsherman@azdisabilitylaw.org; Jared Keenan; Casey Arellano |
| **Cc:** | Lucy Rand; mary.beke@azag.gov; StruckLoveParsonsTeam |
| **Subject:** | RE: Parsons v Shinn - Class Members Tested for COVID-19 |

Corene,

We will provide you with our position later today but it likely will not be by your unilateral noon deadline.

- Rachel

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, March 26, 2020 8:24 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19
**Importance:** High

Hi Tim,

During our call this morning at 11 am, you said you would provide an update to me and Plaintiffs' counsel this afternoon about Defendants' position on providing us the names and numbers of class members tested for COVID-19.

You failed to do so.

Therefore, as I promised during our call, attached is our portion of the joint discovery dispute statement to file with Judge Silver, pursuant to her rules that each side set out their position in no more than 14 lines. Please provide us your section of the response in before noon Friday. Please make your changes using "Track-Changes" and only to the section left open for Defendants.

Thanks,

Corene

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, March 26, 2020 10:05 AM
**To:** 'Tim Bojanowski' <TBojanowski@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio

<rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; 'David Fathi' <dfathi@aclu.org>; 'Amy Fettig' <afettig@aclu.org>; 'Eunice Cho' <ECho@aclu.org>; 'Maria Morris' <MMorris@aclu.org>; 'Jessica Carns' <JCarns@aclu.org>; 'sweaver@aclu.org' <sweaver@aclu.org>; 'Maya Abela' <mabela@azdisabilitylaw.org>; 'tsherman@azdisabilitylaw.org' <tsherman@azdisabilitylaw.org>; 'Jared Keenan' <JKeenan@acluaz.org>; 'Casey Arellano' <CArellano@acluaz.org>
**Cc:** 'Lucy Rand' <Lucy.Rand@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>; 'StruckLoveParsonsTeam' <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

That's fine. My conference call line has been squirrely some times, but we can try to use it.

712-775-7031, passcode 915968#

**From:** Tim Bojanowski [mailto:TBojanowski@strucklove.com]
**Sent:** Thursday, March 26, 2020 9:54 AM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Corene-

How about 11:00 a.m.?

Tim

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, March 26, 2020 9:23 AM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Please advise what time you or one of your colleagues are available for a phone call this morning, pursuant to Local Rule 7.3(j).

Thank you.

**From:** Tim Bojanowski [mailto:TBojanowski@strucklove.com]
**Sent:** Thursday, March 26, 2020 8:55 AM
**To:** ckendrick@prisonlaw.com; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** Parsons v Shinn - Class Members Tested for COVID-19

Corene-

There is nothing in the Stipulation which requires us to create and send a report to you concerning lab tests which are administered to the inmate population.  If you believe there is something in the Stipulation which entitles you to this information, please let us know.

Regards,

Tim

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Wednesday, March 25, 2020 6:09 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; sweaver@aclu.org; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Subject:** RE: Parsons v Shinn - Class Members Tested for COVID-19

Dear Tim,

We have not received a response to this message for more than 24 hours. As you must know, there is a state of emergency and so we'd like to dispense with the usual back-and-forth and try to do this as efficiently and quickly as possible. Will Defendants provide us the names and ADC numbers of our clients who have been tested for COVID-19 so that we can monitor their condition, as well as those of all class members tested in the future?

Please let us know no later than 9 am tomorrow.

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE

1917 Fifth Street
Berkeley, CA 94710
ckendrick@prisonlaw.com

<span style="color:red">ATTENTION:  The State of California has ordered all residents to shelter in place until further notice, in response to COVID-19.  PLO staff are working remotely.  There may be a delay in processing and responding to U.S. mail, phone calls, and emails.  We apologize for any inconvenience, and we appreciate your patience.</span>

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Tuesday, March 24, 2020 1:34 PM
**To:** 'Tim Bojanowski' <TBojanowski@strucklove.com>; 'Elaine Percevecz' <EPercevecz@strucklove.com>; 'Dan Struck' <DStruck@strucklove.com>; 'Rachel Love' <RLove@strucklove.com>; 'StruckLoveParsonsTeam' <StruckLoveParsonsTeam@strucklove.com>; 'Lucy Rand' <Lucy.Rand@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Amy Fettig <afettig@aclu.org>; Eunice Cho <ECho@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <JCarns@aclu.org>; 'sweaver@aclu.org' <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; 'tsherman@azdisabilitylaw.org' <tsherman@azdisabilitylaw.org>; 'Jared Keenan' <JKeenan@acluaz.org>; 'Casey Arellano' <CArellano@acluaz.org>
**Subject:** Parsons v Shinn - Class Members Tested for COVID-19

Dear Tim,

According to the department's 3/23/20 "COVID-19 Management Strategy Report," at https://corrections.az.gov/sites/default/files/notifications/media-advisory-adcrr-covid-19-update-3-23-20.pdf, six class members have been tested for COVID-19.

We request that Defendants provide us those class members' names and ADC numbers, and the names and numbers of any additional class members who have been tested since this press release was issued.  We also request that going forward, as additional class members are tested, that Defendants notify us so that we are able to monitor our clients' care and health as needed.

Thank you for your cooperation on this.

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
ckendrick@prisonlaw.com

<span style="color:red">ATTENTION:  The State of California has ordered all residents to shelter in place until further notice, in response to COVID-19.  PLO staff are working remotely.  There may be a delay in processing and responding to U.S. mail, phone calls, and emails.  We apologize for any inconvenience, and we appreciate your patience.</span>

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.