Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF DISCOVERY DISPUTE (DKT. 3552)** |

On March 23, 2020, the Court denied Plaintiffs' Emergency Motion regarding COVID-19, finding the Stipulation "does not provide the ability to grant Plaintiffs the relief they seek." (Dkt. 3540.)  The next day, Plaintiffs demanded that Defendants provide them with every class member's name and ADCRR number who was tested for COVID-19 and that, going forward, Defendants notify Plaintiffs' counsel each time an inmate is tested. (Dkt. 3553-01 at 6.)[1]  As they failed to do in their Emergency Motion, Plaintiffs provided no authority from the Stipulation which requires Defendants to compile this information.

---

[1] The Court has previously found similar demands to be outside the scope of the Stipulation and thus outside of this Court's jurisdiction to mandate relief. (Dkt. 3540; *see also* e.g., 1607, 1702, 3175.)

Defendants requested authority in written correspondence and during a telephone conference regarding the issue, but Plaintiffs could not provide any.

Despite this, Plaintiffs insisted on bringing the issue to the Court's attention through its discovery dispute process.  Defendants informed Plaintiffs that because their demand was outside the scope of monitoring activities permitted in this litigation, submission of this issue to the Court by way of a discovery dispute position statement was inappropriate.  *See* Exhibit 1 (March 27, 2020 Correspondence from Love to Kendrick).  Plaintiffs filed their statement anyway, and neglected to attach Defendants' detailed correspondence explaining why Plaintiffs were not entitled to the information they sought and why it was not a discovery dispute.  (Ex. 1.)

For these reasons, and those specific reasons detailed in Exhibit 1, the Court should deny Plaintiffs the relief they seek in their Statement of Discovery Dispute.[2]  (Dkt. 3552.)

DATED this 30th day of March, 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

---

[2] As of this filing, no inmates in ADCRR's ten state-operated prison complexes have tested positive for COVID-19.

2

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that on March 30, 2020, I electronically transmitted the attached

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

Alison Hardy:            ahardy@prisonlaw.com

5

Amelia M. Gerlicher:     agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,

6

kleach@perkinscoie.com

7

Amy B. Fettig:          afettig@npp-aclu.org

Asim Dietrich:          adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org;

8

phxadmin@azdisabilitylaw.org

9

Corene T. Kendrick:     ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com;

11

sneilson@perkinscoie.com

12

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

13

John Howard Gray:     jhgray@perkinscoie.com; slawson@perkinscoie.com

14

Jose de Jesus Rico:     jrico@azdisabilitylaw.org

15

Maya Abela           mabela@azdisabilitylaw.org

16

Rose Daly-Rooney:     rdalyrooney@azdisabilitylaw.org

17

Sara Norman:          snorman@prisonlaw.com

18

Rita K. Lomio:         rlomio@prisonlaw.com

19

Eunice Cho            ECho@aclu.org

20

Jared G. Keenan       jkeenan@acluaz.org

21

Casey Arellano       carellano@acluaz.org

22

Maria V. Morris       mmorris@aclu.org

23

24

     I hereby certify that on this same date, I served the attached document by U.S. Mail,

25

postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

26

     N/A

27

               /s/Daniel P. Struck

28