**EXHIBIT 1**

**EXHIBIT 1**



**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

Rachel Love
480.420.1616
rlove@strucklove.com

March 27, 2020

<u>**VIA EMAIL ONLY**</u>
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

   Re: *Parsons v. Shinn*
      Class Members tested for COVID-19

Dear Corene:

  Defendants respond to Plaintiffs' demand for names and ADCRR numbers of all inmates who have been, or in the future will be, tested for COVID-19.[1] As Tim Bojanowski explained yesterday during a call on the issue, Defendants do not agree to your demand as it exceeds the scope of the Stipulation and HCPMs. Not only does this request exceed the scope of the Stipulation and Defendants' obligations thereunder, but the Court has already effectively denied your inquiries pertaining to COVID-19. (Docs. 3520 & 3540.)

  As a threshold matter, Defendants do not believe that this is an appropriate "discovery issue" within the scope of the Stipulation. As discussed below, your demand is outside the scope of monitoring activities permitted in this litigation. Accordingly, Defendants do not believe that a joint discovery dispute positon statement is appropriate.

  Nonetheless, you have failed to establish that you are entitled to COVID-19 testing information. Indeed, on Monday, March 23, 2020, the Court summarily rejected your demand that Defendants develop and implement a response plan to COVID-19 which included a demand that ADCRR screen and test class members for COVID-19. (Doc. 3540 at 1.) Plaintiffs' new demand that Defendants now perpetually report on COVID-19 testing not only generally mirrors your already rejected request, but goes further and inappropriately requires Defendants to track and report on care provided to individual class members on issues not covered by the Stipulation nor specifically measured by the HCPMs.

---

[1] To the extent Plaintiffs demand COVID-19 testing information for inmates assigned to facilities operated by private correctional providers, the request certainly exceeds the scope of the certified class.

Corene Kendrick
March 27, 2020
Page 2

      Defendants likewise disagree with Plaintiffs' position that HCPMs 39-41 (timely access to providers), HCPMs 48-52 (specialty care), HCPMs 45-47 (diagnostic services disease management), and HCPM 55 (disease management) provide grounds to demand that ADCRR provide names and ADCRR numbers of all inmates on an ongoing basis who have been, or in the future will be, tested for COVID-19. The HCPMs cited to do not pertain to COVID-19 testing and reporting. Infectious disease control management as dictated by the Stipulation (Para. 12 (a) & (b)) and HCPMs 59 & 62 is limited to offering annual influenza vaccinations to the inmate population; offering inmates with chronic diseases immunizations as established by the CDC; and screening inmates for tuberculosis. It is undisputed that there currently is no vaccination for COVID-19. Neither the Stipulation nor the HCPMs provide a basis for demanding that Defendants perpetually track and report on COVID-19 testing, results, and care and provide those reports to you. Thus, Plaintiffs impermissibly seek to engage in post-settlement discovery on an issue not covered by the Stipulation.

      In addition, neither the Stipulation nor the HCPMs require Defendants to track and account for specified individual inmate care on a perpetual basis. Indeed the Court has found on several occasions that its jurisdiction is limited to the terms of the Stipulation and thus it cannot order specific relief as it relates to challenges to individual class members' receipt of medical care. (Docs. 1607, 1702, 1607, 3175.) Thus, Plaintiffs impermissibly seek to engage in post-settlement discovery regarding individual instances of care provided on subject matter not covered by the Stipulation. Furthermore, Plaintiffs' demand to provide continuous tracking and reporting on COVID-19 testing imposes an undue burden on medical operations to create and compile such reports versus utilizing resources to provide patient care to all manner of medical conditions presented by the inmate population.

      Finally, we can inform you that to date no inmates assigned to ADCRR-operated complexes have tested positive for COVID-19. Seven inmates have been tested. Five tests were negative. Two tests are pending results. Irrespective of the parties' disagreement regarding Plaintiffs' demand, ADCRR and Centurion intend to adhere to the CDC's Guidance on COVID-19.

                                                   Sincerely,

                                                   Rachel Love

RL/eap
cc:    Counsel of Record