1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona  85226
    Telephone:  (480) 420-1600
5   Fax:  (480) 420-1695
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9
                **UNITED STATES DISTRICT COURT**
10
                    **DISTRICT OF ARIZONA**
11

12   Victor Parsons, *et al.*, on behalf of themselves      NO. 2:12-cv-00601-ROS
     and all others similarly situated; and Arizona
     Center for Disability Law,
13
                                                            **DEFENDANTS' NON-OPPOSITION**
                                          Plaintiffs,       **TO CORIZON HEALTH, INC.'S**
14                                                          **MOTION TO INTERVENE FOR**
              v.                                            **LIMITED PURPOSE (DKT. 3555)**
15   David Shinn, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim
16   Division Director, Division of Health Services,
     Arizona Department of Corrections, in their
17   official capacities,

18                                        Defendants.

19          Defendants do not oppose Corizon's Motion to Intervene for Limited Purpose.  (Dkt.

20   3555.)  As detailed in Corizon and Defendants' Stipulation (Dkt. 3551), filed on March 27,

21   2020, Defendants agree that this Court can remove the procedural hurdle related to the

22   *Parsons* Protective order to allow the *Gonzales* court to determine whether the requested

23   documents are relevant and discoverable in that litigation.

24

25

26

27

28

1

DATED this 3rd day of April, 2020.

2

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4

By /s/Daniel P. Struck

5

Daniel P. Struck
Rachel Love

6

Timothy J. Bojanowski
Nicholas D. Acedo

7

3100 West Ray Road, Suite 300
Chandler, Arizona 85226

8

*Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Amelia M. Gerlicher: agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig: afettig@npp-aclu.org

Asim Dietrich: adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Corene T. Kendrick: ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico: jrico@azdisabilitylaw.org

Maya Abela: mabela@azdisabilitylaw.org

Rose Daly-Rooney: rdalyrooney@azdisabilitylaw.org

Sara Norman: snorman@prisonlaw.com

Rita K. Lomio: rlomio@prisonlaw.com

Eunice Cho: ECho@aclu.org

Jared G. Keenan: jkeenan@acluaz.org

Casey Arellano: carellano@acluaz.org

Maria V. Morris: mmorris@aclu.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

3