THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE _____ LRCIV 5.4 _____
(Rule Number/Section)

FILED ___ LODGED
RECEIVED ___ COPY

APR 0 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Anant Kumar Tripati
102081
Box 5000
Florence  Az 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Alan Parsons,
        vs.
David Shinn et a

CIV 12 0601 PHX ROS
NOTICE OF FAILING
TO PROTECT

I, Anant Kumar Tripati DECLARE

Under penalty of Perjury these facts are

true and correct Arm I can so testify

① Co II Negron came to work

Friday April 3, 2020 with a

Runny nose and looked horrible.

She was told She had to work

— 1 —

② Kitchen officer Lee had flu like symptoms Thursday April 2, 2020. She was coughing sneezing in the Kitchen.

③ Kitchen workers when they use the toilet, cough or ~~sneeze~~ sneeze, are not given, not required to clean up.

④ Medical staff use the same glove for every inmate. They do not change gloves.

⑤ I have breathing lung issues. Three times Centurion gave

MG Flowers — that Some other

inmate — Shaka — Velasquez — And

Someone else used.

(6) While ADOC / Centurion have

a policy on paper — they do

Not Follow it.

(7) Employees coming into Prison

are not screened. They say they

are Short Staffed

(8) I send a email to

Jimmy Jenkins, Lauren Castle,

Dave Biscobing, Elizabeth Whitman,

Brahm Resnik, Jacque Billeaud

— 3 —

When I brought issues to their

attention

⑧ East Unit shut all access

to emails.

⑩ Co IV Boschweier sent a

email to all CO III's. She ordered

them to have inmates clean

employee computers every 2 hours.

⑪ The Coram Corp is a crew uses

cleaning supplies that have no effect

⑫ This lack of action is going

to kill a number of us. ADOC

MUST do more. It must be ordered

— 4 —

Screen employees — Change gloves —
Give Disinfectants — give More
Cleaning Supplies — Cancel group
events — give inmates tissues
and Paper towels — give Some
Cleaning supplies that we can use
to clean/wipe phones, Door Knobs,
lengthen the Period of time For
each meal so that we inmates
are not Back to Back in lines —
lengthen the length of time For
Medication lines — Commissary
lines — So we are not Back to

— 5 —

BACK — Cancel all SPORTS

⑬ This is important before we

Start getting wrecked.

⑭ Aroc Should be told to STOP

Retaliating against us for

Contacting the News groups

Delented und Death of Ryan
on 4/17/20