Michael Bacon #265757
ASPC Lewis/Rast Max
P.O. Box 3600
Buckeye, AZ 85326

Honorable Judge Rosylin Silver
U.S. District Courthouse
Sandra Day O'Connor U.S. Courthouse, Ste 130
401 W. Washington St., SPC 1
Phoenix, AZ 85003-2118

CV-12-601-PHX-ROS

Re: Covid-19 case
Date: 4/3/20

Dear Judge Silver,

I am an Inmate in ADC, Lewis Complex, Rast Max. I've been whatching ABC 15's news coverage of the Covid-19 pandemic and its affects here in prison, what our "advocates" are asking be done and what ADC is "doing."

They put out Dial soap. That is it. We are begging ADC to take measures to prevent an outbreak in here because we know that it will spread fast in here. CO's think it is funny. They have, on numerous occasions, coughed, as a "joke", at us, on our trays, ect... Director Shinn says wearing masks "scare" us. Wrong. Not wearing masks terrifies us. Not changing clothes (uniforms) once on-site scares us. (There is a laundry facility on every unit. Uniforms should be washed here so the virus is not being brought in on clothing.) Not dipping handcuffs in a "disinfectant pail" between uses scares us. (Once one inmate catches it, it will spread to all as we are all "cuffed-up" for showers, recreation, phone-calls, etc...) Not giving us a way to sterilize the phones inbetween each use scares us.

This morning, the Rast Max Unit staff did an unnessessary

1

search of about 96 cells. Any C.O. who has Covid-19 or has been in contact with somebody with it on their clothes, has now cross-contaminated our cells with the virus. They sit on our beds while all of our food, papers, books, clothing, vitamins - everything in our living area - is contaminated as it is searched.

I do not know the case name/number or who filed it on our behalf. Thank them for their concern, but why havent we been asked. Its our lives being risked and used as a punch-line. Why do we not have any input? Why are laws passed and programs implimented without our input as to what is needed, what would work versus what wouldn't work? ADC starts these programs that sound good on paper for H.R. or political reasons but do not work in reality. It amazes us how these plans are implimented "for inmates" without any consult with an actual inmate. (Please see attached document for a program I wrote that would work)

I pray that this insight is helpful. If you have any questions, please feel free to contact me.

Thank you for your time and consideration.

  Genuinely-

  Michael Fuqua
  Plaintiff, Pro-Se

2

To whom it may concern,

Enclosed please find a copy of the "No Drug, No Violence" (NDNV, hereinafter) program that I am proposing that ADOC initiate this program. I have been in ADOC custody for over 14 years with enough time to see what is going on here-and to think of solutions. Solutions that will reduce recidivism significantly, give inmates the tools they need to be productive citizens, save taxpayer dollars, get more of that money into schools for our children, and get better pay and education for ADOC employees.

I saw on TV that the largest career goal for children today is to become an internet/social media influencer. That got me thinking about the influencers in prisons. For the most part, we lifers (with and without possibility of release) set the social structure within the ADOC prison structure. Therefore, we are a natural resource for the prison administration to use or discard at their discretion.

If used, we become the leading positive influence for the betterment of prison culture. If not, we get exactly what we have now: a detriment to all inmates, their families, society, taxpayers, and future victims of non-lifers who adopt and learn that prison survival mentality. Do you want your children strung out on drugs because an inmate was released from the current prison culture and met your child, introducing them to all of this negativity?

The NDNV program will give lifers and other inmates one chance to earn hope through their own actions. Any inmate who gets themselves terminated from the program or is released and commits a new crime after graduation will be blacklisted from re-entering the program. They will also be placed on an LOP unit with nothing but a tablet. No visits, phone calls, commissary, etc. It will also be used as an aggravating factor for re-offending graduates and in death penalty sentencing hearings.

The Arizona Department of Corrections has a current goal to reduce recidivism by 25% in the next 10 years, which is currently being met by a few key AMS factors; major program completion by high target inmates, inmate work program partnerships, and work opportunities for inmates. These "major programs" that are provided by the state are cognitive thinking and re-entry classes, which are held twice a week for less than two hours. While these programs are a start, the state is thinking too small. These programs are simply not enough to mold and reshape the criminal way of thinking all inmates have, which is the top reason for recidivism. Criminal thinking is learned throughout time, which ultimately becomes more prevalent once an inmate is in the system.

