Case 2:12-cv-00601-ROS Document 3566 Filed 04/16/20 Page 1 of 3

CV-12-00601-PHX-ROS

FILED ___ LODGED
RECEIVED ___ COPY
APR 16 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE_____
5.4
(Rule Number/Section)

4/10/2020

Attention Judge Roslyn Silver. Date of Birth 10-5-49
 My name is DAVID LEE QUINN 075400 whom is being housed in the Arizona Department of Corrections at the Yuma Complex in San Luis, AZ (La Paz yard). We need help! There's a lot of people on this yard with serious medical conditions (heart disease, cancer, seizures, etc.) that are not being addressed because of COVID-19. This is a medical yard housing minimum custody inmates exclusively that have one month to three years left on their sentence. None of which were given the death penalty! Almost everyone on this yard is not here for a violent crime and most inmates will not be going to the streets, but to families and homes where they are loved and desperately needed.
 We literally live two feet apart from one another with over 120 inmates in each dorm. We have not been provided with essential disenfectants. The Corrections Officers have been given cleaning items (bleach, etc.) for their personal use, but we have been given none of these things. AZDOC has been lying about their protocol to check staff for COVID-19. Several inmates were taken off the yard because they had fevers, dry cough,

etc. and then brought back in 5-6 days.

Officers and inmates alike are not being provided with face masks or gloves. We were issued a mere 150 bars of "Motel 6" soap on a yard of 1200 inmates.

Not only is this highly unethical and irresponsible of AZ DOC, but it is unconstitutional and dangerous to both the public and inmates alike.

There are many individuals with chronic underlying health conditions that make this one more disaster waiting to happen. Something must be done about the lies being told to the public. We don't have a fighting chance due to the aforementioned conditions. We deserve at least that.

There is no reason why most, if not all of this yard should be released during this international crisis.

Your time and all of your efforts are most appreciated.

Respectfully — David Quinn

Inmates of La Paz

I am 71 years old Hearth Trouble Bad Lunges can't breath Cronick Arthries I am confind to a Wheel Chair have been for last 5 years High Blood Pressure And I am Totaly Deaf Been Taken to the Hospital several times. I am hear for DWI 11 years

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: David Quinn
ADC#: 075406
Arizona State Prison Complex: La Paz
Unit: Yuma
City: San Luis   AZ 85349

PO Box 8909

**RECEIVED**
APR 16 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Honorable Judge Roslyn Silver
Clerk United States District Court
Sandra Day O'Connor US Courthouse
Suit 130
401 W Washington St, SPC-1
Phoenix, AZ
85003-2118