4/6/2020

Attention Judge Roslyn Silver.

CV-12-00601-PHX-ROS

My name is Paul Cosentino #139871 whom is being housed in the Arizona Department of Corrections at the Yuma complex in San Luis, AZ (La Paz yard). We need help! There's a lot of people on this yard with serious medical conditions (heart disease, cancer, seizures, etc.) that are not being addressed because of COVID-19. This is a medical yard housing minimum custody inmates exclusively that have one month to three years left on their sentence. None of which were given the death penalty! Almost everyone on this yard is not here for a violent crime and most inmates will not be going to the streets, but to families and homes where they are loved and desperately needed.

We literally live two feet apart from one another with over 120 inmates in each dorm. We have not been provided with essential disenfectants. The Corrections Officers have been given cleaning items (bleach, etc.) for their personal use, but we have been given none of these things. AZDOC has been lying about their protocol to check staff for COVID-19. Several inmates were taken off the yard because they had fevers, dry cough,

etc. and then brought back in 5-6 days.

Officers and inmates alike are not being provided with face masks or gloves. We were issued a mere 150 bars of "Motel 6" soap on a yard of 1200 inmates.

Not only is this highly unethical and irresponsible of AZDOC, but it is unconstitutional and dangerous to both the public and inmates alike.

There are many individuals with chronic, underlying health conditions. Something must be done about the lies being told to the public. We don't have a fighting chance due to the aforementioned conditions. We deserve at least that.

There is no reason why most if not all of this yard should be released during this international crisis.

Your time and your efforts are most appreciated.

- Inmates of La Paz

*Paul Rosenti*

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Rosentino
ADC#: 133871
Arizona State Prison Complex: Yuma
Unit: Dakota
PO Box 8909
City: San Luis   AZ 85349

Honorable Jufrge Roslyn Silver
Clerk, United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 W. Washington St., SPC-1
Phoenix, AZ 85003-2118

RECEIVED
APR 20 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA