# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br>Plaintiffs,<br>v.<br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO COURT ORDER (DOC. 3518)** |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Reply to Plaintiffs' Response to Court Order (Doc. 3518) (Second Request), and good cause appearing,

IT IS ORDERED that the Stipulated Motion is GRANTED. Defendants' Reply is due on or before May 8, 2020.