Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-PHX-ROS<br><br>**DEFENDANTS' MONTHLY STATUS REPORT REGARDING CURRENT PERCENTAGE COMPLIANCE RATES PURSUANT TO COURT ORDER [DKT. 1678]** |

The following status report provides the February 2020 CGAR results for the following Health Care Performance Measures ("HCPM") that are before this Court:  11, 13, 14, 15, 24, 35, 37, 39, 40, 42, 44, 45, 46, 47, 49, 50, 51, 52, 55, 66, 67, 72, 80, 85, 91, 92, 93, 94, 97, and 98.  (Docs. 1583, 1709, 2030, 2403, 2764, 3020.)

**HCPM No. 11:**  *Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed or on the same day if prescribed STAT.* (Eyman, Florence, Lewis, Tucson, Winslow, Yuma)

| Prison Complex | February 2020 |
|---|---|
| Eyman | 86% |
| Florence | 95% |
| Lewis | 85% |

| Tucson | 82% |
| Winslow | 90% |
| Yuma | 88% |

**HCPM No. 13:** *Chronic and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, Yuma)

| Prison Complex | February 2020 |
| --- | --- |
| Douglas | 100% |
| Eyman | 96% |
| Florence | 94% |
| Lewis | 95% |
| Perryville | 97% |
| Tucson | 98% |
| Yuma | 92% |

**HCPM No. 14:** *Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication.* (Douglas, Eyman, Florence, Lewis, Perryville, Tucson, Yuma)

| Prison Complex | February 2020 |
| --- | --- |
| Douglas | 100% |
| Eyman | 95% |
| Florence | 100% |
| Lewis | 97% |
| Perryville | 100% |
| Tucson | 87% |
| Yuma | 92% |

**HCPM No. 15:** *Inmates who refuse prescribed medication (or no show) will be counseled by a qualified health care provider (QHCP) after three consecutive refusals.* (Eyman, Florence, Lewis)

| Prison Complex | February 2020 |
|----------------|---------------|
| Eyman | 70% |
| Florence | 92% |
| Lewis | 90% |

**HCPM No. 24:** *Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items.* (Lewis)

| Prison Complex | February 2020 |
|----------------|---------------|
| Lewis | 100% |

**HCPM No. 35:** *All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.* (Eyman, Florence, Lewis, Phoenix, Tucson)

| Prison Complex | February 2020 |
|----------------|---------------|
| Eyman | 94% |
| Florence | 98% |
| Lewis | 97% |
| Phoenix | 89% |
| Tucson | 89% |

**HCPM No. 37:** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).* (Eyman, Florence, Lewis, Tucson, Winslow, Yuma)

| Prison Complex | February 2020 |
|----------------|---------------|
| Eyman | 92% |
| Florence | 93% |

| Lewis | 82% |
|---|---|
| Tucson | 79% |
| Winslow | 90% |
| Yuma | 86% |

**HCPM No. 39:**  *Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within 14 calendar days of the referral.* (Eyman, Florence, Lewis, Perryville, Tucson, Yuma)

| **Prison Complex** | **February 2020** |
|---|---|
| Eyman | 88% |
| Florence | 96% |
| Lewis | 89% |
| Perryville | 93% |
| Tucson | 92% |
| Yuma | 90% |

**HCPM No. 40:**  *Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.* (Eyman, Tucson)

| **Prison Complex** | **February 2020** |
|---|---|
| Eyman | 91% |
| Tucson | 78% |

**HCPM No. 42:**  *A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider.* (Eyman, Florence, Lewis, Perryville)

| **Prison Complex** | **February 2020** |
|---|---|
| Eyman | 86% |
| Florence | 98% |
| Lewis | 85% |
| Perryville | 94% |

4

**HCPM No. 44:**  *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.* (Eyman, Florence, Lewis, Winslow)

| Prison Complex | February 2020 |
|---|---|
| Eyman | 46% |
| Florence | 56% |
| Lewis | 76% |
| Winslow | 100% |

**HCPM No. 45:**  *On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.*  (Lewis, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Lewis | 98% |
| Tucson | 93% |

**HCPM No. 46:**  *A medical provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, Yuma)

| Prison Complex | February 2020 |
|---|---|
| Douglas | 95% |
| Eyman | 86% |
| Florence | 86% |
| Lewis | 93% |
| Perryville | 90% |
| Phoenix | 89% |
| Tucson | 86% |

5

| | |
|---|---|
| Yuma | 98% |

**HCPM No. 47:** *A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.* (Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, Yuma)

| Prison Complex | February 2020 |
|---|---|
| Douglas | 80% |
| Eyman | 86% |
| Florence | 85% |
| Lewis | 100% |
| Perryville | 90% |
| Phoenix | 50% |
| Safford | 100% |
| Tucson | 93% |
| Winslow | N/A |
| Yuma | 92% |

