# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Reply to Plaintiffs' Response to Court Order (Doc. 3570), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion (Doc. 3570) is **GRANTED**. Defendants' Reply is due not later than **May 8, 2020**.

Dated this 22nd day of April, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge