Mr. Roberto Carrasco Gamez # 134101
ASPC-Lewis-Rast Max
P.O. Box 3400, Buckeye, Ariz. 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parson et al.,
            Plaintiff,        Case No. 12-cv-0601-ROS

V.
                              NOTICE OF SERVICE OF DOCUMENT
David Shinn et al.,
            Defendant

On todays date the following was sent to the following Individual(s) Plaintiffs/Defendants.

• Grievance(s) - Arguing that my civil rights are being violated by Medical staff for failing to treat pain.

Respectfully submitted this 23rd day of April 20
Under penalty of perjury

Mr. Roberto Carrasco Gamez # 134101
ASPC-Lewis-Rast Max
P.O. Box 3400-Buckeye AZ
85326

page 1



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

**RECEIVED MAR 23 2020**

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez Robert C | 131401 | ASPC-Lewis RM | 8 March 20 |

**TO:** Medical Officer / Inform
**LOCATION:** 4C 5 #15

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. On or about 5 March 20, I was abruptly taken off my pain medication (Gabapentin) — unjustifiably. I was not offer an effective alternative or even seen by NP Moeller before she abruptly discontinued my meds. I suffer significant pain well documented history of Chronic pain syndrome [degenerative joint condition] daily pain and suffering.

I stop taking Meloxicam approx. 1 year ago due to its ineffectiveness, but yet my Gabapentin was abruptly stopped. Resolution: Placed back on Gabapentin or another effective pain medication and seen by a pain specialist. I've taken Tramadol in the past and it was effective.

**INMATE SIGNATURE:** [signature]  **DATE:** 8 March 20

Have you discussed this with institution staff?  ☑ Yes  ☐ No
If yes, give the staff member name: Medical

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



| ARIZONA DEPARTMENT OF CORRECTIONS | For distribution: Copy of Corresponding informal complaint resolution must be attached to this response |
|---|---|
| Inmate Informal Complaint Response | |

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| GAMEZ, ROBERT | 131401 |
| INSTITUTION/ UNIT | |
| ASPC Lewis/ RAST MAX | |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| MENDOZA, DONNA (DON) | LEWIS/MEDICAL |

This is in response to your informal grievance: WANTING TO BE PLACED BACK ON GABAPENTIN

After review of your medical records: YOU HAD SEEN THE PROVIDER ON 3/11/20 AND WAS INFORMED DUE TO A POSITIVE DRUG SCREEN ON 2/26/20 AND IT WILL BE NOT RE-STARTED.

If you have further medical concerns, please submit a Health Needs Request form.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| D. Mendoza. DON | 3/23/20 |

Distribution:  Original – Master File
              Copy: Inmate

916-2(e)
5/14/12

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Response

For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

**INMATE NAME** (Last, First M.I.) (Please print): Gamez, Robert C

**ADC NUMBER**: 131401

**INSTITUTION/UNIT**: ASPC-Lewis, Rast Max

**FROM**: [inmate]
**TO**: COIII E. Tromen
**LOCATION**: UCS II 15

I am attempting to informally resolve the following problem. The air coming from the vent is blowing fumes (ammonia) odor. I am experiencing burning eyes, nose, mouth. My skin is "eveee". Rather the toxic fumes appear to be causing cramped muscles, kidneys to hurt, migraine headaches, shortness of breathe and abdomen pain making it extremely difficult to drink water.

I am requesting that an independent agency conduct air/water samples to determine cause of fumes in my cell. And any and all available relief.

**STAFF SIGNATURE**: [signature]
**DATE** (mm/dd/yyyy): 25 March 20

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-12
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: '20 MAR 29 PM9:14
Initials: _KB_

### SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Oakes, Tonya C | 131401 | 27 March 20 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 4C5#15 | East MAC | 3600 | ADC-Lumley |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

### SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below)

☒ Medical/Médico  ☐ Dental  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other (specify)/Otros

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

The Key coming from the vents blown fumes (ammonia) odor. Experiencing burning eyes, Nose, Mouth. Skin is severely itched. Appears to be cause: cramped muscles, aches to hurt, migraine headaches, shortness of breathe. I was scheduled to take labs today to determine the cause of abnormal results from previous labs but was denied. Feeling disoriented, psychological distress.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III/SECCIÓN III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA**

☒ Medical/Médico  ☐ Dental  ☐ Pharmacy/Farmacia  ☐ FHA  ☐ Pharmacy/Farmacia  ☐ Mental Health/Salud Mental  ☐ Eyes/Ojos  ☐ Other

STAFF SIGNATURE STAMP: K Branum RN
DATE/FECHA:
TIME/HORA: '20 MAR 29 PM9:14

### SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCIÓN**

Scheduled on NL

STAFF SIGNATURE STAMP: K Branum RN
DATE/FECHA:
TIME/HORA: '20 MAR 29 PM9:14

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/13/16

SECTION 4, HNR

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

**RECEIVED BY** Vargas

**TITLE** CO II

**BADGE NUMBER** 12405

**DATE (mm/dd/yyyy)** 4/22/20

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

**INMATE NAME (Last, First M.I.) (Please print):** Gamez, Robert

**ADC NUMBER:** 121401

**DATE (mm/dd/yyyy):** 21 April 20

**INSTITUTION/FACILITY:** MCI/Lewis-RAST MAX

**CASE NUMBER:**

**TO: GRIEVANCE COORDINATOR**

---

**Description of Grievance (To be completed by the Inmate)**

On April 20 "ICS" was initiated due to chest pains, shortness of breathing. I informed medical personnel that symptoms of poisoning from toxic tribury from the vent. A "U.A." was apparently performed which according to Medical tested positive. I than observed Medical throw the U.A. cup in the trash. Proper U.A. protocol was not conducted. I do not do drugs & the medication that I take Wellbutrin is known to have a false positive for Meth. Regardless whatever I was poisoned with was Meth. Complete blood test were conducted shortly before & after 26 Feb. 20 & I have always been in compliance with Gabapentine. I need re-issue meds or a more effective pain med.

---

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I need Lyrica or Gabapentin or another effective pain medication and seen by a pain specialist. I've taken Tramadol in the past and it was effective. I am currently in great or extreme pain w/c (by inhaling toxic fumes)

---

**INMATE'S SIGNATURE** [signature]   **DATE (mm/dd/yyyy):** 21 April 20

**GRIEVANCE COORDINATOR'S**   **DATE (mm/dd/yyyy):**

**Action taken by**   **Documentation of Resolution or Attempts at Resolution.**

**STAFF MEMBER'S SIGNATURE**   **BADGE NUMBER**   **DATE (mm/dd/yyyy)**

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

MSST833

## Notification of Diagnostic Results

Facility: ASPC-L RAST MAX

Housing Area: HU4C

Bed#: 515L

Patient Name: ROBERT C. GAMEZ

ADC#: 131401

Notification Date: 02/26/2020

This is to inform you that we have received the results of your diagnostic test performed on 02/21/2020.

☑ Based on evaluation, your results were within acceptable limits. No further action is needed.

☐ Based on evaluation, you will be scheduled for a follow-up appointment. If you are released before your next visit, please follow-up with your doctor or clinic.

**Additional Comments**

Negative drug screen

Coronado, Oyuki

**Reviewing Practitioner**

02/26/2020

**Date**

MSST833 - Notification Of Diagnostic Results

MSST833

# Notification of Diagnostic Results

Facility: ASPC-L RAST MAX
Housing Area: HU4C
Bed#: 515L
Patient Name: ROBERT C. GAMEZ                           ADC#: 131401
Notification Date: 04/07/2020

This is to inform you that we have received the results of your diagnostic test performed on 04/03/2020.

☑ Based on evaluation, your results were within acceptable limits. No further action is needed.
☐ Based on evaluation, you will be scheduled for a follow-up appointment. If you are released before your next visit, please follow-up with your doctor or clinic.

**Additional Comments**

Negative drug screen

Coronado, Oyuki                                          04/07/2020
_____                                      _____
**Reviewing Practitioner**                               **Date**