Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
          carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE OF ERRATA (DOC. 3565-1)** |

LEGAL23774493.1

1 | The chart filed with the Court on April 17, 2020, listing all terminated Performance
2 | Measures, (Doc. 3565-1), inadvertently contained an error. It listed infirmary care-related
3 | measures (PMs 63-70) as terminated at ASPC-Lewis. [*See* Doc. 3565-1 at 9]  This is
4 | incorrect, as the Court only terminated these PMs at the six institutions that do not have
5 | infirmaries, and Lewis has an infirmary. [*See* Doc. 2900 at 4-5, 13]  A corrected and
6 | updated chart is attached to this Notice as Exhibit 1.
7 | Respectfully submitted,
8 | Dated: April 24, 2020                           **PRISON LAW OFFICE**
9 |
10 |                                                 By:   s/ Corene T. Kendrick
                                                          Donald Specter (Cal. 83925)*
11 |                                                       Alison Hardy (Cal. 135966)*
                                                          Sara Norman (Cal. 189536)*
12 |                                                       Corene T. Kendrick (Cal. 226642)*
                                                          Rita K. Lomio (Cal. 254501)*
13 |                                                       1917 Fifth Street
                                                          Berkeley, California 94710
14 |                                                       Telephone: (510) 280-2621
                                                          Email:   dspecter@prisonlaw.com
15 |                                                                ahardy@prisonlaw.com
                                                                   snorman@prisonlaw.com
16 |                                                                ckendrick@prisonlaw.com
                                                                   rlomio@prisonlaw.com
17 |                                                 *Admitted *pro hac vice*
18 |                                                 David C. Fathi (Wash. 24893)*
                                                    Amy Fettig (D.C. 484883)**
19 |                                                 Eunice Hyunhye Cho (Wash. 53711)*
                                                    Maria V. Morris (Cal. 223903)*
20 |                                                 **ACLU NATIONAL PRISON PROJECT**
21 |                                                 915 15th Street N.W., 7th Floor
                                                    Washington, D.C. 20005
22 |                                                 Telephone: (202) 548-6603
                                                    Email:   dfathi@aclu.org
23 |                                                          afettig@aclu.org
                                                             echo@aclu.org
24 |                                                          mmorris@aclu.org
25 |                                                 *Admitted *pro hac vice*. Not admitted
                                                      in DC; practice limited to federal
26 |                                                   courts.
                                                    **Admitted *pro hac vice*
27 |
28 |

LEGAL23774493.1

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
         carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone: (602) 274-6287
      Email:   adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone: (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

                                                                s/ C. Kendrick

LEGAL23774493.1                     -3-