FILED

APR 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br> Defendants-Appellants. | Nos. 18-16358 <br>       18-16365 <br>       18-16368 <br><br> D.C. No. 2:12-cv-00601-ROS <br> District of Arizona, <br> Phoenix <br><br> ORDER |
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> ARIZONA CENTER FOR DISABILITY LAW, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, | No.    18-16424 <br><br> D.C. No. 2:12-cv-00601-ROS <br> District of Arizona, <br> Phoenix |

Defendants-Appellees.

Before:  THOMAS, Chief Judge, and WALLACE and CALLAHAN, Circuit Judges.

Chief Judge Thomas and Judge Callahan vote to deny the petition for rehearing en banc, and Judge Wallace so recommends. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. Accordingly, the petition for rehearing en banc is DENIED.