CV-12-601-PHX-ROS

**INMATE MAIL ARIZONA DEPARTMENT OF CORRECTIONS**
Inmate: Robert Jupers
ADC#: 102065
Arizona State Prison Complex — Yuma
Unit: Cheyenne 74-24
P.O. Box 8909
City: San Luis, AZ 85349

PHOENIX AZ 852
RECEIVED
APR 24 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Az. U.S. District Courthouse Clerk
Sandra Day O'Connor Courthouse Suite 130
401 West Washington St. SPC-1
Phx, AZ. 85003-2118