THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL [...] RULES AND PRACTICES AND IS SUBJECT TO [...]
REFERENCE CV R 5.4, 7.1(a)(D,(2) (3)
(Rule Number/Section)

Case 2:12-cv-00601-ROS  Document 3581  Filed 05/01/20  Page 1 of 4

MAY 01 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-12-601-PHX-ROS

4/10/11

To US District Judge Roslyn Silver

My name is Robin Fahr #133059 I am a Inmate at AZ Dept of Corrections have been for 10 yrs now for a N/D crimes of fraud. had a 3½ consec to 10½ cons to 4½ for a total of 18 yrs. My codefendant got 2½ for the same crimes that I got 15 yrs for out of Yavapai County. He had a prior and my prior was vacated in 1999 but Yavapai still prior me on it. CR V1300CR 201180486, V1300CR 20128008?. I am 60 yrs old and have Crohn's Disease. I did not sign up for a Death Sentence. With the Covid 19 pandemic going on it will be for me. Cause my Disease I have a compermized Immune System. Doc is Doing nothing for us. No masks, no hot water in our showers, Nothing for us older Vunerable Adults. I am allso SMI I was Denied my rights to a SMI Court and SMI judge in Yavapai. I am also uneducated "on court Records". I can barley read and write and can not comperhend pleas or what to going on. I Depend on others for that. I was told by my attorney I signed a plea for 10½ to run concurrent to each other and Puma. Insteed I got 15 yrs out of Yavapai 3½ Puma all consective. In Oct 12-2015. I had a Evedontray hearing for PCR Colorable as my plea was not knowingly nor Intellegent. When I went back to Court the Prosector Pilli Wortman said "if I went through with my claim she would not give me another Deal, and she threatened me with 36+ yrs. furthermore judge Bluff had to recuse himself of my case as he told me if I fired my

Attorney famer "ineffective" I would Go to trial on monday without a attorney. So I was forced to sign a Plea not knowing what was in it. No less then 10½ at the last minute Proscuter aggerated me why I don't know. I was suppose to be mitigated on my medical, SMI, Borderline Retartation. So I ended up w/ 15 yrs. I need help please. I'm scared to be here now w/ this covid 19 pandamic going on. Ab cause of my disease 3 comprimized system I'll Die here. Dr Ibuing here said "It's not if It's when it hits here" It will be bad. I'm scared and Don't want to Die here judge. I did not sign up for a Death Sentence. I've wrote to yavapai Judge Ainly and filed motions after motions 24.3. She just Denies me. Alotime. Even knowing it will be a Death Sentence for me. She's aware of all the misconduct by Proscuter and judge. She just dosn't care. I asked her to modify my Root 4½ to the probation or IPS. I have 5 yrs left out of the 15½. I need help please. On saterday april 4 2020 on CNN special with US Attorney General William Barr and Van Jones he did a order to all state/Federal Jumates and all jails to release all inmates who were N/O 65 yr old and or older vonerable adults with comporimized Immune system. But on monday AZ Gov Ducey said he wasn't going to release anyone. So my question to you is does Gov Ducey and AZ DOC have to due as US Attorney General says to release. Can you help me please? I have a place to go if release on house arrest. I

Also have my VA Benifits and my S.S. Disability Benifits to support my self. I'm Deemed SMI, Borderline Mental Retarted this is all on Record, IQ 70 Less. Still Yavapai violated my Sixth and Fourteenth addment and my due process. So I still sit here.

I Desprattly Need help 10 yrs is long enough Special for N/O crime. Most woman here are doin my time for murder or Sex crimes. I caused of killed someone and get £100 time.

I just filled for Clemency on Friday. But only 3% have got it. I take full Responsablity for what I did your honor. I just Dont Belive it should Be a Death sentence for me. and it still dasnt Give the Justic System in Yavapai to Scrow me Knowing I cant barly Read, write Can't Comprehand w/out help. They Denied me my Right to SMI court Smi Judge and this is not Right. there Suppose to help us not take advantage of us who don't know any Better. I was Suppose to Be mitigated in sted of cut aggrivated and Still to this Day I don't know how or why. I want to file Complaints on Prosecuter Patti Wortman & Judge Ainly Attorney Hance. How due I Go about this? Please send Me Info Please?

Your honor with this Pandamic go on and with my Disease (Crohn's Disease) I have & Camper my seal

System. Doc Cam not provide the proper Diet for me, we have no hot water in Showers and we are in ankle Deep sewer water to Even take a shower those are nasty and very Unhealthy Invirorments for a Normal person But w/ my Disease its 100x more worse for me, with this Pandemic going on its Even worse.

So I ask you with the U.S. Attorney General William Barr and Van Jones Yelling Governors in all 50 states to release us and vonerable Adults. Can you help me get out of here on house arrest please?

I will Be a Law Bidon Citizen, I'm Sorry for what I did and sorry for my Victim Basrasstow. But I am truly Scared Special now I have 5 yrs of 18½. Can you help me please.

I just got my motion Back from yoroopar it was filed on 7th april I'm asking for attorney to help me. Modify Last 4½ to probation
Thank you for Listning
we need help here at Doc

Thank you
Robin Fahr # 133059
ASPC Perryville
Lumly unit D110%
PO BOX 3300
Goodyear Az 85338