

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate: Chip Robin
ADC #: 133053
Arizona State Prison Complex: Lewis
Unit: Rynning
PO Box 3400
City: Buckeye AZ 85326

Legal Mail
Magna
4/29/20

To U.S. District Court
Att: Judge Roslyn Silver
401 W Washington #130
SPC 1
Phx AZ 85003-2118

RECEIVED
MAY 01 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA