Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>        v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' NOTICE OF SUBMISSION REGARDING FEBRUARY 2020 CGARS (DKT. 3582)** |

Defendants notify the Court that they have submitted under seal the February 2020 CGAR reports (Dkt. 3582) for the ten ADC facilities subject to the Stipulation (Dkt. 1185). The system-wide compliance rate was 95.43%.  Of the 853 measures reported on, 39 measures failed, 86 measures were not applicable (N/A), and the remaining 728 measures passed.  Nine of the ten facilities scored at or above 91% overall compliance.  The CGARs filed under seal provide additional data regarding compliance rates.

1      DATED this 5th day of May, 2020.

2                         STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                       By/s/Timothy J. Bojanowski

5                         Daniel P. Struck
                          Rachel Love

6                         Timothy J. Bojanowski
                          Nicholas D. Acedo

7                         3100 West Ray Road, Suite 300
                          Chandler, Arizona 85226

8                         *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

        I hereby certify that on May 5, 2020, I electronically transmitted the attached
document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
3   Notice of Electronic Filing to the following CM/ECF registrants:

4   Alison Hardy:              ahardy@prisonlaw.com

5   Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
                               kleach@perkinscoie.com
6
    Amy B. Fettig:             afettig@npp-aclu.org
7
    Asim Dietrich:             adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
8                              phxadmin@azdisabilitylaw.org

9   Corene T. Kendrick:        ckendrick@prisonlaw.com; edegraff@prisonlaw.com

10  Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                               sneilson@perkinscoie.com
11
    David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org
12
    Donald Specter:            dspecter@prisonlaw.com
13
    John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com
14
    Jose de Jesus Rico:        jrico@azdisabilitylaw.org
15
    Maya Abela                 mabela@azdisabilitylaw.org
16
    Rose Daly-Rooney:          rdalyrooney@azdisabilitylaw.org
17
    Sara Norman:               snorman@prisonlaw.com
18
    Rita K. Lomio:             rlomio@prisonlaw.com
19
    Eunice Cho                 ECho@aclu.org
20
    Jared G. Keenan            jkeenan@acluaz.org
21
    Casey Arellano             carellano@acluaz.org
22
    Maria V. Morris            mmorris@aclu.org
23
        I hereby certify that on this same date, I served the attached document by U.S. Mail,
24  postage prepaid, on the following, who is not a registered participant of the CM/ECF
    System:
25
        N/A
26
                                            /s/Timothy J. Bojanowski
27                                          _____

28

3