UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion to Enforce The Stipulation and For Contempt of the May 2019 OSC Regarding Performance Measure 50 at ASPC-Florence, and all briefing so related, hereby GRANTS Plaintiffs' Motion.

The Court hereby FINDS that its May 6, 2019 Order to Show Cause ("May 2019 OSC") (Doc. 3235) was valid, specific, and definite.  Defendants had knowledge of the May 2019 OSC and an opportunity to be heard about their noncompliance.  (Docs. 3335, 3339).  Defendants did not take all reasonable steps to comply with the May 2019 OSC for PM 50 at ASPC-Florence during the months of June 2019 through January 2020.

IT IS THEREFORE ORDERED that Defendants are held in civil contempt for their failure to comply with the May 2019 OSC, with regard to PM 50 at ASPC-Florence.

IT IS FURTHER ORDERED that Defendants are fined $ 400,000 for their failure to comply with the Order for the months of June 2019 to January 2020.  The Court will

1   impose these sanctions and collect these funds such that they will be used to further

2   compliance with the health care requirements of the Stipulation, pursuant to a future

3   order.

4   　　　IT IS FURTHER ORDERED that Defendants must remit payment of $400,000 to

5   the Clerk of the Court within 14 days of this Order. The Clerk of Court must enter

6   judgment against Defendants reflecting these contempt fines totaling $400,000.  This total

7   is due and payable into the Registry of the Court, to be kept in the Registry until further

8   order of the Court.  This judgment shall bear interest at the federal statutory rate until

9   satisfied.

10   　　　IT IS FURTHER ORDERED that Defendants consult with Dr. Marc Stern, M.D.,

11   within 14 days of this Order to develop a substantive remedial plan regarding their

12   noncompliance with PM 50 at ASPC-Florence, and submit their proposed remedial plan

13   to the Court within 21 days of this Order.  Such a remedial plan shall include how

14   Defendants plan to rescind the cap on the reimbursement rate paid to specialty providers.

15   Plaintiffs will have 14 days from the submission of the plan to respond to it.  Dr. Stern

16   will consult with Defendants and make regular reports to the Court regarding Defendants'

17   implementation of the remedial plan.  Defendants shall compensate Dr. Stern at his usual

18   rates, pursuant to the Court's authority under Rule 706 of the Federal Rules of Evidence to

19   appoint a court expert.

20   　　　IT IS SO ORDERED.

21

22

23

24

25

26

27

28

-2-