**EXHIBIT 1**

**EXHIBIT 1**

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



*Basis of Non-Compliance:*

*Providers are not documenting rationale for changing medications and are not placing consults within timeframe. Additionally, providers need to sign off on nursing note forwarded to them for review.*

*Corrective Action Plan:*

*This PM is monitored daily to determine if documentation was completed correctly. On identifying a non-compliant chart, the provider is alerted to the discrepancies or need for further explanation, and documentation is entered to ensure compliance. The SMD discussed continued vigilance at provider meetings on 08/27/2019 and 10/09/2019. The SMD continued to provide the providers education on 03/10/2020 during a meeting to help clarify lingering issues. The education provided included the following: 1) All discharge recommendations must be reviewed an acted upon within 24 hours; 2) Any deviations from recommendations to include but not limited to medication orders and consult referrals must state a reason for the deviation; 3) All consult recommendations must be entered within the 24-hour timeframe; and 4) Lab orders and medication orders must be entered within the 24-hour timeframe. This education was provided via PowerPoint presentation as well as email communication.*