UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 07 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br> Defendants - Appellants. | No. 18-16365 <br><br> D.C. No. 2:12-cv-00601-ROS <br> U.S. District Court for Arizona, Phoenix <br><br> **MANDATE** |
| VICTOR ANTONIO PARSONS; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> CHARLES L. RYAN, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, <br><br> Defendants - Appellants. | No. 18-16368 <br><br> D.C. No. 2:12-cv-00601-ROS <br> U.S. District Court for Arizona, Phoenix |

| | |
|---|---|
| VICTOR ANTONIO PARSONS; et al., | No. 18-16424 |
| Plaintiffs - Appellants, | |
| and | D.C. No. 2:12-cv-00601-ROS |
| ARIZONA CENTER FOR DISABILITY LAW, | U.S. District Court for Arizona, Phoenix |
| Plaintiff, | |
| v. | |
| CHARLES L. RYAN, Director, Arizona Department of Corrections and RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, | |
| Defendants - Appellees. | |

The judgment of this Court, entered January 29, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7