1   Jared G. Keenan (Bar No. 027068)
    Casey Arellano (Bar No. 031242)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email:  jkeenan@acluaz.org
              carellano@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*

9   **[ADDITIONAL COUNSEL LISTED BELOW]**

10  Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
11  5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
12  Telephone:  (602) 274-6287
    Email: adietrich@azdisabilitylaw.org
13
    *Attorneys for Plaintiff Arizona Center for Disability Law*
14
    **[ADDITIONAL COUNSEL LISTED BELOW]**
15
                UNITED STATES DISTRICT COURT
16
                    DISTRICT OF ARIZONA
17
    Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
18  Dustin Brislan; Sonia Rodriguez; Christina
    Verduzco; Jackie Thomas; Jeremy Smith; Robert
19  Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **DECLARATION OF**
    Hefner; Joshua Polson; and Charlotte Wells, on         **CURTIS HARRIS IN**
20  behalf of themselves and all others similarly          **SUPPORT OF PLAINTIFFS'**
    situated; and Arizona Center for Disability Law,       **MOTION TO ENFORCE**
21                                                         **THE STIPULATION**
                          Plaintiffs,                      **(MAXIMUM CUSTODY**
22           v.                                            **PERFORMANCE**
                                                           **MEASURES 1-3, 5-6, AND 8)**
23  David Shinn, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
24  Division of Health Services Contract Monitoring
    Bureau, Arizona Department of Corrections, in their
25  official capacities,

26                        Defendants.

27

28

LEGAL23774493.1

1    I, CURTIS HARRIS, declare:

2    1.    I am an attorney licensed to practice in California. I am a litigation fellow at

3    the ACLU National Prison Project and an attorney of record to the plaintiff class in this

4    litigation. If called as a witness, I could and would testify competently to the facts stated

5    herein, all of which are within my personal knowledge.

6    2.    During facility inspections of the Eyman State Prison and Florence-Kasson

7    on December 12, 2019 and March 12, 2020 respectively, I conducted interviews of sub-

8    class members to the *Parsons v. Shinn* litigation who were housed in maximum custody.

9    3.    Several sub-class members attested to being unable to take advantage of out-

10   of-cell opportunities because the offers were made early in the morning. Since sub-class

11   members may either be restricted from owning alarm clocks or unable to purchase an alarm

12   clock because they lack the funds to do so, the fact that the offers are made so early in the

13   morning presents a significant barrier to accessing out-of-cell opportunities.

14   4.    I attach hereto as **Exhibit 1** a true and correct copy of the Declaration of

15   Adrian Montoya, dated December 12, 2019.

16   5.    I attach hereto as **Exhibit 2** a true and correct copy of the Declaration of

17   Daniel Carpio, dated March 12, 2020.

18   6.    I attach hereto as **Exhibit 3** a true and correct copy of the Declaration of

19   Stephen Dionne, dated December 12, 2019.

20   7.    I attach hereto as **Exhibit 4** a true and correct copy of the Declaration of Jesse

21   Cañez, dated March 12, 2020.

22   8.    I attach hereto as **Exhibit 5** a true and correct copy of the Declaration of

23   Thomas Hernandez, dated March 12, 2020.

24   9.    I attach hereto as **Exhibit 6** a true and correct copy of the Declaration of

25   Abraham Zavala, dated March 12, 2020.

26   10.    I attach hereto as **Exhibit 7** a true and correct copy of the Declaration of

27   Roberto Ramirez, dated December 12, 2019.

28   11.    I attach hereto as **Exhibit 8** a true and correct copy of the Declaration of Philip

1    M. Chambers, dated December 12, 2019.

2          12.    I attach hereto as **Exhibit 9** a true and correct copy of the Declaration of David

3    Gonzales, dated March 12, 2020.

4          13.    I attach hereto as **Exhibit 10** a true and correct copy of the Declaration of

5    Conrad Alvarez, dated March 12, 2020.

6          14.    I attach hereto as **Exhibit 11** a true and correct copy of the Declaration of

7    Damasso Aguilar, dated March 12, 2020.

8          15.    I attach hereto as **Exhibit 12** a true and correct copy of the Declaration of

9    Tyson Anderson, dated March 12, 2020.

10         16.    I attach hereto as **Exhibit 13** a true and correct copy of the Declaration of

11   Leonard Medina, dated December 12, 2019.

12         17.    I attach hereto as **Exhibit 14** a true and correct copy of the Declaration of

13   Zach Eggers, dated December 12, 2019.

14         18.    I attach hereto as **Exhibit 15** a true and correct copy of the Declaration of

15   Jason Johnson, dated March 12, 2020.

16         19.    I attach hereto as **Exhibit 16** a true and correct copy of the Declaration of

17   Jonathon Gonzalez, dated March 12, 2020.

18         20.    I attach hereto as **Exhibit 17** a true and correct copy of the Declaration of

19   Jesus Murieta, dated March 12, 2020.

20         21.    On July 24, 2019, Director's Order ("DO") #812, which operationalizes the

21   Max Custody Step Incentive Program, went into effect. This order superseded Director's

22   Instruction ("DI") #326.  On December 13, 2019, DO #812 was amended.  I attach hereto

23   as **Exhibit 18** a true and correct copy of the Arizona Department of Corrections Director's

24   Order #812.

25         22.    I attach as **Exhibit 19** a true and correct copy of the Declaration of Stonney

26   Biddings, dated December 12, 2019.

27   . . .

28   . . .

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 8th day of May 2020, in Lakewood, California.

3

4

5

6   **ADDITIONAL COUNSEL:**                     David C. Fathi (Wash. 24893)*
                                                Amy Fettig (D.C. 484883)**
7                                               Eunice Hyunhye Cho (Wash. 53711)*
                                                Maria V. Morris (Cal. 223903)*
8                                               **ACLU NATIONAL PRISON
                                                PROJECT**
9                                               915 15th Street N.W., 7th Floor
                                                Washington, D.C. 20005
10                                              Telephone: (202) 548-6603
                                                Email:   dfathi@aclu.org
11                                                       afettig@aclu.org
                                                         echo@aclu.org
12                                                       mmorris@aclu.org

13                                              *Admitted *pro hac vice*. Not admitted
                                                in DC; practice limited to federal
14                                              courts.
                                                **Admitted *pro hac vice*
15
                                                Daniel C. Barr (Bar No. 010149)
16                                              Amelia M. Gerlicher (Bar No. 023966)
                                                John H. Gray (Bar No. 028107)
17                                              **PERKINS COIE LLP**
                                                2901 N. Central Avenue, Suite 2000
18                                              Phoenix, Arizona 85012
                                                Telephone: (602) 351-8000
19                                              Email:   dbarr@perkinscoie.com
                                                         agerlicher@perkinscoie.com
20                                                       jhgray@perkinscoie.com

21                                              Jared G. Keenan (Bar No. 027068)
                                                Casey Arellano (Bar No. 031242)
22                                              **ACLU FOUNDATION OF
                                                ARIZONA**
23                                              3707 North 7th Street, Suite 235
                                                Phoenix, Arizona 85013
24                                              Telephone: (602) 650-1854
                                                Email:   jkeenan@acluaz.org
25                                                       carellano@acluaz.org

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on May 8, 2020, I electronically transmitted the above document

3   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4   Electronic Filing to the following CM/ECF registrants:

5

6                              Michael E. Gottfried
                              Lucy M. Rand
7                        Assistant Arizona Attorneys General
                         Michael.Gottfried@azag.gov
8                           Lucy.Rand@azag.gov

9                              Daniel P. Struck
                              Rachel Love
10                       Timothy J. Bojanowski
                         Nicholas D. Acedo
11                         Ashlee B. Hesman
                           Jacob B. Lee
12                          Timothy M. Ray
                   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
13                       dstruck@strucklove.com
                         rlove@strucklove.com
14                    tbojanowski@strucklove.com
                         nacedo@strucklove.com
15                       ahesman@strucklove.com
                          jlee@strucklove.com
16                         tray@strucklove.com

17                         *Attorneys for Defendants*

18                                                    s/ Jessica Carns
19

20

21

22

23

24

25

26

27

28