**Index of Exhibits to Declaration of Jessica Carns**

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 1 | FRE 1006 Summary Exhibit "Prisoners Chosen for Maximum Custody Performance Measure Review (November 2018 – August 2019)" | None | Under Seal |
| 2 | Representative substitution memos | ADCM1600740-43 | Under Seal |
| 3 | FRE 1006 Summary Exhibit "Skip Intervals Used to Select Prisoners for Maximum Custody Performance Measure Review (November 2018 – August 2019)" | None | Public |
| 4 | Representative count sheets | ADCM1562964 ADCM1569475 ADCM1578825 ADCM1582774 ADCM1579168 | Under Seal |
| 5 | FRE 1006 Summary Exhibit "Rates of Refusal of Recreation and Programming (November 2018 – August 2019) & Sampled Rates of Refusal of Chute Recreation (November 2016 – August 2019)" | None | Public |
| 6 | Photographs of chute recreation enclosure, 10x10 cages, and larger basketball court enclosures | ADC153355-57 ADCM1603696-97 ADCM1558869-71 ADC153375 ADC153362 | Under Seal |
| 7 | Representative out-of-cell tracking sheets | ADCM1579048-49 ADCM1579074-75 | Under Seal |
| 8 | Representative group program sign-in sheets | ADCM1582751-52 ADCM1565684-85 ADCM1574673 ADCM1582493 ADCM1592795-96 ADCM1586513 | Under Seal |
| 9 | Representative out-of-cell tracking sheets | ADCM1562551-52 ADCM1569846-47 ADCM1565801-02 ADCM1600751-52 ADCM1574393-94 | Under Seal |

| | | ADCM1600818-19<br>ADCM1600298-99 | |
|---|---|---|---|
| 10 | Representative out-of-cell tracking sheets | ADCM1569543<br>ADCM1579320<br>ADCM1587031<br>ADCM1586929<br>ADCM1593179<br>ADCM1566422<br>ADCM1566572<br>ADCM1563529<br>ADCM1563543<br>ADCM1574176 | Under Seal |
| 11 | Representative cancellation memos | ADCM1600528<br>ADCM1592408<br>ADCM1600250<br>ADCM1600529-31<br>ADCM1569492<br>ADCM1592579 | Under Seal |
| 12 | Representative out-of-cell tracking sheets | ADCM1592689<br>ADCM1569798<br>ADCM1574713<br>ADCM1600548 | Under Seal |

# EXHIBIT 1
# FILED UNDER SEAL

# EXHIBIT 2
# FILED UNDER SEAL

# EXHIBIT 3

**Skip Intervals Used to Select Prisoners for Maximum Custody Performance Measure Review (November 2018 – August 2019)**

| | | Nov-18 | 18-Dec | 19-Jan | 19-Feb | 19-Mar | 19-Apr | May-19 | Jun-19 | Jul-19 | Aug-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Eyman-Browning** | | | | | | | | | |
| **Non-SMI** | Total pop | 754 | 743 | 730 | 728 | 731 | 707 | 712 | 719 | 709 | 728 |
| | Interval | 75 | 74 | 73 | 73 | 73 | 71 | 71 | 72 | 71 | 73 |
| **SMI** | Total pop | 15 | 10 | 8 | 6 | 6 | 7 | 5 | 6 | 9 | 9 |
| | Interval | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | **Eyman-SMU** | | | | | | | | | |
| **Non-SMI** | Total pop | 458 | 484 | 468 | 468 | 509 | 506 | 521 | 512 | 515 | 524 |
| | Interval | 46 | 48 | 47 | 47 | 51 | 51 | 52 | 51 | 52 | 52 |
| **SMI** | Total pop | 29 | 29 | 7 | 6 | 7 | 2 | 3 | 3 | 1 | 4 |
| | Interval | 3 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | **Florence-Kasson** | | | | | | | | | |
| **Non-SMI** | Total pop | 68 | 139 | 139 | 142 | 142 | 146 | 145 | 153 | 158 | 147 |
| | Interval | 7 | 14 | 14 | 14 | 14 | 15 | 15 | 15 | 16 | 15 |
| **SMI** | Total pop | 57 | 125 | 125 | 127 | 123 | 126 | 124 | 131 | 131 | 127 |
| | Interval | 6 | 13 | 13 | 13 | 12 | 13 | 12 | 13 | 13 | 13 |
| | | **Lewis-Rast** | | | | | | | | | |
| **Non-SMI** | Total pop | 289 | 280 | 284 | 283 | 280 | 282 | 281 | 284 | 293 | 291 |
| | Interval | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 29 | 29 |
| **SMI** | Total pop | 23 | 21 | 8 | 6 | 8 | 9 | 7 | 9 | 13 | 13 |
| | Interval | 2 | 10 | 1 | 1 | 1 | 9 | 1 | 1 | 1 | 1 |

# EXHIBIT 4
# FILED UNDER SEAL

# EXHIBIT 5

**Rates of Refusal of Recreation (November 2018 – August 2019)**

| RECREATION | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MC Notebook Month | Facility | Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Rec Periods Offered | SMI Refusals | Percentage of SMI Refusals |
| 2019-08 | Eyman-Browning | 48 | 33 | 69% | 21 | 14 | 67% | 27 | 19 | 70% |
| 2019-08 | Eyman-SMU | 48 | 43 | 90% | 33 | 30 | 91% | 15 | 13 | 87% |
| 2019-08 | Florence-Kasson | 60 | 39 | 65% | 12 | 8 | 67% | 48 | 31 | 65% |
| 2019-08 | Lewis-Rast | 61 | 39 | 64% | 31 | 18 | 58% | 30 | 21 | 70% |
| 2019-07 | Eyman-Browning | 55 | 45 | 82% | 28 | 21 | 75% | 27 | 24 | 89% |
| 2019-07 | Eyman-SMU | 36 | 29 | 81% | 32 | 25 | 78% | 4 | 4 | 100% |
| 2019-07 | Florence-Kasson | 61 | 45 | 74% | 9 | 9 | 100% | 52 | 36 | 69% |
| 2019-07 | Lewis-Rast | 60 | 40 | 67% | 30 | 16 | 53% | 30 | 24 | 80% |
| 2019-06 | Eyman-Browning | 47 | 36 | 77% | 29 | 24 | 83% | 18 | 12 | 67% |
| 2019-06 | Eyman-SMU | 40 | 33 | 83% | 30 | 24 | 80% | 10 | 9 | 90% |
| 2019-06 | Florence-Kasson | 61 | 46 | 75% | 3 | 0 | 0% | 58 | 46 | 79% |
| 2019-06 | Lewis-Rast | 57 | 38 | 67% | 30 | 17 | 57% | 27 | 21 | 78% |
| 2019-05 | Eyman-Browning | 46 | 32 | 70% | 31 | 22 | 71% | 15 | 10 | 67% |
| 2019-05 | Eyman-SMU | 53 | 40 | 75% | 41 | 30 | 73% | 12 | 10 | 83% |
| 2019-05 | Florence-Kasson | 60 | 42 | 70% | 0 | 0 | 0% | 60 | 42 | 70% |
| 2019-05 | Lewis-Rast | 48 | 24 | 50% | 27 | 13 | 48% | 21 | 11 | 52% |
| 2019-04 | Eyman-Browning | 49 | 43 | 88% | 31 | 28 | 90% | 18 | 15 | 83% |
| 2019-04 | Eyman-SMU | 44 | 36 | 82% | 40 | 32 | 80% | 4 | 4 | 100% |
| 2019-04 | Florence-Kasson | 71 | 50 | 70% | 11 | 7 | 64% | 60 | 43 | 72% |
| 2019-04 | Lewis-Rast | 62 | 26 | 42% | 33 | 8 | 24% | 29 | 18 | 62% |
| 2019-03 | Eyman-Browning | 47 | 38 | 81% | 29 | 24 | 83% | 18 | 14 | 78% |
| 2019-03 | Eyman-SMU | 68 | 55 | 81% | 40 | 31 | 78% | 28 | 24 | 86% |
| 2019-03 | Florence-Kasson | 60 | 43 | 72% | 6 | 3 | 50% | 54 | 40 | 74% |
| 2019-03 | Lewis-Rast | 60 | 18 | 30% | 36 | 10 | 28% | 24 | 8 | 33% |
| 2019-02 | Eyman-Browning | 44 | 37 | 84% | 26 | 19 | 73% | 18 | 18 | 100% |
| 2019-02 | Eyman-SMU | 56 | 46 | 82% | 37 | 32 | 86% | 19 | 14 | 74% |
| 2019-02 | Florence-Kasson | 64 | 50 | 78% | 3 | 2 | 67% | 61 | 48 | 79% |
| 2019-02 | Lewis-Rast | 48 | 23 | 48% | 27 | 11 | 41% | 21 | 12 | 57% |
| 2019-01 | Eyman-Browning | 46 | 34 | 74% | 28 | 18 | 64% | 18 | 16 | 89% |
| 2019-01 | Eyman-SMU | 64 | 46 | 72% | 36 | 24 | 67% | 28 | 22 | 79% |
| 2019-01 | Florence-Kasson | 60 | 48 | 80% | 6 | 6 | 100% | 54 | 42 | 78% |
| 2019-01 | Lewis-Rast | 46 | 22 | 48% | 26 | 11 | 42% | 20 | 11 | 55% |
| 2018-12 | Eyman-Browning | 60 | 50 | 83% | 30 | 21 | 70% | 30 | 29 | 97% |
| 2018-12 | Eyman-SMU | 80 | 63 | 79% | 36 | 25 | 69% | 44 | 38 | 86% |
| 2018-12 | Florence-Kasson | 63 | 50 | 79% | 13 | 10 | 77% | 50 | 40 | 80% |
| 2018-12 | Lewis-Rast | 51 | 26 | 51% | 29 | 14 | 48% | 22 | 12 | 55% |
| 2018-11 | Eyman-Browning | 60 | 42 | 70% | 30 | 21 | 70% | 30 | 21 | 70% |
| 2018-11 | Eyman-SMU | 80 | 67 | 84% | 40 | 31 | 78% | 40 | 36 | 90% |
| 2018-11 | Florence-Kasson | 60 | 48 | 80% | 3 | 3 | 100% | 57 | 45 | 79% |
| 2018-11 | Lewis-Rast | 60 | 35 | 58% | 27 | 15 | 56% | 33 | 20 | 61% |

### Rates of Refusal of Programming (November 2018 – August 2019)

| | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MC Notebook Month** | **Facility** | **Total Programs Offered** | **Total Refusals** | **Percentage of Refusals** | **Non-SMI Programs Offered** | **Non-SMI Refusals** | **Percentage of Non-SMI Refusals** | **SMI Programs Offered** | **SMI Refusals** | **Percentage of SMI Refusals** |
| 2019-08 | Eyman-Browning | 28 | 18 | 64% | 1 | 0 | 0% | 27 | 18 | 67% |
| 2019-08 | Eyman-SMU | 19 | 12 | 63% | 3 | 0 | 0% | 16 | 12 | 75% |
| 2019-08 | Florence-Kasson | 80 | 32 | 40% | 16 | 8 | 50% | 64 | 24 | 38% |
| 2019-08 | Lewis-Rast | 45 | 14 | 31% | 5 | 0 | 0% | 40 | 14 | 35% |
| 2019-07 | Eyman-Browning | 29 | 12 | 41% | 2 | 0 | 0% | 27 | 12 | 44% |
| 2019-07 | Eyman-SMU | 4 | 2 | 50% | 2 | 0 | 0% | 2 | 2 | 100% |
| 2019-07 | Florence-Kasson | 80 | 18 | 23% | 12 | 4 | 33% | 68 | 14 | 21% |
| 2019-07 | Lewis-Rast | 46 | 24 | 52% | 7 | 2 | 29% | 39 | 22 | 56% |
| 2019-06 | Eyman-Browning | 21 | 7 | 33% | 3 | 2 | 67% | 18 | 5 | 28% |
| 2019-06 | Eyman-SMU | 16 | 6 | 38% | 4 | 0 | 0% | 12 | 6 | 50% |
| 2019-06 | Florence-Kasson | 80 | 25 | 31% | 4 | 2 | 50% | 76 | 23 | 30% |
| 2019-06 | Lewis-Rast | 36 | 21 | 58% | 4 | 1 | 25% | 32 | 20 | 63% |
| 2019-05 | Eyman-Browning | 18 | 6 | 33% | 3 | 3 | 100% | 15 | 3 | 20% |
| 2019-05 | Eyman-SMU | 20 | 8 | 40% | 8 | 2 | 25% | 12 | 6 | 50% |
| 2019-05 | Florence-Kasson | 80 | 39 | 49% | 0 | 0 | N/A | 80 | 39 | 49% |
| 2019-05 | Lewis-Rast | 32 | 15 | 47% | 4 | 1 | 25% | 28 | 14 | 50% |
| 2019-04 | Eyman-Browning | 20 | 4 | 20% | 2 | 1 | 50% | 18 | 3 | 17% |
| 2019-04 | Eyman-SMU | 9 | 6 | 67% | 5 | 2 | 40% | 4 | 4 | 100% |
| 2019-04 | Florence-Kasson | 69 | 28 | 41% | 5 | 0 | 0% | 64 | 28 | 44% |
| 2019-04 | Lewis-Rast | 40 | 19 | 48% | 4 | 1 | 25% | 36 | 18 | 50% |
| 2019-03 | Eyman-Browning | 22 | 4 | 18% | 4 | 1 | 25% | 18 | 3 | 17% |
| 2019-03 | Eyman-SMU | 32 | 17 | 53% | 6 | 1 | 17% | 26 | 16 | 62% |
| 2019-03 | Florence-Kasson | 76 | 28 | 37% | 7 | 7 | 100% | 69 | 21 | 30% |
| 2019-03 | Lewis-Rast | 35 | 17 | 49% | 3 | 0 | 0% | 32 | 17 | 53% |
| 2019-02 | Eyman-Browning | 23 | 8 | 35% | 5 | 2 | 40% | 18 | 6 | 33% |
| 2019-02 | Eyman-SMU | 23 | 14 | 61% | 5 | 0 | 0% | 18 | 14 | 78% |
| 2019-02 | Florence-Kasson | 78 | 33 | 42% | 3 | 0 | 0% | 75 | 33 | 44% |
| 2019-02 | Lewis-Rast | 33 | 14 | 42% | 5 | 1 | 20% | 28 | 13 | 46% |
| 2019-01 | Eyman-Browning | 25 | 14 | 56% | 7 | 5 | 71% | 18 | 9 | 50% |
| 2019-01 | Eyman-SMU | 35 | 17 | 49% | 7 | 0 | 0% | 28 | 17 | 61% |
| 2019-01 | Florence-Kasson | 69 | 29 | 42% | 6 | 2 | 33% | 63 | 27 | 43% |
| 2019-01 | Lewis-Rast | 36 | 17 | 47% | 4 | 0 | 0% | 32 | 17 | 53% |
| 2018-12 | Eyman-Browning | 34 | 14 | 41% | 4 | 1 | 25% | 30 | 13 | 43% |
| 2018-12 | Eyman-SMU | 51 | 32 | 63% | 7 | 0 | 0% | 44 | 32 | 73% |
| 2018-12 | Florence-Kasson | 70 | 37 | 53% | 12 | 9 | 75% | 58 | 28 | 48% |
| 2018-12 | Lewis-Rast | 34 | 16 | 47% | 2 | 1 | 50% | 32 | 15 | 47% |
| 2018-11 | Eyman-Browning | 35 | 15 | 43% | 4 | 2 | 50% | 31 | 13 | 42% |
| 2018-11 | Eyman-SMU | 47 | 35 | 74% | 8 | 4 | 50% | 39 | 31 | 79% |
| 2018-11 | Florence-Kasson | 70 | 45 | 64% | 3 | 3 | 100% | 67 | 42 | 63% |
| 2018-11 | Lewis-Rast | 48 | 25 | 52% | 4 | 0 | 0% | 44 | 25 | 57% |

**Sampled Rates of Refusal of Chute Recreation (November 2016 – August 2019)**

| CHUTE REC | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MC Notebook Month | Facility | Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Rec Periods Offered | SMI Refusals | Percentage of SMI Refusals |
| 2019-05 | Eyman-Browning | 38 | 30 | 79% | 23 | 20 | 87% | 15 | 10 | 67% |
| 2019-05 | Eyman-SMU | 41 | 39 | 95% | 32 | 30 | 94% | 9 | 9 | 100% |
| 2018-12 | Eyman-Browning | 50 | 47 | 94% | 21 | 18 | 86% | 29 | 29 | 100% |
| 2018-12 | Eyman-SMU | 60 | 57 | 95% | 27 | 25 | 93% | 33 | 32 | 97% |
| 2018-04 | Eyman-Browning | 51 | 47 | 92% | 21 | 20 | 95% | 30 | 27 | 90% |
| 2018-04 | Eyman-SMU | 60 | 55 | 92% | 27 | 25 | 93% | 33 | 30 | 91% |
| 2017-11 | Eyman-Browning | 55 | 42 | 76% | 25 | 19 | 76% | 30 | 23 | 77% |
| 2017-11 | Eyman-SMU | 60 | 55 | 92% | 30 | 26 | 87% | 30 | 29 | 97% |
| 2017-08 | Eyman-Browning | 55 | 48 | 87% | 22 | 20 | 91% | 33 | 28 | 85% |
| 2017-08 | Eyman-SMU | 58 | 47 | 81% | 24 | 21 | 88% | 34 | 26 | 76% |
| 2017-03 | Eyman-Browning | 51 | 35 | 69% | 23 | 12 | 52% | 28 | 23 | 82% |
| 2017-03 | Eyman-SMU | 60 | 51 | 85% | 24 | 18 | 75% | 36 | 33 | 92% |

*Lewis-Rast and Florence-Kasson do not record chute recreation*

# EXHIBIT 6
# FILED UNDER SEAL

# EXHIBIT 7
# FILED UNDER SEAL

# EXHIBIT 8
# FILED UNDER SEAL

# EXHIBIT 9
# FILED UNDER SEAL

# EXHIBIT 10
# FILED UNDER SEAL

# EXHIBIT 11
# FILED UNDER SEAL

# EXHIBIT 12
# FILED UNDER SEAL