1

2

3

4

5

6                                  UNITED STATES DISTRICT COURT

7                                        DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **[PROPOSED] ORDER**
10  Hefner; Joshua Polson; and Charlotte Wells, on         **GRANTING MOTION FOR**
    behalf of themselves and all others similarly          **LEAVE TO FILE UNDER**
11  situated; and Arizona Center for Disability Law,       **SEAL**

12                   Plaintiffs,

13           v.

14  David Shinn, Director, Arizona Department of
    Corrections; and Richard Pratt, Division Director,
15  Division of Health Services Contract Monitoring
    Bureau, Arizona Department of Corrections, in their
16  official capacities,

                     Defendants.
17

18

19          This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and

20  finding good cause, hereby **GRANTS** Plaintiffs' Motion for Leave to File Under Seal and

21  instructs the clerk of the Court to seal the documents as set forth in the Motion:  Exhibits

22  1-2, 4, and 6-12 of the Declaration of Jessica Carns.

23

24

25

26

27

28