**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESONSE TO PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION AND FOR CONTEMPT OF THE MAY 2019 OSC (DKT. 3235) REGARDING PERFORMANCE MEASURE 50 AT ASPC-FLORENCE (Dkt. 3584)** |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Stipulation and for Contempt of the May 2019 OSC (Dkt. 3235) Regarding Performance Measure 50 at ASPC-Florence (Urgent Specialty Care) (Dkt. 3584), and good cause appearing,

IT IS ORDERED that the Stipulated Motion is GRANTED. Defendants' Response is due on or before May 27, 2020.