# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed the parties' Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Stipulation and for Contempt of the May 2019 OSC (Doc. 3235) Regarding Performance Measure 50 at ASPC-Florence (Urgent Specialty Care) (Doc. 3584) First Request (Doc. 3597), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion to Extend Deadline (Doc. 3597) is **GRANTED**. Defendants' Response is due not later than **May 27, 2020**.

**IT IS FURTHER ORDERED** the Motion for Leave to File Excess Pages (Doc. 3589) is **GRANTED**.

**IT IS FURTHER ORDERED** the Motion to Seal (Doc. 3593) is **GRANTED**. This Order shall not be sealed.

Dated this 19th day of May, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge