Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-ROS

**DECLARATION OF CURTIS HARRIS IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (MAXIMUM CUSTODY PERFORMANCE MEASURES 1-3, 5-6, AND 8)**

I, CURTIS HARRIS, declare:

1. I am an attorney licensed to practice in California. I am a litigation fellow at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. During facility inspections of the Eyman State Prison and Florence-Kasson on December 12, 2019 and March 12, 2020 respectively, I conducted interviews of sub-class members to the *Parsons v. Shinn* litigation who were housed in maximum custody.

3. Several sub-class members attested to being unable to take advantage of out-of-cell opportunities because the offers were made early in the morning. Since sub-class members may either be restricted from owning alarm clocks or unable to purchase an alarm clock because they lack the funds to do so, the fact that the offers are made so early in the morning presents a significant barrier to accessing out-of-cell opportunities.

4. I attach hereto as **Exhibit 1** a true and correct copy of the Declaration of Adrian Montoya, dated December 12, 2019.

5. I attach hereto as **Exhibit 2** a true and correct copy of the Declaration of Daniel Carpio, dated March 12, 2020.

6. I attach hereto as **Exhibit 3** a true and correct copy of the Declaration of Stephen Dionne, dated December 12, 2019.

7. I attach hereto as **Exhibit 4** a true and correct copy of the Declaration of Jesse Cañez, dated March 12, 2020.

8. I attach hereto as **Exhibit 5** a true and correct copy of the Declaration of Thomas Hernandez, dated March 12, 2020.

9. I attach hereto as **Exhibit 6** a true and correct copy of the Declaration of Abraham Zavala, dated March 12, 2020.

10. I attach hereto as **Exhibit 7** a true and correct copy of the Declaration of Roberto Ramirez, dated December 12, 2019.

11. I attach hereto as **Exhibit 8** a true and correct copy of the Declaration of Philip

M. Chambers, dated December 12, 2019.

12. I attach hereto as **Exhibit 9** a true and correct copy of the Declaration of David Gonzales, dated March 12, 2020.

13. I attach hereto as **Exhibit 10** a true and correct copy of the Declaration of Conrad Alvarez, dated March 12, 2020.

14. I attach hereto as **Exhibit 11** a true and correct copy of the Declaration of Damasso Aguilar, dated March 12, 2020.

15. I attach hereto as **Exhibit 12** a true and correct copy of the Declaration of Tyson Anderson, dated March 12, 2020.

16. I attach hereto as **Exhibit 13** a true and correct copy of the Declaration of Leonard Medina, dated December 12, 2019.

17. I attach hereto as **Exhibit 14** a true and correct copy of the Declaration of Zach Eggers, dated December 12, 2019.

18. I attach hereto as **Exhibit 15** a true and correct copy of the Declaration of Jason Johnson, dated March 12, 2020.

19. I attach hereto as **Exhibit 16** a true and correct copy of the Declaration of Jonathon Gonzalez, dated March 12, 2020.

20. I attach hereto as **Exhibit 17** a true and correct copy of the Declaration of Jesus Murieta, dated March 12, 2020.

21. On July 24, 2019, Director's Order ("DO") #812, which operationalizes the Max Custody Step Incentive Program, went into effect. This order superseded Director's Instruction ("DI") #326. On December 13, 2019, DO #812 was amended. I attach hereto as **Exhibit 18** a true and correct copy of the Arizona Department of Corrections Director's Order #812.

22. I attach as **Exhibit 19** a true and correct copy of the Declaration of Stonney Biddings, dated December 12, 2019.

. . .

. . .

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of May 2020, in Lakewood, California.

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
echo@aclu.org
mmorris@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns