## Index of Exhibits to Declaration of Curtis Harris

| Ex. | Description |
|-----|-------------|
| 1 | Declaration of Adrian Montoya |
| 2 | Declaration of Daniel Carpio |
| 3 | Declaration of Stephen Dionne |
| 4 | Declaration of Jesse Cañez |
| 5 | Declaration of Thomas Hernandez |
| 6 | Declaration of Abraham Zavala |
| 7 | Declaration of Roberto Ramirez |
| 8 | Declaration of Philip M. Chambers |
| 9 | Declaration of David Gonzales |
| 10 | Declaration of Conrad Alvarez |
| 11 | Declaration of Damasso Aguilar |
| 12 | Declaration of Tyson Anderson |
| 13 | Declaration of Leonard Medina |
| 14 | Declaration of Zach Eggers |
| 15 | Declaration of Jason Johnson |
| 16 | Declaration of Jonathon Gonzalez |
| 17 | Declaration of Jesus Murieta |
| 18 | Arizona Department of Corrections Director's Order #812 |
| 19 | Declaration of Stonney Biddings |

# EXHIBIT 1

Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
*Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
*Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
*Polson, and Charlotte Wells, on behalf of themselves and all others*
*similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:  adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF** <br> Adrian Montoya, <br> 220094 <br><br> # |

I, Adrian Montoya, DECLARE:

1.    I am a prisoner in the custody of the Arizona Department of Corrections, ADC# 220094 I am currently housed in Browning Unit I have been in this unit for 6 years . I am over 18 years of age. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I'm a Step 3 and I've been a Step 3 for 3 years. I've been disciplin. free for the past 3 years too.

3. Because I'm a Step 3 I'm entitled to 1 hour of group programming a week and this happens fairly consistently.

4. However, the other out-of-cell time I'm entitled to such as outdoor exercise (we call it rec.) and showers are frequently cancelled. When I ask staff why our out-of-cell time is cancelled they always tell me it's because of staff shortages.

5. When our out-of-cell time is cancelled it is never made up. I've written grievances about this but the only response I've gotten is that they will try to make it up - but

they don't.

6. This week outdoor rec. has already been cancelled once and not made up. We're lucky if we get one day of outdoor rec. a week.

7. I'm supposed to get "cage rec." in the 10x10 cages one time a week. and two rec. sessions in the concrete enclosures on our pod. The concrete enclosures are dirty and you go by yourself so there's no socialization with others. We used to have rec. outside all 3 days and that was much better.

8. Some officers will offer us outdoor rec. but others make us ask. Some officers will come to our pod early in the morning and if you're not awake or ready to go, you loose your rec. time.

9. In the last two months I've gone 2 weeks without being offered rec. and I've only been allowed to leave my cell for 1 hour of group programming. during that time.

10. When I've filed grievances about rec. being cancelled, prison officials have responded that I "refused" rec. when I did not.

11. Many of the men on my pod, including myself, wont go to showers because we know the unit is short staffed and we'll be left in the showers for an hour or longer. Because of this, we are forced to bathe in our sinks. Everyone calls it a "bird bath." I haven't been able to take a real shower in about a month. The showers are also very dirty and unhealthy.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed _December_ _12_ , 2019 in _Florence_ , AZ.
      (Month)     (Day)

Adrian Montoya

# EXHIBIT 2

1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
          carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
   *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
7  *Polson, and Charlotte Wells, on behalf of themselves and all others*
   *similarly situated*
8  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
9  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
10 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
11
   *Attorneys for Plaintiff Arizona Center for Disability Law*
12
13                UNITED STATES DISTRICT COURT

14                     DISTRICT OF ARIZONA

15 Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
16 Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **DECLARATION OF**
   Hefner; Joshua Polson; and Charlotte Wells, on     Daniel Carpio
17 behalf of themselves and all others similarly
   situated; and Arizona Center for Disability Law,
18
                       Plaintiffs,                    # 262650
19
         v.
20
   David Shinn, Director, Arizona Department of
21 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
22 Department of Corrections, in their official
   capacities,
23                     Defendants.

24

25

26

27

28

I, __Daniel Carpio__, DECLARE:

1.      I am a prisoner in the custody of the Arizona Department of Corrections ADC# __262650__. I am currently housed in __Kasson 2-Baker-1__. I have been in this unit for __2 years__. I am over 18 years of age. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.    I am currently at Step level 3 and have been at this level for 6 months. I was given no explanation or guidance on how to progress out of the Program, and so have remained at this level despite complying with all of the program requirements. Fear of losing my step level has discouraged me from continuing to inquire about my step level since I have observed Officers demoting inmates on my pod to lower step levels as retaliation.

3. The showers are filthy and often infested with black mold due to poor ventilation and infrequent cleanings. A. I have observed inmates in my pod, particularly those who are at Step level 1, being left in the showers for over 45 minutes after finishing. These two factors have discouraged many from taking advantage of shower opportunities, and there are consistent refusals of showers throughout my pod from week to week.

4. Safety concerns have discouraged me, along with other inmates in my pod from taking advantage of recreation opportunities. Due to my fear of assaults from other inmates on account of my criminal offense, I have only gone to recreation twice in the past 3 months.

5. I am classified as SMI, so I am supposed to receive table time every week. Due to staff shortages, 3 sessions of table time are typically cancelled or postponed each month.

6. There are further issues regarding out of cell time for the lower functioning SMI inmates in my pod. Offers for recreation and showers are often made early in the morning, sometimes as early as 5:30 am. Because of this, individuals whose psychotropic medications make it difficult to wake up in the morning are unable to accept these offers. One such individual in my pod has gone 8 months without leaving his cell.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed ___March___ ___12___ , 2020 in ___Florence___ , AZ.
           (Month)        (Day)

EXHIBIT 3

1   Molly Brizgys (Bar No. 029216)
    **ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
3   Telephone:  (602) 650-1854
    Email: mbrizgys@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
    *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
6   *Polson, and Charlotte Wells, on behalf of themselves and all others*
    *similarly situated*
7   Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
8   5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
9   Telephone: (602) 274-6287
    Email:  adietrich@azdisabilitylaw.org
10
    *Attorneys for Plaintiff Arizona Center for Disability Law*
11
12                    UNITED STATES DISTRICT COURT
13                          DISTRICT OF ARIZONA
14  Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
15  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **DECLARATION OF**
16  Hefner; Joshua Polson; and Charlotte Wells, on     Stephen Dionne
    behalf of themselves and all others similarly
17  situated; and Arizona Center for Disability Law,   #166370

                                Plaintiffs,           #
18
           v.
19
    David Shinn, Director, Arizona Department of
20  Corrections; and Richard Pratt, Interim Division
    Director, Division of Health Services, Arizona
21  Department of Corrections, in their official
    capacities,
22
                                Defendants.
23
24
25
26
27
28

1  I, _Stephan Dionne_ , DECLARE:

2  1.    I am a prisoner in the custody of the Arizona Department of Corrections,

3  ADC# _166370_ . I am currently housed in _Browning Unit_ I have been in this

4  unit for _2½ years_ . I am over 18 years of age. If called as a witness, I could and

5  would testify competently to the facts stated herein, all of which are within my personal

6  knowledge.

7  2. I'm a Step 3, Phase 3 and have been getting

8  my 1 hour of group programming on Wednesdays

9  pretty consistently.

10  3- Unfortunately, other out-of-cell time has

11  been very inconsistent for showers and

12  recreation. ~~Our~~ Both are frequently cancelled.

13  We recently went 6 days without showers.

14  And rec. was just cancelled this week

15  again. When rec and showers are cancelled

16  we don't get make ups. We've gone as long

17  as a week without ever being offered rec.

18  3. Staff have frequently told me that rec.

19  and showers have to be cancelled due to

20  staff shortages. I've also been told that even

21  when Browning is fully staffed, those staff

22  will be pulled to work on other Eyman units

23  that are short-staffed but not max custody.

24  4. Other times I've been told there's "no

25  movement" and we aren't getting any

26  out-of-cell time without any further

27  explanation.

28  5. Staff often leave us in the showers for

an hour or more so many guys
won't go to the showers. I will
go to the shower if there's a staff
member I trust won't leave me in
the shower for one hour or more.
Otherwise, I will just wash in
the sink in my cell. We call it
a "birdbath."

6. During the winter early morning
rec. is very cold. But we're not
allowed to purchase jackets, thermals,
or hats and we're not issued any
cold weather gear so taking rec. for
three hours outside means you will
freeze. So myself and others men often
don't go outside for rec. during winter.

7. I'm Step 3 so it's I get offered
single man cage rec in the 10x10s
once a week and the "chute" concrete
enclosure rec. twice a week. We're
not offered rec. in the larger
enclosures ever. Only STG step downs
are allowed group rec.

7. Some of the COs won't offer
recreation, myself and the other
men on my pod must ask for it.
I've frequently been asleep when
COs allegedly offer rec in the early

1  morning, like 6am. Because I've
2  been asleep, cos won't allow me
3  to go to rec. They claim that
4  they came to the unit and
5  yelled out for rec. but I didn't
6  respond because I was asleep so
7  too bad for me.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed  December  12 , 2019 in  Florence , AZ.
          (Month)    (Day)

Stephen Dionne
Stephen Dionne

# EXHIBIT 4

1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
             carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
   *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
7  *Polson, and Charlotte Wells, on behalf of themselves and all others*
   *similarly situated*
8  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
9  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
10 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
11
   *Attorneys for Plaintiff Arizona Center for Disability Law*
12
13                  UNITED STATES DISTRICT COURT

14                         DISTRICT OF ARIZONA

15 Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
16 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **DECLARATION OF**
17 Hefner; Joshua Polson; and Charlotte Wells, on     Jesse Cañez
   behalf of themselves and all others similarly
18 situated; and Arizona Center for Disability Law,
                                                      # 194910
19                     Plaintiffs,

       v.
20
   David Shinn, Director, Arizona Department of
21 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
22 Department of Corrections, in their official
   capacities,
23                     Defendants.

24

25

26

27

28

1    I, _Jesse  Cañez_____, DECLARE:

2        1.    I am a prisoner in the custody of the Arizona Department of Corrections

3    ADC# _194910_. I am currently housed in _Kasson 2-able-25_. I have been in this

4    unit for _1 year_. I am over 18 years of age. If called as a witness, I could and

5    would testify competently to the facts stated herein, all of which are within my personal

6    knowledge.

7

8    1. I am currently at Step level 1 and have been at

9    this level for one week. Last week, I was demoted from

10   Step level 2 to step level 1 because I was told that I

11   missed 2 or 3 group classes and thus wasn't sufficiently par-

12   ticipating in the required programming. These absences have

13   all been due to medical emergencies, with one of those

14   emergencies being a medical exam for my abdominal pain. While

15   I verified that those absences were medically excused with my

16   Psych Associate at the time of those absences, my step level was

17   taken away regardless. I have faithfully participated in the

18   required programming when physically able, and have ~~otherwise~~

19   complied with all other step requirements. ~~[struck through]~~

20   ~~[struck through]~~

21

22   2. Offers for recreation and showers are made early in the morning,

23   sometimes as early as 6:00 am. My psychotropic medications make

24   it difficult for me to wake up in time to respond to these offers; be-

25   cause of this, I'm consistently marked down as having refused ~~shower~~

26   recreation and showers. At other times, offers are whispered such that

27   I can't hear them.

28

3. As a result, I have only taken 3 showers in the entire time that I have been housed in this unit. At all other times I have been forced to "bird bath" in my cell. As well, I have only participated in recreation once in the entire time that I have been housed in this unit. If given the reasonable opportunity to do so, I would take advantage of offers for recreation and showers.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24     Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing

25 is true and correct.

26     Executed _March_      _12_ , 2020 in _Florence_ , AZ.
              (Month)       (Day)

27

28

# EXHIBIT 5

1    Jared Keenan (Bar No. 027068)
     Casey Arellano (Bar No. 031242)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
4    Email:  jkeenan@acluaz.org
              carellano@acluaz.org
5
     *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
     *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
7    *Polson, and Charlotte Wells, on behalf of themselves and all others*
     *similarly situated*
8    Asim Dietrich (Bar No. 027927)
     **ARIZONA CENTER FOR DISABILITY LAW**
9    5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
10   Telephone:  (602) 274-6287
     Email:  adietrich@azdisabilitylaw.org
11
     *Attorneys for Plaintiff Arizona Center for Disability Law*

12

13                    UNITED STATES DISTRICT COURT

14                        DISTRICT OF ARIZONA

15   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
     Dustin Brislan; Sonia Rodriguez; Christina
     Verduzco; Jackie Thomas; Jeremy Smith; Robert
16   Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **DECLARATION OF**
     Hefner; Joshua Polson; and Charlotte Wells, on
17   behalf of themselves and all others similarly          Thomas   Hernandez
     situated; and Arizona Center for Disability Law,
18
                        Plaintiffs,                         # 195406
19
            v.
20
     David Shinn, Director, Arizona Department of
21   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
     Department of Corrections, in their official
22   capacities,

23                      Defendants.

24

25

26

27

28

I, <u>Thomas Hernandez</u>, DECLARE:

1.    I am a prisoner in the custody of the Arizona Department of Corrections, ADC# <u>195406</u>. I am currently housed in <u>Florence - Kasson</u>. I have been in this unit for <u>2.5 months</u>. I am over 18 years of age. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I am currently housed in Pod 2B. since coming to Florence - Kasson. Before coming to Florence - Kasson, I was housed at Phoenix - Flamenco.

3. I am not sure if I am SMI, but I am diagnosed with major depression, anxiety, borderline personality disorder, and antisocial disorder.

4. I am offered recreational time on mondays, Wednesdays, and Saturdays on the large recreation yard. However, Saturday recreation is often cancelled due to what I am told is staff shortages. There is no make-up recreation. Sometimes small cage recreation will be offered instead but the cages are dirty and there is no restroom available. If small cage recreation is offered, I will refuse to go due to the conditions.

5. I am currently a Step 3. when I was a step 1 for the first month I was in Kasson, officers rarely offered

recreation to Step 1 people. I believe
many people refused small cage
recreation, so officers stopped
asking. Also, if recreation was
offered, some officers would
not go cell-by-cell and make one
announcement in a normal
volume while people are asleep.
Recreation is offered at about
6:30 am.

6. Now as a Step 3, Saturday cancellations
are still a regular occurrence. I estimate
about half of Saturday recreation
gets cancelled.

7. Showers are offered in the
early morning. Showers are offered
but not cell-by-cell. I do not
believe officers make an effort
to meaningfully offer showers.
Some people in my pod do not
shower at all. In addition, we
will sometimes be locked in
the shower for hours at a
time. I was once left in the
shower at Lewis- Rast Max
for four hours about a year and
a half ago.

8. Table time is offered in two

1  hour blocks and I am not
2  allowed to only go out for a
3  portion of the time block. I
4  believe this discourages people
5  from taking table time.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
is true and correct.

Executed _March_ _12_, 2020 in _Florence_, AZ.
              (Month)      (Day)

EXHIBIT 6

1    Jared Keenan (Bar No. 027068)
     Casey Arellano (Bar No. 031242)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone: (602) 650-1854
4    Email: jkeenan@acluaz.org
            carellano@acluaz.org
5
     *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
     *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
7    *Polson, and Charlotte Wells, on behalf of themselves and all others*
     *similarly situated*
8    Asim Dietrich (Bar No. 027927)
     **ARIZONA CENTER FOR DISABILITY LAW**
9    5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
10   Telephone: (602) 274-6287
     Email: adietrich@azdisabilitylaw.org
11
     *Attorneys for Plaintiff Arizona Center for Disability Law*
12

13                    UNITED STATES DISTRICT COURT

14                        DISTRICT OF ARIZONA

15   | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-ROS |

     Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
15   Dustin Brislan; Sonia Rodriguez; Christina
     Verduzco; Jackie Thomas; Jeremy Smith; Robert
16   Gamez; Maryanne Chisholm; Desiree Licci; Joseph       **DECLARATION OF**
     Hefner; Joshua Polson; and Charlotte Wells, on         Abraham   Zavala
17   behalf of themselves and all others similarly
     situated; and Arizona Center for Disability Law,
18
                          Plaintiffs,                       # 239293
19
                   v.
20
     David Shinn, Director, Arizona Department of
21   Corrections; and Richard Pratt, Interim Division
     Director, Division of Health Services, Arizona
22   Department of Corrections, in their official
     capacities,
23                       Defendants.

24

25

26

27

28

I, __Abraham   Zavala__ , DECLARE:

1.      I am a prisoner in the custody of the Arizona Department of Corrections, ADC# __239 293__ . I am currently housed in __Florence - Kasson__. I have been in this unit for __8 months__ . I am over 18 years of age. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I was housed in Pod 3B from late July to late November 2019. Before being in Pod 3B at Florence - Kasson, I was housed at Lewis Rast Max for a year and a half. I have been in ADC since 2015.

3. I am diagnosed with schizophrenia and PTSD. I am classified as SMI. I currently take Haldol injections to treat my mental health problems. I have been on Haldol injections since 2015. Haldol is administered monthly.

4. When I was housed in Pod 3B, officers would regularly announce if anyone would like to go to recreation at 5:30 am or 6:00 am. However, officers would just make the announcement in a normal, conversational volume when everyone was asleep. Because I was asleep at that time, I would be marked as refusing even though I was interested in going to recreation. Some officers would make the announcement for recreation cell-by-cell

but often they would just make one announcement and expect people to say if they were going to rec. Recreation was offered every other day, but I often missed it because I was asleep.

5. I believe they announced recreation in this manner because there were a lot of people refusing in the pod I was in. However, if given the opportunity, I would have gone to recreation.

6. I was aware of some people in the pod raising the issue of recreation announcements with officers, but nothing changed.

7. I was also not offered any warm clothing during the winter, and there is no restroom available in the recreation area.

8. Because of the lack of out-of-cell opportunities and conditions in Pod 3B, I asked Sgt. Reyes to be moved to a different pod in late November. Sgt. Reyes granted my request, and I have been housed in 3A since then.

9. In Pod 3A, officers do cell-by-cell announcements for recreation, and I

1   am able to choose if I would like

2   to go. I will take advantage of

3   recreation when I can.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing

25   is true and correct.

26      Executed  March        12  , 2020 in  Florence, AZ.

27            (Month)          (Day)

28

# EXHIBIT 7

1  Molly Brizgys (Bar No. 029216)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone:  (602) 650-1854
   Email: mbrizgys@acluaz.org
4
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
   *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
6  *Polson, and Charlotte Wells, on behalf of themselves and all others*
   *similarly situated*
7  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
8  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
9  Telephone:  (602) 274-6287
   Email:  adietrich@azdisabilitylaw.org
10
   *Attorneys for Plaintiff Arizona Center for Disability Law*
11
12                  UNITED STATES DISTRICT COURT

13                       DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS  **DECLARATION OF** Roberto Ramirez  _____  # 243523 |
| Plaintiffs, | |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, Roberto Ramirez, DECLARE:

1. I am a prisoner in the custody of the Arizona Department of Corrections, ADC# 243523. I am currently housed in Browning - STG. I have been in this unit for 2 years. I am over 18 years of age. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I. am currently at Step level III under DO #812.

3. At times, the officers walk the pod without offering us our out of cell time.

4. At times, our out of cell time is offered at 6:00 am while everyone is still sleeping.

5. At times, our out of cell time gets cancelled because of staff shortages.

6. As a result, I typically only get offered recreation time once a week, and my CO III programming once a month. There have been weeks where I wasn't offered any opportunity to leave my cell at all.

7. Even when we are offered our out of cell time for recreation and showers, the conditions are so awful that we get discouraged from taking these opportunities

8. We don't have access to bathrooms in the recreation areas. If we go back to our cells to use the bathroom, we are told that we can't go back to recreation. Due to this, inmates often urinate in the recreation areas, which makes them filthy and leaves a lingering smell of urine.

9. When we use the showers, we are often left in there for hours before we are let out. Inmates often urinate in the showers since they have no other way to use the bathroom while they're stuck, and the showers aren't cleaned often which means that they're filthy most of the time. As a result, I only take showers twice per month and bird bath in my cell at all other times.

10. These conditions that I have experienced during recreation and shower time have discouraged me from taking full advantage of the out of cell opportunities I am entitled to on account of my Step level.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed December         12    , 2019 in Florence      , AZ.
        (Month)              (Day)

Roberto Ramirez

# EXHIBIT 8

1   Molly Brizgys (Bar No. 029216)
    **ACLU FOUNDATION OF ARIZONA**
2   3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
3   Telephone:  (602) 650-1854
    Email:mbrizgys@acluaz.org
4
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
5   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
    *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
6   *Polson, and Charlotte Wells, on behalf of themselves and all others*
    *similarly situated*
7   Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
8   5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
9   Telephone:  (602) 274-6287
    Email:  adietrich@azdisabilitylaw.org
10
    *Attorneys for Plaintiff Arizona Center for Disability Law*

11

12                    UNITED STATES DISTRICT COURT

13                         DISTRICT OF ARIZONA

14  Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
    Verduzco; Jackie Thomas; Jeremy Smith; Robert
15  Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **DECLARATION OF**
    Hefner; Joshua Polson; and Charlotte Wells, on
16  behalf of themselves and all others similarly          Philip M.
    situated; and Arizona Center for Disability Law,       Chambers, 242156
17
                                   Plaintiffs,             #
18
             v.
19  David Shinn, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim Division
20  Director, Division of Health Services, Arizona
    Department of Corrections, in their official
21  capacities,

22                                 Defendants.

23

24

25

26

27

28

I, Philip M. Chambers DECLARE:

1.    I am a prisoner in the custody of the Arizona Department of Corrections, ADC# 247156. I am currently housed in Browning. I have been in this unit for about 9 months. I am over 18 years of age. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I am a Step 2, Phase I. I was told I was a step 2 in June but I didn't get access to Step 2 programming until November 13, 2019. My COII, Ms. Miller, told me I couldn't access programming until November because there was a backlog of guys waiting to get into programs. She said this programming was new here for general pop. guys.

3. I have generally gotten my 1-hour of group programming since November except it was cancelled last Sunday and not made up so far.

4. The officers often don't offer us rec. We have to ask for it. This morning, for example, no rec. was offered even though it was scheduled.

R. Many of the men on my pod don't go to showers because the officers will leave us in the cold showers for an hour or more. The last time I went to the shower I was left there for over an hour and the light was off so I was trapped in the dark. Because of these shower conditions I mostly try to bathe in my cell with the in-cell sink. It's degrading but the only way to keep clean.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
25    is true and correct.
26    Executed _December_____  _12___, 2019 in _Florence___, AZ.
                (Month)                 (Day)
27
28                                _Philip M Chambers_

# EXHIBIT 9

1    Jared Keenan (Bar No. 027068)
     Casey Arellano (Bar No. 031242)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone: (602) 650-1854
4    Email: jkeenan@acluaz.org
              carellano@acluaz.org

5    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
     *Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
7    *Polson, and Charlotte Wells, on behalf of themselves and all others*
     *similarly situated*

8    Asim Dietrich (Bar No. 027927)
     **ARIZONA CENTER FOR DISABILITY LAW**
9    5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
10   Telephone: (602) 274-6287
     Email: adietrich@azdisabilitylaw.org

11   *Attorneys for Plaintiff Arizona Center for Disability Law*

12

13                 UNITED STATES DISTRICT COURT

                        DISTRICT OF ARIZONA
14

| | |
|---|---|
| 15 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| | **DECLARATION OF** David Gonzales |
| Plaintiffs, | |
| 19        v. | # 202474 |
| 20 David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

23

24

25

26

27

28

1    I, _David Gonzales_, DECLARE:

2    1.    I am a prisoner in the custody of the Arizona Department of Corrections.

3    ADC# 202474. I am currently housed in Kasson 3-Baker- 30. I have been in this

4    unit for 9 months. I am over 18 years of age. If called as a witness, I could and

5    would testify competently to the facts stated herein, all of which are within my personal

6    knowledge.

7
8    2. I am currently at Step level 3 and have been at

9    this level for 2 months. I have complied with the pro-

10   gramming requirements and all other obligations while at step

11   level 3, but I have not received any explanation or gui-

12   dance as to how I can graduate from the step program.

13
14   3. Staff Shortages have negatively impacted my re-

15   creation opportunities. Outright cancellations of recrea-

16   tion sessions due to staff shortages typically occur twice

17   per month. At other times, I will go entire weeks with-

18   out being offered recreation opportunities at the 20x20 or

19   20 x 40 recreation enclosures in accordance with my step level.

20
21   4. The showers are filthy with black mold and are rare-

22   ly cleaned, which discourages some inmates in my pod from

23   taking advantage of opportunities to shower. I have observed

24   certain inmates in my pod go for months without showering

25   as a result. This creates an odor that spreads throughout the entire

26   pod, which is ignored by the staff.

27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing
25 is true and correct.
26      Executed March        12 , 2020 in Florence    , AZ.
              (Month)         (Day)
27                            X David Gonzalez
28

# EXHIBIT 10

1 | Jared Keenan (Bar No. 027068)
2 | Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: jkeenan@acluaz.org
        carellano@acluaz.org

5 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6 | *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert*
*Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua*
7 | *Polson, and Charlotte Wells, on behalf of themselves and all others*
*similarly situated*

8 | Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
9 | 5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
10 | Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

11 | *Attorneys for Plaintiff Arizona Center for Disability Law*

12 |

13 | UNITED STATES DISTRICT COURT

14 | DISTRICT OF ARIZONA

15 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS

**DECLARATION OF**
Conrad Alvarez
#244219

#

19 | Plaintiffs,

19 | v.

20 | David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,

Defendants.

I, Conrad Alvarez, DECLARE:

1.    I am a prisoner in the custody of the Arizona Department of Corrections

ADC# 244219 I am currently housed in Kasson . I have been in this

unit for about 8 months. I am over 18 years of age. If called as a witness, I could and

would testify competently to the facts stated herein, all of which are within my personal

knowledge.

1. I am seriously mentally ill (SMI) in
the community and in ADC. I am MH-4 in
ADC. I have been diagnosed with Bipolar Disorder,
schizophrenia, and manic depression. I take
trilyptol. I also take kepra for Epilepsy.
2. Before I came to Kasson I was in
Lewis Rast Max for about a year.
3. In Lewis Rast Max mental health
programming for SMI prisoners was
frequently cancelled and often the psych
tech facilitating the programs would not
show up or would be late. Also, I almost
never had SMI 1:1 counseling. In fact
I don't remember ever having a session.
4. At Lewis Rast Max SMI prisoners
were almost never offered table time.
When I asked for SMI table time, officers
would tell me I refused table time even
though I never did. Some would show
me a piece of paper with their signature.
I never signed any of these refusals, and
was never asked to sign a refusal.

5. I think ADC should review the cameras to see that officers never had me sign refusals and that other SMI prisoners also never signed these refusals.

6. At Kasson I am a step 3, Phase 3. I've had a job as a porter and gardener for 2 months. At Kasson I have been receiving my SMI programing. But yesterday the majority of mental health staff did not show up to work and we were told that they no longer work here in our class yesterday. I am very worried that our mental health care is now going to get very bad.

7. The problem at Kasson is that table time and outdoor exercise is frequently cancelled due to staff shortages, ICS incidents, and staff not doing their job. We have cancellations on a weekly basis and there arn no makeups.

8. Even though I am a Step 3, Phase 3, I am frequently only offered outdoor exercise in the 10x10 cage's instead of the larger enclosure that I'm entitled to as a Step 3. This happens to everyone in the unit who is Step 2 or 3. I believe the officers do this on a

weekly basis because they know the 10x10 cages are considered punishment and therefore the prisoners will refuse to go out. The 10x10 cages are terrible, they are only concrete and metal with no exercise equipment, they are worse than being in our cells. At least in our cells we have water and a tv or radio or books.

9. Even though I am a pod porter, my work is frequently cancelled. I am told this is because of staff shortages. This is always the excuse in this unit. Because of this the unit is frequently not cleaned. My pod has mold in the showers, for example. And it smells terrible. In contrast, this week I was brought out to clean unexpectedly and given cleaning supplies I have never been given before. I think this is because the ACLU is here. I don't understand why we can't clean like this daily. It would make our living conditions and health much better.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed ___March___ ___12___, 2020 in ___Florence___, AZ.
(Month)            (Day)