Christopher J Henson ADC #183226
ASPC Florence / East Unit
PO Box 5000
Florence AZ 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Christopher James Henson Plaintiff | Case No. CV-12-00601-ROS-DMF |
|---|---|
| v. | |
| Corizon Health LLC, et al., Defendants | NOTICE OF DEATH |

Notice

① Inmate Jerry Hubbard has died because Corizon / Centurion / Igwe refused to treat him. No one would help him file a complaint.

Respectfully Submitted this 20 day of May 2020

C J H
Christopher J Henson

①