1  Jared G. Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org
13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
14

15                  UNITED STATES DISTRICT COURT
16                       DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **PLAINTIFFS' SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO COURT ORDER [DOC. 3595]** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL23774493.1

1  In Defendants' Reply to Plaintiffs' Response to Court Order (Doc. 3595), they propose that the Court allow them to use the contempt fines assessed against them in June 2018 to hire NCCHC Resources, Inc., to conduct an analysis of ADC's health care staffing needs at the ten state prison complexes, and to conduct a "root cause analysis" of the reasons for their chronic substantial noncompliance with multiple critical health care performance measures. Plaintiffs file this sur-reply to respond to this proposal.

As noted in the declaration of Dr. Todd R. Wilcox, M.D., M.B.A. ("Wilcox Decl.") filed herewith, Defendants did not disclose the inherent conflict in ADC hiring the National Commission on Correctional Health Care ("NCCHC") to analyze Centurion's staffing and performance – namely, that Centurion is a prominent financial supporter of NCCHC, including underwriting and sponsoring its many trainings and conferences, and frequently advertising in NCCHC's publication. [Wilcox Decl. ¶ 4] He also questions if NCCHC will provide the rigorous critique needed, given ADC facilities are accredited by NCCHC, but despite that accreditation, the Court has found Defendants are not delivering sufficient care in many areas delineated by the Stipulation's performance measures. [*Id.* ¶ 5] He also notes that the staffing analysis is a quantitative endeavor requiring vigorous methodology, which in his opinion is not NCCHC's forte. [*Id.* ¶¶ 6-7]

Dr. Wilcox recommends that the Court again call on Mr. B.J. Millar and Advisory Board Consultants, who in 2018 provided a comprehensive report analyzing health care staffing recruitment and retention (Doc. 2940-1, Ex. 1), has familiarity with the ADC health care system, and most critically, has past experience overseeing a statewide prison health care staffing analysis in a prison litigation case, which will cost less money than a consultant starting an analysis from scratch.[1] [*Id.* at ¶ 8]

---

[1] Judge Duncan did not direct Mr. Millar and his group to do an analysis of the adequacy of or mix of staff, because at the time the question of whether the Court had the authority to order a staffing plan was pending before the Ninth Circuit. After Mr. Millar's appointment and completion of the report, the Ninth Circuit ruled that this Court indeed has the power to order such an analysis and plan. *See Parsons v. Ryan*, 912 F.3d 486, 498-99 (9th Cir. 2018), *cert. denied sub nom. Ryan v. Jensen*, 589 U.S. __ (Oct. 7, 2019) ("Paragraph 36 does not, by its plain language, preclude the district court from ordering Defendants to develop and implement a plan to increase staff in general. [. . . and

1  As stated before, Plaintiffs are concerned that Defendants' "root cause analysis"
2  would be woefully incomplete, as the explanations they give the Court month after month
3  for noncompliance are often superficial and simply restate the obvious. [Doc. 3564 at 3
4  n.2; *see also* Doc. 3596 at 2 (Order) ("The Court is concerned that a remedial plan that
5  simply provides education to healthcare staff about the fundamental requirements of PM
6  44 may not have a meaningful chance of success.")] Dr. Wilcox observes that NCCHC
7  Resources' work centers on compliance with NCCHC's aspirational standards, that focus
8  on whether written policies and procedures exist, rather than on the care actually
9  provided. [Wilcox Dec. ¶ 6] Plaintiffs reiterate their request that the Court appoint Dr.
10 Stern, or another independent correctional health care expert, to conduct a rigorous
11 systemic analysis of the adequacy of health care provided to class members. [Doc. 3564
12 at 3] Finally, Plaintiffs reiterate their position that any expert(s) should be appointed by
13 the Court pursuant to Rule 706, for the sake of transparency and independence. [*See*
14 Doc. 3564 at 2, Doc. 3491; Wilcox Decl. ¶ 9]

Respectfully submitted,

Dated: May 28, 2020        **PRISON LAW OFFICE**

By:  s/ Corene T. Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

27  therefore] the district court may, in future proceedings, consider whether a general staffing
28  order that does not require Defendants to hire a specific number or type of staff is an appropriate remedy for Defendants' non-compliance.")

LEGAL23774493.1         -2-

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Amy Fettig (D.C. 484883)** |
| | Eunice Hyunhye Cho (Wash. 53711)* |
| 3 | Maria V. Morris (Cal. 223903)* |
| | **ACLU NATIONAL PRISON PROJECT** |
| 4 | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603 |
| | Email: dfathi@aclu.org |
| 6 | afettig@aclu.org |
| | echo@aclu.org |
| 7 | mmorris@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
  agerlicher@perkinscoie.com
  jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
  carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |  |
| 3 | By:   s/ Maya Abela |
| 4 |   Asim Dietrich (Bar No. 027927)<br>  5025 East Washington Street, Suite 202 |
| 5 |   Phoenix, Arizona 85034<br>  Telephone:  (602) 274-6287<br>  Email:   adietrich@azdisabilitylaw.org |
| 6 |  |
| 7 |   Rose A. Daly-Rooney (Bar No. 015690)<br>  J.J. Rico (Bar No. 021292) |
| 8 |   Maya Abela (Bar No. 027232)<br>  **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 |   177 North Church Avenue, Suite 800 |
| 10 |   Tucson, Arizona 85701<br>  Telephone:  (520) 327-9547<br>  Email: |
| 11 |     rdalyrooney@azdisabilitylaw.org<br>      jrico@azdisabilitylaw.org |
| 12 |     mabela@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick