MR Roberto Carrasco Gamez # 131401
ASPC-Lewis-Rast Max
P.O. Box 3600. Buckeye, Ariz. 85326

☒ FILED   ☐ LODGED

**May 28 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parson et al.
                    Plaintiff          CASE NO. 12-cv-0601-ROS

        V.
                                    Notice of Service of Document

David Shinn et al.
                    Defendant

On 28 May 20, the following document was sent to the
Following individual(s) Shinn; O.W. Coleman, Asistant Deputy Warden,

• Inmate letter in the form of A Notice Requirement pursuant to
Fed. R. Civ. P. 65(A)(1) Preliminary Injunction,

Respectfully Submited this 28 day of May 20
                            Under Penalty of Perjury

                    MR Roberto Carrasco Gamez # 131401
                    ASPC Lewis Rast Max
                    P.O. Box 3600 Buckeye AZ
                    85326

ARIZONA DEPARTMENT OF CORRECTIONS

Notice Requirement Prior to Fare (V.P. 650.4)

**Inmate Letter** Preliminary Injunction

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| Daniel, Robert C | 131401 | ASPC-Lewis/ Rast MAF 28 May 20 | |

**To:** Director Dept/Warden Assist. O.W    **Location:** 3ABIE #3 #3

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am generating this letter with grave concern (ADC) has implemented a pattern and practice of discrimination against me on the basis of my Mental disability in violation of the fourteenth Amend. U.S. Const; Americans with Disabilities Act ('ADA') 42 U.S.C. 12132 and the Rehabilitation Act 29 U.S.C. 794. (ADC) has failed to commit significantly increased resources, facilities and essentially trained psychologist to identify maladaptive behavior rooted in mental instability and instead have mischaracterized my behavior as "irreparable".

As an alternative to providing me adequate mental health services (ADC) has continuously relied on Isolation to keep me controled. I have repeatedly failed to comply with prison rules that are a direct result from my mental illness for the past fourteen years, (ADC) has responded be imposing harsher measures instead of recommending adequate mental health treatment.

I am trapped in a cycle of chronic misbehavior, mental deterioration and have incurred years of disciplinary infractions that has resulted in my indeterminate placement in Isolation (See: Daniels Exhibit A)

I have been unjustifiably denied a meaningful opportunity to participate and benefit from rehabilitative, therapeutic, work, personal development, educational, vocational programs, or activities related to mental health services. Without adequate programming and individual assessing its hard to determine what if (any risk) I pose that justifies my continuing Isolation.

Without a coherent program for what I need to do to earn my release from Isolation my pre-existing mental illness will continue to exacerbate. Please remove all mentally, ill and developmentally disabled prisoners from Isolation and provide treatment units for those who require segregation for short periods, Thank You!

**Inmate Signature** **Date** 28 May 20

Have You Discussed This With Institution Staff?  ☑ Yes  ☐ No

If yes, give the staff member's name: (ADA Complant)

Exhibit A



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Disciplinary Report**

Please PRINT or TYPE all information

Date example: (mm/dd/yyyy)

Case Number   20-LW6-000568

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Gamez, Robert | 131401 | ASPC-Lewis / Rast Max |

CHARGE: GROUP NUMBER AND TITLE

19A Tampering or Manipulating with a Lock or Door

**I. Statement of Violation** *(State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).*

On 04/28/2020 at approximately 1212 hours, staff initiated ICS for inmate Gamez, Robert #131401 manually opening his cell door. Upon inspection of the door, it was found that inmate Gamez placed contraband in the upper sliding track portion of the door causing it to read in the control panel as being secure. Inmate Gamez #131401 was verbally placed on report by Sgt. Delgado #10660 on 04/28/2020 at approximately 1223 hours. This report was written by Lt. Whiting #1029 on 04/28/2020 at approximately 1547 hours.

| DATE/TIME OF VIOLATION | REPORTING STAFF NAME (Last, First M.I.) (Please print) | SID NUMBER |
|---|---|---|
| 04/28/2020  / 1212 | Lt. Whiting #1029 | VVS1 |

| SIGNATURE | DATE/TIME COMPLETED |
|---|---|
| Lt Whiting | 04/28/2020  / 1547 |

| DISPOSITION | DATE/TIME REVIEWED |
|---|---|
| RTD | 04/28/2020  / 1548 |

| SHIFT SUPERVISOR REVIEW BY (Last, First M.I.) (Please print) | SIGNATURE | DATE |
|---|---|---|
| Lt. Whiting #1029 | Lt Whiting | 04/28/2020 |

**II. Delivery of Charge:** I hereby certify that on _____/____/_____ at _____ hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

Inmate was offered staff assistance and it was:

☐ Accepted     ☐ Declined

| INMATE SIGNATURE | DATE | DELIVERING OFFICER SIGNATURE | DATE |
|---|---|---|---|
| | | | |

**III. Report of Investigation**

**FELONY VIOLATIONS ONLY – SEE ATTACHED** *(Use form #803-8)*

| INVESTIGATING OFFICER (Last, First M.I.) (Please print) | SIGNATURE | DATE INVESTIGATION COMPLETED |
|---|---|---|
| | | |

**IV. Disposition:** This case was handled as:          ☐ Misdemeanor Violation: Reason for finding of guilt:

☐ Felony Violation:  Refer to Disciplinary Hearing Officer

☐ Informal Resolution   ☐ Dismissed/Not Guilty

Penalty Assessed For A Minor Violation

☐ _____ Hours Extra Duty   ☐ Reprimand                Other _____

                                  ☐ Return/Forfeit Contraband Items   _____

☐ _____ Days Loss of Privilege                             _____

*For Misdemeanor Violations Only:* Inmate was given a copy of the results and advised that effective date, he/she has five calendar days to appeal.

| INMATE SIGNATURE | DATE/TIME |
|---|---|
| | / |

| COORDINATOR'S NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE/TIME |
|---|---|---|
| | | / |

Distribution:   Coordinator to make two copies of form; Original to Master Record
                Copy- Institutional File
                Copy-Inmate

803-1
10/16/16



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Appeal of Disciplinary Charge**

*Please PRINT or TYPE all information*

Case Number 20-(MP-000568

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Carney Jonah | 134061 | ASPC Lewis-RM |

I hereby appeal the finding of the:

☐ Coordinator of Discipline (Minor)   ☑ Disciplinary Hearing Officer (Major)   ☑ Step I   ☐ Step II

Regarding the finding guilt on Group ___A___   Number ___9___ violation.

**Reason(s) for appeal:** *(Must identify category and describe bases for appeal.)*

☑ Due Process Requirement

During the Delivery of Charge I advised the Disciplinary Coordinator that I wanted to present Exculpatory Evidence during my hearing 1) Stationary Surveillance Cameras 2) Paperwork showing repairs to faulty locks. It is my contention that the cell doors in East Max, a maximum custody prison are susceptible to malfunction & open on their own. I requested that

☑ Adequacy of Proof

video and documents pertaining to the instant case be preserved and presented during my hearing. My request was denied on the basis that this exculpatory doesn't exist or cant be located. I have a 14th Amend. Due process to present favorable evidence during my hearing. The $500 sanction that is permitted by

☑ Severity of Penalty

ADC) Statute is not supported by evidence or paperwork showing that repairs were necessary to justify a $500 fine (and thus, should be dismissed)

| INMATE SIGNATURE | DATE *(mm/dd/yyyy)* | TIME |
|---|---|---|
| | 20May20 | |

NAME OF EMPLOYEE RECEIVING APPEAL *(Last, First M.I.) (Please print)*

Regan

| SIGNATURE | DATE *(mm/dd/yyyy)* | TIME |
|---|---|---|
| | 5/26/2020 | 2054 HRS |

Initial Distribution:   White – Appeal Authority
Yellow – Disciplinary Coordinator
Green – CO III, Unit CO IV Grievance Coordinator *(if a 17A Disciplinary Violation)*
Pink  Inmate

Final Distribution:   White – Master Record File
Yellow – Institutional Order

803-2
10/16/16

## ATTACHMENT B
### *[Revision – February 28, 2020]*

**PENALTIES**

| PENALTIES | CLASS A | CLASS B | CLASS C |
|---|---|---|---|
| TIME LOSS | 0 to All | 0 - 120 Calendar Days | No |
| PAROLE CLASS III | 90 - 180 Calendar Days | 0 - 90 Calendar Days | No |
| RESTITUTION | Yes | Yes | Yes |
| LOSS OF PRIVILEGE | 30 Calendar Days | 30 Calendar Days | 15 Calendar Days |
| EXTRA DUTY | 0 - 40 hours | 0 - 30 hours | 0 - 20 hours |
| FORFEIT CONTRABAND PROPERTY | Yes | Yes | Yes |

**PENALTIES FOR 05A, 16A, AND 19A VIOLATIONS**

| PENALTIES | FIRST OFFENSE | SECOND OFFENSE | THIRD OFFENSE |
|---|---|---|---|
| TIME LOSS | 0 to All | 0 to All | 0 to All |
| PAROLE CLASS III | 90 - 180 Calendar Days | 90 - 180 Calendar Days | 90 - 180 Calendar Days |
| RESTITUTION | Yes | Yes | Yes |
| LOSS OF PRIVILEGE | 180 Calendar Days | 360 Calendar Days | 720 Calendar Days |
| EXTRA DUTY | 0 - 40 hours | 0 - 40 hours | 0 - 40 hours |

| | | | |
|---|---|---|---|
| FORFEIT CONTRABAND PROPERTY | Yes | Yes | Yes |
| | | | |
| MONETARY FINE | $500 | $1,000 | $2,000 |
| | | | |

A finding of guilt for a Class A, B or C violation may result in inmate reclassification. Refer the inmate to the Classification Manual.