# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Dkt. 3599) (Doc. 3612), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion (Doc. 3612) is **GRANTED**. Defendants' Response is due on or before **June 17, 2020**.

Dated this 29th day of May, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge