# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion for Leave to File Sur-Reply to Defendants' Reply to Plaintiffs' Response to Court Order (Doc. 3595) (Doc. 3609), and good cause appearing,

**IT IS ORDERED** Plaintiffs' Motion for Leave to File Sur-Reply (Doc. 3609) is **GRANTED**. The Clerk of Court shall file Plaintiffs' Sur-Reply, lodged as Doc. 3610.

Dated this 29th day of May, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge