Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**MOTION TO EXTEND DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE**<br>**(DKT. 3490)** |

Defendants respectfully request a 15-day extension of time, until June 30, 2020, in which to file their Response to the Court's January 31, 2020 Order to Show Cause ("OSC"). In that Response, Defendants must "show cause as to why the Court should not impose a civil contempt sanction of $100,000" for each listed "Performance Measure per complex" that was not brought into compliance by March 1, 2020.[1] (Dkt. 3490 at 4.)  This is a significant undertaking, requiring declarations from high-level, operational, and medical personnel—from the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") and/or Centurion—and setting forth meticulous and complex legal arguments.

---

[1] The OSC listed 146 Performance Measures at specific complexes ("PMs"). (Dkt. 3490 at 1–3.)

Defendants request this extension to allow them adequate time to prepare the Response and secure the necessary evidence to make the requisite showing. This process has been hampered by several recent events, most notably COVID-19. The World Health Organization declared the virus a global pandemic on March 11, 2020. ADCRR immediately implemented a plan of action to mitigate the spread of the virus into its facilities, and has updated that plan on a continuous basis as information and federal guidelines have evolved. *See* https://corrections.az.gov/covid-19-management-updates, last visited June 2, 2020. Implementing these precautionary measures and trying to stay ahead of the virus has been an all-hands-on-deck initiative and a top priority for both ADCRR and its healthcare provider, Centurion.

The pandemic has also impacted Defendants' counsel's progress in preparing the Response. As the Court is aware, counsel specialize in representing public and private corrections entities, officials, and employees across the country. The COVID-19 pandemic has resulted in a flood of litigation brought by detainees and inmates seeking either their release from confinement or changes to the conditions of their confinement. Beginning in April, counsel have been retained to assist detention facilities in more than two dozen cases (some class actions) across the country.[2] Given the urgent nature of the claims, many of

---

[2] *See, e.g., Aganan v. Rodriguez*, 20-cv-05922-ES (D. N.J.); *Alcantara v. Archambeault*, 20-cv-00756-DMS-AHG (S.D. Cal.); *Alvarez v. LaRose*, 20-00782-DMS-AHG (S.D. Cal.); *Amador v. Barr*, 20-cv-00955-MTL-JFM (D. Ariz.); *Ayala v. Barr*, 20-cv-01055-ROS-MHB (D. Ariz.); *Butler v. Baker*, 163-4-20 Wncv (Vt. Sup. Ct.); *Candray-De Tobar v. Barr*, 20-cv-0997-JLB (D. Ariz.); *Corral v. Howard*, 20-cv-00955-MTL-MTM (D. Ariz.); *Gebreweldi v. Barr*, 20-cv-00875-DJH-MTM (D. Ariz.); *Gutierrez-Lopez v. Figueroa*, 20-cv-00732-SPL-JFM (D. Ariz.); *Ibarra-Perez v. Howard*, 20-cv-00739-DWL-MTM (D. Ariz.); *In re Al Nouri*, 20-mj-08033-MTM (D. Ariz.); *Jauregui-Garcia v. Barr*, 20-cv-00876-JAT-JFM (D. Ariz.); *Lucero-Gonzalez v. Kline*, 20-cv-00901-DJH-DMF (D. Ariz.); *Marisol Mendoza v. Barr*, 20-cv-00514 (D. Ariz.); *Marroquin v. Longoria*, 20-cv-00054 (S.D. Tex.); *Patel v. Barr*, 20-cv-00798-DLR-DMF (D. Ariz.); *Ruiz v. Barr*, 20-cv-01026-SPL-CDB (D. Ariz.); *Ruiz-Sanchez v. Culley*, 20-cv-00753-APG-NJK (D. Nev.); *Sagastume v. Archambeault*, 20-cv-00658-LAB-MSB (S.D. Cal.); *Sanchez-Martinez v. Donahue*, 20-cv-00062-CDL-MSH (M.D. Ga.); *Slaughter v. Baker*, 16-cv-00721-RCJ-WGC (D. Nev.); *SPLC v. DHS*, 18-cv-00760-CKK-RMM (D.D.C.); *Urdaneta v. Keeton*, 20-cv-00654-SPL-JFM (D. Ariz.); *USA v. Cardenas-Garcia*, 20-cv-00644-GPC (S.D. Cal.); *United States v. Cox*, 19-cr-00271-RFB-VCF (D. Nev.); *United States v. Damato*, 20-mj-0221-DJA (D. Nev.); *United States v. Gage*, 19-cr-00705 (N.D. Ohio); *United States v. Pratt*, 19-cr-00213 (N.D. Ohio); *United States v. Ramos*, 15-cr-00210-LEK (D. Nev.); *Vargas v. Wolf*, 19-cv-02135-KJD-DJA (D. Nev.).

the cases required immediate briefing and/or argument on requests for temporary restraining orders or preliminary injunctions. This influx in litigation was non-stop through May, and will likely continue in June. In addition, over the course of this month, counsel has pre-trial deadlines in two cases, one of which is a class action—*B.K. v. Faust*, 15-cv-00185-PHX-ROS (D. Ariz.), and *Coleman v. City of Tempe*, 17-cv-02570-PHX-DLR (D. Ariz.)—a Ninth Circuit Oral Argument, *see Bliss v. CoreCivic, Inc.*, No. 19-16167, and several dispositive motion deadlines. Defendants in this case also have due (on June 17, 2020) their Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1–3, 5–6, and 8 (Dkt. 3612).

Thus, Defendants move for an extension of time, until June 30, 2020, to file their Response to the OSC. Counsel contacted Plaintiffs' counsel for their position on this request (on June 1 at 10:18 a.m.) and they did not respond.

DATED this 2nd day of June, 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Amy B. Fettig: | afettig@npp-aclu.org |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck