# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE (Dkt. 3490)** |

The Court, having reviewed Defendants' Motion to Extend Deadline to Respond to Order to Show Cause (Dkt. 3490), and good cause appearing,

IT IS ORDERED that the Motion is GRANTED. Defendants' Response is due on or before June 30, 2020.