Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
           carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE THE STIPULATION AND FOR CONTEMPT OF THE MAY 2019 OSC REGARDING PERFORMANCE MEASURE 50 AT ASPC-FLORENCE** <br><br> **(URGENT SPECIALTY CARE)** <br><br> **[DOC. 3584]** |

Defendants argue that they should not be sanctioned under this Court's May 2019 Order to Show Cause ("OSC") for their ongoing noncompliance with Performance Measure ("PM") 50 at ASPC-Florence because the OSC "ordered compliance for June 2019 only." Doc. 3608 at 1, 3.[1] They conspicuously do not point to any language in the OSC that says that, because the plain language of the OSC in fact says the opposite, ordering Defendants to: "bring the following performance measures into substantial compliance *no later than July 1, 2019*." Doc. 3235 at 6 (emphasis added). It strains credulity for Defendants to argue that the Court intended them to comply with the PMs in the OSC *only for June 2019*, after which time they were free to continue or return to their chronic noncompliance.

Defendants also assert that "recent compliance with PM 50 has been challenging, largely because that measure no longer reflects an achievable goal under current circumstances," and that "[t]here are simply not enough available medical specialists." Doc. 3608 at 2. As noted in Plaintiffs' Motion, this is not a new excuse, as Defendants have offered variations on it for almost three years with two different contractors. [Doc. 3584 at 5-11] And to the extent "current circumstances" is a referral to COVID-19, Defendants told the Court on May 21, regarding their March 2020 noncompliance with PM 50 at ASPC-Florence that they have added telemedicine specialties of orthopedics, nephrology, cardiology, and urology; and that outside specialty services "including but not limited to dermatology, imaging, ophthalmology, endocrinology, and cardiology have extended office hours and opened weekends." Doc. 3604-1 at 291; *see also id*. at 281 (March 2020 CGAR result of 40% compliance with PM 50 at ASPC-Florence).[2]

The OSC is clear, specific, and definite, and the Court has the power to impose

---

[1] Performance Measure ("PM") 50 requires that "[u]rgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider." Doc. 1185-1 at 26.

[2] Governor Ducey temporarily suspended "non-essential" medical procedures on March 19 as part of his declaration of a State of Emergency related to COVID-19. On April 22, 2020, he issued an executive order removing these restrictions. *See* https://azgovernor.gov/governor/news/2020/04/governor-ducey-issues-new-guidance-elective-surgeries

civil contempt sanctions for Defendants' continuing and ongoing defiance of it with regard to PM 50 at ASPC-Florence. *Parsons v. Ryan*, 949 F.3d 443, 455-57 (9th Cir. 2020) (upholding this Court's authority to issue a similar compensatory and coercive contempt sanction for noncompliance with the Stipulation).

Respectfully submitted,

Dated: June 3, 2020

**PRISON LAW OFFICE**

By: s/ Corene T. Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
echo@aclu.org
mmorris@aclu.org
*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.
**Admitted *pro hac vice*

Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:   rdalyrooney@azdisabilitylaw.org
             jrico@azdisabilitylaw.org
             mabela@azdisabilitylaw.org

    Asim Dietrich (Bar No. 027927)
    5025 East Washington St., Ste. 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email:   adietrich@azdisabilitylaw.com

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick