# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>David Shinn, et al.,<br><br>    Defendants. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court, having reviewed Defendants' Motion to Extend Deadline to Respond to Order to Show Cause (Doc. 3490) (Doc. 3617), and good cause appearing,

**IT IS ORDERED** the Motion to Extend Deadline (Doc. 3617) is **GRANTED**. Defendants' Response is now due on or before **June 30, 2020**.

Dated this 3rd day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge