**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

Unnamed class members Michael Fuqua and Robin Fahr filed motions requesting that preventative measures be implemented to combat COVID-19 or for release from custody (Docs. 3578, 3581). The motions must be denied because both prisoners are represented by class counsel and cannot file motions on their own behalf. The Court will, however, send both prisoners the requisite forms to file a civil action on their own behalf if they face a substantial risk of serious harm from COVID-19 that seeks injunctive relief in the form of specific preventative measures.

**IT IS THEREFORE ORDERED** that the Motion for Injunction (Doc. 3578) and Motion for House Arrest (Doc. 3581) are **denied**. The Clerk of Court must mail Mr. Fuqua and Ms. Fahr court-approved forms for filing a civil rights complaint by a prisoner and Applications to Proceed In Forma Pauperis (Prisoner).

Dated this 9th day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge