**Index of Exhibits to the
Declaration of Corene T. Kendrick**

| Exhibit | Description |
|---|---|
| 1 | A true and correct copy of a letter from Richard M. Valenti to Corene Kendrick, dated March 6, 2019 |
| 2 | A true and correct copy of a letter from Corene Kendrick to Timothy Bojanowski, dated March 7, 2019 |
| 3 | A true and correct copy of a letter from Richard M. Valenti to Corene Kendrick, dated March 20, 2019 |
| 4 | A true and correct copy of a letter from Richard M. Valenti to Corene Kendrick, dated April 19, 2019 |

# Exhibit 1



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

March 6, 2019

*<u>VIA EMAIL ONLY</u>*
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

    Re:    **Parsons v. Ryan**
           Plaintiffs' Outstanding Document Requests

Dear Corene:

This is a response to your March 1, 2019 letter regarding outstanding document production requests.

## Mortality Reviews and Psychological Autopsies

To the extent that Plaintiffs request the medical records of any of the inmates listed in Attachment A, as Defendants have explained previously, Plaintiffs' counsel have access to deceased medical records through eOMIS. Because Plaintiffs have access to those records, Defendants will not be producing paper or electronic copies of deceased medical records. *See* pages 1-2 of April 13, 2018 Richard Valenti letter to Corene Kendrick.

As to inmate Jorge Montes-Beltran (323912), per the ADC announcement on its website, he was in the custody of the United States Marshal's Service since August 2018. *See* https://corrections.az.gov/article/inmate-death-notification-montes-beltran.Because inmate Montes-Beltran did not die while in the custody of ADC, Defendants will not be producing this mortality review. *See* ¶¶ 3, 29 of Doc. 1185. As to inmate Harvey Gass (159737), at the time of his death he was housed at a private prison in Florence. Consequently, Defendants will not be producing this mortality review. *See* ¶¶ 3, 29 of Doc. 1185.

Corene Kendrick
March 6, 2019
Page 2

Defendants produced the mortality review of Adalberto Olivas (275449) on April 6, 2018. *See* ADCM1496679-1496682. Defendants produced the mortality reviews of inmates Rick Miller (035695), Kenneth Price (211005), Aaron Salter (284794), Morgan Schuller (317526), and Joseph Thompson (296182) on March 5, 2019. *See* ADM1560851-1560879.

Produced herewith are the following mortality reviews and, if applicable, psychological autopsies:

1) Jose Hernandez (166739)
2) John Knox (042475)
3) Vincent Cortez (154121)
4) Gilbert Lopez (037963)
5) William Green (295448)
6) Francisco Montez (029453)
7) Richard Munguia (090192)
8) Victor Martinez (280392)
9) Tiffany Everest (276797)
10) Hector Hurtado (312361)
11) Cody Williams (116387)
12) Lance Beier (040815)
13) Damian Gonzalez (291876)
14) William Jobe (062720)
15) Kevin Barnes (047677)
16) Andrew Salinas (266335)
17) Linda Woods (208394)
18) Jason Scherer (310401)
19) James Slovekosky (122147)
20) Carlos Carrillo (172834)
21) Pedro Gonzalez (235043)

*See* ADCM1561792-1562003.

The following mortality reviews and psychological autopsies (if applicable) have not been finalized by ADC:

1) Gabriel Cruz (197177)
2) Joseph Stuart (281867)
3) Bruce Johannes (082267)
4) Rosario Hernandez (055050)

Corene Kendrick
March 6, 2019
Page 3

    5) Christopher Cecil (064179)
    6) Tyrone Nez (207542)
    7) Jose Cruz (208380)
    8) Donald Sowell (066847)
    9) Manuel Frajio (240972)
    10) Freddie Ford (121707)
    11) Raymond Hernandez (188890)
    12) Gregory Valenzuela (304312)
    13) Joseph Shreve (309533)
    14) James Harrod (136270)
    15) Lisa Langeneckert (278225)
    16) Richard Washington (039492)
    17) Martin Torres (158092)
    18) Steven Johnson (050856)
    19) Matthew Ariens (290460)
    20) Lawrence Dawson (065408)

**Request 94:** List of all class members and ADC numbers who were treated for scabies at ASPC-Tucson and ASPC-Douglas in 2018.

**Defendants' Response:**
Defendants object to this request as it seeks information that is irrelevant to the Stipulation and the Performance Measures. Furthermore, the request is overbroad and exceeds the scope of the Stipulation and the Performance Measures. Neither the Stipulation nor any of the Performance Measures impose any monitoring requirements, reporting obligations, or any other conditions with respect to the treatment of scabies at any facility. The request is also vague and ambiguous as to the terms "list" and "treated"; as a result the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A).

The list Plaintiffs request requires the creation of documents by Defendants, which, pursuant to Fed.R.Civ.P. 34, Defendants are not required to do. *See Goolsby v. Carrasco*, No. 1:09–cv–01650 JLT (PC), 2011 WL 2636099, at *8 (E.D. Cal. July 5, 2011) (document request that would require the defendant to create a roster of employees is not a proper request under Fed. R. Civ. P. 34(a)); *Robinson v. Adams*, No. 1:08–cv–01380–AWI–SMS PC, 2011 WL 2118753, at *20 (E.D. Cal. May 27, 2011) (defendant is not required to create a document in response to a request for production).

Corene Kendrick
March 6, 2019
Page 4

Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added). Finally, refer to Ashlee Hesman's November 8 and November 16, 2018 letters to Corene Kendrick regarding the scabies outbreaks at ASPC-Tucson and ASPC-Douglas.

Without waiving any objections, on March 5, 2019, Defendants produced the housing rosters for ASPC-Douglas/Mohave Unit. *See* ADCM1561749-1561782.

**Request 95:** For each applicable Arizona State prison complex, the log of all class members (and their ADC numbers) who are currently subjected to involuntary medication.

**Defendants' Response:**
Defendants object to this request as it seeks information that is irrelevant to the Stipulation and the Performance Measures. Furthermore, the request is overbroad and exceeds the scope of the Stipulation and the Performance Measures. Neither the Stipulation nor any of the Performance Measures impose any monitoring requirements, reporting obligations, or any other conditions with respect to the administration of involuntary medication. The request is also vague and ambiguous as to the term "log", and the phrases "currently subjected to" and "involuntary medication"; as a result the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. S*ee* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

Without waiving any objections, on March 5, 2019, Defendants produced PMRB logs for each of the seven corridor facilities (Eyman, Florence, Lewis, Perryville, Phoenix, Tucson, and Yuma). *See* ADCM1561783-1561789.

**Request 97:** The revised powerpoint and employee orientation book of nursing NETs used with the onboarding and training of nursing staff.

Corene Kendrick
March 6, 2019
Page 5

**Defendants' Response:**

Defendants object to this request as outside the scope of the Stipulation and the Performance Measures. Defendants also object to this request as vague and ambiguous with respect to the phrase "revised", because it fails to specify what version (including the effective date) of the documents that are requested. Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

Without waiving any objections, Defendants have made multiple requests to Corizon and are awaiting a response.

**Request 98:** For each ASPC, as of October 1, 2018 and November 1, 2018, the current backlog of chronic care provider appointments and speciality [sic] care apointments [sic].

**Defendants' Response:**

Defendants object to this request as outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the terms "current" and "backlog"; as a result the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

Without waiving any objections, Defendants have made multiple requests to Corizon and are awaiting a response.

**Request 99:** List of all class members who are deaf and their ADC numbers. If no such list exists, please so indicate.

**Defendants' Response:**

Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the term "deaf"; as a result the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Furthermore, the list Plaintiffs request requires the creation of documents by Defendants, which, pursuant to Fed.R.Civ.P. 34,

Corene Kendrick
March 6, 2019
Page 6

Defendants are not required to do. *See Goolsby v. Carrasco*, No. 1:09–cv–01650 JLT (PC), 2011 WL 2636099, at *8 (E.D. Cal. July 5, 2011) (document request that would require the defendant to create a roster of employees is not a proper request under Fed. R. Civ. P. 34(a)); *Robinson v. Adams*, No. 1:08–cv–01380–AWI–SMS PC, 2011 WL 2118753, at *20 (E.D. Cal. May 27, 2011) (defendant is not required to create a document in response to a request for production). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

Without waiving any objections, as a one-time accommodation, on March 5, 2019, Defendants produced a list of inmates who are classified as "Deaf nonspeaking, not elsewhere classified". *See* ADCM1561791. This list is not a record that is maintained in the ordinary course of business by ADC.

**Request 100:** List of all class members whose primary form of communication is American Sign Language (ASL) or another sign language and their ADC numbers.  If no such list exists, please so indicate.

**Defendants' response:**
Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the terms "primary", "communication", and "sign language"; as a result the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Furthermore, the list Plaintiffs request requires the creation of documents by Defendants, which, pursuant to Fed.R.Civ.P. 34, Defendants are not required to do. *See Goolsby v. Carrasco*, No. 1:09–cv–01650 JLT (PC), 2011 WL 2636099, at *8 (E.D. Cal. July 5, 2011) (document request that would require the defendant to create a roster of employees is not a proper request under Fed. R. Civ. P. 34(a)); *Robinson v. Adams*, No. 1:08–cv–01380–AWI–SMS PC, 2011 WL 2118753, at *20 (E.D. Cal. May 27, 2011) (defendant is not required to create a document in response to a request for production). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

Without waiving any objections, no responsive list exists.

Corene Kendrick
March 6, 2019
Page 7

**Request 101:** All documents regarding provision of sign language interpretation during medical, dental, and mental health encounters at all ASPCs, including (1) policies, procedures, and orders regarding the use of sign language interpreters at such encounters; (2) contract(s) for in-person and video remote interpretation; (3) location of computers used for video remote interpretation; (4) and log of use of sign language interpretation for the past three years.  If no such documents exist, please so indicate.

**Defendants' response:**
Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the terms "log", "provision", "encounters", and "sign language";  as a result the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

Without waiving any objections, as to subpart one, see Department Order 108 (Americans with Disabilities Act Compliance), which is available on the ADC website. *See* https://corrections.az.gov/sites/default/files/policies/100/0108_010119.pdf. As to subpart two, without waiving any objections, according to Corizon, Corizon has a national contract with LanguageLine, which provides video interpreting; it includes American Sign Language. As to subpart three, without waiving any objections, there are no responsive documents that exist.  As to subpart four, without waiving any objections, according to Corizon, logs of sign language interpretation are not currently maintained; therefore, no responsive documents exist.

**Request 102:** All documents supporting the following statements in the January 17, 2019 letter from Tim Bojanowski to Corene Kendrick.  For each statement, if no supporting documents exist, please so indicate.

> 1) "[A]ll complexes are instructed on a continuing basis that providers must ensure their contacts are confidential when the inmate agrees to leave the cell for the same."

2) "When review of records by the monitors indicates that a confidential setting was not indeed confidential, that encounter is not given credit and the situation is addressed in out-briefs."

3) "Dr. Calcote distributed a memo after the Lewis tour reinforcing this expectation."

4) "Dr. Taylor confirmed that, for monitoring purposes, patient encounters in which an officer is present or within earshot are not counted as satisfying the Stipulation's requirement that the patient be "seen by mental health staff" in a confidential setting unless they are being seen cell front due to their refusal to be seen in a confidential setting."

5) "[T]he Lewis HNR log documents for the last six months show that for inmates on watch, the number of HNR submissions per month was consistently one to two HNRs."

6) "Moreover, the eight HNRs submitted by inmates on watch in the last six months were appropriately triaged and the inmates were seen on time." Please provide legible copies of the 8 HNRs.

**Defendants' response:**
Defendants object to this request as outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the phrase "all documents supporting"; as a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (emphasis added).

As to subpart one, without waiving any objections, on March 5, 2019, Defendants produced a December 7, 2018 memorandum by Dr. Calcote. *See* ADCM1561790. Other than that memorandum, there are no responsive documents, since the continuous instruction regarding confidentiality during inmate contacts is done verbally at monthly out-briefs at the seven corridor facilities.

Corene Kendrick
March 6, 2019
Page 9

As to subpart two, Defendants further object because this information is already in Plaintiffs' counsel's possession. Plaintiffs' counsel can look at the CGARs, identify non-compliant findings in the Performance Measures that require a confidential contact, and then review the relevant notes in eOMIS. Also, refer to Dr. Calcote's December 7, 2018 memorandum. ADCM1561790.

As to subpart three, without waiving any objections, see Dr. Calcote's December 7, 2018 memorandum. ADCM1561790.

As to subpart four, without waiving any objections, see response to subpart two.

As to subpart five, without waiving any objections, there are no responsive documents to this request.

As to subpart six; without waiving any objections, the ADC numbers and the dates of the eight HNRs are 231701 (6/21/18), 287357 (7/14/18), 323386 (8/16/18), 105041 (8/30/18), 86611 (9/16/18), 218972 (10/15/18), 86611 (11/1/18), and 86611 (11/22/18). Plaintiffs can access the HNRs in eOMIS to determine if the inmates were appropriately triaged and if the inmates were seen on time.

Sincerely,

Richard M. Valenti

RMV/eap
cc:    Counsel of record

# Exhibit 2



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

March 7, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

 RE: *Parsons v. Ryan*, 2:12-CV-00601
   Outstanding Document Productions

Dear Tim:

 Thank you for a productive phone call yesterday regarding Defendants' outstanding document productions. I write to memorialize our discussion; please let me know if anything does not comport with your notes from the call.

 Prior to the call you provided documents that you stated were responsive to **Requests Nos. 94, 95, 99, and 102**. You also provided the mortality reviews and psychological autopsies of many of the class members who died in 2017 and 2018. We are concerned that many of the reviews were completed six to nine months ago, and hope that in the future your productions will be more timely and occur as the reviews and autopsies are finalized by the Monitoring Bureau.

 Richie Valenti's March 6, 2019 letter stated, and you confirmed on the call, that with regard to **Requests 97 and 98**, you have asked Corizon on a weekly basis for those documents, and would continue to do so. I asked whether you were asking Corizon on a weekly basis for documents responsive to **Standing Request No. 82** ("For all ten Arizona State Prison Complexes for the previous 90 days, a list of (1) all pending requests for specialty referral pending Utilization Management review, and (2) all pending specialty appointments"), which we originally requested on January 15, 2018; you stated that you did not think so, but you would ask Corizon's attorneys to start producing these reports. I observed that this is a report that Corizon is easily capable of creating, as we request this report prior to institution tours. You also confirmed that ADC has taken no steps to other than asking for the documents to force Corizon to produce the reports pursuant to the requirements of the contract between ADC and Corizon. This afternoon, you provided documents responsive to Reuqest No. 97. **Please provide documents responsive to**

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
RE: *Parsons v. Ryan*
Outstanding Document Production
March 7, 2019
Page 2

**Requests 82 and 98 without further delay; and ensure that documents responsive to Request 82 are provided on a monthly basis in the future.**

With regard to **Request No. 99** ("List of all class members who are deaf and their ADC numbers"), you stated that ADC does not track or maintain this information. We noted that the document that you produced did not list individuals whom we know are deaf. You indicated that Corizon created this list by running one diagnosis code ("Deaf, nonspeaking, not elsewhere classified (H91.3)"), but agreed that Corizon uses more than one diagnosis code for people who are deaf/hard of hearing. You also confirmed that this information is not maintained or tracked by ADC. You agreed that you would speak with Ms. Guzman and have Corizon run a report with additional diagnosis codes tied to deafness, and **you would supplement this response by March 13, 2019.** Attached is a document that lists common ICD-10 codes used in audiology. We suggest that the search look at ICD-10 diagnosis codes H90, H91.0-91.3, H91.9, H93.01, Q16, and those subcodes therein.

Mr. Valenti's letter stated, and you confirmed on our call, that no information is maintained by ADC or Corizon that is responsive to **Request No. 100** ("List of all class members whose primary form of communication is American Sign Language (ASL) or another sign language and their ADC numbers"). With regard to **Request No. 101** ("All documents regarding provision of sign language interpretation during medical, dental, and mental health encounters at all ASPCs, including (1) policies, procedures, and orders regarding the use of sign language interpreters at such encounters; (2) contract(s) for in-person and video remote interpretation; (3) location of computers used for video remote interpretation; (4) and log of use of sign language interpretation for the past three years"), Mr. Valenti's letter pointed to DO 108 as responsive to the request for all "policies, procedures, and orders," and stated that Corizon has a "national contract with LanguageLine, which provides video interpreting; it includes American Sign Language." **However, you did not produce any documents showing that such a contract exists.** Similarly, Mr. Valenti's letter asserted, and you confirmed on the call, that there is no written record showing where Video Remote Interpreting computers are located, nor does Corizon maintain any logs regarding the use of sign language interpreters in heath care encounters. Again, you stated that ADC does not track this information.

With respect to **Request No. 95** ("For each applicable Arizona State prison complex, the log of all class members (and their ADC numbers) who are currently subjected to involuntary medication"), the document you produced (ADCM1561783-1561789) is undated, and on our call you were unable to state the effective date of the document. **Please state the date this document was prepared, and confirm that it lists all ADC prisoners who were subject to an involuntary medication order as of that date.**

Mr. Timothy Bojanowski
RE: *Parsons v. Ryan*
Outstanding Document Production
March 7, 2019
Page 3

With respect to **Request No. 102** (requesting all documents supporting six enumerated statements in the January 17, 2019 letter from Tim Bojanowski to Corene Kendrick), you produced a one-page memo from Lynn Calcote (ADCM1561790).  On our call you confirmed that this is the only document responsive to this Request, and that Defendants are not withholding any responsive documents based upon the objections asserted on pp. 8-9 of Richard Valenti's March 6, 2019 letter.

Thank you for your attention to these matters.

Sincerely,

Corene Kendrick, Staff Attorney



**ASHA**
Audiology
The Largest Association of
Audiology Professionals

# 2019 ICD-10-CM Diagnosis Codes
## RELATED TO HEARING AND VESTIBULAR DISORDERS



October 1, 2018

# General Information

This ASHA document provides a listing of the *2019 International Classification of Diseases, Tenth Revision, Clinical Modification (ICD-10-CM)* codes related to hearing and vestibular disorders. This document is **not** a comprehensive list and a number of codes are included for information purposes only. Entries with only three or four digits may require coding to a higher degree of specificity than indicated here. However, in general, audiology related diagnoses are listed to their highest level of specificity.

For the most up-to-date information on ICD coding, go to ASHA's Billing and Reimbursement website at www.asha.org/Practice/reimbursement/coding/ICD-10/.

A listing of new ICD-10-CM codes effective October 1, 2018, is available at www.asha.org/Practice/reimbursement/coding/New-and-Revised-ICD-10-CM-Codes-for-Audiology/.

For additional information, contact the health care education and policy team at reimbursement@asha.org.

# Table of Contents

**General Information** ............................................................................................................. 2

**ICD-10-CM Diagnosis Codes** .............................................................................................. 4

    Overview ....................................................................................................................... 4

    Scope   .......................................................................................................................... 4

    Purpose ......................................................................................................................... 4

    Relation to Professional Scope of Practice ................................................................... 4

    Official ICD-10-CM Websites ......................................................................................... 4

    ASHA Resources .......................................................................................................... 4

**Instructional Notations** ........................................................................................................ 5

**ICD-10-CM Tabular List of Diseases and Injuries** ............................................................ 6

    Ch. 6: Diseases of the nervous system (G00-G99) ..................................................... 6

    Ch. 8: Diseases of the ear and mastoid process (H60-H95) ........................................ 6

    Ch. 17: Congenital malformations, deformations and chromosomal abnormalities
    (Q00-Q99) .................................................................................................................. 33

    Ch. 18: Symptoms, signs and abnormal clinical and laboratory findings, not elsewhere
    classified (R00-R99) .................................................................................................. 35

    Ch. 19: Injury, poisoning and certain other consequences of external causes (S00-T88) .... 36

    Ch. 20:  External causes of morbidity (V00-Y99) ....................................................... 48

    Ch. 21:  Factors Influencing Health Status and Contact with Health Services (Z00-Z99) ..... 49

**ICD-10-PCS (Procedure Coding System) for Audiologists** ....................................... 57

# ICD-10-CM Diagnosis Codes

**Overview**

On October 1, 2015, the **International Classification of Diseases, 10th Revision (ICD-10)** replaced ICD-9 (9th Revision) as the official system of assigning codes to diagnoses and procedures associated with hospital utilization in the United States. The **ICD** is also used to code and classify mortality data from death certificates.

ICD-10 includes the ICD-10-CM (clinical modification) and ICD-10-PCS (procedure coding system). The ICD-10 is owned by the World Health Organization (WHO). The clinical modification was developed by the Centers for Disease Control and Prevention for use in all U.S. health care treatment settings. The procedure coding system (ICD-10-PCS) was developed by the Centers for Medicare and Medicaid Services for use in the U.S. for inpatient hospital settings only. **This product only includes audiology related ICD-10-CM codes.**

**Scope**

The intent of ICD-10-CM is to standardize disease and procedure classification throughout the United States and to gather data about basic health statistics.

**Purpose**

HIPAA legislation requires the ICD-10-CM to be used for health services billing and record keeping. The effective implementation date for ICD-10-CM (and ICD-10-PCS) was October 1, 2015.

**Relation to Professional Scope of Practice**

The audiologist practicing in a health care setting, especially a hospital, may have to code delivery of services according to the ICD-10-CM. Audiologists whose services may be billed to third-party payers may also be required to report ICD-10-CM codes.

**Official ICD-10-CM Websites**

- National Center for Health Statistics: www.cdc.gov/nchs/icd/icd10.htm

- Centers for Medicare and Medicaid Services: www.cms.gov/ICD10/

- ICD-10-CM Official Guidelines for Coding and Reporting:
  www.cdc.gov/nchs/icd/data/10cmguidelines-FY2019-final.pdf

**ASHA Resources**

- ICD-10-CM Diagnosis Codes for Audiology and Speech-Language Pathology:
  www.asha.org/Practice/reimbursement/coding/ICD-10/

- ICD-10-CM Coding FAQs for Audiologists and SLPs:
  www.asha.org/Practice/reimbursement/coding/ICD-10-CM-Coding-FAQs-for-Audiologists-and-SLPs/

- Coding Normal Results: www.asha.org/practice/reimbursement/coding/normalresults/

- Coding to the Highest Degree of Specificity:
  www.asha.org/practice/reimbursement/coding/codespecificity/

# Instructional Notations

The following instructional notations are from the published *ICD-10-CM Tabular List of Diseases and Injuries* (www.cdc.gov/nchs/icd/icd10cm.htm).

**Includes**
The word 'Includes' appears immediately under certain categories to further define, or give examples of, the content of the category.

**Excludes Notes**
The ICD-10-CM has two types of excludes notes. Each note has a different definition for use but they are both similar in that they indicate that codes excluded from each other are independent of each other.

> ### Excludes1
> A type 1 Excludes note is a pure excludes. It means 'NOT CODED HERE!' An Excludes1 note indicates that the code excluded should never be used at the same time as the code above the Excludes1 note. An Excludes1 is used when two conditions cannot occur together, such as a congenital form versus an acquired form of the same condition. **(ASHA Note: In other words, never report the listed codes together)**

> ### Excludes2 (Can use the listed codes together)
> A type 2 excludes note represents 'Not included here'. An excludes2 note indicates that the condition excluded is not part of the condition it is excluded from but a patient may have both conditions at the same time. When an Excludes2 note appears under a code it is acceptable to use both the code and the excluded code together. **(ASHA Note: In other words, codes can be listed together)**

**Code First/Use Additional Code notes (etiology/manifestation paired codes)**
Certain conditions have both an underlying etiology and multiple body system manifestations due to the underlying etiology. For such conditions the ICD-10-CM has a coding convention that requires the underlying condition be sequenced first followed by the manifestation. Wherever such a combination exists there is a 'use additional code' note at the etiology code, and a 'code first' note at the manifestation code. These instructional notes indicate the proper sequencing order of the codes, etiology followed by manifestation.

In most cases the manifestation codes will have in the code title, 'in diseases classified elsewhere.' Codes with this title area component of the etiology/ manifestation convention. The code title indicates that it is a manifestation code. 'In diseases classified elsewhere' codes are never permitted to be used as first listed or principal diagnosis codes. They must be used in conjunction with an underlying condition code and they must be listed following the underlying condition.

**Code Also**
A code also note instructs that 2 codes may be required to fully describe a condition but the sequencing of the two codes is discretionary, depending on the severity of the conditions and the reason for the encounter.

**7th characters and placeholder X**
For codes less than 6 characters that require a 7th character a placeholder X should be assigned for all characters less than 6. The 7th character must always be the 7th character of a code.

**ASHA Note:** Certain ICD-10-CM categories have applicable 7th characters. The seventh character of ICD-10 is often a required character in codes involving, for example, injuries and poisonings (Chapter 19, S00-T88). The purpose of the 7th character is to communicate to the payer the "type of encounter" such as initial (A), subsequent (D), or sequela (S). Any codes requiring a 7th character will be clearly indicated. Not all codes require a 7th character.

# ICD-10-CM Tabular List of Diseases and Injuries

*Related to hearing and vestibular disorders*

> **Note:** This is **not** a comprehensive list and a number of codes are included for information purposes only. Some categories of codes (e.g., specific ear diseases) may be more extensive, contain additional instructional notes, and may also require coding to a higher degree of specificity than indicated here. However, in general, audiology related diagnoses are listed to their highest level of specificity. For a full list of ICD-10-CM codes, descriptors, and instructions, see the official ICD-10-CM publication at www.cdc.gov/nchs/icd/icd10cm.htm.

## Ch. 6: Diseases of the nervous system (G00-G99)

### *Other disorders of the nervous system (G89-G99)*

**G96**  Other disorders of central nervous system

    **G96.0**  Cerebrospinal fluid leak

        **Excludes1:**  cerebrospinal fluid leak from spinal puncture (G97.0)

## Ch. 8: Diseases of the ear and mastoid process (H60-H95)

**Note:**  Use an external cause code following the code for the ear condition, if applicable, to identify the cause of the ear condition

**Excludes2:**  certain conditions originating in the perinatal period (P04-P96)

        certain infectious and parasitic diseases (A00-B99)

        complications of pregnancy, childbirth and the puerperium (O00-O9A)

        congenital malformations, deformations and chromosomal abnormalities (Q00-Q99)

        endocrine, nutritional and metabolic diseases (E00-E88)

        injury, poisoning and certain other consequences of external causes (S00-T88)

        neoplasms (C00-D49)

        symptoms, signs and abnormal clinical and laboratory findings, not elsewhere classified (R00-R94)

**This chapter contains the following blocks:**

H60-H62:  Diseases of external ear

H65-H75:  Diseases of middle ear and mastoid

H80-H83:  Diseases of inner ear

H90-H94:  Other disorders of ear

H95:  Intraoperative and postprocedural complications and disorders of ear and mastoid process, not elsewhere classified

---

✓ Code commonly used by audiologists      ❖ Additional digits not listed here

## *Diseases of external ear (H60-H62)*

**H60**  Otitis externa

    **H60.0**  Abscess of external ear
    Boil of external ear
    Carbuncle of auricle or external auditory canal
    Furuncle of external ear

        **H60.00**  Abscess of external ear, unspecified ear

        **H60.01**  Abscess of right external ear

        **H60.02**  Abscess of left external ear

        **H60.03**  Abscess of external ear, bilateral

    **H60.1**  Cellulitis of external ear
    Cellulitis of auricle
    Cellulitis of external auditory canal

        **H60.10**  Cellulitis of external ear, unspecified ear

        **H60.11**  Cellulitis of right external ear

        **H60.12**  Cellulitis of left external ear

        **H60.13**  Cellulitis of external ear, bilateral

    **H60.2**  Malignant otitis externa

        **H60.20**  Malignant otitis externa, unspecified ear

        **H60.21**  Malignant otitis externa, right ear

        **H60.22**  Malignant otitis externa, left ear

        **H60.23**  Malignant otitis externa, bilateral

    **H60.3**  Other infective otitis externa

        **H60.31**  Diffuse otitis externa

            **H60.311**  Diffuse otitis externa, right ear

            **H60.312**  Diffuse otitis externa, left ear

            **H60.313**  Diffuse otitis externa, bilateral

            **H60.319**  Diffuse otitis externa, unspecified ear

        **H60.32**  Hemorrhagic otitis externa

            **H60.321**  Hemorrhagic otitis externa, right ear

            **H60.322**  Hemorrhagic otitis externa, left ear

            **H60.323**  Hemorrhagic otitis externa, bilateral

            **H60.329**  Hemorrhagic otitis externa, unspecified ear

        **H60.33**  Swimmer's ear

            **H60.331**  Swimmer's ear, right ear

            **H60.332**  Swimmer's ear, left ear

            **H60.333**  Swimmer's ear, bilateral

            **H60.339**  Swimmer's ear, unspecified ear

**H60.39**   Other infective otitis externa

 **H60.391**   Other infective otitis externa, right ear

 **H60.392**   Other infective otitis externa, left ear

 **H60.393**   Other infective otitis externa, bilateral

 **H60.399**   Other infective otitis externa, unspecified ear

**H60.4**   Cholesteatoma of external ear
Keratosis obturans of external ear (canal)

**Excludes2:**   cholesteatoma of middle ear (H71.-)
recurrent cholesteatoma of postmastoidectomy cavity (H95.0-)

**H60.40**   Cholesteatoma of external ear, unspecified ear

**H60.41**   Cholesteatoma of right external ear

**H60.42**   Cholesteatoma of left external ear

**H60.43**   Cholesteatoma of external ear, bilateral

❖   **H60.5**   Acute noninfective otitis externa

❖   **H60.6**   Unspecified chronic otitis externa

❖   **H60.8**   Other otitis externa

❖   **H60.9**   Unspecified otitis externa

**H61**   Other disorders of external ear

**H61.0**   Chondritis and perichondritis of external ear
Chondrodermatitis nodularis chronica helicis
Perichondritis of auricle
Perichondritis of pinna

**H61.00**   Unspecified perichondritis of external ear

 **H61.001**   Unspecified perichondritis of right external ear

 **H61.002**   Unspecified perichondritis of left external ear

 **H61.003**   Unspecified perichondritis of external ear, bilateral

 **H61.009**   Unspecified perichondritis of external ear, unspecified ear

**H61.01**   Acute perichondritis of external ear

 **H61.011**   Acute perichondritis of right external ear

 **H61.012**   Acute perichondritis of left external ear

 **H61.013**   Acute perichondritis of external ear, bilateral

 **H61.019**   Acute perichondritis of external ear, unspecified ear

**H61.02**   Chronic perichondritis of external ear

 **H61.021**   Chronic perichondritis of right external ear

 **H61.022**   Chronic perichondritis of left external ear

 **H61.023**   Chronic perichondritis of external ear, bilateral

 **H61.029**   Chronic perichondritis of external ear, unspecified ear

**H61.03**   Chondritis of external ear
Chondritis of auricle
Chondritis of pinna

    **H61.031**   Chondritis of right external ear

    **H61.032**   Chondritis of left external ear

    **H61.033**   Chondritis of external ear, bilateral

    **H61.039**   Chondritis of external ear, unspecified ear

**H61.1**   Noninfective disorders of pinna

**Excludes2:**   cauliflower ear (M95.1-)
gouty tophi of ear (M1A-)

**H61.10**   Unspecified noninfective disorders of pinna
Disorder of pinna NOS

    **H61.101**   Unspecified noninfective disorders of pinna, right ear

    **H61.102**   Unspecified noninfective disorders of pinna, left ear

    **H61.103**   Unspecified noninfective disorders of pinna, bilateral

    **H61.109**   Unspecified noninfective disorders of pinna, unspecified ear

**H61.11**   Acquired deformity of pinna
Acquired deformity of auricle

    **Excludes2:**   cauliflower ear (M95.1-)

    **H61.111**   Acquired deformity of pinna, right ear

    **H61.112**   Acquired deformity of pinna, left ear

    **H61.113**   Acquired deformity of pinna, bilateral

    **H61.119**   Acquired deformity of pinna, unspecified ear

**H61.12**   Hematoma of pinna
Hematoma of auricle

    **H61.121**   Hematoma of pinna, right ear

    **H61.122**   Hematoma of pinna, left ear

    **H61.123**   Hematoma of pinna, bilateral

    **H61.129**   Hematoma of pinna, unspecified ear

**H61.19**   Other noninfective disorders of pinna

    **H61.191**   Noninfective disorders of pinna, right ear

    **H61.192**   Noninfective disorders of pinna, left ear

    **H61.193**   Noninfective disorders of pinna, bilateral

    **H61.199**   Noninfective disorders of pinna, unspecified ear

**H61.2**   Impacted cerumen
Wax in ear

    **H61.20**   Impacted cerumen, unspecified ear

    **H61.21**   Impacted cerumen, right ear

**H61.22**   Impacted cerumen, left ear

**H61.23**   Impacted cerumen, bilateral

**H61.3**  Acquired stenosis of external ear canal
Collapse of external ear canal

**Excludes1:**  postprocedural stenosis of external ear canal (H95.81-)

**H61.30**   Acquired stenosis of external ear canal, unspecified

**H61.301**   Acquired stenosis of right external ear canal, unspecified

**H61.302**   Acquired stenosis of left external ear canal, unspecified

**H61.303**   Acquired stenosis of external ear canal, unspecified, bilateral

**H61.309**   Acquired stenosis of external ear canal, unspecified, unspecified ear

**H61.31**   Acquired stenosis of external ear canal secondary to trauma

**H61.311**   Acquired stenosis of right external ear canal secondary to trauma

**H61.312**   Acquired stenosis of left external ear canal secondary to trauma

**H61.313**   Acquired stenosis of external ear canal secondary to trauma, bilateral

**H61.319**   Acquired stenosis of external ear canal secondary to trauma, unspecified ear

**H61.32**   Acquired stenosis of external ear canal secondary to inflammation and infection

**H61.321**   Acquired stenosis of right external ear canal secondary to inflammation and infection

**H61.322**   Acquired stenosis of left external ear canal secondary to inflammation and infection

**H61.323**   Acquired stenosis of external ear canal secondary to inflammation and infection, bilateral

**H61.329**   Acquired stenosis of external ear canal secondary to inflammation and infection, unspecified ear

**H61.39**   Other acquired stenosis of external ear canal

**H61.391**   Other acquired stenosis of right external ear canal

**H61.392**   Other acquired stenosis of left external ear canal

**H61.393**   Other acquired stenosis of external ear canal, bilateral

**H61.399**   Other acquired stenosis of external ear canal, unspecified ear

**H61.8**  Other specified disorders of external ear

**H61.81**   Exostosis of external canal

**H61.811**   Exostosis of right external canal

**H61.812**   Exostosis of left external canal

**H61.813**   Exostosis of external canal, bilateral

**H61.819**   Exostosis of external canal, unspecified ear

**H61.89**   Other specified disorders of external ear

**H61.891**   Other specified disorders of right external ear

---

✓ Code commonly used by audiologists         ❖ Additional digits not listed here

    **H61.892** Other specified disorders of left external ear

    **H61.893** Other specified disorders of external ear, bilateral

    **H61.899** Other specified disorders of external ear, unspecified ear

  **H61.9** Disorder of external ear, unspecified

    **H61.90** Disorder of external ear, unspecified, unspecified ear

    **H61.91** Disorder of right external ear, unspecified

    **H61.92** Disorder of left external ear, unspecified

    **H61.93** Disorder of external ear, unspecified, bilateral

❖ **H62** Disorders of external ear in diseases classified elsewhere

### *Diseases of middle ear and mastoid (H65-H75)*

**H65** Nonsuppurative otitis media

  **Includes:** nonsuppurative otitis media with myringitis

  **Use additional** code for any associated perforated tympanic membrane (H72.-)

  **Use additional** code to identify:
    exposure to environmental tobacco smoke (Z77.22)
    exposure to tobacco smoke in the perinatal period (P96.81)
    history of tobacco use (Z87.891)
    occupational exposure to environmental tobacco smoke (Z57.31)
    tobacco dependence (F17.-)
    tobacco use (Z72.0)

  **H65.0** Acute serous otitis media
    Acute and subacute secretory otitis

    **H65.00** Acute serous otitis media, unspecified ear

    **H65.01** Acute serous otitis media, right ear

    **H65.02** Acute serous otitis media, left ear

    **H65.03** Acute serous otitis media, bilateral

    **H65.04** Acute serous otitis media, recurrent, right ear

    **H65.05** Acute serous otitis media, recurrent, left ear

    **H65.06** Acute serous otitis media, recurrent, bilateral

    **H65.07** Acute serous otitis media, recurrent, unspecified ear

  **H65.1** Other acute nonsuppurative otitis media

    **Excludes1:** otitic barotrauma (T70.0)
         otitis media (acute) NOS (H66.9)

    **H65.11** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous)

      **H65.111** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), right ear

      **H65.112** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), left ear

---

**H65.113** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), bilateral

**H65.114** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), recurrent, right ear

**H65.115** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), recurrent, left ear

**H65.116** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), recurrent, bilateral

**H65.117** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), recurrent, unspecified ear

**H65.119** Acute and subacute allergic otitis media (mucoid) (sanguinous) (serous), unspecified ear

**H65.19** Other acute nonsuppurative otitis media
Acute and subacute mucoid otitis media
Acute and subacute nonsuppurative otitis media NOS
Acute and subacute sanguinous otitis media
Acute and subacute seromucinous otitis media

**H65.191** Other acute nonsuppurative otitis media, right ear

**H65.192** Other acute nonsuppurative otitis media, left ear

**H65.193** Other acute nonsuppurative otitis media, bilateral

**H65.194** Other acute nonsuppurative otitis media, recurrent, right ear

**H65.195** Other acute nonsuppurative otitis media, recurrent, left ear

**H65.196** Other acute nonsuppurative otitis media, recurrent, bilateral

**H65.197** Other acute nonsuppurative otitis media recurrent, unspecified ear

**H65.199** Other acute nonsuppurative otitis media, unspecified ear

**H65.2** Chronic serous otitis media
Chronic tubotympanal catarrh

**H65.20** Chronic serous otitis media, unspecified ear

**H65.21** Chronic serous otitis media, right ear

**H65.22** Chronic serous otitis media, left ear

**H65.23** Chronic serous otitis media, bilateral

**H65.3** Chronic mucoid otitis media
Chronic mucinous otitis media
Chronic secretory otitis media
Chronic transudative otitis media
Glue ear

**Excludes1:** adhesive middle ear disease (H74.1)

**H65.30** Chronic mucoid otitis media, unspecified ear

**H65.31** Chronic mucoid otitis media, right ear

**H65.32** Chronic mucoid otitis media, left ear

**H65.33** Chronic mucoid otitis media, bilateral

**H65.4**  Other chronic nonsuppurative otitis media

    **H65.41**  Chronic allergic otitis media

        **H65.411**  Chronic allergic otitis media, right ear

        **H65.412**  Chronic allergic otitis media, left ear

        **H65.413**  Chronic allergic otitis media, bilateral

        **H65.419**  Chronic allergic otitis media, unspecified ear

    **H65.49**  Other chronic nonsuppurative otitis media
Chronic exudative otitis media
Chronic nonsuppurative otitis media NOS
Chronic otitis media with effusion (nonpurulent)
Chronic seromucinous otitis media

        **H65.491**  Other chronic nonsuppurative otitis media, right ear

        **H65.492**  Other chronic nonsuppurative otitis media, left ear

        **H65.493**  Other chronic nonsuppurative otitis media, bilateral

        **H65.499**  Other chronic nonsuppurative otitis media, unspecified ear

**H65.9**  Unspecified nonsuppurative otitis media
Allergic otitis media NOS
Catarrhal otitis media NOS
Exudative otitis media NOS
Mucoid otitis media NOS
Otitis media with effusion (nonpurulent) NOS
Secretory otitis media NOS
Seromucinous otitis media NOS
Serous otitis media NOS
Transudative otitis media NOS

    **H65.90**  Unspecified nonsuppurative otitis media, unspecified ear

    **H65.91**  Unspecified nonsuppurative otitis media, right ear

    **H65.92**  Unspecified nonsuppurative otitis media, left ear

    **H65.93**  Unspecified nonsuppurative otitis media, bilateral

**H66**  Suppurative and unspecified otitis media

    **Includes:**  suppurative and unspecified otitis media with myringitis

    **Use additional** code for any associated perforated tympanic membrane (H72.-)

    **Use additional** code to identify:
exposure to environmental tobacco smoke (Z77.22)
exposure to tobacco smoke in the perinatal period (P96.81)
history of tobacco use (Z87.891)
occupational exposure to environmental tobacco smoke (Z57.31)
tobacco dependence (F17.-)
tobacco use (Z72.0)

    **H66.0**  Acute suppurative otitis media

        **H66.00**  Acute suppurative otitis media without spontaneous rupture of ear drum

---

✓ Code commonly used by audiologists        ❖ Additional digits not listed here

**H66.001** Acute suppurative otitis media without spontaneous rupture of ear drum, right ear

**H66.002** Acute suppurative otitis media without spontaneous rupture of ear drum, left ear

**H66.003** Acute suppurative otitis media without spontaneous rupture of ear drum, bilateral

**H66.004** Acute suppurative otitis media without spontaneous rupture of ear drum, recurrent, right ear

**H66.005** Acute suppurative otitis media without spontaneous rupture of ear drum, recurrent, left ear

**H66.006** Acute suppurative otitis media without spontaneous rupture of ear drum, recurrent, bilateral

**H66.007** Acute suppurative otitis media without spontaneous rupture of ear drum, recurrent, unspecified ear

**H66.009** Acute suppurative otitis media without spontaneous rupture of ear drum, unspecified ear

**H66.01** Acute suppurative otitis media with spontaneous rupture of ear drum

**H66.011** Acute suppurative otitis media with spontaneous rupture of ear drum, right ear

**H66.012** Acute suppurative otitis media with spontaneous rupture of ear drum, left ear

**H66.013** Acute suppurative otitis media with spontaneous rupture of ear drum, bilateral

**H66.01**4 Acute suppurative otitis media with spontaneous rupture of ear drum, recurrent, right ear

**H66.015** Acute suppurative otitis media with spontaneous rupture of ear drum, recurrent, left ear

**H66.016** Acute suppurative otitis media with spontaneous rupture of ear drum, recurrent, bilateral

**H66.017** Acute suppurative otitis media with spontaneous rupture of ear drum, recurrent, unspecified ear

**H66.019** Acute suppurative otitis media with spontaneous rupture of ear drum, unspecified ear

**H66.1** Chronic tubotympanic suppurative otitis media
Benign chronic suppurative otitis media
Chronic tubotympanic disease

**Use additional** code for any associated perforated tympanic membrane (H72.-)

**H66.10** Chronic tubotympanic suppurative otitis media, unspecified

**H66.11** Chronic tubotympanic suppurative otitis media, right ear

**H66.12** Chronic tubotympanic suppurative otitis media, left ear

**H66.13** Chronic tubotympanic suppurative otitis media, bilateral

**H66.2**  Chronic atticoantral suppurative otitis media
Chronic atticoantral disease

**H66.20**  Chronic atticoantral suppurative otitis media, unspecified ear

**H66.21**  Chronic atticoantral suppurative otitis media, right ear

**H66.22**  Chronic atticoantral suppurative otitis media, left ear

**H66.23**  Chronic atticoantral suppurative otitis media, bilateral

**H66.3**  Other chronic suppurative otitis media
Chronic suppurative otitis media NOS

**Use additional** code for any associated perforated tympanic membrane (H72.-)

**Excludes1:**  tuberculous otitis media (A18.6)

**H66.3X**  Other chronic suppurative otitis media

**H66.3X1**  Other chronic suppurative otitis media, right ear

**H66.3X2**  Other chronic suppurative otitis media, left ear

**H66.3X3**  Other chronic suppurative otitis media, bilateral

**H66.3X9**  Other chronic suppurative otitis media, unspecified ear

**H66.4**  Suppurative otitis media, unspecified
Purulent otitis media NOS

**Use additional** code for any associated perforated tympanic membrane (H72.-)

**H66.40**  Suppurative otitis media, unspecified, unspecified ear

**H66.41**  Suppurative otitis media, unspecified, right ear

**H66.42**  Suppurative otitis media, unspecified, left ear

**H66.43**  Suppurative otitis media, unspecified, bilateral

**H66.9**  Otitis media, unspecified
Otitis media NOS
Acute otitis media NOS
Chronic otitis media NOS

**Use additional** code for any associated perforated tympanic membrane (H72.-)

**H66.90**  Otitis media, unspecified, unspecified ear

**H66.91**  Otitis media, unspecified, right ear

**H66.92**  Otitis media, unspecified, left ear

**H66.93**  Otitis media, unspecified, bilateral

**H67**  Otitis media in diseases classified elsewhere

**Code first** underlying disease, such as:
viral disease NEC (B00-B34)

**Use additional** code for any associated perforated tympanic membrane (H72.-)

**Excludes1:**  otitis media in:
influenza (J09.X9, J10.83, J11.83)
measles (B05.3)
scarlet fever (A38.0)

---

tuberculosis (A18.6)

**H67.1**  Otitis media in diseases classified elsewhere, right ear

**H67.2**  Otitis media in diseases classified elsewhere, left ear

**H67.3**  Otitis media in diseases classified elsewhere, bilateral

**H67.9**  Otitis media in diseases classified elsewhere, unspecified ear

**H68**  Eustachian salpingitis and obstruction

    **H68.0**  Eustachian salpingitis

        **H68.00**  Unspecified Eustachian salpingitis

            **H68.001**  Unspecified Eustachian salpingitis, right ear

            **H68.002**  Unspecified Eustachian salpingitis, left ear

            **H68.003**  Unspecified Eustachian salpingitis, bilateral

            **H68.009**  Unspecified Eustachian salpingitis, unspecified ear

        **H68.01**  Acute Eustachian salpingitis

            **H68.011**  Acute Eustachian salpingitis, right ear

            **H68.012**  Acute Eustachian salpingitis, left ear

            **H68.013**  Acute Eustachian salpingitis, bilateral

            **H68.019**  Acute Eustachian salpingitis, unspecified ear

        **H68.02**  Chronic Eustachian salpingitis

            **H68.021**  Chronic Eustachian salpingitis, right ear

            **H68.022**  Chronic Eustachian salpingitis, left ear

            **H68.023**  Chronic Eustachian salpingitis, bilateral

            **H68.029**  Chronic Eustachian salpingitis, unspecified ear

    **H68.1**  Obstruction of Eustachian tube
          Stenosis of Eustachian tube
          Stricture of Eustachian tube

        **H68.10**  Unspecified obstruction of Eustachian tube

            **H68.101**  Unspecified obstruction of Eustachian tube, right ear

            **H68.102**  Unspecified obstruction of Eustachian tube, left ear

            **H68.103**  Unspecified obstruction of Eustachian tube, bilateral

            **H68.109**  Unspecified obstruction of Eustachian tube, unspecified ear

        **H68.11**  Osseous obstruction of Eustachian tube

            **H68.111**  Osseous obstruction of Eustachian tube, right ear

            **H68.112**  Osseous obstruction of Eustachian tube, left ear

            **H68.113**  Osseous obstruction of Eustachian tube, bilateral

            **H68.119**  Osseous obstruction of Eustachian tube, unspecified ear

        **H68.12**  Intrinsic cartilagenous obstruction of Eustachian tube

            **H68.121**  Intrinsic cartilagenous obstruction of Eustachian tube, right ear

---

**H68.122**   Intrinsic cartilagenous obstruction of Eustachian tube, left ear

**H68.123**   Intrinsic cartilagenous obstruction of Eustachian tube, bilateral

**H68.129**   Intrinsic cartilagenous obstruction of Eustachian tube, unspecified ear

**H68.13**   Extrinsic cartilagenous obstruction of Eustachian tube
Compression of Eustachian tube

**H68.131**   Extrinsic cartilagenous obstruction of Eustachian tube, right ear

**H68.132**   Extrinsic cartilagenous obstruction of Eustachian tube, left ear

**H68.133**   Extrinsic cartilagenous obstruction of Eustachian tube, bilateral

**H68.139**   Extrinsic cartilagenous obstruction of Eustachian tube, unspecified ear

**H69**   Other and unspecified disorders of Eustachian tube

**H69.0**   Patulous Eustachian tube

**H69.00**   Patulous Eustachian tube, unspecified ear

**H69.01**   Patulous Eustachian tube, right ear

**H69.02**   Patulous Eustachian tube, left ear

**H69.03**   Patulous Eustachian tube, bilateral

**H69.8**   Other specified disorders of Eustachian tube

**H69.80**   Other specified disorders of Eustachian tube, unspecified ear

**H69.81**   Other specified disorders of Eustachian tube, right ear

**H69.82**   Other specified disorders of Eustachian tube, left ear

**H69.83**   Other specified disorders of Eustachian tube, bilateral

**H69.9**   Unspecified Eustachian tube disorder

**H69.90**   Unspecified Eustachian tube disorder, unspecified ear

**H69.91**   Unspecified Eustachian tube disorder, right ear

**H69.92**   Unspecified Eustachian tube disorder, left ear

**H69.93**   Unspecified Eustachian tube disorder, bilateral

**H70**   Mastoiditis and related conditions

**H70.0**   Acute mastoiditis
Abscess of mastoid
Empyema of mastoid

**H70.00**   Acute mastoiditis without complications

**H70.001**   Acute mastoiditis without complications, right ear

**H70.002**   Acute mastoiditis without complications, left ear

**H70.003**   Acute mastoiditis without complications, bilateral

**H70.009**   Acute mastoiditis without complications, unspecified ear

**H70.01**   Subperiosteal abscess of mastoid

**H70.011**   Subperiosteal abscess of mastoid, right ear

     **H70.012**  Subperiosteal abscess of mastoid, left ear

     **H70.013**  Subperiosteal abscess of mastoid, bilateral

     **H70.019**  Subperiosteal abscess of mastoid, unspecified ear

**H70.09**  Acute mastoiditis with other complications

     **H70.091**  Acute mastoiditis with other complications, right ear

     **H70.092**  Acute mastoiditis with other complications, left ear

     **H70.093**  Acute mastoiditis with other complications, bilateral

     **H70.099**  Acute mastoiditis with other complications, unspecified ear

**H70.1**  Chronic mastoiditis
Caries of mastoid
Fistula of mastoid

  **Excludes1:**  tuberculous mastoiditis (A18.03)

  **H70.10**  Chronic mastoiditis, unspecified ear

  **H70.11**  Chronic mastoiditis, right ear

  **H70.12**  Chronic mastoiditis, left ear

  **H70.13**  Chronic mastoiditis, bilateral

**H70.2**  Petrositis
Inflammation of petrous bone

  **H70.20**  Unspecified petrositis

     **H70.201**  Unspecified petrositis, right ear

     **H70.202**  Unspecified petrositis, left ear

     **H70.203**  Unspecified petrositis, bilateral

     **H70.209**  Unspecified petrositis, unspecified ear

  **H70.21**  Acute petrositis

     **H70.211**  Acute petrositis, right ear

     **H70.212**  Acute petrositis, left ear

     **H70.213**  Acute petrositis, bilateral

     **H70.219**  Acute petrositis, unspecified ear

  **H70.22**  Chronic petrositis

     **H70.221**  Chronic petrositis, right ear

     **H70.222**  Chronic petrositis, left ear

     **H70.223**  Chronic petrositis, bilateral

     **H70.229**  Chronic petrositis, unspecified ear

**H70.8**  Other mastoiditis and related conditions

  **Excludes1:**  preauricular sinus and cyst (Q18.1)
      sinus, fistula, and cyst of branchial cleft (Q18.0)

  **H70.81**  Postauricular fistula

     **H70.811**  Postauricular fistula, right ear

   **H70.812** Postauricular fistula, left ear

   **H70.813** Postauricular fistula, bilateral

   **H70.819** Postauricular fistula, unspecified ear

  **H70.89** Other mastoiditis and related conditions

   **H70.891** Other mastoiditis and related conditions, right ear

   **H70.892** Other mastoiditis and related conditions, left ear

   **H70.893** Other mastoiditis and related conditions, bilateral

   **H70.899** Other mastoiditis and related conditions, unspecified ear

 **H70.9** Unspecified mastoiditis

  **H70.90** Unspecified mastoiditis, unspecified ear

  **H70.91** Unspecified mastoiditis, right ear

  **H70.92** Unspecified mastoiditis, left ear

  **H70.93** Unspecified mastoiditis, bilateral

 **H71.2** Cholesteatoma of mastoid

  **H71.20** Cholesteatoma of mastoid, unspecified ear

  **H71.21** Cholesteatoma of mastoid, right ear

  **H71.22** Cholesteatoma of mastoid, left ear

  **H71.23** Cholesteatoma of mastoid, bilateral

 **H71.3** Diffuse cholesteatosis

  **H71.30** Diffuse cholesteatosis, unspecified ear

  **H71.31** Diffuse cholesteatosis, right ear

  **H71.32** Diffuse cholesteatosis, left ear

  **H71.33** Diffuse cholesteatosis, bilateral

 **H71.9** Unspecified cholesteatoma

  **H71.90** Unspecified cholesteatoma, unspecified ear

  **H71.91** Unspecified cholesteatoma, right ear

  **H71.92** Unspecified cholesteatoma, left ear

  **H71.93** Unspecified cholesteatoma, bilateral

**H72** Perforation of tympanic membrane

 **Includes:** persistent post-traumatic perforation of ear drum

   postinflammatory perforation of ear drum

 **Code first** any associated otitis media (H65.-, H66.1-, H66.2-, H66.3-, H66.4-, H66.9-, H67.-)

 **Excludes1:** acute suppurative otitis media with rupture of the tympanic membrane (H66.01-)

   traumatic rupture of ear drum (S09.2-)

 **H72.0** Central perforation of tympanic membrane

  **H72.00** Central perforation of tympanic membrane, unspecified ear

  **H72.01** Central perforation of tympanic membrane, right ear

---

**H72.02**   Central perforation of tympanic membrane, left ear

**H72.03**   Central perforation of tympanic membrane, bilateral

**H72.1**   Attic perforation of tympanic membrane
Perforation of pars flaccida

**H72.10**   Attic perforation of tympanic membrane, unspecified ear

**H72.11**   Attic perforation of tympanic membrane, right ear

**H72.12**   Attic perforation of tympanic membrane, left ear

**H72.13**   Attic perforation of tympanic membrane, bilateral

**H72.2**   Other marginal perforations of tympanic membrane

**H72.2X**   Other marginal perforations of tympanic membrane

**H72.2X1**   Other marginal perforations of tympanic membrane, right ear

**H72.2X2**   Other marginal perforations of tympanic membrane, left ear

**H72.2X3**   Other marginal perforations of tympanic membrane, bilateral

**H72.2X9**   Other marginal perforations of tympanic membrane, unspecified ear

**H72.8**   Other perforations of tympanic membrane

**H72.81**   Multiple perforations of tympanic membrane

**H72.811**   Multiple perforations of tympanic membrane, right ear

**H72.812**   Multiple perforations of tympanic membrane, left ear

**H72.813**   Multiple perforations of tympanic membrane, bilateral

**H72.819**   Multiple perforations of tympanic membrane, unspecified ear

**H72.82**   Total perforations of tympanic membrane

**H72.821**   Total perforations of tympanic membrane, right ear

**H72.822**   Total perforations of tympanic membrane, left ear

**H72.823**   Total perforations of tympanic membrane, bilateral

**H72.829**   Total perforations of tympanic membrane, unspecified ear

**H72.9**   Unspecified perforation of tympanic membrane

**H72.90**   Unspecified perforation of tympanic membrane, unspecified ear

**H72.91**   Unspecified perforation of tympanic membrane, right ear

**H72.92**   Unspecified perforation of tympanic membrane, left ear

**H72.93**   Unspecified perforation of tympanic membrane, bilateral

**H73**   Other disorders of tympanic membrane

**H73.0**   Acute myringitis

**Excludes1:**  acute myringitis with otitis media (H65, H66)

**H73.00**   Unspecified acute myringitis
Acute tympanitis NOS

**H73.001**   Acute myringitis, right ear

**H73.002**   Acute myringitis, left ear

**H73.003**  Acute myringitis, bilateral

**H73.009**  Acute myringitis, unspecified ear

**H73.01**  Bullous myringitis

**H73.011**  Bullous myringitis, right ear

**H73.012**  Bullous myringitis, left ear

**H73.013**  Bullous myringitis, bilateral

**H73.019**  Bullous myringitis, unspecified ear

**H73.09**  Other acute myringitis

**H73.091**  Other acute myringitis, right ear

**H73.092**  Other acute myringitis, left ear

**H73.093**  Other acute myringitis, bilateral

**H73.099**  Other acute myringitis, unspecified ear

**H73.1**  Chronic myringitis
Chronic tympanitis

**Excludes1:**  chronic myringitis with otitis media (H65, H66)

**H73.10**  Chronic myringitis, unspecified ear

**H73.11**  Chronic myringitis, right ear

**H73.12**  Chronic myringitis, left ear

**H73.13**  Chronic myringitis, bilateral

**H73.2**  Unspecified myringitis

**H73.20**  Unspecified myringitis, unspecified ear

**H73.21**  Unspecified myringitis, right ear

**H73.22**  Unspecified myringitis, left ear

**H73.23**  Unspecified myringitis, bilateral

**H73.8**  Other specified disorders of tympanic membrane

**H73.81**  Atrophic flaccid tympanic membrane

**H73.811**  Atrophic flaccid tympanic membrane, right ear

**H73.812**  Atrophic flaccid tympanic membrane, left ear

**H73.813**  Atrophic flaccid tympanic membrane, bilateral

**H73.819**  Atrophic flaccid tympanic membrane, unspecified ear

**H73.82**  Atrophic nonflaccid tympanic membrane

**H73.821**  Atrophic nonflaccid tympanic membrane, right ear

**H73.822**  Atrophic nonflaccid tympanic membrane, left ear

**H73.823**  Atrophic nonflaccid tympanic membrane, bilateral

**H73.829**  Atrophic nonflaccid tympanic membrane, unspecified ear

**H73.89**  Other specified disorders of tympanic membrane

**H73.891**  Other specified disorders of tympanic membrane, right ear

**H73.892**   Other specified disorders of tympanic membrane, left ear

**H73.893**   Other specified disorders of tympanic membrane, bilateral

**H73.899**   Other specified disorders of tympanic membrane, unspecified ear

**H73.9**   Unspecified disorder of tympanic membrane

**H73.90**   Unspecified disorder of tympanic membrane, unspecified ear

**H73.91**   Unspecified disorder of tympanic membrane, right ear

**H73.92**   Unspecified disorder of tympanic membrane, left ear

**H73.93**   Unspecified disorder of tympanic membrane, bilateral

**H74**   Other disorders of middle ear mastoid

**Excludes2:**  mastoiditis (H70.-)

**H74.0**   Tympanosclerosis

**H74.01**   Tympanosclerosis, right ear

**H74.02**   Tympanosclerosis, left ear

**H74.03**   Tympanosclerosis, bilateral

**H74.09**   Tympanosclerosis, unspecified ear

**H74.1**   Adhesive middle ear disease
Adhesive otitis

**Excludes1:**  glue ear (H65.3-)

**H74.11**   Adhesive right middle ear disease

**H74.12**   Adhesive left middle ear disease

**H74.13**   Adhesive middle ear disease, bilateral

**H74.19**   Adhesive middle ear disease, unspecified ear

**H74.2**   Discontinuity and dislocation of ear ossicles

**H74.20**   Discontinuity and dislocation of ear ossicles, unspecified ear

**H74.21**   Discontinuity and dislocation of right ear ossicles

**H74.22**   Discontinuity and dislocation of left ear ossicles

**H74.23**   Discontinuity and dislocation of ear ossicles, bilateral

**H74.3**   Other acquired abnormalities of ear ossicles

**H74.31**   Ankylosis of ear ossicles

**H74.311**   Ankylosis of ear ossicles, right ear

**H74.312**   Ankylosis of ear ossicles, left ear

**H74.313**   Ankylosis of ear ossicles, bilateral

**H74.319**   Ankylosis of ear ossicles, unspecified ear

**H74.32**   Partial loss of ear ossicles

**H74.321**   Partial loss of ear ossicles, right ear

**H74.322**   Partial loss of ear ossicles, left ear

**H74.323**   Partial loss of ear ossicles, bilateral

**H74.329**  Partial loss of ear ossicles, unspecified ear

**H74.39**  Other acquired abnormalities of ear ossicles

**H74.391**  Other acquired abnormalities of right ear ossicles

**H74.392**  Other acquired abnormalities of left ear ossicles

**H74.393**  Other acquired abnormalities of ear ossicles, bilateral

**H74.399**  Other acquired abnormalities of ear ossicles, unspecified ear

**H74.4**  Polyp of middle ear

**H74.40**  Polyp of middle ear, unspecified ear

**H74.41**  Polyp of right middle ear

**H74.42**  Polyp of left middle ear

**H74.43**  Polyp of middle ear, bilateral

**H74.8**  Other specified disorders of middle ear and mastoid

**H74.8X**  Other specified disorders of middle ear and mastoid

**H74.8X1**  Other specified disorders of right middle ear and mastoid

**H74.8X2**  Other specified disorders of left middle ear and mastoid

**H74.8X3**  Other specified disorders of middle ear and mastoid, bilateral

**H74.8X9**  Other specified disorders of middle ear and mastoid, unspecified ear

**H74.9**  Unspecified disorder of middle ear and mastoid

**H74.90**  Unspecified disorder of middle ear and mastoid, unspecified ear

**H74.91**  Unspecified disorder of right middle ear and mastoid

**H74.92**  Unspecified disorder of left middle ear and mastoid

**H74.93**  Unspecified disorder of middle ear and mastoid, bilateral

**H75**  Other disorders of middle ear and mastoid in diseases classified elsewhere

**Code first** underlying disease

**H75.0**  Mastoiditis in infectious and parasitic diseases classified elsewhere

**Excludes1:**  mastoiditis (in):
syphilis (A52.77)
tuberculosis (A18.03)

**H75.00**  Mastoiditis in infectious and parasitic diseases classified elsewhere, unspecified ear

**H75.01**  Mastoiditis in infectious and parasitic diseases classified elsewhere, right ear

**H75.02**  Mastoiditis in infectious and parasitic diseases classified elsewhere, left ear

**H75.03**  Mastoiditis in infectious and parasitic diseases classified elsewhere, bilateral

**H75.8**  Other specified disorders of middle ear and mastoid in diseases classified elsewhere

**H75.80**  Other specified disorders of middle ear and mastoid in diseases classified elsewhere, unspecified ear

**H75.81**  Other specified disorders of right middle ear and mastoid in diseases classified elsewhere

---

**H75.82**   Other specified disorders of left middle ear and mastoid in diseases classified elsewhere

**H75.83**   Other specified disorders of middle ear and mastoid in diseases classified elsewhere, bilateral

## Diseases of inner ear (H80-H83)

**H80**   Otosclerosis

**Includes:**  Otospongiosis

**H80.0**   Otosclerosis involving oval window, nonobliterative

   **H80.00**   Otosclerosis involving oval window, nonobliterative, unspecified ear

   **H80.01**   Otosclerosis involving oval window, nonobliterative, right ear

   **H80.02**   Otosclerosis involving oval window, nonobliterative, left ear

   **H80.03**   Otosclerosis involving oval window, nonobliterative, bilateral

**H80.1**   Otosclerosis involving oval window, obliterative

   **H80.10**   Otosclerosis involving oval window, obliterative, unspecified ear

   **H80.11**   Otosclerosis involving oval window, obliterative, right ear

   **H80.12**   Otosclerosis involving oval window, obliterative, left ear

   **H80.13**   Otosclerosis involving oval window, obliterative, bilateral

**H80.2**   Cochlear otosclerosis
Otosclerosis involving otic capsule
Otosclerosis involving round window

   **H80.20**   Cochlear otosclerosis, unspecified ear

   **H80.21**   Cochlear otosclerosis, right ear

   **H80.22**   Cochlear otosclerosis, left ear

   **H80.23**   Cochlear otosclerosis, bilateral

**H80.8**   Other otosclerosis

   **H80.80**   Other otosclerosis, unspecified ear

   **H80.81**   Other otosclerosis, right ear

   **H80.82**   Other otosclerosis, left ear

   **H80.83**   Other otosclerosis, bilateral

**H80.9**   Unspecified otosclerosis

   **H80.90**   Unspecified otosclerosis, unspecified ear

   **H80.91**   Unspecified otosclerosis, right ear

   **H80.92**   Unspecified otosclerosis, left ear

   **H80.93**   Unspecified otosclerosis, bilateral

**H81**   Disorders of vestibular function

**Excludes1:**  epidemic vertigo (A88.1)
vertigo NOS (R42)

**H81.0** Ménière's disease
Labyrinthine hydrops
Ménière's syndrome or vertigo

    **H81.01** Ménière's disease, right ear

    **H81.02** Ménière's disease, left ear

    **H81.03** Ménière's disease, bilateral

    **H81.09** Ménière's disease, unspecified ear

**H81.1** Benign paroxysmal vertigo

✓ **H81.10** Benign paroxysmal vertigo, unspecified ear

✓ **H81.11** Benign paroxysmal vertigo, right ear

✓ **H81.12** Benign paroxysmal vertigo, left ear

✓ **H81.13** Benign paroxysmal vertigo, bilateral

**H81.2** Vestibular neuronitis

    **H81.20** Vestibular neuronitis, unspecified ear

    **H81.21** Vestibular neuronitis, right ear

    **H81.22** Vestibular neuronitis, left ear

    **H81.23** Vestibular neuronitis, bilateral

**H81.3** Other peripheral vertigo

    **H81.31** Aural vertigo

        **H81.311** Aural vertigo, right ear

        **H81.312** Aural vertigo, left ear

        **H81.313** Aural vertigo, bilateral

        **H81.319** Aural vertigo, unspecified ear

    **H81.39** Other peripheral vertigo
Lermoyez' syndrome
Otogenic vertigo
Peripheral vertigo NOS

      ✓ **H81.391** Other peripheral vertigo, right ear

      ✓ **H81.392** Other peripheral vertigo, left ear

      ✓ **H81.393** Other peripheral vertigo, bilateral

      ✓ **H81.399** Other peripheral vertigo, unspecified ear

**H81.4** Vertigo of central origin
Central positional nystagmus

    **H81.41** Vertigo of central origin, right ear

    **H81.42** Vertigo of central origin, left ear

    **H81.43** Vertigo of central origin, bilateral

    **H81.49** Vertigo of central origin, unspecified ear

---

**H81.8**  Other disorders of vestibular function

    **H81.8X**  Other disorders of vestibular function

        ✓ **H81.8X1**  Other disorders of vestibular function, right ear

        ✓ **H81.8X2**  Other disorders of vestibular function, left ear

        ✓ **H81.8X3**  Other disorders of vestibular function, bilateral

        ✓ **H81.8X9**  Other disorders of vestibular function, unspecified ear

**H81.9**  Unspecified disorder of vestibular function
Vertiginous syndrome NOS

    **H81.90**  Unspecified disorder of vestibular function, unspecified ear

    **H81.91**  Unspecified disorder of vestibular function, right ear

    **H81.92**  Unspecified disorder of vestibular function, left ear

    **H81.93**  Unspecified disorder of vestibular function, bilateral

**H82**  Vertiginous syndromes in diseases classified elsewhere

    **Code first** underlying disease

    **Excludes1:**  epidemic vertigo (A88.1)

    **H82.1**  Vertiginous syndromes in diseases classified elsewhere, right ear

    **H82.2**  Vertiginous syndromes in diseases classified elsewhere, left ear

    **H82.3**  Vertiginous syndromes in diseases classified elsewhere, bilateral

    **H82.9**  Vertiginous syndromes in diseases classified elsewhere, unspecified ear

**H83**  Other diseases of inner ear

    **H83.0**  Labyrinthitis

        **H83.01**  Labyrinthitis, right ear

        **H83.02**  Labyrinthitis, left ear

        **H83.03**  Labyrinthitis, bilateral

        **H83.09**  Labyrinthitis, unspecified ear

    **H83.1**  Labyrinthine fistula

        **H83.11**  Labyrinthine fistula, right ear

        **H83.12**  Labyrinthine fistula, left ear

        **H83.13**  Labyrinthine fistula, bilateral

        **H83.19**  Labyrinthine fistula, unspecified ear

    **H83.2**  Labyrinthine dysfunction
Labyrinthine hypersensitivity
Labyrinthine hypofunction
Labyrinthine loss of function

        **H83.2X**  Labyrinthine dysfunction

            **H83.2X1**  Labyrinthine dysfunction, right ear

            **H83.2X2**  Labyrinthine dysfunction, left ear

---

**H83.2X3**  Labyrinthine dysfunction, bilateral

**H83.2X9**  Labyrinthine dysfunction, unspecified ear

**H83.3**  Noise effects on inner ear
Acoustic trauma of inner ear
Noise-induced hearing loss of inner ear

**H83.3X**  Noise effects on inner ear

✓ **H83.3X1**  Noise effects on right inner ear

✓ **H83.3X2**  Noise effects on left inner ear

✓ **H83.3X3**  Noise effects on inner ear, bilateral

✓ **H83.3X9**  Noise effects on inner ear, unspecified ear

**H83.8**  Other specified diseases of inner ear

**H83.8X**  Other specified diseases of inner ear

**H83.8X1**  Other specified diseases of right inner ear

**H83.8X2**  Other specified diseases of left inner ear

**H83.8X3**  Other specified diseases of inner ear, bilateral

**H83.8X9**  Other specified diseases of inner ear, unspecified ear

**H83.9**  Unspecified disease of inner ear

**H83.90**  Unspecified disease of inner ear, unspecified ear

**H83.91**  Unspecified disease of right inner ear

**H83.92**  Unspecified disease of left inner ear

**H83.93**  Unspecified disease of inner ear, bilateral

### *Other disorders of ear (H90-H94)*

**H90**  Conductive and sensorineural hearing loss

**Excludes1:**  deaf nonspeaking NEC (H91.3)
deafness NOS (H91.9-)
hearing loss NOS (H91.9-)
noise-induced hearing loss (H83.3-)
ototoxic hearing loss (H91.0-)
sudden (idiopathic) hearing loss (H91.2-)

✓ **H90.0**  Conductive hearing loss, bilateral

**H90.1**  Conductive hearing loss, unilateral with unrestricted hearing on the contralateral side

✓ **H90.11**  Conductive hearing loss, unilateral, right ear, with unrestricted hearing on the contralateral side

✓ **H90.12**  Conductive hearing loss, unilateral, left ear, with unrestricted hearing on the contralateral side

**H90.2**  Conductive hearing loss, unspecified
Conductive deafness NOS

✓ **H90.3**  Sensorineural hearing loss, bilateral

---

**H90.4**   Sensorineural hearing loss, unilateral with unrestricted hearing on the contralateral side

✓ **H90.41**   Sensorineural hearing loss, unilateral, right ear, with unrestricted hearing on the contralateral side

✓ **H90.42**   Sensorineural hearing loss, unilateral, left ear, with unrestricted hearing on the contralateral side

**H90.5**   Unspecified sensorineural hearing loss
Central hearing loss NOS
Congenital deafness NOS
Neural hearing loss NOS
Perceptive hearing loss NOS
Sensorineural deafness NOS
Sensory hearing loss NOS

**Excludes1:**   abnormal auditory perception (H93.2-)
psychogenic deafness (F44.6)

✓ **H90.6**   Mixed conductive and sensorineural hearing loss, bilateral

**H90.7**   Mixed conductive and sensorineural hearing loss, unilateral with unrestricted hearing on the contralateral side

✓ **H90.71**   Mixed conductive and sensorineural hearing loss, unilateral, right ear, with unrestricted hearing on the contralateral side

✓ **H90.72**   Mixed conductive and sensorineural hearing loss, unilateral, left ear, with unrestricted hearing on the contralateral side

**H90.8**   Mixed conductive and sensorineural hearing loss, unspecified

**H90.A**   Conductive and sensorineural hearing loss with restricted hearing on the contralateral side

**H90.A1**   Conductive hearing loss, unilateral, with restricted hearing on the contralateral side

> Use 2 codes from the H90.A- series to report **different types of hearing loss in each ear**. See also: bit.ly/2jgM1DL

✓ **H90.A11**   Conductive hearing loss, unilateral, right ear with restricted hearing on the contralateral side

✓ **H90.A12**   Conductive hearing loss, unilateral, left ear with restricted hearing on the contralateral side

**H90.A2**   Sensorineural hearing loss, unilateral, with restricted hearing on the contralateral side

✓ **H90.A21**   Sensorineural hearing loss, unilateral, right ear, with restricted hearing on the contralateral side

✓ **H90.A22**   Sensorineural hearing loss, unilateral, left ear, with restricted hearing on the contralateral side

**H90.A3**   Mixed conductive and sensorineural hearing loss, unilateral with restricted hearing on the contralateral side

✓ **H90.A31**   Mixed conductive and sensorineural hearing loss, unilateral, right ear with restricted hearing on the contralateral side

✓ **H90.A32**   Mixed conductive and sensorineural hearing loss, unilateral, left ear with restricted hearing on the contralateral side

---

**H91**   Other and unspecified hearing loss

**Excludes1:** abnormal auditory perception (H93.2-)
hearing loss as classified in H90.-
impacted cerumen (H61.2-)
noise-induced hearing loss (H83.3-)
psychogenic deafness (F44.6)
transient ischemic deafness (H93.01-)

**H91.0**   Ototoxic hearing loss

**Code first** poisoning due to drug or toxin, if applicable (T36-T65 with fifth or sixth character 1-4 or 6)

**Use additional** code for adverse effect, if applicable, to identify drug (T36-T50 with fifth or sixth character 5)

✓ **H91.01**   Ototoxic hearing loss, right ear

✓ **H91.02**   Ototoxic hearing loss, left ear

✓ **H91.03**   Ototoxic hearing loss, bilateral

✓ **H91.09**   Ototoxic hearing loss, unspecified ear

> **Ototoxic hearing loss:** Code **first** when hearing loss is due to an adverse effect of a **properly administered drug.** Code the drug giving rise to the adverse effect second.
>
> Code the hearing loss **second** when it is due to poisoning from a drug or toxin.
>
> Consult the medical record or physician for the appropriate code for the drug or toxin in section T36-T65.

**H91.1**   Presbycusis
Presbyacusia

✓ **H91.10**   Presbycusis, unspecified ear

✓ **H91.11**   Presbycusis, right ear

✓ **H91.12**   Presbycusis, left ear

✓ **H91.13**   Presbycusis, bilateral

**H91.2**   Sudden idiopathic hearing loss
Sudden hearing loss NOS

✓ **H91.20**   Sudden idiopathic hearing loss, unspecified ear

✓ **H91.21**   Sudden idiopathic hearing loss, right ear

✓ **H91.22**   Sudden idiopathic hearing loss, left ear

✓ **H91.23**   Sudden idiopathic hearing loss, bilateral

✓ **H91.3**   Deaf nonspeaking, not elsewhere classified

**H91.8**   Other specified hearing loss

**H91.8X**   Other specified hearing loss

✓ **H91.8X1**   Other specified hearing loss, right ear

✓ **H91.8X2**   Other specified hearing loss, left ear

✓ **H91.8X3**   Other specified hearing loss, bilateral

✓ **H91.8X9**   Other specified hearing loss, unspecified ear

> **Unspecified hearing loss codes:** Try to limit the use of these and other "unspecified" codes to cases where the type or laterality of hearing loss has not yet been determined, such as in newborn diagnostics.

**H91.9**   Unspecified hearing loss
Deafness NOS
High frequency deafness
Low frequency deafness

**H91.90**   Unspecified hearing loss, unspecified ear



**H91.91**   Unspecified hearing loss, right ear

**H91.92**   Unspecified hearing loss, left ear

**H91.93**   Unspecified hearing loss, bilateral

**H92**   Otalgia and effusion of ear

    **H92.0**   Otalgia

        **H92.01**   Otalgia, right ear

        **H92.02**   Otalgia, left ear

        **H92.03**   Otalgia, bilateral

        **H92.09**   Otalgia, unspecified ear

    **H92.1**   Otorrhea

        **Excludes1:**  leakage of cerebrospinal fluid through ear (G96.0)

        **H92.10**   Otorrhea, unspecified ear

        **H92.11**   Otorrhea, right ear

        **H92.12**   Otorrhea, left ear

        **H92.13**   Otorrhea, bilateral

    **H92.2**   Otorrhagia

        **Excludes1:**  traumatic otorrhagia - code to injury

        **H92.20**   Otorrhagia, unspecified ear

        **H92.21**   Otorrhagia, right ear

        **H92.22**   Otorrhagia, left ear

        **H92.23**   Otorrhagia, bilateral

**H93**   Other disorders of ear, not elsewhere classified

    **H93.0**   Degenerative and vascular disorders of ear

        **Excludes1:**  presbycusis (H91.1)

        **H93.01**   Transient ischemic deafness

            **H93.011**   Transient ischemic deafness, right ear

            **H93.012**   Transient ischemic deafness, left ear

            **H93.013**   Transient ischemic deafness, bilateral

            **H93.019**   Transient ischemic deafness, unspecified ear

        **H93.09**   Unspecified degenerative and vascular disorders of ear

            **H93.091**   Unspecified degenerative and vascular disorders of right ear

            **H93.092**   Unspecified degenerative and vascular disorders of left ear

            **H93.093**   Unspecified degenerative and vascular disorders of ear, bilateral

            **H93.099**   Unspecified degenerative and vascular disorders of unspecified ear

**H93.1**   Tinnitus
  ✓ **H93.11**   Tinnitus, right ear
  ✓ **H93.12**   Tinnitus, left ear
  ✓ **H93.13**   Tinnitus, bilateral
  ✓ **H93.19**   Tinnitus, unspecified ear

**H93.A**   Pulsatile tinnitus
  ✓ **H93.A1**   Pulsatile tinnitus, right ear
  ✓ **H93.A2**   Pulsatile tinnitus, left ear
  ✓ **H93.A3**   Pulsatile tinnitus, bilateral
  ✓ **H93.A1**   Pulsatile tinnitus, unspecified ear

**H93.2**   Other abnormal auditory perceptions

  **Excludes2:**  auditory hallucinations (R44.0)

  **H93.21**   Auditory recruitment
   ✓ **H93.211**   Auditory recruitment, right ear
   ✓ **H93.212**   Auditory recruitment, left ear
   ✓ **H93.213**   Auditory recruitment, bilateral
   ✓ **H93.219**   Auditory recruitment, unspecified ear

  **H93.22**   Diplacusis
   ✓ **H93.221**   Diplacusis, right ear
   ✓ **H93.222**   Diplacusis, left ear
   ✓ **H93.223**   Diplacusis, bilateral
   ✓ **H93.229**   Diplacusis, unspecified ear

  **H93.23**   Hyperacusis
   ✓ **H93.231**   Hyperacusis, right ear
   ✓ **H93.232**   Hyperacusis, left ear
   ✓ **H93.233**   Hyperacusis, bilateral
   ✓ **H93.239**   Hyperacusis, unspecified ear

  **H93.24**   Temporary auditory threshold shift
   ✓ **H93.241**   Temporary auditory threshold shift, right ear
   ✓ **H93.242**   Temporary auditory threshold shift, left ear
   ✓ **H93.243**   Temporary auditory threshold shift, bilateral
   ✓ **H93.249**   Temporary auditory threshold shift, unspecified ear

  ✓ **H93.25**   Central auditory processing disorder
               Congenital auditory imperception
               Word deafness

               **Excludes1:**  mixed receptive-expressive language disorder (F80.2)

H93.29   Other abnormal auditory perceptions

✓ **H93.291**   Other abnormal auditory perceptions, right ear

✓ **H93.292**   Other abnormal auditory perceptions, left ear

✓ **H93.293**   Other abnormal auditory perceptions, bilateral

✓ **H93.299**   Other abnormal auditory perceptions, unspecified ear

**H93.3**   Disorders of acoustic nerve
Disorder of 8th cranial nerve

**Excludes1:**   acoustic neuroma (D33.3)
syphilitic acoustic neuritis (A52.15)

**H93.3X**   Disorders of acoustic nerve

**H93.3X1**   Disorders of right acoustic nerve

**H93.3X2**   Disorders of left acoustic nerve

**H93.3X3**   Disorders of bilateral acoustic nerves

**H93.3X9**   Disorders of unspecified acoustic nerve

**H93.8**   Other specified disorders of ear

**H93.8X**   Other specified disorders of ear

**H93.8X1**   Other specified disorders of right ear

**H93.8X2**   Other specified disorders of left ear

**H93.8X3**   Other specified disorders of ear, bilateral

**H93.8X9**   Other specified disorders of ear, unspecified ear

**H93.9**   Unspecified disorder of ear

**H93.90**   Unspecified disorder of ear, unspecified ear

**H93.91**   Unspecified disorder of right ear

**H93.92**   Unspecified disorder of left ear

**H93.93**   Unspecified disorder of ear, bilateral

**H94**   Other disorders of ear in diseases classified elsewhere

**H94.0**   Acoustic neuritis in infectious and parasitic diseases classified elsewhere

**Code first** underlying disease, such as: parasitic disease (B65-B89)

**Excludes1:**   acoustic neuritis (in):
herpes zoster (B02.29)
syphilis (A52.15)

**H94.00**   Acoustic neuritis in infectious and parasitic diseases classified elsewhere, unspecified ear

**H94.01**   Acoustic neuritis in infectious and parasitic diseases classified elsewhere, right ear

**H94.02**   Acoustic neuritis in infectious and parasitic diseases classified elsewhere, left ear

**H94.03**   Acoustic neuritis in infectious and parasitic diseases classified elsewhere, bilateral

---

**H94.8** Other specified disorders of ear in diseases classified elsewhere

**Code first** underlying disease, such as: congenital syphilis (A50.0)

**Excludes1:**  aural myiasis (B87.4)
                   syphilitic labyrinthitis (A52.79)

**H94.80** Other specified disorders of ear in diseases classified elsewhere, unspecified ear

**H94.81** Other specified disorders of right ear in diseases classified elsewhere

**H94.82** Other specified disorders of left ear in diseases classified elsewhere

**H94.83** Other specified disorders of ear in diseases classified elsewhere, bilateral

### *Intraoperative and postprocedural complications and disorders of ear and mastoid process, not elsewhere classified (H95)*

**H95** Intraoperative and postprocedural complications and disorders of ear and mastoid process, not elsewhere classified

❖ **H95.0** Recurrent cholesteatoma of postmastoidectomy cavity

❖ **H95.1** Other disorders of ear and mastoid process following mastoidectomy

❖ **H95.2** Intraoperative hemorrhage and hematoma of ear and mastoid process complicating a procedure

❖ **H95.3** Accidental puncture and laceration of ear and mastoid process during a procedure

❖ **H95.4** Postprocedural hemorrhage of ear and mastoid process following a procedure

❖ **H95.5** Postprocedural hematoma and seroma of ear and mastoid process following a procedure

❖ **H95.8** Other intraoperative and postprocedural complications and disorders of the ear and mastoid process, not elsewhere classified

## Ch. 17: Congenital malformations, deformations and chromosomal abnormalities (Q00-Q99)

**Note:** Codes from this chapter are not for use on maternal or fetal records

**Excludes2:** inborn errors of metabolism (E70-E88)

### *Congenital malformations of eye, ear, face and neck (Q10-Q18)*

**Excludes2:**  cleft lip and cleft palate (Q35-Q37)
                   congenital malformation of cervical spine (Q05.0, Q05.5, Q67.5, Q76.0-Q76.4)
                   congenital malformation of larynx (Q31.-)
                   congenital malformation of lip NEC (Q38.0)
                   congenital malformation of nose (Q30.-)
                   congenital malformation of parathyroid gland (Q89.2)
                   congenital malformation of thyroid gland (Q89.2)

**Q16** Congenital malformations of ear causing impairment of hearing

**Excludes1:**  congenital deafness (H90.-)

---

**Q16.0**  Congenital absence of (ear) auricle

**Q16.1**  Congenital absence, atresia and stricture of auditory canal (external)
Congenital atresia or stricture of osseous meatus

**Q16.2**  Absence of eustachian tube

**Q16.3**  Congenital malformation of ear ossicles
Congenital fusion of ear ossicles

**Q16.4**  Other congenital malformations of middle ear
Congenital malformation of middle ear NOS

**Q16.5**  Congenital malformation of inner ear
Congenital anomaly of membranous labyrinth
Congenital anomaly of organ of Corti

**Q16.9**  Congenital malformation of ear causing impairment of hearing, unspecified
Congenital absence of ear NOS

**Q17**  Other congenital malformations of ear

**Excludes1:**  congenital malformations of ear with impairment of hearing (Q16.0-Q16.9)
preauricular sinus (Q18.1)

**Q17.0**  Accessory auricle
Accessory tragus
Polyotia
Preauricular appendage or tag
Supernumerary ear
Supernumerary lobule

**Q17.1**  Macrotia

**Q17.2**  Microtia

**Q17.3**  Other misshapen ear
Pointed ear

**Q17.4**  Misplaced ear
Low-set ears

**Excludes1:**  cervical auricle (Q18.2)

**Q17.5**  Prominent ear
Bat ear

**Q17.8**  Other specified congenital malformations of ear
Congenital absence of lobe of ear

**Q17.9**  Congenital malformation of ear, unspecified
Congenital anomaly of ear NOS

## Ch. 18: Symptoms, signs and abnormal clinical and laboratory findings, not elsewhere classified (R00-R99)

**Note:** This chapter includes symptoms, signs, abnormal results of clinical or other investigative procedures, and ill-defined conditions regarding which no diagnosis classifiable elsewhere is recorded.

Signs and symptoms that point rather definitely to a given diagnosis have been assigned to a category in other chapters of the classification. In general, categories in this chapter include the less well-defined conditions and symptoms that, without the necessary study of the case to establish a final diagnosis, point perhaps equally to two or more diseases or to two or more systems of the body. Practically all categories in the chapter could be designated 'not otherwise specified', 'unknown etiology' or 'transient'. The Alphabetical Index should be consulted to determine which symptoms and signs are to be allocated here and which to other chapters. The residual subcategories, numbered .8, are generally provided for other relevant symptoms that cannot be allocated elsewhere in the classification.

The conditions and signs or symptoms included in categories R00-R94 consist of:

(a) cases for which no more specific diagnosis can be made even after all the facts bearing on the case have been investigated;

(b) signs or symptoms existing at the time of initial encounter that proved to be transient and whose causes could not be determined;

(c) provisional diagnosis in a patient who failed to return for further investigation or care;

(d) cases referred elsewhere for investigation or treatment before the diagnosis was made;

(e) cases in which a more precise diagnosis was not available for any other reason;

(f) certain symptoms, for which supplementary information is provided, that represent important problems in medical care in their own right.

**Excludes2:** abnormal findings on antenatal screening of mother (O28.-)
certain conditions originating in the perinatal period (P04-P96)
signs and symptoms classified in the body system chapters
signs and symptoms of breast (N63, N64.5)

### *Symptoms and signs involving cognition, perception, emotional state and behavior (R40-R46)*

**Excludes2:** symptoms and signs constituting part of a pattern of mental disorder (F01-F99)

✓ **R42** Dizziness and giddiness
Light-headedness
Vertigo NOS

**Excludes1:** vertiginous syndromes (H81.-)
vertigo from infrasound (T75.23)

**R44** Other symptoms and signs involving general sensations and perceptions

**Excludes1:** alcoholic hallucinations (F1.5)
hallucinations in drug psychosis (F11-F19 with .5)
hallucinations in mood disorders with psychotic symptoms (F30.2, F31.5, F32.3, F33.3)
hallucinations in schizophrenia, schizotypal and delusional disorders (F20-F29)

**Excludes2:** disturbances of skin sensation (R20.-)

**R44.0** Auditory hallucinations

### Abnormal findings on diagnostic imaging and in function studies, without diagnosis (R90-R94)

**R94** Abnormal results of function studies

    **R94.0** Abnormal results of function studies of central nervous system

        **R94.01** Abnormal electroencephalogram [EEG]

        **R94.02** Abnormal brain scan

        **R94.09** Abnormal results of other function studies of central nervous system

    **R94.1** Abnormal results of function studies of peripheral nervous system and special senses

        **R94.12** Abnormal results of function studies of ear and other special senses

        ✓ **R94.120** Abnormal auditory function study

        ✓ **R94.121** Abnormal vestibular function study

        ✓ **R94.128** Abnormal results of other function studies of ear and other special senses

## Ch. 19: Injury, poisoning and certain other consequences of external causes (S00-T88)

**Note:** Use secondary code(s) from Chapter 20, External causes of morbidity, to indicate cause of injury. Codes within the T section that include the external cause do not require an additional external cause code

**Use additional** code to identify any retained foreign body, if applicable (Z18.-)

**Excludes1:** birth trauma (P10-P15)
         obstetric trauma (O70-O71)

**This chapter contains the following blocks:**

S00-S09:  Injuries to the head

T15-T19:  Effects of foreign body entering through natural orifice

T36-T50:  Poisoning by, adverse effect of and underdosing of drugs, medicaments and biological substances

T51-T65:  Toxic effects of substances chiefly nonmedicinal as to source

**Note:** The chapter uses the S-section for coding different types of injuries related to single body regions and the T-section to cover injuries to unspecified body regions as well as poisoning and certain other consequences of external causes.

### Injuries to the head (S00-S09)

**Includes:** injuries of ear
        injuries of eye
        injuries of face [any part]
        injuries of gum
        injuries of jaw

injuries of oral cavity
injuries of palate
injuries of periocular area
injuries of scalp
injuries of temporomandibular joint area
injuries of tongue
injuries of tooth

**Excludes2:**  burns and corrosions (T20-T32)
effects of foreign body in ear (T16)
effects of foreign body in larynx (T17.3)
effects of foreign body in mouth NOS (T18.0)
effects of foreign body in nose (T17.0-T17.1)
effects of foreign body in pharynx (T17.2)
effects of foreign body on external eye (T15.-)
frostbite (T33-T34)

**S00**  Superficial injury of head

**Excludes1:**  diffuse cerebral contusion (S06.2-)
focal cerebral contusion (S06.3-)
injury of eye and orbit (S05.-)
open wound of head (S01.-)

The appropriate 7th character is to be added to each code from category S00
A - initial encounter
D - subsequent encounter
S - sequela

**S00.4**  Superficial injury of ear

**S00.41**  Abrasion of ear

**S00.43**  Contusion of ear
Bruise of ear
Hematoma of ear

**S00.44**  External constriction of ear

**S00.45**  Superficial foreign body of ear
Splinter in the ear

**S01**  Open wound of head

**Code also** any associated:
injury of cranial nerve (SO4.-)
injury of muscle and tendon of head (S09.1-)
intracranial injury (S06.-)
wound infection

**Excludes1:**  open skull fracture (S02.- with 7th character B)

**Excludes2:**  injury of eye and orbit (S05.-)
traumatic amputation of part of head (S08.-)

The appropriate 7th character is to be added to each code from category S01
A - initial encounter

          D - subsequent encounter
          S - sequela

❖ **S01.3**  Open wound of ear

**S08**  Avulsion and traumatic amputation of part of head
     An amputation not identified as partial or complete should be coded to complete

     The appropriate 7th character is to be added to each code from category S08
          A - initial encounter
          D - subsequent encounter
          S - sequela

❖ **S08.1**  Traumatic amputation of ear

**S09**  Other and unspecified injuries of head

     The appropriate 7th character is to be added to each code from category S09
          A - initial encounter
          D - subsequent encounter
          S - sequela

❖ **S09.2**  Traumatic rupture of ear drum

     **Excludes1:**  traumatic rupture of ear drum due to blast injury (S09.31-)

❖ **S09.3**  Other specified and unspecified injury of middle and inner ear

     **Excludes1:**  injury to ear NOS (S09.91-)

     **Excludes2:**  injury to external ear (S00.4-, S01.3-, S08.1-)

   **S09.9**  Unspecified injury of face and heat
       Head injury NOS

     **Excludes1:**  brain injury NOS (S06.9-)
              head injury NOS with loss of consciousness (S06.9-)
              intracranial injury NOS (S06.9-)

     **S09.91**  Unspecified injury of ear
            Injury of ear NOS

## *Injury, poisoning and certain other consequences of external causes (T07-T88)*

## *Effects of foreign body entering through natural orifice (T15-T19)*

**Excludes2:**  foreign body accidentally left in operation wound (T81.5-)
             foreign body in penetrating wound - See open wound by body region
             residual foreign body in soft tissue (M79.5)
             splinter, without open wound - See superficial injury by body region

**T16**  Foreign body in ear

     **Includes:** foreign body in auditory canal

     The appropriate 7th character is to be added to each code from category T16
          A - initial encounter
          D - subsequent encounter
          S - sequela

**T16.1**  Foreign body in right ear

**T16.2**  Foreign body in left ear

**T16.9**  Foreign body in ear, unspecified ear

## *Poisoning by, adverse effects of and underdosing of drugs, medicaments and biological substances (T36-T50)*

**Includes:**  adverse effect of correct substance properly administered
poisoning by overdose of substance
poisoning by wrong substance given or taken in error
underdosing by (inadvertently) (deliberately) taking less substance than prescribed or
instructed

**Code first**, for adverse effects, the nature of the adverse effect, such as:
adverse effect NOS (T88.7)
aspirin gastritis (K29.-)
blood disorders (D56-D76)
contact dermatitis (L23-L25)
dermatitis due to substances taken internally (L27.-)
nephropathy (N14.0-N14.2)

> **Code the hearing loss or vestibular effects first** (eg, H91.0- series for ototoxic hearing loss). Code the drug or toxin giving rise to the **adverse effect** second.

**Note:** The drug giving rise to the adverse effect should be identified by use of codes from categories
T36-T50 with fifth or sixth character 5.

**Use additional** code(s) to specify:
manifestations of poisoning
underdosing or failure in dosage during medical and surgical care (Y63.6, Y63.8-Y63.9)
underdosing of medication regimen (Z91.12-, Z91.13-)

**Excludes1:**  toxic reaction to local anesthesia in pregnancy (O29.3-)

**Excludes2:**  abuse and dependence of psychoactive substances (F10-F19)
abuse of non-dependence-producing substances (F55.-)
drug reaction and poisoning affecting newborn (P00-P96)
pathological drug intoxication (inebriation) (F10-F19)

**T36**  Poisoning by, adverse effect of and underdosing of systemic antibiotics

**Excludes1:**  antineoplastic antibiotics (T45.1-)
locally applied antibiotic NEC (T49.0)
topically used antibiotic for ear, nose and throat (T49.6)
topically used antibiotic for eye (T49.5)

The appropriate 7th character is to be added to each code from category T36
A - initial encounter
D - subsequent encounter
S - sequela

**T36.0**  Poisoning by, adverse effect of and underdosing of penicillins

**T36.0X**  Poisoning by, adverse effect of and underdosing of penicillins

**T36.0X1**  Poisoning by penicillins, accidental (unintentional)
Poisoning by penicillins NOS

**T36.0X2**  Poisoning by penicillins, intentional self-harm

---

 **T36.0X3** Poisoning by penicillins, assault

 **T36.0X4** Poisoning by penicillins, undetermined

 **T36.0X5** Adverse effect of penicillins

 **T36.0X6** Underdosing of penicillins

❖ **T36.2** Poisoning by, adverse effect of and underdosing of chloramphenicol group

 **T36.3** Poisoning by, adverse effect of and underdosing of macrolides

  **T36.3X** Poisoning by, adverse effect of and underdosing of macrolides

   **T36.3X1** Poisoning by macrolides, accidental (unintentional)
       Poisoning by macrolides NOS

   **T36.3X2** Poisoning by macrolides, intentional self-harm

   **T36.3X3** Poisoning by macrolides, assault

   **T36.3X4** Poisoning by macrolides, undetermined

   **T36.3X5** Adverse effect of macrolides

   **T36.3X6** Underdosing of macrolides

❖ **T36.4** Poisoning by, adverse effect of and underdosing of tetracyclines

 **T36.5** Poisoning by, adverse effect of and underdosing of aminoglycosides
   Poisoning by, adverse effect of and underdosing of streptomycin

  **T36.5X** Poisoning by, adverse effect of and underdosing of aminoglycosides

   **T36.5X1** Poisoning by aminoglycosides, accidental (unintentional)
       Poisoning by aminoglycosides NOS

   **T36.5X2** Poisoning by aminoglycosides, intentional self-harm

   **T36.5X3** Poisoning by aminoglycosides, assault

   **T36.5X4** Poisoning by aminoglycosides, undetermined

   **T36.5X5** Adverse effect of aminoglycosides

   **T36.5X6** Underdosing of aminoglycosides

 **T36.6** Poisoning by, adverse effect of and underdosing of rifampicins

  **T36.6X** Poisoning by, adverse effect of and underdosing of rifampicins

   **T36.6X1** Poisoning by rifampicins, accidental (unintentional)
       Poisoning by rifampicins NOS

   **T36.6X2** Poisoning by rifampicins, intentional self-harm

   **T36.6X3** Poisoning by rifampicins, assault

   **T36.6X4** Poisoning by rifampicins, undetermined

   **T36.6X5** Adverse effect of rifampicins

   **T36.6X6** Underdosing of rifampicins

❖ **T36.7** Poisoning by, adverse effect of and underdosing of antifungal antibiotics, systemically used

❖ **T36.8** Poisoning by, adverse effect of and underdosing of other systemic antibiotics

---

✓ Code commonly used by audiologists   ❖ Additional digits not listed here

❖ **T36.9**  Poisoning by, adverse effect of and underdosing of unspecified systemic antibiotic

**T37**  Poisoning by, adverse effect of and underdosing of other systemic anti-infectives and antiparasitics

    **Excludes1:**  anti-infectives topically used for ear, nose and throat (T49.6-)
                 anti-infectives topically used for eye (T49.5-)
                 locally applied anti-infectives NEC (T49.0-)

    The appropriate 7th character is to be added to each code from category T37
        A - initial encounter
        D - subsequent encounter
        S - sequela

    **T37.2**  Poisoning by, adverse effect of and underdosing of antimalarials and drugs acting on other blood protozoa

        **Excludes1:**  hydroxyquinoline derivatives (T37.8-)

        **T37.2X**  Poisoning by, adverse effect of and underdosing of antimalarials and drugs acting on other blood protozoa

            **T37.2X1**  Poisoning by antimalarials and drugs acting on other blood protozoa, accidental (unintentional)
                     Poisoning by antimalarials and drugs acting on other blood protozoa NOS

            **T37.2X2**  Poisoning by antimalarials and drugs acting on other blood protozoa, intentional selfharm

            **T37.2X3**  Poisoning by antimalarials and drugs acting on other blood protozoa, assault

            **T37.2X4**  Poisoning by antimalarials and drugs acting on other blood protozoa, undetermined

            **T37.2X5**  Adverse effect of antimalarials and drugs acting on other blood protozoa

            **T37.2X6**  Underdosing of antimalarials and drugs acting on other blood protozoa

**T39**  Poisoning by, adverse effect of and underdosing of nonopioid analgesics, antipyretics and antirheumatics

    The appropriate 7th character is to be added to each code from category T39
        A - initial encounter
        D - subsequent encounter
        S - sequela

    **T39.0**  Poisoning by, adverse effect of and underdosing of salicylates

        **T39.01**  Poisoning by, adverse effect of and underdosing of aspirin
                Poisoning by, adverse effect of and underdosing of acetylsalicylic acid

            **T39.011**  Poisoning by aspirin, accidental (unintentional)

            **T39.012**  Poisoning by aspirin, intentional self-harm

            **T39.013**  Poisoning by aspirin, assault

            **T39.014**  Poisoning by aspirin, undetermined

---

**T39.015**   Adverse effect of aspirin

**T39.016**   Underdosing of aspirin

**T39.09**   Poisoning by, adverse effect of and underdosing of other salicylates

**T39.091**   Poisoning by salicylates, accidental (unintentional)
Poisoning by salicylates NOS

**T39.092**   Poisoning by salicylates, intentional self-harm

**T39.093**   Poisoning by salicylates, assault

**T39.094**   Poisoning by salicylates, undetermined

**T39.095**   Adverse effect of salicylates

**T39.096**   Underdosing of salicylates

❖ **T39.1**   Poisoning by, adverse effect of and underdosing of 4-Aminophenol derivatives

❖ **T39.2**   Poisoning by, adverse effect of and underdosing of pyrazolone derivatives

**T39.3**   Poisoning by, adverse effect of and underdosing of other nonsteroidal anti-inflammatory drugs [NSAID]

**T39.31**   Poisoning by, adverse effect of and underdosing of propionic acid derivatives
Poisoning by, adverse effect of and underdosing of fenoprofen
Poisoning by, adverse effect of and underdosing of flurbiprofen
Poisoning by, adverse effect of and underdosing of ibuprofen
Poisoning by, adverse effect of and underdosing of ketoprofen
Poisoning by, adverse effect of and underdosing of naproxen
Poisoning by, adverse effect of and underdosing of oxaprozin

**T39.311**   Poisoning by propionic acid derivatives, accidental (unintentional)

**T39.312**   Poisoning by propionic acid derivatives, intentional self-harm

**T39.313**   Poisoning by propionic acid derivatives, assault

**T39.314**   Poisoning by propionic acid derivatives, undetermined

**T39.315**   Adverse effect of propionic acid derivatives

**T39.316**   Underdosing of propionic acid derivatives

**T39.39**   Poisoning by, adverse effect of and underdosing of other nonsteroidal anti-inflammatory drugs [NSAID]

**T39.391**   Poisoning by other nonsteroidal anti-inflammatory drugs [NSAID], accidental (unintentional)
Poisoning by other nonsteroidal anti-inflammatory drugs NOS

**T39.392**   Poisoning by other nonsteroidal anti-inflammatory drugs [NSAID], intentional self-harm

**T39.393**   Poisoning by other nonsteroidal anti-inflammatory drugs [NSAID], assault

**T39.394**   Poisoning by other nonsteroidal anti-inflammatory drugs [NSAID], undetermined

**T39.395**   Adverse effect of other nonsteroidal anti-inflammatory drugs [NSAID]

**T39.396**   Underdosing of other nonsteroidal anti-inflammatory drugs [NSAID]

---

❖ **T39.4**  Poisoning by, adverse effect of and underdosing of antirheumatics, not elsewhere classified

❖ **T39.8**  Poisoning by, adverse effect of and underdosing of other nonopioid analgesics and antipyretics, not elsewhere classified

❖ **T39.9**  Poisoning by, adverse effect of and underdosing of unspecified nonopioid analgesic, antipyretic and antirheumatic

**T40**  Poisoning by, adverse effect of and underdosing of narcotics and psychodysleptics [hallucinogens]

    **Excludes2:**  drug dependence and related mental and behavioral disorders due to psychoactive substance use (F10.- F19.-)

    The appropriate 7th character is to be added to each code from category T40
        A - initial encounter
        D - subsequent encounter
        S - sequela

    **T40.3**  Poisoning by, adverse effect of and underdosing of methadone

        **T40.3X**  Poisoning by, adverse effect of and underdosing of methadone

            **T40.3X1**  Poisoning by methadone, accidental (unintentional)
                    Poisoning by methadone NOS

            **T40.3X2**  Poisoning by methadone, intentional self-harm

            **T40.3X3**  Poisoning by methadone, assault

            **T40.3X4**  Poisoning by methadone, undetermined

            **T40.3X5**  Adverse effect of methadone

            **T40.3X6**  Underdosing of methadone

**T45**  Poisoning by, adverse effect of and underdosing of primarily systemic and hematological agents, not elsewhere classified

    The appropriate 7th character is to be added to each code from category T45
        A - initial encounter
        D - subsequent encounter
        S - sequela

    **T45.1**  Poisoning by, adverse effect of and underdosing of antineoplastic and immunosuppressive drugs

        **Excludes1:**  poisoning by, adverse effect of and underdosing of tamoxifen (T38.6)

        **T45.1X**  Poisoning by, adverse effect of and underdosing of antineoplastic and immunosuppressive drugs

            **T45.1X1**  Poisoning by antineoplastic and immunosuppressive drugs, accidental (unintentional)
                    Poisoning by antineoplastic and immunosuppressive drugs NOS

            **T45.1X2**  Poisoning by antineoplastic and immunosuppressive drugs, intentional self-harm

            **T45.1X3**  Poisoning by antineoplastic and immunosuppressive drugs, assault

T45.1X4   Poisoning by antineoplastic and immunosuppressive drugs, undetermined

T45.1X5   Adverse effect of antineoplastic and immunosuppressive drugs

T45.1X6   Underdosing of antineoplastic and immunosuppressive drugs

**T50**   Poisoning by, adverse effect of and underdosing of diuretics and other and unspecified drugs, medicaments and biological substances

The appropriate 7th character is to be added to each code from category T50
  A - initial encounter
  D - subsequent encounter
  S - sequela

**T50.1**   Poisoning by, adverse effect of and underdosing of loop [high-ceiling] diuretics

**T50.1X**   Poisoning by, adverse effect of and underdosing of loop [high-ceiling] diuretics

T50.1X1   Poisoning by loop [high-ceiling] diuretics, accidental (unintentional)
Poisoning by loop [high-ceiling] diuretics NOS

T50.1X2   Poisoning by loop [high-ceiling] diuretics, intentional self-harm

T50.1X3   Poisoning by loop [high-ceiling] diuretics, assault

T50.1X4   Poisoning by loop [high-ceiling] diuretics, undetermined

T50.1X5   Adverse effect of loop [high-ceiling] diuretics

T50.1X6   Underdosing of loop [high-ceiling] diuretics

### *Toxic effects of substances chiefly nonmedicinal as to source (T51-T65)*

**Note:**  When no intent is indicated code to accidental. Undetermined intent is only for use when there is specific documentation in the record that the intent of the toxic effect cannot be determined.

**Use additional** code(s):
  for all associated manifestations of toxic effect, such as:
      respiratory conditions due to external agents (J60-J70)
      personal history of foreign body fully removed (Z87.821)
      to identify any retained foreign body, if applicable (Z18.-)

**Excludes1:** contact with and (suspected) exposure to toxic substances (Z77.-)

**T52**   Toxic effect of organic solvents

**Excludes1:**  halogen derivatives of aliphatic and aromatic hydrocarbons (T53.-)

The appropriate 7th character is to be added to each code from category T52
  A - initial encounter
  D - subsequent encounter
  S - sequela

**T52.1**   Toxic effects of benzene

**Excludes1:**  homologues of benzene (T52.2)
        nitroderivatives and aminoderivatives of benzene and its homologues (T65.3)

**T52.1X**   Toxic effects of benzene

T52.1X1   Toxic effect of benzene, accidental (unintentional)

Toxic effects of benzene NOS

**T52.1X2**   Toxic effect of benzene, intentional self-harm

**T52.1X3**   Toxic effect of benzene, assault

**T52.1X4**   Toxic effect of benzene, undetermined

**T52.2**   Toxic effects of homologues of benzene
Toxic effects of toluene [methylbenzene]
Toxic effects of xylene [dimethylbenzene]

    **T52.2X**   Toxic effects of homologues of benzene

        **T52.2X1**   Toxic effect of homologues of benzene, accidental (unintentional)
Toxic effects of homologues of benzene NOS

        **T52.2X2**   Toxic effect of homologues of benzene, intentional self-harm

        **T52.2X3**   Toxic effect of homologues of benzene, assault

        **T52.2X4**   Toxic effect of homologues of benzene, undetermined

**T52.8**   **Toxic effects of other organic solvents**

    **T52.8X**   Toxic effects of other organic solvents

        **T52.8X1**   Toxic effect of other organic solvents, accidental (unintentional)
Toxic effects of other organic solvents NOS

        **T52.8X2**   Toxic effect of other organic solvents, intentional self-harm

        **T52.8X3**   Toxic effect of other organic solvents, assault

        **T52.8X4**   Toxic effect of other organic solvents, undetermined

**T52.9**   Toxic effects of unspecified organic solvent

    **T52.91**   Toxic effect of unspecified organic solvent, accidental (unintentional)

    **T52.92**   Toxic effect of unspecified organic solvent, intentional self-harm

    **T52.93**   Toxic effect of unspecified organic solvent, assault

    **T52.94**   Toxic effect of unspecified organic solvent, undetermined

**T56**   Toxic effect of metals

**Includes:**  toxic effects of fumes and vapors of metals
toxic effects of metals from all sources, except medicinal substances

**Use additional** code to identify any retained metal foreign body, if applicable (Z18.0-, T18.1-)

**Excludes1:**  arsenic and its compounds (T57.0)
manganese and its compounds (T57.2)

The appropriate 7th character is to be added to each code from category T56
A - initial encounter
D - subsequent encounter
S - sequela

**T56.0**   Toxic effects of lead and its compounds

    **T56.0X**   Toxic effects of lead and its compounds

        **T56.0X1**   Toxic effect of lead and its compounds, accidental (unintentional)
Toxic effects of lead and its compounds NOS

**T56.0X2**  Toxic effect of lead and its compounds, intentional self-harm

**T56.0X3**  Toxic effect of lead and its compounds, assault

**T56.0X4**  Toxic effect of lead and its compounds, undetermined

**T56.1**  Toxic effects of mercury and its compounds

**T56.1X**  Toxic effects of mercury and its compounds

**T56.1X1**  Toxic effect of mercury and its compounds, accidental (unintentional)
Toxic effects of mercury and its compounds NOS

**T56.1X2**  Toxic effect of mercury and its compounds, intentional self-harm

**T56.1X3**  Toxic effect of mercury and its compounds, assault

**T56.1X4**  Toxic effect of mercury and its compounds, undetermined

**T56.8**  Toxic effects of other metals

**T56.81**  Toxic effect of thallium

**T56.811**  Toxic effect of thallium, accidental (unintentional)
Toxic effect of thallium NOS

**T56.812**  Toxic effect of thallium, intentional self-harm

**T56.813**  Toxic effect of thallium, assault

**T56.814**  Toxic effect of thallium, undetermined

**T56.89**  Toxic effects of other metals

**T56.891**  Toxic effect of other metals, accidental (unintentional)
Toxic effects of other metals NOS

**T56.892**  Toxic effect of other metals, intentional self-harm

**T56.893**  Toxic effect of other metals, assault

**T56.894**  Toxic effect of other metals, undetermined

**T56.9**  Toxic effects of unspecified metal

**T56.91**  Toxic effect of unspecified metal, accidental (unintentional)

**T56.92**  Toxic effect of unspecified metal, intentional self-harm

**T56.93**  Toxic effect of unspecified metal, assault

**T56.94**  Toxic effect of unspecified metal, undetermined

**T57**  Toxic effect of other inorganic substances

The appropriate 7th character is to be added to each code from category T57
A - initial encounter
D - subsequent encounter
S - sequela

**T57.0**  Toxic effect of arsenic and its compounds

**T57.0X**  Toxic effect of arsenic and its compounds

**T57.0X1**  Toxic effect of arsenic and its compounds, accidental (unintentional)
Toxic effect of arsenic and its compounds NOS

**T57.0X2**  Toxic effect of arsenic and its compounds, intentional self-harm

**T57.0X3**   Toxic effect of arsenic and its compounds, assault

**T57.0X4**   Toxic effect of arsenic and its compounds, undetermined

**T57.2**   Toxic effect of manganese and its compounds

**T57.2X**   Toxic effect of manganese and its compounds

**T57.2X1**   Toxic effect of manganese and its compounds, accidental (unintentional)
Toxic effect of manganese and its compounds NOS

**T57.2X2**   Toxic effect of manganese and its compounds, intentional self-harm

**T57.2X3**   Toxic effect of manganese and its compounds, assault

**T57.2X4**   Toxic effect of manganese and its compounds, undetermined

**T58**   Toxic effect of carbon monoxide

**Includes:**   asphyxiation from carbon monoxide
toxic effect of carbon monoxide from all sources

The appropriate 7th character is to be added to each code from category T58
A - initial encounter
D - subsequent encounter
S - sequela

**T58.0**   Toxic effect of carbon monoxide from motor vehicle exhaust
Toxic effect of exhaust gas from gas engine
Toxic effect of exhaust gas from motor pump

**T58.01**   Toxic effect of carbon monoxide from motor vehicle exhaust, accidental (unintentional)

**T58.02**   Toxic effect of carbon monoxide from motor vehicle exhaust, intentional self-harm

**T58.03**   Toxic effect of carbon monoxide from motor vehicle exhaust, assault

**T58.04**   Toxic effect of carbon monoxide from motor vehicle exhaust, undetermined

**T58.1**   Toxic effect of carbon monoxide from utility gas
Toxic effect of acetylene
Toxic effect of gas NOS used for lighting, heating, cooking
Toxic effect of water gas

**T58.11**   Toxic effect of carbon monoxide from utility gas, accidental (unintentional)

**T58.12**   Toxic effect of carbon monoxide from utility gas, intentional self-harm

**T58.13**   Toxic effect of carbon monoxide from utility gas, assault

**T58.14**   Toxic effect of carbon monoxide from utility gas, undetermined

**T58.2**   Toxic effect of carbon monoxide from incomplete combustion of other domestic fuels
Toxic effect of carbon monoxide from incomplete combustion of coal, coke, kerosene, wood

**T58.2X**   Toxic effect of carbon monoxide from incomplete combustion of other domestic fuels

**T58.2X1**   Toxic effect of carbon monoxide from incomplete combustion of other domestic fuels,accidental (unintentional)

---

> **T58.2X2**  Toxic effect of carbon monoxide from incomplete combustion of other domestic fuels,intentional self-harm
>
> **T58.2X3**  Toxic effect of carbon monoxide from incomplete combustion of other domestic fuels, assault
>
> **T58.2X4**  Toxic effect of carbon monoxide from incomplete combustion of other domestic fuels,undetermined

**T58.8**  Toxic effect of carbon monoxide from other source
Toxic effect of carbon monoxide from blast furnace gas
Toxic effect of carbon monoxide from fuels in industrial use
Toxic effect of carbon monoxide from kiln vapor

> **T58.8X**  Toxic effect of carbon monoxide from other source
>
> > **T58.8X1**  Toxic effect of carbon monoxide from other source, accidental (unintentional)
> >
> > **T58.8X2**  Toxic effect of carbon monoxide from other source, intentional self-harm
> >
> > **T58.8X3**  Toxic effect of carbon monoxide from other source, assault
> >
> > **T58.8X4**  Toxic effect of carbon monoxide from other source, undetermined

**T58.9**  Toxic effect of carbon monoxide from unspecified source

> **T58.91**  Toxic effect of carbon monoxide from unspecified source, accidental (unintentional)
>
> **T58.92**  Toxic effect of carbon monoxide from unspecified source, intentional self-harm
>
> **T58.93**  Toxic effect of carbon monoxide from unspecified source, assault
>
> **T58.94**  Toxic effect of carbon monoxide from unspecified source, undetermined

## Ch. 20:  External causes of morbidity (V00-Y99)

**Note:**  This chapter permits the classification of environmental events and circumstances as the cause of injury, and other adverse effects. Where a code from this section is applicable, it is intended that it shall be used secondary to a code from another chapter of the Classification indicating the nature of the condition. Most often, the condition will be classifiable to Chapter 19, Injury, poisoning and certain other consequences of external causes (S00-T88). Other conditions that may be stated to be due to external causes are classified in Chapters 1 to 18. For these conditions, codes from Chapter 20 should be used to provide additional information as to the cause of the condition.

**ASHA Note:**  There is no national requirement for external cause code reporting. Mandatory reporting is subject to state-based mandates or payer requirements. However, providers are encouraged to voluntarily report.

**ASHA Note:**  External cause codes are not listed in this product due to the volume of available codes in Chapter 20. For a complete listing of codes, see the official ICD-10 list at www.cdc.gov/nchs/icd/icd10cm.htm.

---

## Ch. 21:  Factors Influencing Health Status and Contact with Health Services (Z00-Z99)

**Note:**  Z codes represent reasons for encounters. A corresponding procedure code must accompany a Z code if a procedure is performed. Categories Z00-Z99 are provided for occasions when circumstances other than a disease, injury, or external cause classifiable to categories A00-Y89 are recorded as 'diagnoses' or 'problems'. This can arise in two main ways:

> Verify use of **Z codes** with payers or your facility.

    a.  When a person who may or may not be sick encounters the health services for some specific purpose, such as to receive limited care or service for a current condition, to donate an organ or tissue, to receive prophylactic vaccination (immunization), or to discuss a problem which is in itself not a disease or injury.

    b.  When some circumstance or problem is present which influences the person's health status but is not in itself a current illness or injury.

### *Persons encountering health services for examinations (Z00-Z13)*

**Note:**  Nonspecific abnormal findings disclosed at the time of these examinations are classified to categories R70-R94.

**Excludes1:**  examinations related to pregnancy and reproduction (Z30-Z36, Z39.-)

**Z00**  Encounter for general examination without complaint, suspected or reported diagnosis

    **Excludes1:**  encounter for examination for administrative purposes (Z02.-)

    **Excludes2:**  encounter for pre-procedural examinations (Z01.81-)
                 special screening examinations (Z11-Z13)

    **Z00.1**  Encounter for newborn, infant and child health examinations

        **Z00.11**  Newborn health examination
                   Health check for child under 29 days old

                   **Use additional** code to identify any abnormal findings

                   **Excludes1:**  health check for child over 28 days old (Z00.12-)

            **Z00.110**  Health examination for newborn under 8 days old
                        Health check for newborn under 8 days old

            **Z00.111**  Health examination for newborn 8 to 28 days old
                        Health check for newborn 8 to 28 days old
                        Newborn weight check

        **Z00.12**  Encounter for routine child health examination
                   Health check (routine) for child over 28 days old
                   Immunizations appropriate for age
                   Routine developmental screening of infant or child
                   Routine vision and hearing testing

                   **Excludes1:**  health check for child under 29 days old (Z00.11-)
                        health supervision of foundling or other healthy infant or child (Z76.1-Z76.2)
                        newborn health examination (Z00.11-)

            **Z00.121**  Encounter for routine child health examination with abnormal findings

                   **Use additional** code to identify abnormal findings

---

    ✓ Code commonly used by audiologists    ❖ Additional digits not listed here

Z00.129    Encounter for routine child health examination without abnormal findings

Encounter for routine child health examination NOS

**Z01**   Encounter for other special examination without complaint, suspected or reported diagnosis

**Includes:**   routine examination of specific system

**Note:**   Codes from category Z01 represent the reason for the encounter. A separate procedure code is required to identify any examinations or procedures performed

**Excludes1:**   encounter for examination for administrative purposes (Z02.-)

encounter for examination for suspected conditions, proven not to exist (Z03.-)

encounter for laboratory and radiologic examinations as a component of general medical examinations(Z00.0-)

encounter for laboratory, radiologic and imaging examinations for sign(s) and symptom(s) - code to the sign(s) or symptom(s)

**Excludes2:**   screening examinations (Z11-Z13)

**Z01.1**   Encounter for examination of ears and hearing

**Z01.10**    Encounter for examination of ears and hearing without abnormal findings

Encounter for examination of ears and hearing NOS

**Z01.11**    Encounter for examination of ears and hearing with abnormal findings

**Z01.110**   Encounter for hearing examination following failed hearing screening

**Z01.118**   Encounter for examination of ears and hearing with other abnormal findings

**Use additional** code to identify abnormal findings

**Z01.12**    Encounter for hearing conservation and treatment

**Z01.8**   Encounter for other specified special examinations

**Z01.81**    Encounter for preprocedural examinations

Encounter for preoperative examinations

Encounter for radiological and imaging examinations as part of preprocedural examination

**Z01.818**   Encounter for other preprocedural examination

Encounter for preprocedural examination NOS

Encounter for examinations prior to antineoplastic chemotherapy

**Z02**   Encounter for administrative examination

**Z02.0**   Encounter for examination for admission to educational institution

Encounter for examination for admission to preschool (education)

Encounter for examination for re-admission to school following illness or medical treatment

**Z02.1**   Encounter for pre-employment examination

**Z02.2**   Encounter for examination for admission to residential institution

**Excludes1:** examination for admission to prison (Z02.89)

**Z02.3**   Encounter for examination for recruitment to armed forces

**Z02.4**   Encounter for examination for driving license

**Z02.5**   Encounter for examination for participation in sport

> **Excludes1:** blood-alcohol and blood-drug test (Z02.83)

**Z02.6**   Encounter for examination for insurance purposes

**Z02.7**   Encounter for issue of medical certificate

> **Excludes1:**  encounter for general medical examination (Z00-Z01, Z02.0-Z02.6, Z02.8-Z02.9)

> **Z02.71**   Encounter for disability determination
> Encounter for issue of medical certificate of incapacity
> Encounter for issue of medical certificate of invalidity

> **Z02.79**   Encounter for issue of other medical certificate

**Z04**   Encounter for examination and observation for other reasons

> **Includes:**  encounter for examination for medicolegal reasons
> This category is to be used when a person without a diagnosis is suspected of having an abnormal condition, without signs or symptoms, which requires study, but after examination and observation, is ruled-out. This category is also for use for administrative and legal observation status.

**Z04.1**   Encounter for examination and observation following transport accident

> **Excludes1:** encounter for examination and observation following work accident (Z04.2)

**Z04.2**   Encounter for examination and observation following work accident

**Z04.3**   Encounter for examination and observation following other accident

**Z04.8**   Encounter for examination and observation for other specified reasons
Encounter for examination and observation for request for expert evidence

**Z04.9**   Encounter for examination and observation for unspecified reason
Encounter for observation NOS

❖ **Z05**   Encounter for observation and evaluation of newborn for suspected diseases and conditions ruled out
This category is to be used for newborns, within the neonatal period (the first 28 days of life), who are suspected of having an abnormal condition, but without signs or symptoms, and which, after examination and observation, is ruled out.

**Z13**   Encounter for screening for other diseases and disorders
Screening is the testing for disease or disease precursors in asymptomatic individuals so that early detection and treatment can be provided for those who test positive for the disease.

> **Excludes1:**  encounter for diagnostic examination-code to sign or symptom

**Z13.4**   Encounter for screening for certain developmental disorders in childhood
Encounter for development testing of infant or child
Encounter for screening for developmental handicaps in early childhood

> **Excludes2:**  encounter for routine child health examination (Z00.12-)

New   **Z13.40**   Encounter for screening for unspecified developmental delays

New   **Z13.41**   Encounter for autism screening

New   **Z13.42**   Encounter for screening for global developmental delays (milestones)
Encounter for screening for developmental handicaps in early childhood

---

✓ Code commonly used by audiologists          ❖ Additional digits not listed here

**New**        **Z13.49**   Encounter for screening for other developmental delays

**Z13.5**   Encounter for screening for eye and ear disorders

   **Excludes2:**  encounter for general hearing examination (Z01.1-)
   encounter for general vision examination (Z01.0-)

**Z13.8**   Encounter for screening for other specified diseases and disorders

   **Excludes2:**  screening for malignant neoplasms (Z12.-)

   **Z13.85**   Encounter for screening for nervous system disorders

      **Z13.850**   Encounter for screening for traumatic brain injury

## *Encounters for other specific health care (Z40-Z53)*

Categories Z40-Z53 are intended for use to indicate a reason for care. They may be used for patients who have already been treated for a disease or injury, but who are receiving aftercare or prophylactic care, or care to consolidate the treatment, or to deal with a residual state

**Excludes2:**  follow-up examination for medical surveillance after treatment (Z08-Z09)

**Z44**   Encounter for fitting and adjustment of external prosthetic device

   **Includes:**  removal or replacement of external prosthetic device

   **Excludes1:**  malfunction or other complications of device - see Alphabetical Index
   presence of prosthetic device (Z97.-)

   **Z44.8**   Encounter for fitting and adjustment of other external prosthetic devices

   **Z44.9**   Encounter for fitting and adjustment of unspecified external prosthetic device

**Z45**   Encounter for adjustment and management of implanted device

   **Includes:**  removal or replacement of implanted device

   **Excludes1:**  malfunction or other complications of device

   **Excludes2:**  encounter for fitting and adjustment of non-implanted device (Z46.-)

   **Z45.3**   Encounter for adjustment and management of implanted devices of the special senses

      **Z45.32**   Encounter for adjustment and management of implanted hearing device

         **Excludes1:**  Encounter for fitting and adjustment of hearing aide (Z46.1)

         **Z45.320**   Encounter for adjustment and management of bone conduction device

         **Z45.321**   Encounter for adjustment and management of cochlear device

         **Z45.328**   Encounter for adjustment and management of other implanted hearing device

**Z46**   Encounter for fitting and adjustment of other devices

   **Includes:**  removal or replacement of other device

   **Excludes1:**  malfunction or other complications of device - see Alphabetical Index

   **Excludes2:**  encounter for fitting and management of implanted devices (Z45.-)
   issue of repeat prescription only (Z76.0)
   presence of prosthetic and other devices (Z95-Z97)

   **Z46.1**   Encounter for fitting and adjustment of hearing aid

> **Excludes1:** encounter for adjustment and management of implanted hearing device (Z45.32-)

**Z51**   Encounter for other aftercare

> **Z51.8**   Encounter for other specified aftercare
>
> > **Excludes1:** holiday relief care (Z75.5)
> >
> > **Z51.89**   Encounter for other specified aftercare

### *Persons with potential health hazards related to socioeconomic and psychosocial circumstances (Z55-Z65)*

**Z57**   Occupational exposure to risk factors

> **Z57.0**   Occupational exposure to noise

### *Persons encountering health services in other circumstances (Z69-Z76)*

**Z71**   Persons encountering health services for other counseling and medical advice, not elsewhere classifiable

> **Excludes2:** contraceptive or procreation counseling (Z30-Z31)
> sex counseling (Z70.-)
>
> **Z71.0**   Person encountering health services to consult on behalf of another person
> Person encountering health services to seek advice or treatment for non-attending third party
>
> > **Excludes2:** anxiety (normal) about sick person in family (Z63.7)
> > expectant (adoptive) parent(s) pre-birth pediatrician visit (Z76.81)
>
> **Z71.1**   Person with feared health complaint in whom no diagnosis is made
> Person encountering health services with feared condition which was not demonstrated
> Person encountering health services in which problem was normal state
> 'Worried well'
>
> > **Excludes1:** medical observation for suspected diseases and conditions proven not to exist (Z03.-)
>
> **Z71.2**   Person consulting for explanation of examination or test findings

**Z72**   Problems related to lifestyle

> **Excludes2:** problems related to life-management difficulty (Z73.-)
> problems related to socioeconomic and psychosocial circumstances (Z55-Z65)
>
> **Z72.0**   Tobacco use
> Tobacco use NOS
>
> > **Excludes1:** history of tobacco dependence (Z87.891)
> > nicotine dependence (F17.2-)
> > tobacco dependence (F17.2-)
> > tobacco use during pregnancy (O99.33-)

**Z73**   Problems related to life management difficulty

> **Excludes2:** problems related to socioeconomic and psychosocial circumstances (Z55-Z65)
>
> **Z73.8**   Other problems related to life management difficulty

---

✓ Code commonly used by audiologists          ❖ Additional digits not listed here

**Z73.82**   Dual sensory impairment

**Z76**   Persons encountering health services in other circumstances

    **Z76.5**   Malingerer [conscious simulation]
        Person feigning illness (with obvious motivation)

        **Excludes 1:**  factitious patient (F68.1-)
                  peregrinating patient (F68.1-)


### *Persons with potential health hazards related to family and personal history and certain conditions influencing health status (Z77-Z99)*

**Code also** any follow-up examination (Z08-Z09)

**Z77**   Other contact with and (suspected) exposures hazardous to health

    **Z77.1**   Contact with and (suspected) exposure to environmental pollution and hazards in the physical environment

        **Z77.12**   Contact with and (suspected) exposure to hazards in the physical environment

            **Z77.122**   Contact with and (suspected) exposure to noise

❖ **Z79**   Long term (current) drug therapy

❖ **Z80**   Family history of primary malignant neoplasm

❖ **Z81**   Family history of mental and behavioral disorders

**Z82**   Family history of certain disabilities and chronic diseases (leading to disablement)

    **Z82.2**   Family history of deafness and hearing loss
        Conditions classifiable to H90-H91

**Z83**   Family history of other specific disorders

    **Excludes2:**  contact with and (suspected) exposure to communicable disease in the family (Z20.-)

    **Z83.5**   Family history of eye and ear disorders
        Conditions classifiable to H00-H53, H55-H83, H92-H95

        **Excludes2:**  family history of blindness and visual loss (Z82.1)
                  family history of deafness and hearing loss (Z82.2)

        **Z83.52**   Family history of ear disorders
            Conditions classifiable to H60-H83, H92-H95

            **Excludes2:**  family history of deafness and hearing loss (Z82.2)

**Z86**   Personal history of certain other diseases

    **Code first** any follow-up examination after treatment (Z09)

    **Z86.5**   Personal history of mental and behavioral disorders
        Conditions classifiable to F40-F59

        **Z86.51**   Personal history of combat and operational stress reaction

        **Z86.59**   Personal history of other mental and behavioral disorders

    **Z86.6**   Personal history of diseases of the nervous system and sense organs

---

✓ Code commonly used by audiologists          ❖   Additional digits not listed here

Conditions classifiable to G00-G99, H00-H95

**Z86.61**   Personal history of infections of the central nervous system
Personal history of encephalitis
Personal history of meningitis

**Z86.69**   Personal history of other diseases of the nervous system and sense organs

**Z87**   Personal history of other diseases and conditions

**Code first** any follow-up examination after treatment (Z09)

**Z87.7**   Personal history of (corrected) congenital malformations
Conditions classifiable to Q00-Q89 that have been repaired or corrected

**Z87.72**   Personal history of (corrected) congenital malformations of nervous system and sense organs

**Z87.721**   Personal history of (corrected) congenital malformations of ear

**Z87.73**   Personal history of (corrected) congenital malformations of digestive system

**Z87.730**   Personal history of (corrected) cleft lip and palate

**Z87.79**   Personal history of other (corrected) congenital malformations

**Z87.790**   Personal history of (corrected) congenital malformations of face and neck

**Z87.8**   Personal history of other specified conditions

**Excludes2:** personal history of self harm (Z91.5)

**Z87.82**   Personal history of other (healed) physical injury and trauma
Conditions classifiable to S00-T88, except traumatic fractures

**Z87.820**   Personal history of traumatic brain injury

**Excludes1:** personal history of transient ischemic attack (TIA), and cerebral infarction without residual deficits (Z86.73)

**Z87.89**   Personal history of other specified conditions

**Z87.891**   Personal history of nicotine dependence

**Excludes1:** current nicotine dependence (F17.2-)

**Z90**   Acquired absence of organs, not elsewhere classified

**Includes:** postprocedural or post-traumatic loss of body part NEC

**Excludes1:** congenital absence

**Z90.0**   Acquired absence of part of head and neck

**Z90.09**   Acquired absence of other part of head and neck
Acquired absence of nose

**Excludes2:** teeth (K08.1)

**Z92**   Personal history of medical treatment

**Excludes2:** postprocedural states (Z98.-)

**Z92.2**   Personal history of drug therapy

**Excludes2:** long term (current) drug therapy (Z79.-)

---

**Z92.21**   Personal history of antineoplastic chemotherapy

**Z92.22**   Personal history of monoclonal drug therapy

**Z92.23**   Personal history of estrogen therapy

**Z92.24**   Personal history of steroid therapy

    **Z92.240**   Personal history of inhaled steroid therapy

    **Z92.241**   Personal history of systemic steroid therapy
              Personal history of steroid therapy NOS

**Z92.25**   Personal history of immunosupression therapy

    **Excludes2:** personal history of steroid therapy (Z92.24)

**Z92.29**   Personal history of other drug therapy

**Z92.3**   Personal history of irradiation
Personal history of exposure to therapeutic radiation

**Excludes1:** exposure to radiation in the physical environment (Z77.12)
                occupational exposure to radiation (Z57.1)

**Z96**   Presence of other functional implants

**Excludes2:**  complications of internal prosthetic devices, implants and grafts (T82-T85)
              fitting and adjustment of prosthetic and other devices (Z44-Z46)

**Z96.2**   Presence of otological and audiological implants

**Z96.20**   Presence of otological and audiological implant, unspecified

**Z96.21**   Cochlear implant status

**Z96.22**   Myringotomy tube(s) status

**Z96.29**   Presence of other otological and audiological implants
Presence of bone-conduction hearing device
Presence of eustachian tube stent
Stapes replacement

**Z97**   Presence of other devices

**Excludes1:**  complications of internal prosthetic devices, implants and grafts (T82-T85)
              fitting and adjustment of prosthetic and other devices (Z44-Z46)

**Excludes2:**  presence of cerebrospinal fluid drainage device (Z98.2)

**Z97.4**   Presence of external hearing-aid

---

# ICD-10-PCS (Procedure Coding System) for Audiologists

ICD-10 includes the ICD-10-CM (clinical modification) and ICD-10-PCS (procedure coding system). The clinical modification was developed by the Centers for Disease Control and Prevention for use in all U.S. health care treatment settings. The procedure coding system (ICD-10-PCS) was developed by the Centers for Medicare and Medicaid Services for use in the U.S. for inpatient hospital settings only. ASHA's resources focus mostly on ICD-10-CM. You may want to check with your facility on use of ICD-10-PCS.

The ICD-10-PCS is a procedure classification published by the United States for classifying procedures performed in hospital inpatient health care settings only.

CMS provides the following link for information about ICD-10-PCS at www.cms.gov/Medicare/Coding/ICD10/2019-ICD-10-PCS.html.

The CMS guidelines for ICD-10-PCS, found on the CMS webpage, are a set of rules that have been developed to accompany and complement the official conventions and instructions provided within the ICD-10-PCS itself.

The instructions and conventions of the classification take precedence over guidelines.

The 2019 Code Tables and Index are the actual codes used in ICD-10-PCS. Audiology related codes are found in section **F - Physical Rehabilitation and Diagnostic Audiology**.

# Exhibit 3



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

March 20, 2019

***VIA EMAIL ONLY***
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

> Re:   ***Parsons v. Ryan***
>       **Plaintiffs' Supplemental Document Requests 82, 98, 99, 101, and 103-111**

Dear Corene:

Below are Defendants' responses to Plaintiffs' Supplemental Document Requests 103-111, and Defendants' supplemental responses to Plaintiffs' Supplemental Document Requests 82, 98, 99, and 101.

**Request 82:** For all ten Arizona State Prison Complexes for the previous 90 days, a list of (1) all pending requests for specialty referral pending Utilization Management review, and (2) all pending specialty appointments.

**Defendants' supplemental response:**
On March 12 and March 15, 2019, Defendants produced responsive documents for the October 1, 2017 to March 13, 2019 time period. *See* ADCM1564051-1564067 and ADCM1564078-1564102. Going forward, Defendants will produce responsive documents on a quarterly basis (i.e., every 90 days).

**Request 98**: For each ASPC, as of October 1, 2018 and November 1, 2018, the current backlog of chronic care provider appointments and specialty care appointments.

**Defendants' supplemental response:**
Produced herewith are Corizon tables, which are responsive to the request. *See* ADCM1564108. According to Corizon, as to specialty care, optometry is the only specialty care that Corizon currently tracks. As to the October 2018 table, per Corizon, the

Corene Kendrick
March 20, 2019
Page 2

numbers for all facilities except Lewis are as of October 1, 2018.  The numbers for Lewis as of October 1, 2018 are not available. The numbers for Lewis are as of October 15, 2018. As to the November 2018 table, per Corizon, the numbers for all facilities are as of November 1, 2018.

**Request 99:** List of all class members who are deaf and their ADC numbers. If no such list exists, please so indicate.

**Defendants' supplemental response:**
Defendants reiterate their previous response and objections. *See* pages 5-6 of Richard Valenti's March 6, 2019 letter to Corene Kendrick.  Without waiving any previous objections, see the March 2019 Arizona Deaf Patients List that was produced on March 18, 2019, which Corizon had run with additional diagnosis codes requested by Plaintiffs' counsel. *See* ADCM1564103-1564107.

**Request 101:** All documents regarding provision of sign language interpretation during medical, dental, and mental health encounters at all ASPCs, including (1) policies, procedures, and orders regarding the use of sign language interpreters at such encounters; (2) contract(s) for in-person and video remote interpretation; (3) location of computers used for video remote interpretation; (4) and log of use of sign language interpretation for the past three years.  If no such documents exist, please so indicate.

**Defendant's supplemental response:**
Defendants reiterate their previous response and objections. *See* page 7 of Richard Valenti's March 6, 2019 letter to Corene Kendrick.  Without waiving any previous objections, as to subpart two, Defendants are following up with Corizon regarding the LanguageLine contract.

**Request 103:** The most recent version of the ADC Health Services Monitoring Bureau's Monitoring Guide.

**Defendants' response:**
Plaintiffs' counsel already have the most recent version of the Monitoring Guide, which is dated February 7, 2018.

**Request 104:** List of all qualified health care practitioners who are proficient in American Sign Language, and, for each, (1) all documentation establishing proficiency, and (2) work schedule(s) and location(s). If no such list or documentation exists, please so indicate.

Corene Kendrick
March 20, 2019
Page 3

**Defendants' response:**
Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the terms "qualified", "health care practitioners", "proficient", and the phrase "documentation establishing proficiency". As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Furthermore, the list Plaintiffs request requires the creation of documents by Defendants, which, pursuant to Fed.R.Civ.P. 34, Defendants are not required to do. *See* Goolsby v. Carrasco, No. 1:09–cv–01650 JLT (PC), 2011 WL 2636099, at *8 (E.D. Cal. July 5, 2011) (document request that would require the defendant to create a roster of employees is not a proper request under Fed. R. Civ. P. 34(a)); Robinson v. Adams, No. 1:08–cv– 01380–AWI–SMS PC, 2011 WL 2118753, at *20 (E.D. Cal. May 27, 2011) (defendant is not required to create a document in response to a request for production). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

Without waiving any objections, no responsive list exists. As to subparts 1 and 2, ADC does not have responsive documents; Defendants are awaiting Corizon's response concerning responsive documents and will supplement.

**Request 105:**
List of all qualified health care practitioners who are proficient in any non-English language (other than American Sign Language), and, for each, (1) all documentation establishing proficiency, and (2) work schedule(s) and location(s). If no such list or documentation exists, please so indicate.

**Defendants' response:**
Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the terms "qualified", "health care practitioners", "proficient", and the phrase "documentation establishing proficiency". As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Furthermore, the list Plaintiffs request requires the creation of documents by Defendants, which, pursuant to Fed.R.Civ.P. 34, Defendants are not required to do. *See* Goolsby v. Carrasco, No. 1:09–cv–01650 JLT (PC), 2011 WL 2636099, at *8 (E.D. Cal. July 5, 2011) (document request that would require the defendant to create a roster of employees is not a proper request under Fed. R. Civ. P. 34(a)); Robinson v. Adams, No. 1:08–cv– 01380–AWI–SMS PC,

Corene Kendrick
March 20, 2019
Page 4

2011 WL 2118753, at *20 (E.D. Cal. May 27, 2011) (defendant is not required to create a document in response to a request for production). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

Without waiving any objections, no responsive list exists. As to subparts 1 and 2, ADC does not have responsive documents; Defendants are awaiting Corizon's response concerning responsive documents and will supplement.

**Request 106:** All HNRs and grievances in which a class member requested an interpreter for a healthcare encounter and the responses to the HNRs and grievances since January 1, 2018.

**Defendants' response:**
Defendants object to this request as outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the terms "grievances", "responses", "healthcare encounter", and "interpreter".  As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). The request is unduly burdensome as it would require Defendants to do a manual review of all HNRs and grievances and their responses for all class members for the specified time period to identify all documents that involve a request for an interpreter for a health encounter. Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

**Request 107:** All Form 108-1s for all deaf people who were in ADC custody at any time since January 1, 2017.

**Defendants' response:**
Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the term "deaf".  As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Defendants further object to the Plaintiffs' request to the extent it requests information related to inmates who are not in ADC custody. Under the Stipulation, class members are limited to "[a]ll prisoners who are now,

Corene Kendrick
March 20, 2019
Page 5

or will in the future be, subjected to the medical, mental health, and dental care policies and practices of the ADC." *See* ¶ 3 of Dkt. 1185. Inmates who are not in ADC custody are not class members, and any information related to those inmates is irrelevant and beyond the scope of the Stipulation. Furthermore, this request is unduly burdensome. It would require Defendants to manually review the eOMIS records of every class member for the requested time period to verify if there is a 108-1 form in their file. Defendants would then have to review every 108-1 form to determine if it documented hearing impairment, since a 108-1 form is a functional assessment that documents a variety of issues (e.g., allergies). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

**Request 108:** List of all class members who are not fluent in English and their ADC numbers and primary language. If no such list exists, please so indicate.

**Defendants' response:**
Defendants object to this request as vague and ambiguous as to the terms "fluent" and "primary language". As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Furthermore, the list Plaintiffs request requires the creation of documents by Defendants, which, pursuant to Fed.R.Civ.P. 34, Defendants are not required to do. *See Goolsby v. Carrasco*, No. 1:09–cv–01650 JLT (PC), 2011 WL 2636099, at *8 (E.D. Cal. July 5, 2011) (document request that would require the defendant to create a roster of employees is not a proper request under Fed. R. Civ. P. 34(a)); *Robinson v. Adams*, No. 1:08–cv–01380–AWI–SMS PC, 2011 WL 2118753, at *20 (E.D. Cal. May 27, 2011) (defendant is not required to create a document in response to a request for production). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

Without waiving any objections, no responsive list exists.

**Request 109:** All documents regarding provision of language interpretation during healthcare encounters at all ASPCs, including policies, procedures, and orders regarding assessment of language fluency and the use of interpreters at such encounters. If no such documents exist, please so indicate.

Corene Kendrick
March 20, 2019
Page 6

**Defendants' response:**
Defendants object to this request as irrelevant, overly broad, and outside the scope of the Stipulation and the Performance Measures. The requests fails to specify a timeframe. The request is also vague and ambiguous as to the terms "language interpretation", "healthcare encounters", "interpreters"; and the phrases "documents regarding provision of" and "regarding assessment of language fluency". As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

Without waiving any objections, see ADC Department Order 1101 and the Health Services Technical Manual, which are available on ADC's website. Furthermore, Plaintiffs' counsel have access to eOMIS records of class members and can review what interpreter services were provided during a healthcare encounter.

**Request 110:** All documents related to Defendants' monitoring of compliance with Paragraph 14 of the Stipulation at all ASPCs, including instructions to monitoring staff and compliance reports. If no such documents exist, please so indicate.

**Defendants' response:**
Defendants object to this request as overly broad. The request is also vague and ambiguous as to the terms "compliance reports", and "monitoring staff", and the phrase "all documents related to". As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). The request also fails to specify a timeframe. Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

Without waiving any objections, there are no responsive documents.

**Request 111:** All ADA requests for sign language interpreters during healthcare encounters submitted by a class member or another person on behalf of a class member and the responses to the ADA requests since January 1, 2018.

Corene Kendrick
March 20, 2019
Page 7

**Defendants' response:**
Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the terms "ADA requests", "sign language", "interpreters", and "healthcare encounters", and the phrases "or another person on behalf of a class member" and "responses to the ADA requests". As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). The request is also unduly burdensome, as it would require Defendants to manually review an indeterminable number of documents that involve requests for a sign language interpreter and the responses to those requests. Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.")(emphasis added).

Sincerely,

Richard M. Valenti

RMV/eap
cc:      Counsel of record

# Exhibit 4



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Richard M. Valenti
480.420.1615
rvalenti@strucklove.com

April 19, 2019

*VIA EMAIL ONLY*
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA  94964

   **Re:** *Parsons v. Ryan*
     **Plaintiffs' Supplemental Document Requests 101, 104, 105, and 112**

Dear Corene:

  Below is Defendants' response to Plaintiffs' Supplemental Document Request 112 identified in Plaintiffs' March 15, 2019 Monthly Request for Documents, and Defendants' supplemental responses to Plaintiffs' Supplemental Document Requests 101, 104, and 105.

**Request 101:** All documents regarding provision of sign language interpretation during medical, dental, and mental health encounters at all ASPCs, including (1) policies, procedures, and orders regarding the use of sign language interpreters at such encounters; (2) contract(s) for in-person and video remote interpretation; (3) location of computers used for video remote interpretation; (4) and log of use of sign language interpretation for the past three years.  If no such documents exist, please so indicate.

**Defendants' supplemental response:**
Defendants reiterate their previous response and objections. *See* page 7 of Richard Valenti's March 6, 2019 letter to Corene Kendrick. As to subpart two, without waiving any objections, Corizon objects to producing the LanguageLine contract.

**Request 104:** List of all qualified health care practitioners who are proficient in American Sign Language, and, for each, (1) all documentation establishing proficiency, and (2) work schedule(s) and location(s). If no such list or documentation exists, please so indicate.

Corene Kendrick
April 19, 2019
Page 2

**Defendants' supplemental response:**
Defendants reiterate their previous response and objections. *See* pages 2-3 of Richard Valenti's March 20, 2019 letter to Corene Kendrick. As to subparts one and two, without waiving any objections, per Corizon there are no responsive documents.

**Request 105:**
List of all qualified health care practitioners who are proficient in any non-English language (other than American Sign Language), and, for each, (1) all documentation establishing proficiency, and (2) work schedule(s) and location(s).  If no such list or documentation exists, please so indicate.

**Defendants' supplemental response:**
Defendants reiterate their previous response and objections. *See* pages 3-4 of Richard Valenti's March 20, 2019 letter to Corene Kendrick. As to subparts one and two, without waiving any objections, per Corizon there are no responsive documents.

**Request 112:** All billing documents from Language Line to Corizon for interpreter services rendered at all ASPCs from January 1, 2018 to the present.

**Defendants' response:**
Defendants object to this request as irrelevant and outside the scope of the Stipulation and the Performance Measures. The request is also vague and ambiguous as to the term "billing documents" and the phrase "interpreter services rendered".  As a result, the request fails to describe the documents sought with requisite particularity. *See* Fed. R. Civ. P. 26 (b)(1)(A). Based on the foregoing, the burden of identifying and producing documents responsive to this request substantially outweighs any likely benefit of production. *See* Fed. R. Civ. P. 26(b)(1); ¶ 29 of Dkt. 1185 ("The parties shall cooperate so that plaintiffs' counsel has reasonable access to **information reasonably necessary to perform their responsibilities required by this Stipulation without unduly burdening defendants**.") (Emphasis added.) Furthermore, Corizon objects to producing any responsive documents.

Sincerely,

Richard M. Valenti

RMV/eap
cc:     Counsel of record