Index of Exhibits to Declaration of Pablo Stewart

| Exhibit | Description |
|---|---|
| 1 | Curriculum vitae of Pablo Stewart, M.D. (updated June 2019) |
| 2 | Joint Commission Int'l, *Communicating Clearly and Effectively to Patients: How to Overcome Common Communication Challenges in Health Care*, 2018, available at https://www.jointcommissioninternational.org/assets/3/7/JCI-WP-Communicating-Clearly-FINAL_%281%29.PDF |
| 3 | Al-Mosaiwi and Johnstone, *In an Absolute State: Elevated Use of Absolutist Words Is a Marker Specific to Anxiety, Depression, and Suicidal Ideation*, Clinical Psychological Science, 2018, 6(4), available at https://journals.sagepub.com/doi/pdf/10.1177/2167702617747074 |

# Exhibit 1

CURRICULUM VITAE

**_PABLO STEWART, M.D._**
**3021 La Pietra Circle**
**Honolulu, HI 96815**
**(415) 264-0237**
**e-mail: pablo.stewart.md@gmail.com**
**(Updated June 2019)**

EDUCATION:

University of California, San Francisco, Teaching Certificate in General Medical Education, 2017

University of California, San Francisco, School of Medicine, Department of Psychiatry, Psychiatric Residency Program, 1986

University of California, San Francisco, School of Medicine, M.D., 1982

United States Naval Academy, Annapolis, MD, B.S. 1973, Major: Chemistry

LICENSURE:

California Medical License #GO50899
Hawai'i Medical License #MD-11784
Federal Drug Enforcement Administration #BS0546981
Hawaii Controlled Substances Certificate of Registration #E14341
Diplomate in Psychiatry, American Board of
Psychiatry and Neurology, Certificate #32564

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| July 1, 2019-Present | Clinical Professor/Psychiatrist, University Health Partners (UHP), University of Hawaii, John A. Burns School of Medicine. |
| February 22, 2018-February 22, 2019 | Academic Appointment: Clinical Professor, Department of Psychiatry, University of Hawaii, John A. Burns School of Medicine. |
| September 2006-Present | Academic Appointment: Clinical Professor, Department of Psychiatry, University of California, San Francisco. School of Medicine. |
| July 1995 -August 2006 | Academic Appointment: Associate Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine. |
| August 1989 -June 1995 | Academic Appointment: Assistant Clinical Professor, Department of Psychiatry, University of California, San Francisco, School of Medicine. |

| | |
|---|---|
| August 1986 - <br> July 1989 | <u>Academic Appointment:</u>  Clinical Instructor, Department of Psychiatry, University of California, San Francisco, School of Medicine. |

<u>EMPLOYMENT:</u>

| | |
|---|---|
| December 1996- <br> Present | <u>Psychiatric Consultant</u> <br> Provide consultation to governmental and private agencies on a variety of psychiatric, forensic, substance abuse and organizational issues; extensive experience in all phases of capital litigation and correctional psychiatry. |
| January 1997- <br> September 1998 | <u>Director of Clinical Services, San Francisco Target Cities</u> <u>Project</u>.  Overall responsibility for ensuring the quality of the clinical services provided by the various departments of the project including the Central Intake Unit, the ACCESS Project and the San Francisco Drug Court  Also responsible for providing clinical in-service trainings for the staff of the Project and community agencies that requested technical assistance. |
| February 1996 - <br> November 1996 | <u>Medical Director, Comprehensive Homeless Center,</u> <u>Department of Veterans Affairs Medical Center, San Francisco.</u> Overall responsibility for the medical and psychiatric services at the Homeless Center. |
| March 1995 - <br> January 1996 | <u>Chief, Intensive Psychiatric Community Care Program,</u> <u>(IPCC) Department of Veterans Affairs Medical Center, San</u> <u>Francisco.</u>  Overall clinical/administrative responsibility for the IPCC, a community-based case management program.  Duties also include medical/psychiatric consultation to Veteran Comprehensive Homeless Center.  This is a social work managed program that provides comprehensive social services to homeless veterans. |
| April 1991 - <br> February 1995 | <u>Chief, Substance Abuse Inpatient Unit, (SAIU), Department</u> <u>of Veterans Affairs Medical Center, San Francisco.</u> Overall clinical/administrative responsibility for SAIU. |
| September 1990 - <br> March 1991 | <u>Psychiatrist, Substance Abuse Inpatient Unit, Veterans</u> <u>Affairs Medical Center, San Francisco.</u>  Clinical responsibility for patients admitted to SAIU.  Provide consultation to the Medical/Surgical Units regarding patients with substance abuse issues. |
| August 1988 - <br> December 1989 | <u>Director, Forensic Psychiatric Services, City and County of</u> <u>San Francisco</u>.  Administrative and clinical responsibility for psychiatric services provided to the inmate population of San Francisco.  Duties included direct clinical and administrative responsibility for the Jail Psychiatric Services and the Forensic Unit at San Francisco General Hospital. |
| July 1986 - | <u>Senior Attending Psychiatrist, Forensic Unit, University of</u> |

| | |
|---|---|
| August 1990 | <u>California, San Francisco General Hospital.</u>  Administrative and clinical responsibility for a 12-bed, maximum-security psychiatric ward.  Clinical supervision for psychiatric residents, postdoctoral psychology fellows and medical students assigned to the ward. Liaison with Jail Psychiatric Services, City and County of San Francisco.  Advise San Francisco City Attorney on issues pertaining to forensic psychiatry. |
| July 1985<br>June 1986 | <u>Chief Resident, Department of Psychiatry, University of California San Francisco General Hospital.</u>  Team leader of the Latino-focus inpatient treatment team (involving 10-12 patients with bicultural/bilingual issues); direct clinical supervision of 7 psychiatric residents and 3-6 medical students; organized weekly departmental Grand Rounds; administered and supervised departmental residents' call schedule; psychiatric consultant to hospital general medical clinic; assistant coordinator of medical student education; group seminar leader for introduction to clinical psychiatry course for UCSF second-year medical students. |
| July 1984 -<br>March 1987 | <u>Physician Specialist, Westside Crisis Center, San Francisco, CA.</u>  Responsibility for Crisis Center operations during assigned shifts; admitting privileges at Mount Zion Hospital.  Provided psychiatric consultation for the patients admitted to Mount Zion Hospital when requested. |
| April 1984 -<br>July 1985 | <u>Psychiatric Consultant, Marin Alternative Treatment, (ACT).</u>  Provided medical and psychiatric evaluation and treatment of residential drug and alcohol clients; consultant to staff concerning medical/psychiatric issues. |
| August 1983 -<br>November 1984 | <u>Physician Specialist, Mission Mental Health Crisis Center, San Francisco, CA.</u>  Clinical responsibility for Crisis Center clients; consultant to staff concerning medical/psychiatric issues. |
| July 1982-<br>July 1985 | <u>Psychiatric Resident, University of California, San Francisco.</u>  Primary Therapist and Medical Consultant for the adult inpatient units at San Francisco General Hospital and San Francisco Veterans Affairs Medical Center; Medical Coordinator/Primary Therapist - Alcohol Inpatient Unit and Substance Abuse Clinic at San Francisco Veterans Affairs Medical Center; Outpatient Adult/Child Psychotherapist; Psychiatric Consultant - Adult Day Treatment Center - San Francisco Veterans Affairs Medical Center; Primary Therapist and Medial Consultant - San Francisco General Hospital Psychiatric Emergency Services; Psychiatric Consultant, Inpatient Medical/Surgical Units - San Francisco General Hospital. |
| June 1973 -<br>July 1978 | <u>Infantry Officer - United States Marine Corps.</u>  Rifle Platoon Commander; Anti-tank Platoon Commander; 81mm Mortar Platoon Commander; Rifle Company Executive Officer; Rifle Company Commander; Assistant Battalion Operations Officer; Embarkation Officer; Recruitment Officer; Drug, Alcohol and Human Relations Counselor; Parachutist and Scuba Diver; |

Officer in Charge of a Vietnamese Refugee Camp. Received an Honorable Discharge.  Highest rank attained was Captain.

HONORS AND AWARDS:

| | |
|---|---|
| June 2015 | Recognized by the Psychiatry Residents Association of the University of California, San Francisco, School of Medicine, Department of Psychiatry for "Excellence in Teaching" for the academic year 2014-2015. |
| June 1995 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1994/1995. |
| June 1993 | Selected by the class of 1996, University of California, San Francisco, School of Medicine as outstanding lecturer, academic year 1992/1993. |
| May 1993 | Elected to Membership of Medical Honor Society, AOA, by the AOA Member of the 1993 Graduating Class of the University of California, San Francisco, School of Medicine. |
| May 1991 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1990-1991. |
| May 1990 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1989-1990. |
| May 1989 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as the outstanding psychiatric faculty member for the academic year 1988-1989. |
| May 1987 | Selected by the faculty and students of the University of California, San Francisco, School of Medicine as the recipient of the Henry J. Kaiser Award for Excellence in Teaching. |
| May 1987 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident.  The award covered the period of 1 July 1985 to 30 June 1986, during which time I served as Chief Psychiatric resident, San Francisco General Hospital. |
| May 1985 | Selected by the graduating class of the University of California, San Francisco, School of Medicine as Outstanding Psychiatric Resident. |
| 1985 | Mead-Johnson American Psychiatric Association Fellowship.  One of sixteen nationwide psychiatric residents selected because of a demonstrated commitment to public sector psychiatry.  Made presentation at Annual Hospital and Community Psychiatry |

Meeting in Montreal, Canada, in October 1985, on the "Psychiatric Aspects of the Acquired Immunodeficiency Syndrome."

## MEMBERSHIPS:

| June 2000-<br>May 2008 | California Association of Drug Court Professionals. |
|---|---|
| July 1997-<br>June 1998 | President, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1996 -<br>June 1997 | President-Elect, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1995 -<br>June 1996 | Vice President, Northern California Area, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| April 1995 -<br>April 2002 | Associate Clinical Member, American Group Psychotherapy Association. |
| July 1992 -<br>June 1995 | Secretary-Treasurer, Alumni-Faculty Association, University of California, San Francisco, School of Medicine. |
| July 1990 -<br>June 1992 | Councilor-at-large, Alumni-Faculty Association, University of California, San Francisco, School of Medicine |

## PUBLIC SERVICE:

| June 1992 | Examiner, American Board of Psychiatry and Neurology, Inc. |
|---|---|
| November 1992 -<br>January 1994 | California Tuberculosis Elimination Task Force, Institutional Control Subcommittee. |
| September 2000-<br>April 2005 | Editorial Advisory Board, *Juvenile Correctional Mental Health Report.* |
| May 2001-<br>September 2010 | Psychiatric and Substance Abuse Consultant, San Francisco Police Officers' Association. |
| January 2002-<br>June 2003 | Psychiatric Consultant, San Francisco Sheriff's Department Peer Support Program. |
| February 2003-<br>April 2004 | Proposition "N" (Care Not Cash) Service Providers' Advisory Committee, Department of Human Services, City and County of San Francisco. |
| December 2003-<br>January 2004 | Member of San Francisco Mayor-Elect Gavin Newsom's Transition Team. |
| February 2004-<br>June 2004 | Mayor's Homeless Coalition, San Francisco, CA. |

| | |
|---|---|
| April 2004-<br>January 2006;<br>February 2017-<br>October 2018 | Member of Human Services Commission, City and County of San Francisco. |
| February 2006-<br>January 2007;<br>April 2013-<br>January 2015 | Vice President, Human Services Commission, City and County of San Francisco. |
| February 2007-<br>March 2013;<br>February 2015-<br>2017 | President, Human Services Commission, City and County of San Francisco. |

UNIVERSITY SERVICE:

| | |
|---|---|
| October 1999-<br>October 2001 | Lecturer, University of California, San Francisco, School of Medicine Post Baccalaureate Reapplicant Program. |
| July 1999-<br>July 2001 | Seminar Leader, National Youth Leadership Forum On Medicine. |
| November 1998-<br>November 2001 | Lecturer, University of California, San Francisco, School of Nursing, Department of Family Health Care Nursing. Lecture to the Advanced Practice Nurse Practitioner Students on Alcohol, Tobacco and Other Drug Dependencies. |
| January 1994 -<br>January 2001 | Preceptor/Lecturer, UCSF Homeless Clinic Project. |
| June 1990 -<br>November 1996 | Curriculum Advisor, University of California, San Francisco, School of Medicine. |
| June 1987 -<br>June 1992 | Facilitate weekly Support Groups for interns in the Department of Medicine.  Also, provide crisis intervention and psychiatric referral for Department of Medicine housestaff. |
| January 1987 –<br>June 1988 | Student Impairment Committee, University of California San Francisco, School of Medicine.<br>Advise the Dean of the School of Medicine on methods to identify, treat and prevent student impairment. |
| January 1986 –<br>June 1996 | Recruitment/Retention Subcommittee of the Admissions Committee, University of California, San Francisco, School of Medicine.<br>Advise the Dean of the School of Medicine on methods to attract and retain minority students and faculty. |
| October 1986 -<br>September 1987 | Member Steering Committee for the Hispanic Medical Education Resource Committee. |

6

|   | Plan and present educational programs to increase awareness of the special health needs of Hispanics in the United States. |
|---|---|
| September 1983 - June 1989 | Admissions Committee, University of California, School of Medicine.   Duties included screening applications and interviewing candidates for medical school. |
| October 1978 - December 1980 | Co-Founder and Director of the University of California, San Francisco Running Clinic. Provided free instruction to the public on proper methods of exercise and preventative health measures. |

TEACHING RESPONSIBILITIES:

| December 2018- May 2019 | Lecturer, Department of Psychiatry, JABSOM, University of Hawaii. |
|---|---|
| September 2016- June 2018 | Evidence-Based Inquiry Facilitator for the *Bridges Curriculum*, University of California, San Francisco, School of Medicine. |
| August 2014- June 2018 | Small Group Facilitator, Foundations of Patient Care, University of California, San Francisco, School of Medicine. |
| July 2003- June 2018 | Facilitate weekly psychotherapy training group for residents in the Department of Psychiatry. |
| January 2002- January 2004 | Course Coordinator of Elective Course University of California, San Francisco, School of Medicine, "Prisoner Health." This is a 1-unit course, which covers the unique health needs of prisoners. |
| September 2001- June 2003 | Supervisor, San Mateo County Psychiatric Residency Program. |
| April 1999- April 2001 | Lecturer, UCSF School of Pharmacy, Committee for Drug Awareness Community Outreach Project. |
| February 1998- June 2000 | Lecturer, UCSF Student Enrichment Program. |
| January 1996 - November 1996 | Supervisor, Psychiatry 110 students, Veterans Comprehensive Homeless Center. |
| September 1990- December 2002 | Supervisor, UCSF School of Medicine, Department of Psychiatry, Substance Abuse Fellowship Program. |
| September 1994 - June 1999 | Course Coordinator of Elective Course, University of California, San Francisco, School of Medicine. Designed, planned and taught course, Psychiatry 170.02, "Drug and Alcohol Abuse." This is a 1-unit course, which covers the major aspects of drug and alcohol abuse. |
| August 1994 - | Supervisor, Psychiatric Continuity Clinic, Haight Ashbury |

February 2006                    Free Clinic, Drug Detoxification and Aftercare Project.  Supervise
                                 4th Year medical students in the care of dual diagnostic patients.

February 1994 -                  Consultant, Napa State Hospital Chemical Dependency
February 2006                    Program Monthly Conference.

July 1992 -                      Facilitate weekly psychiatric intern seminar, "Psychiatric
June 1994                        Aspects of Medicine," University of California, San Francisco,
                                 School of Medicine.

July 1991-                       Group and individual psychotherapy supervisor, Outpatient
Present                          Clinic, Department of Psychiatry, University of California, San
                                 Francisco, School of Medicine.

January 1991                     Lecturer, University of California, San Francisco, School of
                                 Pharmacy course, "Addictionology and Substance Abuse
                                 Prevention."

September 1990 -                 Clinical supervisor, substance abuse fellows, and psychiatric
February 1995                    residents, Substance Abuse Inpatient Unit, San Francisco Veterans
                                 Affairs Medical Center.

September 1990 -                 Off ward supervisor, PGY II psychiatric residents,
November 1996                    Psychiatric Inpatient Unit, San Francisco Veterans Affairs Medical
                                 Center.

September 1990 -                 Group therapy supervisor, Psychiatric Inpatient Unit, (PIU),
June 1991                        San Francisco Veterans Affairs Medical Center.

September 1990 -                 Course coordinator, Psychiatry 110, San Francisco Veterans
June 1994                        Affairs Medical Center.

September 1989 -                 Seminar leader/lecturer, Psychiatry 100 A/B.
November 1996

July 1988 -                      Clinical supervisor, PGY III psychiatric residents, Haight
June 1992                        Ashbury Free Clinic, Drug Detoxification and Aftercare Project.

September 1987 -                 Tavistock Organizational Consultant.
Present                          Extensive experience as a consultant in numerous Tavistock
                                 conferences.

September 1987 -                 Course Coordinator of Elective Course, University of
December 1993                    California, San Francisco, School of Medicine.  Designed, planned
                                 and taught course, Psychiatry 170.02, "Alcoholism".  This is a 1-
                                 unit course offered to medical students, which covers alcoholism
                                 with special emphasis on the health professional.  This course is
                                 offered fall quarter each academic year.

July 1987-                       Clinical supervisor/lecturer FCM 110, San Francisco
June 1994                        General Hospital and Veterans Affairs Medical Center.

| | |
|---|---|
| July 1986 -<br>June 1996 | Seminar leader/lecturer Psychiatry 131 A/B. |
| July 1986 -<br>August 1990 | Clinical supervisor, Psychology interns/fellows,<br>San Francisco General Hospital. |
| July 1986 -<br>August 1990 | Clinical supervisor PGY I psychiatric residents,<br>San Francisco General Hospital |
| July 1986 -<br>August 1990 | Coordinator of Medical Student Education, University of California, San Francisco General Hospital,  Department of Psychiatry.  Teach seminars and supervise clerkships to medical students including: Psychological Core of Medicine 100 A/B; Introduction to Clinical Psychiatry 131 A/B; Core Psychiatric Clerkship 110 and Advanced Clinical Clerkship in Psychiatry 141.01. |
| July 1985 –<br>August 1990 | Psychiatric Consultant to the General Medical Clinic, University of California, San Francisco General Hospital.  Teach and supervise medical residents in interviewing and communication skills.  Provide instruction to the clinic on the psychiatric aspects of ambulatory medical care. |

## COMMUNITY SERVICE AND PRISON CONDITIONS EXPERT WORK:

| | |
|---|---|
| May 2016-<br>Present | Court-appointed monitor in *Ashoor Rasho, et al. v. Director John R. Baldwin, et al.*, No.:1:07-CV-1298-MMM-JEH (District Court, Peoria, Illinois.) This case involves the provision of constitutional mental health care to the inmate population of the Illinois Department of Corrections. |
| June 2015-<br>May 2017 | Senior Fellow, University of California, Criminal Justice & Health Consortium. |
| April 2014-<br>Present | Plaintiffs' expert in *Hernandez, et al. v. County of Monterey, et al.*, No.: CV 13 2354 PSG. This case involves the provision of unconstitutional mental health and medical services to the inmate population of Monterey County Jail. |
| January-December 2014 | Federal Bureau of Prisons: Special Housing Unit Review and Assessment. This was a year-long review of the quality of mental health services in the segregated housing units of the BOP. |
| August 2012-present | Plaintiffs' expert in *Parsons et al. v. Ryan* et al., (District Court, Phoenix, Arizona.) This case involves the provision of unconstitutional mental health and medical services to the inmate population of the Arizona Department of Corrections. |
| October 2007-<br>Present | Plaintiffs' expert in 2007-2010 overcrowding litigation and in opposing current efforts by defendants to terminate the injunctive relief in *Coleman v. Brown,* United States District Court, Eastern District of California, Case No. 2:90-cv-00520- |

LKK-JFM.  The litigation involves plaintiffs' claim that overcrowding is causing unconstitutional medical and mental health care in the California state prison system. Plaintiffs won an order requiring the state to reduce its population by approximately 45,000 state prisoners.  My expert opinion was cited several times in the landmark United States Supreme Court decision upholding the prison population reduction order.  *See Brown v. Plata,* ___ U.S. ___, 131 S. Ct. 1910, 1933 n.6, 1935, 179 L.Ed.2d 969, 992 n.6, 994 (2011).

| | |
|---|---|
| July/August 2008-Present | Plaintiff psychiatric expert in the case of Fred Graves, et al., plaintiffs v. Joseph Arpaio, et al., defendants (District Court, Phoenix, Arizona.)  This case involved Federal oversight of the mental health treatment provided to pre-trial detainees in the Maricopa County Jails. |
| February 2006-<br>December 2009 | Board of Directors, Physician Foundation at California Pacific Medical Center. |
| June 2004-<br>September 2012 | Psychiatric Consultant, Hawaii Drug Court. |
| November 2003-<br>June 2008 | Organizational/Psychiatric Consultant, State of Hawaii, Department of Human Services. |
| June 2003-<br>December 2004 | Monitor of the psychiatric sections of the "Ayers Agreement," New Mexico Corrections Department (NMCD).   This is a settlement arrived at between plaintiffs and the NMCD regarding the provision of constitutionally mandated psychiatric services for inmates placed within the Department's "Supermax" unit. |
| October 2002-<br>August 2006 | Juvenile Mental Health and Medical Consultant, United States Department of Justice, Civil Rights Division, Special Litigation Section. |
| July 1998-<br>June 2000 | Psychiatric Consultant to the Pacific Research and Training Alliance's Alcohol and Drug Disability Technical Assistance Project.   This Project provides assistance to programs and communities that will have long lasting impact and permanently improve the quality of alcohol and other drug services available to individuals with disabilities. |
| July 1998-<br>February 2004 | Psychiatric Consultant to the National Council on Crime and Delinquency (NCCD) in its monitoring of the State of Georgia's secure juvenile detention and treatment facilities.  NCCD is acting as the monitor of the agreement between the United States and Georgia to improve the quality of the juvenile justice facilities, critical mental health, medical and educational services, and treatment programs.  NCCD ceased to be the monitoring agency for this project in June 1999.  At that time, the Institute of Crime, Justice and Corrections at the George Washington University became the monitoring agency.  The work remained unchanged. |
| July 1998- | Psychiatric Consultant to the San Francisco Campaign |

| | |
|---|---|
| July 2001 | Against Drug Abuse (SF CADA). |
| March 1997-<br>Present | Technical Assistance Consultant, Center for Substance Abuse Treatment, Substance Abuse and Mental Health Services Administration, Department of Health and Human Services. |
| January 1996-<br>June 2003 | Psychiatric Consultant to the San Francisco Drug Court. |
| November 1993-<br>June 2001 | Executive Committee, Addiction Technology Transfer Center (ATTC), University of California, San Diego. |
| December 1992 -<br>December 1994 | Institutional Review Board, Haight Ashbury Free Clinics, Inc. Review all research protocols for the clinic per Department of Health and Human Services guidelines. |
| June 1991-<br>February 2006 | Chief of Psychiatric Services, Haight Ashbury Free Clinic. Overall responsibility for psychiatric services at the clinic. |
| December 1990 -<br>June 1991 | Medical Director, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project. Responsible for directing all medical and psychiatric care at the clinic. |
| October 1996-July 1997 | Psychiatric Expert for the U.S. District Court, Northern District of California, in the case of Madrid v. Gomez, No. C90-3094-TEH. Report directly to the Special Master regarding the implementation of constitutionally mandated psychiatric care to the inmates at Pelican Bay State Prison. |
| April 1990 –January 2000 | Psychiatric Expert for the U.S. District Court, Eastern District of California, in the case of Gates v. Deukmejian, No. C1V S-87-1636 LKK-JFM.  Report directly to the court regarding implementation and monitoring of the consent decree in this case. (This case involves the provision of adequate psychiatric care to the inmates at the California Medical Facility, Vacaville). |
| January 1984 -<br>December 1990 | Chief of Psychiatric Services, Haight Ashbury Free Clinic, Drug Detoxification and Aftercare Project.  Direct medical/psychiatric management of project clients; consultant to staff on substance abuse issues.  Special emphasis on dual diagnostic patients. |
| July 1981-<br>December 1981 | Medical/Psychiatric Consultant, Youth Services, Hospitality House, San Francisco, CA.  Advised youth services staff on client management.  Provided training on various topics related to adolescents. Facilitated weekly client support groups. |

SERVICE TO ELEMENTARY AND SECONDARY EDUCATION:

| | |
|---|---|
| January 1996 - | Baseball, Basketball and Volleyball Coach, Convent of the |

| | |
|---|---|
| June 2002 | Sacred Heart Elementary School, San Francisco, CA. |
| September 1994 -<br>June 2002 | Soccer Coach, Convent of the Sacred Heart Elementary<br>School, San Francisco, CA. |
| June 1991-<br>June 1994 | Board of Directors, Pacific Primary School,<br>San Francisco, CA. |
| April 1989 -<br>July 1996 | Umpire, Rincon Valley Little League, Santa Rosa, CA. |
| September 1988 -<br>May 1995 | Numerous presentations on Mental Health/Substance<br>Abuse issues to the student body, Hidden Valley Elementary<br>School and Santa Rosa Jr. High School, Santa Rosa, CA. |

PRESENTATIONS:

1.   San Francisco Treatment Research Unit, University of California, San Francisco, Colloquium #1.   (10/12/1990).   "The Use of Anti-Depressant Medications with Substance-Abusing Clients."

2.   Grand Rounds.  Department of Psychiatry, University of California, San Francisco, School of Medicine.  (12/5/1990).  "Advances in the Field of Dual Diagnosis."

3.   Associates Council, American College of Physicians, Northern California Region, Program for Leadership Conference, Napa, California.   (3/3/1991).   "Planning a Satisfying Life in Medicine."

4.   24th Annual Medical Symposium on Renal Disease, sponsored by the Medical Advisory Board of the National Kidney Foundation of Northern California, San Mateo, California. (9/11/1991).  "The Chronically Ill Substance Abuser."

5.   Mentoring Skills Conference, University of California, San Francisco, School of Medicine, Department of Pediatrics.  (11/26/91).  "Mentoring as an Art."

6.   Continuing Medical Education Conference, Sponsored by the Department of Psychiatry, University of California, San Francisco, School of Medicine.  (4/25/1992).  "Clinical & Research Advances in the Treatment of Alcoholism and Drug Abuse."

7.   First International Conference of Mental Health and Leisure.   University of Utah. (7/9/1992).   "The Use of Commonly Abused Street Drugs in the Treatment of Mental Illness."

8.   American Group Psychotherapy Association Annual Meeting, San Francisco, California. (2/20/1993).  "Inpatient Groups in Initial-Stage Addiction Treatment."

9.   Grand Rounds.  Department of Child Psychiatry, Stanford University School of Medicine.  (3/17/93, 9/11/96).  "Issues in Adolescent Substance Abuse."

10.   University of California, Extension.   Alcohol and Drug Abuse Studies Program. (5/14/93), (6/24/94), (9/22/95), (2/28/97).  "Dual Diagnosis."

11.   American Psychiatric Association Annual Meeting.   (5/26/1993).   "Issues in the Treatment of the Dual Diagnosis Patient."

12.    Long Beach Regional Medical Education Center and Social Work Service, San Francisco Veterans Affairs Medical Center Conference on Dual Diagnosis.  (6/23/1993).  "Dual Diagnosis Treatment Issues."

13.    Utah Medical Association Annual Meeting, Salt Lake City, Utah.  (10/7/93). "Prescription Drug Abuse Helping your Patient, Protecting Yourself."

14.    Saint Francis Memorial Hospital, San Francisco, Medical Staff Conference. (11/30/1993).  "Management of Patients with Dual Diagnosis and Alcohol Withdrawal."

15.    Haight Ashbury Free Clinic's 27th Anniversary Conference.  (6/10/94).  "Attention Deficit Disorder, Substance Abuse, Psychiatric Disorders and Related Issues."

16.    University of California, San Diego.  Addiction Technology Transfer Center Annual Summer Clinical Institute:  (8/30/94), (8/29/95), (8/5/96), (8/4/97), (8/3/98).  "Treating Multiple Disorders."

17.    National Resource Center on Homelessness and Mental Illness, A Training Institute for Psychiatrists.  (9/10/94).  "Psychiatry, Homelessness, and Serious Mental Illness."

18.    Value Behavioral Health/American Psychiatry Management Seminar.  (12/1/1994). "Substance Abuse/Dual Diagnosis in the Work Setting."

19.    Grand Rounds.  Department of Oral and Maxillofacial Surgery, University of California, San Francisco, School of Dentistry.  (1/24/1995).  "Models of Addiction."

20.    San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project.  (1/25/95, 1/24/96, 1/13/97, 1/21/98, 1/13/99, 1/24/00, 1/12/01). "Demystifying Dual Diagnosis."

21.    First Annual Conference on the Dually Disordered.  (3/10/1995).  "Assessment of Substance Abuse."  Sponsored by the Division of Mental Health and Substance Abuse Services and Target Cities Project, Department of Public Health, City and County of San Francisco.

22.    Delta Memorial Hospital, Antioch, California, Medical Staff Conference.  (3/28/1995). "Dealing with the Alcohol and Drug Dependent Patient."  Sponsored by University of California, San Francisco, School of Medicine, Office of Continuing Medical Education.

23.    Centre Hospitalier Robert-Giffaard, Beoupont (Quebec), Canada.  (11/23/95). "Reconfiguration of Psychiatric Services in Quebec Based on the San Francisco Experience."

24.    The Labor and Employment Section of the State Bar of California.  (1/19/96). "Understanding Alcoholism and its Impact on the Legal Profession."  MCCE Conference, San Francisco, CA.

25.    American Group Psychotherapy Association, Annual Training Institute. (2/13-2/14/96), National Instructor - Designate training group.

26.    American Group Psychotherapy Association, Annual Meeting.  (2/10/96).  "The Process Group at Work."

27.   Medical Staff Conference, Kaiser Foundation Hospital, Pleasanton, California, "The Management of Prescription Drug Addiction". (4/24/96)

28.   International European Drug Abuse Treatment Training Project, Ankaran, Slovenia, "The Management of the Dually Diagnosed Patient in Former Soviet Block Europe". (10/5-10/11/96)

29.   Contra Costa County Dual Diagnosis Conference, Pleasant Hill, California, "Two Philosophies, Two Approaches: One Client".  (11/14/96)

30.   Faith Initiative Conference, San Francisco, California, "Spirituality: The Forgotten Dimension of Recovery".  (11/22/96)

31.   Alameda County Dual Diagnosis Conference, Alameda, California, "Medical Management of the Dually Diagnosed Patient". (2/4/97, 3/4/97)

32.   Haight Ashbury Free Clinic's 30th Anniversary Conference, San Francisco, California, "Indicators for the Use of the New Antipsychotics". (6/4/97)

33.   DPH/Community Substance Abuse Services/San Francisco Target Cities Project sponsored conference, "Intake, Assessment and Service Linkages in the Substance Abuse System of Care", San Francisco, California.  (7/31/97)

34.   The Institute of Addictions Studies and Lewis and Clark College sponsored conference, 1997 Northwest Regional Summer Institute, "Addictions Treatment: What We Know Today, How We'll Practice Tomorrow; Assessment and Treatment of the High-Risk Offender".  Wilsonville, Oregon. (8/1/97)

35.   The California Council of Community Mental Health Agencies Winter Conference, Key Note Presentation, "Combining funding sources and integrating treatment for addiction problems for children, adolescents and adults, as well as coordination of addiction treatment for parents with mental health services to severely emotionally disturbed children." Newport Beach, California.  (2/12/98)

36.   American Group Psychotherapy Association, Annual Training Institute, Chicago, Illinois. (2/16-2/28/1998), Intermediate Level Process Group Leader.

37.   "Multimodal Psychoanalytic Treatment of Psychotic Disorders: Learning from the Quebec Experience."  The Haight Ashbury Free Clinics Inc., sponsored this seminar in conjunction with the San Francisco Society for Lacanian Studies and the Lacanian School of Psychoanalysis.  San Francisco, California.  (3/6-3/8/1998)

38.   "AIDS Update for Primary Care: Substance Use & HIV: Problem Solving at the Intersection." The East Bay AIDS Education & Training Center and the East Bay AIDS Center, Alta Bates Medical Center, Berkeley, California sponsored this conference. (6/4/1998)

39.   Haight Ashbury Free Clinic's 31st Anniversary Conference, San Francisco, California, "Commonly Encountered Psychiatric Problems in Women."  (6/11/1998)

40.   Community Networking Breakfast sponsored by San Mateo County Alcohol & Drug Services and Youth Empowering Systems, Belmont, California, "Dual Diagnosis, Two Approaches, Two Philosophies, One Patient."  (6/17/1998)

41.     Grand Rounds, Department of Medicine, Alameda County Medical Center-Highland Campus, Oakland, California, "Medical/Psychiatric Presentation of the Patient with both Psychiatric and Substance Abuse Problems." (6/19/1998)

42.     "Rehabilitation, Recovery, and Reality: Community Treatment of the Dually Diagnosed Consumer." The Occupational Therapy Association of California, Dominican College of San Rafael and the Psychiatric Occupational Therapy Action Coalition sponsored this conference. San Rafael, California. (6/20/1998)

43.     "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Los Angeles County Department of Mental Health sponsored conference, Los Angeles, CA. (6/29/98)

44.     Grand Rounds, Wai'anae Coast Comprehensive Health Center, Wai'anae, Hawaii, "Assessment and Treatment of the Patient who presents with concurrent Depression and Substance Abuse." (7/15/1998)

45.     "Dual Diagnostic Aspects of Methamphetamine Abuse", Hawaii Department of Health, Alcohol and Drug Abuse Division sponsored conference, Honolulu, Hawaii. (9/2/98)

46.     9th Annual Advanced Pain and Symptom Management, the Art of Pain Management Conference, sponsored by Visiting Nurses and Hospice of San Francisco. "Care Issues and Pain Management for Chemically Dependent Patients." San Francisco, CA. (9/10/98)

47.     Latino Behavioral Health Institute Annual Conference, "Margin to Mainstream III: Latino Health Care 2000." "Mental Illness and Substance Abuse Assessment: Diagnosis and Treatment Planning for the Dually Diagnosed", Los Angeles, CA. (9/18/98)

48.     Chemical Dependency Conference, Department of Mental Health, Napa State Hospital, "Substance Abuse and Major Depressive Disorder." Napa, CA. (9/23/98)

49.     "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", San Mateo County Drug and Alcohol Services, Belmont, CA. (9/30/98)

50.     "Assessment, Diagnosis and Treatment of the Patient with a Dual Diagnosis", Sacramento County Department of Mental Health, Sacramento, CA. (10/13/98)

51.     California Department of Health, Office of AIDS, 1998 Annual AIDS Case Management Program/Medi-Cal Waiver Program (CMP/MCWP) Conference, "Triple Diagnosis: What's Really Happening with your Patient." Concord, CA. (10/15/98)

52.     California Mental Health Director's Association Meeting: Dual Diagnosis, Effective Models of Collaboration; "Multiple Problem Patients: Designing a System to Meet Their Unique Needs", San Francisco Park Plaza Hotel. (10/15/98)

53.     Northwest GTA Health Corporation, Peel Memorial Hospital, Annual Mental Health Conference, "Recognition and Assessment of Substance Abuse in Mental Illness." Brampton, Ontario, Canada. (10/23/98)

54.     1998 California Drug Court Symposium, "Mental Health Issues and Drug Involved Offenders." Sacramento, CA. (12/11/98)

55.     "Assessment, Diagnosis and Treatment Planning for the Dually Diagnosed", Mono County Alcohol and Drug Programs, Mammoth Lakes, CA.  (1/7/99)

56.     Medical Staff Conference, Kaiser Foundation Hospital, Walnut Creek, CA, "Substance Abuse and Major Depressive Disorder."  (1/19/99)

57.     "Issues and Strategies in the Treatment of Substance Abusers", Alameda County Consolidated Drug Courts, Oakland, CA.  (1/22/99 & 2/5/99)

58.     Compass Health Care's 12th Annual Winter Conference on Addiction, Tucson, AZ: "Dual Systems, Dual Philosophies, One Patient", "Substance Abuse and Developmental Disabilities" & "Assessment and Treatment of the High-Risk Offender." (2/17/99)

59.     American Group Psychotherapy Association, Annual Training Institute, Houston, Texas. (2/22-2/24/1999).  Entry Level Process Group Leader.

60.     "Exploring A New Framework: New Technologies For Addiction And Recovery", Maui County Department of Housing and Human Concerns, Malama Family Recovery Center, Maui, Hawaii.  (3/5 & 3/6/99)

61.     "Assessment, Diagnosis and Treatment of the Dual Diagnostic Patient", San Bernardino County Office of Alcohol & Drug Treatment Services, San Bernardino, CA.  (3/10/99)

62.     "Smoking Cessation in the Chronically Mentally Ill, Part 1", California Department of Mental Health, Napa State Hospital, Napa, CA.  (3/11/99)

63.     "Dual Diagnosis and Effective Methods of Collaboration", County of Tulare Health & Human Services Agency, Visalia, CA.  (3/17/99)

64.     Pfizer Pharmaceuticals sponsored lecture tour of Hawai'i.  Lectures included: Major Depressive Disorder and Substance Abuse, Treatment Strategies for Depression and Anxiety with the Substance Abusing Patient, Advances in the Field of Dual Diagnosis & Addressing the Needs of the Patient with Multiple Substance Dependencies.  Lecture sites included: Straub Hospital, Honolulu; Maui County Community Mental Health; Veterans Administration Hospital, Honolulu; Hawai'i (Big Island) County Community Mental Health; Mililani (Oahu) Physicians Center; Kahi Mohala (Oahu) Psychiatric Hospital; Hale ola Ka'u (Big Island) Residential Treatment Facility.  (4/2-4/9/99)

65.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Mendocino County Department of Public Health, Division of Alcohol & Other Drug Programs, Ukiah, CA.  (4/14/99)

66.     "Assessment of the Substance Abusing & Mentally Ill Female Patient in Early Recovery", Ujima Family Services Agency, Richmond, CA.  (4/21/99)

67.     California Institute for Mental Health, Adult System of Care Conference, "Partners in Excellence", Riverside, California.  (4/29/99)

68.     "Advances in the Field of Dual Diagnosis", University of Hawai'i School of Medicine, Department of Psychiatry Grand Rounds, Queens Hospital, Honolulu, Hawai'i.  (4/30/99)

69.     State of Hawai'i Department of Health, Mental Health Division, "Strategic Planning to Address the Concerns of the United States Department of Justice for the Alleged Civil Rights Abuses in the Kaneohe State Hospital."  Honolulu, Hawai'i.  (4/30/99)

70.     "Assessment, Diagnosis and Treatment Planning for the Patient with Dual/Triple Diagnosis", State of Hawai'i, Department of Health, Drug and Alcohol Abuse Division, Dole Cannery, Honolulu, Hawai'i.  (4/30/99)

71.     11th Annual Early Intervention Program Conference, State of California Department of Health Services, Office of Aids, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Concord, California.  (5/6/99)

72.     The HIV Challenge Medical Conference, Sponsored by the North County (San Diego) AIDS Coalition, "Addressing the Substance Abuse and Mental Health Needs of the HIV (+) Patient."  Escondido, California.  (5/7/99)

73.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders", Sonoma County Community Mental Health's Monthly Grand Rounds, Community Hospital, Santa Rosa, California.  (5/13/99)

74.     "Developing & Providing Effective Services for Dually Diagnosed or High Service Utilizing Consumers", third annual conference presented by the Southern California Mental Health Directors Association.  Anaheim, California.  (5/21/99)

75.     15th Annual Idaho Conference on Alcohol and Drug Dependency, lectures included "Dual Diagnostic Issues", "Impulse Control Disorders" and "Major Depressive Disorder."  Boise State University, Boise, Idaho.  (5/25/99)

76.     "Smoking Cessation in the Chronically Mentally Ill, Part 2", California Department of Mental Health, Napa State Hospital, Napa, California.  (6/3/99)

77.     "Alcohol and Drug Abuse: Systems of Care and Treatment in the United States", Ando Hospital, Kyoto, Japan.  (6/14/99)

78.     "Alcoholism: Practical Approaches to Diagnosis and Treatment", National Institute On Alcoholism, Kurihama National Hospital, Yokosuka, Japan.  (6/17/99)

79.     "Adolescent Drug and Alcohol Abuse", Kusatsu Kinrofukushi Center, Kusatsu, Japan.  (6/22/99)

80.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Osaka Drug Addiction Rehabilitation Center Support Network, Kobe, Japan.  (6/26/99)

81.     "Assessment, Diagnosis and Treatment of the Patient with Multiple Diagnoses", Santa Barbara County Department of Alcohol, Drug, & Mental Health Services, Buellton, California.  (7/13/99)

82.     "Drug and Alcohol Issues in the Primary Care Setting", County of Tulare Health & Human Services Agency, Edison Ag Tac Center, Tulare, California.  (7/15/99)

83.     "Working with the Substance Abuser in the Criminal Justice System", San Mateo County Alcohol and Drug Services and Adult Probation Department, Redwood City, California.  (7/22/99)

84.     1999 Summer Clinical Institute In Addiction Studies, University of California, San Diego School of Medicine, Department of Psychiatry.  Lectures included: "Triple Diagnosis: HIV, Substance Abuse and Mental Illness.  What's Really Happening to your

17

Patient?" "Psychiatric Assessment in the Criminal Justice Setting, Learning to Detect Malingering." La Jolla, California. (8/3/99)

85.    "Assessment, Diagnosis and Treatment Planning for the Patient with Dual and Triple Diagnoses", Maui County Department of Housing and Human Concerns, Maui Memorial Medical Center. Kahului, Maui. (8/23/99)

86.    "Proper Assessment of the Asian/Pacific Islander Dual Diagnostic Patient", Asian American Recovery Services, Inc., San Francisco, California. (9/13/99)

87.    "Assessment and Treatment of the Dual Diagnostic Patient in a Health Maintenance Organization", Alcohol and Drug Abuse Program, the Permanente Medical Group, Inc., Santa Rosa, California. (9/14/99)

88.    "Dual Diagnosis", Residential Care Providers of Adult Residential Facilities and Facilities for the Elderly, City and County of San Francisco, Department of Public Health, Public Health Division, San Francisco, California. (9/16/99)

89.    "Medical and Psychiatric Aspects of Methamphetamine Abuse", Fifth Annual Latino Behavioral Health Institute Conference, Universal City, California. (9/23/99)

90.    "Criminal Justice & Substance Abuse", University of California, San Diego & Arizona Department of Corrections, Phoenix, Arizona. (9/28/99)

91.    "Creating Balance in the Ohana: Assessment and Treatment Planning", Hale O Ka'u Center, Pahala, Hawai'i. (10/8-10/10/99)

92.    "Substance Abuse Issues of Runaway and Homeless Youth", Homeless Youth 101, Oakland Asian Cultural Center, Oakland, California. (10/12/99)

93.    "Mental Illness & Drug Abuse - Part II", Sonoma County Department of Mental Health Grand Rounds, Santa Rosa, California. (10/14/99)

94.    "Dual Diagnosis/Co-Existing Disorders Training", Yolo County Department of Alcohol, Drug and Mental Health Services, Davis, California. (10/21/99)

95.    "Mental Health/Substance Abuse Assessment Skills for the Frontline Staff", Los Angeles County Department of Mental Health, Los Angeles, California. (1/27/00)

96.    "Spirituality in Substance Abuse Treatment", Asian American Recovery Services, Inc., San Francisco, California. (3/6/00)

97.    "What Every Probation Officer Needs to Know about Alcohol Abuse", San Mateo County Probation Department, San Mateo, California. (3/16/00)

98.    "Empathy at its Finest", Plenary Presentation to the California Forensic Mental Health Association's Annual Conference, Asilomar, California. (3/17/00)

99.    "Model for Health Appraisal for Minors Entering Detention", Juvenile Justice Health Care Committee's Annual Conference, Asilomar, California. (4/3/00)

100.   "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Humboldt County Department of Mental Health and Substance Abuse Services, Eureka, California. (4/4-4/5/00)

101.   "The Dual Diagnosed Client", Imperial County Children's System of Care Spring Training, Holtville, California.  (5/15/00)

102.   National Association of Drug Court Professionals 6th Annual Training Conference, San Francisco, California.  "Managing People of Different Pathologies in Mental Health Courts", (5/31 & 6/1/00); "Assessment and Management of Co-Occurring Disorders" (6/2/00).

103.   "Culture, Age and Gender Specific Perspectives on Dual Diagnosis", University of California Berkeley Extension Course, San Francisco, California.  (6/9/00)

104.   "The Impact of Alcohol/Drug Abuse and Mental Disorders on Adolescent Development", Thunder Road Adolescent Treatment Centers, Inc., Oakland, California. (6/29 & 7/27/00)

105.   "Assessing the Needs of the Entire Patient: Empathy at its Finest", NAMI California Annual Conference, Burlingame, California.  (9/8/00)

106.    "The Effects of Drugs and Alcohol on the Brain and Behavior", The Second National Seminar on Mental Health and the Criminal Law, San Francisco, California.  (9/9/00)

107.   Annual Conference of the Associated Treatment Providers of New Jersey, Atlantic City, New Jersey.  "Advances in Psychopharmacological Treatment with the Chemically Dependent Person" & "Treatment of the Adolescent Substance Abuser" (10/25/00).

108.   "Psychiatric Crises In The Primary Care Setting", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service.   (11/1/00, 3/13/01)

109.   "Co-Occurring Disorders: Substance Abuse and Mental Health", California Continuing Judicial Studies Program, Center For Judicial Education and Research, Long Beach, California. (11/12-11/17/00)

110.   "Adolescent Substance Abuse Treatment", Alameda County Behavioral Health Care Services, Oakland, California.  (12/5/00)

111.   "Wasn't One Problem Enough?"  Mental Health and Substance Abuse Issues.  2001 California Drug Court Symposium, "Taking Drug Courts into the New Millennium." Costa Mesa, California.  (3/2/01)

112.   "The Impact of Alcohol/Drug Abuse and Mental Health Disorders on the Developmental Process."  County of Sonoma Department of Health Services, Alcohol and Other Drug Services Division. Santa Rosa, California.  (3/8 & 4/5/01)

113.   "Assessment of the Patient with Substance Abuse and Mental Health Issues."  San Mateo County General Hospital Grand Rounds.  San Mateo, California.  (3/13/01)

114.   "Dual Diagnosis-Assessment and Treatment Issues."  Ventura County Behavioral Health Department Alcohol and Drug Programs Training Institute, Ventura, California.  (5/8/01)

115.   Alameda County District Attorney's Office 4th Annual 3R Conference, "Strategies for Dealing with Teen Substance Abuse." Berkeley, California.  (5/10/01)

116.    National Association of Drug Court Professionals 7th Annual Training Conference, "Changing the Face of Criminal Justice."  I presented three separate lectures on the following topics: Marijuana, Opiates and Alcohol.  New Orleans, LA.  (6/1-6/2/01)

117.    Santa Clara County Drug Court Training Institute, "The Assessment, Diagnosis and Treatment of the Patient with Multiple Disorders."  San Jose, California.  (6/15/01)

118.    Washington Association of Prosecuting Attorneys Annual Conference, "Psychiatric Complications of the Methamphetamine Abuser."  Olympia, Washington.  (11/15/01)

119.    San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis."  (1/14/02)

120.    First Annual Bi-National Conference sponsored by the Imperial County Behavioral Health Services, "Models of Family Interventions in Border Areas."  El Centro, California.  (1/28/02)

121.    The California Association for Alcohol and Drug Educators 16th Annual Conference, "Assessment, Diagnosis and Treatment of Patients with Multiple Diagnoses."  Burlingame, California.  (4/25/02)

122.    Marin County Department of Health and Human Services, Dual Diagnosis and Cultural Competence Conference, "Cultural Considerations in Working with the Latino Patient."  (5/21/02)

123.    3rd Annual Los Angeles County Law Enforcement and Mental Health Conference, "The Impact of Mental Illness and Substance Abuse on the Criminal Justice System."  (6/5/02)

124.    New Mexico Department of Corrections, "Group Psychotherapy Training."  Santa Fe, New Mexico.  (8/5/02)

125.    Judicial Council of California, Administrative Office of the Courts, "Juvenile Delinquency and the Courts: 2002."  Berkeley, California.  (8/15/02)

126.    California Department of Alcohol and Drug Programs, "Adolescent Development and Dual Diagnosis."  Sacramento, California.  (8/22/02)

127.    Haight Ashbury Free Clinic's 36th Anniversary Conference, San Francisco, California, "Psychiatric Approaches to Treating the Multiple Diagnostic Patient."  (6/6/03)

128.    Motivational Speaker for Regional Co-Occurring Disorders Training sponsored by the California State Department of Alcohol and Drug Programs and Mental Health and the Substance Abuse Mental Health Services Administration-Center for Substance Abuse Treatment, Samuel Merritt College, Health Education Center, Oakland, California.  (9/4/03)

129.    "Recreational Drugs, Parts I and II", Doctor Marina Bermudez Issues In College Health, San Francisco State University Student Health Service.  (10/1/03), (12/3/03)

130.    "Detecting Substance Abuse in our Clients", California Attorneys for Criminal Justice Annual Conference, Berkeley, California.  (10/18/03)

131.    "Alcohol, Alcoholism and the Labor Relations Professional", 10th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section.  Pasadena, California.  (4/2/04)

132.    Lecture tour of Japan (4/8-4/18/04).  "Best Practices for Drug and Alcohol Treatment." Lectures were presented in Osaka, Tokyo and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

133.    San Francisco State University, School of Social Work, Title IV-E Child Welfare Training Project, "Adolescent Development and Dual Diagnosis."  (9/9/04)

134.    "Substance Abuse and the Labor Relations Professional", 11th Annual Labor and Employment Public Sector Program, sponsored by the State Bar of California. Labor and Employment Section.  Sacramento, California.  (4/8/05)

135.    "Substance Abuse Treatment in the United States", Clinical Masters Japan Program, Alliant International University.  San Francisco, California. (8/13/05)

136.    Habeas Corpus Resource Center, Mental Health Update, "Understanding Substance Abuse."  San Francisco, California. (10/24/05)

137.    Yolo County Department of Behavioral Health, "Psychiatric Aspects of Drug and Alcohol Abuse."  Woodland, California. (1/25/06), (6/23/06)

138.    "Methamphetamine-Induced Dual Diagnostic Issues", Medical Grand Rounds, Wilcox Memorial Hospital, Lihue, Kauai. (2/13/06)

139.    Lecture tour of Japan (4/13-4/23/06).  "Assessment and Treatment of the Patient with Substance Abuse and Mental Illness."  Lectures were presented in Hiroshima and Kyoto for the Drug Abuse Rehabilitation Center of Japan.

140.    "Co-Occurring Disorders: Isn't It Time We Finally Got It Right?" California Association of Drug Court Professionals, 2006 Annual Conference.   Sacramento, California. (4/25/06)

141.    "Proper Assessment of Drug Court Clients", Hawaii Drug Court, Honolulu. (6/29/06)

142.    "Understanding Normal Adolescent Development," California Association of Drug Court Professionals, 2007 Annual Conference.  Sacramento, California. (4/27/07)

143.    "Dual Diagnosis in the United States," Conference sponsored by the Genesis Substance Abuse Treatment Network.  Medford, Oregon.  (5/10/07)

144.    "Substance Abuse and Mental Illness: One Plus One Equals Trouble," National Association of Criminal Defense Lawyers 2007 Annual Meeting & Seminar.  San Francisco, California.  (8/2/07)

145.    "Capital Punishment," Human Writes 2007 Conference.  London, England.  (10/6/07)

146.    "Co-Occurring Disorders for the New Millennium," California Hispanic Commission on Alcohol and Drug Abuse, Montebello, California.  (10/30/07)

147.    "Methamphetamine-Induced Dual Diagnostic Issues for the Child Welfare Professional," Beyond the Bench Conference.  San Diego, California. (12/13/07)

148. "Working with Mentally Ill Clients and Effectively Using Your Expert(s)," 2008 National Defender Investigator Association (NDIA), National Conference, Las Vegas, Nevada.  (4/10/08)

149. "Mental Health Aspects of Diminished Capacity and Competency," Washington Courts District/Municipal Court Judges' Spring Program.  Chelan, Washington.  (6/3/08)

150. "Reflection on a Career in Substance Abuse Treatment, Progress not Perfection," California Department of Alcohol and Drug Programs 2008 Conference.  Burlingame, California.  (6/19/08)

151. Mental Health and Substance Abuse Training, Wyoming Department of Health, "Diagnosis and Treatment of Co-occurring Mental Health and Substance Abuse." Buffalo, Wyoming. (10/6/09)

152. 2010 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 4th & 5th, 2010)

153. Facilitating Offender Re-entry to Reduce Recidivism: A Workshop for Teams, Menlo Park, CA.  This conference was designed to assist Federal Courts to reduce recidivism. "The Mentally-Ill Offender in Reentry Courts," (9/15/2010)

154. Juvenile Delinquency Orientation, "Adolescent Substance Abuse." This was part of the "Primary Assignment Orientations" for newly appointed Juvenile Court Judges presented by The Center for Judicial Education and Research of the Administrative Office of the Court.  San Francisco, California. (1/12/2011, 1/25/12, 2/27/13 & 1/8/14)

155. 2011 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 4th, 2011)

156. 2012 B.E. Witkin Judicial College of California, "Alcohol and Other Drugs and the Courts." San Jose, California. (August 2nd, 2012)

157. Mexican Capital Legal Assistance Program Meeting, "Issues Related to Mental Illness in Mexican Nationals." Santa Fe, New Mexico (10/12/12); Houston, Texas (4/23/13)

158. Los Angeles County Public Defender's Capital Case Seminar, "Mental Illness and Substance Abuse." Los Angeles, California. (9/27/13)

159. "Perspectives on Race and Ethnicity for Capital and Non-Capital Defense Lawyers," conference sponsored by the Administrative Office of the US Courts, New York, NY., September 18-20, 2015.

160. San Francisco Collaborative Courts, Superior Court of California, County of San Francisco sponsored training, "Personality Disorders," February 19, 2016.

161. Administrative Office of the United States Courts, Federal Death Penalty Resource Counsel Projects, 2016 Strategy Session: "Ethnocultural Competency Issues in Working with Experts;" "Understanding Drug Use and Abuse by our Clients and Strategies for

Effectively Incorporating this Information into the Mitigation Narrative." Denver, Colorado, November 17-19, 2016.

162.    "Evaluating the mentally ill and substance abusing client." Idaho Association of Criminal Defense Lawyers, Sun Valley, Idaho, March 10, 2017.

163.    Mental Health & Death Penalty Training, Community Legal Aid Institute (LBH Masyarakat), Jakarta, Indonesia, February 12 -16, 2019.

PUBLICATIONS:

1)    Kanas, N., Stewart, P. and Haney, K. (1988). *Content and Outcome in a Short-Term Therapy Group for Schizophrenic Outpatients.*  Hospital and Community Psychiatry, 39, 437-439.

2)    Kanas, N., Stewart, P. (1989*). Group Process in Short-Term Outpatient Therapy Groups for Schizophrenics.*  Group, Volume 13, Number 2, Summer 1989, 67-73.

3)    Zweben, J.E., Smith, D.E. and Stewart, P. (1991). *Psychotic Conditions and Substance Use: Prescribing Guidelines and Other Treatment Issues.*  Journal of Psychoactive Drugs, Vol. 23(4), Oct.-Dec. 1991, 387-395.

4)    Banys, P., Clark, H.W., Tusel, D.J., Sees, K., Stewart, P., Mongan, L., Delucchi, K., and Callaway, E. (1994). *An Open Trial of Low Dose Buprenorphine in Treating Methadone Withdrawal.* Journal of Substance Abuse Treatment, Vol. 11(1), 9-15.

5)    Hall, S.M., Tunis, S., Triffleman, E., Banys, P., Clark, H.W., Tusel, D., Stewart, P., and Presti, D. (1994). *Continuity of Care and Desipramine in Primary Cocaine Abusers.*  The Journal of Nervous and Mental Disease, Vol. 182(10), 570-575.

6)    Galloway, G.P., Frederick, S.L., Thomas, S., Hayner, G., Staggers, F.E., Wiehl, W.O., Sajo, E., Amodia, D., and Stewart, P. (1996). *A Historically Controlled Trial Of Tyrosine for Cocaine Dependence.*  Journal of Psychoactive Drugs, Vol. 28(3), pages 305-309, July-September 1996.

7)    Stewart, P. (1999). *Alcoholism: Practical Approaches To Diagnosis And Treatment.* Prevention, (Newsletter for the National Institute On Alcoholism, Kurihama Hospital, Yokosuka, Japan) No. 82, 1999.

8)    Stewart, P. (1999).   *New Approaches and Future Strategies Toward Understanding Substance Abuse.*  Published by the Osaka DARC (Drug Abuse Rehabilitation Center) Support Center, Osaka, Japan, November 11, 1999.

9)    Stewart, P. (2002).   *Treatment Is A Right, Not A Privilege.* Chapter in the book, *Understanding Addictions-From Illness to Recovery and Rebirth,* ed. by Hiroyuki Imamichi and Naoko Takiguchi, Academia Press (Akademia Syuppankai): Kyoto, Japan, 2002.

10)   Stewart, P., Inaba, D.S., and Cohen, W.E.  (2004). *Mental Health & Drugs.*  Chapter in the book, *Uppers, Downers, All Arounders, Fifth Edition*, CNS Publications, Inc., Ashland, Oregon.

23

11)   James Austin, Ph.D., Kenneth McGinnis, Karl K. Becker, Kathy Dennehy, Michael V. Fair, Patricia L. Hardyman, Ph.D. and Pablo Stewart, M.D. (2004) *Classification of High Risk and Special Management Prisoners, A National Assessment of Current Practices.* National Institute of Corrections, Accession Number 019468.

12)   Stanley L. Brodsky, Ph.D., Keith R. Curry, Ph.D., Karen Froming, Ph.D., Carl Fulwiler, M.D., Ph.D., Craig Haney, Ph.D., J.D., Pablo Stewart, M.D. and Hans Toch, Ph.D. (2005) *Brief of Professors and Practitioners of Psychology and Psychiatry as AMICUS CURIAE in Support of Respondent: Charles E. Austin, et al. (Respondents) v. Reginald S. Wilkinson, et al. (Petitioners), In The Supreme Court of the United States, No. 04-495.*

13)   Stewart, P., Inaba, D.S., and Cohen, W.E.   (2007). *Mental Health & Drugs.*  Chapter in the book, *Uppers, Downers, All Arounders, Sixth Edition*, CNS Publications, Inc., Ashland, Oregon.

14)   Stewart, P., Inaba, D.S. and Cohen, W.E. (2011). *Mental Health & Drugs.* Chapter 10 in the book, *Uppers, Downers, All Arounders, Seventh Edition,* CNS Publications, Inc., Ashland, Oregon.

15)   Carl Fulwiler, M.D., Ph.D., Craig Haney, Ph.D., J.D., Pablo Stewart, M.D., Hans Toch, Ph.D. (2015) Brief of Amici Curiae Professors and Practitioners of Psychiatry and Psychology in Support of Petitioner: Alfredo Prieto v. Harold C. Clarke, et al., On Petition For A Writ of Certiorari To The United States Court of Appeals For The Fourth Circuit, In The Supreme Court of the United States, No. 15-31.

16)   Brief of Medical and Other Scientific and Health-Related Professionals as Amici Curiae in Support of Respondents and Affirmance: Ahmer Iqbal Abbasi, et al., Respondents v. James W. Ziglar, John D. Ashcroft, et al., and Dennis Hasty, et al. Petitioners, On Writs of Certiorari to the United States Court of Appeals for the Second Circuit, In the Supreme Court of the United States, Nos. 15-1358, 15-1359 and 15-1363.

17)   Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine as Amici Curiae in Support of Plaintiff-Appellant Eric Joseph Depaola, Denis Rivera & Luis Velazquez, Plaintiffs v. Virginia Department of Corrections, et al., External Review Team, et al., Defendants. On appeal from the United States District Court for the Western District of Virginia, Case No. 7:14-cv-00692 in the United States Court of Appeals for the Fourth Circuit, No. 16-7358.

*18)*   Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine in support of Petitioner Shawn T. Walker v. Michael A. Farnan, et al., Respondents on petition for Writ of Certiorari to the United States Court of Appeals for the Third Circuit in the Supreme Court of the United States, No. 17-53.

*19)*   Brief of Professors and Practitioners of Psychiatry, Psychology, and Medicine in support of Plaintiff-Appellant Edgar Quintanilla v. Homer Bryson, Commissioner, State of Georgia's Department of Corrections, et al., On appeal from the United States District Court for the Southern District of Georgia, Case No. 6:17-cv-00004-JRH-RSB in the United States Court of Appeals for the Eleventh Circuit, No. 17-14141.

Exhibit 2





Sponsored by

# Communicating Clearly and Effectively to Patients

## How to Overcome Common Communication Challenges in Health Care

A White Paper by Joint Commission International



**DISCLAIMER**

This white paper was supported in part by funding from Cambridge Boxhill Language Assessment. All content in this white paper was created and controlled only by JCI. You are solely responsible for any decision to use the white paper as a guideline for assisting your health care organization in improving its communication efforts with patients. It is only a guideline, and you have to decide whether it needs to be tailored to fit the practices and settings at your organization. JCI's provision of this white paper, as funded by Cambridge Boxhill Language Assessment, is on a non-exclusive basis, and is not an endorsement of that company or its products or services; it is also not a statement that Cambridge Boxhill Language Assessment's expertise or products or services are superior to those of other comparable companies. JCI, as a matter of policy, does not endorse products or services. JCI may make available all the subject matter in this white paper to any other party interested in furthering JCI's efforts to improve quality and safety.

**JOINT COMMISSION INTERNATIONAL**
**A DIVISION OF JOINT COMMISSION RESOURCES, INC.**

The mission of JCI is to improve the safety and quality of care in the international community through the provision of education, publications, consultation, and evaluation services. JCI's education programs and publications support, but are separate from, its accreditation activities. Attendees at JCI educational programs and readers of JCI publications receive no special consideration or treatment in, or confidential information about, the accreditation process.

© 2018 Joint Commission International. All rights reserved. This white paper may not be reproduced in any form or by any means without written permission from JCI. Send requests to make copies of any part of this work to permissions@jcrinc.com.

For more information about JCI, please visit
http://www.jointcommissioninternational.org.

# Executive Summary

Effective communication between health care providers and patients and their families is essential to safe, quality care. Studies have clearly shown that poor or missing communication between providers and patients can lead to patient harm or even death. This white paper from Joint Commission International provides a high-level overview of common communication challenges and shortcomings, including the following:

- Inadequate handovers or transitions of care

- Poor discharge planning and inadequate or unclear patient instructions

- Language problems such as limited English proficiency, literacy, and health literacy of patients

- Cultural barriers and misunderstandings

- Age-related challenges

- Errors in test results and medical orders

The white paper then identifies solutions to improve these common health care communication problems, offering tools, tips, and strategies. The white paper concludes with how Joint Commission International standards address these challenges with evidence-based best practices that lead to improved health care communication and thereby better patient outcomes.

Communicating Clearly and Effectively to Patients: How to Overcome Common Communication Challenges in Health Care

# Communicating Clearly and Effectively to Patients

## How to Overcome Common Communication Challenges in Health Care

While much has been written about the doctor-patient relationship, modern health care has fostered relationships with numerous providers for many patients. A patient receiving care for one or more medical conditions may communicate regularly with several different health care providers located in multiple settings. Hospitalized patients may encounter two to three different shifts of staff each day, as well as various physicians, nurses, and teams making rounds and other staff administering tests or providing treatment. In ambulatory settings in various locations, a patient may see a primary care provider as well as different specialists, along with staff associated with each of them.

As a result, a patient often must piece together communications of varying quality to assemble a picture of his or her health status—a picture that still likely lacks the proper context, completeness, and accuracy. In some cases, this unclear picture can result in serious problems. Inadequate communication can lead to malpractice claims, patient harm, and/or death. Communication failures in United States hospitals and medical practices were responsible at least in part for 30% of all malpractice claims, resulting in 1,744 deaths and $1.7 billion in malpractice costs over five years, according to the Risk Management Foundation of the Harvard Medical Institutions.[1] Of Massachusetts General Hospital residents surveyed by Kitch and colleagues, 59% reported that one or more of their patients had been harmed during the residents' most recent clinical duty due to problematic and ineffective communication.[2]

Ineffective communication has become such a major concern that both The Joint Commission and Joint Commission International (JCI) have incorporated recommendations relating to communications into National Patient Safety Goals (NPSGs) and International Patient Safety Goals (IPSGs) respectively to address the problem.[3,4] All U.S. and internationally accredited health care organizations are expected to comply with these goals, which address aspects of communication including correct patient identification, proper handoff communication among caregivers, the safe use of high-alert medications, and more. In addition to these goals, Joint Commission and JCI hospital standards, recommendations and tools assist health care organizations wishing to improve their communications. These evidence-based solutions have worked well for many organizations.

## Common communication shortcomings or challenges

Throughout the care process, patients and their families expect to receive sufficient information to understand the goals of their care and to make knowledgeable decisions. At the end of a hospital stay or when a caregiver transfers the care of a patient to another provider, a thorough summary of this information is generally given to the patient, including discharge and follow-up care instructions. However, every patient has different learning capacities and literacy skills, often relating to language preferences, cultural backgrounds, and age differences. In addition, health care providers often work according to varying standards and cultural norms, leading to substandard communication and mistakes that could have been avoided.

The factors highlighted in the following paragraphs are common contributors to communication lapses that can lead to suboptimal patient health outcomes. All these factors are affected by the pressure of working in a sometimes understaffed, fast-paced care health care environment, which contributes to errors caused by multitasking, interruptions or distractions, memory lapses, fatigue, stress and sleep deprivation—all potentially compromising the safety of patients.

**1. Inadequate handovers.** Inadequate handover communication, also referred to as handoff communications or transitions of care, is a major factor contributing to adverse events, including sentinel events causing significant harm or death to patients. These handovers occur between health care practitioners (for example, physician to physician, physician to nurse, nurse to nurse, and so on); between different levels or locations of care in the same hospital (for example, emergency department to surgery); between providers at two different organizations (for example, hospital to home care); and between health care practitioners and the patient and family (for example, at discharge).[5]

Joint Commission data indicate inadequate handovers are a factor in 80% of all adverse events, which include wrong-site, wrong-procedure, or wrong-patient surgeries; treatment delays; medication errors; and falls. Research indicates that only 8% of medical schools "teach how to hand off patients in formal didactic session."[6] Factors contributing to inadequate handovers include incomplete patient assessment or medical record review, a culture that does not support open communication among team members, problems related to illegible handwriting, and confusion caused by abbreviations. In addition, a lack of standardized procedures explaining how to do effective transitions within an organization—and the failure of leadership to develop standards and train staff to use them—contribute to inadequate handoffs as well.

**2. Inadequate discharge planning or instructions.** Discharging a patient without a well-considered plan can lead to readmission, lack of adherence to the plan, and difficulty with managing medications and follow-up treatments. A common mistake by providers is giving patients information including complex and unfamiliar terminology shortly before discharge, without taking the time to explain it and make sure the patient understands it. Providers working in understaffed organizations can find themselves under pressure to discharge patients "quicker and sicker" without a detailed discharge plan.

**3. Limited English proficiency as well as literacy and health literacy deficiencies.** A Joint Commission study of patients with limited English proficiency in U.S. hospitals examined the characteristics—impact, type, and causes—of adverse events experienced by these patients versus patients who could communicate well in English. Some degree of physical harm occurred to 49.2% of the patients with limited English proficiency, but to only 29.5% of the patients who spoke English well. Among those who suffered harm, 47% of the patients with limited English proficiency had moderate temporary harm or worse, compared with only 25% of the patients who could speak English well. The rate at which patients with limited English proficiency suffered permanent or severe harm or death was 3.7%, compared with 1.4% of the patients who spoke English well.[7]

Statistics from the United Nations Educational, Scientific, and Cultural Organization (UNESCO) Institute of Statistics show that about 750 million adults (about 16% of the world's adult population) lack basic literacy skills.[8] Even a higher percentage may have health literacy deficiencies. For example, more than 89 million people in the United States (about one in four) have limited health literacy. A Canadian study showed that 60% of Canadian adults have limited health literacy skills, and studies from Europe, Australia, and Latin America have reported similar findings.[9]

**4. Cultural barriers.** Providing efficient and effective care requires having conversations in which the provider and patient both understand the meaning of words, concepts, and metaphors.[10] Establishing this kind of effective communication often requires a provider to share cultural knowledge with a patient. Bridging the cultural gap often requires extra effort or resources. Cultural differences

also affect the working relationships between providers, as physicians and nurses, for example, sometimes have different value systems relating to how patients are cared for and treated.[11,12]

**5. Age-related challenges.** Children mature at different rates and have different capacities to understand and participate in decisions about their health care. While living with a chronic or terminal illness can greatly accelerate a child's level of maturity, children who seem capable of making rational decisions still need support from their families. There are particularly unique challenges associated with communicating with adolescents. For example, adolescents may not readily disclose information for fear of being judged. Adolescents are the least likely of all age groups to receive medical care, yet are the age group most likely to engage in high-risk behaviors that may result in a need for medical care.[13]

At the opposite end of the age spectrum, elderly patients have their own set of unique considerations. Some elderly patients may have cognitive deficits or hearing disabilities, which make communication more challenging. Multiple comorbidities also contribute to miscommunication between caregivers and elderly patients. Effective communication with patients and families is particularly important at the end of life, especially when communicating with families about withdrawing of life-sustaining treatment.

**6. Errors in medical orders and test results.** Verbal orders or test results, given both in person and over the telephone to patients and fellow providers, are another type of error-prone communication. Different accents, dialects, and pronunciations can make it difficult for the receiver to understand the order or result. Sometimes, drug names and numbers sound alike, such as erythromycin and azithromycin or 15 and 50, affecting the accuracy of the order or result. Background noise, interruptions, and unfamiliar drug names and terminology often compound the problem.

## Solutions to improve communications

Health care providers can improve communications with patients during key moments in their relationships— from admission to discharge to follow-up care—by understanding common communication challenges and implementing solutions shown by evidence to improve communication outcomes. Improving the quality and consistency of communication along the continuum of care is a challenge facing health care providers, particularly at points of transition, or handovers, between them.

**1. Improve handover communications.** Communicating critical information about the patient every time he or she is transferred is essential, whether the transfer is from one care provider to another, from one level of care to another, or from one facility to another, including discharge to home. When the patient and family are included in the hand-off process, they can clarify information and ask and answer questions. Handoffs are optimally done face to face between providers; at a minimum, verbal communication should supplement written records so there is the opportunity to clarify information and ask questions.

Conducting transitions of care at the bedside has become common practice in many organizations. Transitions of care at the bedside allow for patient and family participation in the patient's care. Research conducted on six wards in two hospitals in Queensland and Western Australia demonstrated that bedside handovers (transitions of care at the bedside) were a successful means of communication in a variety of clinical settings; many organizations such as the Griffith University, Australia, developed a standard operating protocol for bedside handover.[14]

**Keeping the patient's medical record current is an important aspect of handover communications** because all health care practitioners must have information about the patient's current and past medical experiences to help make the best decisions. JCI standards require the medical record to be available during inpatient care, for outpatient visits, and at other times as needed. Making medical, nursing, and other patient care notes available to all the patient's health care practitioners is vital for the optimal care of the patient.[5]

**JCI requires the use of standardized methods, forms, or tools** to facilitate consistent and complete handovers of patient care, including 1) I PASS THE BATON, 2) SBAR, and 3) The Joint Commission's Universal Protocol for Preventing Wrong Site, Wrong Procedure, and Wrong Person Surgery™.

---

1. **I PASS THE BATON**

   The U.S. Agency for Healthcare Research and Quality provides an effective example of a hand-off checklist of critical information, using the "I PASS THE BATON" acronym:

   **I** = Introduction—Introduce yourself and your role/job (include patient).

   **P** = Patient—Name, identifiers, age, gender, and location

   **A** = Assessment—Presenting chief complaint, vital signs, symptoms, and diagnosis

   **S** = Situation—Current status/circumstances, including code status, level of uncertainty, recent changes, and response to treatment

   **S** = Safety Concerns—Critical lab values/reports, socio-economic factors, allergies and alerts (falls, isolation, and so on)

   **[THE]**

   **B** = Background—Comorbidities, previous episodes, current medications and family history

   **A** = Actions—What actions were taken or are required? Provide brief rationale.

   **T** = Timing—Level of urgency and explicit timing and prioritization of actions

   **O** = Ownership—Who is responsible (nurse/doctor/team)? Include patient/family responsibilities.

   **N** = Next—What will happen next? Anticipated changes? What is the plan? Are there contingency plans?

2. **SBAR (Situation—Background—Assessment—Recommendation)**

   Many health care organizations have adopted the SBAR technique to standardize their processes for transitions of care. The SBAR technique was originally used by the U.S. military for nuclear submarines. A patient safety team from Kaiser Permanente in Oakland, California, developed a health care version of this technique to facilitate communication between providers during transitions of care.

   **S** = Situation: What is the situation about which you are calling?
   - Identify yourself, the unit, and the patient (by using two patient identifiers—name and birthdate).
   - Briefly state the problem: what it is, when it started, and the severity

   **B** = Background: Provide background information relevant to the situation, which may include the following:
   - The patient's chart or electronic health record
   - The admitting diagnosis and date and time of admission
   - A list of current medications
   - Allergies, intravenous fluids, and labs
   - The most recent vital signs
   - Lab results, with the date and time each test was performed and results of previous tests for comparison
   - Other clinical information

   **A** = Assessment: What is your assessment of the situation?

   **R** = Recommendation: What is your recommendation, or what do you want? For example, do you want the patient to be admitted, the patient to be seen now, or an order to be changed?

3. **The Joint Commission's Universal Protocol for Preventing Wrong Site, Wrong Procedure, and Wrong Person Surgery™**

   This protocol uses multiple strategies to achieve the goal of always identifying the correct patient, correct procedure, and correct site. The essential elements of the Universal Protocol are the following:

   - Verifying the correct patient, procedure, and site
   - Ensuring that all relevant documents, images, and studies are available, properly labeled, and displayed
   - Verifying that any required blood products, special medical equipment, and/or implants are present
   - Actively involving the patient in the site marking whenever possible and having the mark be visible after the patient is prepped and draped

---

**2. Discharge patients effectively.** A crucial factor in transitions of care at discharge is understanding the environment to which the patient will be returning or transferred. Can the environment sustain the treatment that has been initiated, or is a different environment required? It is imperative to understand the ability and willingness of the patient's caregiver to provide needed care. It is helpful to understand the services the patient had prior to admission, for example, home care. Care providers from such services may continue to provide ongoing care and treatment so they must be included in communications.

Effectively discharging patients requires the communication of follow-up instructions about referrals, transfers, or ongoing self-care in a standardized fashion. Following the "5 Ds of discharge" is one way of making sure the patient understands what he or she must do to ensure successful continuity of care and care outcomes.

1. **Diagnosis**—Does the patient understand his or her diagnosis and why he or she was in the hospital or receiving care from the physician?
2. **Drugs**—Does the patient know each medication he or she must take, the reason for the medication, when to take the medication, and how to administer it (swallow, sub-lingual, chew, subcutaneous, intramuscular, inhale, and so on)? Also, does the patient have the resources to obtain the medications?
3. **Diet**—Does the patient know and understand any dietary restrictions? Does the patient need a nutrition consult?
4. **Doctor follow-up**—When should the patient see the doctor next? Can the patient make the necessary appointment and get appropriate transportation? Include the name and location of sites for continuing care.
5. **Directions**—Are there any other directions necessary to increase the patient's ability to achieve optimal health? Does the patient understand, for example, when urgent care should be obtained?

Include family members in the discharge process when a patient's condition or abilities prevent him or her from understanding the follow-up instructions or when family members play a role in the continuing care process.

Provide all instructions in a simple, understandable manner in language the patient understands. If complex care instructions are given, allow enough time for patient and family comprehension. Conduct discharge conversations when the patient is not influenced by illness, lack of sleep, or medication side effects. Written instructions reinforced by verbal communication and "teach-back" are most effective, without leaving anything to memory. This process includes having the patient and participating family members repeat back the information they received to demonstrate understanding and having them perform a treatment or procedure they must do on their own at home.

When the care team changes as a result of a discharge, continuity of patient care requires that essential information related to the patient be transferred with him or her. To ensure that the new care team receives this information, the discharge summary covers the reason for admission, significant findings, diagnosis, procedures performed, medications and other treatments, and the patient's condition at transfer.[5]

**3. Accommodate language and literacy needs.** Accommodating patients' language and literacy needs is an important task for every health care organization. This work begins by knowing the language needs and literacy levels of the population and community served. Training staff to identify and respond appropriately to patients with literacy and language needs—including the use of medical interpreters—contributes to a patient-centered environment that values clear communication in all interactions with patients, from the reception desk to discharge planning.

Training staff members to recognize the behaviors of patients with low health literacy skills is necessary because many patients have become adept at hiding these deficiencies. Many clinicians mistakenly assume that patients can read and understand complex materials. Regardless of a patient's educational or demographic background, assume that he or she needs help understanding health conditions and treatment options and what is being done for them and why. When patients do not understand their treatments, they may become frustrated and uncooperative, which can lead to longer hospital stays, higher health care costs, opportunities for medical errors, and compromised patient safety.

Use multiple teaching methods to meet the needs of patients with different learning styles. For example, when educating patients, use pictures, models, audio recordings, or video recordings instead of only providing verbal instructions or giving them written materials.

**4. Overcome cultural barriers.** JCI standards require hospitals to reduce cultural barriers when communicating with patients.[5] Respect patients' cultural preferences, and eliminate barriers to health care access and delivery of services. Keep in mind the needs of your diverse patient population. Patients may be aged, have disabilities, or speak multiple languages or dialects.

**5. Meet age-related needs.** Primary school children may be able to participate in their health care decisions, but parents make final decisions about their care. Clinicians can give children age-appropriate information about their care, but should understand that children of this age may agree or disagree with their plan of care without fully understanding its implications.

Uphold confidentiality with all patients. It is particularly important to reassure adolescents that everything discussed is confidential. Explain all medical procedures fully before commencing. Some adolescents are able to make the same types of decisions as adults. To ensure that an adolescent can make appropriate health care decisions, assess the adolescent's ability to understand and communicate relevant information, think and make choices with a degree of independence, and assess the potential benefits, risks, and consequences of multiple options.

The following tips from the U.S. National Institute on Aging can help clinicians communicate better with elderly patients.[15]

- Introduce themselves clearly by name and role.
- Assess and compensate for vision and hearing problems that can affect communication.
- Establish respect from the outset by using formal terms of address, such as Mr., Mrs., or Ms.
- Decrease anxiety by asking questions about family or outside interests.
- Avoid rushing elderly patients, and give them enough time to talk about their concerns.
- Speak slowly to give patients time to process what is being said.
- Try not to interrupt patients early in the interview because when interrupted, patients are less likely to reveal all their concerns.

- Use simple, common language, and ask patients if they understand what is being said.
- Tell the patients when changing the subject.
- Give clues such as pausing briefly, speaking a little bit more loudly, gesturing toward what will be discussed, gently touching the patient, or asking a question.

When educating elderly patients, consider asking if they have brought or are wearing the right eyeglasses. Use alternatives to printed materials, such as tape-recorded instructions, large pictures or diagrams, or other aids if elderly patients have trouble reading because of either sensory impairment or low literacy skills.

**6. Communicate accurate medical orders and test results.** JCI standards recommend limiting verbal communication of prescription or medication orders to urgent situations only, when immediate written or electronic communication is not feasible and when the prescriber is present and the patient's chart is available. Other exceptions include during a sterile procedure or life-threatening emergency.[5]

JCI standards also require the development of guidelines for requesting and receiving test results on an emergency or STAT basis, the identification and definition of critical tests and critical values, and the identification of to whom and by whom critical test results are reported. Monitoring compliance with reporting critical test results is vital. Furthermore, it is important to *write down*, or enter into a computer, the complete order or test result by the receiver of the information. The receiver should *read back* the order or test result, and the sender must confirm that what has been written down and read back is accurate.[5]

## JCI standards can help improve your organization's communications with patients

In addition to what has been covered above, JCI standards provide these recommendations:[5]

- Communicate the expected cost of care clearly to patients and/or their families.
- Orient patients to the inpatient environment and equipment related to the care and services provided.
- Inform patients about all aspects of their medical care and treatment, and encourage them to participate in care and treatment decisions, including having the right to refuse or discontinue treatment, withhold resuscitative services, and forgo or withdraw life-

sustaining treatments (based on the laws, regulations, and culture of the country).

- Obtain patient informed consent for surgery, anesthesia, procedural sedation, use of blood and blood products, and other high-risk treatments and procedures through a process defined by the hospital and carried out by trained staff in a manner and language the patient can understand.

- Prepare a written statement of patient and family rights and responsibilities that is given to patients or visible to the outpatient population. Develop a statement that is appropriate to the patient's age, understanding, and language. When written communication is not effective or appropriate, the patient and family need to be informed of their rights and responsibilities in a language and manner they can understand.

By following evidence-based practices developed to improve communications, health care providers can develop better relationships with patients, leading to better health outcomes. JCI stands ready to assist through its standards and other tools designed with the needs of patients and providers in mind.

---

## References

1. CRICO Strategies. National Comparative Benchmarking System (CBS) Report: Medication-related Malpractice Risks. 2016.

2. Kitch BT, Cooper JB, Zapol WM, Marder JE, Karson A, Hutter M, Campbell EG. Handoffs causing patient harm: a survey of medical and surgical house staff. Joint Commission Journal of Quality and Patient Safety, October 2008; 34(10):563-70.

3. The Joint Commission. National Patient Safety Goals. https://www.jointcommission.org/assets/1/6/NPSG _Chapter_HAP_Jan2019.pdf. Accessed October 19, 2018.

4. Joint Commission International. International Patient Safety Goals. https://www.jointcommissioninternational.org /improve/international-patient-safety-goals/. Accessed October 19, 2018.

5. Joint Commission International. Joint Commission International Accreditation Standards for Hospitals, 6e. Oak Brook, IL, USA: Joint Commission Resources, 2017.

6. Solet D, Norvell JM, Rutan GH, Frankel RM. Lost in translation: Challenges and opportunities in physician-to-physician communication during patient handoffs. Academic Medicine, 2005;80:1094–1099.

7. Divi C, Koss RG, Schmaltz SP, Loeb JM. Language proficiency and adverse events in US hospitals: A pilot study. International Journal of in Quality Health Care, April 2007;19(2):60-7.

8. United Nations Educational, Scientific, and Cultural Organization (UNESCO). International Literacy Day 2017. http:// uis.unesco.org/en/news/international-literacy-day-2017. Accessed October 5, 2018.

9. Kanj M, Mitic W. Promoting health and development: Closing the implementation gap, Nairobi, Kenya. 7th Global Health Conference on Health Promotion, 2009.

10. Plotnikoff GA. Metaphors: words as bridges and barriers to effective medical communication. The unconscious guidance of metaphors--our medical "common sense"-- can both enhance and hinder effective communication between patients and physicians. Minnesota Medicine, July 2004;87(7):42-5.

11. Leonard M, Graham S, Bonacum D. The human factor: The critical importance of effective teamwork and communication in providing safe care. Quality and Safety in Health Care, 2004;13(Suppl 1):i85–i90.

12. Haig KM, Sutton S, Whittington J. SBAR: A shared mental model for improving communication between clinicians. Joint Commission Journal of Quality and Patient Safety, 2006;32(3):167–175.

13. U.S. Department of Health and Human Services. Office of Adolescent Health. The changing face of America's adolescents. https://www.hhs.gov/ash/oah/facts-and-stats /changing-face-of-americas-adolescents/index.html. Accessed October 19, 2018.

14. Chaboyer W, McMurray A & Wallis M. Bedside nursing handover: A case study. International Journal of Nursing Practice, 2010; Vol. 16(1):27-34. https://doi.org/10.1111/j.1440 -172X.2009.01809.Accessed October 19, 2018.

15. U.S. Department of Health and Human Services. National Institute on Aging. Understanding older patients. https:// www.nia.nih.gov/health/understanding-older-patients. Accessed October 5, 2018.



# Exhibit 3



*Corrigendum*



# Corrigendum: In an Absolute State: Elevated Use of Absolutist Words Is a Marker Specific to Anxiety, Depression, and Suicidal Ideation

Clinical Psychological Science
1–2
© The Author(s) 2019
Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/2167702619843297
www.psychologicalscience.org/CPS
⑤SAGE

Al-Mosaiwi, M., & Johnstone, T. (2018). In an absolute state: Elevated use of absolutist words is a marker specific to anxiety, depression, and suicidal ideation. *Clinical Psychological Science, 6*, 529–542. doi:10.1177/2167702617747074

There were errors in some of the statistics reported in this article. In all three studies, a mixed-effects model was used in which forum, the random factor, was nested within condition, the fixed factor. The model was estimated correctly, and all statistical tests and inferences are correct. However, in hand calculating standard deviations, the authors mistakenly used the degrees of freedom ($df$) for forums rather than the $df$ for each condition. Thus, the reported standard deviations are too high, and in cases in which these standard deviations were used to calculate standardized effect sizes (Cohen's $d$), the reported effect sizes are too low. None of the model statistics or inferences are affected, nor are any of the raw effect sizes. The corrections detailed below do not alter the article's results or conclusions.

On page 533, in the first paragraph of the Results section, before the sentence beginning "Mixed-effects models . . . " on line 9, the following new sentence needs to be inserted:

> Because low-frequency words cannot be measured reliably at the members level, we used the forums as the subject's category. This is important in comparing the performance of different dictionary dimensions. Effect sizes (Cohen's $d$) were calculated from the $t$ values produced by the mixed-effects model ($d = 2t\sqrt{df}$).

Also on page 533, in the third paragraph of the Results section, all of the standard deviations and confidence intervals are incorrect. The entire corrected paragraph appears below:

***Multilevel mixed-effects model for the absolutist index.*** There was a large, significant difference in the absolutist index between the Study 1 groups, as determined by a multilevel mixed-effects model, $F(3, 29) = 71.549$, $p < .001$. Using paired comparisons in the mixed-effects model, we compared the control group with each of the Study 1 test groups to assess our first hypothesis. We also compared the suicidal ideation forum group with the remaining two test groups (anxiety and depression forums) to assess our second hypothesis. The mean absolutist index for the control forum group ($M = 0.97\%$, $SD = 0.11$) was significantly lower than anxiety ($M = 1.45\%$, $SD = 0.10$, $p < .001$, $d = 3.24$, 95% CI = [0.36, 0.52]), depression ($M = 1.45\%$, $SD = 0.10$, $p < .001$, $d = 3.14$, 95% CI = [0.35, 0.52]), and suicidal ideation ($M = 1.80\%$, $SD = 0.14$, $p < .001$, $d = 4.56$, 95% CI = [0.72, 0.98]) test forum groups. Moreover, the suicidal ideation group was significantly greater than both the anxiety ($p < .001$, $d = 1.74$, 95% CI = [−0.54, −0.29]) and depression ($p < .001$, $d = 1.71$, 95% CI = [−0.54, −0.29]) groups (Fig. 1a). These results are consistent with both of our Study 1 hypotheses. Post hoc comparisons with a Bonferroni correction revealed that there was no significant difference between anxiety and depression forum group means ($p = 1.00$).

On page 536, in the first paragraph of the Study 2 section, all of the standard deviations, confidence intervals, and effect sizes are incorrect. The entire corrected paragraph appears below:

2

***Multilevel mixed-effects model for the absolutist index.*** Our third hypothesis predicted that mental health forum groups strongly associated with absolutist thinking (BPD and ED) would use more absolutist words than mental health forum groups less associated with absolutist thinking (PTSD and schizophrenia). A multilevel mixed-effects analysis found that there was a significant difference in the absolutist index between Study 2 groups, $F(3, 16) = 5.515$, $p = .009$. Paired comparisons revealed that the mean absolutist index for the BPD forum group ($M = 1.47$, $SD = 0.12$) was significantly greater than the PTSD ($M = 1.13$, $SD = 0.07$, $p < .001$, $d = 1.93$, 95% CI = [−0.38, −0.14]) and the schizophrenia forum groups ($M = 1.14$, $SD = 0.10$, $p < .001$, $d = 1.94$, 95% CI = [−0.42, −0.20]). They also revealed that the absolutist index of the ED forum group ($M = 1.25$, $SD = 0.12$) was significantly greater than the schizophrenia ($p = .009$, $d = 0.81$, 95% CI = [−0.25, −0.05]) but not PTSD ($p = .081$, $d = 0.84$, 95% CI = [−0.22, 0.01]) forum groups (Fig. 1b). A critical assumption in this contrast is that the control and test groups have similar levels of psychological distress. We sought to verify this assumption using the LIWC negative emotions dictionary. A paired comparison found no significant difference in the mean negative emotions index between the Study 2 control ($M = 3.51$, $SD = 0.73$) and test ($M = 3.71$, $SD = 0.31$, $p = .335$) forum groups (Fig. 1c). Therefore, it seems that absolutism is associated with certain types of psychopathology forums and not psychological distress forums per se.

Finally, also on page 536, in the first paragraph of the Study 3 section, all of the standard deviations, confidence intervals, and effect sizes are incorrect. The entire corrected paragraph appears below:

***Multilevel mixed-effects model for the absolutist index.*** Our final hypothesis predicted that the recovery forum group would use significantly more absolutist words than the Study 1 control forum group. Paired comparisons in a multilevel mixed-effects model found that the mean absolutist index of the recovery forum group ($M = 1.31\%$, $SD = 0.14$) was significantly greater than the Study 1 control forum group ($p < .001$, 95% CI = [−0.41, −0.24], $d = 2.02$). Paired comparisons also found a significant difference in the absolutist index between the recovery forum group and the anxiety group ($p = .018$, 95% CI = [−0.01, 0.23], $d = 0.56$) and depression group ($p = .018$, 95% CI = [−0.01, 0.22], $d = 0.52$). Like the anxiety and depression groups, the recovery group also had a significantly lower absolutist index than the suicidal ideation group ($p < .001$, 95% CI = [0.37, 0.67], $d = 2.31$). Although the absolutist index of the recovery group was significantly different from anxiety and depression groups, the more accurate bias-corrected CIs reveal that the differences are marginal; relative effect sizes reveal that the recovery group absolutist index is closer to anxiety and depression ($d < 0.56$) than to the control group ($d = 2.02$; Fig. 2a). We noted earlier that the contents of the recovery forums were very positive. To illustrate this fact, we ran the LIWC positive emotions dictionary on the above groups (Fig. 2b). There was indeed a very large difference in the prevalence of positive emotions. Paired comparisons found that the recovery forum group contained more positive emotion words than all the remaining groups ($p$s < .001).

All of these errors have been corrected.

3626-1



*Empirical Article*

Clinical Psychological Science
2018, Vol. 6(4) 529–542
© The Author(s) 2018
Reprints and permissions:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/2167702617747074
www.psychologicalscience.org/CPS

# In an Absolute State: Elevated Use of Absolutist Words Is a Marker Specific to Anxiety, Depression, and Suicidal Ideation





## Mohammed Al-Mosaiwi and Tom Johnstone
Department of Psychology, School of Psychology and Clinical Languages, University of Reading

## Abstract
Absolutist thinking is considered a cognitive distortion by most cognitive therapies for anxiety and depression. Yet, there is little empirical evidence of its prevalence or specificity. Across three studies, we conducted a text analysis of 63 Internet forums (over 6,400 members) using the Linguistic Inquiry and Word Count software to examine absolutism at the linguistic level. We predicted and found that anxiety, depression, and suicidal ideation forums contained more absolutist words than control forums ($ds > 3.14$). Suicidal ideation forums also contained more absolutist words than anxiety and depression forums ($ds > 1.71$). We show that these differences are more reflective of absolutist thinking than psychological distress. It is interesting that absolutist words tracked the severity of affective disorder forums more faithfully than negative emotion words. Finally, we found elevated levels of absolutist words in depression recovery forums. This suggests that absolutist thinking may be a vulnerability factor.

## Keywords
affective disorders, depression, text analysis, cognitive style, anxiety, open data, open materials

Received 4/10/17; Revision accepted 11/7/17

Absolutist thinking underlies many of the cognitive distortions (Beck, 1979; Burns, 1989) and irrational beliefs (A. Ellis & Harper, 1975) that are purported to mediate the core affective disorders. Words, phrases, and ideas that denote totality, either of magnitude or probability, are often referred to as "absolute." Absolutist thoughts are independent of context and unqualified by nuance. In this observational study, we aimed to measure absolutist thinking in a specific and ecologically valid manner. We then compared its relative association between a variety of affective and nonaffective groups.

Absolutist thinking has strong empirical links to three distinct mental health groups: suicidal ideation, borderline personality disorder (BPD), and eating disorder (ED). Regarding suicidal ideation, structured response formats have shown more extreme value judgments by suicidal patients than controls (e.g., Neuringer, 1961, 1964). Thematic analysis by independent raters also deemed the stories and poetry of suicidal individuals as highly "polarized" (Litinsky & Haslam, 1998; Wedding, 2000). In addition, dichotomous thinking, cognitive rigidity, and problem-solving deficits have

been repeatedly found to co-occur in suicidal individuals (for review, see T. E. Ellis & Rutherford, 2008). This is supported by a series of empirical studies from Pollock and Williams (1998, 2001, 2004; J. M. G. Williams & Pollock, 2008).

BPD patients also make more extreme responses on structured response formats than controls (e.g., Moritz et al., 2011; Napolitano & McKay, 2007; Sieswerda, Barnow, Verheul, & Arntz, 2013; Veen & Arntz, 2000). Some scholars have used "spontaneous reactions" or short interviews to identify extreme or dichotomous thinking styles (e.g., Arntz & ten Haaf, 2012; Arntz & Veen, 2001).

With respect to ED, the Dichotomous Thinking in Eating Disorders Scale (Byrne, Allen, Dove, Watt, & Nathan, 2008) is widely used in ED studies (e.g., Antoniou, Bongers, & Jansen, 2017; Palascha, van Kleef, & van Trijp,

**Corresponding Author:**
Mohammed Al-Mosaiwi, University of Reading, Harry Pitt Building, Earley Gate, Reading, UK, RG6 6AL
E-mail: m.a.a.almosaiwi@pgr.reading.ac.uk

2015). Although obesity and anorexia are often studied separately, they both link to absolutist thinking. For obesity, several reviews have found that avoiding absolutist dichotomous thinking improves weight loss maintenance (e.g., Ohsiek & Williams, 2011). Absolutism often takes the form of perfectionism in anorexia, as identified through clinical observations (e.g., Fairburn, Cooper, & Shafran, 2003; Garner, Garfinkel, & Bemis, 1982), structured response formats (e.g., Feixas i Viaplana, Montebruno, Dada, Castillo, & Compañ, 2010; Zotter & Crowther, 1991), and interviews (e.g., Johnson & Holloway, 1988).

Despite the inclusion of absolutist thinking into many cognitive therapy models for anxiety and depression (Beck, 1979; Burns, 1989; C. Williams & Garland, 2002), this association remains mostly neglected in the empirical literature (A. Ellis, 1987). In a notable exception, Teasdale et al. (2001) found that an "absolutist, dichotomous thinking style" predicted future depressive relapse, over and above the content of responses. This was evidenced by both positive and negative "extreme responses" on Likert-type scales.

Attempts to investigate absolutist thinking have mostly employed some type of structured response format. Ertel (1985) was the first to use quantitative text analysis to measure dogmatism with the manual Dogmatism Text Analysis Tool. More recently, with the advent of automated text analysis, Cohen (2012) measured "cognitive rigidity" in the "spontaneous autobiographical narratives" of undergraduate students and found correlations with negative emotionality. Unlike structured response formats, these natural language text analysis studies have more ecological validity.

With the growth of social media, Internet forums are increasingly being used as a source of naturalistic writing for research in depression and other affective disorders (e.g., Fekete, 2002; Griffiths, Calear, & Banfield, 2009; Houston, Cooper, & Ford, 2014). It is believed that insights into the cognitive processes associated with particular affective disorders can be gleaned from how people with those disorders write about their experiences. In three connected studies, we investigated the frequency of absolutist words contained in different affective and nonaffective Internet forum groups (Table 1; for more details, see Table S1 in the Supplemental Material available online). In the first study we compared anxiety, depression, and suicidal ideation (test) groups with general, asthma, diabetes, and cancer (control) groups. We had two specific hypotheses:

*Hypothesis 1* ($H_1$): The percentage of absolutist words in anxiety, depression, and suicidal ideation test forum groups will be significantly greater than in Study 1 control forum groups.

**Table 1.** Characteristics of Test and Control Internet Forums

| Study | Condition | Group | Forums[b] | Members[c] |
|---|---|---|---|---|
| Study 1 | Control | General[a] | 7 | 917 |
| | | Asthma | 4 | 418 |
| | | Diabetes | 4 | 587 |
| | | Cancer | 4 | 451 |
| | Test | Anxiety | 6 | 597 |
| | | Depression | 6 | 529 |
| | | Suicidal Ideation | 4 | 368 |
| Study 2 | Control | PTSD | 6 | 534 |
| | | Schizophrenia | 6 | 591 |
| | Test | BPD | 4 | 326 |
| | | ED | 5 | 547 |
| Study 3 | | Recovery | 7 | 558 |

Note: PTSD = posttraumatic stress disorder; BPD = borderline personality disorder; ED = eating disorder. [a]General forums = Mumsnet (Women), Ladies Lounge (Women), Gentlemen's Club (Men), Ask Men (Men), Pensioners Forum (Elderly), Student Room (Young), Work Problems. [b]Number of Internet forums in each group. [c]Number of members who contributed to that group's corpus.

*Hypothesis 2* ($H_2$): The percentage of absolutist words in the suicidal ideation forum group will be significantly greater than in both anxiety and depression forum groups.

Our second hypothesis is partly based on the strong association between suicidal ideation and absolutist thinking (for review, see Arffa, 1983). But also, as suicidal ideation is the more severe mental health concern, it could be hypothesized that absolutist thinking will be correspondingly more extreme.

In Study 2, our aim was to show that absolutist words reflect absolutist thinking, rather than psychological distress. We attempted to control for psychological distress by comparing groups believed to have similar levels of negative emotions but different levels of absolutist thinking (Table 1 and Table S1). We compared mental health groups strongly associated with absolutist thinking (BPD and ED, cited above) with mental health groups less associated with absolutist thinking (posttraumatic stress disorder [PTSD] and schizophrenia). Although we recognize that PTSD and schizophrenia may also have some links to absolutist thinking, the literature suggests these links are likely to be much weaker than those of BPD and ED. Relatively few researchers have examined absolutist thinking in PTSD and schizophrenia, and these have often been limited or produced mixed results (e.g., Colbert, Peters, & Garety, 2010; Joseph & Gray, 2011). Conversely, there is a widespread consensus, based on a multitude of studies, that BPD and ED are firmly linked to absolutist

thinking (e.g., Alberts, Thewissen, & Raes, 2012; Napolitano & McKay, 2007; Veen & Arntz, 2000). We also measured the frequency of negative emotion terms to further support the assumption that the four mental health groups had comparable levels of negative emotions.

> *Hypothesis 3 ($H_3$):* The percentage of absolutist words in BPD and ED test forum groups will be significantly greater than in PTSD and schizophrenia control forum groups.

In Study 3, we aimed to determine the extent to which absolutist thinking could be a cognitive vulnerability factor for depression and suicidal ideation. In a subset of depression and suicidal ideation forums, there are "recovery" subforums (Table 1 and Table S1). These subforums are visited by members who feel they are currently out of depression. They often write very positive posts about their progress and words of encouragement to other members. Theoretically, a cognitive vulnerability factor should not only be present during an episode of depression but also persist during recovery. Therefore,

> *Hypothesis 4 ($H_4$):* The percentage of absolutist words in the recovery forum group will be significantly greater than in Study 1 control forum groups.

Previous text analysis research has examined many different dictionary "dimensions." When analyzing written samples from anxious, depressed, or suicidal individuals, an increased use of personal pronouns and negative emotion words has commonly been found (Bucci & Freedman, 1981; Fekete, 2002; Lorenz & Cobb, 1952; Rude, Gortner, & Pennebaker, 2004; Stirman & Pennebaker, 2001; Weintraub, 1981). In particular, pronouns have been identified as having a stronger relationship with affective disorder than negative emotions (Pennebaker & Chung, 2013). Like pronouns, absolutist words are functional; they help determine our style of writing, not its contents. Moreover, functional words are ordinarily outside of conscious control (Pennebaker & Chung, 2013); therefore, they can serve as implicit markers. We believe a shift in focus to how we think rather than what we think can provide greater insight into possible cognitive mechanisms underlying affective disorders.

From the outset, we identified and validated a single dictionary of interest, as this study was motivated by specific a priori hypotheses. This is in contrast to previous text analysis studies that have used a subset of already constructed dictionaries or identified features

of interest based on the data itself (e.g., using an iterative process with cross-validation and feature reduction; Mladenić, 2005). The large data set in this study, from 12 different groups, representing 63 different Internet forums and more than 6,400 members, afforded a degree of ecological validity not achievable in experimental studies. However, as with many observational studies, these benefits come with inherent costs. We had limited information about the members posting in the forums, and for the most part, their true identities and motivations were unknowable. Recognizing this limitation, we hope that follow-up studies, using alternative experimental designs, will extend the findings presented here.

## Method

### Forum selection

We used English-language Internet forums as a source of naturalistic writing for our test and control categories. For all three studies, representative websites were located through a Google search (search words: e.g., "suicide forums," "asthma forums"). Forums were selected for inclusion into the study on the basis of Google rank (Table 1 and Table S1), were popular (thus yielding sufficient data for analysis), and were actively moderated with clearly written moderation policies. Each group in the test and control categories was composed of between four to seven separate forums, as determined by forum availability. For Study 1, control groups were carefully selected to provide the broadest level of control. The "general" group provides a gender control with two forums for female members (Mumsnet and Ladies Lounge) and two for male members (Askmen and Gentlemen's Club). The general group also controls for age, with a designated forum for young members (Student Room) and older members (Pensioners Forum). The asthma and diabetes groups control for chronic physical illness, and the cancer group controls for severe physical and psychological distress. Study 3 recovery forums were located within Study 1 depression and suicidal ideation test forums.

### Data collection

Forum members can either introduce a new topic ("first posts") or contribute to an ongoing discussion ("replies"). In the interest of simplicity and interpretability, only first posts were collected. Posts were copied and pasted into a text document ready for subsequent text analysis. Where an individual member contributes multiple posts, these were combined into a single text document. All text files used in this study

*Al-Mosaiwi, Johnstone*

are hosted on Figshare (doi:10.6084/m9.figshare.474 3715). If a forum was further divided into subforums, only the single most appropriate subforum was used (Table S1). For each test and control forum, we aimed to collect 30,000 words. Seven out of the 63 forums were not large enough to provide a 30,000-word corpus but were nevertheless retained in the study as they surpassed 10,000 words. Posts were only collected if they met our selection criteria: (a) contain a minimum of 100 words, (b) be authored by a representative member of that online community (i.e., not written on behalf of someone else/news article etc.), and (c) be written in continuous prose (i.e., not lists, poems). Posts from all test and control forums which met the selection criteria were collected sequentially as presented by the respective forum website (usually by date order). Posts were collected between April and May 2015 and December and January 2016. All data in this study was collected from the public domain; therefore, although ethical consideration is still important, informed consent is not required. This complies with the University of Reading research ethics guidelines and the ethical guidance for Internet-mediated research set out by The British Psychological Society (British Psychological Association, 2013). The aggregate data used in this study are hosted on Figshare (doi:10.6084/m9.figshare.4743547.v1).

### Word count text analysis

Word counting text analysis was conducted using validated dictionaries that characterize a particular linguistic dimension (i.e., negative words, auxiliary verbs, family related words). For this study, we validated an absolutist and a nonabsolutist words dictionary using independent expert judges.

Absolutist and nonabsolutist words indicate magnitudes or probabilities; absolute words do so without nuance (i.e., always, totally, entire), whereas nonabsolute words indicate some degree of nuance (i.e., rather, somewhat, likely). Both dictionaries are composed of functional words devoid of valence, mostly adverbial intensifiers or modal verbs. A subclass of nonabsolutist words, which we have termed "extreme words," indicate extreme (but not absolute) magnitudes or probabilities (i.e., "very"). Although the terms *extreme* and *absolute* have previously been used interchangeably (e.g., Teasdale et al., 2001), we treat them here as qualitatively distinct.

To construct these dictionaries, we initially brainstormed more than 300 absolutist words and 200 nonabsolutist words (including extreme words). Testing on pilot data (control and test groups) revealed that many of the words on these original lists were too obscure to register with sufficient frequency for analysis. Consequently, the original dictionaries were reduced to the

most prevalent 22 absolutist words and 43 nonabsolutist words (including 21 extreme words). Although this was based on a mostly arbitrary cutoff, it was intended that the lists be large enough to produce representative dictionary percentages, but small enough to facilitate independent validation by experts. The 22 absolutist words and 43 nonabsolutist words were combined into a single list of 65 words. Five independent expert judges were asked to categorize them as absolute, nonabsolute, and/or extreme. Two of the judges are clinical psychologists from the University of Reading Charlie Waller Institute and three are linguists from the University of Reading School of Clinical Language Sciences. Judges were permitted to place words into more than one category (i.e., extreme and absolute). The agreement between our original categorization of the words (absolutist/nonabsolutist) and that of the judges ranged between 83% and 94%, whereas the interjudge agreement was 96%. Words were considered absolute, extreme, or nonabsolute on the basis of a majority decision by the judges. Three words, *anything, need*, and *needed*, were moved from the absolutist dictionary to the nonabsolutist dictionary as they were not categorized as absolute by the majority of judges. All the words on our nonabsolutist dictionary were judged nonabsolute. Judges showed almost no agreement on extreme words, this category was consequently removed from the analysis (collapsed into the nonabsolutist category).

The resulting 19-word absolutist dictionary is shown in Table S2 in the Supplemental Material. Both dictionaries were used in the text analysis of test and control groups. We also ran dictionaries contained within the Linguistic Inquiry and Word Count program (LIWC; Pennebaker, Booth, Boyd, & Francis, 2015). This program provides 73 validated dictionaries covering a wide range of "dimensions" (i.e., questioning words, affective processes, auxiliary verbs). All dictionaries, other than the absolutist dictionary, were run purely for the benefit of comparison.

The LIWC text analysis software was used to test our absolutist and nonabsolutist dictionaries as well as the LIWC dictionaries. It calculates the prevalence of a given dictionary as a percentage of the total number of words analyzed. Throughout, we have referred to this percentage measure of a dictionary's prevalence as its "index." In each forum, we calculated an index for 75 dictionaries (1 absolute, 1 nonabsolute, and 73 LIWC).

For the absolutist index we have endeavored to account for false positives. There are three principal types of false positives: a negation before the absolutist word (i.e., "not completely"), a qualifier before the absolutist word (i.e., "almost completely"), and a salutation (i.e., "hello everyone"). These would ordinarily register on our absolutist index and distort our measure

of absolutism. Fortunately, the LIWC (2015 version) can also count phrases, so we ran a second version of our absolutist dictionary composed of the most common false positives (as described). The absolutist false positive index was subtracted from the absolutist index to provide a better estimate of absolutism. We nevertheless rely on the assumption that any remaining false positives are equally distributed between groups.

## Results

### Study 1

**Data analysis.** The control and test category forums were subdivided into groups as shown in Table 1. To analyze the data, a multilevel mixed-effects modeling approach was adopted (the SPSS syntax script can be found in the Supplemental Material). This is the recommended analysis method for this type of data structure (Baayen, Davidson, & Bates, 2008). Members were nested within forums, and forums were nested within groups (i.e., depression). Because low-frequency words cannot be measured reliably at the members level, we used the forums as the subject's category. This is important in comparing the performance of different dictionary dimensions. Effect sizes (Cohen's $d$) were calculated from the $t$ values produced by the mixed-effects model ($d = 2t/\sqrt{df}$). Mixed-effects models consider both fixed and random effects and can be used to assess the influence of the fixed effects on the dependent variables after accounting for some outside random effects. Residuals were weighted by the word count of each text file and all the analysis was conducted using IBM SPSS software (version 21). To correct for positive skew in the data, we used a log10 ($x + 1$) transformation, adding 1 to deal with 0 values (cf. Yamamura, 1999). We report raw values for descriptive statistics to facilitate a more intuitive understanding. The bootstrap procedure was also used to produce better estimates of $p$ values and confidence intervals (CIs). This method is often recommended because it does not assume normally distributed data (Cumming, 2014). Bootstrapped CIs (95%; bias-corrected and accelerated) were computed through 1,000 random resamples (with replacement) using the stratified sampling method, with forums as the strata variable.

**Control group.** There was no significant omnibus effect among the control groups as determined by a multilevel mixed effects model, $F(7, 11) = 0.754$, $p = .635$ (Table 1 and Table S1). Consequently, they were combined into a single "control group." It is important that this suggests that the absolutist index is largely independent of content, as it demonstrates remarkably little variance across a wide range of very different discussion topics.

**Multilevel mixed-effects model for the absolutist index.** There was a large, significant difference in the absolutist index between the Study 1 groups, as determined by a multilevel mixed-effects model, $F(3, 29) = 71.549$, $p < .001$. Using paired comparisons in the mixed-effects model, we compared the control group with each of the Study 1 test groups to assess our first hypothesis. We also compared the suicidal ideation forum group with the remaining two test groups (anxiety and depression forums) to assess our second hypothesis. The mean absolutist index for the control forum group ($M = 0.97\%$, $SD = 0.11$) was significantly lower than anxiety ($M = 1.45\%$, $SD = 0.10$, $p < .001$, $d = 3.24$, 95% CI = [0.36, 0.52]), depression ($M = 1.45\%$, $SD = 0.10$, $p < .001$, $d = 3.14$, 95% CI = [0.35, 0.52]), and suicidal ideation ($M = 1.80\%$, $SD = 0.14$, $p < .001$, $d = 4.56$, 95% CI = [0.72, 0.98]) test forum groups. Moreover, the suicidal ideation group was significantly greater than both the anxiety ($p < .001$, $d = 1.74$, 95% CI = [−0.54, −0.29]) and depression ($p < .001$, $d = 1.71$, 95% CI = [−0.54, −0.29]) groups (Fig. 1a). These results are consistent with both of our Study 1 hypotheses. Post hoc comparisons with a Bonferroni correction revealed that there was no significant difference between anxiety and depression forum group means ($p = 1.00$).

**Multilevel mixed-effects model for the comparison dictionaries.** Using the LIWC software, we produced indices for our nonabsolutist dictionary and all 73 LIWC dictionaries. We were interested in determining which comparison dictionary index would produce comparable significance levels and effect sizes to that of our absolutist index. We again conducted a multilevel mixed-effects model and pairwise comparisons for each of the 74 comparison dictionary indices. Table 2 displays the test statistics and effect sizes for the 16 dictionaries with the largest effects. Notably, our absolutist index has satisfied the study hypotheses better than any of the linguistic dimensions previously linked to affective disorder (negative emotions, personal pronouns etc.). Although "negative emotion" words were predictably more prevalent in test group forums than control forums, they paradoxically were less prevalent in suicidal ideation forums than anxiety or depression forums. This was also the case for other content dictionaries like "sad," affect," and "feel."

**Analysis of covariance.** We ran an analysis of covariance (ANCOVA) to measure the unique predictive validity of absolutist words after partialling out the effects of the negative emotion words, pronouns, and certainty words. Negative emotions and pronouns have previously been identified as strong linguistic markers of affective disorder, and the certainty words index is the most conceptually related to our absolutist index. We found that there was still a significant main effect for the absolutist







**Fig. 1.** Mean percentage of (a) absolutist words in Study 1 groups, (b) absolutist words in Study 2 groups, and (c) negative emotion words for Study 2 groups. Error bars indicate 95% bootstrapped confidence intervals. PTSD = posttraumatic stress disorder; ED = eating disorder; BPD = borderline personality disorder.

**Table 2.** Results for Study 1 Paired Comparisons

| | $H_1$ | | | | | | $H_2$ | | | |
| | Control <br> anxiety | | Control <br> depression | | Control <br> suicidal ideation | | Anxiety <br> suicidal ideation | | Depression <br> suicidal ideation | |
| Dictionary | $d$ | $t$ | $d$ | $t$ | $d$ | $t$ | $d$ | $t$ | $d$ | $t$ |
|---|---|---|---|---|---|---|---|---|---|---|
| Absolutist | 3.24 | 8.57** | 3.14 | 8.48** | 4.56 | 12.43** | 1.74 | 4.62** | 1.71 | 4.60** |
| Death | 1.95 | 5.02** | 2.42 | 6.29** | 8.08 | 21.37** | 5.70 | 14.82** | 5.28 | 13.82** |
| Anxiety | 10.04 | 27.21** | 2.68 | 7.37** | 0.52 | 1.44 | 6.67 | −18.27** | 1.47 | −4.06** |
| Neg. emo | 5.81 | 15.85** | 4.36 | 11.98** | 3.56 | 9.92** | 1.05 | −2.90* | 0.05 | −0.14 |
| Sad | 2.02 | 5.56** | 5.18 | 14.38** | 3.70 | 10.44** | 1.78 | 4.96** | 0.51 | −1.43 |
| Affect | 4.47 | 12.18** | 3.69 | 10.15** | 3.23 | 9.03** | 0.37 | −1.02 | 0.15 | 0.41 |
| Anger | 2.43 | 6.65** | 2.38 | 6.59** | 3.54 | 9.94** | 1.36 | 3.76* | 1.35 | 3.77* |
| Certain | 1.84 | 4.89** | 2.02 | 5.43** | 3.21 | 8.78** | 1.51 | 4.07** | 1.34 | 3.63* |
| Pronouns | 2.53 | 6.96** | 2.56 | 7.10** | 2.90 | 8.12** | 0.69 | 1.92 | 0.65 | 1.81 |
| Insight | 3.04 | 8.08** | 2.69 | 7.24** | 1.22 | 3.35* | 1.08 | −2.92* | 0.87 | −2.35* |
| Article | 2.41 | −6.57** | 2.34 | −6.43** | 2.64 | −7.35** | 0.57 | −1.57 | 0.60 | −1.65 |
| Swear | 1.02 | 2.75* | 0.98 | 2.67* | 2.55 | 7.06** | 1.49 | 4.08** | 1.50 | 4.12** |
| Feel | 2.32 | 6.36** | 2.08 | 5.72** | 1.17 | 3.27* | 0.64 | −1.78 | 0.48 | −1.33 |
| Function | 1.75 | 4.83** | 2.15 | 5.97** | 2.01 | 5.63** | 0.48 | 1.33 | 0.18 | 0.50 |
| I | 1.87 | 5.15** | 1.95 | 5.37** | 1.88 | 5.22** | 0.27 | 0.74 | 0.21 | 0.57 |
| Negate | 0.77 | 2.13* | 1.89 | 5.26** | 1.95 | 5.49** | 1.13 | 3.16* | 0.32 | 0.9 |

Note: Displayed are 16 dictionaries with the largest effects. For each dictionary, three *t* tests compared the transformed data for the control group index (dictionary % prevalence) to each of the test groups (anxiety, depression, and suicidal ideation forums) to address Hypothesis 1 ($H_1$). Two *t* tests also compared the suicidal ideation forum group with the remaining two test groups (anxiety and depression) to address Hypothesis 2 ($H_2$). LIWC dictionaries are ordered according to average Cohen's *d* effect size. Neg. emo = negative emotions; I = first-person singular pronouns (e.g., *I*, *me*, *my*).
*$p < .05$. **$p < .001$.

index between groups, after controlling for the certainty index, negative emotions index, and the pronoun's index, $F(3, 3860) = 20.575$, $p < .001$. Paired comparisons reveal that all contrasts remained significant to $p < .01$.

***Confirmatory factor analysis.*** For Study 1 forums, we calculated indices for each individual *word* in the absolutist and nonabsolutist dictionaries using an in-house python script (full python code is available in the Supplemental Material) and the Natural Language Tool Kit (Bird, Klein, & Loper, 2009). This means that we had the percentage prevalence of each *word* rather than each dictionary. Using these data, we conducted a confirmatory factor analysis on the combined list of 65 absolutist and nonabsolutist words with a direct oblimin rotation and a loadings cutoff > 0.55. We found that the highest loading words on the first factor were all absolutist except for *really* (which is an adverbial intensifier) and *anything*, which we had originally categorized as absolutist but, because of a lack of independent expert validation, was moved to the nonabsolutist dictionary. The highest loading words on Factor 2 were all nonabsolutist except for the absolutist word *definitely*. Other than *definitely*, no absolutist word loaded outside of Factor 1. The factor analysis was not able to separate "extreme words" from nonabsolutist words (see Table S3 in the Supplemental

Material). To examine the absolutism factor further, we used structural equation modeling to test the model fit of the seven highest loading words on Factor 1 from the factor analysis. Model fit was assessed using AMOS version 24 (SPSS). A seven-item, one-factor model adequately fit the data ($\chi^2 = 14.461$, $df = 14$, goodness of fit index = .912, comparative fit index = .996, normed fit index = .903). Including more words in the model reduced the model fit below generally accepted levels.

***Sensitivity analysis.*** The smallest group in this study is the suicidal ideation group. Inferences about this group are based on data from 368 members in four separate suicidal ideation forums. Moreover, these forums may be perceived as less conventional than others used in this research. For this reason, we conducted a sensitivity analysis to ensure the results obtained from this group are robust. The multilevel mixed-effects model for the absolutist index was recalculated after sequentially excluding all data from each of the suicidal ideation forums in turn. This produced four sets of test statistics, each with one suicidal ideation forum excluded. Paired comparisons showed that the absolutist index for the suicidal ideation group remained significantly greater than the control group ($ps < .001$, $ds = 3.85$–$4.41$), the anxiety group ($ps < .001$, $ds = 1.39$–$1.71$), and the depression group ($ps <$

.001, $ds = 1.37$–$1.69$). The narrow range of effect sizes for each comparison confirms that these findings are robust, and not driven by a forum outlier in the suicidal ideation group.

## Study 2

**Multilevel mixed-effects model for the absolutist index.** Our third hypothesis predicted that mental health forum groups strongly associated with absolutist thinking (BPD and ED) would use more absolutist words than mental health forum groups less associated with absolutist thinking (PTSD and schizophrenia). A multilevel mixed-effects analysis found that there was a significant difference in the absolutist index between Study 2 groups, $F(3, 16) = 5.515$, $p = .009$. Paired comparisons revealed that the mean absolutist index for the BPD forum group ($M = 1.47$, $SD = 0.12$) was significantly greater than the PTSD ($M = 1.13$, $SD = 0.07$, $p < .001$, $d = 1.93$, 95% CI = [–0.38, –0.14]) and the schizophrenia forum groups ($M = 1.14$, $SD = 0.10$, $p < .001$, $d = 1.94$, 95% CI = [–0.42, –0.20]). They also revealed that the absolutist index of the ED forum group ($M = 1.25$, $SD = 0.12$) was significantly greater than the schizophrenia ($p = .009$, $d = 0.81$, 95% CI = [–0.25, –0.05]) but not PTSD ($p = .081$, $d = 0.84$, 95% CI = [–0.22, 0.01]) forum groups (Fig. 1b). A critical assumption in this contrast is that the control and test groups have similar levels of psychological distress. We sought to verify this assumption using the LIWC negative emotions dictionary. A paired comparison found no significant difference in the mean negative emotions index between the Study 2 control ($M = 3.51$, $SD = 0.73$) and test ($M = 3.71$, $SD = 0.31$, $p = .335$) forum groups (Fig. 1c). Therefore, it seems that absolutism is associated with certain types of psychopathology forums and not psychological distress forums per se.

**Comparison of Study 1 with Study 2.** In comparing the absolutist index of Study 1 and 2 groups, post hoc comparisons with a Bonferroni correction revealed that the suicidal ideation forum group had an index significantly greater than ED and BPD forum groups ($p < .001$). ED but not BPD had an index significantly lower than anxiety and depression forum groups ($ps = .001$). Study 2 control forum groups PTSD and schizophrenia had an index significantly lower than all Study 1 test forum groups ($ps < .001$).

**Sensitivity analysis.** The smallest group in this study is the BPD group. Inferences about this group are based on data from 326 members in four separate BPD forums. This group also produced the most extreme absolutist index scores. Once again, we conducted a sensitivity analysis to ensure the results obtained from this group are robust. The multilevel mixed-effects model for the

absolutist index was recalculated after sequentially excluding all data from each of the BPD forums in turn. This produced four sets of test statistics, each with one BPD forum excluded. Paired comparisons show that the absolutist index for the BPD group remained significantly greater than the PTSD group ($ps < .026$, $ds = 1.25$–$1.91$) and the schizophrenia group ($ps < .008$, $ds = 1.56$–$2.24$). Once again, the positive findings from the smallest group in the study appear to be robust and not dependent on any single forum outlier.

## Study 3

**Multilevel mixed-effects model for the absolutist index.** Our final hypothesis predicted that the recovery forum group would use significantly more absolutist words than the Study 1 control forum group. Paired comparisons in a multilevel mixed-effects model found that the mean absolutist index of the recovery forum group ($M = 1.31\%$, $SD = 0.14$) was significantly greater than the Study 1 control forum group ($p < .001$, 95% CI = [–0.41, –0.24], $d = 2.02$). Paired comparisons also found a significant difference in the absolutist index between the recovery forum group and the anxiety group ($p = .018$, 95% CI = [–0.01, 0.23], $d = 0.56$) and depression group ($p = .018$, 95% CI = [–0.01, 0.22], $d = 0.52$). Like the anxiety and depression groups, the recovery group also had a significantly lower absolutist index than the suicidal ideation group ($p < .001$, 95% CI = [0.37, 0.67], $d = 2.31$). Although the absolutist index of the recovery group was significantly different from anxiety and depression groups, the more accurate bias-corrected CIs reveal that the differences are marginal; relative effect sizes reveal that the recovery group absolutist index is closer to anxiety and depression ($ds < 0.56$) than to the control group ($d = 2.02$; Fig. 2a). We noted earlier that the contents of the recovery forums were very positive. To illustrate this fact, we ran the LIWC positive emotions dictionary on the above groups (Fig. 2b). There was indeed a very large difference in the prevalence of positive emotions. Paired comparisons found that the recovery forum group contained more positive emotion words than all the remaining groups ($ps < .001$).

**Sensitivity analysis.** Although the recovery group is relatively large, with 558 members in 7 different forums, this group is somewhat unconventional and the number of members in each forum were somewhat unequal (see Table S1). We therefore deemed it appropriate to conduct another sensitivity analysis to ensure the results obtained from this group are robust. The multilevel mixed-effects model for the absolutist index was recalculated after sequentially excluding all data from each of the recovery forums in turn. This produced seven sets of test statistics,





**Fig. 2.** Mean percentage of (a) absolutist words and (b) positive emotion words for the recovery group and all Study 1 groups (control, anxiety, depression, suicidal ideation). Error bars indicate 95% bootstrapped confidence intervals.

each with one recovery forum excluded. Paired comparisons show that the absolutist index for the recovery group remained significantly greater than the control group ($ps < .001$, $ds = 1.88$–$2.30$). This again confirms that the positive findings from this group are robust and not dependent on any single forum outlier.

## Discussion

### Main findings

The data we have presented confirm that the use of absolutist words is elevated in the natural language of various affective disorder forum groups. As expected, in Study 1 we found that the percentage of absolutist words in anxiety, depression, and suicidal ideation test groups was significantly greater than in control groups ($H_1$), and that the percentage of absolutist words in the suicidal ideation forum group was significantly greater than in both the anxiety and depression forum groups ($H_2$). These findings have support from a previous study, Fekete (2002) used an adapted Weintraub text analysis method on four Internet forums (suicide, depression, anxiety, and a journalism control). They found significant results for 13 language variables including negations and dichotomous expressions. Our first study has built on this preliminary finding, using a wider range of more rigorous controls, a larger corpus of data, and a hypothesis-driven study design.

In Study 2, consistent with our expectations, we found the absolutist index was greater for BPD and ED forums than PTSD and schizophrenia forums, although this did not reach significance between ED and PTSD. All four mental health groups contained similar amounts of negative emotion terms, but only BPD and ED are strongly associated with absolutist thinking. This suggests that our index is more sensitive to absolutism than psychological distress.

In Study 3, we proposed that if the absolutist index for the recovery forums was similar to depression forums, this would suggest that absolutist thinking has some trait-like qualities that persist outside of depressive episodes. This is indeed what we observed. Even though the recovery forums were largely very positive, the percentage of absolutist words in the recovery group had overlapping CIs with both the anxiety and depression forum groups, and was significantly greater than the control forum group. It is widely acknowledged that an episode of depression increases the risk of future depressive episodes (Teasdale et al., 2000). In many ways, preventing this recurrence is the focus of most treatments. Consequently, there is keen interest in identifying potential cognitive vulnerability factors which are observed during episodes of depression and persist even after the episode has ended. Our findings indicate that absolutism may be such a vulnerability factor. The "scar hypothesis" (Lewinsohn, Steinmetz, Larson, & Franklin, 1981) provides a different explanation. Here the depressive episode itself alters the linguistic style/vocabulary of the individual, this then persists as a "scar" after the depressive episode has abated.

### Comparison with other dictionaries

Text analysis research on written data from depressed and suicidal individuals has repeatedly shown elevated use of negative emotion words and pronouns (for review, see Tausczik & Pennebaker, 2010). We also found these to be strong markers of affective disorder in the present study. However, we have paradoxically found that "negative emotions," "sad," "affect," and "feel" dictionaries were more prevalent in anxiety and depression than the suicidal ideation group. This is inconsistent with the belief that suicidal individuals have a greater amount of negative emotions (de Klerk et al., 2011; Orbach, Mikulincer, Gilboa-Schechtman, & Sirota, 2003; Stein, Apter, Ratzoni, Har-Even, & Avidan, 1998), and some research has previously shown that "negative emotion [words] use tends to increase approaching suicide" (Pennebaker & Chung, 2013). These mixed findings only reaffirm that "function" words are a better gauge of thinking processes than "content" words (Chung & Pennebaker, 2007). Our absolutist dictionary also produced larger effects than pronouns (and its first-person singular subcategory), which had previously been identified as better markers of affective disorder than negative emotion words (Pennebaker & Chung, 2013).

The LIWC "certainty" index (Table 2) is the most closely related to our absolutist index, comprising words that denote high or total certainty. Although indeed similar, the certainty index does not include some words that are absolutist (i.e., "nothing") and contains others that are not (i.e., "frankly"). Moreover, unlike our absolutist dictionary, many of its component words are not neutrally valenced (i.e., perfect).

Finally, we found that "swear" words produced a similar significance pattern to absolutist words (Table 2). Swear words are commonly used as adverbial intensifiers (Peters, 1994; Romero, 2013). For example, instead of writing "I'm *completely* sick of this," depressed/suicidal individuals may write something akin to "I'm *fucking* sick of this," replacing the absolutist word "completely" with something even more forceful, both functionally serving as adverbial intensifiers of the strongest kind.

### Absolute versus extreme

Previous studies have often used the terms absolute and extreme interchangeably (e.g., Teasdale et al., 2001). A central assumption in the present research is that absolutist words are uncorrelated with extreme words; this assumption was tested. We found that only 25% of absolutist words were also deemed extreme by some of the independent expert judges. Moreover, none

of the words we had categorized as extreme were deemed absolutist, with the single exception of *really*, which was categorized as absolutist by one out of the five judges. This was reaffirmed by the confirmatory factor analysis (Table S3), in which only words we had categorized as absolutist loaded onto Factor 1, with the single exception, once again, of the adverbial intensifier *really*. We believe that a clear distinction should be made between these two concepts in future research; and that the terms should not be used interchangeably.

## Anxiety and depression within control groups

Individuals with cancer, PTSD, and schizophrenia have high levels of comorbid anxiety and depression. This might lead us to expect a higher absolutist index for these forum groups. However, the cancer group produced an absolutist index identical to the other Study 1 control groups; and the PTSD and schizophrenia groups had a significantly lower absolutist index than all Study 1 test groups. This may be because symptoms of anxiety and depression in cancer, PTSD, and schizophrenia have a known specific cause, namely, having cancer, PTSD, or schizophrenia. One does not have to be absolutist, or even disposed to affective disorder, to experience feelings of anxiety or depression about a brain tumor, a traumatic event, or hallucinations. In contrast, anxiety and depression disorders often have multiple vague or even unknown causes. Predisposed individuals are pushed into anxiety and depression by circumstances that by necessity would not have the same effect in the general population.

## Implications

The maladaptive status of absolutist thinking is a recognized part of cognitive therapy (CT; C. Williams & Garland, 2002). To date, theoretical and anecdotal support has mostly served as the basis for its inclusion; we hope the findings from our studies will add empirical justification. The extent to which absolutist thinking is currently addressed by CT depends on the form of CT used and the preferred methods of each practitioner. For example, combatting absolutist thinking is at the very core of rational-emotive behavioral therapy (David, Lynn, & Ellis, 2009), whereas reducing negative thoughts takes primacy in other forms of CT. Recently, research into treating cognitive vulnerabilities and preventing relapse has migrated toward the new "third-wave" therapies (Teasdale et al., 2000). These therapies, such as mindfulness-based cognitive therapy and acceptance and commitment therapy, are largely geared toward increasing cognitive flexibility (e.g., Kahl, Winter, &

Schweiger, 2012). Our findings are therefore in step with the recent trend toward cultivating adaptive cognitive *processes* (i.e., flexibility) as distinct from changing the *content* of thoughts (i.e., negativity).

## Limitations and future directions

Because this study had large samples from multiple sources, and a naturalistic observational design, it consequently had low experimental control. For example, we could only infer general demographic characteristics from different forums (e.g., women post on Mumsnet and young people post on Student Room). Usernames served to distinguish members, however it is possible that some members might post using more than one profile or use different usernames for different forums. Fundamentally, the identities and motivation of users are largely unknowable, and this is an inevitable limitation in this study. As outlined in the methods, we did check that the authors of posts were at least purporting to be a representative of the relevant online community, but we had no power to go beyond this basic check. Follow-up studies could use an experimental study design, and perhaps alternative methodologies, to replicate and extend the findings initially presented here. Despite likely being limited to a smaller sample size and perhaps lacking ecological validity, such studies would be able to control participant characteristics, writing topics and the setting.

Our findings in this study relate to differences between groups, such an analysis provides important insights into the markers associated with affective disorder. However, in this research, we have not addressed within-person variation in absolutist thinking and how that relates to changes in affective symptoms at an individual level (cf. Molenaar & Campbell, 2009). For example, are individual changes in suicidal ideation over time reflected in changes in use of absolutist words? Future research could seek to track absolutist thinking (and affective disorder) in individuals over time. This could have even greater utility for clinical practice.

In measuring aggregate differences in absolutist words between groups we have not examined the specific nature of the relationship. Although we present data that may point to absolutism as a possible cognitive vulnerability factor, the extent and mechanism of any causal role are not addressed here. Future intervention studies could examine the causal status of absolutist thinking; one possibility would be to use a cognitive bias modification paradigm (Hallion & Ruscio, 2011). The aim would be to introduce some manipulation of absolutist thinking in participants and then examine the subsequent effects. Alternatively, a narrow form of

cognitive behavioral therapy that focuses on targeting absolutist thinking could be clinically trialed.

## Author Contributions

M. Al-Mosaiwi created the research design from an initial idea contributed by T. Johnstone. M. Al-Mosaiwi collected, analyzed, and interpreted the data under the supervision of T. Johnstone. M. Al-Mosaiwi drafted the manuscript, and T. Johnstone provided critical revisions. Both authors approved the final version of the manuscript for submission.

## Acknowledgments

Special thanks to Ian Cunnings, Allan Laville, Sara Fincham-Majumdar, Helen Marlow, and Hannah Whitney who helped validate the study dictionaries. We also thank Shirley Reynolds as well as the reviewers for their insightful comments.

## Declaration of Conflicting Interests

The author(s) declared that there were no conflicts of interest with respect to the authorship or the publication of this article.

## Funding

This research was supported by the United Kingdom Medical Research Council.

## Supplemental Material

Additional supporting information may be found at http://journals.sagepub.com/doi/suppl/10.1177/2167702617747074

## Open Practices

 

All data and materials have been made publicly available via Figshare and can be accessed at https://doi.org/10.6084/m9.figshare.4743547.v1. The complete Open Practices Disclosure for this article can be found at http://journals.sagepub.com/doi/suppl/10.1177/2167702617747074. This article has received badges for Open Data and Open Materials. More information about the Open Practices badges can be found at https://www.psychologicalscience.org/publications/badges.

## References

Alberts, H. J. E. M., Thewissen, R., & Raes, L. (2012). Dealing with problematic eating behaviour: The effects of a mindfulness-based intervention on eating behaviour, food cravings, dichotomous thinking and body image concern. *Appetite*, *58*, 847–851.

Antoniou, E. E., Bongers, P., & Jansen, A. (2017). The mediating role of dichotomous thinking and emotional eating in the relationship between depression and BMI. *Eating Behaviors*, *26*, 55–60.

Arffa, S. (1983). Cognition and suicide: A methodological review. *Suicide and Life-Threatening Behavior*, *13*, 109–122.

Arntz, A., & ten Haaf, J. (2012). Social cognition in borderline personality disorder: Evidence for dichotomous thinking but no evidence for less complex attributions. *Behaviour Research and Therapy*, *50*, 707–718.

Arntz, A., & Veen, G. (2001). Evaluations of others by borderline patients. *Journal of Nervous and Mental Disease*, *189*, 513–521.

Baayen, R. H., Davidson, D. J., & Bates, D. M. (2008). Mixed-effects modeling with crossed random effects for subjects and items. *Journal of Memory and Language*, *59*, 390–412.

Beck, A. T. (1979). *Cognitive therapy and the emotional disorders*. London, England: Penguin.

Bird, S., Klein, E., & Loper, E. (2009). *Natural language processing with Python*. Sebastopol, CA: O'Reilly Media.

British Psychological Association. (2013). *Ethics guidelines for Internet-mediated research*. Leicester, UK: British Psychological Society.

Bucci, W., & Freedman, N. (1981). The language of depression. *Bulletin of the Menninger Clinic*, *45*, 334–358.

Burns, D. D. (1989). *The feeling good handbook: Using the new mood therapy in everyday life*. New York, NY: William Morrow.

Byrne, S. M., Allen, K. L., Dove, E. R., Watt, F. J., & Nathan, P. R. (2008). The reliability and validity of the Dichotomous Thinking in Eating Disorders Scale. *Eating Behaviors*, *9*, 154–162.

Chung, C., & Pennebaker, J. W. (2007). The psychological functions of function words. In K. Fiedler (Ed.), *Frontiers of social psychology: Social communication* (pp. 343–359). New York, NY: Psychology Press.

Cohen, S. J. (2012). Construction and preliminary validation of a dictionary for cognitive rigidity: Linguistic markers of overconfidence and overgeneralization and their concomitant psychological distress. *Journal of Psycholinguistic Research*, *41*, 347–370.

Colbert, S. M., Peters, E. R., & Garety, P. A. (2010). Delusions and belief flexibility in psychosis. *Psychology and Psychotherapy: Theory, Research and Practice*, *83*, 45–57.

Cumming, G. (2014). The new statistics: Why and how. *Psychological Science*, *25*, 7–29.

David, D., Lynn, S. J., & Ellis, A. (Eds.). (2009). *Rational and irrational beliefs: Research, theory, and clinical practice*. Oxford, England: Oxford University Press.

de Klerk, S., van Noorden, M. S., van Giezen, A. E., Spinhoven, P., den Hollander-Gijsman, M. E., Giltay, E. J., . . . Zitman, F. G. (2011). Prevalence and correlates of lifetime deliberate self-harm and suicidal ideation in naturalistic outpatients: The Leiden Routine Outcome Monitoring study. *Journal of Affective Disorders*, *133*, 257–264.

Ellis, A. (1987). A sadly neglected cognitive element in depression. *Cognitive Therapy and Research*, *11*, 121–145.

Ellis, A., & Harper, R. A. (1975). *A new guide to rational living*. Upper Saddle River, NJ: Prentice Hall.

Ellis, T. E., & Rutherford, B. (2008). Cognition and suicide: Two decades of progress. *International Journal of Cognitive Therapy*, *1*, 47–68.

Ertel, S. (1985). Content analysis: An alternative approach to open and closed minds. *High School Journal*, *68*, 229–240.

Fairburn, C. G., Cooper, Z., & Shafran, R. (2003). Cognitive behaviour therapy for eating disorders: A "transdiagnostic" theory and treatment. *Behaviour Research and Therapy*, *41*, 509–528.

Feixas, i, Viaplana, G., Montebruno, C., Dada, G., Castillo, M. D., & Compañ, V. (2010). Self construction, cognitive conflicts and polarization in bulimia nervosa. *International Journal of Clinical and Health Psychology*, 10, 445–457.

Fekete, S. (2002). The Internet—A new source of data on suicide, depression and anxiety: A preliminary study. *Archives of Suicide Research*, 6, 351–361.

Garner, D. M., Garfinkel, P. E., & Bemis, K. M. (1982). A multidimensional psychotherapy for anorexia nervosa. *International Journal of Eating Disorders*, 1, 3–46.

Griffiths, K. M., Calear, A. L., & Banfield, M. (2009). Systematic review on Internet support groups (ISGs) and depression (1): Do ISGs reduce depressive symptoms? *Journal of Medical Internet Research*, 11, e40.

Hallion, L. S., & Ruscio, A. M. (2011). A meta-analysis of the effect of cognitive bias modification on anxiety and depression. *Psychological Bulletin*, 137, 940–958.

Houston, T. K., Cooper, L. A., & Ford, D. E. (2014). Internet support groups for depression: A 1-year prospective cohort study. *American Journal of Psychiatry*, 159, 2062–2068.

Johnson, N. S., & Holloway, E. L. (1988). Conceptual complexity and obsessionality in bulimic college women. *Journal of Counseling Psychology*, 35, 251–257.

Joseph, J. S., & Gray, M. J. (2011). The utility of measuring explanatory flexibility in PTSD research. *Cognitive Therapy and Research*, 35, 372–380.

Kahl, K. G., Winter, L., & Schweiger, U. (2012). The third wave of cognitive behavioural therapies: What is new and what is effective? *Current Opinion in Psychiatry*, 25, 522–528.

Lewinsohn, P. M., Steinmetz, J. L., Larson, D. W., & Franklin, J. (1981). Depression-related cognitions: Antecedent or consequence? *Journal of Abnormal Psychology*, 90, 213–219.

Litinsky, A. M., & Haslam, N. (1998). Dichotomous thinking as a sign of suicide risk on the TAT. *Journal of Personality Assessment*, 71, 368–378.

Lorenz, M., & Cobb, S. (1952). Language behavior in manic patients. *AMA Archives of Neurology and Psychiatry*, 67, 763–770.

Mladenić, D. (1998). Feature subset selection in text-learning. In *Proceedings of the European Conference on Machine Learning* (pp. 95–100). London, England: Springer.

Molenaar, P. C., & Campbell, C. G. (2009). The new person-specific paradigm in psychology. *Current Directions in Psychological Science*, 18, 112–117.

Moritz, S., Schilling, L., Wingenfeld, K., Köther, U., Wittekind, C., Terfehr, K., & Spitzer, C. (2011). Psychotic-like cognitive biases in borderline personality disorder. *Journal of Behavior Therapy and Experimental Psychiatry*, 42, 349–354.

Napolitano, L. A., & McKay, D. (2007). Dichotomous thinking in borderline personality disorder. *Cognitive Therapy and Research*, 31, 717–726.

Neuringer, C. (1961). Dichotomous evaluations in suicidal individuals. *Journal of Consulting Psychology*, 25, 445–449.

Neuringer, C. (1964). Rigid thinking in suicidal individuals. *Journal of Consulting Psychology*, 28, 54–58.

Ohsiek, S., & Williams, M. (2011). Psychological factors influencing weight loss maintenance: An integrative literature review. *Journal of the American Association of Nurse Practitioners*, 23, 592–601.

Orbach, I., Mikulincer, M., Gilboa-Schechtman, E., & Sirota, P. (2003). Mental pain and its relationship to suicidality and life meaning. *Suicide and Life-Threatening Behavior*, 33, 231–241.

Palascha, A., van Kleef, E., & van Trijp, H. C. (2015). How does thinking in black and white terms relate to eating behavior and weight regain? *Journal of Health Psychology*, 20, 638–648.

Pennebaker, J. W., Booth, R. J., Boyd, R. L., & Francis, M. E. (2015). *Linguistic Inquiry and Word Count: LIWC2015*. Austin, TX: Pennebaker Conglomerates.

Pennebaker, J. W., & Chung, C. K. (2013). Counting little words in big data. In J. P. Forgas, O. Vincze, & J. Laszlo (Eds.), *Social cognition and communication* (pp. 25–42). New York, NY: Psychology Press.

Peters, H. (1994). Degree adverbs in early modern English. *Studies in Early Modern English*, 13, 269–288.

Pollock, L. R., & Williams, J. M. G. (1998). Problem solving and suicidal behavior. *Suicide and Life-Threatening Behavior*, 28, 375–387.

Pollock, L. R., & Williams, J. M. G. (2001). Effective problem solving in suicide attempters depends on specific autobiographical recall. *Suicide and Life-Threatening Behavior*, 31, 386–396.

Pollock, L. R., & Williams, J. M. G. (2004). Problem-solving in suicide attempters. *Psychological Medicine*, 34, 163–167.

Romero, S. (2013). This is so cool! A comparative corpus study on intensifiers in British and American English. *Perspectives*, 21, 526–542.

Rude, S., Gortner, E. M., & Pennebaker, J. (2004). Language use of depressed and depression-vulnerable college students. *Cognition & Emotion*, 18, 1121–1133.

Sieswerda, S., Barnow, S., Verheul, R., & Arntz, A. (2013). Neither dichotomous nor split, but schema-related negative interpersonal evaluations characterize borderline patients. *Journal of Personality Disorders*, 27, 36–52.

Stein, D., Apter, A., Ratzoni, G., Har-Even, D., & Avidan, G. (1998). Association between multiple suicide attempts and negative affects in adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry*, 37, 488–494.

Stirman, S. W., & Pennebaker, J. W. (2001). Word use in the poetry of suicidal and nonsuicidal poets. *Psychosomatic Medicine*, 63, 517–522.

Tausczik, Y. R., & Pennebaker, J. W. (2010). The psychological meaning of words: LIWC and computerized text analysis methods. *Journal of Language and Social Psychology*, 29, 24–54.

Teasdale, J. D., Scott, J., Moore, R. G., Hayhurst, H., Pope, M., & Paykel, E. S. (2001). How does cognitive therapy prevent relapse in residual depression? Evidence from a controlled trial. *Journal of Consulting and Clinical Psychology*, 69, 347–357.

Teasdale, J. D., Segal, Z. V., Williams, J. M. G., Ridgeway, V. A., Soulsby, J. M., & Lau, M. A. (2000). Prevention of relapse/recurrence in major depression by mindfulness-

based cognitive therapy. *Journal of Consulting and Clinical Psychology*, *68*, 615–623.

Veen, G., & Arntz, A. (2000). Multidimensional dichotomous thinking characterizes borderline personality disorder. *Cognitive Therapy and Research*, *24*, 23–45.

Wedding, D. (2000). Cognitive distortions in the poetry of Anne Sexton. *Suicide and Life-Threatening Behavior*, *30*, 140–144.

Weintraub, W. (1981). *Verbal behavior: Adaptation and psychopathology.* New York, NY: Springer.

Williams, C., & Garland, A. (2002). A cognitive–behavioural therapy assessment model for use in everyday clinical practice. *Advances in Psychiatric Treatment*, *8*, 172–179.

Williams, J. M. G., & Pollock, L. R. (2008). The psychology of suicidal behaviour. In K. Hawton & K. van Heeringen (Eds.), *The international handbook of suicide and attempted suicide* (pp. 79–93). New York, NY: John Wiley.

Yamamura, K. (1999). Transformation using (x+ 0.5) to stabilize the variance of populations. *Researches on Population Ecology*, *41*, 229–234.

Zotter, D. L., & Crowther, J. H. (1991). The role of cognitions in bulimia nervosa. *Cognitive Therapy and Research*, *15*, 413–426.