1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*
   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org
13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED BELOW]**
14
15              UNITED STATES DISTRICT COURT
16                  DISTRICT OF ARIZONA

17 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
18 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DECLARATION OF AMBER**
19 Hefner; Joshua Polson; and Charlotte Wells, on       **NORRIS IN SUPPORT OF**
   behalf of themselves and all others similarly        **PLAINTIFFS' MOTION TO**
20 situated; and Arizona Center for Disability Law,     **ENFORCE PARAGRAPH 14**
                                                        **OF THE STIPULATION**
21                       Plaintiffs,
                                                        **[REDACTED]**
22              v.

23 David Shinn, Director, Arizona Department of
   Corrections; and Larry Gann, Division Director,
24 Health Care Services Monitoring Bureau, Arizona
   Department of Corrections, in their official
25 capacities,

26                       Defendants.

27

28

I, Amber Norris, declare:

1.     I am an investigator at the Prison Law Office, counsel of record for *Parsons* Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation, filed herewith.

██████████████████ (identified below as "W.D.")

2.     I attach hereto as **Exhibit 1** a true and correct copy of the Declaration of W.D., dated April 12, 2019.

3.     I attach hereto as **Exhibit 2** a true and correct copy of the Declaration of Gail Masek, dated April 12, 2019.

4.     On April 14 and 16, 2020, I reviewed the electronic medical record for W.D., a class member in the custody of the Arizona Department of Corrections (ADC).

5.     According to the electronic medical record, there is an active Special Needs Order (SNO) for W.D., with the following comments: "Pt deaf require sign language interpreter."

6.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the list of SNOs for W.D., as well as this SNO entry in particular. True and correct copies of what I printed are attached hereto as **Exhibit 3**.

7.     According to the electronic medical record, on June 21 and 22, 2016, W.D. had multiple encounters with medical and mental health staff after arriving to ASPC-Phoenix. For example, on June 21, 2016, at 12:58, W.D. saw Psychologist Sandra Ekeinde for an "Initial Mental Health Assessment" encounter. Dr. Ekeinde does not indicate whether an interpreter was needed. Dr. Ekeinde noted, "Inmate has no questions or concerns regarding the intake process," but does not indicate how she communicated with W.D.

8.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Initial Mental Health Assessment" entry on June 21, 2016. A true and correct copy of what I printed is attached hereto as **Exhibit 4**.

9.      Next, on June 21, 2016, at 13:44, W.D. saw RN Frank Valenzuela for a "Nurse – Intake – Screening." RN Valenzuela noted, "Deaf. ASL only. Limited read and write." RN Valenzuela also completed an "Intake and Receiving Screening" form, but did not check the box next to "Deaf" in the "Mobility Restrictions/Impairments" section. RN Valenzuela did not make clear how he communicated with W.D.

10.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Intake – Screening" and "Intake and Receiving Screening" entries on June 21, 2016. True and correct copies of what I printed are attached hereto as **Exhibits 5** and **6,** respectively.

11.     Finally, on June 21, 2016, at 14:09 W.D. saw Psych Associate Lisa Lowder for an "Initial Mental Health Assessment." Ms. Lowder noted, "im denied questions or concerns about consent or intake forms. im deaf, but able to read lips, read basic sentences and write basic responses."

12.     Using the "Print this screen" button in the electronic medical record, I printed a copy of Ms. Lowder's "Initial Mental Health Assessment" entry on June 21, 2016. A true and correct copy of what I printed is attached hereto as **Exhibit 7**.

13.     According to the electronic medical record, on June 22, 2016, W.D. saw Medical Doctor Leon Malachinski. In the "Subjective Notes" section of the "Provider – Physical – Intake" encounter notes, Dr. Malachinski noted, "deafness." Dr. Malachinski noted the plan of care to include "accommodate for deafness." Dr. Malachinski completed "Health Assessment – History" and "Health Assessment – Physical" forms. In the "Hearing Disability" section of the form, "both" is checked next to "Deaf" and "Hearing Impaired." "Unremarkable" is checked in the "Speech" section. The form also has a "Hearing" section in which "deafness" is written.

14.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Physical – Intake," the "Health Assessment – History," and the "Health Assessment – Physical" entries on June 22, 2016. True and correct copies of what I printed are attached hereto as **Exhibits 8**, **9**, and **10**, respectively.

15.     According to the electronic medical record, on July 24, 2017, W.D. saw Medical Doctor Murray Young. The "Provider – Follow Up Care" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" Dr. Young also noted, "PT MUTE SIGN LANGUAGE." It is unclear which healthcare staff interpreted for Dr. Young and W.D.

16.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Follow Up Care" entry on July 24, 2017. A true and correct copy of what I printed is attached hereto as **Exhibit 11**.

17.     According to the electronic medical record, on June 18, 2018, W.D. saw the optometrist. The optometrist noted, "Does not hear or speak," and makes no indication of how he communicated with W.D. W.D. was diagnosed with cataracts.

18.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the written optometry encounter notes on June 18, 2018. A true and correct copy of what I printed is attached hereto as **Exhibit 12**.

19.     According to the electronic medical record, on August 12, 2018, an Incident Command System (ICS) response was initiated to which Licensed Practical Nurse Emily Gant responded. The "Nurse – ICS Response" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" LPN Grant noted, "IM is deaf has a assistant [sic] translate. […] IM has a translator who knows sign language who assisted with the translation." It is unclear who interpreted during the encounter.

20.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse - ICS Response" entry on August 12, 2018. A true and correct copy of what I printed is attached hereto as **Exhibit 13**.

21.     According to the electronic medical record, on September 20, 2018, W.D. saw Jennie RN Hunt. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" RN Hunt nonetheless noted, "Patient needs sign language to communicate […] cannot speak, uses a sign language inmate to communicate."

22.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Sick Call – Scheduled" entry on September 20, 2018. A true and correct copy of what I printed is attached hereto as **Exhibit 14**.

23.     According to the electronic medical record, on September 28, 2018, W.D. saw Registered Nurse Jennie Hunt for an intake screening. The "Nurse – Intake – Screening" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" RN Hunt noted that W.D. was wearing two hearing aids. The nurse noted, "Pt is deaf, but able to make needs known. Pt arrived in a wheel chair. Pt has new hearing aids in both ears from his offsite visit today." It is unclear how RN Hunt communicated with W.D. during this encounter.

24.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Intake – Screening" entry on September 28, 2018. A true and correct copy of what I printed is attached hereto as **Exhibit 15**.

25.     According to the electronic medical record, on October 21, 2018, W.D. saw Nurse Practitioner Maureen Gay for a chronic care appointment. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Gay communicated with W.D.

26.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care entry on October 21, 2018. A true and correct copy of what I printed is attached hereto as **Exhibit 16**.

27.     On January 12, 2020, W.D. saw NP Chidozie Eze for a chronic care appointment. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" NP Eze noted, "Patient

appears to be clinically stable at this encounter, upset as he was demanding for sign language for this communication was provided paper to write for communication and he say it is the law to provide him with signs language."

28.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" notes from January 12, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 17**.

29.    According to the electronic medical record, on January 15, 2020, W.D. saw the dentist. The "Dental - Followup" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is not clear from the notes how Dr. Miguel Olivarez communicated with W.D. during this encounter.

30.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Dental - Followup" notes from January 15, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 18.**

31.    W.D. saw the provider on February 13, 2020 for a chronic care appointment. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Gay communicated with W.D.

32.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" notes from February 13, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 19**.

██████████████████████ (identified below as "F.L.H.")

33.    I attach hereto as **Exhibit 20** a true and correct copy of the Declaration of F.L.H., dated April 12, 2019.

34.    I attach hereto as **Exhibit 21** a true and correct copy of the Declaration of Gail Masek, dated April 12, 2019.

35.    On April 15 and 16, and June 2, 2020, I reviewed the electronic medical record for F.L.H., a class member in the custody of the ADC.

36.     In his declaration, F.L.H. says that he had medical and mental health intake appointments at Alhambra on November 18, 2018. There are no intake encounters on November 18, 2018, documented in the electronic medical record. There are such encounters on November 6-8, 2018. First, on November 6, 2018, Registered Nurse Iwona Sienkiewicz ordered lab tests. The "Nurse – Intake - Lab" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how or if RN Sienkiewicz communicated with F.L.H.

37.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Intake - Lab" notes from November 6, 2018. A true and correct copy of what I printed is attached hereto as **Exhibit 22**.

38.     Next, according to the electronic medical record, on November 7, 2018, at 13:25, F.L.H. saw Dental Assistant Cynthia Chavez-Robles for a "Dental – Intake" encounter that appears to have included only X-rays. The "Dental - Intake" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how Ms. Chavez-Robles communicated with F.L.H.

39.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Dental – Intake" entry on November 7, 2018, at 13:25. A true and correct copy of what I printed is attached hereto as **Exhibit 23**.

40.     Next, according to the electronic medical record, on November 7, 2018, at 19:01, F.L.H. saw Registered Nurse Mathews Jacob for a "Nurse – Chart Review" and "Family History Review" encounter. The "Nurse – Chart Review" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Patient Education Notes" section of the entry, RN Jacob noted, "Healthy life styles encouraged. Verbalized understanding." There is no indication how RN Jacob communicated with F.L.H.

41.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Chart Review" entry on November 7, 2018, at 19:01. A true and correct copy of what I printed is attached hereto as **Exhibit 24**.

42.     Next, according to the electronic medical record, on November 7, 2018, at 19:03, Registered Nurse Mathews Jacob recorded a "Nurse – Chart Review" encounter with F.L.H. The "Nurse – Chart Review" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Related Allergies/Health Problems/Conditions" section, RN Jacob selected the diagnosis code "Deaf nonspeaking, not elsewhere classified," and noted, "Has Mobility Restrictions/Impairments. Consider special placement for Deaf." In the "Patient Education Notes" section of the form, RN Jacob noted, "Intake/HNR process Explained. Fluids Encouraged Healthy life styles encouraged. Verbalized understanding." There is no indication how RN Jacob communicated with F.L.H.

43.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Chart Review" entry on November 7, 2018, at 19:03. A true and correct copy of what I printed is attached hereto as **Exhibit 25**.

44.     Next, according to the electronic medical record, on November 7, 2018, at 19:03, Registered Nurse Mathews Jacob completed an "Intake and Receiving Screening" encounter with F.L.H. In the "Mobility Restrictions/Physical Disabilities/Impairments" section of the "Intake and Receiving Screening" form, the box next to "Deaf" is checked. In the "Additional Comments" section of the form, RN Jacob noted, "Intake/HNR process Explained. Fluids Encouraged Healthy life styles encouraged. Verbalized understanding." There is no indication how RN Jacob communicated with F.L.H.

45.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Intake and Receiving Screening" entry on November 7, 2018, at 19:03. A true and correct copy of what I printed is attached hereto as **Exhibit 26**.

46.     According to the electronic medical record, on November 8, 2018, F.L.H. saw Medical Doctor Maurice Lee for a "Provider – Physical – Intake" encounter. The "Provider – Physical – Intake" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" Dr. Lee noted that F.L.H. is Deaf and "No questions or concerns, communicated through a word document." In the "Plan Notes"

section of the form, Dr. Lee noted, "Deaf: coordinate proper placement." Dr. Lee completed a "Health Assessment History" form. On the form, "No" is checked next to the prompt "Interpreter Used." Dr. Lee completed a "Health Assessment – Physical" form. In the "Hearing Disability" section of the form, "both" is checked next to "Deaf," and "Slurred" is checked in the "Speech" section. The form also has a "Hearing" section in which the box next to "Appears Adequate" is checked.

47.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Physical – Intake" and "Health Assessment History" on November 8, 2018. True and correct copies of what I printed are attached hereto as **Exhibit 27** and **28,** respectively. I was unable to print a .pdf document of the "Health Assessment – Physical" entry using the "Print this screen" function of the electronic medical record, so instead I took a series of screenshots of the "Health Assessment – Physical," which is attached hereto as **Exhibit 29**.

48.     According to the electronic medical record, on November 8, 2018 at 11:56, Psychologist Sandra Ekeinde completed a "MH – Intake" for an "Initial Mental Health Assessment." The "MH – Intake" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section, Dr. Ekeinde noted, "Inmate seen for an intake assessment. Inmate had no questions concerning intake or consent form." In the "initial Mental Health Assessment – Objective" section, there are no boxes checked next to "Rapid," "Disjointed," "Incoherent," and "Slowed" in the "Speech" section. In the "Assessment Notes" section, Dr. Ekeinde noted, "I/M appears to be stable, no dts/dto. Inmate has a hearing problem." There is no indication how Dr. Ekeinde communicated with F.L.H. According to the electronic medical record, on November 8, 2018, Dr. Ekeinde and F.L.H. signed a "Mental Health Consent" form.

49.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "MH – Intake" entry and "Mental Health Consent" form on

November 8, 2018. True and correct copies of what I printed are attached hereto as **Exhibits 30** and **31**.

50.     According to the electronic medical record, on November 12, 2018, a Special Needs Order (SNO) for F.L.H. was written, with the following comments: "DEAF, ASTHMA." This SNO apparently expired on December 31, 2018.

51.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the list of SNOs for F.L.H., as well as this SNO entry in particular. True and correct copies of what I printed are attached hereto as **Exhibits 32** and **33**, respectively.

52.     According to the electronic medical record, on November 9, 2018, F.L.H. submitted a Health Needs Request (HNR) form requesting an inhaler. The HNR form is stamped received on November 11, 2018. In the "Plan of Action" section, RN M. Jacob wrote, "Nurse line. IM refused. Refusal signed." According to the electronic medical record, on November 11, 2018, F.L.H. and RN Jacob signed a "Refusal to Submit to Treatment" form.

53.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the November 9, 2018, HNR and November 11, 2018, "Refusal to Submit to Treatment" form. True and correct copies of what I printed are attached hereto as **Exhibits 34** and **35,** respectively.

54.     According to the electronic medical record, on November 17, 2018, F.L.H. saw NP Margaret Salas for a "Provider – Chronic Care" encounter. The "Provider – Chronic Care" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" The record does not indicate which staff person provided interpretation services. In the "Subjective Notes" section of the form, NP Salas noted, "deaf (wrote questions and answers on paper)."

55.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" entry on November 17, 2018. A true and correct copy of what I printed is attached hereto as **Exhibit 36**.

56.     According to the electronic medical record, on November 29, 2018, F.L.H. signed a "Durable Health Care Power of Attorney" and "Living Will (End of Life Care)" forms. Of the five options listed in the "My decisions about End of Life Care," initials "FH" are hand-written next to the last choice, which states "Direction to Prolong My Life: I want my life to be prolonged to be greatest extent possible." There is no indication how the content of the documents were communicated to F.L.H.

57.     Using the "Print this screen" button in the electronic medical record, I printed copies of the "Durable Health Care Power of Attorney" and "Living Will (End of Life Care)" forms. A true and correct copy of what I printed are attached hereto as **Exhibit 37**.

58.     According to the electronic medical record, on December 11, 2018, F.L.H. saw Registered Nurse Jennie Hunt. The "Nurse – Sick Call - Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the form is written, "Request Date: 12/11/2018 I am in need of hearing aids bad cause I cannot hear at all." In the "Objective Notes" section is written, "Pt cannot hear and is very deaf. Writes on paper to communicate. Pt writes his hearing is like being under water. He is have [sic] trouble on the yard and with the COs because he cannot hear. Needs to see an audiologist for hearing aids."

59.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Sick Call - Scheduled" from December 11, 2018 encounter. A true and correct copy of what I printed is attached hereto as **Exhibit 38**.

60.     According to the electronic medical record, on December 12, 2018, F.L.H. saw NP Maureen Gay. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:"

61.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Follow Up Care" from December 12, 2018 encounter. A true and correct copy of what I printed is attached hereto as **Exhibit 39**.

62.     According to the electronic medical record, on January 14, 2019, F.L.H. saw RN Jennie Hunt. RN Hunt recorded two "Nurse – Sick Call - Scheduled" entries, one at 14:32 and another at 14:40. Both encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" The records do not indicate which staff person provided interpretation services. In the "Subjective Notes" section of the 14:32 encounter notes, RN Hunt noted, "Request Date: 01/14/2019 Eye exam **PT IS DEAF & CANNOT HEAR**"

63.     Using the "Print this screen" button in the electronic medical record, I printed a copies of the "Nurse – Sick Call - Scheduled" from the January 14, 2019, encounters at 14:32 and 14:40. True and correct copies of what I printed are attached hereto as **Exhibit 40** and **41**, respectively.

64.     According to the electronic medical record, on January 24, 2019, F.L.H. saw NP Adolfo Ortiz. The "Provider – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how F.L.H. and NP Ortiz communicated.

65.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Sick Call – Scheduled" notes from the January 24, 2019, encounter. A true and correct copy of what I printed is attached hereto as **Exhibit 42**.

66.     According to the electronic medical record, on February 10, 2019, F.L.H. saw the optometrist. There is no indication how the optometrist and F.L.H. communicated.

67.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the optometrist report from the February 10, 2019, encounter. True and correct copies of what I printed are attached hereto as **Exhibit 43.**

68.     According to the electronic medical record, on February 21, 2019, F.L.H. submitted an HNR that states, "I need a refill on my inhalation plz [sic]. One inhailor [sic] is not sufficient for a 60 period [sic], the weather is making my asthma even worst [sic]. Thank you. (I need two inhailors [sic] for my condition.)" On February 24, 2019, LPN M. King wrote in the "Plan of Action" section, "They give out according to the med ordered orders/calculations."

69.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the HNR from February 21, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 44.**

70.     According to the electronic medical record, on November 22, 2019, F.L.H. saw NP Antoinette Gatlin. The "Provider – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the form, NP Gatlin noted, "Patient is deaf and will be writing his questions and answers." In the "Objective Notes" section, NP Gatlin wrote, "patient is deaf but can sign and speak with limitation." In the "Assessment Notes" section of the encounter notes, NP Gatlin wrote, "Deaf mutism," and in the "Patient Education Notes" section, NP Gatlin wrote, "treatment plan discussed with patient."

71.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Sick Call – Scheduled" encounter notes from November 22, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 45**.

72.     According to the electronic medical record, on January 14, 2020, F.L.H. saw NP Adolfo Ortiz. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes, NP Ortiz wrote, "25 YO HISPANIC MALE WITH PMH OF DEAFNESS, ASTHMA , DERMATITIS PRESENTS TODAY FOR

ABNORMAL LABS." In the "Assessment Notes" section of the encounter notes, NP Ortiz wrote, "DEAFNESS." It is unclear how NP Ortiz and F.L.H. communicated.

73.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Follow Up Care" encounter notes from January 14, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 46**.

74.     According to the electronic medical record, on April 23, 2020, F.L.H. saw NP Ortiz. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Ortiz and F.L.H. communicated.

75.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" encounter notes from April 23, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 47**.

███████████████████ (identified below as "C.P.")

76.     I attach hereto as **Exhibit 48** a true and correct copy of the Declaration of C.P., dated April 2, 2019.

77.     I attach hereto as **Exhibit 49** a true and correct copy of the Declaration of April Welch, dated April 2, 2019.

78.     On April 16, 2020, I reviewed the electronic medical record for C.P., who was formerly in the custody of the ADC.

79.     According to the electronic medical record, there is a Special Needs Order (SNO) dated February 1, 2011, stating that C.P. is "hearing impaired."

80.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the list of SNOs for C.P., as well as this SNO entry in particular. A true and correct copy of what I printed is attached hereto as **Exhibit 50**.

81.     No intake examinations for C.P. are included in the electronic medical record.

82.     According to the electronic medical record, on June 21, 2018, C.P. saw RN Donita Wirick. The "Nurse – Transfer – Receiving" encounter notes list "No" in response

to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes, RN Wirick wrote, "Transfer receiving from Kingman to Eyman Cook unit. IM denies taking any medication. No medication arrived. No drug prescription orders noted." In the "Patient Education" section of the encounter notes, RN Wirick wrote, "IM verbalized understanding of access to care." It is unclear how RN Wirick and C.P. communicated.

83.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the June 21, 2018, "Nurse – Transfer – Receiving" encounter notes for C.P. A true and correct copy of what I printed is attached hereto as **Exhibit 51**.

███████████████████ (identified below as "G.M.")

84.    I attach hereto as **Exhibit 52** a true and correct copy of the Declaration of G.M., dated May 6, 2019.

85.    I attach hereto as **Exhibit 53** a true and correct copy of the Declaration of Gail Masek, dated May 6, 2019.

86.    On April 20 and 21, 2020, I reviewed the electronic medical record for G.M., who was formerly in the custody of the ADC. G.M. wrote his declaration while he was in ADC custody. According to the ADC website, G.M. was released from ADC custody on June 10, 2019.

87.    According to the electronic medical record, on January 21, 2016, FNP Ethel Winfunke entered a Special Needs Order (SNO) for G.M., with the following comments: "Deaf, Mute."

88.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the list of SNOs for G.M., as well as this SNO entry in particular. A true and correct copy of what I printed are attached hereto as **Exhibit 54**.

89.    According to the electronic medical record, on January 20 and 21, 2016, G.M. had multiple encounters with medical, dental, and mental health staff after arriving to ASPC-Phoenix. First, on January 20, 2016, he saw Registered Nurse Lori White who entered four encounter notes. First, at 12:31RN White entered a "Nurse – Intake –

Screening" encounter. In the "Assessment Notes" section of the "Nurse – Intake – Screening" encounter notes, RN White wrote, "null ALERTS/NOTIFICATIONS CREATED FROM INTAKE AND RECEIVING SCREENING FORM NOTIFY IMMEDIATE SUPERVISOR OF THE FOLLOWING: Urgent/Emergent Medical Referral for Severe pain. OTHER ALERTS: Has Mobility Restrictions/Impairments. Consider special placement for Deaf." Second, RN White entered a "Family History Review" for G.M. Third, RN White completed an "Intake and Receiving Screening Form." In the "Mobility Restrictions / Impairments" section of this form, the box next to "Deaf" is checked. Fourth, RN White completed a "Symptoms Review" encounter. There is no indication in any of the four encounter notes how or if RN White communicated with G.M.

90.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 20, 2016, "Nurse – Intake – Screening," "Family History," "Intake and Receiving Screening," and "Symptoms Review" encounter notes for G.M. A true and correct copy of what I printed is attached hereto as **Exhibit 55**.

91.    According to the electronic medical record, on January 20, 2016, G.M. saw Psych Associate Marcus Collier for an "Initial Mental Health Assessment" encounter. IN the "Subjective Notes" section of the encounter, Mr. Collier noted, "denied questions or concerns about intake or consent form or MH assessment process no record of IM MH HX in AIMS No MH HX in EOMIS Scanned documents reviewed for transfer summary No HX of suicide attempts in EOMIS." In the "Objective" section of the encounter notes, Mr. Collier wrote, "IM deaf." In the "Patient Education Notes" section of the encounter notes, Mr. Collier wrote, "IM educated on HNR and intake process." There is no indication how Mr. Collier and G.M. communicated.

92.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 20, 2016, "Initial Mental Health Assessment" encounter notes for G.M. A true and correct copy of what I printed is attached hereto as **Exhibit 56**.

93.     According to the electronic medical record, on January 21, 2016, G.M. saw NP Ethel Winfunke who completed three separate encounter notes. First, "Provider – Physical – Intake" encounter notes include a "Subjective Notes" section in which NP Winfunke wrote, "IM here for physical exam. Deaf, communication by writing. Reports HCV since birth...both parents were IV drug users and contracted Hep C in-utero." In the "Assessment Notes" section of the encounter notes, NP Winfunke wrote, "Deaf, Non-speaking." In the "Plan Notes" section of the encounter notes, NP Winfunke wrote, "Communication by writing – effective." Second, NP Winfunke completed "Health Assessment – History" encounter notes. Third, NP Winfunke completed "Health Assessment – Physical" encounter notes, on which there is no discussion of G.M.'s hearing or speech. In the "Hearing Disability" section of the "Health Assessment – Physical" encounter notes, the boxes next to "both" are checked in response to the prompts "Deaf" and "Hearing Impaired." In the "Speech" section of the encounter notes, a box is checked next to "Unremarkable."

94.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 21, 2016, "Provider – Physical – Intake," "Health Assessment – History," and "Health Assessment – Physical" encounter notes for G.M. A true and correct copy of what I printed is attached hereto as **Exhibit 57**.

95.     According to the electronic medical record, on February 20, 2018, G.M. saw Licensed Practical Nurse Amanda Thrush. The "Nurse – Transfer - Receiving" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" In the "Objective" section of the encounter notes, LPN Thrush wrote, "Patient is deaf. Patient uses sign language to communicate and can minimally read lips […] difficulty communicating as patient is deaf and reads minimal lips." In the "Patient Education" section of the encounter notes, LPN Thrush wrote, "Open sick call, nurse line and HNR

process explained. Patient verbalizes understanding." The record does not indicate which staff person provided interpretation services.

96.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the February 20, 2018, "Nurse – Transfer - Receiving" encounter notes for G.M. A true and correct copy of what I printed is attached hereto as **Exhibit 58**.

97.    According to the electronic medical record, on February 22, 2018, G.M. saw NP Elena Baskas. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "OF NOTE, IM IS DEAF, AND ALL COMMUNICATION WAS HAND-WRITTEN."

98.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the February 22, 2018, "Provider – Chronic Care" encounter notes for G.M. A true and correct copy of what I printed is attached hereto as **Exhibit 59**.

99.    According to the electronic medical record, on May 17, 2018, Dr. James Baird recorded "Provider – Chronic Care" encounter notes. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" in the "Subjective" section of the encounter notes, Dr. Baird wrote, "He was scheduled for a CC evaluation for HCV, but refused the appt. He signed a refusal on camera." There is no indication how Dr. Baird and G.M. communicated. The refusal form signed by G.M. on May 17, 2018, states the reason for refusal is "Med's are only 'no charge.'"

100.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 17, 2018, "Provider – Chronic Care" encounter notes and "Refusal to Submit to Treatment" form for G.M. A true and correct copy of what I printed is attached hereto as **Exhibit 60**.

101.    According to the electronic medical record, on January 10, 2019, NP Gregory Larson recorded two separate entries for a "Provider – Chronic Care" encounter, one regarding asthma and another regarding Hepatitis C. Both "Provider – Chronic Care"

encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how NP Larson and G.M. communicated.

102.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 10, 2019, "Provider – Chronic Care" encounter notes for G.M. A true and correct copy of what I printed is attached hereto as **Exhibit 61**.

███████████████ (identified below as "J.H.")

103.    I attach hereto as **Exhibit 62** a true and correct copy of the Declaration of J.H., dated November 25, 2019.

104.    I attach hereto as **Exhibit 63** a true and correct copy of the Declaration of Candis Gingas, dated November 25, 2019.

105.    On April 22, 2020, I reviewed electronic medical record for J.H., who was formerly in the custody of the ADC.

106.    According to the electronic medical record, on May 22, 2017, J.H. saw medical staff for a number of intake encounters. Among other things, RN Higby made four entries documenting J.H.' intake screenings. At 09:29, RN Higby completed "Family History Review" encounter notes that list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Patient Education" section of these encounter notes, RN Higby wrote, "Educated IM on intake process; he stated understanding." At 09:33, RN Higby completed "Symptoms Review" encounter notes that list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Patient Education" section of these encounter notes, RN Higby wrote, "Educated IM on intake process; he stated understanding." At 09:37, RN Higby completed a "Nurse – Intake – Screening" encounter notes that list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Incidental Comments" section of the encounter notes, RN Higby wrote, "Deaf since birth. Cochlear implants in 1998; no longer used." Also at 09:37, RN Higby completed an "Intake and Receiving Screening" encounter notes for J.H. In the "Mobility Restrictions / Impairments" section of these encounter notes, the box next to "No" is checked and the box next to "Deaf" is not checked. In the

"Recommended Appointment Summary" section of the encounter notes, RN Higby noted, "Patient has indicated a history of special education placement." There is no indication in any of these encounter notes how RN Higby and J.H. communicated.

107.  Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 22, 2017, "Family History Review;" "Symptoms Review;" "Nurse – Intake – Screening;" and "Intake and Receiving Screening" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 64**.

108.  According to the electronic medical record, on May 22, 2017, NP Dennery completed three entries recording encounters with J.H. First, NP Dennery completed "Health Assessment – History" encounter notes. The encounter notes indicate that no interpreter was used. Second, NP Dennery completed "Health Assessment – Physical" encounter notes. The form lists that J.H. is deaf in both ears and that his speech is "unremarkable." Last, NP Dennery entered a diagnosis code of "Congenital deafness." There is no indication in any of these encounter notes how NP Dennery and J.H. communicated.

109.  Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 22, 2017, "Health Assessment – History" and "Health Assessment – Physical" encounter notes in addition to a copy of the diagnosis code entry and health problems list for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 65**.

110.  According to the electronic medical record, on May 22, 2017, at 09:21, Dental Assistant Martha Ortega completed "Dental – Intake" encounter notes for J.H. during which X-rays were ordered. The encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication in any of these encounter notes how Dental Assistant Ortega and J.H. communicated.

111.  Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 22, 2017, "Dental – Intake" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 66**.

112.     According to the electronic medical record, on May 22, 2017, at 10:13, J.H. saw Dentist Shannon Wenaas. The "Dental – Intake Exam" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" The notes do not indicate which staff person interpreted during the encounter.

113.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 22, 2017, "Dental – Intake Exam" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 67**.

114.     According to the electronic medical record, on May 22, 2017, J.H. saw Psych Associate Diane Ortega. The "Initial Mental Health Assessment" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Objective" section of the encounter notes, Ms. Ortega noted, "Patient is deaf. Patient reports anxiety due to deafness. Mental health needs to watch him as he is new to prison and at a disadvantage due to hearing loss. Patient also reports his grandfather committed suicide and he found him." There is no indication how Ms. Ortega and J.H. communicated.

115.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 22, 2017, "Initial Mental Health Assessment" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 68**.

116.     According to the electronic medical record, on May 26, 2017, Psych Associate Helene Lichtman completed two encounter notes for J.H. First, at 09:42, Ms. Lichtman completed "MH Treatment Plan" encounter notes that list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes, Ms. Lichtman wrote, "See individual counseling note, this date." Second, at 13:46, Ms. Lichtman completed "MH – Individual Counseling" notes that list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes, Ms. Lichtman wrote,

"IM was seen for 15 minutes in confidential setting to update tx plan; as he is hearing-impaired and no sign language interpreter was available, session was conducted mostly in writing…Would like access to TTY phone so he can contact his family." In the "Plan Notes" section of the encounter notes, Ms. Lichtman wrote, "Writer to consult with Security regarding resources for deaf inmates."

117.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 26, 2017, "MH Treatment Plan" and "MH – Individual Counseling" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 69**.

118.    According to the electronic medical record, on July 17, 2017, RN Jody Sweetapple recorded two Incident Command System (ICS) responses, one at 10:28 and another at 10:37. Both encounter notes state, "ICS FOR INMATE WHO WAS PUNCHED IN THE FACE." Both "Nurse – ICS Response" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how RN Sweetapple and J.H. communicated.

119.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the two July 17, 2017, "Nurse – ICS Response" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 70**.

120.    According to the electronic medical record, on July 17, 2017, J.H. saw Dentist Irma Paulley. The "Dental – Urgent Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how Dr. Paulley and J.H. communicated.

121.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the July 17, 2017, "Dental – Urgent Care" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 71**.

122.    According to the electronic medical record, on July 17, 2017, J.H. saw Psych Associate Helene Lichtman. The "MH – Sick Call - Unscheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In

1  the "Subjective" section of the encounter notes, Ms. Lichtman writes, "as IM is deaf and
2  no interpreter was available, interview was conducted with paper and pen."

3      123.   Using the "Print this screen" button in the electronic medical record, I
4  printed a copy of the July 17, 2017, "MH – Sick Call - Unscheduled" encounter notes and
5  handwritten English notes between medical staff and J.H. A true and correct copy of what
6  I printed is attached hereto as **Exhibit 72**.

7      124.   According to the electronic medical record, on February 13, 2018, J.H. saw
8  NP Julie Shute. The "Provider – Follow Up Care" encounter notes list "No" in response to
9  the prompt: "Are interpreter services needed for this inmate*:" In the "Patient Education"
10  section of the "Provider – Follow Up Care" encounter notes, NP Shute wrote, "Patient
11  was afforded the opportunity to ask questions, which were asked and answered. Patient
12  voiced an understanding and agreement to plan." It is unclear how NP Shute and J.H.
13  communicated.

14      125.   Using the "Print this screen" button in the electronic medical record, I
15  printed a copy of the February 13, 2018, "Provider – Follow Up Care" encounter notes. A
16  true and correct copy of what I printed is attached hereto as **Exhibit 73**.

17      126.   According to the electronic medical record, on March 6, 2018, J.H.
18  submitted a Health Needs Request (HNR) requesting the results of the lab tests. On
19  March 9, 2018, J.H. saw NP Shute. The "Provider – Sick Call - Scheduled" encounter
20  notes list "No" in response to the prompt: "Are interpreter services needed for this
21  inmate*:" In the "Subjective Notes" section of the encounter notes, NP Shute wrote, "IM
22  here to review labs with this writer. IM is deaf. This writer and IM communicated through
23  writing. IM says that he has never received the Hep A & B vaccine series." In the "Patient
24  Education" section of the "Provider – Follow Up Care" encounter notes, NP Shute wrote,
25  "Patient was afforded the opportunity to ask questions, which were asked and answered.
26  Patient voiced an understanding and agreement to plan." It is unclear how NP Shute and
27  J.H. communicated.

28

1    127.   Using the "Print this screen" button in the electronic medical record, I
2    printed copies of the March 6, 2018, HNR and of the March 9, 2018, "Provider – Sick
3    Call - Scheduled" encounter notes for J.H. A true and correct copies of what I printed is
4    attached hereto as **Exhibit 74**.

5    128.   According to the electronic medical record, on June 15, 2018, J.H. saw RN
6    Martha Sanders. The "Nurse – Sick Call - Unscheduled" encounter notes list "No" in
7    response to the prompt: "Are interpreter services needed for this inmate*:" In the
8    "Objective Notes" section of the encounter notes, RN Sanders wrote, "IM is deaf so we
9    communicated in writing." In the "Patient Education" section of the encounter notes, RN
10   Sanders wrote, "IM resistant to teaching."

11   129.   Using the "Print this screen" button in the electronic medical record, I
12   printed copies of the June 15, 2018, "Nurse – Sick Call - Unscheduled" encounter notes
13   for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 75**.

14   130.   According to the electronic medical record, on June 16, 2018, J.H.
15   submitted an HNR stating that his ear was "still painful." On June 19, 2018, J.H. saw NP
16   Steven Ellison. The "Provider – Follow Up Care" encounter notes list "No" in response to
17   the prompt: "Are interpreter services needed for this inmate*:" There is no indication how
18   NP Ellison and J.H. communicated.

19   131.   Using the "Print this screen" button in the electronic medical record, I
20   printed copies of the June 16, 2018, HNR and of the June 19, 2018, "Provider – Follow
21   Up Care" encounter notes for J.H. A true and correct copies of what I printed is attached
22   hereto as **Exhibit 76**.

23   132.   According to the electronic medical record, on July 3, 2018, J.H. saw Psych
24   Associate Martin Plocke. The "MH – Individual Counseling" encounter notes list "No" in
25   response to the prompt: "Are interpreter services needed for this inmate*:" In the
26   "Subjective Notes" section of the encounter notes, Mr. Plocke wrote, "Pt communicated
27   by reading questions and writing responses."

28

133.   Using the "Print this screen" button in the electronic medical record, I printed copies of the July 3, 2018, "MH – Individual Counseling" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 77**.

134.   According to the electronic medical record, on July 26, 2018, J.H. saw Psychologist Karina Fleming. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes, Dr. Fleming wrote, "Patient is unable to communicate verbally and therefore appointment was conducted in writing. Patient reported, 'I am kind of bored here. I get frustrated with people because they do not provide interpreter or what I need because of my disability.'"

135.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the July 26, 2018, "MH – Individual Counseling" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 78**.

136.   According to the electronic medical record, on December 2, 2018, J.H. submitted an HNR reporting dry, itchy skin and "Pretty please make sure you provide sign language interpreter [sic] for that appointment." On December 2, 2018, J.H. saw RN Angel Nieblas. The "Nurse – Sick Call - Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how RN Nieblas and J.H. communicated.

137.   Using the "Print this screen" button in the electronic medical record, I printed copies of the December 1, 2018, HNR and of the December 2, 2018, "Nurse – Sick Call - Scheduled" encounter notes for J.H. True and correct copies of what I printed is attached hereto as **Exhibit 79**.

138.   According to the electronic medical record, on December 5, 2018, J.H. submitted an HNR stating, "I did seen nurse couple days ago and got anti itch cream. It's run out and didn't help a lot with itch [sic]. It's bother me a lot [sic]. Please give me better one not cheap anti itch cream also make sure you provider ASL Interpreter for that appointment. [sic]" On December 7, 2018, J.H. saw RN Darryl Theyer. The "Nurse – Sick

Call - Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" RN Theyer referred J.H. to the provider. On December 20, 2018, J.H. saw NP Gregory Larson. The "Provider – Sick Call - Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how NP Larson and J.H. communicated.

139.   Using the "Print this screen" button in the electronic medical record, I printed copies of the December 5, 2018, HNR; the December 7, 2018, "Nurse – Sick Call – Scheduled;" and the December 20, 2018, "Provider – Sick Call – Scheduled" encounter notes for J.H. True and correct copies of what I printed is attached hereto as **Exhibit 80**.

140.   According to the electronic medical record, on December 23, 2018, J.H. submitted an HNR that included the statement, "Please make sure you provide ASL interpreter on appointment due to policy D.O. 704.15 (1.1)." On December 27, 2018, J.H. saw RN Keith Marroquin. The "Nurse – Sick Call - Unscheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Assessment Notes" section of the encounter notes, RN Marroquin wrote, "Able to follow complex commands and answers appropriately; Voice clear." There is no indication how J.H. and RN Marroquin communicated.

141.   Using the "Print this screen" button in the electronic medical record, I printed copies of the December 23, 2018, HNR and the December 27, 2018, "Nurse – Sick Call – Unscheduled" encounter notes for J.H. True and correct copies of what I printed is attached hereto as **Exhibit 81**.

142.   According to the electronic medical record, on January 24, 2019, J.H. saw Psych Associate Athena Hart. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "IM and writer communicated by writing back and forth."

143.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 24, 2019, "MH – Individual Counseling" encounter notes for J.H. A true and correct copy of what I printed is attached hereto as **Exhibit 82**.

███████████████ (identified below as "K.P.")

144.   I attach hereto as **Exhibit 83** a true and correct copy of the Declaration of K.P., dated April 22, 2019.

145.   I attach hereto as **Exhibit 84** a true and correct copy of the Declaration of Gail Masek, dated April 22, 2019.

146.   On April 29 and 30, and June 2, 2020, I reviewed the electronic medical record for K.P., who is in the custody of the ADC..

147.   According to the electronic medical record, on August 25, 2016, K.P. had multiple encounters with medical, dental, and mental health staff after arriving to ASPC-Phoenix. Among other things, on August 25, 2016, NP Ethel Winfunke entered three encounter notes for K.P.. First, NP Winfunke entered "Provider – Physical – Intake" encounter notes. In the "Subjective Notes" section of the encounter notes is written, "IM here for physical exam, communicated in writing due to IM's disability - deaf and Mute." In the "Plan Notes" section of the encounter notes is written, "Medical Score is 4 - due to Disability - Deaf and Mute." NP Winfunke completed a Special Needs Order (SNO) indicating that K.P. is "Deaf and Mute," and entered diagnostic code "Congenital deaf mutism." NP Winfunke completed "Health Assessment – History" encounter notes that list "No" in response to the prompt: "Interpreter Used." NP Winfunke completed "Health Assessment – Physical" encounter notes. In the "Hearing Disability" section of the form, "Both" is indicated in response to the prompt "Deaf:" In the "Speech" section of the form, the box next to "Unremarkable" is marked.

148.   Using the "Print this screen" button in the electronic medical record, I printed copies of the August 25, 2016, "Provider – Physical – Intake" encounter notes; "Health Assessment – History" encounter notes; "Health Assessment – Physical" encounter notes; "Deaf Mutism" diagnostic code entered by NP Winfunke; the Special

Needs Order indicating that K.P. is "Deaf and Mute;" all SNOs for K.P. True and correct copies of what I printed is attached hereto as **Exhibit 85**.

149.   According to the electronic medical record, on August 25, 2016, Psych Associate Lisa Lowder completed "MH – Intake" encounter notes. In the "Objective" section of the encounter notes is written, "im deaf / was able to read mh questions and answer them by writing."

150.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the August 25, 2016, "MH – Intake" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 86**.

151.   According to the electronic medical record, on August 19, 2018, K.P. submitted a Health Needs Request (HNR) reporting tooth pain and stating, "I am Deaf. Can't hear or talk only sign language." On August 20, 2018, K.P. saw RN Kenda Walker. The "Nurse – Sick Call - Scheduled" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" and list "Healthcare Staff Used for Interpreter Services" in response to the prompt "What type of interpreter services were used for the encounter*:" There is no indication which healthcare staff interpreted during the encounter.

152.   Using the "Print this screen" button in the electronic medical record, I printed copies of the August 19, 2018, HNR and the August 20, 2019, "Nurse – Sick Call - Scheduled" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 87**.

153.   According to the electronic medical record, on August 21, 2018, K.P. saw Dentist Hector Vega. The "Dental – Urgent Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective" section of the encounter notes is written "Deaf." The notes include a prescription of Penicillin for K.P. In the "Plan Notes" section of the encounter is written, "Explained to IM that he will be placed on Pen VK 500 mg & R/S for extraction." It is unclear how K.P. and Dr. Vega

communicated. According to the electronic medical record, K.P. received 30 tabs of Penicillin on August 21, 2018.

154. Using the "Print this screen" button in the electronic medical record, I printed a copy of the August 21, 2018, "Dental – Urgent Care" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 88**.

155. According to the electronic medical record, on August 28, 2018, K.P. saw Dr. Hector Vega. The "Dental – Routine Treatment" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective" section of the encounter notes is written "Deaf." There is no indication how K.P. and Dr. Vega communicated.

156. Using the "Print this screen" button in the electronic medical record, I printed a copy of the August 28, 2018, "Dental – Routine Treatment" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 89**.

157. According to the electronic medical record, on December 22, 2018, RN Darryl Thayer entered a "Nurse – Chart Note." In the "Incidental Comments" section of the encounter notes is written, "IM presented to medical and was called to exam room. IM stood up with hands in air shaking his head, walked to exam room, and sat down with arms crossed leaning in the chair. It appeared to the author that he had a major attitude regarding this visit. The author pulled out some paper and pen to communicate with and asked if the IM was deaf thinking he may be HOH. IM smiled with a Cheshire grin, circled deaf, and wrote that he was deaf, and asked don't you read the HNR, the computer system shows. medical responded yes!! but I don't know who you are? This was the written tone throughout the whole written conversation. IM kept trying to redirect the conversation away from getting medical treatment to getting an interpreter avail, and filing a complaint. At that point, I reached out to Security, and spoke with LT. Burger about interpreter services attached to DOC. LT came over and tried to communicate with the individual and Medical stepped outof the exam room and let them have their conversation. per the written conversation between LT and the IM, the IM appeared to

have an agenda other than seeing to his medical c/o. IM agenda focused on having an interpreter avail, filing a complaint with ADA lawyer, and it appeared that the IM wanted to prompt litigation from this process. He was asked by Lt. Burger several times if he wanted medical attention trying again to focus on the written word, and IM finally walked out in anger and didn't sign a refusal for treatment. Only when a refusal was being processed did medical finally learn this IM name and number as the IM never did indicate who he was, again focusing on interpreter services. The refusal is on file signed by the author as well as LT. Burger."

158.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the December 22, 2018, "Nurse – Chart Note" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 90**.

159.   According to the electronic medical record, on December 24, 2018, K.P. submitted an HNR stating, "I am deaf. I am not feeling good. Upsetting stomach and headache. and bump on my mouth and dry skin on my both feets.[sic] Please make sure you provide (American Sign Language interpreter) on appointment due to policy D.O. 704.15 (1.1)" On December 25, 2018, K.P. saw RN Deana Gil. The "Nurse – Sick Call - Scheduled" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" and list "Inmate Refused Interpreter Services" in response to the prompt "What type of interpreter services were used for the encounter*:" It is unclear how K.P. and RN Gil communicated.

160.   Using the "Print this screen" button in the electronic medical record, I printed copies of the December 24, 2018, HNR and the December 25, 2018, "Nurse – Sick Call - Scheduled" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 91**.

161.   According to the electronic medical record, on December 29, 2018, K.P. submitted an HNR stating, "My left arm pain from surgery. I am deaf. Thanks." On December 30, 2019, RN Angel Nieblas entered "Nurse – Sick Call – Scheduled" encounter notes into the electronic medical record. The encounter notes list "No" in

response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "INMATE REFUSED TO BE SEEN. REFUSAL FORM SIGNED." It is unclear how RN Nieblas and K.P. communicated.

162.    Using the "Print this screen" button in the electronic medical record, I printed copies of the December 29, 2018, HNR and the December 30, 2018, "Nurse – Sick Call - Scheduled" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 92**.

163.    According to the electronic medical record, on January 29, 2019, K.P. submitted an HNR stating, "I am Deaf. I have no way to communicate hearing people I need a T.V. I'm lonely and I can't hear the music radio. TV help me to watch. Thank you for your time." On January 31, 2019, K.P. saw RN Derryl Thayer. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Assessment Notes" section of the encounter notes is written, "ineffective coping r/t IM being deaf and lonely." In the "Patient Education Notes" section of the encounter notes is written, "IM verbally stated an understanding of current plan of care including calling an ICS or submitting an HNR for worsening s/s." It is unclear how RN Thayer and K.P. communicated.

164.    Using the "Print this screen" button in the electronic medical record, I printed copies of the January 29, 2019, HNR and the January 31, 2019, "Nurse – Sick Call - Scheduled" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 93**.

165.    According to the electronic medical record, on February 8, 2020, K.P. saw RN Lisa Graybill. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "IM is deaf, uses sign language, communicated with IM through writing on pieces of paper back and fourth." [sic]

166.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the February 8, 2020, "Nurse – Sick Call - Scheduled" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 94**.

167.   According to the electronic medical record, on February 27, 2020, K.P. saw Nursing Director Jennifer Kidd. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "IM IS DEAF. UNABLE TO PULL UP ASL INTERPRETER, IM REQUESTED TO JUST WRITE ON PAPER TO COMMUNICATE AND WE WERE ABLE TO DO SO WELL."

168.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the February 27, 2020, "Nurse – Sick Call - Scheduled" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 95**.

169.   According to the electronic medical record, on March 5, 2020, K. P. saw LPN Patricia Patten. The "Nurse – Treatment Call" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "ASL Interpreter 356204 Lynette." In the "Patient Education Notes" section of the encounter notes is written, "Pt verbalized understanding of plan, no comments or concerns at this time when afforded to ask with ASL interpreter present."

170.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 5, 2020, "Nurse – Treatment Call - Scheduled" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 96**.

171.   According to the electronic medical record, on March 5, 2020, K.P. also saw Psych Associate Gwendolyn Peacock. The "MH – Non-Clinical Contact Note" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Inmate communicated with COII Jones and he denied wanting to talk with mental health. He was

informed that his brother hanged himself on graveyard shift Wednesday morning." There is no indication how Ms. Peacock and K.P. communicated.

172.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 5, 2020, "MH – Non-Clinical Contact Note" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 97**.

173.   According to the electronic medical record, on March 7, 2020, K.P. saw LPN Virginia Patten. The "Nurse – Treatment Call" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Language Line" in response to the prompt: "What type of interpreter services were used for the encounter*:" In the "Subjective Notes" section of the encounter notes is written, "ASL interpreter Tina 248645."

174.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 7, 2020, "Nurse – Treatment Call" encounter notes for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 98**.

175.   According to the electronic medical record, on March 11, 2020, K.P. saw Psych Associate Justin Scully. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Pt. was seen in a private setting for a security watch contact and risk assessment at approximately 9:17am. Pt. was placed on a security watch yesterday due to passing out while at work off grounds yesterday. Also, Pt's father had called expressing concern stating Pt. may be feeling suicidal due to Pt's brother committing suicide 2 weeks ago. Pt. is deaf but can communicate by reading questions and writing answers. Pt. wrote he is not feeling suicidal. Pt. wrote he just passed out at work. Pt. wrote he didn't understand why he was placed on security watch. Pt. was given the answer as to why. Pt. wrote he understood. Pt. wrote 'I really want to go back to Catalina.' Pt. was asked why his father would think he is feeling suicidal. Pt. wrote 'he just concern because he know I am so close to my brother. I told him I accepted it hard and pray to God. My brother passed away.' Pt. write

1    regarding his father's concerns 'yes, but not me, he thinks I might be follow my brother

2    but, no. I love my family and my soon wife.' Pt. also wrote he wants to live for 'myself.'

3    Pt. denies any feelings of SI and HI. Pt. denies any feelings of anxiety or depression. Pt.

4    wrote he is eating and sleeping well. Pt. wrote regarding the process of grieving 'like I

5    said have to accept it hard and dealing with it. I talked family on the phone and dealing

6    with it.' Pt. was told to submit an HNR if he needs to speak with MH. Pt. wrote 'ok, I'm

7    understand want to make sure I'm ok. I would talk to you.' Pt. wrote that being on security

8    watch is very boring and wants to talk to his family. Pt. will be taken off of security watch

9    at this time. Lastly, notes written during the security watch contact are attached."

10        176.   Using the "Print this screen" button in the electronic medical record, I

11   printed a copy of the March 11, 2020, "MH – Individual Counseling" encounter notes for

12   K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 99**.

13        177.   According to the electronic medical record, on April 17, 2020, K.P. saw

14   Physician Assistant Nick Salyer. The "Provider – Sick Call – Scheduled" encounter notes

15   list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:"

16   The encounter notes list "Language Line" in response to the prompt: "What type of

17   interpreter services were used for the encounter*:" In the "Subjective Notes" section of

18   the encounter notes is written, "Born Deaf AUs, Used Sign Language Interpreter to

19   Communicate Today."

20        178.   Using the "Print this screen" button in the electronic medical record, I

21   printed a copy of the April 17, 2020, "Provider – Sick Call – Scheduled" encounter notes

22   for K.P. A true and correct copy of what I printed is attached hereto as **Exhibit 100**.

23   ███████████████ (identified below as "F.L.")

24        179.   I attach hereto as **Exhibit 101** a true and correct copy of the Declaration of

25   F.L., dated November 18, 2019.

26        180.   I attach hereto as **Exhibit 102** a true and correct copy of the Declaration of

27   Gail Masek, dated November 18, 2019.

28

181.   On April 30 and June 2, 2020, I reviewed the electronic medical record for Floyd Lester, who is in the custody of the ADC.

182.   According to the electronic medical record, on October 2 and 3, 2018, F.L. had multiple encounters with medical, dental, and mental health staff after his arrival to ASPC-Phoenix. On October 2, 2018, RN Thuy NganTieu completed four encounter notes entries. First, RN Thuy NganTieu completed "Nurse – Intake – Screening" encounter notes that list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Assessment Notes" section of the encounter notes is written, "Has Mobility Restrictions/Impairments. Consider special placement for Deaf, Other:Both ears." RN Thuy NganTieu entered a diagnostic code of "Deaf mutism (finding)." RN Thuy NganTieu also entered "Family History Review" and "Symptoms Review" encounter notes, both of which list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" Finally, RN Thuy NganTieu entered "Intake and Receiving Screening" encounter notes. In the "Mobility Restrictions / Physical Disability / Impairments" section of the encounter notes, the box next to "Deaf" is checked. In the "Additional Comments" section of the encounter notes is written, "IM is deaf both ears d/t meningitis since childhood." There is no indication in any of these encounter notes how RN Thuy NganTieu and F.L. communicated.

183.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the October 2, 2018, "Nurse – Intake – Screening" encounter notes; the October 2, 2018, diagnostic code entry of "Deaf mutism (finding);" the October 2, 2018, "Family History Review" encounter notes; the October 2, 2018, "Symptoms Review" encounter notes; and the October 2, 2018, "Intake and Receiving Screening" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 103**.

184.   According to the electronic medical record, on October 2, 2018, F.L. saw Dental Assistant Martha Ortega. The "Dental – Intake" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how Ms. Ortega and F.L. communicated.

185.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the October 2, 2018, "Dental – Intake" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 104**.

186.   According to the electronic medical record, on October 2, 2018, F.L. saw Psych Associate Jessica Raak. The "MH - Intake" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Objective Notes" section of the encounter notes is written, "IM is deaf, able to communicate with ASL interpreter (MH staff member) and by writing. Smiled, polite, friendly demeanor. No signs of depression, anxiety, AVH."

187.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the October 2, 2018, "MH - Intake" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 105**.

188.   According to the electronic medical record, on October 3, 2018, Dr. Itoro Elijah entered three encounter notes entries. First, Dr. Elijah's "Provider – Physical – Intake" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Deaf to bilateral ears- Reportedly lost hearing at young age due to meningitis. states that he had hearing aides until he was at Pima jail, but they broke and they refused to replace them. With hearing aides, he states that he can hear some words or noises, but it is situational. Can read lips slightly and can shout out for help if needed, otherwise does not speak with sound. states that he normally communicates via sign language interpreter or writes things down." In the "Objective Notes" section of the encounter notes is written, "Deaf to bilateral ears- unable to hear snap or shouting sounds to either ear." In the "Plan Notes" section of the encounter notes is written, "Appointment made to f/u in clinic w/I 30 days on next yard for f/u- deaf to both ears. needs hearing aides ordered." Dr. Elijah entered into the electronic medical record diagnostic code "Acquired deaf mutism." Dr. Elijah also entered "Health Assessment – History" encounter notes that list "No" in response to the prompt: "Interpreter Used:" In the "Additional Comments" section of the

encounter notes is written, "Reportedly lost hearing at young age due to meningitis. states that he had hearing aides until he was at Pima jail, but they broke and they refused to replace them. With hearing aides, he states that he can hear some words or noises, but it is situational. Can read lips slightly and can shout out for help if needed, otherwise does not speak with sound. states that he normally communicates via sign language interpreter or writes things down." Finally, Dr. Elijah completed "Health Assessment – Physical" encounter notes. The "Hearing Disability" section of these encounter notes list "Both" in response to the prompts: "Deaf:" and "Hearing Impaired:" In the "Hearing" section of the encounter notes the box next to "Hearing Diminished" is checked. Next to the prompt "Deacribe:" is written "deaf to b/l ears." In all of the encounter notes, it is unclear how Dr. Elijah and F.L. communicated.

189. Using the "Print this screen" button in the electronic medical record, I printed a copy of the October 3, 2018, "Provider – Physical – Intake" encounter notes; the October 3, 2018, diagnostic code entry of "Acquired deaf mutism;" the October 3, 2018, "Health Assessment – History" encounter notes; and the October 3, 2018, "Health Assessment – Physical" for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 106**.

190. According to the electronic medical record, on December 12, 2018, F.L. submitted an HNR stating, "I have been waiting to get new hearing aid because I can't hear when riot by yard or dorm. It is too dangerous if I get happen that I can't hear when riot so I need protect myself when I use hearing aid."

191. Using the "Print this screen" button in the electronic medical record, I printed a copy of the December 12, 2018, HNR for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 107**.

192. According to the electronic medical record, on December 12, 2018, F.L. saw NP Andreas Thude. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, among other things, "when

patient walked into the room, we made eye contact and I asked if he could here me. the patient pointed to his ear and gestured a desire to write. the remainder of our conversation was conducted by writing notes."

193.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the December 12, 2018, "Provider – Follow Up Care" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 108**.

194.    According to the electronic medical record, on January 17, 2019, NP Thude completed a SNO for F.L. The SNO lists "Needs Porter / Aid Assistance" in response to the prompt "Type*:" In the "Specify Comments" section of the SNO is written, "for assistance with communication due to hearing impairment."

195.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the list of the January 17, 2019, SNO for an aide for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 109**.

196.    According to the electronic medical record, on February 11, 2019, F.L. saw RN Julia Roer. The "Nurse – Sick Call – Unscheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "IM seen as emergency walk in. IM is deaf and cannot speak, communication between TW and patient is in writing."

197.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the list of the February 11, 2019, "Nurse – Sick Call – Unscheduled" encounter notes. A true and correct copy of what I printed is attached hereto as **Exhibit 110**.

198.    According to the electronic medical record, on February 14, 2019, F.L. saw NP Susan Thompson. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "IM is deaf and communicates via notes."

199.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the February 14, 2019, "Provider – Follow Up Care" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 111**.

200.    According to the electronic medical record, on March 8, 2019, F.L. saw NP Thompson. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "IM deaf and communicates through written notes."

201.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 8, 2019, "Provider – Follow Up Care" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 112**.

202.    According to the electronic medical record, on November 22, 2019, F.L. submitted an HNR requesting a qualified sign language interpreter for his dental appointment. On November 23, 2019, F.L. saw RN Leslie Nunez. The "Nurse – Sick Call - Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Objective Notes" section of the encounter notes is written, "IM DEAF REQUIRES SIGN LANGUAGE INTREPRETER; NO TTY MACHINE AVAILABLE AT THIS TIME. ABLE TO COMMUNICATE VIA WRITTEN NOTES AND PER IM DEPUTY WARREN ASSIGNED IM FLORES TO INTREPRET FOR THIS PATIENT. IM AMBULATED TO CLINIC WITH ASSIGNED LANGUAGE INTREPRETOR IN CASE HE HADS DIFFICULTIES RELATING MESSAGE." In the "Plan Notes" section of the encounter notes is written, "REFERRED TO DENTAL-IM IS DEAF REQUIRES LANGUAGE INTREPRETER."

203.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the November 22, 2019, HNR and the November 23, 2019, "Nurse – Sick Call - Scheduled" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 113**.

204.     According to the electronic medical record, on March 12, 2020, F.L. submitted an HNR stating, "I need to get flu shot and test for Coronavirus that I make sure I not get positive. I need some my finer and toes nails, pulled of on my left and right. I am request a reasonable accommodation under the American with Disabilities Act (ADA) I need provide qualified sign language interpreter for effective communication for important. [sic]" On March 20, 2020, F.L. saw NP Kasandra Rodriguez. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Patient is deaf/mute but can lip read and communicates well with notes."

205.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 12, 2020, HNR and the March 20, 2020, "Provider – Follow Up Care" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 114**.

206.     According to the electronic medical record, on May 26, 2020, F.L. saw Dr. Armando DeGuzman. The "Provider – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "SEEN IM WHO IS DEAF DISABLED AND REQUESTING A NEW ALRM W/ VIBRATION SINCE HIS OLD ONE IS BROKEN." In the "Objective Notes" section of the encounter notes is written, "IM DEAF UNABLE TO READ LIP READING." There is no indication how Dr. DeGuzman and F.L. communicated.

207.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 26, 2020, "Provider – Sick Call – Scheduled" encounter notes for F.L. A true and correct copy of what I printed is attached hereto as **Exhibit 115**.

███████████████████ (identified below as "S.C.")

208.     On May 5, 2020, I reviewed the electronic medical record for S.C., who was in the custody of the ADC.

209.   According to the electronic medical record, on March 3, 2016, S.C. submitted an HNR stating, "I am deaf, I would like to have ███████████ to be my finger spelling aide." In the "Comments" section of the form, RN M. Marino wrote, "Request forwarded to Officers Vega & Stowe." On March 4, 2016, S.C. submitted an HNR stating, "██████████████ have been my skillful certified hands sign language translator interpreter before at Morey Unit K. We both go to medical and explain to them Monday March 7, 2016. In the "Comments" section of the form, RN S. French wrote, "Not sure what you are asking." On April 15, 2016, S.C. submitted an HNR stating, "Per D.O 108.6 ████████████ is certified ASL Translator who meets D.O.108.06 and A.R.S. 12-242 because ██████████ is able to communicate in hands sign language and finger spelling with Deaf inmate ██████████ communicate ASL American Sign Language. Please contact COII Thome – sign language interpreter to have WIPP office to hire ██████████ ASL certified interpreter ██████████ to be Deaf inmate S. ██████ certified ASL translator for assistant, COII, medical, etc." In the "Plan of Action" section of the HNR form is written, "You talk to CO3 Stowe WHIPP about the job."

210.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 3, 2016, March 4, 2016, and April 15, 2016, HNRs for S.C. A true and correct copy of what I printed is attached hereto as **Exhibit 116**.

211.   According to the electronic medical record, on July 29, 2016, S.C. saw Psych Associate Vivian Suggs. In the "Subjective Notes" section of the "MH – Individual Counseling" encounter notes is written, "IM was seen for a 72hr intake in the unit. IM denied suicidal and homicidal ideations through writing as IM is deaf." In the "Assessment Notes" section of the encounter notes is written, "IM appeared to be functional at Psychological base-line. IM's written communication with writer appears clear and coherent."

212.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the July 29, 2016, "MH – Individual Counseling" encounter notes for S.C. A true and correct copy of what I printed is attached hereto as **Exhibit 117**.

213.   According to the electronic medical record, on August 1, 2018, S.C. saw RN Horace Coleman. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication in the encounter notes how S.C. and RN Coleman communicated.

214.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the August 1, 2018, "Nurse – Sick Call – Scheduled" encounter notes for S.C. A true and correct copy of what I printed is attached hereto as **Exhibit 118**.

215.   According to the electronic medical record, on May 21, 2019, S.C. saw Nurse Practitioner Kendra Avant-Ortiz. The "Provider – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Objective Notes" section of the encounter notes is written, "Inmate is unable to hear in either ear, failed forced whisper test at less than 1 foot." On May 21, 2019, NP Avant-Ortiz entered a diagnostic code into S.C.'s medical record. The "Health Problem/Condition" form lists "Mixed conductive and sensorineural hearing loss, bilateral [H90.6]" in response to the prompt "Diagnosis Code:" There is no indication how NP Avant-Ortiz and S.C. communicated.

216.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 21, 2019, "Provider – Sick Call – Scheduled" encounter notes and May 21, 2019, "Health Problem/Condition" entry for S.C. A true and correct copy of what I printed is attached hereto as **Exhibit 119**.

217.   According to the electronic medical record, on August 20, 2019, S.C. saw audiologist David Gardner. On the "Audiometry" encounter notes is written, "Bilateral Profound Congenital Hearing Loss."

1     218.   Using the "Print this screen" button in the electronic medical record, I
2 printed a copy of the August 20, 2019, audiology encounter notes for S.C. A true and
3 correct copy of what I printed is attached hereto as **Exhibit 120**.

4     219.   According to the electronic medical record, on February 10, 2020, S.C. saw
5 NP Avant-Ortiz. The "Provider – Follow Up Care" encounter notes list "No" in response
6 to the prompt: "Are interpreter services needed for this inmate*:" There is no indication
7 how NP Avant-Ortiz and S.C. communicated.

8     220.   Using the "Print this screen" button in the electronic medical record, I
9 printed a copy of the February 10, 2020, "Provider – Follow Up Care" encounter notes for
10 S.C. A true and correct copy of what I printed is attached hereto as **Exhibit 121**.

11     221.   According to the electronic medical record, on April 2, 2020, Licensed
12 Practical Nurse Sekayi Williams entered an Incident Command System (ICS) Response
13 for S.C. The "Nurse – ICS Response" encounter notes list "No" in response to the prompt:
14 "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of
15 the encounter notes is written, "Inmate deaf unable to communicate with nurse; alert to
16 tactile stimuli; inmate able to move extremitites" In the "Objective Notes" section of the
17 encounter notes is written, "Inmate observed in supine position in cell; evidence of
18 emesis; labored breathing. Inmate responsive to tactile stimuli. Inmate unable to
19 communicate with nurse." In the "Patient Education Notes" section of the encounter notes
20 is written, "Unable to communicate." In the "Prior Addendums" section of the encounter
21 notes is written, "During this time this nurse tried to communicate with inmate; inmate
22 non coherent due to altered mental status. Placed call to Dr. Stewart made aware of inmate
23 status; orders to send out 911."

24     222.   Using the "Print this screen" button in the electronic medical record, I
25 printed a copy of the April 2, 2020, "Nurse – ICS Response" encounter notes for S.C. A
26 true and correct copy of what I printed is attached hereto as **Exhibit 122**.

27     223.   According to the electronic medical record, on April 3, 2020, RN Leslie
28 Schram admitted S.C. to the infirmary. The "Nurse – Infirmary Admission" encounter

1  notes list "No" in response to the prompt: "Are interpreter services needed for this

2  inmate*:" In the "Subjective Notes" section of the encounter notes is written, "non

3  verbal."

4      224.   Using the "Print this screen" button in the electronic medical record, I

5  printed a copy of the April 3, 2020, "Nurse – Infirmary Admission" encounter notes for

6  S.C. A true and correct copy of what I printed is attached hereto as **Exhibit 123**.

7      225.   According to the electronic medical record, on April 4, 2020, S.C. saw RN

8  Natalya Wong. The "Nurse – Infirmary Rounds" encounter notes list "No" in response to

9  the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes"

10  section of the encounter notes is written, "nursing assessment." In the "Objective Notes"

11  section of the encounter notes is written, "Unresponsive to verbal stimuli responds to

12  painful stimuli. Non verbal. Flaccid UE and LE bilaterally. bilateral foot drop. Condom

13  cath."

14      226.   Using the "Print this screen" button in the electronic medical record, I

15  printed a copy of the April 4, 2020, "Nurse – Infirmary Rounds" encounter notes for S.C.

16  A true and correct copy of what I printed is attached hereto as **Exhibit 124**.

17  ████████████████████ (identified below as "F.A.H.")

18      227.   I attach hereto as **Exhibit 125** a true and correct copy of the Declaration of

19  F.A.H., dated November 26, 2019.

20      228.   I attach hereto as **Exhibit 126** a true and correct copy of the Declaration of

21  Alejandra S. Torres, dated November 26, 2019.

22      229.   On May 5 and 6, and June 2, 2020, I reviewed the electronic medical record

23  for F.A.H., who is in the custody of the ADC.

24      230.   According to the electronic medical record, on May 8, 2019, F.A.H. saw Dr.

25  Christopher Johnson. The "Provider – Chronic Care" encounter notes list "No" in

26  response to the prompt: "Are interpreter services needed for this inmate*:" In the

27  "Subjective Notes" section of the encounter notes is written, "Pt refused his scheduled

28  chronic care appointment for HCV and LTBI. He was educated as to the dangers of this

1   decision including inability to evaluate or monitor his condition, worsening of his disease,

2   and the possibility of death. After being educated he signed the refusal. Please reschedule

3   per protocol." A May 8, 2019, "Refusal to Submit to Treatment" form lists "CC HCV,

4   LTBI" in response to the prompt "RELATED TO DIAGNOSIS OR PROCEDURE."

5   There is no indication how F.A.H. and Dr. Johnson communicated.

6       231.   Using the "Print this screen" button in the electronic medical record, I

7   printed a copy of the May 8, 2019, "Provider – Chronic Care" encounter notes and the

8   May 8, 2019, "Refusal to Submit to Treatment" form for F.A.H. A true and correct copy

9   of what I printed is attached hereto as **Exhibit 127**.

10      232.   According to the electronic medical record, on May 15, 2019, F.A.H. saw

11  Psych Associate Wesley Luffman. The "MH – Individual Counseling" encounter notes list

12  "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the

13  "Patient Education Notes" section of the encounter notes is written, "Patient was educated

14  on coping skills related to his treatment plan. Patient was counseled to take medications as

15  prescribed." There is no indication how F.A.H. and Mr. Luffman communicated.

16      233.   Using the "Print this screen" button in the electronic medical record, I

17  printed a copy of the May 15, 2019, "MH – Individual Counseling" encounter notes for

18  F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 128**.

19      234.   According to the electronic medical record, on June 6, 2019, F.A.H. saw

20  Psych Associate Steven Stein. The "MH – Individual Counseling" encounter notes list

21  "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is

22  unclear how F.A.H. and Mr. Stein communicated.

23      235.   Using the "Print this screen" button in the electronic medical record, I

24  printed a copy of the June 6, 2019, "MH – Individual Counseling" encounter notes for

25  F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 129**.

26      236.   According to the electronic medical record, on July 19, 2019, F.A.H. saw

27  RN Tanna Gualco. The "Nurse – Sick Call - Scheduled" encounter notes list "Yes" in

28  response to the prompt: "Are interpreter services needed for this inmate*:" The encounter

notes list "Language Line" in response to the prompt: "What type of interpreter services were used for the encounter*:"

237.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the July 19, 2019, "Nurse – Sick Call - Scheduled" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 130**.

238.   According to the electronic medical record, on July 19, 2019, F.A.H. again saw RN Tanna Gualco. The "Nurse – Return From Offsite" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Patient Education Notes" section of the encounter notes is written, "verbalizes understanding of plan of care."

239.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the July 19, 2019, "Nurse – Return From Offsite" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 131**.

240.   According to the electronic medical record, on July 23, 2019, F.A.H. saw Dr. Christopher Johnson. The "Provider – Follow Up Care" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Language Line" in response to the prompt: "What type of interpreter services were used for the encounter*:"

241.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the July 23, 2019, "Provider – Follow Up Care" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 132**.

242.   According to the electronic medical record, on July 29, 2019, Psychiatrist Kamal Rastogi recorded two encounter notes for F.A.H. First, Dr. Rastogi entered "MH – Psychiatrist – Scheduled" encounter notes that list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "I saw this patient for his scheduled Psychiatry visit in a confidential setting today and reviewed his medical records in Eomis for this appointment." In the "Patient Education Notes" section of the encounter notes is written,

"I educated the patient on the common side-effects and benefits of his medications, importance of medication compliance as prescribed and HNR process." Second, Dr. Rastogi completed "MH – AIMS Review" entry into the medical record. The entry lists "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear from both encounter notes how F.A.H. and Dr. Rastogi communicated.

243. Using the "Print this screen" button in the electronic medical record, I printed a copy of the July 29, 2019, "MH – Psychiatrist – Scheduled" and "MH – AIMS Review" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 133**.

244. According to the electronic medical record, on September 4, 2019, F.A.H. saw Psychologist Eboni Morris. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Pt began the encounter by telling this writer that his English 'Wasn't that good.' As the Pt started talking TW informed the pt that she was able to understand him well. Pt was asked the status of his mental health, he stated, 'I'm ok. The old med's were not good, but the new pills are better.'" In the "Patient Education Notes" section of the encounter notes is written, "HNR Process/Coping skills/Family dynamics/De-escalation techniques."

245. Using the "Print this screen" button in the electronic medical record, I printed a copy of the September 4, 2019, "MH – Individual Counseling" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 134**.

246. According to the electronic medical record, on March 25, 2020, F.A.H. saw Dr. Christopher Johnson. The "Provider – Chronic Care" notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" There is no indication who interpreted during the encounter.

247.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 25, 2020, "Provider – Chronic Care" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 135**.

248.   According to the electronic medical record, on April 23, 2020, F.A.H. saw NP Ursula Neal. The "MH – Mid-Level – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "IM does speak English, speaks only Spanish. Language line Solutions utilized. The linguist name was Gabriella #352329."

249.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the April 23, 2020, "MH – Mid-Level – Scheduled" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 136**.

250.   According to the electronic medical record, on May 8, 15, 21, and 29, 2020, F.A.H. saw Behavioral Health Tech Ross Green. The "MH – Health and Welfare Rounds" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication in any of these encounter notes how Mr. Green and F.A.H. communicated.

251.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the on May 8, 15, 21, and 29, 2020, "MH – Health and Welfare Rounds" encounter notes for F.A.H. A true and correct copy of what I printed is attached hereto as **Exhibit 137**.

██████████████ (identified below as "C.L.")

252.   I attach hereto as **Exhibit 138** a true and correct copy of the Declaration of C.L., dated November 26, 2019.

253.   I attach hereto as **Exhibit 139** a true and correct copy of the Declaration of Alejandra S. Torres, dated November 26, 2019.

254.   On May 6 and June 2, 2020, I reviewed the electronic medical record for C.L., who is in the custody of the ADC.

255.   According to the electronic medical record, on June 10, 2019, C.L. saw RN Tanna Gualco. The "Nurse – Return From Offsite" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Patient Education Notes" section of the encounter notes is written, "verbalizes understanding of plan of care." There is no indication how RN Gualco and C.L. communicated.

256.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the June 10, 2019, "Nurse – Return From Offsite" encounter notes for C.L. A true and correct copy of what I printed is attached hereto as **Exhibit 140**.

257.   According to the electronic medical record, on June 14, 2019, C.L. saw NP Maureen Gay. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how C.L. and NP Gay communicated.

258.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the June 14, 2019, "Provider – Follow Up Care" encounter notes for C.L. A true and correct copy of what I printed is attached hereto as **Exhibit 141**.

259.   According to the electronic medical record, on September 14, 2019, C.L. saw NP Natalya Weigel. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how C.L. and NP Weigel communicated.

260.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the September 14, 2019, "Provider – Chronic Care" encounter notes for C.L. A true and correct copy of what I printed is attached hereto as **Exhibit 142**.

261.   According to the electronic medical record, on May 27, 2020, Physician Assistant Bellene Racowsky documented an encounter with C.L. that occurred the previous day, on May 26, 2020. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how PA Racowsky and C.L. communicated.

262.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 27, 2020, "Provider – Chronic Care" encounter notes for C.L. A true and correct copy of what I printed is attached hereto as **Exhibit 143**.

██████████████████ (identified below as "D.M.")

263.   I attach hereto as **Exhibit 144** a true and correct copy of the Declaration of D.M., dated December 6, 2019.

264.   I attach hereto as **Exhibit 145** a true and correct copy of the Declaration of Alejandra S. Torres, dated December 6, 2019.

265.   On May 6 and June 2, 2020, I reviewed the electronic medical record for D.M., who is in the custody of the ADC.

266.   According to the electronic medical record, on August 5, 2019, D.M. saw Psychiatrist Adiza Sulley. The "MH – Psychiatrist – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how D.M. and Dr. Sulley communicated.

267.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the August 5, 2019, "MH – Psychiatrist – Scheduled" encounter notes for D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 146**.

268.   According to the electronic medical record, on August 19, 2019, D.M. saw RN Donna Cripe. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how RN Cripe and D.M. communicated.

269.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the August 19, 2019, "Nurse – Sick Call – Scheduled" encounter notes for D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 147**.

270.   According to the electronic medical record, on September 6, 2019, D.M. saw Psychologist Sherry Holly-Reps. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "I/M seen 1:1 in H.U.

1  Mental Health office for SMI follow-up visit. He is prescribed Loxepine and Lithium and
2  states that he is compliant with these meds. Believes that meds were prescribed because
3  his mood 'goes happy, sad, angry, depressed...too much angry'. Recent mood has been
4  more stable, 'not shaky'. Denies hallucinations and paranoia, denies SI/HI. I/M is
5  cooperative and pleasant in interaction. Says he plans to submit a HNR to Psychiatry to
6  check his meds. Has a job in the kitchen and his family visits every 4-5 weeks."

7      271.  Using the "Print this screen" button in the electronic medical record, I
8  printed a copy of the September 6, 2019, "MH – Individual Counseling" encounter notes
9  for D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 148**.

10     272.  According to the electronic medical record, on September 18, 2019, D.M.
11 saw NP Dorothy Igwe. The "Provider – Chronic Care" encounter notes list "No" in
12 response to the prompt: "Are interpreter services needed for this inmate*:" In the "Patient
13 Education Notes" section of the encounter notes is written, "Discussed above plan and
14 goals, pt agreeable." There is no indication how D.M. and NP Igwe communicated.

15     273.  Using the "Print this screen" button in the electronic medical record, I
16 printed a copy of the September 18, 2019, "Provider – Chronic Care" encounter notes for
17 D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 149**.

18     274.  According to the electronic medical record, on May 5, 2020, D.M. saw
19 clinician Margaret Osgood. The "MH – Mid-Level – Scheduled" encounter notes list
20 "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the
21 "Subjective Notes" section of the encounter notes is written, "He says he has been angry
22 and worrying. Sleep- not sleeping well. He says he is not sure about Remeron - if he got
23 increase. He says he does not think the Abilify is helping yet. 'I am feeling bad'" He is
24 'happy, angry, sad, worry' Occasionally feels good." There is no indication how Ms.
25 Osgood and D.M. communicated.

26     275.  Using the "Print this screen" button in the electronic medical record, I
27 printed a copy of the May 5, 2020, "MH – Mid-Level – Scheduled" encounter notes for
28 D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 150**.

276.   According to the electronic medical record, on May 7, 2020, D.M. saw Psychologist Sonya Khilnani. The "MH – Individual Counseling" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" There is no indication who interpreted during the encounter.

277.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 7, 2020, "MH – Individual Counseling" encounter notes for D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 151**.

278.   According to the electronic medical record, on May 19, 2020, D.M. again saw Ms. Osgood. The "MH – Mid-Level – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "He states 'I feeling better' Likes the combination. He gotten some reading material from the staff. 'everything good...everything is more better.'" A note later in the medical record says "Staff used to translate briefly to clarify with him. He does speak English but with a heavy accent." It is not clear what staff performed interpretation services.

279.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 19, 2020, "MH – Mid-Level – Scheduled" encounter notes for D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 152**.

███████████████   (identified below as "R.S.")

280.   On June 2, 2020, I reviewed the electronic medical record for R.S., who is in the custody of the ADC.

281.   According to the electronic medical record, on June 3, 2019, R.S. saw psychologist Ruth Tenrreiro. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Pt. is mute and therefore the evaluation proceed with written questions that he answers with written one-word

responses." In the "Objective Notes" section of the encounter notes is written, "Thought processes cannot be assessed due to pt. being mute but his written responses suggest he is logical in his thought processes."

282.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the June 3, 2019, "MH – Individual Counseling" encounter notes for R.S. A true and correct copy of what I printed is attached hereto as **Exhibit 153**.

283.   According to the electronic medical record, on February 18, 2020, R.S. again saw Dr. Tenrreiro. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Pt. is deaf/mute and all assessment questions must be written. Pt. responds with head shakes, head nods, or in writing."

284.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the February 18, 2020, "MH – Individual Counseling" encounter notes for R.S. A true and correct copy of what I printed is attached hereto as **Exhibit 154**.

285.   According to the electronic medical record, on March 11, 2020, R.S. saw Psychiatrist Adiza Sulley. The "MH – Psychiatrist – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Objective Notes" section of the encounter notes is written, "Hard of Hearing and has an Aide who speaks sign language and interprets for him."

286.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 11, 2020, "MH – Psychiatrist – Scheduled" encounter notes for R.S. A true and correct copy of what I printed is attached hereto as **Exhibit 155**.

287.   According to the electronic medical record, on March 11, 2020, Dr. Sulley completed "Abnormal Involuntary Movement Scale" encounter notes for R.S. The "MH – AIMS Review" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "Hard of Hearing. Used sign language interpreter."

288.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 11, 2020, "MH – AIMS Review" encounter notes for R.S. A true and correct copy of what I printed is attached hereto as **Exhibit 156**.

289.   According to the electronic medical record, on May 28, 2020, R.S. saw RN Julie Poupard. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Objective Notes" section of the encounter notes is written, "Patient is HOH uses sign language, Medical officer able to translate with patient permission." The encounter notes do not indicate the name of the staff person who interpreted.

290.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 28, 2020, "Nurse – Sick Call – Scheduled" encounter notes for R.S. A true and correct copy of what I printed is attached hereto as **Exhibit 157**.

████████████████   (identified below as "J.F.B.")

291.   I attach hereto as **Exhibit 158** a true and correct copy of the Declaration of J.F.B., dated June 1, 2020.

292.   On May 28 and June 2, 2020, I reviewed the electronic medical record for J.F.B., who is in the custody of the ADC.

293.   According to the electronic medical record, on March 27, 2019, J.F.B. saw RN Tammie Young. The "Nurse – Sick Call – Unscheduled" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" In the "Subjective Notes" section of the encounter notes is written, "Crabtree present for translation."

294.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the March 27, 2019, "Nurse – Sick Call – Unscheduled" encounter notes for J.F.B. A true and correct copy of what I printed is attached hereto as **Exhibit 159**.

295.   According to the electronic medical record, on April 17, 2019, J.F.B. again saw RN Young. The "Nurse – Sick Call – Unscheduled" encounter notes list "Yes" in

response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" In the "Subjective Notes" section of the encounter notes is written, "CNA Marquez translated for nurse/IM."

296.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the April 17, 2019, "Nurse – Sick Call – Unscheduled" encounter notes for J.F.B. A true and correct copy of what I printed is attached hereto as **Exhibit 160**.

297.   According to the electronic medical record, on April 23, 2019, J.F.B. saw NP Ngueha-nana. The "Provider – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how NP Ngueha-nana and J.F.B. communicated.

298.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the April 23, 2019, "Provider – Sick Call – Scheduled" encounter notes for J.F.B. A true and correct copy of what I printed is attached hereto as **Exhibit 161**.

299.   According to the electronic medical record, on May 7, 2019, J.F.B. saw NP Ngueha-nana. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how NP Ngueha-nana and J.F.B. communicated.

300.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 7, 2019, "Provider – Follow Up Care" encounter notes for J.F.B. A true and correct copy of what I printed is attached hereto as **Exhibit 162**.

301.   According to the electronic medical record, on May 21, 2019, J.F.B. saw NP Ngueha-nana. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how NP Ngueha-nana and J.F.B. communicated.

302.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 21, 2019, "Provider – Follow Up Care" encounter notes for J.F.B. A true and correct copy of what I printed is attached hereto as **Exhibit 163**.

303.   According to the electronic medical record, on June 19, 2019, J.F.B. saw NP Ngueha-nana. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how NP Ngueha-nana and J.F.B. communicated.

304.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the June 19, 2019, "Provider – Follow Up Care" encounter notes for J.F.B. A true and correct copy of what I printed is attached hereto as **Exhibit 164**.

█████████████████████████ (identified below as "C.M.")

305.   I attach hereto as **Exhibit 165** a true and correct copy of the Declaration of C.M., dated June 2, 2020.

306.   On May 28, 2020, I reviewed the electronic medical record for C.M., who is in the custody of the ADC.

307.   According to the electronic medical record, on December 5, 2019, C.M. saw psych associate Samantha Contreras. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is written, "reports doing 'mas o menos,' and endorses increased anxiety and paranoia regarding the assault that occurred at Lewis complex." There is no indication how Ms. Contreras and C.M. communicated.

308.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the December 5, 2019, "MH – Individual Counseling" encounter notes for C.M. A true and correct copy of what I printed is attached hereto as **Exhibit 166**.

309.   According to the electronic medical record, on January 2, 2020, C.M. saw psych associate Samantha Contreras. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:"

310.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 2, 2020, "MH – Individual Counseling" encounter notes for C.M. A true and correct copy of what I printed is attached hereto as **Exhibit 167**.

311.   According to the electronic medical record, on January 7, 2020, C.M. saw NP Natalie Bell. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how C.M. and NP Bell communicated.

312.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 7, 2020, "Provider – Chronic Care" encounter notes for C.M. A true and correct copy of what I printed is attached hereto as **Exhibit 168**.

313.   According to the electronic medical record, on January 13, 2020, C.M. saw psych associate Kathleen Bailey. The "MH – Group Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" There is no indication how or if C.M. participated in the group.

314.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the January 13, 2020, "MH – Group Counseling" encounter notes for C.M. A true and correct copy of what I printed is attached hereto as **Exhibit 169**.

315.   According to the electronic medical record, on May 20, 2020, C.M. saw psych associate Kathleen Bailey. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Confidential Settings Comments" is written, "Interpreter services were offered and refused." There is no indication how C.M. and Md. Bailey communicated.

316.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the May 20, 2020, "MH – Individual Counseling" encounter notes for C.M. A true and correct copy of what I printed is attached hereto as **Exhibit 170**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 12, 2020, in Oakland, California.

_____
Amber Norris

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Amy Fettig (D.C. 484883)**
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
afettig@aclu.org
echo@aclu.org
mmorris@aclu.org

*Admitted *pro hac vice*. Not admitted
in DC; practice limited to federal
courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

-57-

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on June 12, 2020, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand

7

Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8

Lucy.Rand@azag.gov

9

Daniel P. Struck
Rachel Love

10

Timothy J. Bojanowski
Nicholas D. Acedo

11

Ashlee B. Hesman
Jacob B. Lee

12

Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

13

dstruck@strucklove.com
rlove@strucklove.com

14

tbojanowski@strucklove.com
nacedo@strucklove.com

15

ahesman@strucklove.com
jlee@strucklove.com

16

tray@strucklove.com

17

*Attorneys for Defendants*

18

19

s/ D. Freouf

20

21

22

23

24

25

26

27

28