**Index of Exhibits to the
Declaration of Amber Norris**

| Exhibit | Description | |
|---|---|---|
| 1 | Declaration of W.D. (Apr. 12, 2019) | REDACTED & UNDER SEAL |
| 2 | Declaration of Gail Masek (interpreter for W.D.) (Apr. 12, 2019) | REDACTED & UNDER SEAL |
| 3 | W.D. Medical Record: Special Needs Orders (SNOs) | |
| 4 | W.D. Medical Record: Initial Mental Health Assessment (June 21, 2016) | |
| 5 | W.D. Medical Record: Nurse – Intake – Screening (June 21, 2016) | |
| 6 | W.D. Medical Record: Intake and Receiving Screening (June 21, 2016) | REDACTED & UNDER SEAL |
| 7 | W.D. Medical Record: Initial Mental Health Assessment (June 21, 2016) | |
| 8 | W.D. Medical Record: Provider – Physical – Intake (June 22, 2016) | |
| 9 | W.D. Medical Record: Health Assessment – History (June 22, 2016) | REDACTED & UNDER SEAL |
| 10 | W.D. Medical Record: Health Assessment – Physical (June 22, 2016) | REDACTED & UNDER SEAL |
| 11 | W.D. Medical Record: Provider – Follow Up Care (July 24, 2017) | |
| 12 | W.D. Medical Record: Optometry Encounter Notes (June 18, 2018) | REDACTED & UNDER SEAL |
| 13 | W.D. Medical Record: Nurse - ICS Response (Aug. 12, 2018) | |
| 14 | W.D. Medical Record: Nurse – Sick Call – Scheduled (Sept. 20, 2018) | |
| 15 | W.D. Medical Record: Nurse – Intake – Screening (Sept. 28, 2018) | |
| 16 | W.D. Medical Record: Provider – Chronic Care (Oct. 21, 2018) | REDACTED & UNDER SEAL |

| Exhibit | Description | |
|---------|-------------|---|
| 17 | W.D. Medical Record: Provider – Chronic Care (Jan. 12, 2020) | REDACTED & UNDER SEAL |
| 18 | W.D. Medical Record: Dental – Followup (Jan. 15, 2020) | |
| 19 | W.D. Medical Record: Provider – Chronic Care (Feb. 13, 2020) | |
| 20 | Declaration of F.L.H (Apr. 12, 2019) | REDACTED & UNDER SEAL |
| 21 | Declaration of Gail Masek (interpreter for F.L.H.) (Apr. 12, 2019) | REDACTED & UNDER SEAL |
| 22 | F.L.H. Medical Record: Nurse – Intake – Lab (Nov. 6, 2018) | |
| 23 | F.L.H. Medical Record: Dental – Intake (Nov. 7, 2018) | |
| 24 | F.L.H. Medical Record: Nurse – Chart Review (Nov. 7, 2018) | |
| 25 | F.L.H. Medical Record: Nurse – Chart Review (Nov. 7, 2018) | |
| 26 | F.L.H. Medical Record: Intake and Receiving Screening (Nov. 7, 2018) | REDACTED & UNDER SEAL |
| 27 | F.L.H. Medical Record: Provider – Physical – Intake (Nov. 8, 2018) | REDACTED & UNDER SEAL |
| 28 | F.L.H. Medical Record: Health Assessment History (Nov. 8, 2018) | REDACTED & UNDER SEAL |
| 29 | F.L.H. Medical Record: Health Assessment – Physical (Nov. 8, 2018) | REDACTED & UNDER SEAL |
| 30 | F.L.H. Medical Record: MH – Intake (Nov. 8, 2018) | |
| 31 | F.L.H. Medical Record: Mental Health Consent Form (Nov. 8, 2018) | REDACTED & UNDER SEAL |
| 32 | F.L.H. Medical Record: List of SNOs | |
| 33 | F.L.H. Medical Record: SNO ("DEAF, ASTHMA.") | |
| 34 | F.L.H. Medical Record: Health Needs Request (HNR) (Nov. 9, 2018) | REDACTED & UNDER SEAL |
| 35 | F.L.H. Medical Record: Refusal to Submit to Treatment Form (Nov. 11, 2018) | REDACTED & UNDER SEAL |

| Exhibit | Description | |
|---|---|---|
| 36 | F.L.H. Medical Record: Provider – Chronic Care (Nov. 17, 2018) | |
| 37 | F.L.H. Medical Record: Durable Health Care Power of Attorney and Living Will (End of Life Care) Forms | REDACTED & UNDER SEAL |
| 38 | F.L.H. Medical Record: Nurse – Sick Call – Scheduled (Dec. 11, 2018) | |
| 39 | F.L.H. Medical Record: Provider – Follow Up Care (Dec. 12, 2018) | REDACTED & UNDER SEAL |
| 40 | F.L.H. Medical Record: Nurse – Sick Call – Scheduled (Jan. 14, 2019; 14:32) | |
| 41 | F.L.H. Medical Record: Nurse – Sick Call – Scheduled (Jan. 14, 2019; 14:40) | |
| 42 | F.L.H. Medical Record: Provider – Sick Call – Scheduled (Jan. 24, 2019) | REDACTED & UNDER SEAL |
| 43 | F.L.H. Medical Record: Optometrist Report (Feb. 10, 2019) | REDACTED & UNDER SEAL |
| 44 | F.L.H. Medical Record: HNR (Feb. 21, 2019) | REDACTED & UNDER SEAL |
| 45 | F.L.H. Medical Record: Provider – Sick Call – Scheduled (Nov. 22, 2019) | |
| 46 | F.L.H. Medical Record: Provider – Follow Up Care (Jan. 14, 2020) | REDACTED & UNDER SEAL |
| 47 | F.L.H. Medical Record: Provider – Chronic Care (Apr. 23, 2020) | |
| 48 | Declaration of C.P. (Apr. 2, 2019) | REDACTED & UNDER SEAL |
| 49 | Declaration of April Welch (interpreter for C.P.) (Apr. 2, 2019) | REDACTED & UNDER SEAL |
| 50 | C.P. Medical Record: List of SNOs and SNO ("hearing impaired") | |
| 51 | C.P. Medical Record: Nurse – Transfer – Receiving (June 21, 2018) | |
| 52 | Declaration of G.M. (May 6, 2019) | REDACTED & UNDER SEAL |

| Exhibit | Description | |
|---------|-------------|---|
| 53 | Declaration of Gail Masek (interpreter for G.M.) (May 6, 2019) | REDACTED & UNDER SEAL |
| 54 | G.M. Medical Record: List of SNOs and SNO ("Deaf, Mute") | |
| 55 | G.M. Medical Record: Nurse – Intake – Screening, Family History, Intake and Receiving Screening, and Symptoms Review (Jan. 20, 2016) | REDACTED & UNDER SEAL |
| 56 | G.M. Medical Record: Initial Mental Health Assessment (Jan. 20, 2016) | |
| 57 | G.M. Medical Record: Provider – Physical – Intake, Health Assessment – History, and Health Assessment – Physical (Jan. 21, 2016) | REDACTED & UNDER SEAL |
| 58 | G.M. Medical Record: Nurse – Transfer – Receiving (Feb. 20, 2018) | |
| 59 | G.M. Medical Record: Provider – Chronic Care (Feb. 22, 2018) | |
| 60 | G.M. Medical Record: Provider – Chronic Care and Refusal to Submit to Treatment Form (May 17, 2018) | REDACTED & UNDER SEAL |
| 61 | G.M. Medical Record: Provider – Chronic Care (Jan. 10, 2019) | |
| 62 | Declaration of J.H. (Nov. 25, 2019) | REDACTED & UNDER SEAL |
| 63 | Declaration of Candis Gingras (interpreter for J.H.) (Nov. 25, 2019) | REDACTED & UNDER SEAL |
| 64 | J.H. Medical Record: Family History Review, Symptoms Review, Nurse – Intake – Screening, and Intake and Receiving Screening (May 22, 2017) | REDACTED & UNDER SEAL |
| 65 | J.H. Medical Record: Health Assessment – History, Health Assessment – Physical, and "Deaf" Diagnosis Code Entry and Health Problems List (May 22, 2017) | REDACTED & UNDER SEAL |
| 66 | J.H. Medical Record: Dental – Intake (May 22, 2017) | |
| 67 | J.H. Medical Record: Dental – Intake Exam (May 22, 2017) | |

| Exhibit | Description | |
|---------|-------------|---|
| 68 | J.H. Medical Record: Initial Mental Health Assessment (May 22, 2017) | |
| 69 | J.H. Medical Record: MH Treatment Plan and MH – Individual Counseling (May 26, 2017) | REDACTED & UNDER SEAL |
| 70 | J.H. Medical Record: Nurse – ICS Response (two entries) (July 17, 2017) | |
| 71 | J.H. Medical Record: Dental – Urgent Care (July 17, 2017) | |
| 72 | J.H. Medical Record: MH – Sick Call – Unscheduled and Related Handwritten Notes (July 17, 2017) | REDACTED & UNDER SEAL |
| 73 | J.H. Medical Record: Provider – Follow Up Care (Feb. 13, 2018) | |
| 74 | J.H. Medical Record: HNR (Mar. 6, 2018) and Provider – Sick Call – Scheduled (Mar. 9, 2018) | REDACTED & UNDER SEAL |
| 75 | J.H. Medical Record: Nurse – Sick Call – Unscheduled (June 15, 2018) | |
| 76 | J.H. Medical Record: HNR (June 16, 2018) and Provider – Follow Up Care (June 19, 2018) | REDACTED & UNDER SEAL |
| 77 | J.H. Medical Record: MH – Individual Counseling (July 3, 2018) | |
| 78 | J.H. Medical Record: MH – Individual Counseling (July 26, 2018) | |
| 79 | J.H. Medical Record: HNR (Dec. 1, 2018) and Nurse – Sick Call – Scheduled (Dec. 2, 2018) | REDACTED & UNDER SEAL |
| 80 | J.H. Medical Record: HNR (Dec. 5, 2018), Nurse – Sick Call – Scheduled (Dec. 7, 2018); Provider – Sick Call – Scheduled (Dec. 20, 2018) | REDACTED & UNDER SEAL |
| 81 | J.H. Medical Record: HNR (Dec. 23, 2018) and Nurse – Sick Call – Unscheduled (Dec. 27, 2018) | REDACTED & UNDER SEAL |
| 82 | J.H. Medical Record: MH – Individual Counseling (Jan. 24, 2019) | |
| 83 | Declaration of K.P. (Apr. 22, 2019) | REDACTED & UNDER SEAL |
| 84 | Declaration of Gail Masek (interpreter for K.P.) (Apr. 22, 2019) | REDACTED & UNDER SEAL |

| Exhibit | Description | |
|---|---|---|
| 85 | K.P. Medical Record: Provider – Physical – Intake, Health Assessment – History, Health Assessment – Physical, "Deaf Mutism" Diagnostic Code, SNO ("Deaf and Mute"), and List of SNOs (Aug. 25, 2016) | REDACTED & UNDER SEAL |
| 86 | K.P. Medical Record: MH – Intake (Aug. 25, 2016) | |
| 87 | K.P. Medical Record: HNR (Aug. 19, 2018) and Nurse – Sick Call – Scheduled (Aug. 20, 2018) | REDACTED & UNDER SEAL |
| 88 | K.P. Medical Record: Dental – Urgent Care (Aug. 21, 2018) | |
| 89 | K.P. Medical Record: Dental – Routine Treatment (Aug. 28, 2018) | |
| 90 | K.P. Medical Record: Nurse – Chart Note (Dec. 22, 2018) | |
| 91 | K.P. Medical Record: HNR (Dec. 24, 2018) and Nurse – Sick Call – Scheduled (Dec. 25, 2018) | REDACTED & UNDER SEAL |
| 92 | K.P. Medical Record: HNR (Dec. 29, 2018) and Nurse – Sick Call – Scheduled (Dec. 30, 2018) | REDACTED & UNDER SEAL |
| 93 | K.P. Medical Record: HNR (Jan. 29, 2019) and Nurse – Sick Call – Scheduled (Jan. 31, 2019) | REDACTED & UNDER SEAL |
| 94 | K.P. Medical Record: Nurse – Sick Call – Scheduled (Feb. 8, 2020) | |
| 95 | K.P. Medical Record: Nurse – Sick Call – Scheduled (Feb. 27, 2020) | |
| 96 | K.P. Medical Record: Nurse – Treatment Call – Scheduled (Mar. 5, 2020) | |
| 97 | K.P. Medical Record: MH – Non-Clinical Contact Note (Mar. 5, 2020) | |
| 98 | K.P. Medical Record: Nurse – Treatment Call (Mar. 7, 2020) | |
| 99 | K.P. Medical Record: MH – Individual Counseling (Mar. 11, 2020) | |
| 100 | K.P. Medical Record: Provider – Sick Call – Scheduled (Apr. 17, 2020) | |
| 101 | Declaration of F.L. (Nov. 18, 2019) | REDACTED & UNDER SEAL |

| Exhibit | Description | |
|---------|-------------|---|
| 102 | Declaration of Gail Masek (interpreter for F.L.) (Nov. 18, 2019) | REDACTED & UNDER SEAL |
| 103 | F.L. Medical Record: Nurse – Intake – Screening, Diagnostic Code Entry ("Deaf mutism (finding)"), Family History Review, Symptoms Review, and Intake and Receiving Screening (Oct. 2, 2018) | REDACTED & UNDER SEAL |
| 104 | F.L. Medical Record: Dental – Intake (Oct. 2, 2018) | |
| 105 | F.L. Medical Record: MH Intake (Oct. 2, 2018) | |
| 106 | F.L. Medical Record: Provider – Physical – Intake, Diagnostic Code Entry ("Acquired deaf mutism"), Health Assessment – History, and Health Assessment – Physical (Oct. 3, 2018) | REDACTED & UNDER SEAL |
| 107 | F.L. Medical Record: HNR (Dec. 12, 2018) | REDACTED & UNDER SEAL |
| 108 | F.L. Medical Record: Provider – Follow Up Care (Dec. 12, 2018) | |
| 109 | F.L. Medical Record: SNO (Jan. 17, 2019) | |
| 110 | F.L. Medical Record: Nurse – Sick Call – Unscheduled (Feb. 11, 2019) | |
| 111 | F.L. Medical Record: Provider – Follow Up Care (Feb. 14, 2019) | |
| 112 | F.L. Medical Record: Provider – Follow Up Care (Mar. 8, 2019) | |
| 113 | F.L. Medical Record: HNR (Nov. 22, 2019) and Nurse – Sick Call - Scheduled (Nov. 23, 2019) | REDACTED & UNDER SEAL |
| 114 | F.L. Medical Record: HNR (Mar. 12, 2020) and Provider – Follow Up Care (Mar. 20, 2020) | REDACTED & UNDER SEAL |
| 115 | F.L. Medical Record: Provider – Sick Call – Scheduled (May 26, 2020) | |
| 116 | S.C. Medical Record: HNRs (Mar. 3, 2016; Mar. 4, 2016; and Apr. 15, 2016) | REDACTED & UNDER SEAL |
| 117 | S.C. Medical Record: MH – Individual Counseling (July 29, 2016) | |

| Exhibit | Description | |
|---------|-------------|---|
| 118 | S.C. Medical Record: Nurse – Sick Call – Scheduled (Aug. 1, 2018) | |
| 119 | S.C. Medical Record: Provider – Sick Call – Scheduled and Health Problem/Condition (May 21, 2019) | REDACTED & UNDER SEAL |
| 120 | S.C. Medical Record: Audiology (Aug. 20, 2019) | REDACTED & UNDER SEAL |
| 121 | S.C. Medical Record: Provider – Follow Up Care (Feb. 10, 2020) | |
| 122 | S.C. Medical Record: Nurse – ICS Response (Apr. 2, 2020) | |
| 123 | S.C. Medical Record: Nurse – Infirmary Admission (Apr. 3, 2020) | |
| 124 | S.C. Medical Record: Nurse – Infirmary Rounds (Apr. 4, 2020) | |
| 125 | Declaration of F.A.H. (Nov. 26, 2019) | REDACTED & UNDER SEAL |
| 126 | Declaration of Alejandra S. Torres (interpreter for F.A.H.) (Nov. 26, 2019) | REDACTED & UNDER SEAL |
| 127 | F.A.H. Medical Record: Provider – Chronic Care and Refusal to Submit to Treatment Form (May 8, 2019) | REDACTED & UNDER SEAL |
| 128 | F.A.H. Medical Record: MH – Individual Counseling (May 15, 2019) | |
| 129 | F.A.H. Medical Record: MH – Individual Counseling (June 6, 2019) | |
| 130 | F.A.H. Medical Record: Nurse – Sick Call – Scheduled (July 19, 2019) | |
| 131 | F.A.H. Medical Record: Nurse – Return From Offsite (July 19, 2019) | |
| 132 | F.A.H. Medical Record: Provider – Follow Up Care (July 23, 2019) | |
| 133 | F.A.H. Medical Record: MH – Psychiatrist – Scheduled and MH – AIMS Review (July 29, 2019) | |
| 134 | F.A.H. Medical Record: MH – Individual Counseling (Sept. 4, 2019) | |

| Exhibit | Description | |
|---|---|---|
| 135 | F.A.H. Medical Record: Provider – Chronic Care (Mar. 25, 2020) | |
| 136 | F.A.H. Medical Record: MH – Mid-Level – Scheduled (Apr. 23, 2020) | |
| 137 | F.A.H. Medical Record: MH – Health and Welfare Rounds (May 8, 15, 21, and 29, 2020) | |
| 138 | Declaration of C.L. (Nov. 26, 2019) | REDACTED & UNDER SEAL |
| 139 | Declaration of Alejandra S. Torres (interpreter for C.L.) (Nov. 26, 2019) | REDACTED & UNDER SEAL |
| 140 | C.L. Medical Record: Nurse – Return From Offsite (June 10, 2019) | |
| 141 | C.L. Medical Record: Provider – Follow Up Care (June 14, 2019) | REDACTED & UNDER SEAL |
| 142 | C.L. Medical Record: Provider – Chronic Care (Sept. 14, 2019) | |
| 143 | C.L. Medical Record: Provider – Chronic Care (May 27, 2020) | |
| 144 | Declaration of D.M. (Dec. 6, 2019) | REDACTED & UNDER SEAL |
| 145 | Declaration of Alejandra S. Torres (interpreter for D.M.) (Dec. 6, 2019) | REDACTED & UNDER SEAL |
| 146 | D.M. Medical Record: MH – Psychiatrist – Scheduled (Aug. 5, 2019) | |
| 147 | D.M. Medical Record: Nurse – Sick Call – Scheduled (Aug. 19, 2019) | |
| 148 | D.M. Medical Record: MH – Individual Counseling (Sept. 6, 2019) | |
| 149 | D.M. Medical Record: Provider – Chronic Care (Sept. 18, 2019) | |
| 150 | D.M. Medical Record: MH – Mid-Level – Scheduled (May 5, 2020) | |
| 151 | D.M. Medical Record: MH – Individual Counseling (May 7, 2020) | |

| Exhibit | Description | |
|---|---|---|
| 152 | D.M. Medical Record: MH – Mid-Level – Scheduled (May 19, 2020) | |
| 153 | R.S. Medical Record: MH – Individual Counseling (June 3, 2019) | |
| 154 | R.S. Medical Record: MH – Individual Counseling (Feb. 18, 2020) | |
| 155 | R.S. Medical Record: MH – Psychiatrist – Scheduled (Mar. 11, 2020) | |
| 156 | R.S. Medical Record: MH – AIMS Review (Mar. 11, 2020) | |
| 157 | R.S. Medical Record: Nurse – Sick Call – Scheduled (May 28, 2020) | |
| 158 | Declaration of J.F.B (June 1, 2020) | REDACTED & UNDER SEAL |
| 159 | J.F.B. Medical Record: Nurse – Sick Call – Unscheduled (Mar. 27, 2019) | |
| 160 | J.F.B. Medical Record: Nurse – Sick Call- Unscheduled (Apr. 17, 2019) | |
| 161 | J.F.B. Medical Record: Provider – Sick Call – Scheduled (Apr. 23, 2019) | |
| 162 | J.F.B. Medical Record: Provider – Follow Up Care (May 7, 2019) | |
| 163 | J.F.B. Medical Record: Provider – Follow Up Care (May 21, 2019) | |
| 164 | J.F.B. Medical Record: Provider – Follow Up Care (June 19, 2019) | |
| 165 | Declaration of C.M. (June 2, 2020) | REDACTED & UNDER SEAL |
| 166 | C.M. Medical Record: MH – Individual Counseling (Dec. 5, 2019) | |
| 167 | C.M. Medical Record: MH – Individual Counseling (Jan 2, 2020) | |
| 168 | C.M. Medical Record: Provider – Chronic Care (Jan. 7, 2020) | |

| Exhibit | Description | |
|---------|-------------|---|
| 169 | C.M. Medical Record: MH – Group Counseling (Jan. 13, 2020) | |
| 170 | C.M. Medical Record: MH – Individual Counseling (May 20, 2020) | REDACTED & UNDER SEAL |

# Exhibit 1

# (Redacted)

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. 2:12-cv-00601-ROS |
| Plaintiffs, | **DECLARATION OF** ▆▆▆▆▆▆▆ |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1  I, ██████████████ declare:

2  1.   I am a prisoner in the custody of the Arizona Department of Corrections (ADC). My

3  ADC number is ████, I have been in ADC custody since June 2016. I am currently

4  housed at ASPC-Eyman Complex, in Meadows Unit. I am over the age of 18 and if called

5  as a witness, I could and would testify competently to the facts stated below, all of which

6  are in within my personal knowledge.

7  2.   I am completely deaf in both ears without hearing aids. I have a little residual

8  hearing, so when I have hearing aids, I can hear environmental sounds and voices, but I

9  cannot distinguish words or understand speech. I received new hearing aids approximately

10  seven months ago.

11  3.   I was born deaf and have been using American Sign Language (ASL) since I was

12  four years old. I learned and practiced ASL at church several times a week with other deaf

13  children, and at a church summer camp for deaf children that I attended for twelve

14  summers.

15  4.   ASL is my primary and preferred method of communication. I was in school from

16  1956 to 1971, when I graduated high school. During that era, ASL was not available in

17  mainstream schools so I was not taught in ASL.

18  5.   I have never had my proficiency level in reading and writing English assessed. I am

19  not fluent in written English and am not able to understand complex information in written

20  English. I am able to understand simple sentences in written English, such as "I want

21  water," but not beyond that level.

22  6.   Since entering ADC custody, I have not had any kind of language assessment and

23  no one has tested my English language abilities. No one has asked about my preferred

24  method of communication.

25  7.   Written notes during medical appointments are not effective for me because I mostly

26  do not understand the writing. When I can't understand what the nurses or providers are

27  trying to write, I get frustrated and end the appointment.

28

8.     I have repeatedly requested ASL interpreters for medical appointments and have been repeatedly told "no." The only ASL interpreters I have had in medical appointments at ADC has been other prisoners who knew some ~~ASL~~ *fingerspelling in*. Other than that, I have never been provided an in-person ASL interpreter, or an ASL interpreter through Video Remote Interpreting or Video Phone, for any medical appointment while in ADC custody.

9.     On January 9, 2019, I submitted a Health Needs Request (HNR) asking for my dentures to be adjusted. Another prisoner helped me write out the HNR; he wrote out the problem on another piece of paper, and I copied the sentence onto the HNR form. I did not request an ASL interpreter on the HNR, but when I went to medical for the appointment, I gave them a piece of paper asking for an interpreter and was told "no." I understand that my medical record for that appointment states "communicated through a interpreter with sign." To the best of my recollection, I did not have an ASL interpreter for this appointment. I tried to communicate in ASL the problems I was having with my dentures, but the dentist did not understand me. The dentist wrote information down on a piece of paper, but I did not understand the writing. They did not adjust my dentures and I still cannot wear them without them causing me to gag. I do not understand what they are going to do about my dentures.

10.     On October 21, 2018, I had an appointment with a provider about my chronic care conditions. To the best of my recollection, I have never had an ASL interpreter for a chronic care appointment and did not have one for this appointment. The provider showed me a list of medicines on the computer screen and wrote down information on a piece of paper and showed it to me, but I did not understand what the provider wrote. What I understand is that I take medication for blood pressure, Ibuprofen for back and knee pain, and another medication for my kidney. I am not sure that I have high cholesterol. I am not taking medication or shots for diabetes.

11.     On September 28, 2018, I had an appointment with a nurse after I came back from my off-site audiology appointment. I understand that my medical record for that

1    appointment states "Pt is deaf, but able to make needs known." I did not have an ASL

2    interpreter for that appointment. The nurse tried to communicate with me by typing on the

3    computer and showing me what she had typed, but I did not understand what the nurse was

4    trying to communicate. I do not remember the nurse trying to explain how to submit an

5    HNR if I had problems, or if she did I did not understand what she was trying to

6    communicate.

7    12.    On September 20, 2018, I had an appointment with a nurse about my back and leg

8    pain. I understand that my medical record for this appointment states "Cannot speak, uses

9    a sign language inmate to communicate." To the best of my recollection, during this

10   appointment I went to medical with a friend of mine, another prisoner who knew some

11   ASL. The nurse would only allow me in the room at first, but after the nurse and I tried to *↗fingerspelling.*

12   communicate and could not understand each other, the nurse eventually let my friend come

13   in to help us communicate.

14   13.    On August 12, 2018, an   Incident Command System (ICS) emergency was called

15   after I felt like I was going to black out and I was brought to medical. During that incident

16   I was shaking and felt funny, and everything was spinning. I understand that my medical

17   record for that ICS states "Healthcare Staff Used for Interpreter Services," and "IM has a

18   translator who knows sign language who assisted with the translation." No one on the

19   healthcare staff tried to communicate with me in ASL during the ICS, and no other person

20   interpreted either. During the ICS I was worried about what happened to me and wanted to

21   be able to ask what was going on but could not because I had no interpreter. No one

22   explained to me what happened or what I should do to follow up. All I knew was that I

23   stayed in medical for a while and was then sent back to my housing unit.

24   14.    On June 18, 2018, I had an appointment with an optometrist. At the appointment I

25   wrote a note and asked for an ASL interpreter, but no interpreter was provided. The

26   optometrist was speaking to me fast and I did not understand him, and he did not try to

27   write anything down. I was not able to explain to the optometrist what was happening with

28
                                               3

my eyes during the eye test. The updated prescription glasses that I received after this appointment are not the correct prescription; I see better out of my old glasses that have an outdated prescription. I did not understand that I was diagnosed with cataracts, or if the optometrist tried to explain this I did not understand it.

15.    On July 24, 2017, when I was living in Cook Unit, I had an appointment with a provider. I understand my medical record for this appointment states: "Healthcare Staff Used for Interpreter Services." To the best of my recollection, I never had healthcare staff or another prisoner interpret for me during medical appointments at Cook. While there was a Video Phone that we could use for phone calls and legal calls at Cook, it was never used during medical appointments. In general, at Cook providers would insist on writing notes during appointments to try to communicate, the same as at Meadows.

16.    During my intake appointments in 2016 I did not have an ASL interpreter. The providers would only try to communicate by written notes and I was not able to understand very well what they were trying to tell me. I understand that my medical record from my mental health intake appointment on June 21, 2016, states: "Im deaf but able to read lips, read basic sentences and write basic responses." I am sometimes able to understand a bit by lip reading, but someone would have to talk very slowly and the providers talk too fast for me to understand. I cannot have a conversation with someone by lip reading.

17.    This declaration was written for me and read to me with the assistance of a sign language interpreter.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of April, 2019 in Florence, Arizona.



4

# Exhibit 2

# (Redacted)

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. 2:12-cv-00601-ROS <br><br> **DECLARATION OF GAIL MASEK** |

I, GAIL MASEK, declare:

1. I am a sign language interpreter, employed by Arizona Freelance Interpreting Services. I am over the age of 18 and have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a licensed sign language interpreter in the state of Arizona, and hold a Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing. My license is current through March 7, 2020, and my license number is GM07031223.

3. On March 7, 2019, and April 12, 2019, I provided sign language interpretation services for ███████████, who communicates using American Sign Language as his primary method of communication, when he met with Maya Abela, attorney at the Arizona Center for Disability Law (ACDL).

4. I interpreted during ACDL's interviews of ███████, and communicated the contents of ███████ declaration to ███████ by translating the declaration from English into American Sign Language.

5. I affirm that I interpreted the interviews and the declaration accurately, completely, and impartially following the guidelines for legal interpreting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of April 2019, in Florence, Arizona.

*Gail A Masek*

Gail Masek, CSC, SC:L

1

Exhibit 3

# Other Actions/Procedures/Referrals

CHSS028A

Wednesday April 15, 2020
11:03:05

**Other Actions/Procedures/Referrals** (1 - 38 of 38)    **Category:**

| Encounter Date | Category | Type | Specify Comments | Approximate End Date | Status |
|---|---|---|---|---|---|
| 01/12/2020 | Miscellaneous (Medical) | EKG | Chronic care ECG<br><br>TimeStamp: 12 January 2020 13:36:14 --- User: Chidozie Eze (EZEC) | 01/22/2020 | Active |
| 11/07/2019 | Medical ADA Restrictions/Special Needs | Limited Mobility | | 11/07/2020 | Active |
| 11/07/2019 | Medical Supplies/Special Equipment | Cushion For Wheelchair | 1 ROHO WHEELCHAIR CUSHION SIZE 18.25" X 16.28" X 3.0" BLACK COLOR<br><br>1 MANUAL BLACK AIR PUMP<br><br>TimeStamp: 7 November 2019 13:37:23 --- User: Antionette Gatlin (GATAN01) | 11/07/2020 | Active |
| 11/07/2019 | Medical Supplies/Special Equipment | WHEELCHAIR | Inmate received New Wheelchair on 01/30/2020. | 11/07/2020 | Active |
| 11/07/2019 | Medical Supplies/Special Equipment | QUAD CANES | | 11/07/2020 | Active |
| 11/07/2019 | Medical Supplies/Special Equipment | INSOLES | Need 3 pairs size 12 insoles for shoes<br><br>TimeStamp: 7 November 2019 13:38:33 --- User: Antionette Gatlin (GATAN01) | 11/07/2020 | Active |
| 11/07/2019 | Medical Supplies/Special Equipment | LOWER BUNK | | 11/07/2020 | Active |
| 11/07/2019 | Medical Supplies/Special Equipment | TENNIS SHOES | 1 pair white Velcro size 12 tennis shoes | 11/07/2020 | Active |
| 10/30/2019 | Individual Immunizations | Influenza Vaccine | | 10/30/2019 | Treatment Completed |
| 10/31/2018 | Medical Supplies/Special Equipment | INSOLES | 3 PAIRS OF INSOLES | 10/31/2019 | |
| 10/31/2018 | Medical Supplies/Special Equipment | TENNIS SHOES | 1 PAIR OF WHITE MEDICAL SJOES SIZE 12 | 10/31/2019 | |
| 10/27/2018 | Individual Immunizations | Pneumococcal Vaccine,plyvt | pt given im in LD tolerated procedure well | 10/28/2018 | Active |
| 10/21/2018 | Miscellaneous (Medical) | EKG | ekg needed | 11/05/2018 | Active |

| Encounter Date | Category | Type | Specify Comments | Approximate End Date | Status |
|---|---|---|---|---|---|
| 10/14/2018 | Medical Supplies/Special Equipment | Cushion For Wheelchair | 1 ROHO WHEELCHAIR CUSHION SIZE 18.25" X 16.28" X 3.0" BLACK COLOR<br><br>1 MANUAL BLACK AIR PUMP | 10/11/2019 | Active |
| 10/26/2017 | Medical ADA Restrictions/Special Needs | Avoid climbing ladders | | 10/26/2018 | Active |
| 10/26/2017 | Medical ADA Restrictions/Special Needs | Avoid climbing stairs | | 10/26/2018 | Active |
| 10/26/2017 | Medical ADA Restrictions/Special Needs | ADA Shower | | 10/26/2018 | Active |
| 10/26/2017 | Medical ADA Restrictions/Special Needs | ADA BED REQ'D | | 10/26/2018 | Active |
| 10/26/2017 | Medical ADA Restrictions/Special Needs | Needs Porter/Aide Assistance | Pt deaf require sign language interpreter. | 10/26/2018 | Active |
| 10/26/2017 | Medical Supplies/Special Equipment | MEDICAL ICE | Three times a day X 3 days | 10/29/2017 | Active |
| 04/19/2017 | Special Diets (Dental) | Mechanical Soft Diet | Pt is completely edentulous on upper and partially edentulous on lower.<br><br>TimeStamp: 19 April 2017 14:36:25 --- User: Milen Vitanov (VITMI01) | 04/19/2018 | Treatment Discontinued |
| 03/09/2017 | Medical ADA Restrictions/Special Needs | NO B19,M54 | DM2, Hyperlipidemia | 02/29/2024 | |
| 12/10/2016 | Medical Supplies/Special Equipment | TENNIS SHOES | size 12 medium | 12/08/2017 | Active |
| 10/24/2016 | Medical ADA Restrictions/Special Needs | Limited Mobility | wheelchair for mobility | 10/18/2018 | Active |
| 10/18/2016 | Medical Supplies/Special Equipment | INSOLES | 1 pair given | 10/18/2017 | |
| 09/02/2016 | Special Diets (Dental) | Full Liquid Diet | | 09/06/2016 | Active |
| 08/29/2016 | Special Diets (Dental) | Full Liquid Diet | Will do diet for 5 days and then bring pt in to evaluate how he is doing | 10/29/2016 | Active |
| 08/29/2016 | Special Diets (Medical) | Full Liquid Diet | for 5 days till 9-3-16 | 09/03/2016 | Treatment Discontinued |
| 06/27/2016 | Work Clearances | Kitchen Clearance Approved | | 12/30/9999 | Active |

| Encounter Date | Category | Type | Specify Comments | Approximate End Date | Status |
|---|---|---|---|---|---|
| 06/24/2016 | Medical Supplies/Special Equipment | QUAD CANES | | 10/19/2018 | Active |
| 06/22/2016 | Medical ADA Restrictions/Special Needs | CORRDR F,E,T,L,K,Y/NO L24/26 | WALKER, DIAB, HTN, DEAFNESS. MH 1. | 07/31/2016 | |
| 06/22/2016 | Medical ADA Restrictions/Special Needs | Bottom bunk | TimeStamp: 22 June 2016 12:06:05 --- User: Leon Malachinski (Malale) | 10/19/2018 | Active |
| 06/22/2016 | Medical ADA Restrictions/Special Needs | Avoid climbing stairs | TimeStamp: 22 June 2016 12:06:32 --- User: Leon Malachinski (Malale) | 06/21/2017 | |
| 06/22/2016 | Medical Supplies/Special Equipment | WALKER | TimeStamp: 22 June 2016 12:07:00 --- User: Leon Malachinski (Malale) TimeStamp: 24 June 2016 15:26:52 --- User: Annesa Erdman (ERDAN01)changed to quad cane | 06/21/2017 | Treatment Discontinued |
| 06/21/2016 | Treatments | FSBG Check - Non-Insulin Dependent | | 08/20/2016 | Active |
| 06/21/2016 | Treatments | Blood Pressure Check | Per protocol | 06/24/2016 | Active |
| 06/21/2016 | Treatments | FSBG Check - Non-Insulin Dependent | Per protocol | 06/24/2016 | Active |
| 06/21/2016 | Dental X-Rays | Panoramic | Took panoramic x-ray today. | | |

Print this Screen

CHSS028B          Other Action/Procedure/Referral                              Wednesday April 15, 2020 11:02:11

| | | | |
|---|---|---|---|
| Encounter Date: | 10/26/2017 | Time:  16:08:07 | Type:  Provider - Follow Up Care |
| Location: | ASPC-E COOK UNIT  [A14] | Staff:  Gay, Maureen | |

| | | | |
|---|---|---|---|
| Category*: | Medical ADA Restrictions/Special Needs | | |
| Type*: | Needs Porter/Aide Assistance | | |
| Count*: | 0 | Sequence Number: | 01 |
| Approximate Begin Date: | 10/26/2017 | Approximate End Date: | 10/26/2018 |
| Refer to Staff: | Unknown | | |
| Status: | Active | As of Date:  10/26/2017 | **Status History** |

**Specify Comments**

Pt deaf require sign language interpreter.

**Prior Page**

Show Last Updated Information

Exhibit 4

# Health Services Encounter

CHSS027C

Tuesday April 14, 2020 11:34:20

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/21/2016 | Start Time*: | 12:58:23 |
| End Date*: | 06/21/2016 | End Time*: | 12:58:59 |
| Category: | Mental Health | | |
| Type*: | MH - Intake | Encounter Close Date: | 02/26/2019 |
| Location*: | ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: | 15:48:33 |
| Setting*: | Clinic | | |
| Staff Member*: | Ekeinde, Sandra | | |
| Title: | Psychologist | | |
| Form Type: | Initial Mental Health Assessment | | |

## Subjective

Was the inmate offered the option to speak in a confidential setting*:    Unknown

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

*****Inmate has no questions or concerns regarding the intake process.

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

None

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

| None |
|---|

## Patient Education

### Patient Education Notes

| None |
|---|

## Health Classification

|  |  |
|---|---|
| Medical: | Unknown |
| Mental: | |
| SMI: | |
| Dental: | U-Unknown (Conversion) |

Prognosis:

### Classification and Security Notes

| None |
|---|

## Encounter Orders Review

Review Type*:  No Review Required        Review Staff:  Unknown

### Review Notes

| None |
|---|

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**
Date: 06/21/2016        Time: 12:58:59        User: Sandra Ekeinde (EKS2)
Department: Health Services Provider        User Type: End User

Show Add History

Exhibit 5

# Health Services Encounter

CHSS027C

Tuesday April 14, 2020 11:38:07

## Encounter Header

| | |
| --- | --- |
| Date*: | 06/21/2016 |
| End Date*: | 06/21/2016 |
| Category: | Nursing |
| Type*: | Nurse - Intake - Screening |
| Location*: | ASPC-PHX ALHAMBRA  [B06] |
| Setting*: | Clinic |
| Staff Member*: | Valenzuela, Frank |
| Title: | Registered Nurse |
| Form Type: | |

Start Time*:  13:44:23
End Time*:  13:46:08

Encounter Close Date:  06/24/2016
Encounter Close Time:  19:13:57

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
| --- | --- | --- | --- |
| No Rows Found | | | |

### Subjective Notes

None

## Incidental Information

### Incidental Comments

Deaf. ASL only. Limited read and write.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 13:07 | 96.8 | 82 | 20 | 5 8 | 165 | 116 | 76 | 162 | 25.09 | 98.00 | Pt reports HTN, DM. Denies asthma. Actual weight. Wears glasses. Elevated BG. In... |

### Objective Notes

None

## Assessment

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| No Rows Found | | | | | | | |

## Related Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |

### Assessment Notes

| |
|---|
| None |

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| On-site Clinic | Behavioral Health | Routine | Administratively Cleared |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

| None |
|------|

---

**Patient Education**

**Patient Education Notes**

| None |
|------|

---

**Health Classification**

Medical:   Unknown

Mental:                           Prognosis:

SMI:

Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

| None |
|------|

---

**Encounter Orders Review**

Review Type*:   No Review Required               Review Staff:   Unknown

**Review Notes**

| None |
|------|

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

**Standard Forms** (1 - 2 of 2)

| Type | Staff |
|------|-------|
| Authorization for Release of Protected Health Information | Valenzuela, Frank |
| Intake and Receiving Screening | Valenzuela, Frank |

---

**Last Updated Information:**

Date: 06/21/2016         Time: 13:46:12         User: Frank Valenzuela (VALFR01)

| Office/Facility of User on that date | Work Assignment |
| --- | --- |
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |

Show Add History

# Exhibit 6

# (Redacted)

| Last Name: ▓▓ | First: ▓▓ | | MI: | ADC: ▓▓ |
|---|---|---|---|---|

| Date: 06/21/2016 | Time: 13:44:23 | Sex: Male | DOB: ▓▓ | Alias: |
|---|---|---|---|---|

Most Recent Incarceration: ☑ None  When: Where:

Have you ever been incarcerated here: ● No ○ Yes  When: | Interpreter Used: ● No ○ Yes

Inmate Transfer: ● No ○ Yes   Records Received: ● No ○ Yes | Name:

Private Insurance: ● No ○ Yes  Name: | Service:

## CRITICAL OBSERVATION

**Urgent/Emergent Medical Referral**
● No ○ Yes (check all that apply)
☐ Severe Injury        ☐ Uncontrolled Bleeding
☐ Life threatening illness   ☐ Severe pain
☐ Head trauma with mental status changes
☐ Other:

**Urgent/Emergent Mental Health Referral**
● No ○ Yes (check all that apply)
☐ Active Hallucinations   ☐ Active Delusions
☐ Actively Suicidal
☐ Other:

**Communicable Diseases Suspected**
MRSA ○ No ○ Yes
Varicella (Chicken Pox) ○ No ○ Yes
Herpes Zoster (shingles) ○ No ○ Yes
Lice/Pediculosis ○ No ○ Yes
Jaundice ○ No ○ Yes
Needle Marks ○ No ○ Yes
☐ Other:

**Responsiveness**
● Alert ○ Verbal Stimulus
○ Painful ○ Unresponsive (Call 911)
Describe Unresponsiveness:

Oriented to Person & Place: ● Yes ○ No
Describe:

**Mobility Restrictions/Impairments** ● No ○ Yes (check all that apply)
☐ Deformity   ☐ Cast    ☐ Paraplegic   ☐ Wheelchair   ○ CPAP        ☐ Brace
☐ Blind       ☐ Deaf    ☐ Amputation   ☐ Splint       ○ Quadriplegic ☐ Crutches/Cane
☐ Other:                                Comments:

## HISTORY

**Major surgery or medical hospitalization within past year** ● No ○ Yes (check all that apply and include date)
☐ Brain Surgery            ☐ Heart Surgery          ☐ Abdominal Surgery
☐ MI                       ☐ Stroke                 ☐ Transplant
☐ Due to traumatic injury  ☐ Other:

## MEDICATION REPORTED ○ None ○ Unknown ● See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| Calcium carb D500/400 | Freq: 1 PO BID  Last: 06/20/16 | Pima Co. | ● Clinic ○ Medication Container  ○ VA ○ Physician/Psychiatrist  ○ Pharmacy ○ Unable to Verify |
| Lisinopril 10mg | Freq: 1 PO QD  Last: 06/20/16 | Pima Co. | ● Clinic ○ Medication Container  ○ VA ○ Physician/Psychiatrist  ○ Pharmacy ○ Unable to Verify |
| Metformin 500mg | Freq: 1 PO QD  Last: 06/20/16 | Pima Co. | ● Clinic ○ Medication Container  ○ VA ○ Physician/Psychiatrist  ○ Pharmacy ○ Unable to Verify |

**ALLERGIES:Do you have any allergies (food, medication, enviromental)?** ● No ○ Yes

## SUBSTANCE ABUSE

**Alcohol Use**  Do you drink alcohol: ● No ○ Yes
Type:
Last Use:
How Much:
How Often:
Excessive Drinker: ○ No ○ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with
stopping alcohol: ○ No ○ Yes (CIWA)
If yes, when:

**Substance/Drug Use/Rx**  Do you use drugs: ● No ○ Yes
Do you use injectable drugs: ○ No ○ Yes  Last injectable use:

| | How Often? | How Much? | Last Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |
| ☐ Methamphetamines | ☐ Cocaine | ☐ Other: | | |

## COMMUNICABLE DISEASES

**HIV/AIDS**
Do you have HIV infection or AIDS? ● No ○ Yes
Are you currently taking medications: ● No ○ Yes

**TB Skin Test** ○ None ○ Patient Reported
Confirmed
Prior + PPD: ● No ○ Yes
Last PPD: 08/10/2015  Measurement: 0  mm

**TB Symptoms**  Do you have any of the following:
Weight loss: ● No ○ Yes    Night sweats: ● No ○ Yes
Fever: ● No ○ Yes          Appetite loss: ● No ○ Yes
Coughing blood: ● No ○ Yes  Persistent cough 2+ weeks: ● No ○ Yes
Weak/tired: ● No ○ Yes     ☑ None

## MEDICAL PROBLEMS

**Do you have any ongoing medical problems we should know about?** ○ No, proceed to Behavioral Health Section ● Yes, complete applicable sections

☐ **Asthma**
How Long:
Last Asthma Attack:
ER visit in last 90 days: ○ No ○ Yes
If yes, when:
Hospitalization in last year: ○ No ○ Yes
If yes, when:

☐ **Cardiovascular- Ask each question**
| | | | |
|---|---|---|---|
| Angina: | ○ No ○ Yes | Atrial fibrillation: | ○ No ○ Yes |
| Stents: | ○ No ○ Yes | Bypass surgery: | ○ No ○ Yes |
| Heart attack: | ○ No ○ Yes | Internal defibrillation: | ○ No ○ Yes |
| Pacemaker: | ○ No ○ Yes | Endocarditis: | ○ No ○ Yes |
| CHF: | ○ No ○ Yes | Blood clot in lungs or legs: | ○ No ○ Yes |

## MEDICAL PROBLEMS

**Do you have any ongoing medical problems we should know about?** ○ No, proceed to Behavioral Health Section ● Yes, complete applicable sections

Have you ever had a tube put down your throat so that a machine breathes for you: ○ No ○ Yes, when:

Currently on steroids: ○ No ○ Yes

Peak Flow: ○ No ○ Yes

Reason not taken:

Are you taking Warfarin, Coumadin, or Jantoven? ○ No ○ Yes

Date of onset: Last Episode:

**Comments**

[ ]

☐ **Cerebrovascular Disease**

Last CVA:

Last TIA:

**Comments**

☑ **Diabetes**

How Long: 3 years   Finger Stick: 162   ☐ Not done   Reason:

Are you currently taking medication(s): ○ No ● Yes

Are you currently taking insulin: ● No ○ Yes

When was last hospitalization:

If Finger Stick > 300, ask the following:

Nausea: ○ No ○ Yes

Vomiting: ○ No ○ Yes

Excessive thirst: ○ No ○ Yes

Urine Ketones:

☐ Not done   Reason:

☑ **Hypertension**

How Long: 4 years

Are you currently taking medication(s): ○ No ● Yes

Three or more anti-hypertensives: ● No ○ Yes

☐ **Epilepsy/Seizure**

Last Seizure:

More than one seizure a month: ○ No ○ Yes

Two or more anticonvulsants: ○ No ○ Yes

☐ **Gastrointestinal**

Have you ever vomited blood:

○ No ○ Yes     Frequency:     Last:     Comments:

Ever had dark, black stools from bleeding:

○ No ○ Yes     Frequency:     Last:     Comments:

**Comments**

[ ]

☐ **Cancer**

Do you currently have cancer: ○ No ○ Yes

Are you currently being treated for cancer: ○ No ○ Yes

Type:

☐ **Dialysis**

Type: ○ Hemodialysis ○ Peritoneal

Number of times per week:

Last dialyzed:

☐ **COPD / Emphysema**

O₂ dependent: ○ No ○ Yes

Peak Flow:

☐ Not taken

☐ **HCV** ○ No ○ Yes     ☐ **Other:**

## BEHAVIORAL HEALTH

**Do you have any current mental health complaints?** ● No ○ Yes

**Do you have a history of a mental health problem?** ● No - Proceed to Section 2 ○ Yes - Complete Section 1

**Section 1**

Have you ever been diagnosed with a mental illness: ○ No ○ Yes, check which illness: ☐ Schizophrenia ☐ Major Depression ☐ Bipolar ☐ Other:

History of outpatient therapy: ○ No ○ Yes   Within last year: ○ No ○ Yes

History of psychotropic medication(s): ○ No ○ Yes   History of psych hospitalization: ○ No ○ Yes   Within last year: ○ No ○ Yes

History of hearing things: ○ No ○ Yes   History of seeing things: ○ No ○ Yes

**Section 2**

History of suicide attempt(s): ● No ○ Yes   Last Attempt: Are you thinking of suicide now: ○ No ○ Yes

Family/friends history of suicide: ● No ○ Yes   Recent significant loss: ○ No ○ Yes

Do you feel like there is nothing to look forward to (hopeless/helpless): ● No ○ Yes   Have you ever hurt yourself on purpose: ● No ○ Yes

Are you thinking of hurting yourself now: ● No ○ Yes   Are you thinking of hurting others now: ○ No ○ Yes

**Section 3**

Ever hospitalized for head trauma: ○ No ○ Yes     History of violent behavior: ○ No ● Yes

History of victimization: ○ No ○ Yes     History of sex offenses: ○ No ● Yes

History of: ☐ Special education placement ☐ Developmental disability ☐ Mental retardation

## EXAMINATION

**General Appearance:** ☑ NAD ☑ Appears hydrated ☐ Other:

**Oral Screening**

☐ Unremarkable    ☑ Missing teeth

☐ Abscesses    ☐ Cavities

☐ Lesions    ☐ Dentures

☐ Swelling    ☐ Dentures/Partials

☐ Thrush    ☐ Other:

**Describe**

Missing several teeth.

**Skin (visible)**

☐ Unremarkable    ☑ Surgical scars    ☐ Jaundice

☐ Open    ☐ Rash    ☐ Pallor

☐ Sores    ☐ Tracks    ☐ Lacerations

☑ Tattoos    ☐ Other:

**Describe**

Street tattoo. Surgical scar ABD, both wrists, R leg.

## DISPOSITION

## DISPOSITION

**Placement**

- ☐ GP
- ☐ Infirmary
- ☐ Suicide Watch

☑ Isolation reason:
Lockdown
- ☐ Observation
- ☐ Other:

**Referral**

☑ H&P

☐ Nursing Sick Call

☐ Practitioner Sick Call

- ◉ Routine ○
- Expedited
- ○ Routine ○
- Expedited
- ○ Routine ○
- Expedited

☐ Behavioral Health

☑ Chronic Care Clinic

☐ Dental referral

- ○ Routine ○
- Expedited
- ◉ Routine ○
- Expedited
- ◉ Routine ○
- Expedited

**Describe**

DM, HTN. Deaf. Denies mental health Hx.

Notification: ☐ Immediate supervisor ☐ Practitioner On Call ☐ ER for transport

Consent for treatment signed: ◉ Yes ○ No Reason:

Access to care reviewed: ◉ Yes ○ No Reason:

Grievance process explained: ◉ Yes ○ No Reason:

Implement (check all that apply): ☐ CIWA-Ar ☐ COWS ☐ BWS-C

## ADDITIONAL COMMENTS

DM, HTN. Deaf. Denies mental health Hx.

**My information is correct and I accept the provision of medical, dental and mental health care.**

Intake: ◉ Complete ○ Refused

| Patient Signature | 06/21/2016 | F. Valenzuela VALFR01 | 06/21/2016 |
|---|---|---|---|
| | | Interviewer's Signature | |

# Exhibit 7

CHSS027C

# Health Services Encounter

Tuesday April 14, 2020 11:39:44

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/21/2016 | Start Time*: | 14:09:22 |
| End Date*: | 06/21/2016 | End Time*: | 14:13:52 |
| Category: | Mental Health | | |
| Type*: | MH - Intake | Encounter Close Date: | 02/26/2019 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 15:50:30 |
| Setting*: | Clinic | | |
| Staff Member*: | Lowder, Lisa A | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Initial Mental Health Assessment | | |

## Subjective

Was the inmate offered the option to speak in a confidential setting*:    Unknown

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

im denied questions or concerns about consent or intake forms.

im deaf, but able to read lips, read basic sentences and write basic responses.

**Initial Mental Health Assessment - Subjective**

◉ N     ○ Y

**Has inmate ever been admitted to a psychiatric hospital?When/Who:Why:**
◉ N     ○ Y

**Has inmate ever been treated for Mental Health issues: (exclude drug/alchohol treatment)**
◉ N     ○ Y

**Had MH Counseling:**If yes, when/where:
○ N

**Taken Psych Meds:**Current meds:**If no current meds, when last took meds:Have you ever experienced any of the following when not on drugs/alcohol?**
◉ N     ○ Y

Auditory and/or visual hallucinations (hear voices, see things others don't):If yes, describe:
◉ N     ○ Y

Perceptions of thought insertion, TV talk to you, broadcasting, mind control:If yes, describe:
◉ N     ○ Y

Abnormal paranoia (beliefs people want to poison you, government plots, etc.)If yes, describe:
◉ N     ○ Y

**Any serious episodes of depression (post-partum, hopeless, helpless, vegetative signs):**If yes, when was last episode?**Episodes of Mania:**(Do you ever experience times when you have so much energy that it causes
◉ N     ○ Y

serious problems in your life?Last episode:How long did it last?Behaviors:
◉ N     ○ Y

**Sexual Abuse:**When started:When ended:
◉ N     ○ Y

**Physical Abuse:**When started:When ended:
◉ N     ○ Y

**Have you ever tried to commit suicide:**If yes, how many times:When:How:
◉ N     ○ Y

**Has anyone in your immediate family tried to commit suicide or completed suicide:**When/who:Why:How:
◉ N     ○ Y

**Serious head injury/Loss of Consciousness:**When:Cause:**Alcohol and Other Drug history:**PrescriptionAlcoholMarijuanaMethDrug AbuseOther1st Use:Last Use:Frequency:
◉ N     ○ Y

**Highest grade you completed in school:**12**GED:**
○ N     ◉ Y

**Ever in Special Education:**
◉ N     ○ Y

**Have you ever been charged and/or convicted of a sex offense:**
◉ N     ○ Y

**History of violent or aggressive behavior:**If yes, describe:
◉ N     ○ Y

**Are you suicidal right now:**If yes, what is method/plan:

Rev #: 373

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 13:07 | 96.8 | 82 | 20 | 5 8 | 165 | 116 | 76 | 162 | 25.09 | 98.00 | Pt reports HTN, DM. Denies asthma. Actual weight. Wears glasses. Elevated BG. In... |

### Objective Notes

see below

### Initial Mental Health Assessment - Objective

**Observation:** ☑ Appropriate ☐ Inappropriate ☐ Tearful **Affect (Observed):** ☐ Restricted ☐ Flat ☐ Labile ☑ Euthymic ☐ Depressed ☐ Anxious **Mood (Pt. Report):** ☐ Agitated ☐ Elevated ☐ Labile ☑ Unremarkable ☐ Disheveled ☐ Odd **Appearance:** ☑ Good ☐ Fair ☐ Poor **Hygiene:** ☑ Alert ☐ Confused ☐ Hyper vigilant ☐ Somnolent/Drowsy **Alertness:** ☑ Cooperative ☐ Limited ☐ Uncooperative **Interaction:** ☐ Distracted ☐ Guarded ☐ WNL ☐ Logical Coherent ☐ Illogical ☐ Slurred **Speech:** ☐ Rapid ☐ Disjointed ☐ Incoherent ☐ Slowed **Comment:**

speech impairment - im deaf

Rev #: 373

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|----------------|----------------------|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

no dts/dto

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

im made mh1 / records review indicates no hx of mh tx per eomis records. No record of mh tx reflected in aimes.

**Initial Mental Health Assessment - Plan**

**Disposition:** ☑ No emergent Mental Health needs. Inmate informed of how to access Mental Health services (HNR). ☐
Inmate referred to Psychiatry. Internal referral completed on: ☐ Inmate identified as in need of Mental Health watch:

Rev #: 373

---

**Patient Education**

**Patient Education Notes**

im educated on hnr and intake process.

---

**Health Classification**

Medical: Unknown
Mental: 1-No history of MH services                            Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*: No Review Required             Review Staff: Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| | | No Rows Found | | |

**Standard Forms**

| Type | Staff |
|---|---|
| | No Rows Found |

Exhibit 8

# Health Services Encounter

CHSS027C

Thursday April 16, 2020 13:24:38

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/22/2016 | Start Time*: | 11:52:04 |
| End Date*: | 06/22/2016 | End Time*: | 12:07:08 |
| Category: | Medical Provider | | |
| Type*: | Provider - Physical - Intake | Encounter Close Date: | 06/22/2016 |
| Location*: | ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: | 12:43:21 |
| Setting*: | Clinic | | |
| Staff Member*: | Malachinski, Leon | | |
| Title: | Medical Doctor | | |
| Form Type: | | | |

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

Intake H&P
NIDDM
HTN
deafness
TimeStamp: 22 June 2016 11:53:59 --- User: Leon Malachinski (Malale)

## Objective

### Vital Signs (1 - 3 of 3)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:52 | | 94 | | 5  8 | | 93 | 67 | NA | | | |
| 05:27 | | | | 5  8 | | | | 107 | | | |
| 05:27 | | | | 5  8 | | | | 107 | | | |

### Objective Notes

See H&P
TimeStamp: 22 June 2016 11:54:15 --- User: Leon Malachinski (Malale)

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID | Category | Type | National HIE | Diagnosis | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| Number | | | Code(s) | Code | | | |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

HTN
NIDDM
deafness
TimeStamp: 22 June 2016 11:55:30 --- User: Leon Malachinski (Malale)

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 2 of 2)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| METFORMIN HCL TABS (Glucophage)/500 Mg | RxNorm: 316256 - Metformin 500 MG; | 06/21/2016 | 1 | EVERY MORNING | 08/20/2016 | Approved/Approval |
| LISINOPRIL TABS (Zestril/Prinivil)/10 Mg | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 06/21/2016 | 1 | EVERY MORNING | 08/20/2016 | Approved/Approval |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 07/18/2016 | 09:00:00 | Health Services | Shroff, Subodh | ASPC-E COOK UNIT |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures (1 - 3 of 3)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Medical ADA Restrictions/Special Needs | Bottom bunk | 10/18/2017 | 10/19/2018 | TimeStamp: 22 June 2016 12:06:05 --- User: Leon Malachinski (Malale) |
| Medical ADA Restrictions/Special Needs | Avoid climbing stairs | 06/22/2016 | 06/21/2017 | TimeStamp: 22 June 2016 12:06:32 --- User: Leon Malachinski (Malale) |
| Medical Supplies/Special Equipment | WALKER | 06/22/2016 | 06/21/2017 | TimeStamp: 22 June 2016 12:07:00 --- User: Leon Malachinski (Malale) TimeStamp: 24 June 2016 15:26:52 --- User: Annesa Erdman (ERDAN01)changed to quad cane |

### Plan Notes

cleared for transfer
sched B4 30 days
accommodate for deafness
TimeStamp: 22 June 2016 11:57:36 --- User: Leon Malachinski (Malale)

## Patient Education

### Patient Education Notes

HNR process
TimeStamp: 22 June 2016 12:05:29 --- User: Leon Malachinski (Malale)

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified

☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

|  |  |  |
|---|---|---|
| Medical: | 3 | |
| Mental: | 1-No history of MH services | Prognosis: |
| SMI: | N-No | |
| Dental: | U-Unknown (Conversion) | |

### Classification and Security Notes

TimeStamp: 22 June 2016 12:05:36 --- User: Leon Malachinski (Malale)

## Encounter Orders Review

| | | | |
|---|---|---|---|
| Review Type*: | Pending Nurses Order | Review Staff: | Sienkiewicz, Iwona, RN |
| Review Date: | 06/22/2016 | Review Time: | 13:08:15 |

### Review Notes

sched B4 30 days for CC HTN,NIDDM
accommodate for deafness
issue walker, low bunk and low tier
TimeStamp: 22 June 2016 12:08:22 --- User: Leon Malachinski (Malale)
CC scheduled. Management is aware of the deafness
TimeStamp: 22 June 2016 13:10:59 --- User: Iwona Sienkiewicz (SIV1)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms (1 - 2 of 2)

| Type | Staff |
|---|---|
| Health Assessment - History | Malachinski, Leon |
| Health Assessment - Physical | Malachinski, Leon |

# Exhibit 9

# (Redacted)

| Last Name: ▮ | First: ▮ | MI: W | ADC: ▮ |
|---|---|---|---|

| Date: 06/22/2016 | Time: 11:52:04 AM | Sex: Male  Male | DOB: | Alias: |
|---|---|---|---|---|

Intake Form Reviewed: ◉ Yes ○ No If no, reason:

| Is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening:  ◉ No ○ Yes: | Interpreter Used: ◉ No ○ Yes  Name:  Service: |
|---|---|

## HISTORY

**Major Surgical History (within past year)** ◉ No ○ Yes (check all that apply and include date)

- ☐ Due to traumatic injury
- ☐ Heart Surgery
- ☐ Other:
- ☐ Brain Surgery
- ☐ Abdominal Surgery

**Medical Hospitalizations (within past year)** ◉ No ○ Yes:

**Ever had transplant surgery** ◉ No ○ Yes  ☐ Kidney ☐ Other:

**Past Significant Surgery** ○ No ◉ Yes: R leg ORIF with hardware

## MEDICATION REPORTED ○ None ◉ Unknown ○ See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| | Freq:  Last: | | ○ Clinic ○ Medication Container  ○ VA ○ Physician/Psychiatrist  ○ Pharmacy ○ Unable to Verify |

## ALLERGIES:Do you have any allergies (food, medication, enviromental)? ◉ No ○ Yes

## TOBACCO USE

Do you smoke: ○ Current ○ Former ◉ Never   Amount: packs/day   How Long:

## ALCOHOL USE

Do you drink alcohol: ◉ No ○ Yes
Type:
Last Use:
How Much:
How Often:
Prior treatment program: ○ No ○ Yes
Excessive Drinker: ○ No ○ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with stopping alcohol: ○ No ○ Yes (CIWA)
If yes, when:

## SUBSTANCE/DRUG USE

Substance/Drug Use/Rx  Do you use drugs: ◉ No ○ Yes
Do you use injectable drugs: ○ No ○ Yes Last Injectible Use:

| | How Often? | How Much? | Last Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |

☐ Methamphetamines ☐ Cocaine ☐ Other:
Prior treatment program: ○ No ○ Yes

## COMMUNICABLE DISEASES

**Hepatitis**
Have you ever had hepatitis: ○ No ○ Yes
Hep B: ○ No ○ Yes
Hep C: ○ No ○ Yes
Other:

**STD's**
Have you ever had an STD: ◉ No ○ Yes ☐ Treated
Syphilis: ○ No ○ Yes ☐ Treated
Gonorrhea: ○ No ○ Yes ☐ Treated
Chlamydia: ○ No ○ Yes ☐ Treated
Herpes: ○ No ○ Yes ☐ Treated
Other: ☐ Treated

Do you currently have symptoms?
◉ No ○ Yes
Describe:
Would you like to be tested for syphilis?
○ Declined ○ Yes

**HIV/AIDS**
Do you have HIV infection or AIDS:
◉ No ○ Yes
Are you currently taking medications:
○ No ○ Yes
When Diagnosed:

**Viral Load**
◉ No ○ Yes
Viral Load #:
When:
☐ Unknown

**T-Cell (CD4)**
◉ No ○ Yes
Count:
When:
☐ Unknown

**History of opportunistic infections?**
☑ None ☐ Thrush ☐ PCP ☐ Toxo
☐ Zoster ☐ Cryptococcal Meningitis
Have you been treated? No Yes
Are you currently receiving OI Meds? No Yes

**TB Symptoms**

| Weight loss: | ◉ No ○ Yes |
|---|---|
| Night sweats: | ◉ No ○ Yes |
| Fever: | ◉ No ○ Yes |
| Appetite loss: | ◉ No ○ Yes |

**TB**
Have you ever had a skin test for TB: ○ No ○ Yes ○ Don't Know
Prior + PPD: ○ No ○ Yes ○ Don't Know ○ Pending
Date of last PPD: 08/15/2015
Have you ever been treated for LTBI: ◉ No ○ Yes

Have you ever had active TB: ◉ No ○ Yes
Where diagnosed:
Date of Diagnosis: ☐ Treated
Duration of treatment:

Coughing blood: ☉ No ○ Yes

Persistent cough 2+ weeks: ☉ No ○ Yes

Weak/tired: ☉ No ○ Yes

☑ None

Duration of treatment:

Chest x-ray taken in the past year: ☉ No ○ Yes
Result: ○ Normal ○ Abnormal ○ Pending ○ Don't Know

## CHRONIC ILLNESSES

**Asthma**
Do you have asthma: ☉ No ○ Yes
How Long:
Last Episode:
Last ER Date:
Last hospitalization:
Have you ever had a tube put down your throat so that a machine breathes for you:
○ No ○ Yes, when:
Currently on steroids: ○ No ○ Yes
Peak Flow: ○ No ○ Yes
Reason not taken:

**Cardiovascular Disease (ask each question)**
Have you ever had any of the following problems with your heart:

Angina: ☉ No ○ Yes
Stents: ☉ No ○ Yes
Heart attack: ☉ No ○ Yes
CHF: ☉ No ○ Yes

Atrial fibrillation: ☉ No ○ Yes
Endocarditis: ☉ No ○ Yes
Blood clot in lungs or legs: ☉ No ○ Yes
Date of onset:

Internal defibrillator: ○ No ○ Yes   Date:
Pacemaker: ○ No ○ Yes   Date:
Bypass surgery: ○ No ○ Yes   Date:
Heart valve replacement: ○ No ○ Yes   Date:
Are you taking Warfarin, Coumadin, or Jantoven: ☉ No ○ Yes

**Cerebrovascular Disease**
Have you ever had:
CVA(Stroke): ☉ No ○ Yes
Last CVA:
TIA (Mini-Stroke): ☉ No ○ Yes
Last TIA:
**Comments**

---

**Diabetes**
Have you ever had diabetes or a problem with high blood sugar? ○ No ○ Yes
How Long: yrs
Have you been getting your fingersticks? ☉ No ○ Yes
Result:
Are you currently taking medication(s): ○ No ○ Yes
Are you currently taking insulin: ☉ No ○ Yes
Ever been hospitalized for diabetes: ☉ No ○ Yes

**Hypertension**
Have you ever had high blood pressure or hypertension: ○ No ○ Yes
How Long: yrs
Are you currently taking medication(s): ○ No ○ Yes
Three or more anti-hypertensives: ☉ No ○ Yes

**Epilepsy/Seizure**
Have you ever had a seizure or convulsion: ☉ No ○ Yes
Frequency greater than once a month: ○ No ○ Yes
Two or more anticonvulsants: ○ No ○ Yes
Are you taking medication for seizure: ○ No ○ Yes
Last Seizure:
**Comments**

---

**Gastrointestinal**   Have you ever been treated for problems with stomach or bowels: ☉ No ○ Yes
Have you ever vomited blood: ○ No ○ Yes    Frequency:    Last:    Comments:

Ever had dark, black stools from bleeding: ○ No ○ Yes    Frequency:    Last:    Comments:
Have you ever been told you have cirrhosis: ○ No ○ Yes
**Comments**

---

**COPD/Emphysema**   Do you have COPD or emphysema: ☉ No ○ Yes
$O_2$ dependent: ○ No ○ Yes    Hospitalization: ○ No ○ Yes    Hospitalization Date:
Ever been on a respirator: ○ No ○ Yes    CPAP: ○ No ○ Yes

---

**Cancer**
Have you ever had cancer: ☉ No ○ Yes
Do you currently have cancer: ○ No ○ Yes
What type of cancer:
Are you currently being treated for cancer: ○ No ○ Yes
When diagnosed:
Treatment: ☐ None ☐ Chemo ☐ Radiation ☐ Surgery ☐ Other:

**Dialysis**
Are you currently on dialysis: ☉ No ○ Yes
Are you currently getting your dialysis treatments: ○ No ○ Yes
Type: ○ Hemodialysis ○ Peritoneal
Number of times per week:
Last dialyzed:

☐ **Other Current Significant Medical Conditions**
Referral Needed: ○ No ○ Yes

## BEHAVIORAL HEALTH

**BEHAVIORAL HEALTH**

| | |
|---|---|
| Do you have any current mental health complaints? ◉ No ○ Yes   Describe: | |

| | |
|---|---|
| Do you have a history of a mental health problem? ◉ No ○ Yes | Family history of mental illness: ◉ No ○ Yes |

Have you ever been diagnosed with a mental illness:     ◉ No ○ Yes, check which illness:
☐ Schizophrenia ☐ Major Depression ☐ Bipolar ☐ Other:

| | |
|---|---|
| Do you feel like there is nothing to look forward to (hopeless/helpless): ◉ No ○ Yes | Are you thinking of hurting yourself now: ◉ No ○ Yes |
| Family/friends history of suicide: ◉ No ○ Yes | Recent significant loss: ◉ No ○ Yes |
| History of suicide attempt(s): ◉ No ○ Yes Last Attempt: | Are you thinking of suicide now: ◉ No ○ Yes |

| | |
|---|---|
| History of psych hospitalization: ◉ No ○ Yes    Within last year: ○ No ○ Yes | |
| History of psychotherapy / group therapy: ◉ No ○ Yes    Within last year: ○ No ○ Yes | |
| History of psychotropic medication(s): ◉ No ○ Yes | |

| | | |
|---|---|---|
| History of hearing things: ◉ No ○ Yes | History of seeing things: ◉ No ○ Yes | Are you thinking of hurting others now: ◉ No ○ Yes |
| History of violent behavior: ◉ No ○ Yes | History of victimization: ◉ No ○ Yes | History of sex offenses: ◉ No ○ Yes |

Neurological deficit: ◉ No ○ Yes

**ADDITIONAL COMMENTS**

sign pad not working

**Health History:** ◉ Completed ○ Refused

L. Malachinski Malale

06/22/2016

Interviewer's Signature

# Exhibit 10

# (Redacted)

| Last Name: ▓▓▓ | First: ▓▓▓ | MI: W | ADC: ▓▓▓ | |
|---|---|---|---|---|
| Date: 06/22/2016 | Time: 11:52:04 AM | Sex: Male  Male | DOB: ▓▓▓ | Alias: |

## PHYSICAL

### GENERAL OBSERVATION

**General Appearance:**

Acute Distress: ◉ No ○ Yes          Dehydrated: ◉ No ○ Yes          Additional Observation: ○ No ○ Yes

Describe:                              Describe:                        Describe:

If this is an intake physical, I have reviewed the nurse Intake and Receiving Screening form containing the patient's history: ◉ Y ○ N

If this is an intake physical, is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening?

| **Mobility Restrictions** ◉ No ○ Yes | **Physical Aids** ◉ No ○ Yes | **Hearing Disability** ○ No ○ Yes |
|---|---|---|
| ☐ Deformity  ☐ Amputation | ☐ Wheelchair  ☐ Crutches/Canes | Deaf: ○ Right ○ Left ◉ Both ○ |
| ☐ Cast  ☐ Splint | ☐ Brace  ☐ CPAP | Neither |
| ☐ Paraplegic  ☐ Quadriplegic | ☐ Other: | Hearing Impaired: ○ Right ○ Left ◉ Both ○ |
| ☐ Other: | | Neither |
| | | Hearing Aid ○ No ○ Yes |

**Visual Impairment** ◉ No ○ Yes

Blind: ○ Right ○ Left ○ Both ○ Neither          Wears Corrective Lenses: ○ No ○ Yes          Wears Contact

Lenses: ○ No ○ Yes

☐ Other:

### MENTAL HEALTH / RESPONSE TO INCARCERATION

| Oriented to: | Psychomotor | Speech | Mood | Affect | Thought Process |
|---|---|---|---|---|---|
| Person: ○ No ◉ Yes | ☑ Unremarkable | ☑ Unremarkable | ☑ Unremarkable | ☐ Appropriate to affect | ☑ Logical |
| Place: ○ No ◉ Yes | ☐ Agitation | ☐ Incoherent | ☐ Irritable/Angry | ☐ Inappropriate to affect | ☐ Illogical |
| Time: ○ No ◉ Yes | | ☐ Slurred | ☐ Anxious | ☐ Labile | ☐ Relevant |
| If no, describe: | | ☐ Mute | ☐ Depressed | ☐ Flat | ☐ Irrelevant |
| | | | ☐ Embarrassed/Humiliated | | |

### EXAMINATION

**Visual Acuity (Snellen)**     Completed: ◉ No ○ Yes

Without Correction:     R: L: Both:

With Correction:     R: L: Both:

**Oral Cavity**     ☐ Unremarkable

☐ Lesions          Describe:
☐ Dry Membranes          Describe:
☐ Pharyngitis          Describe:
☐ Thrush          Describe:
☐ Tonsilitis          Describe:
☐ Abscess          Describe:
☑ Other: poor dentition          Describe:
Describe: many missing teeth

**Neck**     ☑ Unremarkable

☐ Appears Asymmetrical          Describe:
☐ Obvious Masses          Describe:
☐ Other:
Describe:

**Breasts**     ☑ N/A

**Abdomen**     ☑ Unremarkable/Soft

☐ Tender          Describe:
☐ Liver possible enlarged          Describe:
☐ Other:
Describe:

**Skin**     ☑ Unremarkable

☐ Rash          Describe:
☐ Skin Abscess          Describe:
☐ Tracks          Describe:

**Head / Eye**     ☑ Unremarkable

☐ Pupils equal and reactive          Describe:
☐ Contusions          Describe:
☐ Pale Conjuctiva          Describe:
☐ Lacerations          Describe:
☐ Sclera Icteric          Describe:

**Hearing**     ☐ Appears Adequate

☐ Hearing Diminished          Describe:
☑ Other:          Describe: deafness

**Chest**     ☑ Lungs Clear

Major surgical scar: ◉ No ○ Yes          Describe:
☐ Wheezes  ☐ Rhales  ☐ Rhonchi          Describe:

**Heart**

Rate: ◉ Normal ○ Brady ○ Tachy
Describe:
Rhythm: ◉ Regular ○ Irregular
Describe:
Possible Murmur: ◉ No ○ Yes:

**Extremities**     ☐ Unremarkable

☐ Grip strength equal          Describe:
☐ Edema          Describe:
☐ Cyanosis          Describe:
☑ Other: R leg          Describe:
Describe: surg scars from thigh to foot

☐ Soft tissue infection          Describe:
☐ Surgical Scars          Describe:
☐ Tattoos          Describe:

## EXAMINATION

☐ Other: Describe:

**Does patient's age, sexual history, medical history past or present indicate the need for a pelvic, rectal, genitalia or prostate exam:** ○ No  ● Yes

## HEALTH EDUCATION

| ☐ Oral Hygeine | ☐ Nutrition | ☐ Sexually Transmitted Diseases | ☐ Substance Abuse |
| ☐ Exercise | ☐ Tobacco Cessation | ☐ HIV Testing | ☐ Other: |

## ADDITIONAL COMMENTS

norm male circ genitalia w/o hernia-pt refused prostate exam
sign pad not working

**Referral**

| ☐ Nursing Sick Call | ○ Routine ○ Expedited | ☐ Chronic Care Clinic | ○ Routine ○ Expedited |
| ☐ MD/NP/PA Sick Call | ○ Routine ○ Expedited | ☐ Dental referral | ○ Routine ○ Expedited |
| ☐ Mental Health | ○ Routine ○ Expedited | | |

**My information is correct, the grievance process has been explained and I have the opprotunity to ask questions:** ● Yes ○ No, Explain:

**Physical Exam:** ● Completed ○ Refused

---

Patient's Signature

L. Malachinski Malale

Interviewer's Name (printed)

Interviewer's Signature

L. Malachinski Malale

Practitioner's Name (printed)

Practitioner's Signature

# Exhibit 11

# Health Services Encounter

CHSS027C

Tuesday April 14, 2020 11:28:06

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/24/2017 | Start Time*: | 13:39:20 |
| End Date*: | 07/24/2017 | End Time*: | 13:52:09 |
| Category: | Medical Provider | | |
| Type*: | Provider - Follow Up Care | Encounter Close Date: | 07/27/2017 |
| Location*: | ASPC-E COOK UNIT  [A14] | Encounter Close Time: | 18:29:48 |
| Setting*: | Clinic | | |
| Staff Member*: | Young, Murray | | |
| Title: | Medical Doctor | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes
What type of interpreter services were used for the encounter*:
Healthcare Staff Used for Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

PAIN IN LEFT FOOT HAS HARDWARE ALSO C/O BLOOD IN STOOL.
PT PRESENTS IN WC WITH, PT MUTE SIGN LANGUAGE

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13:23 | 98.5 | 67 | 16 | 5 8 | 171 | 112 | 62 | NA | 26.00 | 97.00 | F/U-BLURRED VISION,FEELING SHAKY |

### Objective Notes

PE HEENT WNL
CHEST CTA B/L
CVS RRR NO GMR
ABD BS+ NO TGD
EXT L FOOT PAST TRAUMA OBVOIUOS FUSION NO CCE

## Assessment

### Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| M25.472 | Effusion, left ankle |

### Active Allergies/Health Problems/Conditions (1 - 6 of 6)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |

**Assessment Notes**

| None |
|---|

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 3 of 3)    **View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| METFORMIN HCL TABS (Glucophage)/500 Mg | RxNorm: 861007 - metFORMIN HCl 500 MG Oral | 06/24/2017 | 1 | EVERY MORNING | 12/21/2017 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| | Tablet; | | | | | |
| LISINOPRIL TABS (Zestril/Prinivil)/10 Mg ⚠ | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 06/24/2017 | 1 | EVERY MORNING | 12/21/2017 | Received from Pharmacy |
| ATORVASTATIN TABS (Lipitor)/20 Mg | RxNorm: 617310 - atorvastatin 20 MG Oral Tablet; | 03/19/2017 | 1 | EVERY BEDTIME | 09/14/2017 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| ACETAMINOPHEN TABS (Tylenol Es)/500 Mg ⚠ | RxNorm: 209443 - Acetaminophen 500 MG Oral Tablet [Mapap]; | 07/24/2017 | 1 | TWICE DAILY | 08/22/2017 | Approved/Approval |

### Lab Test Orders (1 - 1 of 1)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| CBC WITH DIFF | LOINC: 786-4 - MCHC; 38518-7 - IMMATURE GRANULOCYTES; 35332-6 - BANDS; &n... | ASAP (Draw-24hrs;Reslts-48hrs) | Completed - Results Reviewed | See Report | From Vendor |

### X-Ray Orders (1 - 1 of 1)

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| Ankle, 3V LT | CPT: 73610 - RADIOLOGIC EXAMINATION, ANKLE; COMPLETE, MINIMUM OF THREE VI; | Routine (X-Ray-10days;Results-48hrs) | Interpretive Findings Reviewed |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 07/25/2017 | 13:39:20 | Health Services | Young, Murray | ASPC-E COOK UNIT |
| 08/03/2017 | 13:39:20 | Health Services | Young, Murray | ASPC-E COOK UNIT |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

L ANKLE XRAYS ORDERED  WILL REVIEW FOR HARDWARE PLACEMENT OF DISRUPTION
BRBPR= CHECK HEMOCULT AND CBC
TYLENOL 500 MG 1 TAB BID FOR PAIN

## Patient Education

### Patient Education Notes

TimeStamp: 24 July 2017 13:49:17 --- User: Murray Young (YOUMU01)

## Health Classification

Medical: 3
Mental: 1-No history of MH services                   Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

TimeStamp: 22 June 2016 12:05:36 --- User: Leon Malachinski (Malale)

## Encounter Orders Review

Review Type*: Pending Nurses Order      Review Staff: Gowey, Catherine, RN
Review Date: 07/24/2017      Review Time: 19:34:45

### Review Notes

Reviewed

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 07/24/2017      Time: 13:52:09      User: Murray Young (YOUMU01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-E SMU I SOUTH | Medical Doctor |
| ASPC-T COMPLEX CDU | Medical Doctor |
| ASPC-L BACHMAN MDM I | Medical Doctor |
| ASPC-S COMPLEX SAFFORD | Medical Doctor |
| ASPC-Y DAKOTA I | Medical Doctor |

| **Office/Facility of User as of today** | **Work Assignment** |
|---|---|
| ASPC-F COMPLEX FLORENCE | Medical Doctor |
| ASPC-F CENTRAL I # | Medical Doctor |
| ASPC-F SOUTH UNIT | Medical Doctor |
| ASPC-F EAST UNIT | Medical Doctor |
| ASPC-F NORTH UNIT | Medical Doctor |
| ASPC-E SMU I NORTH | Medical Doctor |
| ASPC-F CB-KASSON CD# | Medical Doctor |
| ASPC-E COOK UNIT | Medical Doctor |

| | |
|---|---|
| ASPC-E COMPLEX EYMAN | Medical Doctor |
| ASPC-E MEADOWS CDU # | Medical Doctor |
| ASPC-E BROWNING UNIT | Medical Doctor |
| ASPC-F CENTRAL IPC | Medical Doctor |
| ASPC-E BROWNING D/RW | Medical Doctor |
| ASPC-E SMU I SOUTH | Medical Doctor |
| ASPC-E BROWNING MHW | Medical Doctor |
| ASPC-E SMU I CDU | Medical Doctor |
| ASPC-E RYNNING CLOS# | Medical Doctor |
| ASPC-E SMU I EAST | Medical Doctor |
| ASPC-E SMU I MHW | Medical Doctor |
| ASPC-E SMU BMU | Medical Doctor |
| ASPC-E MEADOWS MED | Medical Doctor |
| ASPC-F TEMPE ST.LUKES HOSP | Medical Doctor |
| ASPC-F KASSON MHU | Medical Doctor |
| ASPC-E MAX INTAKE | Medical Doctor |
| ASPC-E BRWN ENHANCED HSNG | Medical Doctor |
| ASPC-F CU RESTRICTIVE HSNG | Medical Doctor |
| ASPC-PV COMPLEX P-VILLE | Medical Doctor |
| ASPC-PV SAN PEDRO 1 | Medical Doctor |
| ASPC-PV LUMLEY 1 | Medical Doctor |
| ASPC-PV SANTA CRZ I | Medical Doctor |
| ASPC-PHX ALHAMBRA | Medical Doctor |
| ASPC-PHX FLAMENCO M.HLTH MALE | Medical Doctor |
| ASPC-PHX INMATE WRKR | Medical Doctor |
| ASPC-PHX BAKER WARD | Medical Doctor |
| ASPC-PHX FLAMENCO M. HLTH FEM | Medical Doctor |
| ASPC-PV LUMLEY CDU # | Medical Doctor |
| ASPC-F FLOR/GLOBE | Medical Doctor |
| ASPC-PHX ASPEN/SPU | Medical Doctor |
| ASPC-PV RECEPTION # | Medical Doctor |
| ASPC-PV SPEC. MANAG# | Medical Doctor |
| ASPC-PV MINORS # | Medical Doctor |
| ASPC-PV COMPLEX MHW | Medical Doctor |
| ASPC-PV SANTA ROSA | Medical Doctor |
| ASPC-PV PIESTEWA | Medical Doctor |
| ASPC-PV SPECIAL NEEDS | Medical Doctor |
| ASPC-PV SAN CARLOS | Medical Doctor |
| ASPC-PHX FLAMENCO M/H P/S | Medical Doctor |
| ASPC-PHX FLAMENCO M/H MAX LVL | Medical Doctor |
| ASPC-PHX FLAMENCO IDA WATCH | Medical Doctor |
| ASPC-PV LUMLEY DEATH ROW | Medical Doctor |
| ASPC-PV S. MARIA I | Medical Doctor |
| ASPC-PV WOMENS TRTMT SANTA MARIA | Medical Doctor |
| ASPC-PV LUMLEY II # | Medical Doctor |
| ASPC-T COMPLEX TUCSON | Medical Doctor |
| ASPC-T RINCON I | Medical Doctor |
| ASPC-T SANTA RITA | Medical Doctor |
| ASPC-T COMPLEX CDU | Medical Doctor |
| ASPC-T MINORS I | Medical Doctor |
| ASPC-T CIMARRON I | Medical Doctor |
| ASPC-T CIMARRON CDU | Medical Doctor |
| ASPC-T MANZANITA | Medical Doctor |
| ASPC-T MANZANITA CDU | Medical Doctor |
| ASPC-T WINCHESTR CDU | Medical Doctor |

| | |
|---|---|
| ASPC-T RINCON IPC | Medical Doctor |
| ASPC-T MANZANITA SNU | Medical Doctor |
| ASPC-T CIM TRNST | Medical Doctor |
| ASPC-T CIMARRON II | Medical Doctor |
| ASPC-T MINORS RCPTN | Medical Doctor |
| ASPC-T MINORS MAX # | Medical Doctor |
| ASPC-T RINCON MHW | Medical Doctor |
| ASPC-T RINCON MHU | Medical Doctor |
| ASPC-T CATALINA UNIT | Medical Doctor |
| ASPC-T WHETSTONE | Medical Doctor |
| ASPC-T WINCHESTER GP | Medical Doctor |
| ASPC-T RINCON SNU | Medical Doctor |
| ASPC-T CIM ICE TRNST | Medical Doctor |
| ASPC-D COMPLEX DOUGLAS | Medical Doctor |
| ASPC-D PAPAGO # | Medical Doctor |
| ASPC-D MOHAVE UNIT | Medical Doctor |
| ASPC-D GILA UNIT | Medical Doctor |
| ASPC-D MOHAVE CDU | Medical Doctor |
| ASPC-D EGGERS UNIT # | Medical Doctor |
| ASPC-L COMPLEX LEWIS | Medical Doctor |
| ASPC-L STINER UNIT I | Medical Doctor |
| ASPC-L STINER CDU | Medical Doctor |
| ASPC-L MOREY CDU | Medical Doctor |
| ASPC-L BARCHEY UNIT# | Medical Doctor |
| ASPC-L BACHMAN CDU | Medical Doctor |
| ASPC-L IPC | Medical Doctor |
| ASPC-L BUCKLEY SU | Medical Doctor |
| ASPC-L MOREY TRNST | Medical Doctor |
| ASPC-L RAST MAX | Medical Doctor |
| ASPC-L MOREY UNIT | Medical Doctor |
| ASPC-L SUNRISE UNIT | Medical Doctor |
| ASPC-L BARCHEY MDM I | Medical Doctor |
| ASPC-L BUCKLY UNT I | Medical Doctor |
| ASPC-L BARCHEY MED PS | Medical Doctor |
| ASPC-L RAST CLOSE | Medical Doctor |
| ASPC-L BACHMAN MDM I | Medical Doctor |
| ASPC-L BCHMN MXD 2 # | Medical Doctor |
| ASPC-L EAGLE POINT MN GP | Medical Doctor |
| ASPC-PHX COMPLEX PHOENIX | Medical Doctor |
| ASPC-S COMPLEX SAFFORD | Medical Doctor |
| ASPC-S GRAHAM UNIT | Medical Doctor |
| ASPC-S TONTO # | Medical Doctor |
| ASPC-S FORT GRANT | Medical Doctor |
| ASPC-S FG MILE DET | Medical Doctor |
| ASPC-W COMPLEX WINSLOW | Medical Doctor |
| ASPC-W CORONADO UNIT | Medical Doctor |
| ASPC-W KAIBAB I | Medical Doctor |
| ASPC-W WINSLOW CDU | Medical Doctor |
| ASPC-W APACHE UNIT | Medical Doctor |
| ASPC-W KAIBAB II # | Medical Doctor |
| ASPC-Y COMPLEX YUMA | Medical Doctor |
| ASPC-Y YUMA COCOPAH | Medical Doctor |
| ASPC-Y YUMA CHEYENNE | Medical Doctor |
| ASPC-Y DAKOTA I | Medical Doctor |
| ASPC-Y DAKOTA CDU | Medical Doctor |

| | |
|---|---|
| ASPC-Y YUMA LA PAZ | Medical Doctor |
| ASPC-Y YUMA CIBOLA | Medical Doctor |
| ASPC-Y YUMA CDU | Medical Doctor |
| CENTRAL REGIONAL OFF | Medical Doctor |
| ASPC-E BROWNING STG | Medical Doctor |
| ASPC-L RAST CLOSE MGMT | Medical Doctor |
| ASPC-F CENTRAL CLOSE M/H | Medical Doctor |
| ASPC-F CENTRAL CLOSE | Medical Doctor |
| ASPC-L SUNRISE PC # | Medical Doctor |
| ASPC-E SMU BMU # | Medical Doctor |
| ASPC-T RESIDENTIAL MED HSG | Medical Doctor |
| ASPC-E RYNNING CDU | Medical Doctor |
| ASPC-E MEADOWS II | Medical Doctor |
| ASPC-E RYNNING MED # | Medical Doctor |
| ASPC-E RYNNING MIXE# | Medical Doctor |
| PV-LUMLEY M/H # | Medical Doctor |
| ASPC-T SANTA RITA 2# | Medical Doctor |
| E-RYNNING CLOSE MGM# | Medical Doctor |

Show Add History

# Exhibit 12

# (Redacted)



**DR. EDWARD BERGER**
2 Middlesex Road
East Greenbush, NY 12061
518-479-4722
Cell 518-225-3300

**CORRECTIONAL EYE CARE**
NETWORK SERVICES

**DR. MARK R. MAXON**
Lake Placid, NY 12946
518-523-3535
Fax 518-523-3737

## EYE GLASS ORDER FORM

**1.** Name: _[redacted]_                     Date: 6/18/18

Facility Location: _ASPC-Eyman/ Meadows Unit_

**2.**

| DISTANCE | SPHERE | CYL. | AXIS | DEC. | PRISM | BASE |
|---|---|---|---|---|---|---|
| R | +1.00 | | | | | |
| L | +0.50 / +6.25 | -0.50 | 090 | | | |

| NEAR | ADD | SEG. HEIGHT | SEG. WIDTH | SEG. INSET | TOTAL INSET |
|---|---|---|---|---|---|
| R | +2.25 | 18 | | | |
| L | +2.25 | 18 | | | |

| PD | DIST | NEAR |
|---|---|---|
| | 60 | 57 |

**3.**

**FRAME INFORMATION**

STYLE _Ben SC_          SIZE          COLOR

**4.**

**LENS INFORMATION**

(PLASTIC)      POLY      PGX      HI IND

HARDCOAT:      YES      NO

**COLORS**

ROSE ____ %
GREEN ____ %          PGX
GRAY ____ %          TRANSITIONS
BROWN ____ %
SOLID-GRADIENT          U.V.

**5.** Facility Name: _ASPC-Eyman/ Meadows Unit_

Address: _P.O. Box 695_
_Florence, AZ 85132_

**FAX FORM INSTRUCTIONS**

1. Enter Name & Full Facility Name
2. Copy Rx into
   a. Sphere, Cyl & Axis
   b. Include +/-
   c. Near Power if Bifocal (Add)
3. Enter Frame Info
   a. Style
   b. Size
   c. Color
4. Enter any Options
   Tint, Hardcoat
   Upgrade Lens Material
5. Enter Facility Name & Address

## FAX:
## 518-523-3737

1. Please include Clinic Log Sheet *with Eyeglass Order Form.*

2. Please Do NOT fax Medical Eye Records.

**NOTES/COMMENTS:**

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Optometry Patient**

| Date 6/18/18 | A | Reason for Visit DFE Lee -10/16 | Have you ever worn glasses? ☐ Yes ☐ No |
|---|---|---|---|
| When? | How Long? | Have you ever had an allergy? ☐ Yes ☐ No | Do you get headaches, eyes water or blur? ☐ Yes ☑ No |
| Specify | | Do you see spots, halos, flashing lights, vision loss? ☐ Yes ☑ No | |
| Specify | | Have you ever had an eye injury? ☐ Yes ☐ No | Surgery to eyes? ☐ Yes ☐ No |
| Eye Turn ☐ Yes ☐ No | Do you or a family member now have or ever had glaucoma, diabetes, cataracts, high blood pressure, heart condition, thyroid problem? ☐ Yes ☐ No | | |
| Specify | | What medications if any are you taking? | |
| What medications are you allergic to? | | Additional Information | |

**CRN Signature** Does not Hear
NR    NR

| O L D R X | SPHERE | CYLINDER | AXIS | ADD | BC | PD | ACUITY |
|---|---|---|---|---|---|---|---|
| | +0.75 | | | | 60/57 | | |
| | +0.25-0.25X090 | | | | | | |
| 4 | OD | | | | | | |
| | OS | | | | | | |
| 7 | OD +1.00 | | | 20/ NR | | | |
| | OS +0.25-0.50X090 | | | 20/ NR | | | |
| 8 | | | 12 | | | | |
| DEDUCTIONS | | | | | | | |
| NEAR TESTS THRU | | | 1st 20/ | | | | |
| 13B | GRADIENT | | | | | | |
| 12B | DUCTIONS | | | | | | |
| 14B | | | 15B | | | | |
| | | | 21 | NRA | | | |
| RANGE Thru | | | D | TO | | | |

| Visual Activity: (Without glasses) | Distance | R | L |
|---|---|---|---|
| | Near | R | L |

| PUPILS | PERRLA |
|---|---|
| EOM | NORMAL |
| C.T. | PR     PP |
| PD 60/57 | NPC          cm |

C/D
MARGIN 020/cre OD/OS
DEPTH
A/V
BG
MACULA
FR
MEDIA

pt refused Tonometry

TONOMETRY:    TIME_____ OD____ OS____

WNL    ADNEXA    WNL
SCLERA
CORNEA
IRIS
LENS
ANGLE

LENS OD/OS

**Additional Tests**
① cataracts ① Fu
OU
Final Dx
OD +1.00
OS +0.50-0.50X090

| F I N A L R X | OD | | PRISM | BD |
|---|---|---|---|---|
| | OS | | | |
| | ADD | +2.25 | PD | / |

**Provider's Signature/Stamp/Date**

Institution/Facility
**ASPC-Eyman/ Meadows Unit**

1101-30

1 of



# ARIZONA DEPARTMENT OF CORRECTIONS

## Eyeglass Agreement of Responsibility

I have received one pair of eyeglasses. I agree to be responsible for the care and maintenance of my eyeglasses.

I will be eligible for replacement of my eyeglasses, by the Medical Department, EVERY TWO (2) YEARS.

If they are lost, stolen, or broken before two years, I will be financially responsible for the replacement of my eyeglasses.

He recibido un par de anteojos. Estoy de acuerdo en ser responsable por el cuidado y mantenimiento de mis lentes.

Si están perdidos, robados o rotos antes de dos años, seré financieramente responsable por el reemplazo de mis anteojos.

| INMATE | DATE/FECHA (mm/dd/yyyy) |
| | 08/25/2018 |

| WITN | |
| SIGNATURE | DATE (mm/dd/yyyy) |
| Roman | 08/25/2018 |

| INMATE NAME | | ADC NUMBER |
| | | |
| | INSTITUTION/UNIT | |
| | ASPC-Eyman/ Meadows Unit | |

## CUSTOMER: ASPC EYMAN

## JOB: 311288 | Date: 2018/08/03 09:19:50

**PRESCRIPTION DATA**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R | +1.00 | | | 2.25 |
| L | +.50 | -.50 | 90 | 2.25 |

**CENTERING DATA**

| | IPD | OCHT | NPD | NH |
|---|---|---|---|---|
| | 28.5 | 18.0 | | 18.0 |
| | 28.5 | 18.0 | | 18.0 |

**LENS DATA**
Vision: Bifocal
Material: Plastic

**FITTING DATA**
Frame: Plastic
Bevel: Automatic
Polish : No
Safety Bevel -

**SHAPE DATA**



H:57.78 V:52.42 Dmin:67     **DBL** 15.00     H:57.78 V:52.42 Dmin:67

**SHAPE MODIFICATION**   Nasal: 0.0 Temporal: 0.0 Top: 0.0 Bottom: 0.0

Comments: ████████ / Ben 50 Brown



311288



8 / 25 / 18

*Elmer Roman, NA*

Exhibit 13

CHSS027C

# Health Services Encounter

Tuesday April 14, 2020 11:19:25

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 08/12/2018 | Start Time*: | 05:39:49 |
| End Date*: | 08/12/2018 | End Time*: | 05:40:54 |
| Category: | Nursing | | |
| Type*: | Nurse - ICS Response | Encounter Close Date: | 08/12/2018 |
| Location*: | ASPC-E MEADOWS MED  [A44] | Encounter Close Time: | 05:47:27 |
| Setting*: | Clinic | | |
| Staff Member*: | Gant, Emily | | |
| Title: | Lic Practical Nurse | | |
| Form Type: | NET-Chest Pain | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Healthcare Staff Used for Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

IM brought to medical during insulin by another IM c/o of chest pain, ICS initiated, IM in WC, IM is deaf has a assistant translate

### NET-Chest Pain - Subjective

**Chief complaint:** Chest pain 04:50:00 **Onset Date:** 8/12/2018 **Time:**
○ Y                                                    ⦿ N

**Have you had this problem before:** Describe:
○ Y                                                    ⦿ N

**Recent injury/trauma to chest:** Explain: **Chest Pain:** Pain scale: now /10 At worst: /10 **What makes it better: What makes it worse:** ☐ Sharp/stabbing ☐ Worse with deep breathing ☐ Radiation ☐ Neck ☐ Jaw ☐ Arm ☐ Crushing ☐ Heaviness ☐ Tightness ☐ Constant ☐ Intermittent **Associated Factors:** ☑ Lightheaded ☐ Fainting ☐ Sweating ☐ Nausea/vomiting ☐ Fever ☐ Shortness of breath ☐ Anxiety
○ Productive                              ○ Nonproductive
☐ Cough **Other Factors:** ☐ Smoking PPD/Yrs ☐ Recent respiratory infection      ☐ Recent cocaine use
○ Ingested                    ○ Inhaled                        ○ Injected
☐ Foreign substance What: **Current Medications: See current medication list and MAR.** ☐ Aspirin ☐ Nitroglycerin ☐ Anticoagulants ☐ Oral contraceptives   ☐ Heart or BP meds ☐ Other: ☐ New medication within past 30 days? What medication? **Pertinent Medical Conditions:** ☐ High cholesterol ☑ High blood pressure ☐ CHF ☐ Stroke ☐ Previous MI ☑ Heartburn/GERD ☐ Pacemaker ☐ Stent ☑ CAD ☑ Diabetes ☐ Cardioversion ☐ Atrial fibrillation  ☐ Internal defibrillator ☐ History of blood clots in the lungs ☐ History of blood clots in the legs ☐ Cardiac surgery   What: When: **Family History:** ☐ Cardiac Who: Age at Onset:

Rev #: 915

---

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|--------|----------|
| 05:44 | 98.7 | 78 | 16 | 5  8 | 188 | 126 | 74 | 113 | 28.58 | 100.00 | |

### Objective Notes

VSS. PERRLA bilateral. IM is deaf and mute but makes sounds of discomfort. IM has a translator who knows sign language who assisted with the translation. IM complaining of chest pain originally, EKG preformed, Normal sinus rhythm normal EKG.

Lugs CTA, Regular rate and rhythm.
IM then states he just has a bad headache and is dizzy then begins to dry heave. Tylenol 325mg (2) oral tabs given to IM for relief of headache.
IM remained in medical for approximately 40 minutes and reported relief after laying down on the gurney with dimmed lights, IM sent home to rest without further complications.

**NET-Chest Pain - Objective**

**Call practitioner if T>100, P>100, or SBP<100.**
○ Y      ○ N
**Chronic care clinic:What clinic(s):Apical pulse:Respiratory:** ☑ Normal ☐ Cough ☐ Labored ☐ SOB ☐ Stridor ☐ Accessory muscle use**Lung sounds:** ☑ Clear ☐ Wheezing ☐ Diminished ☐ WetR Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ WetL Lung ☑ Regular ☐ Irregular ☐ Strong ☐ Weak ☐ Thready ☐ Bounding**Pulse:** ☑ Warm ☑ Dry ☐ Pale ☐ Red ☐ Cold ☐ Clammy**Skin:** ☑ Soft non-tender ☐ Distended ☐ Hard**Abdomen:** ☐ Tender ☐ Rebound tenderness ☐ Guarding ☐ Pedal Pulse ☐ Left ☐ Right**Lower extremities:**(Dorsalis pedis) ☐ Pitting Edema ☐ Left ☐ Right(+)(+) ☐ Tenderness ☐ Left ☐ Right**Tests:Enter fingerstick results for diabetics in the vital signs section of the encounter.** ☑ EKG (All)**Comments:**

Rev #: 915

**Assessment**

**Active Allergies/Health Problems/Conditions** (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 11/07/2017 | 11/07/2017 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 171024009 - Advice about treatment given (situation) | Counseling, unspecified [Z71.9] | Assessed | 12/07/2017 | 12/07/2017 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 194424005 - Sensorineural hearing loss, bilateral (disorder) | Sensorineural hearing loss, bilateral [H90.3] | Assessed | 06/14/2018 | 06/14/2018 |
| 011 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 07/21/2018 | 07/21/2018 |

#### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

#### Assessment Notes

Deferred

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

#### Active Drug Prescription Orders (1 - 4 of 4)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| OMEPRAZOLE CPDR (Prilosec)/20 Mg 🔸 | RxNorm: 198051 - omeprazole (as omeprazole magnesium 20.6 MG) 20 | 07/16/2018 | 1 | EVERY BEDTIME | 08/14/2018 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| | MG Delayed Release Oral Capsule;&nb... | | | | | |
| LISINOPRIL TABS (Zestril/Prinivil)/10 Mg | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy |
| METFORMIN HCL TABS (Glucophage)/500 Mg | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy |
| ATORVASTATIN TABS (Lipitor)/20 Mg | RxNorm: 617310 - atorvastatin (as atorvastatin calcium) 20 MG Oral Tablet; | 03/14/2018 | 1 | EVERY BEDTIME | 09/09/2018 | Received from Pharmacy |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Tylenol 325mg (2) oral tabs given to IM for relief of headache.
IM remained in medical for approximately 40 minutes and reported relief after laying down on the gurney with dimmed lights, IM sent home to rest without further complications

**NET-Chest Pain - Plan/Intervention**

☐ Emergent Intervention **Practitioner notified:Time:If CPR or AED is initiated use Emergency Response Form.EMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Call practitioner for any chest pain☐ Abnormal vital signs (Rule of 100s)T>100, P>100, SBP<100☐ Abnormal fingerstick, Diabetic <70 or > 240☐ Abnormal EKG☐ Other: ☐ MAR☐ Medical record**Reviewed with practitioner:** ☐ Seen by practitioner **Name:Time:**

○ Y                                              ○ N

☐ Read back practitioner orders **Practitioner orders received:Disposition:** ☐ Return to unit☐ Monitor/Observation ☐ Admit to infirmary☐ Other:**Comments:** ☐ Nursing intervention**Continuity of Care:** ☐ Nurse follow up scheduled☐ Referral to practitioner for current presenting complaint☐ Referral to practitioner for multiple visits for same complaint☐ Referred to practitioner for evaluation of enrollment in CCC☐ Custody notified of special needs☐ No further follow up needed at this time☐ Seen by PractitionerName:Time: ☐ Contacted practitionerName:Time:Practitioner orders received

○ Y                                              ○ N

☐                                                                                                              erin, if all

Rev #: 915

---

**Patient Education**

**Patient Education Notes**

F/U via HNR PRN.

**NET-Chest Pain - Patient Education**

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☐ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow-up care

Rev #: 915

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)     ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  3
Mental:  1-No history of MH services          Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  No Review Required         Review Staff:  Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 14

CHSS027C        # Health Services Encounter        Tuesday April 14, 2020 11:13:50

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 09/20/2018 | Start Time*: | 12:18:41 |
| End Date*: | 09/20/2018 | End Time*: | 12:20:15 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Scheduled | Encounter Close Date: | 09/20/2018 |
| Location*: | ASPC-E MEADOWS MED  [A44] | Encounter Close Time: | 12:35:00 |
| Setting*: | Clinic | | |
| Staff Member*: | Hunt, Jennie | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-Musculoskeletal | | |

## Subjective

Are interpreter services needed for this inmate*:  No
What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

HNR for strong back pains, right leg pain and groin pain

**Patient needs sign language to communicate

### NET-Musculoskeletal - Subjective

**Chief complaint:** Back pains, right leg pain, and groin pain. **Onset Date:** ☐ Trauma Describe injury: ☐ Difficulty breathing

☐ Pain

☐ Chronic                            ○ Acute

☐ Dull ☐ Sharp ☐ Achy ☐ Burning **Pain scale is now:** /10 **At worst:** /10 **What makes it better: What makes it worse:**

☐ Radiation Describe: **Associated Factors:** ☐ Urinary incontinence ☐ Painful urination ☐ Fecal incontinence ☐

Tingling ☐ Nausea/vomiting ☐ Abdominal pain ☐ Fever

○ Chronic                            ○ Acute

☐ Numbness: Describe:

○ Chronic                            ○ Acute

☐ Weakness: Describe: ☐ Weight change ☐ Gain ☐ Loss ☐ Impaired mobility ☐ Impaired ADLs ☐ Steroids ☐ NSAIDS

☐ Anticoagulants **Current Medications:** ☐ New medication in the past 30 days? What medication: **Pertinent Medical Conditions:** ☐ Arthritis ☐ Cancer ☐ Osteoporosis ☐ Kidney disease/stones ☐ Back surgery ☐ Working lifting heavy objects Explain: ☐ Recent weight lifting ☐ Other: lbs.

○ Y            ○ N                     ○ Unknown

**Tetanus Booster >5 years:**

○ Y            ○ N                     ○ Unknown

**Ever had a Tdap:**

Rev #: 926

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 12:20 | 97.5 | 72 | 18 | 5 8 | 188 | 138 | 78 | NA | 28.58 | 98.00 | |

**Objective Notes**

A&Ox3, cannot speak, uses a sign language inmate to communicate. Patient appears calm & cooperative. Cannot speak. Patient arrived to clinic in a wheelchair and does not ambulate.

Multiple old scars and healed wounds noted to right left from foot to thigh. Patient reports scars are from multiple surgeries in the past. Patient thinks a cushion will help with back pain and pain associated with sitting in his wheelchair. Would like a cushion for his wheelchair.

Patient is also requesting a hat as he works outside in the sun during the day for his job.

Patient would like an update to wear his hearing aids are and when they will arrive for his use.

Patient reports he ordered medical shoes for his feet and would like an update to when they will arrive for his use.

**NET-Musculoskeletal - Objective**

**Call practitioner if T>100, P>100, or SBP <100.**

○ Y          ○ N

**Chronic care clinic:**What clinic(s): ☑ Warm☑ Dry☐ Pale☐ Red**Skin:**☐ Cold☐ Clammy☐ Scratching☐ Bruising☐ Normal☐ Pulsatile mass in abdomen☐ Lumps☐ Redness**Abdomen:Extremities:**☐ Pedal pulse:☐ Radial pulse:RLRL ☑ Handgrips equal and strong☐ Handgrips unequal and weakDescribe:☐ Tender to touchDescribe:☐ Straight leg raise equal and strong☐ Straight leg raise unequal and weakDescribe:☑ Posture erect☐ Posture not erectDescribe:☐ Gait symmetrical☐ Gait not symmetricalDescribe:☐ Able to walk heel to toe☐ Able to squat and rise**Tests:Record fingerstick results for diabetics in the vital signs section of this encounter.Record Dipstick U/A order and results in the lab orders section of this encounter.**(Back pain or excessive exercise)**Comments:**

in wheelchair

Rev #: 926

**Assessment**

**Active Allergies/Health Problems/Conditions** (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 11/07/2017 | 11/07/2017 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 171024009 - Advice about treatment given (situation) | Counseling, unspecified [Z71.9] | Assessed | 12/07/2017 | 12/07/2017 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 194424005 - Sensorineural hearing loss, bilateral (disorder) | Sensorineural hearing loss, bilateral [H90.3] | Assessed | 06/14/2018 | 06/14/2018 |
| 011 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 07/21/2018 | 07/21/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

altered comfort
risk for skin breakdown

---

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 3 of 3)          [ View MAR Summary ]

| Prescription/Medication | National HIE | Effective | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|

| | Code(s) | Date | | | | | |
|---|---|---|---|---|---|---|---|
| IBUPROFEN (UD) TABS (Motrin)/400 Mg | RxNorm: 197805 - Ibuprofen 400 MG Oral Tablet; | 09/19/2018 | 1 | TWICE DAILY AS NEEDED | 10/18/2018 | Approved/Approval | |
| LISINOPRIL TABS (Zestril/Prinivil)/10 Mg | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy | |
| METFORMIN HCL TABS (Glucophage)/500 Mg | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 09/30/2018 | 12:34:00 | Health Services | Weigel, Natalya | ASPC-E MEADOWS MED |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

Refer to provider for Rx for wheelchair cushion and outdoor hat.
Refer to provider for update on Hearing aid order and medical shoes order.

### NET-Musculoskeletal - Plan/Intervention

☐ Emergent Intervention**Time:Practitioner notified:If CPR or AED is initiated use Emergency Response Form.EMS activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Abnormal vital signs (Rule of 100s)T>100, P>100, SBP<100 ☐ Abnormal abdominal exam ☐ Positive straight leg raise ☐ Numbness/weakness (acute) ☐ Decreased ROM ☐ Obvious deformity ☐ Uncontrolled bleeding ☐ Absence of pedal or radial pulse ☐ Abnormal fingerstick, Diabetic <70 or >240 ☐ Abnormal dipstick UA ☐ Other: ☐ MAR ☐ Medical record**Reviewed with practitioner:** ☐ Seen by practitioner**Name:Time:** ☐ Contacted practitioner**Name:Time:**

○ Y                                           ○ N

☐ Read back practitioner orders**Practitioner Orders Received:** ☐ Admit to infirmary ☐ Return to unit ☐ Monitor/Observation**Disposition:** ☐ Other:**Comments:** ☑ Nursing Intervention**Continuity of Care:** ☐ Nurse follow up scheduled ☑ Referral to practitioner for current presenting complaint ☐ Custody notified of special needs ☐ No further follow up needed at this time ☐ Seen by practitioner**Name:Time:** ☐ Contacted practitioner**Name:Time:**

○

**Pr**̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲ ̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲ ̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲̲ ber site guidelineList: Acetaminophen, Ibuprofen ☐ KOP ☐ Medication administered ☐ Medication noted on MAR**Comments:**

Rev #: 926

---

**Patient Education**

### Patient Education Notes

HNR PRN

### NET-Musculoskeletal - Patient Education

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☑ Education given ☐ Written information provided ☑ Verbal education given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to returnfor follow-up care

Rev #: 926

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  3
Mental:  1-No history of MH services                        Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  No Review Required                 Review Staff:  Unknown

**Review Notes**

None

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

Exhibit 15

# Health Services Encounter

CHSS027C                                            Tuesday April 14, 2020 11:09:45

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 09/28/2018 | Start Time*: | 12:03:14 |
| End Date*: | 09/28/2018 | End Time*: | 12:06:13 |
| Category: | Nursing | | |
| Type*: | Nurse - Intake - Screening | Encounter Close Date: | 09/28/2018 |
| Location*: | ASPC-E MEADOWS MED  [A44] | Encounter Close Time: | 12:11:25 |
| Setting*: | Clinic | | |
| Staff Member*: | Hunt, Jennie | | |
| Title: | Registered Nurse | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Return  from offsite clinic AENT/M. Meyer Hearing Center
Dc'd note/packet with patient.
New hearing aids bilat in pt's ears.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:06 | 97.4 | 69 | 18 | 5  8 | 188 | 130 | 82 | NA | 28.58 | 98.00 | |

### Objective Notes

A&Ox4, VSS, skin warm, dry & intact. No obvious sxs of distress. Pt is deaf, but able to make needs known. Pt arrived in a wheel chair. Pt has new hearing aids in both ears from his offsite visit today.

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential | Essential (primary) hypertension | Patient Reported | 06/21/2016 | 06/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | hypertension (disorder) | [I10] | | | |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 11/07/2017 | 11/07/2017 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 171024009 - Advice about treatment given (situation) | Counseling, unspecified [Z71.9] | Assessed | 12/07/2017 | 12/07/2017 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 194424005 - Sensorineural hearing loss, bilateral (disorder) | Sensorineural hearing loss, bilateral [H90.3] | Assessed | 06/14/2018 | 06/14/2018 |
| 011 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 07/21/2018 | 07/21/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found ||||| 

### Active Drug Prescription Orders (1 - 3 of 3)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| IBUPROFEN (UD) TABS (Motrin)/400 Mg | RxNorm: 197805 - Ibuprofen 400 MG Oral Tablet; | 09/19/2018 | 1 | TWICE DAILY AS NEEDED | 10/18/2018 | Received from Pharmacy |
| LISINOPRIL TABS (Zestril/Prinivil)/10 Mg | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy |
| METFORMIN HCL TABS (Glucophage)/500 Mg | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found |||||||

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found ||||||

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found ||||

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found ||||

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found |||||

### Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found |||

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found ||||| 

### Plan Notes

Return to housing

## Patient Education

**Patient Education Notes**

HNR PRN

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  3
Mental:  1-No history of MH services                                    Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*:  No Review Required                    Review Staff:  Unknown

**Review Notes**

None

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |