# Exhibit 16

# (Redacted)

CHSS027C                     Health Services Encounter                     Tuesday April 14, 2020 11:04:50

┌─ **Encounter Header** ─────────────────────────────────────────────────────────┐

            Date*:  10/21/2018                           Start Time*:  20:05:54
        End Date*:  10/21/2018                             End Time*:  20:06:16
        Category:   Medical Provider
           Type*:   Provider - Chronic Care             Encounter Close Date:  10/21/2018
       Location*:   ASPC-E MEADOWS MED  [A44]            Encounter Close Time:  20:15:00
        Setting*:   Clinic
   Staff Member*:   Gay, Maureen
           Title:   Nurse Practitioner
       Form Type:   Chronic Care Clinic

└────────────────────────────────────────────────────────────────────────────────┘

┌─ **Subjective** ───────────────────────────────────────────────────────────────┐

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Pt is a ▆▆ y/o male seen today for CC r/t to hypertension, DM, hyperlipidemia , CAD. Pt states he generally feels well, last HgbA1c was 6.0 % continues to take Metformin for diabetes denies any GI adverse effects associated with the medication and any signs of hypoglycemia.
Denies chest pain, fever, and chills. Pt states that he eats about 3 times a day, does not exercised due to pain in his R. ankle pains:
Today's visit , reque4sting order for medical foot wear. Claims never received foot wear in the past. Reviw records, patient received medical foot wear December 2016; Not wearing to day.
Now claimng foot wear in housing unit. Instructed to retrieved foot wear given for assess prior to ordering new foot wear since foot wear given and patient not wearing this visit.

### Chronic Care Clinic Subjective

**History:**
- ○ Y
- ○ Y
- ○ Y            ○ N

**Risk factors:**Obesity:Alcohol:Family history of heart disease:
- ○ Rare/None      ○ Current      ○ Former

Smoker:
- ○ Less than 10 pk yrs      ○ 10-20 pk yrs      ○ More than 20 pk yrs

Amount/Length:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y      ○ N      ○ N/A

Hx DKA:Other:
- ○ N      ○ Y
- ○ N      ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
- ○ Y      ○ N
- ○ Y      ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y      ○ N

Prior corticosteroids: ☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:** ☐ Cold☐ Other:**Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)      ○ Complex(partial)      ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
- ○ Y      ○ N
- ○ Y      ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y      ○ N
- ○ Y      ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

Headaches:Night sweats:Fever:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y      ○ N
- ○ Y      ○ N

Visual Disturbance:PPD Conversion:
- ○ Y      ○ N
- ○ Y      ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N      ○ Y

Recent weight loss/cachexia:
- ○ N      ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N      ○ Y:
- ☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:** ☐ ChestDescribe:
- ○ N      ○ Y:

**Fever:**
- ○ N      ○ Y:

**Recent trauma:**

Rev #: 946

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|------|----------|
| 20:08 | 97.9 | 68 | 18 | 5 8 | | 138 | 86 | NA | | 99.00 | |

**Objective Notes**

Physical exam:
PHYSICAL
GEN: ANXIOUS, NAD
NEURO: A&OX3, CN GROSSLY INTACT
SKIN: WARM, DRY, PALE, FUNGAL RASH TO GROIN B/L, ULCER TO RIGHT 5TH TOE AT 4TH/5TH INTERTARSAL SPACE, SUSPECT WART TO DORSUM OF R WRIST
HEENT: EOMI, PERIORBITAL EDEMA, SCLERAE ANICTERIC, MUCOSA MOIST
NECK: SUPPLE, + JVD, NO CAROTID BRUIT OR THYROMEGALY
CVS: REGULAR, S1S2, NO M/R/G
RESP: NONLABORED, CTAB, NO COUGH OR WHEEZING
GI: OBESE, NON-TENDER, BS+ X4
EXT: Not wearing medical foot wear given today's visit wheel chair bound but ambulates short distances, right ankle incision intact positive edema noted with joint tenderness right ankle regions decrease flexion, noted MAE, PULSES STRONG ALL EXT, NO BLE EDEMA

**Chronic Care Clinic Objective**

○ N                ○ Y

**HEENT:**Nystagmus (SZ):
○ N                ○ Y

Gingival hyperplasia (SZ):
○ N                ○ Y

Ataxia:
○ N                ○ Y

**Eyes:**Conjunctiva pale:
○ N                ○ Y

Sclera icteric:
○ Y                ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y                ○ N
○ Y                ○ N

Thyroid NL:Cervical lymph nodes NL:
○ Y                ○ N
○ Y                ○ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y                ○ N

Gallop:
○ Y                ○ N
○ Y                ○ N
○ Y                ○ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y                ○ N
○ Y                ○ N
○ Y                ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
○ Y                ○ N
○ Y                ○ N
○ Y                ○ N

Bowel Sounds:Soft:Splenomegaly:
○ Y                ○ N
○ Y                ○ N

**Ext.:**Pedal pu
○ Y
○ Y                ○ N

Foot exam unremarkable:Leg ulcers:
○ Y                ○ N
○ Y                ○ N

Rev **Neuro:**Motor deficits:Sensory deficits
○ Y          ○ N          ○ NA

**Assessment**

Monofilament testing:Skin Pallor:**Skin:**Spine:Additional findings / description of fundi if visualized: ☑ Ordered at this visit
M ☑ I **Renal Diagnosis/Complaint** ted with patient**Studies:** ☑ LFT ☑ TSH ☑ Flu ☑ Pneumo (5 years)**Annual**

| Lab/Immunizations: ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

---

**Chronic Conditions Being Treated**

Asthma: ☐          Coronary Artery Disease (CAD): ☐

Diabetes Type I: ☐      Type 2 diabetes mellitus without complications [E11.9]: ☐

Hyperlipidemia, unspecified [E78.5]: ☐      Hepatitis C: ☐

HIV/AIDS: ☐      Essential (primary) hypertension [I10]: ☐

Multiple Sclerosis (MS): ☐      Seizures, Epilepsy, or Convul.: ☐

Sickle Cell: ☐      Tuberculosis Active (TB): ☐

Tuberculosis Latent Inactive (LTBI): ☐

---

**Active Allergies/Health Problems/Conditions** (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 11/07/2017 | 11/07/2017 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 171024009 - Advice about treatment given (situation) | Counseling, unspecified [Z71.9] | Assessed | 12/07/2017 | 12/07/2017 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 194424005 - Sensorineural hearing loss, bilateral (disorder) | Sensorineural hearing loss, bilateral [H90.3] | Assessed | 06/14/2018 | 06/14/2018 |
| 011 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 07/21/2018 | 07/21/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

DM type II
HTN: need better control
hyperlipids:

**Chronic Care Clinic Assessment**

**Has the MPL been updated?** yes

Rev #: 946

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| | | No Rows Found | | |

### Active Drug Prescription Orders (1 - 2 of 2)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| LISINOPRIL TABS (Zestril/Prinivil)/10 Mg 🔸 | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy |
| METFORMIN HCL TABS (Glucophage)/500 Mg 🔸 | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 06/21/2018 | 1 | EVERY MORNING | 12/18/2018 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 3 of 3)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| ASPIRIN EC (UD) TBEC (Ecotrin)/81 Mg 🔸 | RxNorm: 308416 - ASA 81 MG Delayed Release Oral Tablet; | 10/21/2018 | 1 | EVERY DAY | 04/18/2019 | Discontinued - Other |
| ATORVASTATIN TABS (Lipitor)/20 Mg | RxNorm: 617310 - atorvastatin (as atorvastatin calcium) 20 MG Oral Tablet; | 10/21/2018 | 1 | EVERY BEDTIME | 04/18/2019 | Discontinued - Other |
| PNEUMOCOCCAL VACC SDV (0.5ML) INJ (Pneumovax 23) 🔸 | RxNorm: 1658472 - 0.5 ML pneumococcal capsular polysaccharide type 1 vaccine 0.05 MG/ML / pneumococc... | 10/21/2018 | 0.5ml | SPECIAL INSTRUCTIONS | 10/27/2018 | Discontinued - Other |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| | | No Rows Found | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| | No Rows Found | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| | No Rows Found | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| | | No Rows Found | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|------|----------------|--------|
| No Rows Found | | |

**Other Actions/Procedures** (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| Miscellaneous (Medical) | EKG | | 11/05/2018 | ekg needed |

**Plan Notes**

Plan:
1. Pneumococcal vaccine 0.5ml Imx1
2. Add atorvastatin 20mg daily
3. Add ASA 81mg daily
4. Labs every 90 days with a1c level
5. EKG scheduled.
6. Chronic care follow up in 180 days

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**

◉ N          ○ Y:

BP<140
a1c <7.0%
ldl<70

Rev #: 946

**Patient Education**

**Patient Education Notes**

Education;
1 reviewed physical exam
Reviewed treatment pan
Reviewed medication adherence
Bring back medial foot wear for assessment then possible re-order new medical foot wear.

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 946

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

|  |  |  |
|---|---|---|
| Medical: | 3 | |
| Mental: | 1-No history of MH services | Prognosis: |
| SMI: | N-No | |
| Dental: | U-Unknown (Conversion) | |

### Classification and Security Notes

None

## Encounter Orders Review

| | | | |
|---|---|---|---|
| Review Type*: | Pending Nurses Order | Review Staff: | Jeffrey, Julie R, RN |
| Review Date: | 10/22/2018 | Review Time: | 06:44:10 |

### Review Notes

TimeStamp: 22 October 2018 06:48:14 --- User: Julie Jeffrey (JEFJU01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 17

# (Redacted)

> The encounter date/time does not match the date/time the encounter information was entered. The encounter was entered on 01/12/2020 at 09:56:28.

CHSS027C          # Health Services Encounter      Tuesday April 14, 2020 12:01:28

## Encounter Header

|  |  |
|---|---|
| Date*: | 01/12/2020 | Start Time*: 09:44:47 |
| End Date*: | 01/12/2020 | End Time*: 09:56:28 |
| Category: | Medical Provider |
| Type*: | Provider - Chronic Care | Encounter Close Date: 01/12/2020 |
| Location*: | ASPC-E MEADOWS MED  [A44] | Encounter Close Time: 15:02:21 |
| Setting*: | Clinic |
| Staff Member*: | Eze, Chidozie |
| Title: | Nurse Practitioner |
| Form Type: | Chronic Care Clinic |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

CC-DM,HTN

████████████████     ████████████████

████████  Caucasian male seen face to face today 1/12/2020 for chronic care DM and HTN. Patient also has chronic care lipids.Patient is deaf, compliant with medication for his HTN, DM and HLD as prescribed, does not exercise routinely and he is a wheelchair user. There is no current chronic care laboratory in the system to review or to determine the status of patient chronic care illness. Patient also reported R knee pain. Will order chronic care labs and ECG to be completed within the next 10 days and patient to return back to clinic within 30 for a repeat chronic care appointment upon the receipt of his lab result.

### AZ Chronic Care Clinic Subjective

**History:**
- ○ Y   DM
- ○ Y   HTN
- ○ Y   LIPIDS

**Risk facto**
- ○ Rare/None              ○ Current              ○ Former

Smoker:
- ○ Less than 10 pk yrs        ○ 10-20 pk yrs        ○ More than 20 pk yrs

Amount/Length:
- ○ Y        ○ N
- ○ Y        ○ N
- ○ Y        ○ N
- ○ Y        ○ N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y        ○ N        ○ N/A

Hx DKA:Other:
- ○ N        ○ Y
- ○ N        ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
- ○ Y        ○ N
- ○ Y        ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y        ○ N

Prior corticosteroids: ☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:** ☐ Cold☐ Other:**Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)        ○ Complex(partial)        ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
- ○ Y        ○ N
- ○ Y        ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y        ○ N
- ○ Y        ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y        ○ N
- ○ Y        ○ N
- ○ Y        ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y        ○ N
- ○ Y        ○ N
- ○ Y        ○ N

Headaches:Night sweats:Fever:
- ○ Y        ○ N
- ○ Y        ○ N
- ○ Y        ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y        ○ N
- ○ Y        ○ N

Visual Disturbance:PPD Conversion:
- ○ Y        ○ N
- ○ Y        ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N        ○ Y

Recent weight loss/cachexia:
- ○ N        ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N        ○ Y:
- ☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:** ☐ ChestDescribe:
- ○ N        ○ Y:

**Fever:**
- ○ N        ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|-------|----------|
| 09:37 | 98.4 | 84 | 20 | 5 8 | 165 | 140 | 82 | NA | 25.09 | 97.00 | |

**Objective Notes**

AVSS
Gen- deaf, alert and oriented to his own ability
HEENT - PERRLA, EOMI, Sclera non-icteric
CV- RRR, S1, S2, no murmur, rub or gallop
Resp- CTA b/l, no wheezes, rales, or rhonchi
Abdomen/GU- s/nt/nd +BS, no rebound tenderness, rigidity or guarding
Ext- Wheelchair and wheelchair for mobility

No current chronic care lab to review

No current ECG to review last ECG dated 8/12/18

**Chronic Care Clinic Objective**

○ N      ○ Y

**HEENT:**Nystagmus (SZ):
◉ N      ○ Y

Gingival hyperplasia (SZ):
◉ N      ○ Y

Ataxia:
◉ N      ○ Y

**Eyes:**Conjunctiva pale:
◉ N      ○ Y

Sclera icteric:
○ Y      ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
◉ Y      ○ N
◉ Y      ○ N

Thyroid NL:Cervical lymph nodes NL:
◉ Y      ○ N
○ Y      ◉ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y      ◉ N

Gallop:
○ Y      ◉ N
○ Y      ◉ N
○ Y      ◉ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y      ◉ N
○ Y      ○ N
○ Y      ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
◉ Y      ○ N
○ Y      ○ N
○ Y      ◉ N

Bowel Sounds:Soft:Splenomegaly:
○ Y      ○ N
○ Y      ○ N

**Ext.:**Pedal pu
○ Y
○ Y      ○ N

Foot exam unremarkable:Leg ulcers:
○ Y      ○ N
○ Y      ○ N

Rev **Neuro:**Motor deficits:Sensory deficits
○ Y    ○ N      ○ NA

**Assessment**
○ Y:

Monofilament testing:Skin Pallor:**Skin:**Spine:Additional findings / description of fundi if visualized: ☐ Ordered at this visit
**M dPali Oiafinosis/Complaint**ted with patientStudies: ☐ LFT ☐ TSH ☐ Flu ☐ Pneumo (5 years)**Annual**

| Lab/Immunizations: ICD Code | Diagnosis/Complaint |
|---|---|
| M25.569 | Pain in unspecified knee |

---

**Chronic Conditions Being Treated**

| | |
|---|---|
| Asthma: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Type 2 diabetes mellitus without complications [E11.9]: ☐ |
| Hyperlipidemia, unspecified [E78.5]: ☐ | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | Essential (primary) hypertension [I10]: ☐ |
| Multiple Sclerosis (MS): ☐ | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | |

**Active Allergies/Health Problems/Conditions** (1 - 12 of 12)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 11/07/2017 | 11/07/2017 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 171024009 - Advice about treatment given (situation) | Counseling, unspecified [Z71.9] | Assessed | 12/07/2017 | 12/07/2017 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 194424005 - Sensorineural hearing loss, bilateral (disorder) | Sensorineural hearing loss, bilateral [H90.3] | Assessed | 06/14/2018 | 06/14/2018 |
| 011 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 07/21/2018 | 07/21/2018 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 11/01/2019 | 11/01/2019 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 30989003 - Knee pain (finding) | Pain in unspecified knee [M25.569] | Assessed | 01/12/2020 | 01/12/2020 |

**Assessment Notes**

DM
HTN
LIPIDS

Patient appears to be clinically stable at this encounter, upset as he was demanding for sign language for this communication was provided paper to write for communication and he say it is the law to provide him with signs language. Will order choric care labs, and ECG to be completed within 10 days and a repeat chronic care visit within 30 days of the receipt of the lab result . Ibuprofen 600 mg PO BID PRN  x 30 days

**Chronic Care Clinic Assessment**

**Has the MPL been updated?** YES

Rev #: 1202

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 4 of 4)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| LISINOPRIL TABS (Zestril/Prinivil)/5 Mg 🔸 | RxNorm: 311354 - Lisinopril 5 MG Oral Tablet; | 10/11/2019 | 1 | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| METFORMIN HCL-(1/2 TAB) TABS (Glucophage-) 🔸 | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 10/11/2019 | 250mg | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| ASPIRIN EC (UD) TBEC (Ecotrin)/81 Mg 🔸 | RxNorm: 308416 - ASA 81 MG Delayed Release Oral Tablet; | 10/11/2019 | 1 | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| ATORVASTATIN TABS (Lipitor)/40 Mg 🔸 | RxNorm: 617311 - atorvastatin (as atorvastatin calcium) 40 MG Oral Tablet; | 09/21/2019 | 1 | EVERY BEDTIME | 03/18/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Ibuprofen Tab (Motrin)/600MG 🔸 | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet; | 01/12/2020 | 1 tab | TWICE DAILY | 02/10/2020 | Discontinued - Other |

### Lab Test Orders (1 - 1 of 1)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| 01/22/2020 | 09:44:47 | Health Services | Eze, Chidozie | ASPC-E MEADOWS MED |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|------|-----------------|--------|
| | No Rows Found | |

**Other Actions/Procedures** (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| Miscellaneous (Medical) | EKG | 01/12/2020 | 01/22/2020 | Chronic care ECG<br><br>TimeStamp: 12 January 2020 13:36:14 --- User: Chidozie Eze (EZEC) |

**Plan Notes**

F/U with chronic care as scheduled
Next chronic care appointment for HTN in 30 days upon the receipt of CC lab result
D P 2 within the next 10 days
HA1C within the next 10 days
Eye exam yearly as required
ECG within the next 10 days
Ibuprofen 600 mg Po QD
Take medication as prescribed
Healthy diet
Exercise at least 45 minutes a day x 5 days a week
Maintain appropriate hydration
Avoid at risk behavior
F/U with onsite provider regarding knee pain if symptoms persists

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**
◉ N                   ○ Y:

F/u with chronic care as scheduled, complete CC lab as ordered, take medication as prescribed .

Rev #: 1202

---

**Patient Education**

**Patient Education Notes**

Medication and discussed above plan of care

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☐ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

## Meaningful Use Measurement

- ☑ Demographic Information in Patient Header verified
- ☑ Current Medical Problem List verified (or Patient has no Medical Problems)
- ☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
- ☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  3
Mental:  1-No history of MH services                                    Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:  Pending Nurses Order              Review Staff:  Carr, LaSonia
Review Date:  01/13/2020                         Review Time:  13:25:53

### Review Notes

See above plan of care
REVIEWED

TimeStamp: 13 January 2020 13:28:57 --- User: LaSonia Carr (CARLA01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 01/13/2020              Time: 13:25:53              User: LaSonia Carr (CARLA01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-E SMU I NORTH | Nursing Supervisor |
| ASPC-E RYNNING EAST | Nursing Supervisor |
| ASPC-E COOK UNIT | Nursing Supervisor |
| ASPC-E COMPLEX EYMAN | Nursing Supervisor |
| ASPC-E BROWNING UNIT | Nursing Supervisor |
| ASPC-E BROWNING D/RW | Nursing Supervisor |
| ASPC-E SMU I SOUTH | Nursing Supervisor |
| ASPC-E BROWNING MHW | Nursing Supervisor |
| ASPC-E SMU I CDU | Nursing Supervisor |
| ASPC-E SMU I EAST | Nursing Supervisor |
| ASPC-E SMU I MHW | Nursing Supervisor |
| ASPC-E MEADOWS MED | Nursing Supervisor |
| ASPC-E MAX INTAKE | Nursing Supervisor |
| ASPC-E BRWN ENHANCED HSNG | Nursing Supervisor |
| ASPC-E BROWNING STG | Nursing Supervisor |

| | |
|---|---|
| ASPC-E RYNNING CDU | Nursing Supervisor |
| ASPC-E MEADOWS II | Nursing Supervisor |
| ASPC-E RYNNING WEST | Nursing Supervisor |
| ASPC-E SMU I WEST | Nursing Supervisor |
| ASPC-E BROWNING CMU | Nursing Supervisor |
| ASPC-E BROWNING RSH | Nursing Supervisor |
| ASPC-E BRWNG D/RW II | Nursing Supervisor |

Show Add History

Exhibit 18

# Health Services Encounter

CHSS027C

Tuesday April 14, 2020 10:56:41

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/15/2020 | Start Time*: | 12:02:09 |
| End Date*: | 01/15/2020 | End Time*: | 12:02:55 |
| Category: | Dental | | |
| Type*: | Dental - Followup | Encounter Close Date: | 01/15/2020 |
| Location*: | ASPC-E MEADOWS MED  [A44] | Encounter Close Time: | 12:05:52 |
| Setting*: | Clinic | | |
| Staff Member*: | Olivarez, Miguel | | |
| Title: | Dentist | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 01/10/2020 | Dental | Routine | Encounter Held |

### Subjective Notes

Request Date: 01/10/2020
I had a reline on my dentures but need them fine fitted

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

### Objective Notes

Pt present to clinic for adjustment of F/F.

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| | No Rows Found |

### Active Allergies/Health Problems/Conditions (1 - 13 of 13)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications | Patient Reported | 06/21/2016 | 06/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | | [E11.9] | | | |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 11/07/2017 | 11/07/2017 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 171024009 - Advice about treatment given (situation) | Counseling, unspecified [Z71.9] | Assessed | 12/07/2017 | 12/07/2017 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 194424005 - Sensorineural hearing loss, bilateral (disorder) | Sensorineural hearing loss, bilateral [H90.3] | Assessed | 06/14/2018 | 06/14/2018 |
| 011 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 07/21/2018 | 07/21/2018 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 11/01/2019 | 11/01/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 30989003 - Knee pain | Pain in unspecified knee | Assessed | 01/12/2020 | 01/12/2020 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | (finding) | [M25.569] | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

SAA

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 5 of 5)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Ibuprofen Tab (Motrin)/600MG ⬥ | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet; | 01/12/2020 | 1 tab | TWICE DAILY | 02/10/2020 | Received from Pharmacy |
| LISINOPRIL TABS (Zestril/Prinivil)/5 Mg ⬥ | RxNorm: 311354 - Lisinopril 5 MG Oral Tablet; | 10/11/2019 | 1 | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| METFORMIN HCL-(1/2 TAB) TABS (Glucophage-) ⬥ | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 10/11/2019 | 250mg | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| ASPIRIN EC (UD) TBEC (Ecotrin)/81 Mg ⬥ | RxNorm: 308416 - ASA 81 MG Delayed Release Oral Tablet; | 10/11/2019 | 1 | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| ATORVASTATIN TABS (Lipitor)/40 Mg ⬥ | RxNorm: 617311 - atorvastatin (as atorvastatin calcium) 40 MG Oral Tablet; | 09/21/2019 | 1 | EVERY BEDTIME | 03/18/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

L/E:  Adjusted "hot spot" at the #6 area.  Also adjusted gingival irritation on lower anterior.  Pt happy with fit and feel.  NV: HNR
TimeStamp: 15 January 2020 12:07:58 --- User: Miguel Olivarez (OLIMI01)

---

## Patient Education

### Patient Education Notes

OHI on wear and care.
TimeStamp: 15 January 2020 12:08:01 --- User: Miguel Olivarez (OLIMI01)

---

## Health Classification

Medical:  3
Mental:  1-No history of MH services
SMI:  N-No
Dental:  U-Unknown (Conversion)

Prognosis:

### Classification and Security Notes

None

---

## Encounter Orders Review

Review Type*:  No Review Required     Review Staff:  Generic, Clinic Nurse

### Review Notes

None

---

### Dental Chart

| |
|---|
| No Rows Found |

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|------|-------|
| No Rows Found | |

# Exhibit 19

CHSS027C                  # Health Services Encounter        Tuesday April 14, 2020 11:58:52

## Encounter Header

| | |
|---|---|
| Date*: | 02/13/2020 |
| End Date*: | 02/13/2020 |
| Category: | Medical Provider |
| Type*: | Provider - Chronic Care |
| Location*: | ASPC-E MEADOWS MED [A44] |
| Setting*: | Clinic |
| Staff Member*: | Gatlin, Antoinette |
| Title: | Nurse Practitioner |
| Form Type: | Chronic Care Clinic |

| | |
|---|---|
| Start Time*: | 13:27:02 |
| End Time*: | 13:27:22 |
| Encounter Close Date: | 02/13/2020 |
| Encounter Close Time: | 13:59:28 |

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Patient is being seen for CC appt for DM Hyperlipidemia, and HTN

DM: Doesn't know when he got dx'd, doing well on 250mg metformin bid for tx, denies any symptoms, he is compliant with taking his medications

HTN: doesn't know when he got dx'd, taking lisinopril for tx, he is compliant with taking his medication, he denies any symptoms, last EKG was normal

Hyperlipidemia: denies any symptoms, taking atorvastatin, has no c/o's with medication, he is compliant with taking med

**AZ Chronic Care Clinic Subjective**

**History:**
○ Y
○ Y
○ Y                                                    ○ N
**Risk factors:**Obesity:Alcohol:Family history of heart disease:
○ Rare/None                    ○ Current                          ○ Former
Smoker:
○ Less than 10 pk yrs          ○ 10-20 pk yrs              ○ More than 20 pk yrs
Amount/Length:
○ Y                                        ○ N
○ Y                                        ○ N
○ Y                                        ○ N
○ Y                                        ○ N
**Diseases:**CAD:PVD:CVA:CRD:
○ Y                            ○ N                            ○ N/A
Hx DKA:Other:
○ N                                        ○ Y
○ N                                        ○ Y
**Last eye exam date:**6 weeks ago**Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
○ Y                                        ○ N
○ Y                                        ○ N
Prior hospitalization for asthma:History of intubation:
○ Y                                        ○ N
Prior corticosteroids: ☐ Change in season ☐ Pollen ☐ Exercise ☐ Dust**Aggravating factors for asthma:** ☐ Cold ☐
Other:**Night time awakenings with asthma within the last 30 days:**
○ Generalized Tonic Clonic(Grand Mal)      ○ Complex(partial)        ○ Absence(Petit Mal)
**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol ☐ Drug use ☐ Head injury ☐ Other:**Seizure related to:Infectious diseases:**
○ Y                                        ○ N
○ Y                                        ○ N
**Infectious disease Hx:**History of men having sex with men:Needle sharing:
○ Y                                        ○ N
○ Y                                        ○ N
Injectable drug use:Blood Transfusion before 1990:
○ Y                                        ○ N
○ Y                                        ○ N
○ Y                                        ○ N
Alcohol Abuse:Nasal drug use:Cough:
○ Y                                        ○ N
○ Y                                        ○ N
○ Y                                        ○ N
Headaches:Night sweats:Fever:
○ Y                                        ○ N
○ Y                                        ○ N
○ Y                                        ○ N
Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
○ Y                                        ○ N
○ Y                                        ○ N
Visual Disturbance:PPD Conversion:
○ Y                                        ○ N
○ Y                                        ○ N
Incomplete previous TB Rx:Recent exposure to Active TB:
○ N                                        ○ Y
Recent weight loss/cachexia:
○ N                                        ○ Y:
Other complaints:**Sickle Cell Disease:**
○ N                                        ○ Y:
☐ Long bone(pre-tibial) ☐ Hand and foot ☐ Joint ☐ Abdominal**Pain:** ☐ ChestDescribe:
○ N                                        ○ Y:
**Fever:**
○ N                                        ○ Y:
**Recent trauma:**

Rev #: 1202

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 12:49 | 97.7 | 73 | 18 | 5 8 | 199 | 142 | 82 | NA | 30.25 | 96.00 | |

**Objective Notes**

Patient has no apparent distress noted, uses wheel chair for mobility, patient is deaf
Neuro: alert and oriented x4, GCS 15, CN II-XII intact, no focal deficits noted, DTR's 5/5 all extremities
Skin is clear, intact, no jaundice, no open areas noted
Eyes: PERRLA, EOM's wnl, sclera is clear, no icterus noted, pupils 3mm bilaterally
ENT: ears have bilateral hearing aides, Bilateral nares patent, turbinate's 2+ bilaterally, teeth intact, mouth clear, throat has no erythema noted,
Neck is supple, no thyromegaly noted, no lymphadenopathy noted
Respiratory: Lungs clear to auscultation no RRR noted
Cardiovascular: S1S2, Auscultation of heart WNL, RRR, w/o gallop, murmur, rub, click or irregularity,
Abdomen: abdomen soft, non-tender to palpation, no distention noted, Bsx4, no splenomegaly, no masses, hepatomegaly, CVA tenderness, or hernia's noted
Extremities: FROM in all extremities , no edema and/or varicosities noted , pulses intact,

BS 110 today

**Chronic Care Clinic Objective**

N           Y

**HEENT:**Nystagmus (SZ):
N           Y

Gingival hyperplasia (SZ):
N           Y

Ataxia:
N           Y

**Eyes:**Conjunctiva pale:
N           Y

Sclera icteric:
Y           N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
Y           N

Y           N

Thyroid NL:Cervical lymph nodes NL:
Y           N

Y           N

**Heart:**Regular Rhythm:Murmur Present:
Y           N

Gallop:
Y           N

Y           N

Y           N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
Y           N

Y           N

Y           N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
Y           N

Y           N

Y           N

Bowel Sounds:Soft:Splenomegaly:
Y           N

Y           N

**Ext.:**Pedal pu
Y

Y           N

Foot exam unremarkable:Leg ulcers:
Y           N

Y           N

Rev **Neuro:**Motor deficits:Sensory deficits
Y           N           NA

**Assessment**           Y:

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized:☑ Ordered at this visit **M**☑**eal Plan Risk/Complaint**ented with patient**Studies:** ☐ LFT☐ TSH☑ Flu☐ Pneumo (5 years)**Annual**

| Lab/Immunizations:<br>ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

---

**Chronic Conditions Being Treated**

| | |
|---|---|
| Asthma: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Type 2 diabetes mellitus without complications [E11.9]: ☑ |
| Hyperlipidemia, unspecified [E78.5]: ☑ | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | Essential (primary) hypertension [I10]: ☑ |
| Multiple Sclerosis (MS): ☐ | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | |

**Active Allergies/Health Problems/Conditions** (1 - 10 of 10)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 06/21/2016 | 06/21/2016 |
| 003 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 06/21/2016 | |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 183644000 - Surgical follow-up (finding) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/02/2016 | 09/02/2016 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 202383000 - Ankle joint effusion (disorder) | Effusion, left ankle [M25.472] | Assessed | 07/24/2017 | 07/24/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 299447008 - Ankle joint - painful on movement (finding) | Pain in right ankle and joints of right foot [M25.571] | Assessed | 11/07/2017 | 11/07/2017 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 171024009 - Advice about treatment given (situation) | Counseling, unspecified [Z71.9] | Assessed | 12/07/2017 | 12/07/2017 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 194424005 - Sensorineural hearing loss, bilateral (disorder) | Sensorineural hearing loss, bilateral [H90.3] | Assessed | 06/14/2018 | 06/14/2018 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 11/01/2019 | 11/01/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 30989003 - Knee pain (finding) | Pain in unspecified knee [M25.569] | Assessed | 01/12/2020 | 01/12/2020 |

**Related Allergies/Health Problems/Conditions** (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 005 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 03/09/2017 | 03/09/2017 |
| 006 | Chronic Conditions | Diabetes Type II | SNOMED: 1481000119100 - Diabetes mellitus type 2 without retinopathy (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 03/09/2017 | 03/09/2017 |
| 011 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 07/21/2018 | 07/21/2018 |

### Assessment Notes

Diabetes mellitus type 2
HTN
Hyperlipidemia

### Chronic Care Clinic Assessment

**Has the MPL been updated?** no

Rev #: 1202

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 4 of 4)

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| LISINOPRIL TABS (Zestril/Prinivil)/5 Mg | RxNorm: 311354 - Lisinopril 5 MG Oral Tablet; | 10/11/2019 | 1 | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| METFORMIN HCL-(1/2 TAB) TABS (Glucophage-) | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 10/11/2019 | 250mg | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| ASPIRIN EC (UD) TBEC (Ecotrin)/81 Mg | RxNorm: 308416 - ASA 81 MG Delayed Release Oral Tablet; | 10/11/2019 | 1 | EVERY DAY | 04/07/2020 | Received from Pharmacy |
| ATORVASTATIN TABS (Lipitor)/40 Mg | RxNorm: 617311 - atorvastatin (as atorvastatin calcium) 40 MG Oral Tablet; | 09/21/2019 | 1 | EVERY BEDTIME | 03/18/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| Acetaminophen Tab (Tylenol)/325MG | | 02/13/2020 | 2-3 tabs | THREE TIMES DAILY AS NEEDED | 08/10/2020 | Received from Pharmacy |

### Lab Test Orders (1 - 3 of 3)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| DIAGNOSTIC PANEL 2, AZ | | Prior to Next Clinic | Ordered | | |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Prior to Next Clinic | Ordered | | |
| PROSTATE SPECIFIC ANTIGEN (PSA) | | Prior to Next Clinic | Ordered | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments (1 - 3 of 3)

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| 06/23/2020 | 13:27:02 | Health Services | Gatlin, Antoinette | ASPC-E MEADOWS MED |
| 06/23/2020 | 14:27:00 | Health Services | Gatlin, Antoinette | ASPC-E MEADOWS MED |
| 06/23/2020 | 14:37:00 | Health Services | Gatlin, Antoinette | ASPC-E MEADOWS MED |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

D/C Ibuprofen
Tylenol 325mg po 2-3 tabs tid prn
Continue other medications, labs were reviewed with patient today, will order labs prior to next CC appt per protocol

MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Ibuprofen Tab', Order Number: 2230052, Authorized By: Gatlin, Antoinette, Nurse Prac. Timestamp: 02/13/2020 13:28:23

MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Ibuprofen Tab', Order Number: 2273833, Authorized By: Gatlin, Antoinette, Nurse Prac. Timestamp: 02/13/2020 13:51:47

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**
○ N                         ◉ Y:

HTN: in 180 days
DM: in 180 days
Hyperlipidemia: in 180 days

Rev #: 1202

**Patient Education**

**Patient Education Notes**

F/U with appointments as scheduled. Please allow blood draws. Make medical needs known via HNR. Take medications as directed. Avoid risky behaviors.

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  3
Mental:  1-No history of MH services                                    Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:  Pending Nurses Order              Review Staff:  Wischhusen, Daphnie
Review Date:  02/14/2020                         Review Time:  09:23:57

### Review Notes

TimeStamp: 14 February 2020 09:27:07 --- User: Daphnie Wischhusen (WISDA01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**
Date: 02/14/2020              Time: 09:23:57              User: Daphnie Wischhusen (WISDA01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-E SMU I NORTH | Registered Nurse |
| ASPC-E RYNNING EAST | Registered Nurse |
| ASPC-E COOK UNIT | Registered Nurse |
| ASPC-E COMPLEX EYMAN | Registered Nurse |
| ASPC-E BROWNING UNIT | Registered Nurse |
| ASPC-E BROWNING D/RW | Registered Nurse |
| ASPC-E SMU I SOUTH | Registered Nurse |
| ASPC-E BROWNING MHW | Registered Nurse |
| ASPC-E SMU I CDU | Registered Nurse |
| ASPC-E SMU I EAST | Registered Nurse |
| ASPC-E SMU I MHW | Registered Nurse |
| ASPC-E MEADOWS MED | Registered Nurse |
| ASPC-E MAX INTAKE | Registered Nurse |
| ASPC-E BRWN ENHANCED HSNG | Registered Nurse |
| ASPC-E BROWNING STG | Registered Nurse |
| ASPC-E RYNNING CDU | Registered Nurse |
| ASPC-E MEADOWS II | Registered Nurse |
| ASPC-E RYNNING WEST | Registered Nurse |

| | |
|---|---|
| ASPC-E SMU I WEST | Registered Nurse |
| ASPC-E BROWNING CMU | Registered Nurse |
| ASPC-E BROWNING RSH | Registered Nurse |
| ASPC-E BRWNG D/RW II | Registered Nurse |

Show Add History

# Exhibit 20

# (Redacted)

1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone:  (602) 650-1854
   Email: kbrody@acluaz.org

4  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
5  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
6  *themselves and all others similarly situated*

7  **[ADDITIONAL COUNSEL LISTED BELOW]**

8  Asim Dietrich (AZ State Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
9  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
10 Telephone: (602) 274-6287
   Email: adietritrich@azdisabilitylaw.org

11 *Attorneys for Plaintiff Arizona Center for Disability Law*

12 **[ADDITIONAL COUNSEL LISTED BELOW]**

13

14

15                  UNITED STATES DISTRICT COURT

16                       DISTRICT OF ARIZONA

17 Victor Parsons; Shawn Jensen; Stephen Swartz;
   Dustin Brislan; Sonia Rodriguez; Christina        No.  2:12-cv-00601-ROS
18 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph
19 Hefner; Joshua Polson; and Charlotte Wells, on     **DECLARATION OF**
   behalf of themselves and all others similarly      ██████████████████
20 situated; and Arizona Center for Disability Law,

21             Plaintiffs,

22       v.

23 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
24 Director, Division of Health Services, Arizona
   Department of Corrections, in their official
25 capacities,

26             Defendants.

27

28

I, ▉▉▉▉▉▉▉▉▉▉ declare:

1.     I am a prisoner in the custody of the Arizona Department of Corrections (ADC). My ADC number is ▉▉▉▉. I have been in ADC custody since November 2018. I am currently housed at ASPC-Eyman Complex, in Meadows Unit. I am over the age of 18 and if called as a witness, I could and would testify competently to the facts stated below, all of which are in within my personal knowledge.

2.     I am profoundly deaf in both ears without hearing aids. Without hearing aids I can only hear very loud sounds, and cannot hear any words. I do not currently have hearing aids. When I have a hearing aid in my right ear, I can hear sounds, voices, and some words, but cannot fully understand speech. My left ear is completely deaf and damaged too severely to benefit from a hearing aid.

3.     Although I was not born deaf, I lost my hearing due to illness at age seven. My first languages were English and Spanish, but after I became deaf I learned and used American Sign Language (ASL) as my primary language.

4.     I am fluent in ASL and it is my primary and preferred method of communication. I was educated in ASL primarily in schools for the deaf, including the Phoenix Day School for the Deaf and Sequoia School for the Deaf. When I attended mainstream school, I had an ASL interpreter in class. I attended Mesa Community College for a few semesters following graduation from high school, and had ASL interpreters for all my classes, with the exception of one class I took on becoming a Certified Deaf Interpreter, which was taught in ASL.

5.     I received some speech therapy when I was a teenager and am able to vocalize some English words, but generally when I try to speak English hearing individuals are not able to understand me.

6.     When I graduated high school, my proficiency in reading and writing English was determined to be at about a third grade level. I am not fluent in written English and am not

1

1  able to understand complex information in written English. I do not know medical
2  vocabulary in English.

3     7.    Since entering ADC custody, I have not had any kind of language assessment and
4  no one has tested my English language abilities. I have also never been asked about my
5  preferred method of communication.

6     8.    Written notes during medical appointments are not effective for me because I mostly
7  do not understand the writing. For example, out of several pages of notes the doctors write,
8  I can usually understand just a few words.

9     9.    I have never been provided an in-person ASL interpreter, or an ASL interpreter
10 through Video Remote Interpreting or Video Phone, for any medical appointment while in
11 ADC custody.

12 10.    At my intake appointments at Alhambra, I informed staff that I was deaf and asked
13 for an ASL interpreter, but no interpreter was provided during that process. I was only
14 given a bracelet that says "Hearing Impaired" on it, which I have attached to my
15 identification badge. Following my experience at my intake appointments, I have not
16 requested ASL interpreters in medical appointments because it did not seem like it was
17 something I could request.

18 11.    I have asthma and use an inhaler, and I submitted a Health Needs Request (HNR)
19 on February 21, 2019, asking for a refill for my inhaler. I was able to write my identifying
20 information and the first sentence of the description on the HNR, but another prisoner
21 helped me by writing the rest of the description on the HNR because I was not able to write
22 it. I am not able to read the response written in the "Plan of Action" section and I do not
23 understand what it means. All I know is that medical would not give me a second inhaler,
24 and I need one so that I have an inhaler available in the several days between when my
25 prescription runs out and when it is refilled.

26 12.    I sometimes try to fill out HNRs by copying old forms, but I cannot write well so
27 mostly other prisoners write out my HNRs for me. The HNRs I submitted on the following

28                                              2

dates were written by another prisoner on my behalf: November 9 and 14, 2018; January 4 and 11, 2019.

13.     At my optometrist appointment on February 10, 2019, the optometrist just spoke at me and I did not understand him, and he did not try to write anything down. I tried to communicate by fingerspelling in ASL ↑and vocalizing the letters on the eyechart. All I was able to understand from the interaction is that I need prescription glasses, which I guessed because the optometrist showed me a prescription.

14.     On February 1, 2019, when I was seen by medical after returning from an off-site appointment, the nurse I saw tried to communicate with me by writing notes, and I only understood it a little. There was a lot of vocabulary that the nurse used that I did not understand.

15.     On January 24, 2019, I had an appointment with a provider about foot pain and my request for new shoes. I have foot problems and require a special kind of shoe or insole. During the appointment, the provider tried to communicate with me by talking, writing on the computer, and filling out a form on the computer and showing it to me, which I mostly did not understand. I did not understand when I left the appointment why medical was not going to provide me shoes.

16.     On January 14, 2019, I had an appointment with a nurse about my foot pain and my request for an eye exam. I understand that my medical record for that appointment states "health care staff used for interpreter services." I do not remember healthcare staff ever interpreting for me during any medical appointments, including this one.

17.     On December 12, 2018, I had an appointment with a provider about my request for hearing aids. The provider tried to communicate with me through written notes, but I didn't understand very much of it. I do not remember being shown a written treatment plan, or I did not understand it if it was shown to me. I did not know when I left that appointment what was going to be done so I could get hearing aids.

18.   On December 11, 2018, I had an appointment with a nurse regarding my request for hearing aids. The nurse tried to communicate to me through written notes, and understood just a little bit of the written notes.

19.   On November 17, 2018, I had an appointment with a provider about my asthma and foot pain. I understand that my medical record for that appointment states "health care staff used for interpreter services." I do not remember healthcare staff ever interpreting for me during any medical appointments, including this one.

20.   On November 18, 2018, I had my medical and mental health intake appointments at Alhambra. During these appointments the providers interviewed me, gave me papers to fill out, and wrote on the computer, but I did not understand what was going on very well. I did not have an ASL interpreter during any of my intake interviews.

21.   On November 29, 2018, I filled out and signed a Durable Health Care Power of Attorney form and a Living Will form. No one explained to me what these forms mean, and I am not sure what these forms are or what they mean. I didn't understand most of the writing on the forms, I just saw where the boxes were to sign and signed them. These forms were not interpreted for me in ASL before I signed them. On the Living Will form I just picked the last choice without understanding the choice or what it meant. After the choices were interpreted for me by an ASL interpreter in my interview for this declaration, I do want the choice that is selected on the Living Will form.

22.   On November 9, 2018, I submitted an HNR to request an inhaler and on November 11, 2018, I signed a refusal form for the inhaler. No one explained to me what the refusal form was or what it meant, and I did not understand that it was a refusal and do not understand the words on the form. I did not intend to refuse asthma treatment of any kind. I would have never refused asthma treatment, I wanted two inhalers.

23.   On November 8, 2018, I was given a Mental Health Consent form to sign. No one explained to me what this form was, but I was expected to sign it so I did. I can understand some of the words, but do not understand what the form means.

1   24.   This declaration was written for me, and then read to me with the assistance of a

2   qualified sign language interpreter.

3          Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

4   is true and correct.

5          EXECUTED this 12th day of April, 2019 in Florence, Arizona.



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 21

(Redacted)

1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org

4  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
5  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
6  *themselves and all others similarly situated*

7  **[ADDITIONAL COUNSEL LISTED BELOW]**

8  Asim Dietrich (AZ State Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
9  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
10 Telephone: (602) 274-6287
   Email: adietritrich@azdisabilitylaw.org

11 *Attorneys for Plaintiff Arizona Center for Disability Law*

12 **[ADDITIONAL COUNSEL LISTED BELOW]**

13                  UNITED STATES DISTRICT COURT

14                      DISTRICT OF ARIZONA

15

16 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. 2:12-cv-00601-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
17 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DECLARATION OF**
18 Hefner; Joshua Polson; and Charlotte Wells, on       **GAIL MASEK**
   behalf of themselves and all others similarly
19 situated; and Arizona Center for Disability Law,

20                  Plaintiffs,

21          v.

22 Charles Ryan, Director, Arizona Department of
   Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
23 Department of Corrections, in their official
   capacities,

24                  Defendants.

25

26

27

28

I, GAIL MASEK, declare:

1. I am a sign language interpreter, employed by Arizona Freelance Interpreting Services. I am over the age of 18 and have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a licensed sign language interpreter in the state of Arizona, and hold a Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing. My license is current through March 7, 2020, and my license number is GM07031223.

3. On March 7, 2019, and April 12, 2019, I provided sign language interpretation services for ███████████ who communicates using American Sign Language as his primary method of communication, when he met with Maya Abela, attorney at the Arizona Center for Disability Law (ACDL).

4. I interpreted during ACDL's interviews of ███████████, and communicated the contents of ███████████ declaration to ███████████ by translating the declaration from English into American Sign Language.

5. I affirm that I interpreted the interviews and the declaration accurately, completely, and impartially following the guidelines for legal interpreting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of April 2019, in Florence, Arizona.

*Gail A Masek*

Gail Masek, CSC, SC:L

1

# Exhibit 22

# Health Services Encounter

CHSS027C

Wednesday April 15, 2020 14:54:00

## Encounter Header

| | |
|---|---|
| Date*: 11/06/2018 | Start Time*: 16:27:15 |
| End Date*: 11/06/2018 | End Time*: 16:27:32 |
| Category: Nursing | |
| Type*: Nurse - Intake - Lab | Encounter Close Date: 11/06/2018 |
| Location*: ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: 16:28:32 |
| Setting*: Clinic | |
| Staff Member*: Sienkiewicz, Iwona | |
| Title: Registered Nurse | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Intake labs.

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

### Objective Notes

None

## Assessment

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | No Rows Found | | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | No Rows Found | | | | |

## Assessment Notes

| None |
| --- |

---

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
| --- | --- | --- | --- | --- | --- | --- |
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
| --- | --- | --- | --- | --- | --- | --- |
| No Rows Found | | | | | | |

### Lab Test Orders (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
| --- | --- | --- | --- | --- | --- |
| Mens Intake Panel | LOINC: 11084-1 - RPR; | Point of Care | Inmate Notified Of Results | See Report | From Vendor |
| URINALYSIS DIPSTICK | | Point of Care | Inmate Notified Of Results | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
| --- | --- | --- | --- |
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
| --- | --- | --- | --- |
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
| --- | --- | --- | --- | --- |
| 11/06/2018 | 08:00:00 | Health Services | Sienkiewicz, Iwona | ASPC-PHX ALHAMBRA |

### Patient Transfer Holds

| Type | Expiration Date | Status |
| --- | --- | --- |
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

**Plan Notes**

None

**Patient Education**

**Patient Education Notes**

Patient not seen for this encounter.

**Health Classification**

      Medical:   Unknown

      Mental:   U-Unknown                    Prognosis:

      SMI:

      Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

None

**Encounter Orders Review**

      Review Type*:   No Review Required           Review Staff:   Unknown

**Review Notes**

None

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 11/06/2018          Time: 16:28:32          User: Iwona Sienkiewicz (SIV1)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |

| | |
|---|---|
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-L COMPLEX LEWIS | Registered Nurse |
| ASPC-L STINER UNIT I | Registered Nurse |
| ASPC-L STINER CDU | Registered Nurse |
| ASPC-L MOREY CDU | Registered Nurse |
| ASPC-L BARCHEY UNIT# | Registered Nurse |
| ASPC-L BACHMAN CDU | Registered Nurse |
| ASPC-L IPC | Registered Nurse |
| ASPC-L IPC | Registered Nurse |
| ASPC-L MOREY L4 # | Registered Nurse |
| ASPC-L BUCKLEY SU | Registered Nurse |
| ASPC-L MOREY TRNST | Registered Nurse |
| ASPC-L RAST MAX | Registered Nurse |
| ASPC-L MOREY UNIT | Registered Nurse |
| ASPC-L SUNRISE UNIT | Registered Nurse |
| ASPC-L BARCHEY MDM I | Registered Nurse |
| ASPC-L BUCKLY UNT I | Registered Nurse |
| ASPC-L BARCHEY MED PS | Registered Nurse |
| ASPC-L RAST CLOSE | Registered Nurse |
| ASPC-L BACHMAN MDM I | Registered Nurse |
| ASPC-L BCHMN MXD 2 # | Registered Nurse |
| ASPC-L EAGLE POINT MN GP | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |

Show Add History

# Exhibit 23

# Health Services Encounter

CHSS027C

Wednesday April 15, 2020 14:55:01

## Encounter Header

| | |
|---|---|
| Date*: 11/07/2018 | Start Time*: 13:25:51 |
| End Date*: 11/07/2018 | End Time*: 13:26:04 |
| Category: Dental | |
| Type*: Dental - Intake | Encounter Close Date: 11/07/2018 |
| Location*: ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: 13:26:38 |
| Setting*: Clinic | |
| Staff Member*: Chavez-Robles, Cynthia | |
| Title: Dental Assistant | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

Intake Panoramic X-Ray

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

None

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

| None |
|------|

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

### Other Actions/Procedures (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| Dental X-Rays | Panoramic | | | Took panoramic x-ray today. |

### Plan Notes

| None |
|------|

## Patient Education

### Patient Education Notes

na

## Health Classification

Medical: Unknown
Mental: U-Unknown
SMI:
Dental: U-Unknown (Conversion)

Prognosis:

### Classification and Security Notes

None

## Dental Intake Review

Review Type*: No Review Required      Review Staff: Unknown

### Review Notes

None

## Dental Chart

| |
|---|
| No Rows Found |

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 11/07/2018      Time: 13:26:38      User: Cynthia Chavez-Robles (CLCR)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-PHX ALHAMBRA | Dental Assistant |
| ASPC-PHX FLAMENCO M.HLTH MALE | Dental Assistant |
| ASPC-PHX INMATE WRKR | Dental Assistant |
| ASPC-PHX BAKER WARD | Dental Assistant |
| ASPC-PHX FLAMENCO M. HLTH FEM | Dental Assistant |
| ASPC-PHX ASPEN/SPU | Dental Assistant |
| ASPC-PHX FLAMENCO M/H P/S | Dental Assistant |
| ASPC-PHX FLAMENCO M/H MAX LVL | Dental Assistant |
| ASPC-PHX FLAMENCO IDA WATCH | Dental Assistant |
| ASPC-PHX COMPLEX PHOENIX | Dental Assistant |

<u>Show Add History</u>

Exhibit 24

CHSS027C      # Health Services Encounter   Wednesday April 15, 2020 14:56:05

┌─ **Encounter Header** ─────────────────────────────────────────────────

| | |
|---|---|
| Date*: 11/07/2018 | Start Time*: 19:01:24 |
| End Date*: 11/07/2018 | End Time*: 19:01:45 |
| Category: Nursing | |
| Type*: Nurse - Chart Review | Encounter Close Date: 11/07/2018 |
| Location*: ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: 19:03:20 |
| Setting*: Clinic | |
| Staff Member*: Jacob, Mathews | |
| Title: Registered Nurse | |
| Form Type: Family History Review | |

┌─ **Subjective** ───────────────────────────────────────────────────────

Are interpreter services needed for this inmate*: No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

intake
TimeStamp: 7 November 2018 19:01:42 --- User: Mathews Jacob (PMJE)

**Family History Review - Subjective**

**List immediate members of your family who have or had any of the following:Diabetes:**
- ⦿ None
- ○ Unknown

**Heart Disea:**
- ⦿ None

**High Blood Pressure:**
- ⦿ None
- ○ Unknown

**Cancer (specify type):**
- ⦿ None
- ○ Unknown

**Thyroid Dise:**
- ⦿ None

**Arthritis:**
- ⦿ None
- ○ Unknown

**Kidney Disease:**
- ⦿ None
- ○ Unknown

**Epilepsy/Se:**
- ⦿ None

**Sickle Cell Disease:**
- ⦿ None
- ○ Unknown

**TB:**
- ⦿ None
- ○ Unknown

- ⦿ Living

**Father is:Ca**
- ⦿ Living
- ○ Deceased

**Mother is:Cause of death:Age when died:Total number of siblings:**2**Number living:**2**Number deceased:**0**Cause of death of any deceased siblings:Age when died:**

Rev #: 588

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 18:57 | 98.0 | 99 | 16 | 5 5 | 200 | 114 | 84 | NA | 33.28 | 97.00 | LD intake VS<br>HX Asthma per IM.<br>PFT-300<br>TimeStamp: 7 November 2018 ... |

### Objective Notes

intake
TimeStamp: 7 November 2018 19:03:03 --- User: Mathews Jacob (PMJE)

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 5 of 5)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Aspirin | RxNorm: 1250907 - ASA 500 MG / Diphenhydramine Citrate 38.3 MG Oral Tablet;   197447 ... | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 002 | Allergies - Medication | Sulfa Antibiotics | RxNorm: 313134 - SMX 40 MG/ML / TMP 8 MG/ML Oral Suspension; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 003 | Allergies - Medication | Penicillin | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 004 | Allergies - Medication | Motrin | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 005 | Allergies - Other than Medications | Peanut | | | Patient Reported | 11/07/2018 | 11/01/2017 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|

| | | **Date** | | | |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| |
|---|
| None |

---

**Patient Education**

**Patient Education Notes**

Intake/HNR process Explained.
Fluids Encouraged
Healthy life styles encouraged. Verbalized understanding

TimeStamp: 7 November 2018 19:03:14 --- User: Mathews Jacob (PMJE)

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

|  |  |  |
|---|---|---|
| Medical: | Unknown | |
| Mental: | U-Unknown | Prognosis: |
| SMI: | | |
| Dental: | U-Unknown (Conversion) | |

**Classification and Security Notes**

| None |
| --- |

**Encounter Orders Review**

     Review Type*:  No Review Required      Review Staff:  Unknown

**Review Notes**

| None |
| --- |

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| | | No Rows Found | | |

**Standard Forms**

| Type | Staff |
| --- | --- |
| | No Rows Found |

---

**Last Updated Information:**
Date: 11/07/2018    Time: 19:03:20     User: Mathews Jacob (PMJE)
Department: Health Services Provider       User Type: End User

<u>Show Add History</u>

Exhibit 25

CHSS027C             # Health Services Encounter        Wednesday April 15, 2020 14:57:08

## Encounter Header

|  |  |  |  |
|---|---|---|---|
| Date*: | 11/07/2018 | Start Time*: | 19:03:22 |
| End Date*: | 11/07/2018 | End Time*: | 19:03:55 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Review | Encounter Close Date: | 02/03/2019 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 19:02:16 |
| Setting*: | Clinic | | |
| Staff Member*: | Jacob, Mathews | | |
| Title: | Registered Nurse | | |
| Form Type: | Symptoms Review | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

intake
TimeStamp: 7 November 2018 19:03:52 --- User: Mathews Jacob (PMJE)

**Symptoms Review - Subjective**

**Past/Present Problems:**Do you now, or have you ever had any of the following problems?

- ⦿ N      ○ Y:

**Severe headaches:**
- ⦿ N      ○ Y:

**Dizziness:**
- ⦿ N      ○ Y:

**Fainting or blackouts:**
- ⦿ N      ○ Y:

**Weakness:**
- ⦿ N      ○ Y:

**Numbness:**
- ⦿ N      ○ Y:

**Glaucoma:**
- ⦿ N      ○ Y:

**Thyroid trouble:**
- ⦿ N      ○ Y:

**Pain or presure in chest:**
- ⦿ N      ○ Y:

**Pounding heart:Rheumatic fever or heart murmur:**
- ⦿ N      ○ Y:

**Shortness of breath w/exercise:**
- ○ N      ⦿ Y:

Asthma**Shortness of breath at rest:**
- ○ N      ⦿ Y:

Asthma
- ⦿ N      ○ Y:

**Pneumonia:Blood in stool or black, tarry stool:**
- ⦿ N      ○ Y:
- ⦿ N      ○ Y:

**Vomiting blood:**
- ⦿ N      ○ Y:

**Liver trouble:**
- ⦿ N      ○ Y:

**Gall stones:**
- ⦿ N      ○ Y:

**Ulcers:**
- ⦿ N      ○ Y:

**Hernia:**
- ⦿ N      ○ Y:

**Hemorrhoids:**
- ⦿ N      ○ Y:

**Trouble passing urine:**
- ⦿ N      ○ Y:

**Blood in urine:Warts or rash on penis/vagina:**
- ⦿ N      ○ Y:
- ⦿ N      ○ Y:

**Arthritis:**
- ⦿ N      ○ Y:

**Pain or swelling in joints:**
- ⦿ N      ○ Y:

**Joint replacement:**
- ⦿ N      ○ Y:

**Broken bone:**
- ⦿ N      ○ Y:

**Back pain:**
- ⦿ N      ○ Y:

**Anemia:**
- ⦿ N      ○ Y:

**Weight gain/loss:**
- ⦿ N      ○ Y:

**Night sweats:**

Rev #: 591

## Objective

### Vital Signs (1 - 3 of 3)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 19:03 | | | | | | | | NA | | | This vital sign entry was generated from standard form Intake and Receiving Scre... |
| 19:05 | 98.0 | 99 | 16 | 5 5 | 200 | 112 | 77 | NA | 33.28 | 97.00 | This vital sign entry was generated from standard form Intake and Receiving Scre... |
| 18:57 | 98.0 | 99 | 16 | 5 5 | 200 | 114 | 84 | NA | 33.28 | 97.00 | LD intake VS HX Asthma per IM. PFT-300 TimeStamp: 7 November 2018 ... |

### Objective Notes

intake
TimeStamp: 7 November 2018 19:04:40 --- User: Mathews Jacob (PMJE)

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 5 of 5)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Aspirin | RxNorm: 1250907 - ASA 500 MG / Diphenhydramine Citrate 38.3 MG Oral Tablet;   197447 ... | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 002 | Allergies - Medication | Sulfa Antibiotics | RxNorm: 313134 - SMX 40 MG/ML / TMP 8 MG/ML Oral Suspension; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 003 | Allergies - Medication | Penicillin | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 004 | Allergies - Medication | Motrin | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 005 | Allergies - Other than Medications | Peanut | | | Patient Reported | 11/07/2018 | 11/01/2017 |

### Related Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 006 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (finding) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 11/07/2018 | 11/07/2018 |
| 007 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 11/07/2018 | 11/07/2018 |

### Assessment Notes

ALERTS/NOTIFICATIONS CREATED FROM INTAKE AND RECEIVING SCREENING FORM
OTHER ALERTS:

Has Mobility Restrictions/Impairments. Consider special placement for Deaf.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

None

## Patient Education

### Patient Education Notes

Intake/HNR process Explained.
Fluids Encouraged
Healthy life styles encouraged. Verbalized understanding

TimeStamp: 7 November 2018 19:05:09 --- User: Mathews Jacob (PMJE)

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

**Health Classification**

| | |
|---|---|
| Medical: | Unknown |
| Mental: | U-Unknown |
| SMI: | |
| Dental: | U-Unknown (Conversion) |

Prognosis:

**Classification and Security Notes**

None

**Encounter Orders Review**

Review Type*:  No Review Required       Review Staff:  Unknown

**Review Notes**

None

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms** (1 - 1 of 1)

| Type | Staff |
|---|---|
| Intake and Receiving Screening | Jacob, Mathews |

**Last Updated Information:**
Date: 11/07/2018    Time: 19:05:14    User: Mathews Jacob (PMJE)
Department: Health Services Provider    User Type: End User

Show Add History

# Exhibit 26

# (Redacted)

| Last Name: ▇▇▇ | First: ▇▇▇ | MI: | ADC: ▇▇▇ |
|---|---|---|---|

| Date: 11/07/2018 | Time: 19:03:22 | DOB: ▇▇▇ | Age: ▇ |
|---|---|---|---|

Sex: Male       Alias:

Have you ever been incarcerated: ⦿ No ○ Yes, Most recent:   Where:

Intake refused: ⦿ No ○ Yes   If yes complete Refusal Form.

Interpreter used: ⦿ No ○ Yes   Name:   Service:

Inmate transfer: ○ No ⦿ Yes   Records received: ○ No ⦿ Yes

Private insurance: ⦿ No ○ Yes   (Name):

## Vital Signs

| | Taken Time | Height | Weight | Temperature | Pulse | Respirations | Blood Pressure | Pulse Ox (optional) |
|---|---|---|---|---|---|---|---|---|
| ☐ Refused | 19:05:18 | ft.: 5 in. 5 ☐ act ⦿ rptd | 200 ☐ act ⦿ rptd | 98.0 Auricular ☐ Not Taken | ⦿ A ○ P 99 | 16 | Systolic: 112 Diastolic: 77 Sitting - Right Arm | 97 |

**Comments**

**Body Mass Index (BMI):** (Weight x 703) / (Height in inches x Height in inches): 33.28    If >25 do random fingerstick:

**Physical Build/Characteristics:**

| ☐ Average | ☐ Thin | ☐ Slender | ☐ Muscular | ☐ Large in stature | ☐ Overweight | ☑ Obese |
|---|---|---|---|---|---|---|

## CRITICAL OBSERVATIONS

**Urgent/Emergent Medical Referral:** ⦿ None identified ○    **For Jails:** ○ Accept ○ Reject

Yes, check all that apply
☐ Severe injury     ☐ Life threatening illness     ☐ Uncontrolled bleeding     ☐ Severe pain
☐ Head trauma with mental status changes     ☐ Other:
☐ Patient immediately referred to ER and must have "clearance" to return to facility

**Urgent/Emergent Mental Health Referral:** ⦿ None identified ○ Yes, check all that apply
☐ Active hallucinations     ☐ Active delusions     ☐ Actively Suicidal     ☐ Other:

**Responsiveness:** (Choose one)
⦿ Alert ○ Lethargic ○ Verbal Stimulus ○ Painful stimulus ○ Unresponsive (Call 911) Describe:
Oriented to Person, Place and Time: ⦿ Yes ○ No   Describe:

**Skin Observations:**    Check all that apply and describe below:    ☐ No abnormal skin conditions visualized
☑ Tattoos    ☐ Blisters    ☐ Draining areas    ☐ Lice/Pediculosis    ☐ Jaundice    ☐ Needle marks
☐ Surgical scars    ☐ Open lesions    ☐ Pallor    ☐ Sores    ☐ Lacerations    ☐ Tracks
☐ Other:

**Describe**

street

**Mobility Restrictions/Physical Disabilities/Impairments:** ○ No ⦿ Yes, check all that apply
☐ Deformity    ☐ Cast    ☐ Paraplegic    ☐ Wheel chair    ☐ CPAP    ☐ Brace    ☐ Blind    ☑ Deaf    ☐ Amputation    ☐ Splint
☐ Quadriplegic    ☐ Crutches/Cane    ☐ Other:     Comments: Both

## HISTORY

**Major surgery or medical hospitalization within past year:** ⦿ No ○ Yes, check all that apply and include date
☐ Brain Surgery    ☐ Heart Surgery    ☐ Abdominal Surgery    ☐ Stroke
☐ MI    ☐ Transplant    ☐ Due to traumatic injury    ☐ Other:

## MEDICATION REPORTED ⦿ None ○ Unknown ○ See below

| Name/Dose | Frequency/Last Taken | Prescribed by and Reason | Verification Through |
|---|---|---|---|
| | Freq: Last: | | ○ Practitioner ○ Pharmacy ○ Unable to verify |

**ALLERGIES: Do you have any allergies (food, medications, environmental)?** ○ No ⦿ Yes

## SUBSTANCE USE / ABUSE

| Ever been hospitalized for substance abuse: ⦿ No ○ Yes Dates: | Detoxification or outpatient treatment: ⦿ No ○ Yes Dates: |
|---|---|

**Alcohol Use:** Do you drink alcohol: ○ No ○ Yes   Type:   Last use:
How much:   How often:

**If 2 or more "Yes" answers complete CIWA and mental health referral**

Ever had alcohol withdrawals, tremors, seizures or DTs when you stopped drinking: ☐ No ☐ Yes (CIWA) when:

Have you ever felt you should cut down on your drinking? ☐ No ☐ Yes

Have people annoyed you by criticizing your drinking? ☐ No ☐ Yes

Have you ever felt bad or guilty about your drinking? ☐ No ☐ Yes

Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover: ☐ No ☐ Yes

**Substance/Drug Use/Rx** Do you use drugs: ☐ Yes ☐ No

Do you use injectable drugs: ☐ No ☐ Yes Last injectable use:

| **Rx or Street** | **How often?** | **How much?** | **Last use?** | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepine | | | | ☐ Hx of withdrawal |

☐ Methamphetamines  ☐ Cocaine  ☐ Other:

## COMMUNICABLE DISEASES

**HIV/AIDS** Do you have HIV infection or AIDS: ☑ No ☐ Yes          Are you taking medications: ☐ No ☐ Yes

**TB Symptoms:**  Do you have any of the following:    Weight loss: ☐ Yes ☑ No        Night sweats: ☑ Yes ☐ No

**Ask each question**   Appetite loss: ☐ Yes ☑ No        Fever: ☐ Yes ☑ No        Persistent cough 3+ weeks: ☐ Yes ☑ No

Coughing up blood: ☐ Yes ☑ No        Weak/tired: ☐ Yes ☑ No

**TB Skin Test**   Prior + PPD: ☐ No ☐ Yes    Plant PPD Now: ☐ Yes ☐ No    If yes, the PPD must be ordered in the lab section of this encounter.

## MEDICAL PROBLEMS

**Do you have any current ongoing medical problems we should know about:** ☑ Yes. complete applicable ☐ No. proceed to BH section

**Do you have any special dietary needs:** ☐ No ☑ Yes, describe:

☑ **Asthma**  How long: "all my life"        Last asthma attack: 11/01/2017        ER visit in last 90 days: ☐ Yes ☑ No

If yes, when:              Hospitalization in last year: ☑ No ☐ Yes, when:

Have you ever had a tube put down your throat so that a machine breathes for you? ☑ No ☐ Yes, when:

Currently on steroids: ☐ Yes ☑ No        Peak Flow: ☑ Yes ☐ No, reason:

Peak Flow #1: 300        Peak Flow #2:        Peak Flow #3:

☐ **COPD / Emphysema**  O₂ dependent: ☐     Peak Flow #1:        Peak Flow #2:        Peak Flow #3:        ☐ Not done, reason:
☐ Yes ☐ No

| **Cardiovascular/ Cerebrovascular** **Ask each question** | Angina: | ☐ Yes ☐ No | Atrial fibrillation: | ☐ Yes ☐ No | Stents: | ☐ Yes ☐ No |
|---|---|---|---|---|---|---|
| | Pacemaker: | ☐ Yes ☐ No | Heart attack: | ☐ Yes ☐ No | Internal defibrillator: | ☐ Yes ☐ No |
| | Bypass surgery: | ☐ Yes ☐ No | Endocarditis: | ☐ Yes ☐ No | CHF: | ☐ Yes ☐ No |
| | Blood clot in lungs or legs: | ☐ Yes ☐ No | Last CVA: | | Last TIA: | |
| | Are you taking Warfarin, Coumadin or Jantoven: | ☐ Yes ☐ No | Are you taking another blood thinner: | ☐ Yes ☐ No | | |
| | Date of onset: | | Last episode: | | | |

**Comments**

☐ **Hypertension** How long:

Are you currently taking three or more anti-hypertensives: ☐ Yes ☐ No

☐ **Diabetes**  How Long:          Finger Stick:          ☐ Not done, reason:

Are you currently taking medication(s): ☐ Yes ☐ No        Are you taking insulin: ☐ Yes ☐ No

If Finger Stick > 300, ask the following:        Nausea: ☐ Yes ☐ No          Vomiting: ☐ Yes ☐ No

Excessive thirst: ☐ Yes ☐ No        Urine ketones (if taken) ☐ Yes ☐ No        ☐ Not taken, reason:

Have you ever been hospitalized for your diabetes: ☐ No ☐ Yes, dates:

**Comments**

☐ **Epilepsy/Seizure**  Last seizure:

More than one seizure a month: ☐ Yes ☐ No        Two or more anticonvulsants: ☐ Yes ☐ No

☑ **Gastrointestinal** GERD: ○ Yes ○ No      Hiatal hernia: ○ Yes ◉ No

Have you ever vomited blood: ◉
○ No ○ Yes      Frequency:      Last:
Comments:

Have you ever had dark, black
stools from bleeding: ◉ No ○ Yes      Frequency:      Last:
Comments:

### Comments

---

☐ **Cancer** Do you currently have cancer: ○ No ○ Yes      Are you currently being treated for cancer: ○ No ○ Yes

### Comments

Type:

---

☐ **Dialysis** Type: ○ Hemodialysis ○ Peritoneal      Number of times per week:
Last dialyzed:

☐ **HCV** ○ Yes ○ No

☐ **Other:**

### BEHAVIORAL HEALTH

Do you have any current mental health complaints: ○ Yes ◉ No      Do you feel vulnerable because you are incarcerated: ○ Yes ◉ No

Have you ever been diagnosed with a mental illness: ◉ No ○ Yes, check which illness: ☐ Schizophrenia ☐ Bipolar ☐ Other:

History of outpatient treatment: ○ Yes ◉ No Within the last
year: ○ Yes ◉ No      History of psychotropic medications: ○ Yes ◉ No

History of psych hospitalization: ○ Yes ◉ No      Within the last year: ○ Yes ◉ No

History of hearing things: ○ Yes ◉ No      History of seeing things: ○ Yes ◉ No

History of suicide attempts: ○ Yes ◉ No      Last attempt:

Are you thinking of suicide now: ◉ No ○ Yes, if yes:      Do you have a plan: ○ Yes ○ No
☐ Emergent Mental Health ☐ Placed on Suicide Watch

Family/friends history of suicide: ○ Yes ◉ No      Recent significant loss: ○ Yes ◉ No

Do you feel like there is nothing to look forward to (hopeless/helpless): ○ Yes ◉ No

Have you ever hurt yourself on purpose: ○ Yes ◉ No      Are you thinking of hurting yourself now: ○ Yes ◉ No

Are you thinking of hurting others now: ○ Yes ◉ No

Ever been hospitalized for head trauma: ○ Yes ◉ No      Criminal history of violent behavior: ○ Yes ◉ No

History of sexual victimization: ○ Yes ◉ No      History of sex offenses: ○ Yes ◉ No

History of: ☐ Special education placement ☐ Development disability ☐ Intellectual disability

### PERSONAL INFORMATION

Do you identify as, or do others perceive you to
be:
☐ Gay      ☐ Lesbian ☐ Bisexual ☐ Transgender ☐ Intersex
☐ Gender Non-
conforming      ☐ Straight or heterosexual
☐ Other:

### ADDITIONAL OBSERVATION

General Appearance: ☑ No apparent distress ☐ Other:

Oral
Screening ☑ Unremarkable   ☐ Missing
teeth   ☐ Abscesses   ☐ Lesions ☐ Dentures Loose   ☐ Swelling
☐ Dentures/Partials   ☐ Other:

### DISPOSITION

**Placement** ☐ GP    ☐ Infirmary ☐ Suicide Watch ☐ Isolation ☐ Observation ☑ Other: S/O

| **Referral** | ☑ H&P | ○ Routine ○ Expedited | ☐ Nursing Sick Call | ○ Routine ○ Expedited |
| --- | --- | --- | --- | --- |
| | ☐ Practitioner Sick Call | ○ Routine ○ Expedited | ☑ Behavioral Health | ◉ Routine ○ Expedited |
| | ☐ Chronic Care Clinic | ○ Routine ○ Expedited | ☐ Dental Referral | ○ Routine ○ Expedited |

**Notification:** ☐ Immediate supervisor    ☐ Practitioner on call    ☐ ER for transport

**Consent for
treatment signed:** ◉ Yes ○ No, reason:

**Access to care
reviewed:** ◉ Yes ○ No, reason:

**Grievance process
explained:** ◉ Yes ○ No, reason:

### RECOMMENDED APPOINTMENT SUMMARY

### ADDITIONAL COMMENTS

**ADDITIONAL COMMENTS**

LD Intake
NKDA
Medical- HX Asthma
PFT-300
MH- Denies
PPD-0mm
ETOH- Denies
Drugs-Denies
Tattoos-Street
Suicidal ideation-Denies
Intake/HNR process Explained.
Fluids Encouraged
Healthy life styles encouraged. Verbalized understanding

**I understand that withdrawal from alcohol and other drugs could be fatal. I have been provided with information related to alcohol and drug withdrawal and the information I provided related to my alcohol and drug use is accurate and complete. My information is correct and I accept the provision of medical, dental and mental health care.**

|  |  | M. Jacob PMJE |  |
| --- | --- | --- | --- |
| [signature] | 11/07/2018 | Interviewer's Name (Printed) | 11/07/2018 |
| Patient Signature | | Interviewer's Signature | |

**Secondary review**
(if indicated)                              Name (Print)

Signature

**Provider review**
(if indicated)                              Name (Print)

Signature

# Exhibit 27

# (Redacted)

# Health Services Encounter

CHSS027C

Wednesday April 15, 2020 14:59:18

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 11/08/2018 | Start Time*: | 07:35:58 |
| End Date*: | 11/08/2018 | End Time*: | 07:36:37 |
| Category: | Medical Provider | | |
| Type*: | Provider - Physical - Intake | Encounter Close Date: | 11/08/2018 |
| Location*: | ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: | 08:18:21 |
| Setting*: | Clinic | | |
| Staff Member*: | Lee, Maurice | | |
| Title: | Medical Doctor | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

███████ s a 24yoM with a stated PMH of asthma, seizures, gerd and is deaf but multiple allergies listed here for intake history and physical
No questions or concerns, communicated through a word document
UA, CBC, (high hgb/hct) RPR and PPD all wnl

Asthma
Dx as a child
Last hospitalization when he was a small child
Last ED when he was a small ch
Never intubated
Last steroids, doesn't think ever
No steroids per year
Rescue inhaler ??
Controller inhaler ???
Says that he had an inhaler on the streets at one point and it was the blue one not the red one and he used it twice a day as needed and says he needs it twice a day
exacerbated by working out
Smokes 1ppd x2years

Seizures when he was a small child as well, no seizures in over a decade and not on any medications.

TimeStamp: 8 November 2018 07:36:38 --- User: Maurice Lee (LEEMA01)

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:26 | 96.7 | 86 | 16 | 5 5 | 200 | 129 | 82 | NA | 33.28 | | |

### Objective Notes

GEN: NAD

HEENT: NC/AT, EOMI, PERRL, MMM, no lymphadenopathy, deaf
CARDIO: S1, S2 normal, RRR, no m/r/g, pulses 2+ b/l
PULM: no dyspnea, CTAB, No w/r/c,
ABD: soft, nt/nd, bs present
NEURO: CN grossly intact, sensation grossly normal, normal strength
MSK: MAEx4
EXT: no edema
SKIN: tattoos

## Assessment

### Medical Diagnosis/Complaint (1 - 2 of 2)

| ICD Code | Diagnosis/Complaint |
|---|---|
| H91.3 | Deaf nonspeaking, not elsewhere classified |
| J45.20 | Mild intermittent asthma, uncomplicated |

### Active Allergies/Health Problems/Conditions (1 - 7 of 7)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Aspirin | RxNorm: 1250907 - ASA 500 MG / Diphenhydramine Citrate 38.3 MG Oral Tablet;   197447 ... | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 002 | Allergies - Medication | Sulfa Antibiotics | RxNorm: 313134 - SMX 40 MG/ML / TMP 8 MG/ML Oral Suspension; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 003 | Allergies - Medication | Penicillin | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 004 | Allergies - Medication | Motrin | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 005 | Allergies - Other than Medications | Peanut | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 006 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (finding) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 11/07/2018 | 11/07/2018 |
| 007 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 11/07/2018 | 11/07/2018 |

### Related Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 008 | Chronic Conditions | Asthma | SNOMED: 427679007 - | Mild intermittent asthma, | Assessed | 11/08/2018 | 11/08/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | Mild intermittent asthma (disorder) | uncomplicated [J45.20] | | | |
| 009 | Functional Limitations | Deaf | SNOMED: 698614006 - Acquired deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 11/08/2018 | 11/08/2018 |

### Assessment Notes

1. Deaf
2. Mild intermittent asthma: no concerns on exam today, is likely using inhaler out of habit as oppose to needing it for the proper reasons

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 11/29/2018 | 08:15:00 | Health Services | Generic, Practitioner | ASPC-E MEADOWS MED |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

1. Deaf: coordinate proper placement
2. Asthma: will have inhaler, recommend further education to get him to decrease use.  Counseled on smoking cessation

## Patient Education

### Patient Education Notes

discussed harm reduction and the natural progression of his chronic disease to end organ damage, importance of compliance with TLC and medications, expected A.E. of his meds and treatment goals.

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)     ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:   4
Mental:   U-Unknown                                 Prognosis:
SMI:
Dental:   U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:   Pending Nurses Order         Review Staff:   Higby, Jennifer, RN
Review Date:   11/08/2018                       Review Time:   13:15:38

### Review Notes

inhaler and f/u next yard, is medical class 4
TimeStamp: 8 November 2018 13:15:52 --- User: Jennifer Higby (HIGJE01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

## Standard Forms (1 - 2 of 2)

| Type | Staff |
|------|-------|

| Type | Staff |
|---|---|
| Health Assessment - History | Lee, Maurice |
| Health Assessment - Physical | Lee, Maurice |

**Last Updated Information:**

Date: 11/08/2018           Time: 13:15:38           User: Jennifer Higby (HIGJE01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |

Show Add History

# Exhibit 28

# (Redacted)

| Last Name: | | First: | | | MI: | ADC: | |
|---|---|---|---|---|---|---|---|

Date: 11/08/2018    Time: 07:35:58    Sex: Male  Male    DOB:          Alias:

Intake Form Reviewed: ◉ Yes ○ No If no, reason:

Is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening:
○ No ○ Yes:

Interpreter Used: ◉ No ○ Yes  Name:  Service:

## HISTORY

**Major Surgical History (within past year)** ◉ No ○ Yes (check all that apply and include date)
- ☐ Due to traumatic injury
- ☐ Heart Surgery
- ☐ Other:
- ☐ Brain Surgery
- ☐ Abdominal Surgery

**Medical Hospitalizations (within past year)**
◉ No ○ Yes:

**Ever had transplant surgery** ◉ No
○ Yes
- ☐ Kidney ☐ Other:

**Past Significant Surgery** ○ No ◉ Yes: nose

## MEDICATION REPORTED ○ None ◉ Unknown ○ See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| | Freq:<br>Last: | | ○ Clinic ○ Medication Container<br>○ VA ○ Physician/Psychiatrist<br>○ Pharmacy ○ Unable to Verify |

## ALLERGIES: Do you have any allergies (food, medication, enviromental)? ◉ No ○ Yes

## TOBACCO USE

Do you smoke: ◉ Current ○ Former ○ Never  Amount: 1 packs/day  How Long: 2

## ALCOHOL USE

Do you drink alcohol: ◉ No ○ Yes
Type:
Last Use:
How Much:
How Often:
Prior treatment program: ○ No ○ Yes
Excessive Drinker: ○ No ○ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with stopping alcohol: ○ No ○ Yes (CIWA)
If yes, when:

## SUBSTANCE/DRUG USE

Substance/Drug Use/Rx  Do you use drugs: ○ No ◉ Yes
Do you use injectable drugs: ◉ No ○ Yes Last Injectible Use:

| | How Often? | How Much? | Last Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |
| ☑ Methamphetamines | ☐ Cocaine | ☐ Other: | | |

Prior treatment program: ○ No ○ Yes

## COMMUNICABLE DISEASES

**Hepatitis**
Have you ever had hepatitis: ○ No ○ Yes
Hep B: ○ No ○ Yes
Hep C: ○ No ○ Yes
Other:

**STD's**
Have you ever had an STD: ◉ No ○ Yes ☐ Treated

| | | | |
|---|---|---|---|
| Syphilis: | ○ No ○ Yes | ☐ Treated | |
| Gonorrhea: | ○ No ○ Yes | ☐ Treated | |
| Chlamydia: | ○ No ○ Yes | ☐ Treated | |
| Herpes: | ○ No ○ Yes | ☐ Treated | |
| Other: | ☐ Treated | | |

Do you currently have symptoms?
◉ No ○ Yes
Describe:
Would you like to be tested for syphilis?
○ Declined ◉ Yes

**HIV/AIDS**
Do you have HIV infection or AIDS:
◉ No ○ Yes
Are you currently taking medications?
○ No ○ Yes
When Diagnosed:

**Viral Load**
◉ No ○ Yes
Viral Load #:
When:
☐ Unknown

**T-Cell (CD4)**
◉ No ○ Yes
Count:
When:
☐ Unknown

**History of opportunistic infections?**
☑ None ☐ Thrush ☐ PCP ☐ Toxo
☐ Zoster ☐ Cryptococcal Meningitis
Have you been treated? No Yes
Are you currently receiving OI Meds? No Yes

**TB Symptoms**

| | |
|---|---|
| Weight loss: | ◉ No ○ Yes |
| Night sweats: | ◉ No ○ Yes |
| Fever: | ◉ No ○ Yes |
| Appetite loss: | ◉ No ○ Yes |

**TB**
Have you ever had a skin test for TB: ○ No ○ Yes ○ Don't Know
Prior + PPD: ○ No ○ Yes ○ Don't Know ○ Pending
Date of last PPD:
Have you ever been treated for LTBI: ◉ No ○ Yes

Have you ever had active TB: ◉ No ○ Yes
Where diagnosed:
Date of Diagnosis: ☐ Treated
Duration of treatment:

Coughing blood: ⦿ No ☐
Yes

Persistent cough 2+ ⦿ No ☐
weeks:
Yes

Weak/tired: ⦿ No ☐

Yes
☐ None

Duration of treatment:

Chest x-ray taken in the past year:
⦿ No ☐ Yes
Result: ☐ Normal ☐ Abnormal
☐ Pending ☐ Don't Know

---

### CHRONIC ILLNESSES

**Asthma**
Do you have asthma: ☐ No ⦿ Yes
How Long: life
Last Episode: 09/13/1994
Last ER Date:
Last hospitalization:
Have you ever had a tube put down your
throat so that a machine breathes for you:
⦿ No ☐ Yes, when:
Currently on steroids: ⦿ No ☐ Yes
Peak Flow: ⦿ No ☐ Yes
Reason not taken: no dyspnea or wheezing

**Cardiovascular Disease (ask each question)**
Have you ever had any of the following problems
with your heart:

Angina: ⦿ No
         ☐ Yes

Stents: ⦿ No
        ☐ Yes

Heart ⦿ No
attack: ☐ Yes

CHF: ⦿ No
     ☐ Yes

Atrial fibrillation: ⦿ No
                     ☐ Yes

Endocarditis: ⦿ No
              ☐ Yes

Blood clot in lungs ⦿ No
or legs: ☐ Yes

Date of onset:

Internal defibrillation: ⦿ No ☐ Yes  Date:
Pacemaker: ⦿ No ☐ Yes  Date:
Bypass surgery: ⦿ No ☐ Yes  Date:
Heart valve replacement: ⦿ No ☐ Yes  Date:
Are you taking Warfarin, Coumadin, or Jantoven:
⦿ No ☐ Yes

**Cerebrovascular Disease**
Have you ever had:
CVA(Stroke): ⦿ No ☐ Yes
Last CVA:
TIA (Mini-Stroke): ⦿ No ☐
Yes
Last TIA:

**Comments**

---

**Diabetes**
Have you ever had
diabetes or a problem
with
high blood sugar? ⦿ No
☐ Yes
How Long:
Have you been getting
your fingersticks? ☐ No
☐ Yes
Result:
Are you currently taking
medication(s): ☐ No ☐
Yes
Are you currently taking
insulin: ☐ No ☐ Yes
Ever been hospitalized for
diabetes: ☐ No ☐ Yes

**Hypertension**
Have you ever had high
blood pressure
or hypertension: ⦿ No
☐ Yes
How Long:
Are you currently taking
medication(s): ⦿ No ☐
Yes
Three or more anti-
hypertensives: ⦿ No ☐
Yes

**Epilepsy/Seizure**
Have you ever had a seizure or convulsion: ☐ No ⦿ Yes
Frequency greater than once a month: ⦿ No ☐ Yes
Two or more anticonvulsants: ⦿ No ☐ Yes
Are you taking medication for seizure: ⦿ No ☐ Yes
Last Seizure: 09/13/1994

**Comments**

has not had a seizure since he was a small child, sounds like he may
have had a febrile seizure or has secondary gain

---

**Gastrointestinal**   Have you ever been treated for problems with stomach or bowels: ⦿ No ☐ Yes
Have you ever vomited blood:
☐ No ☐ Yes          Frequency:          Last:          Comments:

Ever had dark, black stools from bleeding:
☐ No ☐ Yes          Frequency:          Last:          Comments:
Have you ever been told you have cirrhosis: ☐ No ☐ Yes

**Comments**

---

**COPD/Emphysema**   Do you have COPD or emphysema: ⦿ No ☐ Yes
O₂ dependent: ☐ No ☐ Yes          Hospitalization: ☐ No ☐ Yes          Hospitalization Date:
Ever been on a respirator: ☐ No ☐ Yes          CPAP: ☐ No ☐ Yes

**Cancer**
Have you ever had cancer: ⦿ No ☐ Yes
Do you currently have cancer: ☐ No ☐ Yes
What type of cancer:
Are you currently being treated for cancer: ☐ No ☐
Yes
When diagnosed:

**Dialysis**
Are you currently on dialysis: ⦿ No ☐ Yes
Are you currently getting your dialysis treatments: ☐ No ☐
Yes
Type: ☐ Hemodialysis ☐ Peritoneal
Number of times per week:
Last dialyzed:

Treatment: ☐ None ☐ Chemo ☐ Radiation ☐ Surgery ☐ **Other Current Significant Medical Conditions**
☐ Other:
Referral Needed: ☐ No ☐ Yes

## BEHAVIORAL HEALTH

| | |
|---|---|
| Do you have any current mental health complaints? ⦿ No ☐ Yes  Describe: | |
| Do you have a history of a mental health problem? ⦿ No ☐ Yes | Family history of mental illness: ⦿ No ☐ Yes |

Have you ever been diagnosed with a mental illness: ⦿ No ☐ Yes, check which illness:
☐ Schizophrenia  ☐ Major Depression  ☐ Bipolar  ☐ Other:

| | |
|---|---|
| Do you feel like there is nothing to look forward to (hopeless/helpless): ⦿ No ☐ Yes | Are you thinking of hurting yourself now: ⦿ No ☐ Yes |
| Family/friends history of suicide: ⦿ No ☐ Yes | Recent significant loss: ⦿ No ☐ Yes |
| History of suicide attempt(s): ⦿ No ☐ Yes  Last Attempt: | Are you thinking of suicide now: ⦿ No ☐ Yes |

History of psych hospitalization: ⦿ No ☐ Yes    Within last year: ☐ No ☐ Yes
History of psychotherapy / group therapy: ⦿ No ☐ Yes    Within last year: ☐ No ☐ Yes
History of psychotropic medication(s): ⦿ No ☐ Yes

| | | |
|---|---|---|
| History of hearing things: ⦿ No ☐ Yes | History of seeing things: ⦿ No ☐ Yes | Are you thinking of hurting others now: ⦿ No ☐ Yes |
| History of violent behavior: ⦿ No ☐ Yes | History of victimization: ⦿ No ☐ Yes | History of sex offenses: ⦿ No ☐ Yes |

Neurological deficit: ⦿ No ☐ Yes

## ADDITIONAL COMMENTS

**Health History:** ⦿ Completed ☐ Refused

_____
Interviewer's Signature

Exhibit 29

(Redacted)







