# Exhibit 44

# (Redacted)



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date : ___FEB 24 AM 9:51___

Time: _____

Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| ▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮ | 2/21/19 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| ▮▮▮▮▮ | Meadows | 3300 | ASPC-EYMAN |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☑ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☑ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I NEEd A REFiLL on My inhalation plz
One inhailor is not suffient for a 60 period, the weather
is making my asthma even worst, thank you.
(I need two inhailors for my condition)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley).* Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

## SECTION III/SECCION III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☒ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☒ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *M. King, LPN* | 2/24/19 | 1025 |

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

Med Ordered   They give out according to the orders / calculations

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| *M. King, LPN* | 2/24/19 | 1025 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR

# Exhibit 45

# Health Services Encounter

CHSS027C

Thursday April 16, 2020 13:41:39

## Encounter Header

| | |
|---|---|
| Date*: | 11/22/2019 |
| End Date*: | 11/22/2019 |
| Category: | Medical Provider |
| Type*: | Provider - Sick Call - Scheduled |
| Location*: | ASPC-E MEADOWS MED  [A44] |
| Setting*: | Clinic |
| Staff Member*: | Gatlin, Antoinette |
| Title: | Nurse Practitioner |
| Form Type: | |

Start Time*:   09:12:25
End Time*:   09:15:02

Encounter Close Date:   11/22/2019
Encounter Close Time:   10:42:57

## Subjective

Are interpreter services needed for this inmate*:    No
What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 11/13/2019 | Provider | Routine | Encounter Held |

### Subjective Notes

Patient is deaf and will be writing his questions and answers.
Patient is being seen to discuss issues with his hearing aids and is requesting a renewal SNO for bottom bunk. He states his hearing aids are small and the metal hurts his ears and he cant wear them. He states he has been wearing Molds hearing aids for his whole life and they work better for him. The fit ones he has now aren't working for him.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|------|----------|
| 09:06 | 97.7 | 73 | 18 | 5  5 | 204 | 104 | 70 | NA | 33.94 | 97.00 | |

### Objective Notes

Patient in no apparent distress, ambulates w/o difficulty
Neuro: alert and oriented x4, GCS 15, CN II-XII intact, no focal deficits noted, DTR's 5/5 all extremities
Skin: is clear, intact, no open areas noted, no jaundice,
Eyes: PERRLA, Pupils 3mm bilaterally, EOM's wnl, no icterus noted
ENT: patient is deaf but can sign and speak with limitation, ears wnl bilaterally, Bilateral nares patent, bridge of nose aligned, nasal turbinates 2+ bilaterally, teeth intact, mouth is clear, throat has no erythema noted
Neck: supple, no thyromegaly noted, no lymphadenopathy
Respiratory: Lungs clear to auscultation no RRR noted
Cardiovascular: S1S2 noted, Auscultation of heart WNL, RRR, w/o gallop, murmur, rub, click or irregularity noted
Abdomen: abdomen is soft, no distention noted, normal BS x4, no masses, no hepatomegaly, no CVA tenderness, or hernia's noted
MSK: Extremities wnl, FROM in all extremities, no edema noted in limbs, no varicosities noted in legs, radial and pedal pulses intact

## Assessment

### Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| H54.2 | Low vision, both eyes |

### Active Allergies/Health Problems/Conditions (1 - 12 of 12)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Aspirin | RxNorm: 1250907 - ASA 500 MG / Diphenhydramine Citrate 38.3 MG Oral Tablet;  197447 ... | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 002 | Allergies - Medication | Sulfa Antibiotics | RxNorm: 313134 - SMX 40 MG/ML / TMP 8 MG/ML Oral Suspension; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 003 | Allergies - Medication | Penicillin | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 004 | Allergies - Medication | Motrin | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 005 | Allergies - Other than Medications | Peanut | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 006 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (finding) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 11/07/2018 | 11/07/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 007 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 11/07/2018 | 11/07/2018 |
| 008 | Chronic Conditions | Asthma | SNOMED: 427679007 - Mild intermittent asthma (disorder) | Mild intermittent asthma, uncomplicated [J45.20] | Assessed | 11/08/2018 | 11/08/2018 |
| 009 | Functional Limitations | Deaf | SNOMED: 698614006 - Acquired deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 11/08/2018 | 11/08/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 47933007 - Foot pain (finding) | Pain in unspecified foot [M79.673] | Assessed | 01/24/2019 | 01/24/2019 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 05/16/2019 | 05/16/2019 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 419076005 - Allergic reaction (disorder) | Allergy, unspecified, subsequent encounter [T78.40XD] | Assessed | 10/31/2019 | 10/31/2019 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 193722001 - Low vision, both eyes (disorder) | Low vision, both eyes [H54.2] | Assessed | 11/22/2019 | 11/22/2019 |

**Assessment Notes**

Deaf mutism

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 2 of 2)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Cyproheptadine Hcl Tab (Periactin)/4MG 🔸 | RxNorm: 866144 - cyproheptadine HCl 4 MG Oral Tablet; | 10/30/2019 | 1 | THREE TIMES DAILY | 01/27/2020 | Order Accepted at Pharmacy Vendor (SC) |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Triamcinolone Acetonide Lb Cre (Aristocort A)/0.1% 🔶 | RxNorm: 1014314 - triamcinolone acetonide 0.1 % Topical Cream; | 10/30/2019 | 454 jar | TWICE DAILY | 01/27/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders (1 - 4 of 4)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| IGG (IMMUNOGLOBULIN G) | | Special (Draw-cmnts;Rslts-48h) | Inmate Notified Of Results | See Report | From Vendor |
| IGM (IMMUNOGLOBULIN M) | | Special (Draw-cmnts;Rslts-48h) | Inmate Notified Of Results | See Report | From Vendor |
| RAST, UNIVERSAL | | Special (Draw-cmnts;Rslts-48h) | Inmate Notified Of Results | See Report | From Vendor |
| RAST ADULT PANEL | | Special (Draw-cmnts;Rslts-48h) | Inmate Notified Of Results | See Report | From Vendor |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| Off-site Clinic | Audiology | Routine | Consult Completed- Practitioner Reviewed |

### Follow-up Appointments (1 - 4 of 4)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 11/26/2019 | 09:12:25 | Health Services | Gatlin, Antoinette | ASPC-E MEADOWS MED |
| 11/26/2019 | 10:22:00 | Health Services | Gatlin, Antoinette | ASPC-E MEADOWS MED |
| 11/26/2019 | 10:32:00 | Health Services | Gatlin, Antoinette | ASPC-E MEADOWS MED |
| 11/26/2019 | 10:42:00 | Health Services | Gatlin, Antoinette | ASPC-E MEADOWS MED |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Medical Supplies/Special Equipment | LOWER BUNK | 11/22/2019 | 11/22/2020 | |

### Plan Notes

Will refer to audiology for new hearing aids.
FU prn for new or worsening symptoms

## Patient Education

### Patient Education Notes

treatment plan discussed with patient

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical: 4
Mental: 1-No history of MH services                   Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:   Pending Nurses Order       Review Staff:   Vergara, Lourdes, RN
Review Date:   11/22/2019              Review Time:   14:12:27

### Review Notes

TimeStamp: 22 November 2019 14:15:03 --- User: Lourdes Vergara (VERLO01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

# Exhibit 46

# (Redacted)

# Health Services Encounter

CHSS027C

Thursday April 16, 2020 13:40:48

## Encounter Header

| | |
| --- | --- |
| Date*: | 01/14/2020 |
| End Date*: | 01/14/2020 |
| Category: | Medical Provider |
| Type*: | Provider - Follow Up Care |
| Location*: | ASPC-E MEADOWS MED [A44] |
| Setting*: | Clinic |
| Staff Member*: | Ortiz, Adolfo |
| Title: | Nurse Practitioner |
| Form Type: | |

| | |
| --- | --- |
| Start Time*: | 15:09:07 |
| End Time*: | 15:09:53 |
| | |
| Encounter Close Date: | 01/14/2020 |
| Encounter Close Time: | 15:25:02 |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
| --- | --- | --- | --- |
| No Rows Found | | | |

### Subjective Notes

█████████████████████████ 25 YO HISPANIC MALE WITH PMH OF DEAFNESS, ASTHMA , DERMATITIS PRESENTS TODAY FOR ABNORMAL LABS. LIPID PANEL DONE IN 11/2019 REVEALS ELEVATED TRIGLYCERIDES @ 453. HE ALSO HAS LABS REVEALING MULTIPLE FOOD ALLERGIES AND ENVIRONMENTAL ALLERGIES; HE IS ALREAD ON ALLERGY  DIET AND CYPROHEPTADINE PRN.

## Objective

### Vital Signs (1 - 2 of 2)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 15:18 | | | | 5 5 | | | | NA | | 95.00 | |
| 13:51 | 97.5 | 81 | 18 | 5 5 | 204 | 102 | 74 | NA | 33.94 | 83.00 | provider f/u abnormal labs |

### Objective Notes

General: Normotensive, in no acute distress. Alert and oriented to person, place, and time. Clean and dressed appropriately.
Thorax and lungs: Respirations relaxed without nasal flaring or use of accessory muscles, no thoracic retractions, thorax symmetrical , normal AP ratio 1:2, posterior chest wall percussion resonant, lungs clear, no rales, no rhonchi, no wheezes.
Cardiovascular: Rate and rhythm regular, no clicks, rubs, gallops, or murmurs, S1 and S2 within normal limits, peripheral pulses present and equal bilaterally, no edema, tenting, or cyanosis, capillary refill brisk.

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
| --- | --- |
| No Rows Found | |

## Active Allergies/Health Problems/Conditions (1 - 13 of 13)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Aspirin | RxNorm: 1250907 - ASA 500 MG / Diphenhydramine Citrate 38.3 MG Oral Tablet;   197447 ... | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 002 | Allergies - Medication | Sulfa Antibiotics | RxNorm: 313134 - SMX 40 MG/ML / TMP 8 MG/ML Oral Suspension; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 003 | Allergies - Medication | Penicillin | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 004 | Allergies - Medication | Motrin | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 005 | Allergies - Other than Medications | Peanut | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 006 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (finding) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 11/07/2018 | 11/07/2018 |
| 007 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 11/07/2018 | 11/07/2018 |
| 008 | Chronic Conditions | Asthma | SNOMED: 427679007 - Mild intermittent asthma (disorder) | Mild intermittent asthma, uncomplicated [J45.20] | Assessed | 11/08/2018 | 11/08/2018 |
| 009 | Functional Limitations | Deaf | SNOMED: 698614006 - Acquired deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 11/08/2018 | 11/08/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 47933007 - Foot pain (finding) | Pain in unspecified foot [M79.673] | Assessed | 01/24/2019 | 01/24/2019 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 05/16/2019 | 05/16/2019 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 419076005 - Allergic reaction (disorder) | Allergy, unspecified, subsequent encounter [T78.40XD] | Assessed | 10/31/2019 | 10/31/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 193722001 - Low vision, both | Low vision, both eyes [H54.2] | Assessed | 11/22/2019 | 11/22/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | eyes (disorder) | | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

1. ELEVATED TRIGLYCERIDES
2. FOOD ALLERGIES
3. ENVIRONMENTAL ALLERGIES
4. DEAFNESS

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 2 of 2)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Cyproheptadine Hcl Tab (Periactin)/4MG 🔶 | RxNorm: 866144 - cyproheptadine HCl 4 MG Oral Tablet; | 10/30/2019 | 1 | THREE TIMES DAILY | 01/27/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Triamcinolone Acetonide Lb Cre (Aristocort A)/0.1% 🔶 | RxNorm: 1014314 - triamcinolone acetonide 0.1 % Topical Cream; | 10/30/2019 | 454 jar | TWICE DAILY | 01/27/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders (1 - 1 of 1)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 3, AZ | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| 01/24/2020 | 15:09:07 | Health Services | Ortiz, Adolfo | ASPC-E MEADOWS MED |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

1. LAB- REPEAT DP3
2. CONTINUE CURRENT MANAGEMENT OF ALLERGIES
3. PROVIDER FOLLOW UP AS NEEDED

**Patient Education**

**Patient Education Notes**

PROVIDER FOLLOW UP AS NEEDED FOR INCREASING PAIN, BLOODY STOOL, CHEST PAIN, SHORTNESS OF BREATH, FEVER, BODY ACHES, CHILLS, DIZZINESS.

**Meaningful Use Measurement**

- ☑ Demographic Information in Patient Header verified
- ☑ Current Medical Problem List verified (or Patient has no Medical Problems)
- ☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
- ☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

**Health Classification**

Medical: 4
Mental: 1-No history of MH services                          Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

**Encounter Orders Review**

Review Type*:  Pending Nurses Order                 Review Staff:  Lawson, Brea, RN
Review Date:  01/14/2020                            Review Time:  16:34:21

**Review Notes**

TimeStamp: 14 January 2020 16:36:56 --- User: Brea Lawson (LAWBR01)

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

Exhibit 47

CHSS027C                 # Health Services Encounter         Tuesday June 02, 2020 11:16:20

## Encounter Header

| | |
|---|---|
| Date*: | 04/23/2020 |
| End Date*: | 04/23/2020 |
| Category: | Medical Provider |
| Type*: | Provider - Chronic Care |
| Location*: | ASPC-E MEADOWS MED  [A44] |
| Setting*: | Clinic |
| Staff Member*: | Ortiz, Adolfo |
| Title: | Nurse Practitioner |
| Form Type: | Chronic Care Clinic |

| | |
|---|---|
| Start Time*: | 11:38:57 |
| End Time*: | 11:40:29 |
| Encounter Close Date: | 04/23/2020 |
| Encounter Close Time: | 11:45:24 |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

PATIENT PRESENTS FOR CHRONIC CARE

ASTHMA- CURRENTLY USING ALBUTEROL INHLAER PRN ABOUT 2 TIMES PER WEEK. ADMITS TO HX OF SEASONAL ALLERGIES.

HE ADDITIONALLY COMPLAINS OF ITCHY RASH AROUND HIS LEFT KNEE

**AZ Chronic Care Clinic Subjective**

**History:**
- ○ Y
  ASTHMA
- ○ Y
- ○ Y                                    ○ N

**Risk factors:**Obesity:Alcohol:Family history of heart disease:
- ○ Rare/None            ○ Current                    ○ Former

Smoker:
- ○ Less than 10 pk yrs        ○ 10-20 pk yrs        ○ More than 20 pk yrs

Amount/Length:
- ○ Y                    ○ N
- ○ Y                    ○ N
- ○ Y                    ○ N
- ○ Y                    ○ N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y            ○ N                    ○ N/A

Hx DKA:Other:
- ○ N                        ○ Y
- ○ N                        ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
- ○ Y                        ○ N
- ○ Y                        ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y                        ○ N

Prior corticosteroids: □ Change in season □ Pollen □ Exercise □ Dust**Aggravating factors for asthma:** □ Cold □ Other:**Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)        ○ Complex(partial)        ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** □ Alcohol □ Drug use □ Head injury □ Other:**Seizure related to:Infectious diseases:**
- ○ Y                        ○ N
- ○ Y                        ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y                        ○ N
- ○ Y                        ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y                        ○ N
- ○ Y                        ○ N
- ○ Y                        ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y                        ○ N
- ○ Y                        ○ N
- ○ Y                        ○ N

Headaches:Night sweats:Fever:
- ○ Y                        ○ N
- ○ Y                        ○ N
- ○ Y                        ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y                        ○ N
- ○ Y                        ○ N

Visual Disturbance:PPD Conversion:
- ○ Y                        ○ N
- ○ Y                        ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N                        ○ Y

Recent weight loss/cachexia:
- ○ N                        ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N                        ○ Y:
- □ Long bone(pre-tibial) □ Hand and foot □ Joint □ Abdominal**Pain:** □ Chest Describe:
- ○ N                        ○ Y:

**Fever:**
- ○ N                        ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 08:19 | 98.3 | 96 | 16 | 5 5 | 202 | 118 | 70 | NA | 33.61 | 98.00 | TimeStamp: 23 April 2020 08:25:08 --- User: SHARON GILMORE (GILSH02) ... |

### Objective Notes

VSS

General: Normotensive, in no acute distress. Alert and oriented to person, place, and time. Clean and dressed appropriately.

### Chronic Care Clinic Objective

   ⊙ N                 ⊙ Y

**HEENT:**Nystagmus (SZ):
   ⊙ N                 ⊙ Y

Gingival hyperplasia (SZ):
   ⊙ N                 ⊙ Y

Ataxia:
   ⊙ N                 ⊙ Y

**Eyes:**Conjunctiva pale:
   ⊙ N                 ⊙ Y

Sclera icteric:
   ⊙ Y                 ⊙ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N

Thyroid NL:Cervical lymph nodes NL:
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N

**Heart:**Regular Rhythm:Murmur Present:
   ⊙ Y                 ⊙ N

Gallop:
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N

Bowel Sounds:Soft:Splenomegaly:
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N

**Ext.:**Pedal pu
   ⊙ Y
   ⊙ Y                 ⊙ N

Foot exam unremarkable:Leg ulcers:
   ⊙ Y                 ⊙ N
   ⊙ Y                 ⊙ N

Rev **Neuro:**Motor deficits:Sensory deficits
   ⊙ Y           ⊙ N           ⊙ NA

## Assessment

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized:☐ Ordered at this visit
☐ Review of previously completed with patient**Studies:**☐ LFT☐ TSH☐ Flu☐ Pneumo (5 years)**Annual

## Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

| | |
|---|---|
| Asthma: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Diabetes Type II: ☐ |
| Dyslipidemia: ☐ | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | |

### Active Allergies/Health Problems/Conditions (1 - 13 of 13)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Aspirin | RxNorm: 1250907 - ASA 500 MG / Diphenhydramine Citrate 38.3 MG Oral Tablet;   197447 ... | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 002 | Allergies - Medication | Sulfa Antibiotics | RxNorm: 313134 - SMX 40 MG/ML / TMP 8 MG/ML Oral Suspension; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 003 | Allergies - Medication | Penicillin | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 004 | Allergies - Medication | Motrin | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 005 | Allergies - Other than Medications | Peanut | | | Patient Reported | 11/07/2018 | 11/01/2017 |
| 006 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (finding) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 11/07/2018 | 11/07/2018 |
| 007 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 11/07/2018 | 11/07/2018 |
| 008 | Chronic Conditions | Asthma | SNOMED: 427679007 - Mild intermittent asthma (disorder) | Mild intermittent asthma, uncomplicated [J45.20] | Assessed | 11/08/2018 | 11/08/2018 |
| 009 | Functional Limitations | Deaf | SNOMED: 698614006 - Acquired deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 11/08/2018 | 11/08/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 47933007 - Foot pain (finding) | Pain in unspecified foot [M79.673] | Assessed | 01/24/2019 | 01/24/2019 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 05/16/2019 | 05/16/2019 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 419076005 - Allergic reaction (disorder) | Allergy, unspecified, subsequent encounter [T78.40XD] | Assessed | 10/31/2019 | 10/31/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 193722001 - Low vision, both eyes (disorder) | Low vision, both eyes [H54.2] | Assessed | 11/22/2019 | 11/22/2019 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

ASTHMA
SEASONAL ALLERGIES

### Chronic Care Clinic Assessment

**Has the MPL been updated?**YES

Rev #: 1202

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 2 of 2)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Triamcinolone Acetonide Lb Cre (Aristocort A)/0.1% 🔸 | RxNorm: 1014314 - triamcinolone acetonide 0.1 % Topical Cream; | 01/28/2020 | 454 jar | TWICE DAILY | 04/26/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Cyproheptadine Hcl Tab (Periactin)/4MG 🔸 | RxNorm: 866144 - cyproheptadine HCl 4 MG Oral Tablet; | 01/28/2020 | 1 | THREE TIMES DAILY | 07/25/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Montelukast Sodium Tab (Singulair)/10MG 🔸 | RxNorm: 200224 - montelukast 10 MG (as montelukast sodium 10.4 MG) Oral Tablet; | 04/23/2020 | 1 | EVERY BEDTIME | 10/19/2020 | Received from Pharmacy |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| 10/08/2020 | 10:40:00 | Health Services | Generic, Practitioner | ASPC-E MEADOWS MED |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

1. RENEW ALBUTEROL
2. START SINGULAIR 10MG PO QHS
3. REFILL TRIAMCINOLONE CREAM
4. PROVIDER FOLLOW UP IN 6 MONTHS FOR CHRONIC CARE


MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'ALBUTEROL HFA (8.5GM) INHA', Order Number: 1954386, Authorized By: Ortiz, Adolfo. Timestamp: 04/23/2020 11:42:20

**Chronic Care Clinic Plan**

Management goals for this patient (Justification needed if you deviate from protocol):
○ N                          ◉ Y:

USE OF EMERGENCY INHALER TO LESS THAN TWICE PER WEEK

Rev #: 1202

**Patient Education**

**Patient Education Notes**

PROVIDER FOLLOW UP AS NEEDED FOR INCREASING PAIN, BLOODY STOOL, CHEST PAIN, SHORTNESS OF BREATH, FEVER, BODY ACHES, CHILLS, DIZZINESS.

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☐ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

| | |
|---|---|
| Medical: | 4 |
| Mental: | 1-No history of MH services |
| SMI: | N-No |
| Dental: | U-Unknown (Conversion) |

Prognosis:

**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*:   Pending Nurses Order      Review Staff:   Marino, Mary, RN
Review Date:   04/23/2020      Review Time:   22:38:05

**Review Notes**

TimeStamp: 23 April 2020 22:42:12 --- User: Mary Marino (MARMA05)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 04/23/2020      Time: 22:38:05      User: Mary Marino (MARMA05)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-F COMPLEX FLORENCE | Registered Nurse |
| ASPC-F CENTRAL I # | Registered Nurse |
| ASPC-F SOUTH UNIT | Registered Nurse |
| ASPC-F EAST UNIT | Registered Nurse |
| ASPC-F NORTH UNIT | Registered Nurse |
| ASPC-E SMU I NORTH | Registered Nurse |
| ASPC-E SMU I NORTH | Registered Nurse |
| ASPC-F CB-KASSON CD# | Registered Nurse |
| ASPC-E RYNNING EAST | Registered Nurse |
| ASPC-E COOK UNIT | Registered Nurse |
| ASPC-E COOK UNIT | Registered Nurse |
| ASPC-E COMPLEX EYMAN | Registered Nurse |
| ASPC-E COMPLEX EYMAN | Registered Nurse |
| ASPC-E MEADOWS CDU # | Registered Nurse |
| ASPC-E MEADOWS CDU # | Registered Nurse |
| ASPC-E BROWNING UNIT | Registered Nurse |
| ASPC-E BROWNING UNIT | Registered Nurse |
| ASPC-F CENTRAL IPC | Registered Nurse |

| | |
|---|---|
| ASPC-E BROWNING D/RW | Registered Nurse |
| ASPC-E BROWNING D/RW | Registered Nurse |
| ASPC-E SMU I SOUTH | Registered Nurse |
| ASPC-E SMU I SOUTH | Registered Nurse |
| ASPC-E BROWNING MHW | Registered Nurse |
| ASPC-E BROWNING MHW | Registered Nurse |
| ASPC-E SMU I CDU | Registered Nurse |
| ASPC-E SMU I CDU | Registered Nurse |
| ASPC-F MAX PHASE LV# | Registered Nurse |
| ASPC-E RYNNING CLOS# | Registered Nurse |
| ASPC-E RYNNING CLOS# | Registered Nurse |
| ASPC-E SMU I EAST | Registered Nurse |
| ASPC-E SMU I EAST | Registered Nurse |
| ASPC-E SMU I MHW | Registered Nurse |
| ASPC-E SMU I MHW | Registered Nurse |
| ASPC-E RYNNING MED # | Registered Nurse |
| ASPC-E SMU BMU | Registered Nurse |
| ASPC-E SMU BMU | Registered Nurse |
| ASPC-E MEADOWS MED | Registered Nurse |
| ASPC-E MEADOWS MED | Registered Nurse |
| ASPC-F TEMPE ST.LUKES HOSP | Registered Nurse |
| ASPC-E RYNNING MAX | Registered Nurse |
| ASPC-F CENTRAL CB1 M/H | Registered Nurse |
| ASPC-F KASSON MHU | Registered Nurse |
| ASPC-E MAX INTAKE | Registered Nurse |
| ASPC-E MAX INTAKE | Registered Nurse |
| ASPC-E BRWN ENHANCED HSNG | Registered Nurse |
| ASPC-F FLOR/GLOBE | Registered Nurse |
| ASPC-E BROWNING 805# | Registered Nurse |
| ASPC-E BROWNING 805# | Registered Nurse |
| ASPC-E BROWNING STG | Registered Nurse |
| ASPC-E BROWNING STG | Registered Nurse |
| ASPC-E MEADOWS II | Registered Nurse |
| ASPC-E SMU TEMP CDU# | Registered Nurse |
| ASPC-E BRWNG TMP CD# | Registered Nurse |
| ASPC-E RYNNING WEST | Registered Nurse |
| ASPC-E SMU I WEST | Registered Nurse |
| ASPC-E BROWNING CMU | Registered Nurse |
| ASPC-E BROWNING RSH | Registered Nurse |

Show Add History

# Exhibit 48

# (Redacted)

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No.  2:12-cv-00601-ROS <br><br> **DECLARATION OF** <br> ▬▬▬▬▬▬▬▬▬▬ |

1  I, ███████████████ declare:

2  1.  I was a prisoner in the custody of the Arizona Department of Corrections (ADC).

3  My ADC number was ████. I was in ADC's custody from about July 9, 2007 until

4  September 5, 2018.

5  2.  I am over the age of 18 and if called as a witness, I would and I could testify

6  competently on the facts listed below, all of which are within my personal knowledge.

7  3.  I was a *Parsons* class member for portions of 2015 and 2018 when I was in ADC's

8  custody at the Arizona State Prison Complex (ASPC)-Eyman Prison. In 2015, and early

9  2016, I was housed at ASPC-Eyman. Later, I was transferred to ASPC-Kingman, a

10  private prison under contract with ADC which is operated by The Geo Group, Inc. I

11  returned to ASPC-Eyman Prison in June 2018 and remained there until my release from

12  prison in September 2018.

13  4.  I am deaf. I was born with very little functional hearing. Growing up, I lost

14  more of my functional hearing. As an adult, I cannot hear conversational speech. With

15  hearing aids, I can hear and feel the vibration of loud sounds, such as the slamming of a

16  door or the clapping of an audience.

17  5.  My primary and preferred method of communication is sign language and I need

18  a sign language interpreter to communicate effectively with hearing persons about

19  important, complex or lengthy communication.

20  6.  I use a combination of American Sign Language (ASL) and Signed Exact

21  English (SEE). I am fluent in ASL.

22  7.  ASL is a visual language with its own vocabulary, word order, and sentence

23  structure that is different from English. There is no written form of ASL. There is not a

24  sign for every English word or an English word for every sign.

25  8.  SEE is a type of sign language that attempts to communicate in a form closer to

26  the English language.

27

28

2

9.     For complex, technical, important or new information, I rely on ASL.  For basic, straightforward communication, I use SEE.  ASL is necessary for complex, technical, important or new information because  it is more of a visual language that helps me see what is being said.  ASL helps me clarify in real time when I do not understand what is being said.

10.    I do vocalize some words while I sign.  I do not know if my speech is clear or understood by others.

11.    When I have a qualified sign language interpreter, the interpreter matches my language needs and moves between ASL and SEE for effective communication.

12.     When I attended elementary and middle school during the 1970s, I attended schools that used the oral method of instruction.  The oral method of instruction focuses on use of lip reading and speech when communicating with others.  The schools provided instruction in lip reading; a Phonic Ear, which is an assistive listening device that amplified sound; and speech therapy.  The school did not provide any instruction in sign language.

13.    Lip reading proved to be an ineffective way for me to learn and receive information from spoken English.  I missed a lot of information presented in school because only about one-third of the English language can be understood from reading lips.  Other factors can diminish the ability to read lips, such as poor lighting, a speaker's facial hair that covers the lips, the distance between the speaker and me, and whether the speaker is looking directly at me.  Lip reading over an extended period of time is exhausting and can lead to decreased comprehension and mistakes.  I also find that many hearing persons become inpatient when asked to repeat information missed while lip reading.

14.    Because my hearing continued to deteriorate, in high school, I began attending schools for the deaf where I learned sign language and attended classes taught in sign language.

15.     I learned ASL during high school. For the first three years of high school, I attended Model Secondary School for the Deaf (MSSD), a residential high school program for deaf and hard-of-hearing students located on the Gallaudet University campus in Washington, D.C. Later, I attended California School for the Deaf (CSD) in Fremont, California. At these high schools, I received ASL instruction. At the schools, all class information, communications during class, and other school-related communications with my peers and teachers were in ASL. I also used ASL to communicate with my peers after school and on weekends in the residential program.

16.     During my last year of high school, I transferred to a public high school with hearing students. The school district provided an ASL interpreter for all of my classes. The ASL interpreter translated all class information, communications during class, and other school-related communications with my peers and teachers. I was able to learn and participate in all my classes because I received the instruction in ASL.

17.     I completed high school.

18.     I am able to understand important, lengthy and complex medical or healthcare information presented in ASL, such as information related to medical examinations, diagnosis, treatment, risks and benefits of medications.

19.     During the time that I was in ADC custody, ADC did not provide a sign language interpreter for any health care visit. Instead, healthcare staff exchanged notes with me during visits.

20.     Exchanging notes about my health care does not provide effective communication for many reasons. I receive less information when it needs to be written because it takes longer to write than to speak/translate information in sign language, and the healthcare providers are in a hurry. If I do not understand a concept or a medical term in the note, the healthcare provider often does not provide a sufficient explanation for the same reasons. I can understand basic health information, but when it comes to the side effects of medications, for example, I have difficulty understanding. Complex information, such

as lab results and the normal values for the lab results, often requires translation into ASL for me to understand fully the communication. I am also unable to provide the full details of my symptoms, concerns or reason for the visit because it takes time to write down the information and the healthcare provider is often too inpatient to wait.

21.     While I was in ADC custody, no one asked me for my primary or preferred language or assessed my communication needs or my ability to write or speak English.

22.     In December 2014, when I was housed at ASPC-Eyman, I filled out a Health Needs Request because there was a lump on my right testicle and I was concerned that it might be prostate cancer, herpes or a tick. ADC did not provide a sign language interpreter for this health care visit. Health care staff did an exam and some lab work. However, health care staff did not write notes or use an interpreter to explain what they thought the lump might be, what conditions they were trying to rule out, what lab tests they were running, or what the lab work might reveal. Health care staff did not communicate the results of the lab tests to me in notes or with an ASL interpreter. I tried to ask again but health care staff did not communicate with me.

23.     On March 26, 2015, when I was housed at ASPC-Eyman, I filled out a Health Needs Request because a medication that I was taking was producing alarming side effects. After I took the medication, my throat closed off. It did not close off completely, but it made it hard to breathe and felt like it was coated with peanut butter and I could only communicate what was going on by writing it down on paper. There was no interpreter for me to explain the side effects to the healthcare professional. Healthcare staff wrote a note that I could stop taking the medication. I thought I understood that they were going to prescribe a different medication to replace the one that caused the side effects.

24.     On June 10, 2015, when I was housed at ASPC-Eyman, I filled out a Health Needs Request because the healthcare provider gave me the same medication that I had explained, using notes, caused side effects. When I got the refill it was the same pill that

1 caused the side effects.  I wanted a different medication.   I just got a note back saying
2 that they would discontinue giving me the medication instead.

3 25.    On June 18, 2015, when I was housed at ASPC-Eyman, I filled out a Health Needs
4 Request because I could not understand the doctor's handwriting about my previous
5 questions about the medication causing a side effect.

6 26.    On February 13, 2016, when I was housed at ASPC-Eyman, ADC tested me for
7 (what I believe) was for Tuberculosis (TB).  They did not use written notes or sign
8 language services to explain to me whether it was routine test, if there was any TB in the
9 facility, or the results of the testing.

10 27.    On June 21, 2018, a healthcare professional processed me into ASPC-Eyman upon
11 my transfer from ASPC-Kingman.  At the visit, ADC did not offer or provide a sign
12 language interpreter.  I did not receive any patient education or information about how to
13 access healthcare at the facility.   We communicated by writing and answering questions
14 on paper.

15 28.    This declaration was taken, written and read to me with the assistance of a
16 qualified legal sign language interpreter.

17        Pursuant to 28 U.S.C. § 1746, I declare under penalty that the foregoing is true and
18 correct.

19
20        EXECUTED this 2nd day of April, 2019 in Phoenix, Arizona.

21
22
23 
24
25
26
27
28

# Exhibit 49

# (Redacted)

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
*Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
*Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
*Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. 2:12-cv-00601-ROS |
| Plaintiffs, | **DECLARATION OF APRIL WELCH** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, APRIL WELCH, declare:

1. I am a sign language interpreter, employed by Arizona Freelance Interpreting Services. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a licensed sign language interpreter in the state of Arizona, and hold a Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing. My license is current through September 20, 2019, and my license number is AW19021746.

3. On March 11, 2019, and April 2, 2019, I provided sign language interpretation services for ▮▮▮▮▮▮▮ who communicates using American Sign Language (ASL) and Signed Exact English (SEE) as his primary method of communication, when he met with attorney Rose Daly-Rooney and law graduate Sey In, at the Arizona Center for Disability Law (ACDL).

4. I interpreted during ACDL's interviews of ▮▮▮▮, and communicated the contents of ▮▮▮▮ declaration to ▮▮▮▮ by translating the declaration from English into American Sign Language.

5. I affirm that I interpreted the interviews and the declaration accurately, completely, and impartially following the guidelines for legal interpreting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2nd day of April 2019, in Tucson, Arizona.

APRIL WELCH

Exhibit 50

# Other Actions/Procedures /Referrals

CHSS028A                         Thursday April 16, 2020 14:55:20

**Other Actions/Procedures/Referrals** (1 - 7 of 7)    **Category:**

| Encounter Date | Category | Type | Specify Comments | Approximate End Date | Status |
|---|---|---|---|---|---|
| 02/19/2016 | Medical Supplies/Special Equipment | Hearing Aid | Other Action/Procedure systematically discontinued due to patient release | 09/05/2018 | Other |
| 02/19/2016 | Medical Supplies/Special Equipment | CRUTCHES | Other Action/Procedure systematically discontinued due to patient release | 09/05/2018 | Other |
| 02/19/2016 | Medical Supplies/Special Equipment | MEDICAL ICE | Other Action/Procedure systematically discontinued due to patient release | 09/05/2018 | Other |
| 02/19/2016 | Medical Supplies/Special Equipment | Hearing Aid | BATTERIES Other Action/Procedure systematically discontinued due to patient release | 09/05/2018 | Other |
| 02/01/2011 | Medical ADA Restrictions/Special Needs | HEARING IMPAIRED | Other Action/Procedure systematically discontinued due to patient release | 09/05/2018 | Other |
| 09/14/2009 | Work Clearances | Kitchen Clearance Approved | Other Action/Procedure systematically discontinued due to patient release | 09/05/2018 | Other |
| 09/08/2009 | Medical ADA Restrictions/Special Needs | CORRIDOR=F,E,T,L,K,Y ONLY | Other Action/Procedure systematically discontinued due to patient release | 09/05/2018 | Other |

[ Print this Screen ]

CHSS028B        Other Action/Procedure/Referral        Thursday April 16, 2020 14:10:09

| | |
|---|---|
| Encounter Date: | 02/01/2011      Time: 14:50:29   Type: Provider - Physical - Periodic |
| Location: | ASPC-T WINCHESTER # [C16]     Staff: 0999838 |

| | | | |
|---|---|---|---|
| Category*: | Medical ADA Restrictions/Special Needs | | |
| Type*: | HEARING IMPAIRED | | |
| Count*: | 1 | Sequence Number: | 01 |
| Approximate Begin Date: | 01/29/2011 | Approximate End Date: | 09/05/2018 |
| Refer to Staff: | 0999838 | | |
| Status: | Other | As of Date: | 09/06/2018   **Status History** |

**Specify Comments**

Other Action/Procedure systematically discontinued due to patient release

**Prior Page**

Hide Last Updated Information

**Last Updated Information:**
Date: 09/06/2018        Time: 00:07:28        User: NIGHTDB (NIGHTDB)

Show Add History

Exhibit 51

# Health Services Encounter

CHSS027C                     Thursday April 16, 2020 14:29:56

## Encounter Header

| | |
|---|---|
| Date*: 06/21/2018 | Start Time*: 13:39:47 |
| End Date*: 06/21/2018 | End Time*: 13:49:49 |
| Category: Nursing | |
| Type*: Nurse - Transfer - Receiving | Encounter Close Date: 06/21/2018 |
| Location*: ASPC-E COOK UNIT  [A14] | Encounter Close Time: 13:49:49 |
| Setting*: Clinic | |
| Staff Member*: Wirick, Donita | |
| Title: Registered Nurse | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

late Entry for 6-20-18 Approx. 1600 hours

Transfer receiving from Kingman to Eyman Cook unit. IM denies taking any medication. No medication arrived. No drug prescription orders noted.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13:45 | 98.6 | 74 | | 5  11 | 145 | 123 | 80 | NA | 20.22 | 94.00 | |

### Objective Notes

A & O x 3. Skin; no rashes, Denies DTO/DTS, Tattoos: L arm

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 5 of 5)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Other Diagnosis | Other Diagnosis | | Hearing loss NEC [389.8] | Assessed | 01/15/2015 | 01/15/2015 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 01/15/2015 | |
| 003 | Other Diagnosis | Other Diagnosis | | Urinary frequency [788.41] | Converted to ICD10 | 09/30/2015 | 01/21/2015 |
| 004 | Chronic Conditions | Cerebrovascular | | Late ef-spch/lng def NOS [438.10] | Assessed | 06/23/2015 | 06/23/2015 |
| 005 | Other Diagnosis | Other Diagnosis | | Frequency of micturition [R35.0] | Assessed | 10/01/2015 | 10/01/2015 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

risk for relocation stress syndrome

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

return to security for housing

---

**Patient Education**

**Patient Education Notes**

IM verbalized understanding of access to care

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:   3
Mental:   2-Previously received MH services            Prognosis:
SMI:
Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:   No Review Required          Review Staff:   Unknown
**Review Notes**

| None |
| --- |

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
| --- | --- |
| No Rows Found | |

**Last Updated Information:**

Date: 06/21/2018      Time: 13:49:49      User: Donita Wirick (WIRDO01)

| Office/Facility of User on that date | Work Assignment |
| --- | --- |
| ASPC-E SMU I NORTH | Registered Nurse |
| ASPC-E RYNNING EAST | Registered Nurse |
| ASPC-E COOK UNIT | Registered Nurse |
| ASPC-E COMPLEX EYMAN | Registered Nurse |
| ASPC-E MEADOWS CDU # | Registered Nurse |
| ASPC-E BROWNING UNIT | Registered Nurse |
| ASPC-E BROWNING D/RW | Registered Nurse |
| ASPC-E SMU I SOUTH | Registered Nurse |
| ASPC-E BROWNING MHW | Registered Nurse |
| ASPC-E SMU I CDU | Registered Nurse |
| ASPC-E RYNNING CLOS# | Registered Nurse |
| ASPC-E SMU I EAST | Registered Nurse |
| ASPC-E SMU I MHW | Registered Nurse |
| ASPC-E SMU BMU | Registered Nurse |
| ASPC-E MEADOWS MED | Registered Nurse |
| ASPC-E MAX INTAKE | Registered Nurse |
| ASPC-E BRWN ENHANCED HSNG | Registered Nurse |
| ASPC-E BROWNING STG | Registered Nurse |
| ASPC-E RYNNING CDU | Registered Nurse |
| ASPC-E MEADOWS II | Registered Nurse |
| ASPC-E SMU TEMP CDU# | Registered Nurse |
| ASPC-E BRWNG TMP CD# | Registered Nurse |
| ASPC-E RYNNING WEST | Registered Nurse |
| ASPC-E SMU I WEST | Registered Nurse |
| ASPC-E BROWNING CMU | Registered Nurse |
| ASPC-E BROWNING RSH | Registered Nurse |

Show Add History

# Exhibit 52

# (Redacted)

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. 2:12-cv-00601-ROS <br><br> **DECLARATION OF** ▋▋▋▋▋▋ |

1  I, ■■■■■■■■■■■  declare:

2  1.    I am a prisoner in the custody of the Arizona Department of Corrections (ADC).

3  My ADC number is ■■■■  I have been in ADC custody since January 2016.   Until

4  recently, I was housed at ASPC-Tucson Complex, in the Catalina Unit.   Currently, I am

5  housed at ASPC-Lewis.

6  2.    I am over 18 years old and if called as a witness, I would and I could testify

7  competently to the facts listed below, all of which are within my personal knowledge.

8  3.    I became hard of hearing when I was 5 years old.   I continued to lose my residual

9  hearing until I was 13 years old.   At that time, I became completely deaf.   I do not have

10  any residual hearing.

11  4.    As an adult, I do not use hearing aids.   I cannot hear spoken words or

12  environmental noises, such as sirens.   I do feel vibrations from loud noises.

13  5.    I communicate using a form of Pidgin Sign English (PSE).   PSE combines

14  elements of American Sign Language (ASL) and English.   PSE is not the same as Signed

15  Exact English (SEE), which is a language that uses signs signed in the same order and

16  following the grammar rules of English.

17  6.    There are many varieties of PSE, some more closely related to ASL and others

18  more closely related to English.   There is not one set of grammatical rules for PSE

19  because there are so many varieties of PSE.    The variety of PSE that I use includes

20  conceptual ASL in an order that approximately follows English word order.

21  7.    PSE is my primary and preferred language.   I have a passing fluency in ASL,

22  which means I can understand and use ASL.   However, I feel more comfortable using

23  PSE because it was not until I was 14 years old that I received formal education in ASL.

24  So prior to age 14 years old, I was familiar with English vocabulary and word order.

25  8.    When provided a qualified sign language interpreter, the sign language interpreter

26  will observe my use of language and adjust the interpreting to meet my specific language

27  needs.

28

2

9.      When new, complex or important healthcare information is presented to me, I need the sign language interpreter to use ASL conceptual signing so that I can fully understand the communication. For example, with unfamiliar healthcare information or words, I need the interpreter to translate concepts into ASL because ASL provides more detailed information about the concept than an English word.  When I understand the concept in ~~new or more complicated concept in~~ ASL, I can then ask questions to make sure I understand the new or complex concept.  ASL uses hand shape, position, and movement; body movements; gestures; facial expressions; and other visual cues to convey new or complex concepts.

10.     I was exposed to written and spoken English before I became deaf.  As I lost my hearing, my family introduced me to home signs to communicate because I could not hear conversational speech.

11.     When I attending elementary and middle school from about 1987 to 1995 and still had some residual hearing, I attended a school that used the oral method of educating deaf students. Under the oral method, the teachers emphasized lip reading, speech, and imitating speech on the lips.  I was not able to fully participate and learn with the oral method because I missed information.  It was difficult to follow along in class as my hearing loss became more profound.  The school did not teach sign language, but the students used ASL and PSE to communicate with each other.

12.     After becoming completely deaf, I attended the Phoenix Day School for the Deaf (PDSD).  There, I began to receive formal training in sign language and was taught American Sign Language (ASL).   The school conducted classes in sign language.  I communicated with teachers and other students in sign language.  I was able to learn and fully participate in school once I learned sign language and the information was presented in ASL.

13.     I attended high school at South Mountain High School.  In high school, I attended regular classes.  The school district provided sign language interpreter(s) for the full

3

school day.  The assigned sign language interpreter(s) translated all classes in ASL.  The interpreter translated all class information, communications during class, and other school-related communications.

14.    I completed high school and earned a diploma.

15.    I am fluent in PSE and can understand complex communication in PSE, which as I stated above combines conceptual ASL and English, including information about medical conditions, treatment, diagnoses, testing, and risks and benefits of treatment.

16.    I sign to communicate.  I do make vocalizations as I sign, but there is no situation in which I am comfortable using spoken English to communicate.  I do not vocalize in complete words and I do not feel confident that others would understand my vocalizations.

17.    My primary and preferred method of communication is PSE.

18.    I cannot effectively communicate with healthcare providers using written notes.

19.    I do not know if the school district ever did a specific assessment of my ability to read or write in English, but as a high school graduate of a regular high school, I feel comfortable in reading and writing in English about basic, everyday communications.  I cannot communicate effectively about new, important or complex healthcare information in written notes.

20.    I need a qualified sign language interpreter because reading and writing notes in English about important healthcare information or about rules and policies affecting my healthcare is an ineffective method of communication.  Important, often complex, communication takes a long time to explain, or may introduce information to me that I am unfamiliar with.  I find that often when using notes to communicate in healthcare visits, the healthcare professionals provide less information than they would provide if they could say it.  The notes are short.  It takes a lot less time to tell me information than to write it down.  The healthcare professionals are, at times, impatient, if I need to follow up on information in the note or if I write that I do not understand.   Because I am not

1  fluent in written English, mistakes and misunderstandings are likely to occur.  Mistakes
2  about healthcare information can have serious consequences.

3  21.   Although my elementary school provided instruction in lip reading when I
4  attended an oral school ~~in elementary school,~~ lip reading is not an effective way for me
5  to receive important information.  I cannot understand most English words through lip
6  reading alone.  Other factors can make lip reading even less effective or useless.  For
7  example, if the person turns away from me, looks down at a file or paperwork when
8  talking to me, or the lighting in the room is too low, I will not be able to read their lips.

9  22.   While in the community, I requested and used sign language interpreters, either
10  in-person or remotely through Video Remote Interpreting (VRI), during medical
11  appointments.  I preferred on-site sign language interpreters because the communication
12  was generally clearer and the interpreter could understand and match my language needs
13  better.  Depending upon the reason for the healthcare visit, VRI may not be flexible
14  enough to communicate the information.

15  23.   When I reentered ADC's custody and processed through Intake in the Alhambra
16  Unit in 2016, neither ADC nor their healthcare provider asked me to identify my primary
17  language or preferred language.  No one performed any assessment of my ability to
18  communicate in English or my language needs.  At Alhambra Unit, ADC personnel
19  showed me written questions in English and asked me to indicate yes or no.  I was not
20  familiar with some of the medical terminology in the questions that were asked during
21  intake.  I did the best I could without a sign language interpreter.

22  24.   Since ADC's intake processing, neither ADC nor their healthcare provider have
23  asked about my primary or preferred language for communication in healthcare
24  encounters.

25  25.   Neither ADC nor its healthcare provider has ever offered me a sign language
26  interpreter for any healthcare visit while I have been in ADC's custody.  I have never
27  refused interpreter services at ADC.

28

26.     On February 18, 2018, I transferred from ASPC-Kingman to ASPC-Tucson facility and was sent to the Medical Unit for processing.  There was no sign language interpreter for the visit.  Healthcare staff did not provide any patient education or any explanation about how the health services worked at ASPC-Tucson during the appointment.  Healthcare staff exchanged a few basic notes with me during the visit.

27.     On February 22, 2018, I had another visit in the Medical Unit in which they asked about a history of my past diagnoses of asthma and Hepatitis C.  There was no interpreter provided and the only communication occurred through some basic notes.  I wanted information about the status and prognosis of Hepatitis C.  I have not received any information about the results of lab tests, whether the results are favorable or poor, the treatment guidelines for incarcerated persons living with Hepatitis C, and what physical symptoms to look for as a sign that treatment may be necessary.  Although I received some basic information in written English about dietary recommendations, I did not receive any detailed patient education about lifestyle and dietary information.  Based on a limited exchange of notes with other non-deaf incarcerated persons, they appear to be better informed by healthcare staff at ADC about their diagnosis of Hepatitis C than I am.

28.     On May 17, 2018, I had an appointment to see a doctor for a visit about my diagnosis of Hepatitis C.  When I arrived for the appointment, I learned that the appointment would be conducted as a telemedicine appointment.  There was no sign language interpreter present at the doctor's office or at my location in the ASPC-Tucson. There were no captions.  A nurse was present in the room with me but she did not sign and did not write notes to tell me what the doctor was saying.  She would listen to the doctor and type notes into a laptop.  The laptop was not turned in my direction so I could not read the screen.  There was no written transcript of the information that the doctor provided.  The appointment lasted about 5 minutes and ended abruptly.

29.     Even to this day, ADC and their healthcare provider have not provided me with a consultation about the status and prognosis of my chronic condition of Hepatitis C.

6

30.     This declaration was taken, written, and read to me with the assistance of a qualified sign language interpreter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED May 6, 2019 in Buckeye, Arizona.



# Exhibit 53

# (Redacted)

1  Kathleen E. Brody (Bar No. 026331)
   **ACLU FOUNDATION OF ARIZONA**
2  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
3  Telephone: (602) 650-1854
   Email: kbrody@acluaz.org

4  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
5  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
6  *themselves and all others similarly situated*

7  **[ADDITIONAL COUNSEL LISTED BELOW]**

8  Asim Dietrich (AZ State Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
9  5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
10 Telephone: (602) 274-6287
   Email: adietritrich@azdisabilitylaw.org

11 *Attorneys for Plaintiff Arizona Center for Disability Law*

12 **[ADDITIONAL COUNSEL LISTED BELOW]**

13
                    UNITED STATES DISTRICT COURT
14
                         DISTRICT OF ARIZONA
15

16 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. 2:12-cv-00601-ROS
17 Dustin Brislan; Sonia Rodriguez; Christina
   Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph     **DECLARATION OF**
18 Hefner; Joshua Polson; and Charlotte Wells, on      **GAIL MASEK**
   behalf of themselves and all others similarly
19 situated; and Arizona Center for Disability Law,

20                      Plaintiffs,

21                v.

   Charles Ryan, Director, Arizona Department of
22 Corrections; and Richard Pratt, Interim Division
   Director, Division of Health Services, Arizona
23 Department of Corrections, in their official
   capacities,

24                      Defendants.

25 I, GAIL MASEK, declare:

26     1.  I am a sign language interpreter, employed by Arizona Freelance Interpreting

27 Services and am over the age of 18 years old. I have personal knowledge of the matters

28 set forth herein, and if called as a witness, I could and would competently so testify.

2.  I am a licensed sign language interpreter in the state of Arizona, and hold a Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing. My license is current through March 7, 2020, and my license number is GM0731223.

3.  On March 1, 2019, March 26, 2019, and May 6, 2019, I provided sign language interpretation services for ███████████, who communicates using a combination of conceptual American Sign Language and Signed English, which is sometimes referred to as Pigdin Signed English, when he met with Rose Daly-Rooney, attorney with the Arizona Center for Disability Law (ACDL).

4.  I interpreted during ACDL's interviews of ██████████ and communicated the contents of ███████ declaration to ███████ by translating the declaration from English into conceptual American Sign Language and Signed English, or PSE.

5.  I affirm that I interpreted the interviews and the declaration accurately, completely, and impartially following the guidelines for legal interpreting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 6th day of May 2019, in Buckeye, Arizona.

*Gail A Masek*

GAIL MASEK, CSC, SC:L

Exhibit 54

# Other Actions/Procedures /Referrals

CHSS028A

Monday April 20, 2020 09:55:03

**Other Actions/Procedures/Referrals** (1 - 13 of 13)    **Category:**

| Encounter Date | Category | Type | Specify Comments | Approximate End Date | Status |
|---|---|---|---|---|---|
| 01/03/2019 | Dental Anesthetics | Anesthetics | 3.6 ml; Articaine 4% w/vaso 1:100,000 | | |
| 01/03/2019 | Dental Exam | Emergency | Pt required emergency exam today. | | |
| 01/03/2019 | Dental X-Rays | Periapical | Took periapical x-ray today. | | |
| 12/11/2018 | Medical ADA Restrictions/Special Needs | STATEWDE PRVATES EXCPT M54 | **hep-c, deaf, clbp.** <br><br>Other Action/Procedure systematically discontinued due to patient release | 06/10/2019 | Other |
| 12/10/2018 | Dental X-Rays | Panoramic | Took panoramic x-ray today. | | |
| 12/07/2018 | Treatments | Foot Soaks | *HAND* soaks Treatment Order systematically discontinued due to patient release | 06/10/2019 | Treatment Discontinued |
| 02/23/2018 | Work Clearances | Kitchen Clearance Denied | Other Action/Procedure systematically discontinued due to patient release | 08/27/2018 | Other |
| 01/30/2016 | Work Clearances | Kitchen Clearance Approved | Other Action/Procedure systematically discontinued due to patient release | 08/27/2018 | Other |
| 01/21/2016 | Medical ADA Restrictions/Special Needs | HEARING IMPAIRED | Deaf, Mute Other Action/Procedure systematically discontinued due to patient release | 08/27/2018 | Other |
| 01/21/2016 | Medical ADA Restrictions/Special Needs | HOUSE CORR OR PVT/NO M54 | CC Other Action/Procedure systematically discontinued due to patient release | 08/27/2018 | Other |
| 01/20/2016 | Dental X-Rays | Panoramic | Took panoramic x-ray today. | | |
| 12/21/2009 | Work Clearances | Kitchen Clearance Approved | Other Action/Procedure systematically discontinued due to patient release | 08/27/2018 | Other |

Case 2:12-cv-00601-ROS    Document 3627-4    Filed 06/12/20    Page 55 of 108

| Encounter Date | Category | Type | Specify Comments | Approximate End Date | Status |
|---|---|---|---|---|---|
| 12/21/2009 | Medical ADA Restrictions/Special Needs | CORRDR F,E,T,L,K,Y/NO L24/26 | Other Action/Procedure systematically discontinued due to patient release | 08/27/2018 | Other |

**Print this Screen**

CHSS028B              Other Action/Procedure/Referral                                    Monday April 20, 2020 09:54:30

| | | | |
|---|---|---|---|
| Encounter Date: | 01/21/2016 | Time:   09:05:59 | Type:   Provider - Physical - Intake |
| Location: | ASPC-PHX ALHAMBRA  [B06] | Staff:   Winfunke, Ethel, FNP | |

| | | | |
|---|---|---|---|
| Category*: | Medical ADA Restrictions/Special Needs | | |
| Type*: | HEARING IMPAIRED | | |
| Count*: | 0 | Sequence Number: | 01 |
| Approximate Begin Date: | 01/21/2016 | Approximate End Date: | 08/27/2018 |
| Refer to Staff: | Unknown | | |
| Status: | Other | As of Date:   08/28/2018 | **Status History** |

**Specify Comments**

Deaf, Mute
Other Action/Procedure systematically discontinued due to patient release

**Prior Page**

Hide Last Updated Information

**Last Updated Information:**
Date: 08/28/2018            Time: 00:00:39            User: NIGHTDB (NIGHTDB)

Show Add History

Exhibit 55

(Redacted)

# Health Services Encounter

CHSS027C

Monday April 20, 2020 08:59:58

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/20/2016 | Start Time*: | 12:31:20 |
| End Date*: | 01/20/2016 | End Time*: | 12:59:10 |
| Category: | Nursing | | |
| Type*: | Nurse - Intake - Screening | Encounter Close Date: | 01/21/2016 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 08:57:34 |
| Setting*: | Clinic | | |
| Staff Member*: | White, Lori L | | |
| Title: | Registered Nurse | | |
| Form Type: | | | |

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

None

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:12 | 101.0 | 132 | 14 | 6  0 | 215 | 137 | 90 | NA | 29.16 | | IM is deaf |

### Objective Notes

None

## Assessment

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Related Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism | Deaf nonspeaking, not elsewhere | Patient Reported | 01/20/2016 | 01/20/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | (disorder) | classified [H91.3] | | | |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Unknown if ever | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |

### Assessment Notes

null
ALERTS/NOTIFICATIONS CREATED FROM INTAKE AND RECEIVING SCREENING FORM
NOTIFY IMMEDIATE SUPERVISOR OF THE FOLLOWING:

Urgent/Emergent Medical Referral for Severe pain.

OTHER ALERTS:

Has Mobility Restrictions/Impairments. Consider special placement for Deaf.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request (1 - 4 of 4)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| Off-site Clinic | Emergency Department | Emergency | Administratively Cleared |
| On-site Clinic | Behavioral Health | Urgent | Administratively Cleared |
| On-site Clinic | Behavioral Health | Routine | Administratively Cleared |
| On-site Clinic | Behavioral Health | Routine | Administratively Cleared |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

None

---

## Patient Education

### Patient Education Notes

None

---

## Health Classification

Medical:   Unknown
Mental:   U-Unknown              Prognosis:
SMI:   N-No
Dental:   U-Unknown (Conversion)

### Classification and Security Notes

None

---

## Encounter Orders Review

Review Type*:   No Review Required         Review Staff:   Unknown

**Review Notes**

| None |
|------|
|      |

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

## Standard Forms (1 - 2 of 2)

| Type | Staff |
|------|-------|
| Authorization for Release of Protected Health Information | White, Lori L |
| Intake and Receiving Screening | White, Lori L |

**Last Updated Information:**
Date: 01/20/2016      Time: 12:59:10      User: Lori White (WLH9)
Department: Health Services Provider      User Type: End User

Show Add History

CHSS027C

# Health Services Encounter

Monday April 20, 2020 09:03:05

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/20/2016 | Start Time*: | 12:59:15 |
| End Date*: | 01/20/2016 | End Time*: | 13:04:24 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Review | Encounter Close Date: | 12/07/2018 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 16:28:33 |
| Setting*: | Clinic | | |
| Staff Member*: | White, Lori L | | |
| Title: | Registered Nurse | | |
| Form Type: | Family History Review | | |

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

TimeStamp: 20 January 2016 12:59:54 --- User: Lori White (WLH9)

**Family History Review - Subjective**

**List immediate members of your family who have or had any of the following:Diabetes:**

○ None                                 ○ Unknown

**Heart Disea:** both parents
◉ None

**High Blood Pressure:**
○ None                                 ○ Unknown

**Cancer (specify type):**
○ None                                 ○ Unknown

**Thyroid Dise:**
○ None

**Arthritis:**
○ None                                 ○ Unknown

**Kidney Disease:**
○ None                                 ○ Unknown

**Epilepsy/Se** both parents
◉ None

**Sickle Cell Disease:**
◉ None                                 ○ Unknown

**TB:**
○ None                                 ◉ Unknown

◉ Living    Sister unknown
**Father is:Ca**
◉ Living                                 ○ Deceased

**Mother is:Cause of death:Age when died:Total number of siblings:5Number living:5Number deceased:0Cause of death of any deceased siblings:Age when died:**

both parents

parents and sister

Rev #: 588

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 12:12 | 101.0 | 132 | 14 | 6  0 | 215 | 137 | 90 | NA | 29.16 | | IM is deaf |

### Objective Notes

| None |
|------|

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

| None |
|------|

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

None

## Patient Education

### Patient Education Notes

None

## Health Classification

Medical:  Unknown
Mental:  U-Unknown                                   Prognosis:
SMI:  N-No

Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

| None |
| --- |

---

**Encounter Orders Review**

Review Type*:   No Review Required                    Review Staff:   Unknown

**Review Notes**

| None |
| --- |

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
| --- | --- |
| No Rows Found | |

| Last Name: ▮▮▮ | First: ▮▮▮ | MI: | ADC: ▮▮▮ | |
|---|---|---|---|---|

Date: 01/20/2016   Time: 12:31:20   Sex: Male   DOB: ▮▮▮   Alias:

Most Recent Incarceration: ☐ None When: 06/01/2011 Where: ASPC-T WHETSTONE [C37]

Have you ever been incarcerated here: ○ No ◉ Yes When:    Interpreter Used: ◉ No ○ Yes
Inmate Transfer: ○ No ○ Yes Records Received: ○ No ◉ Yes    Name:
Private Insurance: ○ No ◉ Yes Name: AHCCCS    Service:

## CRITICAL OBSERVATION

**Urgent/Emergent Medical Referral**
○ No ○ Yes (check all that apply)
☐ Severe Injury ☐ Uncontrolled Bleeding
☐ Life threatening illness ☑ Severe pain
☐ Head trauma with mental status changes
☐ Other:

**Urgent/Emergent Mental Health Referral**
○ No ○ Yes (check all that apply)
☐ Active Hallucinations ☐ Active Delusions
☐ Actively Suicidal
☐ Other:

**Communicable Diseases Suspected**
MRSA ◉ No ○ Yes
Varicella (Chicken Pox) ○ No ○ Yes
Herpes Zoster (shingles) ◉ No ○ Yes
Lice/Pediculosis ◉ No ○ Yes
Jaundice ○ No ○ Yes
Needle Marks ○ No ○ Yes
☐ Other:

**Responsiveness**
◉ Alert ○ Verbal Stimulus
○ Painful ○ Unresponsive (Call 911)
Describe Unresponsiveness:

Oriented to Person & Place: ◉ Yes ○ No
Describe:

**Mobility Restrictions/Impairments** ○ No ◉ Yes (check all that apply)
☐ Deformity   ☐ Cast   ☐ Paraplegic   ☐ Wheelchair   ○ CPAP   ☐ Brace
☐ Blind   ☑ Deaf   ☐ Amputation   ☐ Splint   ○ Quadriplegic   ☐ Crutches/Cane
☐ Other:    Comments:

## HISTORY

**Major surgery or medical hospitalization within past year** ◉ No ○ Yes (check all that apply and include date)
☐ Brain Surgery   ☐ Heart Surgery   ☐ Abdominal Surgery
☐ MI   ☐ Stroke   ☐ Transplant
☐ Due to traumatic injury   ☐ Other:

## MEDICATION REPORTED ◉ None ○ Unknown ○ See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| | Freq:<br>Last: | | ○ Clinic ○ Medication Container<br>○ VA ○ Physician/Psychiatrist<br>○ Pharmacy ○ Unable to Verify |

**ALLERGIES: Do you have any allergies (food, medication, enviromental)?** ○ No ◉ Yes

## SUBSTANCE ABUSE

**Alcohol Use** Do you drink alcohol: ○ No ◉ Yes
Type: Beer
Last Use: 11/11/2015
How Much: 3 40 oz daily
How Often: daily
Excessive Drinker: ◉ No ○ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with stopping alcohol: ◉ No ○ Yes (CIWA)
If yes, when:

**Substance/Drug Use/Rx** Do you use drugs: ○ No ◉ Yes
Do you use injectable drugs: ◉ No ○ Yes Last injectable use:

| | How Often? | How Much? | Last Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |
| ☑ Methamphetamines ☑ Cocaine ☑ Other: THC | | | | |

## COMMUNICABLE DISEASES

**HIV/AIDS**
Do you have HIV infection or AIDS: ◉ No ○ Yes
Are you currently taking medications: ○ No ○ Yes

**TB Skin Test** ○ None ○ Patient Reported
☐ Confirmed
Prior + PPD: ◉ No ○ Yes
Last PPD: 11/21/2015 Measurement: 0 mm

**TB Symptoms** Do you have any of the following:
Weight loss: ◉ No ○ Yes   Night sweats: ◉ No ○ Yes
Fever: ◉ No ○ Yes   Appetite loss: ◉ No ○ Yes
Coughing blood: ◉ No ○ Yes   Persistent cough 2+ weeks: ◉ No ○ Yes
Weak/tired: ◉ No ○ Yes   ☑ None

## MEDICAL PROBLEMS

**Do you have any ongoing medical problems we should know about?** ○ No, proceed to Behavioral Health Section ◉ Yes, complete applicable sections

☑ **Asthma**
How Long: Childhood
Last Asthma Attack: 12/01/1996
ER visit in last 90 days: ◉ No ○ Yes
If yes, when:
Hospitalization in last year: ◉ No ○ Yes
If yes, when:
Have you ever had a tube put down your throat so that a machine breathes for you:
◉ No ○ Yes, when:
Currently on steroids: ◉ No ○ Yes
Peak Flow: ○ No ◉ Yes 700
Reason not taken:

☐ **Cardiovascular- Ask each question**
Angina: ◉ No ○ Yes   Atrial fibrillation: ○ No ○ Yes
Stents: ○ No ○ Yes   Bypass surgery: ○ No ○ Yes
Heart attack: ○ No ○ Yes   Internal defibrillation: ○ No ○ Yes
Pacemaker: ○ No ○ Yes   Endocarditis: ○ No ○ Yes
CHF: ○ No ○ Yes   Blood clot in lungs or legs: ○ No ○ Yes
Are you taking Warfarin, Coumadin, or Jantoven: ○ No ○ Yes
Date of onset: Last Episode:

**Comments**

☐ **Cerebrovascular Disease**    ☐ **Diabetes**

Last CVA:
Last TIA:

**Comments**

How Long: Finger Stick: ☑ Not done Reason: Finger Stick reading not found.
Are you currently taking medication(s): ◉ No ○ Yes
Are you currently taking insulin: ○ No ○ Yes
When was last hospitalization:

If Finger Stick > 300, ask the following:
Nausea: ○ No ○ Yes
Vomiting: ○ No ○ Yes
Excessive thirst: ○ No ○ Yes
Urine Ketones:
☐ Not done Reason:

☐ **Hypertension**
How Long:
Are you currently taking medication(s): ○ No ○ Yes
Three or more anti-hypertensives: ○ No ○ Yes

☐ **Epilepsy/Seizure**
Last Seizure:
More than one seizure a month: ○ No ○ Yes
Two or more anticonvulsants: ○ No ○ Yes

☐ **Gastrointestinal**
Have you ever vomited blood:
○ No ○ Yes    Frequency:    Last:    Comments:

Ever had dark, black stools from bleeding:
○ No ○ Yes    Frequency:    Last:    Comments:

**Comments**

☐ **Cancer**
Do you currently have cancer: ○ No ○ Yes
Are you currently being treated for cancer: ○ No ○ Yes
Type:
☑ **HCV** ○ No ○ Yes | ☐ **Other:**

☐ **Dialysis**
Type: ○ Hemodialysis ○ Peritoneal
Number of times per week:
Last dialyzed:

☐ **COPD / Emphysema**
O₂ dependent: ○ No ○ Yes
Peak Flow:
☐ Not taken

## BEHAVIORAL HEALTH

**Do you have any current mental health complaints?** ◉ No ○ Yes
**Do you have a history of a mental health problem?** ○ No - Proceed to Section 2 ◉ Yes - Complete Section 1

**Section 1**
Have you ever been diagnosed with a mental illness: ○ No ☑ Yes, check which illness:
☐ Schizophrenia ☐ Major Depression ☑ Bipolar ☑ Other: ADHD

History of outpatient therapy: ○ No ◉ Yes    Within last year: ○ No ◉ Yes
History of psychotropic medication(s): ◉ No ○ Yes    History of psych hospitalization: ◉ No ○ Yes    Within last year: ○ No ○ Yes
History of hearing things: ◉ No ○ Yes    History of seeing things: ◉ No ○ Yes

**Section 2**
History of suicide attempt(s): ◉ No ○ Yes Last Attempt: Are you thinking of suicide now: ○ No ○ Yes
Family/friends history of suicide: ◉ No ○ Yes Recent significant loss: ○ No ○ Yes
Do you feel like there is nothing to look forward to (hopeless/helpless): ○ No ○ Yes Have you ever hurt yourself on purpose: ◉ No ○ Yes
Are you thinking of hurting yourself now: ◉ No ○ Yes Are you thinking of hurting others now: ○ No ○ Yes

**Section 3**
Ever hospitalized for head trauma: ◉ No ○ Yes    History of violent behavior: ◉ No ○ Yes
History of victimization: ◉ No ○ Yes    History of sex offenses: ◉ No ○ Yes
History of: ☐ Special education placement ☐ Developmental disability ☐ Mental retardation

## EXAMINATION

General Appearance: ☑ NAD ☐ Appears hydrated ☐ Other:

**Oral Screening**
☐ Unremarkable
☐ Abscesses
☐ Lesions
☐ Swelling
☐ Thrush
☑ Missing teeth
☐ Cavities
☐ Dentures
☐ Dentures/Partials
☐ Other:

**Describe**

**Skin (visible)**
☐ Unremarkable
☐ Open
☐ Sores
☑ Tattoos
☐ Surgical scars
☐ Rash
☐ Tracks
☐ Other:
☐ Jaundice
☐ Pallor
☐ Lacerations

**Describe**

## DISPOSITION

**Placement**
☐ GP
☐ Infirmary
☐ Suicide Watch
☐ Isolation reason:
☐ Observation
☐ Other:

**Referral**
☐ H&P    ○ Routine ○
Expedited
☐ Nursing Sick Call    ○ Routine ○
Expedited
☐ Practitioner Sick
Call    ○ Routine ○
Expedited

☐ Behavioral Health    ○ Routine ○
Expedited
☐ Chronic Care
Clinic    ○ Routine ○
Expedited
☐ Dental referral    ○ Routine ○
Expedited

**Describe**

**DISPOSITION**

Notification: ☐ Immediate supervisor ☐ Practitioner On Call ☐ ER for transport

Consent for treatment signed: ⦿ Yes ☐ No Reason:

Access to care reviewed: ⦿ Yes ☐ No Reason:

Grievance process explained: ⦿ Yes ☐ No Reason:

Implement (check all that apply): ☐ CIWA-Ar ☐ COWS ☐ BWS-C

**ADDITIONAL COMMENTS**

**My information is correct and I accept the provision of medical, dental and mental health care.**

**Intake:** ⦿ Complete ☐ Refused

| ████████████ | 01/20/2016 | |
|---|---|---|
| Patient Signature | | Interviewer's Signature |

CHSS027C

# Health Services Encounter

Monday April 20, 2020 09:04:40

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/20/2016 | Start Time*: | 13:04:28 |
| End Date*: | 01/20/2016 | End Time*: | 13:15:05 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Review | Encounter Close Date: | 12/07/2018 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 16:28:05 |
| Setting*: | Clinic | | |
| Staff Member*: | White, Lori L | | |
| Title: | Registered Nurse | | |
| Form Type: | Symptoms Review | | |

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

TimeStamp: 20 January 2016 13:04:48 --- User: Lori White (WLH9)

**Symptoms Review - Subjective**

**Past/Present Problems:**Do you now, or have you ever had any of the following problems?

   ○ N                 ⦿ Y:

**Severe headaches:**migraines

   ⦿ N                 ○ Y:

**Dizziness:**

   ⦿ N                 ○ Y:

**Fainting or blackouts:**

   ⦿ N                 ○ Y:

**Weakness:**

   ○ N                 ⦿ Y:

**Numbness:**back when walking standing

   ⦿ N                 ○ Y:

**Glaucoma:**

   ⦿ N                 ○ Y:

**Thyroid trouble:**

   ⦿ N                 ○ Y:

**Pain or presure in chest:**

   ⦿ N                 ○ Y:

**Pounding heart:Rheumatic fever or heart murmur:**

   ⦿ N                 ○ Y:

**Shortness of breath w/exercise:**

   ○ N                 ⦿ Y:

with short amount of excercise**Shortness of breath at rest:**

   ○ N                 ⦿ Y:

sleep apnea

   ⦿ N                 ○ Y:

**Pneumonia:Blood in stool or black, tarry stool:**

   ⦿ N                 ○ Y:

   ⦿ N                 ○ Y:

**Vomiting blood:**

   ○ N                 ⦿ Y:

**Liver trouble:**hep c

   ⦿ N                 ○ Y:

**Gall stones:**

   ⦿ N                 ○ Y:

**Ulcers:**

   ⦿ N                 ○ Y:

**Hernia:**

   ⦿ N                 ○ Y:

**Hemorrhoids:**

   ○ N                 ⦿ Y:

**Trouble passing urine:**weak bladder

   ⦿ N                 ○ Y:

**Blood in urine:Warts or rash on penis/vagina:**

   ⦿ N                 ○ Y:

   ○ N                 ⦿ Y:

**Arthritis:**hips and fingers and

   ○ N                 ⦿ Y:

**Pain or swelling in joints:**hips and fingers

   ⦿ N                 ○ Y:

**Joint replacement:**

   ○ N                 ⦿ Y:

**Broken bone:**back spinal 1996

   ○ N                 ⦿ Y:

**Back pain:**back injury 1996

   ⦿ N                 ○ Y:

**Anemia:**

   ⦿ N                 ○ Y:

**Weight gain/loss:**

   ⦿ N                 ○ Y:

**Night sweats:**

Rev #: 591

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 12:12 | 101.0 | 132 | 14 | 6  0 | 215 | 137 | 90 | NA | 29.16 | | IM is deaf |

**Objective Notes**

| None |
|------|

## Assessment

**Active Allergies/Health Problems/Conditions** (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

**Assessment Notes**

| None |
|------|

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

None

## Patient Education

### Patient Education Notes

None

## Health Classification

Medical:   Unknown

Mental:   U-Unknown               Prognosis:

SMI:   N-No

Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

| None |
|------|

---

**Encounter Orders Review**

Review Type*:   No Review Required                    Review Staff:   Unknown

**Review Notes**

| None |
|------|

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found |              |       |        |               |

**Standard Forms**

| Type | Staff |
|------|-------|
| No Rows Found | |

---

**Last Updated Information:**

Date: 01/20/2016                    Time: 13:15:05                    User: Lori White (WLH9)

Department: Health Services Provider                    User Type: End User

Show Add History

Exhibit 56

CHSS027C                    Health Services Encounter          Monday April 20, 2020 09:06:12

### Encounter Header

| | |
|---|---|
| Date*: | 01/20/2016 |
| End Date*: | 01/20/2016 |
| Category: | Mental Health |
| Type*: | MH - Intake |
| Location*: | ASPC-PHX ALHAMBRA [B06] |
| Setting*: | Clinic |
| Staff Member*: | Collier, Marcus |
| Title: | Psych Associate Licensed |
| Form Type: | Initial Mental Health Assessment |

Start Time*:   13:52:31
End Time*:   14:00:56

Encounter Close Date:   10/25/2016
Encounter Close Time:   13:06:24

### Subjective

Was the inmate offered the option to speak in a confidential setting*:    Unknown

**Confidential Setting Comments**

None

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

IM
denied questions or concerns about intake or consent form or MH assessment process no record of IM MH HX in AIMS No MH HX in EOMIS Scanned documents reviewed for transfer summary No HX of suicide attempts in EOMIS .

**Initial Mental Health Assessment - Subjective**

◉ N        ○ Y

**Has inmate ever been admitted to a psychiatric hospital?When/Who:Why:**
◉ N        ○ Y

**Has inmate ever been treated for Mental Health issues: (exclude drug/alchohol treatment)**
◉ N        ○ Y

**Had MH Counseling:**If yes, when/where:
◉ N        ○ Y

**Taken Psych Meds:**Current meds:**If no current meds, when last took meds:Have you ever experienced any of the following when not on drugs/alcohol?**
◉ N        ○ Y

Auditory and/or visual hallucinations (hear voices, see things others don't):If yes, describe:
◉ N        ○ Y

Perceptions of thought insertion, TV talk to you, broadcasting, mind control:If yes, describe:
◉ N        ○ Y

Abnormal paranoia (beliefs people want to poison you, government plots, etc.)If yes, describe:
◉ N        ○ Y

**Any serious episodes of depression (post-partum, hopeless, helpless, vegetative signs):**If yes, when was last episode?**Episodes of Mania:**(Do you ever experience times when you have so much energy that it causes
◉ N        ○ Y

serious problems in your life?Last episode:How long did it last?Behaviors:
◉ N        ○ Y

**Sexual Abuse:**When started:When ended:
◉ N        ○ Y

**Physical Abuse:**When started:When ended:
◉ N        ○ Y

**Have you ever tried to commit suicide:**If yes, how many times:When:How:
◉ N        ○ Y

**Has anyone in your immediate family tried to commit suicide or completed suicide:**When/who:Why:How:
◉ N        ○ Y

**Serious head injury/Loss of Consciousness:**When:Cause:**Alcohol and Other Drug history:**PrescriptionAlcoholMarijuanaMethDrug AbuseOther1st Use:Last Use:Frequency:
◉ N        ○ Y

**Highest grade you completed in school:**diploma**GED:**
◉ N        ○ Y

**Ever in Special Education:**
◉ N        ○ Y

**Have you ever been charged and/or convicted of a sex offense:**
◉ N        ○ Y

**History of violent or aggressive behavior:**If yes, describe:
◉ N        ○ Y

**Are you suicidal right now:**If yes, what is method/plan:

Rev #: 373

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| 12:12 | 101.0 | 132 | 14 | 6  0 | 215 | 137 | 90 | NA | 29.16 | | IM is deaf |

### Objective Notes

None

### Initial Mental Health Assessment - Objective

**Observation:** ☑ Appropriate ☐ Inappropriate ☐ Tearful **Affect (Observed):** ☐ Restricted ☐ Flat ☐ Labile ☑ Euthymic ☐
Depressed ☐ Anxious **Mood (Pt. Report):** ☐ Agitated ☐ Elevated ☐ Labile ☑ Unremarkable ☐ Disheveled ☐
Odd **Appearance:** ☑ Good ☐ Fair ☐ Poor **Hygiene:** ☑ Alert ☐ Confused ☐ Hyper vigilant ☐
Somnolent/Drowsy **Alertness:** ☑ Cooperative ☐ Limited ☐ Uncooperative **Interaction:** ☐ Distracted ☐ Guarded ☐ WNL
☐ Logical Coherent ☐ Illogical ☐ Slurred **Speech:** ☐ Rapid ☐ Disjointed ☑ Incoherent ☐ Slowed **Comment:**

IM deaf

Rev #: 373

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|----------------|-----------------------|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma | Mild intermittent asthma with status asthmaticus | Patient Reported | 02/22/2018 | 01/20/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | (disorder) | [J45.22] | | | |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

No DTS/DTO he is stable

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

mh1

**Initial Mental Health Assessment - Plan**

**Disposition:** ☑ No emergent Mental Health needs. Inmate informed of how to access Mental Health services (HNR). ☐
Inmate referred to Psychiatry. Internal referral completed on: ☐ Inmate identified as in need of Mental Health watch:

Rev #: 373

---

**Patient Education**

**Patient Education Notes**

IM educated on HNR and intake process

---

**Health Classification**

Medical: Unknown
Mental: 1-No history of MH services                                 Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*: No Review Required                  Review Staff: Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|------|-------|
| No Rows Found | |

**Last Updated Information:**

Date: 01/20/2016     Time: 14:00:56     User: Marcus Collier (CMH6)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-PHX ALHAMBRA | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M.HLTH MALE | Psych Associate Licensed |
| ASPC-PHX INMATE WRKR | Psych Associate Licensed |
| ASPC-PHX BAKER WARD | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M. HLTH FEM | Psych Associate Licensed |
| ASPC-PHX ASPEN/SPU | Psych Associate Licensed |
| ASPC-PHX ASPEN/SPU | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M/H P/S | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M/H MAX LVL | Psych Associate Licensed |
| ASPC-PHX FLAMENCO IDA WATCH | Psych Associate Licensed |
| ASPC-PHX COMPLEX PHOENIX | Psych Associate Licensed |

Show Add History

# Exhibit 57

# (Redacted)

# Health Services Encounter

CHSS027C                    Monday April 20, 2020 09:13:05

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/21/2016 | Start Time*: | 09:05:59 |
| End Date*: | 01/21/2016 | End Time*: | 09:39:56 |
| Category: | Medical Provider | | |
| Type*: | Provider - Physical - Intake | Encounter Close Date: | 02/25/2017 |
| Location*: | ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: | 09:35:20 |
| Setting*: | Clinic | | |
| Staff Member*: | Winfunke, Ethel | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

TimeStamp: 21 January 2016 09:06:34 --- User: Ethel Winfunke (WINETH0)

IM here for physical exam.  Deaf, communication by writing.  Reports HCV since birth...both parents were IV drug users and contracted Hep C in-utero.  Denies viral symptoms.  No other medical problems or complaints

Medical Hx:  Childhood Asthma (since resolved in 2007)

Surgical Hx:  None

Meds:  None

Allergy:  NKDA

Dental:  Cavities, missing, cracked teeth.  No pain.  HNR at next yard for dental care

Vision:  No problem

Tattoos:  Streets

Suicide Attempt:  Denies

See Intake History

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:32 | 99.4 | 100 | 16 | 6  0 | 215 | 113 | 70 | NA | 29.16 | | |

### Objective Notes

See Intake PE

## Assessment

### Medical Diagnosis/Complaint (1 - 9 of 9)

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| F10.20 | Alcohol dependence, uncomplicated |
| F12.20 | Cannabis dependence, uncomplicated |
| F15.20 | Other stimulant dependence, uncomplicated |
| F17.200 | Nicotine dependence, unspecified, uncomplicated |
| F19.20 | Other psychoactive substance dependence, uncomplicated |
| H91.3 | Deaf nonspeaking, not elsewhere classified |
| J30.9 | Allergic rhinitis, unspecified |
| K08.409 | Partial loss of teeth, unspecified cause, unspecified class |
| K73.9 | Chronic hepatitis, unspecified |

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |

### Related Allergies/Health Problems/Conditions (1 - 10 of 10)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 426873000 - Methamphetamine dependence (disorder) | Other stimulant dependence, uncomplicated [F15.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 51339003 - Polysubstance dependence (disorder) | Other psychoactive substance dependence, uncomplicated [F19.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 191837001 - Cannabis dependence, continuous (disorder) | Cannabis dependence, uncomplicated [F12.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 191812006 - Episodic chronic alcoholism (disorder) | Alcohol dependence, uncomplicated [F10.20] | Assessed | 01/21/2016 | 01/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 008 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 01/21/2016 | 01/21/2016 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 444818007 - Partial edentulism (disorder) | Partial loss of teeth, unspecified cause, unspecified class [K08.409] | Assessed | 01/21/2016 | 01/21/2016 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 77176002 - Smoker (finding) | Nicotine dependence, unspecified, uncomplicated [F17.200] | Assessed | 01/21/2016 | 01/21/2016 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - Allergic rhinitis (disorder) | Allergic rhinitis, unspecified [J30.9] | Assessed | 01/21/2016 | 01/21/2016 |
| 012 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 01/21/2016 | |
| 013 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 76783007 - Chronic hepatitis (disorder) | Chronic hepatitis, unspecified [K73.9] | Converted to ICD10 | 01/21/2016 | 01/21/2016 |

**Assessment Notes**

Allergic Rhinitis
Deaf, Non-speaking
HCV, chronic
Physical Exam

---

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**                     View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions** (1 - 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| IBUPROFEN TABS (Motrin)/600 Mg | RxNorm: 197806 - Ibuprofen 600 MG Oral | 01/21/2016 | 1 tablet | TWICE DAILY AS NEEDED | 02/20/2016 | Discontinued - Other |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| | Tablet; | | | | | |
| MONTELUKAST TABS (Singulair)/10 Mg | RxNorm: 200224 - montelukast 10 MG Oral Tablet; | 01/21/2016 | 1 tablet | EVERY EVENING | 04/20/2016 | Discontinued - Other |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 02/18/2016 | 09:00:00 | Health Services | Generic, Practitioner | ASPC-Y YUMA CIBOLA |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures (1 - 2 of 2)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Medical ADA Restrictions/Special Needs | HEARING IMPAIRED | 01/21/2016 | 08/27/2018 | Deaf, Mute Other Action/Procedure systematically discontinued due to patient release |
| Medical ADA Restrictions/Special Needs | HOUSE CORR OR PVT/NO M54 | 01/21/2016 | 08/27/2018 | CC Other Action/Procedure systematically discontinued due to patient release |

### Plan Notes

1. Montelukast 10mg daily x 90 days.   Ibuprofen 600mg BID PRN.  1st dose today.  Counseled on medications
2. Communication by writing - effective
3. Enrolled in CC and IM is to be seen within 30 days
4. Medically cleared to transfer

---

### Patient Education

#### Patient Education Notes

Discussed HNR option and process
Stop smoking cigarettes
Get drug and Alcohol program while in prison
Get regular exercises and keep hydrated
Do not get prison tattoos, you will infect others.  Hep C education

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications) ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

  Medical: 4
  Mental: 1-No history of MH services      Prognosis:
    SMI: N-No
  Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

## Encounter Orders Review

  Review Type*: Pending Nurses Order    Review Staff: Loya, Jennifer
  Review Date: 01/21/2016       Review Time: 12:31:44

**Review Notes**

chart review
TimeStamp: 21 January 2016 12:32:31 --- User: Jennifer Loya (LOYJE01)
reviewed.

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms (1 - 2 of 2)

| Type | Staff |
|---|---|
| Health Assessment - History | Winfunke, Ethel |
| Health Assessment - Physical | Winfunke, Ethel |

**Last Updated Information:**

Date: 01/21/2016    Time: 13:49:39    User: Ethel Winfunke (WINETH0)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-PHX ALHAMBRA | Nurse Practitioner |
| ASPC-PHX FLAMENCO M.HLTH MALE | Nurse Practitioner |
| ASPC-PHX INMATE WRKR | Nurse Practitioner |
| ASPC-PHX BAKER WARD | Nurse Practitioner |

| | |
|---|---|
| ASPC-PHX FLAMENCO M. HLTH FEM | Nurse Practitioner |
| ASPC-PHX ASPEN/SPU | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H P/S | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H MAX LVL | Nurse Practitioner |
| ASPC-PHX FLAMENCO IDA WATCH | Nurse Practitioner |
| ASPC-PHX COMPLEX PHOENIX | Nurse Practitioner |
| ASPC-PHX MTC OTERO | Nurse Practitioner |

Show Add History

| Last Name: | | First: | | MI: | ADC: | |
|---|---|---|---|---|---|---|

Date: 01/21/2016    Time: 09:05:59    Sex: Male _Male_    DOB:    Alias:

Intake Form Reviewed: ◉ Yes ◯ No If no, reason:    Interpreter Used: ◉ No ◯ Yes

Is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening:
◉ No ◯ Yes:

Name:
Service:

## HISTORY

**Major Surgical History (within past year)** ◉ No ◯ Yes (check all that apply and include date)
- ☐ Due to traumatic injury
- ☐ Heart Surgery
- ☐ Other:
- ☐ Brain Surgery
- ☐ Abdominal Surgery

**Medical Hospitalizations (within past year)**
◉ No ◯ Yes:

**Ever had transplant surgery** ◉ No
◯ Yes
☐ Kidney ☐ Other:

**Past Significant Surgery** ◉ No ◯ Yes:

## MEDICATION REPORTED ◉ None ◯ Unknown ◯ See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| | Freq:<br>Last: | | ◯ Clinic ◯ Medication Container<br>◯ VA ◯ Physician/Psychiatrist<br>◯ Pharmacy ◯ Unable to Verify |

## ALLERGIES: Do you have any allergies (food, medication, enviromental)? ◉ No ◯ Yes

## TOBACCO USE

Do you smoke: ◉ Current ◯ Former ◯ Never    Amount: 3 packs/day    How Long: 22 years

## ALCOHOL USE / SUBSTANCE/DRUG USE

**ALCOHOL USE**

Do you drink alcohol: ◯ No ◉ Yes
Type: beer, liquor
Last Use: 11/01/2015
How Much: 12 pks/4/40 0z
How Often: daily
Prior treatment program: ◉ No ◯ Yes
Excessive Drinker: ◯ No ◉ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with stopping alcohol: ◉ No ◯ Yes (CIWA)
If yes, when:

**SUBSTANCE/DRUG USE**

Substance/Drug Use/Rx  Do you use drugs: ◯ No ◉ Yes
Do you use injectable drugs: ◉ No ◯ Yes Last Injectible Use:

| | How Often? | How Much? | Last Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |

☑ Methamphetamines ☑ Cocaine ☑ Other: THC
Prior treatment program: ◯ No ◉ Yes

## COMMUNICABLE DISEASES

**Hepatitis**

Have you ever had hepatitis: ◯ No ◉ Yes
Hep B: ◉ No ◯ Yes
Hep C: ◯ No ◉ Yes
Other: In-Utero, parents IV drug user

**STD's**

Have you ever had an STD: ◯ No ◉ Yes ☑ Treated

| | | | |
|---|---|---|---|
| Syphilis: | ◉ No ◯ Yes | ☐ Treated |
| Gonorrhea: | ◯ No ◉ Yes | ☑ Treated |
| Chlamydia: | ◉ No ◯ Yes | ☐ Treated |
| Herpes: | ◉ No ◯ Yes | ☐ Treated |
| Other: | | ☐ Treated |

Do you currently have symptoms?
◉ No ◯ Yes
Describe:
Would you like to be tested for syphilis?
◯ Declined ◯ Yes

**HIV/AIDS**

Do you have HIV infection or AIDS:
◉ No ◯ Yes
Are you currently taking medications:
◯ No ◯ Yes
When Diagnosed:

**Viral Load**
◉ No ◯ Yes
Viral Load #:
When:
☐ Unknown

**T-Cell (CD4)**
◉ No ◯ Yes
Count:
When:
☐ Unknown

**History of opportunistic infections?**
☑ None ☐ Thrush ☐ PCP ☐ Toxo
☐ Zoster ☐ Cryptococcal Meningitis
Have you been treated? No Yes
Are you currently receiving OI Meds? No Yes

**TB Symptoms**

| Weight loss: | ◉ No ◯ Yes |
| Night sweats: | ◉ No ◯ Yes |
| Fever: | ◉ No ◯ Yes |
| Appetite loss: | ◉ No ◯ Yes |

**TB**

Have you ever had a skin test for TB: ◯ No ◯ Yes ◯ Don't Know
Prior + PPD: ◯ No ◯ Yes ◯ Don't Know ◯ Pending
Date of last PPD:
Have you ever been treated for LTBI: ◉ No ◯ Yes

Have you ever had active TB: ◉ No ◯ Yes
Where diagnosed:
Date of Diagnosis: ☐ Treated
Duration of treatment:

Coughing blood: ⦿ No ○ Yes

Persistent cough 2+ weeks: ⦿ No ○ Yes

Weak/tired: ⦿ No ○ Yes

☑ None

Duration of treatment:

Chest x-ray taken in the past year:
⦿ No ○ Yes
Result: ○ Normal ○ Abnormal
○ Pending ○ Don't Know

---

## CHRONIC ILLNESSES

**Asthma**
Do you have asthma: ○ No ⦿ Yes
How Long: childhood
Last Episode: 01/01/2007
Last ER Date:
Last hospitalization:
Have you ever had a tube put down your throat so that a machine breathes for you:
⦿ No ○ Yes, when:
Currently on steroids: ⦿ No ○ Yes
Peak Flow: ⦿ No ○ Yes
Reason not taken: Resolved

**Cardiovascular Disease (ask each question)**
Have you ever had any of the following problems with your heart:

Angina: ⦿ No ○ Yes

Stents: ⦿ No ○ Yes

Heart attack: ⦿ No ○ Yes

CHF: ⦿ No ○ Yes

Atrial fibrillation: ⦿ No ○ Yes

Endocarditis: ⦿ No ○ Yes

Blood clot in lungs or legs: ⦿ No ○ Yes

Date of onset:

Internal defibrillator: ⦿ No ○ Yes Date:
Pacemaker: ⦿ No ○ Yes Date:
Bypass surgery: ⦿ No ○ Yes Date:
Heart valve replacement: ⦿ No ○ Yes Date:
Are you taking Warfarin, Coumadin, or Jantoven: ⦿ No ○ Yes

**Cerebrovascular Disease**
Have you ever had:
CVA(Stroke): ⦿ No ○ Yes
Last CVA:
TIA (Mini-Stroke): ⦿ No ○ Yes
Last TIA:

**Comments**

---

**Diabetes**
Have you ever had diabetes or a problem with high blood sugar? ⦿ No ○ Yes
How Long:
Have you been getting your fingersticks? ○ No ○ Yes
Result:
Are you currently taking medication(s): ○ No ○ Yes
Are you currently taking insulin: ○ No ○ Yes
Ever been hospitalized for diabetes: ○ No ○ Yes

**Hypertension**
Have you ever had high blood pressure or hypertension: ○ No ○ Yes
How Long:
Are you currently taking medication(s): ○ No ○ Yes
Three or more anti-hypertensives: ○ No ○ Yes

**Epilepsy/Seizure**
Have you ever had a seizure or convulsion: ⦿ No ○ Yes
Frequency greater than once a month: ○ No ○ Yes
Two or more anticonvulsants: ○ No ○ Yes
Are you taking medication for seizure: ○ No ○ Yes
Last Seizure:

**Comments**

---

**Gastrointestinal**   Have you ever been treated for problems with stomach or bowels: ○ No ○ Yes
Have you ever vomited blood:
○ No ○ Yes     Frequency:     Last:     Comments:

Ever had dark, black stools from bleeding:
○ No ○ Yes     Frequency:     Last:     Comments:
Have you ever been told you have cirrhosis: ○ No ○ Yes
**Comments**

---

**COPD/Emphysema**   Do you have COPD or emphysema: ⦿ No ○ Yes
$O_2$ dependent: ○ No ○ Yes     Hospitalization: ○ No ○ Yes     Hospitalization Date:
Ever been on a respirator: ○ No ○ Yes     CPAP: ○ No ○ Yes

---

**Cancer**
Have you ever had cancer: ⦿ No ○ Yes
Do you currently have cancer: ○ No ○ Yes
What type of cancer:
Are you currently being treated for cancer: ○ No ○ Yes
When diagnosed:
Treatment: ☐ None ☐ Chemo ☐ Radiation ☐ Surgery
☐ Other:

**Dialysis**
Are you currently on dialysis: ⦿ No ○ Yes
Are you currently getting your dialysis treatments: ○ No ○ Yes
Type: ○ Hemodialysis ○ Peritoneal
Number of times per week:
Last dialyzed:

☑ **Other Current Significant Medical Conditions**
Referral Needed: ○ No ○ Yes

## BEHAVIORAL HEALTH

## BEHAVIORAL HEALTH

| | |
|---|---|
| Do you have any current mental health complaints? ○ No ⊙ Yes   Describe: <u>ADHD, Bipola</u> | |
| Do you have a history of a mental health problem? ⊙ No ○ Yes | Family history of mental illness: ○ No ⊙ Yes |

Have you ever been diagnosed with a mental illness:   ○ No ⊙ Yes, check which illness:
       ☐ Schizophrenia   ☐ Major Depression   ☑ Bipolar   ☑ Other: <u>ADHD</u>

| | |
|---|---|
| Do you feel like there is nothing to look forward to (hopeless/helpless): ⊙ No ○ Yes | Are you thinking of hurting yourself now: ⊙ No ○ Yes |
| Family/friends history of suicide: ⊙ No ○ Yes | Recent significant loss: ⊙ No ○ Yes |
| History of suicide attempt(s): ⊙ No ○ Yes Last Attempt: | Are you thinking of suicide now: ⊙ No ○ Yes |
| History of psych hospitalization: ⊙ No ○ Yes   Within last year: ○ No ○ Yes | |
| History of psychotherapy / group therapy: ⊙ No ○ Yes   Within last year: ○ No ○ Yes | |
| History of psychotropic medication(s): ⊙ No ○ Yes | |
| History of hearing things: ○ No ⊙ Yes | History of seeing things: ○ No ⊙ Yes | Are you thinking of hurting others now: ⊙ No ○ Yes |
| History of violent behavior: ⊙ No ○ Yes | History of victimization: ⊙ No ○ Yes | History of sex offenses: ⊙ No ○ Yes |
| Neurological deficit: ⊙ No ○ Yes | | |

## ADDITIONAL COMMENTS

**Health History:** ⊙ Completed ○ Refused

E. Winfunke WINETH0

<u>01/21/2016</u>

Interviewer's Signature

| Last Name: ▓▓▓ | First: ▓▓▓ | | MI: | ADC: ▓▓▓ | Alias: |
|---|---|---|---|---|---|
| Date: 01/21/2016 | Time: 09:05:59 | Sex: Male _Male_ | DOB: ▓/▓/▓ | | |

## PHYSICAL

### GENERAL OBSERVATION

General Appearance: Well-developed 34 year old Caucasian male

Acute Distress: ◉ No ○ Yes    Dehydrated: ◉ No ○ Yes    Additional Observation: ◉ No ○ Yes
Describe:    Describe:    Describe:

**Mobility Restrictions** ◉ No ○ Yes

☐ Deformity    ☐ Amputation
☐ Cast    ☐ Splint
☐ Paraplegic    ☐ Quadriplegic
☐ Other:

**Physical Aids** ◉ No ○ Yes

☐ Wheelchair   ☐ Crutches/Canes
☐ Brace    ☐ CPAP
☐ Other:

**Hearing Disability** ◉ No ○ Yes

Deaf: ○ Right ○ Left ◉ Both
Neither
Hearing
Impaired: ○ Right ○ Left ◉ Both
Neither
Hearing Aid    ◉ No ○ Yes

**Visual Impairment** ◉ No ○ Yes

Blind: ○ Right ○ Left ○ Both ○ Neither    Wears Corrective Lenses: ◉ No ○ Yes    Wears Contact
Lenses: ◉ No ○ Yes
☐ Other:

### MENTAL HEALTH / RESPONSE TO INCARCERATION

| Oriented to: | Psychomotor | Speech | Mood | Affect | Thought Process |
|---|---|---|---|---|---|
| Person: ○ No ◉ Yes | ☑ Unremarkable | ☑ Unremarkable | ☑ Unremarkable | ☑ Appropriate to affect | ☑ Logical |
| Place: ○ No ◉ Yes | ☐ Agitation | ☐ Incoherent | ☐ Irritable/Angry | ☐ Inappropriate to affect | ☐ Illogical |
| Time: ○ No ◉ Yes | | ☐ Slurred | ☐ Anxious | ☐ Labile | ☐ Relevant |
| If no, describe: | | ☐ Mute | ☐ Depressed | ☐ Flat | ☐ Irrelevant |
| | | | ☐ Embarrassed/Humiliated | | |

### EXAMINATION

**Visual Acuity (Snellen)**    Completed: ○ No ◉ Yes
Without Correction: R: 20/20 L: 20/20 Both: 20/20
With Correction: R: n/a L: n/a Both: n/a

**Oral Cavity**    ☐ Unremarkable
☐ Lesions    Describe:
☐ Dry Membranes   Describe:
☐ Pharyngitis    Describe:
☐ Thrush    Describe:
☐ Tonsilitis    Describe:
☐ Abscess    Describe:
☐ Dentures/Partials   Describe:
☑ Other: cavities, missing   Describe:
Describe: upper and lower

**Neck**    ☑ Unremarkable
☐ Appears Asymmetrical   Describe:
☐ Obvious Masses   Describe:
☐ Other:
Describe:

**Breasts**    ☑ N/A

**Abdomen**    ☑ Unremarkable/Soft
☐ Tender    Describe:
☐ Liver possible enlarged   Describe:
☐ Other:
Describe:

**Head / Eye**    ☑ Unremarkable
☐ Pupils equal and reactive   Describe:
☐ Contusions   Describe:
☐ Pale Conjuctiva   Describe:
☐ Lacerations   Describe:
☐ Sclera Icteric   Describe:

**Hearing**    ☐ Appears Adequate
☐ Hearing Diminshed   Describe:
☑ Other:    Describe: Deaf, mute

**Chest**    ☑ Lungs Clear
Major surgical scar: ◉ No ○ Yes   Describe:
☐ Wheezes ☐ Rhales ☐ Rhonchi   Describe:

**Heart**
Rate: ◉ Normal ○ Brady ○ Tachy
Describe:
Rhythm: ◉ Regular ○ Irregular
Describe:
Possible Murmur: ◉ No ○ Yes:

**Extremities**    ☑ Unremarkable
☐ Grip strength equal   Describe:
☐ Edema    Describe:
☐ Cyanosis   Describe:
☐ Other:
Describe:

**Skin**    ☐ Unremarkable
☐ Rash    Describe:    ☐ Soft tissue infection   Describe:
☐ Skin Abscess   Describe:    ☐ Surgical Scars   Describe:
☐ Tracks    Describe:    ☑ Tattoos   Describe: streets
☐ Other: Describe:

**Does patient's age, sexual history, medical history past or present indicate the need for a pelvic, rectal, genitalia or prostate exam:** ◉ No ○ Yes

**HEALTH EDUCATION**

| | | | |
|---|---|---|---|
| ☑ Oral Hygeine | ☑ Nutrition | ☐ Sexually Transmitted Diseases | ☑ Substance Abuse |
| ☑ Exercise | ☑ Tobacco Cessation | ☐ HIV Testing | ☑ Other: alcohol counseling |

**ADDITIONAL COMMENTS**

**Referral**

| | | |
|---|---|---|
| ☐ Nursing Sick Call | ○ Routine ○ Expedited | ☑ Chronic Care Clinic    ◉ Routine ○ Expedited |
| ☐ MD/NP/PA Sick Call | ○ Routine ○ Expedited | ☐ Dental referral    ○ Routine ○ Expedited |
| ☐ Mental Health | ○ Routine ○ Expedited | |

**My information is correct, the grievance process has been explained and I have the opprotunity to ask questions:** ◉ Yes ○ No, Explain:

**Physical Exam:** ◉ Completed ○ Refused

---

**Patient's Signature**

E. Winfunke WINETH0

**Interviewer's Name (printed)**

E. Winfunke WINETH0

**Practitioner's Name (printed)**

**Interviewer's Signature**

**Practitioner's Signature**

Exhibit 58

Case 2:12-cv-00601-ROS   Document 3627-4   Filed 06/12/20   Page 95 of 108

# Health Services Encounter

CHSS027C

Monday April 20, 2020 09:16:54

## Encounter Header

| | |
| --- | --- |
| Date*: | 02/20/2018 |
| End Date*: | 02/20/2018 |
| Category: | Nursing |
| Type*: | Nurse - Transfer - Receiving |
| Location*: | ASPC-T WHETSTONE  [C37] |
| Setting*: | Clinic |
| Staff Member*: | Thrush, Amanda |
| Title: | Lic Practical Nurse |
| Form Type: | |

Start Time*: 21:32:47
End Time*: 21:39:36

Encounter Close Date: 02/20/2018
Encounter Close Time: 21:41:54

## Subjective

Are interpreter services needed for this inmate*:   Yes
What type of interpreter services were used for the encounter*:   Inmate Refused Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
| --- | --- | --- | --- |
| | No Rows Found | | |

### Subjective Notes

Transfer from M58 to C37.  Face to face encounter done at CIP @ 2135.  Patient is on medications that did arrive with him. Denies any medical, dental or mental health needs at this time.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 21:37 | 97.7 | 68 | 16 | 6  0 | 200 | 139 | 85 | NA | 27.12 | 98.00 | |

### Objective Notes

Patient is deaf.  Patient uses sign language to communicate and can minimally read lips.

Chart review completed. CC:  HCV, Asthma.

Medications that were received and visualized are: Singulair 10 mg

Ambulates under own power, no acute distress, difficulty communicating as patient is deaf and reads minimal lips.

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Patient Reported | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 426873000 - Methamphetamine dependence (disorder) | Other stimulant dependence, uncomplicated [F15.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 51339003 - Polysubstance dependence (disorder) | Other psychoactive substance dependence, uncomplicated [F19.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 191837001 - Cannabis dependence, continuous (disorder) | Cannabis dependence, uncomplicated [F12.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 191812006 - Episodic chronic alcoholism (disorder) | Alcohol dependence, uncomplicated [F10.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 008 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 01/21/2016 | 01/21/2016 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 444818007 - Partial edentulism (disorder) | Partial loss of teeth, unspecified cause, unspecified class [K08.409] | Assessed | 01/21/2016 | 01/21/2016 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 77176002 - Smoker (finding) | Nicotine dependence, unspecified, uncomplicated [F17.200] | Assessed | 01/21/2016 | 01/21/2016 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - Allergic rhinitis (disorder) | Allergic rhinitis, unspecified [J30.9] | Assessed | 01/21/2016 | 01/21/2016 |
| 012 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 01/21/2016 | |
| 013 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 76783007 - Chronic hepatitis (disorder) | Chronic hepatitis, unspecified [K73.9] | Converted to ICD10 | 01/21/2016 | 01/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|---------------------|----------------|--------|-------------|------------|
| 014 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Unspecified asthma, uncomplicated [J45.909] | Assessed | 02/22/2018 | 03/15/2016 |
| 015 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 03/15/2016 | 03/15/2016 |

#### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|---------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

#### Assessment Notes

A&Ox4. Patient is calm and cooperative. No visible injuries noted at the time of this encounter.

---

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| MONTELUKAST TABS (Singulair)/10 Mg | RxNorm: 200224 - montelukast 10 MG (as montelukast sodium 10.4 MG) Oral Tablet; | 02/20/2018 | 1 | EVERY DAY | 05/20/2018 | Order Discontinued at Pharmacy Vendor (DR) |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

Referred to provider for CC. Forwarded to CC nurse for tracking. Follow up with medical and submit HNRs as needed. There are not any medical restrictions noted at this time preventing the pt. from being housed on the yard.

---

**Patient Education**

**Patient Education Notes**

Open sick call, nurse line and HNR process explained. Patient verbalizes understanding.

---

**Meaningful Use Measurement**

- ☑ Demographic Information in Patient Header verified
- ☑ Current Medical Problem List verified (or Patient has no Medical Problems)
- ☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
- ☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  4
Mental:  1-No history of MH services                         Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  Practitioner Review           Review Staff:  Baskas, Elena
Review Date:  03/28/2018                   Review Time:  14:11:21

**Review Notes**

Order for singulair ok?  He came with an order from Kingman
TimeStamp: 28 March 2018 14:15:08 --- User: Elena Baskas (BASEL01)

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

**Standard Forms** (1 - 1 of 1)

| Type | Staff |
|------|-------|
| Intra-System Transfer Form | Thrush, Amanda |

**Last Updated Information:**

Date: 03/28/2018                    Time: 14:11:21                    User: Elena Baskas (BASEL01)

Department: Health Services Provider                    User Type: End User

Show Add History

Exhibit 59

CHSS027C            **Health Services Encounter**         Monday April 20, 2020 09:18:15

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 02/22/2018 | Start Time*: | 12:25:02 |
| End Date*: | 02/22/2018 | End Time*: | 12:33:03 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 02/22/2018 |
| Location*: | ASPC-T WHETSTONE  [C37] | Encounter Close Time: | 12:33:03 |
| Setting*: | Clinic | | |
| Staff Member*: | Baskas, Elena | | |
| Title: | Nurse Practitioner | | |
| Form Type: | Chronic Care Clinic | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

CC- ASTHMA, HCV

OF NOTE, IM IS DEAF, AND ALL COMMUNICATION WAS HAND-WRITTEN

DENIES HX OF ASTHMA
NO CURRENT MED MANAGEMENT
REPORTS HE SOMETIMES HAS BREATHING ISSUES WHEN HE SLEEPS, BUT IS RARE
IS A FORMER SMOKER
DOESN'T EXERCISE OFTEN

DX W/ HCV IN 2001; DUE TO TATTOOS
NO HX OF TREATMENT
DENIES ANY ABD. PAIN, DISTENTION/ASCITES, N/V, DIARRHEA, BLE EDEMA, AND/OR JAUNDICE

**Chronic Care Clinic Subjective**

**History:**
○ Y
○ Y
○ Y

ASTHMA- NO REPORTED HX
HCV- DX 2001, TATTOOS, NO HX OF TX

**Risk facto**
○ Rare/None                    ○ Current                    ◉ Former

Smoker:
○ Less than 10 pk yrs          ○ 10-20 pk yrs               ○ More than 20 pk yrs

Amount/Length:
○ Y                            ◉ N
○ Y                            ◉ N
○ Y                            ◉ N
○ Y                            ◉ N

**Diseases:**CAD:PVD:CVA:CRD:
○ Y                ○ N                            ◉ N/A

Hx DKA:Other:
○ N                            ○ Y
○ N                            ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
○ Y                            ○ N
○ Y                            ○ N

Prior hospitalization for asthma:History of intubation:
○ Y                            ○ N

Prior corticosteroids:☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:**☐ Cold☐ Other:**Night time awakenings with asthma within the last 30 days:**
○ Generalized Tonic Clonic(Grand Mal)          ○ Complex(partial)          ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:**☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
○ Y                            ○ N
○ Y                            ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
○ Y                            ○ N
○ Y                            ○ N

Injectable drug use:Blood Transfusion before 1990:
○ Y                            ○ N
○ Y                            ○ N
○ Y                            ○ N

Alcohol Abuse:Nasal drug use:Cough:
○ Y                            ○ N
○ Y                            ○ N
○ Y                            ○ N

Headaches:Night sweats:Fever:
○ Y                            ○ N
○ Y                            ○ N
○ Y                            ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
○ Y                            ○ N
○ Y                            ○ N

Visual Disturbance:PPD Conversion:
○ Y                            ○ N
○ Y                            ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
○ N                            ○ Y

Recent weight loss/cachexia:
○ N                            ○ Y:

Other complaints:**Sickle Cell Disease:**
○ N                            ○ Y:

☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:**☐ Chest Describe:
○ N                            ○ Y:

**Fever:**
○ N                            ○ Y:

**Recent trauma:**

Rev #: 946

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|------|----------|
| 10:41 | 97.1 | 71 | 20 | 6 0 | 200 | 126 | 80 | NA | 27.12 | 98.00 | PEAK FLOW 480, 470, 480 |

**Objective Notes**

GEN: VSS, NAD, A/Ox3, Steady gait w/o abnormality
PULM: Unlabored breathing, CTAB
CARDIO: RRR, No murmur
GI: BSx4, Soft, Round, ND, NT to palpation, No masses or guarding
BLE: No C/C/E

***NO LABS AVAILABLE TO CALCULATE APRI

### Chronic Care Clinic Objective

   ⊙ N                               ⊙ Y

**HEENT:**Nystagmus (SZ):
   ⊙ N                                ⊙ Y

Gingival hyperplasia (SZ):
   ⊙ N                                ⊙ Y

Ataxia:
   ⊙ N                                ⊙ Y

**Eyes:**Conjunctiva pale:
   ⊙ N                                ⊙ Y

Sclera icteric:
   ⊙ Y                                ⊙ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
   ⊙ Y                                ⊙ N

Thyroid NL:Cervical lymph nodes NL:
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N

**Heart:**Regular Rhythm:Murmur Present:
   ⊙ Y                                ⊙ N

Gallop:
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N

Bowel Sounds:Soft:Splenomegaly:
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N

**Ext.:**Pedal pu
   ⊙ Y
   ⊙ Y                                ⊙ N

Foot exam unremarkable:Leg ulcers:
   ⊙ Y                                ⊙ N
   ⊙ Y                                ⊙ N

Rev #:**Neuro:**Motor deficits:Sensory deficits
   ⊙ Y                  ⊙ N                  ⊙ NA
   ⊙ N                  ⊙ Y:

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

Unspecified asthma, uncomplicated [J45.909]: ☐     Coronary Artery Disease (CAD): ☐

Diabetes Type I: ☐     Diabetes Type II: ☐

Dyslipidemia: ☐     Chronic viral hepatitis C [B18.2]: ☐

HIV/AIDS: ☐     Hypertension: ☐

Multiple Sclerosis (MS): ☐     Seizures, Epilepsy, or Convul.: ☐

Sickle Cell: ☐     Tuberculosis Active (TB): ☐

Tuberculosis Latent Inactive (LTBI): ☐     Chronic hepatitis, unspecified [K73.9]: ☐

### Active Allergies/Health Problems/Conditions (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Unknown if ever | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 426873000 - Methamphetamine dependence (disorder) | Other stimulant dependence, uncomplicated [F15.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 51339003 - Polysubstance dependence (disorder) | Other psychoactive substance dependence, uncomplicated [F19.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 191837001 - Cannabis dependence, continuous (disorder) | Cannabis dependence, uncomplicated [F12.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 191812006 - Episodic chronic alcoholism (disorder) | Alcohol dependence, uncomplicated [F10.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 008 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 01/21/2016 | 01/21/2016 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 444818007 - Partial edentulism (disorder) | Partial loss of teeth, unspecified cause, | Assessed | 01/21/2016 | 01/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | | unspecified class [K08.409] | | | |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 77176002 - Smoker (finding) | Nicotine dependence, unspecified, uncomplicated [F17.200] | Assessed | 01/21/2016 | 01/21/2016 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - Allergic rhinitis (disorder) | Allergic rhinitis, unspecified [J30.9] | Assessed | 01/21/2016 | 01/21/2016 |
| 012 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 01/21/2016 | |
| 013 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 76783007 - Chronic hepatitis (disorder) | Chronic hepatitis, unspecified [K73.9] | Converted to ICD10 | 01/21/2016 | 01/21/2016 |
| 014 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Unspecified asthma, uncomplicated [J45.909] | Unknown if ever | 02/22/2018 | 03/15/2016 |
| 015 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 03/15/2016 | 03/15/2016 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | No Rows Found | | | | |

### Assessment Notes

1. ASTHMA- APPEARS TO BE A MIS-DIAGNOSIS
2. HCV- APPEARS STABLE

### Chronic Care Clinic Assessment

**Has the MPL been updated?** YES

Rev #: 946

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| | | No Rows Found | | |

### Active Drug Prescription Orders (1 - 1 of 1)

| | View MAR Summary |
|---|---|

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| MONTELUKAST TABS (Singulair)/10 Mg | RxNorm: 200224 - montelukast 10 MG (as montelukast sodium 10.4 MG) Oral Tablet; | 02/20/2018 | 1 | EVERY DAY | 05/20/2018 | Approved/Approval |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders** (1 - 1 of 1)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| Diagnostic Panel 3 | LOINC: 2085-9 - HDL CHOL., DIRECT; | Prior to Next Clinic | Inmate Notified Of Results | See Report | From Vendor |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 3 of 3)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 02/22/2018 | 09:00:00 | Health Services | Baskas, Elena | ASPC-T WHETSTONE |
| 05/11/2018 | 12:25:02 | Health Services | Duran, Jose | ASPC-T CATALINA UNIT |
| 05/17/2018 | 08:00:00 | Health Services | Baird, James W | ASPC-T CATALINA UNIT |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

-CC F/U FOR HCV IN 90 DAYS
-D/C CC FOR ASTHMA, DIAGNOSIS RESOLVED IN PROBLEM LIST
-LABS PRIOR TO NEXT CC VISIT

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**
○ N          ○ Y:

REMAIN STABLE; AVOIDANCE OF RISKY BEHAVIORS REGARDING HCV

Rev #: 946

**Patient Education**

**Patient Education Notes**

-AVOIDANCE OF RISKY BEHAVIORS REGARDING HCV

-EXERCISE ON ROUTINE BASIS
-EAT HEALTHY
-MAINTAIN ADEQUATE DAILY HYDRATION
-REPORT ANY NEW ISSUES OR CONCERNS TO MEDICAL VIA HNR AND/OR FOLLOW-UP ON NURSE-LINE

### Chronic Care Clinic Patient Education

☑ Diet/Nutrition ☐ Smoking ☑ Med Info ☐ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 946

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

### Health Classification

| | |
|---:|:---|
| Medical: | 4 |
| Mental: | 1-No history of MH services |
| SMI: | N-No |
| Dental: | U-Unknown (Conversion) |

Prognosis:

#### Classification and Security Notes

TimeStamp: 22 February 2018 12:35:48 --- User: Elena Baskas (BASEL01)

### Encounter Orders Review

| | | | |
|---:|:---|---:|:---|
| Review Type*: | Pending Nurses Order | Review Staff: | Bailey, Chasti, RN |
| Review Date: | 02/22/2018 | Review Time: | 13:20:43 |

#### Review Notes

SEE POC
TimeStamp: 22 February 2018 13:24:13 --- User: Chasti Bailey (BAICH01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| | | No Rows Found | | |

### Standard Forms

| Type | Staff |
|---|---|
| | No Rows Found |

### Last Updated Information:

| | | |
|---|---|---|
| Date: 02/22/2018 | Time: 13:20:43 | User: Chasti Bailey (BAICH01) |

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Registered Nurse |
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |

| | |
|---|---|
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |
| ASPC-T CIMARRON CDU | Registered Nurse |
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T MINORS MAX # | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |
| ASPC-T RESIDENTIAL MED HSG | Registered Nurse |

Show Add History