# Exhibit 60

# (Redacted)

CHSS027C          # Health Services Encounter        Monday April 20, 2020 09:19:18

## Encounter Header

| | | |
|---|---|---|
| Date*: | 05/17/2018 | Start Time*: 09:00:45 |
| End Date*: | 05/17/2018 | End Time*: 09:01:41 |
| Category: | Medical Provider | |
| Type*: | Provider - Chronic Care | Encounter Close Date: 05/17/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: 09:01:41 |
| Setting*: | Interactive Telemedicine | |
| Staff Member*: | Baird, James W | |
| Title: | Medical Doctor | |
| Form Type: | Chronic Care Clinic | |

## Subjective

Are interpreter services needed for this inmate*:  No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

He was scheduled for a CC evaluation for HCV, but refused the appt.
He signed a refusal on camera.

**Chronic Care Clinic Subjective**

**History:**
- ○ Y
- ○ Y
- ○ Y     ○ N

**Risk factors:**Obesity:Alcohol:Family history of heart disease:
- ○ Rare/None     ○ Current     ○ Former

Smoker:
- ○ Less than 10 pk yrs     ○ 10-20 pk yrs     ○ More than 20 pk yrs

Amount/Length:
- ○ Y     ○ N
- ○ Y     ○ N
- ○ Y     ○ N
- ○ Y     ○ N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y     ○ N     ○ N/A

Hx DKA:Other:
- ○ N     ○ Y
- ○ N     ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
- ○ Y     ○ N
- ○ Y     ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y     ○ N

Prior corticosteroids: ☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:** ☐ Cold☐
Other:**Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)     ○ Complex(partial)     ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
- ○ Y     ○ N
- ○ Y     ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y     ○ N
- ○ Y     ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y     ○ N
- ○ Y     ○ N
- ○ Y     ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y     ○ N
- ○ Y     ○ N
- ○ Y     ○ N

Headaches:Night sweats:Fever:
- ○ Y     ○ N
- ○ Y     ○ N
- ○ Y     ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y     ○ N
- ○ Y     ○ N

Visual Disturbance:PPD Conversion:
- ○ Y     ○ N
- ○ Y     ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N     ○ Y

Recent weight loss/cachexia:
- ○ N     ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N     ○ Y:
- ☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:** ☐ ChestDescribe:
- ○ N     ○ Y:

**Fever:**
- ○ N     ○ Y:

**Recent trauma:**

Rev #: 946

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| Not Taken | | | | | | | | | | | |

### Objective Notes

None

### Chronic Care Clinic Objective

○ N                                              ○ Y

**HEENT:**Nystagmus (SZ):
○ N                                              ○ Y

Gingival hyperplasia (SZ):
○ N                                              ○ Y

Ataxia:
○ N                                              ○ Y

**Eyes:**Conjunctiva pale:
○ N                                              ○ Y

Sclera icteric:
○ Y                                              ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y                                              ○ N
○ Y                                              ○ N

Thyroid NL:Cervical lymph nodes NL:
○ Y                                              ○ N
○ Y                                              ○ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y                                              ○ N

Gallop:
○ Y                                              ○ N
○ Y                                              ○ N
○ Y                                              ○ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y                                              ○ N
○ Y                                              ○ N
○ Y                                              ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
○ Y                                              ○ N
○ Y                                              ○ N
○ Y                                              ○ N

Bowel Sounds:Soft:Splenomegaly:
○ Y                                              ○ N
○ Y                                              ○ N

**Ext.:**Pedal pu
○ Y
○ Y                                              ○ N

Foot exam unremarkable:Leg ulcers:
○ Y                                              ○ N
○ Y                                              ○ N

Rev **Neuro:**Motor deficits:Sensory deficits
○ Y                        ○ N                        ○ NA

○ N                                   ○ Y:

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized: ☐ Ordered at this visit
☐ Review of previously completed with patient**Studies:** ☐ LFT ☐ TSH ☐ Flu ☐ Pneumo (5 years)**Annual Lab/Immunizations:**

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

Unspecified asthma, uncomplicated [J45.909]: ☐     Coronary Artery Disease (CAD): ☐

Diabetes Type I: ☐     Diabetes Type II: ☐

Dyslipidemia: ☐     Chronic viral hepatitis C [B18.2]: ☐

HIV/AIDS: ☐     Hypertension: ☐

Multiple Sclerosis (MS): ☐     Seizures, Epilepsy, or Convul.: ☐

Sickle Cell: ☐     Tuberculosis Active (TB): ☐

Tuberculosis Latent Inactive (LTBI): ☐     Chronic hepatitis, unspecified [K73.9]: ☐

### Active Allergies/Health Problems/Conditions (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Unknown if ever | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 426873000 - Methamphetamine dependence (disorder) | Other stimulant dependence, uncomplicated [F15.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 51339003 - Polysubstance dependence (disorder) | Other psychoactive substance dependence, uncomplicated [F19.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 191837001 - Cannabis dependence, continuous (disorder) | Cannabis dependence, uncomplicated [F12.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 191812006 - Episodic chronic alcoholism (disorder) | Alcohol dependence, uncomplicated [F10.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 008 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 01/21/2016 | 01/21/2016 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 444818007 - Partial edentulism (disorder) | Partial loss of teeth, unspecified cause, | Assessed | 01/21/2016 | 01/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | | unspecified class [K08.409] | | | |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 77176002 - Smoker (finding) | Nicotine dependence, unspecified, uncomplicated [F17.200] | Assessed | 01/21/2016 | 01/21/2016 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - Allergic rhinitis (disorder) | Allergic rhinitis, unspecified [J30.9] | Assessed | 01/21/2016 | 01/21/2016 |
| 012 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 01/21/2016 | |
| 013 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 76783007 - Chronic hepatitis (disorder) | Chronic hepatitis, unspecified [K73.9] | Converted to ICD10 | 01/21/2016 | 01/21/2016 |
| 014 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Unspecified asthma, uncomplicated [J45.909] | Unknown if ever | 02/22/2018 | 03/15/2016 |
| 015 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 03/15/2016 | 03/15/2016 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

| None |
|---|

### Chronic Care Clinic Assessment

**Has the MPL been updated?**n

Rev #: 946

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| MONTELUKAST TABS (Singulair)/10 Mg | RxNorm: 200224 - montelukast 10 MG (as montelukast sodium 10.4 MG) Oral Tablet; | 02/20/2018 | 1 | EVERY DAY | 05/20/2018 | Refill Ordered |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| None |
|---|

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**

○ N                  ○ Y:

Cnone

Rev #: 946

---

**Patient Education**

**Patient Education Notes**

| TimeStamp: 17 May 2018 09:05:57 --- User: James Baird (BAIJA01) |
|---|

**Chronic Care Clinic Patient Education**

☐ Diet/Nutrition ☐ Smoking ☐ Med Info ☐ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 946

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  4
Mental:  1-No history of MH services                              Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

### Classification and Security Notes

TimeStamp: 22 February 2018 12:35:48 --- User: Elena Baskas (BASEL01)

## Encounter Orders Review

Review Type*:  Pending Nurses Order          Review Staff:  Patten, Virginia, LPN
Review Date:  05/17/2018                     Review Time:  18:02:11

### Review Notes

TimeStamp: 17 May 2018 18:06:45 --- User: Virginia Patten (PATVI01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 05/17/2018              Time: 18:02:11              User: Virginia Patten (PATVI01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Lic Practical Nurse |
| ASPC-T RINCON I | Lic Practical Nurse |
| ASPC-T SANTA RITA | Lic Practical Nurse |
| ASPC-T COMPLEX CDU | Lic Practical Nurse |
| ASPC-T MINORS I | Lic Practical Nurse |
| ASPC-T CIMARRON I | Lic Practical Nurse |
| ASPC-T CIMARRON CDU | Lic Practical Nurse |
| ASPC-T MANZANITA | Lic Practical Nurse |
| ASPC-T MANZANITA CDU | Lic Practical Nurse |
| ASPC-T WINCHESTR CDU | Lic Practical Nurse |
| ASPC-T RINCON IPC | Lic Practical Nurse |
| ASPC-T MANZANITA SNU | Lic Practical Nurse |
| ASPC-T CIM TRNST | Lic Practical Nurse |
| ASPC-T CIMARRON II | Lic Practical Nurse |
| ASPC-T MINORS RCPTN | Lic Practical Nurse |
| ASPC-T MINORS MAX # | Lic Practical Nurse |
| ASPC-T RINCON MHW | Lic Practical Nurse |
| ASPC-T RINCON MHU | Lic Practical Nurse |

| | |
|---|---|
| ASPC-T CATALINA UNIT | Lic Practical Nurse |
| ASPC-T WHETSTONE | Lic Practical Nurse |
| ASPC-T MINORS | Lic Practical Nurse |
| ASPC-T WINCHESTER GP | Lic Practical Nurse |
| ASPC-T RINCON SNU | Lic Practical Nurse |
| ASPC-T CIM ICE TRNST | Lic Practical Nurse |
| ASPC-T RESIDENTIAL MED HSG | Lic Practical Nurse |

Show Add History



# ARIZONA DEPARTMENT OF CORRECTIONS

## Refusal to Submit to Treatment

I have been advised that it is necessary for me to undergo the following:

| Evaluation | Treatment *(Check box and specify)* |
|---|---|
| ☐ Dental examination | ☐ Dental procedure |
| ☐ Nursing assessment | ☐ Nursing procedure |
| ☐ Mental Health assessment/treatment | ☐ Medical procedure |
| ☒ Medical Provider evaluation | ☐ Medication |
| ☐ Emergency assessment for | |
| | ☐ Injection |
| ☐ Outside medical appointment | ☐ Emergency treatment |
| ☐ NPO/PREP for | ☐ Lab   ☐ X-ray |
| ☐ Other | |

Related to (diagnosis or procedure) **Chronic Care**

---

**Consequences of Refusal** *(Check all that might apply)*

☒ Pain

☐ Stomach (GI) Distress

☐ Infection

☐ Permanent loss of mobility

☐ Stroke and/or Heart attack

☐ Irreversible coma

☐ Death

☒ Inability to fully evaluate, treat or diagnosis

☐ Other *(explain below)*

☒ Worsening of his disease

☐ Permanent loss of control: Bowel and/or Bladder

☐ Permanent need for life sustaining machinery or equipment *(Dialysis, Ventilator, Oxygen, Tracheotomy)*

☐ Loss of sense(s): *(Please circle)*

    hearing    sight    touch    taste    smell

☐ Impaired skin integrity: *(bed sores, scars, etc.)*

☐ Loss of body part(s) *(specify)*

☐ Deterioration of Mental Status

---

☒ Patient Education has been provided by nursing staff at the time of the refusal to ensure the inmate is making an informed refusal.

☒ ADC Health Services may seek reimbursement directly from the inmate for any money lost to outside clinics or hospitals for late cancellations as a result of this refusal.

☒ It has been fully explained to me the effect and nature of this treatment. Although my failure to follow this advice may seriously imperil my life or health, I nevertheless refuse to submit to recommended treatment. I assume full responsibility for the risk and consequences involved in my decision and specifically release the Arizona Department of Corrections from any and all liability for those risks and consequences. I also understand, however, that if at any time I change my mind, I may seek treatment again.

☒ REASON FOR REFUSAL: *Med's are only "No Charge"*

| INMATE SIGNATURE | INITIALS | TIME | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | *jm* | 8:30 | 5-17-18 |
| WITNESS NAME (Last, First M.I.) (Please print) **A. Gililland, CNA** | SIGNATURE | TIME 08:31 | DATE (mm/dd/yyyy) 05/17/2018 |
| WITNESS NAME (Needed if inmate refuses to sign) | SIGNATURE | TIME | DATE (mm/dd/yyyy) |

| INSTRUCTIONS: Make a checkmark in the box or boxes which apply to the refusal. Where there are choices, circle the most appropriate answer. If none of the choices or boxes are appropriate, write in the OTHER the reason which applies. Under the consequences section, **check ALL areas which might apply** as a consequence of refusing. Consequences not listed can be written in the blank lines marked "IF THE CHARGE SECTION DOES NOT APPLY WRITE IN N/A. A single witness is needed unless I/M refuses to sign form, then two witnesses are needed. The second witness may be non-medical ADC Staff. | INMATE NAME Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|---|
| | DATE OF BIRTH (mm/dd/yyyy) | INSTITUTION/UNIT **Catalina** |

1101-4(e)
12/19/12

**SECTION 3, CONSENTS/REFUSALS**

Exhibit 61

CHSS027C         # Health Services Encounter       Monday April 20, 2020 09:49:07

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/10/2019 | Start Time*: | 08:06:00 |
| End Date*: | 01/10/2019 | End Time*: | 20:19:22 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 01/14/2019 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 20:27:14 |
| Setting*: | Clinic | | |
| Staff Member*: | Larson, Gregory | | |
| Title: | Nurse Practitioner | | |
| Form Type: | Chronic Care Clinic | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

cc-asthma

**Chronic Care Clinic Subjective**

**History:**
○ Y   asthma
○ Y
○ Y                 ○ N

**Risk factors:**Obesity:Alcohol:Family history of heart disease:
○ Rare/None           ○ Current           ○ Former
Smoker:
○ Less than 10 pk yrs     ○ 10-20 pk yrs     ○ More than 20 pk yrs
Amount/Length:
○ Y                 ○ N
○ Y                 ○ N
○ Y                 ○ N
○ Y                 ○ N

**Diseases:**CAD:PVD:CVA:CRD:
○ Y           ○ N           ○ N/A
Hx DKA:Other:
○ N                 ○ Y
○ N                 ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
○ Y                 ○ N
○ Y                 ○ N

Prior hospitalization for asthma:History of intubation:
○ Y                 ○ N

Prior corticosteroids: ☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:** ☐ Cold☐
Other:**Night time awakenings with asthma within the last 30 days:**
○ Generalized Tonic Clonic(Grand Mal)   ○ Complex(partial)   ○ Absence(Petit Mal)
**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
○ Y                 ○ N
○ Y                 ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
○ Y                 ◉ N
○ Y                 ○ N

Injectable drug use:Blood Transfusion before 1990:
○ Y                 ◉ N
○ Y                 ○ N
○ Y                 ○ N

Alcohol Abuse:Nasal drug use:Cough:
○ Y                 ○ N
○ Y                 ○ N
○ Y                 ○ N

Headaches:Night sweats:Fever:
○ Y                 ◉ N
○ Y                 ○ N
○ Y                 ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
○ Y                 ◉ N
○ Y                 ○ N

Visual Disturbance:PPD Conversion:
○ Y                 ◉ N
○ Y                 ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
◉ N                 ○ Y

Recent weight loss/cachexia:
◉ N                 ○ Y:

Other complaints:**Sickle Cell Disease:**
◉ N                 ○ Y:
☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:** ☐ ChestDescribe:
◉ N                 ○ Y:

**Fever:**
◉ N                 ○ Y:
**Recent trauma:**

Rev #: 946

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| | | | | | Not Taken | | | | | | |

### Objective Notes

None

### Chronic Care Clinic Objective

- ⦿ N      ○ Y

**HEENT:**Nystagmus (SZ):
- ○ N      ○ Y

Gingival hyperplasia (SZ):
- ○ N      ○ Y

Ataxia:
- ○ N      ○ Y

**Eyes:**Conjunctiva pale:
- ○ N      ○ Y

Sclera icteric:
- ○ Y      ⦿ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
- ⦿ Y      ○ N
- ○ Y      ○ N

Thyroid NL:Cervical lymph nodes NL:
- ⦿ Y      ○ N
- ○ Y      ⦿ N

**Heart:**Regular Rhythm:Murmur Present:
- ○ Y      ⦿ N

Gallop:
- ○ Y      ⦿ N
- ○ Y      ⦿ N
- ○ Y      ⦿ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

Bowel Sounds:Soft:Splenomegaly:
- ○ Y      ○ N
- ○ Y      ○ N

**Ext.:**Pedal pu
- ○ Y
- ○ Y      ○ N

Foot exam unremarkable:Leg ulcers:
- ○ Y      ○ N
- ○ Y      ○ N

**Neuro:**Motor deficits:Sensory deficits
- ○ Y      ○ N      ○ NA
- ○ N      ○ Y:

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized: ☑ Ordered at this visit ☐ Review of previously completed with patient**Studies:** ☐ LFT ☐ TSH ☐ Flu ☐ Pneumo (5 years)**Annual Lab/Immunizations:**

Rev

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

| | |
|---|---|
| Unspecified asthma, uncomplicated [J45.909]: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Diabetes Type II: ☐ |
| Dyslipidemia: ☐ | Chronic viral hepatitis C [B18.2]: ☐ |
| HIV/AIDS: ☐ | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | Chronic hepatitis, unspecified [K73.9]: ☐ |

### Active Allergies/Health Problems/Conditions (1 - 17 of 17)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Unknown if ever | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 426873000 - Methamphetamine dependence (disorder) | Other stimulant dependence, uncomplicated [F15.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 51339003 - Polysubstance dependence (disorder) | Other psychoactive substance dependence, uncomplicated [F19.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 191837001 - Cannabis dependence, continuous (disorder) | Cannabis dependence, uncomplicated [F12.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 191812006 - Episodic chronic alcoholism (disorder) | Alcohol dependence, uncomplicated [F10.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 008 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 01/21/2016 | 01/21/2016 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 444818007 - Partial edentulism (disorder) | Partial loss of teeth, unspecified cause, | Assessed | 01/21/2016 | 01/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | | unspecified class [K08.409] | | | |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 77176002 - Smoker (finding) | Nicotine dependence, unspecified, uncomplicated [F17.200] | Assessed | 01/21/2016 | 01/21/2016 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - Allergic rhinitis (disorder) | Allergic rhinitis, unspecified [J30.9] | Assessed | 01/21/2016 | 01/21/2016 |
| 012 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 01/21/2016 | |
| 013 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 76783007 - Chronic hepatitis (disorder) | Chronic hepatitis, unspecified [K73.9] | Converted to ICD10 | 01/21/2016 | 01/21/2016 |
| 014 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Unspecified asthma, uncomplicated [J45.909] | Unknown if ever | 02/22/2018 | 03/15/2016 |
| 015 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 03/15/2016 | 03/15/2016 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 12/08/2018 | 12/08/2018 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 16386004 - Dry skin (finding) | Xerosis cutis [L85.3] | Assessed | 12/08/2018 | 12/08/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

HCV

**Chronic Care Clinic Assessment**

**Has the MPL been updated?** na

Rev #: 946

## Plan

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**     View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders** (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| Diagnostic Panel 2 | LOINC: 3050-2 - T3 Uptake (T3U); 2085-9 - HDL CHOL., DIRECT; 3026-2 - Thyroxin... | Rout (Draw-10days;Rslts-48hrs) | Cancelled | | |
| HEP. C RNA, QUANT.,PCR | LOINC: 11011-4 - HCV RNA SerPl PCR-aCnc; 42617-1 - HCV RNA SerPl bDNA-Log IU; ... | Rout (Draw-10days;Rslts-48hrs) | Cancelled | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 01/20/2019 | 08:06:00 | Health Services | Larson, Gregory | ASPC-T CATALINA UNIT |
| 01/20/2019 | 09:06:00 | Health Services | Larson, Gregory | ASPC-T CATALINA UNIT |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

continue poc

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**

◉ N                       ○ Y:

cna

Rev #: 946

**Patient Education**

**Patient Education Notes**

activity

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☐ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 946

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

| | |
|---|---|
| Medical: | 3 |
| Mental: | 1-No history of MH services |
| SMI: | N-No |
| Dental: | U-Unknown (Conversion) |

Prognosis:

**Classification and Security Notes**

None

---

**Encounter Orders Review**

| | | | |
|---|---|---|---|
| Review Type*: | Pending Nurses Order | Review Staff: | Ewang, Ekwoge, LPN |
| Review Date: | 01/14/2019 | Review Time: | 20:54:23 |

**Review Notes**

TimeStamp: 14 January 2019 20:55:31 --- User: Ekwoge Ewang (EWAEK01)

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

| | | |
|---|---|---|
| Date: 01/14/2019 | Time: 20:54:23 | User: Ekwoge Ewang (EWAEK01) |

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Lic Practical Nurse |
| ASPC-T RINCON I | Lic Practical Nurse |
| ASPC-T SANTA RITA | Lic Practical Nurse |
| ASPC-T COMPLEX CDU | Lic Practical Nurse |
| ASPC-T MINORS I | Lic Practical Nurse |
| ASPC-T CIMARRON I | Lic Practical Nurse |
| ASPC-T CIMARRON CDU | Lic Practical Nurse |
| ASPC-T MANZANITA | Lic Practical Nurse |
| ASPC-T MANZANITA CDU | Lic Practical Nurse |

| | |
|---|---|
| ASPC-T WINCHESTR CDU | Lic Practical Nurse |
| ASPC-T RINCON IPC | Lic Practical Nurse |
| ASPC-T MANZANITA SNU | Lic Practical Nurse |
| ASPC-T CIM TRNST | Lic Practical Nurse |
| ASPC-T CIMARRON II | Lic Practical Nurse |
| ASPC-T MINORS RCPTN | Lic Practical Nurse |
| ASPC-T RINCON MHW | Lic Practical Nurse |
| ASPC-T RINCON MHU | Lic Practical Nurse |
| ASPC-T CATALINA UNIT | Lic Practical Nurse |
| ASPC-T WHETSTONE | Lic Practical Nurse |
| ASPC-T MINORS | Lic Practical Nurse |
| ASPC-T WINCHESTER GP | Lic Practical Nurse |
| ASPC-T RINCON SNU | Lic Practical Nurse |
| ASPC-T CIM ICE TRNST | Lic Practical Nurse |
| ASPC-T RESIDENTIAL MED HSG | Lic Practical Nurse |
| ASPC-T MNZ MHWT | Lic Practical Nurse |
| ASPC-T 2ND CHNC MNZ | Lic Practical Nurse |

Show Add History

CHSS027C      # Health Services Encounter      Monday April 20, 2020 09:48:21

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 01/10/2019 | Start Time*: | 08:02:00 |
| End Date*: | 01/14/2019 | End Time*: | 20:04:09 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 01/14/2019 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 20:04:36 |
| Setting*: | Clinic | | |
| Staff Member*: | Larson, Gregory | | |
| Title: | Nurse Practitioner | | |
| Form Type: | Chronic Care Clinic | | |

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

cc-HCV

**Chronic Care Clinic Subjective**

**History:**
○ Y
○ Y
○ Y     ○ N

**Risk factors:**Obesity:Alcohol:Family history of heart disease:
○ Rare/None     ○ Current     ○ Former
Smoker:
○ Less than 10 pk yrs     ○ 10-20 pk yrs     ○ More than 20 pk yrs
Amount/Length:
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N

**Diseases:**CAD:PVD:CVA:CRD:
○ Y     ○ N     ○ N/A
Hx DKA:Other:
○ N     ○ Y
○ N     ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
○ Y     ○ N
○ Y     ○ N

Prior hospitalization for asthma:History of intubation:
○ Y     ○ N

Prior corticosteroids: ☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:** ☐ Cold☐
Other:**Night time awakenings with asthma within the last 30 days:**
○ Generalized Tonic Clonic(Grand Mal)     ○ Complex(partial)     ○ Absence(Petit Mal)
**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
○ Y     ○ N
○ Y     ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
○ Y     ○ N
○ Y     ○ N

Injectable drug use:Blood Transfusion before 1990:
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N

Alcohol Abuse:Nasal drug use:Cough:
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N

Headaches:Night sweats:Fever:
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
○ Y     ○ N
○ Y     ○ N

Visual Disturbance:PPD Conversion:
○ Y     ○ N
○ Y     ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
○ N     ○ Y

Recent weight loss/cachexia:
○ N     ○ Y:

Other complaints:**Sickle Cell Disease:**
○ N     ○ Y:
☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:** ☐ ChestDescribe:
○ N     ○ Y:

**Fever:**
○ N     ○ Y:
**Recent trauma:**

Rev #: 946

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| Not Taken | | | | | | | | | | | |

#### Objective Notes

None

### Chronic Care Clinic Objective

○ N                                          ○ Y

**HEENT:**Nystagmus (SZ):
○ N                                          ○ Y

Gingival hyperplasia (SZ):
○ N                                          ○ Y

Ataxia:
○ N                                          ○ Y

**Eyes:**Conjunctiva pale:
○ N                                          ○ Y

Sclera icteric:
○ Y                                          ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y                                          ○ N
○ Y                                          ○ N

Thyroid NL:Cervical lymph nodes NL:
○ Y                                          ○ N
○ Y                                          ○ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y                                          ○ N

Gallop:
○ Y                                          ○ N
○ Y                                          ○ N
○ Y                                          ○ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y                                          ○ N
○ Y                                          ○ N
○ Y                                          ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
○ Y                                          ○ N
○ Y                                          ○ N
○ Y                                          ○ N

Bowel Sounds:Soft:Splenomegaly:
○ Y                                          ○ N
○ Y                                          ○ N

**Ext.:**Pedal pu
○ Y
○ Y                                          ○ N

Foot exam unremarkable:Leg ulcers:
○ Y                                          ○ N
○ Y                                          ○ N

Rev**Neuro:**Motor deficits:Sensory deficits
○ Y                    ○ N                              ○ NA

○ N                              ○ Y:

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized: ☐ Ordered at this visit
☐ Review of previously completed with patient**Studies:**☐ LFT☐ TSH☐ Flu☐ Pneumo (5 years)**Annual Lab/Immunizations:**

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

Unspecified asthma, uncomplicated [J45.909]: ☐      Coronary Artery Disease (CAD): ☐

Diabetes Type I: ☐      Diabetes Type II: ☐

Dyslipidemia: ☐      Chronic viral hepatitis C [B18.2]: ☐

HIV/AIDS: ☐      Hypertension: ☐

Multiple Sclerosis (MS): ☐      Seizures, Epilepsy, or Convul.: ☐

Sickle Cell: ☐      Tuberculosis Active (TB): ☐

Tuberculosis Latent Inactive (LTBI): ☐      Chronic hepatitis, unspecified [K73.9]: ☐

### Active Allergies/Health Problems/Conditions (1 - 17 of 17)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 01/20/2016 | 01/20/2016 |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Unknown if ever | 02/22/2018 | 01/20/2016 |
| 003 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 01/20/2016 | 01/20/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 426873000 - Methamphetamine dependence (disorder) | Other stimulant dependence, uncomplicated [F15.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 51339003 - Polysubstance dependence (disorder) | Other psychoactive substance dependence, uncomplicated [F19.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 191837001 - Cannabis dependence, continuous (disorder) | Cannabis dependence, uncomplicated [F12.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 191812006 - Episodic chronic alcoholism (disorder) | Alcohol dependence, uncomplicated [F10.20] | Assessed | 01/21/2016 | 01/21/2016 |
| 008 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 01/21/2016 | 01/21/2016 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 444818007 - Partial edentulism (disorder) | Partial loss of teeth, unspecified cause, | Assessed | 01/21/2016 | 01/21/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | | unspecified class [K08.409] | | | |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 77176002 - Smoker (finding) | Nicotine dependence, unspecified, uncomplicated [F17.200] | Assessed | 01/21/2016 | 01/21/2016 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - Allergic rhinitis (disorder) | Allergic rhinitis, unspecified [J30.9] | Assessed | 01/21/2016 | 01/21/2016 |
| 012 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 01/21/2016 | |
| 013 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 76783007 - Chronic hepatitis (disorder) | Chronic hepatitis, unspecified [K73.9] | Converted to ICD10 | 01/21/2016 | 01/21/2016 |
| 014 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Unspecified asthma, uncomplicated [J45.909] | Unknown if ever | 02/22/2018 | 03/15/2016 |
| 015 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 03/15/2016 | 03/15/2016 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 12/08/2018 | 12/08/2018 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 16386004 - Dry skin (finding) | Xerosis cutis [L85.3] | Assessed | 12/08/2018 | 12/08/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

| None |
|---|

**Chronic Care Clinic Assessment**

**Has the MPL been updated?**

Rev #: 946

## Plan

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**      [ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

| None |
|---|

### Chronic Care Clinic Plan

**Management goals for this patient (Justification needed if you deviate from protocol):**

○ N                                        ○ Y:

C

Rev #: 946

---

### Patient Education

#### Patient Education Notes

| None |
|---|

#### Chronic Care Clinic Patient Education

☐ Diet/Nutrition ☐ Smoking ☐ Med Info ☐ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 946

---

## Health Classification

Medical: 3

Mental: 1-No history of MH services                      Prognosis:

SMI: N-No

Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

## Encounter Orders Review

Review Type*: Pending Nurses Order          Review Staff: Ewang, Ekwoge, LPN

Review Date: 01/14/2019                 Review Time: 20:52:27

**Review Notes**

TimeStamp: 14 January 2019 20:54:41 --- User: Ekwoge Ewang (EWAEK01)

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 01/14/2019          Time: 20:52:27          User: Ekwoge Ewang (EWAEK01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Lic Practical Nurse |
| ASPC-T RINCON I | Lic Practical Nurse |
| ASPC-T SANTA RITA | Lic Practical Nurse |
| ASPC-T COMPLEX CDU | Lic Practical Nurse |
| ASPC-T MINORS I | Lic Practical Nurse |
| ASPC-T CIMARRON I | Lic Practical Nurse |
| ASPC-T CIMARRON CDU | Lic Practical Nurse |
| ASPC-T MANZANITA | Lic Practical Nurse |
| ASPC-T MANZANITA CDU | Lic Practical Nurse |
| ASPC-T WINCHESTR CDU | Lic Practical Nurse |
| ASPC-T RINCON IPC | Lic Practical Nurse |
| ASPC-T MANZANITA SNU | Lic Practical Nurse |
| ASPC-T CIM TRNST | Lic Practical Nurse |
| ASPC-T CIMARRON II | Lic Practical Nurse |
| ASPC-T MINORS RCPTN | Lic Practical Nurse |
| ASPC-T RINCON MHW | Lic Practical Nurse |

| | |
|---|---|
| ASPC-T RINCON MHU | Lic Practical Nurse |
| ASPC-T CATALINA UNIT | Lic Practical Nurse |
| ASPC-T WHETSTONE | Lic Practical Nurse |
| ASPC-T MINORS | Lic Practical Nurse |
| ASPC-T WINCHESTER GP | Lic Practical Nurse |
| ASPC-T RINCON SNU | Lic Practical Nurse |
| ASPC-T CIM ICE TRNST | Lic Practical Nurse |
| ASPC-T RESIDENTIAL MED HSG | Lic Practical Nurse |
| ASPC-T MNZ MHWT | Lic Practical Nurse |
| ASPC-T 2ND CHNC MNZ | Lic Practical Nurse |

Show Add History

# Exhibit 62

# (Redacted)

Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: mlieberman@acluaz.org
         mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF** ███ <br> ████████ |

I, ███████, declare:

1. I was formerly a prisoner in the custody of the Arizona Department of Corrections (ADC). My ADC number was ████. I was in ADC's custody from about December 17, 2016 through January 25, 2019, when I was released.

2. I am over the age of 18 and if called as a witness, I would and I could testify competently on the facts listed below, all of which are within my personal knowledge.

3. I was a *Parsons* class member during my time at ADC. I was housed in ASPC-Tucson, in Catalina, Manzanita, and Winchester Units.

4. I was born deaf. When I was five years old, I had surgery to get cochlear implants, but I stopped using them a few years later, because they would give me headaches. Presently, I do not use hearing aids or implants. I cannot hear sounds, but when sounds are loud, I can hear and feel the vibrations.

5. My primary and preferred method of communication is American Sign Language (ASL). I started learning ASL with my family when I was four years old, and I am fluent in ASL. My family and I learned ASL together, and most members of my family are fluent in ASL.

6. ASL is a visual language with its own vocabulary, word order, and sentence structure that is different from English. There is no written form of ASL. There is not a sign for every English word or an English word for every sign.

7. I completed high school and studied automotive mechanics at Mesa Community College (MCC). At MCC, I had an ASL interpreter for my classes.

8. I am able to read and write basic information in English, but when it comes to more complex, difficult information, I can only communicate using ASL. I often find it difficult to communicate just by writing in English, so I rely on ASL instead. I am unable to vocalize in English.

9.    I am able to understand important, lengthy and complex medical or healthcare information if it is presented in ASL, such as information related to medical examinations, diagnosis, treatment, risks and benefits of medications.

10.    While at ADC, I was not provided a certified ASL interpreter during important medical and mental health encounters, including medical appointments, psychiatric consults, psychologist/therapy meetings, dental procedures, and intake.

11.    There were several times I was asked by ADC prison officials and medical staff if I could read lips. I responded "No" each time I was asked this question. I have never learned to read lips because I use ASL to communicate. Instead of providing an ASL interpreter for me during my appointments, medical staff would exchange written notes in English.

12.    There were times when Corrections Officers–III (CO-IIIs), would try to speak to me. They would use other inmates as "interpreters." These "interpreters" were not fully fluent in ASL and could only sign basic information or use finger-spelling to spell out English words.

13.    Around December 7, 2016, I went through the intake process at ASPC-Phoenix. The intake process includes dental, mental health, and health evaluations. I asked for an ASL interpreter, but I was told that officials could not find an interpreter. I was shown a list of questions and was told to nod "yes" or "no" to each question. There were medical terms in English I did not understand and since the intake process is designed to be quick, I could not ask for clarification.

14.    On May 22, 2017, ADC had another inmate translate for me when I met with a nurse. The appointment was about medication, but the other inmate was not a qualified ASL interpreter.  He also did not translate very well because he only knew basic signs.

15.    I did not want to use inmates to "interpret" during my other health encounters because my medical information is private and because I was afraid that the inmate

3

"interpreter" would tell other inmates about my health problems, and they would use the information as a tool to threaten me.

16.     On May 26, 2017, I met with a psych associate. I asked the psych associate for an ASL interpreter for the appointment, but I was denied. Instead, we communicated by exchanging written notes in English.  I wanted to discuss my anxiety but I had a hard time discussing it with just pen and paper. This meeting was short and most of the time was spent on reading and writing down questions and responses. It was very difficult to fully discuss my mental health problems this way.

17.     Around July 17, 2017, I was punched in the jaw by another inmate. The punch was so severe that it dislocated my jaw, my jaw had to be wired shut, and I had to have surgery.  After I was attacked, I was placed in a holding cell for less than a day.  During this time, I was losing a lot of blood and I felt dizzy.  I tried to communicate how I was feeling, but I was only given a towel for the blood.

18.     During treatment, I asked for an ASL interpreter, but I was denied.  I was forced to communicate by writing in English.  I tried to explain to medical staff how I was feeling, and the pain I was experiencing, but it was difficult to go into detail in writing. I could not express some of the issues I had or the pain I was feeling in writing.

19.     On February 13, 2018, I had lab work performed. This was to get clearance to work in the kitchen. On March 6, 2018, I filled out a health needs request (HNR) to get the results to the lab work. I was not asked whether I needed an interpreter, nor was I given one to explain what the lab results meant. The provider and I communicated by exchanging written notes in English.  The provider did not explain the test results, but just told me that I was cleared to work in the kitchen.

20.     On June 14, 2018, when I was housed in the Catalina unit, I filled out an HNR for extreme earaches. While cleaning my right ear, I accidentally pushed too hard, causing bleeding. I was in pain for several days. On June 15, 2018 I saw a nurse and was told, through handwritten notes, that there was no bleeding and given ibuprofen.  On June 19,

4

2018, I was still in a lot of pain, and during this healthcare encounter, the provider identified some bleeding and noted that my ear was tender.  When I was seen by the nurse, I was not asked whether I needed an ASL interpreter, nor was I provided with one.

21.    On July 3, 2018, I met with a psych associate.  We communicated by exchanging notes in English. I expressed how frustrated I was because I lost phone privileges for trying to call my family more than three times, using TTY. I also expressed how frustrated I was and how lonely I felt because the other inmates would not take the time to try to communicate with me. This meeting was short and I felt like it did not help me at all.

22.    On July 26, 2018, I had individual counseling appointment with a psychologist. We communicated by writing notes in English. I told the psychologist about how frustrated I was with not having an ASL interpreter and not being able to communicate, and how isolated I felt.

23.    On December 5, 2018, I filled out a HNR for excessive itch problems and dry skin. Parts of my body were irritated and I was given anti-itch cream earlier, but it did not help. The itching went on for weeks and it kept spreading.  I requested to be seen by a provider with an ASL interpreter, but I was not given an interpreter.

24.    On December 23, 2018, I filled out a HNR to be seen by a provider. I was experiencing flu symptoms: headaches, upset stomach, and runny nose. I asked to have an ASL interpreter, but when I was seen by the nurse, I was not provided with an interpreter.

25.    There were programs and group counseling ADC offered.  I went to a few of these programs and asked for an interpreter, but was denied. I wanted to participate because I thought it could be useful, but when I went, I could not understand what was being said. I stopped attending after a couple of sessions.

26.    This declaration was taken, written for me, and read to me with the assistance of a qualified legal sign language interpreter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty that the foregoing is true and correct.

EXECUTED this 25 day of November, 2019 in Phoenix, Arizona.



# Exhibit 63

# (Redacted)

Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. 2:12-cv-00601-ROS <br><br> **DECLARATION OF Candis Gingras** |

I, Candis Gingras, declare:

1. I am a sign language interpreter, employed by Arizona Freelance Interpreting Services. I am over the age of 18 and have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2. I am a licensed sign language interpreter in the state of Arizona, and hold a Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing. My license is current through May 19, 2020, and my license number is CG04041660.

3. On March 4, 2019 and November 25, 2019, I provided sign language interpretation services for ████████, who communicates using American Sign Language as his primary method of communication, when he met with Sey In, attorney at the Arizona Center for Disability Law (ACDL).

4. I interpreted during ACDL's interviews of ████████, and communicated the contents of ████████ declaration to ████████ by interpreting the declaration from English into American Sign Language.

5. I affirm that I interpreted the interviews and the declaration accurately, completely, and impartially following the guidelines for legal interpreting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of November 2019, in Phoenix, Arizona.

Candis Gingras

1

# Exhibit 64

# (Redacted)

CHSS027C                  # Health Services Encounter         Wednesday April 22, 2020 15:27:23

## Encounter Header

|  |  |  |  |
|---|---|---|---|
| Date*: | 05/22/2017 | Start Time*: | 09:29:03 |
| End Date*: | 05/22/2017 | End Time*: | 09:32:59 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Review | Encounter Close Date: | 01/25/2019 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 10:27:53 |
| Setting*: | Clinic | | |
| Staff Member*: | Higby, Jennifer | | |
| Title: | Registered Nurse | | |
| Form Type: | Family History Review | | |

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

family history

**Family History Review - Subjective**

**List immediate members of your family who have or had any of the following:Diabetes:**
◉ None                                            ○ Unknown
**Heart Disea:**
◉ None
**High Blood Pressure:**
◉ None                                            ○ Unknown
**Cancer (specify type):**
◉ None                                            ○ Unknown
**Thyroid Dise**
◉ None
**Arthritis:**
◉ None                                            ○ Unknown
**Kidney Disease:**
◉ None                                            ○ Unknown
**Epilepsy/Se**
◉ None
**Sickle Cell Disease:**
◉ None                                            ○ Unknown
**TB:**
◉ None                                            ○ Unknown
◉ Living
**Father is:Ca**
◉ Living                                          ○ Deceased

**Mother is:Cause of death:Age when died:Total number of siblings:2Number living:2Number deceased:0Cause of death of any deceased siblings:Age when died:**

Rev #: 588

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 09:22 | 97.6 | 69 | 16 | 6  2 | 163 | 128 | 79 | NA | 20.93 | | IM denies asthma, DM, HTN, and SZ. ... |

**Objective Notes**

None

## Assessment

**Active Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | No Rows Found | | | | |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | No Rows Found | | | | |

**Assessment Notes**

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 12/31/2017 | Placed |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

None

## Patient Education

### Patient Education Notes

Educated IM on intake process; he stated understanding.

## Health Classification

Medical:   Unknown

Mental:   U-Unknown            Prognosis:

SMI:

Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

| None |
| --- |

**Encounter Orders Review**

Review Type*:   No Review Required         Review Staff:   Unknown

**Review Notes**

| None |
| --- |

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
| --- | --- |
| No Rows Found | |

**Last Updated Information:**

Date: 05/22/2017        Time: 09:32:59        User: Jennifer Higby (HIGJE01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |

Show Add History

CHSS027C                  # Health Services Encounter        Wednesday April 22, 2020 15:28:19

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/22/2017 | Start Time*: | 09:33:01 |
| End Date*: | 05/22/2017 | End Time*: | 09:37:25 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Review | Encounter Close Date: | 01/25/2019 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 10:28:18 |
| Setting*: | Clinic | | |
| Staff Member*: | Higby, Jennifer | | |
| Title: | Registered Nurse | | |
| Form Type: | Symptoms Review | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

ROS

**Symptoms Review - Subjective**

**Past/Present Problems:**Do you now, or have you ever had any of the following problems?
- N      ⦿ Y:

**Severe headaches:**Rarely has had migraines
- ⦿ N      Y:

**Dizziness:**
- ⦿ N      Y:

**Fainting or blackouts:**
- ⦿ N      Y:

**Weakness:**
- ⦿ N      Y:

**Numbness:**
- ⦿ N      Y:

**Glaucoma:**
- ⦿ N      Y:

**Thyroid trouble:**
- ⦿ N      Y:

**Pain or presure in chest:**
- ⦿ N      Y:

**Pounding heart:Rheumatic fever or heart murmur:**
- ⦿ N      Y:

**Shortness of breath w/exercise:**
- ⦿ N      Y:

**Shortness of breath at rest:**
- ⦿ N      Y:
- ⦿ N      Y:

**Pneumonia:Blood in stool or black, tarry stool:**
- ⦿ N      Y:
- ⦿ N      Y:

**Vomiting blood:**
- ⦿ N      Y:

**Liver trouble:**
- ⦿ N      Y:

**Gall stones:**
- ⦿ N      Y:

**Ulcers:**
- ⦿ N      Y:

**Hernia:**
- ⦿ N      Y:

**Hemorrhoids:**
- ⦿ N      Y:

**Trouble passing urine:**
- ⦿ N      Y:

**Blood in urine:Warts or rash on penis/vagina:**
- ⦿ N      Y:
- ⦿ N      Y:

**Arthritis:**
- ⦿ N      Y:

**Pain or swelling in joints:**
- ⦿ N      Y:

**Joint replacement:**
- N      ⦿ Y:

**Broken bone:**fx R knee 2011
- ⦿ N      Y:

**Back pain:**
- ⦿ N      Y:

**Anemia:**
- ⦿ N      Y:

**Weight gain/loss:**
- N      ⦿ Y:

**Night sweats:**from time to time. during stressful periods

Rev #: 591

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|-----|----------|
| 09:22 | 97.6 | 69 | 16 | 6  2 | 163 | 128 | 79 | NA | 20.93 | | IM denies asthma, DM, HTN, and SZ. ... |

**Objective Notes**

None

## Assessment

**Active Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | | No Rows Found | | | |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | | No Rows Found | | | |

**Assessment Notes**

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

| | | | | | | | View MAR Summary |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 12/31/2017 | Placed |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

None

## Patient Education

### Patient Education Notes

Educated IM on intake process; he stated understanding.

## Health Classification

Medical:   Unknown

Mental:   U-Unknown                                   Prognosis:

SMI:

Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  No Review Required          Review Staff:  Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 05/22/2017          Time: 09:37:25          User: Jennifer Higby (HIGJE01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |

Show Add History

# Health Services Encounter

CHSS027C

Wednesday April 22, 2020 15:28:58

## Encounter Header

| | |
| --- | --- |
| Date*: 05/22/2017 | Start Time*: 09:37:28 |
| End Date*: 05/22/2017 | End Time*: 09:51:41 |
| Category: Nursing | |
| Type*: Nurse - Intake - Screening | Encounter Close Date: 01/25/2019 |
| Location*: ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: 10:28:36 |
| Setting*: Clinic | |
| Staff Member*: Higby, Jennifer | |
| Title: Registered Nurse | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
| --- | --- | --- | --- |
| No Rows Found | | | |

### Subjective Notes

None

## Incidental Information

### Incidental Comments

Deaf since birth. Cochlear implants in 1998; no longer used.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 09:22 | 97.6 | 69 | 16 | 6  2 | 163 | 128 | 79 | NA | 20.93 | | IM denies asthma, DM, HTN, and SZ.<br>... |

### Objective Notes

None

## Assessment

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Related Allergies/Health Problems/Conditions (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |

### Assessment Notes

| None |
|------|

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 12/31/2017 | Placed |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

| None |
|---|

---

### Patient Education

#### Patient Education Notes

| None |
|---|

---

### Health Classification

Medical:   Unknown

Mental:   U-Unknown                Prognosis:

SMI:

Dental:   U-Unknown (Conversion)

#### Classification and Security Notes

| None |
|---|

---

### Encounter Orders Review

Review Type*:   No Review Required          Review Staff:   Unknown

#### Review Notes

| None |
|---|

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms (1 - 1 of 1)

| Type | Staff |
|---|---|
| Intake and Receiving Screening | Higby, Jennifer |

### Last Updated Information:

Date: 05/22/2017          Time: 09:51:41          User: Jennifer Higby (HIGJE01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |

Show Add History

| Last Name: ▮ | First: ▮ | MI: A | ADC: ▮ |
|---|---|---|---|

| Date: 05/22/2017 | Time: 09:37:28 | Sex: Male | DOB: ▮ | Alias: |
|---|---|---|---|---|

Most Recent Incarceration: ☑ None  When:  Where:

| Have you ever been incarcerated here: ◉ No ○ Yes  When: | Interpreter Used: ◉ No ○ Yes |
|---|---|
| Inmate Transfer: ◉ No ○ Yes  Records Received: ◉ No ○ Yes | Name: |
| Private Insurance: ◉ No ○ Yes  Name: | Service: |

## CRITICAL OBSERVATION

**Urgent/Emergent Medical Referral**
◉ No ○ Yes (check all that apply)
☐ Severe Injury     ☐ Uncontrolled Bleeding
☐ Life threatening illness   ☐ Severe pain
☐ Head trauma with mental status changes
☐ Other:

**Urgent/Emergent Mental Health Referral**
◉ No ○ Yes (check all that apply)
☐ Active Hallucinations   ☐ Active Delusions
☐ Actively Suicidal
☐ Other:

**Communicable Diseases Suspected**
MRSA ◉ No ○ Yes
Varicella (Chicken Pox) ◉ No ○ Yes
Herpes Zoster (shingles) ◉ No ○ Yes
Lice/Pediculosis ◉ No ○ Yes
Jaundice ◉ No ○ Yes
Needle Marks ◉ No ○ Yes
☐ Other:

**Responsiveness**
◉ Alert ○ Verbal Stimulus
○ Painful ○ Unresponsive (Call 911)
Describe Unresponsiveness:

Oriented to Person & Place: ◉ Yes ○ No
Describe:

**Mobility Restrictions/Impairments** ◉ No ○ Yes (check all that apply)
☐ Deformity     ☐ Cast     ☐ Paraplegic     ☐ Wheelchair     ○ CPAP     ☐ Brace
☐ Blind     ☐ Deaf     ☐ Amputation     ☐ Splint     ○ Quadriplegic     ☐ Crutches/Cane
☐ Other:                                    Comments:

## HISTORY

**Major surgery or medical hospitalization within past year** ◉ No ○ Yes (check all that apply and include date)
☐ Brain Surgery     ☐ Heart Surgery     ☐ Abdominal Surgery
☐ MI     ☐ Stroke     ☐ Transplant
☐ Due to traumatic injury     ☐ Other:

## MEDICATION REPORTED ◉ None ○ Unknown ○ See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| | Freq:<br>Last: | | ○ Clinic ○ Medication Container<br>○ VA ○ Physician/Psychiatrist<br>○ Pharmacy ○ Unable to Verify |

**ALLERGIES:Do you have any allergies (food, medication, environmental)?** ◉ No ○ Yes

## SUBSTANCE ABUSE

**Alcohol Use** Do you drink alcohol: ○ No ◉ Yes
Type: liquor
Last Use: 09/22/2015
How Much: not much
How Often: rarely
Excessive Drinker: ◉ No ○ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with
stopping alcohol: ◉ No ○ Yes (CIWA)
If yes, when:

**Substance/Drug Use/Rx** Do you use drugs: ○ No ◉ Yes
Do you use injectable drugs: ◉ No ○ Yes Last injectable use:

| | How<br>Often? | How<br>Much? | Last<br>Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |

☑ Methamphetamines ☑ Cocaine ☑ Other: weed

## COMMUNICABLE DISEASES

**HIV/AIDS**
Do you have HIV infection or AIDS: ◉ No ○ Yes
Are you currently taking medications: ○ No ○ Yes

**TB Skin Test** ○ None ○ Patient Reported
Confirmed
Prior + PPD: ◉ No ○ Yes
Last PPD: 12/07/2016  Measurement: 0  mm

**TB Symptoms** Do you have any of the following:
Weight loss: ◉ No ○ Yes      Night sweats: ◉ No ○ Yes
Fever: ◉ No ○ Yes            Appetite loss: ◉ No ○ Yes
Coughing blood: ◉ No ○ Yes   Persistent cough 2+ weeks: ◉ No ○ Yes
Weak/tired: ◉ No ○ Yes        ☑ None

## MEDICAL PROBLEMS

**Do you have any ongoing medical problems we should know about?** ◉ No, proceed to Behavioral Health Section ○ Yes, complete applicable sections

☐ **Asthma**
How Long:
Last Asthma Attack:
ER visit in last 90 days: ○ No ○ Yes
If yes, when:
Hospitalization in last year: ○ No ○ Yes
If yes, when:
Have you ever had a tube put down your
throat so that a machine breathes for you:
○ No ○ Yes, when:
Currently on steroids: ○ No ○ Yes
Peak Flow: ○ No ○ Yes
Reason not taken:

☐ **Cardiovascular- Ask each question**

| Angina: | ○ No ○ Yes | Atrial fibrillation: | ○ No ○ Yes |
|---|---|---|---|
| Stents: | ○ No ○ Yes | Bypass surgery: | ○ No ○ Yes |
| Heart attack: | ○ No ○ Yes | Internal defibrillation: | ○ No ○ Yes |
| Pacemaker: | ○ No ○ Yes | Endocarditis: | ○ No ○ Yes |
| CHF: | ○ No ○ Yes | Blood clot in lungs or legs: | ○ No ○ Yes |

Are you taking Warfarin, Coumadin, or Jantoven: ○ No ○ Yes
Date of onset: Last Episode:

**Comments**

☐ **Cerebrovascular Disease**     ☐ **Diabetes**

Last CVA:
Last TIA:

**Comments**

How Long: Finger Stick: ☑ Not done Reason: _Finger Stick reading not found._
Are you currently taking medication(s): ○ No ○ Yes
Are you currently taking insulin: ○ No ○ Yes
When was last hospitalization:

If Finger Stick > 300, ask the following:
Nausea: ○ No ○ Yes
Vomiting: ○ No ○ Yes
Excessive thirst: ○ No ○ Yes
Urine Ketones:
☐ Not done Reason:

☐ **Hypertension**
How Long:
Are you currently taking medication(s): ○ No ○ Yes
Three or more anti-hypertensives: ○ No ○ Yes

☐ **Epilepsy/Seizure**
Last Seizure:
More than one seizure a month: ○ No ○ Yes
Two or more anticonvulsants: ○ No ○ Yes

☐ **Gastrointestinal**
Have you ever vomited blood:
○ No ○ Yes    Frequency:    Last:    Comments:

Ever had dark, black stools from bleeding:
○ No ○ Yes    Frequency:    Last:    Comments:

**Comments**

☐ **Cancer**
Do you currently have cancer: ○ No ○ Yes
Are you currently being treated for cancer: ○ No ○ Yes
Type:

☐ **Dialysis**
Type: ○ Hemodialysis ○ Peritoneal
Number of times per week:
Last dialyzed:

☐ **COPD / Emphysema**
O₂ dependent: ○ No ○ Yes
Peak Flow:
☐ Not taken

☐ **HCV** ○ No ○ Yes | ☐ **Other:**

### BEHAVIORAL HEALTH
**Do you have any current mental health complaints?** ◉ No ○ Yes
**Do you have a history of a mental health problem?** ◉ No - Proceed to Section 2 ○ Yes - Complete Section 1

**Section 1**
Have you ever been diagnosed with a mental illness: ○ No ○ Yes, check which illness:
☐ Schizophrenia ☐ Major Depression ☐ Bipolar ☐ Other:

History of outpatient therapy: ○ No ○ Yes    Within last year: ○ No ○ Yes
History of psychotropic medication(s): ○ No ○ Yes    History of psych hospitalization: ○ No ○ Yes    Within last year: ○ No ○ Yes
History of hearing things: ○ No ○ Yes    History of seeing things: ○ No ○ Yes

**Section 2**
History of suicide attempt(s): ◉ No ○ Yes Last Attempt: Are you thinking of suicide now: ○ No ○ Yes
Family/friends history of suicide: ○ No ○ Yes Recent significant loss: ◉ No ○ Yes
Do you feel like there is nothing to look forward to (hopeless/helpless): ◉ No ○ Yes Have you ever hurt yourself on purpose: ◉ No ○ Yes
Are you thinking of hurting yourself now: ◉ No ○ Yes Are you thinking of hurting others now: ○ No ○ Yes

**Section 3**
Ever hospitalized for head trauma: ◉ No ○ Yes     History of violent behavior: ◉ No ○ Yes
History of victimization: ◉ No ○ Yes
History of: ☑ Special education placement ☐ Developmental disability ☐ Mental retardation     History of sex offenses: ◉ No ○ Yes

### EXAMINATION
General Appearance: ☑ NAD ☑ Appears hydrated ☐ Other:

**Oral Screening**
☐ Unremarkable
☐ Abscesses
☐ Lesions
☐ Swelling
☐ Thrush

☐ Missing teeth
☑ Cavities
☐ Dentures
☐ Dentures/Partials
☐ Other:

**Skin (visible)**
☑ Unremarkable
☐ Open
☐ Sores
☐ Tattoos

☑ Surgical scars
☐ Rash
☐ Tracks
☐ Other:

☐ Jaundice
☐ Pallor
☐ Lacerations

**Describe**

R temple cochlear implant 1998

**Describe**

### DISPOSITION

**Placement**
☑ GP
☐ Infirmary
☐ Suicide Watch

☐ Isolation reason:
☐ Observation
☐ Other:

**Referral**
☑ H&P    ◉ Routine ☐
    Expedited
☐ Nursing Sick Call ○ Routine ☐
    Expedited
☐ Practitioner Sick ○ Routine ☐
Call     Expedited

☐ Behavioral Health ○ Routine ☐
    Expedited
☐ Chronic Care ○ Routine ☐
Clinic     Expedited
☐ Dental referral ○ Routine ☐
    Expedited

**Describe**

**DISPOSITION**

Notification: ☐ Immediate supervisor ☐ Practitioner On Call ☐ ER for transport

Consent for treatment signed: ◉ Yes ○ No Reason:

Access to care reviewed: ◉ Yes ○ No Reason:

Grievance process explained: ◉ Yes ○ No Reason:

Implement (check all that apply): ☐ CIWA-Ar ☐ COWS ☐ BWS-C

**RECOMMENDED APPOINTMENT SUMMARY**

Consults:
Routine mental health referral generated because the patient indicated the following during intake:
Patient has indicated a history of special education placement.

Appointments:
Routine mental health referral generated because the patient indicated the following during intake:
Intake Form- History of special education placement.

**ADDITIONAL COMMENTS**

**My information is correct and I accept the provision of medical, dental and mental health care.**

**Intake:** ◉ Complete ○ Refused

| | | J. Higby HIGJE01 | |
|---|---|---|---|
| | 05/22/2017 | | 05/22/2017 |
| Patient Signature | | Interviewer's Signature | |

# Exhibit 65

# (Redacted)

| Last Name: ▓▓ | First: ▓▓ | | MI: A | ADC: ▓▓ | |
|---|---|---|---|---|---|

Date: 05/22/2017   Time: 10:30:45   Sex: Male _Male   DOB: ▓▓   Alias:

Intake Form Reviewed: ◉ Yes ○ No If no, reason:   Interpreter Used: ◉ No ○

Is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening:
◉ No ○ Yes:

Yes
Name:
Service:

## HISTORY

**Major Surgical History (within past year)** ◉ No ○ Yes (check all that apply and include date)

- ☐ Due to traumatic injury
- ☐ Heart Surgery
- ☐ Other:
- ☐ Brain Surgery
- ☐ Abdominal Surgery

**Medical Hospitalizations (within past year)**
◉ No ○ Yes:

**Ever had transplant surgery** ◉ No
○ Yes
☐ Kidney ☐ Other:

**Past Significant Surgery** ◉ No ○ Yes:

## MEDICATION REPORTED ◉ None ○ Unknown ○ See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| | Freq:<br>Last: | | ○ Clinic ○ Medication Container<br>○ VA ○ Physician/Psychiatrist<br>○ Pharmacy ○ Unable to Verify |

## ALLERGIES: Do you have any allergies (food, medication, enviromental)? ◉ No ○ Yes

## TOBACCO USE

Do you smoke: ○ Current ○ Former ◉
Never   Amount: packs/day   How Long:

## ALCOHOL USE

Do you drink alcohol: ◉ No ○ Yes
Type:
Last Use:
How Much:
How Often:
Prior treatment program: ○ No ○ Yes
Excessive Drinker: ○ No ○ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with stopping alcohol: ○ No ○ Yes (CIWA)
If yes, when:

## SUBSTANCE/DRUG USE

Substance/Drug Use/Rx  Do you use drugs: ○ No ◉ Yes
Do you use injectable drugs: ◉ No ○ Yes  Last Injectible Use:

| | How Often? | How Much? | Last Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |

☐ Methamphetamines ☐ Cocaine ☑ Other: weed
Prior treatment program: ○ No ○ Yes

## COMMUNICABLE DISEASES

**Hepatitis**
Have you ever had hepatitis: ○ No ○ Yes
Hep B:   ○ No ○ Yes
Hep C:   ○ No ○ Yes
Other:

**STD's**
Have you ever had an STD: ◉ No ○ Yes ☐ Treated
Syphilis:   ○ No ○ Yes ☐ Treated
Gonorrhea:  ○ No ○ Yes ☐ Treated
Chlamydia:  ○ No ○ Yes ☐ Treated
Herpes:     ○ No ○ Yes ☐ Treated
Other:      ☐ Treated

Do you currently have symptoms?
◉ No ○ Yes
Describe:
Would you like to be tested for syphilis?
○ Declined ◉ Yes

**HIV/AIDS**
Do you have HIV infection or AIDS:
◉ No ○ Yes
Are you currently taking medications:
○ No ○ Yes
When Diagnosed:

**Viral Load**
◉ No ○
Yes
Viral Load #:
When:
☐ Unknown

**T-Cell (CD4)**
◉ No ○ Yes
Count:
When:
☐ Unknown

**History of opportunistic infections?**
☑ None ○ Thrush ☐ PCP ☐ Toxo
☐ Zoster ☐ Cryptococcal Meningitis
Have you been treated? No Yes
Are you currently receiving OI Meds? No
Yes

**TB Symptoms**

Weight loss:   ◉ No ○ Yes
Night sweats:  ◉ No ○ Yes
Fever:         ◉ No ○ Yes
Appetite loss: ◉ No ○ Yes

**TB**
Have you ever had a skin test for TB: ◉ No ○ Yes ○ Don't Know
Prior + PPD: ○ No ○ Yes ○ Don't Know ○ Pending
Date of last PPD:
Have you ever been treated for LTBI: ◉ No ○ Yes

Have you ever had active TB: ◉ No ○ Yes
Where diagnosed:
Date of Diagnosis: ☐ Treated
Duration of treatment:

Coughing blood: ⦿ No ◯ Yes

Persistent cough 2+ weeks: ⦿ No ◯ Yes

Weak/tired: ⦿ No ◯ Yes

☑ None

Duration of treatment:

Chest x-ray taken in the past year:
⦿ No ◯ Yes
Result: ◯ Normal ◯ Abnormal
◯ Pending ◯ Don't Know

## CHRONIC ILLNESSES

**Asthma**
Do you have asthma: ⦿ No ◯ Yes
How Long:
Last Episode:
Last ER Date:
Last hospitalization:
Have you ever had a tube put down your throat so that a machine breathes for you:
◯ No ◯ Yes, when:
Currently on steroids: ◯ No ◯ Yes
Peak Flow: ◯ No ◯ Yes
Reason not taken:

**Cardiovascular Disease (ask each question)**
Have you ever had any of the following problems with your heart:

Angina: ⦿ No ◯ Yes

Stents: ⦿ No ◯ Yes

Heart attack: ⦿ No ◯ Yes

CHF: ⦿ No ◯ Yes

Atrial fibrillation: ⦿ No ◯ Yes

Endocarditis: ⦿ No ◯ Yes

Blood clot in lungs or legs: ⦿ No ◯ Yes

Date of onset:

Internal defibrillator: ◯ No ◯ Yes  Date:
Pacemaker: ◯ No ◯ Yes  Date:
Bypass surgery: ◯ No ◯ Yes  Date:
Heart valve replacement: ◯ No ◯ Yes  Date:
Are you taking Warfarin, Coumadin, or Jantoven: ⦿ No ◯ Yes

**Cerebrovascular Disease**
Have you ever had:
CVA(Stroke): ⦿ No ◯ Yes
Last CVA:
TIA (Mini-Stroke): ⦿ No ◯ Yes
Last TIA:
**Comments**

**Diabetes**
Have you ever had diabetes or a problem with high blood sugar? ⦿ No ◯ Yes
How Long:
Have you been getting your fingersticks? ◯ No ◯ Yes
Result:
Are you currently taking medication(s): ◯ No ◯ Yes
Are you currently taking insulin: ◯ No ◯ Yes
Ever been hospitalized for diabetes: ◯ No ◯ Yes

**Hypertension**
Have you ever had high blood pressure or hypertension: ⦿ No ◯ Yes
How Long:
Are you currently taking medication(s): ◯ No ◯ Yes
Three or more anti-hypertensives: ◯ No ◯ Yes

**Epilepsy/Seizure**
Have you ever had a seizure or convulsion: ⦿ No ◯ Yes
Frequency greater than once a month: ◯ No ◯ Yes
Two or more anticonvulsants: ◯ No ◯ Yes
Are you taking medication for seizure: ◯ No ◯ Yes
Last Seizure:
**Comments**

**Gastrointestinal**  Have you ever been treated for problems with stomach or bowels: ⦿ No ◯ Yes
Have you ever vomited blood:
◯ No ◯ Yes        Frequency:        Last:        Comments:

Ever had dark, black stools from bleeding:
◯ No ◯ Yes        Frequency:        Last:        Comments:
Have you ever been told you have cirrhosis: ◯ No ◯ Yes
**Comments**

**COPD/Emphysema**  Do you have COPD or emphysema: ⦿ No ◯ Yes
O₂ dependent: ◯ No ◯ Yes        Hospitalization: ◯ No ◯ Yes        Hospitalization Date:
Ever been on a respirator: ◯ No ◯ Yes        CPAP: ◯ No ◯ Yes

**Cancer**
Have you ever had cancer: ⦿ No ◯ Yes
Do you currently have cancer: ◯ No ◯ Yes
What type of cancer:
Are you currently being treated for cancer: ◯ No ◯ Yes
When diagnosed:
Treatment: ☐ None ☐ Chemo ☐ Radiation ☐ Surgery ☐ Other:

**Dialysis**
Are you currently on dialysis: ⦿ No ◯ Yes
Are you currently getting your dialysis treatments: ◯ No ◯ Yes
Type: ◯ Hemodialysis ◯ Peritoneal
Number of times per week:
Last dialyzed:

☑ **Other Current Significant Medical Conditions**
Referral Needed: ◯ No ◯ Yes

## BEHAVIORAL HEALTH

## BEHAVIORAL HEALTH

| | |
|---|---|
| Do you have any current mental health complaints? ⦿ No ○ Yes   Describe: | |

| | |
|---|---|
| Do you have a history of a mental health problem? ⦿ No ○ Yes | Family history of mental illness: ⦿ No ○ Yes |

Have you ever been diagnosed with a mental illness: ⦿ No ○ Yes, check which illness:
☐ Schizophrenia  ☐ Major Depression  ☐ Bipolar  ☐ Other:

| | |
|---|---|
| Do you feel like there is nothing to look forward to (hopeless/helpless):<br>⦿ No ○ Yes | Are you thinking of hurting yourself now: ⦿ No<br>○ Yes |
| Family/friends history of suicide: ⦿ No ○ Yes | Recent significant loss: ⦿ No ○ Yes |
| History of suicide attempt(s): ⦿ No ○ Yes Last Attempt: | Are you thinking of suicide now: ⦿ No ○ Yes |

| | |
|---|---|
| History of psych hospitalization: ⦿ No ○ Yes    Within last year: ○ No ○ Yes | |
| History of psychotherapy / group therapy: ⦿ No ○ Yes    Within last year: ○ No ○ Yes | |
| History of psychotropic medication(s): ⦿ No ○ Yes | |

| | | |
|---|---|---|
| History of hearing things: ⦿ No ○ Yes | History of seeing things: ⦿ No ○ Yes | Are you thinking of hurting others now: ⦿ No ○ Yes |
| History of violent behavior: ⦿ No ○ Yes | History of victimization: ⦿ No ○ Yes | History of sex offenses: ⦿ No ○ Yes |
| Neurological deficit: ⦿ No ○ Yes | | |

## ADDITIONAL COMMENTS

**Health History:** ⦿ Completed ○ Refused

| |
|---|
| J. Dennery DENJU01 |

05/22/2017

Interviewer's Signature

| Last Name: ▓▓▓ | First: ▓▓▓ | MI: A | ADC: ▓▓▓ | |
|---|---|---|---|---|
| Date: 05/22/2017 | Time: 10:30:45 | Sex: Male  Male | DOB: ▓▓▓ | Alias: |

# PHYSICAL

## GENERAL OBSERVATION

General Appearance:

Acute Distress: ● No ○ Yes     Dehydrated: ● No ○ Yes     Additional Observation: ○ No ○ Yes

Describe:     Describe:     Describe:

If this is an intake physical, I have reviewed the nurse Intake and Receiving Screening form containing the patient's history: ● Y ○ N

If this is an intake physical, is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening?

| **Mobility Restrictions** ● No ○ Yes | **Physical Aids** ○ No ○ Yes | **Hearing Disability** ○ No ○ Yes |
|---|---|---|
| ☐ Deformity   ☐ Amputation | ☐ Wheelchair   ☐ Crutches/Canes | Deaf: ○ Right ○ Left ○ Both ● Neither |
| ☐ Cast   ☐ Splint | ☐ Brace   ☐ CPAP | Hearing Impaired: ○ Right ○ Left ○ Both ● Neither |
| ☐ Paraplegic   ☐ Quadriplegic | ☐ Other: | Hearing Aid ● No ○ Yes |
| ☐ Other: | | |

**Visual Impairment** ● No ○ Yes

Blind: ○ Right ○ Left ○ Both ● Neither     Wears Corrective Lenses: ○ No ○ Yes     Wears Contact

Lenses: ● No ○ Yes

☐ Other:

## MENTAL HEALTH / RESPONSE TO INCARCERATION

| Oriented to: | Psychomotor | Speech | Mood | Affect | Thought Process |
|---|---|---|---|---|---|
| Person: ☐ No ● Yes | ☑ Unremarkable | ☑ Unremarkable | ☑ Unremarkable | ☑ Appropriate to affect | ☑ Logical |
| Place: ☐ No ● Yes | ☐ Agitation | ☐ Incoherent | ☐ Irritable/Angry | ☐ Inappropriate to affect | ☐ Illogical |
| Time: ☐ No ● Yes | | ☐ Slurred | ☐ Anxious | | ☐ Relevant |
| If no, describe: | | ☐ Mute | ☐ Depressed | ☐ Labile | ☐ Irrelevant |
| | | | ☐ Embarrassed/Humiliated | ☐ Flat | |

## EXAMINATION

**Visual Acuity (Snellen)**     Completed: ○ No ● Yes

Without Correction: R: 20/20 L: 20/20 Both: 20/20

With Correction: R: na L: na Both: na

**Oral Cavity**     ☐ Unremarkable

☐ Lesions     Describe:

☐ Dry Membranes     Describe:

☐ Pharyngitis     Describe:

☐ Thrush     Describe:

☐ Tonsilitis     Describe:

☐ Abscess     Describe:

☐ Dentures/Partials     Describe:

☑ Other: caries     Describe: throughout

**Neck**     ☑ Unremarkable

☐ Appears Asymmetrical     Describe:

☐ Obvious Masses     Describe:

☐ Other:

Describe:

**Breasts**     ☑ N/A

**Abdomen**     ☑ Unremarkable/Soft

☐ Tender     Describe:

☐ Liver possible enlarged     Describe:

☐ Other:

Describe:

**Skin**     ☑ Unremarkable

☐ Rash     Describe:

☐ Skin Abscess     Describe:

☐ Tracks     Describe:

**Head / Eye**     ☑ Unremarkable

☐ Pupils equal and reactive     Describe:

☐ Contusions     Describe:

☐ Pale Conjuctiva     Describe:

☐ Lacerations     Describe:

☐ Sclera Icteric     Describe:

**Hearing**     ☑ Appears Adequate

☐ Hearing Diminshed     Describe:

☐ Other:     Describe:

**Chest**     ☐ Lungs Clear

Major surgical scar: ○ No ○ Yes     Describe:

☐ Wheezes   ☐ Rhales   ☐ Rhonchi     Describe:

**Heart**

Rate: ● Normal ○ Brady ○ Tachy

Describe:

Rhythm: ● Regular ○ Irregular

Describe:

Possible Murmur: ● No ○ Yes:

**Extremities**     ☑ Unremarkable

☐ Grip strength equal     Describe:

☐ Edema     Describe:

☐ Cyanosis     Describe:

☐ Other:

Describe:

☐ Soft tissue infection     Describe:

☐ Surgical Scars     Describe:

☐ Tattoos     Describe:

**EXAMINATION**

☐ Other:  Describe:

**Does patient's age, sexual history, medical history past or present indicate the need for a pelvic, rectal, genitalia or prostate exam:** ⦿ No ◯ Yes

**HEALTH EDUCATION**

| ☑ Oral Hygeine | ☑ Nutrition | ☐ Sexually Transmitted Diseases | ☐ Substance Abuse |
| ☑ Exercise | ☐ Tobacco Cessation | ☐ HIV Testing | ☐ Other: |

**ADDITIONAL COMMENTS**

**Referral**

| ☐ Nursing Sick Call | ◯ Routine ◯ Expedited | ☐ Chronic Care Clinic | ◯ Routine ◯ Expedited |
| ☐ MD/NP/PA Sick Call | ◯ Routine ◯ Expedited | ☐ Dental referral | ◯ Routine ◯ Expedited |
| ☐ Mental Health | ◯ Routine ◯ Expedited | | |

**My information is correct, the grievance process has been explained and I have the opprotunity to ask questions:** ⦿ Yes ◯ No, Explain:

**Physical Exam:** ⦿ Completed ◯ Refused

Patient's Signature

J. Dennery DENJU01

Interviewer's Name (printed)

Interviewer's Signature

J. Dennery DENJU01

Practitioner's Name (printed)

Practitioner's Signature

CHSS041B

# Health Problem/Condition

Wednesday April 22, 2020 15:35:21

|  |  |  |  |
|---|---|---|---|
| Category*: | Other Diagnosis | ID Number: | 002 |
| Type*: | Other Diagnosis | | |
| Diagnosis Code: | Transient ischemic deafness, bilateral [H93.013] | | |

### National HIE Code(s) (for Health Problem)

> SNOMED: 95828007 - Congenital deafness (disorder)

|  |  |  |  |
|---|---|---|---|
| Type Other Description: | | Severity*: | |
| Reaction/Intolerance*: | | | |
| Onset Date*: | 05/22/2017 | Reported by Staff*: | Dennery, Justin, NP |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | | |
| Staff Resolving Problem: | | Chronic Condition: | No |
| Status*: | Assessed | As of Date*: | 05/22/2017 |
| | | | Status History |

## Comments

> None

## Baseline History - Assessment

> None

## Baseline Procedures

> None

## Patient Education

> None

## Findings to be documented per Encounter

> None

Prior Page

Show Last Updated Information

**Last Updated Information:**
Date: 05/22/2017      Time: 10:50:17      User: Justin Dennery (DENJU01)

**Office/Facility of User on that date**      **Work Assignment**
ASPC-PHX ALHAMBRA      Nurse Practitioner

| | |
|---|---|
| ASPC-PHX FLAMENCO M.HLTH MALE | Nurse Practitioner |
| ASPC-PHX INMATE WRKR | Nurse Practitioner |
| ASPC-PHX BAKER WARD | Nurse Practitioner |
| ASPC-PHX FLAMENCO M. HLTH FEM | Nurse Practitioner |
| ASPC-PHX ASPEN/SPU | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H P/S | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H MAX LVL | Nurse Practitioner |
| ASPC-PHX FLAMENCO IDA WATCH | Nurse Practitioner |
| ASPC-PHX COMPLEX PHOENIX | Nurse Practitioner |

Show Add History

# Health Problems/Conditions

CHSS041A

Wednesday April 22, 2020 15:34:55

Show Active Problems/Conditions Only: ☐

**Health Problems/Conditions** (1 - 12 of 12)

| ID Number | Category | Type | Diagnosis Code | National HIE Code(s) | Status | Status Date |
|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 |
| 002 | Other Diagnosis | Other Diagnosis | Transient ischemic deafness, bilateral [H93.013] | SNOMED: 95828007 - Congenital deafness (disorder) | Assessed | 05/22/2017 |
| 003 | Mental Health | Mental Health | Anxiety disorder, unspecified [F41.9] | SNOMED: 197480006 - Anxiety disorder (disorder) | Assessed | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Assessed | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | SNOMED: 413467001 - Aftercare (regime/therapy) | Assessed | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | Acute pain due to trauma [G89.11] | SNOMED: 431521000 - 431521000 | Assessed | 09/21/2017 |
| 007 | Mental Health | Mental Health | Disruptive mood dysregulation disorder [F34.8] | SNOMED: 46206005 - Mood disorder (disorder) | Assessed | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | Jaw pain [R68.84] | SNOMED: 274667000 - Jaw pain (finding) | Assessed | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | Person consulting for explanation of examination or test findings [Z71.2] | SNOMED: 165358000 - Test result to patient personally (situation) | Assessed | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | Encounter for immunization [Z23] | SNOMED: 170536002 - Vaccination required (finding) | Assessed | 03/09/2018 |
| 011 | Other Diagnosis | Other Diagnosis | Acute actinic otitis externa, right ear [H60.511] | SNOMED: 300197009 - Ear problem (finding) | Assessed | 06/19/2018 |
| 012 | Other Diagnosis | Other Diagnosis | Dermatitis, unspecified [L30.9] | SNOMED: 182782007 - Dermatitis (disorder) | Assessed | 12/20/2018 |

Print this Screen

# Exhibit 66

# Health Services Encounter

CHSS027C                               Wednesday April 22, 2020 15:26:44

## Encounter Header

| | |
|---|---|
| Date*: 05/22/2017 | Start Time*: 09:21:04 |
| End Date*: 05/22/2017 | End Time*: 09:21:45 |
| Category: Dental | |
| Type*: Dental - Intake | Encounter Close Date: 01/25/2019 |
| Location*: ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: 10:27:45 |
| Setting*: Clinic | |
| Staff Member*: Ortega, Martha P | |
| Title: Dental Assistant | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

intake

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

None

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 2 of 2)

| Type | Expiration Date | Status |
|---|---|---|
| Dental Hold | 09/17/2017 | Placed |
| Dental Hold | 09/17/2017 | Removed |

### Other Actions/Procedures (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Dental X-Rays | Panoramic | | | Took panoramic x-ray today. |

### Plan Notes

None

## Patient Education

### Patient Education Notes

TimeStamp: 22 May 2017 09:23:20 --- User: Martha Ortega (OMP4)

### Health Classification

|  |  |
|---|---|
| Medical: | Unknown |
| Mental: | U-Unknown |
| SMI: | |
| Dental: | U-Unknown (Conversion) |

Prognosis:

#### Classification and Security Notes

None

### Dental Intake Review

Review Type*:  No Review Required       Review Staff:  Unknown

#### Review Notes

None

### Dental Chart

| |
|---|
| No Rows Found |

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 05/22/2017       Time: 09:21:45       User: Martha Ortega (OMP4)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-PHX ALHAMBRA | Dental Assistant |
| ASPC-PHX FLAMENCO M.HLTH MALE | Dental Assistant |
| ASPC-PHX INMATE WRKR | Dental Assistant |
| ASPC-PHX BAKER WARD | Dental Assistant |
| ASPC-PHX FLAMENCO M. HLTH FEM | Dental Assistant |
| ASPC-PHX ASPEN/SPU | Dental Assistant |
| ASPC-PHX FLAMENCO M/H P/S | Dental Assistant |
| ASPC-PHX FLAMENCO M/H MAX LVL | Dental Assistant |
| ASPC-PHX FLAMENCO IDA WATCH | Dental Assistant |

ASPC-PHX COMPLEX PHOENIX                          Dental Assistant

Show Add History

Exhibit 67

# Health Services Encounter

CHSS027C

Wednesday April 22, 2020 15:31:25

## Encounter Header

|  |  |
|---|---|
| Date*: 05/22/2017 | Start Time*: 10:13:09 |
| End Date*: 05/22/2017 | End Time*: 10:14:16 |
| Category: Dental | |
| Type*: Dental - Intake Exam | Encounter Close Date: 07/20/2017 |
| Location*: ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: 08:21:56 |
| Setting*: Clinic | |
| Staff Member*: Wenaas, Shannon | |
| Title: Dentist | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:   Yes
What type of interpreter services were used for the encounter*:
Healthcare Staff Used for Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

S: Intake Exam. CC: None.

O/A:OCS neg. TMJ WNL. No swelling evident. Caries as charted. Mild BU and inflammation.
Dx:Generalized Gingivitis.

P:RMH (see Scanned Documents). Pano reviewed. Clinical exam completed. BWs will be taken prior
to Routine Tx. Pt informed of findings, tx options and HNR process. Pt understood.

E:OHI given.

NV:Tx per HNR.

TimeStamp: 22 May 2017 10:39:49 --- User: Shannon Wenaas (WENSH01)

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:22 | 97.6 | 69 | 16 | 6 2 | 163 | 128 | 79 | NA | 20.93 | | IM denies asthma, DM, HTN, and SZ. |

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
|      |      |       |      |        |        |        |        |             |     |     | ...      |

### Objective Notes

See above.

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

See above.

Mental Health Score updated from Unknown to Outpatient-Regular MH Contact because of updates made to a health encounter with an encounter begin date of 05/22/2017 and an encounter begin time of 10:08:16 by staff member Ortega, Diane R on 05/22/2017 at 10:18:56

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds** (1 - 2 of 2)

| Type | Expiration Date | Status |
|---|---|---|
| Dental Hold | 09/17/2017 | Placed |
| Dental Hold | 09/17/2017 | Removed |

**Other Actions/Procedures** (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Dental Exam | Intake | | | Intake exam completed today. |

**Plan Notes**

| |
|---|
| See above. |

---

**Patient Education**

**Patient Education Notes**

| |
|---|
| OHI given |

---

**Health Classification**

Medical:   Unknown
Mental:   3B-Outpatient-Regular MH Contact           Prognosis:
SMI:
Dental:   3-Routine Treatment Needed

**Classification and Security Notes**

| |
|---|
| None |

---

**Encounter Orders Review**

Review Type*:   No Review Required        Review Staff:   Unknown

**Review Notes**

| |
|---|
| None |

---

**Dental Chart**

| |
|---|
| |
| Dental Chart Available |

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 05/22/2017          Time: 10:41:00          User: Shannon Wenaas (WENSH01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-PV COMPLEX P-VILLE | Dentist |
| ASPC-PV SAN PEDRO 1 | Dentist |
| ASPC-PV LUMLEY 1 | Dentist |
| ASPC-PV SANTA CRZ I | Dentist |
| ASPC-PV LUMLEY CDU # | Dentist |
| ASPC-PV RECEPTION # | Dentist |
| ASPC-PV SPEC. MANAG# | Dentist |
| ASPC-PV MINORS # | Dentist |
| ASPC-PV COMPLEX MHW | Dentist |
| ASPC-PV SANTA ROSA | Dentist |
| ASPC-PV PIESTEWA | Dentist |
| ASPC-PV SPECIAL NEEDS | Dentist |
| ASPC-PV SAN CARLOS | Dentist |
| ASPC-PV LUMLEY DEATH ROW | Dentist |
| ASPC-PV S. MARIA I | Dentist |
| ASPC-PV WOMENS TRTMT SANTA MARIA | Dentist |
| PV-LUMLEY M/H # | Dentist |
| ASPC-PV LUMLEY SNU | Dentist |
| ASPC-PV LUMLEY MHW | Dentist |

Show Add History

# Exhibit 68

CHSS027C

# Health Services Encounter

Wednesday April 22, 2020 15:30:31

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/22/2017 | Start Time*: | 10:08:16 |
| End Date*: | 05/22/2017 | End Time*: | 10:18:56 |
| Category: | Mental Health | | |
| Type*: | MH - Intake | Encounter Close Date: | 05/26/2017 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 09:35:16 |
| Setting*: | Clinic | | |
| Staff Member*: | Ortega, Diane R | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Initial Mental Health Assessment | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Unknown

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

Seen in confidential setting for intake, no scanned docs entered reviewed, no psych med orders, AIMS, consent signed, no questions

### Initial Mental Health Assessment - Subjective

◉ N      ○ Y

**Has inmate ever been admitted to a psychiatric hospital?When/Who:Why:**
◉ N      ○ Y

**Has inmate ever been treated for Mental Health issues: (exclude drug/alchohol treatment)**
◉ N      ○ Y

**Had MH Counseling:**If yes, when/where:
◉ N

**Taken Psych Meds:**Current meds:**If no current meds, when last took meds:Have you ever experienced any of the following when not on drugs/alcohol?**
◉ N      ○ Y

Auditory and/or visual hallucinations (hear voices, see things others don't):If yes, describe:
◉ N      ○ Y

Perceptions of thought insertion, TV talk to you, broadcasting, mind control:If yes, describe:
○ N      ◉ Y

Abnormal paranoia (beliefs people want to poison you, government plots, etc.)If yes, describe:some due to hearing loss
◉ N      ○ Y

**Any serious episodes of depression (post-partum, hopeless, helpless, vegetative signs):**If yes, when was last episode?**Episodes of Mania:**(Do you ever experience times when you have so much energy that it causes
◉ N      ○ Y

serious problems in your life?Last episode:How long did it last?Behaviors:
◉ N      ○ Y

**Sexual Abuse:**When started:When ended:
◉ N      ○ Y

**Physical Abuse:**When started:When ended:
◉ N      ○ Y

**Have you ever tried to commit suicide:**If yes, how many times:When:How:
○ N      ◉ Y

**Has anyone in your immediate family tried to commit suicide or completed suicide:**When/who:grandpaWhy:depressionHow:shot himself in head, i found him
◉ N      ○ Y

**Serious head injury/Loss of Consciousness:**When:Cause:**Alcohol and Other Drug history:PrescriptionAlcoholMarijuanaMethDrug AbuseOther1st Use:Last Use:Frequency:**
○ N      ○ Y

**Highest grade you completed in school:**12**GED:**
○ N      ◉ Y

**Ever in Special Education:**
◉ N      ○ Y

**Have you ever been charged and/or convicted of a sex offense:**
◉ N      ○ Y

**History of violent or aggressive behavior:**If yes, describe:
◉ N      ○ Y

**Are you suicidal right now:**If yes, what is method/plan:

Rev #: 373

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| 09:22 | 97.6 | 69 | 16 | 6 2 | 163 | 128 | 79 | NA | 20.93 | | IM denies asthma, DM, HTN, and SZ. ... |

### Objective Notes

below

### Initial Mental Health Assessment - Objective

**Observation:** ☑ Appropriate ☐ Inappropriate ☐ Tearful **Affect (Observed):** ☐ Restricted ☐ Flat ☐ Labile ☑ Euthymic ☐ Depressed ☐ Anxious **Mood (Pt. Report):** ☐ Agitated ☐ Elevated ☐ Labile ☑ Unremarkable ☐ Disheveled ☐ Odd **Appearance:** ☑ Good ☐ Fair ☐ Poor **Hygiene:** ☑ Alert ☐ Confused ☐ Hyper vigilant ☐ Somnolent/Drowsy **Alertness:** ☑ Cooperative ☐ Limited ☐ Uncooperative **Interaction:** ☐ Distracted ☐ Guarded ☐ WNL ☐ Logical **Coherent** ☐ Illogical ☐ Slurred **Speech:** ☐ Rapid ☐ Disjointed ☐ Incoherent ☐ Slowed **Comment:**

Patient is deaf. Patient reports anxiety due to deafness. Mental health needs to watch him as he is new to prison and at a disadvantage due to hearing loss. Patient also reports his grandfather committed suicide and he found him.

Rev #: 373

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|----------------|----------------------|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

no signs of dts/dto observed.

## Plan

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

MH1, no reported or documented hx of MH services. see objective section notes.

**Initial Mental Health Assessment - Plan**

**Disposition:** ☑ No emergent Mental Health needs. Inmate informed of how to access Mental Health services (HNR). ☐ Inmate referred to Psychiatry. Internal referral completed on: ☐ Inmate identified as in need of Mental Health watch:

Rev #: 373

## Patient Education

**Patient Education Notes**

HNR process

## Health Classification

Medical: Unknown
Mental: 3B-Outpatient-Regular MH Contact                                        Prognosis:
SMI:
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*: No Review Required                    Review Staff: Unknown

**Review Notes**

None

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**
Date: 05/22/2017                Time: 10:18:56                User: Diane Ortega (ODR5)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-PHX ALHAMBRA | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M.HLTH MALE | Psych Associate Licensed |
| ASPC-PHX INMATE WRKR | Psych Associate Licensed |
| ASPC-PHX BAKER WARD | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M. HLTH FEM | Psych Associate Licensed |
| ASPC-PHX ASPEN/SPU | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M/H P/S | Psych Associate Licensed |

| | |
|---|---|
| ASPC-PHX FLAMENCO M/H MAX LVL | Psych Associate Licensed |
| ASPC-PHX FLAMENCO IDA WATCH | Psych Associate Licensed |
| ASPC-PHX COMPLEX PHOENIX | Psych Associate Licensed |

Show Add History

Exhibit 69

(Redacted)

CHSS027C        # Health Services Encounter       Wednesday April 22, 2020 15:39:16

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/26/2017 | Start Time*: | 09:43:43 |
| End Date*: | 05/26/2017 | End Time*: | 09:53:24 |
| Category: | Mental Health | | |
| Type*: | MH - Treatment Plan | Encounter Close Date: | 05/26/2017 |
| Location*: | ASPC-T WINCHESTER GP  [C41] | Encounter Close Time: | 09:53:24 |
| Setting*: | Clinic | | |
| Staff Member*: | Lichtman, Helene | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | MH Treatment Plan - Outpatient | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

See individual counseling note, this date.

### Mental Health Treatment Plan - Subjective

○ Y                    ⦿ N

Currently prescribed psychotropic medications?

○ Y                    ○ N

Compliant with medications?**For chronic medical conditions, see patient's Health Problems/Conditions list.Mental health alerts:**☐ Suicide☐ Self-mutilation☐ Violence☐ Sexual assault☐ Substance abuse☐ Feigning/Manipulation

Rev #: 477

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

### Objective Notes

See individual counseling note, this date.

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| | No Rows Found |

**Active Allergies/Health Problems/Conditions** (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

See individual counseling note, this date.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

See individual counseling note, this date.

### Mental Health Treatment Plan - Plan

**Strengths:Limitations:Target Problems/Behaviors (rank in terms of treatment):**Suicide Ideation/AttemptsPersonal hygieneSelf-mut exercise, family support, especially grandmother, reads Bible behavior1Other:

deficitProblem number:1Treatment goal #1:Avoid anxiety caused by inability to communicateInterventions:Problem number:Treatment goal #2:Interventions:Problem number:Treatment goal #3:Interventions:**Patient participation:** ☐

Present at staffi hearing loss, requires a translator

**DateProblem #**

**staffing:**

provide translating services; 1:1 counseling; HNR as needed

Inmate ▮▮▮▮▮▮▮ - translator

Psych Assoc Helene Lichtman, LPC, NCC, ACS

Rev #: 477

## Patient Education

### Patient Education Notes

See individual counseling note, this date.

## Health Classification

Medical: 4

Mental: 3B-Outpatient-Regular MH Contact               Prognosis:

SMI: N-No

Dental: 3-Routine Treatment Needed

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*: No Review Required          Review Staff: Unknown

### Review Notes

None

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 05/26/2017         Time: 09:53:24         User: Helene Lichtman (LICHE01)

**Office/Facility of User on that date**         **Work Assignment**

ASPC-T COMPLEX TUCSON         Psych Associate Licensed

**Office/Facility of User as of today**         **Work Assignment**

| Office/Facility | Work Assignment |
|---|---|
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T RINCON I | Psych Associate Licensed |
| ASPC-T SANTA RITA | Psych Associate Licensed |
| ASPC-T COMPLEX CDU | Psych Associate Licensed |
| ASPC-T MINORS I | Psych Associate Licensed |
| ASPC-T CIMARRON I | Psych Associate Licensed |
| ASPC-T CIMARRON CDU | Psych Associate Licensed |
| ASPC-T MANZANITA | Psych Associate Licensed |
| ASPC-T MANZANITA CDU | Psych Associate Licensed |
| ASPC-T WINCHESTR CDU | Psych Associate Licensed |
| ASPC-T RINCON IPC | Psych Associate Licensed |
| ASPC-T MANZANITA SNU | Psych Associate Licensed |
| ASPC-T CIM TRNST | Psych Associate Licensed |
| ASPC-T MINORS RCPTN | Psych Associate Licensed |
| ASPC-T RINCON MHW | Psych Associate Licensed |

| | |
|---|---|
| ASPC-T RINCON MHU | Psych Associate Licensed |
| ASPC-T CATALINA UNIT | Psych Associate Licensed |
| ASPC-T WHETSTONE | Psych Associate Licensed |
| ASPC-T MINORS | Psych Associate Licensed |
| ASPC-T WINCHESTER GP | Psych Associate Licensed |
| ASPC-T RINCON SNU | Psych Associate Licensed |
| ASPC-T CIM ICE TRNST | Psych Associate Licensed |
| ASPC-W COMPLEX WINSLOW | Psych Associate Licensed |
| ASPC-W CORONADO UNIT | Psych Associate Licensed |
| ASPC-W KAIBAB I | Psych Associate Licensed |
| ASPC-W WINSLOW CDU | Psych Associate Licensed |
| ASPC-W APACHE UNIT | Psych Associate Licensed |
| ASPC-W APACHE CDU | Psych Associate Licensed |
| ASPC-T RESIDENTIAL MED HSG | Psych Associate Licensed |
| ASPC-T MINORS II | Psych Associate Licensed |
| ASPC-T MNZ MHWT | Psych Associate Licensed |
| ASPC-T 2ND CHNC MNZ | Psych Associate Licensed |
| ASPC-T MINORS FEMALE | Psych Associate Licensed |

Show Add History

CHSS027C

# Health Services Encounter

Wednesday April 22, 2020 15:40:07

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/26/2017 | Start Time*: | 13:46:14 |
| End Date*: | 05/26/2017 | End Time*: | 13:53:21 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 05/26/2017 |
| Location*: | ASPC-T WINCHESTER GP  [C41] | Encounter Close Time: | 13:53:21 |
| Setting*: | Clinic | | |
| Staff Member*: | Lichtman, Helene | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Mental Health Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Unknown

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

IM was seen for 15 minutes in confidential setting to update tx plan; as he is hearing-impaired and no sign language interpreter was available, session was conducted mostly in writing.
IM reported that he has never had MH tx and sees no need for it; he denied any anxiety or depression. Sleep and appetite are good. Reported that he smoked cannabis 11 months ago; he and his parents have medical marijuana cards. Denied current SI/HI/AH/VH. Would like access to TTY phone so he can contact his family.

### Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
○ Y             ○ N:
**Medication compliant:**Not on medications
○ N             ○ Y:
**Side effects:Inmate Comments/Chief Complaint:**

Rev #: 528

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

**Objective Notes**

See below

**Mental Status Exam - Objective**

**Orientation:**
◉ Y          ○ N
◉ Y          ○ N
◉ Y          ○ N
◉ Y          ○ N
PersonPlaceTimeSituation
○ Poor       ◉ Fair       ○ Good

**Insight:**
○ Poor       ◉ Fair       ○ Good

**Judgment:**
○ Poor       ○ Fair       ◉ Good

**Sleep:**
○ Poor       ○ Fair       ◉ Good

**Appetite:**
◉ N                     ○ Y:

**Abnormal movements:**
◉ N                     ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene ☐ Calm & cooperative ☐ Angry/agi tated ☐ Normal social rhythm ☐ Guarded ☐ Other:**Mood/Affect:** ☐ Stable affect/mood congruent ☐ Flat ☐ Expansive ☐ Dysphoric ☑ Euthymic mood ☐ Other:**Speech:** ☐ Unremarkable ☐ Pressured ☐ Loud ☐ Soft spoken ☐ Difficult to interrupt ☑ Other:requires sign language interpreter**Thought Form:** ☐ Goal directed ☑ Logical ☑ Coherent ☐ Circumstantial ☐ Perseverative ☐ Obsessional ☐ Loosely associated ☐ Tangential ☐ Fragmented ☑ Other:**Thought Content:** ☑ No evident psychosis ☐ Delusional content ☐ Flight of ideas ☐ Ideas of reference ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Paranoia ☐ Other:**Cognitive functioning:** ☑ No gross cognitive deficits apparent ☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance): ☐ Other:

Rev #: 528

**Assessment**

**Mental Health Diagnosis**

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

As noted in intake, death of grandfather and hearing impairment warrant monitoring by MH. No indications of DTS/DTO.

### Mental Health Progress Note - Assessment

- ○ Stable
- ○ Minimal improvement
- ○ Moderate improvement
- ○ Unchanged from last follow-up
- ○ Other:

**Assessment:Provisional Diagnosis:**NA

○ N            ○ Y:

**Diagnosis:**

Rev #: 528

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

RTC 90 days per 3B protocol; HNR as needed. Writer to consult with Security regarding resources for deaf inmates.

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):
○ N          ○ Y:
Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**
○ N          ○ Y
**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**
○ N          ○ Y
Next appointment entered into this encounter?

Rev #: 528

**Patient Education**

**Patient Education Notes**

HNR as needed.

**Health Classification**

Medical: 4
Mental: 3B-Outpatient-Regular MH Contact                                Prognosis:
SMI: N-No
Dental: 3-Routine Treatment Needed

**Classification and Security Notes**

| |
|---|
| None |

---

**Encounter Orders Review**

Review Type*:  No Review Required                    Review Staff:  Unknown

**Review Notes**

| |
|---|
| None |

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| | | No Rows Found | | |

**Standard Forms**

| Type | Staff |
|---|---|
| | No Rows Found |

---

**Last Updated Information:**

Date: 05/26/2017                    Time: 13:53:21                    User: Helene Lichtman (LICHE01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |

| **Office/Facility of User as of today** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T RINCON I | Psych Associate Licensed |
| ASPC-T SANTA RITA | Psych Associate Licensed |
| ASPC-T COMPLEX CDU | Psych Associate Licensed |
| ASPC-T MINORS I | Psych Associate Licensed |
| ASPC-T CIMARRON I | Psych Associate Licensed |
| ASPC-T CIMARRON CDU | Psych Associate Licensed |
| ASPC-T MANZANITA | Psych Associate Licensed |
| ASPC-T MANZANITA CDU | Psych Associate Licensed |
| ASPC-T WINCHESTR CDU | Psych Associate Licensed |
| ASPC-T RINCON IPC | Psych Associate Licensed |
| ASPC-T MANZANITA SNU | Psych Associate Licensed |
| ASPC-T CIM TRNST | Psych Associate Licensed |
| ASPC-T MINORS RCPTN | Psych Associate Licensed |
| ASPC-T RINCON MHW | Psych Associate Licensed |
| ASPC-T RINCON MHU | Psych Associate Licensed |
| ASPC-T CATALINA UNIT | Psych Associate Licensed |
| ASPC-T WHETSTONE | Psych Associate Licensed |
| ASPC-T MINORS | Psych Associate Licensed |
| ASPC-T WINCHESTER GP | Psych Associate Licensed |
| ASPC-T RINCON SNU | Psych Associate Licensed |
| ASPC-T CIM ICE TRNST | Psych Associate Licensed |
| ASPC-W COMPLEX WINSLOW | Psych Associate Licensed |
| ASPC-W CORONADO UNIT | Psych Associate Licensed |
| ASPC-W KAIBAB I | Psych Associate Licensed |
| ASPC-W WINSLOW CDU | Psych Associate Licensed |
| ASPC-W APACHE UNIT | Psych Associate Licensed |

| | |
|---|---|
| ASPC-W APACHE CDU | Psych Associate Licensed |
| ASPC-T RESIDENTIAL MED HSG | Psych Associate Licensed |
| ASPC-T MINORS II | Psych Associate Licensed |
| ASPC-T MNZ MHWT | Psych Associate Licensed |
| ASPC-T 2ND CHNC MNZ | Psych Associate Licensed |
| ASPC-T MINORS FEMALE | Psych Associate Licensed |

Show Add History

Exhibit 70

CHSS027C        # Health Services Encounter       Wednesday April 22, 2020 15:41:27

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/17/2017 | Start Time*: | 10:28:13 |
| End Date*: | 07/17/2017 | End Time*: | 10:37:20 |
| Category: | Nursing | | |
| Type*: | Nurse - ICS Response | Encounter Close Date: | 07/17/2017 |
| Location*: | ASPC-T WINCHESTER GP  [C41] | Encounter Close Time: | 10:37:20 |
| Setting*: | Clinic | | |
| Staff Member*: | Sweetapple, Jody A | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-Musculoskeletal | | |

## Subjective

Are interpreter services needed for this inmate*:  No
What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

ICS FOR INMATE WHO WAS PUNCHED IN THE JAW

**NET-Musculoskeletal - Subjective**

**Chief complaint:**JAW PAIN**Onset Date:**TODAY☑ Trauma Describe injury:PUNCHED IN FACE☐ Difficulty breathing☑ Pain

○ Chronic                                                              ◉ Acute

☐ Dull☑ Sharp☐ Achy☐ Burning**Pain scale is now:**5/10**At worst:**5/10**What makes it better:**NOTHING**What makes it worse:**NOTHING☐ RadiationDescribe:**Associated Factors:**☐ Urinary incontinence ☐ Painful urination ☐ Fecal incontinence ☐ Tingling☐ Nausea/vomiting ☐ Abdominal pain ☐ Fever

○ Chronic                                                              ◉ Acute

☐ Numbness: Describe:

○ Chronic                                                              ◉ Acute

☐ Weakness: Describe:☐ Weight change☐ Gain☐ Loss☐ Impaired mobility ☐ Impaired ADLs☐ Steroids☐ NSAIDS ☐ Anticoagulants**Current Medications:** ☐ New medication in the past 30 days?What medication:**Pertinent Medical Conditions:**☐ Arthritis☐ Cancer☐ Osteoporosis☐ Kidney disease/stones☐ Back surgery☐ Working lifting heavy objectsExplain:☐ Recent weight lifting☐ Other:lbs.

○ Y                        ○ N                        ○ Unknown

**Tetanus Booster >5 years:**

○ Y                        ○ N                        ○ Unknown

**Ever had a Tdap:**

Rev #: 621

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 10:34 | 97.8 | 93 | 18 | 6  2 | 162 | 131 | 91 | NA | 20.80 | 98.00 | |

**Objective Notes**

A&OX3, COOPERATIVE, VSS, COOPERATIVE

**NET-Musculoskeletal - Objective**

**Call practitioner if T>100, P>100, or SBP <100.**
○ Y                                  ◉ N

**Chronic care clinic:**What clinic(s): ☑ Warm ☑ Dry ☐ Pale ☐ Red**Skin:** ☐ Cold ☐ Clammy ☐ Scratching ☐ Bruising ☐ Normal ☐ Pulsatile mass in abdomen ☐ Lumps ☐ Redness**Abdomen:Extremities:** ☐ Pedal pulse: ☐ Radial pulse:RLRL ☐ Handgrips equal and strong ☐ Handgrips unequal and weakDescribe: ☐ Tender to touchDescribe: ☐ Straight leg raise equal and strong ☐ Straight leg raise unequal and weakDescribe: ☐ Posture erect ☐ Posture not erectDescribe: ☐ Gait symmetrical ☐ Gait not symmetricalDescribe: ☐ Able to walk heel to toe ☐ Able to squat and rise**Tests:Record fingerstick results for diabetics in the vital signs section of this encounter.Record Dipstick U/A order and results in the lab orders section of this encounter.**(Back pain or excessive exercise)**Comments:**

Rev #: 621

---

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

**Assessment Notes**

OBVIOUS DISPLACEMENT TO LOWER LEFT JAW

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

[View MAR Summary]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| FLUOXETINE CAPS (Prozac)/20 Mg | RxNorm: 310385 - FLUoxetine 20 MG (as FLUoxetine hydrochloride 22.4 MG) Oral Capsule;  &nb... | 06/09/2017 | 1 | EVERY EVENING | 12/05/2017 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 12/31/2017 | Placed |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

WRONG NET

### NET-Musculoskeletal - Plan/Intervention

☐ Emergent Intervention**Time:Practitioner notified:If CPR or AED is initiated use Emergency Response Form.EMS activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☑ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Abnormal vital signs (Rule of 100s)T>100, P>100, SBP<100☐ Abnormal abdominal exam☐ Positive straight leg raise☐ Numbness/weakness (acute)☐ Decreased ROM☐ Obvious deformity☐ Uncontrolled bleeding☐ Absence of pedal or radial pulse☐ Abnormal fingerstick, Diabetic <70 or >240☐ Abnormal dipstick UA☐ Other: ☐ MAR☐ Medical record**Reviewed with practitioner:** ☐ Seen by practitioner**Name:Time:** ☐ Contacted practitioner**Name:Time:**

○ Y                                                                ○ N

☐ Read back practitioners orders**Practitioner Orders Received:** ☐ Admit to infirmary☐ Return to unit☐ Monitor/Observation**Disposition:** ☐ Other:**Comments:** ☐ Nursing Intervention**Continuity of Care:** ☐ Nurse follow up scheduled☐ Referral to practitioner for current presenting complaint☐ Custody notified of special needs☐ No further follow up needed at this time **Medication:** ☐ O2 @LPM via OTC medication per site guidelinesList: Acetaminophen, Ib

Rev #: 621

## Patient Education

### Patient Education Notes

NONE

### NET-Musculoskeletal - Patient Education

**Patient Education:** ☐ Patient educated to contact medical if symptoms develop or worsen ☐ Education given ☐ Written information provided ☐ Verbal education given ☐ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow-up care

Rev #: 621

## Health Classification

Medical:   4

Mental:   3B-Outpatient-Regular MH Contact                     Prognosis:

SMI:   N-No

Dental:   3-Routine Treatment Needed

**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*:   No Review Required            Review Staff:   Unknown

**Review Notes**

None

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 07/17/2017          Time: 10:37:20          User: Jody Sweetapple (SJ37)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |
| ASPC-T CIMARRON CDU | Registered Nurse |

| | |
|---|---|
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T MINORS MAX # | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |

Show Add History

CHSS027C        # Health Services Encounter      Wednesday April 22, 2020 15:42:10

## Encounter Header

| | |
| --- | --- |
| Date*: | 07/17/2017 |
| End Date*: | 07/17/2017 |
| Category: | Nursing |
| Type*: | Nurse - ICS Response |
| Location*: | ASPC-T WINCHESTER GP  [C41] |
| Setting*: | Clinic |
| Staff Member*: | Sweetapple, Jody A |
| Title: | Registered Nurse |
| Form Type: | NET-Dental |

Start Time*: 10:37:22
End Time*: 10:40:43

Encounter Close Date: 07/17/2017
Encounter Close Time: 10:49:40

## Subjective

Are interpreter services needed for this inmate*:  No
What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
| --- | --- | --- | --- |
| | | No Rows Found | |

**Subjective Notes**

ICS FOR INMATE WHO WAS PUNCHED IN THE FACE

**NET-Dental - Subjective**

**Chief Complaint:** JAW DEFORMITY 10:20:00 **Onset Date:** TODAY **Time: (if injury):**
○ Y      ○ N
**Have you had this problem before:** Describe: ☐   Recent dental work? **Date:** Describe: ☑ Dental Pain ☐ Right lower front
☐ Right upper back ☐ Right lower back ☐ Right upper front ☑ Left lower front ☐ Left upper back ☑ Left lower back
☐ Left upper front ☑ Pain scale now 5/10 At worst: 5/10 **What makes it better:** NOTHING **What makes it worse:** NOTHING ☐
Aching ☑ Throbbing ☐ Dull ☐ Sharp ☐ Constant ☐ Intermittent **Other:Associated Factors:** ☐ Sinus problems ☐
Difficulty chewing ☐ Earache ☐ Sore throat ☐ Sensitivity ☐ Hot ☐ Cold ☐ Does pain radiate? Where: ☐ Swelling ☐ Dry
mouth ☐ Drainage - bad taste in the mouth ☐ Fever **Current Medications:** ☐ Anticoagulant: ☐ Aspirin ☐ NSAIDS ☐
Other: **Past Medical Conditions:** ☐ Endocarditis: Date: ☐ Artificial heart valve ☐ Heart condition from birth

Rev #: 650

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|------|----------|
| 10:34 | 97.8 | 93 | 18 | 6  2 | 162 | 131 | 91 | NA | 20.80 | 98.00 | |

**Objective Notes**

A&OX3, COOPERATIVE, VSS, NAD

**NET-Dental - Objective**

**Call practitioner if T>100, P>100, or SBP<100.**
○ Y      ◉ N

**Chronic care clinic:**What clinic(s): ☐ Tooth knocked out?
○ Y      ○ N

**Do you have the tooth?If yes, and less than 1 hour, handle tooth only by crown and place in cup of cold milk -or- saline solution and contact dentist.Face:**
◉ Symmetric      ○ Asymmetric

☑ Evidence of trauma/injury to jaw/faceDescribe:OBVIOUS DEFORMITY LOWER FRONT☐ Visual evidence of tooth decay/fractureDescribe: ☑ Swelling/redness/pus surrounding affected toothDescribe:MILD TO LOWER LEFT JAW☐ Jaw or facial swellingDescribe: ☐ Oral lesionDescribe: ☐ Open sore or lumpDescribe: ☐ White patches on mouth, tongue or pharynx☐ Pain upon opening jaw widely**Comments:**

Rev #: 650

---

## Assessment

**Active Allergies/Health Problems/Conditions** (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

**Assessment Notes**

RISK FOR FX. LEFT EYEBROW SWELLING AND LEFT SIDE OF JAW IS STARTING TO SWELL.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| FLUOXETINE CAPS (Prozac)/20 Mg | RxNorm: 310385 - FLUoxetine 20 MG (as FLUoxetine hydrochloride 22.4 MG) Oral Capsule;  &nb... | 06/09/2017 | 1 | EVERY EVENING | 12/05/2017 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 12/31/2017 | Placed |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

DENTAL NOTIFIED AND HE WILL BE SEEN TODAY.  ICE GIVEN IN MEDICAL FOR SWELLING.

### NET-Dental - Plan/Intervention

☐ Emergent Intervention **Practitioner notified:Time:If CPR or AED is initiated use Emergency Response FormEMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☑ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Abnormal vital signs (Rule of 100s) T>100, P>100, SBP <100 ☐ Tooth found less than 1 hr after knocked out☑ Significant injury/trauma to jaw☐ Evidence of pus collection/swelling☐ MAR☐ Medical record**Reviewed with practitioner:** ☐ Contacted practitionerName:Time: ☐ Seen by practitionerName:Time:

○ Y                 ○ N

☐ Read back practitioners orders**Practitioner orders received:Disposition:** ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary☐ Other:**Comments:** ☐ Nursing Intervention**Continuity of care:** ☐ Apply cold compress PRN for minor trauma☐ Suggest warm rinses PRN☐ Nurse follow up scheduled☐ Referral to practitioner for white patches/lesions in the mouth☐ Referral to practitioner for current presenting complaint☐ Referral to practitioner multiple visits for same complaint☐ Referred to practitioner for evaluation of enrollment in CCC☐ No further follow up needed at th
ad                                                              **ts:**

Rev #: 650

---

**Patient Education**

**Patient Education Notes**

HNR AS NEEDED

**NET-Dental - Patient Education**

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☐ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow-up care

Rev #: 650

---

**Health Classification**

Medical: 4
Mental: 3B-Outpatient-Regular MH Contact                    Prognosis:
SMI: N-No
Dental: 3-Routine Treatment Needed

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*: No Review Required                    Review Staff: Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**
Date: 07/17/2017          Time: 10:49:40          User: Jody Sweetapple (SJ37)

**Office/Facility of User on that date**          **Work Assignment**
ASPC-T RINCON I                    Registered Nurse
ASPC-T SANTA RITA                  Registered Nurse
ASPC-T COMPLEX CDU                 Registered Nurse
ASPC-T MINORS I                    Registered Nurse
ASPC-T CIMARRON I                  Registered Nurse
ASPC-T CIMARRON CDU                Registered Nurse

| | |
|---|---|
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T MINORS MAX # | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |

Show Add History

Exhibit 71

Case 2:12-cv-00601-ROS    Document 3627-5    Filed 06/12/20    Page 111 of 150

# Health Services Encounter

CHSS027C

Wednesday April 22, 2020 15:43:03

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/17/2017 | Start Time*: | 11:38:28 |
| End Date*: | 07/17/2017 | End Time*: | 11:55:28 |
| Category: | Dental | | |
| Type*: | Dental - Urgent Care | Encounter Close Date: | 07/18/2017 |
| Location*: | ASPC-T WINCHESTER GP  [C41] | Encounter Close Time: | 05:57:30 |
| Setting*: | Clinic | | |
| Staff Member*: | Paulley, Irma I | | |
| Title: | Dentist | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

referred from medical for panorex due to altercation, I/M appears to have complete dislocation of LL jaw from # 18 to # 24
TimeStamp: 17 July 2017 11:47:00 --- User: Irma Paulley (PII2)

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:34 | 97.8 | 93 | 18 | 6  2 | 162 | 131 | 91 | NA | 20.80 | 98.00 | |

### Objective Notes

None

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

I/M needs referral to Oral Surgeon ASAP
TimeStamp: 17 July 2017 11:49:15 --- User: Irma Paulley (PII2)

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| FLUOXETINE CAPS (Prozac)/20 Mg | RxNorm: 310385 - FLUoxetine 20 MG (as FLUoxetine hydrochloride 22.4 MG) Oral Capsule;  &nb... | 06/09/2017 | 1 | EVERY EVENING | 12/05/2017 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Consultation Request (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| Off-site Clinic | Oral Surgery | Urgent | Consult Completed- Practitioner Reviewed |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

**Patient Transfer Holds** (1 - 2 of 2)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Dental Hold | 09/17/2017 | Placed |
| Dental Hold | 09/17/2017 | Removed |

**Other Actions/Procedures** (1 - 2 of 2)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| Dental Exam | Emergency | | | Pt required emergency exam today. |
| Dental X-Rays | Panoramic | | | Took panoramic x-ray today. |

**Plan Notes**

| |
|---|
| None |

---

**Patient Education**

**Patient Education Notes**

| |
|---|
| ohi |

---

**Health Classification**

Medical:   4
Mental:   3B-Outpatient-Regular MH Contact          Prognosis:
SMI:   N-No
Dental:   3-Routine Treatment Needed

**Classification and Security Notes**

| |
|---|
| None |

---

**Encounter Orders Review**

Review Type*:   No Review Required          Review Staff:   Unknown

**Review Notes**

| |
|---|
| None |

---

**Dental Chart**

| |
|---|
| No Rows Found |

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 07/17/2017        Time: 11:55:28        User: Irma Paulley (PII2)

| <u>Office/Facility of User on that date</u> | <u>Work Assignment</u> |
|---|---|
| ASPC-T COMPLEX TUCSON | Dentist |
| ASPC-T RINCON I | Dentist |
| ASPC-T SANTA RITA | Dentist |
| ASPC-T COMPLEX CDU | Dentist |
| ASPC-T MINORS I | Dentist |
| ASPC-T CIMARRON I | Dentist |
| ASPC-T CIMARRON CDU | Dentist |
| ASPC-T MANZANITA | Dentist |
| ASPC-T MANZANITA CDU | Dentist |
| ASPC-T WINCHESTR CDU | Dentist |
| ASPC-T RINCON IPC | Dentist |
| ASPC-T MANZANITA SNU | Dentist |
| ASPC-T CIM TRNST | Dentist |
| ASPC-T CIMARRON II | Dentist |
| ASPC-T MINORS RCPTN | Dentist |
| ASPC-T MINORS MAX # | Dentist |
| ASPC-T RINCON MHW | Dentist |
| ASPC-T RINCON MHU | Dentist |
| ASPC-T CATALINA UNIT | Dentist |
| ASPC-T WHETSTONE | Dentist |
| ASPC-T MINORS | Dentist |
| ASPC-T WINCHESTER GP | Dentist |
| ASPC-T RINCON SNU | Dentist |
| ASPC-T CIM ICE TRNST | Dentist |

Show Add History

Exhibit 72

(Redacted)

CHSS027C                    Health Services Encounter              Wednesday April 22, 2020 15:44:44

## Encounter Header

|  |  |  |  |
|---|---|---|---|
| Date*: | 07/17/2017 | Start Time*: | 13:41:20 |
| End Date*: | 07/17/2017 | End Time*: | 13:55:10 |
| Category: | Mental Health | | |
| Type*: | MH - Sick Call - Unscheduled | Encounter Close Date: | 07/17/2017 |
| Location*: | ASPC-T WINCHESTER GP  [C41] | Encounter Close Time: | 13:57:37 |
| Setting*: | Clinic | | |
| Staff Member*: | Lichtman, Helene | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Mental Health Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:    No
What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:    Unknown

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

IM was seen in confidential setting for 27 minutes to assess for suicidality following an assault; as IM is deaf and no interpreter was available, interview was conducted with paper and pen.
IM stated that he was jumped by 2 inmates in his house for allegedly stealing; as a result of the assault, his jaw was broken in 2 places. He had been seen by Medical and arrangements made for visit to  oral surgeon. IM stated that he knows who assaulted him but declined to share that information. He denied any SI; said his only HI was toward the individuals who attacked him. Writer explained that he would remain on 805 status until Medical cleared him and Security was able to find a safe placement for him; he became angry, saying "I ain't PC or rat." When told that the 805 status was not optional, he threatened to sue ADC.   When writer asked how his Prozac is working, he requested an increased dosage; writer advised that she will let provider know.  Denied AH/VH/SI/HI.

### Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
◉ Y:                                    ○ N:
**Medication compliant:** Prozac
◉ N                                     ○ Y:
**Side effects:** **Inmate Comments/Chief Complaint:**

"Would like to increase medication"

Rev #: 730

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP | BP | Blood | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | **Sys** | **Dia** | **Sugar** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10:34 | 97.8 | 93 | 18 | 6  2 | 162 | 131 | 91 | NA | 20.80 | 98.00 | |

**Objective Notes**

See check boxes below.

**Mental Status Exam - Objective**

**Orientation:**
◉ Y                      ○ N
◉ Y                      ○ N
◉ Y                      ○ N
◉ Y                      ○ N
PersonPlaceTimeSituation
○ Poor          ◉ Fair          ○ Good
**Insight:**
○ Poor          ◉ Fair          ○ Good
**Judgment:**
○ Poor          ○ Fair          ○ Good
**Sleep:**
○ Poor          ○ Fair          ○ Good
**Appetite:**
◉ N                      ○ Y:
**Abnormal movements:**
◉ N                      ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene☐ Calm & cooperative☐ Angry/agitated☐ Normal social rhythm☐ Guarded☑ Other:Ice pack on face; bleeding from mouth**Mood/Affect:**☐ Stable affect/mood congruent☐ Flat☐ Expansive☐ Dysphoric☐ Euthymic mood☑ Other:angry**Speech:**☐ Unremarkable☐ Pressured☐ Loud☐ Soft spoken☐ Difficult to interrupt☑ Other:unable to speak due to broken jaw**Thought Form:**☑ Goal directed☑ Logical☑ Coherent☐ Circumstantial☐ Perseverative☐ Obsessional☐ Loosely associated☐ Tangential☐ Fragmented☐ Other:**Thought Content:**☑ No evident psychosis☐ Delusional content☐ Flight of ideas☐ Ideas of reference☐ Auditory hallucinations☐ Visual hallucinations☐ Paranoia☐ Other:**Cognitive functioning:**☑ No gross cognitive deficits apparent☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance):☐ Other:

Rev #: 730

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Angry, shocked, scared, anxious. No indications of imminent danger to self or others; no clinical evidence of need for suicide watch.

### Mental Health Progress Note - Assessment

- ○ Stable
- ○ Minimal improvement
- ○ Moderate improvement
- ○ Unchanged from last follow-up
- ⦿ Other:

**Assessment:** increased anxiety **Provisional Diagnosis:** Anxiety disorder, unspecified [F41.9]

○ N                           ○ Y:

**Diagnosis:**

Rev #: 730

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 2 of 2)

[View MAR Summary]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| KETOROLAC TROMETH VL (1ML) INJ (Toradol Inj)/30 Mg/Ml ⚠️ | RxNorm: 1665461 - 1 ML Ketorolac Tromethamine 30 MG/ML Injection; | 07/17/2017 | 1ML | NOW | 07/17/2017 | Approved/Approval |
| FLUOXETINE CAPS (Prozac)/20 Mg | RxNorm: 310385 - FLUoxetine 20 MG (as FLUoxetine hydrochloride 22.4 | 06/09/2017 | 1 | EVERY EVENING | 12/05/2017 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| | MG) Oral Capsule; &nb... | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

RTC 30 days per 805 protocol. Provider notified this date of IM request to increase Prozac. HNR if needed.

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):
  ○ N                                              ○ Y:
  Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**
  ○ N                                              ○ Y
  **Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**
  ○ N                                              ○ Y
  **Next appointment entered into this encounter?**

Rev #: 730

---

**Patient Education**

**Patient Education Notes**

805 process

---

**Health Classification**

Medical:  4
Mental:  3B-Outpatient-Regular MH Contact                                    Prognosis:
SMI:  N-No
Dental:  3-Routine Treatment Needed

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  No Review Required                        Review Staff:  Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**
Date: 07/17/2017              Time: 13:57:37              User: Helene Lichtman (LICHE01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |

| **Office/Facility of User as of today** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T RINCON I | Psych Associate Licensed |
| ASPC-T SANTA RITA | Psych Associate Licensed |
| ASPC-T COMPLEX CDU | Psych Associate Licensed |
| ASPC-T MINORS I | Psych Associate Licensed |
| ASPC-T CIMARRON I | Psych Associate Licensed |
| ASPC-T CIMARRON CDU | Psych Associate Licensed |
| ASPC-T MANZANITA | Psych Associate Licensed |
| ASPC-T MANZANITA CDU | Psych Associate Licensed |
| ASPC-T WINCHESTR CDU | Psych Associate Licensed |
| ASPC-T RINCON IPC | Psych Associate Licensed |
| ASPC-T MANZANITA SNU | Psych Associate Licensed |
| ASPC-T CIM TRNST | Psych Associate Licensed |
| ASPC-T MINORS RCPTN | Psych Associate Licensed |
| ASPC-T RINCON MHW | Psych Associate Licensed |
| ASPC-T RINCON MHU | Psych Associate Licensed |
| ASPC-T CATALINA UNIT | Psych Associate Licensed |
| ASPC-T WHETSTONE | Psych Associate Licensed |
| ASPC-T MINORS | Psych Associate Licensed |
| ASPC-T WINCHESTER GP | Psych Associate Licensed |
| ASPC-T RINCON SNU | Psych Associate Licensed |
| ASPC-T CIM ICE TRNST | Psych Associate Licensed |
| ASPC-W COMPLEX WINSLOW | Psych Associate Licensed |
| ASPC-W CORONADO UNIT | Psych Associate Licensed |
| ASPC-W KAIBAB I | Psych Associate Licensed |
| ASPC-W WINSLOW CDU | Psych Associate Licensed |
| ASPC-W APACHE UNIT | Psych Associate Licensed |
| ASPC-W APACHE CDU | Psych Associate Licensed |
| ASPC-T RESIDENTIAL MED HSG | Psych Associate Licensed |
| ASPC-T MINORS II | Psych Associate Licensed |
| ASPC-T MNZ MHWT | Psych Associate Licensed |
| ASPC-T 2ND CHNC MNZ | Psych Associate Licensed |
| ASPC-T MINORS FEMALE | Psych Associate Licensed |

*Show Add History*

Hi. My name is Schmid. I'm the 1110 7/18/17

FHA here

P.1

Are you having any pain? 1-10?

"7"

You have an order for pain meds when
you need them. I know I woke you
up. But when you are awake and having
pain please ask for meds.

- Have you been drinking water?

Just one cup. it hurt to drink. I been
waiting more than 24 hrs to get my broke
Jaw fix

- The only one who can fix the dislocation
is an oral surgeon. We have set up an
appointment with him. It will occur very
soon. But you need to continue to drink
floids and we will get you ensures to
drink.

   

Date: 07/18/2017                Time: 12:02:24                    User: Laura Ortiz (ORTLA01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-T COMPLEX TUCSON | Med. Records Clerk |
| ASPC-T RINCON I | Med. Records Clerk |
| ASPC-T SANTA RITA | Med. Records Clerk |
| ASPC-T COMPLEX CDU | Med. Records Clerk |
| ASPC-T MINORS I | Med. Records Clerk |
| ASPC-T CIMARRON I | Med. Records Clerk |
| ASPC-T CIMARRON CDU | Med. Records Clerk |
| ASPC-T MANZANITA | Med. Records Clerk |
| ASPC-T MANZANITA CDU | Med. Records Clerk |
| ASPC-T WINCHESTR CDU | Med. Records Clerk |
| ASPC-T RINCON IPC | Med. Records Clerk |
| ASPC-T MANZANITA SNU | Med. Records Clerk |
| ASPC-T CIM TRNST | Med. Records Clerk |
| ASPC-T CIMARRON II | Med. Records Clerk |
| ASPC-T MINORS RCPTN | Med. Records Clerk |
| ASPC-T RINCON MHW | Med. Records Clerk |
| ASPC-T RINCON MHU | Med. Records Clerk |
| ASPC-T CATALINA UNIT | Med. Records Clerk |
| ASPC-T WHETSTONE | Med. Records Clerk |
| ASPC-T MINORS | Med. Records Clerk |
| ASPC-T WINCHESTER GP | Med. Records Clerk |
| ASPC-T RINCON SNU | Med. Records Clerk |
| ASPC-T CIM ICE TRNST | Med. Records Clerk |
| ASPC-T RESIDENTIAL MED HSG | Med. Records Clerk |
| ASPC-T MANZANTA HU4# | Med. Records Clerk |
| ASPC-T 2ND CHNC MNZ | Med. Records Clerk |

Show Add History



P.2

- Any questions?
- Can I see your jaw
- we'll get you there soon.

Witness: Andrea [signature]     A. Cromer, RN

[signature] Schrad FNP

7/18/17  1115

7/18/17 @ 11:30   Anaya, CNA   Asked if ▮▮▮ needed anything, he stated he still felt pain, reported to Nurse

7/18/17 @ 12:30   Celis, CNA   Helped gather his clothes + get ready for transport to hospital

Needs to be
Scanned
to
Schmid

Update.

Our Chief of Staff wants you to go to the ER so you will be going within a little while. Within this hour. They are doing your work-up ~~XXXXX~~ at this time.

_N. VanNorstran, LPN_

N. VanNorstran, LPN

Hub

- Nothing to eat or drink after 7pm tonight. Please sign form

- New order for liquid diet

- you can have liquid suppliments 3 times a day. I have your first one here.

you dont have to drink it all at once

one more thing. I want call my mom.

Well arrange that thru the Officers.

Drink plenty of water

*M Van Norstran LPN*                N. VanNorstran, LPN

HUb

1145

Spoke with ████████████ Re: Orders to be NPO (Nothing to eat or drink) after 7pm today for procedure.

Status of liquid diet given, with liquid Suppliments 3 times daily.

Pain level discussed c̄ this time.

Scale of 1-10. 10 being worse/unbearable what is your rate right now? ___8___

X ████████████

Toradol shot offered & given

liquid suppliment (Ensure) offered & given

Hub
████████████

N. VanNorstran, LPN

7/18/17

█████ returned @ 2030 from Banner UMC

115/77   ♡ 69   R 18   97.7   98% RA

- Hey its Nurse Cortes again!
- Hows your pain level 1-10? 10 being worst.
- replied using fingers "7/10"
- I'll check your notes from Hosp. then come talk to you at your bed. OK.
- Dr ordered Tylenol #4 for your pain
- You are having oral surgery tomorrow. You have already signed the consent form. Please remember ... DO NOT eat anything after midnight tonight!
- Is there anything else I can help you with or that you need right now?
- You are getting your night meds now which is ... Augmentin antibiotic, Tylenol with codeine, ibuprofen and prozac.
- What time tomorrow?
- they havent told me a time but likely early in the morning
- how long I will stay at hospital?
- There is no way for us to know for sure how long. Depends on how the surgery goes.
- pt gave thumbs up. (2135 RCortes LPN)

R. Cortes, LPN

07/18/2017

Exhibit 73

# Health Services Encounter

CHSS027C

Wednesday April 22, 2020 15:46:42

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 02/13/2018 | Start Time*: | 09:58:30 |
| End Date*: | 02/13/2018 | End Time*: | 10:09:34 |
| Category: | Medical Provider | | |
| Type*: | Provider - Follow Up Care | Encounter Close Date: | 02/13/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 10:09:34 |
| Setting*: | Clinic | | |
| Staff Member*: | Shute, Julie | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

IM here for permission for a watch. He says that his jaw was broken a few months ago and that it still is hurting him. He denies any other complaints.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:32 | 97.5 | 59 | 18 | 6  2 | 196 | 112 | 80 | NA | 25.16 | 96.00 | |

### Objective Notes

None

## Assessment

### Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| R68.84 | Jaw pain |

### Active Allergies/Health Problems/Conditions (1 - 7 of 7)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |

### Related Allergies/Health Problems/Conditions (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |

### Assessment Notes

Jaw pain.

---

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

#### Active Drug Prescription Orders                    View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| IBUPROFEN (UD) TABS (Motrin)/600 Mg | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet;  316077 - Ibuprofen 600 MG; &nbs... | 02/13/2018 | 1 | THREE TIMES DAILY AS NEEDED | 06/12/2018 | Order Discontinued at Pharmacy Vendor (DR) |

### Lab Test Orders (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| Diagnostic Panel 2 | LOINC: 3050-2 - T3 Uptake (T3U);  2085-9 - HDL CHOL., DIRECT;  3026-2 - Thyroxin... | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| STI SEROLOGY | LOINC: 5195-3 - HEP. B SURF. Ag;  7912-9 - Herpes II Ab.(IgG);  7909-5 - Herpes ... | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 02/19/2018 | 09:58:30 | Health Services | Shute, Julie | ASPC-T CATALINA UNIT |
| 02/19/2018 | 11:08:00 | Health Services | Shute, Julie | ASPC-T CATALINA UNIT |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Medical Supplies/Special Equipment | Hearing Aid | 02/13/2018 | 01/25/2019 | It is ok for IM to purchase/have a special watch for him due to his hearing impairment. Other Action/Procedure systematically discontinued due to patient release |

### Plan Notes

| |
|---|
| Labs. Ibuprofen. Watch permission slip. |

## Patient Education

### Patient Education Notes

Stay well hydrated. Exercise at a minimum 150 minutes of moderate exercise per week along with two days of muscle-strengthening exercise. Continue to take your medications as prescribed. Avoid tattoos to decrease exposure to infectious diseases. Avoid drinking alcohol and using illicit drugs. Avoid cigarette smoking. Patient was afforded the opportunity to ask questions, which were asked and answered. Patient voiced an understanding and agreement to plan. Submit a Health Needs Request to medical staff if you become ill.

## Meaningful Use Measurement

- ☑ Demographic Information in Patient Header verified
- ☑ Current Medical Problem List verified (or Patient has no Medical Problems)
- ☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
- ☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical: 4
Mental: 3D-Outpatient-Recently Off Meds-Monitoring Only      Prognosis: Remission Condition
SMI: N-No
Dental: 3-Routine Treatment Needed

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*: Pending Nurses Order      Review Staff: Ortiz, Maricela, LPN
Review Date: 02/13/2018      Review Time: 18:12:43

### Review Notes

TimeStamp: 13 February 2018 18:15:48 --- User: Maricela Ortiz (ORTMA01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 02/13/2018      Time: 18:12:43      User: Maricela Ortiz (ORTMA01)

**Office/Facility of User on that date**      **Work Assignment**
ASPC-T COMPLEX TUCSON      Lic Practical Nurse

Show Add History

Exhibit 74

(Redacted)

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date:
Time: MAR 6 2018 PM4:25
Initials:

**SECTION/SECCION I**

(Apellido, Nombre, Inicial) [redacted]

ADC Number/Número de ADC [redacted]

Date/Fecha
3/6/18

| Cell/Bed Number/Celda/Número de Cama [redacted] | Unit/Unidad Catalina | P.O. Box/Apartado Postal 24409 | Institution/Facility/Instalación: ASPC Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)  Medical/Médica ☐ Dental ☐ FHA ☐
Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I want know my lab report result. I did sumbited blood test couple weeks ago. Thank you.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

[redacted]

REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐
Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

reviewed by KN

| Staff Signature Stamp/Firma del empleado J. Wobensmith, RN | Date/Fecha | Time/Hora MAR 6 2018 PM4:25 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION

Scheduled on PL

| Staff Signature Stamp/Firma del empleado J. Wobensmith, RN | Date/Fecha | Time/Hora MAR 6 2018 PM4:25 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

# Health Services Encounter

CHSS027C                                                      Wednesday April 22, 2020 15:50:49

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/09/2018 | Start Time*: | 16:38:26 |
| End Date*: | 03/09/2018 | End Time*: | 16:52:26 |
| Category: | Medical Provider | | |
| Type*: | Provider - Sick Call - Scheduled | Encounter Close Date: | 03/09/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 16:52:27 |
| Setting*: | Clinic | | |
| Staff Member*: | Shute, Julie | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

IM here to review labs with this writer. IM is deaf. This writer and IM communicated through writing. IM says that he has never received the Hep A & B vaccine series. He says that he has been feeling well.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:35 | 96.6 | 72 | 18 | 6  2 | 198 | 112 | 82 | NA | 25.42 | 97.00 | |

### Objective Notes

no PE

## Assessment

### Medical Diagnosis/Complaint (1 - 2 of 2)

| ICD Code | Diagnosis/Complaint |
|---|---|
| Z23 | Encounter for immunization |
| Z71.2 | Person consulting for explanation of examination or test findings |

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |

**Related Allergies/Health Problems/Conditions** (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |

**Assessment Notes**

Z71.2 Person consulting for explanation of examination or test findings

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| IBUPROFEN (UD) TABS (Motrin)/600 Mg | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet; 316077 - Ibuprofen 600 MG; &nbs... | 02/13/2018 | 1 | THREE TIMES DAILY AS NEEDED | 06/12/2018 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| HEPATITIS B VACC (0.5ML) PF VL INJ (Recombivax Hb Ped)/5 Mcg/0.5 Ml | RxNorm: 1658155 - 0.5 ML Hepatitis B Surface Antigen Vaccine 0.01 MG/ML Injection [Recombivax]; ... | 03/09/2018 | 1 | SPECIAL INSTRUCTIONS | 03/18/2018 | Discontinued - Inmate Released |
| Hepatitis A Vacc Syg (1Ml) (Vaqta)/50 U/Ml | RxNorm: 836634 - 1 ML Hepatitis A Vaccine, Inactivated 50 UNT/ML Prefilled Syringe [Vaqta]; &nb... | 03/09/2018 | 1 | SPECIAL INSTRUCTIONS | 03/18/2018 | Discontinued - Inmate Released |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 03/15/2018 | 09:00:00 | Health Services | Generic, Clinic Nurse | ASPC-T CATALINA UNIT |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

Vaccines as ordered. FU 4 weeks for Hep B vaccine.

## Patient Education

### Patient Education Notes

Stay well hydrated. Exercise at a minimum 150 minutes of moderate exercise per week along with two days of muscle-strengthening exercise. Continue to take your medications as prescribed. Avoid tattoos to decrease exposure to infectious diseases. Avoid drinking alcohol and using illicit drugs. Avoid cigarette smoking. Patient was afforded the opportunity to ask questions, which were asked and answered. Patient voiced an understanding and agreement to plan. Submit a Health Needs Request to medical staff if you become ill.

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  3
Mental:  3D-Outpatient-Recently Off Meds-Monitoring Only          Prognosis:  Remission Condition
SMI:  N-No
Dental:  3-Routine Treatment Needed
### Classification and Security Notes

TimeStamp: 9 March 2018 16:54:52 --- User: Julie Shute (SHUJU01)

## Encounter Orders Review

Review Type*:  Pending Nurses Order          Review Staff:  Patten, Virginia, LPN
Review Date:  03/09/2018                     Review Time:  18:16:46
### Review Notes

TimeStamp: 9 March 2018 16:55:29 --- User: Julie Shute (SHUJU01)
TimeStamp: 9 March 2018 18:20:14 --- User: Virginia Patten (PATVI01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 03/09/2018          Time: 18:16:46          User: Virginia Patten (PATVI01)

**Office/Facility of User on that date**          **Work Assignment**

| | |
|---|---|
| ASPC-T COMPLEX TUCSON | Lic Practical Nurse |
| ASPC-T RINCON I | Lic Practical Nurse |
| ASPC-T SANTA RITA | Lic Practical Nurse |
| ASPC-T COMPLEX CDU | Lic Practical Nurse |
| ASPC-T MINORS I | Lic Practical Nurse |
| ASPC-T CIMARRON I | Lic Practical Nurse |
| ASPC-T CIMARRON CDU | Lic Practical Nurse |
| ASPC-T MANZANITA | Lic Practical Nurse |
| ASPC-T MANZANITA CDU | Lic Practical Nurse |
| ASPC-T WINCHESTR CDU | Lic Practical Nurse |
| ASPC-T RINCON IPC | Lic Practical Nurse |
| ASPC-T MANZANITA SNU | Lic Practical Nurse |
| ASPC-T CIM TRNST | Lic Practical Nurse |
| ASPC-T CIMARRON II | Lic Practical Nurse |
| ASPC-T MINORS RCPTN | Lic Practical Nurse |
| ASPC-T MINORS MAX # | Lic Practical Nurse |
| ASPC-T RINCON MHW | Lic Practical Nurse |
| ASPC-T RINCON MHU | Lic Practical Nurse |
| ASPC-T CATALINA UNIT | Lic Practical Nurse |
| ASPC-T WHETSTONE | Lic Practical Nurse |
| ASPC-T MINORS | Lic Practical Nurse |
| ASPC-T WINCHESTER GP | Lic Practical Nurse |
| ASPC-T RINCON SNU | Lic Practical Nurse |
| ASPC-T CIM ICE TRNST | Lic Practical Nurse |
| ASPC-T RESIDENTIAL MED HSG | Lic Practical Nurse |

Show Add History

Exhibit 75

CHSS027C

# Health Services Encounter

Wednesday April 22, 2020 15:59:34

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/15/2018 | Start Time*: | 06:49:11 |
| End Date*: | 06/15/2018 | End Time*: | 06:58:00 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Unscheduled | Encounter Close Date: | 06/15/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 06:59:38 |
| Setting*: | Clinic | | |
| Staff Member*: | Sanders, Martha | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-Bites/Stings: (Animal, Human, Insect, Reptile) | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 06/15/2018 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 06/15/2018
IM having right ear pain

**NET-Bites/Stings (Animal, Human, Reptile, Insect) - Subjective**

**Chief Complaint:** right ear pain **Onset Date:** 1 day

○ Y      ⊙ N

**Have you had this problem before?:** Describe: ☐ Past use of Epi-pen (self-injected adrenaline) ☐ Human ☐ Animal ☐ Insect ☐ Reptile **Type of Bite: Associated Factors:** ☐ Tongue swollen ☐ Neck swollen ☐ Difficulty swallowing ☐ Difficulty breathing ☐ Wheezing ☐ Bleeding Describe: ☐ Pain is now: /10 Pain at Worst: /10 Location: ☐ Puncture ☐ Scratch ☐ Laceration ☐ Bruise **If animal bite: (skin must be broken)** ☐ Animal available ☐ Rabies vaccination current ☐ Rabies vaccination unknown ☐ Contact rabies information 800-232-4636 ☐ Reptile bite ☐ Contact poisonous bites 800-222-1222 **If human bite: (skin must be broken) infectious status of source person who did the biting** ☐ Source known ☐ Source unknown ☐ Source HIV + ☐ Source HBV+ ☐ Source HCV+ **If human bite: (skin must be broken) Infectious status of patient who was bitten** ☐ Known ☐ Unknown ☐ Patient HIV + ☐ Patient HCV+ ☐ Patient HBV+ **Current Medications: (mark all that apply)** ☐ ASA ☐ Anticoagulants ☐ NSAIDS ☐ Other: **Pertinent Medical Conditions:** ☐ Asthma ☐ Diabetes ☐ Chronic lung disease ☐ Previous allergic reaction to bite/sting

Previously hospitalized due to bite/sting

○ Y      ○ N      ○ Unknown

Tetanus booster within last 5 years:

○ Y      ○ N      ○ Unknown

Ever had a Tdap: ☐ Other:

Rev #: 913

---

### Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 06:51 | 98.6 | 71 | 18 | 6  2 | 190 | 133 | 72 | NA | 24.39 | 98.00 | |

**Objective Notes**

IM states he puncture his ear using a q-tip too hard and it bled profusely. He's having severe pain at this time. VSS and WNL. I looked in his ear with a scope and there's no wound or bleeding at this time. IM is deaf so we communicated in writing. IM performs ADL's independently.

**NET-Bites/Stings (Animal, Human, Reptile, Insect) - Objective**

**Call practitioner if T>100, P>100, or SBP<100.**
○ Y          ○ N

**Chronic care clinic:**What clinic(s)?:**Eyes:** ☑ Normal☐ Red☐ Swollen☐ Watery**Nose:** ☑ Normal☐ Runny☐ Red☐ Sneezing**Respiratory:** ☑ Normal☐ Cough☐ Labored☐ SOB☐ Stridor☐ Accessory muscle use**Lung Sounds:** ☑ Clear ☐ Wheezing☐ Diminished☐ WetR Lung☑ Clear☐ Wheezing☐ Diminished☐ WetL Lung**Skin:** ☐ Pale☐ Red☑ Warm ☐ Dry☐ Scratching☑ Cold☐ ClammyDescribe:**Rash:** ☐ Scaly☐ Blisters☐ Bumps☐ Drainage☐ HivesLocation:**Describe Bite or Sting Wound:**Location: ☐ Redness☐ Swelling☐ Streaking☐ DrainageDescribe:**Comments:**

Rev #: 913

---

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 10 of 10)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

alteration in comfort r/t ear pain

---

### Plan

#### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

#### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

#### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

#### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

#### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

#### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| ibuprofen given and IM instructed not to take more than 3 tabs every 6 hrs |
|---|

**NET-Bites/Stings (Animal, Human, Reptile, Insect) - Plan/Intervention**

☐ Emergent Intervention **Practitioner notified:Time:If CPR or AED is initiated use Emergency Response Form.EMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Abnormal vital signs (Rule of 100s) T>100, P >100, SBP<100☐ History of serious similar allergic reaction ☐ Wheezing/shortness of breath/stridor☐ Face, neck, throat or tongue swelling☐ Human bites☐ Animal bites☐ Hives☐ Accessory muscle use☐ Tetanus booster greater than 5 years ago or not had Tdap☐ Other:☐ MAR☐ Medical record**Reviewed with practitioner:** ☐ Seen by practitioner **Name:Time:**☐ Contacted practitioner **Name:Time:**

○ Y                            ○ N

☐ Read back practitioner orders**Practitioner orders received:Disposition:** ☐ Return to unit☐ Monitor/Observation☐ Admit to infirmary ☐ Other**Comments:**☑ Nursing Intervention**CONTINUITY OF CARE:** ☐ RICE: Rest, Ice, Compress, and Elevate☐ Nurse follow up scheduled☐ Referral to practitioner for current presenting complaint☐ Referral to practitioner for medical visit of a serious nature☐ Actual ????????????? health department ☐ Contact notified of sp?????????????

pr?????????

○ Y                            ○ N

☐ Read back practitioner orders**MEDICATION:** ☐ O2 @LPM via☐ OTC medication per site guidelineList: Acetaminophen or Ibuprofen☐ KOP☐ Medication administered ☐ Medication noted on MAR**Comments:**

Rev #: 913

---

### Patient Education

**Patient Education Notes**

IM resistant to teaching

**NET-Bites/Stings (Animal, Human, Reptile, Insect) – Education**

**PATIENT EDUCATION:** ☑ Patient educated to contact medical if symptoms develop or worsen ☑ Written information provided ☑ Verbal information given ☐ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care

Rev #: 913

---

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

### Health Classification

Medical:   3
Mental:   3E-Not on meds > 6 months with 30 day follow-up      Prognosis:   Remission Condition
SMI:   N-No
Dental:   3-Routine Treatment Needed

**Classification and Security Notes**

None

---

### Encounter Orders Review

Review Type*:   No Review Required      Review Staff:   Unknown

**Review Notes**

None

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 06/15/2018                Time: 06:59:38                User: Martha Sanders (SANMA07)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-T COMPLEX TUCSON | Registered Nurse |
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |
| ASPC-T CIMARRON CDU | Registered Nurse |
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |
| ASPC-T RESIDENTIAL MED HSG | Registered Nurse |
| ASPC-T MNZ MHWT | Registered Nurse |
| ASPC-T 2ND CHNC MNZ | Registered Nurse |

Show Add History