# Exhibit 76

# (Redacted)

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 6/14/18
Time: 830
Initials: SR

| Inmate Name/Nombre (Last, First, Middle, Inicial) | | ADC Number/Número de ADC | Date/Fecha 6/16/18 |
| --- | --- | --- | --- |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad Catalina | P.O. Box/Apartado Postal ZCIC109 | Institution/Facility/Instalación: ASPC Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)   Medical/Médica ☐  Dental ☐  FHA ☐
Pharmacy/Farmacia ☐   Mental Health/Salud Mental ☐   Eyes/Ojos ☐   Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My ear still painful. Ibu dont help at all. I'm almost run of Ibu. I can't stay sleep all th night. I keep get up by around 2 or 3am. Cant sleep overnight with that bad pain in my ear.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate

**REMOVE... THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COP... ZON PETICION DE NECESIDADES MÉDICAS]**

**REF...** ...ca ☐  Dental ☐  Pharmacy/Farmacia ☐  FHA ☐
Mental Health/Salud Mental ☐   Eyes/Ojos ☐   Other/Otros (specify) (especifique) _____
Comments/Comentarios   provider line for evaluation of RT ear Appt made.

| Staff Signature Stamp/Firma del empleado  Jeanne Bly CRN | Date/Fecha 06/16/2018 | Time/Hora 1830 |
| --- | --- | --- |

**PLAN OF ACTION/PLAN DE ACCIÓN**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| --- | --- | --- |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

SECTION/SECCION I
SECTION/SECCION II
SECTION/SECCION III
SECTION/SECCION IV

# Health Services Encounter

CHSS027C

Wednesday April 22, 2020 16:00:12

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/19/2018 | Start Time*: | 16:11:55 |
| End Date*: | 06/19/2018 | End Time*: | 16:22:20 |
| Category: | Medical Provider | | |
| Type*: | Provider - Follow Up Care | Encounter Close Date: | 06/19/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 16:22:20 |
| Setting*: | Clinic | | |
| Staff Member*: | Ellison, Steven | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 06/16/2018 | Provider | Routine | Encounter Held |

### Subjective Notes

Request Date: 06/16/2018
My ear still painful. IBU don't help at all. I can't sleep at night.  I keep getting up around 2-3 am. Can't sleep overnight with that bad pain in my ear.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:55 | 97.2 | 68 | 18 | 6  2 | 194 | 119 | 72 | NA | 24.91 | 98.00 | |

### Objective Notes

24 year old male, A&OX4

Right ear shows some blood on the tympanic membrane.  Is very tender.

## Assessment

### Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| H60.511 | Acute actinic otitis externa, right ear |

### Active Allergies/Health Problems/Conditions (1 - 10 of 10)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 011 | Other | Other | SNOMED: | Acute actinic | Assessed | 06/19/2018 | 06/19/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
|  | Diagnosis | Diagnosis | 300197009 - Ear problem (finding) | otitis externa, right ear [H60.511] |  |  |  |

### Assessment Notes

Ear Pain

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 3 of 3)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| NEOMY/POLYMX/HC SUSP (10ML) OTIC (Cortisporin Otic) 🔸 | RxNorm: 310687 - hydrocortisone 10 MG (1 % ) / neomycin sulfate 3.5 MG / polymyxin B sulfate 10,000 ... | 06/19/2018 | 4 drops | FOUR TIMES DAILY | 06/28/2018 | Discontinued - Other |
| IBUPROFEN TABS (Motrin)/600 Mg 🔸 | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet; | 06/19/2018 | 1 tablet | THREE TIMES DAILY | 06/28/2018 | Order Discontinued at Pharmacy Vendor (DR) |
| CODEINE/APAP (UD) TABS (Tylenol W/Cod #4)/60 Mg-300 Mg | RxNorm: 993890 - Acetaminophen 300 MG / Codeine Phosphate 60 MG Oral Tablet; | 06/19/2018 | 1 | TWICE DAILY | 06/23/2018 | Discontinued - Inmate Released |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

## Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

See notes and orders

## Patient Education

### Patient Education Notes

Patient educated on ear drops instillation.

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:   3
Mental:   3E-Not on meds > 6 months with 30 day follow-up      Prognosis:   Remission Condition
SMI:   N-No
Dental:   3-Routine Treatment Needed

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:   Pending Nurses Order       Review Staff:   Walker, Kenda, RN
Review Date:   06/20/2018       Review Time:   06:11:11

**Review Notes**

TimeStamp: 20 June 2018 06:15:33 --- User: Kenda Walker (WALKE01)

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 06/20/2018          Time: 06:11:11          User: Kenda Walker (WALKE01)

Department: Health Services Provider          User Type: End User

Show Add History

Exhibit 77

CHSS027C            # Health Services Encounter       Wednesday April 22, 2020 16:02:00

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/03/2018 | Start Time*: | 09:34:00 |
| End Date*: | 07/03/2018 | End Time*: | 12:09:04 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 07/03/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 15:47:16 |
| Setting*: | Clinic | | |
| Staff Member*: | Plocke, Martin | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Mental Health Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

pt seen for 3E check in, for 14 minutes.
   Pt communicated by reading questions and writing responses.
   pT SAID HE WAS ANGRY about LOP because he had tried to call home more than 3 times..  Lop ends in 6 days.
   Pt said he doesn't associate with other IM's because they won't take the time to write questions or responses.  he gets out
1-25-19.

### Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
○ Y                       ● N:
**Medication compliant:** No Rx
○ N                       ○ Y:
**Side effects:** Inmate Comments/Chief Complaint:

Rev #: 730

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

**Objective Notes**

See below

**Mental Status Exam - Objective**

**Orientation:**

◉ Y                 ○ N

◉ Y                 ○ N

◉ Y                 ○ N

◉ Y                 ○ N

PersonPlaceTimeSituation

○ Poor        ◉ Fair        ○ Good

**Insight:**

○ Poor        ◉ Fair        ○ Good

**Judgment:**

○ Poor        ○ Fair        ○ Good

**Sleep:**

○ Poor        ○ Fair        ○ Good

**Appetite:**

◉ N                 ○ Y:

**Abnormal movements:**

◉ N                 ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene ☐ Calm & cooperative ☑ Angry/agitated ☐ Normal social rhythm ☐ Guarded ☐ Other:**Mood/Affect:** ☑ Stable affect/mood congruent ☐ Flat ☐ Expansive ☑ Dysphoric ☐ Euthymic mood ☐ Other:**Speech:** ☐ Unremarkable ☐ Pressured ☐ Loud ☐ Soft spoken ☐ Difficult to interrupt ☑ Other:Communicates by writing**Thought Form:** ☑ Goal directed ☑ Logical ☑ Coherent ☐ Circumstantial ☐ Perseverative ☐ Obsessional ☐ Loosely associated ☐ Tangential ☐ Fragmented ☐ Other:**Thought Content:** ☑ No evident psychosis ☐ Delusional content ☐ Flight of ideas ☐ Ideas of reference ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Paranoia ☐ Other:**Cognitive functioning:** ☑ No gross cognitive deficits apparent ☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance): ☐ Other:

Rev #: 730

**Assessment**

**Mental Health Diagnosis**

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 300197009 - Ear problem (finding) | Acute actinic otitis externa, right ear [H60.511] | Assessed | 06/19/2018 | 06/19/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

| Situational Depression |
|---|

### Mental Health Progress Note – Assessment

○ Stable
○ Minimal improvement
○ Moderate improvement
○ Unchanged from last follow-up
● Other:
**Assessment:** some depression and anger **Provisional Diagnosis:** Adjustment D/O
○ N                      ○ Y:
**Diagnosis:**

Rev #: 730

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

continue as planned

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):

○ N                  ○ Y:

Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**

○ N                  ○ Y

**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**

○ N                  ○ Y

**Next appointment entered into this encounter?**

Rev #: 730

---

**Patient Education**

**Patient Education Notes**

Accepting discipline

---

**Health Classification**

Medical:   3

Mental:   3E-Not on meds > 6 months with 30 day follow-up           Prognosis:   Remission Condition

SMI:   N-No

Dental:   3-Routine Treatment Needed

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:   No Review Required          Review Staff:   Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 07/03/2018          Time: 15:47:16          User: Martin Plocke (PLOMA01)

Department: Health Services Provider          User Type: End User

Show Add History

Exhibit 78

# Health Services Encounter

CHSS027C

Wednesday April 22, 2020 16:02:40

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/26/2018 | Start Time*: | 14:42:16 |
| End Date*: | 07/26/2018 | End Time*: | 14:44:21 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 07/26/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 14:46:31 |
| Setting*: | Clinic | | |
| Staff Member*: | Fleming, Karina | | |
| Title: | Psychologist | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:  No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:
Seen in private, confidential setting

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Routine f/u appointment. Patient is unable to communicate verbally and therefore appointment was conducted in writing. Patient reported, "I am kind of bored here. I get frustrated with people because they do not provide interpreter or what I need because of my disability." "I would like to have an SMI TV to keep me busy. I do not want to buy a radio or be able to afford my own TV."

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

### Objective Notes

Patient was cooperative. Hygiene and grooming were unremarkable.

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

**Active Allergies/Health Problems/Conditions** (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 300197009 - Ear problem (finding) | Acute actinic otitis externa, right ear [H60.511] | Assessed | 06/19/2018 | 06/19/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Patient appeared stable and does not appear to be a danger to himself or others.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

RTC per policy. Writer to follow up about interpreter and SMI TV.

## Patient Education

### Patient Education Notes

Patient was encouraged to seek 1:1 counseling if/when needed.

## Health Classification

Medical:  3
Mental:  3E-Not on meds > 6 months with 30 day follow-up          Prognosis:  Remission Condition
SMI:  N-No
Dental:  3-Routine Treatment Needed

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:  Mental Health Review          Review Staff:  Plocke, Martin, LCSW
Review Date:  11/05/2018          Review Time:  11:32:27

### Review Notes

Reviewed

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|------|-------|
| No Rows Found | |

**Last Updated Information:**
Date: 11/05/2018          Time: 11:32:27          User: Martin Plocke (PLOMA01)
Department: Health Services Provider          User Type: End User

Show Add History

# Exhibit 79

# (Redacted)

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: DEC 1 '18 18:16
Time:
Initials:

| | | |
|---|---|---|
| **SECCION I** | Nombre, Inicial) ██████ | ADC Number/Número de ADC ██████ | Date/Fecha 12/1/18 |

| Cell/Bed Number/Celda/Número de Cama ██████ | Unit/Unidad Catalina | P.O. Box/Apartado Postal 24409 | Institution/Facility/Instalación: ASPC Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST**(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I got dry skin and it get itchy, I have
store lotion but it's not effective as it is.
Also pretty please make sure you provide
sign language intrepreter for that appointment.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

██████ ER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

NL

Staff Signature Stamp/Firma del empleado
V. Patten, LPN

Date/Fecha

Time/Hora DEC 1 '18 18:16

**PLAN OF ACTION/PLAN DE ACCION**

Seen on NL

Staff Signature Stamp/Firma del empleado
A.Nieblas RN

Date/Fecha

Time/Hora DEC 2 '18 8:47

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

CHSS027C            # Health Services Encounter       Wednesday April 22, 2020 16:15:51

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 12/02/2018 | Start Time*: | 07:58:14 |
| End Date*: | 12/02/2018 | End Time*: | 07:58:49 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Scheduled | Encounter Close Date: | 12/02/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 08:02:19 |
| Setting*: | Clinic | | |
| Staff Member*: | Nieblas, Angel A | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-Skin | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 12/01/2018 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 12/01/2018
"I GOT DRY SKIN AND IT GET ITCHY I HAVE STORE LOTION BUT ITS NOT EFFECTIVE.  PLEASE PROVIDE A LANGUAGE INTERPRETER."

**NET - Skin: Subjective**

**Chief Complaint:** dry itchy skin **Onset Date:** Location:

○ Y       ○ N

**Have you had this problem before:** Describe: **Associated Factors:** ☐ Pain scale is now/10 at worst/10 What makes it better: What makes it worse: ☑ Redness ☑ Itching ☐ Tingling ☐ Tenderness ☐ Shave Bumps ☐ Fever ☐ Burning ☐ Swelling ☐ Rash ☐ Open or draining Describe: ☐ Recent injury to area Date: Describe: ☐ Recent exposure to allergens/irritants Date: Describe: **Current Medications: (mark all that apply)** ☐ Anticoagulants ☐ Steroids ☐ Other: ☐ Recent vaccination within last 7 days What vaccination? ☐ New medication within past 30 days What medication? **Pertinent Medical Conditions:** ☐ Eczema ☐ Shingles ☐ Diabetes ☐ MRSA ☐ Scabies ☐ Jock itch ☐ Immunocompromised ☐ Athlete's foot ☐ Decreased circulation ☐ IV drug use

Rev #: 933

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 07:59 | 98.1 | 74 | 16 | 6  2 | 190 | 130 | 85 | NA | 24.39 | 98.00 | |

**Objective Notes**

None

**NET - Skin: Objective**

**Vital Signs: Call practitioner if T>100, P>100, or SBP<100.**
○ Y          ● N

**Chronic care clinic:What Clinic(s):Location of skin condition:** ☐ Head ☐ Trunk ☐ Back ☐ Genitals ☑ R arm ☑ L arm ☐ R hand ☐ L hand ☑ R leg ☑ L leg ☐ R foot ☐ L footDescribe:**Skin:** ☑ Warm ☑ Dry ☐ Pale ☐ Yellow ☐ Cool ☐ Cold ☐ Hot ☐ Red streak ☐ Clammy ☐ Scaly ☑ Red ☐ Cracking ☐ Blisters ☐ Tender to touch ☐ Lice or nits seen ☐ Mite tunnels ☐ Fresh needle tracks ☐ BleedingDescribe: ☐ SwellingDescribe: ☐ Open areaDescribe:Size:mm ☐ DrainageAmount:Describe: ☐ OdorDescribe: ☐ Embedded foreign objectDescribe: ☐ RashSize:Describe: ☐ Nail involvementDescribe:**Tests:*** Fingerstick results are recorded in the Vital Signs section**Comments:**

Rev #: 933

---

**Assessment**

**Active Allergies/Health Problems/Conditions** (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 300197009 - Ear problem (finding) | Acute actinic otitis externa, right ear [H60.511] | Assessed | 06/19/2018 | 06/19/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

risk for impaired skin integrity.

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**          View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|

| | | Date | | | | |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Hydrocortisone HCL 1% from OTC given

**NET - Skin: Plan**

☐ Emergent Intervention**Practitioner notified:Time:If CPR or AED is initiated use Emergency Response FormEMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to: (check all that apply)** ☐ Abnormal vital signs (Rule of 100s) T>100, P>100, SBP<100☐ Uncontrolled bleeding☐ Hot, red, tender, odoriferous☐ Lacerations needing stitches☐ Isolation if suspect Shingles or Chickenpox until lesions dry☐ Abnormal fingerstick, Diabetic <70 or >240☐ Other:**Reviewed with practitioner:** ☐ MAR☐ Medical Record☐ Seen by practitioner**Name:** ☐ Contacted practitioner**Name:**

○ Y        ○ N

**Practitioner orders received:** ☐ Read back practitioners orders**Disposition:** ☐ Return to unit☐ Monitor/Observation☐ Admit to infirmary☐ Other:**Comments:** ☑ Nursing Intervention**Continuity of Care:** ☐ Hot packs☐ Referral to practitioner for open area with drainage☐ Wound care☐ Referral to practitioner for current presenting complaint☐ RICE (Rest, Ice, Compress, Elevate)☐ Referral to practitioner for multiple visits for same complaint☐ Nurse follow up scheduled☐ Referred to practitioner for evaluation of enrollment in CCC☐ Referral to practitioner for mite tunnels☐ Custody notified of special needs☐ Referral to practitioner for lice or nits☐ No further follow up needed at this time☐ Seen by practitionerName:Time: ☐ Contacted practitionerName:Time:

○ Y        ○ N

**Practitioner orders received** ☐ Read back practitioner orders**Medication:** ☐ O2 @LPM via ☑ KOP☐ Medication

a

Rev #: 933

## Patient Education

**Patient Education Notes**

Educated on POC

**NET - Skin: Education**

☑ Patient educated to contact medical if symptoms develop or worsen ☐ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care.

Rev #: 933

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  3
Mental:  3E-Not on meds > 6 months with 30 day follow-up          Prognosis:  Remission Condition
SMI:  N-No
Dental:  3-Routine Treatment Needed
**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*:  No Review Required                    Review Staff:  Unknown
**Review Notes**

None

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**
Date: 12/02/2018              Time: 08:02:19              User: Angel Nieblas (NAA1)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-L COMPLEX LEWIS | Registered Nurse |
| ASPC-L STINER UNIT I | Registered Nurse |
| ASPC-L STINER CDU | Registered Nurse |
| ASPC-L MOREY CDU | Registered Nurse |
| ASPC-L BARCHEY UNIT# | Registered Nurse |
| ASPC-L BACHMAN CDU | Registered Nurse |
| ASPC-L IPC | Registered Nurse |
| ASPC-L BUCKLEY SU | Registered Nurse |
| ASPC-L MOREY TRNST | Registered Nurse |
| ASPC-L RAST MAX | Registered Nurse |
| ASPC-L MOREY UNIT | Registered Nurse |
| ASPC-L SUNRISE UNIT | Registered Nurse |
| ASPC-L BARCHEY MDM I | Registered Nurse |
| ASPC-L EAGLE POINT # | Registered Nurse |
| ASPC-L BUCKLY UNT I | Registered Nurse |
| ASPC-L BARCHEY MED PS | Registered Nurse |
| ASPC-L RAST CLOSE | Registered Nurse |
| ASPC-L BACHMAN MDM I | Registered Nurse |
| ASPC-L BCHMN MXD 2 # | Registered Nurse |
| ASPC-L EAGLE POINT MN GP | Registered Nurse |
| ASPC-L RAST CLOSE MGMT | Registered Nurse |
| ASPC-L SUNRISE PC # | Registered Nurse |

Show Add History

# Exhibit 80

# (Redacted)

# ARIZONA D... ADC ...CTION

**Health Needs Request (HNR)**

Date

Time: DEC 6 '18 15:50

Initials

**SECTION/SECCION I**

Inmate Name/Number *(Last, First, Middle Initial)* / *(Nombre, Inicial)*

ADC Number/Número de ADC

Date/Fecha 12/5/18

Cell/Bed Number/Celda/Número de Cama

Unit/Unidad Catalina

P.O. Box/Apartado Postal 24409

Institution/Facility/Instalación: ASPC Tucson

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]*

**SECTION/SECCION II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* — Medical/Médica ☐ Dental ☐ FHA ☐
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I did seen nurse couple days ago and get anti itch cream. It's run out and didn't help alot with itch. It's bother me alot. Please give me better one not cheap anti itch cream also make sure you provide ASL Intrepreter for that appointment

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate Signature/Firma del Prisionero

**RE...INDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____
Comments/Comentarios

Scheduled ON NL

Staff Signature Stamp/Firma del empleado
V. Patten, LPN

Date/Fecha

Time/Hora
DEC 6 '18 15:50

**SECCION/SECCION IV**

**PLAN OF ACTION/PLAN DE ACCIÓN**

Provide line

Staff Signature Stamp/Firma del empleado
D. Thgiz RN

Date/Fecha 12/7/16

Time/Hora 08:00

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

CHSS027C                    # Health Services Encounter                    Wednesday April 22, 2020 16:03:53

**Encounter Header**

|  |  |  |  |
|---|---|---|---|
| Date*: | 12/07/2018 | Start Time*: | 07:50:34 |
| End Date*: | 12/07/2018 | End Time*: | 07:56:49 |
| Category: | Nursing |  |  |
| Type*: | Nurse - Sick Call - Scheduled | Encounter Close Date: | 12/07/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 08:11:46 |
| Setting*: | Clinic |  |  |
| Staff Member*: | Thayer, Darryl |  |  |
| Title: | Registered Nurse |  |  |
| Form Type: | NET-Skin |  |  |

**Subjective**

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 12/06/2018 | Nursing | Routine | Encounter Held |

**Subjective Notes**

Request Date: 12/06/2018
"I DID SEEN NURSE COUPLE DAYS AGO AND GOT ANTI ITCH CREAM. IT'S RUN OUT AND DIDNT HELP ALOT WITH ITCH. IT'S BOTHER ME ALOT. PLEASE GIVE ME BETTER ONE NOT CHEAP ANTI ITCH CREAM ALSO MAKE SURE YOU PROVIDE ASL INTREPRETER FOR THAT APPOINTMENT"

IM c/o all over itching and denies any changes to detergents, soaps, does own laundry, and keeps house clean.  Has a lotion sent from home, that he has used before

**NET - Skin: Subjective**

**Chief Complaint:** all over body itching **Onset Date:** approx 2 weeks ago Location:

◯ Y        ◉ N

**Have you had this problem before:** Describe: **Associated Factors:** ☐ Pain scale is now/10 at worst/10 What makes it better: What makes it worse: ☑ Redness ☐ Itching ☐ Tingling ☐ Tenderness ☑ Shave Bumps ☐ Fever ☐ Burning ☐ Swelling ☐ Rash ☐ Open or draining Describe: ☐ Recent injury to area Date: Describe: ☐ Recent exposure to allergens/irritants Date: Describe: **Current Medications: (mark all that apply)** ☐ Anticoagulants ☐ Steroids ☐ Other: ☐ Recent vaccination within last 7 days What vaccination? ☐ New medication within past 30 days What medication? **Pertinent Medical Conditions:** ☐ Eczema ☐ Shingles ☐ Diabetes ☐ MRSA ☐ Scabies ☐ Jock itch ☐ Immunocompromised ☐ Athlete's foot ☐ Decreased circulation ☐ IV drug use

Rev #: 933

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 08:00 | 97.9 | 55 | 18 | 6  2 | 188 | 111 | 63 | NA | 24.14 | 98.00 | |

### Objective Notes

IM ambulated into clinic on own power with no limping or gait defects noted
IM appears to be a healthy 25 yo male, sitting comfortable in the chair leaning back, calm and cooperative with no apparrant s/s of distress or SOB
IM denies any pain, N/V or general malaise at this time
VSS

AOx3 Perrla
lungs CTA with regular unlabored breathing
s1s2 + 2 rad pulse with < 2 sec cap refill
skin is reddened, with a few bumps noted.  evidence of scratching noted.  IM denies scratching until bleeds

**NET - Skin: Objective**

**Vital Signs: Call practitioner if T>100, P>100, or SBP<100.**
○ Y        ○ N

**Chronic care clinic:What Clinic(s):Location of skin condition:** ☐ Head ☑ Trunk ☑ Back ☐ Genitals ☑ R arm ☑ L arm ☐ R hand ☐ L hand ☑ R leg ☑ L leg ☐ R foot ☐ L footDescribe:**Skin:** ☑ Warm ☑ Dry ☐ Pale ☐ Yellow ☐ Cool ☐ Cold ☐ Hot ☐ Red streak ☐ Clammy ☐ Scaly ☑ Red ☐ Cracking ☐ Blisters ☐ Tender to touch ☐ Lice or nits seen ☐ Mite tunnels ☐ Fresh needle tracks ☐ BleedingDescribe: ☐ SwellingDescribe: ☐ Open areaDescribe:Size:mm ☐ DrainageAmount:Describe: ☐ OdorDescribe: ☐ Embedded foreign objectDescribe: ☐ RashSize:Describe: ☐ Nail involvementDescribe:**Tests:**\* Fingerstick results are recorded in the Vital Signs section**Comments:**

no swelling, abscess or infection, or trauma noted at this time

Rev #: 933

**Assessment**

**Active Allergies/Health Problems/Conditions** (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 300197009 - Ear problem (finding) | Acute actinic otitis externa, right ear [H60.511] | Assessed | 06/19/2018 | 06/19/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

r/f infection s/t itching and scratching all over

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**    | View MAR Summary |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 12/20/2018 | 09:00:00 | Health Services | Larson, Gregory | ASPC-T CATALINA UNIT |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

provider line

### NET - Skin: Plan

☐ Emergent Intervention**Practitioner notified:Time:If CPR or AED is initiated use Emergency Response FormEMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to: (check all that apply)** ☐ Abnormal vital signs (Rule of 100s) T>100, P>100, SBP<100☐ Uncontrolled bleeding☐ Hot, red, tender, odoriferous☐ Lacerations needing stitches☐ Isolation if suspect Shingles or Chickenpox until lesions dry☐ Abnormal fingerstick, Diabetic <70 or >240☐ Other:**Reviewed with practitioner:** ☐ MAR☐ Medical Record☐ Seen by practitioner**Name:** ☐ Contacted practitioner**Name:**

○ Y              ○ N

**Practitioner orders received:** ☐ Read back practitioners orders**Disposition:** ☐ Return to unit☐ Monitor/Observation☐ Admit to infirmary☐ Other:**Comments:** ☑ Nursing Intervention**Continuity of Care:** ☐ Hot packs☐ Referral to practitioner for open area with drainage☐ Wound care☑ Referral to practitioner for current presenting complaint☐ RICE (Rest, Ice, Compress, Elevate)☐ Referral to practitioner for multiple visits for same complaint☐ Nurse follow up scheduled☐ Referred to practitioner for evaluation of enrollment in CCC☐ Referral to practitioner for mite tunnels☐ Custody notified of special needs☐ Referral to practitioner for lice or nits☐ No further follow up needed at this time☐ Seen by practitionerName:Time:☐ Contacted practitionerName:Time:

○ Y              ○ N

**Practitioner orders received** ☐ Read back practitioner orders**Medication:** ☐ O2 @LPM via☐ KOP☐ Medication a

Rev #: 933

### Patient Education

**Patient Education Notes**

IM provided an understanding of current plan of care including calling ICS or resubmitting a HNR for worsening s/s of current c/o

**NET - Skin: Education**

☑ Patient educated to contact medical if symptoms develop or worsen ☑ Written information provided ☐ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care.

Rev #: 933

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

### Health Classification

Medical:   3
Mental:   3E-Not on meds > 6 months with 30 day follow-up      Prognosis:   Remission Condition
SMI:   N-No
Dental:   3-Routine Treatment Needed

**Classification and Security Notes**

None

### Encounter Orders Review

Review Type*:   No Review Required      Review Staff:   Unknown

**Review Notes**

None

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**
Date: 12/07/2018      Time: 08:11:46      User: Darryl Thayer (THADA01)

| Office/Facility of User on that date | Work Assignment |
| --- | --- |
| ASPC-T COMPLEX TUCSON | Registered Nurse |
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |
| ASPC-T CIMARRON CDU | Registered Nurse |
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |
| ASPC-T RESIDENTIAL MED HSG | Registered Nurse |
| ASPC-T MINORS II | Registered Nurse |
| ASPC-T MNZ MHWT | Registered Nurse |
| ASPC-T 2ND CHNC MNZ | Registered Nurse |
| ASPC-T RINCON II # | Registered Nurse |

Show Add History

# Health Services Encounter

CHSS027C

Wednesday April 22, 2020 16:04:26

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 12/20/2018 | Start Time*: | 10:37:00 |
| End Date*: | 12/20/2018 | End Time*: | 22:39:52 |
| Category: | Medical Provider | | |
| Type*: | Provider - Sick Call - Scheduled | Encounter Close Date: | 12/20/2018 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 22:53:05 |
| Setting*: | Clinic | | |
| Staff Member*: | Larson, Gregory | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

all over itchy skin for one week, denies allergies, new soap, new detergent, has not had before, worse at night
Patient denies HA, dizziness, vision symptoms, SOB, difficulty breathing, chest pain, n/v, abdominal pain or tenderness, MSK pain, extremity pain or numbness.

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

### Objective Notes

NAD, Alert Ox3
HEENT-normal skull without tenderness or deformities, ears normal, eyes perrla, nose non deformed and patent, neck supple without tenderness, thyroid normal.
CV-RRR without murmur, rub or gallop, normal S1S2
Lungs-CTA bl without wheezes, rhonchi or rales
Abdomen-Soft non-tender, active bowel sounds, no hepatosplenomegaly. No hernia
MSK-no pain or deformities noted
Skin-Dry intact without lesions, sores, rash
Extremities-MAE equal strength, and cms intact

## Assessment

### Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| L30.9 | Dermatitis, unspecified |

## Active Allergies/Health Problems/Conditions (1 - 11 of 11)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 300197009 - Ear problem (finding) | Acute actinic otitis externa, right ear [H60.511] | Assessed | 06/19/2018 | 06/19/2018 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 12/20/2018 | 12/20/2018 |

**Assessment Notes**

dermatitis

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| HYDROXYZINE PAMOATE CAPS (Vistaril)/25 Mg | RxNorm: 995253 - Hydroxyzine Pamoate 25 MG Oral Capsule; | 12/20/2018 | 1 | THREE TIMES DAILY AS NEEDED | 01/18/2019 | Discontinued - Inmate Released |
| HYDROCORTISONE LOT (120ML) LOTN (Hytone)/1% | RxNorm: 103403 - hydrocortisone 1 % Topical Lotion; 1086950 - Hydrocortisone 10 MG/... | 12/20/2018 | 1 | EVERY EVENING | 01/02/2019 | Order Discontinued at Pharmacy Vendor (DR) |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

Rx

---

**Patient Education**

**Patient Education Notes**

medication

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  3
Mental:   3E-Not on meds > 6 months with 30 day follow-up      Prognosis:  Remission Condition
SMI:  N-No
Dental:  3-Routine Treatment Needed

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  No Review Required      Review Staff:  Generic, Clinic Nurse

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 12/20/2018        Time: 22:53:05        User: Gregory Larson (LARGR01)

**Office/Facility of User on that date**        **Work Assignment**
ASPC-T COMPLEX TUCSON        Nurse Practitioner
ASPC-T RINCON I        Nurse Practitioner
ASPC-T SANTA RITA        Nurse Practitioner

| | |
|---|---|
| ASPC-T COMPLEX CDU | Nurse Practitioner |
| ASPC-T MINORS I | Nurse Practitioner |
| ASPC-T CIMARRON I | Nurse Practitioner |
| ASPC-T CIMARRON CDU | Nurse Practitioner |
| ASPC-T MANZANITA | Nurse Practitioner |
| ASPC-T MANZANITA CDU | Nurse Practitioner |
| ASPC-T WINCHESTR CDU | Nurse Practitioner |
| ASPC-T RINCON IPC | Nurse Practitioner |
| ASPC-T MANZANITA SNU | Nurse Practitioner |
| ASPC-T CIM TRNST | Nurse Practitioner |
| ASPC-T CIMARRON II | Nurse Practitioner |
| ASPC-T MINORS RCPTN | Nurse Practitioner |
| ASPC-T RINCON MHW | Nurse Practitioner |
| ASPC-T RINCON MHU | Nurse Practitioner |
| ASPC-T CATALINA UNIT | Nurse Practitioner |
| ASPC-T WHETSTONE | Nurse Practitioner |
| ASPC-T MINORS | Nurse Practitioner |
| ASPC-T WINCHESTER GP | Nurse Practitioner |
| ASPC-T RINCON SNU | Nurse Practitioner |
| ASPC-T CIM ICE TRNST | Nurse Practitioner |
| ASPC-T RESIDENTIAL MED HSG | Nurse Practitioner |
| ASPC-T MNZ MHWT | Nurse Practitioner |
| ASPC-T 2ND CHNC MNZ | Nurse Practitioner |
| ASPC-T RINCON II # | Nurse Practitioner |

Show Add History

# Exhibit 81

# (Redacted)

**ARIZONA D[...] RTMENT [...] CTIONS**

**Health Needs Request (HNR)**

Time: DEC 24 '18 15:09
Initials: SH

| SECTION/SECCION I | | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|---|
| [redacted] *ombre, Inicial)* | | [redacted] | 12/23/18 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| [redacted] | Catalina | 24409 | Tucson |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☑ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* ___

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I need few days off from work in kitchendue to headaches, stomach upset, running nose, and diarrhea. Please make sure you provide ASL intrepreter on appointment due to policy D.O. 704.15 (1.1)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

[...] CE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA [...] EJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* ___

Comments/Comentarios
Scheduled on NL

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *[signature]* S. Hall, LPN | | DEC 24 '18 15:09 |

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
SND ISSUED for 1/2 day Lay-In

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *[signature]* R. Marroquin, RN | | DEC 25 '18 8:30 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

CHSS027C        # Health Services Encounter        Wednesday April 22, 2020 16:16:26

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 12/27/2018 | Start Time*: | 16:16:44 |
| End Date*: | 12/27/2018 | End Time*: | 16:17:12 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Unscheduled | Encounter Close Date: | 12/27/2018 |
| Location*: | ASPC-T CATALINA UNIT [C35] | Encounter Close Time: | 16:33:39 |
| Setting*: | Clinic | | |
| Staff Member*: | Marroquin, Keith | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-Upper Respiratory Symptoms | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 12/24/2018 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 12/24/2018
I need a few days off from work in kitchen due to headaches, stomach upset, runny nose, and diarrhea. Please make sure you provide ASL interpreter on appointment due to policy D.O. 704.15 (1.1)

**NET - Upper Respiratory Symptoms: Subjective**

**Chief Complaint:**ha**Onset Date:**

○ Positive                                              ○ Negative

**Last documented TB Test:**Result:**Last CXR:Associated Factors:** ☐ Nasal redness ☐ Nasal congestion ☐ Fever ☐ Chills ☐ Nasal drainageDescribe: ☐ Foul breath ☐ Nausea ☐ Vomiting ☐ Headachelocation: ☐ Ear pain: ☐ Left ☐ RightNow:/10Worst:/10 ☐ Ear drainage: ☐ Left ☐ RightDescribe: ☐ Sore throat ☐ Difficulty swallowing how long: ☐ SOB: ☐ At rest ☐ Talking ☐ Walking

○ Productive                              ○ Nonproductive                                        ○ Purulent

☐ Cough:Describe: ☐ Generalized aches/pains ☐ Extreme fatigue ☐ Night sweats ☐ Weight loss ☐ Coughing up blood**If yes to coughing up blood or any 2 (fever, weight loss, night sweats), place face mask or airborneinfection isolation.Precipitating Factors:** ☐ Exercise ☐ Respiratory infection ☐ Smoking ☐ Stress ☐ Weather change ☐ Inhaled allergen/irritant**Current Medications: (mark all that apply)** ☐ Controller (Steroids) inhalerFrequency:Last use: ☐ Rescue inhalerFrequency:Last use: ☐ Nebulizer treatmentFrequency:Last use: ☐ Oral Steroids ☐ Other: ☐ New medications within past 30 days:**Pertinent Medical Conditions:** ☐ CHF ☐ Immunocompromised ☐ Steroid use ☐ Diabetes ☐ COPD ☐ Asthma ☐ Pneumonia ☐ Treatment for LTBI ☐ Hospitalization for influenza ☐ Exposure to smokeDescribe: ☐ Recent flu shot

Rev #: 934

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 16:17 | 96.8 | 66 | 12 | 6 2 | 188 | 118 | 68 | NA | 24.14 | 98.00 | Vital signs within normal limits |

**Objective Notes**

See nursing assessment note

**NET – Upper Respiratory Symptoms: Objective**

**Vital signs: Call practitioner if T>100, P>100, or SBP<100.**

○ Y          ◉ N

**Chronic care clinic:What Clinic(s):**☐ Quiet chest, acute respiratory distress***IMMEDIATE CALL TO PRACTITIONER*Eyes:**☑ Normal☐ Watery☐ Red☐ Pale☐ Swollen☐ DrainageDescribe:**Ears:**☑ Normal☐ Drainage☐ Left☐ RightDescribe:**Nose:**☑ Normal☐ Red☐ Swollen☐ DrainageDescribe:**Throat:**☑ Normal☐ Red☐ White spots☐ Swelling☐ Exudates☐ Bad breathDescribe:**Neck:**

◉ Y          ○ N

SuppleIf not, describe:**Respiratory:**☑ Normal☐ SOB☐ Accessory muscle use☐ Retractions☐ Labored☐ Sputum productionDescribe:**Lung sounds:**R Lung☑ Clear☐ Wheezing☐ Diminished☐ WetL Lung☑ Clear☐ Wheezing☐ Diminished☐ Wet**Skin:**☑ Warm☑ Dry☐ Pale☐ Cold☐ Clammy☐ Sweaty**Baseline PEFR:**1)2)3)**Post treatment exam time:**Pulse Ox%☐ RA☐ O2/LPM**Lung sounds:**R Lung☑ Clear☐ Wheezing☐ Diminished☐ WetL Lung☑ Clear☐ Wheezing☐ Diminished☐ Wet**Post treatment PEFR:**1)2)3)**Test:*** Fingerstick results are recorded in the Vital Signs section**Comments:**

Rev #: 934

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 12 of 12)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 300197009 - Ear problem (finding) | Acute actinic otitis externa, right ear [H60.511] | Assessed | 06/19/2018 | 06/19/2018 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 12/20/2018 | 12/20/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Inmate AOx4 with no obvious cognitive deficits noted; Normal affect noted; Calm, courteous and cooperative; Able to follow complex commands and answers appropriately; Voice clear; No visual deficits noted or reported; Pupils =, reactive, consensual and tracking normally; No hearing deficits noted or reported; Timpani normal; No dental issues reported; Oral cavity and throat normal; No neurologic issues reported; No nausea or vomiting reported. No numbness or tingling reported. No sensation deficits reported; No gross or fine motor or balance deficits noted or reported; Up right posture and steady gait observed; Neck supple. No cardiac abnormalities noted or reported; Good cap refill x 4; Strong and regular pulse palpated; Afebrile; No edema; No pulmonary deficits noted or reported; Clear throughout; No s/s of SOB; Normal breath sounds assessed; SPO2 98% in RA; No GI/GU issues noted or reported; Normal bowel sounds x 4; Non-tender; Normal BM and urination reported; Skin integrity intact; warm and dry. No other pain reported. All vital signs are stable and within normal

limits. Inmate reports no anxiety or thoughts of SI/HI. No other remarkable assessment findings. Inmate reports feeling lethargic, cough, runny nose, ha; Inmate is displaying these symptoms during encounter.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| | | | No Rows Found | |

### Active Drug Prescription Orders (1 - 2 of 2)

> View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| HYDROXYZINE PAMOATE CAPS (Vistaril)/25 Mg | RxNorm: 995253 - Hydroxyzine Pamoate 25 MG Oral Capsule; | 12/20/2018 | 1 | THREE TIMES DAILY AS NEEDED | 01/18/2019 | Received from Pharmacy |
| HYDROCORTISONE LOT (120ML) LOTN (Hytone)/1% | RxNorm: 103403 - hydrocortisone 1 % Topical Lotion; 1086950 - Hydrocortisone 10 MG/... | 12/20/2018 | 1 | EVERY EVENING | 01/02/2019 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| | | | No Rows Found | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| | | No Rows Found | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| | No Rows Found | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| | No Rows Found | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| | | No Rows Found | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| | No Rows Found | |

### Other Actions/Procedures (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Medical ADA Restrictions/Special Needs | No Duty | 12/27/2018 | 01/25/2019 | No duty for 2 days. Inmate has flu like symptoms. EXP on 12/18/2018<br><br>Other Action/Procedure systematically discontinued due to patient release |

### Plan Notes

SNO dispensed

**NET – Upper Respiratory Symptoms: Plan**

☐ Emergent Intervention**Practitioner notified:If CPR or AED is initiated use Emergency Response FormEMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to: (check all that apply)** ☐ Abnormal vital signs (Rule of 100s) T>100, P>100, SBP<100☐ *Quiet chest acute respiratory distress☐ Pulse Ox <93% ☐ PEFR <200☐ Unable to swallow ☐ Positive TB Screen☐ Purulent drainage or exudates☐ Nausea/vomiting >24 hours☐ Wheezing with no prior history ☐ Symptoms not improved after nebulizer treatment☐ Persistent cough with yellow or green sputum☐ Abnormal fingerstick, Diabetic <70 or >240☐ Other:**Reviewed with practitioner:** ☐ MAR☐ Medical Record☐ Seen by practitioner**Name:** ☐ Contacted practitioner**Name:**

**Practitioner Orders Received:** ☐ Read back practitioners orders**Disposition:** ☐ Return to unit☐ Monitor/Observation ☐ Admit to infirmary ☐ Other:**Comments:** ☐ Nursing Intervention**Continuity of Care:** ☐ Warm salt water gargles PRN ☐ Advise rest and increase oral fluid intake☐ Nebulizer treatment if order for PRN**Time:** ☐ Restrict activity till symptoms abate☐ Nurse follow up scheduled☐ Referral to practitioner for current presenting complaint☐ Referral to practitioner for multiple visits for same complaint☐ Custody notified of special needs☐ No further follow up needed at this time☐ Seen by practitioner**Name:Time:** ☐ Contacted practitioner**Name:Time:**

☐ Y                                              ☐ N

**P**ractitioner Orders Received: ☐ Read back practitioners orders **Medication** ☐ O2 @12N/min ☐ OTC medication per site g                                                                                                                                      l ☐
l

Rev #: 934

---

**Patient Education**

### Patient Education Notes

Inmate instructed to contact medical staff if condition worsens

### NET - Upper Respiratory Symptoms: Education

☑ Patient educated to contact medical if symptoms develop or worsen ☐ Education given ☐ Written information provided
☑ Verbal education given ☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for follow-up care.

Rev #: 934

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical: 3
Mental: 3E-Not on meds > 6 months with 30 day follow-up      Prognosis: Remission Condition
SMI: N-No
Dental: 3-Routine Treatment Needed
**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  No Review Required      Review Staff:  Unknown
**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**
Date: 12/27/2018      Time: 16:33:39      User: Keith Marroquin (MARKE01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-T COMPLEX TUCSON | Registered Nurse |
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |
| ASPC-T CIMARRON CDU | Registered Nurse |
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |
| ASPC-T RESIDENTIAL MED HSG | Registered Nurse |
| ASPC-T MINORS II | Registered Nurse |
| ASPC-T MNZ MHWT | Registered Nurse |
| ASPC-T 2ND CHNC MNZ | Registered Nurse |
| ASPC-T MINORS FEMALE | Registered Nurse |

Show Add History

Exhibit 82

CHSS027C        # Health Services Encounter      Wednesday April 22, 2020 16:17:38

## Encounter Header

| | |
|---|---|
| Date*: | 01/24/2019 |
| End Date*: | 01/24/2019 |
| Category: | Mental Health |
| Type*: | MH - Individual Counseling |
| Location*: | ASPC-T CATALINA UNIT  [C35] |
| Setting*: | Clinic |
| Staff Member*: | Hart, Athena |
| Title: | Psych Associate Licensed |
| Form Type: | Mental Health Progress Note |

Start Time*: 07:42:06
End Time*: 07:42:35

Encounter Close Date: 01/24/2019
Encounter Close Time: 07:44:54

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

****Late Entry for 1/23/19 at approx. 1015****

IM was seen in a confidential setting for his three month contact. IM and writer communicated by writing back and forth. IM stated that he is doing well and not taking any medication. IM states that he has had some anxiety and difficulty sleeping because he gets released Friday. IM states that he is afraid of all the people that will be around when he gets out. IM states that he understands it will be an adjustment and knows where to go to get help. IM denies SI/HI/AVH. IM MH score to be changed to MH2. IM understands how to return to services if needed.

### Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
  ○ Y            ○ N:
**Medication compliant:** no psych medications
  ○ N            ○ Y:
**Side effects:Inmate Comments/Chief Complaint:**

Rev #: 730

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| Not Taken | | | | | | | | | | | |

**Objective Notes**

See MSE below:

**Mental Status Exam - Objective**

**Orientation:**

◉ Y                              ○ N

◉ Y                              ○ N

◉ Y                              ○ N

◉ Y                              ○ N

PersonPlaceTimeSituation

○ Poor                  ○ Fair                  ◉ Good

**Insight:**

○ Poor                  ○ Fair                  ◉ Good

**Judgment:**

○ Poor                  ○ Fair                  ○ Good

**Sleep:**

○ Poor                  ○ Fair                  ○ Good

**Appetite:**

○ N                              ○ Y:

**Abnormal movements:**

○ N                              ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene ☑ Calm & cooperative ☐ Angry/agitated ☐ Normal social rhythm ☐ Guarded ☐ Other:**Mood/Affect:** ☑ Stable affect/mood congruent ☐ Flat ☐ Expansive ☐ Dysphoric ☐ Euthymic mood ☐ Other:**Speech:** ☐ Unremarkable ☐ Pressured ☐ Loud ☐ Soft spoken ☐ Difficult to interrupt ☐ Other:**Thought Form:** ☐ Goal directed ☐ Logical ☑ Coherent ☐ Circumstantial ☐ Perseverative ☐ Obsessional ☐ Loosely associated ☐ Tangential ☐ Fragmented ☐ Other:**Thought Content:** ☑ No evident psychosis ☐ Delusional content ☐ Flight of ideas ☐ Ideas of reference ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Paranoia ☐ Other:**Cognitive functioning:** ☑ No gross cognitive deficits apparent ☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance): ☐ Other:

Rev #: 730

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 12 of 12)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | Vicodin | | | Patient Reported | 05/22/2017 | 09/22/2008 |
| 002 | Other Diagnosis | Other Diagnosis | SNOMED: 95828007 - Congenital deafness (disorder) | Transient ischemic deafness, bilateral [H93.013] | Assessed | 05/22/2017 | 05/22/2017 |
| 003 | Mental Health | Mental Health | SNOMED: 197480006 - Anxiety disorder (disorder) | Anxiety disorder, unspecified [F41.9] | Assessed | 06/09/2017 | 06/09/2017 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 207759004 - Closed fracture of mandible, angle of jaw (disorder) | Fracture of angle of mandible, initial encounter for closed fracture [S02.65XA] | Assessed | 07/17/2017 | 07/17/2017 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 08/21/2017 | 08/21/2017 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 431521000 - 431521000 | Acute pain due to trauma [G89.11] | Assessed | 09/21/2017 | 09/21/2017 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Disruptive mood dysregulation disorder [F34.8] | Assessed | 10/13/2017 | 10/13/2017 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 274667000 - Jaw pain (finding) | Jaw pain [R68.84] | Assessed | 02/13/2018 | 02/13/2018 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 165358000 - Test result to patient personally (situation) | Person consulting for explanation of examination or test findings [Z71.2] | Assessed | 03/09/2018 | 03/09/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 170536002 - Vaccination required (finding) | Encounter for immunization [Z23] | Assessed | 03/09/2018 | 03/09/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 300197009 - Ear problem (finding) | Acute actinic otitis externa, right ear [H60.511] | Assessed | 06/19/2018 | 06/19/2018 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 12/20/2018 | 12/20/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

IM is currently stable with no acute mental health concerns. IM is not DTS/DTO at this time.

### Mental Health Progress Note - Assessment

○ Stable
○ Minimal improvement
○ Moderate improvement
○ Unchanged from last follow-up
○ Other:

**Assessment:Provisional Diagnosis:**Disruptive mood dysregulation disorder [F34.8]

○ N                          ○ Y:

**Diagnosis:**

Rev #: 730

---

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

HNR if need to return to services. MH score to be changed to MH2.

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):

○ N                   ○ Y:

Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**

○ N                   ○ Y

**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**

○ N                   ○ Y

**Next appointment entered into this encounter?**

Rev #: 730

---

**Patient Education**

**Patient Education Notes**

Reviewed mental health symptoms and HNR process

---

**Health Classification**

Medical: 3

Mental: 2-Previously received MH services           Prognosis:   Remission Condition

SMI:   N-No

Dental:   3-Routine Treatment Needed

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:   No Review Required          Review Staff:   Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
| --- | --- |
| No Rows Found | |

**Last Updated Information:**

Date: 01/24/2019                    Time: 07:44:54                    User: Athena Hart (WOOAT01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T RINCON I | Psych Associate Licensed |
| ASPC-T SANTA RITA | Psych Associate Licensed |
| ASPC-T COMPLEX CDU | Psych Associate Licensed |
| ASPC-T MINORS I | Psych Associate Licensed |
| ASPC-T CIMARRON I | Psych Associate Licensed |
| ASPC-T CIMARRON CDU | Psych Associate Licensed |
| ASPC-T MANZANITA | Psych Associate Licensed |
| ASPC-T MANZANITA CDU | Psych Associate Licensed |
| ASPC-T WINCHESTR CDU | Psych Associate Licensed |
| ASPC-T RINCON IPC | Psych Associate Licensed |
| ASPC-T MANZANITA SNU | Psych Associate Licensed |
| ASPC-T CIM TRNST | Psych Associate Licensed |
| ASPC-T CIMARRON II | Psych Associate Licensed |
| ASPC-T RINCON MHW | Psych Associate Licensed |
| ASPC-T RINCON MHU | Psych Associate Licensed |
| ASPC-T CATALINA UNIT | Psych Associate Licensed |
| ASPC-T WHETSTONE | Psych Associate Licensed |
| ASPC-T MINORS | Psych Associate Licensed |
| ASPC-T WINCHESTER GP | Psych Associate Licensed |
| ASPC-T RINCON SNU | Psych Associate Licensed |
| ASPC-T CIM ICE TRNST | Psych Associate Licensed |
| ASPC-T RESIDENTIAL MED HSG | Psych Associate Licensed |
| ASPC-T MNZ MHWT | Psych Associate Licensed |
| ASPC-T 2ND CHNC MNZ | Psych Associate Licensed |
| ASPC-T RINCON II # | Psych Associate Licensed |

Show Add History

Exhibit 83

(Redacted)

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,
Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. 2:12-cv-00601-ROS<br><br>**DECLARATION OF** ███<br>████ |

1    I, ███████████, declare:

2    1.    I am a prisoner in the custody of the Arizona Department of Corrections (ADC).

3    My ADC number is ██████ I have been in ADC custody since October 2014. I am now

4    housed at ASPC-Tucson Complex, in the Catalina Unit.

5    2.    I am over the age of 18 and if called as a witness, I would and I could testify

6    competently to the facts listed below, all of which are within my personal knowledge.

7    3.    I am completely deaf.  I cannot hear spoken words or environmental noises, such

8    as alarms or sirens.   I do not have any residual hearing. I do not use hearing aids.

9    4.    I was born deaf. I am "deaf of deaf," which means I was born deaf in a deaf family.

10   I am eighth generation deaf.

11   5.    American Sign Language (ASL) is my first, primary, and preferred language.

12   6.    I grew up communicating with my family in ASL.  My mom was the first person

13   to teach me signs.  In the beginning, she taught me home signs, which are signs that we

14   made up or modified to use at home.  She then began to teach me ASL.   My immediate

15   family members are deaf, except for my dad.  He is hard of hearing, but he is fluent in

16   ASL and communicates with me in ASL.

17   7.    I completed high school through Grade 11.

18   8.    I was educated in ASL.  For about one year, I attended the California School for

19   the Deaf (CSD) in Fremont, California.  That school taught all classes in ASL. I received

20   all formal education in ASL at the California School for the Deaf. For the rest of my

21   education, I went to public schools and attended regular classes, in which the school

22   district provided me an ASL interpreter for the full school day. The ASL interpreter

23   interpreted all class information, communications during class, and any other school-

24   related communications.  My ASL interpreter in school also educated me about ASL.

25   9.    I am fluent in ASL and can understand complex communication in ASL, including

26   information about medical conditions, treatment, diagnoses, testing, and risks and

27   benefits of treatment.

28                                          2

10.     I sign to communicate.  I do not vocalize English words when communicating with non-deaf individuals.

11.     While in the community, I requested and used ASL interpreters, either in-person or remotely through Video Remote Interpreting (VRI), during medical appointments.

12.     When I was in the custody of the California Department of Corrections and Rehabilitation (CDCR) and in California prison, I used professional ASL interpreters for medical appointments. CDCR always provided a professional ASL interpreter for all my medical appointments.

13.     When I entered ADC's custody in the Alhambra Unit, ADC did not ask me for my primary language or preferred language.  ADC did not perform any assessment of my ability to communicate in English.

14.     During intake, I wrote a note to ADC healthcare staff that I was deaf and asked for an ASL interpreter, but staff did not provide an interpreter for intake.  All intake information collected by healthcare staff was obtained by having me read information on a paper and indicating "yes" or "no" by nodding or shaking my head. I did not understand a lot of the vocabulary in the medical questionnaire when I read it and had to guess.

15.     Since intake, ADC healthcare staff have not asked about my primary language or my preferred language.  I have never been provided an ASL interpreter for any of my healthcare encounters at ADC.

16.     During healthcare encounters at ADC, ADC has either attempted to use an unqualified fellow incarcerated person to interpret, used written English notes, or simply ignored that I could not hear and talked to me.  None of these methods provide me with effective communication during healthcare encounters because my first and primary language in ASL, and I am not fluent in English.

17.     In my dental visit described below, ADC used ▮▮▮▮▮▮▮▮ an incarcerated person, to interpret communications.  After this visit, I told healthcare personnel that I did not want to use an incarcerated person for any future medical visits. ▮▮▮▮▮▮▮

3

knows some basic signs and can fingerspell English words.  But he is not fluent in ASL. He can sign simple sentences, such as, "How are you?" but he does not know how to translate English into ASL.  ASL is an entirely different language from English, with different vocabulary, sentence order, grammar and other rules.  There is not an English word for every sign or a sign for every English word.  ██████████ is not fluent or proficient in ASL to convey complex information or medical information.

18.    I do not believe I can be provided effective communications by having any incarcerated person to translate during healthcare encounters because they are not impartial.  Incarcerated persons may not accurately interpret information for me, like ASL interpreters are required to do, because of their personal relationship with me and their unwillingness to convey news that makes them uncomfortable, or that they find too personal or revealing.

19.    When an incarcerated person is also under ADC custody, I do not feel comfortable that they can interpret the information impartially for many reasons.  They have their own interests, such as whether they fear voicing my complaints to ADC or want to appear as if they are more skilled in signing than they might actually be.

20.    I do not believe I can be provided effective communications by having any incarcerated person translate during healthcare encounters because they are not subject to the same ethical requirements of ASL interpreters.  A licensed ASL interpreter is required to keep communications confidential. In medical discussions with an ASL interpreter, I would be able to have complete confidentiality like other incarcerated persons because both the medical staff and ASL interpreter are required to keep my information confidential, but an incarcerated person is not required to do the same and can tell my private medical information to anyone he chooses.   Other non-deaf incarcerated persons are not required to sacrifice confidentiality to achieve effective communication during a healthcare encounter.  It puts me at risk when other incarcerated persons know my healthcare information.  If an incarcerated person who interprets for

1  me tells other incarcerated persons about my healthcare concerns, another incarcerated
2  person could use that information against me.

3  21.    I would be uncomfortable sharing sensitive, personal information with medical
4  staff if another incarcerated person was there and could have access to all the information
5  I was sharing.

6  22.    In some encounters, healthcare staff wrote notes to attempt to communicate with
7  me.  Handwritten notes are not an effective way for me to communicate with medical
8  staff because I am not fluent in reading and writing in English.  I am only comfortable
9  communicating about very basic information in writing in English.  I understand only
10 basic written English and can only write responses in basic English.  I am not able to
11 understand complex information in English, including medical information about health
12 conditions, treatment, testing, diagnosis, and risks and benefits of treatment and
13 medication.    For me, communication in English leads to misunderstandings and
14 miscommunication.  Because of the language differences, I may not even know that a
15 misunderstanding has occurred.

16 23.    I do not recall whether the public school assessed my proficiency in reading and
17 writing in English because I always had an ASL interpreter to translate information from
18 English to ASL.

19 24.    ADC did require that I take a test called the "TABE" because I had not graduated
20 high school.  I believe an ADC staff person told me that I scored at about 3.5 grade level
21 on the TABE.   During the TABE, I read written material in English and answered
22 questions.  ADC did not provide an ASL interpreter during the test.  I recall a lot of the
23 English vocabulary in the TABE was not familiar.

24 25.    In August 2018, I had a terrible toothache that was a 10 on a scale of 0-10 with 10
25 being the most painful.  On August 20, 2018, I filled out a Health Needs Request (HNR)
26 form.  I wrote in the HNR that I am deaf and cannot hear or talk and need sign language.
27 I was seen on August 21, 2018, and no interpreter was present.  I was upset that there was

28

1  no interpreter.  The healthcare staff that they would try to write notes to me or get an

2  incarcerated person to translate.

3  26.    Healthcare staff used ▮▮▮▮▮▮▮ an incarcerated person, to interpret for that

4  appointment, but he did not know enough signs to be able to effectively translate my

5  questions or concerns or convey responses to my questions.  The healthcare staff made

6  up a sign to show a pulling motion, which is how I knew they planned to pull my tooth.

7  I wanted to know why they could not do anything other than pull it.  I did not want my

8  tooth pulled.  I could not make myself understood and I could not understand why there

9  were no other choices.  In the end, all I knew was they were going to pull the tooth.  The

10  pain was so bad that I allowed them to pull the tooth without understanding any options

11  and the risks and benefits of having a tooth pulled rather than fixed.

12  27.    The healthcare personnel pulled my tooth on August 28, 2018. ▮▮▮▮▮▮▮ was

13  present but he did not translate any information about the procedure.

14  28.    I was given a medication for the tooth extraction.  The only information that I had

15  about the medication was the information on the medication itself. The staff did not

16  provide any patient education or instructions about taking the medication.  I did not ask

17  any questions because I knew that ▮▮▮▮▮▮▮ was not able to effectively translate my

18  questions or their answers.  I just took the pill bottle and tried to read and understand the

19  directions on my own.  And while I understood the directions, I did not get to ask

20  questions about what side effects to expect and whether I would likely need to refill it.

21  29.    After the August 2018 visit, I do not recall that ADC used ▮▮▮▮▮▮▮ at any of

22  my appointments because I believed he had left the facility.

23  30.    On December 24, 2018, I filled out an HNR because I was not feeling well.  I had

24  the following symptoms: upset stomach, headache, a suspicious bump in my mouth, and

25  dry skin on both feet.  In the HNR, I wrote, "Please make sure you provide (American

26  Sign Language interpreter) on appointment due to Policy D.O. 704.15."  I was very

27

28

1  concerned about the sore in my mouth and wanted an oral cancer screening. I had been

2  a smoker for many years and was worried it could be cancer of the mouth.

3  31.      When I was seen on December 25, 2018, I wrote down, "Where is the

4  interpreter?" The nurse, RN Thayer, wrote a note to me that there was no ASL interpreter.

5  I asked him to provide a copy of that note but he refused to do so. The health care staff

6  offered to allow me to use a TTY to communicate during the visit.

7  32.      The healthcare staff wanted to use the TTY for a purpose it is not intended for—

8  to have a face-to-face communication.  Instead of calling another individual, the

9  healthcare staff wanted us to sit side-by-side and take turns typing on the TTY keyboard

10  and reading the screen or printout.

11  33.      Even if the TTY was intended for face-to-face communications, which it is not,

12  the TTY is an obsolete phone for people who are deaf to make telephone calls to hearing

13  people. The deaf person types a message (in English) on a keyboard to the hearing person

14  and the hearing person types a message back (in English). If the hearing person is using

15  a regular phone, the hearing person will speak the message as if they were talking to

16  another hearing person, and a relay operator will type that into English. When the person

17  is done, they type "GA" (or say "Go Ahead") for the next person to begin.  The deaf

18  person then reads the written English message. The communication is entirely in English.

19  In the community, videophones have replaced TTYs. Most deaf people do not use a TTY

20  anymore.   Using the TTY produces a scroll of paper with the written English

21  communication exchanges.  I tried to explain that the TTY is not effective for our

22  healthcare communications because it is essentially the same as writing notes, except that

23  the information is typed. I tried to explain that I am not able to communicate effectively

24  using written English.  Videophones allow people to communicate using ASL.

25  34.      I refused to use the TTY to communicate for the health care appointment.  It is

26  really difficult to explain your communication needs without an ASL interpreter.  It

27

28
                                              7

1  means I have to read and write notes in English to explain why English is not an effective

2  way for me to communicate or receive communications about my healthcare.

3  35.    I was examined on December 25, 2018, but no one explained to me the results of

4  the examination of my mouth. They looked in my mouth, but no one told me if it looked

5  like oral cancer, if testing should be done, if there was testing to check if it was cancer,

6  and what to look for and report in the future. A female nurse did try and fingerspell some

7  information to me and I appreciate that she was trying to communicate, but fingerspelling

8  some words is not the same as communicating in ASL. She used the hand signs for the

9  the letters of the alphabet to spell out English words. Fingerspelling provides limited

10  information. It would be the same as if a hearing person went to the doctor's office and

11  they spelled out isolated words letter-by-letter rather than have a conversation with you

12  about your symptoms, history, and reasons for requesting the appointment.

13  36.    ~~To date, I have not received any follow up about the oral cancer screening.~~ I still

14  have the same spot in my mouth. It has not disappeared or healed. However, it is difficult

15  for me to examine the inside of my own mouth. Healthcare staff told me in a note that I

16  would have a consultation about my mouth in early March and that the visit would be

17  through video. I told them I would need a sign language interpreter, ~~but no one has gotten~~

18  ~~back to me about my request and the appointment has not occurred.~~ *

19  37.    On December 29, 2018, I filled out an HNR because I was experiencing left arm

20  pain. I have a history of a gunshot injury in my left arm and there was pain. I wanted to

21  get it checked out. I wrote on the HNR that I am deaf to give ADC notice that I would

22  need an ASL interpreter.

23  38.    On December 30, 2018, I arrived to see the nurse. There was no interpreter. They

24  gave me a form and asked me to sign it. I did not fully understand the form, but I did not

25  intend to refuse healthcare services. Plaintiffs' counsel, through an ASL interpreter,

26  showed the form to me and explained what it meant. It is attached as Exhibit A. I did

27  not know that was what the form was and thought I was instead refusing for an to

28  * Recently, I saw a doctor at Banner Hospital-South Campus who, using VRI, examined my mouth, explained my condition, and treatment options. With VRI, I understood the communication.

KP

KP

KP

KP

*go forward until there was an*

1  ~~unqualified incarcerated person to~~ interpret *with an interpreter* for me but could still have a medical

2  examination. The healthcare staff did not examine me about the pain in my left arm. I

3  continue to experience left arm pain.

4  39.     On January 29, 2019, I filled out an HNR to ask that a television be provided as a

5  way to address the loneliness and isolation that I experience as a deaf individual in prison.

6  40.     On January 31, 2019, a nurse saw me about the HNR. There was no interpreter

7  present. Only basic communication was exchanged using notes.   Without an ASL

8  interpreter, I could not really explain my feelings of loneliness and isolation and what it

9  is like to be deprived constantly of language. I wanted to be able to explain how it is

10  different for me as a deaf individual to deal with the boredom in prison because, unlike

11  non-deaf incarcerated persons, I cannot relieve the boredom by purchasing inexpensive

12  CD players or radios. I need a TV with captions, but TVs are more expensive and must

13  be purchased from our inmate accounts. I wanted to explain that I get so lonely and bored

14  that it feels like it is driving me crazy.   Although there are some TVs in common area,

15  often times the other individuals housed in my unit want the captions turned off because

16  they feel it affects their enjoyment. The nurse did not approve the television. They wrote

17  a note that they referred me for a visit with the psychologist, but I have not seen the

18  psychologist yet.  I never did see a psychologist, but even if I had been provided a visit

19  with a psychologist, it will not have been useful without an ASL interpreter.

20  41.     Although I do not recall the exact date, ADC did provide a television for my cell

21  in March 2019.

22  42.     Recently, in March 2019, Correction Officer III Caylor asked ███████████

23  a fellow incarcerated person who is also deaf, and me to help set up a new TTY for use

24  in medical. Using notes, I told COIII Caylor and the nurse that was present that I still

25  need an ASL interpreter. I wrote a note to explain that a TTY is the same as writing on

26  a piece of paper and it is not effective for me.  The nurse wrote that the TTY was

27  temporary. She indicated thumbs up about the TTY and I indicated thumbs down.

28

43.   ~~Plaintiffs' counsel showed me documents, attached as Exhibit B and C, which the sign language interpreter translated for me. I was not provided any patient education and if I had been provided patient education it would have required a sign language interpreter for me to understand.~~

44.   This declaration was taken, written, and read to me with the assistance of a qualified sign language interpreter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 22, 2019 in Tucson, Arizona.

# Exhibit 84

# (Redacted)

Kathleen E. Brody (Bar No. 026331)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: kbrody@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. 2:12-cv-00601-ROS |
| Plaintiffs, | **DECLARATION OF GAIL MASEK** |
| v. | |
| Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, GAIL MASEK, declare:

1.  I am a sign language interpreter, employed by Arizona Freelance Interpreting Services. I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.  I am a licensed sign language interpreter in the state of Arizona, and hold a Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing. My license is current through March 7, 2020, and my license number is GM0731223.

3.  On March 1, 2019, March 26, 2019, and April 22, 2019, I provided sign language interpretation services for ███████, who communicates using American Sign Language as his primary method of communication, when he met with Rose Daly-Rooney, attorney at the Arizona Center for Disability Law (ACDL).

4.  I interpreted during ACDL's interviews of ███████, and communicated the contents of ███████ declaration to ███████ by translating the declaration from English into American Sign Language.

5.  I affirm that I interpreted the interviews and the declaration accurately, completely, and impartially following the guidelines for legal interpreting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 22nd day of April 2019, in Tucson, Arizona.

GAIL MASEK, CSC, SC:L

Exhibit 85

(Redacted)

# Health Services
# Encounter

CHSS027C                                Wednesday April 29, 2020 14:12:49

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 08/25/2016 | Start Time*: | 15:20:28 |
| End Date*: | 08/25/2016 | End Time*: | 15:59:27 |
| Category: | Medical Provider | | |
| Type*: | Provider - Physical - Intake | Encounter Close Date: | 08/26/2016 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 08:44:13 |
| Setting*: | Clinic | | |
| Staff Member*: | Winfunke, Ethel | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

TimeStamp: 25 August 2016 15:22:03 --- User: Ethel Winfunke (WINETH0)

IM here for physical exam, communicated in writing due to IM's disability - deaf and Mute.

Medical Hx:    Deaf and Mute.     Left forearm GSW, 2014.     Left Forearm Neuropathic pain, 2014
Surgical Hx:    Reconstruction of Left forearm GSW, 2014
Family Hx:   None
Meds:   None
Psych Hx:  None
Allergy:   None
Alcohol:   Denies
Illicit Drugs:   Denies
Tattoos:  Prison
Tobacco:   Current Cig Smoker, 1 ppd x 20 years
Suicidal or Assaultive Ideation:   Denies
See Intake History

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| 09:23 | 98.2 | 79 | 16 | 6 2 | 188 | 124 | 84 | NA | 24.14 | | IM states that he does not have asthma.<br><br>TimeStamp: 25 August 2016 09:25:55 -... |

### Objective Notes

See Intake PE

## Assessment

### Medical Diagnosis/Complaint (1 - 4 of 4)

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| G58.9 | Mononeuropathy, unspecified |
| H91.3 | Deaf nonspeaking, not elsewhere classified |
| M79.602 | Pain in left arm |
| Z72.0 | Tobacco use |

### Active Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |

### Related Allergies/Health Problems/Conditions (1 - 4 of 4)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | pain (finding) | | | | |
| [006](#) | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |

**Assessment Notes**

Neuropathic pain
Deaf Mute

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders    [ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 3 of 3)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| ALPHA LIPOIC ACID CAPS (Alpha Lipoic Acid)/600 Mg | RxNorm: 1115585 - alpha lipoic acid 600 MG Oral Capsule; | 08/25/2016 | 1 capsule | EVERY DAY | 09/23/2016 | Received from Pharmacy |
| NAPROXEN TABS (Naprosyn)/375 Mg | RxNorm: 198012 - Naproxen 375 MG Oral Tablet; | 08/25/2016 | 1 tablet | EVERY BEDTIME AS NEEDED | 09/23/2016 | Received from Pharmacy |
| NORTRIPTYLINE HCL CAPS (Pamelor)/25 Mg | RxNorm: 317136 - Nortriptyline 25 MG Oral Capsule; | 08/25/2016 | 1 capsule | TWICE DAILY | 09/23/2016 | Received from Pharmacy |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

## Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

## Other Actions/Procedures (1 - 2 of 2)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| Medical ADA Restrictions/Special Needs | Bottom bunk | 08/25/2016 | 08/25/2017 | |
| Medical ADA Restrictions/Special Needs | HEARING IMPAIRED | 08/25/2016 | 08/25/2017 | Deaf and Mute |

## Plan Notes

Discussed Neuropathic pain management with TCA (Nortriptyline) + Alpha Lipoic Acid x 30 days,  If not effective,
 IM advised to follow up with HCP at next yard
Nortriptyline 25 mg BID  + Alpha Lipoic Acid 600 mg daily x 30 days
Naproxen 375mg daily at bedtime PRN x 30 days
counseled on medications
Medical Score is 4 - due to Disability - Deaf and Mute
Medical Restriction:  Lower Bunk
Discussed plan with IM, agreeable
Medically cleared to transfer

## Patient Education

### Patient Education Notes

No high-risk behaviors in prison, no needles, no tattoos, stop smoking cigarettes
Request Hepatitis and HIV testing at next yard due to Prison tattoos
discussed HNR option and process

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  4
Mental:  1-No history of MH services                                    Prognosis:

SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*: Pending Nurses Order        Review Staff: Mock, Teresa, RN
Review Date: 08/25/2016             Review Time: 18:01:50

**Review Notes**

chart review
TimeStamp: 25 August 2016 18:04:58 --- User: Teresa Mock (MOCTE01) Reviewed

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms** (1 - 2 of 2)

| Type | Staff |
|---|---|
| Health Assessment - History | Winfunke, Ethel |
| Health Assessment - Physical | Winfunke, Ethel |

---

**Last Updated Information:**

Date: 08/25/2016        Time: 15:59:27        User: Ethel Winfunke (WINETH0)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-PHX ALHAMBRA | Nurse Practitioner |
| ASPC-PHX FLAMENCO M.HLTH MALE | Nurse Practitioner |
| ASPC-PHX INMATE WRKR | Nurse Practitioner |
| ASPC-PHX BAKER WARD | Nurse Practitioner |
| ASPC-PHX FLAMENCO M. HLTH FEM | Nurse Practitioner |
| ASPC-PHX ASPEN/SPU | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H P/S | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H MAX LVL | Nurse Practitioner |
| ASPC-PHX FLAMENCO IDA WATCH | Nurse Practitioner |
| ASPC-PHX COMPLEX PHOENIX | Nurse Practitioner |
| ASPC-PHX MTC OTERO | Nurse Practitioner |

Show Add History

| Last Name: ▆▆▆ | First: ▆▆▆ | MI: | ADC: ▆▆▆ | |
|---|---|---|---|---|
| Date: 08/25/2016 | Time: 15:20:28 | Sex: Male _Male_ | DOB: ▆▆▆ | Alias: |

Intake Form Reviewed: ◉ Yes ◯ No If no, reason:     Interpreter Used: ◉ No ◯ Yes

Is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening: ◉ No ◯ Yes:

Name:
Service:

## HISTORY

**Major Surgical History (within past year)** ◉ No ◯ Yes (check all that apply and include date)

☐ Due to traumatic injury     ☐ Brain Surgery
☐ Heart Surgery     ☐ Abdominal Surgery
☐ Other:

**Medical Hospitalizations (within past year)** ◉ No ◯ Yes:

**Ever had transplant surgery** ◉ No
◯ Yes
☐ Kidney ☐ Other:

**Past Significant Surgery** ◯ No ◉ Yes: Reconstruction of left forearm GSW, 2014

## MEDICATION REPORTED ◉ None ◯ Unknown ◯ See below

| Name/Dose | Frequency/Last Taken | Prescribed by or Provided by | Verification Through |
|---|---|---|---|
| | Freq:<br>Last: | | ◯ Clinic ◯ Medication Container<br>◯ VA ◯ Physician/Psychiatrist<br>◯ Pharmacy ◯ Unable to Verify |

## ALLERGIES: Do you have any allergies (food, medication, enviromental)? ◉ No ◯ Yes

## TOBACCO USE

Do you smoke: ◉ Current ◯ Former ◯ Never    Amount: 1 packs/day    How Long: 20 years

## ALCOHOL USE

Do you drink alcohol: ◉ No ◯ Yes
Type:
Last Use:
How Much:
How Often:
Prior treatment program: ◯ No ◯ Yes
Excessive Drinker: ◯ No ◯ Yes (CIWA)
Ever had alcohol withdrawals, tremors, seizures or DTs associated with stopping alcohol: ◯ No ◯ Yes (CIWA)
If yes, when:

## SUBSTANCE/DRUG USE

**Substance/Drug Use/Rx** Do you use drugs: ◉ No ◯ Yes
Do you use injectable drugs: ◯ No ◯ Yes Last Injectible Use:

| | How Often? | How Much? | Last Use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepines | | | | ☐ Hx of withdrawal |

☐ Methamphetamines ☐ Cocaine ☐ Other:
Prior treatment program: ◯ No ◯ Yes

## COMMUNICABLE DISEASES

**Hepatitis**
Have you ever had hepatitis: ◉ No ◯ Yes
Hep B: ◯ No ◯ Yes
Hep C: ◯ No ◯ Yes
Other:

**STD's**
Have you ever had an STD: ◉ No ◯ Yes ☐ Treated
Syphilis: ◯ No ◯ Yes ☐ Treated
Gonorrhea: ◯ No ◯ Yes ☐ Treated
Chlamydia: ◯ No ◯ Yes ☐ Treated
Herpes: ◯ No ◯ Yes ☐ Treated
Other: ☐ Treated

Do you currently have symptoms?
◉ No ◯ Yes
Describe:
Would you like to be tested for syphilis?
◯ Declined ◉ Yes

**HIV/AIDS**
Do you have HIV infection or AIDS:
◉ No ◯ Yes
Are you currently taking medications:
◯ No ◯ Yes
When Diagnosed:

**Viral Load**
◉ No ◯ Yes
Viral Load #:
When:
☐ Unknown

**T-Cell (CD4)**
◉ No ◯ Yes
Count:
When:
☐ Unknown

**History of opportunistic infections?**
☑ None ◯ Thrush ☐ PCP ☐ Toxo
☐ Zoster ☐ Cryptococcal Meningitis
Have you been treated? No Yes
Are you currently receiving OI Meds? No Yes

**TB Symptoms**

Weight loss: ◉ No ◯ Yes
Night sweats: ◉ No ◯ Yes
Fever: ◉ No ◯ Yes
Appetite loss: ◉ No ◯ Yes

**TB**
Have you ever had a skin test for TB: ◯ No ◯ Yes ◯ Don't Know
Prior + PPD: ◯ No ◯ Yes ◯ Don't Know ◯ Pending
Date of last PPD:
Have you ever been treated for LTBI: ◯ No ◯ Yes

Have you ever had active TB: ◉ No ◯ Yes
Where diagnosed:
Date of Diagnosis: ☐ Treated
Duration of treatment:

Coughing blood: ◉ No ○ Yes

Duration of treatment:

Persistent cough 2+ weeks: ◉ No ○ Yes

Weak/tired: ◉ No ○ Yes

☑ None

Chest x-ray taken in the past year: ◉ No ○ Yes
Result: ○ Normal ○ Abnormal ○ Pending ○ Don't Know

## CHRONIC ILLNESSES

**Asthma**
Do you have asthma: ◉ No ○ Yes
How Long:
Last Episode:
Last ER Date:
Last hospitalization:
Have you ever had a tube put down your throat so that a machine breathes for you:
◉ No ○ Yes, when:
Currently on steroids: ○ No ○ Yes
Peak Flow: ○ No ○ Yes
Reason not taken:

**Cardiovascular Disease (ask each question)**
Have you ever had any of the following problems with your heart:

Angina: ◉ No ○ Yes
Stents: ◉ No ○ Yes
Heart attack: ◉ No ○ Yes
CHF: ◉ No ○ Yes

Atrial fibrillation: ◉ No ○ Yes
Endocarditis: ◉ No ○ Yes
Blood clot in lungs or legs: ◉ No ○ Yes
Date of onset:

Internal defibrillator: ○ No ○ Yes Date:
Pacemaker: ○ No ○ Yes Date:
Bypass surgery: ○ No ○ Yes Date:
Heart valve replacement: ○ No ○ Yes Date:
Are you taking Warfarin, Coumadin, or Jantoven: ◉ No ○ Yes

**Cerebrovascular Disease**
Have you ever had:
CVA(Stroke): ◉ No ○ Yes
Last CVA:
TIA (Mini-Stroke): ◉ No ○ Yes
Last TIA:
**Comments**

**Diabetes**
Have you ever had diabetes or a problem with high blood sugar? ◉ No ○ Yes
How Long:
Have you been getting your fingersticks? ○ No ○ Yes
Result:
Are you currently taking medication(s): ○ No ○ Yes
Are you currently taking insulin: ○ No ○ Yes
Ever been hospitalized for diabetes: ○ No ○ Yes

**Hypertension**
Have you ever had high blood pressure or hypertension: ◉ No ○ Yes
How Long:
Are you currently taking medication(s): ○ No ○ Yes
Three or more anti-hypertensives: ○ No ○ Yes

**Epilepsy/Seizure**
Have you ever had a seizure or convulsion: ◉ No ○ Yes
Frequency greater than once a month: ○ No ○ Yes
Two or more anticonvulsants: ○ No ○ Yes
Are you taking medication for seizure: ○ No ○ Yes
Last Seizure:
**Comments**

**Gastrointestinal**   Have you ever been treated for problems with stomach or bowels: ◉ No ○ Yes
Have you ever vomited blood: ◉ No ○ Yes    Frequency:    Last:    Comments:
Ever had dark, black stools from bleeding: ◉ No ○ Yes    Frequency:    Last:    Comments:
Have you ever been told you have cirrhosis: ○ No ○ Yes
**Comments**

**COPD/Emphysema**   Do you have COPD or emphysema: ◉ No ○ Yes
O$_2$ dependent: ○ No ○ Yes    Hospitalization: ○ No ○ Yes    Hospitalization Date:
Ever been on a respirator: ○ No ○ Yes    CPAP: ○ No ○ Yes

**Cancer**
Have you ever had cancer: ◉ No ○ Yes
Do you currently have cancer: ○ No ○ Yes
What type of cancer:
Are you currently being treated for cancer: ○ No ○ Yes
When diagnosed:
Treatment: ☑ None ☐ Chemo ☐ Radiation ☐ Surgery ☐ Other:

**Dialysis**
Are you currently on dialysis: ◉ No ○ Yes
Are you currently getting your dialysis treatments: ○ No ○ Yes
Type: ○ Hemodialysis ○ Peritoneal
Number of times per week:
Last dialyzed:

☑ **Other Current Significant Medical Conditions**
Referral Needed: ○ No ○ Yes

## BEHAVIORAL HEALTH

## BEHAVIORAL HEALTH

Do you have any current mental health complaints? ◉ No ○ Yes   Describe:

| Do you have a history of a mental health problem? ◉ No ○ Yes | Family history of mental illness: ◉ No ○ Yes |

Have you ever been diagnosed with a mental illness:   ◉ No ○ Yes, check which illness:
☐ Schizophrenia  ☐ Major Depression  ☐ Bipolar  ☐ Other:

| Do you feel like there is nothing to look forward to (hopeless/helpless): ◉ No ○ Yes | Are you thinking of hurting yourself now: ◉ No ○ Yes |

Family/friends history of suicide: ◉ No ○ Yes    Recent significant loss: ◉ No ○ Yes

| History of suicide attempt(s): ◉ No ○ Yes  Last Attempt: | Are you thinking of suicide now: ◉ No ○ Yes |

History of psych hospitalization: ◉ No ○ Yes    Within last year: ○ No ○ Yes

History of psychotherapy / group therapy: ◉ No ○ Yes    Within last year: ○ No ○ Yes

History of psychotropic medication(s): ◉ No ○ Yes

| History of hearing things: ◉ No ○ Yes | History of seeing things: ◉ No ○ Yes | Are you thinking of hurting others now: ◉ No ○ Yes |

| History of violent behavior: ○ No ◉ Yes | History of victimization: ◉ No ○ Yes | History of sex offenses: ◉ No ○ Yes |

Neurological deficit: ◉ No ○ Yes

## ADDITIONAL COMMENTS

**Health History:** ◉ Completed ○ Refused

E. Winfunke WINETH0

08/25/2016

Interviewer's Signature

| Last Name: ▮ | First: ▮ | MI: | ADC: ▮ | |
|---|---|---|---|---|
| Date: 08/25/2016 | Time: 15:20:28 | Sex: Male _Male_ | DOB: ▮ | Alias: |

## PHYSICAL

### GENERAL OBSERVATION

General Appearance: Deaf and Mute 31 year old Caucasian male. Calm, Pleasant.

Acute Distress: ◉ No ○ Yes    Dehydrated: ◉ No ○ Yes    Additional Observation: ○ No ◉ Yes

Describe:     Describe:     Describe: Effective communic. in writing

If this is an intake physical, I have reviewed the nurse Intake and Receiving Screening form containing the patient's history: ◉ Y ○ N

If this is an intake physical, is there anything you forgot to mention or felt uncomfortable bringing up in your intake screening?

| Mobility Restrictions ◉ No ○ Yes | Physical Aids ◉ No ○ Yes | Hearing Disability ○ No ◉ Yes |
|---|---|---|
| ☐ Deformity   ☐ Amputation | ☐ Wheelchair   ☐ Crutches/Canes | Deaf:   ○ Right ○ Left ◉ Both ○ Neither |
| ☐ Cast   ☐ Splint | ☐ Brace   ☐ CPAP | |
| ☐ Paraplegic   ☐ Quadriplegic | ☐ Other: | Hearing Impaired:   ○ Right ○ Left ◉ Both ○ Neither |
| ☐ Other: | | Hearing Aid ◉ No ○ Yes |

**Visual Impairment** ◉ No ○ Yes

Blind: ○ Right ○ Left ○ Both ◉ Neither    Wears Corrective Lenses: ◉ No ○ Yes    Wears Contact

Lenses: ◉ No ○ Yes

☐ Other:

### MENTAL HEALTH / RESPONSE TO INCARCERATION

| Oriented to: | Psychomotor | Speech | Mood | Affect | Thought Process |
|---|---|---|---|---|---|
| Person: ○ No ◉ Yes | ☑ Unremarkable | ☑ Unremarkable | ☑ Unremarkable | ☑ Appropriate to affect | ☑ Logical |
| Place: ○ No ◉ Yes | ☐ Agitation | ☐ Incoherent | ☐ Irritable/Angry | ☐ Inappropriate to affect | ☐ Illogical |
| Time: ○ No ◉ Yes | | ☐ Slurred | ☐ Anxious | ☐ Labile | ☐ Relevant |
| If no, describe: | | ☐ Mute | ☐ Depressed | ☐ Flat | ☐ Irrelevant |
| | | | ☐ Embarrassed/Humiliated | | |

### EXAMINATION

**Visual Acuity (Snellen)**   Completed: ○ No ◉ Yes

Without Correction: R: 20/25 L: 20/25 Both: 20/20

With Correction: R: n/a L: n/a Both: n/a

**Oral Cavity**   ☑ Unremarkable
- ☐ Lesions   Describe:
- ☐ Dry Membranes   Describe:
- ☐ Pharyngitis   Describe:
- ☐ Thrush   Describe:
- ☐ Tonsilitis   Describe:
- ☐ Abscess   Describe:
- ☐ Dentures/Partials   Describe:
- ☐ Other:   Describe:

**Neck**   ☑ Unremarkable
- ☐ Appears Asymmetrical   Describe:
- ☐ Obvious Masses   Describe:
- ☐ Other:   Describe:

**Breasts**   ☑ N/A

**Abdomen**   ☑ Unremarkable/Soft
- ☐ Tender   Describe:
- ☐ Liver possible enlarged   Describe:
- ☐ Other:   Describe:

**Head / Eye**   ☑ Unremarkable
- ☐ Pupils equal and reactive   Describe:
- ☐ Contusions   Describe:
- ☐ Pale Conjuctiva   Describe:
- ☐ Lacerations   Describe:
- ☐ Sclera Icteric   Describe:

**Hearing**   ☑ Appears Adequate
- ☐ Hearing Diminshed   Describe:
- ☐ Other:   Describe:

**Chest**   ☑ Lungs Clear

Major surgical scar: ◉ No ○ Yes   Describe:

☐ Wheezes   ☐ Rhales   ☐ Rhonchi   Describe:

**Heart**

Rate: ◉ Normal ○ Brady ○ Tachy   Describe:

Rhythm: ◉ Regular ○ Irregular   Describe:

Possible Murmur: ◉ No ○ Yes: 

**Extremities**   ☑ Unremarkable
- ☐ Grip strength equal   Describe:
- ☐ Edema   Describe:
- ☐ Cyanosis   Describe:
- ☐ Other:   Describe:

**Skin**   ☐ Unremarkable
- ☐ Rash   Describe:
- ☐ Skin Abscess   Describe:
- ☐ Tracks   Describe:
- ☐ Soft tissue infection   Describe:
- ☑ Surgical Scars   Describe: lt forearm - healed
- ☑ Tattoos   Describe: Prison

**EXAMINATION**

☐ Other: Describe:

**Does patient's age, sexual history, medical history past or present indicate the need for a pelvic, rectal, genitalia or prostate exam:** ⦿ No ◯ Yes

**HEALTH EDUCATION**

| | | |
|---|---|---|
| ☑ Oral Hygeine | ☐ Sexually Transmitted Diseases | ☐ Substance Abuse |
| ☑ Nutrition | | |
| ☑ Exercise | ☐ HIV Testing | ☐ Other: |
| ☑ Tobacco Cessation | | |

**ADDITIONAL COMMENTS**

**Referral**

| | | | | |
|---|---|---|---|---|
| ☐ Nursing Sick Call | ◯ Routine ◯ Expedited | ☐ Chronic Care Clinic | ◯ Routine ◯ Expedited |
| ☐ MD/NP/PA Sick Call | ◯ Routine ◯ Expedited | ☐ Dental referral | ◯ Routine ◯ Expedited |
| ☐ Mental Health | ◯ Routine ◯ Expedited | | |

**My information is correct, the grievance process has been explained and I have the opprotunity to ask questions:** ⦿ Yes ◯ No, Explain:

**Physical Exam:** ⦿ Completed ◯ Refused

---

Patient's Signature

E. Winfunke WINETH0

Interviewer's Name (printed)                                         Interviewer's Signature

E. Winfunke WINETH0

Practitioner's Name (printed)                                        Practitioner's Signature

# Health Problem/Condition

CHSS041B

Wednesday April 29, 2020 15:25:19

| | | | |
|---|---|---|---|
| Category*: | Functional Limitations | ID Number: | 003 |
| Type*: | Deaf | | |

### National HIE Code(s) (for Health Problem)

SNOMED: 698615007 - Congenital deaf mutism (disorder)

| | | | |
|---|---|---|---|
| Type Other Description: | | | |
| Reaction/Intolerance*: | | Severity*: | |
| Onset Date*: | 08/25/2016 | Reported by Staff*: | Winfunke, Ethel, FNP |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | | |
| Staff Resolving Problem: | | | |
| Status*: | Assessed | As of Date*: | 08/25/2016  Status History |

## Comments

None

## Baseline History - Assessment

None

## Baseline Procedures

None

## Patient Education

None

## Findings to be documented per Encounter

None

Prior Page

Show Last Updated Information

**Last Updated Information:**
Date: 08/25/2016          Time: 15:37:13          User: Ethel Winfunke (WINETH0)

**Office/Facility of User on that date**          **Work Assignment**
ASPC-PHX ALHAMBRA                                  Nurse Practitioner
ASPC-PHX FLAMENCO M.HLTH MALE                      Nurse Practitioner

| | |
|---|---|
| ASPC-PHX INMATE WRKR | Nurse Practitioner |
| ASPC-PHX BAKER WARD | Nurse Practitioner |
| ASPC-PHX FLAMENCO M. HLTH FEM | Nurse Practitioner |
| ASPC-PHX ASPEN/SPU | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H P/S | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H MAX LVL | Nurse Practitioner |
| ASPC-PHX FLAMENCO IDA WATCH | Nurse Practitioner |
| ASPC-PHX COMPLEX PHOENIX | Nurse Practitioner |
| ASPC-PHX MTC OTERO | Nurse Practitioner |

Show Add History

CHSS028B          Other Action/Procedure/Referral                                    Wednesday April 29, 2020 13:55:44

| | | | |
|---|---|---|---|
| Encounter Date: | 08/25/2016 | Time:   15:20:28 | Type:   Provider - Physical - Intake |
| Location: | ASPC-PHX ALHAMBRA [B06] | Staff:   Winfunke, Ethel, FNP | |

| | | |
|---|---|---|
| Category*: | Medical ADA Restrictions/Special Needs | |
| Type*: | HEARING IMPAIRED | |
| Count*: | 0 | Sequence Number:   01 |
| Approximate Begin Date: | 08/25/2016 | Approximate End Date:   08/25/2017 |
| Refer to Staff: | Unknown | |
| Status: | | As of Date:   08/25/2016   **Status History** |

**Specify Comments**

Deaf and Mute

**Prior Page**

Hide Last Updated Information

**Last Updated Information:**

Date: 08/25/2016                   Time: 15:45:11                   User: Ethel Winfunke (WINETH0)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-PHX ALHAMBRA | Nurse Practitioner |
| ASPC-PHX FLAMENCO M.HLTH MALE | Nurse Practitioner |
| ASPC-PHX INMATE WRKR | Nurse Practitioner |
| ASPC-PHX BAKER WARD | Nurse Practitioner |
| ASPC-PHX FLAMENCO M. HLTH FEM | Nurse Practitioner |
| ASPC-PHX ASPEN/SPU | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H P/S | Nurse Practitioner |
| ASPC-PHX FLAMENCO M/H MAX LVL | Nurse Practitioner |
| ASPC-PHX FLAMENCO IDA WATCH | Nurse Practitioner |
| ASPC-PHX COMPLEX PHOENIX | Nurse Practitioner |
| ASPC-PHX MTC OTERO | Nurse Practitioner |

Show Add History

# Other Actions/Procedures /Referrals

CHSS028A

Wednesday April 29, 2020
13:55:00

**Other Actions/Procedures/Referrals** (1 - 10 of 10)   **Category:**

| <u>Encounter Date</u> | <u>Category</u> | <u>Type</u> | <u>Specify Comments</u> | <u>Approximate End Date</u> | <u>Status</u> |
|---|---|---|---|---|---|
| 04/17/2020 | Treatments | Irrigation | KOP**#12 Doses/180 Days/No RFs**ADMINISTER 5 DROPS IN BOTH EARS TWICE DAILY FOR 4 DAYS EVERY 2 WEEKS, PRN**TO NURSES LINE FOR 50% HYDROGEN PEROXIDE, AND 50% TEPID WATER IRRIGATIONS BOTH EARS UNTIL CLEAR OF WAX AFTER EACH TREATMENT REGIMEN**Patient Has Chronic Recurrent Cerumen Impactions Both Ears** | 10/14/2020 | Active |
| 04/07/2020 | Work Clearances | Kitchen Clearance Approved | | 12/30/9999 | Active |
| 02/27/2020 | Treatments | Ear Flush | SCHEDULED IN 5 DAYS | 02/28/2020 | Treatment Completed |
| 11/28/2017 | Individual Immunizations | Influenza Vaccine | | 11/28/2017 | Treatment Completed |
| 10/05/2016 | Treatments | Wound Care | wound healed | 01/03/2017 | Treatment Discontinued |
| 08/31/2016 | Work Clearances | Kitchen Clearance Approved | | 12/30/9999 | Active |
| 08/30/2016 | Medical ADA Restrictions/Special Needs | STATEWDE PRVATES EXCPT M54 | Disability - Deaf and Mute | 09/30/2016 | |
| 08/25/2016 | Medical ADA Restrictions/Special Needs | Bottom bunk | | 08/25/2017 | |
| 08/25/2016 | Medical ADA Restrictions/Special Needs | HEARING IMPAIRED | Deaf and Mute | 08/25/2017 | |
| 08/25/2016 | Dental X-Rays | Panoramic | Took panoramic x-ray today. | | |

**Print this Screen**

Exhibit 86

CHSS027C                    # Health Services Encounter                    Wednesday April 29, 2020 14:06:23

## Encounter Header

| | |
|---|---|
| Date*: 08/25/2016 | Start Time*: 11:17:47 |
| End Date*: 08/25/2016 | End Time*: 11:22:09 |
| Category: Mental Health | |
| Type*: MH - Intake | Encounter Close Date: 12/08/2017 |
| Location*: ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: 10:14:31 |
| Setting*: Clinic | |
| Staff Member*: Lowder, Lisa A | |
| Title: Psych Associate Licensed | |
| Form Type: Initial Mental Health Assessment | |

## Subjective

Was the inmate offered the option to speak in a confidential setting*:    Unknown

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

im denied questions or concerns about consent or intake forms.

**Initial Mental Health Assessment - Subjective**

◉ N        ○ Y

**Has inmate ever been admitted to a psychiatric hospital?When/Who:Why:**
◉ N        ○ Y

**Has inmate ever been treated for Mental Health issues: (exclude drug/alchohol treatment)**
◉ N        ○ Y

**Had MH Counseling:**If yes, when/where:
◉ N        ○ Y

**Taken Psych Meds:**Current meds:**If no current meds, when last took meds:Have you ever experienced any of the following when not on drugs/alcohol?**
◉ N        ○ Y

Auditory and/or visual hallucinations (hear voices, see things others don't):If yes, describe:
◉ N        ○ Y

Perceptions of thought insertion, TV talk to you, broadcasting, mind control:If yes, describe:
◉ N        ○ Y

Abnormal paranoia (beliefs people want to poison you, government plots, etc.)If yes, describe:
◉ N        ○ Y

**Any serious episodes of depression (post-partum, hopeless, helpless, vegetative signs):**If yes, when was last episode?**Episodes of Mania:**(Do you ever experience times when you have so much energy that it causes
◉ N        ○ Y

serious problems in your life?Last episode:How long did it last?Behaviors:
◉ N        ○ Y

**Sexual Abuse:**When started:When ended:
◉ N        ○ Y

**Physical Abuse:**When started:When ended:
◉ N        ○ Y

**Have you ever tried to commit suicide:**If yes, how many times:When:How:
◉ N        ○ Y

**Has anyone in your immediate family tried to commit suicide or completed suicide:**When/who:Why:How:
◉ N        ○ Y

**Serious head injury/Loss of Consciousness:**When:Cause:**Alcohol and Other Drug history:**PrescriptionAlcoholMarijuanaMethDrug AbuseOther1st Use:Last Use:Frequency:
◉ N        ○ Y

**Highest grade you completed in school:**11**GED:**
◉ N        ○ Y

**Ever in Special Education:**
◉ N        ○ Y

**Have you ever been charged and/or convicted of a sex offense:**
◉ N        ○ Y

**History of violent or aggressive behavior:**If yes, describe:
◉ N        ○ Y

**Are you suicidal right now:**If yes, what is method/plan:

Rev #: 373

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|----|----------|
| 09:23 | 98.2 | 79 | 16 | 6 2 | 188 | 124 | 84 | NA | 24.14 | | IM states that he does not have asthma. TimeStamp: 25 August 2016 09:25:55 -... |

### Objective Notes

see below

### Initial Mental Health Assessment - Objective

**Observation:** ☑ Appropriate ☐ Inappropriate ☐ Tearful **Affect (Observed):** ☐ Restricted ☐ Flat ☐ Labile ☑ Euthymic ☐ Depressed ☐ Anxious **Mood (Pt. Report):** ☐ Agitated ☐ Elevated ☐ Labile ☑ Unremarkable ☐ Disheveled ☐ Odd **Appearance:** ☑ Good ☐ Fair ☐ Poor **Hygiene:** ☑ Alert ☐ Confused ☐ Hyper vigilant ☐ Somnolent/Drowsy **Alertness:** ☑ Cooperative ☐ Limited ☐ Uncooperative **Interaction:** ☐ Distracted ☐ Guarded ☑ WNL ☑ LogicalCoherent ☐ Illogical ☐ Slurred **Speech:** ☐ Rapid ☐ Disjointed ☐ Incoherent ☐ Slowed **Comment:**

im deaf / was able to read mh questions and answer them by writing

Rev #: 373

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|----------------|----------------------|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|---------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | (disorder) | | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

no dts/dto

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

im made mh1/ records review indicates no hx of mh tx per aimes records. no transfer summary available in eomis at this

time. Any transfer summary available in system was submitted after this mh intake and may have been back-dated.
TimeStamp: 25 August 2016 11:20:49 --- User: Lisa Lowder (LLAG)

**Initial Mental Health Assessment - Plan**

**Disposition:** ☑ No emergent Mental Health needs. Inmate informed of how to access Mental Health services (HNR). ☐
Inmate referred to Psychiatry. Internal referral completed on: ☐ Inmate identified as in need of Mental Health watch:

Rev #: 373

---

**Patient Education**

**Patient Education Notes**

im educated on hnr and intake process.

---

**Health Classification**

     Medical:  Unknown
     Mental:  1-No history of MH services                 Prognosis:
       SMI:  N-No
     Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

            Review Type*:  No Review Required           Review Staff:  Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 08/25/2016           Time: 11:22:09           User: Lisa Lowder (LLAG)

**Office/Facility of User on that date**          **Work Assignment**
ASPC-PHX ALHAMBRA                    Psych Associate Licensed
ASPC-PHX FLAMENCO M.HLTH MALE      Psych Associate Licensed
ASPC-PHX INMATE WRKR               Psych Associate Licensed

| | |
|---|---|
| ASPC-PHX BAKER WARD | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M. HLTH FEM | Psych Associate Licensed |
| ASPC-PHX ASPEN/SPU | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M/H P/S | Psych Associate Licensed |
| ASPC-PHX FLAMENCO M/H MAX LVL | Psych Associate Licensed |
| ASPC-PHX FLAMENCO IDA WATCH | Psych Associate Licensed |
| ASPC-PHX COMPLEX PHOENIX | Psych Associate Licensed |

Show Add History

Exhibit 87

(Redacted)

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: ~~~ 2018 28:05
Time:
Initials: NM

| | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| | | 8-19-18 |

Cell-Bed Number/Litera/Número de Cama   Unit/Unidad: MAnzanita   P.O. Box/Apartado Postal: 24401   Institution/Facility/Instalación: ASPC TUCSON

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE)

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique)   ☐ Medical/Médica   ☒ Dental   ☐ FHA

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My right side tooth is painfully More than 0 to 10 it's More than over 10's., and IT has Cracked tooth Half! Please see me as soon as possible iT's hurts Really BADLY.
THANKS. And I'AM Deaf! Can't hear. or Talk only Sign Language

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☒ Medical/Médica   ☒ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other/Otros (specify) (especifique) _____

Comments/Comentarios

NL / Dental

Staff Signature Stamp/Firma del empleado: W.R. Williams CRN | Date/Fecha | Time/Hora: 7.0 28 2018 18:05

**PLAN OF ACTION/PLAN DE ACCION**

refer to dental   you will Be Seen ASAP romameab, 5/30/18 OBi

Staff Signature Stamp/Firma del empleado: RD M.Turner | Date/Fecha | Time/Hora: Katherine Marmion Dental Assistant

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

CHSS027C       # Health Services Encounter       Wednesday April 29, 2020 14:21:33

## Encounter Header

| | |
|---|---|
| Date*: 08/20/2018 | Start Time*: 09:52:49 |
| End Date*: 08/20/2018 | End Time*: 09:53:13 |
| Category: Nursing | |
| Type*: Nurse - Sick Call - Scheduled | Encounter Close Date: 08/20/2018 |
| Location*: ASPC-T MANZANITA [C14] | Encounter Close Time: 09:58:58 |
| Setting*: Clinic | |
| Staff Member*: Walker, Kenda | |
| Title: Registered Nurse | |
| Form Type: NET-Dental | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Healthcare Staff Used for Interpreter Services

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 08/19/2018 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 08/19/2018
Tooth pain

**NET-Dental - Subjective**

**Chief Complaint:** RUB DENTAL PAIN **Onset Date:** YESTERDAY **Time: (if injury):**
○ Y     ◉ N

**Have you had this problem before:** Describe: ☐ Recent dental work? **Date:** Describe: ☐ Dental Pain ☐ Right lower front ☑ Right upper back ☐ Right lower back ☐ Right upper front ☐ Left lower front ☐ Left upper back ☐ Left lower back ☐ Left upper front ☑ Pain scale now 10/10 At worst: 10/10 **What makes it better:** NOTHING **What makes it worse:** EATING/HOT/COLD ☑ Aching ☑ Throbbing ☐ Dull ☑ Sharp ☑ Constant ☐ Intermittent **Other: Associated Factors:** ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Sensitivity ☐ Hot ☐ Cold ☐ Does pain radiate? Where: ☐ Swelling ☐ Dry mouth ☐ Drainage - bad taste in the mouth ☐ Fever **Current Medications:** Anticoagulant: ☐ Aspirin ☐ NSAIDS ☐ Other: **Past Medical Conditions:** ☐ Endocarditis: Date: ☐ Artificial heart valve ☐ Heart condition from birth

Rev #: 916

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 09:55 | 98.6 | 99 | 18 | 6  2 | 187 | 129 | 72 | NA | 24.01 | 98.00 | |

**Objective Notes**

IM HAS RUB TOOTH THAT IS BROKEN OFF, IT IS PAINFUL FOR HIM TO EAT AND IS SENSITIVY TO HOT/COLD. MAEW. LUNGS CTA.A&OX3.

**NET-Dental - Objective**

**Call practitioner if T>100, P>100, or SBP<100.**
   ○ Y                ● N

**Chronic care clinic:** What clinic(s): ☐   Tooth knocked out?
   ○ Y                ○ N

**Do you have the tooth? If yes, and less than 1 hour, handle tooth only by crown and place in cup of cold milk -or- saline solution and contact dentist. Face:**
   ● Symmetric            ○ Asymmetric

☐ Evidence of trauma/injury to jaw/face Describe: ☐   Visual evidence of tooth decay/fracture Describe: ☐

☐ Swelling/redness/pus surrounding affected tooth Describe: ☐   Jaw or facial swelling Describe: ☐   Oral lesion Describe: ☐

☐ Open sore or lump Describe: ☐   White patches on mouth, tongue or pharynx ☐   Pain upon opening jaw widely **Comments:**

Rev #: 916

---

## Assessment

**Active Allergies/Health Problems/Conditions** (1 - 7 of 7)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

ALTERED COMFORT R/T DENTAL PAIN

---

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

| DENTAL |
|--------|

**NET-Dental - Plan/Intervention**

☐ Emergent Intervention **Practitioner notified:Time:If CPR or AED is initiated use Emergency Response FormEMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:**☐ Abnormal vital signs (Rule of 100s) T>100, P>100, SBP <100 ☐ Tooth found less than 1 hr after knocked out☐ Significant injury/trauma to jaw☐ Evidence of pus collection/swelling☐ MAR☐ Medical record**Reviewed with practitioner:** ☐ Contacted practitionerName:Time: ☐ Seen by practitionerName:Time:

⊙ Y                              ⊙ N

☐ Read back practitioner orders**Practitioner orders received:Disposition:** ☐ Return to unit  ☐ Monitor/Observation☐ Admit to infirmary☐ Other:**Comments:** ☑ Nursing Intervention**Continuity of care:**☐ Apply cold compress PRN for minor trauma☐ Suggest warm rinses PRN☐ Nurse follow up scheduled☐ Referral to practitioner for white patches/lesions in the mouth☐ Referral to practitioner for current presenting complaint☐ Referral to practitioner multiple visits for same complaint☐ Referred to practitioner for evaluation of enrollment in CCC☐ No further follow up needed at th

⊙

**Practitioner orders received**☐ Read back practitioner orders**Medication:**☐ OTC medication per site guidelineList: Acetaminophen or Ibuprofen☑ KOP☐ Medication administered☐ Medication noted on MAR**Do not apply warm compress to face for dental abscess.Comments:**

Rev #: 916

## Patient Education

### Patient Education Notes

RETURN IF YOUHAVE A FEVER.

### NET-Dental - Patient Education

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☐ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to returnfor follow-up care

Rev #: 916

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)     ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  4
Mental:  1-No history of MH services                                   Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:  Pending Dental Review                 Review Staff:  Alicea, Jessica E
Review Date:  02/03/2020                             Review Time:  10:09:48

### Review Notes

RUB TOOTH IS CRACKED


INMATE SEEN BY DENTAL ON 8/21/18
TimeStamp: 3 February 2020 10:12:41 --- User: Jessica Alicea (AJEB)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 02/03/2020               Time: 10:09:48            User: Jessica Alicea (AJEB)

**Office/Facility of User on that date**          **Work Assignment**

| | |
|---|---|
| ASPC-T RINCON I | Dental Assistant |
| ASPC-T SANTA RITA | Dental Assistant |
| ASPC-T COMPLEX CDU | Dental Assistant |
| ASPC-T MINORS I | Dental Assistant |
| ASPC-T CIMARRON I | Dental Assistant |
| ASPC-T CIMARRON CDU | Dental Assistant |
| ASPC-T MANZANITA | Dental Assistant |
| ASPC-T MANZANITA CDU | Dental Assistant |
| ASPC-T WINCHESTR CDU | Dental Assistant |
| ASPC-T RINCON IPC | Dental Assistant |
| ASPC-T MANZANITA SNU | Dental Assistant |
| ASPC-T CIM TRNST | Dental Assistant |
| ASPC-T CIMARRON II | Dental Assistant |
| ASPC-T MINORS RCPTN | Dental Assistant |
| ASPC-T MINORS MAX # | Dental Assistant |
| ASPC-T RINCON MHW | Dental Assistant |
| ASPC-T RINCON MHU | Dental Assistant |
| ASPC-T CATALINA UNIT | Dental Assistant |
| ASPC-T WHETSTONE | Dental Assistant |
| ASPC-T MINORS | Dental Assistant |
| ASPC-T WINCHESTER GP | Dental Assistant |
| ASPC-T RINCON SNU | Dental Assistant |
| ASPC-T CIM ICE TRNST | Dental Assistant |

Show Add History

Exhibit 88

CHSS027C            # Health Services Encounter       Wednesday April 29, 2020 14:27:08

### Encounter Header

|  |  |
|---|---|
| Date*: | 08/21/2018 |
| End Date*: | 08/21/2018 |
| Category: | Dental |
| Type*: | Dental - Urgent Care |
| Location*: | ASPC-T MANZANITA  [C14] |
| Setting*: | Clinic |
| Staff Member*: | Vega, Hector |
| Title: | Dentist |
| Form Type: | Medical History |

|  |  |
|---|---|
| Start Time*: | 10:14:00 |
| End Time*: | 10:14:10 |
| Encounter Close Date: | 08/21/2018 |
| Encounter Close Time: | 12:38:35 |

### Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 08/19/2018 | Dental | Routine | Encounter Held |

**Subjective Notes**

Request Date: 08/19/2018
TOOTHACHE


TimeStamp: 21 August 2018 12:33:06 --- User: Hector Vega (HVEGA)


**Medical Health History - Subjective**

○ Y                                    ● N
**Seizures:Comments:**
○ Y                                    ● N
**Breathing Problems:Comments:**
○ Y                                    ● N
**Tuberculosis:Comments:**
○ Y                                    ● N
**High Blood Pressure:Comments:**
○ Y                                    ● N
**Murmur:Comments:**
○ Y                                    ● N
**Rheumatic Fever:Comments:**
○ Y                                    ● N
**Venereal Disease:Comments:**
○ Y                                    ● N
**HIV +:Comments:**
○ Y                                    ● N
**Hepatitis:Type & Comments:**
○ Y                                    ● N
**Anemia:Comments:**
○ Y                                    ● N
**Diabetes:Comments:**
○ Y                                    ● N
**Kidney Disease:Comments:**
○ Y                                    ● N
**Pregnant:Comments:**
○ Y                                    ● N
**Prosthetic Hip,Knee,etc:Comments:Complications with**
○ Y                                    ● N
**Surgery,Dental Tx,Type & Comments:Bleeding,Anesthetic,etc:**
○ Y                                    ● N
**Allergies to Medication:If Yes, enter/verify in the allergy section of the encounter.Current Medications**
○ Y                                    ● N
**Verified: See Patient Synopsis for a list of current medications.**
● Y                                    ○ N
**Other:Comments:Precaution or contraindication for dental treatment: (if none, so state)**

Deaf.

None.

Rev #: 360

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 11:51 | | | | 6  2 | | 116 | 68 | NA | | | |

**Objective Notes**

STE: WNL. Took & review 1 PA (08/21/18) of tooth #3. Tooth #3 gross MO decay, + palpation/percussion. Needs extraction.
TimeStamp: 21 August 2018 12:33:26 --- User: Hector Vega (HVEGA)

---

## Assessment

**Medical Diagnosis/Complaint** (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| K02.9 | Dental caries, unspecified |

**Active Allergies/Health Problems/Conditions** (1 - 7 of 7)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

**Assessment Notes**

saa.
TimeStamp: 21 August 2018 12:33:28 --- User: Hector Vega (HVEGA)

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| PENICILLIN V-K TABS (Pen-Vk)/500 Mg | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | 08/21/2018 | 1 | THREE TIMES DAILY | 08/30/2018 | Order Discontinued at Pharmacy Vendor (DR) |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

RMH: No change. BP taken. Explained to IM that he will be placed on Pen VK 500 mg & R/S for extraction. NV: HNR.
TimeStamp: 21 August 2018 12:33:40 --- User: Hector Vega (HVEGA)

## Patient Education

### Patient Education Notes

OHI given to IM.
TimeStamp: 21 August 2018 12:33:41 --- User: Hector Vega (HVEGA)

## Health Classification

Medical: 4
Mental: 1-No history of MH services                    Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

None

**Encounter Orders Review**

Review Type*: No Review Required          Review Staff: Unknown

**Review Notes**

None

## Dental Chart

Dental Chart Available

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 08/21/2018          Time: 12:38:35          User: Hector Vega (HVEGA)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Dentist |
| ASPC-T RINCON I | Dentist |
| ASPC-T SANTA RITA | Dentist |
| ASPC-T COMPLEX CDU | Dentist |
| ASPC-T MINORS I | Dentist |
| ASPC-T CIMARRON I | Dentist |
| ASPC-T CIMARRON CDU | Dentist |
| ASPC-T MANZANITA | Dentist |
| ASPC-T MANZANITA CDU | Dentist |
| ASPC-T WINCHESTR CDU | Dentist |
| ASPC-T RINCON IPC | Dentist |
| ASPC-T MANZANITA SNU | Dentist |
| ASPC-T CIM TRNST | Dentist |
| ASPC-T CIMARRON II | Dentist |
| ASPC-T MINORS RCPTN | Dentist |
| ASPC-T MINORS MAX # | Dentist |
| ASPC-T RINCON MHW | Dentist |
| ASPC-T RINCON MHU | Dentist |
| ASPC-T CATALINA UNIT | Dentist |
| ASPC-T WHETSTONE | Dentist |
| ASPC-T MINORS | Dentist |
| ASPC-T WINCHESTER GP | Dentist |
| ASPC-T RINCON SNU | Dentist |
| ASPC-T CIM ICE TRNST | Dentist |

Show Add History

Exhibit 89

CHSS027C           # Health Services Encounter         Wednesday April 29, 2020 14:28:04

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 08/28/2018 | Start Time*: | 12:11:17 |
| End Date*: | 08/28/2018 | End Time*: | 12:11:35 |
| Category: | Dental | | |
| Type*: | Dental - Routine Treatment | Encounter Close Date: | 08/28/2018 |
| Location*: | ASPC-T MANZANITA [C14] | Encounter Close Time: | 12:35:57 |
| Setting*: | Clinic | | |
| Staff Member*: | Vega, Hector | | |
| Title: | Dentist | | |
| Form Type: | Medical History | | |

## Subjective

Are interpreter services needed for this inmate*:  No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

Extraction #3.
TimeStamp: 28 August 2018 12:37:09 --- User: Hector Vega (HVEGA)

### Medical Health History - Subjective

○ Y      ● N

**Seizures:Comments:**
○ Y      ● N

**Breathing Problems:Comments:**
○ Y      ● N

**Tuberculosis:Comments:**
○ Y      ● N

**High Blood Pressure:Comments:**
○ Y      ● N

**Murmur:Comments:**
○ Y      ● N

**Rheumatic Fever:Comments:**
○ Y      ● N

**Venereal Disease:Comments:**
○ Y      ● N

**HIV +:Comments:**
○ Y      ● N

**Hepatitis:Type & Comments:**
○ Y      ● N

**Anemia:Comments:**
○ Y      ● N

**Diabetes:Comments:**
○ Y      ● N

**Kidney Disease:Comments:**
○ Y      ● N

**Pregnant:Comments:**
○ Y      ● N

**Prosthetic Hip,Knee,etc:Comments:Complications with**
○ Y      ● N

**Surgery,Dental Tx,Type & Comments:Bleeding,Anesthetic,etc:**
○ Y      ● N

**Allergies to Medication:If Yes, enter/verify in the allergy section of the encounter.Current Medications**
○ Y      ● N

**Verified: See Patient Synopsis for a list of current medications.**
● Y      ○ N

**Other:Comments:Precaution or contraindication for dental treatment: (if none, so state)**

Deaf.

None.

Rev #: 360

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----|

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 12:34 | | | | 6  2 | | 101 | 59 | NA | | | |

**Objective Notes**

STE: WNL. Review BW's of tooth #3. Tooth #3 gross MO decay. Needs extraction.
TimeStamp: 28 August 2018 12:37:15 --- User: Hector Vega (HVEGA)

---

**Assessment**

**Medical Diagnosis/Complaint**

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| No Rows Found | |

**Active Allergies/Health Problems/Conditions** (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

**Assessment Notes**

saa.
TimeStamp: 28 August 2018 12:37:17 --- User: Hector Vega (HVEGA)

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| PENICILLIN V-K TABS (Pen-Vk)/500 Mg | RxNorm: 834102 - PCN V K+ 500 MG Oral Tablet; | 08/21/2018 | 1 | THREE TIMES DAILY | 08/30/2018 | Profile Only For Pharmacy. Request Refill When Needed. (HR) |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

RMH: No change. BP taken. Consent form signed. Gave 3 cartridge of Septocaine with Epin 1:100K (5.1 ml). Used periosteal, elevators, forceps. Irrigated with distilled water, gauze, hemostasis obtained. POI given to IM. NV: HNR.
TimeStamp: 28 August 2018 12:37:22 --- User: Hector Vega (HVEGA)

## Patient Education

### Patient Education Notes

OHI given to IM.
TimeStamp: 28 August 2018 12:37:38 --- User: Hector Vega (HVEGA)

## Health Classification

Medical:   4
Mental:   1-No history of MH services
SMI:   N-No
Dental:   U-Unknown (Conversion)

Prognosis:

**Classification and Security Notes**

| None |
| --- |

**Encounter Orders Review**

Review Type*:  No Review Required        Review Staff:  Unknown

**Review Notes**

| None |
| --- |

**Dental Chart**

| |
| --- |
| Dental Chart Available |

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
| --- | --- |
| No Rows Found | |

**Last Updated Information:**

Date: 08/28/2018        Time: 12:35:57        User: Hector Vega (HVEGA)

| Office/Facility of User on that date | Work Assignment |
| --- | --- |
| ASPC-T COMPLEX TUCSON | Dentist |
| ASPC-T RINCON I | Dentist |
| ASPC-T SANTA RITA | Dentist |
| ASPC-T COMPLEX CDU | Dentist |
| ASPC-T MINORS I | Dentist |
| ASPC-T CIMARRON I | Dentist |
| ASPC-T CIMARRON CDU | Dentist |
| ASPC-T MANZANITA | Dentist |
| ASPC-T MANZANITA CDU | Dentist |
| ASPC-T WINCHESTR CDU | Dentist |
| ASPC-T RINCON IPC | Dentist |
| ASPC-T MANZANITA SNU | Dentist |
| ASPC-T CIM TRNST | Dentist |
| ASPC-T CIMARRON II | Dentist |
| ASPC-T MINORS RCPTN | Dentist |
| ASPC-T MINORS MAX # | Dentist |
| ASPC-T RINCON MHW | Dentist |
| ASPC-T RINCON MHU | Dentist |
| ASPC-T CATALINA UNIT | Dentist |
| ASPC-T WHETSTONE | Dentist |
| ASPC-T MINORS | Dentist |
| ASPC-T WINCHESTER GP | Dentist |
| ASPC-T RINCON SNU | Dentist |
| ASPC-T CIM ICE TRNST | Dentist |

Show Add History