# Exhibit 91

# (Redacted)

**Health Needs Request (HNR)**

Date:
Time: DEC 24 '18 15:09
Initials: SH

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha 12/24/18 |
|---|---|---|

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad Catalina | P.O. Box/Apartado Postal 24409 | Institution/Facility/Instalación: ASPC Tucson |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION I**

**SECTION/SECCION II**

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) X Medical/Médica  Dental  FHA  Pharmacy/Farmacia  Mental Health/Salud Mental  Eyes/Ojos  Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I Am Deaf. I Am not feeling good. upsetting
Smotach and headache. and Bump on
my mouth. and dry skin on my both feets.
Please make Sure you provide (American
Sign Language interprter) on Appointment Due
to Policy D.O. 704.15 (1.1)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA X Medical/Médica  Dental  Pharmacy/Farmacia  FHA
 Mental Health/Salud Mental  Eyes/Ojos  Other/Otros (specify) (especifique)
Comments/Comentarios
Scheduled on NL

| Staff Signature Stamp/Firma del empleado  sthall  S. Hall, LPN | Date/Fecha | Time/Hora DEC 24 '18 15:09 |
|---|---|---|

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
provider line review

| Staff Signature Stamp/Firma del empleado  D. C. LRN | Date/Fecha | Time/Hora DEC 25 '18 8:30 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

CHSS027C            # Health Services Encounter        Wednesday April 29, 2020 14:50:31

## Encounter Header

| | |
|---|---|
| Date*: 12/25/2018 | Start Time*: 07:00:00 |
| End Date*: 12/25/2018 | End Time*: 07:30:00 |
| Category: Nursing | |
| Type*: Nurse - Sick Call - Scheduled | Encounter Close Date: 12/25/2018 |
| Location*: ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: 13:56:47 |
| Setting*: Clinic | |
| Staff Member*: Gil, Deana | |
| Title: Registered Nurse | |
| Form Type: NET-GI | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Inmate Refused Interpreter Services

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 12/24/2018 | Nursing | Routine | Encounter Held |

**Subjective Notes**

Request Date: 12/24/2018
I am deaf. I am not feeling good. Upsetting stomach and headache and bump on my mouth and dry skin on both feet. Please make sure you provide American Sign Language interpreter on appointment due to policy D.O. 704.15 (1.1)

### NET-GI - Subjective

**Chief complaint:** stomach ache off and on, bump in mouth on cheek, dry skin **Onset date:** awhile

◉ Y          ○ N

**Have you had this problem before?** Describe: ongoing

○ Y          ○ N

**Trauma:** Describe injury: **Associated Factors:** ☐ Nausea ☐ Vomiting: ☐ Coffee grounds ☐ Bloody ☐ Bilious How often: How long: Last BM: ☐ Brown ☐ Tan ☐ Bloody ☐ Black/Tarry Color: ☐ Diarrhea  (how often): Describe: How long: ☐ Constipation ☐ Urine ☐ Yellow ☐ Brown ☐ Bloody ☐ Polydipsia ☐ Polyuria ☐ Polyphagia ☐ Abdominal Pain ☐ RUQ ☐ RLQ ☐ LUQ ☐ LLQ Pain scale: Now/10 At worst:/10 What makes it better: What makes it worse: ☐ Constant ☐ Intermittent ☐ Cramping Pain is: ☐ Burning ☐ Dull ☐ Sharp ☐ Alcohol use (yrs, drinks per day) ☐ Drug use Type: Frequency: **Current Medications:** ☐ ASA ☐ Anticoagulants ☐ NSAIDS ☐ Iron ☐ Steroids ☐ GI Meds ☐ Psychotropics ☐ Other: ☐ New medications within past 30 days? What Medication? **Pertinent Medical Conditions:** ☐ CHF ☐ Stroke ☐ MI ☐ Heartburn/GERD ☐ Pregnant ☐ Peptic ulcer ☐ Crohns ☐ Pancreatitis ☐ Diabetes ☐ Gallstones ☐ Kidney stones ☐ Colitis/IBS ☐ Tobacco use (yrs, packs per day) ☐ End stage liver disease ☐ Chronic HBV/HCV ☐ GI bleed Treatment: Date: ☐ Abdominal surgery List: Date:

Rev #: 920

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP | BP | Blood | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|----|----|-------|-----|----|----------|

| | | | | | | Sys | Dia | Sugar | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13:08 | 97.6 | 80 | 16 | 6 2 | 166 | 115 | 71 | NA | 21.31 | 98.00 | late entry, vital signs taken at 0715 |

**Objective Notes**

Inmate arrived to medical unit and taken to Sgt's office to use the interpreter phone. He asked for paper and wrote that he would just use writing communication for this visit. He is alert and oriented x3. He has no s/s of distress noted at this time. He is requesting Triamcinolone cream for his chronic dry skin. Noted was very dry feet. His abd pain per him is off and on. He denies n/v /d. BS + all quads. He has a flesh colored bump inside his right cheek inside mouth and does smoke and is concerned, no drainage

**NET–GI - Objective**

**Call practitioner if T>100, P>100, or DBP>100.**
○ Y                                              ○ N

**Chronic care clinic:What clinics(s):Location of pain:**
○ Y                                              ○ N

**Pain induced/increased with walking/movement:**
◉ Y                                              ○ N

**Able to stand erect:**☑ Normal☐ Yellow☐ Swollen☐ Watery**Eyes:**☑ Normal☐ Cough☐ SOB**Respiratory:Lungs:**☑ Clear☐ Wheezing☐ Diminished☐ WetR Lung☑ Clear☐ Wheezing☐ Diminished☐ WetL Lung☑ Warm☑ Dry☐ Pale ☐ Cold☐ Clammy☐ Yellow**Skin:Abdomen:**Bowel sounds:☐ Absent☑ Present☐ Hypoactive☐ Hyperactive☑ Soft non-tender ☐ Distended☐ Rigid☐ Rebound tenderness☐ Guarding☐ Tender☐ Visible bulgesDescribe:☐ Scars or injuriesDescribe:**Females:Record uHCG order and results in the lab orders section of this encounter.LMP:**
◉ N/A          ○ Total hysterectomy                        ○ Post menopausal

**Tests:FSBG and Urine Dipstick are required for this encounter.**Have you performed a fingerstick and entered the results in the vital signs section of this encounter?NoHave you performed a dipstick U/A and recorded the results in the lab orders section of this encounter?No**Comments:**

Rev #: 920

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

impaired skin integrity

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 03/05/2019 | 08:00:00 | Health Services | Zevallos, Joseph | ASPC-T CATALINA UNIT |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| |
|---|
| Provider review |

**NET-GI - Plan/Intervention**

☐ Emergent Intervention**Practitioner notified:Time:If CPR or AED is initiated use Emergency Response Form.EMS process activated:EMS arrival:EMS Transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Abnormal vital signs (Rule of 100s) T>100, P>100, DBP>100 ☐ Absent bowel sounds ☐ Distended or rigid abdomen ☐ Rebound tenderness ☐ Nausea/vomiting and/or diarrhea> 24 hours ☐ Bloody/tarry stools or bloody urine ☐ Bloody/coffee ground emesis ☐ Unable to stand erect ☐ Abnormal fingerstick <70 or >240 ☐ Abnormal dipstick U/A ☐ Positive uHCG ☐ Other: ☐ MAR ☐ Medical record**Reviewed with practitioner:** ☐ Seen by practitionerName:Time: ☐ Contacted practitionerName:Time:

○ Y                ○ N

☐ Read back practitioner orders**Practitioner Orders Received:** ☐ Return to unit ☐ Monitor/Observation ☐ Admit to infirmary**Disposition:** ☐ Other:Comments: ☑ Nursing Intervention**Continuity of Care:** ☐ Stool guaiac cards and instructions given ☐ Clear liquids x 24 ☐ Nurse follow up scheduled ☑ Referral to practitioner for current presenting complaint ☐ Referral to practitioner for multiple visits for same complaint ☐ Referred to practitioner for evaluation of en                                                en by pr

○ Y                ○ N

**Practitioner orders received** ☐ Read back practitioner orders**Medication:** ☐ O2@LPM via ☐ OTC medication per site guidelineList: Antacid, Mylanta, Colace ☐ KOP ☐ Medication administered ☐ Medication noted on MAR**Comments:**

Rev #: 920

## Patient Education

### Patient Education Notes

Pt educated to POC

### NET-GI - Patient Education

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☐ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow-up care

Rev #: 920

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical: 4
Mental: 1-No history of MH services                                Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:  Practitioner Review          Review Staff:  Salyer, Nick C, PA
Review Date:  01/01/2019                    Review Time:  19:06:23

### Review Notes

He is requesting Triamcinolone for his feet, chronic dry
TimeStamp: 1 January 2019 19:06:42 --- User: Nick Salyer (SNC1)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

## Last Updated Information:

Date: 01/01/2019                    Time: 19:06:23                    User: Nick Salyer (SNC1)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-F COMPLEX FLORENCE | Physician Assistant |
| ASPC-F CENTRAL I # | Physician Assistant |
| ASPC-F SOUTH UNIT | Physician Assistant |
| ASPC-F EAST UNIT | Physician Assistant |
| ASPC-F NORTH UNIT | Physician Assistant |
| ASPC-E SMU I NORTH | Physician Assistant |
| ASPC-F CB-KASSON CD# | Physician Assistant |
| ASPC-E COOK UNIT | Physician Assistant |
| ASPC-E COMPLEX EYMAN | Physician Assistant |
| ASPC-E MEADOWS CDU # | Physician Assistant |
| ASPC-E BROWNING UNIT | Physician Assistant |
| ASPC-F CENTRAL IPC | Physician Assistant |
| ASPC-E BROWNING D/RW | Physician Assistant |
| ASPC-E SMU I SOUTH | Physician Assistant |
| ASPC-E BROWNING MHW | Physician Assistant |
| ASPC-E SMU I CDU | Physician Assistant |
| ASPC-F MAX PHASE LV# | Physician Assistant |
| ASPC-F RYNNING CLOS# | Physician Assistant |
| ASPC-E SMU I EAST | Physician Assistant |
| ASPC-E SMU I MHW | Physician Assistant |
| ASPC-F RYNNING MED # | Physician Assistant |
| ASPC-E SMU BMU | Physician Assistant |
| ASPC-E MEADOWS MED | Physician Assistant |
| ASPC-F TEMPE ST.LUKES HOSP | Physician Assistant |
| ASPC-E RYNNING MAX | Physician Assistant |
| ASPC-F CENTRAL CB1 M/H | Physician Assistant |
| ASPC-F KASSON MHU | Physician Assistant |
| ASPC-E MAX INTAKE | Physician Assistant |
| ASPC-F FLOR/GLOBE | Physician Assistant |
| ASPC-E BROWNING 805# | Physician Assistant |
| ASPC-E BROWNING 805# | Physician Assistant |
| ASPC-E BROWNING STG | Physician Assistant |

Show Add History

# Exhibit 92

# (Redacted)

**Health Needs Request (HNR)**

## SECTION/SECCION I

| | | ADC Number/Número de ADC | Date/Fecha 12/29/18 |
|---|---|---|---|

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad CATALINA | P.O. Box/Apartado Postal 24409 | Institution/Facility/Instalación: ASPC Tucson / CATALINA |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

## SECTION/SECCION II

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ✓ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

My Left ARm pain from Surgery.
I AM DEAF.
THANKS

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

## SECTION/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

placed on nurse line

| Staff Signature Stamp/Firma del empleado K.Jones, LPN | Date/Fecha | Time/Hora DEC 29 '18 18:06 |
|---|---|---|

## SECTION/SECCION IV

PLAN OF ACTION/PLAN DE ACCION

Refused to be seen

| Staff Signature Stamp/Firma del empleado A.Nieblas RN | Date/Fecha 12/30/18 | Time/Hora 0800 |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

CHSS027C        **Health Services Encounter**        Wednesday April 29, 2020 14:52:05

## Encounter Header

| | | |
|---|---|---|
| Date*: 12/30/2018 | Start Time*: 08:48:34 |
| End Date*: 12/30/2018 | End Time*: 08:49:21 |
| Category: Nursing | |
| Type*: Nurse - Sick Call - Scheduled | Encounter Close Date: 12/30/2018 |
| Location*: ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: 08:49:49 |
| Setting*: Clinic | |
| Staff Member*: Nieblas, Angel A | |
| Title: Registered Nurse | |
| Form Type: NET-Musculoskeletal | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 12/29/2018 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 12/29/2018
"...left arm pain from surgery. I am deaf"

INMATE REFUSED TO BE SEEN. REFUSAL FORM SIGNED.

**NET-Musculoskeletal - Subjective**

**Chief complaint:** INMATE REFUSED TO BE SEEN. REFUSAL FORM SIGNED. **Onset Date:** ☐ Trauma Describe injury: ☐
Difficulty breathing ☐  Pain
○ Chronic                                                                ○ Acute
☐ Dull ☐ Sharp ☐ Achy ☐ Burning **Pain scale is now:** /10 **At worst:** /10 **What makes it better: What makes it worse:**
☐ Radiation Describe: **Associated Factors:** ☐ Urinary incontinence ☐ Painful urination ☐ Fecal incontinence     ☐
Tingling ☐ Nausea/vomiting ☐ Abdominal pain ☐ Fever
○ Chronic                                                                ○ Acute
☐ Numbness:  Describe:
○ Chronic                                                                ○ Acute
☐ Weakness:  Describe: ☐ Weight change ☐ Gain ☐ Loss ☐ Impaired mobility  ☐ Impaired ADLs ☐ Steroids ☐ NSAIDS
☐ Anticoagulants **Current Medications:** ☐ New medication in the past 30 days? What medication: **Pertinent Medical
Conditions:** ☐ Arthritis ☐ Cancer ☐ Osteoporosis ☐ Kidney disease/stones ☐ Back surgery ☐ Working lifting heavy
objects Explain: ☐ Recent weight lifting ☐ Other: lbs.
○ Y            ○ N                    ○ Unknown
**Tetanus Booster >5 years:**
○ Y            ○ N                    ○ Unknown
**Ever had a Tdap:**

Rev #: 926

---

**Objective**

**Vital Signs**

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| | | | | | Not Taken | | | | | | |

**Objective Notes**

INMATE REFUSED TO BE SEEN. REFUSAL FORM SIGNED.

**NET-Musculoskeletal - Objective**

**Call practitioner if T>100, P>100, or SBP <100.**
○ Y        ○ N
**Chronic care clinic:**What clinic(s): ☐ Warm ☐ Dry ☐ Pale ☐ Red**Skin:** ☐ Cold ☐ Clammy ☐ Scratching ☐ Bruising ☐ Normal ☐ Pulsatile mass in abdomen ☐ Lumps ☐ Redness**Abdomen:Extremities:** ☐ Pedal pulse: ☐ Radial pulse:RLRL ☐ Handgrips equal and strong ☐ Handgrips unequal and weakDescribe: ☐ Tender to touchDescribe: ☐ Straight leg raise equal and strong ☐ Straight leg raise unequal and weakDescribe: ☐ Posture erect ☐ Posture not erectDescribe: ☐ Gait symmetrical ☐ Gait not symmetricalDescribe: ☐ Able to walk heel to toe ☐ Able to squat and rise**Tests:Record fingerstick results for diabetics in the vital signs section of this encounter.Record Dipstick U/A order and results in the lab orders section of this encounter.**(Back pain or excessive exercise)**Comments:**

Rev #: 926

---

**Assessment**

**Active Allergies/Health Problems/Conditions** (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

INMATE REFUSED TO BE SEEN. REFUSAL FORM SIGNED.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

INMATE REFUSED TO BE SEEN. REFUSAL FORM SIGNED.

**NET-Musculoskeletal - Plan/Intervention**

☐ Emergent Intervention**Time:Practitioner notified:If CPR or AED is initiated use Emergency Response Form.EMS activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Abnormal vital signs (Rule of 100s)T>100, P>100, SBP<100 ☐ Abnormal abdominal exam ☐ Positive straight leg raise ☐ Numbness/weakness (acute) ☐ Decreased ROM ☐ Obvious deformity ☐ Uncontrolled bleeding ☐ Absence of pedal or radial pulse ☐ Abnormal fingerstick, Diabetic <70 or >240 ☐ Abnormal dipstick UA ☐ Other: ☐ MAR ☐ Medical record**Reviewed with practitioner:** ☐ Seen by practitioner**Name:Time:** ☐ Contacted practitioner**Name:Time:**

○ Y                                              ○ N

☐ Read back practitioner orders**Practitioner Orders Received:** ☐ Admit to infirmary ☐ Return to unit ☐ Monitor/Observation**Disposition:** ☐ Other:**Comments:** ☐ Nursing Intervention**Continuity of Care:** ☐ Nurse follow up scheduled ☐ Referral to practitioner for current presenting complaint ☐ Custody notified of special needs ☐ No further follow up needed at this time ☐ Seen by practitioner**Name:Time:** ☐ Contacted practitioner**Name:Time:**

○

**Pr**                                                                                                          per site guidelineList: Acetaminophen, Ibuprofen ☐ KOP ☐ Medication administered ☐ Medication noted on MAR**Comments:**

Rev #: 926

---

**Patient Education**

### Patient Education Notes

INMATE REFUSED TO BE SEEN. REFUSAL FORM SIGNED.

### NET-Musculoskeletal - Patient Education

**Patient Education:** ☐ Patient educated to contact medical if symptoms develop or worsen ☐ Education given ☐ Written information provided ☐ Verbal education given ☐ The patient demonstrates an understanding of self-care, symptoms to report, and when to returnfor follow-up care

Rev #: 926

---

**Health Classification**

  Medical: 4
  Mental: 1-No history of MH services       Prognosis:
   SMI: N-No
  Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

  Review Type*: No Review Required    Review Staff: Unknown

**Review Notes**

None

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 12/30/2018    Time: 08:49:49    User: Angel Nieblas (NAA1)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-L COMPLEX LEWIS | Registered Nurse |
| ASPC-L STINER UNIT I | Registered Nurse |
| ASPC-L STINER CDU | Registered Nurse |
| ASPC-L MOREY CDU | Registered Nurse |
| ASPC-L BARCHEY UNIT# | Registered Nurse |
| ASPC-L BACHMAN CDU | Registered Nurse |

| | |
|---|---|
| ASPC-L IPC | Registered Nurse |
| ASPC-L BUCKLEY SU | Registered Nurse |
| ASPC-L MOREY TRNST | Registered Nurse |
| ASPC-L RAST MAX | Registered Nurse |
| ASPC-L MOREY UNIT | Registered Nurse |
| ASPC-L SUNRISE UNIT | Registered Nurse |
| ASPC-L BARCHEY MDM I | Registered Nurse |
| ASPC-L EAGLE POINT # | Registered Nurse |
| ASPC-L BUCKLY UNT I | Registered Nurse |
| ASPC-L BARCHEY MED PS | Registered Nurse |
| ASPC-L RAST CLOSE | Registered Nurse |
| ASPC-L BACHMAN MDM I | Registered Nurse |
| ASPC-L BCHMN MXD 2 # | Registered Nurse |
| ASPC-L EAGLE POINT MN GP | Registered Nurse |
| ASPC-L RAST CLOSE MGMT | Registered Nurse |
| ASPC-L SUNRISE PC # | Registered Nurse |

_Show Add History_

Exhibit 93

(Redacted)

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Date: JAN 30 '19 18:53
Time:
Initials:

**SECTION/SECCION I**

Inmate Name/Nombre (Last, First M.I.) /Apellido, Nombre, Inicial)

ADC Number/Número de ADC

Date/Fecha 1/29/19

Cell/Bed Number/Celda/Número de Cama

Unit/Unidad: Tucson

P.O. Box/Apartado Postal: 24409

Institution/Facility/Instalación: ASPC Catalina Tucson

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ✓ Medical/Médica  Dental  FHA
 Pharmacy/Farmacia  Mental Health/Salud Mental  Eyes/Ojos ✓ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I Am Deaf. I have no way to
Communicate heaving people.
I need a T.V. I'm lonely and
I can't hear the Music RADiO.
T.V. help me to watch.
Thank you for your time.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ✗ Medical/Médica  Dental  Pharmacy/Farmacia  FHA
 Mental Health/Salud Mental  Eyes/Ojos  Other/Otros (specify) (especifique) _____
Comments/Comentarios

NL

Staff Signature Stamp/Firma del empleado
V. Patten, LPN

Date/Fecha

Time/Hora
JAN 30 '19 18:53

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
fwd to MH

Staff Signature Stamp/Firma del empleado
D. Thayer RN

Date/Fecha 1/31/19

Time/Hora 1020

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

CHSS027C            # Health Services Encounter       Wednesday April 29, 2020 14:55:42

## Encounter Header

| | |
|---|---|
| Date*: | 01/31/2019 |
| End Date*: | 01/31/2019 |
| Category: | Nursing |
| Type*: | Nurse - Sick Call - Scheduled |
| Location*: | ASPC-T CATALINA UNIT  [C35] |
| Setting*: | Clinic |
| Staff Member*: | Thayer, Darryl |
| Title: | Registered Nurse |
| Form Type: | NET-Mental Health Complaint |

| | |
|---|---|
| Start Time*: | 10:18:46 |
| End Time*: | 10:21:47 |
| | |
| Encounter Close Date: | 01/31/2019 |
| Encounter Close Time: | 10:27:05 |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 01/30/2019 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 01/30/2019
REQUESTING FOR TV.

IM is deaf - IM indicates that he is lonely, cant hear radio or communicate with others.  IM spoke to COIII elsas who indicated to put in a HNR and have medical approval .  TV helps him cope.

**IM denies any DTS/DTO SI / HI / A/VH at this time**

### NET-Mental Health Complaint - Subjective

**Chief complaint:**wants an SMI tv**Onset Date:**
○ Y                             ○ N
**Have you had this problem before:**Describe:**Associated Factors:** ☐ Suicidal thoughts (initiate suicide watch)☐ Aggressive behavior☐ Homicidal thoughts☐ Difficulty with mood-patient stated c/o with mood☐ Difficulty with thoughts ☐ Difficulty sleeping☐ Auditory hallucinations☐ Visual hallucinations☐ Difficulty with memory☑ Other:lonely IM is deaf, cant communicate or hear radio**Precipitating Factors:** ☐ Recent court hearing☐ Bad news☐ Parole denial☐ Death in the family☐ Recent conduct report**Current Medications:** ☐ Psychotropics☐ Taking regularly**Specify:** New medication within past 30 days?What Medication?**Pertinent Medical Conditions:** ☐ Prior mental health treatmentDescribe:NO Hx of MH services

Rev #: 925

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 10:23 | 98.2 | 61 | 18 | 6 2 | 162 | 118 | 79 | NA | 20.80 | 97.00 | |

### Objective Notes

IM ambulated into exam room on own fruition without assistive devices, and upright steady strong equal gait
IM appears to be a healthy 33 yo male sitting comfortable in the chair leaning back, calm and cooperative with no apparent
s/s of respiratory distress or SOB
IM denies any N/V, or general malaise at this time
VSS
AOx3 Perrla
Lungs CTA with regular unlabored breathing
S1S2 +2 rad pulse with <2 sec cap refill

### NET-Mental Health Complaint - Objective

☐ Injury Describe:Location: ☑ Person ☑ Place ☑ Time **Oriented to:** ☑ Logical ☐ Goal directed ☐ Rapid, pressured ☐ Discouraged **Thought Process:** ☐ Combative ☐ Withdrawn ☐ Aggressive **Behaviors:** ☐ Anxious Describe: ☑ Normal ☐ Unremarkable ☐ Paranoid ☐ Delusional **Thought Content:** ☐ Auditory hallucinations ☐ Command auditory hallucinations ☐ Hyperactive ☐ Hypoactive ☐ Pacing ☑ Making eye contact ☐ Rapid speech **Activity:** ☐ Recent ☐ Remote ☐ Concentration **Memory:** ☐ Recall 3/3 (give them 3 words to remember and in 5 minutes go back and ask them ro repeat  those 3 words) ☑ Unremarkable ☐ Depressed ☐ Irritable **Mood:** ☐ Euphoric ☐ Labile ☐ Flat affect ☑ Other:bright affect ☐ Thoughts ☐ Intent ☐ Means ☐ Plan **Suicidal Ideation:** ☐ Dyskinesia ☐ Tremors ☐ Rigid **Psychomotor:Tests:For diabetics, record the fingerstick results in the vital signs area of this encounter.Comments:**

IM denies any DTS/DTO SI / HI / A/VH at this time

Rev #: 925

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

ineffective coping r/t IM being deaf and lonely

---

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**      View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| |
|---|
| fwd to MH |

**NET-Mental Health Complaint - Plan/Intervention**

☐ Emergent Intervention**Practitioner notified:Time:If CPR or AED is initiated use Emergency Response Form.EMS process activated:EMS arrival:EMS transport:Facility transported to:Other:Comments:** ☐ Urgent Intervention-Contact Practitioner**Practitioner contact required due to:** ☐ Abnormal vital signs (Rule of 100s)T>100, P>100, SBP<100☐ Delusional☐ Altered mental status☐ Auditory or visual hallucinations☐ Rigid or tremors☐ Current suicidal ideation (initiate suicide watch)*☐ Abnormal fingerstick, Diabetic <70 or>240☐ Other:***Must contact Mental Health** ☐ MAR☐ Medical record**Reviewed with practitioner:** ☐ Seen by practitionerName:Time: ☐ Contacted practitionerName:Time: ☐ Contacted Mental HealthName:Time:

◯ Y          ◯ N

☐ Read back practitioner orders**Practitioner Orders Received:** ☐ Return to unit☐ Monitor/Observation ☐ Admit to infirmary**Disposition:** ☐ Other:**Comments:** ☑ Nursing Intervention**Continuity of Care:** ☐ Nurse follow up scheduled☑ Referral to Mental Health☐ Referral to practitioner for current presenting complaint☐ Referral to practitioner for multiple visits for same complaint☐ Referred to practitioner for evaluation of enrollment in CCC☐ Custody notified of special ne                          me:Time:

◯

**Practitioner orders received**☐ Read back practitioner orders**Medication:** ☐ O2 @LPM via☐ KOP☐ Medication administered☐ Medication noted on MAR**Comments:**

Rev #: 925

## Patient Education

### Patient Education Notes

IM verbally stated an understanding of current plan of care including calling an ICS or submitting an HNR for worsening s/s

### NET-Mental Health Complaint - Patient Education

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☐ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to returnfor follow-up care

Rev #: 925

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  4
Mental:  1-No history of MH services                                    Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*:  No Review Required                    Review Staff:  Unknown

**Review Notes**

None

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**
Date: 01/31/2019          Time: 10:27:05          User: Darryl Thayer (THADA01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Registered Nurse |
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |
| ASPC-T CIMARRON CDU | Registered Nurse |
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |
| ASPC-T RESIDENTIAL MED HSG | Registered Nurse |
| ASPC-T MINORS II | Registered Nurse |
| ASPC-T MNZ MHWT | Registered Nurse |
| ASPC-T 2ND CHNC MNZ | Registered Nurse |
| ASPC-T RINCON II # | Registered Nurse |

Show Add History

# Exhibit 94

CHSS027C        # Health Services Encounter      Thursday April 30, 2020 10:23:26

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 02/08/2020 | Start Time*: | 06:07:03 |
| End Date*: | 02/08/2020 | End Time*: | 06:07:46 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Scheduled | Encounter Close Date: | 02/08/2020 |
| Location*: | ASPC-T CATALINA UNIT [C35] | Encounter Close Time: | 06:31:03 |
| Setting*: | Clinic | | |
| Staff Member*: | Graybill, Lisa | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-GI | | |

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 02/07/2020 | Nursing | Routine | Encounter Held |

**Subjective Notes**

Request Date: 02/07/2020
Stomach upset and vomit

IM is deaf, uses sign language, communicated with IM through writing on pieces of paper back and fourth. A&Ox3, lungs CTA, NAD, VSS. C/o nausea with no vomiting x 1 day. C/o small amount of pain diffuse throughout stomach, no vomiting. BS are hyperactive x4, Abd soft and non-tender. IM states he thinks he may have had bad food, asked if his bowel movement was watery with no solid pieces, he said yes. Stool softener ordered BID PRN per protocol, states occasional constipation.

**AZ NET-GI - Subjective**

**Chief complaint:**upset stomach, little pain**Onset date:**2/7/2020

○ Y                            ● N

**Have you had this problem before?**Describe:

○ Y                            ○ N

**Trauma:**Describe injury:**Associated Factors:** ☑ Nausea ☐ Vomiting: ☐ Coffee grounds ☐ Bloody ☐ BiliousHow often:How long:Last BM:2/7/2020 ☐ Brown ☐ Tan ☐ Bloody ☐ Black/TarryColor: ☐ Diarrhea  (how often):Describe:How long: ☐ Constipation ☑ Urine ☑ Yellow ☐ Brown ☐ Bloody ☐ Polydipsia ☐ Polyuria ☐ Polyphagia ☐ Abdominal Pain ☐ RUQ ☐ RLQ ☐ LUQ ☐ LLQPain scale: Now:/10At worst:/10What makes it better:What makes it worse: ☐ Constant ☐ Intermittent ☐ CrampingPain is: ☐ Burning ☐ Dull ☐ Sharp ☐ Alcohol use (yrs, drinks per day) ☐ Drug useType:Frequency:**Current Medications:** ☐ ASA ☐ Anticoagulants ☐ NSAIDS ☐ Iron ☐ Steroids ☐ GI Meds ☐ Psychotropics ☐ Other: ☐ New medications within past 30 days?What Medication?**Pertinent Medical Conditions:** ☐ CHF ☐ Stroke ☐ MI ☐ Heartburn/GERD ☐ Pregnant ☐ Peptic ulcer ☐ Crohns ☐ Pancreatitis ☐ Diabetes ☐ Gallstones ☐ Kidney stones ☐ Colitis/IBS ☐ Tobacco use (yrs, packs per day) ☐ End stage liver disease ☐ Chronic HBV/HCV ☐ GI bleedTreatment:Date: ☐ Abdominal surgeryList:Date:

Rev #: 1264

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP | BP | Blood | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|-----|-----|-------|-----|-----|----------|

|       |      |    |    |     |     | Sys | Dia | Sugar |       |       |   |
|-------|------|----|----|-----|-----|-----|-----|-------|-------|-------|---|
| 06:10 | 97.5 | 62 | 18 | 6 2 | 164 | 103 | 62  | NA    | 21.05 | 97.00 |   |

**Objective Notes**

see above

**NET-GI - Objective**

**Call practitioner if T>100, P>100, or DBP>100.**
◯ Y            ◯ N

**Chronic care clinic:What clinics(s):Location of pain:**
◯ Y            ◯ N

**Pain induced/increased with walking/movement:**
◯ Y            ◯ N

**Able to stand erect:**☑ Normal ☐ Yellow ☐ Swollen ☐ Watery**Eyes:** ☐ Normal ☐ Cough ☐ SOB**Respiratory:Lungs:**☑ Clear ☐ Wheezing ☐ Diminished ☐ WetR Lung ☑ Clear ☐ Wheezing ☐ Diminished ☐ WetL Lung ☑ Warm ☑ Dry ☐ Pale ☐ Cold ☐ Clammy ☐ Yellow**Skin:Abdomen:**Bowel sounds: ☐ Absent ☐ Present ☐ Hypoactive ☐ Hyperactive ☑ Soft non-tender ☐ Distended ☐ Rigid ☐ Rebound tenderness ☐ Guarding ☐ Tender ☐ Visible bulgesDescribe: ☐ Scars or injuriesDescribe:**Females:Record uHCG order and results in the lab orders section of this encounter.LMP:**
◯ N/A      ◯ Total hysterectomy        ◯ Post menopausal

**Tests:FSBG and Urine Dipstick are required for this encounter.**Have you performed a fingerstick and entered the results in the vital signs section of this encounter?NoHave you performed a dipstick U/A and recorded the results in the lab orders section of this encounter?Yes**Comments:**

IM refused dipstick says he doesn't need to go, FSBS not necessary, no s/s indicative of issues

Rev #: 1264

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

see above

### Assessment - Nursing Diagnosis

**Nursing Diagnosis** ☐ Alteration in comfort ☐ Potential for fluid/electrolyte deficit
☐ Knowledge Deficit ☑ Alteration in elimination
☐ Other **Related To** ☑ Constipation ☐ Diarrhea ☐ Heartburn (Acid reflux) ☐ Hemorrhoids ☐ Vomiting ☐ Other

Rev #: 1264

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Docusate Sodium Cap (Colace)/100MG | | 02/08/2020 | 1 | TWICE DAILY AS NEEDED | 03/08/2020 | Received from Pharmacy |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

Colace BID PRN for occasional constipation
increase fluids and exercise

### NET-GI - Plan/Intervention

**Referral to Medical Practitioner**
◉ No Referral to Provider Necessary
○ Routine Referral (To be seen within 14 days)
○ Urgent Referral (To be seen within 24 hours)
○ Emergent Referral (To be seen immediately)

**Sick Call Follow Up** ☐ Practitioner ☐ Mental Health ☐ None ☐ Other ☐ Nurse ☐ Dental ☐ Lab ☐ XRAY **For any referral or follow up selected, please ensure the appropriate appointment is created.** ☑ Nursing Intervention **Continuity of Care:** ☐ Stool guaiac cards and instructions given ☐ Clear liquids x 24 ☐ Referral to practitioner for multiple visits for same complaint ☐ Referred to practitioner for evaluation of enrollment in CCC ☐ Custody notified of special needs ☐ Other: ☐ Seen by practitionerName:Time: ☐ Contacted practitionerName:Time: **Practitioner orders received**
○ Y                                                    ○ N
☐ Read back practitioner orders **Medication:** ☐ O2@LPM via ☑ OTC medication per site guidelineList: Antacid, Mylanta, Colace ☑ KOP ☐ Medication administered ☐ Medication noted on MAR **Comments:**

Rev #: 1264

**Patient Education**

**Patient Education Notes**

HNR PRN
Increase fluids and exercise to promote normal bowel elimination

## NET-GI - Patient Education

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☑ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow-up care

Rev #: 1264

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical: 4
Mental: 1-No history of MH services                          Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*: Practitioner Review             Review Staff: Zevallos, Joseph, NP

**Review Notes**

None

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 02/08/2020           Time: 06:31:03           User: Lisa Graybill (DUNLI01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-T COMPLEX TUCSON | Registered Nurse |
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |

| | |
|---|---|
| ASPC-T CIMARRON CDU | Registered Nurse |
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |
| ASPC-T RESIDENTIAL MED HSG | Registered Nurse |
| ASPC-T MINORS II | Registered Nurse |

Show Add History

# Exhibit 95

CHSS027C        **Health Services Encounter**        Tuesday June 02, 2020 11:39:19

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 02/27/2020 | Start Time*: | 07:48:18 |
| End Date*: | 02/27/2020 | End Time*: | 07:50:24 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Scheduled | Encounter Close Date: | 02/27/2020 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 08:00:30 |
| Setting*: | Clinic | | |
| Staff Member*: | Kidd, Jennifer | | |
| Title: | Nursing Director | | |
| Form Type: | NET-Ears | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Inmate Refused Interpreter Services

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 02/26/2020 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 02/26/2020
Ears hurt-IM IS DEAF. UNABLE TO PULL UP ASL INTERPRETER, IM REQUESTED TO JUST WRITE ON PAPER TO COMMUNICATE AND WE WERE ABLE TO DO SO WELL.
IM BELIEVES HE HAS WAX BUILD UP IN BOTH HIS EARS AS THIS HAS HAPPENED IN THE PAST AND FELT THE SAME WAY. IM DENIES HA, SORE THROAT, COUGH OR CONGESTION.

**AZ NET-Ears - Subjective**

**Chief Complaint:**WAX BUILD UP**Onset Date:**2 WEEKS**Associated Factors:**
◉ Acute      ○ Chronic (>2-3 weeks)
☑ Pain☑ Pain now:3/10At worst:3/10**What makes it better:**GETTING THE WAX OUT**What makes it worse:**NOT GETTING THE WAX OUT☐ Cough☐ ProductiveDescribe:☐ Problems with balanceDescribe:☐ Dizziness**Complaint:**☐ Left☐ RightBuzzing☐ LeftRinging☐ Right☐ LeftRoaring☐ Right☐ LeftWhistling☐ Right☐ LeftHissing☐ Right☐ LeftForeign body☐ Right☐ LeftPain☐ Right☐ LeftDrainage☐ Right☐ LeftLoss of hearing☐ Right☐ LeftPop☐ Right**Current Medications:**☐ New medication within the past 30 daysWhat medications:**Pertinent Medical Conditions:**☐ Seasonal allergies☐ Current or recent URI☐ Head traumaDescribe:☐ Ear traumaDescribe:☐ Meniere's disease☐ Tinnitus

Rev #: 1243

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 07:51 | 98.3 | 76 | 16 | 6 2 | 160 | 122 | 69 | NA | 20.54 | 97.00 | |

**Objective Notes**

A&OX3, DOES NOT APPEAR TO BE IN ACUTE DISTRESS. NO S/S VIRAL/COLD. SKIN COLOR APPROPRIATE FOR ETHNICITY.

**NET-Ears - Objective**

**Call practitioner if T>100, P>100, or SBP<100.**
○ Y                           ⦿ N

**Chronic care clinic:** What clinic(s): **Eyes:** ☑ Clear☐ Pale☐ Watery☐ Red☐ Swelling☐ DrainageDescribe:
○ Y                           ○ N

**Otoscope available:Ears:Canal:** ☐ Left☐ RightNormal☐ Left☐ RightRed☐ Left☐ RightSwollen☑ Left☑ RightWax build up**Tympanic membrane:** ☐ Left☐ RightSwollen☐ Left☐ RightRed☐ Left☐ RightBulging☐ Left☐ RightPearly white☐ Left☐ RightHole☐ Visible drainage ☐ Left☐ RightDescribe:☐ Foreign object visible☐ Left☐ RightDescribe:
☑ Normal☐ Congestion☐ Red**Nose:** ☐ DrainageDescribe:☑ Unremarkable☐ Exudates☐ Red☐ Enlarged tonsils☐ Swelling**Throat:** ☑ Supple☐ Swollen lymph nodes**Neck:** Describe:**Lung sounds:** ☑ Clear☐ Diminished☐ Wheezing☐ WetR Lung☑ Clear☐ Diminished☐ Wheezing☐ WetL Lung**Test:Hearing test: Rub fingers together beside each ear.** ☐ Patient acknowledges hearing ☐ R Ear☐ L Ear**Comments:**

IM IS DEAF

Rev #: 1243

---

**Assessment**

**Active Allergies/Health Problems/Conditions** (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | No Rows Found | | | | |

**Assessment Notes**

A&OX3, RRR, LUNGS CTA, PERRLA, CAP REFILL < 3 SECONDS, NO OBVIOUS SIGNS OF TRAUMA, NO EDEMA NOTED TO VISIBLE SKIN. BILATERAL EARS HAVE IMPACTED CERUMEN, TYMPANIC MEMBRANE CANNOT BE ASSESSES. IM DENIES CP, SOB, N.V DIARRHEA OR HAS.

**NET-Assessment - Nursing Diagnosis**

**Nursing Diagnosis** ☐ Risk of Infection ☑ Alteration in Comfort ☐ Knowledge Deficit ☐ Disturbed Sensory Perception: Auditory ☐ Other **Related to:** ☐ Foreign Body Present ☐ Sinus/other infection ☑ Excess Cerumen ☐ Recent injury ☐ Other

Rev #: 1243

## Plan

### Treatment Orders (1 - 1 of 1)

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| Treatments | Ear Flush | Daily (as specified by the Practitioner) | 1 | SCHEDULED IN 5 DAYS |

### Active Drug Prescription Orders (1 - 1 of 1)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Docusate Sodium Cap (Colace)/100MG | | 02/08/2020 | 1 | TWICE DAILY AS NEEDED | 03/08/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Carbamide Peroxide Dro (Debrox)/6.5% ⚠ | | 02/27/2020 | 4 GTTS | TWICE DAILY | 03/01/2020 | Discontinued - Other |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| 03/05/2020 | 10:00:00 | Health Services | Generic, Clinic Nurse | ASPC-T CATALINA UNIT |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

| |
|---|
| DEBROX X4 DAYS, EAR LAVAGE ON 5TH DAY |

**NET-Ears - Plan/Intervention**

**Referral to Medical Provider**

◉ No Referral to Provider Necessary
○ Routine Referral (To be seen within 14 days)
○ Urgent Referral (To be seen within 24 hours)
○ Emergent Referral (To be seen immediately)

**Sick Call Follow Up** ☐ Practitioner ☐ Mental Health ☐ None ☐ Other ☑ Nurse ☐ Dental ☐ Lab ☐ XRAY **For selected referrals and follow up, please ensure the appropriate appointment/referral is created.** ☑ Nursing Intervention **Continuity of Care:** ☐ Ear irrigated ☐ Advise rest and increase oral fluid intake ☐ Warm salt water gargles PRN ☐ Custody notified of special needs ☐ Seen by practitionerName:Time: ☐ Contacted practitionerName:Time: **Practitioner orders received**

○ Y            ○ N

☐ Read back practitioner ordersExplain: **Medication:** ☐ 02 @LPM via ☑ OTC medication per site guidelineList: Acetaminophen, Ibuprofen, Debrox ☐ Medication noted on MAR ☐ KOP ☐ Medication administered **Comments:**

DEBROX ORDERED-NONE IN CLINIC STOCK OR KEEFE

Rev #: 1243

---

## Patient Education

### Patient Education Notes

DROPS SHOULD ARRIVE TOMORROW. INSTILL IN BILATERAL EARS AS INSTRUCTED. EAR FLUSH SCHEDULED. REPORT NEW OR WORSEING S.S,

### NET-Ears - Patient Education

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☐ Education given ☐ Written information provided ☑ Verbal education given ☑ The patient demonstrates an understanding of self-care, symptoms to report and when to returnfor follow-up care

Rev #: 1243

---

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

## Health Classification

| | |
|---|---|
| Medical: | 4 |
| Mental: | 1-No history of MH services |
| SMI: | N-No |
| Dental: | U-Unknown (Conversion) |

Prognosis:

### Classification and Security Notes

None

---

## Encounter Orders Review

Review Type*:  Practitioner Review          Review Staff:  Hand, Amy
Review Date:  02/27/2020          Review Time:  14:02:44

### Review Notes

TimeStamp: 27 February 2020 14:06:02 --- User: Amy Hand (HANAM02)

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

## Last Updated Information:

| Date: 02/27/2020 | Time: 14:02:44 | User: Amy Hand (HANAM02) |
|---|---|---|

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-T COMPLEX TUCSON | Nurse Practitioner |
| ASPC-T RINCON I | Nurse Practitioner |
| ASPC-T SANTA RITA | Nurse Practitioner |
| ASPC-T COMPLEX CDU | Nurse Practitioner |
| ASPC-T MINORS I | Nurse Practitioner |
| ASPC-T CIMARRON I | Nurse Practitioner |
| ASPC-T CIMARRON CDU | Nurse Practitioner |
| ASPC-T MANZANITA | Nurse Practitioner |
| ASPC-T MANZANITA CDU | Nurse Practitioner |
| ASPC-T WINCHESTR CDU | Nurse Practitioner |
| ASPC-T RINCON IPC | Nurse Practitioner |
| ASPC-T MANZANITA SNU | Nurse Practitioner |
| ASPC-T CIM TRNST | Nurse Practitioner |
| ASPC-T MINORS RCPTN | Nurse Practitioner |
| ASPC-T RINCON MHW | Nurse Practitioner |
| ASPC-T RINCON MHU | Nurse Practitioner |
| ASPC-T CATALINA UNIT | Nurse Practitioner |
| ASPC-T WHETSTONE | Nurse Practitioner |
| ASPC-T WINCHESTER GP | Nurse Practitioner |
| ASPC-T RINCON SNU | Nurse Practitioner |
| ASPC-T CIM ICE TRNST | Nurse Practitioner |
| ASPC-T RESIDENTIAL MED HSG | Nurse Practitioner |
| ASPC-T MINORS II | Nurse Practitioner |
| ASPC-T MNZ MHWT | Nurse Practitioner |
| ASPC-T 2ND CHNC MNZ | Nurse Practitioner |
| ASPC-T MINORS FEMALE | Nurse Practitioner |
| ASPC-Tucson Complex | Nurse Practitioner |

Show Add History

Exhibit 96

# Health Services Encounter

CHSS027C

Tuesday June 02, 2020 11:41:29

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/05/2020 | Start Time*: | 12:56:39 |
| End Date*: | 03/05/2020 | End Time*: | 12:57:09 |
| Category: | Nursing | | |
| Type*: | Nurse - Treatment Call | Encounter Close Date: | 03/05/2020 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 13:06:50 |
| Setting*: | Clinic | | |
| Staff Member*: | Patten, Virginia | | |
| Title: | Lic Practical Nurse | | |
| Form Type: | | | |

## Patient Applied Treatments

| Treatment Type | Approx. Begin Date | Approx. End Date | Specify Comments | Treatment Comments | Treatment Status |
|---|---|---|---|---|---|
| | | | | | |
| No Rows Found | | | | | |

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

ASL Interpreter 356204 Lynette

Pt reports has used "most of ear drop medication."

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

Present in medical for ear lavage scheduled treatment line.
-denied pain
-bilateral cerumen present
-left ear has dark brown wax, no redness present
-right ear has dry cerumen in canal


Ears flushed and pt was asked by interpreter about drops Rx. Pt relayed that he did not complete all drops.

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

| None |
|---|

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Docusate Sodium Cap (Colace)/100MG | | 02/08/2020 | 1 | TWICE DAILY AS NEEDED | 03/08/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 03/07/2020 | 09:00:00 | Health Services | Generic, Clinic Nurse | ASPC-T CATALINA UNIT |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

Pt will be scheduled for treatment line in 2 days for f/u.

---

### Patient Education

#### Patient Education Notes

Pt verbalized understanding of plan, no comments or concerns at this time when afforded to ask with ASL interpreter present.

---

### Health Classification

Medical: 4

Mental: 1-No history of MH services                    Prognosis:

SMI: N-No

Dental: U-Unknown (Conversion)

#### Classification and Security Notes

None

---

### Encounter Orders Review

Review Type*: No Review Required                    Review Staff: Unknown

#### Review Notes

None

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 03/05/2020                Time: 13:06:50            User: Virginia Patten (PATVI01)

**Office/Facility of User on that date**            **Work Assignment**

ASPC-T COMPLEX TUCSON                                Lic Practical Nurse

ASPC-T RINCON I                                      Lic Practical Nurse

ASPC-T SANTA RITA                                    Lic Practical Nurse

ASPC-T COMPLEX CDU                                   Lic Practical Nurse

| | |
|---|---|
| ASPC-T MINORS I | Lic Practical Nurse |
| ASPC-T CIMARRON I | Lic Practical Nurse |
| ASPC-T CIMARRON CDU | Lic Practical Nurse |
| ASPC-T MANZANITA | Lic Practical Nurse |
| ASPC-T MANZANITA CDU | Lic Practical Nurse |
| ASPC-T WINCHESTR CDU | Lic Practical Nurse |
| ASPC-T RINCON IPC | Lic Practical Nurse |
| ASPC-T MANZANITA SNU | Lic Practical Nurse |
| ASPC-T CIM TRNST | Lic Practical Nurse |
| ASPC-T CIMARRON II | Lic Practical Nurse |
| ASPC-T MINORS RCPTN | Lic Practical Nurse |
| ASPC-T MINORS MAX # | Lic Practical Nurse |
| ASPC-T RINCON MHW | Lic Practical Nurse |
| ASPC-T RINCON MHU | Lic Practical Nurse |
| ASPC-T CATALINA UNIT | Lic Practical Nurse |
| ASPC-T WHETSTONE | Lic Practical Nurse |
| ASPC-T MINORS | Lic Practical Nurse |
| ASPC-T WINCHESTER GP | Lic Practical Nurse |
| ASPC-T RINCON SNU | Lic Practical Nurse |
| ASPC-T CIM ICE TRNST | Lic Practical Nurse |
| ASPC-T RESIDENTIAL MED HSG | Lic Practical Nurse |

Show Add History

# Exhibit 97

# Health Services Encounter

CHSS027C

Tuesday June 02, 2020 11:42:06

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/05/2020 | Start Time*: | 12:18:13 |
| End Date*: | 03/05/2020 | End Time*: | 12:25:41 |
| Category: | Mental Health | | |
| Type*: | MH - Non-Clinical Contact Note | Encounter Close Date: | 03/05/2020 |
| Location*: | ASPC-T CATALINA UNIT  [C35] | Encounter Close Time: | 12:25:52 |
| Setting*: | Clinic | | |
| Staff Member*: | Peacock, Gwendolyn | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

Inmate communicated with COII Jones and he denied wanting to talk with mental health. He was informed that his brother hanged himself on graveyard shift Wednesday morning.

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

None

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known | | | Patient Reported | 08/25/2016 | 08/25/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | Drug Allergies) | | | | | |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Docusate Sodium Cap (Colace)/100MG | | 02/08/2020 | 1 | TWICE DAILY AS NEEDED | 03/08/2020 | Received from Pharmacy |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

None

---

**Patient Education**

**Patient Education Notes**

Inmate communicated with COII Jones and he denied wanting to talk with mental health.

---

**Health Classification**

Medical: 4
Mental: 1-No history of MH services                 Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

| None |
| --- |

---

**Encounter Orders Review**

Review Type*: No Review Required             Review Staff: Unknown

**Review Notes**

| None |
| --- |

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
| --- | --- | --- | --- | --- |
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
| --- | --- |
| No Rows Found | |

---

**Last Updated Information:**

Date: 03/05/2020          Time: 12:25:52          User: Gwendolyn Peacock (PEAGW01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T RINCON I | Psych Associate Licensed |
| ASPC-T SANTA RITA | Psych Associate Licensed |
| ASPC-T COMPLEX CDU | Psych Associate Licensed |
| ASPC-T MINORS I | Psych Associate Licensed |
| ASPC-T CIMARRON I | Psych Associate Licensed |
| ASPC-T CIMARRON CDU | Psych Associate Licensed |
| ASPC-T MANZANITA | Psych Associate Licensed |
| ASPC-T MANZANITA CDU | Psych Associate Licensed |
| ASPC-T WINCHESTR CDU | Psych Associate Licensed |
| ASPC-T RINCON IPC | Psych Associate Licensed |
| ASPC-T MANZANITA SNU | Psych Associate Licensed |
| ASPC-T CIM TRNST | Psych Associate Licensed |
| ASPC-T CIMARRON II | Psych Associate Licensed |
| ASPC-T MINORS RCPTN | Psych Associate Licensed |
| ASPC-T MINORS MAX # | Psych Associate Licensed |
| ASPC-T RINCON MHW | Psych Associate Licensed |
| ASPC-T RINCON MHU | Psych Associate Licensed |
| ASPC-T CATALINA UNIT | Psych Associate Licensed |
| ASPC-T WHETSTONE | Psych Associate Licensed |
| ASPC-T WINCHESTER GP | Psych Associate Licensed |

| | |
|---|---|
| ASPC-T RINCON SNU | Psych Associate Licensed |
| ASPC-T CIM ICE TRNST | Psych Associate Licensed |
| ASPC-T RESIDENTIAL MED HSG | Psych Associate Licensed |
| ASPC-T SANTA RITA 2# | Psych Associate Licensed |
| ASPC-T MINORS II | Psych Associate Licensed |

Show Add History

# Exhibit 98

# Health Services Encounter

CHSS027C

Tuesday June 02, 2020 11:42:38

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/07/2020 | Start Time*: | 15:15:13 |
| End Date*: | 03/07/2020 | End Time*: | 15:23:10 |
| Category: | Nursing | | |
| Type*: | Nurse - Treatment Call | Encounter Close Date: | 03/07/2020 |
| Location*: | ASPC-T CATALINA UNIT [C35] | Encounter Close Time: | 15:25:14 |
| Setting*: | Clinic | | |
| Staff Member*: | Patten, Virginia | | |
| Title: | Lic Practical Nurse | | |
| Form Type: | | | |

## Patient Applied Treatments

| Treatment Type | Approx. Begin Date | Approx. End Date | Specify Comments | Treatment Comments | Treatment Status |
|---|---|---|---|---|---|
| | | | | | |
| No Rows Found | | | | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes
What type of interpreter services were used for the encounter*:   Language Line

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

f/u ear lavage
ASL interpreter Tina 248645

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

Ears flushed with small particles collected
No redness
-denies any pain

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID | Category | Type | National HIE | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| Number | | | Code(s) | | | | |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

None

---

**Plan**

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Docusate Sodium Cap (Colace)/100MG | | 02/08/2020 | 1 | TWICE DAILY AS NEEDED | 03/08/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

Submit HNR for any further request

**Patient Education**

### Patient Education Notes

Pt verbalized understanding of plan, no comments or concerns when afforded to ask.

---

**Health Classification**

    Medical:  4

    Mental:  1-No history of MH services                Prognosis:

      SMI:  N-No

    Dental:  U-Unknown (Conversion)

### Classification and Security Notes

None

---

**Encounter Orders Review**

    Review Type*:  No Review Required             Review Staff:  Unknown

### Review Notes

None

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 03/07/2020          Time: 15:25:14          User: Virginia Patten (PATVI01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-T COMPLEX TUCSON | Lic Practical Nurse |
| ASPC-T RINCON I | Lic Practical Nurse |
| ASPC-T SANTA RITA | Lic Practical Nurse |
| ASPC-T COMPLEX CDU | Lic Practical Nurse |
| ASPC-T MINORS I | Lic Practical Nurse |
| ASPC-T CIMARRON I | Lic Practical Nurse |
| ASPC-T CIMARRON CDU | Lic Practical Nurse |
| ASPC-T MANZANITA | Lic Practical Nurse |
| ASPC-T MANZANITA CDU | Lic Practical Nurse |
| ASPC-T WINCHESTR CDU | Lic Practical Nurse |
| ASPC-T RINCON IPC | Lic Practical Nurse |
| ASPC-T MANZANITA SNU | Lic Practical Nurse |
| ASPC-T CIM TRNST | Lic Practical Nurse |

| | |
|---|---|
| ASPC-T CIMARRON II | Lic Practical Nurse |
| ASPC-T MINORS RCPTN | Lic Practical Nurse |
| ASPC-T MINORS MAX # | Lic Practical Nurse |
| ASPC-T RINCON MHW | Lic Practical Nurse |
| ASPC-T RINCON MHU | Lic Practical Nurse |
| ASPC-T CATALINA UNIT | Lic Practical Nurse |
| ASPC-T WHETSTONE | Lic Practical Nurse |
| ASPC-T MINORS | Lic Practical Nurse |
| ASPC-T WINCHESTER GP | Lic Practical Nurse |
| ASPC-T RINCON SNU | Lic Practical Nurse |
| ASPC-T CIM ICE TRNST | Lic Practical Nurse |
| ASPC-T RESIDENTIAL MED HSG | Lic Practical Nurse |

Show Add History

Exhibit 99

(Redacted)

The encounter date/time does not match the date/time the encounter information was entered. The encounter was entered on 03/11/2020 at 11:53:35.

CHSS027C        # Health Services Encounter      Wednesday April 29, 2020 14:59:09

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/11/2020 | Start Time*: | 11:40:51 |
| End Date*: | 03/11/2020 | End Time*: | 11:53:35 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 03/11/2020 |
| Location*: | ASPC-T RINCON MHW  [C29] | Encounter Close Time: | 12:05:09 |
| Setting*: | Clinic | | |
| Staff Member*: | Scully, Justin | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Mental Health Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

### Confidential Setting Comments

n/a

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Pt. was seen in a private setting for a security watch contact and risk assessment at approximately 9:17am.  Pt. was placed on a security watch yesterday due to passing out while at work off grounds yesterday.  Also, Pt's father had called expressing concern stating Pt. may be feeling suicidal due to Pt's brother committing suicide 2 weeks ago.  Pt. is deaf but can communicate by reading questions and writing answers.  Pt. wrote he is not feeling suicidal.  Pt. wrote he just passed out at work.  Pt. wrote he didn't understand why he was placed on security watch.  Pt. was given the answer as to why.  Pt. wrote he understood.  Pt. wrote "I really want to go back to Catalina."  Pt. was asked why his father would think he is feeling suicidal.  Pt. wrote "he just concern because he know I am so close to my brother.  I told him I accepted it hard and pray to God.  My brother passed away."  Pt. write regarding his father's concerns "yes, but not me, he thinks I might be follow my brother but, no.  I love my family and my soon wife."  Pt. also wrote he wants to live for "myself."  Pt. denies any feelings of SI and HI.  Pt. denies any feelings of anxiety or depression.  Pt. wrote he is eating and sleeping well.  Pt. wrote regarding the process of grieving "like I said have to accept it hard and dealing with it.  I talked family on the phone and dealing with it."  Pt. was told to submit an HNR if he needs to speak with MH.  Pt. wrote "ok, I'm understand want to make sure I'm ok. I would talk to you."  Pt. wrote that being on security watch is very boring and wants to talk to his family.  Pt. will be taken off of security watch at this time.  Lastly, notes written during the security watch contact are attached.

### AZ Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
   ○ Y                         ○ N:

**Medication compliant:**
   ○ N                         ○ Y:

**Side effects:Inmate Comments/Chief Complaint:**

Rev #: 1179

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 11:10 | 97.9 | 103 | 20 | 6  2 | 157 | 118 | 73 | NA | 20.16 | 95.00 | provider line - offsite |

**Objective Notes**

Pt. appears to be in a good mood.  Pt. does not appear to be in distress.  Pt. is observed smiling appropriately.  Pt. laughed appropriately when a joke was told about this MH staff's poor hand writing compared to Pt's.  Pt. denies any SI or HI.

**Mental Status Exam - Objective**

**Orientation:**

◉ Y          ○ N

◉ Y          ○ N

◉ Y          ○ N

◉ Y          ○ N

PersonPlaceTimeSituation

○ Poor          ○ Fair          ◉ Good

**Insight:**

○ Poor          ○ Fair          ◉ Good

**Judgment:**

○ Poor          ○ Fair          ◉ Good

**Sleep:**

○ Poor          ○ Fair          ◉ Good

**Appetite:**

◉ N          ○ Y:

**Abnormal movements:**

◉ N          ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene ☐ Calm & cooperative ☐ Angry/agitated ☐ Normal social rhythm ☐ Guarded ☐ Other:**Mood/Affect:** ☑ Stable affect/mood congruent ☐ Flat ☐ Expansive ☐ Dysphoric ☐ Euthymic mood ☐ Other:**Speech:** ☐ Unremarkable ☐ Pressured ☐ Loud ☐ Soft spoken ☐ Difficult to interrupt ☑ Other:Pt. wrote all his answers and did not speak. Pt. is deaf.**Thought Form:** ☑ Goal directed ☐ Logical ☐ Coherent ☐ Circumstantial ☐ Perseverative ☐ Obsessional ☐ Loosely associated ☐ Tangential ☐ Fragmented ☐ Other:**Thought Content:** ☑ No evident psychosis ☐ Delusional content ☐ Flight of ideas ☐ Ideas of reference ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Paranoia ☐ Other:**Cognitive functioning:** ☑ No gross cognitive deficits apparent ☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance): ☐ Other:

Rev #: 1179

---

**Assessment**

**Mental Health Diagnosis**

| Diagnosis Code | Diagnosis Description |
| --- | --- |
| No Rows Found | |

**Active Allergies/Health Problems/Conditions** (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | No Rows Found | | | | |

### Assessment Notes

Pt. appears to be processing the death of his brother very well at this time. Pt. denies any SI or HI. Pt. has reasons for living and does not appear to be in distress at this time. Pt. will not be placed on a suicide watch and will be cleared to be taken off of security watch at this time.

### Mental Health Progress Note - Assessment

- ◉ Stable
- ○ Minimal improvement
- ○ Moderate improvement
- ○ Unchanged from last follow-up
- ○ Other:

**Assessment:Provisional Diagnosis:**Deaf nonspeaking, not elsewhere classified [H91.3]
- ○ N          ◉ Y:

**Diagnosis:**Deaf nonspeaking, not elsewhere classified [H91.3]

Rev #: 1179

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**

[View MAR Summary]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| |
|---|
| Pt. will be taken off of security watch at this time. |

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):

   ○ N                            ○ Y:

Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**

   ○ N                            ○ Y

**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**

   ○ N                            ○ Y

**Next appointment entered into this encounter?**

Rev #: 1179

---

**Patient Education**

**Patient Education Notes**

Pt. was informed he will be taken off of security watch at this time and it was written down to submit an HNR if he needs MH services.

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified

---

**Health Classification**

Medical: 4

Mental: 1-No history of MH services                            Prognosis:

SMI: N-No

Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*: No Review Required            Review Staff: Unknown

**Review Notes**

None

---

**Electronic Documents/Images** (1 - 1 of 1)

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| Mental Health | 03/11/2020 | Written notes from contact | Treatment Provider | No Sensitive Information |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found ||

**Last Updated Information:**

Date: 03/11/2020          Time: 12:05:09          User: Justin Scully (SCUJU01)

| <u>Office/Facility of User on that date</u> | <u>Work Assignment</u> |
|---|---|
| ASPC-T COMPLEX TUCSON | Psych Associate Licensed |
| ASPC-T RINCON I | Psych Associate Licensed |
| ASPC-T SANTA RITA | Psych Associate Licensed |
| ASPC-T COMPLEX CDU | Psych Associate Licensed |
| ASPC-T MINORS I | Psych Associate Licensed |
| ASPC-T CIMARRON I | Psych Associate Licensed |
| ASPC-T CIMARRON CDU | Psych Associate Licensed |
| ASPC-T MANZANITA | Psych Associate Licensed |
| ASPC-T MANZANITA CDU | Psych Associate Licensed |
| ASPC-T WINCHESTR CDU | Psych Associate Licensed |
| ASPC-T RINCON IPC | Psych Associate Licensed |
| ASPC-T MANZANITA SNU | Psych Associate Licensed |
| ASPC-T CIM TRNST | Psych Associate Licensed |
| ASPC-T MINORS RCPTN | Psych Associate Licensed |
| ASPC-T RINCON MHW | Psych Associate Licensed |
| ASPC-T RINCON MHU | Psych Associate Licensed |
| ASPC-T CATALINA UNIT | Psych Associate Licensed |
| ASPC-T WHETSTONE | Psych Associate Licensed |
| ASPC-T MINORS | Psych Associate Licensed |
| ASPC-T WINCHESTER GP | Psych Associate Licensed |
| ASPC-T RINCON SNU | Psych Associate Licensed |
| ASPC-T CIM ICE TRNST | Psych Associate Licensed |
| ASPC-T RESIDENTIAL MED HSG | Psych Associate Licensed |
| ASPC-T MINORS II | Psych Associate Licensed |
| ASPC-T MNZ MHWT | Psych Associate Licensed |
| ASPC-T 2ND CHNC MNZ | Psych Associate Licensed |
| ASPC-T MINORS FEMALE | Psych Associate Licensed |

<u>Show Add History</u>

I forgot Yare deaf, You scares me, it looked like
You might have hung Yourself Your father said You
might be feeling Suicidal

9:17a ████████████

Yes, I AM DEAF. and No, I Don't
Feel to Suicidal. I'm ok.
Just Passed out @ work
Scully  HOT Little bit. I
Don't understand why I
AM Being here for. I
never commit of Anything.
I Really want go back
Catalina

my hand
writing Sucks

Your on a short term security watch
mental health needs to clear You. because You
passed out.

Why wald Your father Say Yare Suicidal

he Just concern because
he know I am So Close
to my brother. I told
him I Accepted it
hard and Pray to God
My Brother Passed away

yes. but not me.
he thinks I might
be follow brother but,
NO. I Love my Family,
AnD My soon wife.

How is very
boring talk
and family want
too

Want to live for Your family? what else?
whats? and for my self too.
is it?

Homicidal? kill others? NO

Hallucinations NO

eating etc OK

sleeping etc OK

feeling Anxious. NO
Depressed NO

greif is like a
fart if you force
it, it just might be
shit. meaning dont
rush thragh the
grieving process
OK. I GET it
I really want
come back
CATALINA

How are you dealing w/ Your loss

Be patient w/ Yourself
while You greiVe

You might feel angry or
impulsive for no reason

this is normal

Like I said have
to Accept it
hard and dealing
with it. I talked
Family on phone
and dealing it.

O.K. I'm understand
want to make sure I'm
O.K. I would talk
to you all

Exhibit 100

# Health Services Encounter

CHSS027C

Wednesday April 29, 2020 14:58:20

## Encounter Header

| | |
|---|---|
| Date*: 04/17/2020 | Start Time*: 10:39:18 |
| End Date*: 04/17/2020 | End Time*: 10:40:16 |
| Category: Medical Provider | |
| Type*: Provider - Sick Call - Scheduled | Encounter Close Date: 04/17/2020 |
| Location*: ASPC-T CATALINA UNIT [C35] | Encounter Close Time: 18:41:04 |
| Setting*: Clinic | |
| Staff Member*: Salyer, Nick C | |
| Title: Physician Assistant | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Language Line

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

F/U; C/O Bilateral Ear Wax Problems For Years Associated W/Chronic Recurrent Plugged Up Eras.
Patient Born Deaf AUs, Used Sign Language Interpreter to Communicate Today.

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

### Objective Notes

Deaf AUs;
Bilateral Cerumen AUs, Otherwise NML General Exam.

## Assessment

### Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| H61.23 | Impacted cerumen, bilateral |

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No | | | Patient Reported | 08/25/2016 | 08/25/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | Known Drug Allergies) | | | | | |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 126946000 - Excessive cerumen in ear canal (disorder) | Impacted cerumen, bilateral [H61.23] | Assessed | 04/17/2020 | 04/17/2020 |

**Assessment Notes**

Recurrent Chronic Bilateral Ear Wax.

## Plan

### Treatment Orders (1 - 1 of 1)

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| Treatments | Irrigation | Every Two Weeks | 180 | KOP**#12 Doses/180 Days/No RFs**ADMINISTER 5 DROPS IN BOTH EARS TWICE DAILY FOR 4 DAYS EVERY 2 WEEKS, PRN**TO NURSES LINE FOR 50% HYDROGEN PEROXIDE, AND 50% TEPID WATER IRRIGATIONS BOTH EARS UNTIL CLEAR OF WAX AFTER EACH TREATMENT REGIMEN**Patient Has Chronic Recurrent Cerumen Impactions Both Ears** |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions ||||||| 

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found ||||||| 

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found |||||| 

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found |||| 

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found |||| 

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found ||||| 

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found ||| 

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found ||||| 

### Plan Notes

**Debrox**:
KOP**#12 Doses/180 Days/No RFs****ADMINISTER 5 DROPS IN BOTH EARS TWICE DAILY FOR 4 DAYS**

**EVERY 2 WEEKS, PRN\*\*TO NURSES LINE FOR 50% HYDROGEN PEROXIDE, AND 50% TEPID WATER IRRIGATIONS BOTH EARS UNTIL CLEAR OF WAX AFTER EACH TREATMENT REGIMEN\*\*Patient Has Chronic Recurrent Cerumen Impactions Both Ears\*\***

F/U Via HNR PRN; If Worse, Call Provider.

## Patient Education

### Patient Education Notes

As Above: Lifestyle Mods For General Health Maintenance Discussed.

## Meaningful Use Measurement

- ☑ Demographic Information in Patient Header verified
- ☑ Current Medical Problem List verified (or Patient has no Medical Problems)
- ☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
- ☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical: 4
Mental: 1-No history of MH services        Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type\*: Pending Nurses Order      Review Staff: Patten, Virginia, LPN
Review Date: 04/17/2020      Review Time: 19:13:08

### Review Notes

See POC\*\*
TimeStamp: 17 April 2020 19:17:35 --- User: Virginia Patten (PATVI01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 04/17/2020        Time: 19:13:08        User: Virginia Patten (PATVI01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-T COMPLEX TUCSON | Lic Practical Nurse |
| ASPC-T RINCON I | Lic Practical Nurse |
| ASPC-T SANTA RITA | Lic Practical Nurse |
| ASPC-T COMPLEX CDU | Lic Practical Nurse |
| ASPC-T MINORS I | Lic Practical Nurse |
| ASPC-T CIMARRON I | Lic Practical Nurse |
| ASPC-T CIMARRON CDU | Lic Practical Nurse |
| ASPC-T MANZANITA | Lic Practical Nurse |
| ASPC-T MANZANITA CDU | Lic Practical Nurse |
| ASPC-T WINCHESTR CDU | Lic Practical Nurse |
| ASPC-T RINCON IPC | Lic Practical Nurse |
| ASPC-T MANZANITA SNU | Lic Practical Nurse |
| ASPC-T CIM TRNST | Lic Practical Nurse |
| ASPC-T CIMARRON II | Lic Practical Nurse |
| ASPC-T MINORS RCPTN | Lic Practical Nurse |
| ASPC-T MINORS MAX # | Lic Practical Nurse |
| ASPC-T RINCON MHW | Lic Practical Nurse |
| ASPC-T RINCON MHU | Lic Practical Nurse |
| ASPC-T CATALINA UNIT | Lic Practical Nurse |
| ASPC-T WHETSTONE | Lic Practical Nurse |
| ASPC-T MINORS | Lic Practical Nurse |
| ASPC-T WINCHESTER GP | Lic Practical Nurse |
| ASPC-T RINCON SNU | Lic Practical Nurse |
| ASPC-T CIM ICE TRNST | Lic Practical Nurse |
| ASPC-T RESIDENTIAL MED HSG | Lic Practical Nurse |

Show Add History

# Exhibit 101

# (Redacted)

Martin Lieberman (Bar No. 007442)
Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: mlieberman@acluaz.org
          mbrizgys@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (AZ State Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietritrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Director, Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No.  CV 12-00601-PHX-ROS<br><br>**DECLARATION OF** ▮▮▮ |

1  I, [redacted] , declare:

2  1.    I am a prisoner in the custody of the Arizona Department of Corrections (ADC).
3  My ADC number is [redacted] . I have been in ADC custody since October 2, 2018.

4  2.    I am over the age of 18 and if called as a witness, I would and I could testify
5  competently on the facts listed below, all of which are within my personal knowledge.

6  3.    From October 2, 2018 to October 9, 2018 I was housed at ASPC – Phoenix.  From
7  October 9, 2018 to May 21, 2019 I was housed ASPC – Lewis.  I am currently housed at
8  ASPC-Tucson in Catalina Unit.

9  4.    I became deaf when I was approximately five years old, after developing
10  meningitis. Growing up, I was able to communicate with my mother using American
11  Sign Language (ASL). She was fairly fluent in ASL, but not completely fluent. I
12  communicated with my other family members using body motions and gestures.

13  5.    I cannot hear anything at all without hearing aids. When sounds are extremely
14  loud, I can feel the vibrations from the sound, like when a train or plane is passing by.
15  Hearing aids help me hear some sounds and understand my physical surroundings, but I
16  still cannot distinguish words.

17  6.    I attended Kendall Demonstration Elementary School for the Deaf in Washington
18  D.C. I then attend high school in Long Island, New York and graduated in 1991.  In high
19  school, I was taught in a mainstream classroom with an emphasis on reading and writing
20  English words. I am also fairly fluent in Pidgin Signed English (PSE).

21  7.    ASL is a distinct language and its vocabulary and structure is different from
22  English.  There is no written form of ASL.  While ASL is not the same in all parts of the
23  country, with time, I am able to adapt and understand ASL wherever I am living.

24  8.    I am able to read and write basic sentences in English.  It takes me a long time to
25  decode and decipher what is being written in English. When it comes to more complex
26  information, like medical terms or legal terms, I need an ASL interpreter to effectively

27

28                                                2

communicate. There are certain medical terms that after reading them in English, I have no idea what they mean.

9.     I went through intake at ASPC-Phoenix – Alhambra Unit when I entered ADC custody on October 2, 2018.  The medical, dental, and mental health intakes were done through writing and passing notes with providers in English.  I requested an ASL interpreter during my intake appointments because I did not know what was being asked, but I was told that was not possible. The providers shook their heads and looked frustrated when I did not know how to respond to certain questions, but no ASL interpreter was provided.

10.     The health care provider during intake used complex words that I did not understand.  I was given a TB test, but at the time, I did not know it was a TB test because no one had explained to me what the test was for, so I initially refused the test. The provider told me that if I did not go through with the test, I would get a disciplinary ticket. I did not want to get a ticket, so I went through with the TB test.

11.     During my mental health intake appointment, I again asked for an ASL interpreter, but one was not provided. In that appointment I felt like I was not understanding the questions the provider was asking me because they were using words I did not understand. The provider asked if I wanted to be placed in "PC."  At the time, I did not know what "PC" meant, and I felt like I could not ask for clarification.

12.     During my dental intake appointment, I wanted to ask about getting a filling for a tooth but I did not know how to explain it in English.  I felt like I could not find the right words to explain the pain I was in or what type of procedure I needed.

13.     When I first entered ADC custody, nobody informed me of how to write a health needs request (HNR). I went for months without knowing how to request medical assistance. I was also not given information on how to file a grievance.

14.     I did not have hearing aids when I came into custody, and when I first entered ADC in early October 2018, I requested that I be provided new ones.  Although I cannot

3

1  understand words, I can make out sounds when I wear hearing aids, which is important
2  during emergency situations. For example, if a riot took place and loud sirens and alarms
3  were going off, if I had hearing aids I would be alerted to it, and I could then look to the
4  corrections officers for further instructions. Without hearing aids, I would not know that
5  there was a problem and that I needed to follow officers' orders. I did not receive hearing
6  aids until May 17, 2019.

7  15.    On December 20, 2018, I requested a cotton blanket because I was allergic to the
8  wool blankets ADC provided. I saw a provider two weeks later, and did not have an ASL
9  interpreter at the appointment.  The provider communicated with me using written notes.
10 At this appointment on January 2, 2019, the provider also was using notes to tell me
11 something about my problems with kidney stones and an update on getting hearing aids.
12 I did not understand what was in these written statements, and I tried to explain what the
13 wool blanket did to my skin with gestures. The provider finally sent me for an allergy
14 test and it was confirmed that I have an allergy to wool. I was then given a non-wool
15 blanket.

16 16.    On February 11, 2019, I met with a health care provider about persistent pain in
17 my lower back and we did not have an ASL interpreter at the appointment. At that time
18 my back had been sore for weeks. I tried to describe the pain I was experiencing and the
19 provider prescribed me a new prescription medication. I tried to ask what the medication
20 was and what was it for, but the provider did not answer. I refused the medication and I
21 think they made a note of it in my medical record. I later found out that the provider had
22 thought I was complaining about a sore on my buttocks, but it was soreness in my lower
23 back. If I had an ASL interpreter during the appointment, I could have clearly described
24 what my medical issues were and the provider and I could have had a conversation about
25 the medication they were trying to prescribe for me.

26 17.    On March 8, 2019, I saw a health care provider about my back. We did not have
27 an ASL interpreter and the provider wrote notes to me. I was experiencing problems with

28

4

1  my lower back relating to kidney stones. I tried to gesture indicate the area that was

2  bothering me, but I later found out that the provider misunderstood me and thought that

3  I was experiencing pain in the middle of my back.

4  18.    This declaration was taken, written for me, and then read to me with the assistance

5  of a qualified legal sign language interpreter.

6      Pursuant to 28 U.S.C. § 1746, I declare under penalty that the foregoing is true and

7  correct.                                          ^
                                        of perjury   F.M.C

8

9      EXECUTED this ⟨8⟩ day of November, 2019 in Tucson, Arizona.

10

11

12  

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 102

(Redacted)

1  Martin Lieberman (Bar No. 007442)
   Molly Brizgys (Bar No. 029216)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: mlieberman@acluaz.org
        mbrizgys@acluaz.org
5  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith,*
6  *Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph*
   *Hefner, Joshua Polson, and Charlotte Wells, on behalf of*
7  *themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED BELOW]**
9  Asim Dietrich (AZ State Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: adietritrich@azdisabilitylaw.org
12 *Attorneys for Plaintiff Arizona Center for Disability Law*
13 **[ADDITIONAL COUNSEL LISTED BELOW]**

14

15

16

17                       UNITED STATES DISTRICT COURT

18                          DISTRICT OF ARIZONA

19

| | |
|---|---|
| 20 Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No.  CV 12-00601-PHX-ROS |
| 23                          Plaintiffs, | **DECLARATION OF GAIL MASEK** |
| 24               v. | |
| 25 David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Director, Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| 27                          Defendants. | |

28

I, GAIL MASEK, declare:

1.  I am a sign language interpreter, employed by Arizona Freelance Interpreting Services. I am over the age of 18 and have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.  I am a licensed sign language interpreter in the state of Arizona, and hold a Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing. My license is current through March 7, 2020, and my license number is GM07031223.

3.  On November 18, 2019, I provided sign language interpretation services for ███████, who communicates using American Sign Language as his primary method of communication, when he met with Maya Abela, attorney at the Arizona Center for Disability Law (ACDL).

4.  I communicated the contents of ███████ declaration to ███████ by translating the declaration from English into American Sign Language.

5.  I affirm that I interpreted the declaration accurately, completely, and impartially following the guidelines for legal interpreting.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 18th day of November 2019, in Tucson, Arizona.

_Gail A Masek_
Gail Masek, CSC, SC:L

Exhibit 103

(Redacted)

# Health Services Encounter

CHSS027C

Thursday April 30, 2020 11:41:12

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 10/02/2018 | Start Time*: | 16:35:26 |
| End Date*: | 10/02/2018 | End Time*: | 16:35:41 |
| Category: | Nursing | | |
| Type*: | Nurse - Intake - Screening | Encounter Close Date: | 10/03/2018 |
| Location*: | ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: | 11:20:20 |
| Setting*: | Clinic | | |
| Staff Member*: | NganTieu, Thuy | | |
| Title: | Registered Nurse | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Nursing intake

TimeStamp: 2 October 2018 16:38:29 --- User: Tieu Thuy (THUTI01)

## Objective

### Vital Signs (1 - 2 of 2)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16:36 | 97.6 | 73 | 16 | 6 1 | 237 | 106 | 68 | NA | 31.26 | | This vital sign entry was generated from standard form Intake and Receiving Scre... |
| 12:35 | 97.6 | 73 | 16 | 6 1 | 237 | 106 | 68 | NA | 31.26 | | IM denies asthma, DM, HTN and SZ. |

### Objective Notes

Nursing intake

## Assessment

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Related Allergies/Health Problems/Conditions (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (finding) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 10/02/2018 | 10/02/2018 |
| 002 | Functional Limitations | Other | | | Patient Reported | 10/02/2018 | 10/02/2018 |

### Assessment Notes

see nursing screening
ALERTS/NOTIFICATIONS CREATED FROM INTAKE AND RECEIVING SCREENING FORM
OTHER ALERTS:

Has Mobility Restrictions/Impairments. Consider special placement for Deaf, Other:Both ears.

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

## Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 05/16/2019 | Removed |

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

## Plan Notes

None

---

### Patient Education

#### Patient Education Notes

HNR process
TimeStamp: 2 October 2018 16:38:52 --- User: Tieu Thuy (THUTI01)

---

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)

---

### Health Classification

    Medical:  Unknown
    Mental:  1-No history of MH services          Prognosis:
       SMI:  N-No
    Dental:  U-Unknown (Conversion)

#### Classification and Security Notes

None

---

### Encounter Orders Review

    Review Type*:  No Review Required          Review Staff:  Unknown

#### Review Notes

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms** (1 - 1 of 1)

| Type | Staff |
|---|---|
| Intake and Receiving Screening | NganTieu, Thuy |

**Last Updated Information:**

Date: 10/02/2018          Time: 16:36:06          User: Thuy NganTieu (THUTI01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |
| ASPC-PHX QUIET MHW | Registered Nurse |

Show Add History

# Health Problem/Condition

CHSS041B                 Thursday April 30, 2020 14:30:30

---

Category*: Functional Limitations       ID Number: 001

Type*: Deaf

**National HIE Code(s) (for Health Problem)**

| SNOMED: 61947007 - Deaf mutism (finding) |
| --- |

Type Other Description:

Reaction/Intolerance*:                  Severity*:

Onset Date*: 10/02/2018       Reported by Staff*: THUTI01

Location*: ASPC-PHX ALHAMBRA [B06]

Staff Resolving Problem: THUTI01

Status*: Patient Reported        As of Date*:    10/02/2018

                                                 [ Status History ]

---

## Comments

| Health Problem identified from Intake and Receiving |
| --- |

## Baseline History - Assessment

| None |
| --- |

## Baseline Procedures

| None |
| --- |

## Patient Education

| None |
| --- |

## Findings to be documented per Encounter

| None |
| --- |

[ Prior Page ]

Show Last Updated Information

**Last Updated Information:**

Date: 10/02/2018         Time: 16:47:46         User: Thuy NganTieu (THUTI01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |

| | |
|---|---|
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |
| ASPC-PHX QUIET MHW | Registered Nurse |

Show Add History

CHSS027C          # Health Services Encounter      Thursday April 30, 2020 11:39:04

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 10/02/2018 | Start Time*: | 16:29:13 |
| End Date*: | 10/02/2018 | End Time*: | 16:29:29 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Review | Encounter Close Date: | 10/02/2018 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 16:32:12 |
| Setting*: | Clinic | | |
| Staff Member*: | NganTieu, Thuy | | |
| Title: | Registered Nurse | | |
| Form Type: | Family History Review | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

Nursing intake

TimeStamp: 2 October 2018 16:32:17 --- User: Tieu Thuy (THUTI01)

### Family History Review - Subjective

**List immediate members of your family who have or had any of the following:Diabetes:**

⦿ None                 ○ Unknown

**Heart Disea**

⦿ None

**High Blood Pressure:**

⦿ None                 ○ Unknown

**Cancer (specify type):**

⦿ None                 ○ Unknown

**Thyroid Dise**

⦿ None

**Arthritis:**

⦿ None                 ○ Unknown

**Kidney Disease:**

⦿ None                 ○ Unknown

**Epilepsy/Se**

⦿ None

**Sickle Cell Disease:**

⦿ None                 ○ Unknown

**TB:**

⦿ None                 ○ Unknown

○ Living

**Father is:Ca**

○ Living                 ○ Deceased

**Mother is:Cause of death:Age when died:Total number of siblings:1Number living:1Number deceased:0Cause of death of any deceased siblings:Age when died:**

Rev #: 588

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| 12:35 | 97.6 | 73 | 16 | 6  1 | 237 | 106 | 68 | NA | 31.26 | | IM denies asthma, DM, HTN and SZ. |

**Objective Notes**

Nursing intake

## Assessment

**Active Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | No Rows Found | | | | |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | No Rows Found | | | | |

**Assessment Notes**

see nursing screening

## Plan

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| | | No Rows Found | | |

**Active Drug Prescription Orders**    **View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| | | No Active Prescriptions | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| | | No Rows Found | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| | | No Rows Found | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| | No Rows Found | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| | No Rows Found | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 05/16/2019 | Removed |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

| None |
|------|

### Patient Education

#### Patient Education Notes

HNR process
TimeStamp: 2 October 2018 16:34:57 --- User: Tieu Thuy (THUTI01)

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)

### Health Classification

Medical:   Unknown
Mental:   1-No history of MH services                        Prognosis:
SMI:   N-No
Dental:   U-Unknown (Conversion)

#### Classification and Security Notes

| None |
|------|

### Encounter Orders Review

Review Type*:   No Review Required             Review Staff:   Unknown

#### Review Notes

| None |
|------|

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|------|-------|
| No Rows Found | |

CHSS027C           # Health Services Encounter      Thursday April 30, 2020 11:39:45

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 10/02/2018 | Start Time*: | 16:32:14 |
| End Date*: | 10/02/2018 | End Time*: | 16:32:28 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Review | Encounter Close Date: | 10/02/2018 |
| Location*: | ASPC-PHX ALHAMBRA  [B06] | Encounter Close Time: | 16:35:24 |
| Setting*: | Clinic | | |
| Staff Member*: | NganTieu, Thuy | | |
| Title: | Registered Nurse | | |
| Form Type: | Symptoms Review | | |

## Subjective

Are interpreter services needed for this inmate*:  No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

Nursing intake

TimeStamp: 2 October 2018 16:35:16 --- User: Tieu Thuy (THUTI01)

**Symptoms Review - Subjective**

**Past/Present Problems:** Do you now, or have you ever had any of the following problems?

◉ N        ○ Y:

**Severe headaches:**
◉ N        ○ Y:

**Dizziness:**
◉ N        ○ Y:

**Fainting or blackouts:**
◉ N        ○ Y:

**Weakness:**
◉ N        ○ Y:

**Numbness:**
◉ N        ○ Y:

**Glaucoma:**
◉ N        ○ Y:

**Thyroid trouble:**
◉ N        ○ Y:

**Pain or presure in chest:**
◉ N        ○ Y:

**Pounding heart:Rheumatic fever or heart murmur:**
◉ N        ○ Y:

**Shortness of breath w/exercise:**
◉ N        ○ Y:

**Shortness of breath at rest:**
◉ N        ○ Y:
◉ N        ○ Y:

**Pneumonia:Blood in stool or black, tarry stool:**
◉ N        ○ Y:
◉ N        ○ Y:

**Vomiting blood:**
◉ N        ○ Y:

**Liver trouble:**
◉ N        ○ Y:

**Gall stones:**
◉ N        ○ Y:

**Ulcers:**
◉ N        ○ Y:

**Hernia:**
◉ N        ○ Y:

**Hemorrhoids:**
◉ N        ○ Y:

**Trouble passing urine:**
◉ N        ○ Y:

**Blood in urine:Warts or rash on penis/vagina:**
◉ N        ○ Y:
◉ N        ○ Y:

**Arthritis:**
◉ N        ○ Y:

**Pain or swelling in joints:**
◉ N        ○ Y:

**Joint replacement:**
◉ N        ○ Y:

**Broken bone:**
○ N        ◉ Y:

**Back pain:loer back**
◉ N        ○ Y:

**Anemia:**
◉ N        ○ Y:

**Weight gain/loss:**
◉ N        ○ Y:

**Night sweats:**

Rev #: 591

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| 12:35 | 97.6 | 73 | 16 | 6  1 | 237 | 106 | 68 | NA | 31.26 | | IM denies asthma, DM, HTN and SZ. |

**Objective Notes**

Nursing intake

## Assessment

**Active Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | No Rows Found | | | | |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | No Rows Found | | | | |

**Assessment Notes**

see nursing screening

## Plan

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| | | No Rows Found | | |

**Active Drug Prescription Orders**

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| | | No Active Prescriptions | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| | | No Rows Found | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| | No Rows Found | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| | No Rows Found | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| | No Rows Found | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 05/16/2019 | Removed |

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

| None |
|------|

### Patient Education

**Patient Education Notes**

HNR process
TimeStamp: 2 October 2018 16:37:57 --- User: Tieu Thuy (THUTI01)

### Health Classification

Medical: Unknown
Mental: 1-No history of MH services            Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

| None |
|------|

### Encounter Orders Review

Review Type*: No Review Required       Review Staff: Unknown

**Review Notes**

| None |
|------|

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---------------|--------------|-------|--------|---------------|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|------|-------|
| No Rows Found | |

**Last Updated Information:**
Date: 10/02/2018      Time: 16:35:24      User: Thuy NganTieu (THUTI01)

**Office/Facility of User on that date**      **Work Assignment**

| | |
|---|---|
| ASPC-PHX ALHAMBRA | Registered Nurse |
| ASPC-PHX FLAMENCO M.HLTH MALE | Registered Nurse |
| ASPC-PHX INMATE WRKR | Registered Nurse |
| ASPC-PHX BAKER WARD | Registered Nurse |
| ASPC-PHX FLAMENCO M. HLTH FEM | Registered Nurse |
| ASPC-PHX ASPEN/SPU | Registered Nurse |
| ASPC-PHX FLAMENCO M/H P/S | Registered Nurse |
| ASPC-PHX FLAMENCO M/H MAX LVL | Registered Nurse |
| ASPC-PHX FLAMENCO IDA WATCH | Registered Nurse |
| ASPC-PHX COMPLEX PHOENIX | Registered Nurse |
| ASPC-PHX QUIET MHW | Registered Nurse |

Show Add History

| Last Name: ███ | First: ███ | MI: | ADC: ███ |
|---|---|---|---|

| Date: 10/02/2018 | Time: 16:35:26 | DOB: ███ | Age: 47 |
|---|---|---|---|

Sex: Male | Alias:

Have you ever been incarcerated: ⊙ No ○ Yes, Most recent:    Where:

Intake refused: ⊙ No ○ Yes  If yes complete Refusal Form.

Interpreter used: ○ No ○ Yes Name: Service:

Inmate transfer: ⊙ No ○ Yes  Records received: ○ No ○ Yes

Private insurance: ⊙ No ○ Yes (Name):

## Vital Signs

| | Taken Time | Height | Weight | Temperature | Pulse | Respirations | Blood Pressure | Pulse Ox (optional) |
|---|---|---|---|---|---|---|---|---|
| ☐ Refused | 16:36:10 | ft.: 6 in. 1 ⊙ act ○ rptd | 237 ⊙ act ○ rptd | 97.6 Auricular ☐ Not Taken | ⊙ A ○ P 73 | 16 | Systolic: 106 Diastolic: 68 Sitting - Right Arm | |

**Comments**

| |

| Body Mass Index (BMI): (Weight x 703) / (Height in inches x Height in inches): 31.26 | If >25 do random fingerstick: |
|---|---|

**Physical Build/Characteristics:**

| ☐ Average | ☐ Thin | ☐ Slender | ☐ Muscular | ☐ Large in stature | ☐ Overweight | ☑ Obese |
|---|---|---|---|---|---|---|

## CRITICAL OBSERVATIONS

Urgent/Emergent Medical Referral: ⊙ None identified ○
Yes, check all that apply          **For Jails:** ○ Accept ○ Reject
☐ Severe injury          ☐ Life threatening illness     ☐ Uncontrolled bleeding          ☐ Severe pain
☐ Head trauma with mental          ☐ Other:
status changes
☐ Patient immediately referred to ER and must have "clearance" to return to facility

Urgent/Emergent Mental Health Referral: ⊙ None identified ○ Yes, check all that apply
☐ Active hallucinations     ☐ Active delusions          ☐ Actively Suicidal          ☐ Other:

**Responsiveness:**(Choose one)
⊙ Alert ○ Lethargic ○ Verbal Stimulus ○ Painful stimulus ○ Unresponsive (Call 911) Describe:
Oriented to Person, Place and Time: ⊙ Yes ○ No  Describe:

**Skin Observations:**  Check all that apply and describe below:  ☑ No abnormal skin conditions visualized
☐ Tattoos          ☐ Blisters          ☐ Draining areas     ☐ Lice/Pediculosis     ☐ Jaundice          ☐ Needle marks
☐ Surgical scars     ☐ Open lesions     ☐ Pallor          ☐ Sores          ☐ Lacerations     ☐ Tracks
☐ Other:
**Describe**

| |

**Mobility Restrictions/Physical Disabilities/Impairments:** ○ No ⊙ Yes, check all that apply
☐ Deformity     ☐ Cast          ☐ Paraplegic     ☐ Wheel chair     ☐ CPAP     ☐ Brace     ☐ Blind     ☑ Deaf     ☐ Amputation     ☐ Splint
☐ Quadriplegic     ☐ Crutches/Cane     ☑ Other: Both ears     Comments:

## HISTORY

**Major surgery or medical hospitalization within past year:** ○ No ⊙ Yes, check all that apply and include date
☐ Brain Surgery     ☐ Heart Surgery     ☐ Abdominal Surgery     ☐ Stroke
☐ MI     ☐ Transplant     ☐ Due to traumatic injury     ☑ Other: kidney stone 07/18/2018

## MEDICATION REPORTED  ⊙ None ○ Unknown ○ See below

| Name/Dose | Frequency/Last Taken | Prescribed by and Reason | Verification Through |
|---|---|---|---|
| | Freq: Last: | | ○ Practitioner ○ Pharmacy ○ Unable to verify |

**ALLERGIES: Do you have any allergies (food, medications, environmental)?** ⊙ No ○ Yes

## SUBSTANCE USE / ABUSE

Ever been hospitalized for substance abuse: ⊙ No ○ Yes          Detoxification or outpatient treatment: ⊙ No ○ Yes
Dates:          Dates:

**Alcohol Use:** Do you drink alcohol: ⊙ No ○ Yes Type: Last use:
How much: How often:

**If 2 or more "Yes" answers complete CIWA and mental health referral**

Ever had alcohol withdrawals, tremors, seizures or DTs when you stopped drinking: ○ No ○ Yes (CIWA) when:

Have you ever felt you should cut down on your drinking? ○ No ○ Yes

Have people annoyed you by criticizing your drinking? ○ No ○ Yes

Have you ever felt bad or guilty about your drinking? ○ No ○ Yes

Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover: ○ No ○ Yes

**Substance/Drug Use/Rx**  Do you use drugs: ○ Yes ○ No

Do you use injectable drugs: ○ No ○ Yes  Last injectable use:

| Rx or Street | How often? | How much? | Last use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepine | | | | ☐ Hx of withdrawal |

☐ Methamphetamines  ☐ Cocaine  ☐ Other:

## COMMUNICABLE DISEASES

**HIV/AIDS** Do you have HIV infection or AIDS: ◉ No ○ Yes   Are you taking medications: ○ No ○ Yes

**TB Symptoms:**  Do you have any of the following:   Weight loss: ○ Yes ○ No   Night sweats: ○ Yes ◉ No

**Ask each question**  Appetite loss: ○ Yes ◉ No   Fever: ○ Yes ◉ No   Persistent cough 3+ weeks: ○ Yes ◉ No

Coughing up blood: ○ Yes ◉ No   Weak/tired: ○ Yes ◉ No

**TB Skin Test**  Prior + PPD: ○ No ◉ Yes   Plant PPD Now: ○ Yes ◉ No   If yes, the PPD must be ordered in the lab section of this encounter.

## MEDICAL PROBLEMS

**Do you have any current ongoing medical problems we should know about:** ○ Yes. complete applicable ◉ No. proceed to BH section

**Do you have any special dietary needs:** ○ No ○ Yes, describe:

☐ **Asthma** How long:   Last asthma attack:   ER visit in last 90 days: ○ Yes ○ No

If yes, when:   Hospitalization in last year: ○ No ○ Yes, when:

Have you ever had a tube put down your throat so that a machine breathes for you? ○ No ○ Yes, when:

Currently on steroids: ○ Yes ○ No   Peak Flow: ○ Yes ○ No, reason:

Peak Flow #1:   Peak Flow #2:   Peak Flow #3:

☐ **COPD / Emphysema**  O₂ dependent: ○   Not done, reason:
○ Yes ○ No   Peak Flow #1:   Peak Flow #2:   Peak Flow #3: ☐

☐ **Cardiovascular/ Cerebrovascular**

**Ask each question**

| | | | | | | |
|---|---|---|---|---|---|---|
| Angina: | ○ Yes ○ No | Atrial fibrillation: | ○ Yes ○ No | Stents: | ○ Yes ○ No | |
| Pacemaker: | ○ Yes ○ No | Heart attack: | ○ Yes ○ No | Internal defibrillator: | ○ Yes ○ No | |
| Bypass surgery: | ○ Yes ○ No | Endocarditis: | ○ Yes ○ No | CHF: | ○ Yes ○ No | |
| Blood clot in lungs or legs: | ○ Yes ○ No | Last CVA: | | Last TIA: | | |
| Are you taking Warfarin, Coumadin or Jantoven: | ○ Yes ○ No | Are you taking another blood thinner: | ○ Yes ○ No | | | |
| Date of onset: | | Last episode: | | | | |

**Comments**

☐ **Hypertension** How long:

Are you currently taking three or more anti-hypertensives: ○ Yes ○ No

☐ **Diabetes** How Long:   Finger Stick:   ☐ Not done, reason:

Are you currently taking medication(s):   Are you taking insulin: ○ Yes ○ No
○ Yes ○ No

If Finger Stick > 300, ask the following:   Nausea: ○ Yes ○ No   Vomiting: ○ Yes ○ No

Excessive thirst: ○ Yes ○ No   Urine ketones (if taken) ○ Yes ○ No   ☐ Not taken, reason:

Have you ever been hospitalized for your diabetes: ○ No ○ Yes, dates:

**Comments**

☐ **Epilepsy/Seizure** Last seizure:

More than one seizure a month: ○ Yes ○ No   Two or more anticonvulsants: ○ Yes ○ No

☐ **Gastrointestinal** GERD: ○ Yes ○ No     Hiatal hernia: ○ Yes ○ No

Have you ever vomited blood: ○
No ○ Yes
Comments:
Have you ever had dark, black      Frequency:           Last:
stools from bleeding: ○ No ○ Yes
Comments:

**Comments**

---

☐ **Cancer** Do you currently have cancer: ○ No ○ Yes     Are you currently being treated for cancer: ○ No ○ Yes

**Comments**

Type:

---

☐ **Dialysis** Type: ○ Hemodialysis ○ Peritoneal     Number of times per week:
Last dialyzed:

☐ **HCV** ○ Yes ○ No

☐ **Other:**

---

## BEHAVIORAL HEALTH

Do you have any current mental health complaints: ○ Yes ● No    Do you feel vulnerable because you are incarcerated: ○ Yes ●
No

Have you ever been diagnosed with a mental illness: ● No ○ Yes, check which illness: ☐ Schizophrenia ☐ Bipolar ☐ Other:

History of outpatient treatment: ○ Yes ● No Within the last
year: ○ Yes ● No          History of psychotropic medications: ○ Yes ● No

History of psych hospitalization: ○ Yes ● No       Within the last year: ○ Yes ● No

History of hearing things: ○ Yes ● No         History of seeing things: ○ Yes ● No

History of suicide attempts: ○ Yes ● No        Last attempt:

Are you thinking of suicide now: ● No ○ Yes, if yes:     Do you have a plan: ○ Yes ○ No
☐ Emergent Mental Health ☐ Placed on Suicide Watch

Family/friends history of suicide: ○ Yes ● No      Recent significant loss: ○ Yes ● No

Do you feel like there is nothing to look forward to (hopeless/helpless): ● Yes ○ No

Have you ever hurt yourself on purpose: ○ Yes ● No      Are you thinking of hurting yourself now: ○ Yes ● No

Are you thinking of hurting others now: ○ Yes ● No

Ever been hospitalized for head trauma: ○ Yes ● No    Criminal history of violent behavior: ○ Yes ● No

History of sexual victimization: ○ Yes ● No       History of sex offenses: ○ Yes ● No

History of: ☐ Special education placement ☐ Development disability ☐ Intellectual disability

## PERSONAL INFORMATION

Do you identify as, or do others perceive you to
be:
     ☐ Gay           ☐ Lesbian ☐ Bisexual ☐ Transgender ☐ Intersex
     ☐ Gender Non-
conforming      ☑ Straight or heterosexual
     ☐ Other:

## ADDITIONAL OBSERVATION

General Appearance: ☑ No apparent distress ☐ Other:

Oral
Screening   ☐ Unremarkable    ☑ Missing
teeth    ☐ Abscesses     ☐ Lesions    ☐ Dentures Loose     ☐ Swelling
     ☐ Dentures/Partials     ☐ Other:

## DISPOSITION

**Placement** ☑ GP       ☐ Infirmary     ☐ Suicide Watch    ☐ Isolation    ☐ Observation    ☐ Other:

| Referral | | Routine / Expedited | | Routine / Expedited |
|---|---|---|---|---|
| ☑ H&P | | ○ Routine ○ Expedited | ☑ Nursing Sick Call | ○ Routine ● Expedited |
| ☐ Practitioner Sick Call | | ○ Routine ○ Expedited | ☑ Behavioral Health | ● Routine ○ Expedited |
| ☐ Chronic Care Clinic | | ○ Routine ○ Expedited | ☑ Dental Referral | ● Routine ○ Expedited |

**Notification:** ☐ Immediate supervisor     ☐ Practitioner on call     ☐ ER for transport

**Consent for treatment signed:** ● Yes ○ No, reason:

**Access to care reviewed:** ● Yes ○ No, reason:

**Grievance process explained:** ● Yes ○ No, reason:

## RECOMMENDED APPOINTMENT SUMMARY

Consults:
Urgent mental health referral generated because the patient indicated the following during intake:
Patient feels like there is nothing to look forward to (hopeless/helpless).

**RECOMMENDED APPOINTMENT SUMMARY**

Appointments:
Intake Form- Answered yes to: Major surgery or medical hospitalization within past year
kidney stone on 07/18/2018

**ADDITIONAL COMMENTS**

IM states that Pima county took him to hosp d/t L kidney stone on 07/2018. IM can not recall the med and no MR.
IM is deaf both ears d/t meningitis since childhood.

**I understand that withdrawal from alcohol and other drugs could be fatal. I have been provided with information related to alcohol and drug withdrawal and the information I provided related to my alcohol and drug use is accurate and complete. My information is correct and I accept the provision of medical, dental and mental health care.**

| | | |
|---|---|---|
| ■■■■■■■■■■■ | 10/02/2018 | T. Thuy THUTI01 |
| Patient Signature | Thuy Tieu Interviewer's Name (Printed) | |
| | | Interviewer's Signature    10/02/2018 |

**Secondary review**
(if indicated)

Name (Print)

Signature

**Provider review**
(if indicated)

Name (Print)

Signature

Exhibit 104

# Health Services Encounter

CHSS027C

Thursday April 30, 2020 11:37:46

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 10/02/2018 | Start Time*: | 09:21:16 |
| End Date*: | 10/02/2018 | End Time*: | 09:21:27 |
| Category: | Dental | | |
| Type*: | Dental - Intake | Encounter Close Date: | 10/02/2018 |
| Location*: | ASPC-PHX ALHAMBRA [B06] | Encounter Close Time: | 09:21:45 |
| Setting*: | Clinic | | |
| Staff Member*: | Ortega, Martha P | | |
| Title: | Dental Assistant | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:    No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

intake

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

None

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

### Other Actions/Procedures (1 - 1 of 1)

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| Dental X-Rays | Panoramic | | | Took panoramic x-ray today. |

### Plan Notes

None

## Patient Education

### Patient Education Notes

TimeStamp: 2 October 2018 09:24:27 --- User: Martha Ortega (OMP4)

## Health Classification

Medical:   Unknown
Mental:                                 Prognosis:
SMI:
Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

None

## Dental Intake Review

Review Type*:   No Review Required             Review Staff:   Unknown

**Review Notes**

None

### Dental Chart

| |
|---|
| No Rows Found |

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 10/02/2018             Time: 09:21:45           User: Martha Ortega (OMP4)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-PHX ALHAMBRA | Dental Assistant |
| ASPC-PHX FLAMENCO M.HLTH MALE | Dental Assistant |
| ASPC-PHX INMATE WRKR | Dental Assistant |
| ASPC-PHX BAKER WARD | Dental Assistant |
| ASPC-PHX FLAMENCO M. HLTH FEM | Dental Assistant |
| ASPC-PHX ASPEN/SPU | Dental Assistant |
| ASPC-PHX FLAMENCO M/H P/S | Dental Assistant |
| ASPC-PHX FLAMENCO M/H MAX LVL | Dental Assistant |
| ASPC-PHX FLAMENCO IDA WATCH | Dental Assistant |
| ASPC-PHX COMPLEX PHOENIX | Dental Assistant |

Show Add History

Exhibit 105

Case 2:12-cv-00601-ROS   Document 3627-7   Filed 06/12/20   Page 119 of 124

CHSS027C                          Health Services Encounter                    Thursday April 30, 2020 11:38:18

┌─ **Encounter Header** ─────────────────────────────────────────────────────

Date*:  10/02/2018                          Start Time*:  14:54:34
End Date*:  10/02/2018                          End Time*:  14:56:05
Category:  Mental Health
Type*:  MH - Intake                   Encounter Close Date:  10/02/2018
Location*:  ASPC-PHX ALHAMBRA  [B06]      Encounter Close Time:  15:37:48
Setting*:  Clinic
Staff Member*:  Raak, Jessica L
Title:  Psych Associate Licensed
Form Type:  Initial Mental Health Assessment

┌─ **Subjective** ───────────────────────────────────────────────────────────

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

**Confidential Setting Comments**

None

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

**Subjective Notes**

intake

**Initial Mental Health Assessment - Subjective**

◉ N          ○ Y

**Has inmate ever been admitted to a psychiatric hospital?When/Who:Why:**
◉ N          ○ Y

**Has inmate ever been treated for Mental Health issues: (exclude drug/alchohol treatment)**
○ N          ○ Y

**Had MH Counseling:**If yes, when/where:
○ N

**Taken Psych Meds:**Current meds:**If no current meds, when last took meds:Have you ever experienced any of the following when not on drugs/alcohol?**
◉ N          ○ Y

Auditory and/or visual hallucinations (hear voices, see things others don't):If yes, describe:
◉ N          ○ Y

Perceptions of thought insertion, TV talk to you, broadcasting, mind control:If yes, describe:
◉ N          ○ Y

Abnormal paranoia (beliefs people want to poison you, government plots, etc.)If yes, describe:
◉ N          ○ Y

**Any serious episodes of depression (post-partum, hopeless, helpless, vegetative signs):**If yes, when was last episode?**Episodes of Mania:**(Do you ever experience times when you have so much energy that it causes
◉ N          ○ Y

serious problems in your life?Last episode:How long did it last?Behaviors:
◉ N          ○ Y

**Sexual Abuse:**When started:When ended:
◉ N          ○ Y

**Physical Abuse:**When started:When ended:
◉ N          ○ Y

**Have you ever tried to commit suicide:**If yes, how many times:When:How:
◉ N          ○ Y

**Has anyone in your immediate family tried to commit suicide or completed suicide:**When/who:Why:How:
◉ N          ○ Y

**Serious head injury/Loss of Consciousness:**When:Cause:**Alcohol and Other Drug history:PrescriptionAlcoholMarijuanaMethDrug AbuseOther1st Use:**25 y/o20 y/o**Last Use:**30 y/o35 y/o**Frequency:**3 times per yearrarely
○ N          ○ Y

**Highest grade you completed in school:**12th**GED:**
◉ N          ○ Y

**Ever in Special Education:**
◉ N          ○ Y

**Have you ever been charged and/or convicted of a sex offense:**
◉ N          ○ Y

**History of violent or aggressive behavior:**If yes, describe:
◉ N          ○ Y

**Are you suicidal right now:**If yes, what is method/plan:

Rev #: 373

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:35 | 97.6 | 73 | 16 | 6 1 | 237 | 106 | 68 | NA | 31.26 | | IM denies asthma, DM, HTN and SZ. |

### Objective Notes

IM is deaf, able to communicate with ASL interpreter (MH staff member) and by writing. Smiled, polite, friendly demeanor. No signs of depression, anxiety, AVH.

### Initial Mental Health Assessment - Objective



**Observation:** ☑ Appropriate ☐ Inappropriate ☐ Tearful **Affect (Observed):** ☐ Restricted ☐ Flat ☐ Labile ☑ Euthymic ☐ Depressed ☐ Anxious **Mood (Pt. Report):** ☐ Agitated ☐ Elevated ☐ Labile ☑ Unremarkable ☐ Disheveled ☐ Odd **Appearance:** ☑ Good ☐ Fair ☐ Poor **Hygiene:** ☑ Alert ☐ Confused ☐ Hyper vigilant ☐ Somnolent/Drowsy **Alertness:** ☑ Cooperative ☐ Limited ☐ Uncooperative **Interaction:** ☐ Distracted ☐ Guarded ☑ WNL ☑ Logical Coherent ☐ Illogical ☐ Slurred **Speech:** ☐ Rapid ☐ Disjointed ☐ Incoherent ☐ Slowed **Comment:**

IM advised he is "doing fine" when asking how he is doing overall. IM reported this is his first time in prison. IM asking TW for a black marker in which he could write "deaf" on his ID card, which IM was given. IM reports he keeps in touch with his girlfriend who is deaf. IM reports he is from Tucson originally.

Rev #: 373

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

stable in mood and behavior, no distress noted, no DTS/DTO. Future oriented.

## Plan

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

MH-1 Per no MH hx. IM advised he feels as though he does not need MH services as this time. HNR process, including where HNRs can be found, was discussed with IM.

**Initial Mental Health Assessment - Plan**

**Disposition:** ☑ No emergent Mental Health needs. Inmate informed of how to access Mental Health services (HNR). ☐
Inmate referred to Psychiatry. Internal referral completed on: ☐ Inmate identified as in need of Mental Health watch:

Rev #: 373

---

## Patient Education

### Patient Education Notes

HNR process.

---

## Health Classification

Medical: Unknown
Mental: 1-No history of MH services                  Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

## Encounter Orders Review

Review Type*: No Review Required        Review Staff: Unknown

**Review Notes**

None

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 10/02/2018        Time: 15:37:48        User: Jessica Raak (RAKJE01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-L COMPLEX LEWIS | Psych Associate Licensed |
| ASPC-L STINER UNIT I | Psych Associate Licensed |
| ASPC-L STINER CDU | Psych Associate Licensed |
| ASPC-L MOREY CDU | Psych Associate Licensed |
| ASPC-L BARCHEY UNIT# | Psych Associate Licensed |
| ASPC-L BACHMAN CDU | Psych Associate Licensed |
| ASPC-L IPC | Psych Associate Licensed |

| | |
|---|---|
| ASPC-L BUCKLEY SU | Psych Associate Licensed |
| ASPC-L MOREY TRNST | Psych Associate Licensed |
| ASPC-L RAST MAX | Psych Associate Licensed |
| ASPC-L MOREY UNIT | Psych Associate Licensed |
| ASPC-L SUNRISE UNIT | Psych Associate Licensed |
| ASPC-L BARCHEY MDM I | Psych Associate Licensed |
| ASPC-L BUCKLY UNT I | Psych Associate Licensed |
| ASPC-L BARCHEY MED PS | Psych Associate Licensed |
| ASPC-L RAST CLOSE | Psych Associate Licensed |
| ASPC-L BACHMAN MDM I | Psych Associate Licensed |
| ASPC-L BCHMN MXD 2 # | Psych Associate Licensed |
| ASPC-L EAGLE POINT MN GP | Psych Associate Licensed |
| ASPC-L RAST CLOSE MGMT | Psych Associate Licensed |
| ASPC-L SUNRISE PC # | Psych Associate Licensed |

Show Add History