UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **ORDER** |

This Court, having reviewed Plaintiffs' Motion to Seal, and good cause in support thereof, IT IS ORDERED that the Motion is **GRANTED**.

The Clerk of the Court is hereby ordered to seal the Declaration of Amber Norris and Exhibits 1, 2, 6, 9, 10, 12, 16, 17, 20, 21, 26-29, 31, 34, 35, 37, 39, 42-44, 46, 48, 49, 52, 53, 55, 57, 60, 62-65, 69, 72, 74, 76, 79-81, 83-85, 87, 91-93, 99, 101-103, 106, 107, 113, 114, 116, 119, 120, 125-127, 138, 139, 141, 144, 145, 158, 165, and 170 to the Declaration of Amber Norris, filed on June 12, 2020.

LEGAL148514744.1