# Exhibit 90

Case 2:12-cv-00601-ROS   Document 3631   Filed 06/12/20   Page 2 of 4

# Health Services Encounter

CHSS027C

Wednesday April 29, 2020 14:48:50

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 12/22/2018 | Start Time*: | 06:49:27 |
| End Date*: | 12/22/2018 | End Time*: | 07:21:26 |
| Category: | Nursing | | |
| Type*: | Nurse - Chart Note | Encounter Close Date: | 12/22/2018 |
| Location*: | ASPC-T CATALINA UNIT   [C35] | Encounter Close Time: | 07:21:40 |
| Setting*: | Clinic | | |
| Staff Member*: | Thayer, Darryl | | |
| Title: | Registered Nurse | | |
| Form Type: | | | |

## Incidental Information

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Other Actions/Procedures

| Category | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 08/25/2016 | 08/25/2016 |
| 002 | Functional Limitations | Deaf | SNOMED: 61947007 - Deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Patient Reported | 08/25/2016 | 08/25/2016 |
| 003 | Functional Limitations | Deaf | SNOMED: 698615007 - Congenital deaf mutism (disorder) | Deaf nonspeaking, not elsewhere classified [H91.3] | Assessed | 08/25/2016 | 08/25/2016 |
| 004 | Other Diagnosis | Other Diagnosis | SNOMED: 110483000 - Tobacco user (finding) | Tobacco use [Z72.0] | Assessed | 08/25/2016 | 08/25/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 247398009 - Neuropathic pain (finding) | Mononeuropathy, unspecified [G58.9] | Assessed | 08/25/2016 | 08/25/2016 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 08/25/2016 | 08/25/2016 |
| 007 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 164421006 - On examination - Peeling skin (finding) | Changes in skin texture [R23.4] | Assessed | 10/05/2016 | 10/05/2016 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 699490000 - Dental caries class II (disorder) | Dental caries, unspecified [K02.9] | Assessed | 08/21/2018 | 08/21/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Incidental Comments**

IM presented to medical and was called to exam room.  IM stood up with hands in air shaking his head, walked to exam room, and sat down with arms crossed leaning in the chair.  It appeared to the author that he had a major attitude regarding this visit.  The author pulled out some paper and pen to communicate with and asked if the IM was deaf thinking he may be HOH.  IM smiled with a Cheshire grin, circled deaf, and wrote that he was deaf, and asked don't you read the HNR, the computer system shows.  medical responded yes!! but I don't know who you are?  This was the written tone throughout the whole written conversation.  IM kept trying to redirect the conversation away from getting medical treatment to getting an interpreter avail, and filing a complaint.  At that point, I reached out to Security, and spoke with LT. Burger about interpreter services attached to DOC.  LT came over and tried to communicate with the individual and Medical stepped out of the exam room and let them have their conversation.  per the written conversation between LT and the IM, the IM appeared to have an agenda other than seeing to his medical c/o.  IM agenda focused on having an interpreter avail, filing a complaint with ADA lawyer, and it appeared that the IM wanted to prompt litigation from this process.   He was asked by Lt. Burger several times if he wanted medical attention trying again to focus on the written word, and IM finally walked out in anger and didn't sign a refusal for treatment.  Only when a refusal was being processed did medical finally learn this IM name and number as the IM never did indicate who he was, again focusing on interpreter services.  The refusal is on file signed by the author as well as LT. Burger.

**Vital Signs**

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

**Encounter Orders Review**

Review Type*:   No Review Required                                    Review Staff:   Unknown

| Review Notes |
|---|
| None |

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| | | No Rows Found | | |

### Standard Forms

| Type | Staff |
|---|---|
| | No Rows Found |

**Last Updated Information:**

Date: 12/22/2018                 Time: 07:21:40                 User: Darryl Thayer (THADA01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-T COMPLEX TUCSON | Registered Nurse |
| ASPC-T RINCON I | Registered Nurse |
| ASPC-T SANTA RITA | Registered Nurse |
| ASPC-T COMPLEX CDU | Registered Nurse |
| ASPC-T MINORS I | Registered Nurse |
| ASPC-T CIMARRON I | Registered Nurse |
| ASPC-T CIMARRON CDU | Registered Nurse |
| ASPC-T MANZANITA | Registered Nurse |
| ASPC-T MANZANITA CDU | Registered Nurse |
| ASPC-T WINCHESTR CDU | Registered Nurse |
| ASPC-T RINCON IPC | Registered Nurse |
| ASPC-T MANZANITA SNU | Registered Nurse |
| ASPC-T CIM TRNST | Registered Nurse |
| ASPC-T CIMARRON II | Registered Nurse |
| ASPC-T MINORS RCPTN | Registered Nurse |
| ASPC-T RINCON MHW | Registered Nurse |
| ASPC-T RINCON MHU | Registered Nurse |
| ASPC-T CATALINA UNIT | Registered Nurse |
| ASPC-T WHETSTONE | Registered Nurse |
| ASPC-T MINORS | Registered Nurse |
| ASPC-T WINCHESTER GP | Registered Nurse |
| ASPC-T RINCON SNU | Registered Nurse |
| ASPC-T CIM ICE TRNST | Registered Nurse |
| ASPC-T RESIDENTIAL MED HSG | Registered Nurse |
| ASPC-T MINORS II | Registered Nurse |
| ASPC-T MNZ MHWT | Registered Nurse |
| ASPC-T 2ND CHNC MNZ | Registered Nurse |
| ASPC-T RINCON II # | Registered Nurse |

Show Add History