Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE**<br>**(Dkt. 3490)**<br><br>**[Second Request]** |

Defendants respectfully request a 7-day extension of time, until July 7, 2020, in which to file their Response to the Court's January 31, 2020 Order to Show Cause ("OSC"). The Response was originally due by June 15, 2020. (Dkt. 3490.) Defendants requested, and the Court granted, a 15-day extension until June 30. (Dkt. 3617, 3620.) The grounds supporting the first extension (Dkt. 3617) have continued to hinder Defendants' progress on the Response, including logistical/coordination issues related to COVID-19, an influx of COVID-19 litigation,[1] and other significant matters in this lawsuit (Dkt. 3599, 3623).

---

[1] *See, e.g.*, *Bernal v. Barr*, 20-cv-01164-MTL-CDB (D. Ariz.); *Esperanza v. Barr*, 20-cv-01148-BAS-AGS (S.D. Cal.); *Chinchyus v. Williams*, 20-cv-01147-JJT-JZB (D.

Thus, Defendants move for a brief extension of time, until July 7, 2020, to file their Response so that they can adequately and thoroughly respond to the Court's OSC. Plaintiffs' counsel have informed that they do not oppose this request.

DATED this 25th day of June, 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    *Attorneys for Defendants*

---

Ariz.); *Espinoza v. Howard*, 20-cv-01134-SPL-CDB (D. Ariz.); *Fenty v. Penzone*, 20-cv-01192-SPL-JZB (D. Ariz.); *Lopez v. U.S. D.H.S.*, 20-cv-01117-SRB-ESW (D. Ariz.); *Lopez v. U.S. D.H.S.*, 20-cv-01063-JJT-MTM (D. Ariz.); *Sanchez v. Barr*, 20-cv-00936-MTL-CDB (D. Ariz.).

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck