# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, et al., <br><br> Defendants. | No. CV-12-00601-PHX-ROS <br><br> **ORDER** |

The Court has reviewed Defendants' Unopposed Motion to Extend Deadline to Respond to Order to Show Cause (Doc. 3490)(Second Request) (Doc. 3638). Good cause appearing,

**IT IS ORDERED** Defendants' Unopposed Motion to Extend Deadline (Doc. 3638) is **GRANTED**. Defendants' Response is now due on or before **July 7, 2020**.

Dated this 25th day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge