1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

                                    Plaintiffs,

    v.

David Shinn, Director, Arizona Department of
Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

                                    Defendants.

NO. 2:12-cv-00601-ROS

**ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE
TO RESPOND TO PLAINTIFFS'
MOTION TO ENFORCE
PARAGRAPH 14 OF THE
STIPULATION
(DKT. 3623)**

The Court, having reviewed the Stipulated Motion to Extend Deadline to Respond
to Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation (Dkt. 3623), and good cause
appearing,

IT IS ORDERED that the Stipulated Motion is GRANTED.  Defendants' Response
is due on or before July 27, 2020.