# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion to Extend Deadline to Respond to Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation (Doc. 3623) (Doc. 3640), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion (Doc. 3640) is **GRANTED**.  Defendants' Response is due on or before **July 27, 2020**.

Dated this 25th day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge