# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed Defendants' Unopposed Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 3599) [Third Request] (Doc. 3643), and good cause appearing,

**IT IS ORDERED** the Unopposed Motion to Extend Deadline (Doc. 3643) is **GRANTED**. Defendants' Response is due on or before **July 17, 2020**.

Dated this 30th day of June, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge