# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br>　　　　Plaintiffs, <br><br>v. <br><br>David Shinn, et al., <br><br>　　　　Defendants. | No. CV-12-00601-PHX-ROS <br><br> **ORDER** |

The Court, having reviewed Defendants' Unopposed Motion to Extend Deadline to Respond to Order to Show Cause (Doc. 3490) (Third Request) (Doc. 3647), and good cause appearing,

**IT IS ORDERED** that the Unopposed Motion to Extend Deadline (Doc. 3647) is **GRANTED**. Defendants' Response is due on or before **July 10, 2020**.

Dated this 6th day of July, 2020.

　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　Senior United States District Judge