Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DECLARATION OF JENNINE GAHRIS** |

I, Jennine Gahris, make the following Declaration:

1.     I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.     I am intimately familiar with the healthcare delivery system at the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") as I have been employed by two of its healthcare contractors in various roles, since September 2013.

3.     From September 2013 through July 2019, I was employed by Corizon, Inc. During my tenure, I served in various roles, including as Florence's Clinical Coordinator, the Regional Compliance Monitor, and eventually as the Director of Compliance.

4.      On July 1, 2019, Centurion of Arizona, LLC replaced Corizon as ADCRR's healthcare vendor.  On that date, I became Centurion of Arizona's Regional Director of Compliance.  As the Regional Director of Compliance, I manage a team of ten Healthcare Delivery Facilitators ("HDFs") and two Business Data Analysts ("BDAs").  Each HDF is assigned to a facility.  Their job is to review underperforming Performance Measures ("PMs") at their assigned facility, run reports and trackers to assist in achieving compliance with those PMs, and follow up with medical staff to ensure inmates are receiving the care or information required by the PMs.  They report to me on a daily basis.  The BDAs provide the source documents which are utilized to monitor compliance with the PMs, and run various reports to track items such as productivity and compliance obligations.

5.      Additionally, I ensure Centurion meets its compliance obligations with all contractual provisions, internal policies, and the Stipulation in this litigation.  I also assist Regional Centurion leadership and clinical personnel with performance implement initiatives, and identify opportunities for improvement in healthcare practices and policies.

6.      Upon receipt of the Court's January 31, 2020 Order to Show Cause ("OSC"), I distributed it to my staff and advised them to track the PMs listed.  Additionally, staff were advised to bring to my immediate attention any potential barrier that may prevent these PMs from complying with the Stipulation.  Specifically, on February 4, 2020, I provided the OSC to all FHAs, AFHAs, and DONs and discussed the areas to be improved upon.  On February 5, 2020, I met with my staff to discuss the site-specific issues raised in the OSC and ways in which to improve compliance.

7.      The OSC ordered 135 PMs to comply with the Stipulation's compliance threshold in February 2020.  (Dkt. 3490; Dkt. 3495 at 14.)  Of those, 115 were compliant in February 2020.  Thus, 85% of the PMs subject to the OSC were compliant in February 2020.

8.      As detailed below, Centurion took all reasonable steps to achieve compliance with the 20 PMs that did not meet the compliance threshold in February 2020.

**PM 11:**   Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?

### ASPC-Tucson

9.     Although noncompliant in February 2020, PM 11 was compliant at ASPC-Tucson in 23 of the previous 24 months.  Therefore, this Performance Measure was eligible for termination, as it has been compliant for 18 of the previous 24 months and has not been out of compliance for three or more consecutive months within the past 18-month period.  Because of that sustained success, Centurion continued with the same processes and procedures in February 2020.

10.     In February 2020, 97 files were audited.  Because only 80 files were compliant, this PM received an 82%, just three compliant files short of substantial compliance.

11.     ASPC-Tucson's noncompliance in February 2020 was largely the result of a newly assigned Registered Nurse ("RN") failing to administer recommended vaccines (booster shots) to seven inmates at the Minors Unit within 48 hours of the time they were prescribed.  Although the vaccines were not administered within 48 hours, each of the seven inmates received their booster shots by the vaccine's effective date.

12.     To address the issue, the Director of Nursing ("DON"), Assistant Facility Health Administrator ("AFHA"), and the Facility Health Administrator ("FHA") met with the RN and educated her on the requirement that vaccines (as with any other prescription) must be administered within 48 hours of the time they were ordered.  This corrective action was successful, as evidenced by ASPC-Tucson's compliance with PM 11 in March (95%) and April (88%) 2020.

13.     ASPC-Tucson's noncompliance in February 2020 was an anomaly, and is not representative of the facility's sustained compliance with PM 11 or the quality of care provided to ADCRR inmates.

3

14.     To illustrate, during February 2020, 3,623 new medications were prescribed to inmates at ASPC-Tucson.  Of those, only 60 were administered outside PM 11's 48-hour timeframe.  This represents a compliance rate of 98%.

---

**PM 15**:  Are inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?

**<u>ASPC-Eyman</u>**

15.     Prior to the issuance of the OSC, ASPC-Eyman had maintained compliance with PM 15 for three consecutive months:  November (90%); December (92%); and January (90%).

16.     To ensure compliance with the OSC in February 2020, and based on Centurion's knowledge of the basis for prior noncompliance, the AFHA began pulling no-show reports three times a week.  By doing this, she is able to quickly identify inmates with consecutive refusals and timely schedule counseling services before the inmate refuses a fourth time.  Once the inmates are identified, the AFHA provides their names to the DON, Mental Health RNs, and facility Psychiatrist, who refer them to a Qualified Health Care Professional ("QHCP") for counseling.  The DON then follows up to ensure counseling was completed.  If counseling was not timely provided, the DON educates the QHCP.

17.     In February 2020, 47 files were audited.  14 were noncompliant, resulting in a compliance score of 70%.

18.     Centurion performed an internal review of the audited files to identify the cause of noncompliance.  It determined that one of the files should not have been audited, as the medication was to be given as needed (#████████).  *See* Attachment 1.

19.     Seven other files were marked noncompliant, not because the inmate was not counseled or not timely counseled, but because the requisite verbiage (name of medication and indication that inmate was educated, counseled, or that medication compliance was discussed) was not included in the chart (#██████; #███████; #██████; #██████; #███████; #███████; #██████).

4

20.     My review of these seven files confirmed that, while these specific words were not used, the inmates received timely counseling and changes were implemented to their medications, which improved their compliance with their medications.

21.     Once the cause of noncompliance was identified, all ASPC-Eyman providers were educated by the Site Medical Director ("SMD") and FHA on the verbiage required in order for a chart to be compliant with PM 15.

22.     These corrective actions were successful, as evidenced by ASPC-Eyman's compliance with PM 15 in March (98%) and April (95%) 2020.

23.     Had the non-applicable file not been audited, and had these seven files been marked compliant, ASPC-Eyman would have received an 87% compliance score in February 2020.

**PM 37:**   Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?

### ASPC-Lewis

24.     In May 2019, two months before Centurion assumed the contract, it identified the need for additional RNs at ASPC-Lewis to increase compliance with PM 37, and immediately began recruitment efforts for fulltime and agency nurses.

25.     Specifically, Centurion aggressively recruited through marketing and online postings via social media and text messaging campaigns, job fairs, and nursing school visits. To date, statewide, Centurion has attended 24 academic events, advertised with 13 professional associations, joined and posted employment opportunities within several social media groups on Facebook and LinkedIn, sent 29 text campaigns resulting in over 10,000 individual connections with nurses in Arizona, published and distributed six direct-mail campaigns to nearly 40,000 nurses, completed 22 email campaigns targeted to 34,000 Arizona nurses, placed print and display advertisements in 15 Arizona newspapers, and created an online presence by advertising through a variety of employment websites including Indeed, Zip Recruiter, and Monster.  With respect to ASPC-Lewis, an on-site job

fair was planned at Lewis in March 2020, but was unfortunately cancelled due to COVID-19.

26.     In July 2019, upon the contract transition, hired RNs and LPNs dropped significantly, as many ASPC-Lewis nurses did not transition from Corizon to Centurion. To illustrate, in June 2019, there were 24.90 FTE hired RNs and 16.30 FTE hired LPNs at ASPC-Lewis.  On July 31, 2019, there were 14.50 FTE hired RNs (a 41.77% decrease) and 15.74 FTE hired LPNs (a 3.44% decrease).  As a result of months of aggressive recruiting by Centurion, in May 2020, ASPC-Lewis RN hires increased to 18.20 FTE (a 25.52% increase) and LPNs increased to 25.60 FTE (a 62.64% increase).

27.     Additionally, since January 2020, contract fill rates have steadily increased for both RNs and LPNs at ASPC-Lewis.  From January 2020 to May 2020, the LPN fill rate increased 18.53% and the RN fill rate increased 6.88%.

28.     In September 2019, a telehealth RN was hired and began seeing inmates at ASPC-Lewis for eight hours, five days a week.

29.     Upon receipt of the OSC, in February 2020, Centurion hired two agency LPNs and three agency RNs, which resulted in a 26.32% increase in agency contracts at ASPC-Lewis.

30.     In March 2020, Centurion hired six agency LPNs and two agency RNs, which resulted in a 20.83% agency contract increase at ASPC-Lewis.

31.     Each agency nurse contract is a thirteen-week assignment.  At the conclusion of the thirteen-week period, agency nurses are often offered permanent positions with Centurion.

32.     In my experience, it takes approximately two months to see an increase in PM compliance as a result of newly-hired staff.  The fruits of Centurion's staffing labors is now showing.  Lewis was compliant with PM 37 in March (90%) and April (93%).

33.     In February 2020, ASPC-Lewis received an 82% compliance score, missing the compliance threshold by just 3%.  Of the 83 charts audited, only 15 were noncompliant.

1    While Lewis fell short of the 85% threshold by just three audited files, this is the first time

2    PM 37 has scored above 80% since June 2018 and is a significant improvement from the

3    previous month's score of 37%.  As discussed above, Centurion's commitment to increasing

4    RN staffing at ASPC-Lewis, and aggressive recruiting efforts, are working.

5    **ASPC-Tucson**

6           34.    Upon assuming the contract in July 2019, Centurion identified the need to

7    hire additional RNs at ASPC-Tucson to increase compliance with PM 37, and immediately

8    began recruitment efforts.  Additionally, in April 2020, Centurion attended a virtual job fair

9    at Pima Community College.  While a University of Arizona BSN student presentation and

10   Pima Community College Development Workshop for CNA, EMT, and LPN students were

11   scheduled in March and April 2020, they were unfortunately cancelled due to COVID-19.

12          35.    Since January 2020, hired fill rates have increased at APSC-Tucson for both

13   RNs (9.47% increase) and LPNs (6.75% increase).  Since January 2020, ASPC-Tucson has

14   hired and retained 16 RNs (8.10 FTE); nine are fulltime and seven are as needed.  In March

15   2020, ASPC-Tucson hired a fulltime (40 hours a week) telehealth RN.

16          36.    From February 2020 to April 2020, ASPC-Tucson increased nursing staff.

17   To illustrate, in January 2020, ASPC-Tucson had five agency nurses contracted.  By April

18   2020, this number tripled to 15 (14 RNs and 1 LPN).

19          37.    ASPC-Tucson received a 79% compliance score in February 2020 for PM

20   37.  Eighty six (86) files were audited, but only 68 files were compliant, just five short of

21   reaching the 85% compliance threshold.   However, Centurion's aggressive recruiting

22   efforts have successfully resulted in compliance with PM 37 at ASPC-Tucson in March

23   2020 (85%) and April 2020 (91%).

24

25

26

27   **PM 40:**   Are urgent provider referrals being seen by a Medical Provider within 24 hours
             of the referral?

28

**ASPC-Tucson**

38.     For approximately a year prior to the OSC (February through December 2019), ASPC-Tucson had only been noncompliant with PM 40 once (in October 2019).  As such, Centurion continued to employ the practices and procedures in place that had been successful in maintaining compliance.

39.     To ensure continued compliance with PM 40 at ASPC-Tucson, the HDF began running daily reports (Monday through Friday) of all urgent and emergent provider referrals.  The HDF reviews the report and alerts the providers to any inmate who was referred the previous day, but not yet seen.  If the HDF determines nursing staff did not complete the referral-type section, nursing staff receive additional education on the requirement to do so.  Additionally, on February 29, 2020, a telehealth provider began seeing urgent and emergency referrals on the weekends.   Beginning in March 2020, the HDF began running the referral reports on weekends.

40.     In February 2020, ASPC-Tucson received a 78% compliance score for PM 40.  Twenty seven (27) files were audited, but because only 21 files were compliant, this PM fell just two compliant files short of substantial compliance.  Upon receipt of this score, Centurion investigated the reason for noncompliance.

41.     Two of the noncompliant files were marked routine and therefore should not have been reviewed for PM 40.  (███████ & #██████).  *See* Attachment 2 at 3, 18–21.

42.     In two other noncompliant files, the inmates had their health needs addressed by a provider, but the files were marked noncompliant because the provider did not personally see them.  Both files, however, did not require a physical encounter with a provider (#████████ & #██████).  (*Id*. at 22– 27.)

43.     Two other noncompliant charts (#████████ & #███████) were seen within 29 hours, falling just outside the 24-hour requirement.  (*Id*. at 5–17.)

44.     Had the noncompliant files been excluded, and had the two files which did not require a physical encounter been marked complaint, ASPC-Tucson would have received a 92% compliance score with PM 40 in February 2020.

45.     In April 2020, after ASPC-Tucson missed the compliance threshold for three consecutive months (a pattern that is unusual for PM 40; PM 40 was compliant in 19 of the previous 23 months), Centurion investigated the cause of noncompliance.  It determined that nurses were inadvertently selecting "urgent" instead of "routine" (or vice versa) when referring an inmate to a provider, as these selections are next to each other in eOMIS.  This resulted in referrals that should have been routine (which requires the inmate be seen within 14 days) being subject to the 24-hour timeframe.   The influx of files resulted in noncompliance.  Additionally, it was determined that nurses were closing charts before selecting a referral type.  Without a selection, the monitor must determine whether the nurse intended for the referral to be emergent, urgent, or routine.  This subjectively allows files to be reviewed under timeframes the nurse did not intend for the referral be completed by.

46.     To remedy this, beginning April 15, 2020, any nurse who was identified as having not selected a referral type is required to complete an online training program, taught by Centurion's Regional Nurse Educators, regarding provider referrals.

47.     These corrective actions have been successful.  In April 2020, ASPC-Tucson received a 100% compliance score for PM 40.

48.     Additionally, Centurion requested that the eOMIS Change Committee program a "hardstop" into eOMIS to force nurses to make (and confirm) a referral selection before being permitted to continue in the chart.  This prevents nurses from failing to make a selection, and forces them to double-check their selection before moving forward.  The "hardstop" went into effect on June 25, 2020.

---

**PM 44:**     Are inmates who are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?

**ASPC-Eyman**

49.     When Centurion assumed the contract in July 2019, ASPC-Eyman had met the compliance threshold for PM 44 only one time since November 2017.   Centurion immediately implemented procedures to increase compliance, including requiring the HDF to conduct daily tracking of inmates who returned from an inpatient hospital stay or ER transport, and reviewing provider notes to ensure all discharge recommendations had been reviewed and acted upon.

50.     These changes were successful.   In August 2019, the second month under Centurion leadership, PM 44 at ASPC-Eyman scored an 89%.   From July 2019 through January 2020, PM 44 at Eyman only missed compliance twice—July 2019 (79%) and November 2019 (82%).

51.     On February 12, 2020, the Court adopted Dr. Stern's recommendation to change PM 44's methodology.   February files were therefore monitored pursuant to the new methodology.   Under the prior methodology, if the inmate's file indicated that discharge recommendations were reviewed and implemented by a medical provider, the file was marked compliant.   For example, if an inmate returned from a hospital stay with a recommendation that a medication be prescribed for 30 days (twice a day), the file was marked compliant if the provider reviewed the recommendation and prescribed the inmate the medication within 24 hours.   As a result of the Court's February 12, 2020 Order, the methodology changed to include an additional inquiry:   did the patient receive the prescribed treatment?   In the above example, in order to be compliant, the inmate must receive the medication each day, twice a day, for thirty days.   If one morning or evening is missed (even for one day), the file is noncompliant.   Thus, this PM became an "all or nothing" measure, as the score can only be 0% or 100%.

52.     In February 2020, 13 files were audited.   Seven were noncompliant, resulting in a 46% compliance score, five compliant files short of substantial compliance.

53.     Centurion completed an internal review of the noncompliant files and found that noncompliance was caused by the change in methodology.   Indeed, in January 2020, the month prior to the change, ASPC-Eyman received a 92% compliance score for PM 44

(and 88% in December 2019). Five of the noncompliant files in February 2020 would have been compliant under the original methodology, because all inmates' discharge instructions were reviewed and acted upon (#█████, #█████, #█████, #█████, #█████). *See* Attachment 3 at 1–18. But for the change in methodology, ASPC-Eyman would have scored an 85% in February 2020.

54.    In March 2020, Centurion implemented tracking procedures to monitor inmates who are prescribed medications after a hospital stay or ER transport. Each day, the HDF reviews all inmates who returned from an inpatient hospital stay or ER transport, and notifies the ADON at each inmate's unit. The ADONs then track their inmates' prescriptions and ensure they are received and administered as ordered. Additionally, the SMD began reviewing returns and ensuring providers act upon all recommendations, document any deviations, and enter any consults deemed medically appropriate. Centurion believes these additional corrective actions will assist to spur compliance under the new monitoring methodology.

**ASPC-Florence**

55.    Prior to the OSC, with the exception of one month (October 2019), ASPC-Florence had maintained compliance with PM 44 for nine of the previous 10 months. Because Centurion's processes and procedures were effective in maintaining consistent compliance, it determined that the same processes and procedures should continue to be utilized in February 2020.

56.    In February 2020, 27 files were audited. Twelve were non-compliant, resulting in a 56% compliance score, eight files short of attaining substantial compliance.

57.    Centurion completed an internal review of the noncompliant files and found that noncompliance was caused by the change in methodology. Indeed, in January 2020, the month prior to the change, APSC-Florence received a 92% compliance score for PM 44. Eight of the noncompliant charts would have been compliant under the original methodology, because all inmates' discharge instructions were reviewed and acted upon (#█████; #█████; #█████; #█████; #█████; #█████; #█████; #█████). (*Id.* at

11

18 –70.)  But for the change in methodology, ASPC-Florence would have scored an 85% for PM 44 in February 2020.

58.     The same daily tracking implemented at ASPC-Eyman (discussed above) in response to the new monitoring methodology was also implemented at ASPC-Florence.

**ASPC-Lewis**

59.     Prior to the OSC, ASPC-Lewis had maintained compliance with PM 44 since May 2019, nine consecutive months.  From August 2019 to January 2020, PM 44 at Lewis scored a 91% or higher, six consecutive months.  Because Centurion's processes and procedures were effective in maintaining compliance, it determined that the same processes and procedures should continue to be utilized in February 2020.

60.     In February 2020, 38 files were audited.  Nine were noncompliant, resulting in a 76% compliance score, just four compliant files short of substantial compliance.

61.     Centurion completed an internal review of the noncompliant files and found that noncompliance was caused by the change in methodology.  Indeed, prior to the change, ASPC-Lewis had been complaint with PM 44 for nine consecutive months.  Six of the noncompliant files would have been compliant under the original methodology.  But for the change in methodology, ASPC-Lewis would have scored a 92% for PM 44 in February 2020.

62.     The same daily tracking implemented at ASPC-Eyman and ASPC-Florence (discussed above) in response to the new monitoring methodology was also implemented at ASPC-Lewis.

---

**PM 47:**   Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?

**ASPC-Douglas**

63.     Prior to the OSC, with the exception of one month (July 2019), ASPC-Douglas had maintained compliance with PM 47 since February 2019.  In fact, ASPC-Douglas was 100% compliant with PM 47 for six consecutive months prior to February 2020.   Because Centurion's processes and procedures were effective in maintaining compliance, it determined that the same processes and procedures would continue to be utilized in February 2020.  Specifically, each day, the HDF reviews all HNRs, identifies the inmates who requested diagnostic results, and places them on the nursing line.  The HDF subsequently reviews the inmates' charts to confirm that results were provided.

64.     In February 2020, only five files were eligible to be audited.  Because one file—and only one file—was noncompliant, ASPC-Douglas received an 80% compliance score.  When the sample size is six or less files, a facility can only be 100% compliant or noncompliant.

65.     Centurion completed an internal review of the noncompliant file.  The inmate (# ███████) requested lab results on February 23, 2020, and was seen the same day.  In reviewing his records, the nurse did not see the results, which were received February 21, 2020, and informed him they were not yet available.

66.     In response, the FHA and DON educated the nurse on all areas of the record where diagnostic results may be found, and instructed her to exhaust these avenues before determining whether diagnostic results were available.

67.     The corrective action of educating this nurse was effective.  ASPC-Douglas received an 87% compliance score in March 2020 and a 100% compliance score in April 2020.

**ASPC-Phoenix**

68.     Prior to the OSC, ASPC-Phoenix had maintained compliance with PM 47 since September 2019.  Because Centurion's processes and procedures were effective in maintaining compliance, it determined that the same processes and procedures should continue to be utilized in February 2020.

69. In February 2020, only two files were audited. Because one file was noncompliant, ASPC-Phoenix received a 50% compliance score.

70. Centurion completed an internal review of the noncompliant file (#███). *See* Attachment 4. While the inmate's chart noted the provider discussed the results with the inmate, answered his questions regarding the results, and that the inmate was satisfied with the information he received, the file was marked noncompliant because the provider did not document this encounter (the nurse did) and the nurse did not *print* the results and *hand* them to the inmate. Had this been documented, ASPC-Phoenix would have received a 100% compliance score in February 2020.

71. To remedy the noncompliance, once an inmate has been seen, the HDF verifies that the charting was completed (and noted that the results were printed and handed to the inmate) and notifies the nurse if a chart is missing the requisite language.

72. Additionally, the HDF sent training materials to the DON regarding the specific language required to be used in order to comply with PM 47's requirements. The DON distributed these materials to all nursing staff at ASPC-Phoenix on March 12, 2020. Throughout March 2020, the FHA also provided training to all ASPC-Phoenix nurses regarding the action and documentation required (printed results and handed them to inmate) to be entered in an inmate's chart after the diagnostic results are discussed with the inmate.

**PM 49:** Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, within 30 days of the denial?

## ASPC-Eyman

73. Upon receipt of the OSC, Centurion's Business Data Analyst began preparing reports of all inmates who received Alternative Treatment Plans. Every week, I distribute these reports to each facility. At ASPC-Eyman, the Clinical Coordinator and AFHA review the report and verify the inmates are scheduled and seen by a specialty provider within the thirty-day timeframe.

14

74.     In February 2020, twelve files were audited.   Because three files were noncompliant, ASPC-Eyman received a 75% compliance score, just two compliant files short of substantial compliance.

75.     In response, beginning March 18, 2020, regional leadership (Vice President of Operations, Regional Medical Director, Regional Director of Nursing, Lead Utilization Management RN, Provider Representative, Regional CQI Director, Director of Operations, TeleHealth Coordinator) began meeting with the clinical coordinators and site leadership weekly.  During these meetings, expectations of the clinical coordinators are discussed.  The meetings allow for an open forum to discuss any barriers and challenges that have the potential to impact patient care and compliance.

76.     Because PM 49 covers a thirty-day time period, and audits are completed in arrears, corrective action measures often take longer to see results.

77.     The corrective actions discussed above, however, have already been effective.  ASPC-Eyman received a 100% compliance score in both March and April 2020.

**PMs 50 and 51:**  Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider? Are routine consultations being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider?

78.     To spur compliance with PMs 50 and 51, beginning in July 2019, Centurion began paying over 100% of the AHCCCS rates to the following specialty services:

        a.     Acute care and rehab (7/1/2019);

        b.     Oncology (7/1/2019);

        c.     Gastroenterology (to be finalized 7/26/2020);

        d.     Neurosurgery & Spine (2/10/2020); and

        e.     Endocrinology & Diabetes (5/8/2020).

79.     Centurion has also negotiated rates for cancellation and no show fees with specialty providers, as inmates sometimes refuse to be sent out on the day they are scheduled to be seen.

80.     On July 1, 2020, Centurion finalized a contract for urology services.  A contract for gastroenterology services is scheduled to be finalized on July 26, 2020.

81.     On February 28, 2020, Centurion participated in the first 2020 Quarterly Leadership Meeting.  Attendees included Regional Department Leaders, Facility Health Administrators, Site Medical Directors, and Directors of Nursing.  During the meeting, new services and processes to improve compliance were discussed (addition of UM nurses and clerks, continuing education to site providers, increased onsite specialty services, staffing of correctional officers at hospitals, and  availability of Up-to-Date and Medical Library for literature searches).

82.     Additionally, Centurion purchased RubiconMD /eConsult—a specialty consult software program.  Providers input patient symptoms and history into the software and receive suggested specialist recommendations.  The software also advises when specialty consults are unnecessary, which reduces the amount of consults being submitted and allows for other consults to be addressed in a timely manner.

83.     On February 28, 2020, I presented to the Regional Department Leaders, FHAs, SMDs, and DONs on Specialty Care Services covering trends of specialty frequency and utilization by complex.  The presentation included a discussion regarding Centurion's partnership with RubiconMD and eConsult.  I gave the direction that the goal is to have 100% provider utilization with RubiconMD.   In February 2020, the utilization rate increased from 11% in September 2019 to 40%.

84.     In order to provide additional scheduling opportunities to complete consults within the stipulated timeframes, upon receipt of the OSC in February 2020, Centurion began recruiting, over contract, for a Provider Services Representative ("PSR").  PSRs are responsible for building and sustaining positive working relationships with Arizona community providers, as well as assisting with a full range of provider relations and service interactions, including claim management and contract negotiation. PSRs support, develop, and maintain service relationships with all participants (physicians, providers, and administrators) of a provider network and the ten ADCRR facilities.  PSRs negotiate the

contracts with community healthcare professionals (including hospitals, surgery clinics, and dental providers) that provide services to inmates.  Additionally, PSRs review and revise all contracts and letters of agreement to ensure the documentation is complete and compliant with the ADCRR contract.  I also train PSRs on the Centurion portal, how to handle claim issues, and how to make recommendations to executive leadership regarding provider contracts

85.     Centurion filled the PSR position on March 16, 2020.  Within the first 90 days of employment, the PSR finalized five new contracts for the following specialty services:  Endocrinology, Dermatology, Dermatopathology, and Neurodiagnostic.  In addition, four additional contracts for Oral Surgery, Specialty Surgery, Gastroenterology, Urology, and Rehabilitation are in the process of being finalized.

86.     In January and February 2020, three Physical Therapists were hired, above contract requirements, to provide specialty care at ASPC-Eyman, ASPC-Florence, and ASPC-Lewis.  Completing physical therapy on site eliminates the need for the Utilization Management ("UM") review process.  Eliminating this step expedites care, increases the number of consults completed, and lessons burden on the UM department. The first two Physical Therapists were hired in January 2020, and the third on February 10, 2020.  As a result, the physical therapy backlogs at ASPC-Eyman, ASPC-Lewis, and ASPC-Tucson were cleared by the end of February 2020.

87.     Additionally, in February 2020, Centurion began recruiting two additional UM nurses, as well as a UM clerk.  These additional positions are over what the contract requires.  These additional UM positions will expedite the rate at which consult requests are approved, which will increase the number of days the facilities have to schedule the outside appointment.  In turn, this should spur compliance.  The UM Clerk was hired April 6, 2020, and both additional UM Nurses were hired May 5, 2020.  As a result of these hires, the contract fill rate is 166.67% for UM nurses.  Because the UM Clerk position is not required by contract, there is no contract fill rate associated with this position.

88.     In February 2020, I began working with Centurion of Arizona's Vice

17

President of Utilization Management to identify opportunities to increase the UM review turnaround time for routine and urgent consults.  We meet at least once a week via telephone and twice a week via email.  Risks, process improvement, and outside specialty services are topics of discussion.   These meetings have been beneficial in resolving and improving consult issues.

89.   At the site level, additional clerical staff were provided to assist the Clinical Coordinator teams at ASPC-Eyman, ASPC-Tucson, and ASPC-Florence.  Two additional employees were assigned at both ASPC-Tucson and ASPC-Florence at the end of February 2020 to assist with scheduling onsite services.

90.   At the state level, approximately four weeks of overtime was approved for the UM team (Regional and Corporate) to process "consults to be approved" backlog in February and March 2020.  As a result, the backlog was eliminated.

91.   The RMD and SMDs continue to provide education to site providers related to consults.

92.   The most significant issue that affected ASPC-Eyman, ASPC-Florence, and ASPC-Tucson's compliance with PMs 50 and 51 in February 2020, was the increase in consults scheduled that month, due to the limited availability of specialists over the December 2019 and January 2020 holiday season.

**ASPC-Eyman**

93.   For PM 51 at ASPC-Eyman in February 2020, there were a total of 50 audited files; 31 files were noncompliant, resulting in a 38% compliance score.

94.    The above corrective actions, however, are working, as ASPC-Eyman's compliance rate in April 2020 for PM 51 was 92%.

**ASPC-Florence**

95.   ASPC-Florence has struggled to comply with PMs 50 and 51 because it has a large inpatient facility, which generates a larger volume of urgent consults, and shares a transportation team with ASPC-Eyman for outside specialty services.  Additionally, the facility has experienced high turnover rates in the clinical coordinator and scheduler roles.

1  Moreover, the availability of outside specialists is limited due to multiple factors such as
2  holidays and vacations. Identifying outside specialists that are willing to treat the inmate
3  population can also be difficult.

4      96.    For PM 50 at ASPC-Florence in February 2020, there were a total of 46
5  audited files; 20 files were noncompliant, resulting in a compliance score of 57%.

6      97.    For PM 51 at ASPC-Florence in February 2020, there were a total of 52
7  audited files; 31 files were noncompliant, resulting in a compliance score of 40%.

8      98.    Centurion's corrective actions, however, have been successful.  In April
9  2020, ASPC-Florence achieved 100% compliance with PM 50 and 96% compliance with
10  PM 51.  This is the first time ASPC-Florence has met the compliance threshold with PMs
11  50 and 51 since March 2019 and December 2018, respectively.

12      **ASPC-Tucson**

13      99.    For PM 50 in February 2020, there were a total of 67 audited files; 27 files
14  were noncompliant, resulting in a compliance score of 60%.

15      100.   For PM 51 at ASPC-Tucson in February 2020, there were a total of 82
16  audited files, 29 files were noncompliant, resulting in a compliance score of 65%.

17      101.   Centurion's corrective actions, however, have been successful. In April
18  2020, ASPC-Tucson achieved 100% compliance with PM 50 and 96% with PM 51.

19

20  **PM 52:**   Are specialty consultation reports being reviewed and acted on by a provider
       within seven (7) calendar days of receiving the report?

21      **ASPC-Tucson**

22      102.   Prior to the OSC (with the exception of December 2019), ASPC-Tucson had
23  maintained compliance with PM 52 since December 2018, 12 consecutive months.  Because
24  Centurion's processes and procedures were effective in maintaining compliance, it
25  determined that the same processes and procedures should continue to be utilized in
26  February 2020.  This included requiring the SMD's assistant to send daily reports to the
27  providers of reviews to be completed. Any reviews not completed within four days are

28

escalated to the SMD.  This process has been in place since Centurion assumed the contract in July 2020.

103.    In February 2020, ASPC-Tucson received an 82% compliance score.  Eighty four (84) files were audited, but because only 69 files were compliant, ASPC-Tucson fell short of substantial compliance (85%) by just three compliant files.

104.    Centurion performed an internal review and identified two issues that caused this noncompliance: (1) reviews were completed outside of the allotted seven days; and (2) providers were not acting upon all recommendations.

105.    In response, on March 10, 2020, the SMD met with all Tucson providers and provided additional training and education regarding best practices for reviewing consult notes.  The following topics were discussed:  timeframe for reviews to be completed, requisite verbiage to be used, and entering recommendations upon completion of the review.

106.    The provider meeting and daily notifications proved successful, as ASPC-Tucson was in compliance with PM 52 in both March (85%) and April (91%) 2020.

**PM 55:**     Are disease management guidelines implemented for chronic diseases?

**ASPC-Eyman**

107.    Before February 2020, ASPC-Eyman had maintained compliance with PM 55 for 19 of the previous 24 months.  Because of that continued success, PM 55 at ASPC-Eyman was eligible for termination, as it meets the Court's definition of substantial compliance.  As such, Centurion continued the practices and procedures in place at the time, as they were successful in maintaining compliance.

108. In February 2020, 50 files were audited. Because only 38 files were compliant, ASPC-Eyman received a score of 76%, just five compliant files short of substantial compliance.

109. Centurion performed an internal review and identified that in February 2020, ASPC-Eyman experienced a significant increase in the number of chronic care appointments. For example, in December 2019, there were 2,884 chronic care patients. By March 2020, as a result of the new requirements for Hepatitis C patients, the number increased by approximately 200. Due to this unexpected increase, ASPC-Eyman's Chronic Care Nurse was unable to manage the volume and timely schedule the appointments. To remedy this, on March 3, 2020 a medical assistant was hired to assist the Chronic Care Nurse in scheduling chronic care appointments. The medical assistant also alerts nursing assistants and ADONs when appointments are scheduled to ensure they occur.

110. These corrective actions have been successful, as evidenced by ASPC-Eyman's compliance with PM 55 in March (86%) and April (86%) 2020.

**PM 98:** Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) revised 4/18/14?

**ASPC-Lewis**

111. Upon receipt of the OSC, the Regional Director of Mental Health and Regional Director of Psychiatry were alerted that PM 98 at ASPC-Lewis and ASPC-Winslow were among the PMs and facilities included. PM 98 is the only mental health measure subject to the OSC.

112. Prior to February 2020, ASPC-Lewis had been compliant with PM 98 since January 2017. As a result of its continued success, PM 98 at ASPC-Lewis is eligible for termination, as it meets the Court's definition of substantial compliance. As such, upon receipt of the OSC, Centurion continued the practices and procedures in place at the time, as they were successful in maintaining compliance.

113.     In February 2020, 59 files were audited.  Because only 48 files were compliant, ASPC-Lewis received a compliance score of 81%, just two compliant files short of substantial compliance.  This was the first time ASPC-Lewis had not been compliant in 36 months.

114.     ASPC-Lewis's noncompliance in February 2020 was an anomaly, and is not representative of the facility's overall compliance with PM 98 or the quality of care provided to ADCRR inmates.

115.     In response, ASPC-Lewis educated mental health and nursing on how the HNR reviews are sent to mental health.  Additionally, the facility added daily monitoring, which consists of the HDF sending a report of all HNRS every morning to the mental health lead to review and act upon when needed.

116.     These corrective actions were successful.  ASPC-Lewis received a 98% compliance score in March 2020 and 93% compliance score in April 2020 for PM 98.

**ASPC-Winslow**

117.     Prior to February 2020, ASPC-Winslow had only been out of compliance once (in January 2019) since May 2017.  As a result of its continued success, PM 98 at ASPC-Winslow is eligible for termination, as it meets the Court's definition of substantial compliance.  As such, upon receipt of the OSC, Centurion continued the practices and procedures in place at the time, as they were successful in maintaining compliance.

118.     In February 2020, 10 files were audited.   Because three files were noncompliant, ASPC-Winslow received a compliance score of 70%.

119.     Centurion performed an internal review of the three noncompliant files and identified that the patients were not referred to psychiatry to further discuss medications.

120.     To remedy the noncompliance, the FHA and MH clinician implemented a process by which all inmates who submit an HNR regarding psychiatric medications are seen by the psychiatrist.

121.     This corrective action was successful.  ASPC-Winslow received a 100% compliance score in March 2020 and a 91% compliance score in April 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___8___ day of July, 2020.

Jennine Gahris

**ATTACHMENT 1**

**[REDACTED]**

**ATTACHMENT 1**



CHSS037B     Drug Prescription Order        **Friday July 10, 2020**
                                                   **15:46:14**

| | | | |
|---|---|---|---|
| Ordered Date: | 01/21/2020 | Ordered Time: | 06:54:26 |
| Order Number: | 2240417 | Rx Number: | 30339435 |
| Ordering Practitioner*: | ████████ , NP | Order Sequence Number: | 01 |
| Encounter Location: | ASPC-E SMU I CDU [A34] | Staff: | ████████ , NP |
| Encounter Type: | Provider - Medication Renewal | | **View Condensed Version** |

**Prescription**

Diagnosis Code*:    Headache [R51]

     ⦿ Formulary    ○ Non-Formulary

Drug Type:    Sumatriptan Succinate Tabu (Imitrex)/25MG [DIAM7488]

     National HIE Code(s)

     RxNorm: 315223 - SUMAtriptan 25 MG (SUMAtriptan succinate 35 MG) Oral Tablet;

Effective Date:    01/21/2020

Generic Acceptable    ☑

Profile Only:    ☐

Dosage*:    1 tab                      Dosage Form:   Tabu

Strength*:    25Mg

Frequency*:    SPECINST-SPECIAL INSTRUCTIONS

for*:    90    days (Total duration)

Estimated Dispense Quantity*:    90.00       Confirm Estimated Dispense Quantity Indicator:    Yes⦿   No○

Route of Administration*:    PO-By Mouth          Method*:   Normal Dose

Pill Call* AM:  ☑    Noon: ☑    PM: ☑    Bed Time: ☑

Keep on Person? *:    No          Expiration:   04/19/2020

Delivery Tm Frame*:    Routine         Drug on hold until:

**Order Information**

| | | | | | |
|---|---|---|---|---|---|
| Pharmacy Indicated # Refills: | 9 | | # Refills Issued: | 6 | |
| Received Fm Pharmacy: | 04/03/2020 | | | | |
| Status*: | Discontinued - Other | | As of Date*: | 04/07/2020 | **Status History** |
| Authorized By*: | ████████ | | | | |

Pharmacy Medication Substitution

Name= Same As Above

**Pharmacy Comments**

give 1 tab at onset then repeat every 2 hours as needed

**Comments**

None

**Medication Administration Record** (1 – 213 of 213)

| Date | Time | Quantity Dispensed | Source | Outcome | Comments/Addendums |
|------|------|--------------------|--------|---------|--------------------|
| 04/07/2020 | 08:23 | 1.00 | Patient Specific | Administered | |
| 04/06/2020 | 19:23 | 1.00 | Patient Specific | Administered | |
| 04/06/2020 | 13:05 | 1.00 | Patient Specific | Administered | |
| 04/06/2020 | 07:47 | 1.00 | Patient Specific | Administered | |
| 04/05/2020 | 21:00 | 0.00 | Patient Specific | Patient Refused | |
| 04/05/2020 | 12:22 | 1.00 | Patient Specific | Administered | |
| 04/05/2020 | 07:35 | 0.00 | Patient Specific | Patient Refused | |
| 04/04/2020 | 21:29 | 0.00 | Patient Specific | Patient Refused | |
| 04/04/2020 | 11:10 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 04/04/2020 | 06:40 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 04/04/2020 | 01:31 | 0.00 | Patient Specific | Patient Refused | |
| 04/03/2020 | 12:45 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 04/03/2020 | 06:32 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 04/02/2020 | 23:22 | 0.00 | Patient Specific | Patient Refused | |
| 04/02/2020 | 11:58 | 1.00 | Patient Specific | Administered | |
| 04/02/2020 | 06:26 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 04/01/2020 | 19:06 | 0.00 | Patient Specific | Held per Provider Order | |
| 04/01/2020 | 12:11 | 1.00 | Patient Specific | Administered | |
| 04/01/2020 | 07:45 | 1.00 | Patient Specific | Administered | |
| 03/31/2020 | 21:23 | 0.00 | Patient Specific | Held-Vitals Outside of Parameters | |
| 03/31/2020 | 13:59 | 0.00 | Patient Specific | Held per Provider Order | |
| 03/31/2020 | 11:06 | 1.00 | Patient Specific | Administered | |

**ATTACHMENT 2**

**[REDACTED]**

**ATTACHMENT 2**



CHSS027J   Condensed Health Services Encounter      Wednesday July 08, 2020 08:57:00 AM

| | |
|---|---|
| | ADC #: ▮▮▮▮▮   Inmate Name: ▮▮▮▮▮▮▮▮<br>ENCOUNTER DATE: 02/17/2020  TIME: 07:56:42  DURATION: minutes  TYPE: Nurse - Sick Call - Scheduled<br>LOCATION: ASPC-T CATALINA UNIT [C35]  SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>H/S REQUEST RECEIVED: 02/16/2020  TYPE: Routine<br>NOTES: Request Date: 02/16/2020<br>Painful reoccurring abscess between scrotum and rectum. |

| Chief Complaint: Painful reoccurring abscess between scrotum and rectum. | Onset Date: 3 days ago | Location: between scrotum and rectum. |
|---|---|---|
| Have you had this problem before: ◉ Y ○ N | Describe: every 3-4 months | Associated Factors: ☑ Pain scale is now |
| 3 | at worst 6 | What makes it worse: ☑ Redness |
| ☑ Tenderness ☑ Swelling | | |

| | |
|---|---|
| O | CURR: 07:56:42  TEMP: 98.1  PULSE: 65  RP: 16  BP: 110/72  HT: 5 ft.  10 in.  WT: 178 lb<br>BLOOD SUGAR: NA  Wk Ge t: 0  LMP: 01/01/1000  EDD(Initial): 01/01/1000<br>EDD(Final): 01/01/1000  HT(Fundal): 0  WT(Cml): 0  FHR: 0  PRES:  PROTEIN:  GLUCOSE:<br>NITRITES:  LEUC:  FETAL MOVEMENT:<br>02 SAT: 98.00%  SOURCE: Room Air<br>NOTES: ha  a 2 cm area of  welling between  crotum and rectum. red, rai ed, warm, no drainage. |

| Chronic care clinic: ○ Y ◉ N | ☑ Genitals ☑ Dry ☑ Hot ☑ Swelling | Describe: 2 cm |
|---|---|---|

| | |
|---|---|
| A | NOTES: impaired  kin integrity |

| Nursing Diagnosis ☑ Alteration in comfort | ☑ Alteration in skin integrity ☑ Infestation | |
|---|---|---|

| | |
|---|---|
| P | APPT SCHEDULED: Provider  Chronic Care  WITH: ▮▮▮▮▮▮<br>ON: 02/25/2020  AT: 08:00:00<br>NOTES:<br><br>Call placed to On-Call ▮▮▮▮▮▮ NP<br>apply warm compresses to area 4 times a day<br>F/U with HCP tomorrow |

| Referral to medical practitioner ○ No Referral to Provider Necessary ◉ Routine Referral (To be seen within 14 days) ○ Urgent Referral (To be seen within 24 hours) ○ Emergent Referral (To be  een immediately) | Sick Call Follow Up ☑ Practitioner | Continuity of Care: ☑ Hot packs |
|---|---|---|

| | |
|---|---|
| E | NOTES: Educated on proper hygiene and POC |

| ☑ Patient educated to contact medical if  ymptom  develop or wor en ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for |
|---|

| | |
|---|---|
| H/S | MH Status: No history of MH services |
| | STAFF: ▮▮▮▮▮▮▮▮, RN  Registered Nurse<br>NURSE SIGNATURE: |

# Clinical Orders

ADC #: ███████   Inmate Name: ████████████████
Encounter Date: 02/17/2020   Encounter Time: 07:56:42

APPT SCHEDULED: Provider - Chronic Care   WITH: ████████
ON: 02/25/2020   AT: 08:00:00



CHSS027J    Condensed Health Services Encounter      Wednesday July 08, 2020 09:29:34 AM

| | |
|---|---|
| | ADC #: ▮▮▮▮    Inmate Name: ▮▮▮▮▮▮▮▮▮▮<br>ENCOUNTER DATE: 02/06/2020   TIME: 10:55:39   DURATION: minutes   TYPE: Nurse - Sick Call - Scheduled<br>LOCATION: ASPC-T MANZANITA SNU [C19]    SETTING: Clinic |

| | |
|---|---|
| S | Are interpreter services needed for this inmate: No<br>H/S REQUEST RECEIVED: 02/06/2020   TYPE: Routine<br>NOTES: Request Date: 02/06/2020<br>"the pressure in my head is getting worse and my eye sight is much worse" |
| | Chief complaint: Inmate reports increased feeling of pressure in his head |

| | |
|---|---|
| O | PREV: 00:46:45   TEMP: 98.7   PULSE: 94   RP: 20   BP: 123/79   HT: 6 ft. 2 in.   WT:   BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000   EDD(Final): 01/01/1000<br>HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:   NITRITES:   LEUC:   FETAL MOVEMENT:<br>02 SAT: 95.00%   SOURCE: Room Air<br>NOTES: See Nursing assessment note |

| | | |
|---|---|---|
| Skin: ☑ Normal facial symmetry | Neck: ☑ Neck supple | If not, describe: Inmate has had stroke |
| If not, de cribe: Inmate ha  had  troke | | |
| Comments: See nursing assessment note | | |

| | |
|---|---|
| A | NOTES: Inmate AOx4 with no obvious cognitive deficits noted: Normal affect noted; Calm, courteous and cooperative; Able to follow complex commands and answers appropriately; Voice clear. Inmate reports that the visual acuity of his R eye has recently decreased; Inmate reports that he feels like the focus of the eye is turning down and to the inside. Inmate reports double vision. Inmate reports that this decrease in his visual acuity has been only over the last couple of days. Pupils =, reactive, consensual and tracking normally. No hearing deficits noted or reported: Ear canal and timpani normal. No dental issues reported: Oral cavity and throat normal. Inmate has a hx of cerebral infarction: No *NEW* neurologic issues reported: No nausea or vomiting reported; No *NEW* numbness or tingling reported; No *NEW* sensation deficits reported; Inmate is wheelchair bound: No *NEW* gross or fine motor or balance deficits reported or assessed. Neck supple; No cardiac abnormalities noted or reported: Good cap refill x 4; Strong and regular pulse palpated; Afebrile; No edema. No pulmonary deficits noted or reported: No s/s of SOB; Clear throughout; Normal breath sounds assessed; SPO2 >98% in RA. No GI/GU issues noted or reported: Normal bowel sounds x 4; Non-tender; Normal BM and urination reported. Skin integrity intact: warm and dry. No other pain reported. All vital signs are stable and within normal limits. Inmate reports no anxiety or thoughts of SI/HI. No other remarkable assessment findings. |

| | |
|---|---|
| P | APPT SCHEDULED: Provider - Sick Call - Scheduled   WITH: ▮▮▮▮<br>ON: 02/07/2020   AT: 12:15:00<br>NOTES: Inmate scheduled to see provider for this issue |

| | | |
|---|---|---|
| Referral to medical practitioner ○ No Referral to Provider Necessary ○ Routine Referral (To be seen within 14 days) ● Urgent Referral (To be seen within 24 hours) ○ Emergent Referral (To be seen immediately) | | Sick Call Follow Up ☑ Practitioner |
| Comments: See plan note | | |

| | |
|---|---|
| E | NOTES: Inmate instructed to contact medical if this condition worsens. |

| | | |
|---|---|---|
| Patient Education: ☑ Patient educated to contact medical if symptoms develop or worsen | ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return | |

H/S MH Status: Previously received MH services

| | |
|---|---|
| STAFF: ▮▮▮▮▮▮▮, RN   Registered Nurse | |

NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ███████    Inmate Name: ████████████

Encounter Date: 02/06/2020    Encounter Time: 10:55:39

---

APPT SCHEDULED: Provider   Sick Call   Scheduled   WITH: ████████
ON: 02/07/2020   AT: 12:15:00

---

CHSS027J    Condensed Health Services Encounter      Wednesday July 08, 2020 09:30:30 AM

ADC #: ███████    Inmate Name: ███████████
ENCOUNTER DATE: 02/07/2020   TIME: 14:58:13   DURATION: minutes   TYPE: Provider - Sick Call - Scheduled
LOCATION: ASPC-T MANZANITA SNU [C19]    SETTING: Clinic

**S**   Are interpreter services needed for this inmate: No
NOTES:

60 y/o with c/o R sided temporal HA and R back of head HA x 4 days that is getting progressively worse. IM reports he i snow having vision changes in the R eye and describes his R eye vision as "blurry and my vision is split and angled." Pain is described as persistent, throbbing and continuous. IM had surgery for a brain tumor after suffering a stroke approx. 11/2019. IM also reports he has stage IV lung cancer. IM with Peg tube to LUQ. IM has a hx per previous hospital notes of blurry vision and diplopia.


Hx:
nontraumatic brain dysfunction secondary to metastatic adenocarcinoma metastatic to mid brain, primary carcinoma has lung CA stage IV. IM received radiation therapy and had brain tumor removal. IM sent to ED 11/7/19 with c/o stroke like symptoms x few months. Speech slurred and + for numbness in L arm and hand. CT scan reviewed and showed dilated ventricles, radiology reviewed and they identified a cyst in the posterior thalamic area. IM was transferred to St Joes ICU neurosurgery at that time.


S/P supracerebellular infratentorial craniotomy and partial excision of tumor, confirmed adenocarcinoma m11/13/19 at Barrow Neurological Institue by Dr ████████████


abnormal gait - finished PT and uses a walker


hydrocephalus, obstructive, improving


dysphagia - resolved with speech therapy


COPD, MI, TIA, HTN, HLD


Oncology referral was urgently placed and is still pending


General - denies fever/chills
Eyes - denies drainage, reports "split vision and blurred vision"
Cardiac - denies chest pain/palpitations
Respiratory - denies SOB, cough
GI - denies NVD/constipation/abd pain

**O**   PREV: 14:35:50   TEMP: 97.4   PULSE: 94   RP:   BP: 136/85   HT: 6 ft.   2 in.   WT: 209 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 94.00%   SOURCE: Room Air
NOTES:

LUNGS: Breath sounds are equal and clear bilaterally. No wheezes, rhonchi, or rales.
HEART: Regular rate and rhythm with normal S1 and S2. No murmurs, gallops, or rubs.
NEUROLOGIC: Ambulates with a walker, Cranial nerves II through XII are intact. Eyes bulge some

| | PSYCHIATRIC: The patient is awake, alert, and oriented x3. Recent and remote memory is intact. Appropriate mood and affect. |
|---|---|
| A | NOTES: f/u HA |
| P | Consultation Request: Emergency Department<br>Service Type:    Priority: Emergent<br>NOTES:<br><br>IM with HA and vision changes x 4 days, had brain tumor partially resected in Nov 2019, send to ER for concern of recurrence<br>Send to Banner South via DOC transportation for further evaluation<br>CPOC<br>HNR PRN |
| E | NOTES: avoid risky behavior |
| H/S | MH Status: Previously received MH services |
| | STAFF: ▮▮▮▮▮    Nurse Practitioner |

**Name:**                                                                                                 **PID #:**

| Active Orders | Allergies | Appointments | Consults | Current Health Status | Dental | Encounters | HSR | Health Problems | Labs | Medications | Precautions | Special Needs | Transfer Holds | Vitals | X-Ray Orders | Other... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 02/07/2020 | 14:58 | Medical Provider | Provider - Sick Call - Scheduled | | | ASPC-T MANZANITA SNU |
| 02/06/2020 | 10:55 | Nursing | Nurse - Sick Call - Scheduled | NET-Headache | | ASPC-T MANZANITA SNU |



CHSS027J   Condensed Health Services Encounter          Wednesday July 08, 2020 09:54:15 AM

| | |
|---|---|
| | ADC #: ▮▮▮▮▮     Inmate Name: ▮▮▮▮▮<br>ENCOUNTER DATE: 02/25/2020   TIME: 10:21:45   ▮▮▮▮▮ DURATION: minutes   TYPE: Nurse - Sick Call - Scheduled<br>LOCATION: ASPC-T WINCHESTER GP [C41]   SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>H/S REQUEST RECEIVED: 02/24/2020   TYPE: Routine<br>NOTES: Request Date: 02/24/2020<br>possible infection |

| | | |
|---|---|---|
| Chief Complaint: infection | Onset Date: 2/22/20 | Location: groin |
| Have you had this problem before:  ○ Y  ◉ N | Associated Factors: ☑ Pain scale is now | 10 |
| at worst 10 | What makes it worse: walking, sitting | |

| | |
|---|---|
| O | CURR: 10:21:45   TEMP: 98.0   PULSE: 104   RP: 18   BP: 136/90   HT: 5 ft.  11 in.   WT: 164 lb<br>BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000<br>EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:<br>NITRITES:   LEUC:   FETAL MOVEMENT:<br>02 SAT:  93.00%   SOURCE: Room Air<br>NOTES:<br><br>Alert, oriented x 3, communicates needs clearly<br>Heart rate regular rate/rhythm, peripheral pulses palpable,<br>Respirations unlabored, lungs clear bilaterally<br>IM complains of throbbing pain 10/10<br>IM evaluated with officer present, IM has hardened area on L buttocks possible carbuncle |

| | | |
|---|---|---|
| Skin: ☑ Warm | | ☑ Dry |

| | |
|---|---|
| A | NOTES: Risk for infection |
| | Nursing Diagnosis ☑ Alteration in comfort |

| | |
|---|---|
| P | DRUG PRESCRIPTION: Ketorolac Tromethamine Inj (Toradol)/30MG/ML   VERBAL BY: ▮▮▮▮▮ NP<br>EFFECTIVE DT: 02/25/2020   RT: IM   DOSE: 1   STRENGTH: 30Mg/Ml   METHOD: Normal Dose<br>FREQ: STAT   FOR: 1 DAYS   EXPIRATION DATE: 02/25/2020   REFILLS: 0   STATUS: Discontinued - Inmate Released<br>DRUG COMMENTS:<br><br>VORB NP Redwine<br><br>APPT SCHEDULED: Provider   Sick Call   Scheduled   WITH: Generic, Practitioner<br>ON: 02/26/2020   AT: 08:00:00<br>NOTES: Follow up with provider 2/26/2020 |

| | |
|---|---|
| E | NOTES: Patient in tructed to return to healthcare unit if condition wor en  or new  ymptom develop prior to  cheduled provider appointment. |
| | ☑ Patient educated to contact medical if symptoms develop or worsen |

| | |
|---|---|
| H/S | MH Statu : Previou ly received MH  ervice |
| | STAFF: ▮▮▮▮▮, RN   Regi tered Nur e<br>NURSE SIGNATURE: |

# Clinical Orders

ADC #: 278898    Inmate Name: MAGUIRE, BRANDON C.

Encounter Date: 02/25/2020   Encounter Time: 10:21:45

---

DRUG PRESCRIPTION: Ketorolac Tromethamine Inj (Toradol)/30MG/ML   VERBAL BY: ███████
NP
EFFECTIVE DT: 02/25/2020   RT: IM   DOSE: 1   STRENGTH: 30Mg/Ml   METHOD: Normal Dose
FREQ: STAT   FOR: 1; DAYS   EXPIRATION DATE: 02/25/2020   REFILLS: 0   STATUS: Discontinued
- Inmate Released
DRUG COMMENTS:

VORB NP ███████

---

APPT SCHEDULED: Provider - Sick Call - Scheduled   WITH: Generic, Practitioner
ON: 02/26/2020   AT: 08:00:00

---

VERBAL ORDER REVIEWED BY DOCTOR: _____

CHSS027J    Condensed Health Services Encounter                Wednesday July 08, 2020 09:55:07 AM

| | |
|---|---|
| | ADC #: ▮▮▮▮    Inmate Name: ▮▮▮▮<br>ENCOUNTER DATE: 02/26/2020   TIME: 15:09:13   DURATION: minutes   TYPE: Provider - Sick Call - Scheduled<br>LOCATION: ASPC-T WINCHESTER GP [C41]   SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES: IM SEEN W/ C/O LEFT PERI ANAL PAIN THAT STARTED 02/22/29 AND HAS GOTTEN WORST . VERY UNCOMFORTABLE SITTING . |
| O | PREV: 10:03:10   TEMP: 98.8   PULSE: 96   RP: 20   BP: 110/76   HT: 5 ft.   11 in.   WT: 169 lb<br>BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000<br>EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:<br>NITRITES:   LEUC:   FETAL MOVEMENT:<br>02 SAT:  98.00%   SOURCE: Room Air<br>NOTES:<br>ALERT C/O PERIANAL PAIN AND DIFFICULTY SITTING IN LAST 2 DAYS .<br>EXAM W/ CO PRESENT REVEALS LEFT PERI ANAL TENDER , NON FLUCTUANT MASS . |
| A | RELATED PROBLEM:   Other Diagnosis:   Pt. Specific Chronic Condition   Anal abscess [K61.0]<br>                        Functional Limitations:   Other- PERIANAL ABSCESS<br>MEDICAL DIAGNOSIS:   Anal abscess [K61.0]<br>NOTES: PERIANAL ABSCESS CELLULITIS |
| P | DRUG PRESCRIPTION: Ceftriaxone Sodium Inj (Rocephin)/1GM   VERBAL BY: ▮▮▮▮ , MD<br>EFFECTIVE DT: 02/26/2020   RT: IM   DOSE: 1 GM   STRENGTH: 1Gm   METHOD: Normal Dose<br>FREQ: STAT   FOR: 1 DAYS   EXPIRATION DATE: 02/26/2020   REFILLS: 0   STATUS: Discontinued - Inmate Released<br><br>DRUG PRESCRIPTION: Sulfa-Trimeth Vial Inj (Bactrim)/400-80/5   VERBAL BY: ▮▮▮▮ , ▮▮▮▮ , MD<br>EFFECTIVE DT: 02/26/2020   RT: PO   DOSE: 1TAB   STRENGTH: 400-80/5   METHOD: Normal Dose<br>FREQ: BID   FOR: 10 DAYS   EXPIRATION DATE: 03/06/2020   REFILLS: 0   STATUS: Discontinued - Other<br><br>NOTES: None |
| E | NOTES: None |
| H/S | MH Status: Previously received MH services |
| | STAFF: ▮▮▮▮ , MD   Medical Doctor |

# Clinical Orders

ADC #: ▮▮▮▮    Inmate Name: ▮▮▮▮
Encounter Date: 02/26/2020   Encounter Time: 15:09:13

| |
|---|
| DRUG PRESCRIPTION: Ceftriaxone Sodium Inj (Rocephin)/1GM   VERBAL BY: ▮▮▮▮ , MD<br>EFFECTIVE DT: 02/26/2020   RT: IM   DOSE: 1 GM   STRENGTH: 1Gm   METHOD: Normal Dose<br>FREQ: STAT   FOR: 1; DAYS   EXPIRATION DATE: 02/26/2020   REFILLS: 0   STATUS: Discontinued - Inmate Released |

| |
|---|
| DRUG PRESCRIPTION: Sulfa-Trimeth Vial Inj (Bactrim)/400-80/5   VERBAL BY: ▮▮▮▮ , ▮▮▮▮ , MD<br>EFFECTIVE DT: 02/26/2020   RT: PO   DOSE: 1TAB   STRENGTH: 400-80/5   METHOD: Normal Dose<br>FREQ: BID   FOR: 10; DAYS   EXPIRATION DATE: 03/06/2020   REFILLS: 0   STATUS: Discontinued - Other |

Name: ⬛⬛⬛⬛                                                           ADC #: ⬛⬛   PID #: ⬛

| Active Orders | Allergies | Appointments | Consults | Current Health Status | Dental | Encounters | HSR | Health Problems | Labs | Medications | Precautions | Special Needs | Transfer Holds | Vitals | X-Ray Orders | Other... |

| Date | Time | | | | |
|---|---|---|---|---|---|
| ⬛⬛/⬛⬛/⬛⬛⬛⬛ | 15:35 | Nursing | Nurse - Verbal/Telephone Orders | | ASPC-T WINCHESTER GP |
| 02/25/2020 | 15:08 | Medical Provider | Provider - Sick Call - Scheduled | | ASPC-T WINCHESTER GP |
| 02/25/2020 | 10:21 | Nursing | Nurse - Sick Call - Scheduled | NET-Skin | ASPC-T WINCHESTER GP |



CHSS027J    Condensed Health Services Encounter      Wednesday July 08, 2020 09:13:36 AM

ADC #: ▇▇▇▇   Inmate Name: ▇▇▇▇▇▇
ENCOUNTER DATE: 02/20/2020   TIME: 06:42:37   DURATION: minutes   TYPE: Nurse - Sick Call - Scheduled
LOCATION: ASPC-T CATALINA UNIT [C35]   SETTING: Clinic

**S**   Are interpreter services needed for this inmate: No
NOTES:

f/u appt, on Bactrim, abscess on L arm


IM comes to medical calm and cooperative, A&Ox3, NAD, VSS. large red area around 7cm length wise and 5cm width wise. Was marked with sharpie around wound. 2 open areas on largest red area. tattoo on forearm appears new and has small red area resembling a pimple around it. When asked about the tattoo he claims he got it "about a month ago". Squeezed and blood and pus came out of the larger wound. Blood got on myself and I had to stop to clean myself off before continuing. No open areas on myself for blood to enter. Did not get into mucous membranes. Cleansed with wound wash and expelled fluid until no more would come out. Still mushy feeling underneath the skin and opening not wide enough to pack wound. IM told to keep taking the Bactrim and will be placed on the PL tomorrow for I&D and packing.

| Chief Complaint: boil on L arm | Onset Date: "a week" | Associated Factors: ☑ Pain scale is now |
|---|---|---|
| 3 | at worst 7 | What makes it worse: ☑ Redness |
| ☑ Swelling | | |

**O**   CURR: 06:42:37   TEMP: 97.8   PULSE: 63   RP: 20   BP: 115/67   HT: 6 ft.   0 in.   WT: 175 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 98.00%   SOURCE: Room Air
NOTES: None

| ☑ L arm | | |
|---|---|---|
| Skin: ☑ Warm | ☑ Dry ☑ Red ☑ Bleeding | Describe: see above |
| ☑ Swelling | Describe: see above | ☑ Open area |
| Describe: in the middle of red larger abscess | Size: 2 | ☑ Drainage |
| Amount: moderate | Describe: exudate and blood | |

**A**   NOTES:   ee above

| ☑ Alteration in skin integrity ☑ Other abcess | | |
|---|---|---|

**P**   APPT SCHEDULED: Provider   Follow Up Care   WITH: ▇▇▇▇▇▇▇
ON: 02/21/2020   AT: 08:00:00
NOTES: None

| Referral to medical practitioner ○ No Referral to Provider Necessary ● Routine Referral (To be seen within 14 day ) ○ Urgent Referral (To be een within 24 hours) ○ Emergent Referral (To be seen immediately) | Sick Call Follow Up ☑ Practitioner | ☑ Nursing Intervention ☑ Referral to practitioner for open area with drainage ☑ Wound care |
|---|---|---|

**E**   NOTES:

continue Bactrim, continue Ibuprofen
PL tomorrow

☑ Patient educated to contact medical if symptoms develop or worsen ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return for

H/S MH Status: No history of MH services

STAFF: ███████████ , RN   Registered Nurse
NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ██████　　Inmate Name: ████████

Encounter Date: 02/20/2020　Encounter Time: 06:42:37

APPT SCHEDULED: Provider　Follow Up Care　WITH: ████████
ON: 02/21/2020　AT: 08:00:00



CHSS027J   Condensed Health Services Encounter          Wednesday July 08, 2020 09:19:00 AM

| ADC #: ▓▓▓▓  Inmate Name: ▓▓▓▓▓▓▓▓ |
|---|
| ENCOUNTER DATE: 02/02/2020   TIME: 15:03:07   DURATION: minutes   TYPE: Nurse - Sick Call - Scheduled |
| LOCATION: ASPC-T MANZANITA SNU [C19]   SETTING: Clinic |

| S | Are interpreter services needed for this inmate: No |
|---|---|
| | NOTES: IM SCHEDULED ON NL FOR URINARY TRACT INFECTION S/S HNR. IM STATES HE HAS BEEN IN A WC FOR 30+ YEARS AND " I KNOW HOW I FEEL WHEN I AM GETTING AN INFECTION" IM CANNOT PRDUCE URNE FOR SAMPLE AT THIS TIME HOWEVER UPON ARRIVAL TO HU, THIS WROTER NOTED IM'S LEFT LOWER EXTREMITY INFLAMED, PITTING EDEMA, WEEPING AND WARM TO THE TOUCH. |

| Chief Complaint: S/S UTI | Onset Date: 2 DAYS | Have you had this problem before: ◉ Y ○ N |
|---|---|---|
| Describe: W/C BOUND-PARALYSIS | What makes it better: ANTIBIOTICS | What makes it worse: DONT KNOW |
| ☑ Fever/chills ☑ UTI ☑ Other: PARALYSIS | | |

| O | PREV: 14:41:29   TEMP: 96.8   PULSE: 76   RP: 76   BP: 127/87   HT: 5 ft.  10 in.   WT: 140  lb |
|---|---|
| | BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000 |
| | EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE: |
| | NITRITES:   LEUC:   FETAL MOVEMENT: |
| | 02 SAT:  98.00%   SOURCE: Room Air |
| | NOTES: IM CANNOT PRODUCE URINE SPECIMEN. POCT URINE ORDER PLACED. IM PROVIDED CUP. IM LEFT LOWER EXTREMITIY RED, WARM TO THE TOUCH, WEEPING AND +3 PITTING EDEMA. |

| Chronic care clinic:  ○ Y  ◉ N | Skin: ☑ Warm | ☑ Dry |
|---|---|---|
| Abdomen: ☑ Soft non-tender | | |

| A | NOTES: IM CANNOT PRODUCE URINE SPECIMEN. POCT URINE ORDER PLACED. IM PROVIDED CUP. IM LEFT LOWER EXTREMITIY RED, WARM TO THE TOUCH, WEEPING AND +3 PITTING EDEMA. IM CURRENTLY TAKING CLINDAMYCIN SINCE 1/30/20. RRR, LUNGS CTA, CAP REFILL LOWER EXTREMITIY SLUGGISH. PERRLA. IM DENIES CP, SOB, HA, N/V OR DIARRHEA. IM SCHEDULED ON PL TOMORROW. |
|---|---|

| Nursing Diagnosis: ☑ Risk for Infection ☑ Potential for Fluid / Electrolyte deficit ☑ Alteration in Comfort ☑ Urinary Tract Infection ☑ Other (document below) LEFT LOWER EXTREMITY CELLULITUS  ☑ Alteration in elimination |
|---|

| P | DRUG PRESCRIPTION: Ceftriaxone Sodium Inj (Rocephin)/1GM   VERBAL BY: ▓▓▓▓▓▓ |
|---|---|
| | EFFECTIVE DT: 02/02/2020   RT: IM   DOSE: 1   STRENGTH: 1Gm   METHOD: Normal Dose |
| | FREQ: QD   FOR: 3 DAYS   EXPIRATION DATE: 02/04/2020   REFILLS: 0   STATUS: Received from Pharmacy |
| | |
| | LAB TEST ORDERED: URINALYSIS DIPSTICK |
| | NOTES: 1 GRAM ROCEPHIN IM X 3 DAYS, F/U SCHEDULED WITH PROVIDER TOMORROW. |

| Referral to Medical Provider ○ No Referral to Provider Necessary ○ Routine Referral (To be seen within 14 days) ◉ Urgent Referral (To be seen within 24 hours) ○ Emergent Referral (To be seen immediately) | Sick Call Follow Up ☑ Practitioner | For selected referrals and follow up, please ensure the appropriate appointment/referral is created. ☑ Nursing Intervention |
|---|---|---|
| ☑ Contacted practitioner | Name: ▓▓▓▓▓ ,NP | Time: 15:15:00 |
| Practitioner orders received ◉ Y ○ N ☑ Read back practitioner orders | | |
| Explain: 1 GRAM ROCEPHIN, IM, X 3 DAYS | | |

| E | NOTES: ANTIBIOTIC INJECTIONS ORDERED. |
|---|---|

| Patient Education: ☑ Patient educated to contact medical if new symptoms develop or current symptoms worsen | ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return |
|---|---|

| H/S | MH Status: No history of MH services |
|---|---|

STAFF: ▓▓▓▓▓▓▓    Nursing Director
NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ▓▓▓▓▓▓    Inmate Name: ▓▓▓▓▓▓▓▓▓▓▓
Encounter Date: 02/02/2020    Encounter Time: 15:03:07

DRUG PRESCRIPTION: Ceftriaxone Sodium Inj (Rocephin)/1GM    VERBAL BY: ▓▓▓▓▓▓▓▓▓
EFFECTIVE DT: 02/02/2020    RT: IM    DOSE: 1    STRENGTH: 1Gm    METHOD: Normal Dose
FREQ: QD    FOR: 3; DAYS    EXPIRATION DATE: 02/04/2020    REFILLS: 0    STATUS: Received from Pharmacy

LAB TEST ORDERED: URINALYSIS DIPSTICK

VERBAL ORDER REVIEWED BY DOCTOR: _____



CHSS027J    Condensed Health Services Encounter      Wednesday July 08, 2020 09:23:24 AM

ADC #: ▇▇▇▇▇    Inmate Name: ▇▇▇▇▇▇
ENCOUNTER DATE: 02/18/2020   TIME: 18:06:05   DURATION: minutes   TYPE: Nurse - Sick Call - Unscheduled
LOCATION: ASPC-T WINCHESTER GP [C41]    SETTING: Clinic

**S**   Are interpreter services needed for this inmate: No
NOTES:

Inmate walked up to medical c/o not being able to urinate.

| | | |
|---|---|---|
| Chief Complaint: I haven't been able to urinate. | Onset Date: two days | Have you had this problem before: ◉ Y ○ N |
| Describe: when I got my surgery on my butt | ☑ Pain scale is now: | 8 |
| At worst: 10 | What makes it better: pain shot | What makes it worse: trying to poop or pee |

**O**   CURR: 18:06:05   TEMP: 98.8   PULSE: 86   RP: 16   BP: 136/82   HT: 6 ft. 3 in.   WT: 135 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 97.00%   SOURCE: Room Air
PREV: 09:23:54   TEMP: 96.4   PULSE: 71   RP: 16   BP: 136/99   HT: 6 ft. 3 in.   WT: 135 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 98.00%   SOURCE: Room Air
NOTES:

Inmate walked up to the medical unit for pm med pass. He then told the officer that he was having a hard time urinating. He was brought to the exam room and laid on the exam table. He smelled of BM. He told this RN that he had been raped at county and had a surgery on his butt. When this RN attempted to look, he had dry BM all over the entry of his anus. He states that he is on Methadone taper. He stated that when he had this issue last time that he received a pain shot. He has lungs CTA, his abd is soft but guarded. BS + in all quads. This inmate has bad hygiene and is mumbling about different things.
Inmate continued to say that he could not urinate, RN did straight cath and he had clear yellow urine, 350ml out. Abd soft and not distended after. Inmate did receive 1 dose of Lactulose per vo NP Riley.

Skin: ☑ Warm          ☑ Dry ☑ Guarding

**A**   NOTES:

see below

| | |
|---|---|
| Nursing Diagnosis: ☑ Alteration in elimination | ☑ Knowledge Deficit ☑ Other (document below) c/o pain when he trie to urinate due to anu |

**P**   DRUG PRESCRIPTION: Lactulose Solo (Enulose)/10GM/15ML    VERBAL BY: ▇▇▇▇
EFFECTIVE DT: 02/18/2020   RT: PO   DOSE: 1   STRENGTH: 10Gm/15Ml   METHOD: Normal Dose
FREQ: TID   FOR: 3 DAYS   EXPIRATION DATE: 02/20/2020   REFILLS: 0
STATUS: Approved/Approval
DRUG COMMENTS:

Medication ordered per ▇▇▇▇ NP

<u>PLEASE GIVE 15ML PO TID X 3DAYS.</u>

APPT SCHEDULED: Provider - Sick Call - Scheduled   WITH: ▮▮▮▮
ON: 02/20/2020  AT: 08:00:00
NOTES: Call to on call Provider ▮▮▮ . Verbal order to allow inmate to urinate and if unable, to straight cath, order for Lactulose now and tid for 3 days. Contacted MH on call due to concerns regarding inmates bizarre behavior, mumbling about different things, and his bad hygiene. Orders from Dr ▮▮▮ for a 10 min watch .

| Referral to Medical Provider ○ No Referral to Provider Necessary ○ Routine Referral (To be seen within 14 days) ◉ Urgent Referral (To be seen within 24 hours) ○ Emergent Referral (To be seen immediately) | Sick Call Follow Up ☑ Practitioner ☑ Mental Health | For selected referrals and follow up, please ensure the appropriate appointment/referral is created. ☑ Nursing Intervention |
|---|---|---|
| ☑ Contacted practitioner | Name: ▮▮▮ NP | Time: 18:05:00 |
| Practitioner orders received ◉ Y ○ N ☑ Read back practitioner orders | | |
| Explain: straight cath if unable to urinate, Lactulose now for BM and tid for 3 days, contacted MH, Dr ▮▮▮ at 1833 and expressed concerns for behavior and ordered a 10 min watch | | |

| E | NOTES: Inmate educated to POC |
|---|---|

| Patient Education: ☑ Patient educated to contact medical if new symptoms develop or current symptoms worsen | ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return |
|---|---|

| H/S | MH Status: Outpatient–Regular MH Contact |
|---|---|

STAFF: ▮▮▮▮ , RN  Registered Nurse
NURSE SIGNATURE:

# Clinical Orders

ADC #: ▮▮▮▮    Inmate Name: ▮▮▮▮▮▮
Encounter Date: 02/18/2020  Encounter Time: 18:06:05

DRUG PRESCRIPTION: Lactulose Solo (Enulose)/10GM/15ML  VERBAL BY: ▮▮▮▮
EFFECTIVE DT: 02/18/2020  RT: PO  DOSE: 1  STRENGTH: 10Gm/15Ml  METHOD: Normal Dose
FREQ: TID  FOR: 3; DAYS  EXPIRATION DATE: 02/20/2020  REFILLS: 0
STATUS: Approved/Approval
DRUG COMMENTS:

Medication ordered per ▮▮▮ NP

<u>PLEASE GIVE 15ML PO TID X 3DAYS.</u>

APPT SCHEDULED: Provider - Sick Call - Scheduled   WITH: ▮▮▮▮ , NP
ON: 02/20/2020  AT: 08:00:00

VERBAL ORDER REVIEWED BY DOCTOR: _____

**ATTACHMENT 3**

**[REDACTED]**

**ATTACHMENT 3**



CHSS027J  Condensed Health Services Encounter          Wednesday July 08, 2020 10:01:10 AM

| | |
|---|---|
| | ADC #: [redacted]  Inmate Name: [redacted]<br>ENCOUNTER DATE: 02/02/2020  TIME: 18:31:58  DURATION: minutes  TYPE: Nurse - Return From Offsite<br>LOCATION: ASPC-E COOK UNIT [A14]  SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES: Pt. returning from Banner Hospital. |

Inmate return from: ○ Scheduled appointment or procedure    Copy of SOAP to        at 18:30:00
⦿ Emergency transport and/or admission              ASOII: ○ Y ⦿ N

Inmate returned from: Banner

For (describe): Possible UTI, HCV, Hodgkin lymphoma

| | |
|---|---|
| O | CURR: 18:31:58  TEMP: 99.8  PULSE: 109  RP: 16  BP: 79/60  HT: 5 ft.  11 in.  WT:    BLOOD SUGAR: NA  WksGest: 0  LMP: 01/01/1000  EDD(Initial): 01/01/1000  EDD(Final): 01/01/1000 HT(Fundal): 0  WT(Cml): 0  FHR: 0  PRES:  PROTEIN:  GLUCOSE:  NITRITES:  LEUC: FETAL MOVEMENT:<br>02 SAT:  96.00%  SOURCE: Room Air<br>NOTES: Pt. returns from offsite hospitalization with port-a-cath (left side) and foley catheter in place. Transported via wheelchair. |

Dressing: ⦿ Y  ○ N  Location: sacral area                               Describe: pressure injury - stage 3

Dressing changes required: ⦿ Y ○ N    Describe: change dressing q 48 hrs. apply medihoney to pc of alginate and apply to wound bed. protect periwound with skin prep then cover with foam.

| | |
|---|---|
| A | NOTES: deferred |

⦿ Stable  ○ Unstable

| | |
|---|---|
| P | DRUG PRESCRIPTION: Zyloprim Tab (Allopurinol)/300MG  VERBAL BY: [redacted], NP<br>EFFECTIVE DT: 02/02/2020  RT: PO  DOSE: 1  STRENGTH: 300Mg  METHOD: Normal Dose FREQ: QAM  FOR: 30 DAYS  EXPIRATION DATE: 03/02/2020  REFILLS: 0  STATUS: Discontinued - Other<br>DRUG COMMENTS:<br><br>Continuity of care due to recommendation from hospital discharge summary.<br><br><br><br>TimeStamp: 10 February 2020 07:01:40 --- User: [redacted] [redacted]<br><br>Discontinued d/t duplicate order<br><br>APPT SCHEDULED: Provider - Return from Offsite  WITH: Generic, Practitioner ON: 02/03/2020  AT: 08:30:00<br>PREV TRANSFER HOLD: Medical Hold  EXPIRES: 02/06/2021<br>TREATMENT ORDERED: Wound Care<br>Frequency: Every Other Day<br>For Days: 14<br>Comment: Change dressing to sacral area q 48 hrs. Apply medihoney to pc of alginate and apply to wound bed. Protect periwound skin with skin prep then cover with foam.<br>Treatment Order discontinued per duplicate<br>NOTES: None |

Returned with medications: ⦿ Y ○ N    On call practitioner notified for medication order: ⦿ Y ○ N    Verbal medication orders entered into system: ⦿ Y ○ N

| | |
|---|---|
| E | NOTES: Follow up with onsite provider tomorrow. Notify staff with change or worsening of |

condition.

| |
| --- |

H/S MH Status: Outpatient-Recently Off Meds-Monitoring Only

STAFF: ███████████, LPN    Lic Practical Nurse
NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ███████    Inmate Name: ███████████████████
Encounter Date: 02/02/2020   Encounter Time: 18:31:58

DRUG PRESCRIPTION: Zyloprim Tab (Allopurinol)/300MG   VERBAL BY: ███████████, NP
EFFECTIVE DT: 02/02/2020   RT: PO   DOSE: 1   STRENGTH: 300Mg   METHOD: Normal Dose
FREQ: QAM   FOR: 30; DAYS   EXPIRATION DATE: 03/02/2020   REFILLS: 0   STATUS: Discontinued
- Other
DRUG COMMENTS:

Continuity of care due to recommendation from hospital discharge summary.

TimeStamp: 10 February 2020 07:01:40 --- User: █████████████████

Discontinued d/t duplicate order

APPT SCHEDULED: Provider - Return from Offsite   WITH: Generic, Practitioner
ON: 02/03/2020   AT: 08:30:00

VERBAL ORDER REVIEWED BY DOCTOR: _____

CHSS027J   Condensed Health Services Encounter            Wednesday July 08, 2020 10:03:06 AM

| | |
|---|---|
| | ADC #: ▮▮▮▮   Inmate Name: ▮▮▮▮<br>ENCOUNTER DATE: 02/03/2020   TIME: 12:29:31   DURATION: minutes   TYPE: Provider - Return from Offsite<br>LOCATION: ASPC-E COOK UNIT [A14]   SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES: 43 yo Hispanic male with past medical hx of type 2 diabetes, LTBI, hypertension, hyperlipidemia, chronic hepatitis C, Q fever and Hodgkin's lymphoma here to day follow up on RFO. I/m refuses to be seen and evaluated. refusing vital signs. he was seen by Dr Stewart at the office and explained his diagnoses including presence liver mass, Hodgkin's lymphoma, Q fever, presence of floating objects/mass in the right atrium  and prognosis in detail. he recommended  probable transfer to IPC for better nursing care. |
| O | NOTES:<br><br>Cardiac: S1S2 no murmurs or gallop<br>Resp: even and non labored. CTA<br>Abdomen: soft and non distended. active bowel sounds in all quadrants. diffuse abdominal tenderness noted<br>Musculoskeletal: muscular atrophy. strength: 3/5<br>skin: stage 3 decubitus ulcer in the sacrum |
| A | NOTES: RFO |
| P | DRUG PRESCRIPTION: Gabapentin Cap (Neurontin)/300MG   VERBAL BY: ▮▮▮▮, NP<br>EFFECTIVE DT: 02/03/2020   RT: PO   DOSE: 1   STRENGTH: 300Mg   METHOD: Normal Dose<br>FREQ: BID   FOR: 30 DAYS   EXPIRATION DATE: 03/03/2020   REFILLS: 0   STATUS: Discontinued - Other<br>DRUG COMMENTS: As per ER recommendations<br><br>PREV TRANSFER HOLD: Medical Hold   EXPIRES: 02/06/2021<br>TREATMENT ORDERED: Wound Care<br>Frequency: Every Noon<br>For Days:  90<br>Comment:<br><br>wound care: stage 3 sacral decubitus : change dressing Q48 hours. apply med honey . apply peri wound skin with skin prep and then cover with a foam<br>Treatment Order discontinued per ▮▮▮▮, RN<br><br><br>Wound healed<br><br>Time Stamp: 7 March 2020 13:03:10 --- User: ▮▮▮▮  ▮▮▮▮<br><br>TREATMENT ORDERED: Catheter Care<br>Frequency: Every Noon<br>For Days:  90<br>Comment:<br>NOTES:<br><br>recommendations<br>1. Allopurinol 300 mg once a day for 30 days<br>2. Doxycycline 100 mg po BID for 4 weeks<br>3. Gabapentin 300 mg  BID for 30 days<br>4. D/c Lactulose<br>5. wound care: stage 3 : change dressing Q48 hours. apply med honey . apply peri wound skin with skin prep and then cover with a foam<br>6. follow up with ▮▮▮▮ hem/oncology<br><br><br>actions |

1. Allopurinol 300 mg once a day ordered for 30 days
2. Doxycycline 100 mg PO BID ordered for 4 weeks
3. Gabapentin 300 mg PO BID ordered for 30 days
4. D/Cd lactulose
5. wound care orders placed
6. hem/oncology consult already in place

| | |
|---|---|
| E | NOTES: <br><br> Discussed POC with patient <br><br><br>  Advised to make medical needs known via HNR. |

H/S MH Status: Outpatient-Recently Off Meds-Monitoring Only

STAFF: ██████████, NP    Nurse Practitioner

# Clinical Orders

ADC #: ██████     Inmate Name: ████████████████

Encounter Date: 02/03/2020   Encounter Time: 12:29:31

DRUG PRESCRIPTION: Gabapentin Cap (Neurontin)/300MG   VERBAL BY: ██████████, NP
EFFECTIVE DT: 02/03/2020   RT: PO   DOSE: 1   STRENGTH: 300Mg   METHOD: Normal Dose
FREQ: BID   FOR: 30; DAYS   EXPIRATION DATE: 03/03/2020   REFILLS: 0   STATUS: Discontinued
- Other
DRUG COMMENTS: As per ER recommendations



CHSS027J   Condensed Health Services Encounter       Wednesday July 08, 2020 10:07:03 AM

ADC #:      Inmate Name:
ENCOUNTER DATE: 02/03/2020    TIME: 17:21:49    DURATION: minutes    TYPE: Provider - Return from Offsite
LOCATION: ASPC-E SMU I MHW [A40]    SETTING: Clinic

**S**   Are interpreter services needed for this inmate: No
NOTES:

RETURN FROM OFFSITE VISIT:

44 year old Hispanic male who is seen for his RFO visit. He went out to Chandler Regional Hospital after being assaulted on his yard. He suffered a eye laceration. He denies loss of consciousness at the time. He reports having back pain and muscle aches

REVIEW OF SYSTEMS:

Neuro: Denies confusion, loss of memory, loss of consciousness, stroke, numbness, tingling, dizziness, weakness, pain, or falls.
HEENT: Denies lymph node, bleeding/swollen gums, pain, headaches, diplopia, color blindness or changes in vision, masses or swollen glands.
Cardiovascular: Denies tachycardia, bradycardia, arrhythmia, dysrhythmia, CAD, CHF, MI, dyslipidemia, palpitations, murmur, peripheral vascular disease, chest pain, pain on walking relieved with rest, angina deep vein thrombosis, edema, or cyanosis.
Respiratory: Denies SOB, DOE, chest tightness, asthma, COPD, pneumonia, frequent URI, chronic cough or hx of positive ppd.
Skin: Denies dryness/texture/color changes, lesions/masses, rashes, yellowing or pruritus.

**O**   NOTES: General: Normotensive, in no acute distress. Alert and oriented to person, place, and time. Clean and dressed appropriately. Eyes: PERRLA direct and consensual, EOM's intact without nystagmus and ptosis, conjunctivae clear, fundi grossly normal, bilateral red light reflex, sclera white with clear cornea. Except right eye with circumorbital ecchymosis, 1.5 inch laceration on the lateral aspect of right eye brow with steri-strips in place. Neck: Supple, no masses, no thyromegaly, no bruits, no adenopathy, tenderness, tracheal deviation, or JVD noted. Full ROM, passive and active. Thorax and lungs: Respirations relaxed without nasal flaring or use of accessory muscles, no thoracic retractions, thorax symmetrical , normal AP ratio 1:2, posterior chest wall percussion resonant, lungs clear, no rales, no rhonchi, no wheezes. Cardiovascular: Rate and rhythm regular, no clicks, rubs, gallops, or murmurs, S1 and S2 within normal limits, peripheral pulses present and equal bilaterally, no edema, tenting, or cyanosis, capillary refill brisk. Extremities: FROM, no deformities, no erythema, joints symmetric, non-tender without swelling, erythema, warmth, masses, deformities, or crepitus, no synovitis noted, muscles symmetric without evidence of wasting, strength 5/5 bilateral in extremities, able to maintain flexion against resistance. Skin: Warm, dry, and intact, no rashes or lesions.

**A**   RELATED PROBLEM:   Other Diagnosis:   Other Diagnosis   Unspecified injury of face, subsequent encounter [S09.93XD]
                   Other Diagnosis:   Other Diagnosis   Muscle spasm of back [M62.830]
MEDICAL DIAGNOSIS:   Muscle spasm of back [M62.830]
                   Unspecified injury of face, subsequent encounter [S09.93XD]

NOTES:

RFO
S/P ASSAULT
LACERATION TO RIGHT EYE

**P**   DRUG PRESCRIPTION: Methocarbamol Tab (Roba in)/500MG   VERBAL BY:          , NP
EFFECTIVE DT: 02/03/2020   RT: PO   DOSE: 1 tab   STRENGTH: 500Mg   METHOD: Normal Do e
FREQ: BID   FOR: 5 DAYS   EXPIRATION DATE: 02/07/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: Why mu t thi drug be u ed in tead of one included on the formulary? hort term management of mu cle pa m related to lower back pain

DRUG PRESCRIPTION: Acetaminophen-Codeine #3 Tab (Tylenol/Codeine #3)/300-30MG
VERBAL BY: ▮▮▮▮▮▮▮▮, NP
EFFECTIVE DT: 02/03/2020   RT: PO   DOSE: 1-2 tabs   STRENGTH: 300-30Mg   METHOD: Normal Dose
FREQ: BIDPRN   FOR: 3 DAYS   EXPIRATION DATE: 02/05/2020   REFILLS: 0   STATUS: On Hold at Pharmacy. Pharmacy faxed message with detail (OH)

NOTES:

1. Tylenol #3 1-2 tabs p.o. bid  prn
2. Methocarbamol 500mg bid prn muscle spasms
3. report any nausea, vomiting, changes in vision, headaches, or neurological changes to medical immediately
4. obtain medical records from Chandler regional hosp
5. F/u with medical as needed

| E | NOTES: |
|---|---|
| | AVOIDING CONFLICT IN PRISON |
| | MEDICATION ADHERENCE |

| H/S | MH Status: No history of MH services |
|---|---|
| | STAFF: ▮▮▮▮▮▮▮▮, NP   Nurse Practitioner |

# Clinical Orders

ADC #: ▮▮▮▮▮   Inmate Name: ▮▮▮▮▮▮▮▮▮▮
Encounter Date: 02/03/2020   Encounter Time: 17:21:49

DRUG PRESCRIPTION: Methocarbamol Tab (Robaxin)/500MG   VERBAL BY: ▮▮▮▮▮▮▮▮ NP
EFFECTIVE DT: 02/03/2020   RT: PO   DOSE: 1 tab   STRENGTH: 500Mg   METHOD: Normal Dose
FREQ: BID   FOR: 5; DAYS   EXPIRATION DATE: 02/07/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: Why must this drug be used instead of one included on the formulary? short term management of muscle spasms related to lower back pain

DRUG PRESCRIPTION: Acetaminophen-Codeine #3 Tab (Tylenol/Codeine #3)/300-30MG
VERBAL BY: ▮▮▮▮▮▮▮▮, NP
EFFECTIVE DT: 02/03/2020   RT: PO   DOSE: 1-2 tabs   STRENGTH: 300-30Mg   METHOD: Normal Dose
FREQ: BIDPRN   FOR: 3; DAYS   EXPIRATION DATE: 02/05/2020   REFILLS: 0   STATUS: On Hold at Pharmacy. Pharmacy faxed message with detail (OH)



Arizona Correctional Healthcare Services Provider

CHSS027J    Condensed Health Services Encounter                Wednesday July 08, 2020 10:29:13 AM

| | |
|---|---|
| | ADC #: ▮▮▮▮    Inmate Name: ▮▮▮▮▮▮<br>ENCOUNTER DATE: 02/28/2020    TIME: 20:40:52    DURATION: minutes    TYPE: Provider - Return from Offsite<br>LOCATION: ASPC-E MEADOWS MED [A44]    SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES: non-contact; patient return from hospital for dx of UTI per nursing staff. no discharge paperwork available. |
| O | NOTES: None |
| A | NOTES: None |
| P | DRUG PRESCRIPTION: Sulfamethoxazole-Tmp Ds Tab (Bactrim Ds)/800-160    VERBAL BY: ▮▮▮▮,<br>▮▮▮▮<br>EFFECTIVE DT: 02/28/2020    RT: PO    DOSE: 1    STRENGTH: 800-160    METHOD: Normal Dose<br>FREQ: BID    FOR: 7 DAYS    EXPIRATION DATE: 03/05/2020    REFILLS: 0    STATUS: Received from Pharmacy<br><br>PREV TRANSFER HOLD: Medical Hold    EXPIRES: 01/01/2021<br>Consultation Request: Off-site Clinic<br>Service Type:    Priority: Urgent<br>NOTES:<br><br>1.Dx- UTI<br>2.BACTRIM DS 800MG/100MG 1 TABLET PO BID X 7 DAYS<br>3.CONSULT CARDIOLOGY DR. ▮▮▮▮▮▮ WITHIN 1 WEEK FOR HOSPITAL FOLLOW UP.<br>4.ON-SITE PROVIDER FOLLOW UP ON NEXT AVAILABLE DAY ON SITE. |
| E | NOTES: non-contact |
| H/S | MH Status: Previously received MH services |
| | STAFF: ▮▮▮▮    Nurse Practitioner |

# Clinical Orders

ADC #: ▮▮▮▮    Inmate Name: ▮▮▮▮▮▮
Encounter Date: 02/28/2020   Encounter Time: 20:40:52

| |
|---|
| DRUG PRESCRIPTION: Sulfamethoxazole-Tmp Ds Tab (Bactrim Ds)/800-160    VERBAL BY: ▮▮▮▮,<br>▮▮▮▮<br>EFFECTIVE DT: 02/28/2020    RT: PO    DOSE: 1    STRENGTH: 800-160    METHOD: Normal Dose<br>FREQ: BID    FOR: 7; DAYS    EXPIRATION DATE: 03/05/2020    REFILLS: 0    STATUS: Received from Pharmacy |



CHSS027J   Condensed Health Services Encounter          Wednesday July 08, 2020 10:10:54 AM

| | |
|---|---|
| | ADC #:          Inmate Name:<br>ENCOUNTER DATE: 02/20/2020   TIME: 13:15:14   DURATION: minutes   TYPE: Provider – Return from Offsite<br>LOCATION: ASPC-E MEADOWS MED [A44]   SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES:<br><br>PATINET RFO: EMERGENCY DEPARTMENT<br><br><br>PATIENT WAS SENT TO THE ER ON 2/19/2020 FOR MANAGEMENT OF SOB, DYSPNEA MANAGEMENT OF CAP<br>TODAY HE REPORTS SOB, COUGH, FATIGUE AND WHEEZING<br>HE DENIES FEVER, NAUSEA, HEMOPTYSIS AND PLEURITIC CHEST PAIN |
| O | PREV: 06:16:34  TEMP: 97.2  PULSE: 84  RP: 21  BP: 121/87  HT: 5 ft.  10 in.  WT:    BLOOD SUGAR: NA  WksGest: 0  LMP: 01/01/1000  EDD(Initial): 01/01/1000  EDD(Final): 01/01/1000 HT(Fundal): 0  WT(Cml): 0  FHR: 0  PRES:  PROTEIN:  GLUCOSE:  NITRITES:  LEUC: FETAL MOVEMENT:<br>NOTES:<br><br>GEN: A&OX3, NAD, VSS<br>HEART: RRR<br>LUNGS: EXPIRATORY WHEEZES<br>ABD: SOFT, +BS<br>NEURO:CN2 -12 INTAT |
| A | MEDICAL DIAGNOSIS:   Pneumonia, unspecified organism [J18.9]<br>NOTES: PNEUMONIA |
| P | DRUG PRESCRIPTION: Azithromycin Tab/250MG   VERBAL BY:                    , FNP-C<br>EFFECTIVE DT: 02/20/2020   RT: PO   DOSE: 1   STRENGTH: 250Mg   METHOD: Normal Dose FREQ: SPECINST   FOR: 5 DAYS   EXPIRATION DATE: 02/24/2020   REFILLS: 0   STATUS: Received from Pharmacy<br>DRUG COMMENTS:<br><br>2/20/2020 - GIVE 2 TAB (500MG)<br>2/21/2020 - GIVE 1 TAB (250MG)<br>2/22/2020 - GIVE 1 TAB (250MG)<br>2/23/2020 - GIVE 1 TAB (250MG)<br>2/24/2020 - GIVE 1 TAB (250MG)<br><br>DRUG PRESCRIPTION: Xopenex Hfa Aer (Levalbuterol Hcl)/45MCG   VERBAL BY:                    , FNP-C<br>EFFECTIVE DT: 02/20/2020   RT: IH   DOSE: 2 PUFFS   STRENGTH: 45Mcg   METHOD: Normal Dose<br>FREQ: QIDPRN   FOR: 30 DAYS   EXPIRATION DATE: 03/20/2020   REFILLS: 0   STATUS: Received from Pharmacy<br><br>DRUG PRESCRIPTION: Cefdinir Cap (Omnicef)/300MG   VERBAL BY:                    , FNP-C<br>EFFECTIVE DT: 02/20/2020   RT: PO   DOSE: 1 TAB   STRENGTH: 300Mg   METHOD: Normal Dose FREQ: Q12H   FOR: 7 DAYS   EXPIRATION DATE: 02/26/2020   REFILLS: 0   STATUS: Received from Pharmacy<br>DRUG COMMENTS:<br><br>HOSPITAL DISCHARGE RECOMMENDATIONS<br><br><br>X-RAY ORDERED: XRAY CHEST 2 VIEW   VERBAL BY:                    , FNP-C<br>APPT SCHEDULED: X-Ray   WITH:<br>ON: 03/10/2020   AT: 13:15:14<br>APPT SCHEDULED: Provider - Follow Up Care   WITH: |

ON: 05/15/2020   AT: 08:00:00
NOTES:

ER DISCHARGE RECOMMENDATIONS

1. ZITHROMAX Z - PAK 250MG ORAL TABLET, 1 PACKET ORAL ONCE - I AGREE WITH THIS
RECOMMENDATION AND THIS MEDICATION WILL BE ORDERED AS RECOMMENDED.
2. ALBUTEROL HFA 90MCG/INH, 2 PUFFS QID PRN FOR 30 DAYS - I DISAGREE WITH THIS
RECOMMENDATION AND THE FORMULARY EQUIVALENT Xopenex Hfa Aer (Levalbuterol Hcl)/45MCG
[DIAM8067] WILL BE ORDERED, AS IT IS READILY AVAILABILE.
3. CEFDINIR 300MG ORAL CAPSULE, 1 CAP Q12H FOR 7 DAYS - I AGREE WITH THIS
RECOMMENDATION AND THIS MEDICATION WILL BE ORDERED AS RECOMMENDED
4. F/UP WITH HCP WITHIN 1 -2 DAYS - I AGREE WITH THIS RECOMMENDATION
AND THIS ENCOUNTER WILL COUNT AS RECOMMNEDED FOLLOW UP WITH HCP.
5. REPEAT CXR 2 WEEKS POST TREATMENT - I AGREE WITH THIS RECOMMENDATION AND F/UP
IMAGING HAS BEEN ORDERED

PLAN OF CARE

1. ED DISCHARGE RECOMMENDATIONS REVIEWED AND DISCUSSED WITH PATIENT
2. F/UP WITH ONISTE HCP IN 3  7 DAYS FOR PNEUMONIA F/UP

| | |
|---|---|
| E | NOTES: POC |
| H/S | MH Status: Previously received MH services |
| | STAFF: ███████████, FNP-C   Nurse Practitioner |

# Clinical Orders

ADC #: ███████    Inmate Name: ████████████████
Encounter Date: 02/20/2020   Encounter Time: 13:15:14

DRUG PRESCRIPTION: Azithromycin Tab/250MG   VERBAL BY: ███████████████, FNP C
EFFECTIVE DT: 02/20/2020   RT: PO   DOSE: 1   STRENGTH: 250Mg   METHOD: Normal Do e
FREQ: SPECINST   FOR: 5; DAYS   EXPIRATION DATE: 02/24/2020   REFILLS: 0   STATUS: Received
from Pharmacy
DRUG COMMENTS:

2/20/2020 - GIVE 2 TAB (500MG)
2/21/2020 - GIVE 1 TAB (250MG)
2/22/2020 - GIVE 1 TAB (250MG)
2/23/2020 - GIVE 1 TAB (250MG)
2/24/2020 - GIVE 1 TAB (250MG)

DRUG PRESCRIPTION: Xopene  Hfa Aer (Levalbuterol Hcl)/45MCG   VERBAL BY: ████████████,
FNP C
EFFECTIVE DT: 02/20/2020   RT: IH   DOSE: 2 PUFFS   STRENGTH: 45Mcg   METHOD: Normal
Do e
FREQ: QIDPRN   FOR: 30; DAYS   EXPIRATION DATE: 03/20/2020   REFILLS: 0   STATUS: Received
from Pharmacy

DRUG PRESCRIPTION: Cefdinir Cap (Omnicef)/300MG   VERBAL BY: ████████████, FNP-C
EFFECTIVE DT: 02/20/2020   RT: PO   DOSE: 1 TAB   STRENGTH: 300Mg   METHOD: Normal Dose
FREQ: Q12H   FOR: 7; DAYS   EXPIRATION DATE: 02/26/2020   REFILLS: 0   STATUS: Received
from Pharmacy
DRUG COMMENTS:

HOSPITAL DISCHARGE RECOMMENDATIONS

X-RAY: ORDERED: XRAY CHEST 2 VIEW     VERBAL BY: ███████████ , FNP-C

APPT SCHEDULED: X-Ray   WITH: ████████████ , FNP-C
ON: 03/10/2020   AT: 13:15:14

APPT SCHEDULED: Provider - Follow Up Care   WITH: ██████████ , MD
ON: 05/15/2020   AT: 08:00:00



CHSS027J    Condensed Health Services Encounter       Wednesday July 08, 2020 10:04:53 AM

| | |
|---|---|
| | ADC #: ▨     Inmate Name: ▨<br>ENCOUNTER DATE: 02/14/2020   TIME: 12:54:03   DURATION: minutes   TYPE: Provider - Return from Offsite<br>LOCATION: ASPC-E COOK UNIT [A14]    SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES: 43 yo NA Indian with past medical hx of knee pain here today to follow up on RFO. he presented yesterday with flank pain, fever and hematuria. was sent out to Mountain vista and was diagnosed with pyelonephritis. states he feels tired, pain is still there but not constat any more and it comes and goes. denies noticing any blood in the urine. reports dysuria. |
| O | PREV: 12:32:20   TEMP: 98.8   PULSE: 73   RP: 16   BP: 92/64   HT: 5 ft.   9 in.   WT: 183   lb<br>BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000<br>EDD(Final): 01/01/1000   HT(Fundal): 0    WT(Cml): 0   FHR: 0   PRES:    PROTEIN:    GLUCOSE:<br>NITRITES:    LEUC:    FETAL MOVEMENT:<br>02 SAT: 97.00%   SOURCE: Room Air<br>PREV: 03:32:50   TEMP: 102.8   PULSE: 99   RP: 16   BP: 124/81   HT: 5 ft.   9 in.   WT:   lb<br>BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000<br>EDD(Final): 01/01/1000   HT(Fundal): 0    WT(Cml): 0   FHR: 0   PRES:    PROTEIN:    GLUCOSE:<br>NITRITES:    LEUC:    FETAL MOVEMENT:<br>02 SAT: 96.00%   SOURCE: Room Air<br>NOTES:<br><br>Neuro: A/O X 4. Grossly intact<br>Cardiac: S1S2 no murmurs click or gallops<br> Resp: even and non-labored. CTA<br> GI: soft and non distended. tenderness in the hypogastrium and right upper quadrant. Active bowel sounds in all quadrants. No masses or organomegaly. CVA tenderness present<br> Musculoskeletal: strength: 5/5. DTR: 2+. Normal ROM.<br> Skin: clean dry and intact. Capillary refill WNL. |
| A | RELATED PROBLEM:   Other Diagnosis   Other Diagnosis   Acute tubulo-interstitial nephritis [N10]<br>MEDICAL DIAGNOSIS:   Acute tubulo-interstitial nephritis [N10]<br>NOTES: RFO: Pyelonephrits |
| P | DRUG PRESCRIPTION: Ondansetron Hcl Tab (Zofran)/4MG   VERBAL BY: ▨ , NP<br>EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 1   STRENGTH: 4Mg   METHOD: Normal Dose<br>FREQ: TIDPRN   FOR: 10 DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from Pharmacy<br><br>DRUG PRESCRIPTION: Acetaminophen Tab (Tylenol)/325MG   VERBAL BY: ▨ , NP<br>EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 2   STRENGTH: 325Mg   METHOD: Normal Dose<br>FREQ: QIDPRN   FOR: 10 DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from Pharmacy<br><br>DRUG PRESCRIPTION: Ibuprofen Tab (Motrin)/600MG   VERBAL BY: ▨ , NP<br>EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 1   STRENGTH: 600Mg   METHOD: Normal Dose<br>FREQ: BIDPRN   FOR: 10 DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from Pharmacy<br><br>DRUG PRESCRIPTION: Cefdinir Cap (Omnicef)/300MG   VERBAL BY: ▨ , NP<br>EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 1   STRENGTH: 300Mg   METHOD: Normal Dose<br>FREQ: BID   FOR: 10 DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Discontinued - Other<br>DRUG COMMENTS: recommended by ER recommendation<br><br>NOTES:<br><br>Recommendations<br>1. Zofran 4 mg TID PRN nausea and vomiting<br>2. Cefdinir 300 mg BID for 10 days<br>3. Ibu 600 mg Q6H PRN pain |

4. Tylenol 2 tabs Q4H PRN pain
5. F/U with PCP in 1-2 days

Actions
1. Zofran 4 mg TID PRN ordered
2. Cefdinir 300 mg PO BID ordered for 10 days
3. Ibu 600 mg PO BID PRN ordered since this dose will be adequate to control pain than QID
4. Tylenol 2 tabs QID PRN ordered since this dose will be adequate along with IBU for pain control
5.F/U with PCP completed by today's visit
6. Advised rest and increase fluid intake

| E | NOTES: |
|---|---|
| | Discussed POC with patient<br> Advised to make medical needs known via HNR. |

H/S MH Status: Previously received MH services

| | STAFF: ████████, NP   Nurse Practitioner |
|---|---|

# Clinical Orders

ADC #: ████    Inmate Name: ████████
Encounter Date: 02/14/2020   Encounter Time: 12:54:03

DRUG PRESCRIPTION: Ondansetron Hcl Tab (Zofran)/4MG    VERBAL BY: ████████, NP
EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 1   STRENGTH: 4Mg   METHOD: Normal Dose
FREQ: TIDPRN   FOR: 10; DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from Pharmacy

DRUG PRESCRIPTION: Acetaminophen Tab (Tylenol)/325MG    VERBAL BY: ████████, NP
EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 2   STRENGTH: 325Mg   METHOD: Normal Dose
FREQ: QIDPRN   FOR: 10; DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from Pharmacy

DRUG PRESCRIPTION: Ibuprofen Tab (Motrin)/600MG    VERBAL BY: ████████, NP
EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 1   STRENGTH: 600Mg   METHOD: Normal Dose
FREQ: BIDPRN   FOR: 10; DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from Pharmacy

DRUG PRESCRIPTION: Cefdinir Cap (Omnicef)/300MG    VERBAL BY: ████████, NP
EFFECTIVE DT: 02/14/2020   RT: PO   DOSE: 1   STRENGTH: 300Mg   METHOD: Normal Dose
FREQ: BID   FOR: 10; DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Discontinued - Other
DRUG COMMENTS: recommended by ER recommendation



CHSS027J    Condensed Health Services Encounter        Wednesday July 08, 2020 11:57:50 AM

| | |
|---|---|
| ADC #: ▮▮▮▮    Inmate Name: ▮▮▮▮ | |

ENCOUNTER DATE: 02/05/2020   TIME: 21:04:36   DURATION: minutes   TYPE: Nurse - Return From Offsite
LOCATION: ASPC-F CENTRAL IPC [A23]    SETTING: Infirmary

**S**   Are interpreter services needed for this inmate: No
NOTES: IM returned from Mountain Vista MC for Renal concerns and partial amputation of foot.

Inmate return from: ◯ Scheduled appointment or procedure    Copy of SOAP to    at 20:20:00
◉ Emergency transport and/or admission    ASOII: ◉ Y ◯ N

Inmate returned from: Mountain Vista Medical Center

For (describe): Renal concerns and partial amputation of foot

**O**   CURR: 21:04:36   TEMP: 97.7   PULSE: 89   RP: 18   BP: 147/63   HT: 5 ft. 9 in.   WT: 135 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 95.00%   SOURCE: Room Air
SCANNED DOCUMENT/PHOTO TYPE: Medical Records   TITLE: 2020_02_05_Mountain_Vista
NOTES:
Pt arrived to health unit @ 2000.
Pt. unable to ambulate at this time, assessed weight based on hospital weight.
NADN. VSS.A&Ox4.Pt. is pleasant and cooperative.Pt. report 7/10 pain at this time in his feet.
Pt. is able to communicate clearly at this time. Speech clear and appropriate.
PEERLA intact. Eyes are slightly icteric.
Oral mucosa pink and moist. Skin clean, warm and dry.
Lung sounds CTA with equal unlabored bilateral chest expansion. No S/S of SOB noted.
Normal heart rate and rhythm. S1/S2 noted.
Brisk capillary refill.
Abdomen soft, BS present x4. Pt has foley catheter set to drain at gravity, states that he is bowel incontinent. Peripheral pulses present x4. No edema noted at this time.Pt has bilateral wound and dressings to lower extremities.

Dressing: ◉ Y ◯ N      Location: bilateral lower extremity      Describe: p/s amputation

Dressing changes required: ◉ Y ◯ N      Describe: daily to lower extremity      Sutures: ◯ Y ◉ N

Complaint : ◉ Y ◯ N      De cribe: pain in feet

**A**   NOTES:
Risk for infection r/t post surgical status of partial amputation of feet.

◉ Stable   ◯ Unstable

**P**   DRUG PRESCRIPTION: Calcium Polycarbophil Tab (Fibercon)/625MG   VERBAL BY: ▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020   RT: PO   DOSE: 1   STRENGTH: 625Mg   METHOD: Normal Dose
FREQ: BID   FOR: 5 DAYS   EXPIRATION DATE: 02/09/2020   REFILLS: 0   STATUS: Discontinued - Other
DRUG COMMENTS: Per hospital recommendation
DRUG PRESCRIPTION: Ondansetron Hcl Tab (Zofran)/4MG   VERBAL BY: ▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020   RT: PO   DOSE: 1   STRENGTH: 4Mg   METHOD: Normal Dose
FREQ: QIDPRN   FOR: 5 DAYS   EXPIRATION DATE: 02/09/2020   REFILLS: 0
STATUS: Discontinued - Other
DRUG COMMENTS: Medication ordered per Verbal Order by NP Eze for diagnosis of nausea.
DRUG PRESCRIPTION: Meropenem Inj (Merrem)/500MG   VERBAL BY: ▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020   RT: IV   DOSE: 1   STRENGTH: 500Mg   METHOD: Normal Dose
FREQ: QD   FOR: 36 DAYS   EXPIRATION DATE: 03/11/2020   REFILLS: 2   STATUS: Received from Pharmacy
DRUG COMMENTS: Medication ordered per Verbal Order by NP ▮▮ for diagnosis of infection.Why must this drug be used instead of one included on the formulary? Recommended by ID at Mountain

Vista
What formulary drugs have been tried? n/a
What was outcome? n/a


DRUG PRESCRIPTION: Robafen Syp (Robitussin)/100/5ML   VERBAL BY: ▇▇▇▇▇▇▇, NP
EFFECTIVE DT: 02/05/2020   RT: PO   DOSE: 200mg   STRENGTH: 100/5Ml   METHOD: Normal
Dose
FREQ: QIDPRN   FOR: 5 DAYS   EXPIRATION DATE: 02/09/2020   REFILLS: 0
STATUS: Discontinued - Other
DRUG COMMENTS: q6 hours prn for cough
DRUG PRESCRIPTION: Heparin Sodium (Porcine) Inj (Heparin Sodium (Porcine))/5000/ML
VERBAL BY: ▇▇▇▇▇▇, NP
EFFECTIVE DT: 02/05/2020   RT: SC   DOSE: 1   STRENGTH: 5000/Ml   METHOD: Normal Dose
FREQ: TID   FOR: 5 DAYS   EXPIRATION DATE: 02/09/2020   REFILLS: 0   STATUS: Received from
Pharmacy
DRUG COMMENTS: Medication ordered per Verbal Order by NP ▇▇ per hospital recommendation.
PREV TRANSFER HOLD: Medical Hold   EXPIRES: 02/28/2021
NOTES:
Recommendations from Dr ▇▇▇▇ at Mountain Vista Medical Center:
1. Administer the following medications:
-Meropenem 500mg IV QD for 36 days
-Cathflo IV PRN for catheter care
-Robitussin 200mg PO Q6 hours prn for cough
-Heparin 5000 units per mL, 1 mL Q8 hours
-Insulin NPH 35 units SQ in AM, 8 units SQ in PM
-Insulin Regular Sliding scale
-Metformin 500mg BID PO
-Zofran 4mg PO Q6 prn for nausea
-Trileptal 300mg PO BID
-Protonix 40 mg QD
-Polycarbophil 625mg PO QD
-Flomax 0.4mg PO BID
-Flonase 50mcg/nasal spray, BID
-Lovastatin 40 mg PO QD
2. Discontinue the following medications:
-Glucose
-Hydrochlorothiazide 12.5mg PO QD
-Lisinopril 5mg PO QD
3. Follow up with the following:
-Dr. Masood (Nephrology) within 2-4 weeks
-Dr. Amer (Vascular) within 2-4 weeks
4. Wound care as outlined by provider in orders
-Right foot, to be done daily, wound cleanser followed by aquacel AG to wound bed followed by wet
to dry sterile gauze, kerlix, and gentle ace wrap
-Left foot, to be done daily, wet to dry gauze dressing followed by kerlix and ace wrap-agree pending
provider review in AM


Recommendations read to NP ▇▇ VO per NP ▇▇ as follows:
1. Administer the following medications:
-Meropenem 500mg IV QD for 36 days-agree
-Cathflo IV PRN for catheter care-agree
-Robitussin 200mg PO Q6 hours prn for cough-agree
-Heparin 5000 units per mL, 1 mL Q8 hours-agree
-Insulin NPH 35 units SQ in AM, 8 units SQ in PM-agree
-Insulin Regular Sliding scale-agree
-Metformin 500mg BID PO-agree
-Zofran 4mg PO Q6 prn for nausea-agree
-Trileptal 300mg PO BID-agree
-Protonix 40 mg QD-agree
-Polycarbophil 625mg PO QD-agree

-Flomax 0.4mg PO BID-agree
-Flonase 50mcg/nasal spray, BID-agree
-Lovastatin 40 mg PO QD-agree
2. Discontinue the following medications:
-Glucose-agree
-Hydrochlorothiazide 12.5mg PO QD-agree
-Lisinopril 5mg PO QD-agree
3. Follow up with the following:
-Dr. ▮▮▮▮ (Nephrology) within 2-4 weeks-agree
-Dr. ▮▮▮▮ (Vascular) within 2-4 weeks-agree
4. Wound care as outlined by provider in orders-agree pending provider review in the AM
-Right foot, to be done daily, wound cleanser followed by aquacel AG to wound bed followed by wet
to dry sterile gauze, kerlix, and gentle ace wrap
-Left foot, to be done daily, wet to dry gauze dressing followed by kerlix and ace wrap-agree pending
provider review in AM

| Returned with medications: ○ Y ◉ N | On call practitioner notified for medication order: ◉ Y ○ N | Verbal medication orders entered into system: ◉ Y ○ N |
| --- | --- | --- |
| Copy of con ultation report to clinical coordinator: ◉ Y ○ N | Returned to unit at: 20:24:00 | |

E NOTES: Educated on POC. Notify staff of new or worsening s/s. Use of call light, oral hydration and hand hygiene. Bed is in lowered position and locked. Educated pt on importance of keeping all wounds/line CDI. Pt verbalized understanding of education.

H/S MH Status: No history of MH services

STAFF: ▮▮▮▮▮▮▮ Registered Nurse
NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ▮▮▮▮ Inmate Name: ▮▮▮▮▮▮
Encounter Date: 02/05/2020 Encounter Time: 21:04:36

DRUG PRESCRIPTION: Calcium Polycarbophil Tab (Fibercon)/625MG VERBAL BY: ▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020 RT: PO DOSE: 1 STRENGTH: 625Mg METHOD: Normal Do e
FREQ: BID FOR: 5; DAYS EXPIRATION DATE: 02/09/2020 REFILLS: 0 STATUS: Di continued
Other
DRUG COMMENTS: Per ho pital recommendation

DRUG PRESCRIPTION: Ondansetron Hcl Tab (Zofran)/4MG VERBAL BY: ▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020 RT: PO DOSE: 1 STRENGTH: 4Mg METHOD: Normal Dose
FREQ: QIDPRN FOR: 5; DAYS EXPIRATION DATE: 02/09/2020 REFILLS: 0
STATUS: Discontinued - Other
DRUG COMMENTS: Medication ordered per Verbal Order by NP ▮ for diagnosis of nausea.

DRUG PRESCRIPTION: Meropenem Inj (Merrem)/500MG VERBAL BY: ▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020 RT: IV DOSE: 1 STRENGTH: 500Mg METHOD: Normal Dose
FREQ: QD FOR: 36; DAYS EXPIRATION DATE: 03/11/2020 REFILLS: 2 STATUS: Received from
Pharmacy
DRUG COMMENTS: Medication ordered per Verbal Order by NP ▮ for diagnosis of infection.Why
must this drug be used instead of one included on the formulary? Recommended by ID at Mountain
Vista
What formulary drugs have been tried? n/a
What was outcome? n/a

Document loaded in Correct Health Service Provider 2.0.0.207

DRUG PRESCRIPTION: Robafen Syp (Robitussin)/100/5ML    VERBAL BY: ▮▮▮▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020   RT: PO   DOSE: 200mg   STRENGTH: 100/5Ml   METHOD: Normal Dose
FREQ: QIDPRN   FOR: 5; DAYS   EXPIRATION DATE:  02/09/2020   REFILLS: 0
STATUS: Discontinued - Other
DRUG COMMENTS: q6 hours prn for cough

DRUG PRESCRIPTION: Heparin Sodium (Porcine) Inj (Heparin Sodium (Porcine))/5000/ML
VERBAL BY: ▮▮▮▮▮▮, NP
EFFECTIVE DT: 02/05/2020   RT: SC   DOSE: 1   STRENGTH: 5000/Ml   METHOD: Normal Dose
FREQ: TID   FOR: 5; DAYS   EXPIRATION DATE:  02/09/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: Medication ordered per Verbal Order by NP ▮▮ per hospital recommendation.

VERBAL ORDER REVIEWED BY DOCTOR:  _____



CHSS027J    Condensed Health Services Encounter      Wednesday July 08, 2020 11:50:28 AM

| | |
|---|---|
| ADC #: ██████    Inmate Name: ██████████ | |

ENCOUNTER DATE: 02/17/2020   TIME: 20:58:15   DURATION: minutes   TYPE: Nurse - Return From Offsite
LOCATION: ASPC-F CENTRAL IPC [A23]    SETTING: Infirmary

**S**   Are interpreter services needed for this inmate: No
NOTES:

Hospital return from Mountain Vista Medical Center for GIB. TIPS procedure performed on 2/7. Per nursing report patient received 10 units of blood during hospital stay.

Inmate return from: ◯ Scheduled appointment or procedure ◉ Emergency transport and/or admission    at 19:00:00 Inmate returned from: Mountian Vista Medical Center

For (describe): GIB

**O**   PREV: 19:00:00   TEMP: 98.4   PULSE: 92   RP: 16   BP: 111/67   HT: 5 ft.   5 in.   WT: 172 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 96.00%   SOURCE: Room Air
NOTES:

Gen: NADN
Neuro: A&Ox4, Steady gait. PERRL, 5/5 grips/pulls
Pulm: CTAB, breathing appears even and unlabored
Cardio: S1S2, RRR, +3 radial/pedal pulses
GI: Abd distended, firm. normoactive BSx4. Tenderness LUQ, RUQ
Integ: Bleeding at central line removal site, previous dressing removed. Petroleum dressing applied covered with tegaderm. Approx. 1 cm incision visible on R neck scabbed over, puncture site R lower abdomen scabbed over. No signs of infection at wound sites.

Dressing: ◯ Y ◉ N    Dressing changes required: ◯ Y ◉ N    Sutures: ◯ Y ◉ N
Complaint : ◉ Y ◯ N    De cribe: flank/abdominal pain RUQ, LUQ

**A**   NOTES:

Risk for bleed r/t thrombocytopenia

◉ Stable ◯ Unstable

**P**   DRUG PRESCRIPTION: Metamucil Cap (Psyllium Fiber)/0.52GM   VERBAL BY: ██████
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 0.52Gm   METHOD: Normal Dose
FREQ: BID   FOR: 30 DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Discontinued - Other
DRUG COMMENTS: Why must this drug be used instead of one included on the formulary? based on hospital recommendations

Medication ordered per Verbal Order by NP ████ for diagnosis per hospital recommendations
DRUG PRESCRIPTION: Lactulose Sol/10GM/15   VERBAL BY: ██████████
EFFECTIVE DT: 02/18/2020   RT: PO   DOSE: 30 ml   STRENGTH: 10Gm/15   METHOD: Normal Dose
FREQ: TID   FOR: 30 DAYS   EXPIRATION DATE: 03/18/2020   REFILLS: 0   STATUS: Discontinued - Other
DRUG COMMENTS: TORBv per NP ████ per hospital recommendation
DRUG PRESCRIPTION: Pantoprazole Tab (Protonix)/40MG   VERBAL BY: ████████
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 40Mg   METHOD: Normal Dose
FREQ: QD   FOR: 30 DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Received from

Pharmacy
DRUG COMMENTS: TORBv per NP ▮ per hospital recommendation
DRUG PRESCRIPTION: Sucralfate Tab (Carafate)/1GM   VERBAL BY: ▮
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 1Gm   METHOD: Normal Dose
FREQ: QID   FOR: 30 DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Received from
Pharmacy
DRUG COMMENTS: TORBv per NP ▮ per hospital recommendation
DRUG PRESCRIPTION: Artificial Tears Sol 1.4% Sol (Akwa Tear Drops)/1.4%   VERBAL BY: ▮,
▮
EFFECTIVE DT: 02/17/2020   RT: OS   DOSE: 1   STRENGTH: 1.4%   METHOD: Normal Dose
FREQ: Q2H   FOR: 10 DAYS   EXPIRATION DATE: 02/26/2020   REFILLS: 0   STATUS: Received from
Pharmacy
DRUG COMMENTS:

TORBv per NP ▮ per hospital recommendation


PRN

DRUG PRESCRIPTION: Hydrocortisone- Rectal Crer (Anusol-Hc)/2.5%   VERBAL BY: ▮
▮
EFFECTIVE DT: 02/17/2020   RT: PR   DOSE: 1   STRENGTH: 2.5%   METHOD: Normal Dose
FREQ: QID   FOR: 21 DAYS   EXPIRATION DATE: 03/08/2020   REFILLS: 0   STATUS: Received from
Pharmacy
DRUG COMMENTS: Medication ordered per Verbal Order by NP ▮ per hospital recommendation
DRUG PRESCRIPTION: Furosemide Tab (Lasix)/40MG   VERBAL BY: ▮
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 40Mg   METHOD: Normal Dose
FREQ: BID   FOR: 30 DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Discontinued -
Other
DRUG COMMENTS: TORBv per NP ▮ per hospital recommendation
DRUG PRESCRIPTION: Triamcinolone 0.025% Lot (Kenalog)/0.025%   VERBAL BY: ▮
▮
EFFECTIVE DT: 02/17/2020   RT: TP   DOSE: 1   STRENGTH: 0.025%   METHOD: Normal Dose
FREQ: BID   FOR: 7 DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from
Pharmacy
DRUG COMMENTS: TORBv per NP ▮ per hospital recommendation
DRUG PRESCRIPTION: Lidocaine Dis (Lidoderm)/5%   VERBAL BY: ▮
EFFECTIVE DT: 02/17/2020   RT: TP   DOSE: 1   STRENGTH: 5%   METHOD: Normal Dose
FREQ: QD   FOR: 7 DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: On Hold at
Pharmacy. Pharmacy faxed message with detail (OH)

PREV TRANSFER HOLD: Medical Hold   EXPIRES: 01/01/2021
NOTES:

Per Dr. ▮ at Mountain Vista Medical the following recommendations were given:


(1) Follow up with Dr. ▮ ▮ in 2 weeks
(2) Begin hydrocortisone 1% topical cream, 1 application per rectum q8 hours x21 days
(3) Lidocaine topical 5% topical film, transdermal qday PRN x 7 days
(4) Begin ocular lubricant, 2 drops  left eye q2 hours PRN x 10 days
(5) Begin psyllium 3.4gm PO BID x 30 days
(6) Furosemide 40 mg PO BID
(7) Protonix 40 mg PO qday
(8) Triamcinolone 0.025% topical cream, 1 application BID for 7 days
(9) Sucralfate 1g PO tab QID x 30 days


Recommendations read to NP ▮ I, VO per NP ▮ as follows:

(1) Follow up with Dr. ███████ in 2 weeks, f/u with HU provider tomorrow 2/18/20
(2) Begin hydrocortisone 1% topical cream, 1 application per rectum q8 hours x21 days
(3) Lidocaine topical 5% topical film, transdermal qday PRN x 7 days
(4) Begin ocular lubricant, 2 drops left eye q2 hours PRN x 10 days
(5) Begin psyllium 3.4gm PO BID x 30 days, modify to Metamucil Cap (Psyllium Fiber)/0.52GM as that what is available for order
(6) Furosemide 40 mg PO BID
(7) Protonix 40 mg PO qday
(8) Triamcinolone 0.025% topical cream, 1 application BID for 7 days
(9) Sucralfate 1g PO tab QID x 30 days

| Returned with medications: ○ Y ● N | On call practitioner notified for medication order: ○ Y ○ N | Verbal medication orders entered into system: ● Y ○ N |
|---|---|---|
| Copy of consultation report to clinical coordinator: ● Y ○ N | Returned to unit at: 19:00:00 | |

E   NOTES:

Pt. educated to inform medical immediately for any  ign  of active bleeding to include inci ion  ite, central line removal  ite, or rectal bleeding. Pt. educated to limit e  traneou  movement  until central line removal  ite ha  healed, al o informed to notify  taff at once for new on et off dizzine   or change  in mental  tatu . Pt. verbalized under tanding.

H/S MH Status: No history of MH services

STAFF: ███████████, RN   Registered Nurse
NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ██████    Inmate Name: ████████████████
Encounter Date: 02/17/2020   Encounter Time: 20:58:15

DRUG PRESCRIPTION: Metamucil Cap (P yllium Fiber)/0.52GM   VERBAL BY: ████████
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 0.52Gm   METHOD: Normal Do e
FREQ: BID   FOR: 30; DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Di continued Other
DRUG COMMENTS: Why mu t thi  drug be u ed in tead of one included on the formulary? ba ed on ho pital recommendation

Medication ordered per Verbal Order by NP ██████ for diagno i  per ho pital recommendation

DRUG PRESCRIPTION: Lactulose Sol/10GM/15   VERBAL BY: ████████████
EFFECTIVE DT: 02/18/2020   RT: PO   DOSE: 30 ml   STRENGTH: 10Gm/15   METHOD: Normal Dose
FREQ: TID   FOR: 30; DAYS   EXPIRATION DATE: 03/18/2020   REFILLS: 0   STATUS: Discontinued - Other
DRUG COMMENTS: TORBv per NP ██████ per hospital recommendation

DRUG PRESCRIPTION: Pantoprazole Tab (Protonix)/40MG   VERBAL BY: ████████
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 40Mg   METHOD: Normal Dose
FREQ: QD   FOR: 30; DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: TORBv per NP ██████ per hospital recommendation

DRUG PRESCRIPTION: Sucralfate Tab (Carafate)/1GM   VERBAL BY: ███████████
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 1Gm   METHOD: Normal Dose
FREQ: QID   FOR: 30; DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: TORBv per NP ████ per hospital recommendation

DRUG PRESCRIPTION: Artificial Tear   Sol 1.4% Sol (Akwa Tear Drop  )/1.4%   VERBAL BY: ████████
████ EFFECTIVE DT: 02/17/2020   RT: OS   DOSE: 1   STRENGTH: 1.4%   METHOD: Normal Do e
FREQ: Q2H   FOR: 10; DAYS   EXPIRATION DATE: 02/26/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS:

TORBv per NP ████ per hospital recommendation

PRN

DRUG PRESCRIPTION: Hydrocorti one  Rectal Crer (Anu ol Hc)/2.5%   VERBAL BY: ████████
████ EFFECTIVE DT: 02/17/2020   RT: PR   DOSE: 1   STRENGTH: 2.5%   METHOD: Normal Do e
FREQ: QID   FOR: 21; DAYS   EXPIRATION DATE: 03/08/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: Medication ordered per Verbal Order by NP ████ per ho pital recommendation

DRUG PRESCRIPTION: Furosemide Tab (Lasix)/40MG   VERBAL BY: ████████████
EFFECTIVE DT: 02/17/2020   RT: PO   DOSE: 1   STRENGTH: 40Mg   METHOD: Normal Dose
FREQ: BID   FOR: 30; DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 0   STATUS: Discontinued - Other
DRUG COMMENTS: TORBv per NP ████ per hospital recommendation

DRUG PRESCRIPTION: Triamcinolone 0.025% Lot (Kenalog)/0.025%   VERBAL BY: █████████
████ EFFECTIVE DT: 02/17/2020   RT: TP   DOSE: 1   STRENGTH: 0.025%   METHOD: Normal Dose
FREQ: BID   FOR: 7; DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: TORBv per NP ████ per hospital recommendation

DRUG PRESCRIPTION: Lidocaine Dis (Lidoderm)/5%   VERBAL BY: ████████████
EFFECTIVE DT: 02/17/2020   RT: TP   DOSE: 1   STRENGTH: 5%   METHOD: Normal Dose
FREQ: QD   FOR: 7; DAYS   EXPIRATION DATE: 02/23/2020   REFILLS: 0   STATUS: On Hold at Pharmacy. Pharmacy faxed message with detail (OH)
DRUG COMMENTS: Why must this drug be used instead of one included on the formulary? TORBv by NP ████ per hospital recommendation

VERBAL ORDER REVIEWED BY DOCTOR:



CHSS027J   Condensed Health Services Encounter     Wednesday July 08, 2020 11:59:32 AM

| | |
|---|---|
| ADC #: ███    Inmate Name: ███ | |

ENCOUNTER DATE: 02/06/2020   TIME: 16:25:39   DURATION: minutes   TYPE: Provider - Return from Offsite
LOCATION: ASPC-F SOUTH UNIT [A02]    SETTING: Clinic

**S**   Are interpreter services needed for this inmate: No
NOTES:

Patient is a RFO after esophageal varices banding. Patient was sent out for severe anemia due to upper GI bleeding.
Patient hospital d/c recommendations were discussed with patient and next will be followed:

Follow up with ███████ MD within 1-2 days-GI visit is already authorized, and now it will be depend on clinic's available openings

f/u with primary PCP-seen today

Medications:

Codeine-guaifenesin- no medical necessity anymore, patient said he doesn't need it
Colace 100 mg at HS
Ferrous Sulfate 324 mg PO Q Sunday, Monday, Wednesday and Friday
Furosemide 40 mg PO Qday
Lactulose 10 gr/15 ml 20 gr PO BID
Prenatal 1 oral capsule Q day
Nalodol- per patient, it was an error in a hospital, he was never on this medication and doesn't need it
Omeprazole-will switch to Pantoprazole due to less side effects
Pantoprazole 40 mg PO ER Qday
spironolactone 50mg 1 tab PO BID
sucralfate 1gr/10 ml PO suspension QID before meals and at HS

Patient already asked to be cleared to go back to work-request was declined until GI specialists sees him, patient agreed

**O**   PREV: 09:12:25   TEMP: 96.8   PULSE: 78   RP: 18   BP: 93/56   HT: 6 ft.   4 in.   WT: 228 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 95.00%   SOURCE: Room Air
NOTES: GENERAL: The patient is a well-developed, well-nourished male in no apparent distress. He is alert and oriented x3. HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Nares appeared normal. Mouth is well hydrated and without lesions. Mucous membranes are moist. Posterior pharynx clear of any exudate or lesions. NECK: Supple. No carotid bruits. No lymphadenopathy or thyromegaly. LUNGS: Clear to auscultation.HEART: Regular rate and rhythm without murmur. ABDOMEN: Soft, nontender, and nondistended. Positive bowel sounds. No hepatosplenomegaly was noted. EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema. NEUROLOGIC: Cranial nerves II through XII are grossly intact.

**A**   NOTES: RFO due to upper GI bleed

**P**   DRUG PRESCRIPTION: Docusate Sodium Cap (Colace)/100MG   VERBAL BY: ███████
EFFECTIVE DT: 02/06/2020   RT: PO   DOSE: 1   STRENGTH: 100Mg   METHOD: Normal Dose
FREQ: QHS   FOR: 180 DAYS   EXPIRATION DATE: 08/03/2020   REFILLS: 5   STATUS: Discontinued

- Other
DRUG COMMENTS:

d/c per NP████

DRUG PRESCRIPTION: Pantoprazole Tab (Protonix)/40MG   VERBAL BY: ████████████
EFFECTIVE DT: 02/06/2020   RT: PO   DOSE: 1   STRENGTH: 40Mg   METHOD: Normal Dose
FREQ: QAM   FOR: 180 DAYS   EXPIRATION DATE: 08/03/2020   REFILLS: 5   STATUS: Received
from Pharmacy
DRUG COMMENTS: kop
DRUG PRESCRIPTION: Sucralfate Tab (Carafate)/1GM   VERBAL BY: ████████████
EFFECTIVE DT: 02/06/2020   RT: PO   DOSE: 10 ml   STRENGTH: 1Gm   METHOD: Normal Dose
FREQ: QID   FOR: 180 DAYS   EXPIRATION DATE: 08/03/2020   REFILLS: 0
STATUS: Approved/Approval
DRUG COMMENTS:

KOP
before meals and at bedtime

DRUG PRESCRIPTION: Ferrous Sulfate Tab (Ferrous Sulfate)/325MG EC   VERBAL BY: ████
████
EFFECTIVE DT: 02/06/2020   RT: PO   DOSE: 1 TAB   STRENGTH: 325Mg Ec   METHOD: Normal
Dose
FREQ: QD4XW   FOR: 180 DAYS   EXPIRATION DATE: 08/03/2020   REFILLS: 5
STATUS: Discontinued - Other
DRUG COMMENTS:

DOT

LAB TEST ORDERED: CBC/ WITH DIFF/PLATELETS
LAB INSTRUCTIONS: None
APPT SCHEDULED: Lab   WITH: ████████████
ON: 02/16/2020   AT: 16:25:39
PREV TRANSFER HOLD: Medical Hold   EXPIRES: 01/01/2021
NOTES:

labs
recommended medications ordered with some modifications
RTC as needed

| E | NOTES: |
| --- | --- |
|  | patient was educated about s/s of anemia |
|  | Symptoms of anemia vary depending on the cause of anemia. It may include: Fatigue |
|  | Malaise |
|  | Generalized weakness |
|  | Pale skin |
|  | Cold hands and feet |
|  | Dizziness |
|  | Reduced immunity |
|  | Shortness of breath |

| H/S | MH Status: No history of MH services |
| --- | --- |
|  | STAFF: ████████████   Nurse Practitioner |

# Clinical Orders

ADC #: ████████   Inmate Name: ████████████████████
Encounter Date: 02/06/2020   Encounter Time: 16:25:39

DRUG PRESCRIPTION: Docusate Sodium Cap (Colace)/100MG　VERBAL BY: ▮▮▮▮▮▮
EFFECTIVE DT: 02/06/2020　RT: PO　DOSE: 1　STRENGTH: 100Mg　METHOD: Normal Dose
FREQ: QHS　FOR: 180; DAYS　EXPIRATION DATE: 08/03/2020　REFILLS: 5
STATUS: Discontinued - Other
DRUG COMMENTS:

d/c per NP ▮▮▮▮

---

DRUG PRESCRIPTION: Pantoprazole Tab (Protonix)/40MG　VERBAL BY: ▮▮▮▮▮▮
EFFECTIVE DT: 02/06/2020　RT: PO　DOSE: 1　STRENGTH: 40Mg　METHOD: Normal Dose
FREQ: QAM　FOR: 180; DAYS　EXPIRATION DATE: 08/03/2020　REFILLS: 5　STATUS: Received
from Pharmacy
DRUG COMMENTS: kop

---

DRUG PRESCRIPTION: Sucralfate Tab (Carafate)/1GM　VERBAL BY: ▮▮▮▮▮▮
EFFECTIVE DT: 02/06/2020　RT: PO　DOSE: 10 ml　STRENGTH: 1Gm　METHOD: Normal Do e
FREQ: QID　FOR: 180; DAYS　EXPIRATION DATE: 08/03/2020　REFILLS: 0
STATUS: Approved/Approval
DRUG COMMENTS:

KOP
before meals and at bedtime

---

DRUG PRESCRIPTION: Ferrou　Sulfate Tab (Ferrou　Sulfate)/325MG EC　VERBAL BY: ▮▮▮▮
▮▮▮▮
EFFECTIVE DT: 02/06/2020　RT: PO　DOSE: 1 TAB　STRENGTH: 325Mg Ec　METHOD: Normal
Do e
FREQ: QD4XW　FOR: 180; DAYS　EXPIRATION DATE: 08/03/2020　REFILLS: 5
STATUS: Di continued　Other
DRUG COMMENTS:

DOT

---

LAB TEST ORDERED: CBC/ WITH DIFF/PLATELETS
LAB INSTRUCTIONS: None

---

APPT SCHEDULED: Lab　WITH: ▮▮▮▮▮▮
ON: 02/16/2020　AT: 16:25:39



CHSS027C

# Health Services Encounter

Wednesday July 08, 2020 12:01:32

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 02/24/2020 | Start Time*: | 00:38:38 |
| End Date*: | 02/24/2020 | End Time*: | 00:41:10 |
| Category: | Nursing | | |
| Type*: | Nurse - Return From Offsite | Encounter Close Date: | 02/24/2020 |
| Location*: | ASPC-F KASSON MHU  [A48] | Encounter Close Time: | 02:36:22 |
| Setting*: | Cell | | |
| Staff Member*: | ███████ | | |
| Title: | Registered Nurse | | |
| Form Type: | Continuous Progress Record - Inmate Returning from Hospital | | |

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

Pt returning from Chandler Regional Medical Center post CT of Maxillofacial w/contrast

### AZ Continuous Progress Record - Subjective

**Inmate return from:**
○ Scheduled appointment or procedure
◉ Emergency transport and/or admission
◉ Y                                                    ○ N
**Copy of SOAP to ASOII:**23:50:00**Inmate returned from:**Chandler Regional Medical Center**at****For (describe):**

CT of Maxillofacial w/contrast

Rev #: 1201

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00:03 | 97.1 | 70 | 14 | 6 2 | 258 | 141 | 89 | NA | 33.12 | 100.00 | |

### Objective Notes

Pt presents to HU own his own power; erect posture and string steady gait. Behavior calm and appropriate, jovial. HEENT appears normal other than facial tattoos; no swelling to affected area's of jaw. Equal bilateral chest expansion observed. Koban on left lower are from IV access; no other signs of injury or trauma. Grips/pushes equal and strong. Pt able to maintain eye contact through out interaction. No signs of focus on internal stimuli.

### Continuous Progress Record - Objective

**Discharge orders/recommendations:**

| | | |
|---|---|---|
| ○ Y | | ◉ N |
| **Dressing:Location:Describe:** | | |
| ○ Y | | ◉ N |
| **Dressing changes required:Describe:** | | |
| ○ Y | | ◉ N |
| **Sutures:Location:** | | |
| ○ Y | | ◉ N |
| **Complaints:Describe:** | | |

Rev #: 1201

---

**Assessment**

**Active Allergies/Health Problems/Conditions** (1 – 25 of 25)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Communicable Diseases | Hepatitis C | | | Assessed | 10/28/2014 | 10/28/2014 |
| 002 | Allergies - Other than Medications | clindamycin | | | Patient Reported | 01/04/2015 | 01/04/2015 |
| 003 | Other Diagnosis | Other Diagnosis | | Anal & rectal abscess [566] | Assessed | 01/20/2015 | 01/20/2015 |
| 006 | Allergies - Medication | Clyndamycin | | | Patient Reported | 07/27/2016 | 07/11/2006 |
| 007 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 07/27/2016 | 07/27/2016 |
| 008 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 235872006 - Hepatitis C carrier (finding) | Carrier of viral hepatitis C [Z22.52] | Assessed | 07/30/2016 | 07/30/2016 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 07/30/2016 | 07/30/2016 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 267982002 - Pain in lumbar spine (finding) | Low back pain [M54.5] | Assessed | 08/05/2016 | 08/05/2016 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 413467001 - Aftercare (regime/therapy) | Encounter for surgical aftercare following surgery on the teeth or oral cavity [Z48.814] | Assessed | 09/15/2016 | 09/15/2016 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 22253000 - Pain (finding) | Pain in right foot [M79.671] | Assessed | 08/10/2017 | 08/10/2017 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 446271000124106 - Acquired right hallux valgus (disorder) | Hallux valgus (acquired), right foot [M20.11] | Assessed | 08/15/2017 | 08/15/2017 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 427075000 - Pain radiating to upper abdomen (finding) | Upper abdominal pain, unspecified [R10.10] | Assessed | 12/11/2017 | 12/11/2017 |
| 015 | Other Diagnosis | Other Diagnosis | SNOMED: 446321000124103 - Acquired left hallux valgus (disorder) | Hallux valgus (acquired), left foot [M20.12] | Assessed | 01/11/2018 | 01/11/2018 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 403059006 - 403059006 | Tinea unguium [B35.1] | Assessed | 01/16/2018 | 01/16/2018 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 300955002 - Pain in thumb (finding) | Pain in left finger(s) [M79.645] | Assessed | 04/21/2018 | 04/21/2018 |
| 018 | Other Diagnosis | Other Diagnosis | SNOMED: 202490009 - Ankle joint pain (finding) | Pain in left ankle and joints of left foot [M25.572] | Assessed | 04/21/2018 | 04/21/2018 |
| 019 | Other Diagnosis | Other Diagnosis | SNOMED: 287045000 - Pain in left arm (finding) | Pain in left arm [M79.602] | Assessed | 05/07/2018 | 05/07/2018 |
| 020 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 06/09/2018 | 06/09/2018 |
| 021 | Other Diagnosis | Other Diagnosis | SNOMED: 90834002 - Pain in limb (finding) | Pain in left hand [M79.642] | Assessed | 06/18/2018 | 06/18/2018 |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 54586004 - Lower abdominal pain (finding) | Lower abdominal pain, unspecified [R10.30] | Assessed | 09/11/2018 | 09/11/2018 |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 428869006 - Mixed rhinitis (disorder) | Chronic rhinitis [J31.0] | Assessed | 10/25/2018 | 10/25/2018 |
| 025 | Mental Health | Schizophrenia | SNOMED: 58214004 - Schizophrenia, NOS | Schizophrenia, unspecified [F20.9] | Patient Reported | 09/25/2019 | 09/25/2019 |
| 026 | Mental Health | Bipolar Disorder | SNOMED: 13746004 - Bipolar disorder (disorder) | | Patient Reported | 09/25/2019 | 09/25/2019 |
| 027 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 10/01/2019 | 10/01/2019 |
| 028 | Other Diagnosis | Other Diagnosis | SNOMED: 93163002 - Lipoma (disorder) | Benign lipomatous neoplasm of other sites [D17.79] | Assessed | 11/26/2019 | 11/26/2019 |

Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

Assessment Notes

Risk for impaired nutrition r/t jaw hardware and infection at secondary site.

Continuous Progress Record – Assessment

- ⦿ Stable
- ○ Unstable

Rev #: 1201

## Plan

Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

Active Drug Prescription Orders (1 – 3 of 3)                     **View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Hydroxyzine Pamoate Cap (Vistaril)/25MG | RxNorm: 995253 - Hydroxyzine Pamoate 25 MG Oral Capsule; | 02/17/2020 | 1 tab | TWICE DAILY AS NEEDED | 05/16/2020 | Received from Pharmacy |
| Lisinopril Tab (Prinivil)/20MG | RxNorm: 314077 - Lisinopril 20 MG Oral Tablet; | 12/13/2019 | 1 | EVERY MORNING | 06/09/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Omeprazole Cap (Prilosec)/20MG | RxNorm: 198051 - omeprazole (as omeprazole magnesium 20.6 MG) 20 MG Delayed Release Oral Capsule;&nb... | 12/13/2019 | 1 | EVERY MORNING | 06/09/2020 | Order Accepted at Pharmacy Vendor (SC) |

Ordered Drug Prescriptions (1 – 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Sulfamethoxazole-Tmp Ds Tab (Bactrim Ds)/800-160 | RxNorm: 198335 - SMX 800 MG / TMP 160 MG Oral Tablet; | 02/24/2020 | 1 tab | TWICE DAILY | 03/08/2020 | Discontinued - Other |
| Cephalexin Cap (Keflex)/500MG | RxNorm: 309114 - cephalexin (as cephalexin monohydrate) 500 MG Oral Capsule; | 02/24/2020 | 1 tab | FOUR TIMES DAILY | 03/01/2020 | Discontinued - Other |

Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 – 1 of 1)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 02/25/2020 | 09:00:00 | Health Services | ▮ | ASPC-F KASSON MHU |

**Patient Transfer Holds** (1 – 1 of 1)

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 03/06/2021 | Placed |

☐ Qualifies for 340B - Hep B  ☐ Qualifies for 340B - Hep C  ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Recommendations per ▮ DO:
1) cephalexin 500mg 1 cap PO q6hours for 7 days
2) Bactrim DS 800-160mg 1 tab PO for 7 days.
3) F/U with ▮, plastic surgeon, within 1-3 days

NP ▮ informed of return, ordered:
1) cephalexin 500mg 1 cap PO q6hours for 7 days
2) Bactrim DS 800-160mg 1 tab PO for 7 days.
3) F/u with on site provider tomorrow for RFO f/u. F/U consult will be placed by provider, if applicable, after review of hospital paperwork.

**Continuous Progress Record – Plan**

○ Y  ◉ N
**Returned with medications:**
◉ Y  ○ N
**On call practitioner notified for medication order:**
◉ Y  ○ N
**Verbal medication orders entered into system:**
◉ Y  ○ N
**Copy of consultation report to clinical coordinator:** 00:45:00 **Returned to unit at:**

Rev #: 1201

---
**Patient Education**

Patient Education Notes

General medication education. Medication compliance.

---
**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

| | |
|---|---|
| Medical: | 2 |
| Mental: | 4-Admitted Outpatient-Specialized MH Program |
| SMI: | Y-Yes |
| Dental: | U-Unknown (Conversion) |

Prognosis:

Classification and Security Notes

> None
>
> TimeStamp: 26 September 2019 14:32:32 --- User: ████████████
> TimeStamp: 25 November 2019 15:19:46 --- User: ████████████

---

**Encounter Orders Review**

| | | | |
|---|---|---|---|
| Review Type*: | Practitioner Review | Review Staff: | ████████████ |
| Review Date: | 02/24/2020 | Review Time: | 07:28:33 |

Review Notes

> reviewed and approved. consult placed for plastic surgery f/u consult, forwarded to clinical coordinator to arrange.
> TimeStamp: 24 February 2020 07:32:04 --- User: ████████████

---

Electronic Documents/Images (1 - 1 of 1)

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| Hospital Records | 02/24/2020 | 2020_2_23_Chandler Regional DC | Treatment Provider | Sensitive Information |

Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |



CHSS027J    Condensed Health Services Encounter       Wednesday July 08, 2020 12:04:23 PM

| | |
|---|---|
| | ADC #: ███████    Inmate Name: ████████<br>ENCOUNTER DATE: 02/13/2020   TIME: 21:25:05   DURATION: minutes   TYPE: Nurse - Return From Offsite<br>LOCATION: ASPC-F SOUTH UNIT [A02]    SETTING: Clinic |
| S | Are interpreter services needed for this inmate: No<br>NOTES: Patient returning from stay in hospital. Patient states he is "doing fine" |

☑ Hospital admission

Documentation with patient: ☑ Discharge summary      ☑ Discharge orders    Pain: ◉ N ◯ Y:

Name of person notified if suicidal: ☑ I have reviewed the patient allergies

| | |
|---|---|
| O | CURR: 21:25:05   TEMP: 98.0   PULSE: 82   RP: 18   BP: 110/74   HT: 5 ft.   7 in.   WT: 150 lb<br>BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000<br>EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:<br>NITRITES:   LEUC:   FETAL MOVEMENT:<br>02 SAT: 97.00%   SOURCE: Oxygen   LITERS/MIN: 5.00   VIA: Nasal Cannula<br>NOTES: Patient sitting on side of bed in no noted distress or discomfort. A,A, Ox3. Hand grips equal. Gait normal, denies difficulty with vision or balance. PERRLA. Tongue midline. Follows commands with equal strength and purpose. Respirations regular and unlabored. O2 at 3l/NC. Patient denies cough at this time. Lungs clear to bases bilaterally but diminished. Abd. slightly rounded with active bowel tones. Patient states BM normal earlier today. Abd is soft and non-tender. Patient able to void without reported difficulty. Skin pink, warm and dry. Skin intact, no discoloration noted. Capillary refill less than 3 seconds. No edema noted. |

Oriented to: ☑ Person      ☑ Place ☑ Time      Acute Distress: ◉ N ◯ Y:

Skin: ☑ Warm ☑ Dry      Pupils: ◉ PERRLA ◯ Unequal/Abnormal      Sclera: ◉ White ◯ Abnormal:

Respiratory: ☑ Normal      R Lung: ☑ Clear ☑ Diminished      L Lung: ☑ Clear ☑ Diminished

Hand grips equal and strong: ◉ Y ◯ N:      Gait Normal: ◉ Y ◯ N:      ☑ Additional examination skin intact

| | |
|---|---|
| A | NOTES: Potential for skin breakdown r/t decreased activity tolerance. |

| | |
|---|---|
| P | DRUG PRESCRIPTION: Levofloxacin Tab (Levaquin)/500MG   VERBAL BY: ████████<br>EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 1 tab   STRENGTH: 500Mg   METHOD: Normal Dose<br>FREQ: QD   FOR: 10 DAYS   EXPIRATION DATE: 02/22/2020   REFILLS: 0   STATUS: Discontinued - Inmate Released<br>DRUG COMMENTS: Medication ordered per Verbal Order by ████████, NP for diagnosis of Pneumonia.<br>DRUG PRESCRIPTION: Warfarin Sodium Tab (Coumadin)/5MG   VERBAL BY: ████████<br>EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 1 tab   STRENGTH: 5Mg   METHOD: Normal Dose<br>FREQ: QD   FOR: 30 DAYS   EXPIRATION DATE: 03/13/2020   REFILLS: 0   STATUS: Discontinued - Inmate Released<br>DRUG COMMENTS: Medication ordered per Verbal Order by ████████, NP for diagnosis of Acute Embolic Stroke.<br>DRUG PRESCRIPTION: Prednisone Tab (Deltasone)/10MG   VERBAL BY: ████████<br>EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 1 tab   STRENGTH: 10Mg   METHOD: Normal Dose<br>FREQ: QD   FOR: 10 DAYS   EXPIRATION DATE: 02/22/2020   REFILLS: 0   STATUS: Discontinued - Inmate Released<br>DRUG COMMENTS: Medication ordered per Verbal Order by ████████, NP for diagnosis of pneumonia.<br>DRUG PRESCRIPTION: Albuterol Sulfate Hfa Aer (Ventolin)/90MCG   VERBAL BY: ████████<br>EFFECTIVE DT: 02/13/2020   RT: IH   DOSE: 2 puffs   STRENGTH: 90Mcg   METHOD: Normal Dose<br>FREQ: QID   FOR: 30 DAYS   EXPIRATION DATE: 03/13/2020   REFILLS: 0   STATUS: Alternative |

Treatment Plan
DRUG COMMENTS:

Medication ordered per Verbal Order by ████████, NP for diagnosis of COPD.Why must this drug be used instead of one included on the formulary? Continuity of care
What formulary drugs have been tried? Unknown
What was outcome? Unknown


Medication need not met.  Please use the formulary alternative, Xopenex.

DRUG PRESCRIPTION: Xopenex Neb/0.31MG   VERBAL BY: ████████
EFFECTIVE DT: 02/13/2020   RT: IH   DOSE: 0.31 mg   STRENGTH: 0.31Mg   METHOD: Normal Dose
FREQ: QIDPRN   FOR: 30 DAYS   EXPIRATION DATE: 03/13/2020   REFILLS: 0   STATUS: Alternative Treatment Plan
DRUG COMMENTS:

Medication ordered per Verbal Order by ████████, NP  for diagnosis of COPD.Why must this drug be used instead of one included on the formulary? Continuity of Care
What formulary drugs have been tried? Unknown
What was outcome? Unknown


Xopenex HFA is formulary.


APPT SCHEDULED: Provider - Return from Offsite   WITH: ████████
ON: 02/14/2020   AT: 09:00:00
NOTES:

Admit to Manzanita HU-6


Vital signs daily with weight


Diet as tolerated


O2 at 3l/NC


Activity as tolerated


Medications:
Warfarin 5mg 1 tab PO daily.  Next dose due 2/14 @ 1800
Levofloxacin 500mg 1 tab PO daily.  Next dose due 2/14
Albuterol 90mcg/inh 2 puffs Q6H
Levalbuterol 0.31mg nebulized inhalation 4 times daily as needed for cough
Prednisone 10mg 1 tab PO daily net dose due 2/14 @ 0900


Patient is Full Code



Call provider with T greater than 100, HR greater than 100, DBP greater than 100.

Have patient seen by provider in am.

VORB ▮▮▮▮▮, NP/▮▮▮▮▮▮▮, RN

| | |
|---|---|
| ☑ Referral to provider for current presenting complaint | |
| Follow up/Follow through ☑ Provider contacted for order | ☑ Medication orders entered into eOMIS |

E | NOTES: Patient educated to take care with position changes, O2 safety, plan to have provider see in am, and to notify staff if any changes in breathing, vision, etc.  He voices his understanding.

☑ Patient educated to contact medical if  ymptom  develop or wor en ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for

H/S | MH Status: No history of MH services

STAFF: ▮▮▮▮▮▮▮ Nursing Director
NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ▮▮▮▮▮    Inmate Name: ▮▮▮▮▮▮▮▮▮▮▮▮
Encounter Date: 02/13/2020   Encounter Time: 21:25:05

DRUG PRESCRIPTION: Levoflo acin Tab (Levaquin)/500MG   VERBAL BY: ▮▮▮▮▮▮▮
EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 1 tab   STRENGTH: 500Mg   METHOD: Normal Do e
FREQ: QD   FOR: 10; DAYS   EXPIRATION DATE:  02/22/2020   REFILLS: 0   STATUS: Di continued
Inmate Relea ed
DRUG COMMENTS: Medication ordered per Verbal Order by ▮▮▮▮▮, NP  for diagno i  of
Pneumonia.

DRUG PRESCRIPTION: Warfarin Sodium Tab (Coumadin)/5MG   VERBAL BY: ▮▮▮▮▮▮▮
EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 1 tab   STRENGTH: 5Mg   METHOD: Normal Dose
FREQ: QD   FOR: 30; DAYS   EXPIRATION DATE:  03/13/2020   REFILLS: 0   STATUS: Discontinued -
Inmate Released
DRUG COMMENTS: Medication ordered per Verbal Order by ▮▮▮▮▮, NP for diagnosis of Acute
Embolic Stroke.

DRUG PRESCRIPTION: Prednisone Tab (Deltasone)/10MG   VERBAL BY: ▮▮▮▮▮▮▮
EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 1 tab   STRENGTH: 10Mg   METHOD: Normal Dose
FREQ: QD   FOR: 10; DAYS   EXPIRATION DATE:  02/22/2020   REFILLS: 0   STATUS: Discontinued -
Inmate Released
DRUG COMMENTS: Medication ordered per Verbal Order by ▮▮▮▮▮, NP for diagnosis of
pneumonia.

DRUG PRESCRIPTION: Albuterol Sulfate Hfa Aer (Ventolin)/90MCG   VERBAL BY: ▮▮▮▮▮▮▮
EFFECTIVE DT: 02/13/2020   RT: IH   DOSE: 2 puffs   STRENGTH: 90Mcg   METHOD: Normal Dose
FREQ: QID   FOR: 30; DAYS   EXPIRATION DATE:  03/13/2020   REFILLS: 0   STATUS: Alternative
Treatment Plan
DRUG COMMENTS:

Medication ordered per Verbal Order by ▮▮▮▮▮, NP for diagno i  of COPD.Why mu t thi  drug be
u ed in tead of one included on the formulary? Continuity of care
What formulary drug  have been tried? Unknown
What wa  outcome? Unknown

Medication need not met.  Please use the formulary alternative, Xopenex.

---

DRUG PRESCRIPTION: Xopenex Neb/0.31MG    VERBAL BY: ▆▆▆▆▆▆
EFFECTIVE DT: 02/13/2020    RT: IH    DOSE: 0.31 mg    STRENGTH: 0.31Mg    METHOD: Normal Dose
FREQ: QIDPRN    FOR: 30; DAYS    EXPIRATION DATE:  03/13/2020    REFILLS: 0
STATUS: Alternative Treatment Plan
DRUG COMMENTS:

Medication ordered per Verbal Order by ▆▆▆▆▆▆, NP  for diagnosis of COPD.Why must this drug be used instead of one included on the formulary? Continuity of Care
What formulary drugs have been tried? Unknown
What was outcome? Unknown


Xopenex HFA is formulary.

---

APPT SCHEDULED: Provider - Return from Offsite    WITH: ▆▆▆▆▆▆
ON: 02/14/2020    AT: 09:00:00

---

VERBAL ORDER REVIEWED BY DOCTOR:  _____



CHSS027C                        **Health Services Encounter**              Wednesday July 08, 2020 12:05:19

---

**Encounter Header**

| | | | |
|---|---|---|---|
| **Date\*:** | 02/02/2020 | Start Time\*: | 01:34:24 |
| End Date\*: | 02/02/2020 | End Time\*: | 01:36:07 |
| Category: | Nursing | | |
| Type\*: | Nurse - Return From Offsite | Encounter Close Date: | 02/02/2020 |
| Location\*: | ASPC-F KASSON BMU  [A76] | Encounter Close Time: | 11:52:38 |
| Setting\*: | Infirmary | **Addendum Added** | |
| Staff Member\*: | | | |
| Title: | Registered Nurse | | |
| Form Type: | Return from Off-Site | | |

---

**Subjective**

Are interpreter services needed for this inmate\*:   No
What type of interpreter services were used for the encounter\*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

Patient returning from Chandler Regional Medical Center after being treated for Scabies and Pneumonia.
Discharge Diagnosis:
1) Scabies
2) Pneumonia

**AZ NET - Return from Off-Site: Subjective**

**Return from:** ☐ Off site appointment ☑ Emergency visit ☐ Outpatient surgery ☐ Hospital admission ☐
Other: **Documentation with patient:** ☑ Discharge summary ☐ Discharge orders ☐ Other: ☑ Patient complaints:
⦿ N                                                     ○ Y:
**Pain:Pain Scale:**3/10**Location:**body aches**Special Needs:** ☐ Visual impairment ☐ Hearing impaired ☐ Cognitive ☐
Developmental ☐ Language barrier ☐ Fall risk ☐ Mobility impairments/aids: ☐ Suicidal Ideation**Initiate suicide watch
and notify Behavioral Health**Name of person notified if suicidal: ☑ I have reviewed the patient allergies**Allergies must
be entered into the allergy section of the encounter in eOMIS.**

| cold |
|---|

Rev #: 1235

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|-------|----------|
| 01:50 | 97.3 | 71 | 16 | 5 9 | 182 | 126 | 86 | NA | 26.87 | 97.00 | |

**Objective Notes**

Patient returning from Chandler Regional Medical Center after being treated for Scabies and Pneumonia.
Discharge Diagnosis:
1) Scabies
2) Pneumonia

Patient arrived at 0130 hours to Kasson Clinic to be assessed by me to be housed at Kasson for isolation protocol for scabies. Patient was discharged from Chandler Regional Medical Center for scabies and pneumonia  Patient can walk independently . All vital signs within normal limits He is alert, oriented, not in any distress and has no recent cuts or bruises. Grips are equal and strong, PERRLA, bilateral pedal pulses present, equal radial pulses, skin warm and dry, no adventitious lung sounds with exception of slight wet on lower left lobe.  Has tightness of chest r/t pneumonia and says that he is very cold.  Capillary refill within 3 seconds, abdomen soft and non-distended, bowel sounds x 4. Patient is independent in all ADL's.  Various patches of skin irritation on right wrist and several large clusters on abdomen, denies any oral lesions.  Patient advised he has been very nauseas but received a dose of Zofran just prior to leaving the hospital.

Patient was determined to be stable and sent to an isolation cell per DOC protocol for scabies at 0140 hours.  Treatment performed at 0200.  Next shift will be briefed for his shower time.

**NET - Return from Off-Site: Objective**

**Oriented to:**☑ Person☑ Place☑ Time**Acute Distress:**
◉ N           ○ Y:
Describe:**Enter vital signs in the Vital Signs area of the eOMIS encounter.Contact provider if Temp >100, Pulse >100, SBP <100, and/or DBP>100.Skin:**☑ Warm☑ Dry☐ Pale☐ Cold☐ Clammy
◉ PERRLA           ○ Unequal/Abnormal
**Pupils:Sclera:**
◉ White           ○ Abnormal:
Describe:**Respiratory:**☑ Normal☐ Labored☐ Stridor☐ SOB☐ Cough☐ Accessory muscle use**Lung sounds:**R Lung:
☑ Clear☐ Abnormal☐ Wheezing☐ Diminished☐ WetL Lung:☐ Clear☐ Abnormal☐ Wheezing☐ Diminished☑ Wet
◉ Y           ○ N:
**Hand grips equal and strong:**Describe:
◉ Y           ○ N:
**Gait Normal:**Describe:☐ Visible Injuries☐ Wounds/Incisions☐ Additional examination**Orders for new medications must be entered in the Plan section of the encounter in eOMIS.**

Rev #: 1235

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 39 of 39)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Communicable Diseases | Hepatitis C | | | Assessed | 01/24/2013 | 01/24/2013 |
| 003 | Other Diagnosis | Other Diagnosis | | Migrne unsp wo ntrc mgrn [346.90] | Converted to ICD10 | 09/30/2015 | 12/05/2014 |
| 004 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 12/05/2014 | |
| 005 | Mental Health | Mental Health | | | Assessed | 12/29/2014 | 12/29/2014 |
| 006 | Chronic Conditions | Hepatitis C | | Chrnc hpt C wo hpat coma [070.54] | Converted to ICD10 | 09/30/2015 | 01/15/2015 |
| 007 | Other Diagnosis | Other Diagnosis | | Irritable bowel syndrome [564.1] | Assessed | 01/15/2015 | 01/15/2015 |
| 008 | Other Diagnosis | Other Diagnosis | | Lumbago [724.2] | Assessed | 02/20/2015 | 02/20/2015 |
| 009 | Chronic Conditions | Dyslipidemia | | Hyperlipidemia NEC/NOS [272.4] | Converted to ICD10 | 09/30/2015 | 02/20/2015 |
| 010 | Mental Health | Mental Health | | Bulimia nervosa [307.51] | Assessed | 05/13/2015 | 05/13/2015 |
| 011 | Mental Health | Mental Health | | | Assessed | 05/13/2015 | 05/13/2015 |
| 012 | Other Diagnosis | Other Diagnosis | | Urinary frequency [788.41] | Assessed | 06/11/2015 | 06/11/2015 |
| 013 | Other Diagnosis | Other Diagnosis | | Abdmnal pain unspcf site [789.00] | Converted to ICD10 | 09/30/2015 | 06/11/2015 |
| 014 | Other Diagnosis | Pt. Specific Chronic Condition | | Viral hep carrier NEC [V02.69] | Converted to ICD10 | 09/30/2015 | 08/06/2015 |
| 015 | Other Diagnosis | Other Diagnosis | | Back disorder NOS [724.9] | Assessed | 08/06/2015 | 08/06/2015 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 016 | Other Diagnosis | Other Diagnosis | | Abdmnal pain epigastric [789.06] | Converted to ICD10 | 09/30/2015 | 08/06/2015 |
| 017 | Other Diagnosis | Other Diagnosis | | Neuropathy in other dis [357.4] | Converted to ICD10 | 09/30/2015 | 09/14/2015 |
| 018 | Other Diagnosis | Other Diagnosis | | Pain in limb [729.5] | Assessed | 09/14/2015 | 09/14/2015 |
| 019 | Other Diagnosis | Other Diagnosis | | Frequency of micturition [R35.0] | Assessed | 10/02/2015 | 10/02/2015 |
| 020 | Other Diagnosis | Other Diagnosis | | Low back pain [M54.5] | Assessed | 10/10/2015 | 10/10/2015 |
| 021 | Other Diagnosis | Other Diagnosis | | Migraine, unspecified, not intractable, without status migrainosus [G43.909] | Assessed | 10/01/2015 | 10/01/2015 |
| 022 | Chronic Conditions | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 10/01/2015 | 10/01/2015 |
| 023 | Chronic Conditions | Dyslipidemia | | Hyperlipidemia, unspecified [E78.5] | Assessed | 10/01/2015 | 10/01/2015 |
| 024 | Other Diagnosis | Other Diagnosis | | Unspecified abdominal pain [R10.9] | Assessed | 10/01/2015 | 10/01/2015 |
| 025 | Other Diagnosis | Pt. Specific Chronic Condition | | Carrier of other viral hepatitis [Z22.59] | Assessed | 10/01/2015 | 10/01/2015 |
| 026 | Other Diagnosis | Other Diagnosis | | Epigastric pain [R10.13] | Assessed | 10/01/2015 | 10/01/2015 |
| 027 | Other Diagnosis | Other Diagnosis | | Polyneuropathy in diseases classified elsewhere [G63] | Assessed | 10/01/2015 | 10/01/2015 |
| 028 | Mental Health | Mental Health | | Other specified schizophrenia spectrum and other psychotic disorder [F28] | Assessed | 11/09/2015 | 11/09/2015 |
| 029 | Mental Health | Mental Health | | Unspecified mood [affective] disorder [F39] | Assessed | 11/20/2015 | 11/20/2015 |
| 030 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 02/01/2016 | 02/01/2016 |
| 031 | Other Diagnosis | Other Diagnosis | SNOMED: 40930008 - 40930008 | Hypothyroidism, unspecified [E03.9] | Assessed | 02/01/2016 | 02/01/2016 |
| 032 | Chronic Conditions | Congestive Heart Failure (CHF) | SNOMED: 48447003 - 48447003 | Heart failure, unspecified [I50.9] | Assessed | 02/01/2016 | 02/01/2016 |
| 033 | Functional Limitations | Other | | | Patient Reported | 03/27/2019 | 03/27/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 034 | Mental Health | Mental Health | SNOMED: 47505003 - Posttraumatic stress disorder (disorder) | Posttrauma tic stress disorder [F43.10] | Assessed | 04/22/2019 | 04/22/2019 |
| 035 | Other Diagnosis | Other Diagnosis | SNOMED: 64910008 - Disorder of testis (disorder) | Disorder of male genital organs, unspecified [N50.9] | Assessed | 05/16/2019 | 05/16/2019 |
| 036 | Other Diagnosis | Other Diagnosis | SNOMED: 89164003 - Breast lump (finding) | Hypertrophy of breast [N62] | Assessed | 05/16/2019 | 05/16/2019 |
| 037 | Other Diagnosis | Other Diagnosis | SNOMED: 271807003 - Eruption of skin (disorder) | Rash and other nonspecific skin eruption [R21] | Assessed | 10/04/2019 | 10/04/2019 |
| 038 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 40930008 - Hypothyroidism (disorder) | Hypothyroidism, unspecified [E03.9] | Assessed | 10/28/2019 | 10/28/2019 |
| 039 | Other Diagnosis | Other Diagnosis | SNOMED: 367466007 - Skin irritation (disorder) | Folliculitis ulerythematosa reticulata [L66.4] | Assessed | 01/13/2020 | 01/13/2020 |
| 040 | Other Diagnosis | Other Diagnosis | SNOMED: 16932000 - Nausea and vomiting (disorder) | Nausea with vomiting, unspecified [R11.2] | Assessed | 02/01/2020 | 02/01/2020 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| | | | | No Rows Found | | | |

**Assessment Notes**

Risk for impaired gas exchange r/t decreased lung function

---

**Plan**

**Treatment Orders** (1 - 1 of 1)

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| Treatments | Activities of Daily Living Treatment | Every Week | 1 | Patient required to shower between 1159 and 1400 to comply with scabies treatment. New linens and clothing to be disbursed. |

**Active Drug Prescription Orders** (1 - 5 of 5)     **View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| Valacyclovir Tab (Valtrex)/500MG 🔶 | | 01/27/2020 | 2 tabs | TWICE DAILY | 02/05/2020 | Received from Pharmacy |
| Hydroxyzine Pamoate Cap (Vistaril)/25MG 🔶 | RxNorm: 995253 - Hydroxyzine Pamoate 25 MG Oral Capsule; | 11/15/2019 | 1 | EVERY EVENING | 05/12/2020 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| HYDROXYZINE PAMOATE CAPS (Vistaril)/50 Mg | RxNorm: 995278 - hydrOXYzine pamoate 50 MG (hydrOXYzine pamoate 85.2 MG eqv to hydrOXYzine HCL 50 MG... | 11/15/2019 | 2 | EVERY EVENING | 05/12/2020 | Received from Pharmacy |
| Prazosin Hcl Cap (Minipress)/2MG | | 11/15/2019 | 1 tab | EVERY EVENING | 03/13/2020 | Received from Pharmacy |
| Levothyroxine Sodium Tab (Levothroid)/25MCG | | 11/10/2019 | 1 tab | EVERY MORNING | 02/07/2020 | Received from Pharmacy |

**Ordered Drug Prescriptions** (1 - 3 of 3)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Moxifloxacin Tab (Avelox)/400MG | RxNorm: 311787 - moxifloxacin 400 MG (as moxifloxacin HCl) Oral Tablet; | 02/02/2020 | 1 tablet | EVERY DAY | 02/11/2020 | Received from Pharmacy |
| Ondansetron Hcl Tab (Zofran)/4MG | | 02/02/2020 | 1 tablet | THREE TIMES DAILY | 02/04/2020 | Received from Pharmacy |
| Permethrin Cre (Elimite)/5% | RxNorm: 106387 - permethrin 5 % Topical Cream; | 02/02/2020 | 5% cream | NOW | 02/02/2020 | On Hold at Pharmacy. Pharmacy faxed message with detail (OH) |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B     ☐ Qualifies for 340B - Hep C     ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

Plan Notes

Plan- Recommendations from Dr. ▮▮▮▮ at Chandler Regional Medical Center

Add these new medications:
1) Elimite 5% topical cream - 1 application to skin, head to feet, remove by washing after 8 to 14 hours
2) Avelox 400 mg oral tablet - 1 tablet PO every 24 hours for 10 days
3) Zofran 4 mg oral tablet - 1 tablet PO evry 8 hours PRN as needed for nausea/vomiting

Treatment:
1) Elimite 5% topical cream - 1 application to skin, head to feet, remove by washing after 8 to 14 hours

Follow up:
1) Follow up with primary care provider within 2 - 4 days

▮▮▮▮ was called and advised of treatment and follow up. She advised that on-site provider will see patient and will determine, after assessment, the appropriateness, necessity and timeliness for medications and follow up. ▮▮▮▮ does agree with Elimite treatment, Zofran and Avelox.

The hospital did not address the medications that he currently is taking. I reviewed the following current medications he takes with Her:
1) Valacyclovir Tablets 500 mg, 2 tablets twice daily
2) Hydroxyzine Pamaote Capsule 25 mg every evening
3) Hydroxyzine Pamoate Capsule 50 mg 2 tablets every evening
4) Prazocin HCL caplets 2mg 1 tablet every evening
5) Levothyroxine Sodium 25 mcg every morning.

▮▮▮▮ agrees with all of the above with the exception of Hydroxyzine. She would like Psych to approve the medication for this site.

All documentation sent to clinical coordinator.

NET - Return from Off-Site: Plan

**Continuity of Care** ☐ Nurse follow up scheduled ☐ Referral to provider for current presenting complaint ☐ Scheduled in eOMIS for next available provider sick call for follow-up ☑ Custody notified of special needs ☐ No further follow up needed at this time **Follow up/Follow through** ☐ Provider contacted for orders ☐ Medication orders entered into eOMIS ☐ Shift report updated ☐ No further follow up needed at this time ☐ Other:

Rev #: 1235

---

**Patient Education**

**Patient Education Notes**

Medication compliance, hydration, HNR process, isolation precautions, follow up appointments and treatments for scabies.

**NET - Return from Off-Site: Education**

☑ Patient educated to contact medical if symptoms develop or worsen ☑ Verbal information given ☐ Written information provided ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow up care. **Additional Comments:**

Rev #: 1235

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  2
Mental:   3B-Outpatient-Regular MH Contact                              Prognosis:
SMI:      N-No
Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  Practitioner Review              Review Staff:
Review Date:  02/03/2020                        Review Time:  06:51:56

**Review Notes**

TimeStamp: 3 February 2020 06:55:45 --- User:

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
|------|-------|
| No Rows Found | |

Prior Addendums

02/02/2020 11:52:37 ████████
Inmate referred to medical provider for f/u per above plan of care



CHSS027J    Condensed Health Services Encounter      Wednesday July 08, 2020 10:51:09 AM

ADC #: ███████    Inmate Name: ███████
ENCOUNTER DATE: 02/12/2020   TIME: 18:08:10   DURATION: minutes   TYPE: Nurse - Return From Offsite
LOCATION: ASPC-F CENTRAL CLOSE [A58]    SETTING: Clinic

**S**   Are interpreter services needed for this inmate: No
NOTES:

Late entry for 1644


I/M returning from offsite ER visit

☑ Emergency visit
Documentation with patient: ☑     ☑ Discharge orders    Pain: ◯ N   ◉ Y:
Discharge summary

| Pain Scale: 8 | Location: "Everywhere" | Name of person notified if suicidal: ☑ I have reviewed the patient allergies |

**O**   CURR: 18:08:10   TEMP: 98.9   PULSE: 79   RP: 16   BP: 116/64   HT: 5 ft.   11 in.   WT: 157 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 96.00%   SOURCE: Room Air
PREV: 06:15:14   TEMP:   PULSE:   RP:   BP: 118/84   HT: 5 ft.   11 in.   WT:   lb   BLOOD
SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000   EDD(Final): 01/01/1000
HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:   NITRITES:   LEUC:
FETAL MOVEMENT:
02 SAT: 97.00%   SOURCE: Room Air
PREV: 06:08:58   TEMP: 98.6   PULSE: 74   RP: 16   BP: 143/103   HT: 5 ft.   11 in.   WT: 153 lb
BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000
EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:
NITRITES:   LEUC:   FETAL MOVEMENT:
02 SAT: 76.00%   SOURCE: Room Air
NOTES:

A&Ox4, alert, able to communicate needs. Calm and cooperative. Vital signs stable. No acute distress noted.
Reports pain 8/10 at this time.
Lungs clear bilateral, equal expansion, no SOB or signs of distress.
S1&S2 present, rate and rhythm even and regular, peripheral pulses within normal limits, cap refill <3, denies chest pain. No edema noted
Abdomen soft non-distended, non-tender, no palpable masses, BSx4, I/M states no issues with BM or urination.
Skin CDI
Full ROM
DTRs equal and brisk.
Ambulates independently with steady gait.
Independent ADLs.


Discharge orders per Dr. █████ as follows:
1. Follow up with Primary Care Physician Dr.██ in 1-2 days


Called NP █████, SBAR given, provider agrees to the following:
1. Follow up with on site provider in 1-2 days

Oriented to: ☑ Per on      ☑ Place ☑ Time      Acute Di tre : ◉ N   ◯
Y:

| Skin: ☑ Warm ☑ Dry | Pupils: ◉ PERRLA ○ Unequal/Abnormal | Sclera: ◉ White ○ Abnormal: |
|---|---|---|
| Respiratory: ☑ Normal | R Lung: ☑ Clear | L Lung: ☑ Clear |
| Hand grips equal and strong: ◉ Y   ○ N: | Gait Normal: ◉ Y   ○ N: | |

| A | NOTES: Altered comfort RT sickle cell disease process |
|---|---|

| P | APPT SCHEDULED: Provider - Follow Up Care   WITH: ███████<br>ON: 02/13/2020   AT: 12:00:00<br>PREV TRANSFER HOLD: Medical Hold   EXPIRES: 01/01/2021<br>NOTES:<br><br>Discharge orders per Dr. ███████ as follows:<br>1. Follow up with Primary Care Physician Dr. ███ in 1-2 days<br><br><br>Called NP ███████, SBAR given, provider agrees to the following:<br>1. Follow up with on site provider in 1-2 days |
|---|---|

☑ No further follow up needed at this time
Follow up/Follow through ☑ Provider contacted for orders ▬ ▬

| E | NOTES: Notify staff of new or worsening symptoms. Stay hydrated. Follow plan of care. Use HNR for medical needs. I/M verbalized understanding |
|---|---|

☑ Patient educated to contact medical if symptoms develop or worsen ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for

| H/S | MH Status: Previously received MH services |
|---|---|

STAFF: ███████████, RN   Registered Nurse
NURSE SIGNATURE: _____

# Clinical Orders

ADC #: ██████   Inmate Name: ████████████

Encounter Date: 02/12/2020   Encounter Time: 18:08:10

APPT SCHEDULED: Provider   Follow Up Care   WITH: ████████, NP
ON: 02/13/2020   AT: 12:00:00

CHSS027C                        Health Services Encounter                Wednesday July 08, 2020 10:53:09

## Encounter Header

|  |  |  |  |
|---|---|---|---|
| Date*: | 02/13/2020 | Start Time*: | 09:39:45 |
| End Date*: | 02/13/2020 | End Time*: | 09:39:56 |
| Category: | Medical Provider | | |
| Type*: | Provider – Follow Up Care | Encounter Close Date: | 02/13/2020 |
| Location*: | ASPC-F CENTRAL CLOSE  [A58] | Encounter Close Time: | 15:25:04 |
| Setting*: | Clinic | | |
| Staff Member*: | ▮▮▮▮▮ | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

f/u after ER visit sickle cell crisis / meds were given as well as fluids 2 liters. inmate sent back from ER. Im continues to
complian of all over joint pain and has received Benadryl and several doses of solumedrol on site / he is requesting ibuprofen
at this venture

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:48 | 99.9 | 58 | 19 | 5  11 | 157 | 129 | 81 | NA | 21.89 | 99.00 | |

### Objective Notes

Alert and oriented x 4
skin warm dry no visible signs of rash or skin discoloration
ENT moist
neck supple no lymphadenopathy
Cardiac RRR no clicks murmurs and or gallops are appreciated
lungs CTA throughout
Abdomen soft round + bowl sounds no palpable masses
Musculoskeletal even gait
Neurological intact
Psyche answers questions appropriately

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 35 of 35)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Chronic Conditions | Heart Murmur, Rheumatic, etc | | | Assessed | 02/18/2014 | 02/18/2014 |
| 004 | Chronic Conditions | Asthma | | | Assessed | 02/18/2014 | 02/18/2014 |
| 006 | Allergies - Medication | Morphine | | | Patient Reported | 10/31/2014 | 10/13/2014 |
| 007 | Allergies - Medication | Iodine, Codeine, Vancomycin | | | Assessed | 11/04/2014 | 11/04/2014 |
| 008 | Chronic Conditions | Sickle Cell | | Sickle cell disease NOS [282.60] | Converted to ICD10 | 11/19/2014 | 11/19/2014 |
| 011 | Other Diagnosis | Other Diagnosis | | Hb-SS disease w/o crisis [282.61] | Converted to ICD10 | 12/02/2014 | 12/02/2014 |
| 012 | Other Diagnosis | Other Diagnosis | | Acute bronchitis [466.0] | Converted to ICD10 | 09/30/2015 | 12/04/2014 |
| 014 | Other Diagnosis | Other Diagnosis | | Swelling of limb [729.81] | Converted to ICD10 | 09/30/2015 | 01/13/2015 |
| 015 | Other Diagnosis | Other Diagnosis | | Nausea alone [787.02] | Converted to ICD10 | 09/30/2015 | 01/27/2015 |
| 016 | Other Diagnosis | Other Diagnosis | | Pruritic disorder NOS [698.9] | Converted to ICD10 | 09/30/2015 | 01/28/2015 |
| 017 | Other Diagnosis | Other Diagnosis | | Venous insufficiency NOS [459.81] | Converted to ICD10 | 06/15/2015 | 06/15/2015 |
| 025 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 10/19/2015 | 10/19/2015 |
| 030 | Other Diagnosis | Pt. Specific Chronic Condition | | Idiopathic aseptic necrosis of left humerus [M87.022] | Assessed | 11/03/2015 | 11/03/2015 |
| 032 | Other Diagnosis | Pt. Specific Chronic Condition | | Idiopathic aseptic necrosis of right humerus [M87.021] | Assessed | 11/03/2015 | 11/03/2015 |
| 036 | Chronic Conditions | Sickle Cell | | Sickle-cell disease without crisis [D57.1] | Assessed | 12/03/2015 | 12/03/2015 |
| 040 | Other Diagnosis | Other Diagnosis | SNOMED: 440346008 - Ulcer of limb due to chronic venous insufficiency (disorder) | Venous insufficiency (chronic) (peripheral) [I87.2] | Assessed | 10/17/2016 | 10/17/2016 |
| 041 | Other Diagnosis | Other Diagnosis | SNOMED: 132131000119102 - Chronic deep venous thrombosis of calf (disorder) | Chronic embolism and thrombosis of left femoral vein [I82.512] | Assessed | 10/17/2016 | 10/17/2016 |
| 042 | Other Diagnosis | Other Diagnosis | SNOMED: 68566005 - Urinary tract infectious disease (disorder) | Urinary tract infection, site not specified [N39.0] | Assessed | 10/24/2016 | 10/24/2016 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 044 | Other Diagnosis | Other Diagnosis | SNOMED: 399187006 - Hemochromatosis (disorder) | Hemochromatosis due to repeated red blood cell transfusions [E83.111] | Assessed | 01/04/2017 | 01/04/2017 |
| 045 | Other Diagnosis | Pt. Specific Chronic Condition | SNOMED: 182764009 - Anticoagulant therapy (procedure) | Long term (current) use of anticoagulants [Z79.01] | Assessed | 02/16/2017 | 02/16/2017 |
| 046 | Other Diagnosis | Other Diagnosis | SNOMED: 161929000 - Chesty cough (finding) | Cough [R05] | Assessed | 04/13/2017 | 04/13/2017 |
| 047 | Other Diagnosis | Other Diagnosis | SNOMED: 32620007 - Pulpitis (disorder) | Pulpitis [K04.0] | Assessed | 05/18/2017 | 05/18/2017 |
| 048 | Other Diagnosis | Other Diagnosis | SNOMED: 66569006 - Retained dental root (disorder) | Retained tooth [Z18.32] | Assessed | 05/30/2017 | 05/30/2017 |
| 049 | Other Diagnosis | Other Diagnosis | SNOMED: 45017008 - Open wound of lower limb with complication (disorder) | Unspecified open wound, unspecified lower leg, sequela [S81.809S] | Assessed | 07/25/2017 | 07/25/2017 |
| 050 | Communicable Diseases | MRSA | SNOMED: 282028001 - Multiple-resistant Staphylococcus aureus infection (disorder) | Methicillin resistant Staphylococcus aureus infection as the cause of diseases classified elsewhere [B95.62] | Assessed | 02/08/2018 | 02/08/2018 |
| 051 | Chronic Conditions | Sickle Cell | SNOMED: 416826005 - Sickle cell-thalassemia disease with crisis (disorder) | Sickle-cell thalassemia with crisis, unspecified [D57.419] | Assessed | 02/23/2018 | 02/23/2018 |
| 052 | Other Diagnosis | Other Diagnosis | SNOMED: 385093006 - Community acquired pneumonia (disorder) | Pneumonia, unspecified organism [J18.9] | Assessed | 03/04/2018 | 03/04/2018 |
| 053 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 06/07/2018 | 06/07/2018 |
| 054 | Other Diagnosis | Other Diagnosis | SNOMED: 299324008 - Soft tissue swelling of knee joint (finding) | Effusion, unspecified knee [M25.469] | Assessed | 07/26/2018 | 07/26/2018 |
| 055 | Other Diagnosis | Other Diagnosis | SNOMED: 30989003 - Knee pain (finding) | Effusion, left knee [M25.462] | Assessed | 07/26/2018 | 07/26/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 056 | Chronic Conditions | Sickle Cell | SNOMED: 416484003 – Sickle cell-hemoglobin E disease with crisis (disorder) | Other sickle-cell disorders with crisis, unspecified [D57.819] | Assessed | 04/29/2019 | 04/29/2019 |
| 057 | Other Diagnosis | Other Diagnosis | SNOMED: 80967001 – Dental caries (disorder) | Dental caries, unspecified [K02.9] | Assessed | 06/24/2019 | 06/24/2019 |
| 058 | Other Diagnosis | Other Diagnosis | SNOMED: 267982002 – Pain in lumbar spine (finding) | Low back pain [M54.5] | Assessed | 07/31/2019 | 07/31/2019 |
| 059 | Other Diagnosis | Other Diagnosis | SNOMED: 202490009 – Ankle joint pain (finding) | Pain in left ankle and joints of left foot [M25.572] | Assessed | 09/22/2019 | 09/22/2019 |
| 060 | Other Diagnosis | Other Diagnosis | SNOMED: 108365000 – Infection of skin (disorder) | Local infection of the skin and subcutaneous tissue, unspecified [L08.9] | Assessed | 01/28/2020 | 01/28/2020 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

sickle cell after math joint pain

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 9 of 9)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Hydroxyurea Cap (Hydrea)/500MG | RxNorm: 197797 – hydroxyurea 500 MG Oral Capsule; | 12/14/2019 | 2 caplets | ONCE A DAY, 4 TIMES A WEEK | 03/12/2020 | Received from Pharmacy |
| Hydroxyurea Cap (Hydrea)/500MG | RxNorm: 197797 – hydroxyurea 500 MG Oral Capsule; | 12/14/2019 | 3 capsules | EVERY TUESDAY - THURSDAY - SATURDAY | 03/12/2020 | Received from Pharmacy |
| ALPHA LIPOIC ACID CAPS (Alpha Lipoic Acid)/600 Mg | RxNorm: 1115585 – alpha lipoic acid 600 MG Oral Capsule; | 12/10/2019 | 1 cap | EVERY DAY | 06/06/2020 | Received from Pharmacy |
| APIXABAN TABS (Eliquis)/5 Mg | RxNorm: 1364447 – apixaban 5 MG Oral Tablet [Eliquis]; | 12/10/2019 | 1 tab | TWICE DAILY | 04/07/2020 | Received from Pharmacy |
| Zinc Sulfate Cap (Zincate)/220MG | RxNorm: 313773 – zinc sulfate 220 MG (zinc 50 MG) Oral Capsule; | 12/10/2019 | 1 cap | TWICE DAILY | 04/07/2020 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Vitamin C Tab/500MG | | 12/10/2019 | 1 tab | TWICE DAILY | 04/07/2020 | Received from Pharmacy |
| APAP (BOX OF 24) TABS (Tylenol)/325 Mg | RxNorm: 313782 - Acetaminophen 325 MG Oral Tablet; | 12/10/2019 | 2 tabs | FOUR TIMES DAILY AS NEEDED | 03/08/2020 | Received from Pharmacy |
| Gabapentin Cap (Neurontin)/300MG | | 12/10/2019 | 2 TABS | TWICE DAILY | 04/07/2020 | Received from Pharmacy |
| FOLIC ACID (UD) TABS (Folic Acid)/1 Mg | RxNorm: 310410 - folate 1 MG Oral Tablet; | 11/26/2019 | 1 tab | EVERY DAY | 05/23/2020 | Received from Pharmacy |

Ordered Drug Prescriptions (1 - 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Ibuprofen Tab (Motrin)/600MG | RxNorm: 197806 - Ibuprofen 600 MG Oral Tablet; | 02/13/2020 | 1 tablet | TWICE DAILY | 03/13/2020 | Received from Pharmacy |
| Ketorolac Tromethamine Inj (Toradol)/30MG/ML | | 02/13/2020 | 1 | USE AS DIRECTED | 02/13/2020 | On Hold at Pharmacy. Pharmacy faxed message with detail (OH) |

Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 01/01/2021 | Placed |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

Plan Notes

f/u after ER visit
received fluids and pain medications
Achy joint pain elevated temp minimally torodol 30 mg im now
ibuprofen 600 mg po bid
to keep hemotology consult being reviewed by utm

---

**Patient Education**

Patient Education Notes

f/u after ER visit
rest drink plenty of fluids at least one gallon per day
take ibuprofen only when needed for pain take with food side effects risk discussed such as gastric bleeding NV Kidney and
liver problems /inmate verbalized understanding and repeated back instructions given to him
Await hematology consult

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

| | |
|---|---|
| Medical: | 3 |
| Mental: | 2-Previously received MH services |
| SMI: | N-No |
| Dental: | 3-Routine Treatment Needed |

Prognosis:

Classification and Security Notes



```
TimeStamp: 3 April 2019 14:44:56 --- User:
TimeStamp: 29 April 2019 19:02:58 --- User:
TimeStamp: 30 April 2019 17:19:59 --- User:
TimeStamp: 3 May 2019 16:46:20 --- User:
TimeStamp: 7 May 2019 17:21:15 --- User:
TimeStamp: 9 May 2019 15:38:23 --- User:
TimeStamp: 13 May 2019 17:32:12 --- User:
TimeStamp: 14 May 2019 17:59:59 --- User:
TimeStamp: 17 May 2019 16:12:01 --- User:
TimeStamp: 20 May 2019 12:23:44 --- User:
TimeStamp: 28 May 2019 16:53:17 --- User:
TimeStamp: 10 June 2019 14:45:08 --- User:
TimeStamp: 11 June 2019 18:09:18 --- User:
TimeStamp: 18 June 2019 15:46:21 --- User:
TimeStamp: 25 June 2019 18:38:43 --- User:
TimeStamp: 1 July 2019 12:03:39 --- User:
TimeStamp: 2 July 2019 17:27:53 --- User:
TimeStamp: 9 July 2019 17:27:33 --- User:
TimeStamp: 16 July 2019 18:25:14 --- User:
```

---

**Encounter Orders Review**

| | | | |
|---|---|---|---|
| Review Type*: | Pending Nurses Order | Review Staff: | , RN |
| Review Date: | 02/13/2020 | Review Time: | 22:45:51 |

Review Notes

TimeStamp: 13 February 2020 22:48:48 --- User:

Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |



CHSS027J   Condensed Health Services Encounter      Wednesday July 08, 2020 11:46:27 AM

| | |
|---|---|
| | ADC #: [redacted]    Inmate Name: [redacted]<br>ENCOUNTER DATE: 02/12/2020   TIME: 21:32:22   DURATION: minutes   TYPE: Nurse - Return From Offsite<br>LOCATION: ASPC-F CENTRAL IPC [A23]   SETTING: Infirmary |
| S | Are interpreter services needed for this inmate: No<br>NOTES: IM returning from Banner Gateway for treatment of suspected infection |

| | |
|---|---|
| Inmate return from:   ○ Scheduled appointment or procedure    Copy of SOAP to     at 21:05:00<br>     ● Emergency transport and/or admission        ASOII: ● Y ○ N | |
| Inmate returned from: Banner Gateway | |
| For (describe): treatment of suspected infection | |

| | |
|---|---|
| O | CURR: 21:32:22   TEMP: 97.6   PULSE: 65   RP: 18   BP: 132/94   HT: 6 ft. 5 in.   WT: 240 lb<br>BLOOD SUGAR: NA   WksGest: 0   LMP: 01/01/1000   EDD(Initial): 01/01/1000<br>EDD(Final): 01/01/1000   HT(Fundal): 0   WT(Cml): 0   FHR: 0   PRES:   PROTEIN:   GLUCOSE:<br>NITRITES:   LEUC:   FETAL MOVEMENT:<br>02 SAT: 95.00%   SOURCE: Room Air<br>SCANNED DOCUMENT/PHOTO TYPE: Medical Records   TITLE: 2020_02_12_BannerGateway<br>NOTES:<br>Pt. able to ambulate to health unit with steady gait noted.<br>NADN. VSS.A&Ox4. Pt. is cooperative with questioning.<br>Pt. report 0/10 pain at this time.<br>Pt. able to communicate needs openly.<br>Speech clear and appropriate.<br>PEERLA intact.<br>Oral mucosa pink and moist.<br>Skin clean, warm and dry.<br>Lung sounds CTA with equal unlabored bilateral chest expansion. No S/S of SOB noted.<br>Normal heart rate and rhythm. S1/S2 noted.<br>Brisk capillary refill.<br>No edema noted.<br>Abdomen soft, non distended, BS present x4. No issues with bowel and bladder noted. Last BM 2/12<br>Peripheral pulses present x4. |

| | | |
|---|---|---|
| Dressing: ○ Y ● N | Dressing changes required: ○ Y ● N | Sutures: ○ Y ● N |
| Complaints: ○ Y ● N | | |

| | |
|---|---|
| A | NOTES: Risk for infection r/t disease process. |
| | ● Stable   ○ Unstable |

| | |
|---|---|
| P | DRUG PRESCRIPTION: Cefepime Hcl Inj/2GM   VERBAL BY: [redacted], NP<br>EFFECTIVE DT: 02/12/2020   RT: PO   DOSE: 1   STRENGTH: 2Gm   METHOD: Normal Do e<br>FREQ: TID   FOR: 35 DAYS   EXPIRATION: 03/17/2020   REFILLS: 4   STATUS: Received from Pharmacy<br>DRUG COMMENTS: Why mu t thi  drug be u ed in tead of one included on the formulary? Per recommendation of ho pital<br><br><br>DRUG PRESCRIPTION: Ciproflo acin Hcl Tab (Cipro)/750MG   VERBAL BY: [redacted], NP<br>EFFECTIVE DT: 02/12/2020   RT: PO   DOSE: 1   STRENGTH: 750Mg   METHOD: Normal Do e<br>FREQ: QD   FOR: 28 DAYS   EXPIRATION DATE: 03/10/2020   REFILLS: 0   STATUS: Received from Pharmacy<br>DRUG COMMENTS: Per ho pital recommendation.<br>DRUG PRESCRIPTION: Eliqui  Tab (Api aban)/5MG   VERBAL BY: [redacted], NP<br>EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 2   STRENGTH: 5Mg   METHOD: Normal Do e<br>FREQ: BID   FOR: 7 DAYS   EXPIRATION DATE: 02/19/2020   REFILLS: 0   STATUS: Received from Pharmacy<br>DRUG COMMENTS: Why mu t thi  drug be u ed in tead of one included on the formulary? |

Recommendation per hospital for DVT prophylaxis.


DRUG PRESCRIPTION: Eliquis Tab (Apixaban)/5MG   VERBAL BY: ███████████, NP
EFFECTIVE DT: 02/20/2020   RT: PO   DOSE: 1   STRENGTH: 5Mg   METHOD: Normal Dose
FREQ: BID   FOR: 30 DAYS   EXPIRATION DATE: 03/20/2020   REFILLS: 0   STATUS: Received from
Pharmacy
DRUG COMMENTS: Why must this drug be used instead of one included on the formulary? DVT
prophylaxis per hospital recommendation.



LAB TEST ORDERED: CBC/ WITH DIFF/PLATELETS
LAB INSTRUCTIONS: Collect CBC on AM shift and send stat so admitting provider may review
platelet levels per hospital recommendation.
APPT SCHEDULED: Lab   WITH: ███████████
ON: 02/13/2020   AT: 21:32:22
PREV TRANSFER HOLD: Medical Hold   EXPIRES: 06/08/2021
NOTES:
Recommendations from Dr. ████ at Banner Gateway Medical Center:
1. Administer the following new medications:
-apixaban 10mg PO BID for 7 days, then 5mg PO BID thereafter
-cefepime 2g IVPB q 8 hours for 35 days
-Ciprofloxacin 750mg QD for 4 weeks.
2. Continue the following medications:
-Keppra 250mg 2 tabs BID PO
-Zofran 8mg PO TID
-Acyclovir 400mg PO TID
-Blinatumomab 35mcg continuous infusion
-dicyclomine 10mg PO BID
-Gabapentin 300mg PO TID
-Vistaril 50mg PO BID
-Mirtazapine 30mg PO Q HS
-Mirtazapine 7.5mg PO QHS
-Morphine ER 30mg  PO BID
-Morphine IR 15mg PO Q 6 hours
-Protonix 40mg PO QD
-Ursodiol 300mg PO TID
3. Follow up with the following providers:
-Dr. Ulrickson (oncology) on 2/18 @ 1030a, and 1100a.
4. Collect a CBC on 2/13 to assess for platelets. Alert Dr. ████████ if platelets less than 40k.


Recommendations read to HCP █████ VO per HCP ███████ as follows:
1. Administer the following new medications:
-apixaban 10mg PO BID for 7 days, then 5mg PO BID thereafter-agree
-cefepime 2g IVPB q 8 hours for 35 days-agree
-Ciprofloxacin 750mg QD for 4 weeks.-agree
2. Continue the following medications:
-Keppra 250mg 2 tabs BID PO-agree
-Zofran 8mg PO TID-agree
-Acyclovir 400mg PO TID-agree
-Blinatumomab 35mcg continuous infusion-agree
-dicyclomine 10mg PO BID-agree
-Gabapentin 300mg PO TID-agree
-Vistaril 50mg PO BID-agree
-Mirtazapine 30mg PO Q HS-agree
-Mirtazapine 7.5mg PO QHS-agree
-Morphine ER 30mg PO BID-disagree, use 60mg d/t previous prescription, readily available to
administer
-Morphine IR 15mg PO Q 6 hours-agree
-Protonix 40mg PO QD-agree

-Ursodiol 300mg PO TID-agree
3. Follow up with the following providers:
-Dr. Ulrickson (oncology) on 2/18 @ 1030a, and 1100a.-agree
4. Collect a CBC on 2/13 to assess for platelets. Alert Dr. ▉▉▉▉▉ if platelets less than 40k.-agree, run lab stat on AM shift on 2/13
5. Continue the following medications that were previously prescribed:
-Tylenol 325mg TID PO prn for fever
-Docusate Sodium PO QD
-Lidocaine Cream Topical BIDPRN
-Milk of Magnesia 30mL Q Week PRN

| | | |
|---|---|---|
| Returned with medications: ⦿ Y ◯ N | On call practitioner notified for medication order: ◯ Y ◯ N | Verbal medication orders entered into system: ⦿ Y ◯ N |
| Copy of con ultation report to clinical coordinator: ◯ Y ◯ N | Returned to unit at: 21:05:00 | |

E   NOTES: Educated on POC. Notify staff of new or worsening s/s. Use of call light, oral hydration and hand hygiene. Bed is in lowered position and locked. Pt verbalized understanding of ed

H/S MH Status: Outpatient-Regular MH Contact

ADDENDUM: 02/13/2020 08:02:37 ▉▉▉▉▉▉▉▉▉

If platelet less than 40k -IM need to go to Banner Gateway for platelet infusion-agree

TimeStamp: 13 February 2020 08:05:27 --- User: ▉▉▉▉▉▉▉▉▉▉▉

STAFF: ▉▉▉▉▉▉▉▉▉    Registered Nurse
NURSE SIGNATURE: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

# Clinical Orders

ADC #: ▉▉▉▉▉    Inmate Name: ▉▉▉▉▉▉▉▉▉
Encounter Date: 02/12/2020   Encounter Time: 21:32:22

DRUG PRESCRIPTION: Cefepime Hcl Inj/2GM   VERBAL BY: ▉▉▉▉▉▉▉▉, NP
EFFECTIVE DT: 02/12/2020   RT: PO   DOSE: 1   STRENGTH: 2Gm   METHOD: Normal Dose
FREQ: TID   FOR: 35; DAYS   EXPIRATION DATE: 03/17/2020   REFILLS: 4   STATUS: Received from Pharmacy
DRUG COMMENTS: Why must this drug be used instead of one included on the formulary? Per recommendation of hospital

DRUG PRESCRIPTION: Ciproflo acin Hcl Tab (Cipro)/750MG   VERBAL BY: ▉▉▉▉▉▉▉, NP
EFFECTIVE DT: 02/12/2020   RT: PO   DOSE: 1   STRENGTH: 750Mg   METHOD: Normal Do e
FREQ: QD   FOR: 28; DAYS   EXPIRATION DATE: 03/10/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: Per ho pital recommendation.

DRUG PRESCRIPTION: Eliquis Tab (Apixaban)/5MG   VERBAL BY: ▉▉▉▉▉▉▉, NP
EFFECTIVE DT: 02/13/2020   RT: PO   DOSE: 2   STRENGTH: 5Mg   METHOD: Normal Dose
FREQ: BID   FOR: 7; DAYS   EXPIRATION DATE: 02/19/2020   REFILLS: 0   STATUS: Received from Pharmacy
DRUG COMMENTS: Why must this drug be used instead of one included on the formulary? Recommendation per hospital for DVT prophylaxis.

DRUG PRESCRIPTION: Eliquis Tab (Apixaban)/5MG   VERBAL BY: ▉▉▉▉▉▉▉▉, NP

EFFECTIVE DT: 02/20/2020   RT: PO   DOSE: 1   STRENGTH: 5Mg   METHOD: Normal Dose
FREQ: BID   FOR: 30; DAYS   EXPIRATION DATE: 03/20/2020   REFILLS: 0   STATUS: Received
from Pharmacy
DRUG COMMENTS: Why must this drug be used instead of one included on the formulary? DVT
prophylaxis per hospital recommendation.

---

LAB TEST ORDERED: CBC/ WITH DIFF/PLATELETS
LAB INSTRUCTIONS: Collect CBC on AM shift and send stat so admitting provider may review
platelet levels per hospital recommendation.

---

APPT SCHEDULED: Lab   WITH: ██████████
ON: 02/13/2020   AT: 21:32:22

VERBAL ORDER REVIEWED BY DOCTOR: _____

**ATTACHMENT 4**

**[REDACTED]**

**ATTACHMENT 4**



CHSS027J    Condensed Health Services Encounter              Friday July 10, 2020 12:41:00 PM

| | |
|---|---|
| ADC #: ███████  Inmate Name: ███████ | |
| ENCOUNTER DATE: 02/24/2020   TIME: 17:21:58   DURATION: minutes   TYPE: Nurse - Chart Note | |
| LOCATION: ASPC-PHX INMATE WRKR [B11]   SETTING: Clinic | |

I   NOTES:


CHART NOTE
Patient submitted an HNR requesting the results to his biopsy. Patient was brought in to medical and seen by Dr. ███████. Results were discussed and the POC was expained. When Dr. ███████ was finished talking to patient. this writer educated the patient about the actual procedure and answered all questions. All questions and concerns addressed. Patient stated appreciation for all the information and stated understanding.

TimeStamp: 24 February 2020 17:33:12 --- User: ███████

H/S MH Status: No history of MH services

STAFF: ███████, RN   Registered Nurse
NURSE SIGNATURE: _____