**Index of Exhibits to the Declaration of David C. Fathi**

| Exhibit # | Description |
|---|---|
| 1 | Letter from David Fathi to Tim Bojanowski regarding Request for Production (RFP) 66 (June 29, 2020) |
| 2 | Email chain among counsel regarding RFP 66 (July 1, 2020) |
| 3 | Tim Bojanowski's response letter to David Fathi's June 29 letter (July 8, 2020) |

# EXHIBIT 1

LEGAL DEPARTMENT
NATIONAL PRISON
PROJECT



June 29, 2020

**BY ELECTRONIC MAIL ONLY**

Tim Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

    Re: *Parsons v. Shinn*

Dear Tim,

We write regarding the Court's order granting, *inter alia*, Plaintiffs' Request for Production (RFP) 66 (Doc. 3635).

RFP 66 requests the following information:

**RFP 66 – The number of class members in each mental health category and within each category, the number prescribed psychotropic medications: MH-1, MH-2, MH-3A, MH-3B, MH-3C, MH-3D, MH-3E, MH-4, MH-5, and SMI.**

Doc. 3635 at 1. The Court stated: "Upon preparation of the parties' joint submission, Defendants agreed to produce documents responsive to this request. If not already disclosed, the Court will require that the documents be produced within seven days of this Order." *Id*. at 1-2.

Unfortunately, Defendants have failed to comply with the Court's order by the June 26 deadline. The documents Defendants produced do not provide the number of class members classified as MH-3A, MH-3B, MH-3C, MH-3D, MH-3E, or SMI; and do not provide "within each category, the number prescribed psychotropic medications." See ADCM 1617936-1617947; 1617737-1617935.

Please produce these documents, as required by the Court's order, no later than July 6, 2020.

Very truly yours,

David C. Fathi

cc: All counsel

AMERICAN CIVIL
LIBERTIES UNION
FOUNDATION

PLEASE RESPOND TO
NATIONAL PRISON PROJECT
915 15TH STREET, NW
7TH FLOOR
WASHINGTON, DC 20005-2112
T/202.393.4930
F/202.393.4931
WWW.ACLU.ORG

DAVID C. FATHI
*DIRECTOR*
*ATTORNEY AT LAW**

**NOT ADMITTED IN DC:
PRACTICE LIMITED TO
FEDERAL COURTS*

# EXHIBIT 2

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Wednesday, July 1, 2020 1:03 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Rachel Love <RLove@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Cc:** Maria Morris <MMorris@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>
**Subject:** RFP 66

Tim,

The Court ordered Defendants to produce documents responsive to RFP 66 no later than June 26, 2020.  Doc. 3635 at 1-2.  Defendants have failed to comply with that order.  Defendants have not obtained (or sought) a stay of the order; nor have you provided any reason for your noncompliance, particularly in light of your representation to the Court on May 29 that you would produce documents responsive to this request.  Doc. 3613 at 3.

If Defendants have not fully responded to RFP 66 by the close of business on July 8, 2020, we will be obliged to file a motion to enforce the Court's order.

David

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts


**From:** Tim Bojanowski <TBojanowski@strucklove.com>
**Sent:** Wednesday, July 1, 2020 11:41 AM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Rachel Love <RLove@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Cc:** Maria Morris <MMorris@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>; David Fathi <dfathi@aclu.org>
**Subject:** RE: Parsons - max custody ESI search terms

Corene-

I anticipate having additional documents for RFP 66 by 7/8/20.

Tim

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Wednesday, July 1, 2020 8:11 AM
**To:** Rachel Love <RLove@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Cc:** Maria Morris <MMorris@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>; David Fathi <dfathi@aclu.org>
**Subject:** RE: Parsons - max custody ESI search terms

And likewise I want to confirm again that you all will do this with the search terms for RFP #122 using those terms/custodians proposed?

Also, can you please advise when we will receive the documents responsive to RFP 66 (see the letter from David Fathi sent on Monday).

Thanks,
Corene

# EXHIBIT 3



**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

Timothy J. Bojanowski
480.420.1604
tbojanowski@strucklove.com

July 8, 2020

**<u>VIA EMAIL ONLY</u>**
David Fathi
American Civil Liberties Union
Legal Department
NATIONAL PRISON PROJECT
915 15th Street, NW
7th Floor
Washington, DC 20005-2112

   **Re: *Parsons v. Shinn*
     Court Order (Doc. 3635) regarding Plaintiffs' RFP 66**

Dear David:

  We write in response to your letter of June 29, 2020 regarding the Court's order (Doc. 3635) as it relates to Plaintiffs' RFP 66 for mental health statistics. Attached is a Prescribed Psychotropic Medication Summary received from Centurion for the period May 26 through July 8, 2020 (ADCM1622922). There is no report that exists which breaks down MH-3s into sub-categories for us to report. We are currently working with ADCRR to determine if a report exists that would identify the housing locations for SMI inmates and will update you.

  Should you have any questions, please do not hesitate to contact me.

            Regards,

            Timothy J. Bojanowski

TJB/ eap
cc: Counsel of Record
Attachment: As Stated

| SMI | Count |
|---|---|
| No | 5857 |
| Yes | 1337 |

| MH Score | Count |
|---|---|
| 1 | 250 |
| 2 | 383 |
| 3 A | 1053 |
| 3 B | 4279 |
| 3 C | 761 |
| 3 D | 22 |
| 3 E | 22 |
| 4 | 381 |
| 5 | 43 |
| Total | 7194 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1622922