UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDER [DOC. 3635]** |

The Court having considered Plaintiffs' Motion to Enforce the Court's Order [Doc. 3635], and good cause appearing, IT IS ORDERED:

Defendants shall fully respond to Plaintiffs' Request for Production 66 no later than _____. If Defendants have not fully responded to RFP 66 by that date, Defendants shall deposit into the Registry of this Court the amount of $_____ each day until they have fully responded to RFP 66.

LEGAL23774493.1