**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs request leave to file under seal certain documents associated with their Motion to Enforce Paragraph 14. (Doc. 3628). Defendants request leave to file under seal an unredacted copy of their Response to the Court's Order to Show cause as well as certain documents associated with that response. (Doc. 3650, 3654). Both parties' requests will be granted.

On July 13, 2020, Plaintiffs filed a Motion to Enforce regarding the Court's Order dated June 19, 2020. (Doc. 3652). Defendants will be required to file an expedited response and Plaintiffs will be required to file an expedited reply. Given Defendants' prior position, Doc. 3613 at 3, Defendants are strongly encouraged to resolve this matter prior to the date their opposition is due.

Accordingly,

**IT IS ORDERED** the Motions to Seal (Doc. 3650, 3654) are **GRANTED**. The Clerk of Court will combine in a new entry on the docket the redacted versions of Doc. 3649 and Doc. 3653. The Clerk of Court will file in the lodged document, Doc. 3651,

keeping the same docket number.  This Order shall not be sealed.

**IT IS FURTHER ORDERED** no later than **July 20, 2020**, Defendants shall file their response to the Motion to Enforce.  No later than **July 23, 2020**, Plaintiffs shall file their reply.

Dated this 14th day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge