Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DECLARATION OF TOM DOLAN** |

I, Tom Dolan, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am the Vice President of Operations of Centurion, and have held that position since April 29, 2019. Centurion is a national leading provider of medical and behavioral health services to state prison systems, serving 12 state correctional agencies. As Vice President of Operations, I provide daily oversight and management of Centurion subsidiary Centurion of Arizona, LLC, which has held the contract to provide health care services at the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") since July 1, 2019. I monitor and manage Centurion's compliance with that contract and

with the Health Care Performance Measures required by the *Parsons* Stipulation, and serve as a liaison between corporate leadership and ADCRR.

3. Centurion site leadership participates daily in meetings with ADCRR site leadership. These meetings are often attended by the Warden, Facility Health Administrator ("FHA"), and ADCRR monitors and medical liaison. Designees such as Deputy Wardens of Operations and Assistant Facility Health Administrators can stand in when required. Performance measures are reviewed daily for any noncompliance or potential risk for noncompliance. Plan of actions are immediately implemented to ensure immediate and rapid adjustments and ensure good care. The presence of the medical liaison and site monitors allows for input to help identify concerning trends or possible risks with transparency for all stakeholders.

4. There is also a weekly meeting for regional vendor leadership, which can include myself, the Regional Medical Director, the Directors of Operations, and the Director of Compliance. The ADCRR's Assistant Director of Medical Services and other members of the Medical Services Contract Monitoring Bureau ("MSCMB") attend. These meeting focus on policy and procedure changes or needs identified by the Court or the MSCMB for best care of the patient population. A direct link is made for any changes to Performance Measures and policy shifts in order to show continued improved compliance. These meetings have been canceled due to the COVID pandemic. We now meet as requested by the Assistant Director of the MSCMB.

5. Effective January 1, 2020, the Centurion and ADCRR senior leadership meetings increased from bi-weekly to weekly conference calls. In attendance from ADCRR are the Director, Deputy Directors, the MSCMB Assistant Director, and others as requested by the Director. Centurion attendees include myself, the Regional Medical Director, and others. These meetings have no set agenda as they are to problem solve opportunities that arise daily. We discuss Performance Measures that are included in the January 31, 2020 Order to Show Cause to improve compliance. These meeting have been cancelled due to the COVID-19 pandemic. The Director initiated the Emergency Operations Command

(EOC) which, we have representation who is present daily and I and Dr. Orm attend a Warden's briefing Monday, Wednesday and Friday. The EOC and the Warden's briefing have transitioned to telephonically due to the COVID-19 pandemic.

6. Since assuming the contract in July 2019, Centurion has taken proactive steps to improve not only patient access to care at ADCRR state-operated facilities, but also the quality of care that they receive. Those efforts have resulted in a significant increase in overall compliance with the Performance Measures (or "PM") in the Stipulation.

7. When Centurion assumed the contract on July 1, 2019, the prior vendor's overall compliance percentage with the Health Care Performance Measures in the Stipulation was 89%. Of the 746 audited Health Care Performance Measures/facilities, only 664 were compliant (85% or higher). As of May 1, 2020, Centurion has raised the overall compliance percentage of Health Care Performance Measures to 96%—703 compliant audits out of 731 audited Health Care Performance Measures/facilities in April 2020, the last audited month. The overall compliance percentage in February 2020 was 95%, and the overall compliance percentage in March 2020 was 96%. This significant improvement was the result of many efforts taken by Centurion and ADCRR since their partnership began.

### **Staffing**

8. Centurion has placed an emphasis on hiring and retaining qualified medical professionals and staff. Since Centurion assumed the contract in July 2019, the "hired fill rate" and "worked fill rate" have increased dramatically. The "hired fill rate" is the percentage of the contractually required full-time equivalent ("FTE") that is filled by hired employees. The "worked fill rate" is the percentage of the FTE that is filled by not only hired employees, but also overtime by non-salaried employees and coverage by salaried employees, and work by agency (locum) staff. Hired and Worked FTE both refer to the workload coverage required by the Arizona contract and puts hired FTEs and hours worked into comparable contexts. Centurion provides a significantly higher number of hours through premium pay (pro re nata ("PRN") physicians, agency staff, overtime, coverage pay) in addition to hours worked by hired FTEs. Premium pay hours are only captured in

worked FTE. In addition only productive time is included in worked FTE, meaning these hours worked are covered shifts and do not include paid time off or training hours. Worked FTE is a better reflection than hired FTE of all of the hours worked in the Arizona contract that go into providing and supporting direct patient care.

9. Since Centurion assumed the contract in July 2019, the fill rates for all contracted positions increased from 70.06% (hired) / 85.30% (worked) to 93.36% (hired) / 102.54% (worked).

**HIRED AND WORKED FILL RATES COMPARED TO CONTRACT FTE**

| Month | Hired Fill Rate | Worked Fill Rate |
|---|---|---|
| Jul-19 | 70.06% | 85.30% |
| Aug-19 | 81.47% | 87.97% |
| Sep-19 | 80.48% | 88.70% |
| Oct-19 | 82.16% | 90.06% |
| Nov-19 | 83.95% | 91.44% |
| Dec-19 | 85.78% | 92.84% |
| Jan-20 | 87.41% | 92.16% |
| Feb-20 | 87.71% | 102.39% |
| Mar-20 | 88.90% | 102.74% |
| Apr-20 | 93.89% | 104.40% |
| May-20 | 93.36% | 102.54% |

10. The contract requires 10.2 FTE for physicians and 43 FTE for mid-level providers (Nurse Practitioners ("NP") and Physicians Assistants ("PA")). In September 2019, hired physicians totaled 6.0 FTE (9 employees – ASPC-Eyman: 1; ASPC-Florence: 1; ASPC-Lewis: 2; ASPC-Perryville: 2; ASPC-Phoenix: 1; ASPC-Tucson: 2), and hired mid-level providers totaled 38.8 FTE (55 employees). In October 2019, hired physicians increased to 7.0 FTE, a 16.7% increase, and three PRN physicians (i.e., as needed physicians) were hired, bringing the hired total to 13 (ASPC-Eyman: 1; ASPC-Florence: 2; ASPC Lewis: 3; ASPC-Perryville: 2; ASPC-Phoenix: 2; ASPC-Tucson: 2; ASPC-Yuma: 1). Hired mid-level providers also increased in October 2019 to 40.7 FTE (58 employees), a 4.90% increase. In December 2019, hired physicians decreased by 1.0 FTE due to the

promotion of an internal employee to the Phoenix Medical Director position. In January 2020, a 1.0 FTE hired physician stepped down to a PRN position at ASPC-Florence, but continued to work shifts at the complex. In April 2020, the total hired number of physicians increased by 2.75 FTE (ASPC-Perryville: 1.0; ASPC-Tucson: 1.0, ASPC-Florence: 0.75), a 64.71% increase, reaching 7.0 FTE. Hired mid-level providers have increased significantly, reaching 49.65 FTE in April 2020, a 115.47% hired fill rate. The worked fill rate for mid-level providers in April 2020 was 126.60%.

| | | 19-Sep | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 38.8 | 55 | 90.23% | 7,140.20 | 42.5 | 98.84% |
| Physician | 10.2 | 6 | 9 | 58.82% | 1,639.47 | 9.76 | 95.67% |

| | | 19-Oct | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 40.7 | 59 | 94.65% | 8,284.25 | 45.02 | 104.70% |
| Physician | 10.2 | 7 | 13 | 68.63% | 1,892.75 | 10.29 | 100.85% |

| | | 19-Nov | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 41.7 | 59 | 96.98% | 7,211.83 | 42.93 | 99.83% |
| Physician | 10.2 | 7 | 13 | 68.63% | 1,501.75 | 8.94 | 87.64% |

| | | 19-Dec | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 44.7 | 62 | 103.95% | 7,638.50 | 41.51 | 96.54% |
| Physician | 10.2 | 6 | 12 | 58.82% | 1,675.75 | 9.11 | 89.29% |

| | | 20-Jan | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 46.7 | 65 | 108.60% | 8,821.42 | 47.94 | 111.49% |
| Physician | 10.2 | 4.25 | 12 | 41.67% | 1,823.52 | 9.91 | 97.16% |

| | | 20-Feb | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 45.65 | 63 | 106.16% | 8,255.05 | 51.59 | 119.99% |
| Physician | 10.2 | 4.25 | 12 | 41.67% | 1,285.25 | 8.03 | 78.75% |

| | | 20-Mar | | | | | |
|---|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 46.65 | 64 | 108.49% | 8,915.72 | 50.66 | 117.81% |
| Physician | 10.2 | 4.25 | 12 | 41.67% | 1,288.82 | 7.32 | 71.79% |

| Provider | Contract | 20-Apr | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 49.65 | 70 | 115.47% | 9,581.08 | 54.44 | 126.60% |
| Physician | 10.2 | 7 | 16 | 68.63% | 1,396.80 | 7.94 | 77.81% |

11. In May 2020, hired mid-level providers either met or exceeded contract FTE requirements at all complexes. Statewide, Centurion exceeded contract requirements for mid-level provider positions by 8.40 FTE, a 19.5% overage (ASPC-Douglas: 0.25, ASPC-Eyman: 1.5, ASPC-Florence: 1.25, ASPC-Lewis: 1.0, ASPC-Perryville: 1.5, ASPC-Phoenix: 1.0, ASPC-Safford: 1.0, and ASPC-Yuma: 0.9).

12. Centurion filled critical positions during this time, including the ASPC-Florence Site Medical Director (vacant since September 2018 [but covered by ASPC-Eyman Site Medical Director], filled on November 11, 2019); the ASPC-Winslow Site Medical Director (vacant since July 2012 [but covered by ASPC-Yuma Site Medical Director], filled on November 23, 2019), and the ASPC-Douglas Site Medical Director position (previously covered by the Regional Medical Director or Assistant Regional Medical Director, filled on June 29, 2020). Centurion hired two obstetrics and gynecology (OB-GYNs) at ASPC-Perryville over the current staffing matrix (on July 1, 2019, and April 27, 2020). In May 2020, the combined hired fill rate for Psychiatrists and Psychiatric Nurse Practitioners was 90.16%.

13. In November 2019, Centurion approved the hiring of additional Medical Assistants and Certified Nursing Assistants to support the clinics in each of the housing units as needed. These staff members are utilized to improve scheduling for appointments and referrals, which improves compliance with PMs 39, 40, and 42. They assist with administrative tasks, printing, and distributing diagnostic results to patients, which improves compliance with PM 47. Finally, they facilitate telehealth services, which improves compliance with PMs 37, 39, 40, 42, 53, and 55. Centurion recently hired an additional (over contract requirements) 18.8 FTE Medical Assistants/Certified Nursing Assistants to help support clinics.

14. In November 2019, Centurion approved the hiring of additional Administrative Assistants (currently 5.75 FTE over contract requirements) to assist with supporting, tracking, and monitoring Performance Measures. These additional positions will improve compliance by assisting the healthcare delivery facilitators in tracking and monitoring more measures by increasing the band width. The following facilities are currently hired over contract requirements for Administrative Assistants: ASPC-Eyman (two), ASPC-Florence (one), ASPC-Lewis (one), ASPC-Tucson (one), ASPC-Winslow (one).

15. To ensure a pool of temporary staff, Centurion has utilized supplemental staffing through several agencies. Centurion has contracted with three provider agencies—Maxim Healthcare Services, Alumni Healthcare Staffing, and Consilium Staffing—and five nursing agencies—AB Staffing Solutions, Accountable Healthcare Staffing, Maxim Healthcare Services, Supplemental Health Care, and MobileX. Centurion began working with MobileX, Supplemental Health Care, Maxim Healthcare Services, and Alumni Healthcare Staffing during the July 2019 contract transition. Consilium Staffing began assisting in September 2019, Accountable Healthcare Staffing began assisting in November 2019, and AB Staffing began assisting in January 2020. Centurion supplemented staff with approximately 71 agency staff in the first quarter of 2020. There were 83 agency staff in June, and currently there are 64 agency staff. In April 2020, 12 new agency nurses were brought on, and in May 2020, 16 new agency nurses were brought on.

## Recruitment and Retention

16. Centurion has aggressively recruited through marketing and online postings via social media and text messaging campaigns, job fairs, and nursing school visits. Provider recruiting efforts started in March 2019 and non-provider recruiting efforts started in May 2019 and continue to date. The following provider recruitment events were cancelled due to the COVID-19 pandemic: March 2020 Yuma Primary Care Recruitment Dinner cancelled; March 2020 AZ Osteopathic Conference cancelled (provided a virtual ad during the virtual meeting); April 2020 Southern CA Psychiatric Society's Annual

Conference cancelled; and April 2020 Western Regional Dental Annual Meeting cancelled. Non-Provider recruiting efforts, specifically for nursing, began on May 15, 2019. To date, Centurion has attended 23 academic events; advertised with 11 professional associations; joined and posted employment opportunities within several social media groups on Facebook and LinkedIn; sent 29 text campaigns resulting in over 10,000 individual connections with nurses in Arizona; published and distributed six direct mail campaigns to nearly 40,000 nurses and completed 22 email campaigns targeted to 34,000 Arizona nurses; placed print and display advertisements in 15 Arizona newspapers; and created an online presence by advertising through a variety of employment websites including Indeed, Zip Recruiter, and Monster. Non-provider events and activities that were canceled due to COVID-19 include: March 2020 On-site job fair at ASPC–Lewis; March 2020 University of Arizona BSN student presentation; April 2020 National Student Nurses Association Annual Convention; April 2020 Pima Community College Development Workshop for CNA, EMT, and LPN students; April 2020 On-site job fair at ASPC–Eyman and ASPC-Florence; April 2020 Pima Community College RN job fair (was changed to virtual, Centurion attended); July 2020 National Association of Hispanic Nurses Conference (Centurion placed ads to run on their website); and July 2020 National Black Nurses Association Conference (Centurion placed ads to run on their website).

17.   Since Centurion assumed the contract, it has spent $179,310.32 in these recruitment efforts. Since February 2020, Centurion has spent $80,956.36.

18.   Centurion has doubled the retention bonus for ADON, RN, LPN, and Psychology Associates at certain understaffed facilities. Beginning on September 16, 2019, full-time RNs and LPNs hired at ASPC-Eyman, ASPC-Florence, ASPC-Lewis, ASPC-Perryville, and ASPC-Yuma received a $3,000 retention bonus paid over the first year. Beginning on February 12, 2020, full-time ADONs, RNs, and LPNs hired at ASPC-Eyman, ASPC-Florence, ASPC-Lewis, and ASPC-Yuma receive a $6,000 retention bonus paid over the first year; full-time night shift RNs at ASPC-Perryville received a $4,000 retention bonus paid over the first year; fulltime Psychology Associates hired at ASPC-Eyman,

ASPC-Florence, ASPC-Lewis, ASPC-Perryville, and ASPC-Yuma received a $2,500 retention bonus paid over the first year; and full-time ADONs, RNs and LPNs hired at ASPC-Tucson received a $2,500 retention bonus paid over the first year. These retention bonuses were effective until June 30, 2020. Twenty four (24) ADONs, 16 Psychology Associates, 117 RNs, and 41 LPNs were hired during these times frames and eligible to receive these retention bonuses, totaling a potential pay-out of $1,002,500.00. Beginning on July 1, 2020, full-time Psychology Associates hired at ASPC-Eyman, ASPC-Florence, ASPC-Lewis, ASPC-Perryville, and ASPC-Yuma will receive a $2,500 retention bonus paid over the first year.

19. Beginning on October 1, 2019, Centurion has offered a retention bonus for all Site Medical Director vacancies in the amount of $20,000, with 50% paid after 30 days and the remainder paid at the one-year anniversary. Beginning on March 1, 2020, Centurion has offered the same bonus for all primary care physicians, except vacancies at ASPC-Tucson.

20. Beginning on November 29, 2019, Centurion offered an additional bonus, ranging from $5,000 to $10,000, to midlevel providers to assist with licensure and/or relocation expenses, as needed.

**Compensation**

21. In February 2020, Centurion increased salaries for RN and LPNs at ASPC-Eyman, ASPC-Florence, ASPC-Lewis, and ASCP-Yuma. These increases were determined by using various validated resources such as the Economic Research Institute (ERI) Salary Assessor, a paid subscription-based compensation research platform, and by doing thorough research via the compensation analysis portals on other websites, such as salary.com, payscale.com, etc. Additionally we researched online job boards to see what other comparable employers in the area are paying and spoke with contacts, healthcare professionals, and candidates in the area to gather survey info from them regarding market rates. The increases place these positions in the 90th percentile or higher.

22. Centurion authorizes overtime pay (for non-salaried employees) and coverage pay (for salaried employees). Centurion has paid out on the following hours for overtime and coverage:

| **Overtime Pay Hours** | | | | | | |
|---|---|---|---|---|---|---|
| Oct. 2019 | Nov. 2019 | Dec. 2019 | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 |
| 3924.57 | 5129.75 | 4237.75 | 4439.28 | 3917.62 | 7729.48 | 5890.68 |

| **Coverage Pay Hours** | | | | | | |
|---|---|---|---|---|---|---|
| Oct. 2019 | Nov. 2019 | Dec. 2019 | Jan. 2020 | Feb. 2020 | Mar. 2020 | Apr. 2020 |
| 733.00 | 1106.50 | 798.85 | 761.03 | 556.25 | 543.88 | 397.10 |

23. In addition to overtime and coverage pay, Centurion offers shift bonuses, which is a set amount offered to staff who agree to work hard to fill shifts. These bonuses start at $40 for LPNs and $60 for RNs, and have gone up to as much as $150 to cover an open shift. Since September 2019, Centurion has paid $132,586.85 in shift bonuses.

24. Since the Court issued the January 31, 2020 Order to Show Cause, 13 mid-level providers have consistently worked above their hired full-time equivalent ("FTE") status required by the contract. In February 2020, mid-level providers worked 270 hours above their hired FTE; in March 2012, mid-level providers worked 276.75 above their hired FTE; and in May 2020, mid-level providers worked 380.5 hours above their hired FTE.

### General Compliance Efforts

25. Centurion invested in state-of-the art telehealth equipment statewide and developed an Arizona TeleHealth Program. The TeleHealth Program increases access to medical providers, on and off site specialists, psychiatrists, and registered nurses, which

helps improve compliance with PMs 37, 39, 40, 42, 44, 53, 55, 81–88, 90, 95, and 97.  The Arizona Telehealth Program went live on July 1, 2019, and became Centurion's largest telehealth program after just six months of operation.

26.     Prior to assuming the contract, ADCRR had been found to be in substantial noncompliance with Health Care Performance Measures ("PM") 49, 50, 51, and 52 at certain facilities.  These PMs relate to access to specialty consultations.  In the first six months that Centurion assumed the contract, Centurion increased the average number of monthly specialty consultations submitted (processed) by onsite providers by 41%.  In other words, there was a 41% increase in the average for the months July 2019 through December 2019 from the average for the months of January 2019 through June 2019 under the prior vendor.



27.     This increase was the result of streamlining the offsite consultation approval process by decreasing the steps and time from when a consultation is written to when the Utilization Management team (consisting of both regional and corporate staff) reviews and approves it.  Patient records now visibly track the status of consultations allowing for close oversight and scrupulous follow-ups.  The Utilization Team also works closely with local hospitals and are able to retrieve hospital records and discharge recommendations more expediently. That allows for the discharge recommendations to be reviewed by the provider within 24 hours, as required by PM 44.

11

28. The number of specialty consultations submitted (processed) in January (3,538), February (3,489), and March (3,494) 2020 held steady, but dipped in April 2020 (2,583) because of the Governor's COVID-19 Executive Orders.

29. PM 44 achieved compliance in December 2019 and January 2020 at ASPC–Eyman, ASPC-Florence, and ASPC-Lewis. PM 49 exceeded the compliance threshold in February, March, and April 2020 at ASPC-Florence, APSC-Perryville, and ASPC-Tucson; in February and March 2020 at ASPC-Douglas; in February 2020 at ASPC-Phoenix; and in March and April 2020 at ASPC-Eyman. PM 50 exceeded the compliance threshold in February, March, and April at ASPC-Perryville; and in April 2020 at ASPC-Florence and ASPC-Tucson. PM 51 exceeded the compliance threshold in February, March, and April at ASPC-Douglas and ASPC-Yuma; and in April 2020 at ASPC-Eyman, ASPC-Florence, ASPC-Perryville, and ASPC-Tucson. PM 52 exceeded the compliance threshold in January, February, and April 2020 at ASPC-Eyman, ASPC-Florence, ASPC-Perryville, and ASPC-Phoenix; in March 2020 at ASPC-Phoenix; and in January, March, and April 2020 at ASPC-Tucson.

30. In September 2019, Centurion developed and implemented a TeleHealth Registered Nurse Program to provide telenursing sick call. This Program was developed and implemented to improve compliance with several PMs, including PM 37. The telenursing RNs are used mainly at ASPC-Lewis, ASPC-Tucson, ASPC-Eyman, and ASPC-Yuma. Those facilities processed, on average, 200 encounters in February, March, and April 2020. If there is a need, Centurion has the ability to complete Telehealth Nurse Sick Call RN visits in all of the facilities.

31. PM 37 at ASPC-Eyman and ASPC-Lewis had been substantially noncompliant for approximately a year before Centurion assumed the contract, and that noncompliance continued into Centurion's term. PM 37 requires Sick Call inmates to be seen by an RN within 24 hours of receiving a health needs request ("HNR"). To help clear the nurse line backlogs, Centurion brought in additional staff to conduct nurse line "blitzes" at these facilities. Nurses were rotated to these facilities to double or triple the number of

nurse lines in operation during the shifts. Blitzes took place at ASPC-Lewis from November 16–18, 2019. On November 15, ASPC-Lewis had a nurse line backlog of 483. That backlog was reduced to zero by November 20. Compliance with PM 37 at ASPC-Lewis improved from 59% in December 2019 to 82% in February 2020, and has exceeded the compliance threshold since March 2020. ASPC-Eyman completed two nurse line blitzes in November 2019 and one in January 2020. The November blitzes occurred on November 8–10 and November 16–18. On November 8, the nurse line backlog was 680. On November 19, the backlog was only 296. The third blitz occurred on January 24–26, 2020. On January 24, 2020, the nurse line backlog was 196. On January 27, the backlog was zero. There have been no significant backlogs at ASPC-Eyman since. ASPC-Eyman achieved 92% compliance with PM 37 in February 2020, and maintained compliance in March 2020 and April 2020, after 20 consecutive months of non-compliance.

32. In addition to the nurse line blitzes at ASPC-Eyman, beginning in November 2019, Centurion assigned telehealth physicians and a tele-nurse to help with the nurse line backlog at ASPC-Eyman. There were as many as six telehealth physicians assigned; currently there are two. This effort helped increase compliance with not only PM 37, but also PMs 39 and 40, and allowed other providers the flexibility to focus on other PMs.

33. After the Court issued the January 31, 2020 Order to Show Cause, and to improve compliance with PMs 39, 40, 42, and 55 at facilities that were not in compliance, Centurion made available six physicians to provide additional coverage at those facilities as needed, including weekend coverage where needed. Centurion hired two in-State telehealth physicians (on January 5, 2020 and April 6, 2020), for a total of 10 dedicated telehealth physicians. Another out-of-State telehealth physician (licensed in Arizona) started in May 2020. PM 39 exceeded compliance at all relevant facilities in February, March, and April 2020. PM 40 exceeded compliance in February, March, and April 2020 at ASPC-Eyman; and in April 2020 at ASPC-Tucson. PM 42 exceeded compliance at all relevant facilities in February, March, and April 2020. PM 55 at ASPC-Eyman exceeded

compliance in August, September, November, and December 2019, and in January, March, and April 2020.

34. Beginning in November 2019, Centurion invested in a wireless technology pilot program that would enhance real-time nurse and provider documentation while seeing patients in facilities with connectivity issues. Real-time documentation improves compliance with Performance Measures that are based off of time frames. The project was fully operational and implemented at APSC-Lewis, Rast Unit, on May 5, 2020. Centurion is in the process of identifying additional connectivity needs in other complexes where care is provided and there is not currently internet connectivity.

35. To help improve access to care, particularly during the COVID-19 pandemic, Centurion signed a contract with CareClix in March 2020. CareClix is a virtual healthcare platform that provides specialty telehealth services, including cardiology, endocrinology, Ear, Nose and Throat ("ENT"), rheumatology, orthopedics, urology, nephrology, and infectious disease specialists. The first CareClix consult occurred on April 4, 2020.

36. In February and March 2020, Centurion's Chief Medical Officers assisted in reviewing specialty consultations requests to determine which specialty consultations were appropriate for telehealth services. These reviews were completed proactively so that any patients not yet seen could be scheduled for telehealth services once they became available. Since February 2020, Centurion has contracted directly with an endocrinologist and a nephrologist.

37. Upon receiving the January 31, 2020 Order to Show Cause, we immediately sent the Order to the Regional Directors and site leadership (FHA, Assistant FHA, Site Medical Directors, Director of Nursing) and conferenced to determine how we could retain and attain substantial compliance with the affected Performance Measures.

### **Health Care Statistics**

38. Each month, Centurion generates reports that track the number of healthcare encounters, prescriptions filled, HNRs submitted, specialty consultations ordered, specialty consultations scheduled, specialty consultations completed, and outside transports for

specialty consultations. Those reports reflect the following for the months of February, March, and April 2020:

### a. Health Care Encounters by a Qualified Health Care Professional (LPN, Mental Health RN, Nurse, Nursing Director, Nursing Supervisor)

| February | March | April |
|---|---|---|
| 85,848 | 88,754 | 92,849 |

### b. Health Care Encounters by a Health Care Practitioner (Physician, NP, PA)

| February | March | April |
|---|---|---|
| 26,729 | 25,208 | 27,958 |

### c. Prescriptions Filled

| February | 58,500 (medical) + 16,094 (mental health) = 74,594 |
|---|---|
| March | 63,724 (medical) + 16,970 (mental health) = 80,694 |
| April | 64,471 (medical) + 16,868 (mental health) = 81,339 |

### d. HNRs Processed

| February | 17,858 (medical) + 3,578 (dental) + 1,357 (mental health) = 22,793 |
|---|---|
| March | 20,304 (medical) + 3,489 (dental) + 1,166 (mental health) = 24,959 |
| April | 21,432 (medical) + 2,922 (dental) + 1,161 (mental health) = 25,515 |

### e. Specialty Consultations Ordered

| February | March | April |
|---|---|---|
| 3,580 | 3,459 | 2,830 |

### f. Specialty Consultations Scheduled

| February | March | April |
|---|---|---|
| 1,550 | 936 | 1,534 |

### g. Specialty Consultations Completed

| February | March | April |
|---|---|---|
| 1,089 | 373 | 234 |

### h. Outside Transports for Specialty Consultations

| February | March | April |
|----------|-------|-------|
| 618 | 243 | 193 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of July, 2020.

*Thomas Dolan*
Tom Dolan