**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>　　　　　　　　　　　　　　Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (MAXIMUM CUSTODY PERFORMANCE MEASURES 1-3, 5-6, AND 8) (DKT. 3599)** |

The Court, having reviewed the Unopposed Motion to Extend Deadline for the Defendants to file their Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Dkt. 3599) [Fourth/Final Request], and good cause appearing,

IT IS ORDERED that the Unopposed Motion is GRANTED. Defendants' Response is due on or before July 21, 2020.