1   Jared G. Keenan (Bar No. 027068)
    Casey Arellano (Bar No. 031242)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email:  jkeenan@acluaz.org
            carellano@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
    *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
    *behalf of themselves and all others similarly situated*
8   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
    PAGE]**
9
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
12  Email: adietrich@azdisabilitylaw.org
13  *Attorneys for Plaintiff Arizona Center for Disability Law*
    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
14  PAGE]**

15              UNITED STATES DISTRICT COURT

16                   DISTRICT OF ARIZONA

17  Victor Parsons; Shawn Jensen; Stephen Swartz;     No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
18  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph   **PLAINTIFFS' NOTICE OF**
19  Hefner; Joshua Polson; and Charlotte Wells, on    **WITHDRAWAL OF**
    behalf of themselves and all others similarly     **MOTION TO ENFORCE**
20  situated; and Arizona Center for Disability Law,  **THE COURT'S ORDER**
                                                      **[DOC. 3652]**
21                Plaintiffs,

22        v.

23  David Shinn, Director, Arizona Department of
    Corrections; and Larry Gann, Division Director,
24  Division of Health Services Contract Monitoring
    Bureau, Arizona Department of Corrections, in their
25  official capacities,

26                Defendants.

27

28

LEGAL23774493.1

1    On June 19, 2020, this Court ordered Defendants to produce documents in response

2  to Plaintiffs' Request for Production (RFP) 66 "within seven days of this Order."  Doc.

3  3635 at 1-2.  When Defendants failed to do so after repeated requests, Plaintiffs filed a

4  Motion to Enforce the Court's Order (Doc. 3652) on July 13.

5    On July 14, this Court expedited briefing on Plaintiffs' motion, and stated

6  "Defendants are strongly encouraged to resolve this matter prior to the date their opposition

7  is due."  Doc. 3655 at 1.  Defendants produced the missing documents two days later.

8    Accordingly, Plaintiffs now withdraw their Motion to Enforce the Court's Order

9  (Doc. 3652).

10   Dated:  July 20, 2020                    **ACLU NATIONAL PRISON PROJECT**

11

12                                           By:    s/ David C. Fathi
                                                 David C. Fathi (Wash. 24893)*
13                                               Eunice Hyunhye Cho (Wash. 53711)*
                                                 Maria V. Morris (Cal. 223903)*
14                                               915 15th Street N.W., 7th Floor
                                                 Washington, D.C. 20005
15                                               Telephone:  (202) 548-6603
                                                 Email:    dfathi@aclu.org
16                                                         echo@aclu.org
                                                          mmorris@aclu.org
17
                                                 *Admitted *pro hac vice*.  Not admitted
18                                                in DC; practice limited to federal
                                                  courts.
19
                                                 Jared G. Keenan (Bar No. 027068)
20                                               Casey Arellano (Bar No. 031242)
                                                 **ACLU FOUNDATION OF**
21                                               **ARIZONA**
                                                 3707 North 7th Street, Suite 235
22                                               Phoenix, Arizona 85013
                                                 Telephone:  (602) 650-1854
23                                               Email:    jkeenan@acluaz.org
                                                          carellano@acluaz.org
24

25

26

27

28

LEGAL23774493.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

4

By:   s/ Maya Abela
　　　Asim Dietrich (Bar No. 027927)
　　　5025 East Washington Street, Suite 202

5

　　　Phoenix, Arizona 85034
　　　Telephone:  (602) 274-6287

6

　　　Email:　　adietrich@azdisabilitylaw.org

7

　　　Rose A. Daly-Rooney (Bar No. 015690)
　　　J.J. Rico (Bar No. 021292)

8

　　　Maya Abela (Bar No. 027232)
　　　**ARIZONA CENTER FOR**

9

　　　**DISABILITY LAW**
　　　177 North Church Avenue, Suite 800

10

　　　Tucson, Arizona 85701
　　　Telephone:  (520) 327-9547

11

　　　Email:
　　　　rdalyrooney@azdisabilitylaw.org

12

　　　　　　jrico@azdisabilitylaw.org
　　　　　　mabela@azdisabilitylaw.org

13

*Attorneys for Arizona Center for Disability*

14

*Law*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns