**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendants, et al. | |

On July 16, 2020, Plaintiff requested an extension of time to respond to Defendants' response to the Order to Show Cause. (Doc. 3657). Plaintiffs explain they need the additional time given the length and complexity of Defendants' response. Defendants do not oppose the request. Later that same day, Defendants requested a *fourth* extension of time to respond to a motion filed by Plaintiffs. (Doc. 3658). Defendants explain the requested extension is because their counsel has been "diverted to address emergency COVID-19 litigation matters pending in various jurisdictions throughout the country." (Doc. 3658 at 1). Plaintiffs do not oppose the request.

The July 16 motions are similar to many other recent motions, filed by both sides, seeking repeated extensions of time. While the Court understands the press of other matters, and the unique challenges presented by COVID-19, the present litigation involves urgent and serious issues. As noted in the comments to Arizona's Ethical Rule 1.3, "[a] lawyer's work load must be controlled so that each matter can be handled competently." If counsel cannot comply with court deadlines absent successive

extensions of time, it is possible counsel has accepted too many matters. Further, it appears the parties often do not critically think about how long it will take to address a particular issue. That failure results in successive motions for extensions of time. That cycle is disruptive to the Court's schedule and precludes the allocation of resources to address ripe matters.

With those observations in mind, the Court will grant the latest requests for extensions of time. Moving forward, however, the Court is not inclined to grant repetitive motions. In the event a party cannot meet a deadline, that party should determine the reasonable and necessary time and submit a single request.

Accordingly,

**IT IS ORDERED** the Motions for Extension of Time (Doc. 3657, 3658) are **GRANTED**. Plaintiffs shall file their response to Defendants' response to the Order to Show Cause (Doc. 3656) no later than **August 7, 2020**. Defendants shall file their response to the Motion to Enforce (Doc. 3599) no later than **July 21, 2020**.

Dated this 20th day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge