# INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE PARAGRAPH 14 OF THE STIPULATION (DOC. 3623)

| Exhibit | Description | Filing Type |
| --- | --- | --- |
| 1 | Interpreter HS Encounter Lists for Tours | Redacted/ Under Seal |
| 2 | Declaration – L. Gann | Redacted/ Under Seal |
| 3 | Declaration – T. Dolan | Redacted for Relevance/ Public |
| 4 | Declaration – A. Cerrillo | Public |
| 5 | Declaration – J. Gahris | Redacted/ Under Seal |
| 6 | Declaration – R. Faulkner | Public |
| 7 | Declaration – Joseph Penn, MD, CCHP, FAPA | Redacted/ Under Seal |

# EXHIBIT 1

# [REDACTED]

# EXHIBIT 1

# [REDACTED]

| ADC Number | Inmate Name | HS Encounter Date | Complex | Unit |
|---|---|---|---|---|
| ███████ | ███████ | 5/3/2019 | Lewis | Bachman |
| | | 5/21/2019 | Lewis | Bachman |
| | | 5/22/2019 | Lewis | Bachman |
| | | 5/10/2019 | Lewis | Barchey |
| | | 5/15/2019 | Lewis | Barchey |
| | | 6/27/2019 | Lewis | Barchey |
| | | 6/20/2019 | Lewis | Morey |
| | | 5/8/2019 | Lewis | Rast |
| | | 6/3/2019 | Lewis | Rast |
| | | 6/8/2019 | Lewis | Rast |
| | | 6/8/2019 | Lewis | Rast |
| | | 6/8/2019 | Lewis | Rast |
| | | 6/13/2019 | Lewis | Rast |
| | | 6/16/2019 | Lewis | Rast |
| | | 6/20/2019 | Lewis | Rast |
| | | 6/25/2019 | Lewis | Rast |
| | | 5/1/2019 | Lewis | Stiner |
| | | 5/6/2019 | Lewis | Stiner |
| | | 5/7/2019 | Lewis | Stiner |
| | | 5/8/2019 | Lewis | Stiner |
| | | 5/9/2019 | Lewis | Stiner |
| | | 5/10/2019 | Lewis | Stiner |
| | | 5/10/2019 | Lewis | Stiner |
| | | 5/10/2019 | Lewis | Stiner |
| | | 5/14/2019 | Lewis | Stiner |
| | | 5/15/2019 | Lewis | Stiner |
| | | 5/16/2019 | Lewis | Stiner |
| | | 5/16/2019 | Lewis | Stiner |
| | | 5/17/2019 | Lewis | Stiner |
| | | 5/20/2019 | Lewis | Stiner |
| | | 5/21/2019 | Lewis | Stiner |
| | | 5/21/2019 | Lewis | Stiner |
| | | 5/22/2019 | Lewis | Stiner |
| | | 5/30/2019 | Lewis | Stiner |
| | | 6/4/2019 | Lewis | Stiner |
| | | 6/6/2019 | Lewis | Stiner |
| | | 6/6/2019 | Lewis | Stiner |
| | | 6/6/2019 | Lewis | Stiner |
| | | 6/10/2019 | Lewis | Stiner |
| | | 6/10/2019 | Lewis | Stiner |
| | | 6/12/2019 | Lewis | Stiner |
| | | 6/13/2019 | Lewis | Stiner |
| | | 6/16/2019 | Lewis | Stiner |
| | | 6/17/2019 | Lewis | Stiner |
| | | 6/20/2019 | Lewis | Stiner |
| | | 6/24/2019 | Lewis | Stiner |
| | | 6/27/2019 | Lewis | Stiner |
| | | 5/3/2019 | Lewis | |
| | | 5/7/2019 | Lewis | |
| | | 5/7/2019 | Lewis | |
| | | 5/9/2019 | Lewis | |
| | | 5/9/2019 | Lewis | |
| | | 5/13/2019 | Lewis | |
| | | 5/16/2019 | Lewis | |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1578205



| Date | Name |
|---|---|
| 5/16/2019 | Lewis |
| 5/17/2019 | Lewis |
| 5/17/2019 | Lewis |
| 5/17/2019 | Lewis |
| 5/20/2019 | Lewis |
| 5/20/2019 | Lewis |
| 5/21/2019 | Lewis |
| 5/21/2019 | Lewis |
| 5/22/2019 | Lewis |
| 5/23/2019 | Lewis |
| 5/24/2019 | Lewis |
| 5/29/2019 | Lewis |
| 5/30/2019 | Lewis |
| 5/30/2019 | Lewis |
| 5/30/2019 | Lewis |
| 5/31/2019 | Lewis |
| 6/3/2019 | Lewis |
| 6/10/2019 | Lewis |
| 6/11/2019 | Lewis |
| 6/12/2019 | Lewis |
| 6/26/2019 | Lewis |
| 6/27/2019 | Lewis |
| 6/27/2019 | Lewis |
| 6/27/2019 | Lewis |
| 6/27/2019 | Lewis |
| 6/27/2019 | Lewis |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

| ADC Number | Last Name | First Name | HS Encounter Date | HS Encounter Time | Complex | Unit |
|---|---|---|---|---|---|---|
| | | | 8/17/2019 | 7:10:04 | Yuma | Cheyenne |
| | | | 9/15/2019 | 10:35:38 | Yuma | Cheyenne |
| | | | 9/16/2019 | 14:59:42 | Yuma | Cheyenne |
| | | | 9/26/2019 | 12:56:45 | Yuma | Cheyenne |
| | | | 7/24/2019 | 15:25:44 | Yuma | Cheyenne |
| | | | 8/2/2019 | 13:35:33 | Yuma | Cheyenne |
| | | | 8/27/2019 | 17:06:44 | Yuma | Cheyenne |
| | | | 7/31/2019 | 10:14:55 | Yuma | Cheyenne |
| | | | 9/4/2019 | 14:09:48 | Yuma | Cheyenne |
| | | | 7/30/2019 | 11:21:24 | Yuma | Cheyenne |
| | | | 7/1/2019 | 12:55:28 | Yuma | Cheyenne |
| | | | 7/17/2019 | 12:46:30 | Yuma | Cheyenne |
| | | | 8/20/2019 | 5:35:22 | Yuma | Cheyenne |
| | | | 7/8/2019 | 15:15:20 | Yuma | Cheyenne |
| | | | 7/9/2019 | 13:40:39 | Yuma | Cheyenne |
| | | | 7/9/2019 | 17:45:01 | Yuma | Cheyenne |
| | | | 9/30/2019 | 13:38:06 | Yuma | Cheyenne |
| | | | 9/10/2019 | 9:57:38 | Yuma | Cheyenne |
| | | | 9/10/2019 | 14:05:42 | Yuma | Cheyenne |
| | | | 8/24/2019 | 7:58:43 | Yuma | Cheyenne |
| | | | 8/24/2019 | 13:32:34 | Yuma | Cheyenne |
| | | | 9/17/2019 | 13:11:11 | Yuma | Cheyenne |
| | | | 9/27/2019 | 12:40:00 | Yuma | Cheyenne |
| | | | 7/8/2019 | 15:37:52 | Yuma | Cheyenne |
| | | | 7/17/2019 | 13:59:39 | Yuma | Cheyenne |
| | | | 7/18/2019 | 12:44:07 | Yuma | Cheyenne |
| | | | 8/26/2019 | 10:13:03 | Yuma | Cheyenne |
| | | | 8/26/2019 | 10:34:07 | Yuma | Cheyenne |
| | | | 9/23/2019 | 11:01:25 | Yuma | Cheyenne |
| | | | 7/10/2019 | 17:01:47 | Yuma | Cheyenne |
| | | | 7/11/2019 | 14:40:48 | Yuma | Cheyenne |
| | | | 8/15/2019 | 9:04:36 | Yuma | Cibola |
| | | | 9/20/2019 | 9:08:43 | Yuma | Cibola |
| | | | 7/24/2019 | 7:42:18 | Yuma | Cibola |
| | | | 7/5/2019 | 14:55:00 | Yuma | Cibola |
| | | | 7/17/2019 | 7:22:29 | Yuma | Cibola |
| | | | 8/8/2019 | 9:54:30 | Yuma | Cibola |
| | | | 9/19/2019 | 12:48:26 | Yuma | Cibola |
| | | | 9/5/2019 | 8:16:38 | Yuma | Cibola |
| | | | 9/16/2019 | 15:09:12 | Yuma | Cibola |
| | | | 8/22/2019 | 6:13:19 | Yuma | Cibola |
| | | | 8/15/2019 | 8:32:56 | Yuma | Cibola |
| | | | 9/4/2019 | 14:30:00 | Yuma | Cibola |
| | | | 9/12/2019 | 9:23:06 | Yuma | Cibola |
| | | | 8/14/2019 | 6:26:28 | Yuma | Cibola |
| | | | 9/16/2019 | 13:00:47 | Yuma | Cibola |
| | | | 9/16/2019 | 13:10:32 | Yuma | Cibola |
| | | | 7/19/2019 | 6:39:07 | Yuma | Cibola |
| | | | 8/1/2019 | 7:37:28 | Yuma | Cibola |
| | | | 7/7/2019 | 8:55:00 | Yuma | Cibola |
| | | | 7/17/2019 | 8:54:04 | Yuma | Cibola |
| | | | 8/14/2019 | 7:39:14 | Yuma | Cibola |
| | | | 8/15/2019 | 7:26:17 | Yuma | Cibola |
| | | | 7/19/2019 | 10:10:00 | Yuma | Cibola |
| | | | 7/30/2019 | 20:00:00 | Yuma | Cibola |
| | | | 9/6/2019 | 9:47:30 | Yuma | Cibola |
| | | | 9/16/2019 | 10:24:57 | Yuma | Cibola |
| | | | 9/11/2019 | 7:03:54 | Yuma | Cibola |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1584933

| Date | Time | Complex | Unit |
|---|---|---|---|
| 7/2/2019 | 8:20:55 | Yuma | Cibola |
| 8/1/2019 | 9:14:58 | Yuma | Cibola |
| 8/29/2019 | 8:25:21 | Yuma | Cibola |
| 9/26/2019 | 14:21:00 | Yuma | Cibola |
| 8/15/2019 | 18:46:00 | Yuma | Cibola |
| 8/7/2019 | 11:03:12 | Yuma | Cibola |
| 8/7/2019 | 10:18:13 | Yuma | Cibola |
| 9/6/2019 | 9:36:49 | Yuma | Cibola |
| 9/12/2019 | 13:23:33 | Yuma | Cibola |
| 8/15/2019 | 8:30:48 | Yuma | Cocopah |
| 7/30/2019 | 8:35:46 | Yuma | Cocopah |
| 8/20/2019 | 10:29:53 | Yuma | Dakota |
| 8/9/2019 | 9:25:09 | Yuma | Dakota |
| 8/14/2019 | 9:13:43 | Yuma | Dakota |
| 9/9/2019 | 11:43:56 | Yuma | Dakota |
| 7/19/2019 | 13:52:00 | Yuma | Dakota |
| 7/23/2019 | 12:45:00 | Yuma | Dakota |
| 8/13/2019 | 13:10:00 | Yuma | Dakota |
| 8/15/2019 | 11:42:00 | Yuma | Dakota |
| 9/5/2019 | 10:17:39 | Yuma | Dakota |
| 9/26/2019 | 13:00:00 | Yuma | Dakota |
| 7/10/2019 | 15:34:43 | Yuma | Dakota |
| 7/15/2019 | 16:43:39 | Yuma | Dakota |
| 8/9/2019 | 10:31:58 | Yuma | Dakota |
| 9/16/2019 | 18:01:59 | Yuma | Dakota |
| 8/12/2019 | 7:37:05 | Yuma | La Paz |
| 8/9/2019 | 9:47:31 | Yuma | La Paz |
| 9/19/2019 | 13:00:50 | Yuma | La Paz |
| 8/20/2019 | 9:48:04 | Yuma | La Paz |
| 9/23/2019 | 7:45:39 | Yuma | La Paz |
| 9/23/2019 | 7:23:20 | Yuma | La Paz |
| 10/1/2019 | 6:01:30 | Yuma | La Paz |
| 8/5/2019 | 8:09:15 | Yuma | La Paz |
| 9/26/2019 | 11:47:48 | Yuma | La Paz |
| 7/22/2019 | 12:37:29 | Yuma | La Paz |
| 8/13/2019 | 9:42:55 | Yuma | La Paz |
| 9/7/2019 | 10:15:32 | Yuma | La Paz |
| 9/8/2019 | 6:58:13 | Yuma | La Paz |
| 9/13/2019 | 12:52:44 | Yuma | La Paz |
| 9/24/2019 | 8:25:00 | Yuma | La Paz |
| 9/23/2019 | 9:00:54 | Yuma | La Paz |
| 8/23/2019 | 10:36:00 | Yuma | La Paz |
| 9/23/2019 | 8:47:43 | Yuma | La Paz |
| 9/23/2019 | 7:34:07 | Yuma | La Paz |
| 7/15/2019 | 10:25:51 | Yuma | La Paz |
| 7/24/2019 | 10:10:04 | Yuma | La Paz |
| 9/5/2019 | 13:58:31 | Yuma | La Paz |
| 7/1/2019 | 8:51:01 | Yuma | La Paz |
| 7/29/2019 | 9:28:36 | Yuma | La Paz |
| 8/27/2019 | 10:36:18 | Yuma | La Paz |
| 9/23/2019 | 10:15:52 | Yuma | La Paz |
| 8/5/2019 | 9:59:02 | Yuma | La Paz |
| 7/25/2019 | 11:29:22 | Yuma | La Paz |
| 8/1/2019 | 8:57:23 | Yuma | La Paz |
| 9/6/2019 | 7:50:56 | Yuma | La Paz |
| 7/30/2019 | 9:49:12 | Yuma | La Paz |
| 9/23/2019 | 6:30:01 | Yuma | La Paz |
| 9/23/2019 | 8:24:21 | Yuma | La Paz |
| 9/27/2019 | 12:36:12 | Yuma | La Paz |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1584934

| Date | Time | From | To |
|---|---|---|---|
| 9/23/2019 | 8:31:00 | Yuma | La Paz |
| 8/6/2019 | 8:10:56 | Yuma | La Paz |
| 9/23/2019 | 7:54:48 | Yuma | La Paz |
| 9/3/2019 | 6:45:48 | Yuma | La Paz |
| 8/2/2019 | 10:07:42 | Yuma | La Paz |
| 8/2/2019 | 10:26:53 | Yuma | La Paz |
| 8/21/2019 | 8:00:28 | Yuma | La Paz |
| 9/3/2019 | 14:46:50 | Yuma | La Paz |
| 7/22/2019 | 8:30:50 | Yuma | La Paz |
| 7/30/2019 | 7:55:11 | Yuma | La Paz |
| 9/29/2019 | 21:05:52 | Yuma | La Paz |
| 9/25/2019 | 8:48:56 | Yuma | La Paz |
| 9/27/2019 | 10:20:06 | Yuma | La Paz |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1584935

| LAST NAME | FIRST NAME | HS Encounter Date | Complex | Unit |
|---|---|---|---|---|
| | | 11/1/2019 | Eyman | Cook |
| | | 11/1/2019 | Eyman | Cook |
| | | 11/2/2019 | Eyman | SMU |
| | | 11/5/2019 | Eyman | Rynning |
| | | 11/5/2019 | Eyman | Meadows |
| | | 11/6/2019 | Eyman | Cook |
| | | 11/6/2019 | Eyman | Meadows |
| | | 11/7/2019 | Eyman | Rynning |
| | | 11/7/2019 | Eyman | Rynning |
| | | 11/7/2019 | Eyman | Meadows |
| | | 11/8/2019 | Eyman | Meadows |
| | | 11/8/2019 | Eyman | Meadows |
| | | 11/8/2019 | Eyman | Meadows |
| | | 11/9/2019 | Eyman | Cook |
| | | 11/9/2019 | Eyman | Meadows |
| | | 11/10/2019 | Eyman | Browning |
| | | 11/11/2019 | Eyman | SMU |
| | | 11/14/2019 | Eyman | Rynning |
| | | 11/14/2019 | Eyman | SMU |
| | | 11/14/2019 | Eyman | Meadows |
| | | 11/15/2019 | Eyman | Meadows |
| | | 11/16/2019 | Eyman | Rynning |
| | | 11/16/2019 | Eyman | Meadows |
| | | 11/19/2019 | Eyman | Meadows |
| | | 11/20/2019 | Eyman | Cook |
| | | 11/20/2019 | Eyman | SMU |
| | | 11/20/2019 | Eyman | SMU |
| | | 11/21/2019 | Eyman | Cook |
| | | 11/21/2019 | Eyman | Cook |
| | | 11/21/2019 | Eyman | Rynning |
| | | 11/21/2019 | Eyman | Meadows |
| | | 11/22/2019 | Eyman | Meadows |
| | | 11/22/2019 | Eyman | Meadows |
| | | 11/23/2019 | Eyman | SMU |
| | | 11/24/2019 | Eyman | SMU |
| | | 11/24/2019 | Eyman | Meadows |
| | | 11/25/2019 | Eyman | SMU |
| | | 11/25/2019 | Eyman | Meadows |
| | | 11/25/2019 | Eyman | Meadows |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1595689

| ADC Number | Last Name | First Name | HS Encounter Date | HS Encounter Time | Complex | Unit |
|---|---|---|---|---|---|---|
| | | | 11/13/19 | 10:57:34 | Tucson | Catalina |
| | | | 01/23/20 | 14:30:34 | Tucson | Catalina |
| | | | 01/23/20 | 13:56:21 | Tucson | Catalina |
| | | | 10/01/19 | 08:15:17 | Tucson | Cimarron |
| | | | 10/08/19 | 11:04:15 | Tucson | Cimarron |
| | | | 10/10/19 | 12:32:58 | Tucson | Cimarron |
| | | | 10/24/19 | 17:26:11 | Tucson | Cimarron |
| | | | 10/24/19 | 11:10:10 | Tucson | Cimarron |
| | | | 10/24/19 | 11:25:57 | Tucson | Cimarron |
| | | | 10/24/19 | 09:52:25 | Tucson | Cimarron |
| | | | 10/24/19 | 09:58:10 | Tucson | Cimarron |
| | | | 10/26/19 | 10:05:38 | Tucson | Cimarron |
| | | | 10/30/19 | 10:13:21 | Tucson | Cimarron |
| | | | 11/02/19 | 15:08:25 | Tucson | Cimarron |
| | | | 11/02/19 | 15:25:00 | Tucson | Cimarron |
| | | | 11/04/19 | 10:15:42 | Tucson | Cimarron |
| | | | 11/06/19 | 07:30:28 | Tucson | Cimarron |
| | | | 11/07/19 | 12:14:00 | Tucson | Cimarron |
| | | | 11/08/19 | 09:35:01 | Tucson | Cimarron |
| | | | 11/12/19 | 14:11:07 | Tucson | Cimarron |
| | | | 11/15/19 | 11:12:39 | Tucson | Cimarron |
| | | | 11/19/19 | 11:57:32 | Tucson | Cimarron |
| | | | 11/20/19 | 07:48:01 | Tucson | Cimarron |
| | | | 12/04/19 | 09:12:45 | Tucson | Cimarron |
| | | | 12/04/19 | 09:16:36 | Tucson | Cimarron |
| | | | 12/13/19 | 11:53:41 | Tucson | Cimarron |
| | | | 12/14/19 | 10:02:33 | Tucson | Cimarron |
| | | | 12/17/19 | 10:32:16 | Tucson | Cimarron |
| | | | 12/17/19 | 08:23:34 | Tucson | Cimarron |
| | | | 12/26/19 | 08:20:09 | Tucson | Cimarron |
| | | | 12/28/19 | 07:20:00 | Tucson | Cimarron |
| | | | 01/06/20 | 14:56:55 | Tucson | Cimarron |
| | | | 01/22/20 | 10:41:32 | Tucson | Cimarron |
| | | | 10/03/19 | 08:03:37 | Tucson | Manzanita |
| | | | 10/03/19 | 16:42:16 | Tucson | Manzanita |
| | | | 10/05/19 | 11:21:35 | Tucson | Manzanita |
| | | | 10/09/19 | 10:19:43 | Tucson | Manzanita |
| | | | 10/10/19 | 14:24:21 | Tucson | Manzanita |
| | | | 10/17/19 | 10:21:30 | Tucson | Manzanita |
| | | | 10/17/19 | 12:31:33 | Tucson | Manzanita |
| | | | 10/17/19 | 12:36:31 | Tucson | Manzanita |
| | | | 10/24/19 | 15:17:51 | Tucson | Manzanita |
| | | | 11/04/19 | 12:17:03 | Tucson | Manzanita |
| | | | 11/21/19 | 11:38:52 | Tucson | Manzanita |
| | | | 11/22/19 | 14:51:11 | Tucson | Manzanita |
| | | | 11/22/19 | 15:00:29 | Tucson | Manzanita |
| | | | 12/02/19 | 13:08:53 | Tucson | Manzanita |
| | | | 12/09/19 | 12:07:49 | Tucson | Manzanita |
| | | | 12/20/19 | 11:32:38 | Tucson | Manzanita |
| | | | 01/02/20 | 12:22:35 | Tucson | Manzanita |
| | | | 01/08/20 | 10:31:04 | Tucson | Manzanita |
| | | | 01/14/20 | 10:34:11 | Tucson | Manzanita |
| | | | 01/15/20 | 13:09:33 | Tucson | Manzanita |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1601412

| Date | Time | Location | Unit |
|---|---|---|---|
| 01/15/20 | 10:20:08 | Tucson | Manzanita |
| 01/15/20 | 08:11:05 | Tucson | Manzanita |
| 01/15/20 | 10:03:08 | Tucson | Manzanita |
| 01/17/20 | 13:52:45 | Tucson | Manzanita |
| 01/23/20 | 14:54:55 | Tucson | Manzanita |
| 10/01/19 | 12:31:17 | Tucson | Rincon |
| 10/02/19 | 16:23:22 | Tucson | Rincon |
| 10/02/19 | 09:50:00 | Tucson | Rincon |
| 10/03/19 | 13:07:47 | Tucson | Rincon |
| 10/07/19 | 09:18:53 | Tucson | Rincon |
| 10/08/19 | 10:43:30 | Tucson | Rincon |
| 10/08/19 | 15:07:50 | Tucson | Rincon |
| 10/09/19 | 10:37:34 | Tucson | Rincon |
| 10/14/19 | 09:46:41 | Tucson | Rincon |
| 10/14/19 | 13:16:18 | Tucson | Rincon |
| 10/15/19 | 10:06:39 | Tucson | Rincon |
| 10/15/19 | 10:10:00 | Tucson | Rincon |
| 10/15/19 | 10:00:00 | Tucson | Rincon |
| 10/15/19 | 12:26:45 | Tucson | Rincon |
| 10/16/19 | 10:39:53 | Tucson | Rincon |
| 10/18/19 | 10:33:51 | Tucson | Rincon |
| 10/18/19 | 15:09:13 | Tucson | Rincon |
| 10/18/19 | 13:31:25 | Tucson | Rincon |
| 10/19/19 | 11:22:48 | Tucson | Rincon |
| 10/20/19 | 10:14:47 | Tucson | Rincon |
| 10/21/19 | 08:39:24 | Tucson | Rincon |
| 10/21/19 | 08:21:26 | Tucson | Rincon |
| 10/22/19 | 11:19:26 | Tucson | Rincon |
| 10/22/19 | 11:27:01 | Tucson | Rincon |
| 10/23/19 | 11:05:21 | Tucson | Rincon |
| 10/23/19 | 13:12:30 | Tucson | Rincon |
| 10/25/19 | 08:52:57 | Tucson | Rincon |
| 10/25/19 | 10:51:58 | Tucson | Rincon |
| 10/26/19 | 12:32:03 | Tucson | Rincon |
| 10/27/19 | 11:21:59 | Tucson | Rincon |
| 10/28/19 | 12:08:24 | Tucson | Rincon |
| 10/28/19 | 19:07:28 | Tucson | Rincon |
| 10/28/19 | 15:03:33 | Tucson | Rincon |
| 10/29/19 | 10:55:17 | Tucson | Rincon |
| 10/29/19 | 16:47:57 | Tucson | Rincon |
| 10/29/19 | 16:28:56 | Tucson | Rincon |
| 10/29/19 | 16:38:04 | Tucson | Rincon |
| 10/31/19 | 16:04:56 | Tucson | Rincon |
| 11/04/19 | 11:35:58 | Tucson | Rincon |
| 11/05/19 | 14:18:03 | Tucson | Rincon |
| 11/08/19 | 11:45:14 | Tucson | Rincon |
| 11/08/19 | 21:18:00 | Tucson | Rincon |
| 11/16/19 | 18:52:03 | Tucson | Rincon |
| 11/17/19 | 14:26:59 | Tucson | Rincon |
| 11/18/19 | 14:54:53 | Tucson | Rincon |
| 11/18/19 | 14:34:23 | Tucson | Rincon |
| 11/19/19 | 09:58:22 | Tucson | Rincon |
| 11/20/19 | 13:55:20 | Tucson | Rincon |
| 11/20/19 | 11:38:26 | Tucson | Rincon |
| 11/21/19 | 12:57:12 | Tucson | Rincon |

| Date | Time | Location | Unit |
|---|---|---|---|
| 11/22/19 | 18:00:25 | Tucson | Rincon |
| 11/26/19 | 14:10:48 | Tucson | Rincon |
| 12/04/19 | 14:47:31 | Tucson | Rincon |
| 12/12/19 | 16:42:26 | Tucson | Rincon |
| 12/12/19 | 16:30:13 | Tucson | Rincon |
| 12/18/19 | 15:46:19 | Tucson | Rincon |
| 12/19/19 | 08:21:41 | Tucson | Rincon |
| 12/19/19 | 12:28:28 | Tucson | Rincon |
| 12/19/19 | 12:41:50 | Tucson | Rincon |
| 12/24/19 | 14:10:16 | Tucson | Rincon |
| 12/27/19 | 14:36:08 | Tucson | Rincon |
| 12/27/19 | 14:44:53 | Tucson | Rincon |
| 12/27/19 | 06:45:28 | Tucson | Rincon |
| 12/30/19 | 15:05:00 | Tucson | Rincon |
| 12/31/19 | 11:17:36 | Tucson | Rincon |
| 01/03/20 | 16:02:03 | Tucson | Rincon |
| 01/04/20 | 22:10:20 | Tucson | Rincon |
| 01/04/20 | 19:27:30 | Tucson | Rincon |
| 01/05/20 | 19:35:13 | Tucson | Rincon |
| 01/06/20 | 12:20:23 | Tucson | Rincon |
| 01/07/20 | 13:36:11 | Tucson | Rincon |
| 01/08/20 | 15:20:49 | Tucson | Rincon |
| 01/08/20 | 11:51:05 | Tucson | Rincon |
| 01/09/20 | 12:57:13 | Tucson | Rincon |
| 01/09/20 | 22:56:47 | Tucson | Rincon |
| 01/10/20 | 16:14:03 | Tucson | Rincon |
| 01/10/20 | 14:49:01 | Tucson | Rincon |
| 01/11/20 | 09:29:07 | Tucson | Rincon |
| 01/12/20 | 11:20:32 | Tucson | Rincon |
| 01/13/20 | 14:25:04 | Tucson | Rincon |
| 01/14/20 | 11:09:17 | Tucson | Rincon |
| 01/14/20 | 15:56:31 | Tucson | Rincon |
| 01/15/20 | 13:07:08 | Tucson | Rincon |
| 01/16/20 | 15:24:07 | Tucson | Rincon |
| 01/23/20 | 11:11:51 | Tucson | Rincon |
| 01/24/20 | 10:23:10 | Tucson | Rincon |
| 10/10/19 | 14:26:31 | Tucson | Santa Rita |
| 10/18/19 | 13:31:37 | Tucson | Santa Rita |
| 10/23/19 | 14:14:40 | Tucson | Santa Rita |
| 11/09/19 | 12:28:30 | Tucson | Santa Rita |
| 11/15/19 | 13:01:58 | Tucson | Santa Rita |
| 11/16/19 | 14:17:20 | Tucson | Santa Rita |
| 11/18/19 | 06:46:15 | Tucson | Santa Rita |
| 11/21/19 | 10:40:48 | Tucson | Santa Rita |
| 01/07/20 | 15:06:49 | Tucson | Santa Rita |
| 01/11/20 | 12:40:06 | Tucson | Santa Rita |
| 01/15/20 | 11:38:09 | Tucson | Santa Rita |
| 01/17/20 | 13:56:22 | Tucson | Santa Rita |
| 10/03/19 | 07:38:00 | Tucson | T-IPC |
| 10/05/19 | 14:53:35 | Tucson | T-IPC |
| 10/08/19 | 13:19:59 | Tucson | T-IPC |
| 10/10/19 | 13:23:32 | Tucson | T-IPC |
| 10/14/19 | 16:01:02 | Tucson | T-IPC |
| 10/16/19 | 09:04:57 | Tucson | T-IPC |
| 10/18/19 | 09:49:00 | Tucson | T-IPC |

| Date | Time | Location | Unit |
|---|---|---|---|
| 10/22/19 | 09:35:50 | Tucson | T-IPC |
| 10/23/19 | 07:15:00 | Tucson | T-IPC |
| 10/24/19 | 08:52:00 | Tucson | T-IPC |
| 11/25/19 | 15:13:28 | Tucson | T-IPC |
| 11/25/19 | 18:50:53 | Tucson | T-IPC |
| 11/27/19 | 15:52:49 | Tucson | T-IPC |
| 11/27/19 | 07:57:00 | Tucson | T-IPC |
| 12/05/19 | 11:08:03 | Tucson | T-IPC |
| 10/01/19 | 07:09:58 | Tucson | T-Minors |
| 10/02/19 | 14:48:44 | Tucson | T-Minors |
| 10/04/19 | 12:30:00 | Tucson | T-Minors |
| 10/08/19 | 15:25:33 | Tucson | T-Minors |
| 10/11/19 | 12:12:28 | Tucson | T-Minors |
| 10/16/19 | 07:34:43 | Tucson | T-Minors |
| 10/22/19 | 12:41:08 | Tucson | T-Minors |
| 11/06/19 | 11:28:17 | Tucson | T-Minors |
| 12/17/19 | 12:45:00 | Tucson | T-Minors |
| 01/03/20 | 17:00:11 | Tucson | T-Minors |
| 01/03/20 | 16:24:18 | Tucson | T-Minors |
| 01/06/20 | 13:15:00 | Tucson | T-Minors |
| 01/06/20 | 15:34:11 | Tucson | T-Minors |
| 01/06/20 | 15:38:25 | Tucson | T-Minors |
| 01/15/20 | 07:16:18 | Tucson | T-Minors |
| 10/03/19 | 07:36:52 | Tucson | Whetstone |
| 10/07/19 | 08:10:51 | Tucson | Whetstone |
| 10/07/19 | 15:07:23 | Tucson | Whetstone |
| 10/08/19 | 11:28:41 | Tucson | Whetstone |
| 10/09/19 | 11:50:56 | Tucson | Whetstone |
| 10/14/19 | 10:52:00 | Tucson | Whetstone |
| 10/14/19 | 11:22:16 | Tucson | Whetstone |
| 10/16/19 | 09:32:48 | Tucson | Whetstone |
| 10/18/19 | 10:46:03 | Tucson | Whetstone |
| 10/23/19 | 08:43:17 | Tucson | Whetstone |
| 10/27/19 | 09:04:32 | Tucson | Whetstone |
| 10/27/19 | 08:22:53 | Tucson | Whetstone |
| 10/28/19 | 15:28:27 | Tucson | Whetstone |
| 10/28/19 | 10:25:18 | Tucson | Whetstone |
| 10/29/19 | 07:51:45 | Tucson | Whetstone |
| 10/29/19 | 09:28:57 | Tucson | Whetstone |
| 11/01/19 | 12:28:19 | Tucson | Whetstone |
| 11/04/19 | 08:04:57 | Tucson | Whetstone |
| 11/06/19 | 18:33:11 | Tucson | Whetstone |
| 11/06/19 | 20:45:00 | Tucson | Whetstone |
| 11/07/19 | 06:57:08 | Tucson | Whetstone |
| 11/07/19 | 08:21:13 | Tucson | Whetstone |
| 11/08/19 | 08:37:11 | Tucson | Whetstone |
| 11/12/19 | 09:36:07 | Tucson | Whetstone |
| 11/12/19 | 08:35:03 | Tucson | Whetstone |
| 11/13/19 | 08:20:44 | Tucson | Whetstone |
| 11/14/19 | 14:10:44 | Tucson | Whetstone |
| 11/19/19 | 08:12:24 | Tucson | Whetstone |
| 11/20/19 | 08:41:52 | Tucson | Whetstone |
| 11/20/19 | 08:46:27 | Tucson | Whetstone |
| 11/22/19 | 08:56:12 | Tucson | Whetstone |
| 11/22/19 | 08:46:11 | Tucson | Whetstone |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1601415

| | | | |
|---|---|---|---|
| 11/25/19 | 10:28:07 | Tucson | Whetstone |
| 11/29/19 | 10:50:15 | Tucson | Whetstone |
| 12/02/19 | 15:20:37 | Tucson | Whetstone |
| 12/05/19 | 15:22:44 | Tucson | Whetstone |
| 12/05/19 | 09:32:27 | Tucson | Whetstone |
| 12/05/19 | 08:39:41 | Tucson | Whetstone |
| 12/12/19 | 09:47:11 | Tucson | Whetstone |
| 12/12/19 | 10:10:00 | Tucson | Whetstone |
| 12/13/19 | 09:01:47 | Tucson | Whetstone |
| 12/18/19 | 15:54:19 | Tucson | Whetstone |
| 12/20/19 | 09:49:05 | Tucson | Whetstone |
| 12/21/19 | 10:39:23 | Tucson | Whetstone |
| 12/21/19 | 09:52:00 | Tucson | Whetstone |
| 01/04/20 | 18:32:07 | Tucson | Whetstone |
| 01/04/20 | 13:25:42 | Tucson | Whetstone |
| 01/07/20 | 09:11:44 | Tucson | Whetstone |
| 01/07/20 | 12:01:00 | Tucson | Whetstone |
| 01/07/20 | 12:42:06 | Tucson | Whetstone |
| 01/13/20 | 14:53:44 | Tucson | Whetstone |
| 01/18/20 | 14:33:03 | Tucson | Whetstone |
| 01/23/20 | 08:32:24 | Tucson | Whetstone |
| 01/24/20 | 10:33:04 | Tucson | Whetstone |
| 10/11/19 | 12:38:48 | Tucson | Winchester |
| 10/30/19 | 15:02:57 | Tucson | Winchester |
| 11/19/19 | 12:38:49 | Tucson | Winchester |
| 11/20/19 | 13:00:19 | Tucson | Winchester |
| 11/20/19 | 11:25:07 | Tucson | Winchester |
| 11/20/19 | 11:34:55 | Tucson | Winchester |
| 11/23/19 | 15:09:10 | Tucson | Winchester |
| 12/11/19 | 12:33:29 | Tucson | Winchester |
| 12/13/19 | 15:39:04 | Tucson | Winchester |
| 12/13/19 | 10:50:22 | Tucson | Winchester |
| 12/14/19 | 13:07:35 | Tucson | Winchester |
| 01/01/20 | 15:43:52 | Tucson | Winchester |
| 01/05/20 | 15:56:12 | Tucson | Winchester |
| 01/06/20 | 12:53:03 | Tucson | Winchester |
| 01/11/20 | 15:04:38 | Tucson | Winchester |
| 01/11/20 | 14:08:48 | Tucson | Winchester |
| 01/16/20 | 17:49:24 | Tucson | Winchester |
| 01/17/20 | 15:03:44 | Tucson | Winchester |
| 01/22/20 | 14:49:42 | Tucson | Winchester |
| 01/24/20 | 09:17:52 | Tucson | Winchester |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1601416

| ADC Number | Last Name | First Name | HS Encounter Date | HS Encounter Time | Complex | Unit |
|---|---|---|---|---|---|---|
| | | | 11/01/19 | 16:17:25 | Florence | North |
| | | | 11/04/19 | 12:07:46 | Florence | Globe |
| | | | 11/04/19 | 09:53:21 | Florence | North |
| | | | 11/05/19 | 11:10:53 | Florence | North |
| | | | 11/06/19 | 10:43:11 | Florence | Central |
| | | | 11/12/19 | 15:42:41 | Florence | Central |
| | | | 11/12/19 | 08:03:29 | Florence | Globe |
| | | | 11/13/19 | 14:57:44 | Florence | Globe |
| | | | 11/13/19 | 15:40:44 | Florence | Kasson |
| | | | 11/13/19 | 16:15:00 | Florence | Kasson |
| | | | 11/13/19 | 14:58:15 | Florence | North |
| | | | 11/13/19 | 08:13:01 | Florence | South |
| | | | 11/14/19 | 09:30:33 | Florence | East |
| | | | 11/18/19 | 07:30:00 | Florence | Globe |
| | | | 11/18/19 | 15:15:08 | Florence | North |
| | | | 11/18/19 | 15:45:42 | Florence | North |
| | | | 11/20/19 | 07:59:21 | Florence | Globe |
| | | | 11/20/19 | 14:26:02 | Florence | North |
| | | | 11/21/19 | 12:39:00 | Florence | East |
| | | | 11/22/19 | 10:13:11 | Florence | Central |
| | | | 11/25/19 | 12:33:24 | Florence | East |
| | | | 11/25/19 | 15:15:29 | Florence | North |
| | | | 11/26/19 | 12:45:54 | Florence | East |
| | | | 11/26/19 | 16:47:25 | Florence | North |
| | | | 11/26/19 | 16:51:35 | Florence | North |
| | | | 11/26/19 | 08:14:39 | Florence | North |
| | | | 11/27/19 | 16:50:58 | Florence | North |
| | | | 12/01/19 | 16:50:51 | Florence | South |
| | | | 12/04/19 | 17:05:40 | Florence | Kasson |
| | | | 12/05/19 | 13:08:38 | Florence | East |
| | | | 12/08/19 | 10:44:15 | Florence | Central |
| | | | 12/11/19 | 14:03:32 | Florence | South |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1602454**

| Date | Time | Location | Unit |
|---|---|---|---|
| 12/14/19 | 11:49:20 | Florence | Globe |
| 12/16/19 | 09:03:53 | Florence | Central |
| 12/17/19 | 13:01:16 | Florence | East |
| 12/17/19 | 07:40:03 | Florence | Globe |
| 12/17/19 | 14:29:40 | Florence | North |
| 12/18/19 | 11:18:34 | Florence | South |
| 12/31/19 | 10:33:00 | Florence | East |
| 01/01/20 | 11:10:03 | Florence | Globe |
| 01/01/20 | 11:19:06 | Florence | Globe |
| 01/02/20 | 08:49:27 | Florence | Globe |
| 01/03/20 | 13:53:15 | Florence | Central |
| 01/03/20 | 17:08:19 | Florence | Kasson |
| 01/03/20 | 19:00:58 | Florence | South |
| 01/04/20 | 09:46:57 | Florence | North |
| 01/06/20 | 17:21:10 | Florence | South |
| 01/07/20 | 14:13:28 | Florence | Globe |
| 01/07/20 | 14:50:32 | Florence | North |
| 01/07/20 | 09:17:19 | Florence | North |
| 01/08/20 | 11:11:51 | Florence | Globe |
| 01/08/20 | 14:03:20 | Florence | North |
| 01/08/20 | 13:02:17 | Florence | North |
| 01/10/20 | 11:37:20 | Florence | Globe |
| 01/10/20 | 14:53:24 | Florence | South |
| 01/13/20 | 09:31:41 | Florence | North |
| 01/13/20 | 14:43:54 | Florence | South |
| 01/15/20 | 13:00:52 | Florence | Globe |
| 01/15/20 | 12:56:24 | Florence | South |
| 01/17/20 | 17:43:25 | Florence | Globe |
| 01/20/20 | 16:46:34 | Florence | South |
| 01/23/20 | 07:24:37 | Florence | Globe |
| 01/26/20 | 08:07:49 | Florence | Central |
| 01/28/20 | 14:38:37 | Florence | North |
| 01/28/20 | 14:55:25 | Florence | North |
| 01/29/20 | 09:48:40 | Florence | North |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1602455



| | | | |
|---|---|---|---|
| 01/31/20 | 08:40:42 | Florence | South |
| 01/31/20 | 13:32:05 | Florence | South |
| 02/02/20 | 07:07:23 | Florence | North |
| 02/03/20 | 09:25:55 | Florence | East |
| 02/04/20 | 14:19:22 | Florence | Central |
| 02/04/20 | 14:40:07 | Florence | Central |
| 02/04/20 | 10:08:43 | Florence | South |
| 02/05/20 | 07:44:46 | Florence | North |
| 02/06/20 | 13:23:34 | Florence | East |
| 02/06/20 | 06:56:53 | Florence | Globe |
| 02/07/20 | 15:40:48 | Florence | Globe |
| 02/10/20 | 17:12:55 | Florence | Kasson |
| 02/12/20 | 10:46:53 | Florence | Globe |
| 02/12/20 | 10:23:10 | Florence | Globe |
| 02/12/20 | 09:19:11 | Florence | North |
| 02/13/20 | 14:37:13 | Florence | North |
| 02/14/20 | 10:48:13 | Florence | Globe |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1602456

| ADC Number | Last Name | First Name | HS Encounter Date | HS Encounter Time | Complex | Unit |
|---|---|---|---|---|---|---|
| | | | 03/02/20 | 12:25:14 | Florence | North |
| | | | 03/04/20 | 11:50:33 | Florence | East |
| | | | 03/05/20 | 07:51:46 | Florence | North |
| | | | 03/05/20 | 08:06:14 | Florence | North |
| | | | 03/05/20 | 15:00:59 | Florence | North |
| | | | 03/05/20 | 11:51:30 | Florence | South |
| | | | 03/06/20 | 09:27:03 | Florence | Central |
| | | | 03/06/20 | 13:09:40 | Florence | South |
| | | | 03/09/20 | 10:57:51 | Florence | Globe |
| | | | 03/09/20 | 09:30:14 | Florence | North |
| | | | 03/09/20 | 14:27:59 | Florence | North |
| | | | 03/09/20 | 14:55:32 | Florence | South |
| | | | 03/10/20 | 10:46:30 | Florence | East |
| | | | 03/10/20 | 12:50:52 | Florence | South |
| | | | 03/10/20 | 14:52:34 | Florence | South |
| | | | 03/11/20 | 13:18:55 | Florence | Central |
| | | | 03/11/20 | 13:29:29 | Florence | Central |
| | | | 03/11/20 | 17:22:21 | Florence | Central |
| | | | 03/11/20 | 09:46:59 | Florence | East |
| | | | 03/11/20 | 07:36:16 | Florence | Globe |
| | | | 03/11/20 | 09:04:56 | Florence | Globe |
| | | | 03/11/20 | 09:31:57 | Florence | Globe |
| | | | 03/12/20 | 12:44:47 | Florence | Central |
| | | | 03/12/20 | 09:21:50 | Florence | North |
| | | | 03/16/20 | 12:35:26 | Florence | East |
| | | | 03/17/20 | 15:32:57 | Florence | North |
| | | | 03/19/20 | 19:30:40 | Florence | East |
| | | | 03/19/20 | 14:36:41 | Florence | North |
| | | | 03/20/20 | 12:07:17 | Florence | East |
| | | | 03/24/20 | 10:35:19 | Florence | Central |
| | | | 03/24/20 | 10:36:30 | Florence | East |
| | | | 03/24/20 | 08:34:31 | Florence | Globe |
| | | | 03/30/20 | 16:19:06 | Florence | North |
| | | | 04/01/20 | 15:52:02 | Florence | East |
| | | | 04/02/20 | 13:43:51 | Florence | North |
| | | | 04/07/20 | 04:46:50 | Florence | North |
| | | | 04/08/20 | 12:26:05 | Florence | Central |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1622863

| Date | Time | Location | Unit |
|---|---|---|---|
| 04/08/20 | 09:58:07 | Florence | North |
| 04/13/20 | 14:45:44 | Florence | Central |
| 04/14/20 | 09:53:36 | Florence | East |
| 04/15/20 | 23:36:02 | Florence | Central |
| 04/15/20 | 12:29:18 | Florence | South |
| 04/19/20 | 12:32:40 | Florence | Central |
| 04/20/20 | 13:57:23 | Florence | Kasson |
| 04/21/20 | 13:10:09 | Florence | North |
| 04/21/20 | 13:18:44 | Florence | North |
| 04/21/20 | 13:20:21 | Florence | North |
| 04/23/20 | 17:12:43 | Florence | Central |
| 04/23/20 | 07:45:24 | Florence | South |
| 04/23/20 | 08:09:24 | Florence | South |
| 04/26/20 | 11:57:41 | Florence | North |
| 04/27/20 | 08:06:17 | Florence | South |
| 04/28/20 | 10:53:40 | Florence | Globe |
| 04/29/20 | 08:21:26 | Florence | Central |
| 04/29/20 | 12:09:00 | Florence | Central |
| 04/29/20 | 11:43:52 | Florence | North |
| 04/30/20 | 14:10:09 | Florence | East |
| 04/30/20 | 23:00:55 | Florence | Kasson |
| 04/30/20 | 09:26:05 | Florence | North |
| 04/30/20 | 13:20:43 | Florence | South |
| 05/01/20 | 00:47:16 | Florence | Kasson |
| 05/04/20 | 09:35:25 | Florence | North |
| 05/07/20 | 19:14:40 | Florence | Central |
| 05/07/20 | 12:45:53 | Florence | East |
| 05/11/20 | 02:12:14 | Florence | Kasson |
| 05/11/20 | 02:29:29 | Florence | Kasson |
| 05/11/20 | 19:18:31 | Florence | Kasson |
| 05/11/20 | 19:22:33 | Florence | Kasson |
| 05/11/20 | 12:39:33 | Florence | North |
| 05/12/20 | 09:49:53 | Florence | East |
| 05/12/20 | 09:47:24 | Florence | North |
| 05/13/20 | 01:13:48 | Florence | Kasson |
| 05/14/20 | 09:37:34 | Florence | North |
| 05/18/20 | 13:27:59 | Florence | East |
| 05/19/20 | 13:49:01 | Florence | North |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1622864

| Date | Time | Location | Unit |
|---|---|---|---|
| 05/21/20 | 13:21:21 | Florence | Central |
| 05/22/20 | 15:48:18 | Florence | North |
| 05/23/20 | 12:13:38 | Florence | Central |
| 05/26/20 | 09:15:05 | Florence | Central |
| 05/26/20 | 12:12:34 | Florence | Central |
| 05/26/20 | 15:21:31 | Florence | South |
| 05/26/20 | 15:57:08 | Florence | South |
| 05/27/20 | 16:15:17 | Florence | Central |
| 05/30/20 | 11:16:00 | Florence | Kasson |
| 06/01/20 | 10:38:33 | Florence | North |
| 06/02/20 | 12:12:46 | Florence | East |
| 06/02/20 | 22:25:53 | Florence | F-IPC |
| 06/02/20 | 10:45:24 | Florence | Globe |
| 06/02/20 | 09:35:11 | Florence | North |
| 06/03/20 | 06:51:09 | Florence | F-IPC |
| 06/04/20 | 10:07:50 | Florence | Central |
| 06/04/20 | 07:03:22 | Florence | F-IPC |
| 06/04/20 | 21:47:13 | Florence | F-IPC |
| 06/04/20 | 15:01:49 | Florence | Kasson |
| 06/05/20 | 09:15:24 | Florence | F-IPC |
| 06/05/20 | 22:47:42 | Florence | Kasson |
| 06/06/20 | 07:39:59 | Florence | F-IPC |
| 06/07/20 | 10:34:27 | Florence | North |
| 06/08/20 | 08:35:07 | Florence | F-IPC |
| 06/08/20 | 08:31:49 | Florence | Globe |
| 06/09/20 | 09:35:19 | Florence | Central |
| 06/09/20 | 09:01:15 | Florence | F-IPC |
| 06/10/20 | 12:09:23 | Florence | Central |
| 06/10/20 | 12:17:37 | Florence | Central |
| 06/10/20 | 06:29:06 | Florence | F-IPC |
| 06/10/20 | 14:59:57 | Florence | Globe |
| 06/10/20 | 13:04:04 | Florence | South |
| 06/11/20 | 06:48:49 | Florence | F-IPC |
| 06/11/20 | 09:19:54 | Florence | North |
| 06/11/20 | 08:40:29 | Florence | South |
| 06/15/20 | 06:40:18 | Florence | F-IPC |
| 06/15/20 | 12:26:29 | Florence | Kasson |
| 06/15/20 | 09:41:20 | Florence | North |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1622865



| [redacted] | Date | Time | Location | Unit |
|---|---|---|---|---|
| | 06/15/20 | 12:00:03 | Florence | North |
| | 06/15/20 | 09:04:49 | Florence | South |
| | 06/16/20 | 12:28:59 | Florence | Central |
| | 06/16/20 | 08:08:33 | Florence | East |
| | 06/16/20 | 08:41:58 | Florence | Globe |
| | 06/22/20 | 07:33:18 | Florence | Globe |
| | 06/22/20 | 07:41:14 | Florence | Globe |
| | 06/22/20 | 12:07:16 | Florence | South |
| | 06/22/20 | 14:14:21 | Florence | South |
| | 06/23/20 | 08:25:46 | Florence | North |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1622866