**EXHIBIT 2**

**[REDACTED]**

**EXHIBIT 2**

**[REDACTED]**

1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
5  Fax:  (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF ARIZONA**

11

12  Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
    Center for Disability Law,
13                                                       **DECLARATION OF LARRY GANN**
                                          Plaintiffs,
14            v.

15  David Shinn, Director, Arizona Department of
    Corrections; and Richard Pratt, Interim
16  Division Director, Division of Health Services,
    Arizona Department of Corrections, in their
17  official capacities,

18                                         Defendants.

19       I, Larry Gann, Jr., make the following Declaration:

20       1.    I am over the age of 18 years and have personal knowledge of and am

21  competent to testify to the matters set forth in this Declaration.

22       2.    I am the Assistant Director of the Medical Services Contract Monitoring

23  Bureau ("MSCMB") for the Arizona Department of Corrections, Rehabilitation and

24  Reentry ("ADCRR").  My credentials, experience, and responsibilities are outlined in my

25  Declaration filed on July 10, 2020 (Dkt. 3656-2).

26       3.    As outlined in DO 802, inmates have access to an Inmate Grievance

27  Procedure that allows them to informally and then formally raise issues related to their

28  medical care.

4.      An inmate must first attempt to resolve their complaint informally.  If they are unable to resolve it informally, they may file a formal grievance.  Medical grievances are forwarded to the Facility Health Administrator, who then investigates the grievance and prepares a response.

5.      The MSCMB tracks health care grievances submitted by inmates to monitor quality of care issues and to monitor whether responses to the grievances were responded to within the time set forth in Performance Measure 26 (Are responses to health care grievances completed within fifteen (15) working days of receipt (by health care staff) of the grievance?).

6.      It has been my experience that inmates file grievances when they have an issue with the healthcare they receive.  This includes, but is not limited to, issues related to treatment, medication, co-pays, interpreter services, etc.

7.      The MSCMB pulled all medical grievances submitted by those inmates who submitted declarations in support of Plaintiffs' Motion to Enforce (Dkt. 3623).  The MSCMB found no medical grievances submitted by inmates ███████████, ████████, ██████████████, █████████████, ███████████, ████████████, ████████, ██████████, ████████████████, ████████, and ███████████████.

8.      Attachments 1-3, respectively, are true and correct copies of medical grievances submitted by inmates ██████████ ("J.H."), ████████████ ("K.P."), and ████████████████ ("C.M.").  I have reviewed the grievances submitted by each of these inmates.

9.      Inmate J.H. submitted two medical grievances when he was housed at ASPC-Tucson (Catalina Unit).  His grievances are dated October 31, 2018 and January 17, 2019, and both involved complaints of no ASL interpreter during medical appointments.  Attachment 1.

10.     Inmate K.P. submitted one grievance dated February 15, 2019 when he was housed at ASPC-Tucson (Catalina Unit).  He complained about the lack of an ASL

2

interpreter present during medical appointments, indicating he uses ASL and uses writing/machine for backup.  Attachment 2.

11.    The grievances submitted by inmates J.H. and K.P. were submitted when Corizon was the healthcare vendor. As such, I do not have personal knowledge on how Corizon dealt with inmates who needed an ASL interpreter.

12.    Inmate C.M. submitted seven grievances, all before Centurion was the healthcare vendor.   None of C.M.'s grievances complain about interpreter services. Attachment 3.

13.    I am aware the Court has previously ruled that Paragraph 14 does not need to be monitored according to the same metric as a Performance Measure.  (Dkt. 1673.)

14.    To comply with Paragraph 14, however, ADCRR required in its contract with Centurion that it provide interpreter services for inmates, including those inmates who exhibit a significant difficulty in verbal communication.  ADCRR requires Centurion to train its healthcare staff on using interpreter services.  ADCRR also requires Centurion to display posters in the clinics and medical services areas about the availability of interpreter services.  The MSCMB verifies these posters are displayed.

15.    Centurion has met these requirements and provides interpreter services for those inmates as required by Paragraph 14.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of July, 2020.


_____
Larry Gann

**ATTACHMENT 1**

**[REDACTED]**

**ATTACHMENT 1**

**[REDACTED]**



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| | |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Catalina | C35-042-018 |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 10-31-18 was received in the Tucson office of Corizon Inmate Health Services on 11-29-18.

Your primary area of concern is ASL (American Sign Language) interpreter when you have a medical appointment.

Your concern has been reviewed by medical and it was determined that it is the responsibility of DOC to arrange for you to have an interpreter. Please put a request for an ASL interpreter on your HNR so we can give that information to the DOC. Also, we will pass this information on to DOC so it can be arranged for you to have an interpreter.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/at (21650)
(50006)

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE    B. Richey   AFHA | DATE *(mm/dd/yyyy)*   12\5\18 |
|---|---|



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

21650

Received by Coordinator on 1/06/18



RECEIVED BY

Smothmau

TITLE

CO III

| BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|
| 8914 | 10/31/18 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

INMATE NAME _____ ADC NUMBER _____

DATE (mm/dd/yyyy)
10/31/2018

INSTITUTION/FACILITY
Tucson/Catalina
TO: GRIEVANCE COORDINATOR

CASE NUMBER
C35-18-046   C35-042-018

Description of Grievance (To be completed by the Inmate)

I got response back on 10/30/2018 I dont like how it said on paper. It's not my first time complain a bout intrepreter. In policy you/prison should provide sign language intrepreter. This yard know that I am deaf inmate. It's considered discrimination to me. I never get ASL intrepreter since I'm serving my time in prison. It's your duty to provide sign language intrepreter for any services when you have deaf inmates. Other thing nurse never offered me refusal paper and I didnt see it anywhere.

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

My proposed resolution is that ADC's duty to provide ASL intrepreter for any services included medical when you have deaf inmate in this yard.

INMATE'S SIGNATURE

DATE (mm/dd/yyyy)
10/31/2018

GRIEVANCE COORDINATOR'S [signature]

DATE (mm/dd/yyyy)
11/06/18

Action taken by _____

Documentation of Resolution or Attempts at Resolution.

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator: Pink or Copy - Inmate
FINAL: White – Inmate Canary – Grievance File

802-1
12/12/13



## ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|

INSTITUTION/ UNIT
ASPC-Tucson / Catalina MI C35-18-046

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit |

CORIZON

INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 9/28/18 was received in the Tucson office of Corizon Inmate Health Services on 10/2/18.

Your primary area of concern is ASL Interpreter and Nurse line refusals.

Your concern has been reviewed by medical and it was determined that you have never expressed the need for an interpreter. Please let whatever provider you are seeing, medical dental and mental health know if you need interpretation services. You have been asked when presenting to medical, dental and mental health. In regards to your statement about nurse line refusals. You are placed on the nurse line whenever you submit an HNR (Health Needs Request). If you refuse at the time of the visit you will be asked to sign a refusal.

This informal complaint has been addressed. This has resolved your concern.

KS/ds(21356)

| STAFF SIGNATURE | K.Switzer | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | DON | 10/23/2018 |

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Received by Grievance Coordinator on 10/03/18
Complaints are limited to one page and one issue. Please print all information.

MI-C35-18-046

| INMATE NAME (Last, First MI) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | | Tucson Catalina | 9/28/18 |

**TO**
Medical

**LOCATION**
Catalina

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I m try to informally resolve problem is that I dont get asl intrepreter when I get see by nurse also I didnt know that I can refuse to get seen by nurse. I get charged for $4 for nothing treatment and just sent me back with pain leg. Its not right. My respulation is that dimiss $4 charge and get asl intrepreter if I get see by nurse.

| | DATE (mm/dd/yyyy) 9/28/18 |
|---|---|

Have you discussed this with institution staff?   ☐ Yes   ☑ No

If yes, give the staff member name:



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance

*For Distribution: Copy of Corresponding Inmate Grievance Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| | |

| INSTITUTION/ UNIT | CASE NUMBER |
|---|---|
| ASPC-Tucson / Catalina | C35-004-019 |

CORIZON

INMATE GRIEVANCE RESPONSE

Your inmate grievance dated 1/17/19 was received in the Tucson office of Corizon Inmate Health Services on 1/21/19.

Your primary area of concern is related to ASL interpreter services for your medical appointment.

Your concern has been reviewed by medical and it was determined that medical has requested the use of interpretation equipment from DOC for your appointments, but that you are also able to communicate via writing and reading lips.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BS/lp ( 19-12   )

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

| STAFF SIGNATURE     Benjamin Schmid, FHA | DATE *(mm/dd/yyyy)* 1/30/2019 |
|---|---|



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

1912
1/21

RECEIVED BY
_Brookhart_

TITLE
_COIV_

| Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice | BADGE NUMBER 9532 | DATE (mm/dd/yyyy) 01/18/19 |

INMATE NAME (Last, First, M.I.) (Please print)    ADC NUMBER

DATE (mm/dd/yyyy)
1/17/2019

INSTITUTION/FACILITY
Tucson   Catalina

CASE NUMBER
MI=C35-18-078  C35-004-019

TO: GRIEVANCE COORDINATOR

Description of Grievance (To be completed by the Inmate)

I got response from informal complaint response,
they never provided or had intrepreter for
my medical appointment. They considered resolved
and it was untrue and I felt that they
abused policy and my needed like undue
hardship.

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

My resolution is provide intrepreter and
stop abusing policy also quit discrimiation
deaf people's language needed for intrepreter.
sign

| | Date 1/17/19 | Grievance Coordinator's Signature _COIV B. Brookhart_ | Date 01/18/19 |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |

DISTRIBUTION: INITIAL White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|

**INSTITUTION/ UNIT**
ASPC-Tucson / Catalina

| FROM | LOCATION |
|---|---|
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit **MI-C35-18-070** |

CORIZON
INMATE INFORMAL COMPLAINT RESPONSE

Your inmate informal complaint dated 12/15/18 was received in the Tucson office of Corizon Inmate Health Services on 12/17/18.

Your primary area of concern is medication for itching.

Your concern has been reviewed by medical and it was determined that you were seen on 12/20/2018 by the provider. At that time he ordered a topical and oral medication to address the "itching" you are experiencing. In regards to the ASL interpreter, we have reached out to DOC to request that we may be able to use theirs during medical visits.

This informal complaint has been addressed. This has resolved your concern.

KS/ba

21664

| STAFF SIGNATURE | K.Switzer | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | DON | 01/10/2019 |

Distribution:     INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-12
10/16/16

21004 645007

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Grievance Coordinator on 12/17/18

Complaints are limited to one page and one issue. Please print all information.

MI-C35-18-070

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| | | Catalina | 12/15/18 |

TO
Medical

LOCATION
Catalina

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am trying to informally resolve the following problem is that I was an provider line and its was got canceled also they never provided ASL intrepreter as I put HNR request to provide one. please fix this issue and I need something to help with my health issue. I been trying to get something to help with, itchy/dry skin.

| | DATE (mm/dd/yyyy) |
|---|---|
| | 12/15/18 |

Have you discussed this with institution staff? ☐ Yes ☑ No

If yes, give the staff member name:

# ATTACHMENT 2

# [REDACTED]

# ATTACHMENT 2

# [REDACTED]

 **ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

> For Distribution:  Copy of Corresponding Inmate Grievance Resolution must be attached to this response.

INMATE NAME *(Last, First M.I.) (Please print*

ADC NUMBER

INSTITUTION/ UNIT
*ASPC-Tucson / Catalina*

CASE NUMBER
C35-013-019

CORIZON

**INMATE GRIEVANCE RESPONSE**

Your inmate grievance dated 2/15/19 was received in the Tucson office of Corizon Inmate Health Services on 2/20/19.

Your primary area of concern is having ASL interpretation available.

Your concern has been reviewed by medical and the ASL interpretation device has been ordered. The delivery date is not known at this time. Medical staff has been working on having the appropriate interpretation equipment available for your visits.

This grievance has been addressed. "In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department."

BR/lp ( 19-60  )

Please note, per Revised Department Order 802.05, 1.2, pg. 5 - "Specifying the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department."

STAFF SIGNATURE
B.Richey
AFHA

DATE *(mm/dd/yyyy)*
03/04/2019

19-60  2/20

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

Received By: momau
Title: 1539
Badge Number: 3314  Date: 2 1519

Date: 2/15/19

Institution/Facility: Catalina / Tucson   Bed # 24028
Case Number: A-I-E C35-19-OH-B   13-019

To: C04 / COII

**Description of Grievance** *(To be completed by the inmate)*

I Am NOT satified with medical's Resolution. And this hasn't Resolved. Medical Violation for (ADA) (American with disabilly act) Due to 704.15 (1.1) - DISCRimination AGAInsist (ADA) for no certificated (American) Sign Language interpreter) I use American Sign Language. I Am DEAF. writing "Machine for back up As needed" violation AGAinist American disability with ACTS Policy LAW. Dev 704.15 (1.1). Here's Attached with (medical-corizon's) Attach inmate informal complaint Response

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

my Resolution Asked to provide american sign Language Interpreter. So we understand communicate my Language Driority Due American sign Language Required. That is ADA LAW from Court order Due to 704.15 (1.1) Policy. And they provide interpreter

Date: 2/15/19
Grievance Coordinator's Signature: COII /. [signature]
Date: 02/20/19

**Action taken by** _____

**Documentation of Resolution or Attempts at Resolution.**

Staff Member's Signature: _____   Badge Number: _____   Date: _____

Initial Distribution - White and Canary - Grievance Coordinator: Pink - Inmate
Final Distribution - White - Inmate: Canary - Grievance File

802-1
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Informal Complaint Response

| For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response. |

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |

INSTITUTION/ UNIT
ASPC-Tucson / Catalina

| FROM | LOCATION |
| Kimberlee Switzer, RN, BSN Director of Nursing | Complex Health Unit  Mi-C35-19-011 |

CORIZON

**INMATE INFORMAL COMPLAINT RESPONSE**

Your inmate informal complaint dated 2/7/19 was received in the Tucson office of Corizon Inmate Health Services on 2/7/19.

Your primary area of concern is ASL interpreter.

Your concern has been reviewed by medical and it was determined that an ASL interpretation device has been ordered to be kept in medical. In addition, DOC has a machine for back up as needed. Medical staff has been advised to ensure the appropriate interpretation equipment is available for your visits.

This informal complaint has been addressed. This has resolved your concern.

KS/ba
2/8/3

| STAFF SIGNATURE  K. Switzer  DON | DATE *(mm/dd/yyyy)*  02/14/2019 |

Distribution:   INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White - Inmate; Canary - Grievance Coordinator File

802-12
10/15/16

*Recieved by Grievance Coordinator on 2/7/19*

**ARIZONA DEPARTMENT OF CORRECTIONS**
21803

**Inmate Informal Complaint Resolution**

MI-C35-19-031

| ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|
| | Catalina/TUCson | 2/7/19 |

| TO | LOCATION |
|---|---|
| Medical | 2A02B |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I Put on HNR That I Am deaf and need have an
American Sign Language Interpreter. on 12/22/18 medical
called me and I went in and nurse (RN. THayer) spoke to
me and I signing to him that I Am deaf can't hear or talk.
and went in the office. he wrote a note asked me
If I am deaf. I said Yes and wrote told him "Didn't You
read the HNR2" He said Yes. Then I asked him where the
American sign Language interpreter? So that we can understand
the communicate for the medical issues Reasons. I'm not
good on the english writing or explaining the Point so needs. my
language below 3.5. and (RN. THayer) Denied my Request for
(American Sign Language Interpreter) stated there's No Available
Interpreter. I told him there's Available interpreter at Anytime.
and that (American disability with acts) Law Mandatory have
(ASL interpreter). and told him it's Violation ADA Law
Title 28 Tule .15 (1.1) Disccimination Against (American
disability with acts) for not Provide (ASL interpreter). and
he called (LT. Burger) come in we talk Same thing
issues. with (RN. THayer). I asked LT. Burger that
I want a copy of our conversation writing paper.
They Refused give me the Copy of our Conversation.

Resolution: Medical - D.o.C Violation (ADA's access
need an interpreter to communicate). and discrimination
Against ADA's Rights (Deaf). need to Provide American
sign Language interPreter.

| | DATE (mm/dd/yyyy) |
|---|---|
| | 2/7/19 |

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Distribution:   INITIAL:  White and Canary - Inmate
                FINAL:  White - Inmate, Canary - Grievance Coordinator File

*Recieved by W.th Andrews
on 2-7-19 at 1427 hrs.*

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Received by Grievance Coordinator per cc/h

Complaints are limited to one issue and one issue. Please print all information.

21803

MI-C35-19-08#

| INMATE NAME (Last, First, M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ▮▮▮ | ▮▮▮ | Catalina/Tucson | 2/7/19 |

TO: Medical

LOCATION: 2A02B

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I Put on HNR That I Am deaf and need have an American Sign Language Interpreter. on 12/22/18 medical called me and I went in and nurse (RN. THayer) speak to me and I signing to him that I Am Deaf can't hear or talk. and went in the office. he wrote a note asked me If I am deaf. I said Yes and wrote told him "DiDn't you read the HNR?" He said Yes. Then I Asked him where the American Sign Language interprter? So that we can understand the communicate for the medical issues Reasons. I'm not good on the english weiting or explaining the point or needs. my language below 3.5. and (RN. THayer) Denied my Request for (American Sign Language Interprter) Stated there's NO Avilable interprter. I told him there is Avilable interprter at Anytime and that (American Disability with Acts) Are Mandatory have (ASL interprter) and told him it's Violation ADA (Au) ~~1997~~ 704.15 (1.1) Discrimination Against (American Disability with Acts) for not provide (ASL interprter). and he called (LT. Burger) come in we talk same thing issues with (RN. THayer) I Asked LT. Burger that I want a copy of our conversation (writing paper. They Refused give me the copy of our conversation.

Resolution: Medical - D.O.C Violation (ADA's access need an interprter to communicate). and discrimination Against ADA's Rights (Deaf). Need to provide American Sign Language interprter.

DATE (mm/dd/yyyy): 2/7/19

Have you discussed this with institution staff?  ☐ Yes  ☐ No

If yes, give the staff member name:

Recieved by CO III Andragon on 2-7-19 at 1427 hrs.

Distribution: INITIAL: White and Canary - Inmate   FINAL: White - Inmate; Canary - Grievance Coordinator File   802-11 8/25/14

**ATTACHMENT 3 – PART 1**

**[REDACTED]**

**ATTACHMENT 3 – PART 1**

**[REDACTED]**



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



JANICE K. BREWER
GOVERNOR

CHARLES L. RYAN
DIRECTOR

## MEDICAL GRIEVANCE APPEAL:  TO THE DIRECTOR

Inmate Name: ⬛⬛⬛⬛          ADC No.: ⬛⬛          Case No.: L32-082-012

Institution: ASPC-LEWIS/BARCHEY                   Date Received: October 12, 2012

I have reviewed your Grievance Appeal in which you state: (1) you never refused an appointment on 5/4/11 and never signed the refusal; and (2) you are not being provided appropriate treatment for you back problem.

Your Grievance Appeal has been investigated including a review of your medical records. Based on our findings, the decision of the former Wexford Complex Site Manager (S. Erno) is affirmed and your appeal is denied. The reasons for this decision are:

1.  Review of your medical records indicates you submitted a Health Needs Request (HNR) on 4/27/11 requesting follow-up of a back injury you sustained while working at the Rincon kitchen. In response to your request, you were scheduled for the 5/4/11 provider/nurse line at the ASPC-Tucson Detention Unit; however, you refused the appointment stating "I don't want to be charged $4.00" and refused to sign the "Refusal to Submit to Treatment" form.

2.  Our investigation showed you were seen by medical staff on 3/23/12 after you claimed to have been hit on the neck and back during a fight with another inmate. You were provided Acetaminophen and a Special Needs Order (SNO) for medical ice and a 3-day lay-in. You were examined 4/18/12 by a medical provider for your complaints of chronic low back pain. The provider noted an old wedge fracture at T12 and ordered Naprosyn (Naproxen) and Pamelor (Nortriptyline) which are appropriate for your condition. These medications were prescribed based on the medical provider's findings and clinical judgment. Our investigation showed that a CT scan of the thoracic and lumbar spine is not medically indicated at this time.

3.  Please submit a Health Needs Request (HNR) if you have additional medical concerns or needs which you wish to discuss with a medical provider.

This response concludes the medical grievance process per Department Order 802.11 Medical Grievance.

Charles L. Ryan, Director

12/10/12
Date

cc: Wexford Complex Site Manager, ASPC-Lewis
    C.O. Inmate File

**ARIZONA DEPARTMENT OF CORRECTIONS**

### Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

(To be completed by staff member initially receiving appeal)

Received by: E. KNIGHT
Title: CO3
Badge #: 3949
Date: 9/6/12

**PLEASE PRINT**

| Inmate's Name (Last, First, M.I.) | ADC No. | Date 9/6/12 |
|---|---|---|

| Institution ASPC-L-Barchey | Case Number L32-12-082 |
|---|---|

TO:

I am appealing the decision of _Sumi Errno_ for the following reasons:

I ~~never refused~~ any medical appt on 5/14/11 and never signed the required refusal. I have the receipts for subsequent HNR forms utilized that are claimed to be non-existant. Until accurate information is gathered and used, the inaccuracies relied upon in determining aspects of care develope a deceptive history and practice. I ~~recommend treatment can be comprehensive~~ ~~the recommended treatment~~. The current treatment soley provided at this time and for some time now is a form of drug therapy that is aggrevating the problem, not reducing it. The standard of care under the SOAP format should be utilized properly - both in practice and documentation. Winging it isn't working.

Date 9/6/12

Grievance Coordinator's Signature _____ Date 9/28/12

Response To Inmate By:                          Location

RECEIVED
OCT 12 2012
HEALTH SERVICES

| Staff Signature | Date |
|---|---|

DISTRIBUTION:
INITIAL:  White & Canary - Grievance Coordinator
          Pink - Inmate
FINAL:   White - Inmate
          Canary - Grievance File

802-3
7/13/09

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| | |
|---|---|
| **Received By** | Kepner |
| **Title** | CO-N |
| **Badge Number** 8401 | **Date** 7/23/12 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.*

| Inmate Name (Last, First M.I.) | ADC Number | Date 7-23-2012 |
|---|---|---|

| Institution/Facility ASPC - Lewis, Rast Unit   Barchey of 111 | Case Number   L32-12-082 |
|---|---|

**To:** Grievance Coordinator

**Description of Grievance** (To be completed by the inmate)

I was severely injured to my back, due to an assault from another inmate. I have been seeking medical treatment for the pain and to receive a accurate diagnosis. I was seen by medical and a C.T. scan was ordered. As of today I have not received the C.T. scan nor am I receiving any medications that relieves my pain. I have sent an informal resolution only to receive reply which simply notes the date of my visit to medical and their actions. Nothing was addressed as to my request for appropriate medication as mine only makes me sleep nor when the C.T. scan is going to happen.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

I put informal in to no avail. My request for treatment goes unanswered. I need some serious help. Some doctor needs to tell me what is wrong with my back and why the pain does not go away. I need the C.T. scan and I need meds to make my pain go away until my back gets fixed

| | Date 7-23-12 | Grievance Coordinator's Signature   R. Kepner | Date 7/08/12 |
|---|---|---|---|

| **Action taken by** | **Documentation of Resolution or Attempts at Resolution.** |
|---|---|

**RECEIVED**

**AUG 2 0 2012**

**ADC**

| **Staff Member's Signature** | **Badge Number** | **Date** |
|---|---|---|

Initial Distribution - White and Canary - Grievance Coordinator;  Pink - Inmate
Final Distribution - White - Inmate;  Canary - Grievance File

802
7/11

# WEXFORD HEALTH SOURCES, INC.
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| | **Grievance #: L3212082** |

**Institution/ Unit / Housing:**

ASPC-LEWIS / BARCHEY 6F 11L

| **From:** | **Location / Unit:** |
|---|---|
| Sumi Erno, Complex Site Manager | ASPC-Lewis/Wexford Health Sources, Inc. |

I am in receipt of your Inmate Grievance regarding back pain and pain meds and offer you the following:

Regarding decisions about inmate health care, D.O. 1101 says "clinical decisions and actions regarding health care services provided to inmates are the sole responsibility of qualified health care professionals." The last HNR you submitted regarding back pain is dated 4/27/11. You were scheduled to be seen on 5/4/11 and refused the appointment. There is no HNR since then about back pain. Submitting an HNR to be seen by your provider is the appropriate course of action.
You were seen by a provider on 4/8/12 and his note says "*consider* lumbar/thoracic CT". It was not an order for one. At that time, he addressed your pain medication issue.

It is the goal of Wexford Health Sources, Inc. to address your necessary medical needs. Should you have further medical issues, please submit a Health Needs Request form.

**YOU MAY APPEAL THIS DECISION TO THE DIRECTOR BY REQUESTING APPEAL FORM GF-2.**

Given to inmate on 8/31/12
J. Baca 8527, COIV

| **Staff Signature:** | SUMI ERNO COMPLEX SITE MANAGER | **Date:** 8/24/12 |
|---|---|---|

Distribution:   Original - Inmate
                Copy: Institutional File
                Copy: Grievance Coordinator          916-2PF                    4/15/04

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Letter**

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name *(Last, First M.I.)* | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | ASPC - Lewis, Rast | 5-24-2012 |

To: deP. Warden Administration Tara Diaz.

Location: 2-D-16

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

                    Informal  Resolution  to  Medical
On  3-23-2012  I  was  alsoted  by ▇▇▇▇▇▇▇
in  this  insedent  my  dones  wear  dislocated  in  my
wast.  Thats  wen  on  4-18-12  I  went  to  Doctor
Merchat  for  medical  assistant  becouse  the  pain
was  to  Much  for  to  hendel  and  Doctor
Merchat  gave  me  bad  med's  and  he  ~~to~~  refuss
to  give  me  what  others  Doctor's  gave  me.
I  still  have  pain  and  I  need  help  with  this.
I  would  like  some  med's  to  help  me  with  the
pain.  Lt.  Reed  ask  for  me  to  get  help  for  this
he  took  Fotes  of  me  wen  every  thing  happen.
He  ask  help  from  the  Medical  but  thay  did  nothing
to  help  I  would  like  ~~at~~  med's  for  the  pain.

                    Thank  you.

| | Date |
|---|---|
| ▇▇▇▇▇▇▇▇▇▇▇▇ | 5-24-2012 |

Have You Discussed This With Institution Staff?    Yes    No

If yes, give the staff member's name:  4-29-12 dep Warden Tara Diaz but not response

Distribution:  White - Master Record File    Canary - Inmate

916-1
5/13/10

**ARIZONA DEPARTMENT OF CORRECTIONS**

*Resolution*

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

**Inmate Letter**

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | ASPC - Lewis, Rast | 7-10-12 |

| To: | Location |
|---|---|
| COII MILLIRON | COIII OFFICE |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I AM ATTEMPTING TO INFORMALLY RESOLVE The Following ISSUE:

ON 3-23-12 I WAS SEVERELY INJURED due to an assault on me. I Notified SEVERAL OFFICERS And was eventually seen by medical. I explained my pain to medical. I was prescribed some type of pain meds. The MEDS DID NOT WORK AND I've written SEVERAL HNR. to complain. A C.T. SCAN WAS ORDERED by the Doctor for my lower back but as of today, I still haven't received one.

I WROTE A inmate letter (informal Resolution) on 5-24-12 regarding this issue but my informal WAS never responded to. Instead I get a response from Terry ALLRED telling me that I WAS SEEN by MEDICAL AND A CAT SCAN WAS ORDERED. He treated my "informal" AS a regular inmate letter. I Attempted to Grieve this but WAS told by COII MILLIRON That A Grievance has to be done with the Informal Resolution attached. I knew that but how DO I Attach the Informal when it WAS never responded to?

So I'm officially Attempting to Informally Resolve this: my back aches All the time. Something is severely wrong, my pain meds DO Nothing to Alleviate my pain. I need my back to be treated properly to Find out the DAMAGE. This is A serious issue. PLEASE Respond.

| You have previously addressed this issue through an informal resolution AND a formal grievance which you submitted to me just a couple days ago. Your grievance is being processed. Therefore, this is being returned to you unprocessed. | I NEED A COPY |
|---|---|
| | Date 7-10-12 |
| | Yes / No COII MILLIRON |

916-
5/13/1

**ARIZONA DEPARTMENT OF CORRECTIONS:**

For distribution: Copy of corresponding Inmate letter must be attached to this Response.

| Inmate Name (Last First, M.I.) | ADC# |
|---|---|
|  |  |

| Institution/Unit |
|---|
| ASPC-Lewis, RAST |

| From: | Location: |
|---|---|
| Terry Allred, Facility Health Administrator | ASPC-Lewis |

Re: HNRs/Inmate letter dated: I am in receipt of your inmate letter to the Warden. Warden Diaz has forwarded your letter to me for a response. I have researched your concerns and a review of your medical file was conducted.

On 4/18/12, you were seen by the provider for back pain and pain medications were prescribed. In addition, your provider has requested for you to get a CT scan down of the lower back.

On 3/23/12, you were seen by the provider at complex medical as a result of an altercation between you and another inmate. Pain medication was also prescribed at that visit.

It is the goal of the Health Services to address your necessary medical needs. Should you have further medical issues, please submit a Health Needs Request form.

Cc: Warden Diaz

| Staff Signature | Date |
|---|---|
| Terry allrd bsa | 6/14/12 |

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)

Time: 16:53
Initials: A.D.M

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha 4-29-2012 |
|---|---|---|

Cama **2-D-16** Rast | 3600 | Institution/Facility/Instalación: ASPC **Lewis Rast**

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria [Use este formulario para describir un problema a la vez]*

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I am writing again to complaint yes I over my severe Back pain, which is going painful, a (severe pain unbearable), it makes Me the worse pain pills are not helping me at all, I've mention this on my prior HNRs I said evening nurses, my naive someone on the Doctor to plz help me! with a stronger pain killer since no one "er Doctor always I help me with the open sys, BCCT, My a other to ES Insignia I affiem BCT see me on a resiente is killing me pain an inhuman seriously, (my and bus)

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisionero

REMOVE THE GOLDENROD COP[...]EEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☑ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)*

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

## PLAN OF ACTION/PLAN DE ACCION

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF COR...

**Health Needs Request (HNR)**

Initials: _____

| Inmate Name/Nombre *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| ███████████████████ | ███████████ | 6-21-12 |

| Cell/Bed Number/Celda/Número de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 2-D-16-L | Rast | B600 | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). *[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]*

[BACK SUPPORT, NEEDED, LESSER DOSE!]

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ☒ Medical/Médica ☐ Dental ☒ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. *[¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]*

DUE TO THE FRACTURE SPRAIN TO LA BEATING/KICKING ON MY (LOWER BACK) THE PAIN IS SCRUTINIZING! QUITE PAINFUL, SO AM I ASKING TO HAVE A (BACK SUPPORT, GURDLE) ITS A MUST, TO HOLD ME UP AT MS ON MY FEET, ALSO THE MEDICATION THAT WAS TO DISCRISE TO KILL MY PAIN, ITS TOO STRONG, IT KNOCKS ME OUT! I CANT BE PUT TO SLEEP SO EARLY, WHEN NURSE ISSUES THEM. DUE TO THAT INM (WORKING ON MY COURT CASE) EVEN TIMES I NEED TO STAY AWAKE! SO I NEED MEDICATION TO KILL PAIN ONLY NOT TO KNOCK ME OUT! ALSO THAT THIS NURSE SEEMS TO BE VERY PERSISTEN TO FORCE ME INTO TAKING MY PILLS "RUDLY" HER NAME IS LAZAO

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. *[Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tra...]* NOT TO ENFORCE THEM?

Inmate's Signature/Firma del pris███████████████

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☒ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify) (especifique)* _____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *(signature)* | | |

**PLAN OF ACTION/PLAN DE ACCION**

"You are scheduled for an appointment"

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| *(signature)* | 7/28/12 | 740w |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod/Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. (Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.)

1101-10ES
10/1/09

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Duty/Special Needs Order - Inmate Health**

| Date Issued | Expiration Date |
|---|---|
| | |

## Check the Appropriate Category

☐ Full Duty   ☐ Limited Duty   ☐ Non-Duty/No Work   ☒ Lay In/Confined to living quarters with bathroom privileges

### ENSURE ALL LIMITATIONS ARE COMPATIBLE

**Inmate Limited Duty** *(✔ Check only those that apply)*

☒ No lifting, No pushing, No pulling, No running

☒ No lifting over ☒ 10 ___ 20 ___ 50 ___ pounds

☒ No repetitive bending/twisting
   Body Part _____

☐ No repetitive motion to injured part
   Body Part _____

☒ No work reaching above the shoulder

☒ No operation of a motor vehicle

☒ No climbing ☒ ladders ___ stairs

☐ No operation of machinery or power tools

☐ No off-complex work assignments

☐ Exposure to direct sunlight only with hat, sunscreen, long sleeve shirt, etc.

☐ No exposure to respiratory irritants *(e.g. chemicals, paints, grass cuttings, etc.)*

**Other Limitations of Daily Activity** *(✔ Check only those that apply)*

Yes = Inmate is able to    No = Inmate is unable to

☒ Yes ☐ No   Meals in Living Quarters

☒ Yes ☐ No   Attend Schools/Programs

☐ Yes ☒ No   Field Activities ___ day(s)/week(s)

☐ Yes ☒ No   Walk Track

☐ Yes ☒ No   Sports Activities ___ day(s)/week(s)

☐ Yes ☒ No   Visitation

☐ Yes ☒ No   Other _____

_____
_____
_____
_____
_____

**Work Capacity, Specify Limitations:** *(Circle either hours/day or consecutive hours)*

☐ Workday Capacity
   Can sit ___ hours/day or consecutive hours
   Can stand ___ hours/day or consecutive hours
   Can walk ___ hours/day or consecutive hours

☐ Other Limitations/Considerations *(Explain)*
_____
_____

**Additional Considerations**

**Medical Property Issued**
_____ X 3 days

**Medical Property to be Returned to Clinic by:**

| Provider's Name | Provider's Title |
|---|---|
| | LN |
| **Provider's Signature** | **Date** |
| | |
| **Inmate's Signature** | **Date** |
| | |

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| | |
| **Date of Birth** | **Facility/Unit** |

**Distribution**
White - Medical Record,  Canary - Unit Chief of Security ,  Pink  - Inmate

1101-60P
11/28/01

# CORIZON
## INMATE GRIEVANCE RESPONSE

| Inmate Name *(Last, First M.I.)*: | ADC #: |
|---|---|
| | Grievance Number:<br>L32-032-017 |

**Institution/ Unit / Housing:**

LEWIS / RAST=MAX

| From: | Location / Unit: |
|---|---|
| K. Rogers FHA | ASPC-Lewis/Corizon |

This is in response to your 03/14/17 Grievance that was received by medical on 04/18/17

You have stated that you are requesting that you are filing a grievance due to your request to receive sports bras.

After review of your medical documentation, records indicate that you have an active SNO for a sports bra. Security issues sports bras not medical please see your officer.

Per DOC policy, clinical decisions and actions regarding health care services provided to you are the sole responsibility of qualified health care professionals. You do not have the right to dictate treatment or who provides treatment.

.

**"In accordance with the current policy, this response is final and constitutes exhaustion of all remedies within the department."**

If you have any further concerns that have not been addressed, please submit an HNR and proceed to open sick call.

| **Staff Signature**: K. Rogers FHA | **Date:** 04/21/17 |
|---|---|

Copy: Institutional File     Copy: Grievance Coordinator     916-2PF



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY |
| --- |
| Lopez |
| TITLE |
| Cell |

| BADGE NUMBER | DATE (mm/dd/yyyy) |
| --- | --- |
| 12349 | 3-14-16 |

Note:   You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

| Loc | DATE (mm/dd/yyyy) |
| --- | --- |
| -3-A308 | 3-14-2016 |

INSTITUTION/FACILITY
A.S.P.C-Lewis Unit-Rast Max

TO: GRIEVANCE COORDINATOR CO-III-May

CASE NUMBER
L32-032-017

**Description of Grievance** (To be completed by the Inmate)
Grivance Coordinator. I Submited This Grievance because The A.S.P.C Lewis Medical Unit still given me only stuped's responces- about- theses sport brass I need on Any's -Too Manys- HNR's I submisted- I only still received- differents - stuped's responces but I never received- not any sport brass - I'submisted HNR's For More of a year and - always The Somethin This is Why-I get this Level on Grievance because Theses Nurse's dont not Take Care on me- I' Sending To you - all's- HNR's responces and Manys- Informal Complaint Resolution here

**Proposed Resolution** (What informal attempts have been made to resolve the problem?  What action(s) would resolve the problem?)
My Proposed -is to Pleece I need To hold With me Theses sport brass- This is The better resolution - For me Pleace Thanks you so much

| | Date | Grievance Coordinator's Signature | Date |
| --- | --- | --- | --- |
| | 3-14-16 | COIII Suff | 4.18.17 |

**Action taken by  Documentation of Resolution or Attempts at Resolution.**

RECEIVED
APR 18 2017

| Staff Member's Signature | Badge Number | Date |
| --- | --- | --- |
| | 1236 | |

DISTRIBUTION:  INITIAL:  White and Canary or Copies -- Grievance Coordinator, Pink or Copy - Inmate
FINAL:  White - Inmate, Canary -- Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.

| Inmate Name (Last, First M.I.) | ADC Number |
|---|---|

**Institution/Unit**

ASPC-LEWIS/ RAST MAX

| From | Location |
|---|---|
| COIII Carrillo, D #5382 | 3A COIII Programs |

I am writing in response to your informal complaint resolution dated 02/29/2016 regarding medical (sport bras). I contacted Corizon, the medical provider, and their response was as follows:

"Your sport bras have been ordered."

This issue is considered resolved. If you wish to submit a formal grievance you may do so within five business days of this response. End of response.

| Staff Signature | Date |
|---|---|
|  | 03-14-2016 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate ~~Letter~~ Informal Complaint Resolution

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all Information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| ▮▮▮▮▮ | ▮▮▮▮▮ | Rast Max A.S.P.C Lewis | 2-29-2016 |

| To CO 3 CARRILLO | Location Rast Max 3-A-Office CO 3 Carrillo |
|---|---|

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

CO 3 Carrillo - This Informal Complaint Resolut
I'writen is becouse I still- Ask For
The A.S.P.C Lewis- Medical Unit For
My- SPort brass - I Set APProved - For
Two's Times - but never Theses Nur's
Given To me- I be like This- From More
OF a Year- on Ask- Everys Months
From- The all The year already Past
I only- received- Stuped resPonces
I' had- /4-resPonces where said To
me one Thing and Another Things
but I never received My SPort brass
I'To day- subminist anather
(HNR),To Medical Unid-
CO 3 Carrillo - Pleace Found For
me Good resolution on all This
on Theses Nur's For Medical Unit
Thank You CO 3 Carrillo

Sending me soom resPonce For The nexl steps
Grievance if is necesAry

| ▮▮▮▮▮ | DATE (mm/dd/yyyy) 2-29-2016 |
|---|---|

| Have You Discussed This With Institution Staff? ☒ Yes ☐ No |
|---|
| If yes, give the staff member's name: To You- before Time Ago |

Distribution: Original – Master File
Copy - Inmate

CO 3 Carrillo and -
before you CO 3 Balogun
8 months ago

918-1(e)
5/14/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**
Transgender Name, - Loc-3-B-2-'14

Complaints are limited to one page and one issue.

Please print all information.

INMATE NAME

INSTITUTION/UNIT Rast Max

DATE (mm/dd/yyyy)
A.S.P.C-Lewis  5-21-15

TO CO III - BALOGUN

LOCATION Rast Max-
CO III Office - Pod's-Three's

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

CO.III- I Writen That Informal Complaint Resolution - to I Can get- Your help- to resolve me this - Medical Issue I had So I had With me - Manys (HNR's) Copy's-Response's I'received - From Were I Submmit-on Every One's to Ask-For Sport Bra's - I'Start to Submmit those-HNR- to - Lewis Complex - Medical Unit on this different Date's For this Something -For along OFF the time - Five Month already Past- and - never them's - Nursing Staff-Medical Don't not-Want to Given to Me - Those's Sport Bra's - I Writen on (HNR) to the FHA-to-Medical Staff-B. Rojas-but Continued-now Weorse-Luz on the last (HNR) I Sending I'Only received this Wrong response Were at this time 5 8-15-the ressponse-Said-No Clinical indication at this time Per Your Provider-this is - not-OK-because - I Set MY Provider For the Sport Bra's -From here -From This-Lewis Complex Medical Unit-Doctor-When I'Was on Buckley Unit and Medical Doctor-See me For this-I Set this Provider at this Date I-26-2015-on this Some time This Doctor Given me - the Paper Work - Provider-and-Doctor Signature are on MY Paper Provider - CO III- What Going UP-With-all those - Nursing Staff-because on thems another-remainder (HNR) - I only received Stuped-Wrong's-ressponses- Were I Set this Provider Five Month ago-and I alwas Pay For all-Medical Attenton's - I'Let Know about-to SGt Turner - she is Who given to me this-Informal Complaint Resolution-Luz I'Show all My (HNR) Wrong's ressponsess- I Set-Pleace CO III-Found me this resolve possible

INMATE SIGN

DATE (mm/dd/yyyy) Soom-Possible
5-21-2015

Have you discussed this with institution staff?  ☒ Yes   ☐ No  Received-By Arakver

If yes, give the staff member name: SGt. Turner  Badge # 8240

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

B02-11
6/25/14

Date - 5-21-15

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

Inmate- [redacted] -Location 3-A-308

INMATE NAME [redacted]

INSTITUTION/UNIT A.S.P.C Lewis Unit-EastMax

DATE (mm/dd/yyyy) 10-23-15

TO The COIII CARRILLO + LOCATION CO3 Programs -ordinator OF-3ms Informal ComPlain Resolution-OFFice- 3-A

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.
CO III Carrillo-I submmit This informal Complaint resolution To-The nurs-CaFFey-because I still get Denied For Them's Sportbrass-I still need-My-First Provider I Get-is on The date-Z-26-15-I From all This Time I still-submmit H.N.R-For-The Nurs Olsen-This Nurs-Denied-me-never-Sliven To me-only-Sending-To me a Stuped-responcess-on My-H.N.R's-I submmit-before and-now-This-Nurs CaFFeu-doing-some Things I-already-Ask-for This I'Need-For a long Time go-For-9 months-I on This-someday-10-23-15-I get a New-Provider-For-The Sopport-Sport brass From-The Medical Unit-Doctor Taylor TAmmy Doctor-Check-me My Pechas-Cuz still growing More-This is Why-I still-need-The Support SPortbrass-I Fell-The strong-Pain-The doctor Taylor-Know-The PAin-I Feel-Stop a little by-With-The support-This is Why Doctor TAylor TAmmy-Given me This another-New-Provider Today 10-23-15 To-I Can Get-The-Support sportbrass Medical-and-she Given To me The Pink Paper Work-To-I Can show-To Them's staFF-here This is The paper-Provide Were Indacate-I get provider For That This is-iF-some ones-oF-Your-staFF Ask-For so-CO III-Carrillo-I here I Send To You-alls-Them's H.N.R's I submmit be Fore

[redacted]

DATE (mm/dd/yyyy) 10-23-15

To-You-CO III-Found-me Good-resolution

Have you discussed this with institution staff? ☑ Yes ☐ No

If yes, give the staff member name:

Distribution:   INITIAL: White and Canary or Copies -- Grievance Coordinator; Pink or Copy -- Inmate
FINAL: White -- Inmate; Canary -- Grievance Coordinator File

802-11
6/25/14

ARIZONA DEPARTMENT OF CORRECTIONS

**Health Needs Request (HNR)**

Date : _____

Time : _____

Init : 2016 MAR 2 AM 7 19

SCANNED

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| | | | 2-29-16 |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 3-A-308 | Rast Max | 3600 | Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time)*. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use esta formulario para describir un problema a la vez)]

**SECTION/SECCIÓN II**

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS! I writen - because I get APProved From More on a Year For sport brass - so I continued on Ask - To haved - sport brass - so why never given to me - when I get APProved because I'still need Pleace given To Me Attentions ahould - Thank you - For Your Time

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(exclusyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III/SECCION III**

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☒ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)* _____

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO N. Gonzales LPN | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

Scheduled nuse line

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) 3/2/16 | TIME/HORA 4pm |
|---|---|---|

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

RECEIVED
2 FEB 04 206

| Inmate Name/Nombre (Last First) M.I. (Apellido, Nombre, Inicial) | ADC Number/Número de ADC |
| --- | --- |
| | |

Date/Fecha

| Cell/Bed Number/Celda/Numero de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
| --- | --- | --- | --- |
| 3-A-308 | RastMax | 3600 | Lewis Rast Max |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podria retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)].

AREA OF INTEREST*(Check only one block below)*/AREA DE INTERES *(MARQUE UN ESPACIO SOLAMENTE)*: ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I Submmisted This (H.N.R) - To Pleace doing Something To I can get - Thems Sport brass. I get Approved From The LAST year ago - For one year already and - I' never received - any one - M.I Approved Firt - are on 1-26-15 - The Second - on 5 monthis ago - Doctor Taylor doing This Last Approved I still - Ask - and Ask - For The Sport brass Pleace Nur's let me haven - Short brass sending - Pleace For me I sotill need

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aqui estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer...

Inmate's Signature/Firma

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros *(specify)* *(especifique)* _____

RECEIVED FEB 05 2016

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| --- | --- | --- |
| N. Gonzalez LPN | | |

PLAN OF ACTION/PLAN DE ACCION

We are still waiting on delivery from Perryville.

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
| --- | --- | --- |
| | 2/5/16 | 2 pm |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 12/16/15
Time: 707
Initials: OU

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha 12-11-2015 |
|---|---|---|

| Cell/Bed Number/Celda/Número de Cama 3-A-308 | Unit/Unidad Rast Mae | P.O. Box/Apartado Postal 3600 | Institution/Facility/Instalación: ASPC Lewis Rast MAX |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☒ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] FHA-Medical STAFF-I
Writen This-(HNR)-because-I'Set-new-Approved-For I'Can
Received-Thens-SPort-Brass-The-Doctor-Tammy-Taylor
Maken-The Order-For My-sPort Brass-already-Two Month
ago-I'never received-I'Let Know To all-hur's but only
Tell me-Writen a (HNR)-I's still writen-and Writen (HNR)
From-January 2015-when I'Set My First Approved-I not
get-Anys sport Brass-and-Continued-happen this some
Thing-always-I'still-Ask-To-Thems nur's-something
Dont'not doing-nothing-about-I'still Writen HNR
For-I Can-received-Pleace help me Cuz I Very still
Need-Not sport Brass-Thank you so much

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma

Transgender

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

| Staff Signature Stamp/Firma del empleado **O. Uriarte RN** | OU | Date/Fecha 12/16/15 | Time/Hora 707 |
|---|---|---|---|

**PLAN OF ACTION/PLAN DE ACCION**

They are ordered when we receive we will deliver to you.

| Staff Signature Stamp/Firma del empleado **O. Uriarte RN** | OU | Date/Fecha 12/16/15 | Time/Hora 707 |
|---|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/10/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)** SCANNED

Date: 5/10/18/15
Time: 0917
Initial:

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First) (Apellido, Nombre, Inicial) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| | | 9-14-2015 |

| CELL/BED NUMBER/CELDA/N° NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 3-A-308 | Rast Max | 3600 | A.S.P.C - Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. *(use this form to describe only one problem or issue at one time).* [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCIÓN II**

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

I request - HNR - To see Mngt going - U/O - With The Sports Brass - Support - I had - To get from here Medical Unit - I get Provider for - on the 1-26-15 I submitted - To Manys - HNR already - I a Under Female hormones - Treatment Med's - I still need - Sport brass I'm not I am a regular Men - I need - Thrt Or send me The-item numbe

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.] To - I Can Order The Keefe Store-This I need, if I al staff - From here Medical Unit don't not - Want To give To me -

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS] The - Sport brass

**SECTION III/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☒ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO J.Caffey RN | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| Caffey RN | 10/2/15 | 0917 |

**SECTION IV/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION

Per provider NO Medical indication needed

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO J.Caffey RN | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| Caffey RN | 10/2/15 | 0917 |

This document is a translation from original text written in English. Only translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en Inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanco – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

**SECTION 4, HNR** here I let Know -To The SBt Turner on this I'm letter- I'send To gether Witt This HNR-

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Response**

*For Distribution:  Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| Inmate Name *(Last, First M.I.)* | ADC Number |
|---|---|
| | |

Institution/Unit

ASPC-LEWIS/ RAST MAX

| From | Location |
|---|---|
| COIII Carrillo, D #5382 | 3A COIII Programs |

I am writing in response to your informal complaint resolution dated 10/23/2015 regarding a medical issue. I contacted Corizon and their response was as follows:

"You were seen by the unit health care provider on 10/23/2015 and a SNO for a sports bra was written and submitted at that time. Follow up with your unit nurse if you have not received your sports bra."

Due to this information I am unable to resolve your issue at this level. If you wish to submit a formal grievance you may do so within five business days of this response.

| Staff Signature | Date |
|---|---|
| | 11/03/2015 |

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Inmate - [redacted] - Location 3-A-308

| Complaints are limited to one page and one issue. |
| Please print all information. |

INMATE NAME (Last, First, M.I.) (Please print)   ADC NUMBER

INSTITUTION/UNIT A.S.P.C. Lewis Unit - East Max

DATE (mm/dd/yyyy) 10-23-15

TO The CO III CARRILLO   LOCATION CO.3 Programs
Ordinator OF This Informal Complaint Resolution - Office - 3-A

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

CO III Carrillo I Submmit This inFormal Complaint resolution
To - The nurs-CaFFey- because I still get Denied For
Them's Sport brass- I still - need - My First Provider
I Get is on The date - 2-26-15 - I From all This Time I
still submmit H.N.R For-The nurs Olsen - This nurs-
Denied- me-never- Sliven To me - only-Sending- To me
a Stuped-responcess-on My-H.N.R's- I submmit-before
and - now - This-nurs CaFFey-doing-some Things
I already- Ask-For This I need-For a long Time ago
For - 9 months-I on This-someday-10-23-15-I Get
a new-Provider-For-The Sopport-Sport brass
From-The Medical Unit- Doctor TAylor TAMMY
Doctor-Check-me my Pechos-Cuz Still growing
More- This is Why-I still-need-The Support
Sport brass- I Fell-The strong Pain-The
doctor TAylor- Know - The Pain-I Feel-Stop
a little by-With-The support-This is Why
Doctor TAylor TAMMY-Given me This
another- new-Provider-To day 10-23-15
To-I can get-The-support sport brass
Medical-and-She Siven To me The Pink
Paper Work-To- I can show-To Them's
staFF-here This is The Paper-Provide
Were Indacate-I get provider For That
This is-iF-some ones-oF-Your-staFF Ask-For
So- CO-III-Carrillo-I here-I send
To You-all's-Them's H.N.R's I submmit before

INMATE SIGNATURE [redacted]

DATE (mm/dd/yyyy) 10-23-15

To-You-CO III-Found-me good-resolution

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:

Distribution:   INITIAL:  White and Canary or Copies -- Grievance Coordinator; Pink or Copy -- Inmate
FINAL:  White -- Inmate; Canary -- Grievance Coordinator File

802-11
6/25/14

## ARIZONA DEPARTMENT OF CORRECTIONS

### Health Needs Request (HNR)

Date: 9-9-15
Time: 0840
Initials: SS

**SECTION/SECCIÓN I**   ~~Transgender~~

INMATE NAME/NOMBRE

DE ADC   DATE/FECHA (mm/dd/yyyy)
7-09-2015

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| 3-A-308 | Rast Max | 3600 | LEWIS |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action *(use this form to describe only one problem or issue at one time)*. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**SECTION/SECCIÓN II**   To The Staff-Nurs Caffey

AREA OF INTEREST *(Check only one block below)*/ÁREA DE INTERES *(Marque Un Espacio Solamente)*   ☒ Medical/Médico   ☐ Dental   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*.

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

Nurs Caffey - I Submitted (HNR) - because
I Get Provider - for My-Sport Brass - 6 mounts
ago at the date 7-26-15 - also I Taken/estrogene
female hormones - femenizing Threatmen med's
I submitted - meinus - HNR. To - I Can Get My sport
Brass - but I never Get one - I am on size 38-0r-M:

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Nurs I hose- on This Time I Can
Get- Thank you so much

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

**SECTION III/SECCIÓN III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☐ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA

☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)/Otros (especifique)*

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO
**S. Smith, LPN**

DATE/FECHA (mm/dd/yyyy)

TIME/HORA

SCANNED

**SECTION/SECCIÓN IV**

PLAN OF ACTION/PLAN DE ACCION   Per provider Taylor, N.P. order was disconhinued
as there is no medical need for one. Disconhinued 5-25-15

STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO
B. Smith LPN

DATE/FECHA (mm/dd/yyyy)
7-9-15

TIME/HORA
0825

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/19/12

SECTION 4, HNR

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: 7-10-15
Time: 0400
Initials: —

Date/Fecha
6-20-2015

SECTION/SECCION I

Cell/Bed Number/Celda/Número de Cama 3-A-308 | Unit/Unidad Rast MaA Lewis | P.O. Box/Apartado Postal 3600 | Institution/Facility/Instalación: ASPC Lewis-Complex

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

**AREA OF INTEREST** (Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica ☐ Dental ☐ FHA ☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) _____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I Submitted Manys HNR. because I Would like Some One of Sport Brass I am Transgender Inmate I still need one That is Illmy- I get Provider for 6 months ago already from here Medical doctor - I only received differens responcess any time I Submitted any one HNR. but however I never don't not- receive. The Sport brass I dont not understend- Why Thems enother Transgenders girl set Thems Sport brass Easy So Why I dont receive- I Went to much Time Pleace I hope to get one on this Time Thank you Sport Brass Size-38

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☒ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique) _____
Comments/Comentarios

SCANNED

Staff Signature Stamp/Firma del empleado **S. Smith, LPN** | Date/Fecha 7-10-15 | Time/Hora 0830

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

**PLAN OF ACTION/PLAN DE ACCION**

As per HCP request denied due to not being medically necessary

Staff Signature Stamp/Firma del empleado **S. Smith, LPN** | Date/Fecha 7-10-15 | Time/Hora 0830

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES
12/19/12

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

*Inmate Name/Nombre del Preso* _____

Date/Fecha
4-15-15

**SECTION/SECCION I**

Cell/Bed Number/Celda/Número de Cama  23-B-2-14

Unit/Unidad  Rast. MAX

P.O. Box/Apartado Postal  3600

Institution/Facility/Instalación, ASPC
Lewis-Rast. MAX

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad.  La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!]

**SECTION/SECCION II**

AREA OF INTEREST (Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☒ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other (specify)/Otros (especifique) I.C.B. Rojas
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!] Rojas - At The date 1-26-15
Doctor From Medical see me and provider me For
Sport. Bras This is MY First provider I Set For
Them - sport. Bras - but - I still - Submitted Many's
(HNR) and I never Set one - I received one respons
From The Nurse were said - I need to see and ask - To
Sanitation RO II - So I Writen 7m Letter To co II - Starky
Two Times and to - The Female SGt Turnet she Trying
To Founding me Them sport Bras - but she Tell me co II Starky
From Sanitation Unit - not had control For This sport Bras
all This Issue is a Part's From Medical Unit - and Tell me
You - Moreno need to - Submitted HNR again - To Medical Unit
and - For the FHA - For You Can Set your - sport bras
I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting.  I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.  [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a impo...]  Thank You

Inmate's Signature/Firm _____  4-15-2015

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**SECTION/SECCION III**

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médica ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA
☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other/Otros (specify) (especifique)
Comments/Comentarios

_____

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

**SECTION/SECCION IV**

PLAN OF ACTION/PLAN DE ACCION
Your provider and yard nurse has been informed of your need.

Staff Signature Stamp/Firma del empleado
K. Mimas

Date/Fecha
4|30|15

Time/Hora
9:16A

Distribution:  White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

eg



# ARIZONA DEPARTMENT OF CORRECTIONS

**Inmate Informal Complaint Response**

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

Inmate Name *(Last, First M.I.)*

ADC N____

Institution/Unit

ASPC Lewis Rast Max

| From | Location |
|------|----------|
| COIII BALOGUN | 3B |

This is a response to your letter dated 05/21/15. Your complain is that you are not being given Sport Bras. You said you have been putting in HNRs. I spoke with Nurse Olsen at medical, she said they have ordered for you and will be given to you as soon as they are available.

This response resolved your issue.

Staff Signature

*[signature]*

Date
05/21/2015

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**
Transgender name - Loc 3-B-2-14 #

Complaints are limited to one page and one issue.
Please print all information.

INSTITUTION/UNIT Rast Max ASPC-Lewis   DATE (mm/dd/yyyy) 5-21-15

TO LO III BALOGUN   LOCATION Rast MAX - LO III Office - Pod's Three's

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.
LO III - I Writen That Informal Complaint Resolution to I can get your help to resolve me this Medical Issue I had So I had With me - manu's (HNR's) Copy's Responses I' received - From Wefe I Submmit on Every One's to Ask For Sport Bra's - I Start to Submmit those HNR to Lewis Complex Medical Unit on this different Dates For this Something - For along OFF the time - Five Month already Past - and never them's - Wursing Staff Medical Don't not Want to Given to Me - Those's Sport Bra's - I Writen on (HNR) to the FHA to Medical Staff B Rojas but Continued now Worse Luz on the last (HNR) I Sending I Only received this Wrong response Were at this time 5-8-15 the ressponse Said "No Clinical indication at this time Per your Provider - this is not OK because I Set My Provider For the Sport Bra's From here - From This Lewis Complex Medical Unit - Doctor When I Was on Buckley Unit and Medical Doctor See me For this - I Set this Provider at this Date I-26-2015 on this Some time This Doctor Given me the Paper Work - Provider and Doctor signature are on My Paper Provider - LO III What going UP With all those - Nursing staff because on thems another remainder (HNR) I only received Stuped Wrong's ressponses - Were I get this Provider Five Month ago and I alwas Pay For all Medical Attention's - I Let Know about to SGt Turner she is Who given to Me this Informal Complaint Resolution Luz I show all My (HNRS) Wrong's ressponses I get Place LO III Found me this resolve Soon Possible

INMATE SIG
DATE (mm/dd/yyyy) 5-21-2015

Have you discussed this with institution staff?   ☒ Yes   ☐ No   Received By AUGUVS
If yes, give the staff member name: SGt Turner   Badge # 8260
DAte - 5-21-15

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File
802-11
6/25/14

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)** Trasgendar Name

Date:
Time:
Initials: A.B.M

[redacted]

Date/Fecha 5-21-2015

| Cell/Bed Number/Celda/Numero de Cama | Unit/Unidad | P.O. Box/Apartado Postal | Institution/Facility/Instalación: ASPC |
|---|---|---|---|
| 3-B-2-14 | Rast. Max | 3600 | LEWIS-Rast Max |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

**AREA OF INTEREST** (*Check only one block below*)/**AREA DE INTERES** (*MARQUE UN ESPACIO SOLAMENTE*) [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (*specify*)/Otros (*especifique*)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!] Lewis Complex-Medical Unit StaFF&Nursing's-I Submmit This-HNR-For the rason about I'get the Provider-From here this Complex-Medical Unit-When the-Medical Doctor See me For this he Given to Me the Provider about I need-on the Date-2-26-2015-So Five Month-Ago Already-Past-When-Doctor doing the Provider For I Can'get Those-Sport Bra's-I had-The PaPer Work-Prescription Were-The Doctor-Signat-This Provider Prescription For When-Thems COIII's doing Them's Cells Search's-Can see this PaPer Work-Prescription Provider For Sport Bras-to not TAken Away From Me-but-StaFF-Nursing From here-never given to Me I Writen Again-to Ask-For-Sport Bras-Pleace-Sending to me cuz I really need one-Thank you For your Time-Nurse

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (*excluding exemptions granted by statute*) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (*excluyendo las exenciones otorgadas por la ley*). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tra[redacted]

Inmate's Signature/Firma del pris[redacted]

**REMOVE THE GOLDENROD C[redacted] HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (*specify*) (*especifique*)

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| R Olsen RN | 5/26/15 | 1013 |

**PLAN OF ACTION/PLAN DE ACCION** AS Per HCP: Sports bra was not deemed medically necessary. A sports bra will not be issued

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| R Olsen RN | 5/26/15 | 1013 |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

Inmate Name/Number

Date/Fecha
4-25-15

Cama 3-B-2-14   RastMax   P.O. Box/Apartado Postal 3600   Institution/Facility/Instalación: ASPC S-M-U Lewis RastMax-3

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST(Check only one block below)/**AREA DE INTERES** (MARQUE UN ESPACIO SOLAMENTE): X Medical/Médica   Dental   FHA
Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other (specify)/Otros (especifique)
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

Whent-Doctor-From Medical Unit At The Date 1-26-2015 day he doing The Provider-Sports Bras When I Was on Buckley Unit This is My First Provider For Them's Sports Bras but I never get one So I already have Submitted Manus-HNR's-and The response I received-is I need to see and Ask To The COT-From Sanitation co- Starky and The SGT-Turnet-Truing to found- Not To but-Said STARKY dent not hrd Any Control For Sports Bras This is a Part-From Medical Unit Only-Sum-teacan-ther HNR'd-Medical-So I Submitted again For Sports Bras-size 36 or Med um Think 38

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

Inmate

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA   Medical/Médica   Dental   Pharmacy/Farmacia   FHA
Mental Health/Salud Mental   Eyes/Ojos   Other/Otros (specify) (especifique)
Comments/Comentarios

Staff Signature Stamp/Firma del empleado
R. Wen RN

Date/Fecha
4/16/15

Time/Hora
11/10

**PLAN OF ACTION/PLAN DE ACCION**

Will be placed into a sick call nurse in the next few days.

Staff Signature Stamp/Firma del empleado
R. Wen RN

Date/Fecha
4/16/15

Time/Hora
11:00

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

Health Needs Request (HNR)

Date:
Time:
Initials:

DC | Date/Fecha 5-07-2015

Cama 3-B-2-14  Rast Max  P.O. Box/Apartado Postal 3600  Institution/Facility/Instalación: ASPC Lewis

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).
[Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)]

AREA OF INTEREST(Check only one block below)/AREA DE INTERES (MARQUE UN ESPACIO SOLAMENTE) ☒ Medical/Médica [ ] Dental [ ] FHA
[ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (specify)/Otros (especifique) _____
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

This Another (HNR.) to Ask- For Thems
SPort Bras - So I Still need With me
I already Submmit to manus - HNR's
and I never Cant not received This -
SPort Bras I need - I now I sending
Thems CoPy's From - The (HNR) I submmit before
on differen- Dates to you Can check Pleace
Nurs help me on this time and sending to
Me the sPort Bras Size 38 or Medium. Thankyou
So Much - For Your Attention Nurs

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo...]

Inmate's Signature/F████

REMOVE THE GOL██████████
COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA
[ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (specify) (especifique) _____
Comments/Comentarios

Staff Signature Stamp/Firma del empleado RW | Date/Fecha 5-8-15 | Time/Hora 0741

PLAN OF ACTION/PLAN DE ACCION
No clinical indication at this time per Your Provider.

Staff Signature Stamp/Firma del empleado RN | Date/Fecha 5-8-15 | Time/Hora 0741

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES 12/19/12