**EXHIBIT 2**

**[REDACTED]**

**EXHIBIT 2**

**[REDACTED]**

**ATTACHMENT 3 – PART 2**

**[REDACTED]**

**ATTACHMENT 3 – PART 2**

**[REDACTED]**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: ____
Time: ____
Initials: ____

SECTION/SECCION I

[redacted] Date/Fecha 2-16-2015

Cell/Bed Number/Celda/Número de Cama 4-A-16 | Unit/Unidad Barchey | P.O. Box/Apartado Postal 3300 | Institution/Facility/Instalación: ASPC Lewis Barchey

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria* *(Use este formulario para describir un problema a la vez)*]

SECTION/SECCION II

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [ ] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)* ____

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

On 1-26-15 I seen the Provider and he ordered a sports bra when I was at Buckley Unit, could you please see if this was ordered for me and please see that it is delivered to me here at Barchey. And please make sure that a 38 medium was order.

Thank You!

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el [redacted]

Inmate's Signature/Firma del pr[redacted]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify) (especifique)* ____

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

SECTION/SECCION I SECTION/SECCION II SECTION/SECCION III SECTION/SECCION IV

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: ______
Time: ______
Initials: ______

| [redacted] ADC | Date/Fecha 1-29-15 |
|---|---|

| Cell/Bed Number/Celda/Número de Cama 7-D-27 | Unit/Unidad Buckley | P.O. Box/Apartado Postal 3400 | Institution/Facility/Instalación: ASPC Lewis Buckley |
|---|---|---|---|

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

**AREA OF INTEREST** (*Check only one block below*)/**AREA DE INTERES** (*MARQUE UN ESPACIO SOLAMENTE*) [✓] Medical/Médica [ ] Dental [ ] FHA [✓] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other (*specify*)/Otros (*especifique*) ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I [illegible] to See The Doctor [illegible] When [illegible] me [illegible] [illegible] for My's Sport BRA [illegible] Please I Would like [illegible] My Bra I very very need [illegible] [illegible] [illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (*excluding exemptions granted by statute*) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (*excluyendo las exenciones otorgadas por la ley*). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

Inmate's Signature/Firma del prisi[redacted]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros (*specify*) (*especifique*) ______

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| | | |

**PLAN OF ACTION/PLAN DE ACCION**

[illegible]

| Staff Signature Stamp/Firma del empleado C. McConkey RN | Date/Fecha [illegible] | Time/Hora |
|---|---|---|

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a éste estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS
Health Needs Request (HNR)

Date:
Time:
Initials:

SECTION/SECCION I

ADC Number/Número de ADC

Date/Fecha 1-29-15

Cell/Bed Number/Celda/Número de Cama 1-D-27 | Unit/Unidad Buckley | P.O. Box/Apartado Postal 3400 | Institution/Facility/Instalación: ASPC Lewis Buckley

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez)*]

SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* [X] Medical/Médica [ ] Dental [ ] FHA [X] Pharmacy/Farmacia [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]

~~I Comeng to See The Doctor~~
When doct. see me he Written the Paper for Prescription For Aproved me Signature For My's SPorts BRA's Medium size Pleace I Would like to had My's BrAs I Very Very need - if I Can had Soom Pleace - Very, Very Thank You So Much - For Your time For My and Atention

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el

Inmate's Signature/Firma del p

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** [ ] Medical/Médica [ ] Dental [ ] Pharmacy/Farmacia [ ] FHA [ ] Mental Health/Salud Mental [ ] Eyes/Ojos [ ] Other/Otros *(specify) (especifique)*

Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

You need to See the Sanitation officer

Staff Signature Stamp/Firma del empleado C. McConkey RN | Date/Fecha 2/4/15 | Time/Hora

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión politica de este estado.]

1101-10ES





ARIZONA DEPARTMENT OF CORRECTIONS

**Health Services - Communique**

| Inmate Name (Last, First M.I.) | ADC Number |
| --- | --- |
| [redacted] | [redacted] |
| Facility: Lewis | Unit: Rast |

**THE FOLLOWING RESULTS WERE NORMAL**

☐ **LAB**

☐ **X-RAY**

☐ **EKG**

☐ **PAP**

☐ **MAMMO**

The ultrasound confirmed that you removed both testicles and epididymides. There was nothing to indicate a foreign body.

Comments

| Signature | Date |
| --- | --- |
| [signature] ***A. Thude, NP*** | 10/10/17 |

**Submit HNR if additional information is requested.**

1101-26
12/19/12

Distribution: White - Medical File, Yellow - Inmate

**SECTION 2, PROGRESS NOTES**

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | A.S.P.C-Lewis Unit- Rast | 10-9-2017 |

| TO | LOCATION |
|---|---|
| C.O. III - BLDG #1-AB Office Program CO III - Clause | Rast-1-B-16 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

CO'III - Im Get-This issue From-Corizon Medical Unit-The medical issue I Get-is about-Im still Trying-For to Im Can-To Going-back-Out side To-The Clinic Endocrinology Was-on Phoenix Where-last Year-on September 2016-Im Get The Last Consult-With The Dr. Hsu.Du That Time The Doc-See me on That Endocrinology he Tell me-about-The GID-Femenizing Hormos Treatment Change-From Pill's. Going-To Injections Cuz-Theses-Pills-dont not Work on.me-and Cause Much-Allergys-on all-my skins-body-at This Time-on That-Doctor-Hsu-Du-Tell me he need To see me-on The Next-Consult To-After 3-Month To-The 12-17-For he-Can-Write The Injection Prescriptions-Im still Going-on all For That-and-Medical Unit-Never Trying-To Sending me back-For That-Consult From The Dr-Endocrinology-Hsu-Du-Im still Need-That New-Prescription-Cuz-3 months Ago-Im Fell-Much-much disPeration's That Im-Came To Castrate My-Self-Im Still Fell-Very-bad-on That-happen but After Im doing-The Castrate Myself-Theses Allergys Comeng donw a little by-but-Im loss My-Testicules-Pleace CO III-help me on That Issue-With-Corizon Medical Unit

| INMATE [redacted] | DATE (mm/dd/yyyy) 10-9-2017 |
|---|---|

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: staff-From all-Corizon Medical

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14







**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)* ☐ Medical/Médico ☐ Dental ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ________

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea especifico. ¡NO USE MAS HOJAS!]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ________

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR




# In Yet Another Act of Courage, Chelsea Manning Comes Out

**August 22, 2013**
By Chase Strangio, Staff Attorney, ACLU at 4:23pm

Yesterday, Private Manning was sentenced to serve 35 years in military prison. After sentencing, Manning issued a statement, in which she bravely called for a more just society and stated that if she is not pardoned, she "will serve [her] time knowing that sometimes you have to pay a heavy price to live in a free society." Today Ms. Manning again spoke her truth and bravely came out as transgender: "I am Chelsea Manning," she announced. "I am a female. Given the way that I feel, and have felt since childhood, I want to begin hormone therapy as soon as possible." The Army responded by stating that it does "not provide hormone therapy or sex-reassignment surgery for gender identity disorder." Not only should Chelsea Manning not have to pay the price of a 35-year prison term for sharing information with the press in the public interest, but she should also not have to experience the added punishment of going without necessary medical care.

With Manning's announcement this morning and widespread buzz about Laverne Cox's portrayal of Sophia Burset, a transgender woman serving prison time at a federal women's prison, on Netflix's *Orange is the New Black*, the struggle of transgender people to access medically necessary care in prison has captured public attention.

Policies, like the one the Army announced this morning, that categorically withhold hormone therapy violate clearly established standards of care for the treatment of Gender Dysphoria as well as clear constitutional proscriptions against deliberate indifference to the serious medical needs of individuals in government custody. Gender Dysphoria (formerly known as gender identity disorder or GID) is a serious medical condition, and hormone therapy is part of the accepted medical protocol for treating this condition. Without the necessary treatment, Gender Dysphoria can cause severe psychological distress, anxiety and suicidal ideation. According to the World Professional Association for Transgender Health (WPATH), the leading medical authority on the proper standards of treatment for people with GID, "hormone therapy...is a medically necessary intervention for many transsexual, transgender, and gender nonconforming individuals with Dender Dysphoria."

When the government holds people in its custody, it takes on a duty to provide them medically necessary care. The National Commission on Correctional Healthcare advises against "blanket administrative or other policies that restrict specific medical treatment for transgender people," particularly where such policies either: (1) "make treatments available only to those who received them prior to incarceration or that limit GID treatment to psychotherapy;" or (2) "attempt to 'freeze' gender transition at the stage reached prior to incarceration." Federal courts that have considered the issue in the last several years have consistently found that the blanket denial of treatment for Gender Dysphoria violates the Eighth Amendment of the Constitution.

The ACLU supports Ms. Manning and the many transgender people who have preceded her, including Ophelia De'lonta, Michelle Kosilek, Andrea Fields, Jessica Davison, and Vankemah Moaton, in the fight for medically necessary treatment while in custody.

*Learn more about transgender discrimination and other civil liberties issues:* Sign up for breaking news



# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)



Date : ___________

Time: ___________

Initials: ___________

**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST***(Check only one block below)***/AREA DE INTERES** *(Marque Un Espacio Solamente)* ☐ Medical/Médico ☐ Dental ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* ___________

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea especifico. ¡NO USE MAS HOJAS!]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]**

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)*/Otros *(especifique)* ___________

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**

# ARIZONA DEPARTMENT OF CORRECTIONS

## Health Needs Request (HNR)




**SECTION/SECCIÓN I**

| INMATE NAME/NOMBRE (Last, First M.I.)/(Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|---|
| [redacted] | | [redacted] | | [illegible] 7 17 |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN. ADC | |
| [illegible] Watch Pod | [illegible] | | [illegible] | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

**SECTION/SECCIÓN II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)* ☒ Medical/Médico ☐ Dental ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!] [illegible] (G.I.D.) [illegible] I n Get My Treatment From The (Endocrinology) Attention With The [illegible] [illegible]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do pot have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenoiones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] [illegible]

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [redacted] [illegible]

[redacted] THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.] P.H.X

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ______

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

**SECTION 4, HNR**




**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date: [illegible]
Time:
Initials: [illegible]

**SECTION/SECCIÓN I**

| [redacted] | ADC | DATE/FECHA (mm/dd/yyyy) 12-14-17 |
|---|---|---|

| CELL/BED NUMBER/CELDA/ NUMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| Rast/Max-WatchPod 3-A6#24 | | 3300 | A.S.P.C-Lewis |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

Im-Still-need-Urgent-Attention-On That Medical issue

**SECTION/SECCIÓN II**

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)* ☐ Medical/Médico ☐ Dental ☒ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

FHA-Im Summited-This-HNR-Im had-issue Medical-Corizon With This Doctor-Medical Unit Rast-Im still-Fell-on-Gender Identity-Mental disorders-all on Very bad-Serioulys Ideations Ideas about Suiside-all-is-happen to me like That because That Doctor-on my-Last-Attention he given me-he TAKen me Out-For-My (G.I.D) femenizing hormos Estrogen Treatment Pleace Im-Still-need-on Continued-The Estrogen Meds

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por le ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.] Im-Twos Months

INMATE S[redacted] Out That Treatment 12-14-17

REMOVE [redacted] COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

**SECTION III/SECCION III**

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| A White | '17 DEC 15 | PM6:53 |

**SECTION/SECCIÓN IV**

**PLAN OF ACTION/PLAN DE ACCION**

Please put letters to the FHA on an inmate letter

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| A White | | '17 DEC 15 PM6:53 |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| [redacted] | [redacted] |
| INSTITUTION/ UNIT | |
| LEWIS/ BUCKLEY 4C9 | |

| FROM | LOCATION |
|---|---|
| D. LABAR AFHA | LEWIS/MEDICAL |

This is in response to your informal grievance received on 12/15/17, and reviewed by medical on 01/07/18. Your primary area of concern is regarding:

Receiving hormone therapy and a consult to Endocrinology.

Your concern has been researched including a review of your medical records. I am providing you with the following response:

You have a current prescription for Estradiol, which you are receiving as ordered. You are currently being followed by an onsite provider in Chronic Care. You may discuss your desire for an offsite consult for Endocrinology at your next Chronic Care appointment.

**If you have further medical concerns, please complete a Health Needs Request form and proceed to open sick call.**

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| D. LABAR AFHA [signature] | 01/07/18 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue. Please print all information.

DEC 2017

| INMATE NAME | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | Rast MAX A.S.P.C-Lewis | 12-14-17 |

| TO | LOCATION |
|---|---|
| Coordinator CO III - Garcia | Rast Max 3-A-#24 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Im-here on This Informal Complaint resolution because for along Time ago-had-This-Medical Corizon issue-, Unit-Rast Medical-Issue Start-Like That-On September 2016 The Consult Attentions From The Endorcrinology (G.I.D) For Femenizing Treatment Hormos med's on The Clinic-Doctor Husun PHX.AZ. Where doc: Husun Found-on my Fisico-Much-Second-reaccion-For-The-Sex Exchange-start on me-but After-That Attention The doctor-Writen and Tell me After on The Pass-on 60 days-The Medical Corizon Unit Rast nad-To-Order-a blood Lab Testing-For The normos Levels in me-After Check-Them's resoult-Medical Corizon Unit Rast nad To do-You next-APPoiment-To You Comeing back To My Clinic Endorcrinology again-For Treatment-Normos Exchange on-inYections-on That Time-Im Start-With-HRTS-bud The female doctor Baskas-denied me-all's Attentions also-Im fell muchs disepperd because-Im-get on me-Strong's bad Allergys on all-my-Parts on my body-much's red spot's-With-bad-ITches Im KeeP going-To-get on Found The APPoinment-bud-nothing reason-Why Im get Castrated on my-Two's Testicules-Like That Im-get-all's-Allergys AWAY-From me-That happen-on 8-07-2017 After-That-Im get Attention-With-This another doctor Unit Rast but-This-Who is-on That Time on This Medical Unit Rast he is-much-InsuFicient-For (G.I.D) Attention's-because he be-on-Seriously-Error he doing-Very Worgn step-on me he Taken me-Out-From-My-Estrogen (G.I.D) Treatment Im-on Two's months Out-The Estrogen Im now on Seriouly issue-is The rason-Im now-on The Suiside Watch-I had-The Gender-Mental disorder's because missing on me That med's

| INMATE SIGNATURE | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [redacted] | [redacted] | 12-14-2017 |

So-Im had-The-righth-To-Start-The Federal LAW Suit-ACLU if-Im dont not get my Treatment-hormos med's back-also Im still need-My-next consult To The Clinic-Endorcrinology-with-Doctor Husun on PHX

Have you discussed this with institution staff? ☐ Yes ☐ No

If yes, give the staff member name:

Distribution: INITIAL: White and Canary - Inmate
FINAL: White - Inmate, Canary - Grievance Coordinator File

802-11
6/25/14

Please Im need-soom responce about this Informal Com resoluti...

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Health Needs Request (HNR)**

Date:
Time:
Initials: VB

SECTION/SECCION I

| Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC Number/Número de ADC | | Date/Fecha 5-04-17 |
|---|---|---|---|---|
| Cell/Bed Number/Celda/Numero de Cama 7-D-16 | Unit/Unidad Rast | P.O. Box/Apartado Postal 3300 | Institution/Facility/Instalación: ASPC Lewis | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!*]

SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* X Medical/Médica  Dental  FHA  Pharmacy/Farmacia  Mental Health/Salud Mental  Eyes/Ojos  Other *(specify)*/Otros *(especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!] I' summited - HNR - is about - The Prosses - on The Female Hormos on Inyection - I TAlk about - on Last Year, Last Time - Im get The Transportation To The Phoenix - Clinic - The doctor who given me That Attention - on That Clinic - Tell me about - Order - OF - Hormos Level AFter That I m - going To get This. Hormos Treatment injections - so I get - The LAB - Hormos Level

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a [redacted]

Inmate's Signature/ [redacted]

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX[SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MEDICAS]**

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ✓ Medical/Médica  Dental  Pharmacy/Farmacia  FHA  Mental Health/Salud Mental  Eyes/Ojos  Other/Otros *(specify) (especifique)* ______

Comments/Comentarios

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | |

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

Provider Review

| Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora |
|---|---|---|
| [signature] | | |

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101-10ES

ARIZONA DEPARTMENT OF CORRECTIONS

Health Needs Request (HNR)

Date:
Time: '16 NOV 30 AM 7:03
Initials:

SECTION/SECCION I

Inmate Name/Nombre (Last, First M.I.) (Apellido, Nombre, Inicial) | ADC Number/Número de ADC | Date/Fecha 11-29-2016

Cell/Bed Number/Celda/Número de Cama: 2-C-24 | Unit/Unidad: Buckey | P.O. Box/Apartado Postal: 3600 | Institution/Facility/Instalación: ASPC A.S.P.C-Lewis Unit Buckle

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time). [*Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria (Use este formulario para describir un problema a la vez!)*]

SECTION/SECCION II

**AREA OF INTEREST** *(Check only one block below)* / **AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* X Medical/Médica Dental FHA Pharmacy/Farmacia Mental Health/Salud Mental Eyes/Ojos Other *(specify)*/Otros *(especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

here I Submited This (HNR) Because When on Two Months and ½ Ago I get The Endocrinology Doctor Consult on The Clinic From Phoenix-is-When-Doctor given me The News-Prescriptions-of-Female Hormos-8 mg-Estradiol Doctor Tell me on After Two Months-I going To get a Blood-LAb Work-For Test The LEVELS of The Hormos and-After-That-I need-To go back-For another Endocrinology Consult-on Phoenix-Clinic again all This is-Cuz-When I See-The Doctor on This Endocrinolo I ask-on The Clinic Doctor. For-GID-Femenizing Hormos Treatment-on Injections-because-Pills dont not Work on me. please check on This

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a impo[redacted]

Inmate's Signature/Firma [redacted]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS]

SECTION/SECCION III

**REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA** ✓ Medical/Médica Dental Pharmacy/Farmacia FHA Mental Health/Salud Mental Eyes/Ojos Other/Otros *(specify)* (especifique)

Comments/Comentarios

Staff Signature Stamp/Firma del empleado | Date/Fecha | Time/Hora '16 NOV 30 AM 7:03

SECTION/SECCION IV

**PLAN OF ACTION/PLAN DE ACCION**

***You are Schedule for an appointment***

Staff Signature Stamp/Firma del empleado | Date/Fecha 11/30/16 | Time/Hora 12pm

Distribution: White/Blanca - Health Unit/Unidad de Salud, Canary, Pink & Goldenrod - Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

1101 10ES



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Response

*For Distribution: Copy of Corresponding Inmate Informal Complaint Resolution must be attached to this response.*

| INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER |
|---|---|
| [redacted] | [redacted] |

| INSTITUTION/ UNIT | |
|---|---|
| ASPC LEWIS/ Buckley | L29-005-018 |

| FROM | LOCATION |
|---|---|
| K. Rogers FHA | ASPC LEWIS/ Medical HUB |

This is in response to your 1/10/18 Grievance that was received by medical on 1/22/18

You have stated that you want a specific hormone treatment and to see a specialist

After review of your medical record, it was discovered that you are receiving hormones. Your unit provider determines your treatment and if you need a consult to see a specialist. Please work with your unit provider to determine if you're a consult or different medications is needed for your condition.

Per DOC policy, clinical decisions and actions regarding health care services provided to you are the sole responsibility of qualified health care professionals. You do not have the right to dictate treatment or who provides treatment.

.

"In accordance with the current policy, this response is final and constitutes exhaustion of all remedies within the department."

If you have any further concerns that have not been addressed, please submit an HNR and proceed to open sick call.

| STAFF SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| [signature] K. Rogers FHA | 2/7/18 |

Distribution: INITIAL: White and Canary or Copies - Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary - Grievance Coordinator File

802-12
10/16/16

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

RECEIVED BY D Ponce #10902

TITLE CO II

BADGE NUMBER 10902

DATE (mm/dd/yyyy) 1-10-18

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

INMATE NAME [redacted] ADC NUMBER [redacted]

DATE (mm/dd/yyyy) 1-10-2018

INSTITUTION/FACILITY Unit-Buckley A.S-P-C-Lewis

CASE NUMBER L29-005-018

TO: GRIEVANCE COORDINATOR C.O.IV Hodges

Description of Grievance (To be completed by the inmate) Im-Sending-That Grievance Complaint Whith-all-MYs documents-Complet about-This Prosses That-Things-is because-This Doctor-A-Thude-NP he-alway-denied-To-Im-can-get-MYs-Endorcrinology-I.D Femenizing-Hormos Treatment meds-Im-had-a Witness on That-day Im got-denied-on To-Im-get-meds Exchange The PrescriPsion-all-my-Treatment-Pills-For-Injection Femenizing Hormos-also-he-Cut off-one-of my Treatment That some dAte 10-12-17-Med-SPIronoLActone-Im still need-With-me also-Im-still get-Estrogen med-but That dosis-Im get-dont not Work-on me-ImExPlain To Doctor Tevde-now-Im Fell-The Witness-is CO II-Cordova 5621 Im-beFore-on-This-Doctor-BAsKAs-doing-The something To-me-is When-Im get alls disorders on my mind-now Im-Loss-because-Im Castrate-by-my self Theses Parts Please-I M Need-Sending me-To-The Clinic Doc-HSU, DU, soom Prior of Date 5-04-17-is when-Female Doctor BAsKas-denied-me Attention

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

[redacted] -18

Grievance Coordinator's Signature [signature]

Date 1/22/18

Action taken by Documentation of Resolution or Attempts at Resolution.

RECEIVED JAN 22 2018

Staff Member's Signature

Badge Number

Date

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**Arizona Department of Corrections Florence Complex Health Services**

# GRIEVANCE RESPONSE

**DATE: 9-5-2018**

**INMATE NAME:** [redacted]

**ADC # and UNIT:** [redacted] **Kasson**

**GRIEVANCE NUMBER: A01-217-018**

**ASPC FLORENCE**

**FROM: Adam Perkins, Facility Health Administrator**

This letter is in response to the Formal Grievance dated 8/13/2018 and received by Corizon Medical Administration on 8/14/2018.

Summarization of inmate Complaint:

Difficult to understand the actual complain based on the disorganized thought process of the patient.

Description of action taken to investigate the complaint:

Review all grievance documentation
Review of medical chart
Conversation with medical and mental health providers

Summary of Findings:

The patient presents a disorganized ramble of information. It is unclear as to what the patient is actually grieving, however, reviewing the medical record, the patient is being seen by mental health staff on a consistent basis and medical staff report he is taking his medication. We will continue to monitor the progress of this patient in our mental health unit.

Decision:

[redacted] It is unclear as to the intent or content of your grievance. I encourage you to continue working with the medical and mental health staff in your groups. Please advise the staff if you wish to file another grievance and allow them to assist you in presenting your message that you may receive an appropriate and timely response. I find this grievance RESOLVED and closed.

***Per Policy 802.05 1.2: The decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department. In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department.**

Thank you

Adam S. Perkins
Facility Health Administrator

9/5/18
Date



ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

F/M-2OC-6-1B-#12

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT Kasson A.S.P.C-FLORENCE | DATE (mm/dd/yyyy) 7-10-18 |
|---|---|---|---|
| [redacted] | [redacted] | | |

TO: The Coordinator-informal complaint Resolution, CO 3- Oswald

LOCATION Unit. Kasson "CO 3-Oswald-OFFice Program

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm Submmited This Complait with alls details nesesarys That "Seriously Complaint" is For-Medical Corizon Compani" My-ComPlaint is about-This-Corizon Compani-EmPloye Nurs, That bad issue-Under-On my ComPlaint To The Corizon Comp. is about When I'm Was on The A.S.P.C-Lewis Unit Medical Corizon at The date-4-11-18 on The night-Time 12:30 AM-This Some is-when this Corizon Comp-Employe Female nur's-start Get-access From-Medical Corizon Compani-Systems To commit Theses OFFences on To FalsiFY and Fabricate-Falses Medical Corizon dianostic's Papers Work-Under on MY NAME-where Theses-mentioned-I'm SuFFer about Heart Attack's, hight blood Pression, diabetes-with inFect Injurys some Advance OF diabetes-Caused me-and-because That Some-Female nur's-Fabricate The Falses Orders-on Urgent-Surgery To Amputations One OF mys Legs and One OF my Arm's-and-given To-CO II-M-Willin To Taken To The Buckeye HosPital with me on The Paramedic's Ambulance-but-Them's Doctor's From The hospital-Get denied To-do That Sugery AmPutations-Orders Doctor From The hospital-Get Copy From Theses bad-Falses Dianostic's-and on order For Surgerys Some Doctor who-given me Theses Attentions on That date 4-11-18 show me alls Falses Medical PaPersWork-he Taken-a CoPys; Some date 4-11-18-Time 5:45 AM-I'm back To-The A.S.P.C-Lewis Medical-Some nur's Again still-on hurred-Three Times-she MaKen Call's To The Unit Buckley-on To bring-it-inmate-Marie To taken From hem (H.I.V) blood-For inFected me

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [redacted] | 7-10-18 |

but-That inmate still doing-reFuse Cuz-he dont not had APPoimen

Have you discussed this with institution staff? ☐ Yes ☐ No The Complaint I'm had-To Corizon is about Medical Corizon Compani had

If yes, give the staff member name: To-be resPosible about-Theses bad Actions From That Employe Nurs on bad-ANOMALYS, she going To me

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-1
6/05/14



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

*For distribution: Copy of corresponding Inmate Letter must be attached to this response.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER |
|---|---|
| [redacted] CB6-1-B-14 | [redacted] |
| INSTITUTION/UNIT | |
| Aspc-Florence-Central | |

| FROM (Last, First M.I.) (Please print) | LOCATION |
|---|---|
| Oswald, A - COIII | 1-B-21 |

In regards to your enclosed Inmate letter:

Informal complaint responses are given 15 business days after receipt. It appears as if medical acknowledges receiving your complaint on 7/16/18, making the 15th business day to be two days from now, 8/4/18. In the event that you have not received a response by then, I have enclosed a grievance form along with this response. Be sure to enclose all copies of any documentation/responses you have received along with your grievance when submitting.

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] | 08/02/2018 |

Distribution: Original – Master File
Copy - Inmate

916-2(e)
5/14/12

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Letter

Requests are limited to one page and one issue. NO ATTACHMENTS PERMITTED. Please print all information.

| Inmate Name | ADC Number | Institution/Unit | Date |
|---|---|---|---|
| | | Kasson A.S.P.C-Florence | 7-30-18 |

| To: | Location |
|---|---|
| CO'3-Oswald | Kasson-CO'3 Office-Program |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

CO'3-Im wrote inmate letter to you because Im Fill Up-Twos InFormal Complain Resolution

First one at The date 7-10-18

Second-at the date 7-11-18

Im Would-like Know about thems responces

CO'3-Can You Pleace Sending To me responces-

Thnks you Somuchs

| Inmate Signature | Date |
|---|---|
| | 7-30-18 |

Have You Discussed This With Institution Staff? ☐ Yes ☐ No

If yes, give the staff member's name:

Distribution: Original - Master Record File
Copy - Inmate

916-1
5/14/12



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [redacted] | [redacted] | Kasson A.S.P.C. FLORENCE | 7-11-2018 |

| TO | LOCATION |
|---|---|
| The INF. Com. Res. Coordinator CO'3 - Oswald | Unit Kasson. Offices CO'3 Oswald. Off. Programs |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

Im Submmited That ComPlaint On That Seriusly Issue To The MEDICAL CORIZON COMPANY To had This TWOS NURS'S CORIZON Employe's Involves On all Collaborate, and Conspiracy To Im When Theses Twos Nurs's get Involves On This Seriously Issue On Collaborate Together With That Organization OF D.O.C. STAFFS To Ussing Theses inmates inside on The Unit Rast Maxima 3-A-6 Watch Pod. At The date 4-11-2018 On The Time 9:13 AM is When Theses Twos Nurs's Comeng To The Rast MAX After received The Call From Somes bodys From Rast Close and Rast Max Addministrations all is on Collaborate To Put The Antibiotics Oill med On The Penes to Theses inmates Cells 3-A6#2, 3-A6#3, 3-A6#4, 3-A6#5, 3-A6#6, 3-A6#8, 3-A6#10, 3-A6#11 inmates Whos ben involved on That Attempt OF Rape and Whos be already all's On Line Out side Thems Cells On The Some Time Togeters On Line because Theses Nurss Working on Theses alls Penes With That Oill Med Theses Nurss Know all is To Im get rape also After Thems rape Some inmates given me The death all Under on ConFidentation is Why Im Never Cant Found Theses Twos Nurss Names but Exist The Video Camara For The Corizon C

| [redacted] | DATE (mm/dd/yyyy) 7-11-2018 |
|---|---|

Had To Avoid on To dont not had Employes Like Theses Nurss Now The Medical CORIZON COMPANY had To be on resPonsible To Take Charge on This Case Was now Claim Under on Complaint

Have you discussed this with institution staff?

If yes, give the staff member name:

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| Romo | |
| TITLE | |
| COII | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 3672 | 8.13.18 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| [redacted] | [redacted] | 8-13-2018 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| A.S.P.C.-FLORENCE-Unit. KASSON | A01-217-018 |

TO: GRIEVANCE COORDINATOR CO3: OSWALD

Description of Grievance *(To be completed by the Inmate)* here Im Forward to the Grievance For Rocces Cuz Im Never dont not received-The informal ComPlaint resolution responce Insubmmited at the date 7-11-2018-The ComPlaint on this SeriouslY Case is For Medical Corizon Company-For the Corizon ComPANY had theses Twos-Corizon Nurs EmPloYes-on Involves For Three be Collaborcite and ConsPiracY-OFFence-Commint-all is when theses Twos Nurs's Get-involves on this issue-Case-VerY SeriouslY-is about Collaborate Togethers with Organization-of-DOC-Lewis STAFF To Ussing alls Theses inmates inside on The Ps.Unit.Rast Maxima-3-A-6-Watch Pod on the date 4-11-2018 on the time 9:13 Am is When Theses-Twos Nurss-Comeng-To Rast Max-After received The Phone Call From Theses Twos-Addministrations-Rast Maxima and-Rast Close-all is For Nurs's Collaborate To Put The Antibiotic-Oill med-on the Penes To alls Theses inmates whos be involved To: from Cells 3-A-6#2-3-A-6#3-3-A-6#4-3-A-6#5-3-A-6#6-3-A-6#8-3-A-6#10-3-A-6#11-inmates whos still be to Collaborate To theses-A.S.P.C-Lewis-Ps.Unit Rast Max-Collaborate on Attempt of rape and whos be already alls on Line already alls Togethers Out Side Thems Cells and Theses Corizon Nurs's still doing The Jobs on alls inmates Penes-with-oill med-Theses Corizon ComPanY EmPloYes already Know all is For That Attempt of Rape To me-also Know To-The Plan is After that theses Somes inmates had to Given me the death-death Under on Confidential-after-to The death Attempt To-disappear my deat body all's Theses Attempt happen to me-and-Theses Corizon ComPanY EmPloYes be on Involveds on Collaborate on to be inside on that-DOC-Lewis-PS Organization Criminal

Proposed Resolution *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)* Now The all-Corizon ComPany had to be resPonsible To TAke Charge on This SeriouslY Case Was now Claim Under on my ComPlaint because The Corizon ComPanY-had to Avoid on to dont not to had-Criminals EmPloYes now Like Theses Twos Corizon Nurss EmPloYes with Theses bad Acctions-Now To-resolve That SeriouslY Case Im Need-and AsK-For my-Good Acces From Corizon ComPany-because Im had To OPen The Case Under LAWS To That SeriouslY Case and here on here For now-is For The Corizon ComPany

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [redacted] | 8-13-18 | [signature] | 8/16/18 |

Action taken by Documentation of Resolution or Attempts at Resolution.

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**Arizona Department of Corrections Florence Complex Health Services**

# GRIEVANCE RESPONSE

**DATE: October 10, 2018**
**INMATE NAME:**
**ADC # and UNIT: Central Kasson**
**GRIEVANCE NUMBER: A01-216-018**
**ASPC FLORENCE**
**FROM: Adam Perkins, Facility Health Administrator**

This letter is in response to the Formal Grievance dated 8/16/2018 and received by Corizon Medical Administration on 8/16/2018

Summarization of inmate Complaint:
Patient states that Corizon nursing staff have falsely diagnosed while the patient was housed at Lewis complex and sent the patient to the hospital for amputations.

Description of action taken to investigate the complaint:
Review of the medical records
Review of the grievance material provided

Summary of Findings:
The patient is housed in Kasson receiving consistent and ongoing mental health programming. Around the time this grievance was written, the patient was engaging in mental health programming. On the date the grievance was written, mental health staff conducted weekly seg rounds of which observations include cleanliness of cell, health and welfare checks, observations and speech. The mental health provider reports the inmate is doing well and does not have any issues or concerns to report.

Decision:

I have received your grievance dated 8/16/18. I apologize for the delay in responding. After looking into the accusations of this grievance, I find that the medical staff are acting in good faith to provide for your medical wellbeing. I encourage you to continue working with your medical and mental health providers, continue taking your medications and participating in programing. I find this grievance RESOLVED and closed.

***Per Policy 802.05 1.2: The decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department. In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department.**

Thank you

Adam S. Perkins
Facility Health Administrator

10/10/18
Date

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Grievance**

| RECEIVED BY | |
|---|---|
| Romo | |
| TITLE | |
| COII | |
| BADGE NUMBER | DATE (mm/dd/yyyy) |
| 3672 | 8.13.18 |

*Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice*

INMATE NAME [redacted] ADC NUMBER [redacted]

DATE (mm/dd/yyyy) 8-13-2018

INSTITUTION/FACILITY A.S.P.C-FLORENCE. Unit-KASSON.

CASE NUMBER A01-216-018

TO: GRIEVANCE COORDINATOR CO'3-OSWALD 8/16/18

Description of Grievance (To be completed by the Inmate) Here I'm Proced to Forward the Grievance Procce on this Seriously Case Under on my Complaint to Medical Corizon Company. The complaint Case issue is about this Female Nurs-Corizon Emploe because when I was on the ASPC-Lewis Unit Medical on the date 4-11-2018 on the night time 12:30 AM-This Nurs get thems cacces From Medical Corizon Company Systems to Commit Theses OFFences. First OFFence-This Nurs FAISIFY and Fabricate a Falses Medical record Corizon Papers work on Falses medical Dianostics-Under on my name were theses mentioned-Im SUFFer heart Attcks, hight blood Pression, diabetes with infect Injury some Advance of the diabetes Caused on One OF my Arms and one of my legs.- Second. OFFence she Fabricate thems Falses-Urgent Orders For Surgerys For Amputations on the Buckeye hospital one of my Arm and one legs and she given alls theses Falses Corizon Papers work with the orders to the co II willin and Fo co II Monte after received-The Ambulance Taken me to Buckeye hospital, but the Doctor who given to me the Attentions he refuse to do theses Surgerys on theses Amputations-CO II willin still insisten to the Doc-To do but co willin get denied For and the doctor show me alls theses PaPer work alls Falses medical record on my name Three-OFFence-Some Corizon Nurs Commit at some date 4-11-18. time 5:45 AM. Unit Medical-co II Monte. Ask To her. a you had already the HIV. blood because Moreno is her back again she start hurred UP on maken Phone Calls to the buckeye Unit For bring the inmate [redacted] and is For taken hes H.I.V blood-For this Some Nurs Attempt to inFect me with That H.I.V-blood-she doing threes Phones Calls For Ask For Marie That Corizon Nurs Emploe attempt Three Times Threat my Life This date.

Proposed Resolution (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?) Im here ExPlain to resolve this Seriously Case-This ComPlain Im had Direct to the Corizon Company-the Company on my Case had to be resPosible about theses bad actions Comeng From that Corizon EmPloye Nurs-all she doing to me AFFect me on Emotional-mental dissorder on theses Threes OFFences that Corizon EmPloye Commit is a big Violations humans on theses bad acctions ares a bigs Anomalys acctions she Commit to me on alls bad Threats to my Person she Put my Life on danger and on Exist-Video Camaras inside of Lewis Medical Unit To The Corizon Company can Found UP who is the Nurs and her identifiear and Investigate That Nurs

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| [redacted] | 8-13-18 | [signature] | 8/16/18 |

Action taken by Documentation of Resolution or Attempts at Resolution.

RECEIVED OCT 9 A.M. BY: Adam Perkins MBA Fac Hlth Admin

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

I/m-20c-6-1B-#12

INSTITUTION/UNIT KASSON A.S.P.C-FLORENCE

DATE (mm/dd/yyyy) 7-10-18

TO. The Coordinator-informal Complaint Resolution. CO 3-Oswald.

LOCATION Unit. Kasson CO 3-Oswald-OFFice Program

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm Submmited This Complait with alls details nesesarys That Seriously Complaint is For-Medical Corizon Compani MY-ComPlaint is about-This-Corizon Compani-EmPloye Nurs That bad issue-Under On My ComPlaint To The Corizon Comp. is about When Im Was on The AS.P.C-Lewis Unit Medical Corizon at The date-4-11-18 on The night-Time 12:30 Am-This Some is when this Corizon Comp-Employe Female nurs start get-access From-Medical-Corizon Compani-Systems To commit Theses OFFences on To Falsify and Fabricate Falses Medical Corizon dianostics Papers Work-Under on MY NAME-Where Theser-mentioned-Im SuFFer about Heart Attacks, hight blood Pression, diabetes-with inFect Injurys some Advance OF diabetes-Caused me-and-because That Some-Female nurs Fabricate The Falses Orders-on Urgent-Surgery To Amputations One OF Mys Legs and/on OF-my Arm's-and-given To-CO II-M-Willin To TAKen To The Buckeye HosPitaL With me on The ParAmedic's Ambulance-but-Them's Doctor's From The hospital-get denied To-do That SugerY AmPutations-Orders Doctor From The hospital-get Copy From Theses bad-FAlses Dianostics-and on Order for Surgerys Some Doctor Who-given me Theses Attentions on That date 4-11-18 show me alls FAlses Medical PAPersWork-he TAken-a CoPys. Some date 4-11-18 Time 5:45 AM-Im back To The A.S.P.C-Lewis Medical-Some nurs Again still-on hurred-Three Times-she MAken Calls To The Unit Buckley-on To bring-it-inmate [redacted] To taken From hem (H.I.V) blood-For inFected m[e]

DATE (mm/dd/yyyy) 7-10-18

but-That inmate still doing-reFuse Cuz-he dont not had APPoi[nt]me[nt]

Have you discussed this with institution staff? ☐ Yes ☐ No The Complaint Im had-To Corizon is about Medical Corizon Compani had

If yes, give the staff member name: To-be resPosible about-Theses bad Accions From That Employe Nurs on bad-AnomALys she doing the

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-1 6/05/14