**EXHIBIT 4**

**EXHIBIT 4**

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DECLARATION OF ADALIA CERRILLO** |

I, Adalia Cerrillo, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am employed by Centurion of Arizona, LLC (Centurion) as the Facility Health Administrator (FHA) at ASPC-Perryville.

3. I have worked for Centurion since July 1, 2019.

4. Prior to that, I worked for Corizon Health, Inc. as the FHA at ASPC-Perryville from June 2017 until June 30, 2019.  In October 2016, I became the Assistant FHA and then, in late June 2017, I became the FHA.

5. My responsibilities include overall management and supervision of the facility health units to ensure inmates are timely and properly seen and that policies and procedures are abided by.

6. I am familiar with the medical intake procedures in place at ASPC-Perryville.

7. On the day they arrive at the facility, each inmate receives a comprehensive intake screening and is seen by a nurse, a provider, dental, and mental health.

8. At the start of this intake process, a nurse interviews the inmate and completes a questionnaire regarding the inmate's health history and current medical conditions. The intake screening contains questions, such as Mobility Restrictions/Physical Disabilities and Impairments, including specific questions as to whether an inmate is blind or deaf. A true and correct copy of the questionnaire completed by medical staff at intake is attached hereto as Attachment 1.

9. If the provider documents one of these conditions, then the condition will be documented as a chronic condition in their medical chart using an ICD-9 code. All medical staff who treat the inmate thereafter will be able to see that the inmate is hearing impaired or deaf on the list of chronic conditions in eOMIS.

10. A provider also interviews the inmate and performs a complete physical examination, including a breast examination, a pap smear, and lab work.

11. At the start of each medical visit, including the intake visits, the medical staff member treating the inmate must indicate in eOMIS whether interpretive services are necessary for the visit. If interpretive services are required, then the staff member must indicate what type of interpretive services were provided.

12. Many staff members at Perryville, including the intake nurse and intake medical provider, are fluent in both English and Spanish and do not require the LanguageLine or other medical staff proficient in Spanish to effectively communicate with Spanish-speaking inmates.

13. If the medical staff member is proficient in the language spoken by the inmate, then the staff member will indicate that interpretive services are not required for the visit.

14. If the medical staff member is not proficient in the inmate's preferred language, then the staff member must utilize interpretive services to communicate effectively with the inmate and document that such services were used in eOMIS.

15. All medical staff members have access to simple instructions to access the LanguageLine. These instructions are posted in all examination rooms.

16. Inmates are also informed about LanguageLine services. There are posters in English and Spanish in all of the clinics, including the intake waiting room, which inform inmates about the availability of the LanguageLine.

17. American Sign Language ("ASL") and other forms of non-verbal language are also offered through LanguageLine as a video conference service, using telehealth equipment in the clinic.

18. ASPC-Perryville currently has only seven deaf inmates. All of these inmates have indicated that they are proficient at lip reading and choose this method of communication with medical staff.

19. If a deaf inmate wishes to have interpretive services for their medical visit, they are welcome to ask medical staff, and the staff member will utilize LanguageLine to communicate with the inmate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2020.

*Adalia Cerrillo*
Adalia Cerrillo

3

**ATTACHMENT 1**

**ATTACHMENT 1**

# Arizona Department of Corrections
# Intake Assessment

| Last Name: | First: | MI: | ADC: |
|---|---|---|---|
| Date: | Time: | DOB: | Age: |
| Sex: | Alias: | | |

Have you ever been incarcerated: ☐ No ☐ Yes, Most recent: Where:

Intake refused: ☐ No ☐ Yes If yes complete Refusal Form.

Interpreter used: ☐ No ☐ Yes Name: Service:

Patient transfer: ☐ No ☐ Yes Records received: ☐ No ☐ Yes

Private insurance: ☐ No ☐ Yes (Name):

## Vital Signs

| | Taken Time | Height | Weight | Temperature | Pulse | Respirations | Blood Pressure | Pulse Ox |
|---|---|---|---|---|---|---|---|---|
| ☐ Refused | | ft.: <br> in.: <br> ⦾ act | ⦾ act <br> ⦾ rptd | ☐ Not Taken | ⦾ A <br> ⦾ P | | Systolic: <br> Diastolic: <br> Position: | |

**Comments**

**Body Mass Index (BMI):** (Weight x 703) / (Height in inches x Height in inches):     If >25 perform Fingerstick Glucose Check

### Physical Build/Characteristics:
☐ Average   ☐ Thin   ☐ Slender   ☐ Muscular   ☐ Large in stature   ☐ Overweight   ☐ Obese

### CRITICAL OBSERVATIONS

**Urgent/Emergent Medical Referral:** ☐ None identified    **For Jails:** ☐ Accept ☐ Reject
☐ Yes, check all that apply
☐ Severe injury   ☐ Life threatening illness   ☐ Uncontrolled bleeding   ☐ Severe pain
☐ Head trauma with mental status changes   ☐ Other:
☐ Patient orders from provider noted for ER send out. Must have medical clearance paperwork from ER to reenter facility

**Urgent/Emergent Mental Health Referral:** ☐ None identified ☐ Yes, check all that apply
☐ Active hallucinations   ☐ Active delusions   ☐ Actively Suicidal   ☐ Other:

**Responsiveness:** Reactive to the following
☐ Alert ☐ Lethargic ☐ Verbal Stimuli ☐ Painful stimuli ☐ Unresponsive (Activate Emergency Response) Describe:
Oriented to Person, Place and Time: ☐ Yes ☐ No Describe:

**Skin Observations:**
Check all that apply and describe below:
☐ No abnormal skin conditions visualized
☐ Tattoos   ☐ Blisters   ☐ Draining areas   ☐ Lice/Pediculosis   ☐ Jaundice   ☐ Needle marks
☐ Surgical scars   ☐ Open lesions   ☐ Pallor   ☐ Sores   ☐ Lacerations   ☐ Tracks
☐ Other:

**Describe**

**Mobility Restrictions/Physical Disabilities/Impairments:** ☐ No ☐ Yes, check all that apply
☐ Deformity   ☐ Cast   ☐ Paraplegic   ☐ Wheel chair   ☐ CPAP
☐ Brace/Sling   ☐ Blind   ☐ Deaf   ☐ Amputation   ☐ Splint
☐ Quadriplegic   ☐ Crutches/Cane
☐ Other:
Comments:

### HISTORY

**Major surgery or medical hospitalization within past year:** ☐ No ☐ Yes, check all that apply and include date
☐ Brain Surgery   ☐ Heart Surgery   ☐ Abdominal Surgery   ☐ Stroke
☐ MI   ☐ Transplant   ☐ Due to traumatic injury

| ☐ Other: | | | |
|---|---|---|---|
| MEDICATION REPORTED ☐ None ☐ Uncooperative ☐ See below | | | |
| Name/Dose | Frequency/Last Taken | Prescribed by and Reason | Verification Through |
| | Freq:<br>Last: | | ☐ Practitioner ☐ Pharmacy ☐ Unable to verify |
| ALLERGIES: Do you have any allergies (food, medications, environmental)? ☐ No ☐ Yes | | | |
| SUBSTANCE USE / ABUSE | | | |
| History of hospitalization for substance abuse: ☐ No ☐ Yes<br>Dates: | | Received Prior detoxification or outpatient treatment: ☐ No ☐ Yes<br>Dates: | |
| **Alcohol Use:** Do you drink alcohol: ☐ No ☐ Yes Type:    Last use:<br>How much:    How often:<br>**If 2 or more "Yes" answers complete CIWA and Mental Health Referral**<br>Ever had alcohol withdrawals, tremors, seizures or DTs when you stopped drinking: ☐ No ☐ Yes (CIWA) when:<br>Have you ever felt you should cut down on your drinking? ☐ No ☐ Yes<br>Have people annoyed you by criticizing your drinking? ☐ No ☐ Yes<br>Have you ever felt bad or guilty about your drinking? ☐ No ☐ Yes<br>Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover: ☐ No ☐ Yes | | | |
| **Substance/Drug Use/Rx** Do you use drugs: ☐ No ☐ Yes<br>Do you use injectable drugs: ☐ No ☐ Yes Last injectable use: | | | |

**Rx or Street**   How often?   How much?   Last use?
- Heroin ☐ Hx of withdrawal
- Narcotics ☐ Hx of withdrawal
- Benzodiazepine ☐ Hx of withdrawal
- ☐ Methamphetamines ☐ Cocaine ☐ Other:

| COMMUNICABLE DISEASES | | | |
|---|---|---|---|
| HIV/AIDS Do you have HIV infection or AIDS: ☐ No ☐ Yes | | Are you taking medications: ☐ No ☐ Yes | |
| **TB Symptoms:**<br><br>**Ask each question** | Do you have any of the following:<br>Appetite loss: ☐ Yes ☐ No<br>Coughing up blood: ☐ Yes ☐ No | Weight loss: ☐ Yes ☐ No<br>Fever: ☐ Yes ☐ No<br>Weak/tired: ☐ Yes ☐ No | Night sweats: ☐ Yes ☐ No<br>Persistent cough 3+ weeks: ☐ Yes ☐ No |
| **TB Skin Test** | Prior + PPD: ☐ No ☐ Yes | Plant PPD Now: ☐ Yes ☐ No this encounter. | If yes, the PPD must be ordered in the lab section of |

| MEDICAL PROBLEMS | |
|---|---|
| Do you have any current ongoing medical problems we should know about: ☐ Yes. complete applicable ☐ No. proceed to BH section | |
| Do you have any special dietary needs: ☐ No ☐ Yes, describe: | |

☐ **Asthma**
How long:    Last asthma attack:
ER visit within last 90 days: ☐ Yes ☐ No    If yes, when:
Hospitalization in last year: ☐ No ☐ Yes, when:
Have you ever had a tube put down your throat with a machine breathing for you? ☐ No ☐ Yes, when:
Currently on steroids: ☐ Yes ☐ No
Peak Flow: ☐ Yes ☐ No, reason:
Peak Flow #1:    Peak Flow #2:    Peak Flow #3:

☐ **COPD / Emphysema**
$O_2$ dependent: ☐ Yes ☐ No
Peak Flow #1:    Peak Flow #2:    Peak Flow #3:
☐ Not performed, reason:

☐ **Cardiovascular/Cerebrovascular**
Ask each question
Angina: ☐ Yes ☐ No    Atrial fibrillation: ☐ Yes ☐ No    Stents: ☐ Yes ☐ No
Pacemaker: ☐ Yes ☐ No    Heart attack: ☐ Yes ☐ No    Internal defibrillator: ☐ Yes ☐ No
Bypass surgery: ☐ Yes ☐ No   Endocarditis: ☐ Yes ☐ No   CHF: ☐ Yes ☐ No
Blood clot in lungs or legs:
☐ Yes ☐ No    Last CVA:    Last TIA:

MSST301 - Intake Assessment

Are you currently taking Warfarin, Coumadin or Jantoven: ☐ Yes ☐ No
Are you currently taking another blood thinner: ☐ Yes ☐ No
Date of onset:            Last episode:
**Comments**

☐ **Hypertension**
How long:
Are you currently taking three or more anti-hypertensives: ☐ Yes ☐ No

☐ **Diabetes**
How Long:                                    Finger Stick:                                    ☐ Not performed, reason:
Are you currently taking medication(s): ☐ Yes ☐ No    Are you taking insulin: ☐ Yes ☐ No
If Finger Stick > 300, ask the following:         Nausea: ☐ Yes ☐ No              Vomiting: ☐ Yes ☐ No
Excessive thirst: ☐ Yes ☐ No                  Urine ketones (if taken) ☐ Yes ☐ No   ☐ Not performed, reason:
Have you ever been hospitalized for your diabetes: ☐ No ☐ Yes, dates:
**Comments**

☐ **Epilepsy/Seizure**
Last seizure:
More than one seizure a month: ☐ Yes ☐ No          Two or more anticonvulsants: ☐ Yes ☐ No

☐ **Gastrointestinal**
GERD: ☐ Yes ☐ No                                           Hiatal hernia: ☐ Yes ☐ No
Have you ever vomited blood: ☐ No ☐ Yes                    Frequency:                Last:
Comments:
Have you ever had dark, black, tarry stools: ☐ No ☐ Yes    Frequency:                Last:
Comments:
**Comments**

☐ **Cancer**
Do you currently have cancer: ☐ No ☐ Yes
Are you currently being treated for cancer: ☐ No ☐ Yes
Type:
**Comments**

☐ **Dialysis**
Type: ☐ Hemodialysis ☐ Peritoneal            Number of times dialyzed per week:
Last dialyzed:

☐ **HCV**
☐ Yes ☐ No

☐ **Other:**

**BEHAVIORAL HEALTH**

Do you have any current mental health complaints: ☐ Yes    Do you feel vulnerable because you are    ☐ Yes
☐ No                                                       ☐ incarcerated:
Have you ever been diagnosed with a mental illness: ☐ No ☐ Yes, check which illness: ☐ Schizophrenia ☐ Bipolar
☐ Other:
History of outpatient treatment: ☐ Yes ☐ No Within the last
year: ☐ Yes ☐ No                                           History of psychotropic medications: ☐ Yes ☐ No
History of psych hospitalization: ☐ Yes ☐ No               Within the last year: ☐ Yes ☐ No
History of hearing things: ☐ Yes ☐ No                      History of seeing things: ☐ Yes ☐ No
History of suicide attempts: ☐ Yes ☐ No                    Last attempt:
Are you thinking of suicide now: ☐ No ☐ Yes, if yes:       Do you have a plan: ☐ Yes ☐ No
☐ Emergent Mental Health ☐ Placed on Suicide Watch
Family/friends history of suicide: ☐ Yes ☐ No              Recent significant loss: ☐ Yes ☐ No
Do you feel like there is nothing to look forward to (hopeless/helpless): ☐ Yes ☐ No
Have you ever hurt yourself on purpose: ☐ Yes ☐ No         Are you thinking of hurting yourself now: ☐ Yes ☐ No

MSST301 - Intake Assessment

Are you thinking of hurting others now: ☐ Yes ☐ No
Ever been hospitalized for head trauma: ☐ Yes ☐ No          Criminal history of violent behavior: ☐ Yes ☐ No
History of sexual victimization: ☐ Yes ☐ No                 History of sex offenses: ☐ Yes ☐ No
History of: ☐ Special education placement ☐ Development disability ☐ Intellectual disability

## PERSONAL INFORMATION

| | | |
|---|---|---|
| Do you identify as, or do others perceive you to be: | ☐ Gay<br>☐ Gender Non-Conforming<br>☐ Other: | ☐ Lesbian ☐ Bisexual ☐ Transgender ☐ Intersex<br>☐ Straight or heterosexual |

## ADDITIONAL OBSERVATION

**General Appearance:** ☐ No apparent distress ☐ Other:

| Oral Screening | ☐ Unremarkable<br>☐ Lesions<br>☐ Other: | ☐ Missing teeth<br>☐ Swelling | ☐ Abscesses<br>☐ Dentures/Partials Loose |
|---|---|---|---|

## DISPOSITION

| **Placement** | ☐ GP<br>☐ Isolation | ☐ Infirmary<br>☐ Observation | ☐ Suicide Watch<br>☐ Other: |
|---|---|---|---|
| **Referral** | ☐ H&P<br>☐ Practitioner Sick Call<br>☐ Chronic Care Clinic | ☐ Routine ☐ Expedited<br>☐ Routine ☐ Expedited<br>☐ Routine ☐ Expedited | ☐ Nursing Sick Call ☐ Routine ☐ Expedited<br>☐ Behavioral Health ☐ Routine ☐ Expedited<br>☐ Dental Referral ☐ Routine ☐ Expedited |
| **Notification:** | ☐ Immediate supervisor | ☐ Practitioner on call | ☐ ER for transport |
| **Consent for treatment signed:** | ☐ Yes ☐ No, reason: | | |
| **Access to care reviewed:** | ☐ Yes ☐ No, reason: | | |
| **Grievance process explained:** | ☐ Yes ☐ No, reason: | | |

## RECOMMENDED APPOINTMENT SUMMARY

Consults:
Emergent mental health referral generated because the patient indicated the following during intake:

Routine mental health referral generated because the patient indicated the following during intake:

Other:

Appointments:
Intake Form-

## ADDITIONAL COMMENTS

I understand that withdrawal from alcohol and other drugs could be fatal. I have been provided with information related to alcohol and drug withdrawal and the information I provided related to my alcohol and drug use is accurate and complete. My information is correct and I accept the provision of medical, dental, and mental health care.

_____  Date:                    Time:
Patient Signature

MSST301 - Intake Assessment

**Interviewer**
Interviewer's Name (Printed)

[ ] Date:               Time:

Interviewer's Signature

**Secondary review (if indicated)**
Name (Print)

[ ] Date:               Time:

Signature

**Provider review (if indicated)**

Name (Print)

[ ] Date:               Time:

Signature

MSST301 - Intake Assessment