**EXHIBIT 6**

**EXHIBIT 6**

1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona  85226
    Telephone:  (480) 420-1600
5   Fax:  (480) 420-1695
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9                    **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF ARIZONA**

11

12   Victor Parsons, *et al.*, on behalf of themselves        NO. 2:12-cv-00601-ROS
     and all others similarly situated; and Arizona
     Center for Disability Law,

13                                                            **DECLARATION OF ROBIN**
                                              Plaintiffs,     **FAULKNER**
14            v.

15   David Shinn, Director, Arizona Department of
     Corrections; and Richard Pratt, Interim
16   Division Director, Division of Health Services,
     Arizona Department of Corrections, in their
17   official capacities,

18                                             Defendants.

19          I, Robin Faulkner, make the following Declaration:

20          1.      I am over the age of 18 years and have personal knowledge of and am

21   competent to testify to the matters set forth in this Declaration.

22          2.      I am employed by Centurion of Arizona, LLC (Centurion) as the Facility

23   Health Administrator (FHA) at ASPC-Phoenix.

24          3.      I have worked for Centurion since July 1, 2019.

25          4.      Prior to that, I worked for Corizon Health, Inc. as the FHA at ASPC-Phoenix.

26          5.      I hold a Bachelor of Science in Health Education and Health Promotion and

27   a Masters of Integrated Health Science.

28

6.      My responsibilities as FHA include overall management and supervision of the facility health units to ensure inmates are timely and properly seen and that policies and procedures are abided by.

7.      I am familiar with the medical intake procedures in place at ASPC-Phoenix.

8.      Upon arrival at the facility, each inmate receives a comprehensive intake screening.

9.      At the start of this medical intake process, a nurse interviews the inmate and completes an Intake Assessment and reviews current medical conditions. The intake screening contains questions such as Mobility Restrictions/Physical Disabilities and Impairments, including specific questions as to whether an inmate is blind or deaf.  A true and correct copy of the questionnaire completed by medical staff at intake is attached hereto as Attachment 1.

10.     If the provider documents one of these conditions, then the condition will be documented as a chronic condition in their medical chart using an ICD-9/10 code.  All medical staff who treat the inmate thereafter will be able to see that the inmate is hearing impaired or deaf on the list of chronic conditions in eOMIS.

11.     In addition, inmates with conditions such as deafness are given an M4 or M5, based on severity, designation which appears on their medical records in eOMIS.  This designation is a clear flag to all medical professionals who treat the inmate during their time at ASPC-Phoenix or any other Arizona State Prison Complex after the inmate is assigned. This designation also determines where the inmate will be housed in the facility and what accommodations they will be given.

12.     At the start of each medical visit, including the intake visits, the medical staff member treating the inmate must indicate in eOMIS whether interpretive services are necessary for the visit.  If interpretive services are required, then the staff member must indicate what type of interpretive services are provided.

13.     There are staff members currently employed at ASPC-Phoenix who are bilingual in English and Spanish and do not require the LanguageLine or other medical staff proficient in Spanish to effectively communicate with Spanish-speaking inmates.

14.     If the medical staff member is proficient in the language spoken by the inmate, then the staff member will indicate that contracted interpretive services were not required for the visit.

15.     If the medical staff member is not proficient in the inmate's preferred language, then the staff member must utilize interpretive services to communicate effectively with the inmate and document that such services were used in eOMIS.

16.     All medical staff members have access to simple instructions to access LanguageLine within the treatment cubicles and examination rooms.

17.     Medical staff at ASPC-Phoenix frequently use LanguageLine services during the intake process and at subsequent treatment visits.

18.     American Sign Language ("ASL") and other forms of non-verbal language are also offered through LanguageLine as a video conference service, using telehealth equipment in the clinic.

19.     In addition, currently, one nurse at the facility is able to communicate using ASL.

20.     If a deaf inmate wishes to have interpretive services for their medical visit, they are welcome to ask medical staff, and the staff member will utilize a video screen ASL service to communicate with the inmate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___27__ day of July, 2020.

Robin Faulkner

3

**ATTACHMENT 1**

**ATTACHMENT 1**

# Arizona Department of Corrections
# Intake Assessment

| Last Name: | First: | MI: | ADC: |
|---|---|---|---|

| Date: | Time: | DOB: | Age: |
|---|---|---|---|

Sex: | Alias:

Have you ever been incarcerated: ☐ No ☐ Yes, Most recent: Where:

Intake refused: ☐ No ☐ Yes If yes complete Refusal Form.

Interpreter used: ☐ No ☐ Yes Name: Service:

Patient transfer: ☐ No ☐ Yes Records received: ☐ No ☐ Yes

Private insurance: ☐ No ☐ Yes (Name):

## Vital Signs

| | Taken Time | Height | Weight | Temperature | Pulse | Respirations | Blood Pressure | Pulse Ox |
|---|---|---|---|---|---|---|---|---|
| ☐ Refused | | ft.: in.: ☐ act ☐ | ☐ act ☐ rptd | ☐ Not Taken | ☐ A ☐ P | | Systolic: Diastolic: Position: | |

**Comments**

**Body Mass Index (BMI):** (Weight x 703) / (Height in inches x Height in inches): | If >25 perform Fingerstick Glucose Check

## Physical Build/Characteristics:

| ☐ Average | ☐ Thin | ☐ Slender | ☐ Muscular | ☐ Large in stature | ☐ Overweight | ☐ Obese |
|---|---|---|---|---|---|---|

## CRITICAL OBSERVATIONS

**Urgent/Emergent Medical Referral:** ☐ None identified | **For Jails:** ☐ Accept ☐ Reject
☐ Yes, check all that apply
☐ Severe injury   ☐ Life threatening illness   ☐ Uncontrolled bleeding   ☐ Severe pain
☐ Head trauma with mental   ☐ Other: status changes
☐ Patient orders from provider noted for ER send out. Must have medical clearance paperwork from ER to reenter facility

**Urgent/Emergent Mental Health Referral:** ☐ None identified ☐ Yes, check all that apply
☐ Active hallucinations   ☐ Active delusions   ☐ Actively Suicidal   ☐ Other:

**Responsiveness:** Reactive to the following
☐ Alert ☐ Lethargic ☐ Verbal Stimuli ☐ Painful stimuli ☐ Unresponsive (Activate Emergency Response) Describe:
Oriented to Person, Place and Time: ☐ Yes ☐ No Describe:

**Skin Observations:**
Check all that apply and describe below:
☐ No abnormal skin conditions visualized
☐ Tattoos   ☐ Blisters   ☐ Draining areas   ☐ Lice/Pediculosis   ☐ Jaundice   ☐ Needle marks
☐ Surgical scars   ☐ Open lesions   ☐ Pallor   ☐ Sores   ☐ Lacerations   ☐ Tracks
☐ Other:

**Describe**

**Mobility Restrictions/Physical Disabilities/Impairments:** ☐ No ☐ Yes, check all that apply
☐ Deformity   ☐ Cast   ☐ Paraplegic   ☐ Wheel chair   ☐ CPAP
☐ Brace/Sling   ☐ Blind   ☐ Deaf   ☐ Amputation   ☐ Splint
☐ Quadriplegic   ☐ Crutches/Cane
☐ Other:
Comments:

## HISTORY

**Major surgery or medical hospitalization within past year:** ☐ No ☐ Yes, check all that apply and include date
☐ Brain Surgery   ☐ Heart Surgery   ☐ Abdominal Surgery   ☐ Stroke
☐ MI   ☐ Transplant   ☐ Due to traumatic injury

☐ Other:

| MEDICATION REPORTED ☐ None ☐ Uncooperative ☐ See below | | | |
|---|---|---|---|
| Name/Dose | Frequency/Last Taken | Prescribed by and Reason | Verification Through |
| | Freq:<br>Last: | | ☐ Practitioner ☐ Pharmacy ☐ Unable to verify |

**ALLERGIES: Do you have any allergies (food, medications, environmental)?** ☐ No ☐ Yes

## SUBSTANCE USE / ABUSE

History of hospitalization for substance abuse: ☐ No     Received Prior detoxification or outpatient treatment: ☐ No
☐ Yes                                                     ☐ Yes
Dates:                                                    Dates:

**Alcohol Use:**  Do you drink alcohol: ☐ No ☐ Yes Type:          Last use:
How much:          How often:
**If 2 or more "Yes" answers complete CIWA and Mental Health Referral**
Ever had alcohol withdrawals, tremors, seizures or DTs when you stopped drinking: ☐ No ☐ Yes (CIWA) when:
Have you ever felt you should cut down on your drinking? ☐ No ☐ Yes
Have people annoyed you by criticizing your drinking? ☐ No ☐ Yes
Have you ever felt bad or guilty about your drinking? ☐ No ☐ Yes
Have you ever had a drink first thing in the morning to steady your nerves or to get rid of a hangover: ☐ No ☐ Yes

**Substance/Drug Use/Rx** Do you use drugs: ☐ No ☐ Yes
Do you use injectable drugs: ☐ No ☐ Yes Last injectable use:

| Rx or Street | How often? | How much? | Last use? | |
|---|---|---|---|---|
| Heroin | | | | ☐ Hx of withdrawal |
| Narcotics | | | | ☐ Hx of withdrawal |
| Benzodiazepine | | | | ☐ Hx of withdrawal |

☐ Methamphetamines ☐ Cocaine ☐ Other:

## COMMUNICABLE DISEASES

**HIV/AIDS** Do you have HIV infection or AIDS: ☐ No ☐ Yes          Are you taking medications: ☐ No ☐ Yes

| TB Symptoms: | Do you have any of the following: | Weight loss: ☐ Yes ☐ No | Night sweats: ☐ Yes ☐ No |
|---|---|---|---|
| | Appetite loss: ☐ Yes ☐ No | Fever: ☐ Yes ☐ No | Persistent cough 3+ weeks: ☐ Yes ☐ No |
| Ask each question | Coughing up blood: ☐ Yes ☐ No | Weak/tired: ☐ Yes ☐ No | |

**TB Skin Test**  Prior + PPD: ☐ No     Plant PPD Now: ☐ Yes ☐ No   If yes, the PPD must be ordered in the lab section of
☐ Yes                                   this encounter.

## MEDICAL PROBLEMS

**Do you have any current ongoing medical problems we should know about:** ☐ Yes. complete applicable ☐ No.
**proceed to BH section**
**Do you have any special dietary needs:** ☐ No ☐ Yes, describe:

☐ **Asthma**
How long:                                    Last asthma attack:
ER visit within last 90 days: ☐ Yes ☐ No     If yes, when:
Hospitalization in last year: ☐ No ☐ Yes, when:
Have you ever had a tube put down your throat with a machine breathing for you? ☐ No ☐ Yes, when:
Currently on steroids: ☐ Yes ☐ No
Peak Flow: ☐ Yes ☐ No, reason:
Peak Flow #1:     Peak Flow #2:     Peak Flow #3:

☐ **COPD / Emphysema**
$O_2$ dependent: ☐ Yes ☐ No
Peak Flow #1:                 Peak Flow #2:                 Peak Flow #3:
☐ Not performed, reason:

☐ **Cardiovascular/Cerebrovascular**
Ask each question
Angina: ☐ Yes ☐ No          Atrial fibrillation: ☐ Yes ☐ No     Stents: ☐ Yes ☐ No
Pacemaker: ☐ Yes ☐ No       Heart attack: ☐ Yes ☐ No            Internal defibrillator: ☐ Yes
Bypass surgery: ☐ Yes ☐ No  Endocarditis: ☐ Yes ☐ No            CHF: ☐ Yes ☐ No
Blood clot in lungs or legs:
☐ Yes ☐ No                  Last CVA:                           Last TIA:

Are you currently taking Warfarin, Coumadin or Jantoven: ☐ Yes ☐ No
Are you currently taking another blood thinner: ☐ Yes ☐ No
Date of onset:                Last episode:

**Comments**

---

☐ **Hypertension**
How long:
Are you currently taking three or more anti-hypertensives: ☐ Yes ☐ No

☐ **Diabetes**
How Long:                                Finger Stick:                              ☐ Not performed, reason:
Are you currently taking medication(s): ☐ Yes ☐ No        Are you taking insulin: ☐ Yes ☐ No
If Finger Stick > 300, ask the following:        Nausea: ☐ Yes ☐ No                 Vomiting: ☐ Yes ☐ No
Excessive thirst: ☐ Yes ☐ No            Urine ketones (if taken) ☐ Yes ☐ No      ☐ Not performed, reason:
Have you ever been hospitalized for your diabetes: ☐ No ☐ Yes, dates:

**Comments**

---

☐ **Epilepsy/Seizure**
Last seizure:
More than one seizure a month: ☐ Yes ☐ No        Two or more anticonvulsants: ☐ Yes ☐ No

☐ **Gastrointestinal**
GERD: ☐ Yes ☐ No                                Hiatal hernia: ☐ Yes ☐ No
Have you ever vomited blood: ☐ No ☐ Yes        Frequency:                        Last:
Comments:
Have you ever had dark, black, tarry stools: ☐ No ☐ Yes        Frequency:                Last:
Comments:

**Comments**

---

☐ **Cancer**
Do you currently have cancer: ☐ No ☐ Yes
Are you currently being treated for cancer: ☐ No ☐ Yes
Type:

**Comments**

---

☐ **Dialysis**
Type: ☐ Hemodialysis ☐ Peritoneal            Number of times dialyzed per week:
Last dialyzed:

☐ **HCV**
☐ Yes ☐ No

☐ **Other:**

---

**BEHAVIORAL HEALTH**

Do you have any current mental health complaints: ☐ Yes        Do you feel vulnerable because you are        ☐ Yes
☐ No                                                      ☐ incarcerated:
Have you ever been diagnosed with a mental illness: ☐ No ☐ Yes, check which illness: ☐ Schizophrenia ☐ Bipolar
☐ Other:
History of outpatient treatment: ☐ Yes ☐ No Within the last
year: ☐ Yes ☐ No                                        History of psychotropic medications: ☐ Yes ☐ No
History of psych hospitalization: ☐ Yes ☐ No        Within the last year: ☐ Yes ☐ No
History of hearing things: ☐ Yes ☐ No                History of seeing things: ☐ Yes ☐ No
History of suicide attempts: ☐ Yes ☐ No                Last attempt:
Are you thinking of suicide now: ☐ No ☐ Yes, if yes:        Do you have a plan: ☐ Yes ☐ No
☐ Emergent Mental Health ☐ Placed on Suicide Watch
Family/friends history of suicide: ☐ Yes ☐ No        Recent significant loss: ☐ Yes ☐ No
Do you feel like there is nothing to look forward to (hopeless/helpless): ☐ Yes ☐ No
Have you ever hurt yourself on purpose: ☐ Yes ☐ No        Are you thinking of hurting yourself now: ☐ Yes ☐ No

Are you thinking of hurting others now: ☐ Yes ☐ No

Ever been hospitalized for head trauma: ☐ Yes ☐ No   Criminal history of violent behavior: ☐ Yes ☐ No

History of sexual victimization: ☐ Yes ☐ No   History of sex offenses: ☐ Yes ☐ No

History of: ☐ Special education placement ☐ Development disability ☐ Intellectual disability

## PERSONAL INFORMATION

| | |
|---|---|
| Do you identify as, or do others perceive you to be: | ☐ Gay ☐ Lesbian ☐ Bisexual ☐ Transgender ☐ Intersex |
| | ☐ Gender Non-Conforming ☐ Straight or heterosexual |
| | ☐ Other: |

## ADDITIONAL OBSERVATION

**General Appearance:** ☐ No apparent distress ☐ Other:

| Oral Screening | ☐ Unremarkable | ☐ Missing teeth | ☐ Abscesses |
|---|---|---|---|
| | ☐ Lesions | ☐ Swelling | ☐ Dentures/Partials Loose |
| | ☐ Other: | | |

## DISPOSITION

| Placement | ☐ GP | ☐ Infirmary | ☐ Suicide Watch |
|---|---|---|---|
| | ☐ Isolation | ☐ Observation | ☐ Other: |

| Referral | ☐ H&P | | ☐ Routine ☐ Expedited | ☐ Nursing Sick Call | ☐ Routine ☐ Expedited |
|---|---|---|---|---|---|
| | ☐ Practitioner Sick Call | ☐ Routine ☐ Expedited | ☐ Behavioral Health | ☐ Routine ☐ Expedited |
| | ☐ Chronic Care Clinic | ☐ Routine ☐ Expedited | ☐ Dental Referral | ☐ Routine ☐ Expedited |

**Notification:** ☐ Immediate supervisor ☐ Practitioner on call ☐ ER for transport

| Consent for treatment signed: | ☐ Yes ☐ No, reason: |
|---|---|
| Access to care reviewed: | ☐ Yes ☐ No, reason: |
| Grievance process explained: | ☐ Yes ☐ No, reason: |

## RECOMMENDED APPOINTMENT SUMMARY

Consults:

Emergent mental health referral generated because the patient indicated the following during intake:

Routine mental health referral generated because the patient indicated the following during intake:

Other:

Appointments:
Intake Form-

## ADDITIONAL COMMENTS

**I understand that withdrawal from alcohol and other drugs could be fatal. I have been provided with information related to alcohol and drug withdrawal and the information I provided related to my alcohol and drug use is accurate and complete. My information is correct and I accept the provision of medical, dental, and mental health care.**

| | |
|---|---|
| | Date:              Time: |

_____
Patient Signature

MSST301 - Intake Assessment

**Interviewer**
Interviewer's Name (Printed)

Date:                          Time:

Interviewer's Signature

**Secondary review (if indicated)**
Name (Print)

Date:                          Time:

Signature

**Provider review (if indicated)**

Name (Print)

Date:                          Time:

Signature

MSST301 - Intake Assessment