IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Motion for Leave to Exceed Page Limits (Doc. 3672) and Defendants' Motion for Leave to File Under Seal (Doc. 3674). Good cause appearing,

**IT IS ORDERED** the Motion for Leave to Exceed Page Limits (Doc. 3672) is **GRANTED**. The Clerk of Court will file Defendants' Response lodged at Doc. 3673.

**IT IS FURTHER ORDERED** Defendants' Motion for Leave to File Under Seal (Doc. 3674) is **GRANTED**. The Clerk of Court will seal the document lodged at Doc. 3675. This Order will not be sealed.

Dated this 28th day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge