IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 3599) (Doc. 3671). Good cause appearing,

IT IS ORDERED Plaintiffs' Unopposed Motion for Extension of Time (Doc. 3671) is GRANTED.

Dated this 28th day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge