Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  jkeenan@acluaz.org
           carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO ENFORCE PARAGRAPH 14 OF THE STIPULATION (Doc. 3623)**<br><br>**[FIRST REQUEST]** |

LEGAL23774493.1

Pursuant to L.R. Civ. 7.3, Plaintiffs respectfully request a three-week extension of time, until August 24, 2020, to file their reply in support of the Motion to Enforce Paragraph 14 of the Stipulation. Plaintiffs' Motion was filed on June 12, 2020 (Doc. 3623), and Defendants' Response was filed on July 27, 2020 (Doc. 3673).

Plaintiffs request the additional time to allow Plaintiffs to carefully review and respond to Defendants' 31-page brief, as well as the hundreds of pages of declarations and exhibits, which include information from class members' medical records.

Counsel for Defendants do not oppose this request for an extension of time.

A proposed order is attached.

Respectfully submitted,

Dated:  July 28, 2020         **PRISON LAW OFFICE**

By:   s/ Rita K. Lomio
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

LEGAL23774493.1

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Maria V. Morris (Cal. 223903)* |
|   | Eunice Hyunhye Cho (Wash. 53711)* |
| 3 | **ACLU NATIONAL PRISON PROJECT** |
| 4 | 915 15th Street N.W., 7th Floor |
|   | Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603 |
|   | Email: dfathi@aclu.org |
| 6 | mmorris@aclu.org |
|   | echo@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
         carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone: (602) 274-6287
      Email: adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)

| | |
|---|---|
| 1 | J.J. Rico (Bar No. 021292) |
| 2 | Maya Abela (Bar No. 027232)<br>**ARIZONA CENTER FOR**<br>**DISABILITY LAW** |
| 3 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 4 | Telephone: (520) 327-9547<br>Email: |
| 5 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 6 | mabela@azdisabilitylaw.org |
| 7 | *Attorneys for Arizona Center for Disability Law* |

LEGAL23774493.1            -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Rita K. Lomio