UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br> David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br> **ORDER** |

The Court has reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Enforce Paragraph 14 of the Stipulation (Doc. 3623). Good cause appearing,

IT IS ORDERED that Plaintiffs' Unopposed Motion for Extension of Time is GRANTED. Plaintiffs shall have up to and including August 24, 2020, to file their reply in support of their Motion to Enforce Paragraph 14 of the Stipulation.