# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Enforce Paragraph 14 of the Stipulation, and good cause appearing,

**IT IS ORDERED** Plaintiffs' Unopposed Motion (Doc. 3678) is **GRANTED**. Plaintiffs shall have up to and including **August 24, 2020**, to file their Reply in Support of Motion to Enforce Paragraph 14 of the Stipulation.  (Doc. 3623).

Dated this 29th day of July, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge