MR. Roberto Carrasco Gamez 131401
ASPC-Lewis- Rast Max
P.O. Box 3400 Buckeye, ARZ 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons, et al.,
    Plaintiffs,                CASE NO. 12-CV-0601 ROS
v.
                               Notice of Service
David Shinn, et Al.            of Document
    Defendants

On todays date the following was sent to the following individuals (plaintiff(s)/defendant)

- Informal Grievance

Respectfully Submitted this 4th day of Aug. 20.

                                    University of Peace
                                    #131401
                                    Mr. Roberto Carrasco Gamez
                                    ASPC-Lewis- Rast Max
                                    P.O. Box 3400· Buckeye
                                    ARZ
                                    85326

                                    Page 1

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.
Please print all information.

| INMATE NAME (Last, First M.I) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Gamez, Robert C | 131491 | ASPC-Eyman-RM | 16 July 20 |

TO: COIII Levels

LOCATION: 3A3 #3

**State briefly but completely the problem on which you desire assistance. Provide as many details as possible.**

I am attempting to informally resolve the following problem. I am grieving the inadequate and faulty procedures used to arbitrarily discontinue my Non-Formulary Medication — Gabapentin 600 m.g's Twice A day. On 26 Feb 20, A Incident Command System (ICS) was initiated due to chest pains, shortness of breath, inability to walk, disoriented, extreme physical pain, numbness through-out entire body, etc. A drug urinalysis test was performed which initially indicated positive for Meth. I advised both nurses that I have never had a positive drug test my entire time in prison and felt like I had been poisoned. The ("U.A") cup was then tossed inside the trash can and was never sent to the lab for the final verification process. The proper verification process was not followed and as a result the positive drug test was based on faulty evidence. Immediately thereafter, Mormes discontinued the more effective pain medication for another pain med that is alot more less effective and that I do not take because I've had an adverse effect to it in the past. During my last meeting or evaluation with Mormes I requested that it be discontinued but instead it was increased. I suffer from extreme physical pain through-out my entire body, that effects my daily activities. I would like to be placed back on Gabapentin 800 m.g's Twice A day. I have taken labs on a multitude of occasions when proper procedures were used and have never been out of compliance with my medication. Please reinstate Gabapentin 800 mgs Twice A day or Tramadol.

INMATE SIGNATURE

DATE (mm/dd/yyyy): 16 July 20

Have you discussed this with institution staff?  ☒ Yes  ☐ No
If yes, give the staff member name: Medical

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

3A303L

802-11
6/25/14