1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org

13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED BELOW]**
14

15                UNITED STATES DISTRICT COURT

16                      DISTRICT OF ARIZONA

17 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
   | --- | --- |
   | Plaintiffs, | **DECLARATION OF CORENE T. KENDRICK** |
   | v. | |
   | David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
   | Defendants. | |

1  I, Corene T. Kendrick, declare:

2  1. I am an attorney licensed to practice before the courts of the State of
3  California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law
4  Office, and an attorney of record to the plaintiff class in this litigation. If called as a
5  witness, I could and would testify competently to the facts stated herein, all of which are
6  within my personal knowledge.

7  2. Attached herein as **Exhibit 1** is a true and correct copy of a health care
8  staffing variance report produced to my office by Defendants entitled "Staffing Variance
9  Report by Facility 10.31.19" and Bates-stamped by Defendants as ADCM1595670-81.

10  3. Attached herein as **Exhibit 2** is a true and correct copy of a health care
11  staffing variance report produced to my office by Defendants entitled "Staffing Variance
12  Report by Facility 051020-060620" and Bates-stamped by Defendants as
13  ADCM1625067-77. This is the most recent staffing report that Defendants have provided
14  to us pursuant to a continuing monthly request. This report shows that at ASPC-Eyman,
15  the 1.00 FTE contracted Staff Physician position is vacant (ADCM1625069); at ASPC-
16  Lewis, the 2.00 FTE contracted Staff Physician positions are vacant (ADCM1625071);
17  and at ASPC-Yuma, the 1.00 FTE contracted Staff Physician position is vacant
18  (ADCM1625077).

19  4. Attached herein as **Exhibit 3** is a true and correct copy of an "ADC
20  Institutional Capacity Committed Population" report, dated August 4, 2020, available at
21  https://corrections.az.gov/sites/default/files/DAILY_COUNT/Aug2020/08042020_count_
22  sheet.pdf. This report shows that as of that date, there were 5,483 people incarcerated at
23  ASPC-Eyman, 4,315 people at ASPC-Lewis, and 4,622 people at ASPC-Yuma.

24  5. Attached herein as **Exhibit 4** is a true and correct copy of ADC's Fiscal
25  Year 2021 budget summary request, dated September 3, 2019, available at
26  https://corrections.az.gov/sites/default/files/documents/BudgetReq/adc-fy-2021-operating-
27  budget-request_090319.pdf. This shows that ADC's total FY 2020 budget was
28  $1,308,491,700.

6. Attached herein as **Exhibit 5** is a true and correct copy of a press release issued by Centurion on January 22, 2019 announcing their selection as ADC's health care contractor, available at https://www.centurionmanagedcare.com/newsroom/centurion-healthcare-arizona-012219.html.

7. Attached herein as **Exhibit 6 is** a true and correct copy of the website of Centene Corporation, last visited on August 2, 2020, at https://www.centene.com/.

8. Attached herein as **Exhibit 7** is a true and correct copy of a printout from *Fortune* magazine's website featuring the "Fortune 500" list, into which I searched for the company name of Centene, and generated this page, which is available at https://fortune.com/fortune500/2020/search/?name=centene. Fortune shows that Centene was the 42nd most profitable U.S. company in 2019, with $74.6 billion in revenue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 7, 2020, in San Francisco, California.

          /s/  Corene T. Kendrick
          Corene T. Kendrick

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Donald Specter (Cal. 83925)* |
| 2 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 3 | | Corene T. Kendrick (Cal. 226642)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 4 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 5 | | Berkeley, California 94710 |
| | | Telephone: (510) 280-2621 |
| 6 | | Email: dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 7 | | snorman@prisonlaw.com |
| | | ckendrick@prisonlaw.com |
| 8 | | rlomio@prisonlaw.com |

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (Cal. 223903)*
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
mmorris@aclu.org
echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick