

*CV-12-00601-PHX-ROS*

4/6/2020

Attention Judge Roslyn Silver.

My name is KENNETH JAY WILSON ADOC# 091947 whom is being housed in the Arizona Department of Corrections at the Yuma Complex in San Luis, AZ (La Paz yard). We need help! There's a lot of people on this yard with serious medical conditions (heart disease, cancer, seizures, etc.) that are not being addressed because of COVD-19. This is a medical yard housing minimum custody inmates exclusively that have one month to three years left on their sentence. None of which were given the death penalty! Almost everyone on this yard is not here for a violent crime and most inmates will not be going to the streets, but to families and homes where they are loved and desperately needed.

We literally live two feet apart from one another with over 120 inmates in each dorm. We have not been provided with essential disenfectants. The Corrections Officers have been given cleaning items (bleach, etc.) for their personal (use), but we have been given none of these things. AZDOC has been lying about their protocol to check staff for COVD-19. Several inmates were taken off the yard because they had fevers, dry cough,

etc. and then brought back in 5-6 days.

Officers and inmates alike are not being provided with face masks or gloves. We were issued a mere 150 bars of "Motel 6" soap on a yard of 1200 inmates.

Not only is this highly unethical and irresponsible of AZDOC, but it is unconstitutional and dangerous to both the public and inmates alike.

There are many individuals with chronic, underlying health conditions. Something must be done about the lies being told to the public. We don't have a fighting chance due to the aforementioned conditions. We deserve at least that.

There is no reason why most if not all of this yard should be released during this international crisis.

Your time and your efforts are most appreciated.

— Inmates of La Paz
Kenneth Wilson
ADOC # 091947