USA ★ FOREVER

PHOENIX AZ 852

05 AUG 2020 PM 8 L

Attention Hon. Judge Roslyn Silver
U.S. District Clerk of the Court
Sandra Day O'Connor Courthouse STE. 130
401 W. Washington St., SPC-1
Phx., Arizona 2003-2118

RECEIVED

AUG 06 2020

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

85003-211801

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS
Inmate Kenneth Wilson
ADC# 89194 7
Arizona State Prison Complex Yuma
Unit La Paz
PO Box 8909
City San Luis ____ AZ 85349