1    Jared G. Keenan (Bar No. 027068)
     Casey Arellano (Bar No. 031242)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
4    Email:  jkeenan@acluaz.org
             carellano@acluaz.org
5
     *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
     *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7    *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
     *behalf of themselves and all others similarly situated*
8    **[ADDITIONAL COUNSEL LISTED BELOW]**

9    Asim Dietrich (Bar No. 027927)
     **ARIZONA CENTER FOR DISABILITY LAW**
10   5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
11   Telephone:  (602) 274-6287
     Email: adietrich@azdisabilitylaw.org
12
     *Attorneys for Plaintiff Arizona Center for Disability Law*
13   **[ADDITIONAL COUNSEL LISTED BELOW]**

14                    UNITED STATES DISTRICT COURT

15                        DISTRICT OF ARIZONA

16   Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
     Dustin Brislan; Sonia Rodriguez; Christina
17   Verduzco; Jackie Thomas; Jeremy Smith; Robert          **DECLARATION OF**
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **MARIA V. MORRIS**
18   Hefner; Joshua Polson; and Charlotte Wells, on
     behalf of themselves and all others similarly
19   situated; and Arizona Center for Disability Law,

20                    Plaintiffs,

21          v.

22   David Shinn, Director, Arizona Department of
     Corrections; and Larry Gann, Division Director,
23   Division of Health Services Contract Monitoring
     Bureau, Arizona Department of Corrections, in their
24   official capacities,

25                    Defendants.

26

27

28

LEGAL23774493.1

I, MARIA MORRIS, DECLARE:

1.      I am an attorney licensed to practice in California. I am a Senior Staff Attorney at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      I attach hereto as **Exhibit 1** a true and correct copy of a June 26, 2020 email from Rachel Love to Corene Kendrick, Maya Abela, and Maria Morris.

3.      I attach hereto as **Exhibit 2** a true and correct, though redacted, copy of three pages of the two spreadsheets produced as a .pdf on June 26, 2020.  I have highlighted the lines in the excerpt relating to the individual whose ADC number is redacted on page 3 of the Motion to Enforce the Court's Order.

4.      I attach hereto as **Exhibit 3** a true and correct copy of a string of emails between Rachel Love, Corene Kendrick and Maria Morris.

5.      I attach hereto as **Exhibit 4** a true and correct copy of a .pdf of one sheet of a spreadsheet that was produced on July 13, 2020.  The remainder of the spreadsheet was the spreadsheet that had been produced as a .pdf on June 26, 2020.

6.      I attach hereto as **Exhibit 5** a true and correct, though redacted, .pdf copy of the first page of a spreadsheet produced on July 31, 2020.

7.      I attach hereto as **Exhibit 6** a true and correct, though redacted, copy of the first two pages of a spreadsheet produced as a .pdf on July 31, 2020.

8.      I attach hereto as **Exhibit 7** a true and correct, though redacted, copy of a July 31, 2020 letter from Rachel Love to Maria Morris.

9.      I attach hereto as **Exhibit 8** a true and correct copy of an August 3, 2020 email exchange between Rachel Love and Maria Morris.

10.     I attach hereto as **Exhibit 9** a true and correct, though redacted, copy of three sheets of a spreadsheet produced on August 7, 2020.  I have highlighted the lines in the excerpt relating to the individual whose ADC number is redacted on page 3 of the Motion to Enforce the Court's Order.

1       11.     I attach hereto as **Exhibit 10** a true and correct, though redacted, copy of an

2   August 10-11, 2020 email exchange between Rachel Love and Maria Morris.

3           I declare under penalty of perjury that the foregoing is true and correct.

4           Executed this 11th day of August 2020 in Rockville, Maryland.

5

6                                                   s/ Maria V. Morris
                                                    Maria V. Morris
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| | | Eunice Hyunhye Cho (Wash. 53711)* |
| 2 | | Maria V. Morris (Cal. 223903)* |
| | | **ACLU NATIONAL PRISON** |
| 3 | | **PROJECT** |
| | | 915 15th Street N.W., 7th Floor |
| 4 | | Washington, D.C. 20005 |
| | | Telephone:  (202) 548-6603 |
| 5 | | Email:     dfathi@aclu.org |
| | | echo@aclu.org |
| 6 | | mmorris@aclu.org |

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     jkeenan@acluaz.org
carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    I hereby certify that on August 11, 2020, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand

7

Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski

10

Nicholas D. Acedo
Ashlee B. Hesman

11

Jacob B. Lee
Timothy M. Ray

12

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com

13

rlove@strucklove.com
tbojanowski@strucklove.com

14

nacedo@strucklove.com
ahesman@strucklove.com

15

jlee@strucklove.com
tray@strucklove.com

16

17

*Attorneys for Defendants*

18

19

       s/ Jessica Carns

20

21

22

23

24

25

26

27

28