**Index of Exhibits to the Declaration of Maria V. Morris**

| Exhibit # | Description |
|---|---|
| 1 | June 26, 2020 email from Rachel Love to Corene Kendrick, Maya Abela, and Maria Morris |
| 2 | Three pages of the two spreadsheets produced as a .pdf on June 26, 2020 (redacted) |
| 3 | String of emails between Rachel Love, Corene Kendrick and Maria Morris |
| 4 | .pdf of one sheet of a spreadsheet that was produced on July 13, 2020 |
| 5 | .pdf copy of the first page of a spreadsheet produced on July 31, 2020 (redacted) |
| 6 | The first two pages of a spreadsheet produced as a .pdf on July 31, 2020 (redacted) |
| 7 | July 31, 2020 letter from Rachel Love to Maria Morris (redacted) |
| 8 | August 3, 2020 email exchange between Rachel Love and Maria Morris |
| 9 | Three sheets of a spreadsheet produced on August 7, 2020 (redacted) |
| 10 | August 10-11, 2020 email exchange between Rachel Love and Maria Morris (redacted) |

# EXHIBIT 1

| From: | Elaine Percevecz |
|---|---|
| To: | "Corene Kendrick"; Maya Abela; Maria Morris |
| Cc: | "Don Specter"; "Rita Lomio"; "Amber Norris"; "Tania Amarillas"; "Ilian Meza-Peña"; "Gabriela Pelsinger"; "Juliette Mueller"; David Fathi; Eunice Cho; Curtis Harris; Jessica Carns; Samantha Weaver; Jared Keenan; Casey Arellano; Lucy Rand; "mary.beke@azag.gov"; StruckLoveParsonsTeam; Delana Freouf |
| Subject: | RE: Parsons - Court Order (Dkt. 3635) - MC requests |
| Date: | Friday, June 26, 2020 9:38:40 PM |
| Attachments: | image003.png |

---

***Counsel, please see Rachel's email below.  Sincerely, Elaine***

Dear Corene, Maya, and Maria,

We've sent you through FirmShare exemplary documents responsive to Plaintiffs' RFP 133.  As we discussed today, we will meet and confer further after review of the documents to devise specified scope of future production of certain identified documents and date ranges. Also attached are draft/in progress spreadsheets providing data responsive to RFPs 134 and 138, which we will supplement as raw data regarding average length of stays are extracted and synthesized.

Rachel

Rachel Love
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1603 | rlove@strucklove.com | strucklove.com

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---

# EXHIBIT 2

| Inmate ID | Curloc | Complex | Unit | As of Date | 1st in | Days in Max | Average Days |
|---|---|---|---|---|---|---|---|
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 09/08/97 | 8,325 | 495 |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 04/10/09 | 4,093 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 02/14/20 | 131 | |
| | A21 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/16/19 | 344 | |
| | A27 | EYMAN | EYMAN BROWNING | 6/24/2020 | 09/03/97 | 8,330 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 11/29/19 | 208 | |
| | A08 | EYMAN | EYMAN SMU I | 6/24/2020 | 06/15/18 | 740 | |
| | A21 | EYMAN | EYMAN BROWNING | 6/24/2020 | 01/27/20 | 149 | |
| | A21 | EYMAN | EYMAN BROWNING | 6/24/2020 | 09/14/17 | 1,014 | |
| | A27 | EYMAN | EYMAN BROWNING | 6/24/2020 | 11/22/19 | 215 | |
| | A38 | EYMAN | EYMAN SMU I | 6/24/2020 | 04/30/20 | 55 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 12/17/18 | 555 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 03/13/19 | 469 | |
| | A27 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/20/18 | 705 | |
| | A27 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/05/17 | 1,085 | |
| | A51 | EYMAN | EYMAN BROWNING | 6/24/2020 | 04/22/15 | 1,890 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 06/03/17 | 1,117 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 06/13/16 | 1,472 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 02/23/18 | 852 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 01/26/19 | 515 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/25/19 | 335 | |
| | A38 | EYMAN | EYMAN SMU II | 6/24/2020 | 02/12/20 | 133 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 04/05/19 | 446 | |
| | A27 | EYMAN | EYMAN BROWNING | 6/24/2020 | 03/23/20 | 93 | |
| | A38 | EYMAN | EYMAN SMU II | 6/24/2020 | 11/12/19 | 225 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 03/22/17 | 1,190 | |
| | A51 | EYMAN | EYMAN BROWNING | 6/24/2020 | 08/16/19 | 313 | |
| | A27 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/17/19 | 343 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 01/16/19 | 525 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 04/28/14 | 2,249 | |
| | A38 | EYMAN | EYMAN SMU I | 6/24/2020 | 05/21/20 | 34 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 12/22/17 | 915 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 10/03/19 | 265 | |
| | A51 | EYMAN | EYMAN BROWNING | 6/24/2020 | 05/14/18 | 772 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 11/02/14 | 2,061 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 06/19/18 | 736 | |
| | A21 | EYMAN | EYMAN BROWNING | 6/24/2020 | 09/18/18 | 644 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 11/14/19 | 223 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/06/16 | 1,449 | |
| | A51 | EYMAN | EYMAN BROWNING | 6/24/2020 | 12/27/18 | 545 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 11/15/19 | 222 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 03/14/20 | 102 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/17/17 | 1,073 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 04/07/18 | 809 | |
| | A21 | EYMAN | EYMAN BROWNING | 6/24/2020 | 03/04/20 | 112 | |
| | A50 | EYMAN | EYMAN BROWNING | 6/24/2020 | 06/24/20 | - | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 11/26/08 | 4,228 | |
| | A52 | CENTRAL OFFICE | CENTRAL OFFICE | 6/24/2020 | 09/25/18 | 638 | |
| | A52 | EYMAN | EYMAN BROWNING | 6/24/2020 | 07/25/19 | 335 | |
| | A21 | EYMAN | EYMAN BROWNING | 6/24/2020 | 06/23/20 | 1 | |
| | A08 | EYMAN | EYMAN SMU I | 6/24/2020 | 11/29/19 | 208 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 08/01/18 | 693 | |
| | L21 | LEWIS | LEWIS RAST | 6/24/2020 | 08/03/17 | 1,056 | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

| ADC_ID | CURLOC | COMPLX | UNIT | Inmate Steps | Inmate Review Date |
|---|---|---|---|---|---|
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 11/4/2019 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 6/19/2020 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 2/16/2018 |
| | A21 | EYMAN | EYMAN BROWNING | STEP 2 | 5/27/2020 |
| | A27 | EYMAN | EYMAN BROWNING | STEP 1 | 10/10/2019 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/10/2020 |
| | A08 | EYMAN | EYMAN SMU I | STEP 3 | 8/30/2018 |
| | A21 | EYMAN | EYMAN BROWNING | STEP 1 | 6/19/2020 |
| | A21 | EYMAN | EYMAN BROWNING | STEP 1 | 6/24/2020 |
| | A27 | EYMAN | EYMAN BROWNING | STEP 2 | 5/24/2019 |
| | A38 | EYMAN | EYMAN SMU I | STEP 1 | 6/10/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 6/5/2020 |
| | A38 | EYMAN | EYMAN SMU I | STEP 1 | 6/22/2020 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 10/22/2019 |
| | A27 | EYMAN | EYMAN BROWNING | STEP 3 | 3/11/2019 |
| | A27 | EYMAN | EYMAN BROWNING | STEP 3 | 10/1/2019 |
| | A51 | EYMAN | EYMAN BROWNING | STEP 2 | 10/15/2019 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/9/2020 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/23/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 6/19/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 6/5/2020 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 9/20/2019 |
| | A38 | EYMAN | EYMAN SMU I | STEP 3 | 6/2/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 6/19/2020 |
| | A27 | EYMAN | EYMAN BROWNING | STEP 3 | 7/7/2017 |
| | A38 | EYMAN | EYMAN SMU I | Step 1 | 11/1/2019 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/1/2020 |
| | A51 | EYMAN | EYMAN BROWNING | STEP 1 | 6/22/2020 |
| | A21 | EYMAN | EYMAN BROWNING | STEP 1 | 7/9/2019 |
| | A27 | EYMAN | EYMAN BROWNING | STEP 3 | 6/15/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 3 | 2/10/2020 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/12/2020 |
| | A38 | EYMAN | EYMAN SMU I | STEP 1 | 6/8/2020 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/4/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 3 | 5/22/2020 |
| | A51 | EYMAN | EYMAN BROWNING | STEP 2 | 4/20/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 2 | 2/27/2019 |
| | A52 | EYMAN | EYMAN BROWNING | Step 3 | 10/2/2018 |
| | A21 | EYMAN | EYMAN BROWNING | STEP 1 | 7/3/2019 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/5/2020 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 6/1/2020 |
| | A51 | EYMAN | EYMAN BROWNING | STEP 2 | 6/19/2020 |
| | A52 | EYMAN | EYMAN BROWNING | Step 3 | 5/9/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 3 | 9/23/2019 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 5/26/2020 |

| | A52 | EYMAN | EYMAN BROWNING | STEP 2 | 11/27/2015 |
|---|---|---|---|---|---|
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 11/3/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 2 | 10/20/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 8/18/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 8/7/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 2 | 7/7/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 5/8/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 2 | 4/10/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 2/10/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 2/3/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 2 | 1/29/2015 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 12/26/2014 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 12/2/2014 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 10/8/2014 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 3 | 7/23/2014 |
| | A52 | EYMAN | EYMAN BROWNING | STEP 1 | 6/27/2014 |
| | L21 | LEWIS | LEWIS RAST | STEP 3 | 5/8/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 3 | 4/2/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 2 | 3/19/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 2/21/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 1/18/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 3 | 1/15/2020 |
| | L21 | LEWIS | LEWIS RAST | STEP 2 | 12/19/2019 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 11/15/2019 |
| | L21 | LEWIS | LEWIS RAST | STEP 3 | 6/14/2019 |
| | L21 | LEWIS | LEWIS RAST | STEP 2 | 4/12/2019 |
| | L21 | LEWIS | LEWIS RAST | STEP 1 | 3/7/2019 |
| | A08 | EYMAN | EYMAN SMU I | STEP 3 | 6/22/2020 |
| | A08 | EYMAN | EYMAN SMU I | STEP 3 | 5/22/2020 |
| | A08 | EYMAN | EYMAN SMU I | STEP 3 | 4/21/2020 |
| | A08 | EYMAN | EYMAN SMU I | STEP 2 | 2/26/2020 |
| | A08 | EYMAN | EYMAN SMU I | STEP 2 | 1/14/2020 |
| | A08 | EYMAN | EYMAN SMU I | STEP 2 | 8/21/2019 |
| | A08 | EYMAN | EYMAN SMU I | STEP 1 | 4/16/2019 |
| | A08 | EYMAN | EYMAN SMU I | STEP 1 | 11/27/2018 |
| | A08 | EYMAN | EYMAN SMU I | STEP 1 | 8/1/2018 |
| | A08 | EYMAN | EYMAN SMU I | STEP 3 | 4/24/2015 |
| | A08 | EYMAN | EYMAN SMU I | STEP 2 | 3/20/2015 |
| | A08 | EYMAN | EYMAN SMU I | STEP 1 | 3/5/2015 |
| | A08 | EYMAN | EYMAN SMU I | STEP 2 | 1/8/2015 |
| | A08 | EYMAN | EYMAN SMU I | STEP 1 | 7/17/2014 |
| | A38 | EYMAN | EYMAN SMU I | STEP 3 | 6/4/2020 |
| | A38 | EYMAN | EYMAN SMU I | STEP 3 | 5/5/2020 |
| | A38 | EYMAN | EYMAN SMU I | STEP 3 | 3/29/2020 |
| | A38 | EYMAN | EYMAN SMU I | STEP 3 | 3/3/2020 |
| | A38 | EYMAN | EYMAN SMU I | STEP 3 | 2/6/2020 |
| | A38 | EYMAN | EYMAN SMU I | STEP 3 | 1/7/2020 |

# EXHIBIT 3

| From: | Rachel Love |
|---|---|
| To: | Maria Morris; Corene Kendrick; David Fathi |
| Cc: | Elaine Percevecz; Maya Abela; Allen Rowley; Tim Bojanowski; Mike Giardina; Rachel Love |
| Subject: | RE: Parsons - Continued Meet & Confer re Max Custody Documents |
| Date: | Friday, July 31, 2020 8:17:19 PM |

Maria,

We are making a production tonight on the summary information as well as various staffing documents from ASPC-Lewis, which we will supplement again next week as to Lewis and other locations.

I will also have an ESI update for you on Monday as to the large volume of return and thoughts on addressing the same.

- Rachel

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Friday, July 31, 2020 1:37 PM
**To:** Rachel Love <RLove@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; David Fathi <dfathi@aclu.org>
**Cc:** Elaine Percevecz <EPercevecz@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>; Allen Rowley <ARowley@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>
**Subject:** RE: Parsons - Continued Meet & Confer re Max Custody Documents

Rachel,
Will we be receiving the staffing data today?  Also, what is happening with the spreadsheet on length of stay in max custody?  We're still waiting on (1) data from Kasson and (2) the calculations as to how the average length of time at each step was calculated.
Thanks,
Maria

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Monday, July 27, 2020 3:56 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Maria Morris <MMorris@aclu.org>; David Fathi <dfathi@aclu.org>
**Cc:** Elaine Percevecz <EPercevecz@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>; Allen Rowley <ARowley@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>
**Subject:** RE: Parsons - Continued Meet & Confer re Max Custody Documents

We received the max staffing data and will get that out this week.  I'm checking on the ESI status.

- Rachel

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, July 27, 2020 11:38 AM
**To:** Rachel Love <RLove@strucklove.com>; Maria Morris <MMorris@aclu.org>; David Fathi <dfathi@aclu.org>
**Cc:** Elaine Percevecz <EPercevecz@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>; Allen Rowley <ARowley@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>
**Subject:** RE: Parsons - Continued Meet & Confer re Max Custody Documents

Hi Rachel,

Can you provide an update on the status of your de-duplication efforts as well as the answers to Maria's other questions?

Thanks

Corene

**From:** Rachel Love [mailto:RLove@strucklove.com]
**Sent:** Friday, July 17, 2020 4:45 PM
**To:** Maria Morris <MMorris@aclu.org>
**Cc:** Elaine Percevecz <EPercevecz@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Allen Rowley <ARowley@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Subject:** RE: Parsons - Continued Meet & Confer re Max Custody Documents

Maria, Corene, and Maya,

Regarding an ESI update, we have received the load files for ESI for RFP 122 and 133.  It looks like we are dealing with potentially over 9GB of data.  We will be de-duplicating next week to see where we are at with the data load after that process and we will run search test results to see if we need to narrow search terms.  We will report back next week as to status.

I am getting you responses on the other items and will report back on Monday.

    -   Rachel

**From:** Rachel Love
**Sent:** Thursday, July 16, 2020 7:59 AM
**To:** Maria Morris <MMorris@aclu.org>
**Cc:** Elaine Percevecz <EPercevecz@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>;

Maya Abela <mabela@azdisabilitylaw.org>; Allen Rowley <ARowley@strucklove.com>
**Subject:** Re: Parsons - Continued Meet & Confer re Max Custody Documents

Hi Maria,

We received the load files for the ESI yesterday and we are determining what the volume is and whether we need to send it out to a vendor etc. due to volume. I will get you an update later today as soon as we get an analysis on that.

On length of stay, I will find out the exact methodology and whether there's another calculation spreadsheet out there. We were only provided the conclusion data as we sent to you.

I will also get you an ETA on staffing info and I am aiming for production by the end of next week.

As to the response to the max custody response due tomorrow, are you amenable to one VERY LAST extension to Monday or Tuesday to file?

Rachel

Sent from my iPhone

On Jul 16, 2020, at 7:47 AM, Maria Morris <MMorris@aclu.org> wrote:

Hi Rachel,
I'm following up on our meet and confer.  I have a couple questions:
> We didn't receive an update on the ESI searches.  During the call, you and Tim indicated that we would be updated on Tuesday.  Can you please send the update?
> We received the spreadsheet for length of stay in the Max Custody units (pending addition of Florence) and the spreadsheet that shows the average length of stay in Max Custody and at each level.  I assume the averages were determined using the spreadsheet, but neither document shows how they were calculated.  Can you please send us the spreadsheet that includes the calculations, not just the numbers?
> When will we receive the documents regarding staffing?

Thanks,
Maria

---

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Wednesday, July 8, 2020 6:54 PM
**To:** Maria Morris <MMorris@aclu.org>; Elaine Percevecz

<EPercevecz@strucklove.com>
**Cc:** Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela
<mabela@azdisabilitylaw.org>; Allen Rowley <ARowley@strucklove.com>
**Subject:** RE: Parsons - Continued Meet & Confer re Max Custody Documents

1 p.m. Monday (Pacific time) works great!

---

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Wednesday, July 8, 2020 2:52 PM
**To:** Rachel Love <RLove@strucklove.com>; Elaine Percevecz
<EPercevecz@strucklove.com>
**Cc:** Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela
<mabela@azdisabilitylaw.org>
**Subject:** RE: Parsons - Continued Meet & Confer re Max Custody Documents

Could we do 9 or 10 or 1 or 2 (Pacific time) on Monday?

---

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Wednesday, July 8, 2020 3:39 PM
**To:** Maria Morris <MMorris@aclu.org>; Elaine Percevecz
<EPercevecz@strucklove.com>
**Cc:** Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela
<mabela@azdisabilitylaw.org>; Maria Morris <MMorris@aclu.org>
**Subject:** RE: Parsons - Continued Meet & Confer re Max Custody Documents

Maria,

I apologize that I missed responding to your email below as I'm out of state.  I can do a
call tomorrow afternoon, Friday mid-morning, or Monday (will be back in the office on
this date).  I'm currently on Pacific time.

Rachel

---

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Thursday, July 2, 2020 12:04 PM
**To:** Rachel Love <RLove@strucklove.com>; Elaine Percevecz
<EPercevecz@strucklove.com>
**Cc:** Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela
<mabela@azdisabilitylaw.org>
**Subject:** Parsons - Continued Meet & Confer re Max Custody Documents

Hi Rachel,
Could we set up a time to talk next week about the spreadsheets and reports you
provided us as exemplars?

Below are our thoughts on the documents:

1. Regarding the spreadsheets that are responsive to RFPs 134 and 138:
   a. We assume the will also include Florence.  You may have said that during the call, but I wanted to confirm.
   b. Can the length of stay at each step level, in addition to the average amount of time in max custody, be calculated?  (See RFP 134)  I think this would have to be done using the larger spreadsheet that starts at page 26.
   c. Can you produce the spreadsheets as excel spreadsheets?

2. Regarding the exemplar documents responsive to RFPs 122 and 133
   a. Hiring Reports (*see, e.g.*, ADCM1620611): We would like to receive these once per month for the same day (either the last day of the month or the 15th of the month) since November 2018 for Florence, Eyman and Lewis
   b. Vacancy Reports (*see, e.g.*, ADCM1620615-16): These do not seem to be responsive and do not appear to add much to the understanding of staffing.  We do not need to receive these reports.
   c. Current Priority Post Charts (*see, e.g.*, ADCM1620623-27): We would like to receive these for Florence, Eyman and Lewis.  If these have changed since November 2018, we are requesting that each iteration of them since November 2018 be produced for these three facilities.
   d. Current Post Charts (*see, e.g.*, ADCM1620628-31): The Priority Post Chart you provided indicated that it is showing the posts that have been "collapsed".  You provided a document for Florence called "Post Chart," but it is far less detailed than the "Priority Post Chart".  Is there a chart that shows the posts that have not been collapsed in a similar level of detail to the Priority Post Chart?
   e. Post Sheets: We would like the Post Sheets (*see, e.g.*, ADCM1620648-52) for Florence-Central, Eyman-Browning, Eyman-SMU 1, and Lewis-Rast for the following time periods:

      November 3-9, 2018
      December 1-7, 2018
      January 26 – February 8, 2019
      March 16-22, 2019
      April 13-19, 2019
      May 18-24, 2019
      June 8-14, 2019
      July 13-19, 2019
      August 10-16, 2019
      September 28 – October 4, 2019
      October 19-25, 2019
      November 9-15, 2019
      December 7-13, 2019

Please let me know when you would be available to talk.

Thanks,
Maria


**Maria V. Morris**
Pronouns: she, hers

Senior Staff Attorney
ACLU National Prison Project
915 15th St. NW, Washington, DC 20005
202.548.6607 | mmorris@aclu.org
aclu.org
<image001.gif>

<image002.jpg>

<image003.png>

*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 4

## ADCRR Max Custody Analysis

**Data as of 06/24/2020**

| Curloc | Complex | unit | Total Inmates | Max Custody LOS | | Average Max Custody LOS | | Step 1 LOS | Step 2 LOS | Step 3 LOS |
|---|---|---|---|---|---|---|---|---|---|---|
| A08 | EYMAN | EYMAN SMU I | 325 | 104,402 | | 321.2 | | 64.5 | 147.3 | 84.9 |
| A21 | EYMAN | EYMAN BROWNING | 440 | 162,242 | | 368.7 | | 192.6 | 31.3 | 28.6 |
| A27 | EYMAN | EYMAN BROWNING | 25 | 40,949 | | 1,638.0 | | 407.4 | 226.0 | 911.8 |
| A30 | EYMAN | EYMAN SMU I | 12 | 4,087 | | 340.6 | | 47.5 | 109.8 | 180.3 |
| A38 | EYMAN | EYMAN SMU I | 128 | 36,914 | | 288.4 | | 76.4 | 88.1 | 108.5 |
| A50 | EYMAN | EYMAN BROWNING | 31 | 1,499 | | 48.4 | | 13.8 | 6.2 | - |
| A51 | EYMAN | EYMAN BROWNING | 44 | 31,873 | | 724.4 | | 297.2 | 137.7 | 18.0 |
| A52 | EYMAN | EYMAN BROWNING | 176 | 183,500 | | 1,042.6 | | 64.9 | 356.8 | 488.9 |
| A73 | EYMAN | EYMAN BROWNING | 10 | 1,726 | | 172.6 | | 10.3 | 78.6 | 83.7 |
| L21 | LEWIS | LEWIS RAST | 254 | 101,315 | | 398.9 | | 143.6 | 117.3 | 109.3 |
| | | | 1,445 | 668,507 | | 462.6 | | 129.9 | 124.2 | 134.6 |

1

EXHIBIT 5

| ADC_NUMBER | CURLOC | LOCATOR_NAME | COMPLX |
|---|---|---|---|
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |
| ███ | A48 | ASPC-F KASSON MH PRG | FLORENCE |

# EXHIBIT 6

# ADCRR Max Custody Analysis

**Data as of 06/30/2020**

| | Current Location | | | | Max Custody Bed Days LOS per Step | | | | | Max Custody Average LOS per Inmate per Step | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Curloc | Complex | unit | Total Inmates | *Max Custody Bed Days LOS | Step 1 LOS | Step 2 LOS | Step 3 LOS | ** Days Prior to 1st Step Date | Total Max LOS | Step 1 LOS | Step 2 LOS | Step 3 LOS | ** Days Prior to 1st Step Date | Total Max Custody LOS |
| 1 A08 | EYMAN | EYMAN SMU I | 338 | 112,830 | 16,761 | 51,749 | 27,762 | 16,558 | 112,830 | 49.6 | 153.1 | 82.1 | 49.0 | 333.8 |
| 2 A21 | EYMAN | EYMAN BROWNING | 447 | 179,747 | 55,525 | 22,302 | 32,709 | 69,211 | 179,747 | 124.2 | 49.9 | 73.2 | 154.8 | 402.1 |
| 3 A27 | EYMAN | EYMAN BROWNING | 27 | 43,832 | 2,032 | 8,694 | 8,653 | 24,453 | 43,832 | 75.3 | 322.0 | 320.5 | 905.7 | 1,623.4 |
| 4 A30 | EYMAN | EYMAN SMU I | 13 | 5,076 | 1,270 | 1,755 | 1,915 | 136 | 5,076 | 97.7 | 135.0 | 147.3 | 10.5 | 390.5 |
| 5 A38 | EYMAN | EYMAN SMU I | 134 | 42,447 | 5,665 | 17,674 | 13,807 | 5,301 | 42,447 | 42.3 | 131.9 | 103.0 | 39.6 | 316.8 |
| 6 A48 | FLORENCE | ASPC-F KASSON MH PRG | 103 | 54,319 | 11,299 | 15,039 | 15,923 | 12,058 | 54,319 | 109.7 | 146.0 | 154.6 | 117.1 | 527.4 |
| 7 A50 | EYMAN | EYMAN BROWNING | 31 | 3,695 | 913 | 205 | 759 | 1,818 | 3,695 | 29.5 | 6.6 | 24.5 | 58.6 | 119.2 |
| 8 A51 | EYMAN | EYMAN BROWNING | 45 | 34,706 | 8,888 | 3,724 | 4,393 | 17,701 | 34,706 | 197.5 | 82.8 | 97.6 | 393.4 | 771.2 |
| 9 A52 | EYMAN | EYMAN BROWNING | 178 | 199,260 | 11,449 | 78,697 | 36,314 | 72,800 | 199,260 | 64.3 | 442.1 | 204.0 | 409.0 | 1,119.4 |
| 10 A73 | EYMAN | EYMAN BROWNING | 12 | 1,851 | 122 | 720 | 146 | 863 | 1,851 | 10.2 | 60.0 | 12.2 | 71.9 | 154.3 |
| 11 A74 | FLORENCE | ASPC-F KASSON MHW | 10 | 3,846 | 622 | 1,493 | 1,603 | 128 | 3,846 | 62.2 | 149.3 | 160.3 | 12.8 | 384.6 |
| 12 A76 | FLORENCE | ASPC-F KASSON BMU | 11 | 2,533 | 518 | 682 | 962 | 371 | 2,533 | 47.1 | 62.0 | 87.5 | 33.7 | 230.3 |
| 13 L21 | LEWIS | LEWIS RAST | 255 | 109,253 | 18,416 | 37,151 | 32,702 | 20,984 | 109,253 | 72.2 | 145.7 | 128.2 | 82.3 | 428.4 |
| | | Total | 1,604 | 793,395 | Total 133,480 | 239,885 | 177,648 | 242,382 | 793,395 | 83.2 | 149.6 | 110.8 | 151.1 | 494.6 |

* Max Custody Bed Days LOS is any uninterupted stay in any of the following Curlocs:
  A08, A21, A27, A30, A38, A48, A50, A51, A52, A73A74, A76, L2
  i.e., In inmate may currently be in A08 but stayed in A21, A27 etc. without a stay in any other Location

** Days Prior to 1st Step Date are those days without ACIS data to show prior step activity

| As of Date |
|---|
| 6/30/2020 |

| | | Date Step Changed | Step | First Date of Move into Current MAX Curloc | LOS in Curloc | Los in Curloc From 1st Step Date | | Step 1 | Step 2 | Step 3 | Days without ACIS Step | | Total LOS in Curloc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ■ | 11/04/19 | STEP 3 | 09/08/97 | 8,331 | 239 | | - | - | 239 | 8,092 | | 8,331 |

**As of Date** 06/30/20

| | | Date Step Changed | Step | First Date of Move | LOS in Curloc | Los in Curloc | | Step 1 | Step 2 | Step 3 | | | Total LOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ■ | 06/18/20 | STEP 3 | | | 12 | | - | - | 12 | - | | 12 |
| | | 05/19/20 | STEP 3 | | | 30 | | | - | 30 | - | | 30 |
| | | 12/20/19 | STEP 2 | | | 151 | | | 151 | - | - | | 151 |
| | | 12/06/19 | STEP 1 | 09/24/19 | 280 | 14 | | 14 | - | - | - | | 14 |
| | | | STEP 2 | | * | 73 | | - | 73 | - | - | | 73 |
| | | | | | | 280 | | | | | | | 280 |

| | | | | | Different Curlocs | |
|---|---|---|---|---|---|---|
| | ■ | 09/11/19 | STEP 2 | | | N/A |
| | | 08/05/19 | STEP 1 | | | N/A |
| | | 11/16/17 | STEP 3 | | | N/A |
| | | 10/26/17 | STEP 1 | | | N/A |
| | | 06/01/17 | STEP 3 | | | N/A |
| | | 05/04/17 | STEP 2 | | | N/A |
| | | 04/19/17 | STEP 1 | | | N/A |

**\* Days from Last Move to Las Step Prior to Step Change**

| | | |
|---|---|---|
| 06/18/20 | 09/24/19 | STEP 3 |
| 05/19/20 | 09/24/19 | STEP 3 |
| 12/20/19 | 09/24/19 | STEP 2 |
| 12/06/19 | 09/24/19 | STEP 1 |
| 09/11/19 | 09/24/19 | STEP 2 |
| 08/05/19 | 09/24/19 | STEP 1 |
| 11/16/17 | 09/24/19 | STEP 3 |
| 10/26/17 | 09/24/19 | STEP 1 |
| 06/01/17 | 09/24/19 | STEP 3 |
| 05/04/17 | 09/24/19 | STEP 2 |
| 04/19/17 | 09/24/19 | STEP 1 |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

# EXHIBIT 7



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Rachel Love
480.420.1616
rlove@strucklove.com

July 31, 2020

**<u>VIA EMAIL ONLY</u>**
Maria Morris
American Civil Liberties Union
Legal Department
NATIONAL PRISON PROJECT
915 15th Street, NW
7th Floor
Washington, DC  20005-2112

        **Re:**    *Parsons v. Shinn*
               **Max Custody Production in response to Court Order (Doc. 3635)**

Dear Maria:

      To supplement Defendants' Court Ordered responses to Requests for Production 134 and 138 regarding average lengths of stay in maximum custody and at DI 326/DO 812 step levels, attached is an ADCRR Max Custody Analysis Summary that sets forth average lengths of stay in maximum custody and at the DI 326/DO 812 step levels.  (Bates No. ADCM1625183.)  This summary chart includes analysis for Florence-Kasson Unit and thus supplements the previous summary chart production. By way of explanation, the average length of stay in maximum custody is the total number of consecutive days in one of the qualifying maximum custody units. As an example, if on January 1, 2020, an inmate was transferred out of close custody to maximum custody and remains there, ADCRR calculates from January 1, 2020 to June 30, 2020. If the inmate transferred from one maximum custody unit to another, ADCRR would continue the stay length count.

      In this summary, the third table (columns N through R) is the arithmetical average of the summary totals you see in the first two columns. The first table (columns B through F) are the total number of inmates in each max custody unit on June 30, 2020 (Column E). Column F represents the total number of consecutive maximum custody bed days for all of the inmates represented in Column E. The average maximum custody stay for the total number of inmates in cell E8 is found in cell R8. The formula is R8=(F8/E8).  The second table (Columns H through L) shows the total number of days the inmates spent in each step during their maximum custody stay.

Maria Morris
July 31, 2020
Page 2

Second, produced herewith is an exemplar Max Process Summary illustrating how raw data was analyzed for each individual inmate in maximum custody in order to extract days in maximum custody and days at each step level for every individual inmate in maximum custody as of June 30, 2020. (Bates No. ADCM1625184.) Please see the example of inmate ████ in the Max Process spreadsheet beginning with cell B10. For the steps calculation, ADCRR used similar logic as the length of stay analysis. The exemplar inmate was a Step 3 on 6/30/2020. He was also a Step 3 on 6/18/2020 and again on 5/19/2020. However, on his previous assessment, this inmate was a Step 2. ADCRR stops going backwards when they identify the first time they see the step the inmate is currently in.

Third, produced herewith is the Excel list of ASPC-Florence Kasson inmates who were analyzed to determine average lengths of stay in maximum custody and at DI 326/DO 812 step levels. (Bates No. ADCM1625185-ADCM1625188.)

Fourth, produced herewith per agreement as to date ranges are Post Sheets for Lewis-Rast for:

- November 3-9, 2018
- December 1-7, 2018
- January 26 – February 8, 2019
- March 16-22, 2019
- April 13-19, 2019
- May 18-24, 2019
- June 8-14, 2019
- July 13-19, 2019
- August 10-16, 2019
- September 28 – October 4, 2019
- October 19-25, 2019
- November 9-15, 2019
- December 7-13, 2019

(Bates No. ADCM1625189-1625602.)

Fifth, produced herewith per agreement as to date ranges are ASPC-Lewis Rast Hiring Reports for the last Tuesday of each month for November 2018 through December 2019. Defendants will supplement regarding the same for 2020. ADCM1625603-1625616.

Maria Morris
July 31, 2020
Page 3

Defendants make these productions without waiving all objections previously made. We will continue to supplement this production next week as to ASPC-Lewis/Rast and additional maximum custody facility locations for Hiring Reports, Priority Post Charts, and Post Sheets.

Sincerely,

Rachel Love

RL/eap

cc:      Counsel of Record

Production made through FirmShare

EXHIBIT 8

| From: | Rachel Love |
|---|---|
| To: | Maria Morris; Elaine Percevecz; Corene Kendrick; Don Specter; Rita Lomio; Amber Norris; Tania Amarillas; Gabriela Pelsinger; Juliette Mueller; ilian@prisonlaw.com; David Fathi; Curtis Harris; Eunice Cho; Jessica Carns; Samantha Weaver; Gloria Torres; Maya Abela; tsherman@azdisabilitylaw.org; Delana Freouf; Jared Keenan; Casey Arellano; Delana Freouf |
| Cc: | Lucy Rand; mary.beke@azag.gov; StruckLoveParsonsTeam |
| Subject: | RE: Parsons - Max Custody Production RFP 134, 138 (Doc. 3635); MRF Production |
| Date: | Monday, August 3, 2020 6:02:53 PM |
| Attachments: | image002.png |

Maria,

Yes, I have requested the same from ADCRR regarding the below.  And yes, we can talk about the non-ESI document production regarding max custody tomorrow as well.

-   Rachel

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Monday, August 3, 2020 2:19 PM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; ilian@prisonlaw.com; David Fathi <dfathi@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Gloria Torres <GTorres@acluaz.org>; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Delana Freouf <DFreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Delana Freouf <DFreouf@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons - Max Custody Production RFP 134, 138 (Doc. 3635); MRF Production

Rachel,

With regard to the documents responsive to RFPs 134 and 138, the response remains incomplete:
- The spreadsheet containing information about people at Florence-Kasson (ADCM1625188) includes no information at all about length of stay in Max Custody or at any step.  It includes only the ADC number, Curloc, Locator Name, and Complex.   Given that the summary document (ADCM1625183-1625187) includes length of stay in Max Custody and at each step for the people at Florence-Kasson, it is clear that the information has been put into the spreadsheet, but it was not produced.
- Please also produce the actual spreadsheet showing how the Length of Stay at each step is calculated, rather than an explanation and a pdf of the outcome of the calculations.  We need to be able to see what went into each calculation so that we can see that the outcome accurately reflects the averages.

Thank you,

Maria

---

**From:** Elaine Percevecz <EPercevecz@strucklove.com>
**Sent:** Friday, July 31, 2020 9:09 PM
**To:** Maria Morris <MMorris@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; ilian@prisonlaw.com; David Fathi <dfathi@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Gloria Torres <GTorres@acluaz.org>; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Delana Freouf <DFreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Delana Freouf <DFreouf@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons - Max Custody Production RFP 134, 138 (Doc. 3635); MRF Production

Counsel,

We've produced to you through FirmShare documents responsive to Plaintiffs' Supplemental Requests 134 and 138, as well as three Master Record Files.

Attached is a letter from Rachel to Maria regarding today's Max Custody production.

Sincerely,

Elaine

Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
480.420.1619 | epercevecz@strucklove.com | STRUCKLOVE.com

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 9

## ADCRR Max Custody Analysis

**Data as of 06/30/2020**

| | Current Location | | Total Inmates | *Max Custody Bed Days LOS | | Max Custody Bed Days LOS per Step | | | | Total Max LOS | | Max Custody Average LOS per Inmate per Step | | | | Total Max Custody LOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Curloc | Complex | unit | | | | Step 1 LOS | Step 2 LOS | Step 3 LOS | Total Days In Step | ** Days Prior to 1st Step Date | | Step 1 LOS | Step 2 LOS | Step 3 LOS | Days In Step | ** Days Prior to 1st Step Date | |
| 1 | A08 | EYMAN | ASPC-E SMU I NORTH | 338 | 112,830 | 16,520 | 51,679 | 27,687 | 95,886 | 16,944 | 112,830 | 48.9 | 152 9 | 81.9 | 283.7 | 50.1 | 333.8 |
| 2 | A21 | EYMAN | ASPC-E BROWNING UNIT | 447 | 179,747 | 55,495 | 22,267 | 32,709 | 110,471 | 69,276 | 179,747 | 124.1 | 49 8 | 73.2 | 247.1 | 155.0 | 402.1 |
| 3 | A27 | EYMAN | ASPC-E BROWNING D/RW | 27 | 43,832 | 2,032 | 8,694 | 8,653 | 19,379 | 24,453 | 43,832 | 75.3 | 322 0 | 320.5 | 717.7 | 905.7 | 1,623.4 |
| 4 | A30 | EYMAN | ASPC-E SMU I SOUTH | 13 | 5,076 | 1,270 | 1,755 | 1,915 | 4,940 | 136 | 5,076 | 97.7 | 135 0 | 147.3 | 380.0 | 10.5 | 390.5 |
| 5 | A38 | EYMAN | ASPC-E SMU I EAST | 134 | 42,447 | 5,665 | 17,674 | 13,807 | 37,146 | 5,301 | 42,447 | 42.3 | 131 9 | 103.0 | 277.2 | 39.6 | 316.8 |
| 6 | A48 | FLORENCE | ASPC-F KASSON MH PRG | 103 | 54,319 | 11,210 | 14,913 | 15,756 | 41,879 | 12,440 | 54,319 | 108.8 | 144 8 | 153.0 | 406.6 | 120.8 | 527.4 |
| 7 | A50 | EYMAN | ASPC-E MAX INTAKE | 31 | 3,695 | 913 | 205 | 759 | 1,877 | 1,818 | 3,695 | 29.5 | 6 6 | 24.5 | 60.5 | 58.6 | 119.2 |
| 8 | A51 | EYMAN | ASPC-E BROWNING EHU | 45 | 34,706 | 8,888 | 3,724 | 4,393 | 17,005 | 17,701 | 34,706 | 197.5 | 82 8 | 97.6 | 377.9 | 393.4 | 771.2 |
| 9 | A52 | EYMAN | ASPC-E BROWNING STG | 179 | 199,904 | 12,081 | 78,570 | 36,306 | 126,957 | 72,947 | 199,904 | 67.5 | 438 9 | 202.8 | 709.3 | 407.5 | 1,116.8 |
| 10 | A73 | EYMAN | ASPC-E BROWNING RSH | 12 | 1,851 | 122 | 720 | 146 | 988 | 863 | 1,851 | 10.2 | 60 0 | 12.2 | 82.3 | 71.9 | 154.3 |
| 11 | A74 | FLORENCE | ASPC-F KASSON MHW | 10 | 3,846 | 577 | 1,493 | 1,568 | 3,638 | 208 | 3,846 | 57.7 | 149 3 | 156.8 | 363.8 | 20.8 | 384.6 |
| 12 | A76 | FLORENCE | ASPC-F KASSON BMU | 11 | 2,533 | 462 | 682 | 962 | 2,106 | 427 | 2,533 | 42.0 | 62 0 | 87.5 | 191.5 | 38.8 | 230.3 |
| 13 | L21 | LEWIS | ASPC-L RAST MAX | 255 | 109,253 | 17,995 | 37,087 | 32,702 | 87,784 | 21,469 | 109,253 | 70.6 | 145 4 | 128.2 | 344.3 | 84.2 | 428.4 |
| | | | **Total** | 1,605 | 794,039 | 133,230 | 239,463 | 177,363 | 550,056 | 243,983 | 794,039 | 83.0 | 149 2 | 110.5 | 342.7 | 152.0 | 494.7 |

\* Max Custody Bed Days LOS is any uninterupted stay in any of the following Curlocs
   A08, A21, A27, A30, A38, A48, A50, A51, A52, A73A74, A76, L2
   i.e., In inmate may currently be in A08 but stayed in A21, A27 etc. without a stay in any other Location

\*\* Days Prior to 1st Step Date are those days without ACIS data to show prior step activity

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1629048

| Inmate ID | Current Complex | Current Curloc | Current Unit | 1st in Continous Max Custody Curloc | Initial Step | Days in a Max Step | Average Days | Continous Days in Max | Average Days |
|---|---|---|---|---|---|---|---|---|---|
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/15/18 | 08/30/18 | 670 | 342.7 | 746 | 494.8 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 11/29/19 | 06/22/20 | 8 | | 214 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 09/30/19 | 05/28/20 | 33 | | 274 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 01/09/20 | 06/26/20 | 4 | | 173 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 02/06/20 | 06/12/20 | 18 | | 145 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 05/30/20 | 06/19/20 | 11 | | 31 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 11/29/19 | 05/28/20 | 33 | | 214 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/11/20 | 06/11/20 | 19 | | 19 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 01/29/19 | 01/29/19 | 518 | | 518 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 11/11/19 | 11/11/19 | 232 | | 232 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 02/04/19 | 03/22/19 | 466 | | 512 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/24/20 | 06/24/20 | 6 | | 6 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 07/24/15 | 08/30/15 | 1,803 | | 1,803 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 03/30/20 | 03/30/20 | 92 | | 92 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 07/05/19 | 07/05/19 | 361 | | 361 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 05/06/20 | 05/06/20 | 55 | | 55 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 08/07/18 | 08/07/18 | 693 | | 693 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 10/29/19 | 10/29/19 | 245 | | 245 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 12/07/18 | 12/14/18 | 564 | | 571 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 02/04/19 | 04/19/19 | 438 | | 512 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 04/13/20 | 04/13/20 | 78 | | 78 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 02/11/20 | 02/11/20 | 140 | | 140 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 11/26/19 | 12/30/19 | 217 | | 217 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 04/23/19 | 04/23/19 | 434 | | 434 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 04/20/20 | 04/20/20 | 71 | | 71 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 10/24/19 | 10/24/19 | 250 | | 250 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 02/15/20 | 02/15/20 | 136 | | 136 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 03/27/19 | 03/27/19 | 461 | | 461 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 02/01/18 | 02/01/18 | 880 | | 880 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 10/23/19 | 12/06/19 | 207 | | 251 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 12/18/19 | 05/31/20 | 30 | | 195 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 05/27/20 | 05/27/20 | 34 | | 34 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/01/17 | 06/01/17 | 1,125 | | 1,125 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 04/15/20 | 04/15/20 | 76 | | 76 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 03/28/19 | 03/28/19 | 460 | | 460 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/25/20 | 06/25/20 | 5 | | 5 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 07/03/19 | 08/14/19 | 321 | | 363 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 04/05/19 | 04/05/19 | 452 | | 452 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 12/29/18 | 12/29/18 | 549 | | 549 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 01/28/18 | 01/28/18 | 884 | | 884 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 11/27/19 | 06/24/20 | 6 | | 216 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 04/10/20 | 04/10/20 | 81 | | 81 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 10/24/19 | 10/24/19 | 250 | | 250 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/24/19 | 06/24/19 | 372 | | 372 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 09/08/18 | 10/04/18 | 635 | | 661 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 03/04/20 | 05/11/20 | 50 | | 118 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 12/27/18 | 12/27/18 | 551 | | 551 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 11/12/18 | 04/19/19 | 438 | | 596 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 10/31/19 | 10/31/19 | 243 | | 243 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 10/25/19 | 10/25/19 | 249 | | 249 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 09/26/19 | 09/26/19 | 278 | | 278 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/12/19 | 06/12/19 | 384 | | 384 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 11/06/19 | 11/06/19 | 237 | | 237 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 04/28/20 | 04/28/20 | 63 | | 63 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 12/27/17 | 12/27/17 | 916 | | 916 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 05/11/20 | 05/11/20 | 50 | | 50 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 07/18/17 | 07/18/17 | 1,078 | | 1,078 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/22/18 | 06/22/18 | 739 | | 739 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/19/20 | 06/19/20 | 11 | | 11 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 01/02/20 | 01/02/20 | 180 | | 180 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 03/26/20 | 06/07/20 | 23 | | 96 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/03/20 | 06/03/20 | 27 | | 27 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 10/03/19 | 11/13/19 | 230 | | 271 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 02/04/19 | 04/04/19 | 453 | | 512 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 03/28/19 | 03/28/19 | 460 | | 460 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 09/27/19 | 12/06/19 | 207 | | 277 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 09/06/19 | 09/06/19 | 298 | | 298 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/12/19 | 08/14/19 | 321 | | 384 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 05/08/18 | 06/22/18 | 739 | | 784 | |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 06/01/20 | 06/01/20 | 29 | | 29 | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

| Inmate ID | Current Complex | Current Curloc | Current Unit | As of Date | Days in Max Step 1 | Days in Max Step 2 | Days in Max Step 3 | Total Days in a Max Step |
|---|---|---|---|---|---|---|---|---|
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 670 | 670 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 8 | 8 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 33 | 33 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 4 | 4 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 18 | 18 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 11 | 0 | 0 | 11 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 33 | 33 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 19 | 0 | 0 | 19 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 31 | 0 | 0 | 31 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 32 | 32 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 33 | 33 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 56 | 0 | 0 | 56 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 72 | 72 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 111 | 0 | 111 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 183 | 0 | 183 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 30 | 0 | 0 | 30 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 53 | 0 | 53 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 149 | 149 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 11 | 11 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 31 | 31 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 173 | 0 | 0 | 173 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 251 | 0 | 251 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 6 | 0 | 0 | 6 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 19 | 19 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 34 | 0 | 0 | 34 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 37 | 37 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 37 | 0 | 0 | 37 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 39 | 0 | 39 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 49 | 0 | 49 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 57 | 0 | 57 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 69 | 0 | 69 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 70 | 0 | 0 | 70 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 126 | 0 | 0 | 126 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 133 | 133 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 547 | 547 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 586 | 0 | 586 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 92 | 0 | 0 | 92 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 31 | 31 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 32 | 32 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 82 | 0 | 0 | 82 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 216 | 0 | 216 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 2 | 0 | 2 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 14 | 14 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 39 | 39 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 8 | 8 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 31 | 31 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 86 | 0 | 86 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 252 | 252 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 316 | 0 | 0 | 316 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 13 | 13 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 40 | 40 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 41 | 41 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 45 | 0 | 0 | 45 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 106 | 0 | 106 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 31 | 31 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 32 | 32 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 76 | 0 | 0 | 76 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 425 | 0 | 425 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 6 | 6 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 15 | 0 | 0 | 15 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 31 | 31 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 131 | 0 | 131 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 255 | 0 | 255 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 15 | 0 | 0 | 15 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 31 | 31 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 32 | 32 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 46 | 0 | 0 | 46 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 94 | 0 | 0 | 94 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 6 | 6 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 34 | 34 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 34 | 0 | 0 | 34 |
| | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 59 | 0 | 59 |

# EXHIBIT 10

| From: | Maria Morris |
|---|---|
| To: | Rachel Love; Elaine Percevecz; Corene Kendrick |
| Cc: | Don Specter; Rita Lomio; Amber Norris; Gabriela Pelsinger; Ilian Meza-Peña; Juliette Mueller; Tania Amarillas; David Fathi; Curtis Harris; Jessica Carns; Samantha Weaver; Maya Abela; tsherman@azdisabilitylaw.org; Jared Keenan; Casey Arellano; Eunice Cho; Delana Freouf; Lucy Rand; mary.beke@azag.gov; Struck Love Parsons Production Team |
| Subject: | RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request |
| Date: | Tuesday, August 11, 2020 11:44:00 AM |
| Attachments: | image003.png |
| | image004.png |

Rachel,

The Court ordered the production of the information within seven days of its June 19 Order.  The information is relevant for the reply on the Motion to Enforce the MCPMs and we have been patiently waiting for it to be completed.  We will go ahead and file the Motion to Enforce the Court's June 19 Discovery Order.  We will withdraw the motion if the accurate and complete information is produced prior to the Court issuing any orders.

Maria

---

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Monday, August 10, 2020 7:54 PM
**To:** Maria Morris <MMorris@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Eunice Cho <echo@aclu.org>; Delana Freouf <DFreouf@perkinscoie.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; Struck Love Parsons Production Team <StruckLoveParsonsProductionTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Maria,

ADCRR's Research Unit is analyzing the issues below and checking application of formulas that derived the conclusion statistics.  As communicated to Plaintiffs' counsel following the Court's Order, there are no batch reports that can be run to determine max custody step level length of stay statistics.  Accordingly, individualized data analysis for over 1900 inmates was required in order to derive the statistics provided and could not be accomplished in 7 days, as we communicated to counsel from the start.

We will have more information for you tomorrow as to variances in the data as the Research Unit analyzes the same and performs test data analysis, but reasonable time to investigate the same is required (as is reasonable time required to make any necessary corrections to formula applications, etc.).  We therefore request that you hold off on seeking Court intervention while ADCRR continues to research the issues you have brought forth. A five hour turnaround time to verify data sets on 1900+ inmates and correct any inadvertent calculation errors is unfortunately not doable where it required substantial ADCRR resources and time to create the underlying database set from scratch in order to calculate average length of stay data.

- Rachel

---

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Monday, August 10, 2020 12:18 PM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Eunice Cho <echo@aclu.org>; Delana Freouf <DFreouf@perkinscoie.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; Struck Love Parsons Production Team <StruckLoveParsonsProductionTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Dear Rachel,

I have reviewed the spreadsheets produced on Friday evening.   Significant problems remain with the information provided.

First, it appears that what is calculated is not the average length of stay at each step, but (1) the average total of days at each step and (2) the average length of stay in max custody at all step levels combined.   The average total of days at each step would be the average length of stay at each step only if people actually progressed through from Step 1 to Step 3 and did not go backwards to Step 1 or Step 2.

Additionally, it appears that the data is inaccurate.  I have looked at only a few of the individuals listed, comparing the information in Friday's

1

spreadsheet with information previously provided and which appears far more complete.   They are not consistent.

As an example, please look at the information for the person with ADC # █████

In the original spreadsheet you provided, the history of this person in max custody was as follows:

| ADC_ID | CURLOC | COMPLX | UNIT | Inmate Steps | Inmate Review Date |
|---|---|---|---|---|---|
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 3 | 5/28/2020 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 3 | 4/26/2020 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 3 | 3/27/2020 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 3 | 2/25/2020 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 2 | 1/6/2020 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 1 | 12/6/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 1 | 10/2/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 1 | 7/31/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 1 | 6/25/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 2 | 6/6/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 2 | 5/2/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 1 | 4/11/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 1 | 2/13/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 1 | 1/31/2019 |
| ████ | A08 | EYMAN | EYMAN SMU I | STEP 3 | 9/22/2014 |

The spreadsheet you provided on Friday included the following information about this person:

| Inmate ID | Current Complex | Current Curloc | Current Unit | As of Date | Days in Max Step 1 | Days in Max Step 2 | Days in Max Step 3 | Total Days in a Max Step |
|---|---|---|---|---|---|---|---|---|
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 31 | 0 | 0 | 31 |
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 32 | 32 |
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 33 | 33 |
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 56 | 0 | 0 | 56 |
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 0 | 72 | 72 |
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 111 | 0 | 111 |
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 6/30/2020 | 0 | 183 | 0 | 183 |

| Inmate ID | Current Complex | Current Curloc | Current Unit | 1st in Continous Max Custody Curloc | Initial Step | Days in a Max Step | Average Days | Continous Days in Max | Average Days |
|---|---|---|---|---|---|---|---|---|---|
| ████ | EYMAN | A08 | ASPC-E SMU I NORTH | 1/29/2019 | 1/29/2019 | 518 | | 518 | |

The information in the spreadsheet from Friday has an entirely different number of days at each step than does the previously produced spreadsheet, which included the dates at which each person was at each step.  Additionally, the spreadsheet from Friday excludes the period from September 2014 through the end of January 2019 when the person was listed as being in max custody at Step 3.   Finally, it is unclear what is being shown in the section of Friday's spreadsheet that shows the days in each step as of 6/30/2020.

Another example is the person who has ADC # ██████
In the original spreadsheet, his history in max custody was set forth as follows:

| ADC_ID | CURLOC | COMPLX | UNIT | Inmate Review | Inmate Review Date |
|---|---|---|---|---|---|
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 6/12/2020 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 5/15/2020 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 4/10/2020 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 3/19/2020 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 2/20/2020 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 1/14/2020 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 12/9/2019 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 11/7/2019 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 10/3/2019 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 8/28/2019 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 7/25/2019 |
| ████ | L21 | LEWIS | LEWIS RAST | STEP 1 | 6/20/2019 |

In the spreadsheet produced on Friday, in the sheet entitled By_Inmate, the information is as follows:

| Inmate ID | Current Complex | Current Curloc | Current Unit | 1st in Continous Max Custody Curloc | Initial Step | | Days in a Max Step | Average Days | | Continous Days in Max | Average Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | LEWIS | L21 | ASPC-L RAST MAX | 05/08/19 | 05/15/20 | | 27 | | | 83 | |

In the sheet entitled By_Inmate_by_Steps, the information is as follows:

| Inmate ID | Current Complex | Current Curloc | Current Unit | As of Date | Days in Max Step 1 | Days in Max Step 2 | Days in Max Step 3 | Total Days in a Max Step |
|---|---|---|---|---|---|---|---|---|
| ▮ | LEWIS | L21 | ASPC-L RAST MAX | 6/30/2020 | 18 | 0 | 0 | 18 |
| ▮ | LEWIS | L21 | ASPC-L RAST MAX | 6/30/2020 | 28 | 0 | 0 | 28 |

Thus, while the first spreadsheet produced indicated that this individual had spent a year in Max Custody at Step 1, the spreadsheets produced on Friday indicate, on one sheet that he had been in Max Custody for over a year, but somehow had only spent 83 days in Max Custody and only 27 days at any step, and on the other that as of June 30, he had spent 18 days and 28 days at in Max Step 1.

These are simply examples that I was able to identify quickly. They are by no means an exhaustive list of the errors in the spreadsheet.

Please provide a complete and accurate spreadsheet, showing the average length of stay at each step level at each facility and showing the formulas used to determine the averages and the data on which the calculations were based.

This information was supposed to be provided within seven days of the Court's June 19 Order. We have been requesting the complete data, with calculations so that we could verify it since that time. If we do not receive complete and accurate data responsive to RFP 134 today, we will file a motion to enforce the Court's June 19 Order tomorrow.

Regards,
Maria

**Maria V. Morris**
Pronouns: she, hers

Senior Staff Attorney
ACLU National Prison Project
915 15th St. NW, Washington, DC 20005
202.548.6607 | mmorris@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

---

**From:** Elaine Percevecz <EPercevecz@strucklove.com>
**Sent:** Friday, August 7, 2020 11:01 PM
**To:** Maria Morris <MMorris@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Eunice Cho <echo@aclu.org>; Delana Freouf <DFreouf@perkinscoie.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; Struck Love Parsons Production Team <StruckLoveParsonsProductionTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Dear Maria,

Attached is a letter from Rachel concerning this evening's max custody production, which has been sent to Plaintiffs' counsel through FirmShare.  The link to this production will expire on **August 14.**

Sincerely,

Elaine

Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
480.420.1619 | epercevecz@strucklove.com | STRUCKLOVE.com

---

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Friday, August 7, 2020 7:46 PM
**To:** Maria Morris <MMorris@aclu.org>; Dan Struck <DStruck@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Rachel Love <RLove@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Tim Ray <TRay@strucklove.com>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Maria,

The September time frame for completion of production for ESI RFPs 122 and 133 included necessary time for completion of privilege logs.  If you agree to the metadata only privilege log (with privilege asserted) which we propose, we can speed up final completion even more. With additional prioritization of batching to exclude emails where our office was included as a sender or recipient of emails, we anticipate completion of production of responsive, non-privileged ESI by Monday night.

As to privilege logs, please let us know your position on the proposed metadata only privilege log.  If your position remains that we must provide "robust" privilege logs that exceed metadata only privilege logs, we will need to know exactly what you mean by "robust."  During our phone call this week, the need for a "robust" log was generally referenced in conjunction with Plaintiffs' dissatisfaction with Defendants' privilege logs produced in the past in conjunction with ESI produced for "beat the monitor" evidentiary hearings.  In order to consider Plaintiffs' position on what constitutes an acceptable robust log, we will need to understand your specific position as to what you considered to be deficiencies with Defendants' prior ESI privilege logs.

By separate communication tonight, you will receive production of Hiring Reports, Priority Post Charts, and Daily Post sheets for RFP 133 (maximum custody).  Completion of hard copy production for RFP 133 will be completed on Monday.

- Rachel

---

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Friday, August 7, 2020 2:07 PM
**To:** Rachel Love <RLove@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Rachel,

Thank you for your email.  I need to clarify a couple points.

First, with regard to the production of the electronic documents, we did agree that you could expedite the production by excluding

attorney-client privileged correspondence where the sender or directed recipient is an individual in your office.  We asked that there be an appropriate privilege log provided with adequate information to assess the assertion of privilege, but agreed that such a privilege log could be provided after the production was otherwise complete.   We will be happy to discuss with you what should be included in the privilege log.

Second, the time frame for production is simply too long.  The Court ordered the production of the responsive documents on June 19.  We provided search terms to you on June 24.  There are under 2000 documents captured by the search terms, once the documents to or from your office are excluded.  Some of them will not be responsive, further reducing the number of documents to be produced.  As noted by the Court in its June 19 Order, the documents are relevant to the issue of compliance with the Max Custody Performance Measures, and our reply brief is due on August 20.

The documents should be produced by August 10, together with the other documents that the Court ordered produced nearly two months ago.  If we do not receive all the non-privileged documents responsive to RFPs 122, 133, 134, and 138 on Monday, August 10, we will bring a motion to enforce the Court's June 19, 2020 Order.

We are in agreement with regard to the format of production of Excel spreadsheets, and the treatment of email families as to privilege.

Thank you,

Maria

**Maria V. Morris**
Pronouns: she, hers

Senior Staff Attorney
ACLU National Prison Project
915 15th St. NW, Washington, DC 20005
202.548.6607 |  mmorris@aclu.org
aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Thursday, August 6, 2020 1:55 PM
**To:** Dan Struck <DStruck@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Rachel Love <RLove@strucklove.com>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Corene and Maria,

We write to follow-up on our discussion of August 4, 2020 regarding the ESI and max custody production.

As discussed, we will complete production of the length of stay excel calculation table (Kasson), as well as hiring reports, priority post charts, post sheets for Florence, Eyman and Lewis by Monday, August 10th, with a production forthcoming tomorrow as well. (RFP 134, 138).

Regarding ESI related to staffing, as discussed during our call, there is substantial overlap of the search terms and custodians, such that is impractical to separate documents responsive to RFP 122 and 133. In fact, certain ESI is likely to be responsive to both requests. Accordingly, ESI responsive to each request will be produced simultaneously. Defendants collected 25,563 imaged pages and 308 additional native Excel files, which may be potentially responsive to the requests. There are 1,950 documents in the review corpus.

Plaintiffs did not agree to us expediting review and production by excluding from Defendants' production review, attorney-client privileged ESI correspondence where the sender or directed recipient is an individual in our office. We did agree that Defendants will use searches and batched review in order to prioritize production first on emails where an individual from our office is not the sender or a To: recipient. Thus, Defendants will prioritize production on non-privileged ESI.

The first phase of the review will be the 902 documents where an individual from our firm is neither the sender nor To: recipient of the top email of the thread. The second phase of review will be the 630 documents, where an individual from our office is the sender of the email. The third phase of review will be the 418 documents where an individual from our office is included among the To: recipients.

We agreed that document families will be considered consistently for production. Thus, if a parent email or any attachment is responsive to RFP 122 and/or RFP 133, the entire email family will be responsive.

There are certain documents which, while they were collected because they contain search terms, are not responsive to either request. For example, MSCMB source document lists for PM #12 contains reports of inmates who had individual appointments, as opposed to a nurse line, which were marked "cancelled" in eOMIS due to an inmate refusal or no show. Further, there may be an explanatory entry in these documents indicating that the inmate refused an appointment because he thought the appointment was for a "provider line", and he refused in person upon realizing it was a "nurse line", noting that he would wait to be seen on a "provider line". We will review these documents to identify and exclude non-responsive documents of this type.

We agreed that, unless one of the Excel files contains information which must be redacted, the Excel files will be produced in native format. Should an Excel file contain content which must be redacted, the redaction may be done on an image (if more efficient and usability is not compromised) or redacted and produced natively. Further, recognizing prior rulings, we agree that email families will not be treated consistently for privilege. If the parent email is privileged, but the attachments are not (for example, correspondence from you regarding RFP 122 and 133), the attachments will be produced.

An unresolved issue, which will impact the timeframe to complete the review and production, relates to the scope of the privilege log. Plaintiffs maintain that they expect to receive a "robust" privilege log. Before we undertake extensive review, we would like to further detail and reach agreement regarding the scope of the privilege log.

Generally, we expect that many of the privileged documents, in particular email threads, will have the privileged portions redacted and marked. (It appears that this will be a significant issue in Phase 1 of the review, as the top-line email and metadata may be an internal forward within ADC relating to a request from our office.) For these documents, would you be agreeable to production of a metadata only privilege log (with the addition of the privilege asserted), which omits the specific basis for why the privilege is asserted, so that we do not need to delay review or production, to craft that specific language during the review? In the event a responsive document is withheld in its entirety for privilege reasons, we will provide a description of the basis of the asserted privilege.

We have commenced ESI review, and expect to make the first rolling production to you on Friday, August 14. Subsequent productions will follow each Friday. If you agree to the metadata only privilege log (with privilege asserted) which we propose, we anticipate that production will be complete and a log provided no later than September 11. On the other hand, if we need to take the time to craft the specific basis for each privilege claim, it may take an additional two weeks before production is complete.

Rachel

---

**From:** Dan Struck
**Sent:** Wednesday, August 5, 2020 5:07 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Curtis Harris <curtis.harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <carellano@acluaz.org>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Corene,

As you know, many of these documents were discussed in a phone call that you and Maria had yesterday with Rachel Love and Mike Giardina, relating to your ESI request and other max custody documents. The ESI, which includes over 25,000 pages of documents (excluding excel spreadsheets) are being batched and reviewed for privileged documents. It is my understanding that there was an agreement reached

regarding production of these documents in the call yesterday. We will begin to roll these documents out to you on Friday.

In addition, there are other documents responsive to your requests that we will begin to produce tomorrow for your review.   Please give me a call if you have any questions.

Dan

---

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Wednesday, August 5, 2020 9:28 AM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Curtis Harris <curtis.harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <carellano@acluaz.org>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Tim,

We have been requesting some of these documents for months. We ask that you provide a response and any responsive documents by the end of the week so that we do not have to go to Judge Silver again.

Thank you,

Corene

---

**From:** Tim Bojanowski [mailto:TBojanowski@strucklove.com]
**Sent:** Wednesday, July 29, 2020 1:13 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Curtis Harris <curtis.harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <carellano@acluaz.org>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Corene-

We are gathering information responsive to your July 20, 2020 correspondence regarding outstanding document production and will provide responses and documents on a rolling basis as they are received.  We'll respond to your July 20 letter with the first rolling production.

If you have questions, please let me know.

Regards,

Tim

---

**From:** Tim Bojanowski
**Sent:** Monday, July 27, 2020 1:29 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Curtis Harris <curtis.harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <carellano@acluaz.org>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Corene-

We will update our production by Wednesday. We reached out to the client concerning the CGARS as we have not received them.  Thanks,

Tim

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, July 27, 2020 12:50 PM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Parsons Team
<ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela
Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas
<tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Curtis Harris <curtis.harris@aclu.org>; Jessica
Carns <JCarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan
<jkeenan@acluaz.org>; Casey Arellano <carellano@acluaz.org>
**Subject:** RE: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Hi Tim,

Can you please provide an update regarding these outstanding requests? In addition, can you please provide the May CGARs? We haven't
received them yet.

Thanks,

Corene

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Monday, July 20, 2020 1:43 PM
**To:** 'Tim Bojanowski' <TBojanowski@strucklove.com>; 'Elaine Percevecz' <EPercevecz@strucklove.com>; 'Parsons Team'
<ParsonsTeam@strucklove.com>; 'Lucy Rand' <Lucy.Rand@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela
Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas
<tania@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; 'Curtis Harris' <curtis.harris@aclu.org>; Jessica
Carns <JCarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; 'Jared Keenan'
<jkeenan@acluaz.org>; 'Casey Arellano' <carellano@acluaz.org>
**Subject:** FW: Parsons v. Shinn: Plaintiff's July 2020 Document Request

Tim,

Please see the attached letter regarding Defendants' outstanding document productions.

Thanks,

Corene


Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
ckendrick@prisonlaw.com

https://prisonlaw.com/news/arizona-covid-19/
https://prisonlaw.com/news/cdcr-covid-19/

ATTENTION:  The State of California has ordered all residents to shelter in place until further notice, in response to COVID-19.  PLO staff are
working remotely.  There may be a delay in processing and responding to U.S. mail, phone calls, and emails.  We apologize for any
inconvenience, and we appreciate your patience.


**From:** Ilian Meza Peña [mailto:ilian@prisonlaw.com]
**Sent:** Friday, July 17, 2020 4:59 PM
**To:** Rachel Love <RLove@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Lucy
Rand <Lucy.Rand@azag.gov>; Tim Bojanowski <TBojanowski@strucklove.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi
<dfathi@aclu.org>; Jessica Carns <JCarns@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Kathy Brody <kbrody@acluaz.org>; Amber

Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Curtis Harris <curtis.harris@aclu.org>; Eunice Cho <echo@aclu.org>; Johnice Galloway <jgalloway@aclu.org>; sweaver@aclu.org; Maria Morris <MMorris@aclu.org>

**Subject:** Parsons v. Shinn: Plaintiff's July 2020 Document Request

Counsel,

Attached is Plaintiff's July 2020 document request.

Please contact us with any questions.

Thank you,

--
Ilian Meza Peña
she/her
Litigation Assistant
Prison Law Office

_____

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect  hat might affect any computer system into which it is received and opened, it is the responsibility of  he recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---