UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDER [DOC. 3635]** |

The Court having considered Plaintiffs' Motion to Enforce the Court's Order [Doc. 3635], and good cause appearing, IT IS ORDERED:

Defendants shall fully respond to Plaintiffs' Request for Production 133 no later than _____. Such response shall include:

1. The average length of time spent at each step for each person in maximum custody in each facility;
2. The information from which the average lengths of time was determined; and
3. The calculations used to determine the average lengths of time.

If Defendants have not fully responded to RFP 133 by that date, Defendants shall deposit into the Registry of this Court the amount of $_____ each day until they have fully responded to RFP 133.

LEGAL23774493.1