# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs have filed a Motion for Leave to File Under Seal (Doc. 3687) their Motion to Enforce Court's Order, as well as Exhibits 2, 5-7, and 9-10 to the Declaration of Maria V. Morris. They have lodged these documents to be sealed as Doc. 3688. Good cause appearing,

**IT IS ORDERED** Plaintiffs' Motion for Leave to File Under Seal (Doc. 3687) is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file the documents lodged at Doc. 3688 under seal. This Order will not be sealed.

Dated this 13th day of August, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge