Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF BRIEF CONCERNING ORDER TO SHOW CAUSE (DKT. 3490)**<br><br>**[First Request]** |

Defendants respectfully request a two-week extension of time, until August 28, 2020, to file their reply in support of their brief concerning the January 31, 2020 Order to Show Cause ("OSC"). Defendants filed their brief, which they titled a "Response," on July 10, 2020. (Dkt. 3649.) Plaintiffs filed a response, which they titled a "Reply," on August 7. (Dkt. 3683.) Defendants request the additional time to thoroughly evaluate and respond to Plaintiffs' Reply, which raises a host of issues. And as the Court is aware, a finding of civil contempt and a $100,000 per Performance Measure ("PM") per location sanction is at stake. (Dkt. 3490.) This is their first request.

When Defendants asked Plaintiffs' counsel for their position on this request, Plaintiffs' counsel stated that Defendants are not entitled to file a reply, and therefore they refused to take a position on this extension request. (Exhibit 1.)  Defendants should be permitted to file a reply for several reasons.  First, Defendants bear the burden to show cause why the Court should not hold them in contempt and impose sanctions. *Hook v. Arizona Dep't of Corr.*, 107 F.3d 1397, 1403 (9th Cir. 1997).  They should have the last word, as well as an opportunity to counter the arguments raised by Plaintiffs in their Reply, which is really a response to Defendants' initial brief. *See*, *e.g.*, *Suenos, LLC v. Goldman*, No. CV10-1034-TL, 2014 WL 460965, at *4 (D. Ariz. Feb. 5, 2014).  For example, Plaintiffs argue that Defendants should be held in contempt for being noncompliant with PM 44 at Tucson and sanctioned $400,000 (Dkt. 3683 at 3), even though that PM was not listed in the OSC. (*See* Dkt. 3490 at 1–3.)  The parties also disagree regarding the scope of the OSC.  These and other arguments cannot go unrebutted.

Second, the Court allowed Defendants to have the last word in conjunction with the May 6, 2019 Order to Show Cause. (*See* Dkt. 3235 [allowing Plaintiffs to file a response to Defendants' brief and Defendants to file a reply to Plaintiffs' response].)  Although this OSC did not include a briefing schedule, Plaintiffs filed a Reply (response) to Defendants' Response (brief) without leave, presumably relying on that precedent. (*See* Exhibit 1: [seeking a stipulation to extend time to file a "response" to Defendants' Response]; Dkt. 3657 [requesting an extension to "respond" to Defendants' Response.)  The Court's Order granting Plaintiffs' extension of time to "file their response to Defendants' response" presumed that Plaintiffs were entitled to file a response. (Dkt. 3661.)  Defendants should be permitted to rely on that precedent as well.

Third, to the extent that LRCiv 7.2 applies, Defendants are permitted an opportunity to file a reply to a "responsive memorandum." *See* LRCiv 7.2(d).  Although Plaintiffs titled their filing a "Reply," it is really a "response" because they are the "opposing party." *See* LRCiv 7.2(c).

1  If leave is necessary, Defendants respectfully request leave to file a reply in support
2  of their brief concerning the OSC, and to do so on or before August 28, 2020.  As noted
3  above, a reply will provide the Court both sides to every argument raised.
4  DATED this 13th day of August, 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck