# EXHIBIT 1

# Elaine Percevecz

| | |
|---|---|
| **From:** | Corene Kendrick <ckendrick@prisonlaw.com> |
| **Sent:** | Thursday, August 13, 2020 1:38 PM |
| **To:** | Ashlee Hesman; Nick Acedo; Dan Struck; Rachel Love; Tim Bojanowski; Elaine Percevecz; Parsons Team; Lucy Rand; mary.beke@azag.gov |
| **Cc:** | Don Specter; Rita Lomio; David Fathi; Maria Morris; Maya Abela; Jared Keenan |
| **Subject:** | RE: Parsons - Extension of Time for Response to Defs' Brief re OSC (Doc 3656) |

Ashlee,
When you file your request for an extension of time you can state that our position is that Defendants are not authorized to file the reply, so we are not able to take a position on an extension at this time. If she grants your request, that will answer the question.
-Corene

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Thursday, August 13, 2020 1:21 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Nick Acedo <NAcedo@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevez@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <JKeenan@acluaz.org>
**Subject:** RE: Parsons - Extension of Time for Response to Defs' Brief re OSC (Doc 3656)

Corene,

We are relying on the same authority that you did to file your "reply" to our response, which is presumably Dkt. 3235. That order to show cause authorized Plaintiffs to file a "response" to our filing and further authorized Defendants to file a "reply" to your filing. Calling it a reply instead of a response doesn't change its nature. Indeed, your email below sought an extension to file your "response," which we agreed to. And your extension motion filed with the court sought an extension of time "to respond" to our response. (Dkt. 3657.) Notably, you did not ask either us or the Court if you could file anything.

If you relied on LRCiv 7.2 instead, then your "reply" was actually a "response" because you are the opposing party not the moving party. And we would have the opportunity to file a reply.

Can you specify what authority you relied on to file your "reply"?

Ashlee

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, August 13, 2020 12:46 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>; Nick Acedo <NAcedo@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevez@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <JKeenan@acluaz.org>
**Subject:** RE: Parsons - Extension of Time for Response to Defs' Brief re OSC (Doc 3656)

Ashlee,

We believe that the briefing is complete on the OSC, and that Defendants are not entitled to file an additional brief without Judge Silver's permission. If you have authority to the contrary, please provide it and we'll reconsider our position.

Thanks,

Corene

---

**From:** Ashlee Hesman [mailto:ahesman@strucklove.com]
**Sent:** Thursday, August 13, 2020 12:20 PM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Nick Acedo <NAcedo@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <JKeenan@acluaz.org>
**Subject:** RE: Parsons - Extension of Time for Response to Defs' Brief re OSC (Doc 3656)

Corene,

Will you agree to an extension of time, until August 28, in which to file our reply to your response (Dkt. 3683) to our response (Dkt. 3649) to the Order to Show Cause (Dkt. 3491)?

Thank you,

Ashlee

**From:** Corene Kendrick [mailto:ckendrick@prisonlaw.com]
**Sent:** Thursday, July 16, 2020 8:53 AM
**To:** Nick Acedo <NAcedo@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <JKeenan@acluaz.org>
**Subject:** RE: Parsons - Extension of Time for Response to Defs' Brief re OSC (Doc 3656)

Thanks Nick, much appreciated.

**From:** Nick Acedo [mailto:NAcedo@strucklove.com]
**Sent:** Thursday, July 16, 2020 8:39 AM
**To:** Corene Kendrick <ckendrick@prisonlaw.com>; Dan Struck <DStruck@strucklove.com>; Rachel Love <RLove@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Parsons Team <ParsonsTeam@strucklove.com>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov
**Cc:** Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <JKeenan@acluaz.org>
**Subject:** RE: Parsons - Extension of Time for Response to Defs' Brief re OSC (Doc 3656)

Good morning, yes we will agree to that extension.

Nick

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Corene Kendrick <ckendrick@prisonlaw.com>
Date: 7/16/20 6:52 AM (GMT-07:00)
To: Nick Acedo <NAcedo@strucklove.com>, Dan Struck <DStruck@strucklove.com>, Rachel Love <RLove@strucklove.com>, Tim Bojanowski <TBojanowski@strucklove.com>, Elaine Percevecz <EPercevecz@strucklove.com>, Parsons Team <ParsonsTeam@strucklove.com>, Lucy Rand <Lucy.Rand@azag.gov>, mary.beke@azag.gov
Cc: Don Specter <dspecter@prisonlaw.com>, Rita Lomio <rlomio@prisonlaw.com>, David Fathi <dfathi@aclu.org>, Maria Morris <MMorris@aclu.org>, Maya Abela <mabela@azdisabilitylaw.org>, Jared Keenan <JKeenan@acluaz.org>
Subject: Parsons - Extension of Time for Response to Defs' Brief re OSC (Doc 3656)

Dear Nick,

Good morning. Our response to your briefing regarding the OSC is due on July 24, 2020. We seek an extension to file our response on August 7, 2020. Will you stipulate to us seeking such an extension?

Thank you,

Corene

Corene Kendrick, Staff Attorney
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA 94710
ckendrick@prisonlaw.com

https://prisonlaw.com/news/arizona-covid-19/
https://prisonlaw.com/news/cdcr-covid-19/

ATTENTION:  The State of California has ordered all residents to shelter in place until further notice, in response to COVID-19.  PLO staff are working remotely.  There may be a delay in processing and responding to U.S. mail, phone calls, and emails.  We apologize for any inconvenience, and we appreciate your patience.

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is

virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.