| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF BRIEF CONCERNING ORDER TO SHOW CAUSE (DKT. 3490)** |

The Court, having reviewed Defendants' Motion to Extend Deadline to File Reply in Support of Brief Concerning Order to Show Cause (Dkt. 3490), and good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend. Defendants Reply is due on or before August 28, 2020.