Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
          carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO ENFORCE THE STIPULATION (MAXIMUM CUSTODY PERFORMANCE MEASURES 1-3, 5-6, AND 8) [DOC. 3599]**<br><br>**Second Request** |

Pursuant to Local Rule 7.3, Plaintiffs respectfully move this Court for an Order extending the time for their Reply in support of Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) [Doc. 3599] to September 3, 2020.

The Motion to Enforce was filed on May 8, 2020.  Defendants' Response to the Plaintiffs' Motion was filed on July 21, 2020.  On July 27, 2020, Plaintiffs requested an extension until August 30, 2020 to file their Reply, because Defendants had represented that they would shortly be producing documents responsive to Documents Requests 122, 133, 134, and 138, pursuant to the Court's June 19, 2020 Order [Doc. 3635].  The Court granted the extension.  [Doc. 3677]

On August 7 and 10, Defendants produced documents responsive to Document Requests 122, 133, 134, and 138.  However, the production of documents responsive to Document Request 134 was incomplete and inaccurate.   On August 11, 2020, Plaintiffs moved to enforce the Court's June 19, 2020 Order with regard to Document Request 134. [Doc. 3686]  On August 13, the Court set a briefing schedule on the Motion to Enforce with the final brief due on August 19, 2020.  [Doc. 3691]  The documents at issue in the Motion to Enforce are highly relevant to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8), the Reply for which is currently due on August 20, the day after the completion of briefing on the motion to enforce the Court's order regarding discovery.

Plaintiffs request a two-week extension to reply to the Defendants' Response to allow time for the Court to rule on the motion to enforce the Court's order regarding discovery [Doc. 3686], any production pursuant to such ruling, and incorporation of any production into the reply. Defendants do not oppose an extension through and including September 3, 2020 for Plaintiffs' reply.

...

...

...

Dated:  August 14, 2020

**ACLU NATIONAL PRISON PROJECT**

By:   s/ Maria V. Morris

David C. Fathi (Wash. 24893)*
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
echo@aclu.org
mmorris@aclu.org

*Admitted *pro hac vice*.  Not admitted
in DC; practice limited to federal
courts.

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    jkeenan@acluaz.org
carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on August 14, 2020, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                                Michael E. Gottfried
                                    Lucy M. Rand
7                          Assistant Arizona Attorneys General
                              Michael.Gottfried@azag.gov
8                                Lucy.Rand@azag.gov

9                                  Daniel P. Struck
                                     Rachel Love
10                              Timothy J. Bojanowski
                                   Nicholas D. Acedo
11                                 Ashlee B. Hesman
                                     Jacob B. Lee
12                                 Timothy M. Ray
                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC
13                             dstruck@strucklove.com
                                rlove@strucklove.com
14                           tbojanowski@strucklove.com
                               nacedo@strucklove.com
15                             ahesman@strucklove.com
                                 jlee@strucklove.com
16                               tray@strucklove.com

17                             *Attorneys for Defendants*

18                                              s/ Jessica Carns

19

20

21

22

23

24

25

26

27

28