1  Jared G. Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email:  jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*

8  **[ADDITIONAL COUNSEL LISTED BELOW]**

9  Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
10 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
11 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
12
   *Attorneys for Plaintiff Arizona Center for Disability Law*

13 **[ADDITIONAL COUNSEL LISTED BELOW]**

14                    UNITED STATES DISTRICT COURT
15                         DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **DECLARATION OF JESSICA CARNS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

LEGAL23774493.1

I, JESSICA CARNS, DECLARE:

1. I am a paralegal employed by the ACLU National Prison Project. As part of my regular duties, I track and review compliance documents produced by Defendants in *Parsons v. Shinn* related to the mental health care performance measures set forth in the Stipulation. [Docs. 1185, 1185-1, Exs. B, C] If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. In order to determine compliance with the mental health performance measures below, I referred to the CGAR reports produced by Defendants on a monthly basis. I verified the duration of each mental health encounter listed on the CGAR reports by reviewing the clinician or provider notes in eOMIS, the ADC electronic medical record system, for the encounter in question. I then created a chart listing the ADC number of each patient, the date of the encounter, and the duration of the encounter. I highlighted in red any encounter that was shorter than the duration required by the Court's order (Doc. 3518).

3. Attached hereto as **Exhibit 1** is a chart showing the duration of mental health encounters for PM 94 at Phoenix for April 2020 (redacted).

4. Attached hereto as **Exhibit 2** is a true and correct copy of the CGAR report for PM 94 at Phoenix for April 2020 (redacted).

5. Attached hereto as **Exhibit 3** is a chart showing the duration of mental health encounters for PM 80 at Yuma for May 2020 (redacted).

6. Attached hereto as **Exhibit 4** is the CGAR report for PM 80 at Yuma for May 2020 (redacted).

7. Attached hereto as **Exhibit 5** is a chart showing the duration of mental health encounters for PM 80 at Perryville for April 2020 (redacted).

8. Attached hereto as **Exhibit 6** is the CGAR report for PM 80 at Perryville for April 2020 (redacted).

9. Attached hereto as **Exhibit 7** is a chart showing the duration of mental health

LEGAL23774493.1

1. encounters for PM 85 at Florence for April 2020 (redacted).

10. Attached hereto as **Exhibit 8** is the CGAR report for PM 85 at Florence for April 2020 (redacted).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August 2020 in Washington, D.C.

_____
Jessica Carns

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Eunice Hyunhye Cho (Wash. 53711)* |
| | | Maria V. Morris (Cal. 223903)* |
| | | **ACLU NATIONAL PRISON** |
| 3 | | **PROJECT** |
| | | 915 15th Street N.W., 7th Floor |
| 4 | | Washington, D.C. 20005 |
| | | Telephone: (202) 548-6603 |
| 5 | | Email:   dfathi@aclu.org |
| | | echo@aclu.org |
| 6 | | mmorris@aclu.org |

7   *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

9   Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
             carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   jrico@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　s/ Jessica Carns