**Index of Exhibits to the Declaration of Jessica Carns**

| Exhibit # | Description |
|:---------:|:-----------|
| 1 | Chart showing duration of mental health encounters (PM 94) at Phoenix for April 2020 (redacted) |
| 2 | CGAR results for PM 94 at Phoenix for April 2020 (redacted) |
| 3 | Chart showing duration of mental health encounters (PM 80) at Yuma for May 2020 (redacted) |
| 4 | CGAR results for PM 80 at Yuma for May 2020 (redacted) |
| 5 | Chart showing duration of mental health encounters (PM 80) at Perryville for April 2020 (redacted) |
| 6 | CGAR results for PM 80 at Perryville for April 2020 (redacted) |
| 7 | Chart showing duration of mental health encounters (PM 85) at Florence for April 2020 (redacted) |
| 8 | CGAR results for PM 85 at Florence for April 2020 (redacted) |

# EXHIBIT 1

Phoenix - PM 94 - April 2020

| Patient's ADC number | Date of encounter | Duration of encounter (minutes) |
|---|---|---|
| ▮ | 4/11/2020 | 10 |
| | 4/12/2020 | 12 |
| | 4/13/2020 | 10 |
| ▮ | 4/29/2020 | 3 |
| | 4/30/2020 | 10 |
| ▮ | 4/28/2020 | 10 |
| | 4/29/2020 | 8 |
| | 4/30/2020 | 13 |
| ▮ | 4/5/2020 | 1 |
| | 4/6/2020 | 12 |
| | 4/7/2020 | 10 |
| | 4/11/2020 | 12 |
| | 4/12/2020 | 3 |
| | 4/13/2020 | 10 |
| ▮ | 4/18/2020 | 3 |
| | 4/19/2020 | 3 |
| | 4/20/2020 | 19 |
| | 4/21/2020 | 9 |
| | 4/22/2020 | 5 |
| | 4/23/2020 | 3 |
| | 4/24/2020 | 3 |
| | 4/25/2020 | 3 |
| | 4/26/2020 | 3 |
| | 4/27/2020 | 3 |
| | 4/28/2020 | 5 |
| | 4/29/2020 | 10 |
| ▮ | 4/18/2020 | 4 |
| | 4/19/2020 | 14 |
| | 4/20/2020 | 12 |
| ▮ | 4/22/2020 | 10 |
| | 4/23/2020 | 16 |
| ▮ | 4/1/2020 | 10 |
| | 4/2/2020 | 12 |
| ▮ | 4/20/2020 | 11 |
| | 4/21/2020 | 10 |
| | 4/22/2020 | 10 |
| | 4/23/2020 | 6 |
| ▮ | 4/26/2020 | 3 |
| | 4/27/2020 | 10 |
| ▮ | 4/11/2020 | 3 |
| | 4/12/2020 | 11 |
| | 4/13/2020 | 10 |
| ▮ | 4/11/2020 | 5 |
| | 4/12/2020 | 3 |

| Date | Value |
|---|---|
| 4/13/2020 | 35 |
| 4/14/2020 | 10 |
| 4/15/2020 | 20 |
| 4/16/2020 | 3 |
| 4/17/2020 | 3 |
| 4/18/2020 | 15 |
| 4/19/2020 | 6 |
| 4/20/2020 | 20 |
| 4/25/2020 | 3 |
| 4/26/2020 | 10 |
| 4/27/2020 | 10 |
| 4/28/2020 | 10 |
| 4/3/2020 | 1 |
| 4/4/2020 | 1 |
| 4/5/2020 | 13 |
| 4/6/2020 | 10 |
| 4/7/2020 | 15 |
| 4/8/2020 | 15 |

# EXHIBIT 2

**CGAR Finding for April 2020 PHOENIX COMPLEX**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | NONE | | | | |
| 19 | PM #91 Are MH-5 prisoners who are actively psychotic or actively suicidal seen by a mental health clinician or mental health provider daily? | X | | | 5/28/2020 12:13 PM Entered By: Chy Porter Number Compliance: 28; Number Review: 28; Percent Compliance: 100.00 % Comments: "ADC # "MH 5 Start Date "MH 5 End Date "CSW Start Date - End "Noncompliant "Total Compliant "Total Req "Compliant ███ 07/26/19 N/A 04/10/20-04/15/20, 04/28/20-04/30/20 N/A 7 7 Y ███ 01/22/20 N/A 04/15/20-04/18/20, 04/20/20-04/23/20, 04/26/20-04/27/20 N/A 7 7 Y ███ 04/22/20 N/A 4/19/2020-N/A N/A 9 9 Y ███ 03/03/20 N/A 04/10/20-04/12/20, 04/29/20-N/A N/A 3 3 Y ███ 10/10/19 N/A 04/17/20-04/18/20 N/A 1 1 Y ███ 01/22/20 N/A 04/08/20-04/09/20 N/A 1 1 Y | 2 | 28 | 28 | 100.00 |
| 20 | PM #92 Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days? | X | | | 5/29/2020 10:25 AM Entered By: Kenya Mccray Number Compliance: ; Number Review: ; Percent Compliance: % Comments: N/A- None during audit month. | 2 | | | |
| 21 | PM #93 Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? | X | | | 5/29/2020 10:26 AM Entered By: Kenya Mccray Number Compliance: ; Number Review: ; Percent Compliance: % Comments: N/A- None during audit month. | 2 | | | |
| 22 | PM #94 Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? | X | | | 5/28/2020 12:13 PM Entered By: Chy Porter Number Compliance: 62; Number Review: 62; Percent Compliance: 100.00 % Comments: "ADC # "Date Placed "Non-Compliant Date "Licensed "Watch D/C'd "# Compliant "Total Days "Compliant 04/10/20 N/A Y 04/13/20 3 3 Y 04/28/20 N/A Y N/A 2 2 Y ███ 04/27/20 N/A Y 04/30/20 3 3 Y ███ 04/20/20 N/A Y 04/07/20 3 3 Y ███ 04/10/20 N/A Y 04/13/20 3 3 Y ███ 04/17/20 N/A Y 04/29/20 12 12 Y ███ 04/17/20 N/A Y 04/20/20 3 3 Y ███ 04/21/20 N/A Y 04/23/20 2 2 Y ███ 03/29/20 N/A Y 04/02/20 2 2 Y ███ 04/19/20 N/A Y 04/23/20 4 4 Y ███ 04/25/20 N/A Y 04/27/20 2 2 Y ███ 04/10/20 N/A Y 04/13/20 3 3 Y ███ 04/10/20 N/A Y 04/20/20 10 10 Y ███ 04/24/20 N/A Y 04/28/20 4 4 Y ███ 04/02/20 N/A Y 04/08/20 6 6 Y | 1 | 62 | 62 | 100.00 |
| 23 | PM #95 Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff? Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation,and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch? | X | | | 5/28/2020 12:13 PM Entered By: Chy Porter Number Compliance: 27; Number Review: 27; Percent Compliance: 100.00 % Comments: "ADC # "Unit "Watch D/C'd "Licensed "24-72 hours "7-10 days "21-24 days "# Compliant "Total F/U "Compliant ███ GEOEGE 04/29/20 Y 04/30/20 N/A N/A 1 1 Y ███ ALHAMBRA 03/16/20 Y N/A N/A 04/06/20 1 1 Y ███ ALHAMBRA 04/27/20 Y 04/29/20 N/A N/A 1 1 Y ███ FLAMENCO 03/12/20 Y N/A N/A 04/03/20 1 1 Y ███ ASPEN 04/23/20 Y 04/24/20 04/30/20 N/A 2 2 Y ███ ALHAMBRA 03/10/20 Y N/A N/A 04/07/20 1 1 Y ███ ALHAMBRA 04/13/20 Y 04/15/20 04/20/20 N/A 2 2 Y ███ FLAMENCO 04/09/20 Y 04/10/20 04/17/20 04/30/20 3 3 Y ███ ASPEN 03/23/20 Y N/A N/A 04/13/20 1 1 Y ███ FLAMENCO 04/27/20 Y 04/28/20 N/A N/A 1 1 Y ███ FLAMENCO 04/06/20 Y 04/07/20 04/13/20 04/27/20 3 3 Y ███ GEOEGE 03/16/20 Y N/A N/A 04/06/20 1 1 | 2 | 27 | 27 | 100.00 |

EXHIBIT 3

Yuma - PM 80 - May 2020

| Patient's ADC number | Date of encounter | Duration of encounter (minutes) |
|---|---|---|
| | 5/19/2020 | 21 |
| | 5/15/2020 | 44 |
| | 5/28/2020 | 25 |
| | 5/12/2020 | 11 |
| | 5/8/2020 | 30 |
| | 5/6/2020 | 20 |
| | 5/1/2020 | 15 |
| | 5/22/2020 | 17 |
| | 5/21/2020 | 8 |
| | 5/6/2020 | 21 |
| | 5/5/2020 | 30 |
| | 5/5/2020 | 40 |
| | 5/19/2020 | 30 |
| | 5/27/2020 | 15 |
| | 5/12/2020 | 30 |
| | 5/21/2020 | 30 |
| | 5/27/2020 | 20 |
| | 5/18/2020 | 40 |
| | 5/28/2020 | 20 |
| | 5/26/2020 | 30 |
| | 5/19/2020 | 46 |
| | 5/7/2020 | 4 |
| | 5/18/2020 | 24 |
| | 5/28/2020 | 10 |
| | 5/5/2020 | 15 |
| | 5/29/2020 | 19 |
| | 5/11/2020 | 24 |
| | 5/6/2020 | 5 |
| | 5/8/2020 | 7 |
| | 5/28/2020 | 25 |
| | 5/21/2020 | 23 |
| | 5/7/2020 | 20 |
| | 5/7/2020 | 15 |
| | 5/15/2020 | 28 |
| | 5/14/2020 | 35 |
| | 5/20/2020 | 19 |
| | 5/7/2020 | 6 |
| | 5/11/2020 | 20 |
| | 5/7/2020 | 39 |
| | 5/27/2020 | 4 |
| | 5/26/2020 | 18 |
| | 5/21/2020 | 14 |
| | 5/28/2020 | 19 |
| | 5/31/2020 | 15 |

| | | |
|---|---|---|
| 5/12/2020 | | 3 |
| 5/26/2020 | | 14 |
| 5/20/2020 | | 15 |
| 5/19/2020 | | 14 |
| 5/19/2020 | | 46 |
| 5/26/2020 | | 12 |

# EXHIBIT 4

## CGAR Finding for May 2020 YUMA COMPLEX

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | X | | | Y Y Cocopah | | | | |

| 7 | PM #79 If a prisoner's mental health treatment plan includes psychotropic medication, is the mental health provider indicating in each progress note that he or she has reviewed the treatment plan? | X | | | 6/29/2020 7:13 AM Entered By: Chy Porter Number Compliance: 144; Number Review: 144; Percent Compliance: 100.00 % Comments: "3A "Unit "ADC # "? Note "Compliant La Paz ... Cheyenne ... Dakota ... Cibola ... Cocopah Y Y 140271 ... "3B "Unit "ADC # "? Note "Compliant La Paz ... Cheyenne ... Dakota ... Cibola ... Cocopah ... "3C "Unit "ADC # "? Note "Compliant La Paz ... Cheyenne ... Dakota ... Cibola ... Cocopah | 2 | 144 | 144 | 100.00 |

| 8 | PM #80 Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician? | X | | | 6/29/2020 6:54 AM Entered By: Chy Porter Number Compliance: 50; Number Review: 50; Percent Compliance: 100.00 % Comments: "3A "Unit "ADC # "Start "MH 3A "MH Prior "Compliant La Paz 11/16/18 05/19/20 04/21/20 Y 03/03/20 05/15/20 04/17/20 Y 03/11/18 05/28/20 04/30/20 Y 02/27/20 05/12/20 04/29/20 Y 12/21/19 05/08/20 04/10/20 Y 06/16/19 05/06/20 04/07/20 Y 12/10/19 05/01/20 04/03/20 Y 05/21/19 05/22/20 04/23/20 Y 01/05/15 05/21/20 04/22/20 Y ... 7 05/06/20 04/08/20 Y Cheyenne ... 06/01/19 05/05/20 04/07/20 Y | 2 | 50 | 50 | 100.00 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1626608

# CGAR Finding for May 2020 YUMA COMPLEX



06/01/19 05/05/20 04/07/20 Y
03/24/20 05/19/20 04/21/20 Y
10/10/18 05/27/20 04/30/20 Y
12/24/19 05/12/20 04/14/20 Y
12/09/19 05/21/20 04/23/20 Y
03/06/20 05/27/20 04/29/20 Y
01/07/20 05/18/20 04/20/20 Y
12/12/19 05/28/20 04/30/20 Y
01/11/20 05/26/20 04/28/20 Y
Dakota        07/25/18 05/19/20 04/23/20
Y        05/01/19 05/07/20 04/07/20 Y
10/23/15 05/18/20 04/20/20 Y
03/13/20 05/28/20 05/13/20 Y
12/02/19 05/05/20 04/07/20 Y
12/11/19 05/29/20 04/30/20 Y
11/28/18 05/11/20 04/13/20 Y
06/03/19 05/06/20 04/22/20 Y
03/19/14 05/08/20 04/13/20 Y
09/09/17 05/28/20 04/29/20 Y
Cibola        10/23/19 05/21/20 04/23/20
Y        06/01/19 05/07/20 04/09/20 Y
12/02/19 05/07/20 04/30/20 Y
04/20/20 05/15/20 04/20/20 Y
02/26/19 05/14/20 04/16/20 Y
02/01/20 05/20/20 04/20/20 Y
12/13/19 05/07/20 04/08/20 Y
09/28/18 05/11/20 04/13/20 Y
07/30/19 05/07/20 04/09/20 Y
01/09/20 05/27/20 04/30/20 Y
Cocopah        06/01/19 05/26/20
05/07/20 Y        03/23/20 05/21/20
04/28/20 Y        12/11/19 05/28/20
05/22/20 Y        12/23/19 05/31/20
05/30/20 Y        02/24/20 05/12/20
04/14/20 Y        06/18/17 05/26/20
05/05/20 Y        01/15/20 05/20/20
05/14/20 Y        10/17/19 05/19/20
04/21/20 Y        06/30/18 05/19/20
05/01/20 Y        12/05/19 05/26/20
05/05/20 Y

| # | Question | | | | | | | | | |
|---|----------|---|---|---|---|---|---|---|---|---|
| 9 | PM #81 Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider? | X | | | | 2 | 50 | 50 | 100.00 |

6/29/2020 6:55 AM Entered By: Chy Porter
Number Compliance: 50; Number Review:
50; Percent Compliance: 100.00 %
Comments: "3A "Unit "ADC # "Start "? 3A
Current "? 3A Prior "Compliant La Paz
02/27/20 04/27/20 04/16/20 Y
12/21/19 05/27/20 03/02/20 Y
06/16/19 05/08/20 04/15/20 Y
12/10/19 04/01/20 03/09/20 Y
10/12/17 05/18/20 04/22/20 Y
12/06/19 03/30/20 01/06/20 Y
12/12/19 05/18/20 04/22/20 Y
11/29/17 05/19/20 04/28/20 Y
05/15/19 04/22/20 01/28/20 Y
01/27/20 04/20/20 03/18/20 Y
Cheyenne        06/01/19 05/21/20
04/09/20 Y        10/10/18 05/22/20
04/23/20 Y        12/24/19 05/14/20
02/24/20 Y        12/09/19 05/22/20
02/27/20 Y        01/07/20 05/14/20
04/23/20 Y        01/11/20 04/09/20
03/23/20 Y        12/17/19 03/18/20
12/23/19 Y        02/26/20 05/13/20
04/29/20 Y        02/28/20 05/28/20
04/30/20 Y Dakota        05/01/19
02/27/20 Y 02/28/20        12/02/19
04/03/20 02/28/20 Y        11/28/18
05/27/20 04/30/20 Y        06/03/19
05/14/20 04/23/20 Y        03/19/14
05/26/20 05/12/20 Y        09/09/17
05/06/20 02/14/20 Y        06/01/19
05/21/20 04/29/20 Y        09/07/18
04/02/20 02/28/20 Y        09/07/18
05/29/20 05/08/20 Y        10/04/18
____/20 04/23/20 Y        05/09/18
05/26/20 03/03/20 Y Cibola

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1626609

# EXHIBIT 5

Perryville - PM 80 - April 2020

| Patient's ADC number | Date of encounter | Duration of encounter (minutes) |
|---|---|---|
| | 4/9/2020 | 15 |
| | 4/16/2020 | 35 |
| | 4/22/2020 | 10 |
| | 4/17/2020 | 10 |
| | 4/2/2020 | 30 |
| | 4/17/2020 | 15 |
| | 4/30/2020 | 10 |
| | 4/15/2020 | 35 |
| | 4/14/2020 | 30 |
| | 4/2/2020 | 20 |
| | 4/1/2020 | 15 |
| | 4/30/2020 | 8 |
| | 4/2/2020 | 15 |
| | 4/14/2020 | 13 |
| | 4/6/2020 | 8 |
| | 4/15/2020 | 10 |
| | 4/30/2020 | 10 |
| | 4/16/2020 | 11 |
| | 4/10/2020 | 8 |
| | 4/7/2020 | 5 |
| | 4/15/2020 | 5 |
| | 4/8/2020 | 7 |
| | 4/20/2020 | 2 |
| | 4/9/2020 | 1 |
| | 4/7/2020 | 30 |
| | 4/23/2020 | 15 |
| | 4/30/2020 | 23 |
| | 4/29/2020 | 4 |
| | 3/23/2020 | 25 |
| | 4/21/2020 | 3 |
| | 4/28/2020 | 11 |
| | 4/17/2020 | 7 |
| | 4/8/2020 | 8 |
| | 4/29/2020 | 10 |
| | 4/14/2020 | 11 |
| | 4/30/2020 | 15 |
| | 4/27/2020 | 60 |
| | 4/8/2020 | 15 |
| | 4/13/2020 | 18 |
| | 4/6/2020 | 15 |
| | 4/15/2020 | 10 |
| | 4/29/2020 | 17 |
| | 4/27/2020 | 10 |
| | 4/9/2020 | 15 |

| Date | Value |
|---|---:|
| 4/15/2020 | 5 |
| 4/27/2020 | 10 |
| 4/20/2020 | 6 |
| 4/27/2020 | 12 |
| 4/16/2020 | 11 |
| 4/23/2020 | 8 |
| 4/16/2020 | 10 |
| 4/7/2020 | 7 |
| 4/20/2020 | 15 |
| 4/7/2020 | 15 |
| 4/30/2020 | 7 |
| 4/9/2020 | 14 |
| 4/23/2020 | 11 |
| 4/27/2020 | 20 |
| 4/8/2020 | 30 |
| 4/9/2020 | 10 |
| 4/29/2020 | 25 |
| 4/8/2020 | 35 |
| 4/27/2020 | 15 |
| 4/8/2020 | 30 |
| 4/27/2020 | 30 |
| 4/15/2020 | 22 |
| 4/29/2020 | 28 |
| 4/10/2020 | 25 |
| 4/23/2020 | 5 |

# EXHIBIT 6



Piestewa ▮ Y Y Y Y
Y Y S Pedro ▮ Y Y ▮ Y Y
▮ Y Y ▮ Y Y ▮ Y Y C-
MHU None Reception None IPC None C-
WARD None "MH-4 "Unit "ADC # "? Note
"Compliant Lumley MHU ▮
Y Y ▮ Y Y ▮ Y Y
Y Y ▮ Y Y ▮ Y Y Complex MHU
▮ Y Y ▮ Y Y ▮ Y Y "MH-5
"Unit "ADC # "? Note "Compliant C-WARD
▮ Y Y ▮ Y Y ▮ Y Y
▮ Y Y ▮ Y Y ▮ Y Y

| 8 | PM #80 Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician? | X | | | 5/28/2020 10:44 AM Entered By: Chy Porter Number Compliance: 68; Number Review: 69; Percent Compliance: 98.55 % | 2 | 68 | 69 | 98.55 |

Comments: "3A "Unit "ADC # "Start "MH 3A
"MH Prior "Compliant Lumley ▮
08/05/19 04/09/20 03/26/20 Y
05/09/18 04/16/20 03/18/20 Y
07/12/19 04/22/20 03/30/20 Y
12/06/19 04/17/20 03/23/20 Y
09/13/18 04/02/20 03/31/20 Y
12/20/17 04/17/20 03/23/20 Y
02/25/20 04/30/20 04/29/20 Y
08/09/19 04/15/20 03/16/20 Y
12/02/19 04/14/20 03/16/20 Y
12/14/18 04/02/20 03/11/20 Y S Cruz
▮
06/15/17 04/01/20 03/02/20 Y
10/18/18 04/30/20 04/03/20 Y
09/03/13 04/02/20 03/10/20 Y
12/18/19 04/14/20 03/31/20 Y
10/17/19 04/06/20 03/10/20 Y
12/09/19 04/15/20 04/06/20 Y
09/27/19 04/30/20 04/03/20 Y
01/23/19 04/16/20 03/20/20 Y
12/20/18 04/10/20 03/10/20 Y
02/05/15 04/07/20 03/11/20 Y S
Maria ▮ 06/01/19 04/15/20 03/19/20
Y ▮ 05/24/19 04/08/20 03/16/20 Y
09/01/18 04/20/20 03/26/20 Y
04/08/19 04/09/20 03/19/20 Y
12/21/16 04/07/20 04/01/20 Y
08/23/15 04/23/20 03/30/20 Y
12/06/18 04/30/20 04/17/20 Y
10/16/19 04/29/20 04/27/20 Y
03/03/20 03/23/20 NONE N ▮
12/14/19 04/21/20 04/15/20 Y S Carlos
02/27/20 04/28/20 03/31/20 Y
09/17/18 04/17/20 03/19/20 Y
02/15/19 04/08/20 03/12/20 Y
03/05/20 04/29/20 04/02/20 Y
06/28/19 04/14/20 03/19/20 Y
01/24/20 04/30/20 04/14/20 Y
12/02/19 04/27/20 04/10/20 Y
09/04/19 04/08/20 03/12/20 Y
09/03/13 04/13/20 03/18/20 Y
12/16/19 04/06/20 03/11/20 Y S
Rosa ▮ 12/07/19 04/15/20 03/19/20 Y
10/04/16 04/29/20 04/07/20 Y
06/01/19 04/27/20 04/06/20 Y
12/17/18 04/09/20 03/18/20 Y
04/06/15 04/17/20 04/01/20 Y
07/01/17 04/27/20 04/01/20 Y
09/11/19 04/20/20 03/26/20 Y
10/19/17 04/27/20 04/09/20 Y
03/11/18 04/16/20 03/19/20 Y
03/11/18 04/23/20 03/30/20 Y
Piestewa ▮ 09/11/18 04/16/20
03/23/20 Y ▮ 02/12/19 04/07/20
03/12/20 Y ▮ 03/25/17 04/20/20
03/25/20 Y ▮ 03/30/18 04/07/20
03/24/20 Y ▮ 06/24/19 04/30/20
04/06/20 Y ▮ 11/29/18 04/09/20
03/18/20 Y S Pedro ▮ 05/05/19 04/23/20
03/30/20 Y S Pedro ▮ 08/03/18
04/27/20 04/01/20 Y ▮ 12/07/19

**CGAR Finding for April 2020 PERRYVILLE COMPLEX**



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 04/08/20 03/13/20 Y  01/22/18<br>04/09/20 03/17/20 Y  02/29/20<br>04/29/20 04/01/20 Y  06/21/19<br>04/08/20 03/16/20 Y  07/10/19<br>04/27/20 04/01/20 Y  04/16/19<br>04/08/20 03/17/20 Y  02/11/20<br>04/27/20 04/01/20 Y  09/27/19<br>04/15/20 04/08/20 Y  02/29/20<br>04/29/20 04/10/20 Y C-MHU None<br>Reception None IPC  07/28/17<br>04/10/20 03/13/20 Y  05/20/15<br>04/23/20 03/25/20 Y C-Ward NONE | | | | |
| 9 | PM #81 Are MH-3A prisoners who are prescribed psychotropic medications seen a minimum of every 90 days by a mental health provider? | X | | | 5/28/2020 10:44 AM Entered By: Chy Porter Number Compliance: 61; Number Review: 61; Percent Compliance: 100.00 % Comments: "3A "Unit "ADC # "Start "? 3A Current "? 3A Prior "Compliant Lumley 08/05/19 02/05/20 11/14/19 Y 05/09/18 04/23/20 01/29/20 Y 07/12/19 03/18/20 02/20/20 Y 09/13/18 03/12/20 02/10/20 Y 12/20/17 02/05/20 12/19/19 Y 12/14/18 04/28/20 03/31/20 Y 07/29/19 04/27/20 03/30/20 Y 07/11/18 02/27/20 12/09/19 Y 09/26/19 03/12/20 02/04/20 Y 01/10/20 03/06/20 01/31/20 Y S Cruz  10/18/18 02/20/20 11/26/19 Y 09/03/13 04/23/20 03/17/20 Y 12/18/19 03/11/20 01/16/20 Y 09/27/19 03/12/20 03/02/20 Y 01/23/19 02/25/20 12/10/19 Y 12/20/18 04/30/20 02/06/20 Y 02/05/15 04/20/20 03/26/20 Y 01/09/20 04/23/20 04/08/20 Y 06/07/17 03/10/20 12/31/19 Y 11/06/19 04/16/20 03/25/20 Y S Maria  06/01/19 04/17/20 03/26/20 Y  05/24/19 04/06/20 01/28/20 Y 04/08/19 03/11/20 02/10/20 Y 08/23/15 04/27/20 02/21/20 Y 12/06/18 04/08/20 03/20/20 Y 10/16/19 04/10/20 03/12/20 Y 12/14/19 04/23/20 04/01/20 Y 10/30/19 03/30/20 03/04/20 Y 01/15/19 04/03/20 01/24/20 Y 11/04/19 04/09/20 03/11/20 Y S Carlos  09/17/18 04/02/20 01/08/20 Y  02/15/19 04/28/20 01/29/20 Y 06/28/19 03/16/20 12/23/19 Y 01/24/20 04/27/20 03/25/20 Y 12/02/19 04/09/20 01/14/20 Y 09/04/19 04/15/20 02/25/20 Y 09/03/13 04/28/20 01/29/20 Y 12/16/19 03/12/20 12/16/19 Y 08/15/19 04/02/20 01/08/20 Y 12/12/18 04/08/20 02/17/20 Y S Rosa  10/04/16 04/02/20 01/23/20 Y 06/01/19 04/09/20 03/25/20 Y 10/19/17 04/07/20 01/23/20 Y 03/11/18 04/03/20 03/09/20 Y Piestewa  09/11/18 04/06/20 01/29/20 Y  02/12/19 04/27/20 02/20/20 Y  03/25/17 04/28/20 02/24/20 Y  06/24/19 04/01/20 02/14/20 Y  05/05/19 03/09/20 12/23/19 Y S Pedro  08/03/18 04/02/20 02/21/20 Y  01/22/18 04/14/20 01/21/20 Y  06/21/19 04/16/20 03/24/20 Y  07/10/19 04/15/20 01/23/20 Y  04/16 04/30/20 02/04/20 Y  09/27/19 04/16/20 04/09/20 Y  05/10/19 04/14/20 01/21/20 Y  07/19/19 04/14/20 02/26/20 Y  09/02/17 04/23/20 03/24/20 Y  07/10/19 | 2 | 61 | 61 | 100.00 |

# EXHIBIT 7

Florence - PM 85 - April 2020

| Patient's ADC number | Date of encounter | Duration of encounter (minutes) |
|---|---|---|
| | 3/18/2020 | no duration noted |
| | 4/9/2020 | 20 |
| | 4/14/2020 | 20 |
| | 4/3/2020 | 43 |
| | 4/15/2020 | 9 |
| | 4/7/2020 | 27 |
| | 4/3/2020 | 21 |
| | 4/22/2020 | 20 |
| | 3/24/2020 | no duration noted |
| | 4/1/2020 | 30 |

EXHIBIT 8

**CGAR Finding for April 2020 FLORENCE COMPLEX**



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 10/16/18 04/23/20 03/03/20 Y<br>09/23/19 02/24/20 12/05/19 Y<br>12/31/18 04/14/20 12/19/19 Y<br>03/14/17 01/28/20 12/18/19 Y<br>05/22/18 12/17/19 06/25/19 Y<br>10/21/19 02/26/20 01/09/20 Y<br>07/22/16 03/04/20 10/08/19 Y East<br>07/30/19 04/15/20 03/31/20 Y<br>06/12/17 04/02/20 01/09/20 Y<br>05/21/18 01/07/20 10/07/19 Y<br>10/04/18 04/09/20 03/18/20 Y<br>06/08/17 04/23/20 02/13/20 Y<br>07/22/15 04/01/20 02/19/20 Y<br>09/23/15 04/09/20 12/10/19 Y<br>01/14/15 04/22/20 04/01/20 Y<br>02/14/15 01/14/20 10/16/19 Y<br>South    09/17/19 03/04/20 11/13/19<br>Y    01/30/19 01/29/20 11/08/19 Y<br>01/04/18 04/29/20 03/25/20 Y<br>08/20/19 04/14/20 04/01/20 Y<br>11/21/17 02/19/20 11/01/19 Y<br>04/24/18 02/28/20 10/30/19 Y<br>04/23/18 01/03/20 07/08/19 Y<br>12/13/18 02/17/20 12/04/19 Y<br>08/17/18 02/19/20 12/09/19 Y<br>03/28/18 04/09/20 03/09/20 Y<br>Kasson    11/10/17 03/18/20 02/25/20<br>Y Central    07/21/19 01/24/20<br>07/29/19 Y    09/12/19 02/26/20<br>09/12/19 Y    07/26/19 01/29/20<br>10/14/19 Y    10/24/13 03/30/20<br>10/08/19 Y    08/13/19 03/12/20<br>02/12/20 Y    07/22/19 04/22/20<br>11/20/19 Y    11/10/18 02/19/20<br>11/25/19 Y    05/21/19 04/28/20<br>02/11/20 Y    05/13/19 04/16/20<br>11/04/19 Y    06/22/18 03/04/20<br>12/27/19 Y Globe None IPC None | | | | | |
| 13 | PM #85 Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications? | X | 5/28/2020 11:44 AM Entered By: Chy Porter Number Compliance: 10; Number Review: 10; Percent Compliance: 100.00 % Comments: "3D "Unit "ADC # "3D DC Meds "F/U Date "Compliant North 03/04/20 03/18/20 Y    03/16/20 04/09/20 Y    03/23/20 04/14/20 Y East    03/11/20 04/03/20 Y 03/31/20 04/15/20 Y    03/11/20 04/07/20 Y    03/11/20 04/03/20 Y South    03/25/20 04/22/20 Y Kasson None Central    03/11/20 03/24/20 Y 03/07/20 04/01/20 Y Globe None IPC None | 1 | 10 | 10 | 100.00 |
| 14 | PM #86 Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? | X | 5/28/2020 11:45 AM Entered By: Chy Porter Number Compliance: 32; Number Review: 32; Percent Compliance: 100.00 % Comments: "3D "Unit "ADC # "DC Date "FU 1 "FU 2 "FU 3 "Compliant North 01/09/20 04/22/20 01/31/20 Y 01/30/20 03/20/20 N/A Y    10/04/19 04/23/20 04/06/20 1/10/20, 11/5/2019 Y 10/02/19 02/28/20 12/03/19 Y 01/30/20 04/23/20 02/05/20 Y 10/29/19 04/10/20 01/15/20 Y 01/30/20 04/10/20 N/A Y 01/30/20 04/23/20 02/05/20 Y 10/04/19 04/20/20 01/28/20 10/29/19 Y 10/01/19 04/06/20 01/09/20 10/16/19 Y    10/01/19 04/10/20 01/14/20 10/16/19 Y East    10/01/19 02/19/20 11/19/19 Y    10/18/19 04/07/20 01/31/20 11/07/19 Y 10/02/19 02/21/20 11/22/19 Y 01/28/20 04/03/20 N/A Y    01/15/20 03/25/20 N/A Y    01/15/20 04/07/20 01/17/20 Y    01/14/20 03/04/20 N/A | 2 | 32 | 32 | 100.00 |