1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph
10   Hefner; Joshua Polson; and Charlotte Wells, on       **[PROPOSED] ORDER**
     behalf of themselves and all others similarly        **GRANTING MOTION FOR**
11   situated; and Arizona Center for Disability Law,      **LEAVE TO FILE UNDER**
                                                          **SEAL**
12                         Plaintiffs,

13          v.

14   David Shinn, Director, Arizona Department of
     Corrections; and Larry Gann, Division Director,
15   Division of Health Services Contract Monitoring
     Bureau, Arizona Department of Corrections, in their
16   official capacities,

17                         Defendants.

18

19          This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and

20   finding good cause, hereby **GRANTS** Plaintiffs' Motion for Leave to File Under Seal and

21   instructs the Clerk of the Court to seal the documents as set forth in the Motion:  Plaintiffs'

22   Motion to Enforce the Court's Orders and for Further Relief, the Declaration of Pablo

23   Stewart, M.D., and Exhibits 1-8 to the Declaration of Jessica Carns.

24

25

26

27

28