IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court has reviewed the parties' motions to seal and for various extensions of time.  The motions will be granted as set forth below.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Seal (Doc. 3628) is **GRANTED**.  The Clerk of Court must please seal the Declaration of Amber Norris and supporting exhibits lodged at Docs. 3629-3630.

**IT IS FURTHER ORDERED** that Defendants' Motion for Leave to Exceed Page Limits (Doc. 3663) is **GRANTED**.  The Clerk of Court must file 19-page Defendants' Response to Plaintiff's Motion to Enforce the Stipulation (Maximum Custody) lodged at Doc. 3664.

**IT IS FURTHER ORDERED** that Defendants' Motion to Seal (Doc. 3665) is **GRANTED**.  The Clerk of Court must please seal Defendants' unredacted Response to Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody) and supporting exhibits lodged at Docs. 3666-3667.

**IT IS FURTHER ORDERED** that Defendants' Motion for Extension of Time

1  (Doc. 3692) to file a Reply in support of their Brief opposing the Court's Order to Show

2  Cause is **GRANTED**.  Defendants' Reply must be filed no later than **Friday August 28,**

3  **2020**.

4         **IT IS FURTHER ORDERED** that Plaintiffs' Motion for Extension of Time (Doc.

5  3693) to File their Reply in support of their Motion to Enforce the Stipulation (Maximum

6  Custody) is **GRANTED**.   Plaintiffs' Reply must be filed no later than **Thursday**

7  **September 3, 2020**.

8         **IT IS FURTHER ORDERED** that Plaintiffs' Motion to Seal (Doc. 3695) is

9  **GRANTED**.   The Clerk of Court must please seal Plaintiffs' unredacted Motion to

10  Enforce, the Declaration of Dr. Pablo Stewart, and Exhibits 1-8 to the Declaration of

11  Jessica Carns lodged at Doc. 3696.

12         **IT IS FURTHER ORDERED** that the Clerk of Court must terminate the Motion

13  at Doc. 3690 as duplicative of the unredacted motion filed and pending at Doc. 3686.

14         **IT IS FURTHER ORDERED** that this Order will not be sealed.

15         Dated this 17th day of August, 2020.

16

17

18                                      _____
                                        Honorable Roslyn O. Silver
19                                      Senior United States District Judge

20

21

22

23

24

25

26

27

28