1    Jared G. Keenan (Bar No. 027068)
     Casey Arellano (Bar No. 031242)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone: (602) 650-1854
4    Email: jkeenan@acluaz.org
           carellano@acluaz.org

5

6    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

7

8    **[ADDITIONAL COUNSEL LISTED BELOW]**

9    Asim Dietrich (Bar No. 027927)
     **ARIZONA CENTER FOR DISABILITY LAW**
10   5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
11   Telephone: (602) 274-6287
     Email: adietrich@azdisabilitylaw.org

12   *Attorneys for Plaintiff Arizona Center for Disability Law*

13   **[ADDITIONAL COUNSEL LISTED BELOW]**

14               UNITED STATES DISTRICT COURT

15                 DISTRICT OF ARIZONA

16   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

             Plaintiffs,

     v.

David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,

             Defendants.

No. CV 12-00601-PHX-ROS

**DECLARATION OF MARIA V. MORRIS**

I, MARIA MORRIS, DECLARE:

1.      I am an attorney licensed to practice in California. I am a Senior Staff Attorney at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      On June 26, 2020, I and my co-counsel received an email on behalf of Rachel Love, indicating that Defendants had provided documents responsive to RFP 133.  Upon review of the production, I saw that it included a .pdf of two spreadsheets.  The two spreadsheets included information about people housed in maximum custody at Eyman Browning, Eyman SMU I and Lewis Rast.  They did not include any information about people housed at Florence-Kasson.  The first spreadsheet included the date each person entered maximum custody and the number of days each person had been in maximum custody, as of June 24, 2020.  The second spreadsheet showed each person's step level at each step level review and the dates of the reviews.  This second spreadsheet thus shows the progress each person made through the steps.   Excerpts of these to spreadsheets were previously filed, and are located at Doc. 3686-2 at 5-7.

3.      On July 2, I asked that Defendants produce the spreadsheets in their original format, not as .pdfs.  They produced the spreadsheets on July 13, 2020.

4.      Defendants produced what purported to be the final spreadsheets on the evening of Friday, August 7, 2020.  On Monday morning, August 10, 2020, I began to look them over.  Within a couple hours, I had identified numerous inconsistencies, and come to understand that they were presenting the average total amount of time spent at each step rather than the average length of stay at each step.

5.      I attach hereto as Exhibit 1 a true and correct copy of the spreadsheets produced on August 7, 2020.  The entries relating to individuals identified by ADC number in the accompanying brief are highlighted.

6.      I attach hereto as Exhibit 2 a true and correct copy of the spreadsheets produced as a .pdf on June 26, 2020.  The entries relating to individuals identified by ADC

number in the accompanying brief are highlighted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of August 2020 in Rockville, Maryland.


s/ Maria V. Morris
Maria V. Morris

| | |
|---|---|
| 1 | **ADDITIONAL COUNSEL:** |
| 2 | |
| 3 | |

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           echo@aclu.org
           mmorris@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     jkeenan@acluaz.org
           carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           agerlicher@perkinscoie.com
           jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
     rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on August 19, 2020, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

10

11

12

13

14

15

16

*Attorneys for Defendants*

17

18

19

s/ Jessica Carns

20

21

22

23

24

25

26

27

28