1  Jared G. Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email:  jkeenan@acluaz.org
             carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
   PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org
13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
14 PAGE]**
15                  UNITED STATES DISTRICT COURT
16                      DISTRICT OF ARIZONA

17 Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
18 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph       **PLAINTIFFS' MOTION**
19 Hefner; Joshua Polson; and Charlotte Wells, on        **FOR LEAVE TO FILE**
   behalf of themselves and all others similarly         **UNDER SEAL**
20 situated; and Arizona Center for Disability Law,

21                   Plaintiffs,

22       v.

23 David Shinn, Director, Arizona Department of
   Corrections; and Larry Gann, Division Director,
24 Division of Health Services Contract Monitoring
   Bureau, Arizona Department of Corrections, in their
25 official capacities,

26                   Defendants.

27

28

LEGAL23774493.1

1    Pursuant to LRCiv 5.6, Plaintiffs move this Court for an order directing the Clerk to

2    file under seal the Plaintiffs' Reply in Support of Motion to Enforce Court's Order [Dkt.

3    3635] and Exhibits 1 and 2 to the Declaration of Maria V. Morris, because the brief and the

4    exhibits contain confidential information that is protected from public disclosure by the

5    Amended Protective Order (Doc. 454) entered in this case.

6    Dated:  August 19, 2020                **ACLU NATIONAL PRISON PROJECT**

7

8                                          By:    s/ Maria V. Morris
                                                  David C. Fathi (Wash. 24893)*
                                                  Eunice Hyunhye Cho (Wash. 53711)*
9                                                 Maria V. Morris (Cal. 223903)*
                                                  915 15th Street N.W., 7th Floor
10                                                Washington, D.C. 20005
                                                  Telephone:  (202) 548-6603
11                                                Email:    dfathi@aclu.org
                                                          echo@aclu.org
12                                                        mmorris@aclu.org

13                                         *Admitted *pro hac vice*.  Not admitted
                                            in DC; practice limited to federal
14                                          courts.

15                                         Jared G. Keenan (Bar No. 027068)
                                           Casey Arellano (Bar No. 031242)
16                                         **ACLU FOUNDATION OF
                                           ARIZONA**
17                                         3707 North 7th Street, Suite 235
                                           Phoenix, Arizona 85013
18                                         Telephone:  (602) 650-1854
                                           Email:    jkeenan@acluaz.org
19                                                   carellano@acluaz.org

20

21

22

23

24

25

26

27

28

LEGAL23774493.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
     Asim Dietrich (Bar No. 027927)
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone:  (602) 274-6287
     Email:    adietrich@azdisabilitylaw.org

     Rose A. Daly-Rooney (Bar No. 015690)
     J.J. Rico (Bar No. 021292)
     Maya Abela (Bar No. 027232)
     **ARIZONA CENTER FOR DISABILITY LAW**
     177 North Church Avenue, Suite 800
     Tucson, Arizona 85701
     Telephone:  (520) 327-9547
     Email:
       rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on August 19, 2020, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

Michael E. Gottfried
6                                   Lucy M. Rand
Assistant Arizona Attorneys General
7                           Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
8

Daniel P. Struck
9                                   Rachel Love
Timothy J. Bojanowski
10                              Nicholas D. Acedo
Ashlee B. Hesman
11                                 Jacob B. Lee
Timothy M. Ray
12           STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
13                           rlove@strucklove.com
tbojanowski@strucklove.com
14                          nacedo@strucklove.com
ahesman@strucklove.com
15                            jlee@strucklove.com
tray@strucklove.com
16

*Attorneys for Defendants*
17

18

s/ Jessica Carns
19

20

21

22

23

24

25

26

27

28

LEGAL23774493.1                                    -4-