1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                        DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph       **[PROPOSED] ORDER
10  Hefner; Joshua Polson; and Charlotte Wells, on        GRANTING MOTION FOR
    behalf of themselves and all others similarly         LEAVE TO FILE UNDER
11  situated; and Arizona Center for Disability Law,      SEAL**

12                              Plaintiffs,

13          v.

14  David Shinn, Director, Arizona Department of
    Corrections; and Larry Gann, Division Director,
15  Division of Health Services Contract Monitoring
    Bureau, Arizona Department of Corrections, in their
16  official capacities,

17                              Defendants.

18

19          This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and

20   finding good cause, hereby **GRANTS** Plaintiffs' Motion for Leave to File Under Seal and

21   instructs the clerk of the Court to seal the documents as set forth in the Motion: Plaintiffs'

22   Reply in Support of Motion to Enforce Court's Order [Dkt. 3635] and Exhibits 1 and 2 to

23   the Declaration of Maria V. Morris.

24

25

26

27

28

LEGAL23774493.1