# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Defendants have filed a Motion for Leave to File Under Seal (Doc. 3702) the unredacted version of their Response to the Motion to Enforce Court's Order (Doc. 3686). Plaintiffs have filed a Motion for Leave to File Under Seal (Doc. 3707) the unredacted version of Plaintiffs' Reply in Support of Motion to Enforce Court's Order (Doc. 3635). Good cause appearing,

**IT IS ORDERED** Defendants' Motion for Leave to File Under Seal (Doc. 3702) is **GRANTED**. The unredacted version of Defendants' Response and accompanying exhibit, lodged at Doc. 3703 and Doc. 3703-1, shall be sealed.

…

…

…

…

…

…

**IT IS FURTHER ORDERED** Plaintiffs' Motion for Leave to File Under Seal (Doc. 3707) is **GRANTED**. The unredacted version of Plaintiffs' Reply, lodged at Doc. 3708, shall be sealed. This order shall not be sealed.

Dated this 21st day of August, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge