IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　　Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

　　　　This Court has reviewed Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. _____). Good cause appearing,

　　　　**IT IS ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. _____) is **GRANTED**. The Clerk of Court will file Plaintiffs' Reply lodged at Doc. _____.

LEGAL149343643.1