1   Jared Keenan (Bar No. 027068)
    Casey Arellano (Bar No. 031242)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email: jkeenan@acluaz.org
            carellano@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*

    **[ADDITIONAL COUNSEL LISTED BELOW]**
9
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
12  Email: adietrich@azdisabilitylaw.org

13  *Attorneys for Plaintiff Arizona Center for Disability Law*

    **[ADDITIONAL COUNSEL LISTED BELOW]**
14

15              UNITED STATES DISTRICT COURT

16                  DISTRICT OF ARIZONA

17  | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-ROS |

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

                                    Plaintiffs,

            v.

David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,

                                    Defendants.

No. CV 12-00601-PHX-ROS

**SUPPLEMENTAL DECLARATION OF AMBER NORRIS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE PARAGRAPH 14 OF THE STIPULATION**

**[REDACTED]**

I, Amber Norris, declare:

1.      I am an investigator at the Prison Law Office, counsel of record for *Parsons* Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Reply in Support of Motion to Enforce Paragraph 14 of the Stipulation, filed herewith.

### REVIEW OF INTERPRETER HS ENCOUNTER LISTS FOR TOURS

2.      I reviewed the "Interpreter HS Encounter Lists for Tours" that were filed by Defendants under seal in support of their Response to Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation. The redacted version of the Encounter Lists can be found at Doc. 3673-1, Exhibit 1. Defendants stated in their Response that the Encounter Lists are "a list of all patients for whom language interpretation was used for a healthcare encounter, including the inmate's name and number, date of healthcare encounter, and unit location." [Doc. 3673 at 2]

3.      I selected a handful of class members listed on the Encounter List for each prison, and reviewed their electronic medical records. I only chose class members who, at the time of my medical record review, were still in ADC custody.

████████████  ADC No. ██████  (identified below as "R.M.")

4.      On July 29 and August 12, 2020, I reviewed the electronic medical record for R.M.

5.      The Encounter Lists state that R.M., a class member in the custody of the Arizona Department of Corrections ("ADC"), received language interpretation during a healthcare encounter at ASPC-Lewis on June 27, 2019. [*See* Defs.' Exhibit 1 at page 3 (ADCM1578206) (redacted version at Doc. 3673-1)]

6.      According to the electronic medical record, on June 27, 2019, R.M. saw Licensed Practical Nurse Terry Kasimoff. The "Nurse – Transfer – Receiving" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this

1   inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in

2   response to the prompt: "What type of interpreter services were used for the encounter*:"

3   It is unclear which healthcare staff interpreted during the encounter.

4       7.      Using the "Print this screen" button in the electronic medical record, I

5   printed a copy of the "Nurse – Transfer – Receiving" entry for June 27, 2019. A true and

6   correct copy of what I printed is attached hereto as **Exhibit 1**.

7       8.      I reviewed the electronic medical record for R.M. for encounters around the

8   same time period as the June 27, 2019 encounter. I found that the records were

9   inconsistent as to whether R.M. needed, and received, language interpretation during

10  healthcare encounters.

11      a.      According to the electronic medical record, on July 7, 2019, R.M. saw

12              Dr. Emma Simpson. The "Provider – Chronic Care" encounter notes list

13              "Yes" in response to the prompt: "Are interpreter services needed for this

14              inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter

15              Services" in response to the prompt: "What type of interpreter services were

16              used for the encounter*:" It is unclear which healthcare staff interpreted

17              during the encounter. Using the "Print this screen" button in the electronic

18              medical record, I printed a copy of the "Provider – Chronic Care" entry for

19              July 7, 2019. A true and correct copy of what I printed is attached hereto as

20              **Exhibit 2**.

21      b.      According to the electronic medical record, on September 5, 2019, R.M.

22              saw Psych Associate Annette Baxter-Holland. The "MH – Individual

23              Counseling" encounter notes list "No" in response to the prompt: "Are

24              interpreter services needed for this inmate*:" It is unclear how Ms. Baxter-

25              Holland and R.M. communicated. Using the "Print this screen" button in the

26              electronic medical record, I printed a copy of the "MH – Individual

27              Counseling" entry for September 5, 2019. A true and correct copy of what I

28              printed is attached hereto as **Exhibit 3**.

9.     I also reviewed the electronic medical record for more recent healthcare encounters. Again, I found that the records were inconsistent as to whether R.M. needed, and received, language interpretation during healthcare encounters.

a.     According to the electronic medical record, on May 13, 2020, R.M. saw Registered Nurse Christopher Steptoe. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how RN Steptoe and R.M. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Sick Call – Scheduled" entry for May 13, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 4**.

b.     According to the electronic medical record, on May 28, 2020, R.M. saw clinician John Keck. The "MH – Mid-Level - Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how Mr. Keck and R.M. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "MH – Mid-Level - Scheduled" entry for May 28, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 5**.

c.     According to the electronic medical record, on June 24, 2020, R.M. saw Nurse Practitioner Jane Frances Ndemanu. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Ndemanu and R.M. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" entry for June 24, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 6**.

d.     According to the electronic medical record, on July 16, 2020, R.M. saw Dr. Stephanie Troglin. The "Dentist – Routine Treatment" encounter notes

1    list "Yes" in response to the prompt: "Are interpreter services needed for

2    this inmate*:" The encounter notes list "Healthcare Staff Used for

3    Interpreter Services" in response to the prompt: "What type of interpreter

4    services were used for the encounter*:" It is unclear which healthcare staff

5    interpreted during the encounter. Using the "Print this screen" button in the

6    electronic medical record, I printed a copy of the "Dentist – Routine

7    Treatment" entry for July 16, 2020. A true and correct copy of what I

8    printed is attached hereto as **Exhibit 7**.

9

10    █████████████████ ADC No. ██████ (identified below as "A.N.B")

11    10.    On July 29 and August 12, 2020, I reviewed the electronic medical record

12    for A.N.B.

13    11.    The Encounter Lists state that A.N.B., a class member in the custody of the

14    ADC, received language interpretation during a healthcare encounter at ASPC-Lewis on

15    May 29, 2019. [*See* Defs.' Exhibit 1 at page 3 (ADCM1578206) (redacted version at

16    Doc. 3673-1)]

17    12.    According to the electronic medical record, on May 29, 2019, A.N.B. saw

18    Licensed Practical Nurse Paula Rocker. The "Nurse – Transfer – Receiving" encounter

19    notes list "Yes" in response to the prompt: "Are interpreter services needed for this

20    inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in

21    response to the prompt: "What type of interpreter services were used for the encounter*:"

22    It is unclear which healthcare staff interpreted for LPN Rocker and A.N.B.

23    13.    Using the "Print this screen" button in the electronic medical record, I

24    printed a copy of the "Nurse – Transfer – Receiving" entry for May 29, 2019. A true and

25    correct copy of what I printed is attached hereto as **Exhibit 8**.

26    14.    I reviewed the electronic medical record for A.N.B. for encounters around

27    the same time period as the May 29, 2019, encounter. I found that the records were

28

inconsistent as to whether A.N.B. needed, and received, language interpretation during health care encounters.

    a.    According to the electronic medical record, on December 31, 2019, A.N.B. saw NP Tara Cherry. The "MH – Mid-Level – Scheduled" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Language Line" in response to the prompt: "What type of interpreter services were used for the encounter*:" In the "Subjective Notes" section of the encounter entry is written, "Interpreter Language line used: 265889." Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Dentist – Routine Treatment" entry for December 31, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 9**.

    b.    According to the electronic medical record, on June 4, 2019, A.N.B. saw Psych Associate Annette Baxter-Holland. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Confidential Setting Comments" section of the encounter notes is written, "dayroom dorm 1 Im speaks and understand a little english. [sic]" Using the "Print this screen" button in the electronic medical record, I printed a copy of the "MH – Individual Counseling" entry for June 4, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 10**.

15.    I also reviewed the electronic medical record for more recent healthcare encounters for A.N.B.

    a.    According to the electronic medical record, on May 27, 2020, A.N.B. saw Psychologist Sherry Holly-Reps. The "MH – Individual Counseling" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how Dr. Holly-Reps and A.N.B. communicated. Using the "Print this screen" button in the electronic

medical record, I printed a copy of the "MH – Individual Counseling" entry for May 27, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 11**.

b.      According to the electronic medical record, on July 2, 2020, A.N.B. saw NP Dorothy Igwe. The "Provider – Return from Offsite" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Igwe and A.N.B. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Return from Offsite" entry for July 2, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 12**.

███████████, ADC No. ███████ (identified below as G.G.)

16.     On July 29 and August 12, 2020, I reviewed the electronic medical record for G.G.

17.     The Encounter Lists state that G.G., a class member in the custody of the ADC, received language interpretation during a health care encounter at ASPC-Yuma on September 25, 2019. [*See* Defs.' Exhibit 1 at page 6 (ADCM1584935) (redacted version at Doc. 3673-1)]

18.     According to the electronic medical record, on September 25, 2019, G.G. saw Dentist Deborah Williams. The "Dental – Intake Exam" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which healthcare staff interpreted during the encounter.

19.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Dental – Intake Exam" entry for September 25, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 13**.

20.   I reviewed the electronic medical record for G.G. for encounters around the same time period as the September 25, 2019 encounter.

a.   According to the electronic medical record, on September 17, 2019, G.G. saw Dr. Carrie Smalley. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how Dr. Smalley and G.G. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" entry for September 17, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 14**.

b.   According to the electronic medical record, on September 20, 2019, G.G. saw RN Barbara Barnett. The "Nurse – Sick Call – Unscheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how RN Barnett and G.G. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Sick Call – Unscheduled" entry for September 20, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 15**.

21.   I also reviewed the electronic medical record for more recent healthcare encounters for G.G.

a.   According to the electronic medical record, on June 25, 2020, G.G. saw Dr. James Baird. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how Dr. Baird and G.G. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" entry for June 25, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 16**.

b.   According to the electronic medical record, on July 13, 2020, G.G. saw Psych Associate Arsinia Gonzalez. The "MH – Individual Counseling"

1    encounter notes list "No" in response to the prompt: "Are interpreter

2    services needed for this inmate*:" It is unclear how Ms. Gonzalez and G.G.

3    communicated. Using the "Print this screen" button in the electronic

4    medical record, I printed a copy of the "MH – Individual Counseling" entry

5    for July 13, 2020. A true and correct copy of what I printed is attached

6    hereto as **Exhibit 17**.

7

8    ███████████████    ADC No. █████    (identified below as "J.R.P.")

9        22.    On July 29, 2020, I reviewed the electronic medical record for J.R.P.

10       23.    The Encounter Lists state that J.R.P., a class member in the custody of the

11   ADC, received language interpretation during a healthcare encounter as ASPC-Yuma on

12   August 6, 2019. [*See* Defs.' Exhibit 1 at page 6 (ADCM1584935) (redacted version at

13   Doc. 3673-1)]

14       24.    According to the electronic medical record, on August 6, 2019, J.R.P. saw

15   Dr. Carrie Smalley. The "Provider – Chronic Care" encounter notes list "Yes" in response

16   to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list

17   "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of

18   interpreter services were used for the encounter*:" It is unclear which healthcare staff

19   interpreted during the encounter.

20       25.    Using the "Print this screen" button in the electronic medical record, I

21   printed a copy of the "Provider – Chronic Care" entry for August 6, 2019. A true and

22   correct copy of what I printed is attached hereto as **Exhibit 18**.

23       26.    I reviewed the electronic medical record for J.R.P. for encounters around the

24   same time period as the August 6, 2019 encounter. According to the electronic medical

25   record, on August 12, 2019, J.R.P. saw NP Adlene Joseph. The "Provider – Follow Up

26   Care" encounter notes list "No" in response to the prompt: "Are interpreter services

27   needed for this inmate*:" It is unclear how RN Gomez and J.R.P. communicated. Using

28   the "Print this screen" button in the electronic medical record, I printed a copy of the

"Provider – Follow Up Care" entry for August 12, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 19**.

27.     I also reviewed the electronic medical record for more recent healthcare encounters for J.R.P. I found that the records were inconsistent as to whether J.R.P. needed, and received, language interpretation during healthcare encounters.

a.     According to the electronic medical record, on April 28, 2020, J.R.P. saw Dr. Carrie Smalley. The "Provider – Chronic Care" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which healthcare staff interpreted for Dr. Smalley and J.R.P. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" entry for April 28, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 20**.

b.     According to the electronic medical record, on July 20, 2020, J.R.P saw Dr. Carrie Smalley. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how Dr. Smalley and J.R.P. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Chronic Care" entry for July 20, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 21**.

███████████, ADC No. █████ (identified below as "A.C.")

28.     On July 29 and August 12, 2020, I reviewed the electronic medical record for A.C.

29.     The Encounter Lists state that A.C., a class member in the custody of the ADC, received language interpretation during a healthcare encounter at ASPC-Eyman on

November 23, 2019. [*See* Defs.' Exhibit 1 at page 7 (ADCM1595689) (redacted version at Doc. 3673-1)]

30.     According to the electronic medical record, on November 23, 2019, A.C. saw NP Sharon Kary. The "Provider – Sick Call – Scheduled" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Language Line" in response to the prompt: "What type of interpreter services were used for the encounter*:" In the "Subjective Notes" section of the entry is written, "language line interpreter Daniel ID. #354634."

31.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Sick Call – Scheduled" entry for November 23, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 22**.

32.     I reviewed the electronic medical record for A.C. for encounters around the same time period as the November 23, 2019 encounter. I found that the records were inconsistent as to whether A.C. needed, and received, language interpretation during healthcare encounters.

a.     According to the electronic medical record, on March 15, 2019, A.C. saw Psych Associate Erin Able. The "MH – Individual Counseling" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which healthcare staff interpreted during the encounter. A true and correct copy of what I printed is attached hereto as **Exhibit 23**.

b.     According to the electronic medical record, on December 9, 2019, A.C. saw NP Kendra Avant-Ortiz. The "Provider – Chronic Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Ortiz and A.C. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy

1      of the "Provider – Chronic Care" entry for December 9, 2019. A true and

2      correct copy of what I printed is attached hereto as **Exhibit 24**.

3      33.     I also reviewed the electronic medical record for more recent healthcare

4      encounters for A.C.

5          a.     According to the electronic medical record, on May 22, 2020, A.C. saw

6                 Physician Assistant Joseph Spizzirri. The "Provider – Chronic Care"

7                 encounter notes list "No" in response to the prompt: "Are interpreter

8                 services needed for this inmate*:" It is unclear how NP Spizzirri and A.C.

9                 communicated. Using the "Print this screen" button in the electronic

10                medical record, I printed a copy of the "Provider – Chronic Care" entry for

11                May 22, 2020. A true and correct copy of what I printed is attached hereto

12                as **Exhibit 25**.

13         b.     According to the electronic medical record, on July 25, 2020, A.C. saw RN

14                James Callahan. The "Nurse – Return from Offsite" encounter notes list

15                "No" in response to the prompt: "Are interpreter services needed for this

16                inmate*:" It is unclear how RN Callahan and A.C. communicated. Using the

17                "Print this screen" button in the electronic medical record, I printed a copy

18                of the "Nurse – Return from Offsite" entry for July 25, 2020. A true and

19                correct copy of what I printed is attached hereto as **Exhibit 26**.

20

21      ██████████  ADC No. ██████  (identified below as "A.I.")

22      34.     On July 29 and August 12, 2020, I reviewed the electronic medical record

23      for A.I.

24      35.     The Encounter Lists state that A.I., a class member in the custody of the

25      ADC, received language interpretation during a healthcare encounter at ASPC-Eyman on

26      November 22, 2019. [*See* Defs.' Exhibit 1 at page 7 (ADCM1595689) (redacted version at

27      Doc. 3673-1)]

28

36.     According to the electronic medical record, on November 22, 2019, A.I. saw LPN Kodi McKinley. The "Nurse – Return from Offsite" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which healthcare staff interpreted during the encounter.

37.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Return from Offsite" entry for November 22, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 27**.

38.     I reviewed the electronic medical record for A.I. for encounters around the same time period as the November 22, 2019 encounter. I found that the records were inconsistent as to whether A.I. needed, and received, language interpretation during healthcare encounters.

a.      According to the electronic medical record, on May 4, 2019, A.I. saw RN Jennie Hunt. The "Nurse – Sick Call – Scheduled" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which healthcare staff interpreted during the encounter. In the "Objective Notes" section of the entry is written, "Spanish speaking." Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Sick Call – Scheduled" entry for May 4, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 28**.

b.      According to the electronic medical record, on November 26, 2019, A.I. saw NP Antoinette Gatlin. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Gaitlin and A.I. communicated. Using the

1              "Print this screen" button in the electronic medical record, I printed a copy

2              of the "Provider – Follow Up Care" entry for November 26, 2019. A true

3              and correct copy of what I printed is attached hereto as **Exhibit 29**.

4       39.     I also reviewed the electronic medical record for more recent healthcare

5 encounters for A.I. According to the electronic medical record, on July 3, 2020, A.I. saw

6 RN Kristina Miller. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in

7 response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear

8 how RN Miller and A.I. communicated. Using the "Print this screen" button in the

9 electronic medical record, I printed a copy of the "Nurse – Sick Call – Scheduled" entry

10 for July 3, 2020. A true and correct copy of what I printed is attached hereto as

11 **Exhibit 30**.

12

13 ██████████████   ADC No. ██████   (identified below as "C.B.")

14       40.     On July 29 and August 12, 2020, I reviewed the electronic medical record

15 for C.B.

16       41.     The Encounter Lists state that C.B., a class member in the custody of the

17 ADC, received language interpretation during a healthcare encounter at ASPC-Tucson on

18 January 16, 2019. [*See* Defs.' Exhibit 1 at page 12 (ADCM1601416) (redacted version at

19 Doc. 3673-1)]

20       42.     According to the electronic medical record, on January 16, 2020, C.B. saw

21 LPN Mary Backous. The "Nurse – Treatment Call" encounter notes list "Yes" in response

22 to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list

23 "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of

24 interpreter services were used for the encounter*:" It is unclear which healthcare staff

25 interpreted during the encounter.

26       43.     Using the "Print this screen" button in the electronic medical record, I

27 printed a copy of the "Nurse – Treatment Call" entry for January 16, 2020. A true and

28 correct copy of what I printed is attached hereto as **Exhibit 31**.

44.     I reviewed the electronic medical record for C.B. for encounters around the same time period as the January 16, 2020, encounter. I found that the records were inconsistent as to whether C.B. needed, and received, language interpretation during healthcare encounters.

a.      According to the electronic medical record, on January 15, 2020, C.B. saw NP Natalya Weigel. The "Provider – Follow Up Care" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Weigel and C.B. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Follow Up Care" entry for January 15, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 32**.

b.      According to the electronic medical record, on January 17, 2020, C.B. saw LPN Mary Backous. The "Nurse – Treatment Call" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which healthcare staff interpreted during the encounter. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Treatment Call" entry for January 17, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 33**.

45.     I also reviewed the electronic medical record for more recent healthcare encounters for A.I. According to the electronic medical record, on June 26, 2020, C.B. saw RN Jody Sweetapple. The "Nurse – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how RN Sweetapple and C.B. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – Sick Call – Scheduled" entry

for June 26, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 34**.

█████████████████   ADC No. ██████   (identified below as "J.A.")

46.    On July 29 and August 12, 2020, I reviewed the electronic medical record for J.A.

47.    The Encounter Lists state that J.A., a class member in the custody of the ADC, received language interpretation during a healthcare encounter at ASPC-Tucson on January 1, 2020. [*See* Defs.' Exhibit 1 at page 12 (ADCM1601416) (redacted version at Doc. 3673-1)]

48.    According to the Encounter Lists, on January 1, 2020, J.A. had a healthcare encounter. According to the electronic medical record, on January 1, 2020, J.A. saw RN Jody Sweetapple. The "Nurse – ICS Response" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which healthcare staff interpreted during the encounter.

49.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Nurse – ICS Response" entry for January 1, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 35**.

50.    I reviewed the electronic medical record for J.A. for encounters around the same time period as the January 1, 2019 encounter. According to the electronic medical record, on December 27, 2019, J.A. saw NP Natalya Weigel. The "Provider – Sick Call – Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear how NP Weigel and J.A. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Provider – Sick Call – Scheduled" entry for December 27, 2019. A true and correct copy of what I printed is attached hereto as **Exhibit 36**.

51.     I also reviewed the electronic medical record for more recent healthcare encounters for J.A. I found that the records were inconsistent as to whether J.A. needed, and received, language interpretation during healthcare encounters.

a.      According to the electronic medical record, on July 16, 2020, J.A. saw Psych Associate Mahlon Roun. The "MH – Treatment Plan" encounter notes list "No" in response to the prompt: "Are interpreter services needed for this inmate*:" In the "Subjective Notes" section of the entry is written, "[J.A.] was seen at 1324, for 3 minutes, for his routine MH contact. He communicated unwillingness to engage despite multiple attempts to engage him." It is unclear how clinician Roun and J.A. communicated. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "MH – Treatment Plan" entry for July 16, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 37**.

b.      According to the electronic medical record, on August 12, 2020, J.A. saw Psych Associate Mahlon Roun. The "MH – Individual Counseling" encounter notes list "Yes" in response to the prompt: "Are interpreter services needed for this inmate*:" The encounter notes list "Language Line" in response to the prompt: "What type of interpreter services were used for the encounter*:" It is unclear which interpreter provided services during the encounter. Using the "Print this screen" button in the electronic medical record, I printed a copy of the "MH – Individual Counseling" entry for August 12, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 38**.

&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; ADC No. &#9608;&#9608;&#9608; (identified below as "J.S.H.")

52.     On July 29, 2020, I reviewed the electronic medical record for J.S.H.

53.     The Encounter Lists state that J.S.H., a class member in the custody of the ADC, received language interpretation during a healthcare encounter at ASPC-Florence

1   on June 23, 2020. [*See* Defs.' Exhibit 1 at page 19 (ADCM1622866) (redacted version at

2   Doc. 3673-1)]

3          54.     According to the electronic medical record, on June 23, 2020, J.S.H. saw NP

4   Dahab Abdukkaliq. The "Provider – Follow Up Care" encounter notes list "Yes" in

5   response to the prompt: "Are interpreter services needed for this inmate*:" The encounter

6   notes list "Healthcare Staff Used for Interpreter Services" in response to the prompt:

7   "What type of interpreter services were used for the encounter*:" In the "Subjective

8   Notes" section of the entry is written, "Spanish speaking male – Sanchez MA presents for

9   interpretation."

10         55.     Using the "Print this screen" button in the electronic medical record, I

11  printed a copy of the "Provider – Follow Up Care" entry for June 23, 2020. A true and

12  correct copy of what I printed is attached hereto as **Exhibit 39**.

13         56.     I reviewed the electronic medical record for J.S.H. for encounters around the

14  same time period as the June 23, 2019 encounter. According to the electronic medical

15  record, on June 13, 2020, J.S.H. saw RN Hilda Graciano. The "Nurse – Sick Call –

16  Scheduled" encounter notes list "No" in response to the prompt: "Are interpreter services

17  needed for this inmate*:" In the "Subjective Notes" section of the encounter notes is

18  written, "Request Date: 06/13/2020 HNR in Spanish. I have one week with stomach pain

19  and nausea." It is unclear how RN Graciano and J.S.H. communicated. Using the "Print

20  this screen" button in the electronic medical record, I printed a copy of the "Nurse – Sick

21  Call – Scheduled" entry for June 13, 2020. A true and correct copy of what I printed is

22  attached hereto as **Exhibit 40**.

23         57.     I also reviewed the electronic medical record for more recent healthcare

24  encounters for J.S.H. According to the electronic medical record, on July 21, 2020, J.S.H.

25  saw RN Hilda Graciano. The "Nurse – Sick Call – Scheduled" encounter notes list "No"

26  in response to the prompt: "Are interpreter services needed for this inmate*:" It is unclear

27  how RN Graciano and J.S.H. communicated. Using the "Print this screen" button in the

28  electronic medical record, I printed a copy of the "Nurse – Sick Call – Scheduled" entry

for July 21, 2020. A true and correct copy of what I printed is attached hereto as **Exhibit 41**.

### HEALTH NEEDS REQUESTS OF DEAF CLASS MEMBERS

████████████  ADC No. ██████  (identified below as "W.D.")

58.    On August 4, 2020, I reviewed the electronic medical record for W.D, a class member in the custody of the ADC.

59.    According to the electronic medical record, on May 24, 2018, W.D. submitted a Health Needs Request ("HNR"). In the section that says, "Describe your medical/dental treatment issue need in the space below," the following is handwritten: "Please I want to know fix Hurt Dental Ok I am Deaf THANK YOU Nice." Below that is written, in what appears to be different hand writing, "No teeth – dentures."



60.    From the electronic medical record, I downloaded and printed a copy of the May 24, 2018, HNR. A true and correct copy of what I printed is attached hereto as **Exhibit 42**.

████████████  ADC No. ██████  (identified below as "F.L.H.")

61.    On August 7, 2020, I reviewed the electronic medical record for F.L.H., a class member in the custody of the ADC.

62.    According to the electronic medical record, on October 30, 2019, F.L.H. submitted an HNR. In the section that says, "Describe your medical/dental treatment issue need in the space below," the following is handwritten: "I'm very Allergic to Blach [sic]

also I have very Bad Rash all over my Body, neck, foot. I has not slove [sic] yet. can you guy Help me Thank you."



63.     According to the electronic medical record, on November 1, 2019, F.L.H. submitted another HNR. In the section that says, "Describe your medical/dental treatment issue need in the space below," the following is handwritten: "my hear aids is kind hurts and Bother me a lot also I must have special mold Ear aids That mold Help Lot Better! Help me I'm Deaf Thank you."



64.     From the electronic medical record, I downloaded copies of the October 30 and November 1, 2019, HNRs submitted by F.L.H. True and correct copies of what I printed are attached hereto as **Exhibit 43**.

███████████████, ADC No. ███████ (identified below as "C.P.")

65.     In their Response to Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation, Defendants state that C.P. "submitted only one sick call request, on January 14, 2015, complaining that he had 'trouble urinating, was seen on January 2015, and was provided medication." [Doc. 3673 at 15]

66.     On August 5 and 7, 2020, I reviewed the electronic medical record for C.P. I clicked on the "Other" tab and then on "Electronic Documents/Images." That lists five

HNRs submitted between December 2014 and February 2016. A true and correct copy of that list is attached hereto as **Exhibit 44**.

67.     The first HNR is dated December 19, 2014, and was scanned into the medical record on January 14, 2015. In the section that states, "Describe your medical/dental treatment issue need in the space below," the following is handwritten, "I can feel and see my right testicles is/are looks like fatty lumps, tick, or herpes. I was wondering are/is that why I have a problem not able to hold urinate and waited until it's done before I zip the zipper up, Also the penis size shrink. Is that why that the thing swim inside my right testicles to cause it? Or is it a prostate cancer eating my right testicle?"

```
AREA OF INTEREST(Check only one block below)/AREA DE INTERES(MARQUE UN ESPACIO SOLAMENTE) ☐ Medical/Médica ☐ Dental ☐ FHA
☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☒ Other (specify)/Otros (especifique) __Pysical exam__
PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED
PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de
abajo. Describa claramente y sea especifico. ¡NO USE MAS HOJAS!]
```

I can feel and see my right testicles is/are looks like fatty lumps, tick, or herpes. I was wondering are/is that why I have a problem not able to hold urinate and waited until it's done. Before I zip the zipper up, Also the penis size shrink. Is that why that the thing swim inside my right testicles to cause it? or is it a prostate cancer eating my right testicle?

68.     From the electronic medical record, I downloaded a copy of the December 19, 2019, HNR submitted by C.P. A true and correct copy of what I printed is attached hereto as **Exhibit 45**.

███████, ADC No. ███████   (identified below as "K.P.")

69.     On August 7, 2020, I reviewed the electronic medical record for K.P., a class member in the custody of the ADC.

70.     On January 7, 2020, K.P. completed an HNR that states, "I DON'T FEEL GOOD UPSETTING SMOTACH [SIC] AND FEEL LIKE VOMIT. I AM DEAF CANNOT HEAR OR TALK."

> PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]
>
> I DONT FEEL Good UPSETTING SMOTACH AND FEEL LIKE VOMIT. I AM DEAF CANNOT HEAR OR TALK.

71.    According to the electronic medical record, on January 29, 2019, K.P. completed an HNR that states, "I am Deaf. I have no way to communicate hearing people. I need a T.V. I'm Lonely and I can' hear the music Radio. T.V. help me to watch. Thank you for your time."

> AREA OF INTEREST *(Check one block below)*/**AREA DE INTERES** *(MARQUE UN ESPACIO SOLAMENTE)* ✓ Medical/Médica   Dental   FHA
> Pharmacy/Farmacia   Mental Health/Salud Mental   Eyes/Ojos   Other *(specify)*/Otros *(especifique)*
> PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]
>
> I AM Deaf. I have no way to Communicate heaving People. I need a T.V. I'm Lonely and I can't hear the Music RAdio. T.V. help Me to watch. THANK You for Your time.

72.    On February 25, 2020, K.P. completed an HNR stating, "My Both ears hurt. please check and headache Thank you for your time. *I am Deaf. Need have American Sign Language interpreter Due to communicate. Thank you."

> AREA OF INTEREST *(Check only one block below)*/**AREA DE INTERES** *(Marque Un Espacio Solamente)* ☒ Medical/Médico   ☐ Dental   ☐ FHA
> ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other *(specify)*/Otros *(especifique)*
> PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]
>
> My Both eARS HuRt. please check Aud headache Thank you for YOUR Time. *I AM Deaf. Need have AMERICAN Sign LANGUAge interpreter DUe to Communicate. THANK You!

73.    From the electronic medical record, I downloaded and printed copies of the January 7, 2020; January 29, 2019; and February 25, 2020, HNRs submitted by K.P. True and correct copies of what I printed are attached hereto as **Exhibit 46**.

1   ███████   ADC No. █████ (identified below as "F.L.")

2   74.   On August 7, 2020, I reviewed the electronic medical record for F.L., a class

3   member in the custody of the ADC.

4   75.   According to the electronic medical record, on May 15, 2020, F.L.

5   completed an HNR stating, "American with Disabilities Act Policy. ADA reasonable

6   accommodation; 108.02.1.1.3, 108.02.1.1.4 I am requesting a reasonable accommodation

7   under the American with Disabilities Act. I would like to request approve for alarm clock

8   with vibration and vibration watch to alert me by vibration, use for daily tasks, and wake

9   up. I have to wait until I receive my request approve from you before my family will order

10   for me to get alarm clock with vibration and vibration watch from Hear More Products for

11   the deaf and hard of hearing company. Thank you for your consideration while I await

12   your respone [sic] patiently."

13



22   76.   According to the electronic medical record, on July 6, 2020, F.L. completed

23   an HNR that states, "since 2 month I have been wait fill back top toot but now I have

24   other need fill front tooth so it is pain. I am requesting accommodation under American

25   with Disabilities Act. I need an American sign language interpreter for effective

26   communicate for important with dental at the appointment. Thank you. [sic]"

27

28

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

*2 month*
Since I have been wait fill my back top tout but now I have other need fill Front tooth so it is pain. I am requesting accommodation under Americca with Disabilities Act. I need an american sich language interpreter for effective communicate for important with dental at the appointment. Thank You

77.     From the electronic medical record, I downloaded and printed copies of the May 15 and July 6, 2020, HNRs submitted by F.L. True and correct copies of what I printed are attached hereto as **Exhibit 47**.

█████████ ADC No. ██████ (identified below as "S.C.")

78.     On August 7, 2020, I reviewed the electronic medical record for S.C., a class member formerly in the custody of the ADC (now deceased).

79.     According to the electronic medical record, on August 22, 2016, S.C. completed an HNR that states, "I am requesting to be sent to TEMPE HOSPITAL to put ~~bando~~ both wooden flat stick (on top squeeze abit and under) hold for other Doctor to wrap bandage casting because the bone spiral [sic] is bent. TILL 3 month, recheck bone sprial [sic] to be flat. If not – 3 to 6 months. Right hand." There is a drawing of a hand.



80.     On January 28, 2019, S.C. completed an HNR that states, "CANCELS START REISSUED RESOURCE DIET ID card LA20 MILK/RESOURCE ████

1    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ per day milk resource ▮▮▮▮

2    ▮▮▮ NOTIFY KITCHEN."



PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramente y sea específico.  ¡NO USE MAS HOJAS!]

CANCELED   START  REISSUED  RESOURCE DIET ID card
MILK / RESORCE
2 per day milk/resorce
NOFITY KITCHEN

I understand that, per ARS 31-201.01, I will be charged a $4.00 Hea...

81.    From the electronic medical record, I downloaded and printed copies of the August 22, 2016, and January 28, 2019, HNRs submitted by S.C. True and correct copies of what I printed are attached hereto as **Exhibit 48**.

▮▮▮▮▮▮ ADC No. ▮▮▮▮ (identified below as "R.S.")

82.    In their Response to Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation, Defendants state that R.S., a class member in ADC custody, "submitted 23 HNRs between December 2014 and May 2020." [Doc. 3673 at 25]

83.    On August 7, 2020, I reviewed the electronic medical record for R.S. I clicked on the "Other" tab and then on "Electronic Documents/Images." That lists 54 HNRs submitted between December 2014 and May 2020. A true and correct copy of the "Electronic Documents/Images" list is attached hereto as **Exhibit 49**.

84.    According to the electronic medical record, on April 20, 2017, R.S. completed an HNR that states, "C.S <u>was</u> change stories. I Dont understand ABout it. BuT <u>I can't Read and Far</u>. <u>I</u> need <u>New Glasses</u>, Because Kingman Hu Dont Get From Fixed my Glasses WHy I Am move to Eyman Cook (12·April·2017) I Dont Feel with C.S. Dont understand it. <u>please</u> <u>Right</u> <u>Now</u> <u>I need it</u>. I AM DEAF AND MUTE."

85.     Using the "Print this screen" button in the electronic medical record, I downloaded and printed a copy of the April 20, 2017, HNR submitted by R.S. True and correct copies of what I printed are attached hereto as **Exhibit 50**.

**HEALTH NEEDS REQUESTS OF MONOLINGUAL SPANISH SPEAKERS**

▮, ADC No. ▮ (identified below as "F.A.H.")

86.     On August 7 and 17, 2020, I reviewed the electronic medical record for F.A.H., a class member in the custody of the ADC.

87.     I reviewed the ten most recent HNRs for F.A.H., submitted between February and August 2020. Eight of the ten are written in Spanish. The two that are in English, dated April 16, 2020, and May 18, 2020, appear to be in handwriting that is different from the eight HNRs that are in Spanish.



88.     I downloaded and printed a copy of the April 16, 2020, HNR submitted by F.A.H. True and correct copies of what I printed are attached hereto as **Exhibit 51**.

89.     According to the electronic medical record, on October 24, 2019, staff recorded a health service request from F.A.H. Written in the "Inmate Health Issue" field of the "Health Service Requests" tab is "HSR: Quiero hablar con la sicolay a por favor. Pero si me van a cobrar, no se tomen la molestia de hablarime. Google Translation: I want to speak with the psycholay to please. But if they are going to charge me, do not bother to talk to me." The corresponding HNR scanned to the electronic medical record has the name "███████████" and the ADC number "██████" written in Section I of the form. In Section II is written, "I'm still having trouble sleeping and would like to talk to psych."

90.     According to the electronic medical record, on April 12, 2020, staff recorded a health service request from F.A.H. Written in the "Inmate Health Issue" field of the "Health Service Requests" tab is "La rason por lo cual estoy pidiendo estos lentes es porque los ocupo. Ami se me quebraron en el mes de mayo del mes de Junio del 2019 de ese entonses estoy pidiendo, que me den un remplaso. no estoy pidieno aser una sita Translation: The reason why I am ordering these glasses is because I use them. Ami they broke me in the month of May of the month of June 2019 of that then I am asking, that they give me a replacement. I'm not asking to be an appointment." It is unclear who completed the translation.

PLEASE PRINT!  Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES.  [POR FAVOR, ESCRIBA EN IMPRENTA!  Describa su tratamiento o necesidad médica/dental en el espacio de abajo.  Describa claramene y sea específico.  ¡NO USE MAS HOJAS!]

La rason por lo cual estoy pidiendo estos Lentes es porque los ocupo. Ami se me quebraron en el mes de Mayo O del mes de Junio del 2019 De ese entonses estoy pidiendo, que me den un RemplaSo. No estoy pidiendo Aser una Sita

91.     Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Health Service Requests" screen for F.A.H. I also downloaded and printed copies of the October 24, 2019, and April 12, 2020, HNRs submitted by F.A.H. True and correct copies of what I printed are attached hereto as **Exhibit 52**.

1    █████████, ADC No. █████ (identified below as "C.L.")

2    92.    In their Response to Plaintiffs' Motion to Enforce Paragraph 14 of the

3 Defendants state that C.L. "submitted five HNRs between November 2015 and December

4 2019." [Doc. 3673 at 23]

5    93.    On August 7, 12, and 17, 2020, I reviewed the electronic medical record for

6 C.L., a class member in the custody of the ADC. I clicked on the "Other" tab and then on

7 "Electronic Documents/Images." That lists ten HNRs submitted between November 2015

8 and December 2019. However, it appears that there were only nine HNRs submitted

9 because the scanned document associated with the November 22, 2015, Health Needs

10 Request entry is a refusal form and not a health needs request form.

11    94.    A true and correct copy of the "Electronic Documents/Images" list is

12 attached hereto as **Exhibit 53**.

13    95.    According to the electronic medical record, on March 21, 2016, C.L.

14 completed an HNR that states, "Yo necesito un arreglo volcar ya que mi voba le falta

15 alguna diente eso no puedo masticar. Solo tengo tres diente arriba y dos diente abajo, por

16 favor alludame con mi voca necesito esa pieza bocar. Gracia por su atencion dental?" In

17 the corresponding "Health Service Requests" tab entry, in the "Inmate Health Issue"

18 section is written: "Extraction TimeStamp: 24 March 2016 12:46:42 --- User: Gabrielle

19 Rodriguez (RODGA01)."

20 PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

21 Yo necesito un ARReglo VolcAR YA que mi

22 VocA le FALTA AlguNA DieNte Eso no Puedo

23 NAsticAe, solo tengo tres dieNte ARRiБA

24 y dos dieNte ABAJO, Por FAVoR AlludANe

25 coN mi VocA necesito EgA PieZA bocAe

    gRAciA PoR su AteNcioN DeNtAl ?

26    96.    Using the "Print this screen" button in the electronic medical record, I

27 printed a copy of the "Health Service Requests" tab for C.L. I also downloaded and

28

1   printed copies of the November 22, 2015, refusal form and the March 21, 2016, HNR for

2   C.L. True and correct copies of what I printed are attached hereto as **Exhibit 54**.

3        97.    According to the electronic medical record, C.L. submitted an HNR dated

4   August 1, 2019. The request is written in English in handwriting that appears to be

5   different than that on the HNR submitted on March 21, 2016.

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. ¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!

I would like to see My Doctor, For my Hernia. I have been having this problem For Almost 4 years now, I need surgery and have needed it For 4 years now this Facility is aware of my medical issue and has failed to take my medical issue serious, this is A grave matter that needs to be looked into, (2) I will also need copies of my medical File For the last 4 years In regards to this issue, if this Medical Tech Fail to resolve my medical issue, this Medical is violating my constitutional Right under the color of Law, I am in serious pain and am in need of serious medical attention. please look into this matter with grave concern. Respectfully submitted!

Date: 8-1-19

13        98.    I downloaded and printed copies of the August 2, 2019, HNR for C.L. True

14   and correct copies of what I printed are attached hereto as **Exhibit 55**.

16   █████████████   ADC No. ████████   (identified below as "D.M.")

17        99.    On August 7 and 17, 2020, I reviewed the electronic medical record for

18   D.M., a class member in the custody of the ADC.

19        100.   In their Response to Plaintiffs' Motion to Enforce Paragraph 14 of the

20   Defendants state that on December 2, 2019, D.M. submitted an HNR that "is particularly

21   detailed": "I work in the kitchen, on Friday when it was raining I slipped and fell with the

22   water. My right knee hurts because I landed on it and my left hand and it hurt my left

23   shoulder, my left hip also hurts, left side of my neck also. I have a lot of pain. S.M.I."

24   [Doc. 3673 at 24] The handwriting on this HNR appears to be different than the

25   handwriting on other HNR forms that can be found in the electronic medical record for

26   D.M.

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

I work in the kitchen, on friday when it was raining I slipped and fell with the water. my Right knee hurts because i landed on it and on my left hand and it hurt my left shoulder, my left hip also hurts, left side of my neck also. I have alot of pain.
S, M, I,

101.    I downloaded a copy of the December 2, 2019, HNR submitted by D.M. A true and correct copy of what I printed is attached hereto as **Exhibit 56**.

102.    According to the electronic medical record, on January 12, 2020, D.M. submitted an HNR that states, "Este es el segundo – HNR – preguntando que pasa con mi dieta. No e agarrado mi dieta por una semana. Necesito hablar – con algien. S.M.I. 'gracias.'" In the corresponding "Health Service Requests" tab entry, in the "Inmate Health Issue" section is written: "Translation: I need to be seen for my diet."

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramene y sea específico. ¡NO USE MAS HOJAS!]

Este es el segundo -HNR- Preguntando Que Pasa con mi dieta. No e agarrado mi dieta Por una semana. Necesito hablar- -con algien. S.M.I. "gracias"

103.    Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Health Service Requests" screen for D.M. I also downloaded and printed a copy of the January 12, 2020, HNR submitted by D.M. True and correct copies of what I printed are attached hereto as **Exhibit 57**.

▮▮▮▮▮▮  ADC No. ▮▮▮▮ (identified below as "J.F.B.")

104.    On August 7, 17, 18, and 19, 2020, I reviewed the electronic medical record for J.F.B., a class member in the custody of the ADC.

105.    I clicked on the "Other" tab and then on "Electronic Documents/Images." That lists 12 HNRs submitted between July 2018 and August 2020. I reviewed the 12 HNRs, two of which are in English and ten are in Spanish.

106.   In the electronic medical record's "Health Service Request" screen, a December 24, 2019, entry states, "HNR: Inmate submitted HNR in Spanish translated as: 'c/o stomach problem.'" There is no corresponding HNR scanned to the electronic medical record.

107.   According to the electronic medical record, on April 30, 2019, J.F.B. completed an HNR that states, "el motivo que les buelbo a escribir que sigo con el mismo problemas y no afuncionado como de bieron las pastillas que medieron sigo con la misma inchason e irritacion." In the "Plan of Action" section of the HNR is written, "you are scheduled to see provider today for this issue." In the corresponding May 7, 2019, "Health Service Requests" tab entry, in the "Inmate Health Issue" section is written: "HNR WRITTEN IN SPANISH- THE REASON I'M WRITING AGAIN IS BECAUSE I'VE BEEN HAVING THE SAME PROBLEMS AND THE MEDICATION HAS NOT BEEN WORKING LIKE IT SHOULD."

108.   Using the "Print this screen" button in the electronic medical record, I printed a copy of the "Electronic Documents/Images" and "Health Service Requests" screens for J.F.B. I also downloaded and printed a copy of the April 30, 2019, HNR submitted by J.F.B. True and correct copies of what I printed are attached hereto as **Exhibit 58**.

███████████, ADC No. ███████ (identified below as "C.M.")

109.   On August 7 and 17, 2020, I reviewed the electronic medical record for C.M., a class member in the custody of the ADC.

110.   According to the electronic medical record, on December 7, 2017, C.M. completed an HNR that states, "The rason.Im.writen.that.medical (HNR) is.because.the doctor.from here.unit rast medical.he taken away.one of.my.prescriptions.about feminizing .treatment of (G.I.D) estrogen hormos – Im still on taken.for my.treatment.from.the (endocrinology) attentions with.the doctor.HU.SUN.especialist.from. (G.I.D) trangender unit.Rast.on cut.one

on.my.treatment.now.Im taken.incomplet Im.start.with.bad.mental disordor's I'm under

on suicide watch because.missing on me.the (G.I.D) estrogen hormos. Im need

start.that.back.or.Im.need to see soom.possible.(Doc.Jeusun endrocinolog, P.H.X." In the

corresponding December 9, 2017, "Health Service Requests" tab entry, in the "Inmate

Health Issue" section is written: "Requesting Feminizing treatment of Estrogen hormones

that the IM states has been taken away from him. IM states that a medical provider took

them when his transformation is incomplete. IM states that is why he is on Mental health

watch."

111.   According to the electronic medical record, on September 2, 2019, C.M.

completed an HNR that states, "I have a Bad Flue [sic] It Dont [sic] Let me Breath [sic]

and a Bad Coff [sic] and mucha Tos."

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.  Be clear and specific.  NO ADDED PAGES. [¡POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I have a Bad Flue It Dont Let me Breath and a Bad Coff and muchA Tos

112.   Using the "Print this screen" button in the electronic medical record, I

printed a copy of the "Health Service Requests" screens for C.M. I also downloaded and

printed copies of the December 7, 2017, and September 2, 2019, HNRs submitted by C.M.

True and correct copies of what I printed are attached hereto as **Exhibit 59**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 24, 2020, in Orrick, Missouri.

_____

Amber Norris

| | |
|---|---|
| 1 | **ADDITIONAL COUNSEL:** |
| 2 | |

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
             echo@aclu.org
             mmorris@aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.
**Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     jkeenan@acluaz.org
             carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

1
2
3
4

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

5
6
7
8
9
10
11

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

12
13
14

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    adietrich@azdisabilitylaw.org

15
16

*Attorneys for Arizona Center for Disability*
*Law*

17
18
19
20
21
22
23
24
25
26
27
28

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on August 24, 2020 I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                          Michael E. Gottfried
                           Lucy M. Rand
7                   Assistant Arizona Attorneys General
                     Michael.Gottfried@azag.gov
8                       Lucy.Rand@azag.gov

9                          Daniel P. Struck
                           Rachel Love
10                      Timothy J. Bojanowski
                        Nicholas D. Acedo
11                       Ashlee B. Hesman
                         Jacob B. Lee
12                       Timothy M. Ray
            STRUCK LOVE BOJANOWSKI & ACEDO, PLC
13                    dstruck@strucklove.com
                      rlove@strucklove.com
14                  tbojanowski@strucklove.com
                     nacedo@strucklove.com
15                    ahesman@strucklove.com
                       jlee@strucklove.com
16                     tray@strucklove.com

17                    *Attorneys for Defendants*

18

19                              s/ D. Freouf

20

21

22

23

24

25

26

27

28