My goal for inmates is to educate them, build their self-confidence, and provide them with the tools needed to become productive citizens. Once they have earned 25% of their sentence back, they will be employed on work release, have a vehicle, driver's license, and cell phone. They will wear street clothes on the job at the unit (except ADC shirt) so they will have clothes once in

the community. They will have a laptop to take home-the one they did all of their college courses on, and money in the bank to rent and furnish an apartment.

The inmates will have obeyed the NDNV rules, held a job, and earned degrees. If they re-offend, they will have no excuses and no one to blame but themselves.

I also see a way to benefit ADC employees with education and better pay as well as political incentives for democrats, republicans, and voters for initiating the NDNV program with potential additions or changes.

Thank you for taking the time to read the NDNV program provisions and thinking about the affects each element would have on the rehabilitation of each inmate, the prison system as a whole, ADC employees, security, and society. If you see this as a step forward, please meet with me. I would be happy to discuss any questions or concerns brought to my attention as I am willing to assist eagerly in the problem-solving process.

Whatever you decide, please understand that this change is needed and that I want nothing to do with any "country club" program that is easy on inmates and then allows them to release early, re-offend, victimize more civilians, and perpetuate the current cycle of recidivism. On the contrary, I do want everything to do with a program that changes inmates into productive citizens, reduces the overfull prison population, and alleviates the financial and social strain on society we have now.

Thank you again for your time and consideration.

Genuinely,

*[signature]*

Michael Fuqua #215717

ASPC-Lewis

P.O. Box 3600

Buckeye, Arizona 85326

2

# Fuqua's "Last Chance" NDNV Program

*A No-Drug, No Violence (NDNV) volunteer program for ADOC inmates to focus on rehabilitation through education.*

1. The NDNV Program will be a zero-tolerance program for drugs, violence, theft, bullying, cheating, and other to be determined behaviors. For inmates who have an ADC number before the start of the NDNV program, they will be required to sign a waiver to do 100% of their sentence if doing 85%; those inmates with a life sentence with a release-eligible date will be eligible with the minimum release eligible time span; those inmates with a natural-life sentence will have their sentence capped at 50 years to start while in the program. Death row and S.O. inmates are not eligible.
2. Any inmate kicked out of the program with 85% will do the 100% signed for to be eligible for NDNV; all lifers will go back to doing their original sentence. All inmates kicked out of the program will face any possible criminal charges for the behavior which revoked the NDNV-privileged unit status.
3. All inmates in NDNV will be eligible to earn up to 50% of their sentence / time back off of their sentence, including lifers with parole after a certain amount of years has been served (i.e., 25 = life sentence would be released at 12.5 years). Natural lifers would be released once they earn 50% off of the now 50 years reduced sentence due to enrolling in NDNV.
4. Inmates in NDNV will earn a percentage off their sentence through the following means:
   1. Education – Each degree will earn an inmate 5% of their time served taken off their sentence (example: 5% for an Associate, additional 10% for a Bachelor, additional 15% for a Masters and additional 20% for a PhD). Inmates must earn a Master's degree in order to branch out into other Associate and Bachelor degrees to prevent inmates from lowering their educational goals simply to "get out".
   2. NDNV citizens must meet all educational and cognitive thinking goals within their individualized rehabilitation plans in order to stay in the program. Rehabilitation plans will be reviewed monthly by the counselor with the citizen present.
   3. Any college certificate earned will be 2% earned off of their sentence.
   4. That any previous degrees and certificates earned by inmates will qualify those inmates for the appropriate percentage off their sentence.
   5. NDNV citizen orientation will include family and friends to encourage participation from the outside and ensure expectations are consistent.
   6. NDNV units will encourage inmates to strengthen and/or create family connections through enhanced visitation, conjugal visits, weekend furloughs, family counseling and other to be determined means.
   7. That all NDNV units have complete video coverage of all areas and that video is made available to the Arizona public via website (corrections.az.gov). Visitors and family members of NDNV will have access as well, to help hold citizens accountable.
   8. NDNV will encourage community interaction through inmate volunteer programs, such as, but not limited to: helping at animal shelters, retirement homes, Boys and Girls Clubs, YMCA, Big Brother / Big Sister organizations, courthouses, churches, etc.

9. Any "self-help" certificates earned will be 1% earned off of their sentence; up to 5% or 5 self-help certificates (i.e. anger management, cognitive thinking, parenting, AA/NA, etc.).
10. WIPP jobs in NDNV will start at 20% of minimum wage of Arizona, and will increase by 5% of minimum wage for raises.
11. Inmates in NDNV units will have personal laptops issued for education and be allowed progressively more internet access as they earn it.
12. NDNV inmates that have earned 25% off their sentence will be eligible for work release, to obtain their license from the DMV, "street" clothing, mobile phones (to be left in lockers, not on the unit) bank accounts, and a GPS-trackable vehicle.
13. That new units will automatically be converted to NDNV units as the need for more grows.
14. Inmates with the longest sentences will be a priority, ranked to fill open spaces on NDNV yards.
15. That a 5% bonus is added to any inmate who has all of their "political ink" tattoos removed or all tattoos removed. A tattoo removal program will be initiated on NDNV units.
16. Those inmates who successfully navigate the NDNV program and have to go before a parole board to be released are automatically released.
17. That no inmate will be allowed into the NDNV units who have not first earned their GED.
18. That all NDNV inmates wear street clothes while on the NDNV unit expecting that they wear an orange shirt with 'ADC' in black print on their back.
19. That NDNV units get free-weights and other exercise equipment.
20. That all NDNV units be single "man" cell housing, not dorm housing.
21. That all NDNV units have washer and dryer units where inmates are to do their own laundry.
22. NDNV units will be converted to central heating and air.
23. That NDNV units be tobacco free.
24. That all NDNV units convert to sustainable green energy, training and certifying inmates in solar / wind energy as well as energy-saving techniques and that all monies saved go toward the Arizona public schools.
25. That any NDNV graduate that returns to prison is banned from re-entering the NDNV program, along with inmates kicked out.
26. That any inmate who violates a forbidden act or is kicked out of the NDNV program is placed on LOP unit for the 100% remainder of their time in ADOC.
27. That Correctional Officers on NDNV units start at 200% of Arizona's minimum wage with appropriate raises, and all are able to enroll in the same college courses as inmates.

5. Arizona Department of Corrections would implement two sub-departments: Arizona Department of Rehabilitation (ADR) for the NDNV program, and Arizona Department of Justice (ADJ) for those kicked out of NDNV program or those that return to prison after graduating the NDNV program.

## No Drugs, No Violence Program Provisions

**Benefits:**

- Money profited by contractors, once gone, will be used for inmate/employee education. Keefe, Trinity, Dish Network, healthcare, J-Pay services will all be taken over by the state (ADC) with strategic alliances and inmate assisted management.

- Money saved by going solar/wind can be used partially for initial raises for the Correctional Series staff and to benefit schools. Political power from ADC employees, teachers, and parents.

- Reduced recidivism will reduce the overall inmate population, eliminating the need to build additional prisons and waste money on such. Emptied units can be used to house out-of-state inmates at a profit for the state.

- Reduced recidivism equates to fewer new victims, lower court costs, and lower incarceration costs for repeat offenders.

- Reduction in the drug culture in the prison system equates to fewer medical bills for the state due to inmates' drug use/overdose. Overdose statistics, drug-related/caused health issues, and Hepatitis-C rates will all improve dramatically as a result.

- NDNV (No Drugs, No Violence) program gives hope to "lifers" (inmates serving a natural life sentence) and to all inmates, replacing the criminal way of thinking with a desire to change antisocial behavior. This will provide a safer work environment for all state employees, namely frontline staff. This results in lower staff assault rates, while still assisting the inmate.

- NDNV program graduates who re-offend will use NDNV as an aggravating factor at their new sentencing hearing. They will then go to the L.O.P. (loss of privilege) unit for the duration of their sentence and receive tablets only without the benefits of NDNV.
    - Death row sentencing hearings: Jury will be allowed to utilize NDNV as an alternative option for the defendant if he is not sentenced to death.

- NDNV inmates that are kicked out for any disciplinary violations will go to the L.O.P. unit (tablets only). They will not receive visits, store, phones, or jobs. They are not authorized re-entry to NDNV, and "blacklisted".

- Upon entering NDNV program, inmates will sign legal contract showing they know, acknowledge and understand the consequences for violating NDNV rules.

## Fuqua's Other Ideas

A. A population shift program that mandates that all new number inmates be housed together on the same units to reduce the influence of the older number inmates and STG recruiting numbers and to shift the prison culture mentality of the inmate population. These new units would automatically be under the NDNV program rules, regulations, and benefits.
B. That each ADOC complex have an Inmate Counsel that includes at least two inmates from each side of each unit and an attorney to meet with Complex Level Administration bi-monthly for the purpose of fixing everyday issues on the units and to address staff/inmate concerns.
C. That the food and commissary contracts are voided with Keefe Commissary Network and Trinity Foods Services; that those prison functions be taken over by inmates as much as possible but overseen by ADOC employees. That the profits that Keefe and Trinity were making then go toward prison education and rehabilitation. That this new program includes new ways for inmates to provide the services needed for ADOC to operate and reduce the taxpayers' financial burdens.
D. That all ADOC inmates have the ability to purchase their own gaming systems, with no restraints on gaming content and/or movies, etc.
E. That the Inmate Grievance System be replaced by a system that includes outside and third party mediators. Having the authority to overturn the ADOC Director's – level appeal for all appeal processes in ADOC.
F. That ADOC do away with the current TV contract and replace it with a Wi-Fi based contract that inmates may purchase extra content through the tablets. Stream all digital (free over air) channels to tablets possible and put up basic cable channels on T.V. that cannot be.
G. That ADOC set up an organization for a Prison Legal Clinic that involves law students in Arizona and pro bono attorneys to assist in litigating inmate issues with ADOC employees and criminal appeals; creating an e-library available to all inmates via tablets and the new Wi-Fi system.
H. That any 805 approved inmates found to be the aggressor in any physical altercation or involved in any drug activity is to have their 805 status revoked in a zero-tolerance policy.
I. Make deal with Arizona State University / University of Arizona to have their programming students create ADC secure intra-net, cancel / J-Pay contract; get mechanical license.
J. Make contract for all 2-year degrees to be earned at local community colleges, 4-year and above at ASU / UA / GCU (degrees). This will keep ADC money in-state and make ADC more money.
K. Sell inmates 15" screen laptops (give regular tablets) that they can take home and use upon release to stream to inmates.
L. Allow inmate Fuqua #215717 to create e-channels to stream to inmates.
M. Prison "Facebook" page on ADC.gov that inmates add content for all to view.
N. Scan legal documents and go full-electronic.

# Department of Corrections
## Fiscal Year 2020 Strategic Plan 2-pager

Agency Director: Charles L. Ryan
Strategic Planner: Denise M. Stravia
Last modified: 07/11/2019

**Vision:** Safer communities through effective corrections

**Mission:** To serve and protect the people of Arizona by securely incarcerating convicted felons, by providing structured programming designed to support inmate accountability and successful community reintegration, and by providing effective supervision for those offenders conditionally released from prison.

**Agency Description:** The Arizona Department of Corrections (ADC) carries out its mission by incarcerating inmates in correctional facilities and supervising conditionally released offenders in the community. During incarceration, health and welfare services are provided to inmates. Programs such as work, education, and substance abuse treatment increase the likelihood of success upon release. ADC supervises offenders released to community supervision and supports effective reentry using a continuum of strategies and evidence-based programs. ADC facilitates return to custody of offenders who represent a threat to the safety of the community.

**Executive Summary:** Strategies align to achieve ADC's 10-year goal: *Engaged employees and communities committed to a 25% reduction in recidivism*. **Staff Engagement** – ADC faces significant vacancies and turnover among Correctional Officers. Initiatives include conducting a breakthrough project on employee retention, utilizing available compensation strategies, and expanding the Field Training Officer program. **Correctional Environment and Operational Practices** – Inmate violence results in injury and increased security requirements and is detrimental to a prosocial environment. Initiatives include training staff on inmate management/non-violent crisis intervention, enhancing contraband detection, and increasing inmate work/program involvement. **Community Support and Inmate Preparation** – The recidivism rate for Arizona inmates is 40.6%. Reducing recidivism will help reduce prison population, decrease spending for prisons, and enhance community safety. Initiatives include leading the state-level recidivism reduction breakthrough project, improving inmate programs/increasing program completion, promoting community engagement/volunteerism, improving use of offender interventions/sanctions, and increasing successful completion of community supervision.

### Summary of Multi-Year Strategic Priorities

| # | Five Year Strategic Priority | Start Fiscal Year | Progress / Successes (FY2019) |
|---|---|---|---|
| 1 | Staff is engaged in recidivism reduction | 2018 | • Correctional Officer IIIs trained in Motivational Interviewing techniques<br>• Implemented Spot Incentive Program for staff recognition<br>• Formalized Lieutenant Field Training Officer Program |
| 2 | The environment is conducive to recidivism reduction | 2018 | • Correctional Officers trained in inmate management/crisis intervention<br>• Staff assaults A3 in progress; multi-state effort<br>• Centralized housing for inmates with mental health issues to improve specialized safety, security, and service delivery |
| 3 | Operational practices support recidivism reduction | 2018 | • Increased the number of Health Services Contract Monitoring staff<br>• Awarded contract for new health care provider, effective July 1, 2019<br>• Awarded contract for inmate tablets<br>• Completed deployment of AIMS down to line level |
| 4 | Communities are committed to supporting recidivism reduction/reentry | 2018 | • Designated position as agency Volunteer Coordinator<br>• Engaged with community through participation in Arizona Town Halls<br>• Collaborating with Special Olympics and Thunderbird Charities for multi-purpose hub facility at Perryville prison<br>• Received AmeriCorps grant to enhance program resources<br>• Partnered with Cenpatico to train inmates as Recovery Support Specialists |
| 5 | Inmates are engaged in preparation for successful reentry | 2018 | • Identified available certifications for in-demand trades prior to release<br>• Implemented audit to ensure that inmate mental health needs are met prior to release<br>• Decreased 1 and 2-year recidivism rates<br>• Initiated Fleet 100 program for inmate training and cost-savings |

Agency Strategic Plan developed in accordance with A.R.S. § 35-122

Page 1

# Department of Corrections
Fiscal Year 2020 Strategic Plan 2-pager

**Current Annual Focus**

| Strategy # | FY20 Annual Objectives | Objective Metrics | Annual Initiatives |
|---|---|---|---|
| 1 | 1. Reduce Correctional Officer II vacancies | • Number of Correctional Officer II vacancies | Develop a comprehensive culture plan to maximize current initiatives, including: <br>• Motivational Interviewing training <br>• Utilize available compensation strategies <br>• Formalize Captain Field Training Program <br>• Retention (Breakthrough Project – A3) <br>• CO Call-Ins (Breakthrough Project – A3) <br>• Expanding/formalizing employee feedback mechanisms and internal communication |
| | 2. Increase employee engagement | • Percent of positive responses to ADOA Annual Employee Engagement survey <br>• Percent of employee ideas implemented | |
| 2 | 1. Reduce inmate on staff assaults | • Number of inmate on staff assaults per month | • Staff Assault (Breakthrough Project – A3) <br>• Develop a comprehensive model/multi-year plan for physical plant preventive maintenance, repair, and replacement that optimizes efficient use of resources (Year 1: Emphasis on lock replacement) |
| | 2. Reduce staff assaults resulting in injury | • Number of inmate on staff assaults resulting in injury <br>• Days of work lost due to inmate on staff assault injury <br>• Percent of identified locks replaced | |
| | 3. Reduce inmate suicide attempts | • Number of inmate suicide attempts per month | Mental Health safety, security, and service delivery |
| | 4. Reduce inmate self-injurious behavior incidents | • Number of self-injurious behavior incidents per month | |
| | 5. Reduce inmate major contraband | • Number of major contraband finds per month | Contraband interdiction and detection |
| 3 | 1. Increase Inmate Health Services stipulation agreement overall compliance | • Health Services stipulation agreement compliance | • Establish a formal Continuous Quality Improvement (CQI) plan/process for Health Services (Year 1: Establish baseline data, explore expanding partnerships) <br>• Monitor vendor compliance with contract requirements for provision of inmate health care |
| | 2. Increase inmate work/program involvement | • Percent of inmates involved in work/programs | • Cognitive Restructuring as a major program <br>• Tablets and WIFI for use in inmate programming |
| 4 | 1. Increase volunteer hours | • Number of volunteer hours per month | Coordinated, agency-wide volunteer program |
| 5 | 1. Increase high risk, high needs inmates program completions | • Number of high target, high needs inmates completing programming | High Risk/High Needs (Breakthrough Project – A3) |
| | 2. Increase inmate program availability and effectiveness | • Number of program slots available | Build and monitor capacity to meet inmate population need for programs |
| | 3. Reduce reincarceration due to technical violations | • Number of offenders reincarcerated due to technical violations | • Formal vocational certifications <br>• Use of interventions and sanctions, including release planning and post-release best practices <br>• Optimize Community Corrections |
| | 4. Increase successful completion of community supervision | • Percent of offenders successfully completing community supervision | |

Agency Strategic Plan developed in accordance with A.R.S. § 35-122