**HCPM No. 49:** *Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than thirty (30) days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.* (Douglas, Eyman, Florence, Perryville, Phoenix, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Douglas | 88% |
| Eyman | 75% |
| Florence | 100% |
| Perryville | 100% |

| Phoenix | 100% |
|---|---|
| Tucson | 85% |

**HCPM No. 50:** *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.* (Florence, Perryville, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Florence | 57% |
| Perryville | 95% |
| Tucson | 60% |

**HCPM No. 51:** *Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.* (Douglas, Eyman, Florence, Perryville, Tucson, Yuma)

| Prison Complex | February 2020 |
|---|---|
| Douglas | 93% |
| Eyman | 38% |
| Florence | 40% |
| Perryville | 91% |
| Tucson | 65% |
| Yuma | 86% |

**HCPM No. 52:** *Specialty Consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.* (Eyman, Florence, Perryville, Phoenix, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Eyman | 90% |
| Florence | 90% |
| Perryville | 90% |

7

| | |
|---|---|
| Phoenix | 100% |
| Tucson | 82% |

**HCPM No. 55:**  *Disease management guidelines will be implemented for chronic diseases.* (Eyman)

| **Prison Complex** | **February 2020** |
|---|---|
| Eyman | 76% |

**HCPM No. 66:**  *In an IPC, medical provider encounters will occur at a minimum every 72 hours.* (Florence, Lewis, Tucson)

| **Prison Complex** | **February 2020** |
|---|---|
| Florence | 96% |
| Lewis | 99% |
| Tucson | 96% |

**HCPM No. 67:**  *In an IPC, Registered nurses will conduct and document an assessment at least once every shift.  Graveyard shift assessments can be welfare checks.* (Lewis, Tucson)

| **Prison Complex** | **February 2020** |
|---|---|
| Lewis | 97% |
| Tucson | 94% |

**HCPM No. 72:**  *Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP.*  (Eyman)

| **Prison Complex** | **February 2020** |
|---|---|
| Eyman | 100% |

**HCPM No. 80:**  *MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.* (Lewis, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Lewis | 100% |
| Tucson | 100% |

**HCPM No. 85:**  *MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications.*  (Eyman, Florence, Lewis, Perryville, Tucson, Yuma)

| Prison Complex | February 2020 |
|---|---|
| Eyman | 100% |
| Florence | 95% |
| Lewis | 97% |
| Perryville | 97% |
| Tucson | 100% |
| Yuma | 100% |

**HCPM No. 91:**  *MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily.*  (Phoenix)

| Prison Complex | February 2020 |
|---|---|
| Phoenix | 100% |

**HCPM No. 92:**  *MH-3 and above prisoners who are housed in a maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days.* (Eyman, Florence, Lewis, Perryville, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Eyman | 100% |
| Florence | 100% |
| Lewis | 90% |

| | |
|---|---|
| Perryville | N/A |
| Tucson | N/A |

**HCPM No. 93:** *Mental Health staff (not to include LPNs) shall make weekly rounds of all MH-3 and above prisoners who are housed in maximum custody.* (Eyman, Florence, Lewis, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Eyman | 100% |
| Florence | 100% |
| Lewis | 100% |
| Tucson | N/A |

**HCPM No. 94:** *All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse.* (Eyman, Florence, Perryville, Phoenix, Tucson)

| Prison Complex | February 2020 |
|---|---|
| Eyman | 100% |
| Florence | 100% |
| Perryville | 100% |
| Phoenix | 100% |
| Tucson | 100% |

**HCPM No. 97:** *A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider.* (Phoenix)

| Prison Complex | February 2020 |
|---|---|
| Phoenix | 100% |

**HCPM No. 98:** *Mental Health HNRs shall be responded to within timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, section 5.0.* (Douglas, Eyman, Florence, Lewis, Winslow)

| Prison Complex | February 2020 |
|---|---|
| Douglas | 100% |
| Eyman | 88% |
| Florence | 96% |
| Lewis | 81% |
| Winslow | 70% |

DATED this 22nd day of April, 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Timothy J. Bojanowski
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona  85226

    *Attorneys for Defendants*

11

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:           ahardy@prisonlaw.com

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Amy B. Fettig:          afettig@npp-aclu.org

Asim Varma:             avarma@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Corene T. Kendrick:     ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:      dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:         dspecter@prisonlaw.com

John Howard Gray:       jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:     jrico@azdisabilitylaw.org

Maya Abela             mabela@azdisabilitylaw.org

Rose Daly-Rooney:       rdalyrooney@azdisabilitylaw.org

Sara Norman:            snorman@prisonlaw.com

Rita K. Lomio:          rlomio@prisonlaw.com

Eunice Cho             ECho@aclu.org

Jared G. Keenan         jkeenan@acluaz.org

Casey Arellano          carellano@acluaz.org

Maria V. Morris         mmorris@aclu.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski