**Index of Exhibits to the
Supplemental Declaration of Amber Norris**

| Exhibit | Description | |
|---|---|---|
| 1 | R.M. Medical Record: Nurse – Transfer – Receiving (June 27, 2019) | |
| 2 | R.M. Medical Record: Provider – Chronic Care (July 7, 2019) | |
| 3 | R.M. Medical Record: MH – Individual Counseling (September 5, 2019) | |
| 4 | R.M. Medical Record: Nurse – Sick Call – Scheduled (May 13, 2020) | |
| 5 | R.M. Medical Record: MH – Mid Level – Scheduled (May 28, 2020) | |
| 6 | R.M. Medical Record: Provider – Chronic Care (June 24, 2020) | |
| 7 | R.M. Medical Record: Dentist – Routine Treatment (July 16, 2020) | |
| 8 | A.N.B. Medical Record: Nurse – Transfer – Receiving (May 29, 2019) | |
| 9 | A.N.B. Medical Record: MH – Mid-Level – Scheduled (December 31, 2019) | |
| 10 | A.N.B. Medical Record: MH – Individual Counseling (June 4, 2019) | |
| 11 | A.N.B. Medical Record: MH – Individual Counseling (May 27, 2020) | |
| 12 | A.N.B. Medical Record: Provider – Return from Offsite (July 2, 2020) | |
| 13 | G.G. Medical Record: Dental – Intake Exam (September 25, 2019) | |
| 14 | G.G. Medical Record: Provider – Chronic Care (September 17, 2019) | |
| 15 | G.G. Medical Record: Nurse – Sick Call – Unscheduled (September 20, 2019) | |
| 16 | G.G. Medical Record: Provider – Chronic Care (June 25, 2020) | |
| 17 | G.G. Medical Record: MH – Individual Counseling (July 13, 2020) | |
| 18 | J.R.P. Medical Record: Provider – Chronic Care (August 6, 2019) | |
| 19 | J.R.P. Medical Record: Provider – Follow Up Care (August 12, 2019) | |

| Exhibit | Description | |
|---|---|---|
| 20 | J.R.P. Medical Record: Provider – Chronic Care (April 28, 2020) | |
| 21 | J.R.P. Medical Record: Provider – Chronic Care (July 20, 2020) | |
| 22 | A.C. Medical Record: Provider – Sick Call – Scheduled (November 23, 2019) | |
| 23 | A.C. Medical Record: MH – Individual Counseling (March 15, 2019) | |
| 24 | A.C. Medical Record: Provider – Chronic Care (December 9, 2019) | |
| 25 | A.C. Medical Record: Provider – Chronic Care (May 22, 2020) | |
| 26 | A.C. Medical Record: Nurse – Return from Offsite (July 25, 2020) | |
| 27 | A.I. Medical Record: Nurse – Return from Offsite (November 22, 2019) | |
| 28 | A.I. Medical Record: Nurse – Sick Call – Scheduled (May 4, 2019) | |
| 29 | A.I. Medical Record: Provider – Follow Up Care (November 26, 2019) | |
| 30 | A.I. Medical Record: Nurse – Sick Call – Scheduled (July 3, 2020) | |
| 31 | C.B. Medical Record: Nurse – Treatment Call (January 16, 2020) | |
| 32 | C.B. Medical Record: Provider – Follow Up Care (January 15, 2020) | |
| 33 | C.B. Medical Record: Nurse – Treatment Call (January 17, 2020) | |
| 34 | C.B. Medical Record: Nurse – Sick Call – Scheduled (June 26, 2020) | |
| 35 | J.A. Medical Record: Nurse – ICS Response (January 1, 2020) | |
| 36 | J.A. Medical Record: Provider – Sick Call – Scheduled (December 27, 2019) | |
| 37 | J.A. Medical Record: MH – Treatment Plan (July 16, 2020) | REDACTED & UNDER SEAL |
| 38 | J.A. Medical Record: MH – Individual Counseling (August 12, 2020) | REDACTED & UNDER SEAL |
| 39 | J.S.H. Medical Record: Provider – Follow Up Care (June 23, 2020) | |

| Exhibit | Description | |
|---------|-------------|---|
| 40 | J.S.H. Medical Record: Nurse – Sick Call – Scheduled (June 13, 2020) | |
| 41 | J.S.H. Medical Record: Nurse – Sick Call – Scheduled (July 21, 2020) | |
| 42 | W.D. Medical Record: HNR (May 24, 2018) | REDACTED & UNDER SEAL |
| 43 | F.L.H Medical Record: HNRs (October 30 and November 1, 2019) | REDACTED & UNDER SEAL |
| 44 | C.P. Medical Record: Electronic Documents/Images | |
| 45 | C.P. Medical Record: HNR (December 19, 2014) | REDACTED & UNDER SEAL |
| 46 | K.P. Medical Record: HNRs (January 7, January 29, and February 25, 2020) | REDACTED & UNDER SEAL |
| 47 | F.L. Medical Record: HNRs (May 15 and July 16, 2020) | REDACTED & UNDER SEAL |
| 48 | S.C. Medical Record: HNRs (August 22, 2016, and January 28, 2019) | REDACTED & UNDER SEAL |
| 49 | R.S. Medical Record: Electronic Documents/Images | |
| 50 | R.S. Medical Record: HNR (April 20, 2017) | REDACTED & UNDER SEAL |
| 51 | F.A.H. Medical Record: HNR (April 16, 2020) | REDACTED & UNDER SEAL |
| 52 | F.A.H. Medical Record: HNRs (October 24, 2019, and April 12, 2020) | REDACTED & UNDER SEAL |
| 53 | C.L. Medical Record: Electronic Documents/Images | |
| 54 | C.L. Medical Record: Health Service Requests tab; refusal form (November 22, 2015); and HNR (March 21, 2016) | REDACTED & UNDER SEAL |
| 55 | C.L. Medical Record: HNR (August 2, 2019) | REDACTED & UNDER SEAL |
| 56 | D.M. Medical Record: HNR (December 2, 2019) | REDACTED & UNDER SEAL |
| 57 | D.M. Medical Record: Health Service Requests tab and HNR (January 12, 2020) | REDACTED & UNDER SEAL |
| 58 | J.F.B. Medical Record: Electronic Documents/Images screen; Health Service Requests screen; and HNR (April 30, 2019) | REDACTED & UNDER SEAL |
| 59 | C.M. Medical Record: Health Service Requests screen and HNRs (December 7, 2017, and September 2, 2019) | REDACTED & UNDER SEAL |

# Exhibit 1

# Health Services Encounter

CHSS027C

Tuesday August 04, 2020 08:25:07

## Encounter Header

|  |  |
|---|---|
| Date*: 06/27/2019 | Start Time*: 14:53:46 |
| End Date*: 06/27/2019 | End Time*: 14:55:19 |
| Category: Nursing | |
| Type*: Nurse - Transfer - Receiving | Encounter Close Date: 06/27/2019 |
| Location*: ASPC-L COMPLEX LEWIS [L00] | Encounter Close Time: 14:59:26 |
| Setting*: Clinic | |
| Staff Member*: Kasimoff, Terry | |
| Title: Lic Practical Nurse | |
| Form Type: | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:
Healthcare Staff Used for Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

PT transferred from C43, face to face eval completed at CIP upon arrival, TRANSFER MED SHEET, CHART received, medications that were received and visualized are APAP PRN (0, REFILL ORDERED), SIMVASTATIN (24), METFORMIN (17), PT IS IN POSSESSION OF HIS KOP's. Pt verbalized no other current Medical, MH, or Dental issues. Chart review complete.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14:55 | 98.5 | 74 | 16 | 5 7 | 169 | 121 | 76 | NA | 26.47 | 97.00 | INTAKE VS |

### Objective Notes

Ambulates under own power, no acute distress, able to verbally communicate without any issue.

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 9 of 9)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known | | | Patient Reported | 03/30/2018 | 03/30/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | Drug Allergies) | | | | | |
| 002 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 07/07/2019 | 03/30/2018 |
| 003 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 03/30/2018 | 03/30/2018 |
| 004 | Mental Health | Mental Health | SNOMED: 310495003 - Mild depression (disorder) | Unspecified depressive disorder [F32.9] | Assessed | 04/17/2018 | 04/17/2018 |
| 005 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 04/17/2018 | 04/17/2018 |
| 006 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 08/27/2018 | 08/27/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 236070005 - Simple constipation (disorder) | Constipation, unspecified [K59.00] | Assessed | 02/12/2019 | 02/12/2019 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/12/2019 | 02/12/2019 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 299709002 - Dental abscess (disorder) | Pulpitis [K04.0] | Assessed | 03/21/2019 | 03/21/2019 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

DEFERRED

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 3 of 3)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| APAP (UD) TABS (Tylenol)/325 Mg 🔶 | RxNorm: 313782 - Acetaminophen 325 MG Oral Tablet; | 06/20/2019 | 2 tabs | THREE TIMES DAILY AS NEEDED | 10/17/2019 | Profile Only For Pharmacy. Request Refill When Needed. (HR) |
| SIMVASTATIN TABS (Zocor)/20 Mg 🔶 | RxNorm: 312961 - Simvastatin 20 MG Oral Tablet; | 04/14/2019 | 1 tab | EVERY EVENING | 10/10/2019 | Received from Pharmacy |
| METFORMIN HCL TABS (Glucophage)/500 Mg 🔶 | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 04/14/2019 | 1 tab | EVERY EVENING | 10/10/2019 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|-----------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

## Patient Transfer Holds

| Type | Expiration Date | Status |
|------|-----------------|--------|
| No Rows Found | | |

☐ Qualifies for   ☐ Qualifies for   ☐ Qualifies for
340B - Hep B    340B - Hep C    340B - HIV

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

Referred to provider for CC. Forwarded to CC nurse for tracking. There are not any medical restrictions noted at this time preventing the pt. from being housed on the yard.

## Patient Education

### Patient Education Notes

Inmate orientation to medical services handout reviewed with the pt. and the pt. was given a copy. Pt was instructed that HNR's go in BLUE BOXES. If he has med. Emer. to let officer/nursing know. Pt verbalized understanding.

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified

☑ Current Medical Problem List verified (or Patient has no Medical Problems)

☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified

☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:   2

Mental:   3D-Outpatient-Recently Off Meds-Monitoring Only        Prognosis:

SMI:   N-No

Dental:   U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:   No Review Required        Review Staff:   Unknown

### Review Notes

None

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 06/27/2019        Time: 14:59:26        User: Terry Kasimoff (KASTE01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-L COMPLEX LEWIS | Lic Practical Nurse |
| ASPC-L STINER UNIT I | Lic Practical Nurse |
| ASPC-L STINER CDU | Lic Practical Nurse |
| ASPC-L MOREY CDU | Lic Practical Nurse |
| ASPC-L BARCHEY UNIT# | Lic Practical Nurse |
| ASPC-L BACHMAN CDU | Lic Practical Nurse |
| ASPC-L IPC | Lic Practical Nurse |
| ASPC-L BUCKLEY SU | Lic Practical Nurse |
| ASPC-L MOREY TRNST | Lic Practical Nurse |
| ASPC-L RAST MAX | Lic Practical Nurse |
| ASPC-L MOREY UNIT | Lic Practical Nurse |
| ASPC-L SUNRISE UNIT | Lic Practical Nurse |
| ASPC-L BARCHEY MDM I | Lic Practical Nurse |
| ASPC-L BUCKLY UNT I | Lic Practical Nurse |
| ASPC-L BARCHEY MED PS | Lic Practical Nurse |
| ASPC-L RAST CLOSE | Lic Practical Nurse |
| ASPC-L BACHMAN MDM I | Lic Practical Nurse |
| ASPC-L BCHMN MXD 2 # | Lic Practical Nurse |
| ASPC-L EAGLE POINT MN GP | Lic Practical Nurse |
| ASPC-L RAST CLOSE MGMT | Lic Practical Nurse |
| ASPC-L SUNRISE PC # | Lic Practical Nurse |

Show Add History

# Exhibit 2

# Health Services Encounter

CHSS027C

Tuesday August 04, 2020 08:43:37

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/07/2019 | Start Time*: | 14:18:18 |
| End Date*: | 07/07/2019 | End Time*: | 14:23:49 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 07/07/2019 |
| Location*: | ASPC-L COMPLEX LEWIS  [L00] | Encounter Close Time: | 14:44:38 |
| Setting*: | Clinic | | |
| Staff Member*: | Simpson, Emma | | |
| Title: | Medical Doctor | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes
What type of interpreter services were used for the encounter*:
Healthcare Staff Used for Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

This is a year old male inmate is being seen today at Chronic Care for a follow up visit for LTBI.

Date of Positive PPD: 3/30/2018
Last CXR & Result:
The following XRay Results were processed on 04/04/2019 08:01
There is no evidence of an active pulmonary parenchymal or pleural disease process. The cardiovascular silhouette is within normal limits. There is no evidence of active TB.
No Active Disease with no TB
Negative
Signed by Weiss, Justin MD at Apr 4 2019 7:52AM
A productive cough for more than 3 weeks? No
Hemoptysis? No
Unexplained weight loss? No
Fever, Chills, or night sweats for no known reason? No
Persistent shortness of breath? No
Unexplained fatigue? No
Chest Pain? Yes

C/o CP on exertion but that does not resolve with rest and can happen at rest.  The patient is HOH and is not a great historian, therefore it was very difficult to get an accurate history from him.
He describes the pain as "needle-like" and points to his L sternal area when asked to describe it.
EKG reviewed, no evidence of prior MI or ischemia and no evidence of LVH or axis deviation.
Last Hb A1c was 5.5%.  Currently taking metformin.
On simvastatin.  Last ASCVD risk was 10.8%, with statin the number is the same.

General: denies fever, chills, fatigue, poor appetite, alcohol, IVDU, tattooing, tobacco use, weight changes.
Resp: as above
GI: denies abdominal pain, abdominal distension, constipation, bloating, diarrhea, nausea, vomiting, hematemesis, hematochezia or melena.
Integument: denies urticaria, pruritis, jaundice, ecchymosis, varicosities.
Neurologic: denies tremors, paresthesias, numbness, seizures, confusion, somnolence.
Psych: denies anxiety, depression, suicidal ideation, mania

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| | | | | | | | | Not Taken | | | |

### Objective Notes

General: WDWN in NAD. Appears stated age
HEENT: NCAT. PERRL/EOMI. Conjunctivae are clear and lids are intact. Moist oral mucosa. Oropharynx without exudate, edema, hyperemia.
Chest: CTAB. No wheezing, no crackles. Nonlabored respirations and normal chest excursion.
Heart: S 1 S 2: regular rate and rhythm. No murmurs, rubs, or gallops.
GI: abdomen is soft, non-tender, non-distended. Bowel sounds auscultated in all four quadrants.
Musculoskeletal: Gait is normal but hampered by restraints. Patient ambulating without assistance. Extremities are warm to touch. Color good. No clubbing, cyanosis, or edema noted. No varicosities noted.
Neurological: Awake, alert, oriented to person, place, time, event. No tremors noted, able to follow commands. Speech is: clear. Ambulates with a walker.
Skin: Physiologic skin coloring, texture is smooth, warm, dry, intact.
Psych: Euthymic, calm, cooperative.

## Assessment

**Medical Diagnosis/Complaint** (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| Z23 | Encounter for immunization |

### Chronic Conditions Being Treated

Asthma: ☐     Coronary Artery Disease (CAD): ☐

Diabetes Type I: ☐     Diabetes Type II: ☐

Dyslipidemia: ☐     Hepatitis C: ☐

HIV/AIDS: ☐     Hypertension: ☐

Multiple Sclerosis (MS): ☐     Seizures, Epilepsy, or Convul.: ☐

Sickle Cell: ☐     Tuberculosis Active (TB): ☐

Tuberculosis Latent Inactive (LTBI): ☐

### Active Allergies/Health Problems/Conditions (1 - 8 of 8)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/30/2018 | 03/30/2018 |
| 003 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 03/30/2018 | 03/30/2018 |
| 004 | Mental Health | Mental Health | SNOMED: 310495003 - Mild depression (disorder) | Unspecified depressive disorder [F32.9] | Assessed | 04/17/2018 | 04/17/2018 |
| 005 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 04/17/2018 | 04/17/2018 |
| 006 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 08/27/2018 | 08/27/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 236070005 - Simple constipation (disorder) | Constipation, unspecified [K59.00] | Assessed | 02/12/2019 | 02/12/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/12/2019 | 02/12/2019 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 299709002 - Dental abscess (disorder) | Pulpitis [K04.0] | Assessed | 03/21/2019 | 03/21/2019 |

### Related Allergies/Health Problems/Conditions (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 171279008 - Immunization due (finding) | Encounter for immunization [Z23] | Assessed | 07/07/2019 | 07/07/2019 |

### Assessment Notes

#LTBI
#Non-cardiac chest pain
#Clained history of DM without any history of HbA1c in diabetic range

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 3 of 3)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| APAP (UD) TABS (Tylenol)/325 Mg 🔸 | RxNorm: 313782 - Acetaminophen 325 MG Oral Tablet; | 06/20/2019 | 2 tabs | THREE TIMES DAILY AS NEEDED | 10/17/2019 | Received from Pharmacy |
| SIMVASTATIN TABS (Zocor)/20 Mg 🔸 | RxNorm: 312961 - Simvastatin 20 MG Oral Tablet; | 04/14/2019 | 1 tab | EVERY EVENING | 10/10/2019 | Order Accepted at Pharmacy Vendor (SC) |
| METFORMIN HCL TABS (Glucophage)/500 Mg 🔸 | RxNorm: 861007 - metFORMIN HCl 500 MG Oral Tablet; | 04/14/2019 | 1 tab | EVERY EVENING | 10/10/2019 | Order Accepted at Pharmacy Vendor (SC) |

### Ordered Drug Prescriptions (1 - 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Pneumovax 23 Sdv Inj (Pneumococcal 23 Val Psac Vacc)/25/0.5 🔷 | RxNorm: 1658472 - 0.5 ML pneumococcal capsular polysaccharide type 1 vaccine 0.05 MG/ML / pneumococc... | 07/05/2020 | 0.5ml | USE AS DIRECTED | 08/03/2020 | Received from Pharmacy |
| Prevnar 13 Vaccine Inj (Pneumococcal 13 Val Conj Vacc) | RxNorm: 901644 - 0.5 ML Streptococcus pneumoniae serotype 1 capsular antigen diphtheria CRM197 prote... | 07/07/2019 | 1 vial | USE AS DIRECTED | 08/05/2019 | Received from Pharmacy |

**Lab Test Orders** (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Prior to Next Clinic | Successfully Sent Electronically to Vendor | | |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Prior to Next Clinic | Successfully Sent Electronically to Vendor | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 4 of 4)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 09/25/2019 | 14:18:18 | Health Services | Simpson, Emma | ASPC-L COMPLEX LEWIS |
| 09/25/2019 | 14:19:01 | Health Services | Generic, Lab Tech | ASPC-L STINER UNIT I |
| 09/25/2019 | 15:28:00 | Health Services | Simpson, Emma | ASPC-L COMPLEX LEWIS |
| 09/25/2019 | 15:29:00 | Health Services | Generic, Lab Tech | ASPC-L STINER UNIT I |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| | | | No Rows Found | |

### Plan Notes

MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'METFORMIN HCL TABS', Order Number: 1914910, Authorized By: Simpson, Emma, MD. Timestamp: 07/07/2019 14:27:17
MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'SIMVASTATIN TABS', Order Number: 1914914, Authorized By: Simpson, Emma, MD. Timestamp: 07/07/2019 14:34:24

#DM
Patient is not diabetic.
- Stop metformin.

#HLD
No evidence of any history of elevated lipids.
- Stop simva.
- Continue ASA

#LTBI
Last CXR negative

#Chest pain, noncardiac
Does not fit anginal patterns.  EKG normal.

1. History has been obtained and physical exam has been completed today.

2. Medicine profile was reviewed with the patient
Unecessary meds cancelled.

3. Encouraged a healthy lifestyle with balance between diet, rest, and exercise
eliminating unhealthy/health threatening habits ie:
a. tobacco use
b. illicit drug
c. alcohol abuse
d. poor caloric intake
e. non-compliance with medical regimen.

4. Encouraged a well-balanced diet.

5. Encouraged regular exercise within developmental/physical or other limitations at least 3 times per week.

6. Get adequate rest at least 7-8 hours daily.

[X ]RTC in [<180] Days once labs drawn.

[X]Laboratory studies were reviewed with the patient at today's visit.

[X ]New laboratory studies were ordered at today's visit.

[X] Diagnostic tests performed
None

[X] HCV treatment eligibility:
Uncertain at this time awaiting results of diagnostic tests
will review with HCV committee criteria when results available

[X]Age/developmental preventive health items for this patient are: (select appropriate categories) .
Age 21+, annual flu shot, weight, BMI, blood pressure check and other vaccinations as dictated by chronic illnesses
Age 40+ lipid screening, HbA1c screening
Ages 50-70: annual FOBT (colonoscopy q10 yrs if normal/abnormal as per GI recommendation)

Age 60: one time shingles vaccine

Pneumococcal vaccination
Age 65 and immunocompetent: PCV13 followed by PPSV 23 after one year
Immunocompromised: PCV13, followed by PPSV23 8 weeks later and PPSV23 Q5 years
Smoker: PPSV23 x 1 dose
Chronic liver disease: PPSV23 x 1 dose

Hepatitis Vacccination:
Recommended Hepatitis A & B vaccination

## Patient Education

### Patient Education Notes

Discussed with the patient who understands the plan of care.

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:   2
Mental:    3D-Outpatient-Recently Off Meds-Monitoring Only          Prognosis:
SMI:       N-No
Dental:    U-Unknown (Conversion)

**Classification and Security Notes**

None

## Encounter Orders Review

Review Type*:   Pending Nurses Order        Review Staff:   Slagle, Glennda, RN
Review Date:    07/07/2019                  Review Time:    18:57:00

**Review Notes**

RTC in <180d.
HbA1c and DP2 before clinic.
Stop simvastatin and metformin.
Continue ASA.
Prevnar 13, PPSV23 in one year.
TimeStamp: 7 July 2019 19:03:55 --- User: Glennda Slagle (SLAGE01)

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 07/07/2019          Time: 18:57:00          User: Glennda Slagle (SLAGE01)

| <u>Office/Facility of User on that date</u> | <u>Work Assignment</u> |
|---|---|
| ASPC-L COMPLEX LEWIS | Registered Nurse |
| ASPC-L STINER UNIT I | Registered Nurse |
| ASPC-L STINER CDU | Registered Nurse |
| ASPC-L MOREY CDU | Registered Nurse |
| ASPC-L BARCHEY UNIT# | Registered Nurse |
| ASPC-L BACHMAN CDU | Registered Nurse |
| ASPC-L IPC | Registered Nurse |
| ASPC-L BUCKLEY SU | Registered Nurse |
| ASPC-L MOREY TRNST | Registered Nurse |
| ASPC-L RAST MAX | Registered Nurse |
| ASPC-L MOREY UNIT | Registered Nurse |
| ASPC-L SUNRISE UNIT | Registered Nurse |
| ASPC-L BARCHEY MDM I | Registered Nurse |
| ASPC-L BUCKLY UNT I | Registered Nurse |
| ASPC-L BARCHEY MED PS | Registered Nurse |
| ASPC-L RAST CLOSE | Registered Nurse |
| ASPC-L BACHMAN MDM I | Registered Nurse |
| ASPC-L BCHMN MXD 2 # | Registered Nurse |
| ASPC-L EAGLE POINT MN GP | Registered Nurse |
| ASPC-L RAST CLOSE MGMT | Registered Nurse |
| ASPC-L SUNRISE PC # | Registered Nurse |

<u>Show Add History</u>

Exhibit 3

> The encounter date/time does not match the date/time the encounter information was entered. The encounter was entered on 09/06/2019 at 16:18:29.

CHSS027C                    # Health Services Encounter                    Tuesday August 04, 2020 08:46:20

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 09/05/2019 | Start Time*: | 11:45:00 |
| End Date*: | 09/06/2019 | End Time*: | 16:18:29 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 09/06/2019 |
| Location*: | ASPC-L STINER UNIT I  [L02] | Encounter Close Time: | 16:21:53 |
| Setting*: | Clinic | | |
| Staff Member*: | Baxter-Holland, Annette | | |
| Title: | Psych Associate Unlicensed | | |
| Form Type: | Mental Health Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

### Confidential Setting Comments

dayroom dorm 4

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Late entry IM was seen on 09/05/19 @ approximately 11:45am.
IM was seen for the scheduled contact in a private setting for approximately 6 mins. Im stated, " I am good no problems I stay busy with porter job." IM engaged well and reported no MH concerns. PA explored with Im how his MH score of a 3E can be adjusted to a MH2 if he agrees. PA explained that as a MH2 he can ask for MH when he needs MH. Im agreed to the MH score change to a mh 2. IM resources well and has a social circle of his own age group. IM presented stable and denied dTs/DTO. PA encouraged Im to continue on his positive progress and educated Im on enhancing coping skills through reading and exercise when stressors occur.

### AZ Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
○ Y                                              ○ N:
**Medication compliant:**none
○ N                                              ○ Y:
**Side effects:Inmate Comments/Chief Complaint:**

Rev #: 1179

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| Not Taken | | | | | | | | | | | |

**Objective Notes**

see checked boxes

**Mental Status Exam - Objective**

**Orientation:**
◉ Y          ○ N
◉ Y          ○ N
◉ Y          ○ N
◉ Y          ○ N
PersonPlaceTimeSituation
○ Poor      ○ Fair      ◉ Good
**Insight:**
○ Poor      ○ Fair      ◉ Good
**Judgment:**
○ Poor      ○ Fair      ◉ Good
**Sleep:**
○ Poor      ○ Fair      ◉ Good
**Appetite:**
◉ N          ○ Y:
**Abnormal movements:**
◉ N          ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:**☑ Adequate grooming & hygiene☑ Calm & cooperative☐ Angry/agitated☑ Normal social rhythm☐ Guarded☐ Other:**Mood/Affect:**☑ Stable affect/mood congruent☐ Flat☐ Expansive☐ Dysphoric☑ Euthymic mood☐ Other:**Speech:**☑ Unremarkable☐ Pressured☐ Loud☐ Soft spoken☐ Difficult to interrupt☐ Other:**Thought Form:**☑ Goal directed☑ Logical☑ Coherent☐ Circumstantial☐ Perseverative☐ Obsessional☐ Loosely associated☐ Tangential☐ Fragmented☐ Other:**Thought Content:**☑ No evident psychosis☐ Delusional content☐ Flight of ideas☐ Ideas of reference☐ Auditory hallucinations☐ Visual hallucinations☐ Paranoia☐ Other:**Cognitive functioning:**☑ No gross cognitive deficits apparent☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance):☐ Other:

Rev #: 1179

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 9 of 9)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/30/2018 | 03/30/2018 |
| 003 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 03/30/2018 | 03/30/2018 |
| 004 | Mental Health | Mental Health | SNOMED: 310495003 - Mild depression (disorder) | Unspecified depressive disorder [F32.9] | Assessed | 04/17/2018 | 04/17/2018 |
| 005 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 04/17/2018 | 04/17/2018 |
| 006 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 08/27/2018 | 08/27/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 236070005 - Simple constipation (disorder) | Constipation, unspecified [K59.00] | Assessed | 02/12/2019 | 02/12/2019 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/12/2019 | 02/12/2019 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 299709002 - Dental abscess (disorder) | Pulpitis [K04.0] | Assessed | 03/21/2019 | 03/21/2019 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 171279008 - Immunization due (finding) | Encounter for immunization [Z23] | Assessed | 07/07/2019 | 07/07/2019 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

IM presented as stable. His mood appeared euthymic. He denied SI/HI and does not appear to be a DTS/DTO at this time.

### Mental Health Progress Note - Assessment

○ Stable
○ Minimal improvement
○ Moderate improvement
○ Unchanged from last follow-up
○ Other:

**Assessment:Provisional Diagnosis:**deferred
  ○ N                                         ○ Y:

**Diagnosis:**

Rev #: 1179

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| APAP (UD) TABS (Tylenol)/325 Mg 🔶 | RxNorm: 313782 - Acetaminophen 325 MG Oral Tablet; | 06/20/2019 | 2 tabs | THREE TIMES DAILY AS NEEDED | 10/17/2019 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| | | | No Rows Found | |

**Plan Notes**

f/u per policy

**Mental Health Progress Note – Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):
○ N ○ Y:

Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**
● N ○ Y

**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**
● N ○ Y

~~Next appointment entered into this encounter?~~

Rev #: 1179

**Patient Education**

**Patient Education Notes**

encouraged Im to continue on his positive progress and educated Im on enhancing coping skills through reading and exercise when stressors occur. Adjusted MH score to a MH2

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

**Health Classification**

Medical: 2
Mental: 2-Previously received MH services               Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

**Encounter Orders Review**

Review Type*: Practitioner Review          Review Staff: Khilnani, Sonya
Review Date: 09/06/2019               Review Time: 16:28:22

**Review Notes**

TimeStamp: 6 September 2019 16:20:10 --- User: Sonya Khilnani (KHISO01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 09/06/2019        Time: 16:28:22        User: Sonya Khilnani (KHISO01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-F COMPLEX FLORENCE | Psychologist |
| ASPC-F CENTRAL I # | Psychologist |
| ASPC-F SOUTH UNIT | Psychologist |
| ASPC-F EAST UNIT | Psychologist |
| ASPC-F NORTH UNIT | Psychologist |
| ASPC-E SMU I NORTH | Psychologist |
| ASPC-F CB-KASSON CD# | Psychologist |
| ASPC-E COOK UNIT | Psychologist |
| ASPC-E COMPLEX EYMAN | Psychologist |
| ASPC-E MEADOWS CDU # | Psychologist |
| ASPC-E BROWNING UNIT | Psychologist |
| ASPC-F CENTRAL IPC | Psychologist |
| ASPC-E BROWNING D/RW | Psychologist |
| ASPC-E SMU I SOUTH | Psychologist |
| ASPC-E BROWNING MHW | Psychologist |
| ASPC-E SMU I CDU | Psychologist |
| ASPC-E RYNNING CLOS# | Psychologist |
| ASPC-E SMU I EAST | Psychologist |
| ASPC-E SMU I MHW | Psychologist |
| ASPC-E SMU BMU | Psychologist |
| ASPC-E MEADOWS MED | Psychologist |
| ASPC-F TEMPE ST.LUKES HOSP | Psychologist |
| ASPC-F KASSON MHU | Psychologist |
| ASPC-F MAX INTAKE | Psychologist |
| ASPC-E BRWN ENHANCED HSNG | Psychologist |
| ASPC-F CU RESTRICTIVE HSNG | Psychologist |
| ASPC-PV COMPLEX P-VILLE | Psychologist |
| ASPC-PV SAN PEDRO 1 | Psychologist |
| ASPC-PV LUMLEY 1 | Psychologist |
| ASPC-PV SANTA CRZ I | Psychologist |
| ASPC-PHX ALHAMBRA | Psychologist |
| ASPC-PHX FLAMENCO M.HLTH MALE | Psychologist |
| ASPC-PHX INMATE WRKR | Psychologist |
| ASPC-PHX BAKER WARD | Psychologist |
| ASPC-PHX FLAMENCO M. HLTH FEM | Psychologist |
| ASPC-PV LUMLEY CDU # | Psychologist |
| ASPC-F FLOR/GLOBE | Psychologist |
| ASPC-PHX ASPEN/SPU | Psychologist |
| ASPC-PV RECEPTION # | Psychologist |

| | |
|---|---|
| ASPC-PV SPEC. MANAG# | Psychologist |
| ASPC-PV MINORS # | Psychologist |
| ASPC-PV COMPLEX MHW | Psychologist |
| ASPC-PV SANTA ROSA | Psychologist |
| ASPC-PV PIESTEWA | Psychologist |
| ASPC-PV SPECIAL NEEDS | Psychologist |
| ASPC-PV SAN CARLOS | Psychologist |
| ASPC-PHX FLAMENCO M/H P/S | Psychologist |
| ASPC-PHX FLAMENCO M/H MAX LVL | Psychologist |
| ASPC-PHX FLAMENCO IDA WATCH | Psychologist |
| ASPC-PV LUMLEY DEATH ROW | Psychologist |
| ASPC-PV S. MARIA I | Psychologist |
| ASPC-PV WOMENS TRTMT SANTA MARIA | Psychologist |
| ASPC-PV LUMLEY II # | Psychologist |
| ASPC-T COMPLEX TUCSON | Psychologist |
| ASPC-T RINCON I | Psychologist |
| ASPC-T SANTA RITA | Psychologist |
| ASPC-T COMPLEX CDU | Psychologist |
| ASPC-T MINORS I | Psychologist |
| ASPC-T CIMARRON I | Psychologist |
| ASPC-T CIMARRON CDU | Psychologist |
| ASPC-T MANZANITA | Psychologist |
| ASPC-T MANZANITA CDU | Psychologist |
| ASPC-T WINCHESTR CDU | Psychologist |
| ASPC-T RINCON IPC | Psychologist |
| ASPC-T MANZANITA SNU | Psychologist |
| ASPC-T CIM TRNST | Psychologist |
| ASPC-T CIMARRON II | Psychologist |
| ASPC-T MINORS RCPTN | Psychologist |
| ASPC-T MINORS MAX # | Psychologist |
| ASPC-T RINCON MHW | Psychologist |
| ASPC-T RINCON MHU | Psychologist |
| ASPC-T CATALINA UNIT | Psychologist |
| ASPC-T WHETSTONE | Psychologist |
| ASPC-T WINCHESTER GP | Psychologist |
| ASPC-T RINCON SNU | Psychologist |
| ASPC-T CIM ICE TRNST | Psychologist |
| ASPC-D COMPLEX DOUGLAS | Psychologist |
| ASPC-D PAPAGO # | Psychologist |
| ASPC-D MOHAVE UNIT | Psychologist |
| ASPC-D GILA UNIT | Psychologist |
| ASPC-D MOHAVE CDU | Psychologist |
| ASPC-D EGGERS UNIT # | Psychologist |
| ASPC-L COMPLEX LEWIS | Psychologist |
| ASPC-L STINER UNIT I | Psychologist |
| ASPC-L STINER CDU | Psychologist |
| ASPC-L MOREY CDU | Psychologist |
| ASPC-L BARCHEY UNIT# | Psychologist |
| ASPC-L BACHMAN CDU | Psychologist |
| ASPC-L IPC | Psychologist |
| ASPC-L BUCKLEY SU | Psychologist |
| ASPC-L MOREY TRNST | Psychologist |
| ASPC-L RAST MAX | Psychologist |
| ASPC-L MOREY UNIT | Psychologist |
| ASPC-L SUNRISE UNIT | Psychologist |
| ASPC-L BARCHEY MDM I | Psychologist |
| ASPC-L BUCKLY UNT I | Psychologist |
| ASPC-L BARCHEY MED PS | Psychologist |
| ASPC-L RAST CLOSE | Psychologist |

| | |
|---|---|
| ASPC-L BACHMAN MDM I | Psychologist |
| ASPC-L BCHMN MXD 2 # | Psychologist |
| ASPC-L EAGLE POINT MN GP | Psychologist |
| ASPC-PHX COMPLEX PHOENIX | Psychologist |
| ASPC-S COMPLEX SAFFORD | Psychologist |
| ASPC-S GRAHAM UNIT | Psychologist |
| ASPC-S TONTO # | Psychologist |
| ASPC-S FORT GRANT | Psychologist |
| ASPC-S FG MILE DET | Psychologist |
| ASPC-W COMPLEX WINSLOW | Psychologist |
| ASPC-W CORONADO UNIT | Psychologist |
| ASPC-W KAIBAB I | Psychologist |
| ASPC-W WINSLOW CDU | Psychologist |
| ASPC-W APACHE UNIT | Psychologist |
| ASPC-W KAIBAB II # | Psychologist |
| ASPC-Y COMPLEX YUMA | Psychologist |
| ASPC-Y YUMA COCOPAH | Psychologist |
| ASPC-Y YUMA CHEYENNE | Psychologist |
| ASPC-Y DAKOTA I | Psychologist |
| ASPC-Y DAKOTA CDU | Psychologist |
| ASPC-Y YUMA LA PAZ | Psychologist |
| ASPC-Y YUMA CIBOLA | Psychologist |
| ASPC-Y YUMA CDU | Psychologist |
| ASPC-E BROWNING STG | Psychologist |
| ASPC-L RAST CLOSE MGMT | Psychologist |
| ASPC-Y DAKOTA CLOSE MGMT | Psychologist |
| ASPC-F CENTRAL CLOSE M/H | Psychologist |
| ASPC-F CENTRAL CLOSE | Psychologist |
| ASPC-L SUNRISE PC # | Psychologist |
| ASPC-E SMU BMU # | Psychologist |
| ASPC-T RESIDENTIAL MED HSG | Psychologist |
| ASPC-E RYNNING MED # | Psychologist |
| ASPC-E RYNNING MIXE# | Psychologist |
| PV-LUMLEY M/H # | Psychologist |
| ASPC-T SANTA RITA 2# | Psychologist |
| E-RYNNING CLOSE MGM# | Psychologist |

Show Add History

# Exhibit 4

CHSS027C            # Health Services Encounter       Tuesday August 04, 2020 08:57:22

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/13/2020 | Start Time*: | 09:57:12 |
| End Date*: | 05/13/2020 | End Time*: | 09:57:26 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Scheduled | Encounter Close Date: | 05/13/2020 |
| Location*: | ASPC-L STINER UNIT I [L02] | Encounter Close Time: | 10:06:38 |
| Setting*: | Clinic | | |
| Staff Member*: | STEPTOE, CHRISTOPHER | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-Skin | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 05/12/2020 | Nursing | Routine | Encounter Held |

### Subjective Notes

Request Date: 05/12/2020
I'm still suffering from some sort of dermatitis and the medication previously given is temporary help at best. please help!

**AZ NET - Skin: Subjective**

**Chief Complaint:**Itchy skin**Onset Date:**Location:

&#9675; Y      &#9675; N

**Have you had this problem before:**Describe:**Associated Factors:** □ Pain scale is now/10at worst/10What makes it better:What makes it worse: ☑ Redness ☑ Itching □ Tingling □ Tenderness □ Shave Bumps □ Fever □ Burning □ Swelling □ Rash □ Open or drainingDescribe: □ Recent injury to areaDate:Describe: □ Recent exposure to allergens/irritantsDate:Describe:**Current Medications: (mark all that apply)** □ Anticoagulants □ Steroids □ Other: □ Recent vaccination within last 7 daysWhat vaccination? □ New medication within past 30 daysWhat medication?**Pertinent Medical Conditions:** □ Eczema □ Shingles □ Diabetes □ MRSA □ Scabies □ Jock itch □ Immunocompromised □ Athlete's foot □ Decreased circulation □ IV drug use

Rev #: 1265

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|------|------|----------|
| 09:24 | 97.9 | 63 | 16 | 5  7 | 163 | 145 | 89 | NA | 25.53 | 98.00 | |

**Objective Notes**

Pin-point areas of redness noted on arms and leg. Red area on left neck noted -states it itches really bad.

**NET – Skin: Objective**

**Vital Signs: Call practitioner if T>100, P>100, or SBP<100.**

     ⊙ Y               ⊙ N

**Chronic care clinic:What Clinic(s):Location of skin condition:** ☐ Head☐ Trunk☐ Back☐ Genitals☐ R arm☐ L arm ☐ R hand☐ L hand☐ R leg☐ L leg☐ R foot☐ L footDescribe:**Skin:** ☑ Warm☑ Dry☐ Pale☐ Yellow☐ Cool☐ Cold☐ Hot☐ Red streak☐ Clammy☐ Scaly☑ Red☐ Cracking☐ Blisters☐ Tender to touch☐ Lice or nits seen☐ Mite tunnels ☐ Fresh needle tracks☐ BleedingDescribe:☐ SwellingDescribe:☐ Open areaDescribe:Size:mm☐ DrainageAmount:Describe:☐ OdorDescribe:☐ Embedded foreign objectDescribe:☐ RashSize:Describe:☐ Nail involvementDescribe:**Tests:**\* Fingerstick results are recorded in the Vital Signs section**Comments:**

Rev #: 1265

---

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|---------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | NKDA (No Known Drug | | | Patient Reported | 03/30/2018 | 03/30/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | Allergies) | | | | | |
| 003 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 03/30/2018 | 03/30/2018 |
| 004 | Mental Health | Mental Health | SNOMED: 310495003 - Mild depression (disorder) | Unspecified depressive disorder [F32.9] | Assessed | 04/17/2018 | 04/17/2018 |
| 005 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 04/17/2018 | 04/17/2018 |
| 006 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 08/27/2018 | 08/27/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 236070005 - Simple constipation (disorder) | Constipation, unspecified [K59.00] | Assessed | 02/12/2019 | 02/12/2019 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/12/2019 | 02/12/2019 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 299709002 - Dental abscess (disorder) | Pulpitis [K04.0] | Assessed | 03/21/2019 | 03/21/2019 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 171279008 - Immunization due (finding) | Encounter for immunization [Z23] | Assessed | 07/07/2019 | 07/07/2019 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 267433009 - Pure hyperglyceridemia (disorder) | Pure hyperglyceridemia [E78.1] | Assessed | 09/25/2019 | 09/25/2019 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 4831000119102 - Bilateral tinnitus (finding) | Tinnitus, bilateral [H93.13] | Assessed | 09/25/2019 | 09/25/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 165408006 - Full blood count abnormal (finding) | Abnormal finding of blood chemistry, unspecified [R79.9] | Assessed | 09/25/2019 | 09/25/2019 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 2556008 - Periodontal disease (disorder) | Periodontal disease, unspecified [K05.6] | Assessed | 10/10/2019 | 10/10/2019 |
| 015 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 01/13/2020 | 01/13/2020 |
| 016 | Mental Health | Mental Health | SNOMED: 48694002 - Anxiety (finding) | Adjustment disorder with anxiety [F43.22] | Assessed | 02/25/2020 | 02/25/2020 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

Alteration in skin integrity r/t redness

## Assessment - Nursing Diagnosis

**Nursing Diagnosis** ☐ Alteration in comfort ☑ Alteration in skin integrity ☐ Other **Related To** ☐ Abrasion ☐ Burn ☐
Infestation ☑ Other

redness

Rev #: 1265

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| Omeprazole Cap (Prilosec)/20MG ⚠️ | RxNorm: 198051 - omeprazole (as omeprazole magnesium 20.6 MG) 20 MG Delayed Release Oral Capsule;&nb... | 01/16/2020 | 1 cap | EVERY MORNING | 07/13/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 2 of 2)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| Absorbase Oin | | 05/13/2020 | 1 | TWICE DAILY AS NEEDED | 06/11/2020 | Received from Pharmacy |
| Triamcinolone Acetonide Cre (Aristocort A)/0.025% | RxNorm: 1085644 - triamcinolone acetonide 0.025 % Topical Cream; | 05/18/2020 | 1 | TWICE DAILY | 06/16/2020 | Discontinued - Other |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B   ☐ Qualifies for 340B - Hep C   ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| |
|---|
| NP Ndemanu notified. New orders given. |

**NET - Skin: Plan**

**Referral to medical practitioner**

○ No Referral to Provider Necessary
○ Routine Referral (To be seen within 14 days)
○ Urgent Referral (To be seen within 24 hours)
○ Emergent Referral (To be seen immediately)
☐ Other**Sick Call Follow Up** ☐ Mental Health ☐ None ☐ Practitioner ☐ Lab ☐ XRAY ☐ Nurse ☐ Dental**For any referral or follow up selected, please ensure the appropriate appointment is created.** ☐ Nursing Intervention**Continuity of Care:** ☐ Hot packs ☐ Referral to practitioner for open area with drainage ☐ Wound care ☐ RICE (Rest, Ice, Compress, Elevate) ☐ Referral to practitioner for multiple visits for same complaint ☐ Referred to practitioner for evaluation of enrollment in CCC ☐ Referral to practitioner for mite tunnels ☐ Referral to practitioner for lice or nits ☐ Custody notified of special needs ☐ Seen by practitionerTime:Name:Time: ☐ Contacted practitionerName:**Practitioner orders received**
○ Y          ○ N
☐ Read back practitioner orders**Medication:** ☐ O2 @LPM via ☐ KOP ☐ Medication administered ☐ Medication noted on MAR ☐ Steri strips: number placed:**Comments:**

Rev #: 1265

## Patient Education

### Patient Education Notes

Patient taught to notify medical of developing or worsening symptoms by filing an HNR or ICS.

### NET - Skin: Education

☑ Patient educated to contact medical if symptoms develop or worsen ☐ Written information provided ☑ Verbal information given ☑ The patient demonstrates an understanding of self-care, symptoms to report and when to return forfollow-up care.

Rev #: 1265

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:   2
Mental:    3D-Outpatient-Recently Off Meds-Monitoring Only                    Prognosis:
SMI:       N-No
Dental:    U-Unknown (Conversion)

### Classification and Security Notes

Medical: 2
Dental: Unknown (Conversion)
Mental Health: Outpatient-Recently Off Meds-Monitoring Only

## Encounter Orders Review

Review Type*:  Practitioner Review          Review Staff:  Ndemanu, Jane Frances
Review Date:   05/17/2020                   Review Time:   18:41:53

### Review Notes

TimeStamp: 17 May 2020 18:46:53 --- User: Jane Frances Ndemanu (NDEJE01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 05/17/2020      Time: 18:41:53      User: Jane Frances Ndemanu (NDEJE01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-L COMPLEX LEWIS | Nurse Practitioner |
| ASPC-L STINER UNIT I | Nurse Practitioner |
| ASPC-L STINER CDU | Nurse Practitioner |
| ASPC-L MOREY CDU | Nurse Practitioner |
| ASPC-L BARCHEY UNIT# | Nurse Practitioner |
| ASPC-L BACHMAN CDU | Nurse Practitioner |
| ASPC-L IPC | Nurse Practitioner |
| ASPC-L BUCKLEY SU | Nurse Practitioner |
| ASPC-L MOREY TRNST | Nurse Practitioner |
| ASPC-L RAST MAX | Nurse Practitioner |
| ASPC-L MOREY UNIT | Nurse Practitioner |
| ASPC-L BARCHEY MDM I | Nurse Practitioner |
| ASPC-L BUCKLY UNT I | Nurse Practitioner |
| ASPC-L BARCHEY MED PS | Nurse Practitioner |
| ASPC-L RAST CLOSE | Nurse Practitioner |
| ASPC-L BACHMAN MDM I | Nurse Practitioner |
| ASPC-L BCHMN MXD 2 # | Nurse Practitioner |
| ASPC-L EAGLE POINT MN GP | Nurse Practitioner |
| ASPC-L RAST CLOSE MGMT | Nurse Practitioner |
| ASPC-L SUNRISE PC # | Nurse Practitioner |
| ASPC-L RAST MHW | Nurse Practitioner |
| ASPC-L 2ND CHNC EP | Nurse Practitioner |
| ASPC-L EGL PNT TRNST | Nurse Practitioner |

Show Add History

Exhibit 5

CHSS027C        # Health Services Encounter      Tuesday August 04, 2020 08:53:40

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/28/2020 | Start Time*: | 09:16:22 |
| End Date*: | 05/28/2020 | End Time*: | 09:16:58 |
| Category: | Mental Health | | |
| Type*: | MH - Mid-Level - Scheduled | Encounter Close Date: | 05/28/2020 |
| Location*: | ASPC-L STINER UNIT I [L02] | Encounter Close Time: | 09:27:25 |
| Setting*: | Interactive Telemedicine | | |
| Staff Member*: | Keck, John | | |
| Title: | MH Midlevel | | |
| Form Type: | Psychiatry Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

**Confidential Setting Comments**

None

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

"I am doing well"   The pt states depressive/anxiety symptoms are well managed. There are no dto/dts issues. The pt presents with good hygiene and states energy and sleep are good. The pt is aware of HNR process he needs services in the futures.         Medical is addressing GERD: the pt states this well managed. Activity: reads bible, exercise.  Uses tablet to communicate with family.

**AZ Psychiatrist Progress Note - Subjective**

**Current housing:**
- ○ General population
- ○ Medical observation/infirmary
- ○ Crisis cell
- ○ Routine     ○ Urgent     ○ Emergent

- ○ Mental Health unit
- ○ Segregation
- ○ Other:
  - ○ Patient requested

**Follow-up exam:**
- ○ On site     ○ Telemedicine

**Exam conducted:Legal/Court Status:Current symptoms:**
- ● NKDA                                                    ○ Y

**Drug allergies verified:See Patient Synopsis for Current Medication list.**

> unknown

> see subjective

Rev #: 1184

---

**Objective**

**Vital Signs**

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| | | | | | Not Taken | | | | | | |

**Objective Notes**

15 min pt
review of tx plan
med dc visit
uncomplicated interview that did not require any changes

**Psychiatrist Progress Note - Objective**

☑ Alert, Oriented x 3☐ Paranoid☑ Calm/Cooperative☐ Hypervigilant☑ No Apparent Distress☐ Distracted☑ Adequate Grooming/Hygiene☐ Agitated☐ Other:**Appearance/Behavior:**

○ Euthymic                              ○ Labile                              ○ Dysphoric

◉ Full                                  ○ Restricted

**Mood:Affect:**

◉ N                                                    ○ Y

**Suicidal Ideation:**

◉ N                                                    ○ Y

**H**

**Tnought process:**☐ Flight of Ideas☐ Preservative☐ Circumstantial☐ Tangential☐ Racing☐ Loose Association

◉ Unremarkable                                      ○ Remarkable:

**Thought Content:**☐ Delusions☐ Obsessions☐ Paranoid☐ Compulsions☐ Poverty of Content☐ Visual Hallucinations

**Cognitive Functioning:**☐ Poor Judgement☐ Poor Insight☐ Poor Impulse Control☐ Borderline Intellectual Retardation☐ Memory Not Intact**Other Findings:**

◉ N                                                    ○ Y:

**Lab review:**

◉ N                                                    ○ Y:

Rev #: 1184

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/30/2018 | 03/30/2018 |
| 003 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 03/30/2018 | 03/30/2018 |
| 004 | Mental Health | Mental Health | SNOMED: 310495003 - Mild depression (disorder) | Unspecified depressive disorder [F32.9] | Assessed | 04/17/2018 | 04/17/2018 |
| 005 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 04/17/2018 | 04/17/2018 |
| 006 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 08/27/2018 | 08/27/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 236070005 - Simple constipation (disorder) | Constipation, unspecified [K59.00] | Assessed | 02/12/2019 | 02/12/2019 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/12/2019 | 02/12/2019 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 299709002 - Dental abscess (disorder) | Pulpitis [K04.0] | Assessed | 03/21/2019 | 03/21/2019 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 171279008 - Immunization due (finding) | Encounter for immunization [Z23] | Assessed | 07/07/2019 | 07/07/2019 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 267433009 - Pure hyperglyceridemia (disorder) | Pure hyperglyceridemia [E78.1] | Assessed | 09/25/2019 | 09/25/2019 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 4831000119102 - Bilateral tinnitus (finding) | Tinnitus, bilateral [H93.13] | Assessed | 09/25/2019 | 09/25/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 165408006 - Full blood count abnormal (finding) | Abnormal finding of blood chemistry, unspecified [R79.9] | Assessed | 09/25/2019 | 09/25/2019 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 2556008 - Periodontal disease (disorder) | Periodontal disease, unspecified [K05.6] | Assessed | 10/10/2019 | 10/10/2019 |
| 015 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 01/13/2020 | 01/13/2020 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 016 | Mental Health | Mental Health | SNOMED: 48694002 - Anxiety (finding) | Adjustment disorder with anxiety [F43.22] | Assessed | 02/25/2020 | 02/25/2020 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

pt met dsm criteria for Adjustment disorder with anxiety [F43.22]
stable off meds


no dto/dts issues.

**Psychiatrist Progress Note - Assessment**

Brief summary:
  ◉ Minimal     ○ Moderate     ○ High

68 year old pt with working dx of Adjustment disorder with anxiety [F43.22] seen for med dc visit. NO issues with anxiety or depression and the pt is aware of HNR process if he needs services in the future. medical issues under control and the pt keeps busy with meaningful activity.

Rev #: 1184

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 3 of 3)

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Absorbase Oin | | 05/13/2020 | 1 | TWICE DAILY AS NEEDED | 06/11/2020 | Received from Pharmacy |
| Triamcinolone Acetonide Cre (Aristocort A)/0.025% | RxNorm: 1085644 - triamcinolone acetonide 0.025 % Topical Cream; | 05/18/2020 | 1 | TWICE DAILY | 06/16/2020 | Received from Pharmacy |
| Omeprazole Cap (Prilosec)/20MG ⚠️ | RxNorm: 198051 - omeprazole (as omeprazole magnesium 20.6 MG) 20 MG Delayed Release Oral Capsule;&nb... | 01/16/2020 | 1 cap | EVERY MORNING | 07/13/2020 | Received from Pharmacy |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

no meds

rtc prn

**Psychiatrist Progress Note - Plan**

**Patient Educations:** ☐ Diagnostic Education ☐ Consent Form ☐ Patient Information Fact Sheets (PIFS)
○ Urgent                                                    ○ Routine
☐ Mental Health Clinician **Referral to:**
○ Urgent                                                    ○ Routine
☐ Mental Health Nurse
○ Urgent                                                    ○ Routine
☐ Psychiatrist ☐ No Current Psychiatric Follow-Up Indicated ☐ Refer to Medical for: **All referrals must be entered into the Consult Request area of this encounter.**
○ Y                                                    ○ N
**Referrals entered into this encounter?**

Rev #: 1184

---

**Patient Education**

**Patient Education Notes**

1. wash hand to prevent infection2. drink more water was temp increased

---

**Health Classification**

Medical:  2
Mental:  3D-Outpatient-Recently Off Meds-Monitoring Only                     Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

Medical: 2
Dental: Unknown (Conversion)
Mental Health: Outpatient-Recently Off Meds-Monitoring Only

---

**Encounter Orders Review**

Review Type*:  Pending Nurses Order                Review Staff:  Pemberton, Jamie, RN
Review Date:  05/28/2020                            Review Time:  11:39:08

**Review Notes**

Noted

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| | | No Rows Found | | |

**Standard Forms**

| Type | Staff |
|---|---|

| Type | Staff |
|------|-------|
| No Rows Found | |

**Last Updated Information:**

Date: 05/28/2020      Time: 11:39:08      User: Jamie Pemberton (PEMJA01)

| **Office/Facility of User on that date** | **Work Assignment** |
|------------------------------------------|---------------------|
| ASPC-L COMPLEX LEWIS | Mental Health RN |
| ASPC-L STINER UNIT I | Mental Health RN |
| ASPC-L STINER CDU | Mental Health RN |
| ASPC-L MOREY CDU | Mental Health RN |
| ASPC-L BARCHEY UNIT# | Mental Health RN |
| ASPC-L BACHMAN CDU | Mental Health RN |
| ASPC-L IPC | Mental Health RN |
| ASPC-L BUCKLEY SU | Mental Health RN |
| ASPC-L MOREY TRNST | Mental Health RN |
| ASPC-L RAST MAX | Mental Health RN |
| ASPC-L MOREY UNIT | Mental Health RN |
| ASPC-L SUNRISE UNIT | Mental Health RN |
| ASPC-L BARCHEY MDM I | Mental Health RN |
| ASPC-L BUCKLY UNT I | Mental Health RN |
| ASPC-L BARCHEY MED PS | Mental Health RN |
| ASPC-L RAST CLOSE | Mental Health RN |
| ASPC-L BACHMAN MDM I | Mental Health RN |
| ASPC-L BCHMN MXD 2 # | Mental Health RN |
| ASPC-L EAGLE POINT MN GP | Mental Health RN |
| ASPC-L RAST CLOSE MGMT | Mental Health RN |
| ASPC-L SUNRISE PC # | Mental Health RN |
| ASPC-L RAST MHW | Mental Health RN |

Show Add History

Exhibit 6

CHSS027C        # Health Services Encounter     Tuesday August 04, 2020 08:56:20

## Encounter Header

| | |
|---|---|
| Date*: 06/24/2020 | Start Time*: 09:03:29 |
| End Date*: 06/24/2020 | End Time*: 09:03:42 |
| Category: Medical Provider | |
| Type*: Provider - Chronic Care | Encounter Close Date: 06/24/2020 |
| Location*: ASPC-L STINER UNIT I [L02] | Encounter Close Time: 09:33:48 |
| Setting*: Clinic | |
| Staff Member*: Ndemanu, Jane Frances | |
| Title: Nurse Practitioner | |
| Form Type: Chronic Care Clinic | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

This 67 year old male inmate is being seen today for a chronic care visit re: hyperlipidemia, LTBI and HCV.
Diabetes 3 years ago, currently resolved at this time.
LTBI: last positive PPD -2018
Hyperlipidemia about 3 years ago
Family history of diabetes
Patient reports: taking medications regularly and is feeling well today
General: denies increased thirst, fatigue, increased appetite, alcohol, IVDU, substance abuse.
HEENT/neck: denies headaches, blurred vision, double vision, tinnitus, weight loss. Exam -
Chest: denies chest pain, shortness of breath, dry cough, productive cough, hemoptysis, dyspnea, wheezing.
Heart: denies palpitations, edema, pacemaker.
GI: denies abdominal pain, diarrhea, nausea, vomiting, hematemesis, hematochezia, fecal incontinence, or melena.
GU: denies dysuria, urinary incontinence, polyuriaIntegument: denies urticaria, pruritis, jaundice, ecchymosis, poorly healing wounds.
Neurologic: denies tremors, paresthesias, numbness, seizures, weakness, dizziness, aura

### AZ Chronic Care Clinic Subjective

**History:**
○ Y
○ Y
○ Y

> CC diabetes mellitus type 2,
> CC hyperlipidemia and HCV

**Risk facto**
○ Rare/None      ○ Current      ○ Former

Smoker:
○ Less than 10 pk yrs      ○ 10-20 pk yrs      ○ More than 20 pk yrs

Amount/Length:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N

**Diseases:**CAD:PVD:CVA:CRD:
○ Y      ○ N      ○ N/A

Hx DKA:Other:
○ N      ○ Y
○ N      ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
○ Y      ○ N
○ Y      ○ N

Prior hospitalization for asthma:History of intubation:
○ Y      ○ N

Prior corticosteroids:□ Change in season□ Pollen□ Exercise□ Dust**Aggravating factors for asthma:**□ Cold□
Other:**Night time awakenings with asthma within the last 30 days:**
○ Generalized Tonic Clonic(Grand Mal)      ○ Complex(partial)      ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:**□ Alcohol□ Drug use□ Head injury□ Other:**Seizure related to:Infectious diseases:**
○ Y      ○ N
○ Y      ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
○ Y      ○ N
○ Y      ○ N

Injectable drug use:Blood Transfusion before 1990:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N

Alcohol Abuse:Nasal drug use:Cough:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N

Headaches:Night sweats:Fever:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
○ Y      ○ N
○ Y      ○ N

Visual Disturbance:PPD Conversion:
○ Y      ○ N
○ Y      ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
○ N      ○ Y

Recent weight loss/cachexia:
○ N      ○ Y:

Other complaints:**Sickle Cell Disease:**
○ N      ○ Y:

□ Long bone(pre-tibial)□ Hand and foot□ Joint□ Abdominal**Pain:**□ Chest**Describe:**
○ N      ○ Y:

**Fever:**
○ N      ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 08:34 | 98.1 | 68 | 16 | 5 7 | 175 | 149 | 89 | NA | 27.41 | 97.00 | |

### Objective Notes

Date of last Labs: 3/26/52020
HBA1C - GLYCOSOLATED HEMAGLOBIN 5.7--3/26/2020
HEMOGLOBIN 12.3
CHOLESTEROL, HDL 31
IRON, SERUM 112
CXR Date | Result: 04/04/2019 | Negative

General: WDWN in NAD. appears stated age
HEENT: NCAT. PERRL/EOMI. Conjunctivae are clear and lids are intact. Nystagmus -neg. Moist oral mucosa. Oropharynx without exudate, edema, hyperemia.
Chest: CTAB. No wheezing, no rhonchi, no rales. Non-labored respirations normal chest excursion.
Heart: S 1 S 2: regular rate and rhythm. No murmurs, rubs, or gallops.
GI: abdomen is soft, non-tender, non-distended. Bowel sounds auscultated in all four quadrants.
Musculoskeletal: gait is normal. Patient ambulates without assistance. Extremities are warm to touch. Color good. .
Neurological: Awake, alert, oriented x 3. CN 2-12 intact. No tremors/seizures noted, able to follow commands. Speech is: clear
Skin: Physiologic skin coloring, texture is smooth, warm, dry, intact. Psych: patient's mood and affect are: calm

### Chronic Care Clinic Objective

○ N       ○ Y

**HEENT:**Nystagmus (SZ):
○ N       ○ Y

Gingival hyperplasia (SZ):
○ N       ○ Y

Ataxia:
○ N       ○ Y

**Eyes:**Conjunctiva pale:
○ N       ○ Y

Sclera icteric:
○ Y       ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y       ○ N
○ Y       ○ N

Thyroid NL:Cervical lymph nodes NL:
○ Y       ○ N
○ Y       ○ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y       ○ N

Gallop:
○ Y       ○ N
○ Y       ○ N
○ Y       ○ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y       ○ N
○ Y       ○ N
○ Y       ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
○ Y       ○ N
○ Y       ○ N
○ Y       ○ N

Bowel Sounds:Soft:Splenomegaly:
○ Y       ○ N
○ Y       ○ N

**Ext.:**Pedal pu
○ Y
○ Y       ○ N

Foot exam unremarkable:Leg ulcers:
○ Y       ○ N
○ Y       ○ N

Rev**Neuro:**Motor deficits:Sensory deficits
○ Y    ○ N    ○ NA

**Assessment**     ○ Y:

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized:☐ Ordered at this visit
M□**Real Diagnosis/Complaint**tted with patient**Studies:** ☐ LFT☐ TSH☐ Flu☐ Pneumo (5 years)**Annual**

| **Lab/Immunizations:**ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

**Chronic Conditions Being Treated**

| | |
|---|---|
| Asthma: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Diabetes Type II: ☐ |
| Dyslipidemia: ☐ | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | |

**Active Allergies/Health Problems/Conditions** (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/30/2018 | 03/30/2018 |
| 003 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 03/30/2018 | 03/30/2018 |
| 004 | Mental Health | Mental Health | SNOMED: 310495003 - Mild depression (disorder) | Unspecified depressive disorder [F32.9] | Assessed | 04/17/2018 | 04/17/2018 |
| 005 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 04/17/2018 | 04/17/2018 |
| 006 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 08/27/2018 | 08/27/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 236070005 - Simple constipation (disorder) | Constipation, unspecified [K59.00] | Assessed | 02/12/2019 | 02/12/2019 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/12/2019 | 02/12/2019 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 299709002 - Dental abscess (disorder) | Pulpitis [K04.0] | Assessed | 03/21/2019 | 03/21/2019 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 171279008 - Immunization due (finding) | Encounter for immunization [Z23] | Assessed | 07/07/2019 | 07/07/2019 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 267433009 - Pure hyperglyceridemia (disorder) | Pure hyperglyceridemia [E78.1] | Assessed | 09/25/2019 | 09/25/2019 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 4831000119102 - Bilateral tinnitus (finding) | Tinnitus, bilateral [H93.13] | Assessed | 09/25/2019 | 09/25/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 165408006 - Full blood count abnormal (finding) | Abnormal finding of blood chemistry, unspecified [R79.9] | Assessed | 09/25/2019 | 09/25/2019 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 2556008 - Periodontal disease (disorder) | Periodontal disease, unspecified [K05.6] | Assessed | 10/10/2019 | 10/10/2019 |
| 015 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 01/13/2020 | 01/13/2020 |
| 016 | Mental Health | Mental Health | SNOMED: 48694002 - Anxiety (finding) | Adjustment disorder with anxiety [F43.22] | Assessed | 02/25/2020 | 02/25/2020 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

LTBI
Hyperlipidemia
chronic back pain
diabetes mellitus type 2---resolved

### Chronic Care Clinic Assessment

**Has the MPL been updated?** YES

Rev #: 1202

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 2 of 2)

| View MAR Summary |
|---|

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Triamcinolone Acetonide Cre (Aristocort A)/0.025% | RxNorm: 1085644 - triamcinolone acetonide 0.025 % Topical Cream; | 06/04/2020 | 1 | TWICE DAILY | 07/03/2020 | Received from Pharmacy |
| Omeprazole Cap (Prilosec)/20MG | RxNorm: 198051 - omeprazole (as omeprazole magnesium 20.6 MG) 20 MG Delayed Release Oral Capsule;&nb... | 01/16/2020 | 1 cap | EVERY MORNING | 07/13/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Acetaminophen Tab (Tylenol)/325MG | | 06/24/2020 | 2 tabs | TWICE DAILY AS NEEDED | 12/20/2020 | Received from Pharmacy |

### Lab Test Orders (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Special (Draw-cmnts;Rslts-48h) | Ordered | | |
| STOOL OCCULT BLOOD (1-3) | | Special (Draw-cmnts;Rslts-48h) | Ordered | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 06/25/2020 | 09:03:29 | Health Services | Generic, Lab Tech | ASPC-L STINER UNIT I |
| 11/26/2020 | 09:03:29 | Health Services | Generic, Lab Tech | ASPC-L STINER UNIT I |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

History has been obtained and physical exam has been completed today.
Medicine profile was reviewed with the patient
[x] appropriate renewals for meds were ordered.
[x] medications were not changed today
Tylenol 650 mg PO BID -PRN
[X ]RTC in [ 180] Days -Hyperlipidemia, LTBI
[X ]Laboratory studies were reviewed with the patient at today's visit.
 Date of last labs:3/26/2020,  labs reviewed: 6/24/2020.
[X ]New laboratory studies were ordered at today's visit.
[X] Diagnostic tests performed -Peak flow
[X ]Age/developmental preventive health items for this patient are: Ages 18-65+: annual blood pressure, flu vaccine in season q1-3 year cholesterol screening

**Chronic Care Clinic Plan**

Management goals for this patient (Justification needed if you deviate from protocol):
◉ N                          ◯ Y:

Minimal/no chronic symptoms
Minimal/no acute exacerbations
Minimal/no limits on activities

Rev #: 1202

## Patient Education

### Patient Education Notes

Encouraged a healthy lifestyle with balance between diet, rest, and exercise eliminating unhealthy/health threatening habits ie: a. tobacco useb. illicit drug c. alcohol abused. poor caloric intakee. non-compliance with medical regime.f. know and avoid individual asthma triggersg. self-management
Encouraged a well-balanced diet
Encouraged regular exercise within developmental/physical or other limitations at least 3 times per week.Get adequate rest at least 7-8 hours daily

### Chronic Care Clinic Patient Education

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☐ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)     ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  2
Mental:  3D-Outpatient-Recently Off Meds-Monitoring Only                    Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

### Classification and Security Notes

Medical: 2
Dental: Unknown (Conversion)
Mental Health: Outpatient-Recently Off Meds-Monitoring Only
TimeStamp: 24 June 2020 09:26:10 --- User: Jane Frances Ndemanu (NDEJE01)

## Encounter Orders Review

Review Type*:  Pending Nurses Order            Review Staff:  Slagle, Glennda, RN
Review Date:  06/24/2020                Review Time:  18:50:20

### Review Notes

[X ]RTC in [ 180] Days –Hyperlipidemia, LTBI
TimeStamp: 24 June 2020 18:54:06 --- User: Glennda Slagle (SLAGE01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 06/24/2020          Time: 18:50:20          User: Glennda Slagle (SLAGE01)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-L COMPLEX LEWIS | Registered Nurse |
| ASPC-L STINER UNIT I | Registered Nurse |
| ASPC-L STINER CDU | Registered Nurse |
| ASPC-L MOREY CDU | Registered Nurse |
| ASPC-L BARCHEY UNIT# | Registered Nurse |
| ASPC-L BACHMAN CDU | Registered Nurse |
| ASPC-L IPC | Registered Nurse |
| ASPC-L BUCKLEY SU | Registered Nurse |
| ASPC-L MOREY TRNST | Registered Nurse |
| ASPC-L RAST MAX | Registered Nurse |
| ASPC-L MOREY UNIT | Registered Nurse |
| ASPC-L SUNRISE UNIT | Registered Nurse |
| ASPC-L BARCHEY MDM I | Registered Nurse |
| ASPC-L BUCKLY UNT I | Registered Nurse |
| ASPC-L BARCHEY MED PS | Registered Nurse |
| ASPC-L RAST CLOSE | Registered Nurse |
| ASPC-L BACHMAN MDM I | Registered Nurse |
| ASPC-L BCHMN MXD 2 # | Registered Nurse |
| ASPC-L EAGLE POINT MN GP | Registered Nurse |
| ASPC-L RAST CLOSE MGMT | Registered Nurse |
| ASPC-L SUNRISE PC # | Registered Nurse |

Show Add History

# Exhibit 7

CHSS027C           # Health Services Encounter       Wednesday August 12, 2020 08:44:17

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/16/2020 | Start Time*: | 10:49:40 |
| End Date*: | 07/16/2020 | End Time*: | 10:50:46 |
| Category: | Dental | | |
| Type*: | Dental - Routine Treatment | Encounter Close Date: | 07/16/2020 |
| Location*: | ASPC-L STINER UNIT I  [L02] | Encounter Close Time: | 10:56:33 |
| Setting*: | Clinic | | |
| Staff Member*: | Troglin, Stephanie | | |
| Title: | Dentist | | |
| Form Type: | Medical History | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Healthcare Staff Used for Interpreter Services

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 05/12/2020 | Dental | Routine | Encounter Held |

### Subjective Notes

Request Date: 05/12/2020
I wanted to check when I am getting my denture appointment

Patient presents for routine dental appointment and is interested in partials. Patient is due for periodic exam. RMH: see below. 5 PAs taken.

**AZ Medical Health History - Subjective**

○ Y      ⦿ N

**Seizures:Comments:**
○ Y      ⦿ N

**Breathing Problems:Comments:**
○ Y      ⦿ N

**Tuberculosis:Comments:**
○ Y      ⦿ N

**High Blood Pressure:Comments:**
○ Y      ⦿ N

**Murmur:Comments:**
○ Y      ⦿ N

**Rheumatic Fever:Comments:**
○ Y      ⦿ N

**Venereal Disease:Comments:**
○ Y      ⦿ N

**HIV +:Comments:**
○ Y      ⦿ N

**Hepatitis:Type & Comments:**
○ Y      ⦿ N

**Anemia:Comments:**
○ Y      ⦿ N

**Diabetes:Comments:**
○ Y      ⦿ N

**Kidney Disease:Comments:**
○ Y      ⦿ N

**Pregnant:Comments:**
○ Y      ⦿ N

**Prosthetic Hip,Knee,etc:Comments:Complications with**
○ Y      ⦿ N

**Surgery,Dental Tx,Type & Comments:Bleeding,Anesthetic,etc:**
○ Y      ⦿ N

**Allergies to Medication:If Yes, enter/verify in the allergy section of the encounter.Current Medications**
⦿ Y      ○ N

**Verified: See Patient Synopsis for a list of current medications.**
○ Y      ⦿ N

**Other:Comments:Precaution or contraindication for dental treatment: (if none, so state)**

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 10:21 | 98.2 | 66 | | 5  7 | 175 | 137 | 84 | NA | 27.41 | 96.00 | |

### Objective Notes

TMJ: WNL
OCS: neg
Soft tissue evaluation: WNL
Angle's Class: N/A
Occlusion: diastemas
Generalized gingival recession and generalized bone loss
All remaining teeth have mobility (class I-II)

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/30/2018 | 03/30/2018 |
| 003 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 03/30/2018 | 03/30/2018 |
| 004 | Mental Health | Mental Health | SNOMED: 310495003 - Mild depression (disorder) | Unspecified depressive disorder [F32.9] | Assessed | 04/17/2018 | 04/17/2018 |
| 005 | Mental Health | Mental Health | SNOMED: 69322001 - Psychotic disorder (disorder) | Unspecified psychosis not due to a substance or known physiological condition [F29] | Assessed | 04/17/2018 | 04/17/2018 |
| 006 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | Assessed | 08/27/2018 | 08/27/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 236070005 - Simple constipation (disorder) | Constipation, unspecified [K59.00] | Assessed | 02/12/2019 | 02/12/2019 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 134407002 - Chronic back pain (finding) | Low back pain [M54.5] | Assessed | 02/12/2019 | 02/12/2019 |
| 009 | Other Diagnosis | Other Diagnosis | SNOMED: 299709002 - Dental abscess (disorder) | Pulpitis [K04.0] | Assessed | 03/21/2019 | 03/21/2019 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 171279008 - Immunization due (finding) | Encounter for immunization [Z23] | Assessed | 07/07/2019 | 07/07/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 267433009 - Pure hyperglyceridemia (disorder) | Pure hyperglyceridemia [E78.1] | Assessed | 09/25/2019 | 09/25/2019 |
| 012 | Other Diagnosis | Other Diagnosis | SNOMED: 4831000119102 - Bilateral tinnitus (finding) | Tinnitus, bilateral [H93.13] | Assessed | 09/25/2019 | 09/25/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 165408006 - Full blood count abnormal (finding) | Abnormal finding of blood chemistry, unspecified [R79.9] | Assessed | 09/25/2019 | 09/25/2019 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 2556008 - Periodontal disease (disorder) | Periodontal disease, unspecified [K05.6] | Assessed | 10/10/2019 | 10/10/2019 |
| 015 | Other Diagnosis | Other Diagnosis | SNOMED: 182782007 - Dermatitis (disorder) | Dermatitis, unspecified [L30.9] | Assessed | 01/13/2020 | 01/13/2020 |
| 016 | Mental Health | Mental Health | SNOMED: 48694002 - Anxiety (finding) | Adjustment disorder with anxiety [F43.22] | Assessed | 02/25/2020 | 02/25/2020 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Generalized heavy calculus build-up - cleaning indicated

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 3 of 3)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Atorvastatin Tab (Lipitor)/40MG 🔶 | RxNorm: 617311 - atorvastatin (as atorvastatin calcium) 40 MG Oral Tablet; | 06/27/2020 | 1 tab | EVERY EVENING | 12/23/2020 | Received from Pharmacy |
| Acetaminophen Tab (Tylenol)/325MG 🔶 | | 06/24/2020 | 2 tabs | TWICE DAILY AS NEEDED | 12/20/2020 | Received from Pharmacy |
| Pneumovax 23 Sdv Inj (Pneumococcal 23 Val Psac Vacc)/25/0.5 🔶 | RxNorm: 1658472 - 0.5 ML pneumococcal capsular polysaccharide type 1 vaccine 0.05 MG/ML / pneumococc... | 07/05/2020 | 0.5ml | USE AS DIRECTED | 08/03/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B  ☐ Qualifies for 340B - Hep C  ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Periodic exam and radiographs completed. Findings reviewed with patient. Treatment plan and options given to patient. Informed patient he has active chronic periodontitis and does not qualify for partials through DOC. Rec extraction of remaining teeth and dentures when patient is ready. In meantime, rec patient have his teeth cleaned. DA, Maribel, translated. PARQ. All questions answered.
NV: HNR

**Patient Education**

**Patient Education Notes**

OHI given and POIG
TimeStamp: 16 July 2020 10:57:00 --- User: STEPHANIE TROGLIN (TROST01)

**Health Classification**

Medical: 2
Mental: 3D-Outpatient-Recently Off Meds-Monitoring Only    Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

Medical: 2
Dental: Unknown (Conversion)
Mental Health: Outpatient-Recently Off Meds-Monitoring Only

**Encounter Orders Review**

Review Type*: Pending Nurses Order    Review Staff: Maese, Yvonne, RN
Review Date: 07/17/2020    Review Time: 06:22:34

**Review Notes**

noted

**Dental Chart**

|  |
|---|
| Dental Chart Available |

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 07/17/2020        Time: 06:22:34        User: Yvonne Maese (YMY1)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-L COMPLEX LEWIS | Mental Health RN |
| ASPC-L STINER UNIT I | Mental Health RN |
| ASPC-L STINER CDU | Mental Health RN |
| ASPC-L MOREY CDU | Mental Health RN |
| ASPC-L BACHMAN UNIT | Mental Health RN |
| ASPC-L BACHMAN CDU | Mental Health RN |
| ASPC-L IPC | Mental Health RN |
| ASPC-L BACHMAN TRNS# | Mental Health RN |
| ASPC-L MOREY TRNST | Mental Health RN |
| ASPC-L RAST MAX | Mental Health RN |
| ASPC-L MOREY UNIT | Mental Health RN |
| ASPC-L SUNRISE UNIT | Mental Health RN |
| ASPC-L BARCHEY MDM I | Mental Health RN |
| ASPC-L BUCKLY UNT I | Mental Health RN |
| ASPC-L BARCHEY MED PS | Mental Health RN |
| ASPC-L RAST CLOSE | Mental Health RN |
| ASPC-L BACHMAN MDM I | Mental Health RN |
| ASPC-L BCHMN MXD 2 # | Mental Health RN |
| ASPC-L EAGLE POINT MN GP | Mental Health RN |
| ASPC-L RAST MHW | Mental Health RN |
| ASPC-L 2ND CHNC EP | Mental Health RN |
| ASPC-L RAST CLOSE II | Mental Health RN |
| ASPC-L BARCHEY MHWT | Mental Health RN |
| ASPC-L BACHMN MDMII# | Mental Health RN |
| ASPC-L EAGLE POINT | Mental Health RN |
| ASPC-L RAST CLS III | Mental Health RN |
| ASPC-L BRCHY MDM III | Mental Health RN |

Show Add History

# Exhibit 8

# Health Services Encounter

CHSS027C

Tuesday August 04, 2020 09:24:39

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/29/2019 | Start Time*: | 12:52:45 |
| End Date*: | 05/29/2019 | End Time*: | 12:53:52 |
| Category: | Nursing | | |
| Type*: | Nurse - Transfer - Receiving | Encounter Close Date: | 05/29/2019 |
| Location*: | ASPC-L COMPLEX LEWIS  [L00] | Encounter Close Time: | 12:55:18 |
| Setting*: | Clinic | | |
| Staff Member*: | Rocker, Paula | | |
| Title: | Lic Practical Nurse | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes
What type of interpreter services were used for the encounter*:
Healthcare Staff Used for Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Pt transferred from A 12, face to face eval completed at CIP upon arrival, received Medical Chart, medications that were received and visualized are Nystatin Cream (1;KOP), Selenium Sulf shampoo (1;KOP), Omeprazole (25;KOP), Fluticasone nasal spray (1), Cetrizine (3;KOP), Imipramine (15), PT IS IN POSSESSION OF KOP's. Pt verbalized no other current Medical, MH, or Dental issues. Chart review complete.

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12:54 | 97.8 | 60 | 18 | 6  0 | 192 | 138 | 78 | NA | 26.04 | 97.00 | Intake VS |

### Objective Notes

Ambulates under own power, no acute distress, able to verbally communicate without any issue.

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 13 of 13)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Communicable Diseases | Hepatitis C | | | Assessed | 09/29/2015 | 09/29/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis | Assessed | 06/25/2012 | 06/25/2012 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | | | | [R76.11] | | | |
| 004 | Mental Health | Mental Health | | Cocaine depend-unspec [304.20] | Assessed | 02/20/2015 | 02/20/2015 |
| 007 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/29/2015 | 03/29/2015 |
| 008 | Communicable Diseases | Tuberculosis Latent Inactive (LTBI) | | | Assessed | 09/29/2015 | 09/29/2015 |
| 009 | Mental Health | Mental Health | | Unspecified depressive disorder [F32.9] | Assessed | 10/20/2015 | 10/20/2015 |
| 012 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 12/01/2015 | 12/01/2015 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 102614006 - Generalized abdominal pain (finding) | Generalized abdominal pain [R10.84] | Assessed | 04/14/2016 | 04/14/2016 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - 61582004 | Allergic rhinitis, unspecified [J30.9] | Assessed | 04/14/2016 | 04/14/2016 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 162415008 - Complaining of a rash (finding) | Rash and other nonspecific skin eruption [R21] | Assessed | 06/05/2017 | 06/05/2017 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 21719001 - Allergic rhinitis due to pollen (disorder) | Allergic rhinitis due to pollen [J30.1] | Assessed | 11/09/2017 | 11/09/2017 |
| 018 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 09/13/2018 | 09/13/2018 |
| 019 | Other Diagnosis | Other Diagnosis | SNOMED: 56454009 - Pityriasis versicolor (disorder) | Pityriasis versicolor [B36.0] | Assessed | 09/13/2018 | 09/13/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

None

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 6 of 6)

[View MAR Summary]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| NYSTATIN (15GM) CREA (Mycostatin)/100,000 U/Gm 🔸 | RxNorm: 543546 - nystatin 100,000 UNT/GM Topical Cream; | 05/08/2019 | 1 | TWICE DAILY | 08/05/2019 | Received from Pharmacy |
| SELENIUM SULFIDE (120ML) SHAM (Selsun-Rx Lotion)/2.5% 🔸 | RxNorm: 238600 - selenium sulfide 2.5 % Lotion Shampoo; | 05/08/2019 | 1 | EVERY DAY | 09/04/2019 | Received from Pharmacy |
| OMEPRAZOLE (UD) CPDR (Prilosec)/20 Mg 🔸 | RxNorm: 198051 - omeprazole (as omeprazole magnesium 20.6 MG) 20 MG Delayed Release Oral Capsule;&nb... | 05/12/2019 | 1 | EVERY MORNING | 11/07/2019 | Received from Pharmacy |
| FLUTICASONE PROP NASAL (16) SUSP (Flonase Nas Spry)/0.05% 🔸 | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 04/23/2019 | 1 spray | EVERY MORNING | 10/19/2019 | Received from Pharmacy |
| CETIRIZINE HCL TABS (Zyrtec)/10 Mg 🔸 | RxNorm: 1014678 - cetirizine HCl 10 MG Oral Tablet; | 04/10/2019 | 1 | EVERY MORNING | 10/06/2019 | Received from Pharmacy |
| IMIPRAMINE HCL TABS (Tofranil)/25 Mg 🔸 | RxNorm: 835564 - imipramine HCl 25 MG Oral Tablet; | 04/03/2019 | 1 | EVERY EVENING | 09/29/2019 | Order Accepted at Pharmacy Vendor (SC) |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| No Rows Found | | | | |

**Patient Transfer Holds** (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 02/28/2021 | Placed |

☐ Qualifies for 340B - Hep B  ☐ Qualifies for 340B - Hep C  ☐ Qualifies for 340B – HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

Referred to provider for CC visit. Forwarded to CC nurse for tracking. Medication forwarded to pill call nurse. There are no medical restrictions noted at this time preventing the pt. from being housed on the yard.

---

**Patient Education**

**Patient Education Notes**

Inmate orientation to medical services handout reviewed with the pt. and the pt. was given a copy. Pt. was instructed on the HNR process. If he has a medical emergency to let officer/nursing know. Pt. verbalized understanding.

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)  ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:   2
Mental:   3B-Outpatient-Regular MH Contact       Prognosis:   Remission Condition
SMI:   N-No
Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

TimeStamp: 16 November 2016 12:17:08 --- User: Melanie Louzon (LOUME01)
TimeStamp: 12 May 2017 11:32:33 --- User: Andreas Thude (THUAN01)

---

**Encounter Orders Review**

Review Type*:   No Review Required       Review Staff:   Unknown

**Review Notes**

None

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 05/29/2019          Time: 12:55:18          User: Paula Rocker (ROCPA01)

| <u>Office/Facility of User on that date</u> | <u>Work Assignment</u> |
|---|---|
| ASPC-L COMPLEX LEWIS | Lic Practical Nurse |
| ASPC-L STINER UNIT I | Lic Practical Nurse |
| ASPC-L STINER CDU | Lic Practical Nurse |
| ASPC-L MOREY CDU | Lic Practical Nurse |
| ASPC-L BARCHEY UNIT# | Lic Practical Nurse |
| ASPC-L BACHMAN CDU | Lic Practical Nurse |
| ASPC-L IPC | Lic Practical Nurse |
| ASPC-L BUCKLEY SU | Lic Practical Nurse |
| ASPC-L MOREY TRNST | Lic Practical Nurse |
| ASPC-L RAST MAX | Lic Practical Nurse |
| ASPC-L MOREY UNIT | Lic Practical Nurse |
| ASPC-L SUNRISE UNIT | Lic Practical Nurse |
| ASPC-L BARCHEY MDM I | Lic Practical Nurse |
| ASPC-L BUCKLY UNT I | Lic Practical Nurse |
| ASPC-L BARCHEY MED PS | Lic Practical Nurse |
| ASPC-L RAST CLOSE | Lic Practical Nurse |
| ASPC-L BACHMAN MDM I | Lic Practical Nurse |
| ASPC-L BCHMN MXD 2 # | Lic Practical Nurse |
| ASPC-L EAGLE POINT MN GP | Lic Practical Nurse |
| ASPC-L RAST CLOSE MGMT | Lic Practical Nurse |
| ASPC-L SUNRISE PC # | Lic Practical Nurse |

Show Add History

# Exhibit 9

CHSS027C        # Health Services Encounter      Wednesday August 12, 2020 08:51:25

## Encounter Header

| | |
|---|---|
| Date*: | 12/31/2019 |
| End Date*: | 12/31/2019 |
| Category: | Mental Health |
| Type*: | MH - Mid-Level - Scheduled |
| Location*: | ASPC-F EAST UNIT [A03] |
| Setting*: | Interactive Telemedicine |
| Staff Member*: | Cherry, Tara |
| Title: | Nurse Practitioner |
| Form Type: | Psychiatry Progress Note |

| | |
|---|---|
| Start Time*: | 10:33:00 |
| End Time*: | 10:34:52 |
| | |
| Encounter Close Date: | 12/31/2019 |
| Encounter Close Time: | 10:45:49 |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Language Line

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

Inmate seen today via tele psych with consent.
Tele psych documents were received and reviewed in Eomis for this visit.

Interpreter Language line used:  265889

Patient presents today for mental health services for 30 days after medication was discontinued ( Paxil) on 9-30-19.  He no longer wants to consent to medication.  His mood is " normal ". He reports eating and sleeping well (8-9 hours of night sleep).  He describes his mood is stable with no depression and anxiety. He denies DTS/ DTO. He denies mood swings, racing thoughts, irritability or agitation. Denies AVH, paranoia, or delusion. He denies physical complaints during today's appointment.

### AZ Psychiatrist Progress Note - Subjective

**Current housing:**

- ◉ General population
- ○ Medical observation/infirmary
- ○ Crisis cell

- ○ Mental Health unit
- ○ Segregation
- ○ Other:

◉ Routine     ○ Urgent     ○ Emergent     ○ Patient requested

**Follow-up exam:**

○ On site                ◉ Telemedicine

**Exam conducted:Legal/Court Status:Current symptoms:**

◉ NKDA                          ○ Y

**Drug allergies verified:See Patient Synopsis for Current Medication list.**

" Everything is good with me and I don't need any medications"

Rev #: 1184

---

**Objective**

**Vital Signs**

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| | | | | | Not Taken | | | | | | |

**Objective Notes**

Reviewed labs. Reviewed vital signs. Reviewed diagnosis notes. Reviewed previous encounters

**Psychiatrist Progress Note - Objective**

☑ Alert, Oriented x 3☐ Paranoid☑ Calm/Cooperative☐ Hypervigilant☑ No Apparent Distress☐ Distracted☑ Adequate Grooming/Hygiene☐ Agitated☐ Other:**Appearance/Behavior:**

◉ Euthymic         ○ Labile         ○ Dysphoric

○ Full         ○ Restricted

**Mood:Affect:**

◉ N         ○ Y

**Suicidal Ideation:**

◉ N         ○ Y

**Thought process:**☐ Flight of Ideas☐ Preservative☐ Circumstantial☐ Tangential☐ Racing☐ Loose Association

◉ Unremarkable         ○ Remarkable:

**Thought Content:**☐ Delusions☐ Obsessions☐ Paranoid☐ Compulsions☐ Poverty of Content☐ Visual Hallucinations

**Cognitive Functioning:**☐ Poor Judgement☐ Poor Insight☐ Poor Impulse Control☐ Borderline Intellectual Retardation☐ Memory Not Intact**Other Findings:**

○ N         ◉ Y:

**Lab review:**verified

○ N         ◉ Y:

## Assessment

### Mental Health Diagnosis

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 17 of 17)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Communicable Diseases | Hepatitis C | | | Assessed | 09/29/2015 | 09/29/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 06/25/2012 | 06/25/2012 |
| 004 | Mental Health | Mental Health | | Cocaine depend-unspec [304.20] | Assessed | 02/20/2015 | 02/20/2015 |
| 007 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/29/2015 | 03/29/2015 |
| 008 | Communicable Diseases | Tuberculosis Latent Inactive (LTBI) | | | Assessed | 09/29/2015 | 09/29/2015 |
| 009 | Mental Health | Mental Health | | Unspecified depressive disorder [F32.9] | Assessed | 10/20/2015 | 10/20/2015 |
| 012 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 12/01/2015 | 12/01/2015 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 102614006 - Generalized abdominal pain (finding) | Generalized abdominal pain [R10.84] | Assessed | 04/14/2016 | 04/14/2016 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - 61582004 | Allergic rhinitis, unspecified [J30.9] | Assessed | 04/14/2016 | 04/14/2016 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 162415008 - Complaining of a rash (finding) | Rash and other nonspecific skin eruption [R21] | Assessed | 06/05/2017 | 06/05/2017 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 21719001 - Allergic rhinitis due to pollen (disorder) | Allergic rhinitis due to pollen [J30.1] | Assessed | 11/09/2017 | 11/09/2017 |
| 018 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 09/13/2018 | 09/13/2018 |
| 019 | Other Diagnosis | Other Diagnosis | SNOMED: 56454009 - Pityriasis versicolor (disorder) | Pityriasis versicolor [B36.0] | Assessed | 09/13/2018 | 09/13/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 16001004 - Otalgia (finding) | Otalgia, left ear [H92.02] | Assessed | 11/26/2019 | 11/26/2019 |
| 021 | Other Diagnosis | Other Diagnosis | SNOMED: 43561008 - Chronic exudative otitis media (disorder) | Chronic serous otitis media, left ear [H65.22] | Assessed | 11/26/2019 | 11/26/2019 |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 36971009 - Sinusitis (disorder) | Chronic sinusitis, unspecified [J32.9] | Assessed | 11/26/2019 | 11/26/2019 |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 25064002 - Headache (finding) | Headache [R51] | Assessed | 11/26/2019 | 11/26/2019 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

Unspecified depressive disorder ( resolved)

**Psychiatrist Progress Note - Assessment**

Brief summary:
○ Minimal      ○ Moderate      ○ High

He no longer consents to medications and will remain off. Compliant with mental health services. Sleep and eating habits are good. Stable mood. No depression or anxiety. He is compliant with mental health services and acknowledges the benefits.

Rev #: 1184

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 2 of 2)     [ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| FLUTICASONE PROP NASAL (16) SUSP (Flonase Nas Spry)/0.05% 🔶 | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 10/20/2019 | 1 spray | EVERY MORNING | 04/16/2020 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| CETIRIZINE HCL TABS (Zyrtec)/10 Mg ⚠️ | RxNorm: 1014678 - cetirizine HCl 10 MG Oral Tablet; | 10/07/2019 | 1 tab | EVERY MORNING | 04/03/2020 | Received from Pharmacy |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Treatment Plan Reviewed. Next appointment , scheduled according to guidelines of MH score or sooner if needed

**Psychiatrist Progress Note - Plan**

**Patient Educations:** ☑ Diagnostic Education ☐ Consent Form ☐ Patient Information Fact Sheets (PIFS)
   ⚪ Urgent                    ⚪ Routine
☐ Mental Health Clinician**Referral to:**
   ⚪ Urgent                    ⚪ Routine
☐ Mental Health Nurse
   ⚪ Urgent                    ⚪ Routine
☐ Psychiatrist ☑ No Current Psychiatric Follow-Up Indicated ☐ Refer to Medical for:**All referrals must be entered into the Consult Request area of this encounter.**
   ⚪ Y                    ⦿ N
**Referrals entered into this encounter?**

Rev #: 1184

---

**Patient Education**

**Patient Education Notes**

Discussed importance of notifying DOC or medical staff immediately if SI/HI/or self-harm intent or plan. Discussed the HNR process reviewed

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:  2
Mental:  3D-Outpatient-Recently Off Meds-Monitoring Only        Prognosis:  Remission Condition
SMI:  N-No
Dental:  U-Unknown (Conversion)
**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  Pending Nurses Order        Review Staff:  Brimhall, Ashley, RN
Review Date:  12/31/2019           Review Time:  15:28:22
**Review Notes**

TimeStamp: 31 December 2019 15:30:53 --- User: Ashley Brimhall (BRIAS01)

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 12/31/2019          Time: 15:28:22          User: Ashley Brimhall (BRIAS01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-E SMU I NORTH | Mental Health RN |
| ASPC-E RYNNING EAST | Mental Health RN |
| ASPC-E COOK UNIT | Mental Health RN |
| ASPC-E COMPLEX EYMAN | Mental Health RN |
| ASPC-E MEADOWS CDU # | Mental Health RN |
| ASPC-E BROWNING UNIT | Mental Health RN |
| ASPC-E BROWNING D/RW | Mental Health RN |
| ASPC-E SMU I SOUTH | Mental Health RN |
| ASPC-E BROWNING MHW | Mental Health RN |
| ASPC-E SMU I CDU | Mental Health RN |
| ASPC-E RYNNING CLOS# | Mental Health RN |
| ASPC-E SMU I EAST | Mental Health RN |
| ASPC-E SMU I MHW | Mental Health RN |
| ASPC-E SMU BMU | Mental Health RN |
| ASPC-E MEADOWS MED | Mental Health RN |
| ASPC-E MAX INTAKE | Mental Health RN |
| ASPC-E BRWN ENHANCED HSNG | Mental Health RN |
| ASPC-E BROWNING STG | Mental Health RN |
| ASPC-E SMU BMU # | Mental Health RN |
| ASPC-E RYNNING CDU | Mental Health RN |
| ASPC-E MEADOWS II | Mental Health RN |
| ASPC-E RYNNING MED # | Mental Health RN |
| ASPC-E RYNNING MIXE# | Mental Health RN |
| E-RYNNING CLOSE MGM# | Mental Health RN |
| ASPC-E SMU TEMP CDU# | Mental Health RN |
| ASPC-E BRWNG TMP CD# | Registered Nurse |
| ASPC-E RYNNING WEST | Mental Health RN |
| ASPC-E SMU I WEST | Mental Health RN |
| ASPC-E BROWNING CMU | Mental Health RN |
| ASPC-E BROWNING RSH | Mental Health RN |

Show Add History

# Exhibit 10

CHSS027C      **Health Services Encounter**      Tuesday August 04, 2020 09:27:42

### Encounter Header

| | |
|---|---|
| Date*: 06/04/2019 | Start Time*: 16:45:00 |
| End Date*: 06/04/2019 | End Time*: 18:29:57 |
| Category: Mental Health | |
| Type*: MH - Individual Counseling | Encounter Close Date: 06/04/2019 |
| Location*: ASPC-L STINER UNT II  [L52] | Encounter Close Time: 18:32:18 |
| Setting*: Clinic | |
| Staff Member*: Baxter-Holland, Annette | |
| Title: Psych Associate Unlicensed | |
| Form Type: Mental Health Progress Note | |

### Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

**Confidential Setting Comments**

dayroom dorm 1 Im speaks and understand a little english

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

Im was seen for the scheduled contact in a private setting or approximately 6 mins. Im stated, " I am good no problem". PA educated Im on the scheduled visits he will receive and the HNR process. Im was also educated on the access to MH when needed. IM presented stable and denied DTS/DTO. Im displayed good eye contact and  was well groomed. IM was educated on the various activities available on the yard for enhancing coping skills. IM presented stable smiling and polite.

**Mental Status Exam - Subjective**

**See the Patient Synopsis for current medications.**
◉ Y        ○ N:

**Medication compliant:** see rx
◉ N        ○ Y:

**Side effects:** Inmate Comments/Chief Complaint:

Rev #: 730

### Objective

**Vital Signs**

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

**Objective Notes**

see checked boxes below

**Mental Status Exam - Objective**

**Orientation:**

○ Y                                    ○ N
○ Y                                    ○ N
○ Y                                    ○ N
○ Y                                    ○ N

PersonPlaceTimeSituation
○ Poor                    ○ Fair                    ● Good

**Insight:**
○ Poor                    ○ Fair                    ● Good

**Judgment:**
○ Poor                    ○ Fair                    ● Good

**Sleep:**
○ Poor                    ○ Fair                    ● Good

**Appetite:**
● N                                    ○ Y:

**Abnormal movements:**
● N                                    ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene ☑ Calm & cooperative ☐ Angry/agitated ☑ Normal social rhythm ☐ Guarded ☐ Other:**Mood/Affect:** ☑ Stable affect/mood congruent ☐ Flat ☐ Expansive ☐ Dysphoric ☑ Euthymic mood ☐ Other:**Speech:** ☑ Unremarkable ☐ Pressured ☐ Loud ☐ Soft spoken ☐ Difficult to interrupt ☐ Other:**Thought Form:** ☑ Goal directed ☑ Logical ☑ Coherent ☐ Circumstantial ☐ Perseverative ☐ Obsessional ☐ Loosely associated ☐ Tangential ☐ Fragmented ☐ Other:**Thought Content:** ☑ No evident psychosis ☐ Delusional content ☐ Flight of ideas ☐ Ideas of reference ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Paranoia ☐ Other:**Cognitive functioning:** ☑ No gross cognitive deficits apparent ☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance): ☐ Other:

Rev #: 730

**Assessment**

**Mental Health Diagnosis**

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

**Active Allergies/Health Problems/Conditions** (1 - 13 of 13)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Communicable Diseases | Hepatitis C | | | Assessed | 09/29/2015 | 09/29/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 06/25/2012 | 06/25/2012 |
| 004 | Mental Health | Mental Health | | Cocaine depend-unspec [304.20] | Assessed | 02/20/2015 | 02/20/2015 |
| 007 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/29/2015 | 03/29/2015 |
| 008 | Communicable Diseases | Tuberculosis Latent Inactive (LTBI) | | | Assessed | 09/29/2015 | 09/29/2015 |
| 009 | Mental Health | Mental Health | | Unspecified depressive disorder [F32.9] | Assessed | 10/20/2015 | 10/20/2015 |
| 012 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 12/01/2015 | 12/01/2015 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 102614006 - Generalized abdominal pain (finding) | Generalized abdominal pain [R10.84] | Assessed | 04/14/2016 | 04/14/2016 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - 61582004 | Allergic rhinitis, unspecified [J30.9] | Assessed | 04/14/2016 | 04/14/2016 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 162415008 - Complaining of a rash (finding) | Rash and other nonspecific skin eruption [R21] | Assessed | 06/05/2017 | 06/05/2017 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 21719001 - Allergic rhinitis due to pollen (disorder) | Allergic rhinitis due to pollen [J30.1] | Assessed | 11/09/2017 | 11/09/2017 |
| 018 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 09/13/2018 | 09/13/2018 |
| 019 | Other Diagnosis | Other Diagnosis | SNOMED: 56454009 - Pityriasis versicolor (disorder) | Pityriasis versicolor [B36.0] | Assessed | 09/13/2018 | 09/13/2018 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

No evidence of delusional thinking or psychosis observed during present encounter. Maintained appropriate eye contact w/TW.

**Mental Health Progress Note - Assessment**

- ⦿ Stable
- ○ Minimal improvement
- ○ Moderate improvement
- ○ Unchanged from last follow-up
- ○ Other:

**Assessment:Provisional Diagnosis:deferred**

○ N                         ○ Y:

**Diagnosis:**

Rev #: 730

---

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 6 of 6)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| NYSTATIN (15GM) CREA (Mycostatin)/100,000 U/Gm ◆ | RxNorm: 543546 - nystatin 100,000 UNT/GM Topical Cream; | 05/08/2019 | 1 | TWICE DAILY | 08/05/2019 | Received from Pharmacy |
| SELENIUM SULFIDE (120ML) SHAM (Selsun-Rx Lotion)/2.5% | RxNorm: 238600 - selenium sulfide 2.5 % Lotion Shampoo; | 05/08/2019 | 1 | EVERY DAY | 09/04/2019 | Received from Pharmacy |
| OMEPRAZOLE (UD) CPDR (Prilosec)/20 Mg ◆ | RxNorm: 198051 - omeprazole (as omeprazole magnesium 20.6 MG) 20 MG Delayed Release Oral Capsule;&nb... | 05/12/2019 | 1 | EVERY MORNING | 11/07/2019 | Received from Pharmacy |
| FLUTICASONE PROP NASAL (16) SUSP (Flonase Nas Spry)/0.05% ◆ | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 04/23/2019 | 1 spray | EVERY MORNING | 10/19/2019 | Received from Pharmacy |
| CETIRIZINE HCL TABS (Zyrtec)/10 Mg ◆ | RxNorm: 1014678 - cetirizine HCl 10 MG Oral Tablet; | 04/10/2019 | 1 | EVERY MORNING | 10/06/2019 | Received from Pharmacy |
| IMIPRAMINE HCL TABS (Tofranil)/25 Mg ◆ | RxNorm: 835564 - imipramine HCl 25 MG Oral Tablet; | 04/03/2019 | 1 | EVERY EVENING | 09/29/2019 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

f/u per policy

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):
◉ N                            ○ Y:

Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**
◉ N                            ○ Y

**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**
◉ N                            ○ Y

**Next appointment entered into this encounter?**

Rev #: 730

## Patient Education

### Patient Education Notes

educated on the various activities available on the yard for enhancing coping skills

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)     ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:  2
Mental:  3B-Outpatient-Regular MH Contact                    Prognosis:  Remission Condition
SMI:  N-No
Dental:  U-Unknown (Conversion)

### Classification and Security Notes

TimeStamp: 16 November 2016 12:17:08 --- User: Melanie Louzon (LOUME01)
TimeStamp: 12 May 2017 11:32:33 --- User: Andreas Thude (THUAN01)

## Encounter Orders Review

Review Type*:  Practitioner Review                    Review Staff:  Khilnani, Sonya
Review Date:  06/05/2019                                 Review Time:  12:11:59

### Review Notes

TimeStamp: 5 June 2019 12:05:16 --- User: Sonya Khilnani (KHISO01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

## Last Updated Information:

Date: 06/05/2019               Time: 12:11:59               User: Sonya Khilnani (KHISO01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-F COMPLEX FLORENCE | Psychologist |
| ASPC-F CENTRAL I # | Psychologist |
| ASPC-F SOUTH UNIT | Psychologist |
| ASPC-F EAST UNIT | Psychologist |
| ASPC-F NORTH UNIT | Psychologist |
| ASPC-E SMU I NORTH | Psychologist |
| ASPC-E CB-KASSON CD# | Psychologist |
| ASPC-E COOK UNIT | Psychologist |
| ASPC-E COMPLEX EYMAN | Psychologist |
| ASPC-E MEADOWS CDU # | Psychologist |

| | |
|---|---|
| ASPC-E BROWNING UNIT | Psychologist |
| ASPC-F CENTRAL IPC | Psychologist |
| ASPC-E BROWNING D/RW | Psychologist |
| ASPC-E SMU I SOUTH | Psychologist |
| ASPC-E BROWNING MHW | Psychologist |
| ASPC-E SMU I CDU | Psychologist |
| ASPC-E RYNNING CLOS# | Psychologist |
| ASPC-E SMU I EAST | Psychologist |
| ASPC-E SMU I MHW | Psychologist |
| ASPC-E SMU BMU | Psychologist |
| ASPC-E MEADOWS MED | Psychologist |
| ASPC-F TEMPE ST.LUKES HOSP | Psychologist |
| ASPC-F KASSON MHU | Psychologist |
| ASPC-E MAX INTAKE | Psychologist |
| ASPC-E BRWN ENHANCED HSNG | Psychologist |
| ASPC-F CU RESTRICTIVE HSNG | Psychologist |
| ASPC-PV COMPLEX P-VILLE | Psychologist |
| ASPC-PV SAN PEDRO 1 | Psychologist |
| ASPC-PV LUMLEY 1 | Psychologist |
| ASPC-PV SANTA CRZ I | Psychologist |
| ASPC-PHX ALHAMBRA | Psychologist |
| ASPC-PHX FLAMENCO M.HLTH MALE | Psychologist |
| ASPC-PHX INMATE WRKR | Psychologist |
| ASPC-PHX BAKER WARD | Psychologist |
| ASPC-PHX FLAMENCO M. HLTH FEM | Psychologist |
| ASPC-PV LUMLEY CDU # | Psychologist |
| ASPC-F FLOR/GLOBE | Psychologist |
| ASPC-PHX ASPEN/SPU | Psychologist |
| ASPC-PV RECEPTION # | Psychologist |
| ASPC-PV SPEC. MANAG# | Psychologist |
| ASPC-PV MINORS # | Psychologist |
| ASPC-PV COMPLEX MHW | Psychologist |
| ASPC-PV SANTA ROSA | Psychologist |
| ASPC-PV PIESTEWA | Psychologist |
| ASPC-PV SPECIAL NEEDS | Psychologist |
| ASPC-PV SAN CARLOS | Psychologist |
| ASPC-PHX FLAMENCO M/H P/S | Psychologist |
| ASPC-PHX FLAMENCO M/H MAX LVL | Psychologist |
| ASPC-PHX FLAMENCO IDA WATCH | Psychologist |
| ASPC-PV LUMLEY DEATH ROW | Psychologist |
| ASPC-PV S. MARIA I | Psychologist |
| ASPC-PV WOMENS TRTMT SANTA MARIA | Psychologist |
| ASPC-PV LUMLEY II # | Psychologist |
| ASPC-T COMPLEX TUCSON | Psychologist |
| ASPC-T RINCON I | Psychologist |
| ASPC-T SANTA RITA | Psychologist |
| ASPC-T COMPLEX CDU | Psychologist |
| ASPC-T MINORS I | Psychologist |
| ASPC-T CIMARRON I | Psychologist |
| ASPC-T CIMARRON CDU | Psychologist |
| ASPC-T MANZANITA | Psychologist |
| ASPC-T MANZANITA CDU | Psychologist |
| ASPC-T WINCHESTR CDU | Psychologist |
| ASPC-T RINCON IPC | Psychologist |
| ASPC-T MANZANITA SNU | Psychologist |
| ASPC-T CIM TRNST | Psychologist |
| ASPC-T CIMARRON II | Psychologist |
| ASPC-T MINORS RCPTN | Psychologist |
| ASPC-T MINORS MAX # | Psychologist |

| | |
|---|---|
| ASPC-T RINCON MHW | Psychologist |
| ASPC-T RINCON MHU | Psychologist |
| ASPC-T CATALINA UNIT | Psychologist |
| ASPC-T WHETSTONE | Psychologist |
| ASPC-T WINCHESTER GP | Psychologist |
| ASPC-T RINCON SNU | Psychologist |
| ASPC-T CIM ICE TRNST | Psychologist |
| ASPC-D COMPLEX DOUGLAS | Psychologist |
| ASPC-D PAPAGO # | Psychologist |
| ASPC-D MOHAVE UNIT | Psychologist |
| ASPC-D GILA UNIT | Psychologist |
| ASPC-D MOHAVE CDU | Psychologist |
| ASPC-D EGGERS UNIT # | Psychologist |
| ASPC-L COMPLEX LEWIS | Psychologist |
| ASPC-L STINER UNIT I | Psychologist |
| ASPC-L STINER CDU | Psychologist |
| ASPC-L MOREY CDU | Psychologist |
| ASPC-L BARCHEY UNIT# | Psychologist |
| ASPC-L BACHMAN CDU | Psychologist |
| ASPC-L IPC | Psychologist |
| ASPC-L BUCKLEY SU | Psychologist |
| ASPC-L MOREY TRNST | Psychologist |
| ASPC-L RAST MAX | Psychologist |
| ASPC-L MOREY UNIT | Psychologist |
| ASPC-L SUNRISE UNIT | Psychologist |
| ASPC-L BARCHEY MDM I | Psychologist |
| ASPC-L BUCKLY UNT I | Psychologist |
| ASPC-L BARCHEY MED PS | Psychologist |
| ASPC-L RAST CLOSE | Psychologist |
| ASPC-L BACHMAN MDM I | Psychologist |
| ASPC-L BCHMN MXD 2 # | Psychologist |
| ASPC-L EAGLE POINT MN GP | Psychologist |
| ASPC-PHX COMPLEX PHOENIX | Psychologist |
| ASPC-S COMPLEX SAFFORD | Psychologist |
| ASPC-S GRAHAM UNIT | Psychologist |
| ASPC-S TONTO # | Psychologist |
| ASPC-S FORT GRANT | Psychologist |
| ASPC-S FG MILE DET | Psychologist |
| ASPC-W COMPLEX WINSLOW | Psychologist |
| ASPC-W CORONADO UNIT | Psychologist |
| ASPC-W KAIBAB I | Psychologist |
| ASPC-W WINSLOW CDU | Psychologist |
| ASPC-W APACHE UNIT | Psychologist |
| ASPC-W KAIBAB II # | Psychologist |
| ASPC-Y COMPLEX YUMA | Psychologist |
| ASPC-Y YUMA COCOPAH | Psychologist |
| ASPC-Y YUMA CHEYENNE | Psychologist |
| ASPC-Y DAKOTA I | Psychologist |
| ASPC-Y DAKOTA CDU | Psychologist |
| ASPC-Y YUMA LA PAZ | Psychologist |
| ASPC-Y YUMA CIBOLA | Psychologist |
| ASPC-Y YUMA CDU | Psychologist |
| ASPC-E BROWNING STG | Psychologist |
| ASPC-L RAST CLOSE MGMT | Psychologist |
| ASPC-Y DAKOTA CLOSE MGMT | Psychologist |
| ASPC-F CENTRAL CLOSE M/H | Psychologist |
| ASPC-F CENTRAL CLOSE | Psychologist |
| ASPC-L SUNRISE PC # | Psychologist |
| ASPC-E SMU BMU # | Psychologist |

| | |
|---|---|
| ASPC-T RESIDENTIAL MED HSG | Psychologist |
| ASPC-E RYNNING MED # | Psychologist |
| ASPC-E RYNNING MIXE# | Psychologist |
| PV-LUMLEY M/H # | Psychologist |
| ASPC-T SANTA RITA 2# | Psychologist |
| E-RYNNING CLOSE MGM# | Psychologist |

Show Add History

Exhibit 11

CHSS027C        # Health Services Encounter       Tuesday August 04, 2020 09:35:13

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 05/27/2020 | Start Time*: | 13:42:29 |
| End Date*: | 05/27/2020 | End Time*: | 13:46:22 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 05/27/2020 |
| Location*: | ASPC-F EAST UNIT  [A03] | Encounter Close Time: | 13:50:28 |
| Setting*: | Clinic | | |
| Staff Member*: | Holly-Reps, Sherry | | |
| Title: | Psychologist | | |
| Form Type: | Mental Health Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

I/M seen 1:1 in H.U. Mental Health office on 5/27/20 at 0830 for Mental Health follow-up visit.  His psych med Paxil was D/C'd 10/2/19 by Psychiatry at I/M's request.  I/M believes he has done well without the med.  Describes his current mood as having no depression.  He denies any recent experience of AH or VH, no paranoid thoughts or feelings, denies SI/HI.  Has a job on the Yard Crew and reports having ongoing contact with his family.  I/M does not think he requires further Mental Health monitoring or support.

### AZ Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
○ Y          ○ N:

**Medication compliant:**
○ N          ○ Y:

**Side effects:Inmate Comments/Chief Complaint:**

Rev #: 1179

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Not Taken | | | | | | |

**Objective Notes**

I/M seen at 0830 to 0844 for 14 minutes after which he expressed that the encounter had met his needs and asked to end the session.

Mental Status Exam completed.  See findings indicated below:

**Mental Status Exam - Objective**

**Orientation:**

- ◉ Y                                      ○ N
- ◉ Y                                      ○ N
- ◉ Y                                      ○ N
- ◉ Y                                      ○ N

PersonPlaceTimeSituation

- ○ Poor                    ◉ Fair                    ○ Good

**Insight:**

- ○ Poor                    ◉ Fair                    ○ Good

**Judgment:**

- ○ Poor                    ○ Fair                    ◉ Good

**Sleep:**

- ○ Poor                    ○ Fair                    ◉ Good

**Appetite:**

- ◉ N                                      ○ Y:

**Abnormal movements:**

- ◉ N                                      ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:**☑ Adequate grooming & hygiene☑ Calm & cooperative☐ Angry/agitated☐ Normal social rhythm☐ Guarded☐ Other:**Mood/Affect:**☑ Stable affect/mood congruent☐ Flat☐ Expansive☐ Dysphoric☑ Euthymic mood☐ Other:**Speech:**☑ Unremarkable☐ Pressured☐ Loud☐ Soft spoken☐ Difficult to interrupt☐ Other:**Thought Form:**☐ Goal directed☑ Logical☐ Coherent☐ Circumstantial☐ Perseverative☐ Obsessional☐ Loosely associated☐ Tangential☐ Fragmented☐ Other:**Thought Content:**☑ No evident psychosis☐ Delusional content☐ Flight of ideas☐ Ideas of reference☐ Auditory hallucinations☐ Visual hallucinations☐ Paranoia☐ Other:**Cognitive functioning:**☑ No gross cognitive deficits apparent☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance):☐ Other:

Rev #: 1179

## Assessment

### Mental Health Diagnosis (1 - 1 of 1)

| Diagnosis Code | Diagnosis Description |
|---|---|
| F32.9 | Unspecified depressive disorder |

### Active Allergies/Health Problems/Conditions (1 - 17 of 17)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Communicable Diseases | Hepatitis C | | | Assessed | 09/29/2015 | 09/29/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 06/25/2012 | 06/25/2012 |
| 004 | Mental Health | Mental Health | | Cocaine depend-unspec [304.20] | Assessed | 02/20/2015 | 02/20/2015 |
| 007 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/29/2015 | 03/29/2015 |
| 008 | Communicable Diseases | Tuberculosis Latent Inactive (LTBI) | | | Assessed | 09/29/2015 | 09/29/2015 |
| 009 | Mental Health | Mental Health | | Unspecified depressive disorder [F32.9] | Assessed | 10/20/2015 | 10/20/2015 |
| 012 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 12/01/2015 | 12/01/2015 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 102614006 - Generalized abdominal pain (finding) | Generalized abdominal pain [R10.84] | Assessed | 04/14/2016 | 04/14/2016 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - 61582004 | Allergic rhinitis, unspecified [J30.9] | Assessed | 04/14/2016 | 04/14/2016 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 162415008 - Complaining of a rash (finding) | Rash and other nonspecific skin eruption [R21] | Assessed | 06/05/2017 | 06/05/2017 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 21719001 - Allergic rhinitis due to pollen (disorder) | Allergic rhinitis due to pollen [J30.1] | Assessed | 11/09/2017 | 11/09/2017 |
| 018 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 09/13/2018 | 09/13/2018 |
| 019 | Other Diagnosis | Other Diagnosis | SNOMED: 56454009 - Pityriasis versicolor (disorder) | Pityriasis versicolor [B36.0] | Assessed | 09/13/2018 | 09/13/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 16001004 - Otalgia (finding) | Otalgia, left ear [H92.02] | Assessed | 11/26/2019 | 11/26/2019 |
| 021 | Other Diagnosis | Other Diagnosis | SNOMED: 43561008 - Chronic exudative otitis media (disorder) | Chronic serous otitis media, left ear [H65.22] | Assessed | 11/26/2019 | 11/26/2019 |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 36971009 - Sinusitis (disorder) | Chronic sinusitis, unspecified [J32.9] | Assessed | 11/26/2019 | 11/26/2019 |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 25064002 - Headache (finding) | Headache [R51] | Assessed | 11/26/2019 | 11/26/2019 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

Presents with apparent low risk of self-harming behavior at this time.

**Mental Health Progress Note - Assessment**

- ◉ Stable
- ○ Minimal improvement
- ○ Moderate improvement
- ○ Unchanged from last follow-up
- ○ Other:

**Assessment:Provisional Diagnosis:** None

○ N                                              ○ Y:

**Diagnosis:**

Rev #: 1179

---

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 2 of 2)                          [ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| CETIRIZINE HCL TABS (Zyrtec)/10 Mg ⚠️ | RxNorm: 1014678 - cetirizine HCl 10 MG Oral Tablet; | 04/04/2020 | 1 tab | EVERY MORNING | 09/30/2020 | Order Accepted at Pharmacy Vendor (SC) |
| FLUTICASONE PROP NASAL (16) SUSP (Flonase Nas Spry)/0.05% | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 02/21/2020 | 1 spray | EVERY MORNING AS NEEDED | 08/18/2020 | Received from Pharmacy |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

| Change Mental Health Score to MH-2. |
|---|

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):
○ N    ○ Y:
Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**
○ N    ○ Y
**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**
○ N    ○ Y
Next appointment entered into this encounter?

Rev #: 1179

## Patient Education

### Patient Education Notes

I/M will submit a HNR to access Mental Health services if needed.

## Health Classification

Medical: 2
Mental: 2-Previously received MH services                    Prognosis:  Remission Condition
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

Medical: 2
Dental: Unknown (Conversion)
Mental Health: Not on meds > 6 months with 30 day follow-up

## Encounter Orders Review

Review Type*:  No Review Required                    Review Staff:  Unknown

### Review Notes

None

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**
Date: 05/27/2020          Time: 13:50:28          User: Sherry Holly-Reps (HSX7)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-F COMPLEX FLORENCE | Psychologist |
| ASPC-F COMPLEX FLORENCE | Psychologist |
| ASPC-F CENTRAL I # | Psychologist |
| ASPC-F SOUTH UNIT | Psychologist |
| ASPC-F EAST UNIT | Psychologist |
| ASPC-F NORTH UNIT | Psychologist |
| ASPC-E SMU I NORTH | Psychologist |
| ASPC-F CB-KASSON CD# | Psychologist |
| ASPC-E COOK UNIT | Psychologist |
| ASPC-E COMPLEX EYMAN | Psychologist |
| ASPC-E MEADOWS CDU # | Psychologist |
| ASPC-E BROWNING UNIT | Psychologist |
| ASPC-F CENTRAL IPC | Psychologist |
| ASPC-E BROWNING D/RW | Psychologist |
| ASPC-E SMU I SOUTH | Psychologist |
| ASPC-E BROWNING MHW | Psychologist |
| ASPC-E SMU I CDU | Psychologist |
| ASPC-F MAX PHASE LV# | Psychologist |

| | |
|---|---|
| ASPC-E RYNNING CLOS# | Psychologist |
| ASPC-E SMU I EAST | Psychologist |
| ASPC-E SMU I MHW | Psychologist |
| ASPC-E RYNNING MED # | Psychologist |
| ASPC-E SMU BMU | Psychologist |
| ASPC-E MEADOWS MED | Psychologist |
| ASPC-F TEMPE ST.LUKES HOSP | Psychologist |
| ASPC-E RYNNING MAX | Psychologist |
| ASPC-F CENTRAL CB1 M/H | Psychologist |
| ASPC-F KASSON MHU | Psychologist |
| ASPC-E MAX INTAKE | Psychologist |
| ASPC-F FLOR/GLOBE | Psychologist |
| ASPC-E BROWNING 805# | Psychologist |
| ASPC-E BROWNING STG | Psychologist |

Show Add History

# Exhibit 12

# Health Services Encounter

CHSS027C

Tuesday August 04, 2020 09:32:00

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/02/2020 | Start Time*: | 08:38:37 |
| End Date*: | 07/02/2020 | End Time*: | 08:38:49 |
| Category: | Medical Provider | | |
| Type*: | Provider - Return from Offsite | Encounter Close Date: | 07/02/2020 |
| Location*: | ASPC-F EAST UNIT  [A03] | Encounter Close Time: | 11:49:47 |
| Setting*: | Clinic | | |
| Staff Member*: | Igwe, Dorothy | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

F/U RFO- ENT r/t ear perforation. Pt denies any immediate concerns. He reports he knows not to insert objects or fluids in his left ear. He denies fever/chills

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:42 | 98.9 | 60 | 18 | 6 0 | 201 | 125 | 84 | NA | 27.26 | 97.00 | F/U RFO- ENT (NEEDS INTERPRETER) |

### Objective Notes

AVSS
ENT notes reviewed:
Hole in the left ear
Continue dry ear precautions - no drops or irrigation unless medically indicated in the setting of TM perforation
Continue to follow expectantly with above precaution
Consider office-based "paper patch" myringoplasty if symptom not improved

## Assessment

### Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| H72.02 | Central perforation of tympanic membrane, left ear |

### Active Allergies/Health Problems/Conditions (1 - 17 of 17)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Communicable | Hepatitis C | | | Assessed | 09/29/2015 | 09/29/2015 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| | Diseases | | | | | | |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 06/25/2012 | 06/25/2012 |
| 004 | Mental Health | Mental Health | | Cocaine depend-unspec [304.20] | Assessed | 02/20/2015 | 02/20/2015 |
| 007 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Patient Reported | 03/29/2015 | 03/29/2015 |
| 008 | Communicable Diseases | Tuberculosis Latent Inactive (LTBI) | | | Assessed | 09/29/2015 | 09/29/2015 |
| 009 | Mental Health | Mental Health | | Unspecified depressive disorder [F32.9] | Assessed | 10/20/2015 | 10/20/2015 |
| 012 | Communicable Diseases | Hepatitis C | | Chronic viral hepatitis C [B18.2] | Assessed | 12/01/2015 | 12/01/2015 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 102614006 - Generalized abdominal pain (finding) | Generalized abdominal pain [R10.84] | Assessed | 04/14/2016 | 04/14/2016 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 61582004 - 61582004 | Allergic rhinitis, unspecified [J30.9] | Assessed | 04/14/2016 | 04/14/2016 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 162415008 - Complaining of a rash (finding) | Rash and other nonspecific skin eruption [R21] | Assessed | 06/05/2017 | 06/05/2017 |
| 017 | Other Diagnosis | Other Diagnosis | SNOMED: 21719001 - Allergic rhinitis due to pollen (disorder) | Allergic rhinitis due to pollen [J30.1] | Assessed | 11/09/2017 | 11/09/2017 |
| 018 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 09/13/2018 | 09/13/2018 |
| 019 | Other Diagnosis | Other Diagnosis | SNOMED: 56454009 - Pityriasis versicolor (disorder) | Pityriasis versicolor [B36.0] | Assessed | 09/13/2018 | 09/13/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 020 | Other Diagnosis | Other Diagnosis | SNOMED: 16001004 - Otalgia (finding) | Otalgia, left ear [H92.02] | Assessed | 11/26/2019 | 11/26/2019 |
| 021 | Other Diagnosis | Other Diagnosis | SNOMED: 43561008 - Chronic exudative otitis media (disorder) | Chronic serous otitis media, left ear [H65.22] | Assessed | 11/26/2019 | 11/26/2019 |
| 022 | Other Diagnosis | Other Diagnosis | SNOMED: 36971009 - Sinusitis (disorder) | Chronic sinusitis, unspecified [J32.9] | Assessed | 11/26/2019 | 11/26/2019 |
| 023 | Other Diagnosis | Other Diagnosis | SNOMED: 25064002 - Headache (finding) | Headache [R51] | Assessed | 11/26/2019 | 11/26/2019 |

**Related Allergies/Health Problems/Conditions** (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 024 | Other Diagnosis | Other Diagnosis | SNOMED: 60442001 - Perforation of tympanic membrane (disorder) | Central perforation of tympanic membrane, left ear [H72.02] | Assessed | 07/02/2020 | 07/02/2020 |

**Assessment Notes**

L. ear perforation

---

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 2 of 2)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| CETIRIZINE HCL TABS (Zyrtec)/10 Mg 🔶 | RxNorm: 1014678 - cetirizine HCl 10 MG Oral Tablet; | 04/04/2020 | 1 tab | EVERY MORNING | 09/30/2020 | Received from Pharmacy |
| FLUTICASONE PROP NASAL (16) SUSP (Flonase Nas Spry)/0.05% | RxNorm: 1797907 - Fluticasone propionate 0.05 MG/ACTUAT Metered Dose Nasal Spray; | 02/21/2020 | 1 spray | EVERY MORNING AS NEEDED | 08/18/2020 | Received from Pharmacy |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders**

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds** (1 - 1 of 1)

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 02/28/2021 | Placed |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

1. Continue dry ear precautions, no drops or irrigation unless medically indicated in the setting of TM perforation
2. Watchful waiting to monitor improvement
3. RTC with worsening symptoms to determine need for office-based "paper patch" myringoplasty

**Patient Education**

**Patient Education Notes**

Discussed above plan and pt agreeable

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

**Health Classification**

Medical:  2
Mental:  2-Previously received MH services          Prognosis:   Remission Condition
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

Medical: 2

Dental: Unknown (Conversion)
Mental Health: Previously received MH services

## Encounter Orders Review

|  |  |  |  |
|---|---|---|---|
| Review Type*: | Pending Nurses Order | Review Staff: | Pontious, Elizabeth, RN |
| Review Date: | 07/02/2020 | Review Time: | 14:05:49 |

**Review Notes**

See plan above
TimeStamp: 2 July 2020 14:10:04 --- User: Elizabeth Pontious (PONEL01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

| Date: 07/02/2020 | Time: 14:05:49 | User: Elizabeth Pontious (PONEL01) |
|---|---|---|

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-F COMPLEX FLORENCE | Registered Nurse |
| ASPC-F CENTRAL I # | Registered Nurse |
| ASPC-F SOUTH UNIT | Registered Nurse |
| ASPC-F EAST UNIT | Registered Nurse |
| ASPC-F NORTH UNIT | Registered Nurse |
| ASPC-F CB-KASSON CD# | Registered Nurse |
| ASPC-F CENTRAL IPC | Registered Nurse |
| ASPC-F TEMPE ST.LUKES HOSP | Registered Nurse |
| ASPC-F KASSON MHU | Registered Nurse |
| ASPC-F FLOR/GLOBE | Registered Nurse |
| ASPC-F CENTRAL CLOSE M/H | Registered Nurse |
| ASPC-F CENTRAL CLOSE | Registered Nurse |
| ASPC-F CENTRAL D/RW | Registered Nurse |

Show Add History

Exhibit 13

CHSS027C            # Health Services Encounter       Tuesday August 04, 2020 09:39:58

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 09/25/2019 | Start Time*: | 08:48:56 |
| End Date*: | 09/25/2019 | End Time*: | 08:49:31 |
| Category: | Dental | | |
| Type*: | Dental - Intake Exam | Encounter Close Date: | 09/25/2019 |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] | Encounter Close Time: | 09:12:46 |
| Setting*: | Clinic | | |
| Staff Member*: | Williams, Deborah | | |
| Title: | Dentist | | |
| Form Type: | Medical History | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Healthcare Staff Used for Interpreter Services

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

IE/4 BW Xrays

### AZ Medical Health History - Subjective

○ Y                                        ● N
**Seizures:Comments:**
● Y                                        ○ N
**Breathing Problems:Comments:**Asthma/meds
○ Y                                        ● N
**Tuberculosis:Comments:**
● Y                                        ○ N
**High Blood Pressure:Comments:**meds
○ Y                                        ● N
**Murmur:Comments:**
○ Y                                        ● N
**Rheumatic Fever:Comments:**
○ Y                                        ● N
**Venereal Disease:Comments:**
○ Y                                        ● N
**HIV +:Comments:**
○ Y                                        ● N
**Hepatitis:Type & Comments:**
○ Y                                        ● N
**Anemia:Comments:**
● Y                                        ○ N
**Diabetes:Comments:**meds
○ Y                                        ● N
**Kidney Disease:Comments:**
○ Y                                        ● N
**Pregnant:Comments:**
○ Y                                        ● N
**Prosthetic Hip,Knee,etc:Comments:**Complications with
○ Y                                        ● N
**Surgery,Dental Tx,Type & Comments:**Bleeding,Anesthetic,etc:
○ Y                                        ● N
**Allergies to Medication:If Yes, enter/verify in the allergy section of the encounter.Current Medications**
○ Y                                        ● N
**Verified: See Patient Synopsis for a list of current medications.**
○ Y                                        ● N
**Other:Comments:Precaution or contraindication for dental treatment: (if none, so state)**

monitor blood pressure and blood sugar

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| 08:51 | 98.7 | 75 | | 6  2 | 248 | 112 | 57 | NA | 31.84 | | |

### Objective Notes

IE

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|----------|---------------------|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 4 of 4)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 09/04/2019 | |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Assessed | 09/04/2019 | 09/04/2019 |
| 003 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Type II diabetes mellitus | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 09/04/2019 | 09/04/2019 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Primary hypertension | Essential (primary) hypertension [I10] | Assessed | 09/04/2019 | 09/04/2019 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

Need FMD, Fills; moderate gingivitis

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 3 of 3)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|-------------------------|----------------------|----------------|--------|-----------|------------|--------|
| Lisinopril Tab (Prinivil)/10MG | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 09/17/2019 | 1 tab | EVERY DAY | 03/14/2020 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Metformin Hcl Tab (Glucophage)/1000MG | RxNorm: 861004 - metFORMIN HCl 1000 MG Oral Tablet; | 09/17/2019 | 1 tab | TWICE DAILY | 03/14/2020 | Received from Pharmacy |
| Albuterol Sulfate Hfa Aer (Ventolin)/90MCG | | 09/04/2019 | 2 puffs | TWICE DAILY AS NEEDED | 10/03/2019 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

| TX;IE, 4 BW Xrays | NV:HNR/Ext #15 |
|---|---|

---

### Patient Education

#### Patient Education Notes

OHI given

---

### Health Classification

Medical: 2
Mental: 1-No history of MH services          Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

#### Classification and Security Notes

None

---

### Encounter Orders Review

Review Type*:   Pending Nurses Order        Review Staff:   Niewiek, Pamela, RN

Review Date: 09/25/2019          Review Time: 09:43:01

**Review Notes**

TimeStamp: 25 September 2019 09:45:07 --- User: Pamela Niewiek (NIEPA01)

**Dental Chart**

Dental Chart Available

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 09/25/2019         Time: 09:43:01         User: Pamela Niewiek (NIEPA01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-Y COMPLEX YUMA | Registered Nurse |
| ASPC-Y YUMA COCOPAH | Registered Nurse |
| ASPC-Y YUMA CHEYENNE | Registered Nurse |
| ASPC-Y DAKOTA I | Registered Nurse |
| ASPC-Y DAKOTA CDU | Registered Nurse |
| ASPC-Y YUMA LA PAZ | Registered Nurse |
| ASPC-Y YUMA CIBOLA | Registered Nurse |
| ASPC-Y YUMA CDU | Registered Nurse |

Show Add History

Exhibit 14

CHSS027C     # Health Services Encounter   Tuesday August 04, 2020 09:44:40

## Encounter Header

| | |
|---|---|
| Date*: | 09/17/2019 |
| End Date*: | 09/17/2019 |
| Category: | Medical Provider |
| Type*: | Provider - Chronic Care |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] |
| Setting*: | Interactive Telemedicine |
| Staff Member*: | Smalley, Carrie |
| Title: | Medical Doctor |
| Form Type: | Chronic Care Clinic |

| | |
|---|---|
| Start Time*: | 06:48:50 |
| End Time*: | 06:50:02 |
| Encounter Close Date: | 09/17/2019 |
| Encounter Close Time: | 07:01:38 |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

F/U CC HTN, Asthma, DM
F/U hypertension. Is compliant with medication and stable on current regimen. Denies chest pain, SOB, dizziness, or headaches.
F/U asthma. Is stable on current regimen. Uses albuterol inhaler 2-3x per week. Denies cough, SOB, or night time awakenings.
F/U diabetes. Is compliant with medication.  No accu checks or A1C for review. Denies polyuria, polydipsia, or polyphagia. Denies episodes of hypoglycemia. Last eye exam 1-2 years.

### AZ Chronic Care Clinic Subjective

**History:**
- ○ Y
- ○ Y
- ◉ Y

Type 2 diabetes 2009
Hypertension
Asthma age 9
Pneumonia vaccine 2018 (historical)

**Risk facto**
- ○ Rare/N
      ○ Former

Smoker:
- ○ Less than 10 pk yrs    ◉ 10-20 pk yrs    ○ More than 20 pk yrs

Amount/Length:
- ○ Y    ◉ N
- ○ Y    ◉ N
- ○ Y    ◉ N
- ○ Y    ◉ N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y    ◉ N     ○ N/A

Hx DKA:Other:
- ◉ N    ○ Y
- ◉ N    ○ Y

**Last eye exam date:**1-2 year**Retinopathy:Problems with vision:Pulmonary:**Age of onset:9Frequency of inhaler use:2-3x per week Last attack:Few years
- ○ Y    ◉ N
- ○ Y    ◉ N

Prior hospitalization for asthma:History of intubation:
- ○ Y    ◉ N

Prior corticosteroids: ☑ Change in season☐ Pollen☑ Exercise☐ Dust**Aggravating factors for asthma:** ☐ Cold☐
Other:**Night time awakenings with asthma within the last 30 days:**0
- ○ Generalized Tonic Clonic(Grand Mal)    ○ Complex(partial)    ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
- ○ Y    ○ N
- ○ Y    ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y    ○ N
- ○ Y    ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y    ○ N
- ○ Y    ○ N
- ○ Y    ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y    ○ N
- ○ Y    ○ N
- ○ Y    ○ N

Headaches:Night sweats:Fever:
- ○ Y    ○ N
- ○ Y    ○ N
- ○ Y    ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y    ○ N
- ○ Y    ○ N

Visual Disturbance:PPD Conversion:
- ○ Y    ○ N
- ○ Y    ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N    ○ Y

Recent weight loss/cachexia:
- ○ N    ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N    ○ Y:
- ☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:** ☐ ChestDescribe:
- ○ N    ○ Y:

**Fever:**
- ○ N    ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| | | | | | Not Taken | | | | | | |

### Objective Notes

VSS, NAD, A&Ox3, ambulates to room without difficulty
Peak flows 340

### Chronic Care Clinic Objective

○ N   ○ Y

**HEENT:**Nystagmus (SZ):
○ N   ○ Y

Gingival hyperplasia (SZ):
○ N   ○ Y

Ataxia:
○ N   ○ Y

**Eyes:**Conjunctiva pale:
○ N   ○ Y

Sclera icteric:
○ Y   ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y   ○ N
○ Y   ○ N

Thyroid NL:Cervical lymph nodes NL:
⦿ Y   ○ N
○ Y   ⦿ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y   ⦿ N

Gallop:
○ Y   ⦿ N
○ Y   ⦿ N
○ Y   ⦿ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y   ○ N
○ Y   ○ N
○ Y   ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
⦿ Y   ○ N
○ Y   ○ N
○ Y   ○ N

Bowel Sounds:Soft:Splenomegaly:
○ Y   ○ N
○ Y   ○ N

**Ext.:**Pedal pu~~      abdomen non distended on camera exam~~
○ Y
○ Y   ○ N

Foot exam unremarkable:Leg ulcers:
○ Y   ○ N
○ Y   ○ N

**Neuro:**Motor deficits:Sensory deficits
○ Y   ⦿ N   ○ NA
○ N   ○ Y:

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized: ☑ Ordered at this visit

Monofilament testing completed with patient**Studies:** ☐ LFT ☐ TSH ☐ Flu ☐ Pneumo (5 years)**Annual**

## Assessment

☑ Real Diagnosis/Complaint

| Lab/Immunizations: | |
|---|---|
| **ICD Code** | **Diagnosis/Complaint** |

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

| | | |
|---|---|---|
| Asthma: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Diabetes Type II: ☐ |
| Dyslipidemia: ☐ | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | |

### Active Allergies/Health Problems/Conditions (1 - 4 of 4)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 09/04/2019 | |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Assessed | 09/04/2019 | 09/04/2019 |
| 003 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Type II diabetes mellitus | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 09/04/2019 | 09/04/2019 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Primary hypertension | Essential (primary) hypertension [I10] | Assessed | 09/04/2019 | 09/04/2019 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Type 2 diabetes
Hypertension
Asthma

### Chronic Care Clinic Assessment

**Has the MPL been updated?** yes

Rev #: 1202

### Plan

#### Treatment Orders (1 - 1 of 1)

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| Treatments | FSBG Check - Non-Insulin Dependent | Twice a week | 90 | None |

#### Active Drug Prescription Orders (1 - 3 of 3)

[ View MAR Summary ]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Metformin Hcl Tab (Glucophage)/1000MG | RxNorm: 861004 - metFORMIN HCl 1000 MG Oral Tablet; | 09/04/2019 | 1 | TWICE DAILY | 10/03/2019 | Received from Pharmacy |
| Lisinopril Tab (Prinivil)/10MG | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 09/04/2019 | 1 | EVERY DAY | 10/03/2019 | Received from Pharmacy |
| Albuterol Sulfate Hfa Aer (Ventolin)/90MCG | | 09/04/2019 | 2 puffs | TWICE DAILY AS NEEDED | 10/03/2019 | Received from Pharmacy |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders** (1 - 3 of 3)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| MICROALBUMIN-URINE, RANDOM QUANT | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request** (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| On-site Clinic | Optometry | Routine | Cancelled |

**Follow-up Appointments** (1 - 3 of 3)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 09/19/2019 | 07:00:00 | Health Services | Perez, Mayra | ASPC-Y YUMA LA PAZ |
| 09/27/2019 | 07:58:00 | Health Services | Smalley, Carrie | ASPC-Y YUMA LA PAZ |
| 09/27/2019 | 08:08:00 | Health Services | Smalley, Carrie | ASPC-Y YUMA LA PAZ |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B     ☐ Qualifies for 340B - Hep C     ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Continue current medications (change to KOP)
Monitor blood sugars, BP, peak, flows
NL for accu checks 2x per week x 90 days
Labs
Consult optometrist for yearly DM eye exam
F/U CC DM, HTN, asthma in one month

MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Metformin Hcl Tab', Order Number: 2079072,
Authorized By: Smalley, Carrie, FNP-C. Timestamp: 09/17/2019 06:54:00
MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Lisinopril Tab', Order Number: 2079069, Authorized
By: Smalley, Carrie, FNP-C. Timestamp: 09/17/2019 06:54:54

### Chronic Care Clinic Plan

**Management goals for this patient (Justification needed if you deviate from protocol):**

◉ N                                      ◯ Y:

continue to monitor

Rev #: 1202

---

### Patient Education

#### Patient Education Notes

Plan of care, avoidance of high risk activity, avoidance of excessive salt and caffeine, asthma triggers, diet and exercise,
patient advised to place HNR for any change in medical condition or other concerns
TimeStamp: 17 September 2019 07:01:52 --- User: Carrie Smalley (SMACA01)

#### Chronic Care Clinic Patient Education

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

---

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)     ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

### Health Classification

Medical:   2
Mental:   1-No history of MH services                                   Prognosis:
SMI:   N-No
Dental:   U-Unknown (Conversion)

#### Classification and Security Notes

TimeStamp: 17 September 2019 07:01:56 --- User: Carrie Smalley (SMACA01)

---

### Encounter Orders Review

Review Type*:   Pending Nurses Order             Review Staff:   Prentiss, Monica, RN
Review Date:   09/17/2019                        Review Time:   11:44:15
**Review Notes**

TimeStamp: 17 September 2019 11:46:47 --- User: Monica Prentiss (PREMO01)

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 09/17/2019     Time: 11:44:15     User: Monica Prentiss (PREMO01)

| <u>Office/Facility of User on that date</u> | <u>Work Assignment</u> |
|---|---|
| ASPC-Y COMPLEX YUMA | Registered Nurse |
| ASPC-Y YUMA COCOPAH | Registered Nurse |
| ASPC-Y YUMA CHEYENNE | Registered Nurse |
| ASPC-Y DAKOTA I | Registered Nurse |
| ASPC-Y DAKOTA CDU | Registered Nurse |
| ASPC-Y YUMA LA PAZ | Registered Nurse |
| ASPC-Y YUMA CIBOLA | Registered Nurse |
| ASPC-Y YUMA CDU | Registered Nurse |
| ASPC-Y DAKOTA CLOSE MGMT | Registered Nurse |

Show Add History

Exhibit 15

CHSS027C        # Health Services Encounter        Tuesday August 04, 2020 09:47:09

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 09/20/2019 | Start Time*: | 10:40:46 |
| End Date*: | 09/20/2019 | End Time*: | 10:41:02 |
| Category: | Nursing | | |
| Type*: | Nurse - Sick Call - Unscheduled | Encounter Close Date: | 09/20/2019 |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] | Encounter Close Time: | 11:03:55 |
| Setting*: | Clinic | | |
| Staff Member*: | Barnett, Barbara | | |
| Title: | Registered Nurse | | |
| Form Type: | NET-Musculoskeletal | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests** (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 09/17/2019 | Nursing | Routine | Encounter Held |

**Subjective Notes**

Request Date: 09/17/2019
I have neck and back pain.  I have numbness in my legs.  I am very dizzy.

**AZ NET-Musculoskeletal - Subjective**

**Chief complaint:**Neck/Back Pain, Numbness in legs, Dizziness/Vertigo, slight headache**Onset Date:**over 8 years ☑

☐ Trauma**Describe injury:**Slammed head into wall by wife☐ Difficulty breathing ☑ Pain

◉ Chronic          ◯ Acute

☐ Dull☐ Sharp☑ Achy☑ Burning**Pain scale is now:**10/10**At worst:**10/10**What makes it better:**Meds: Tramadol, Cyclobenzaprine, Gabapentin **What makes it worse:**climbing top bunk, standing for long periods of time☑

☐ Radiation**Describe:**back, left leg**Associated Factors:**☐ Urinary incontinence ☐ Painful urination ☐ Fecal incontinence ☐ Tingling☑ Nausea/vomiting denies☐ Abdominal pain ☐ Fever

◉ Chronic          ◯ Acute

☑ Numbness: Describe:left leg

◉ Chronic          ◯ Acute

☑ Weakness: Describe:left leg☐ Weight change☐ Gain☐ Loss☐ Impaired mobility ☐ Impaired ADLs☐ Steroids☐ NSAIDS☐ Anticoagulants**Current Medications:** ☐ New medication in the past 30 days?What medication:no **Pertinent Medical Conditions:**☑ Arthritis☐ Cancer☐ Osteoporosis☐ Kidney disease/stones☐ Back surgery☐ Working lifting heavy objectsExplain:☐ Recent weight lifting☐ Other:lbs.

◯ Y     ◯ N      ◉ Unknown

**Tetanus Booster >5 years:**

◯ Y     ◯ N      ◉ Unknown

**Ever had a Tdap:**

Rev #: 1246

---

**Objective**

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 10:47 | 98.2 | 78 | 18 | 6  2 | 252 | 106 | 60 | NA | 32.35 | 99.00 | |

**Objective Notes**

None

**NET-Musculoskeletal - Objective**

**Call practitioner if T>100, P>100, or SBP <100.**

◉ Y       ○ N

**Chronic care clinic:**What clinic(s):Asthma, DM, HTN ☑ Warm☐ Dry☐ Pale☐ Red**Skin:**☐ Cold☐ Clammy☐ Scratching☐ Bruising☐ Normal☐ Pulsatile mass in abdomen☐ Lumps☐ Redness**Abdomen:Extremities:**☐ Pedal pulse:☑ Radial pulse:RLxRxL☑ Handgrips equal and strong☐ Handgrips unequal and weakDescribe:☐ Tender to touchDescribe:☑ Straight leg raise equal and strong☐ Straight leg raise unequal and weakDescribe:☑ Posture erect☐ Posture not erectDescribe:☑ Gait symmetrical☐ Gait not symmetricalDescribe:☐ Able to walk heel to toe☐ Able to squat and rise**Tests:Record fingerstick results for diabetics in the vital signs section of this encounter.Record Dipstick U/A order and results in the lab orders section of this encounter.**(Back pain or excessive exercise)**Comments:**

Rev #: 1246

---

## Assessment

### Active Allergies/Health Problems/Conditions (1 - 4 of 4)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 09/04/2019 | |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Assessed | 09/04/2019 | 09/04/2019 |
| 003 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Type II diabetes mellitus | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 09/04/2019 | 09/04/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 004 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Primary hypertension | Essential (primary) hypertension [I10] | Assessed | 09/04/2019 | 09/04/2019 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

General: A & O, calm, cooperative, no signs of dizziness/vertigo at this time, gait is steady
Cardiac: RRR. S1, S2
Respiratory: CTA Bilaterally
Skin: Warm, dry, intact

**NET-Assessment-Nursing Diagnosis**

**Nursing Diagnosis:** ☑ Alteration in Comfort ☐ Activity Intolerance ☐ Knowledge Deficit ☐ Other **Related To:** ☐
☐ Impaired Mobility ☐ Injury ☐ Disease Process ☑ Other

Pain

Rev #: 1246

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders** (1 - 3 of 3)    **View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Lisinopril Tab (Prinivil)/10MG | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 09/17/2019 | 1 tab | EVERY DAY | 03/14/2020 | Received from Pharmacy |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Metformin Hcl Tab (Glucophage)/1000MG | RxNorm: 861004 - metFORMIN HCl 1000 MG Oral Tablet; | 09/17/2019 | 1 tab | TWICE DAILY | 03/14/2020 | Received from Pharmacy |
| Albuterol Sulfate Hfa Aer (Ventolin)/90MCG | | 09/04/2019 | 2 puffs | TWICE DAILY AS NEEDED | 10/03/2019 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Plan Notes

IM provided with Keefe IBU for headache, pain.
ROI completed, will send for Medical Records.
Refer to Provider Line.

### NET-Musculoskeletal - Plan/Intervention

○ No Referral to Provider Necessary
◉ Routine Referral (To be seen within 14 days)
○ Urgent Referral (To be seen within 24 hours)
○ Emergent Referral (To be seen immediately)

**Referral to Medical Provider** **Sick Call Follow Up** ☑ Practitioner ☐ Mental Health ☐ None ☐ Other ☐ Nurse ☐ Dental ☐ Lab ☐ XRAY **For selected referrals and follow up, please ensure the appropriate appointment/referral is created.** ☑ Nursing Intervention **Continuity of Care:** ☑ Referral to practitioner for current presenting complaint ☐ Custody notified of special needs ☐ Seen by practitioner Name: Time: ☐ Contacted practitioner Name: Time: **Practitioner orders received**
○ Y       ○ N
☐ Read back practitioner orders **Medication:** ☐ O2 @LPM via ☑ OTC medication per site guideline List: Acetaminophen, Ibuprofen ☐ KOP ☐ Medication administered ☐ Medication noted on MAR **Comments:**

Keefe IBU for pain

Rev #: 1246

---

**Patient Education**

**Patient Education Notes**

IM advised of his POC, will send for Medical Records.  IM advised on the daily recommended dosage of OTC IBU, take with food, as needed.

**NET-Musculoskeletal - Patient Education**

**Patient Education:** ☑ Patient educated to contact medical if symptoms develop or worsen ☐ Education given ☐ Written information provided ☑ Verbal education given ☑ The patient demonstrates an understanding of self-care, symptoms to report, and when to returnfor follow-up care

Rev #: 1246

---

**Health Classification**

Medical: 2
Mental: 1-No history of MH services                                      Prognosis:
SMI: N–No
Dental: U-Unknown (Conversion)

**Classification and Security Notes**

None

---

**Encounter Orders Review**

Review Type*:  No Review Required                    Review Staff:  Unknown

**Review Notes**

Refer to Provider Line, waiting for Medical Records.

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 09/20/2019                    Time: 11:03:55                    User: Barbara Barnett (BARBA01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-Y COMPLEX YUMA | Registered Nurse |
| ASPC-Y YUMA COCOPAH | Registered Nurse |
| ASPC-Y YUMA CHEYENNE | Registered Nurse |
| ASPC-Y DAKOTA I | Registered Nurse |
| ASPC-Y DAKOTA CDU | Registered Nurse |
| ASPC-Y YUMA LA PAZ | Registered Nurse |
| ASPC-Y YUMA CIBOLA | Registered Nurse |
| ASPC-Y YUMA CDU | Registered Nurse |
| ASPC-Y DAKOTA CLOSE MGMT | Registered Nurse |

Case 2:12-cv-00601-ROS   Document 3715-1   Filed 08/28/20   Page 125 of 205

Show Add History

Exhibit 16

CHSS027C        # Health Services Encounter        Tuesday August 04, 2020 09:49:38

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 06/25/2020 | Start Time*: | 08:11:20 |
| End Date*: | 06/25/2020 | End Time*: | 08:13:46 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 06/25/2020 |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] | Encounter Close Time: | 15:52:36 |
| Setting*: | Interactive Telemedicine | | |
| Staff Member*: | Baird, James W | | |
| Title: | Medical Doctor | | |
| Form Type: | Chronic Care Clinic | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

I am located in Washington, and the patient located at the Yuma Complex.
He was afforded an opportunity to ask questions regarding telehealth platform.
Patient consent was obtained, and his identity verified.

He is here for CC Asthma, HTN, and DM2.
He uses the albuterol every other day.  He denies nebulizer txs since last CC,  and there is no nocturnal wheezing.
He says he exercises, but denies CP.

**AZ Chronic Care Clinic Subjective**

**History:**
- ○ Y
- ○ Y
- ⦿ Y                                    ○ N

**Risk factors:**Obesity:Alcohol:Family history of heart disease:
- ○ Rare/None                  ⦿ Current                        ○ Former

Smoker:
- ○ Less than 10 pk yrs        ○ 10-20 pk yrs            ○ More than 20 pk yrs

Amount/Length:
- ○ Y                                    ⦿ N
- ○ Y                                    ⦿ N
- ○ Y                                    ⦿ N
- ○ Y                                    ⦿ N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y                    ○ N                        ⦿ N/A

Hx DKA:Other:
- ○ N                              ○ Y
- ○ N                              ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
- ○ Y                              ○ N
- ○ Y                              ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y                              ○ N

Prior corticosteroids:☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:**☐ Cold☐
Other:**Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)        ○ Complex(partial)        ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:**☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
- ○ Y                              ○ N
- ○ Y                              ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y                              ○ N
- ○ Y                              ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y                              ○ N
- ○ Y                              ○ N
- ○ Y                              ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y                              ○ N
- ○ Y                              ○ N
- ○ Y                              ○ N

Headaches:Night sweats:Fever:
- ○ Y                              ○ N
- ○ Y                              ○ N
- ○ Y                              ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y                              ○ N
- ○ Y                              ○ N

Visual Disturbance:PPD Conversion:
- ○ Y                              ○ N
- ○ Y                              ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N                              ○ Y

Recent weight loss/cachexia:
- ○ N                              ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N                              ○ Y:
- ☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:**☐ ChestDescribe:
- ○ N                              ○ Y:

**Fever:**
- ○ N                              ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 08:08 | 98.0 | 83 | 18 | 6 2 | 256 | 124 | 76 | NA | 32.86 | 96.00 | vitals for cc tele med<br>peak flow: 350.400.400<br><br>TimeStamp: 25 June 2020 ... |

### Objective Notes

Gait is normal, speech and cognition are grossly normal.  BP/PF discussed with him.

HgbA1c 5.1
TSH normal, LDL 52, creat 0.95
Trigs 356, needs watching

### Chronic Care Clinic Objective

○ N      ○ Y
**HEENT:**Nystagmus (SZ):
○ N      ○ Y
Gingival hyperplasia (SZ):
○ N      ○ Y
Ataxia:
○ N      ○ Y
**Eyes:**Conjunctiva pale:
○ N      ○ Y
Sclera icteric:
○ Y      ○ N
**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y      ○ N
○ Y      ○ N
Thyroid NL:Cervical lymph nodes NL:
○ Y      ○ N
○ Y      ○ N
**Heart:**Regular Rhythm:Murmur Present:
○ Y      ○ N
Gallop:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N
**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N
**Abdomen:**Tenderness:Mass:Hepatomegaly:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N
Bowel Sounds:Soft:Splenomegaly:
○ Y      ○ N
○ Y      ○ N
**Ext.:**Pedal pu
○ Y
○ Y      ○ N
Foot exam unremarkable:Leg ulcers:
○ Y      ○ N
○ Y      ○ N
**Neuro:**Motor deficits:Sensory deficits
○ Y      ○ N      ○ NA
○ N      ○ Y

Rev

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

| | | |
|---|---|---|
| Asthma: ☑ | | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | | Diabetes Type II: ☑ |
| Dyslipidemia: ☐ | | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | | Hypertension: ☑ |
| Multiple Sclerosis (MS): ☐ | | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | | |

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 09/04/2019 | |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 404640003 - Dizziness (finding) | Dizziness and giddiness [R42] | Assessed | 10/03/2019 | 10/03/2019 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 279039007 - Low back pain (finding) | Low back pain [M54.5] | Assessed | 10/03/2019 | 10/03/2019 |

### Related Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Assessed | 09/04/2019 | 09/04/2019 |
| 003 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Type II diabetes mellitus | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 09/04/2019 | 09/04/2019 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Primary hypertension | Essential (primary) hypertension [I10] | Assessed | 09/04/2019 | 09/04/2019 |

### Assessment Notes

Asthma, good control
HTN, good control
DM2, good control

### Chronic Care Clinic Assessment

**Has the MPL been updated?**n

Rev #: 1202

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 7 of 7)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Oxcarbazepine Tab (Trileptal)/600MG | RxNorm: 312138 - OXcarbazepine 600 MG Oral Tablet; | 06/23/2020 | 2 tabs | TWICE DAILY | 09/20/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Meclizine Hcl Chewable Chw (Antivert)/25MG | RxNorm: 995632 - meclizine hCl 25 MG Chewable Tablet; | 06/16/2020 | 1 tab | TWICE DAILY | 09/13/2020 | Received from Pharmacy |
| Naproxen Tab (Naprosyn)/500MG | RxNorm: 198014 - Naproxen 500 MG Oral Tablet; | 06/16/2020 | 1 tab | TWICE DAILY AS NEEDED | 09/13/2020 | Received from Pharmacy |
| Metformin Hcl Tab (Glucophage)/850MG | RxNorm: 861010 - metFORMIN hCl 850 MG Oral Tablet; | 03/31/2020 | 1 tab | TWICE DAILY | 09/26/2020 | Received from Pharmacy |
| Xopenex Hfa Aer (Levalbuterol Hcl)/45MCG | RxNorm: 746466 - 200 ACTUAT Levalbuterol 0.045 MG/ACTUAT Metered Dose Inhaler [Xopenex]; ... | 03/31/2020 | 2 puffs | FOUR TIMES DAILY AS NEEDED | 09/26/2020 | Received from Pharmacy |
| Albuterol Sulfate Neb (Proventil)/0.083% | RxNorm: 630208 - albuterol 0.083 % Inhalant Solution; | 03/04/2020 | 1 puff | FOUR TIMES DAILY AS NEEDED | 08/30/2020 | Received from Pharmacy |
| Lisinopril Tab (Prinivil)/10MG | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 03/04/2020 | 1 tab | EVERY DAY | 08/30/2020 | Order Accepted at Pharmacy Vendor (SC) |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Prior to Next Clinic | Ordered | | |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Prior to Next Clinic | Ordered | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 09/13/2020 | 08:11:20 | Health Services | Generic, Lab Tech | ASPC-Y YUMA LA PAZ |
| 09/13/2020 | 09:21:00 | Health Services | Generic, Lab Tech | ASPC-Y YUMA LA PAZ |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for    ☐ Qualifies for    ☐ Qualifies for
340B - Hep B       340B - Hep C       340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

Labs ordered, meds renewed

MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Lisinopril Tab', Order Number: 2297639, Authorized By: Baird, James W, MD. Timestamp: 06/25/2020 15:44:07
MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Xopenex Hfa Aer', Order Number: 2331695, Authorized By: Baird, James W, MD. Timestamp: 06/25/2020 15:45:31
MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Metformin Hcl Tab', Order Number: 2331694, Authorized By: Baird, James W, MD. Timestamp: 06/25/2020 15:47:01
MEDICATION DISCONTINUED VIA THIS ENCOUNTER- Medication Name: 'Oxcarbazepine Tab', Order Number: 2437063, Authorized By: Baird, James W, MD. Timestamp: 06/25/2020 15:48:44

**Chronic Care Clinic Plan**

Management goals for this patient (Justification needed if you deviate from protocol):
○ N                                              ○ Y:

BP <130/80
No nebulizer txs since last CC
HgbA1c <7

Rev #: 1202

**Patient Education**

**Patient Education Notes**

see below

**Chronic Care Clinic Patient Education**

☐ Diet/Nutrition ☑ Smoking ☐ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical: 2
Mental: 1-No history of MH services                 Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

TimeStamp: 6 January 2020 07:48:52 --- User: Carrie Smalley (SMACA01)

## Encounter Orders Review

Review Type*: Pending Nurses Order        Review Staff: Generic, Clinic Nurse
Review Date: 06/25/2020                   Review Time: 10:53:43

### Review Notes

TimeStamp: 25 June 2020 10:57:34 --- User: Monica Prentiss (PREMO01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

## Last Updated Information:

Date: 06/25/2020          Time: 15:52:36          User: James Baird (BAIJA01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-T COMPLEX TUCSON | Medical Doctor |
| ASPC-T RINCON I | Medical Doctor |
| ASPC-T SANTA RITA | Medical Doctor |
| ASPC-T COMPLEX CDU | Medical Doctor |
| ASPC-T MINORS I | Medical Doctor |
| ASPC-T CIMARRON I | Medical Doctor |
| ASPC-T CIMARRON CDU | Medical Doctor |
| ASPC-T MANZANITA | Medical Doctor |
| ASPC-T MANZANITA CDU | Medical Doctor |
| ASPC-T WINCHESTR CDU | Medical Doctor |
| ASPC-T RINCON IPC | Medical Doctor |
| ASPC-T MANZANITA SNU | Medical Doctor |
| ASPC-T CIM TRNST | Medical Doctor |
| ASPC-T CIMARRON II | Medical Doctor |
| ASPC-T MINORS RCPTN | Medical Doctor |
| ASPC-T MINORS MAX # | Medical Doctor |
| ASPC-T RINCON MHW | Medical Doctor |
| ASPC-T RINCON MHU | Medical Doctor |
| ASPC-T CATALINA UNIT | Medical Doctor |
| ASPC-T WHETSTONE | Medical Doctor |
| ASPC-T MINORS | Medical Doctor |
| ASPC-T WINCHESTER GP | Medical Doctor |
| ASPC-T RINCON SNU | Medical Doctor |
| ASPC-T CIM ICE TRNST | Medical Doctor |
| ASPC-T SANTA RITA 2# | Medical Doctor |

Show Add History

Exhibit 17

CHSS027C                    Health Services Encounter                    Tuesday August 04, 2020 10:04:47

**Encounter Header**

| | | | |
|---|---|---|---|
| Date*: | 07/13/2020 | Start Time*: | 08:48:54 |
| End Date*: | 07/13/2020 | End Time*: | 08:50:55 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 07/13/2020 |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] | Encounter Close Time: | 14:27:31 |
| Setting*: | Clinic | | |
| Staff Member*: | Gonzalez, Arsinia | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Mental Health Progress Note | | |

**Subjective**

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

**Confidential Setting Comments**

Patient was seen in private, confidential setting.

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

Patient was seen in private, confidential setting. Writer introduced self to patient and reviewed limits of confidentiality. Patient seen to sign release of information. Patient reports he is seeking school exemption from school due to learning disability. Patient processed brain injury as a result of physical abuse. Patient reports he was in special education classes as a child. Patient reports he is eager to release as his daughter has tumor. Patient reports he will be releasing in September to sisters house. Patient processed having Vertigo, dizzy spells unable to work. Patient reports ex-wife was physically abusive towards him, "she would bang my head against wall." Socializes with a few people on yard. Patient denies any DTO/DTS

**AZ Mental Status Exam - Subjective**

**See the Patient Synopsis for current medications.**
○ Y                              ● N:

**Medication compliant:**Discontinued medication
● N                              ○ Y:

**Side effects:Inmate Comments/Chief Complaint:**

None reported at this time.

Rev #: 1179

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| Not Taken | | | | | | | | | | | |

### Objective Notes

Patient was seen from 0848 to 0900 " 12 minutes." Pt. verbalized feeling the encounter met his needs, and he was agreeable to end the encounter as he had no questions or further concerns to discuss.

### Mental Status Exam - Objective

**Orientation:**

| | |
|---|---|
| ◉ Y | ○ N |
| ◉ Y | ○ N |
| ◉ Y | ○ N |
| ◉ Y | ○ N |

PersonPlaceTimeSituation

○ Poor          ◉ Fair          ○ Good

**Insight:**
○ Poor          ◉ Fair          ○ Good

**Judgment:**
○ Poor          ○ Fair          ◉ Good

**Sleep:**
○ Poor          ○ Fair          ◉ Good

**Appetite:**
◉ N

**Abnormal movements:**
◉ N                              ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene ☑ Calm & cooperative ☐ Angry/agitated ☑ Normal social rhythm ☐ Guarded ☐ Other:**Mood/Affect:** ☑ Stable affect/mood congruent ☐ Flat ☐ Expansive ☐ Dysphoric ☑ Euthymic mood ☐ Other:**Speech:** ☑ Unremarkable ☐ Pressured ☐ Loud ☐ Soft spoken ☐ Difficult to interrupt ☐ Other:**Thought Form:** ☑ Goal directed ☑ Logical ☑ Coherent ☐ Circumstantial ☐ Perseverative ☐ Obsessional ☐ Loosely associated ☐ Tangential ☐ Fragmented ☐ Other:**Thought Content:** ☑ No evident psychosis ☐ Delusional content ☐ Flight of ideas ☐ Ideas of reference ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Paranoia ☐ Other:**Cognitive functioning:** ☑ No gross cognitive deficits apparent ☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance): ☐ Other:

Rev #: 1179

---

**Assessment**

**Mental Health Diagnosis**

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

**Active Allergies/Health Problems/Conditions** (1 - 6 of 6)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 09/04/2019 | |
| 002 | Chronic Conditions | Asthma | SNOMED: 195967001 - Asthma (disorder) | Mild intermittent asthma with status asthmaticus [J45.22] | Assessed | 09/04/2019 | 09/04/2019 |
| 003 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Type II diabetes mellitus | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 09/04/2019 | 09/04/2019 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Primary hypertension | Essential (primary) hypertension [I10] | Assessed | 09/04/2019 | 09/04/2019 |
| 005 | Other Diagnosis | Other Diagnosis | SNOMED: 404640003 - Dizziness (finding) | Dizziness and giddiness [R42] | Assessed | 10/03/2019 | 10/03/2019 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 279039007 - Low back pain (finding) | Low back pain [M54.5] | Assessed | 10/03/2019 | 10/03/2019 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Patient presents stable as evidenced by lack of acute distress. Patient is seeking school exception.  Patient does not present as danger to self of others.

### Mental Health Progress Note - Assessment

◉ Stable
○ Minimal improvement
○ Moderate improvement
○ Unchanged from last follow-up
○ Other:
**Assessment:Provisional Diagnosis:**Noprovisional diagnosis
◉ N                                ○ Y:
**Diagnosis:**

Rev #: 1179

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 7 of 7)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Oxcarbazepine Tab (Trileptal)/600MG 🔶 | RxNorm: 312138 - OXcarbazepine 600 MG | 06/25/2020 | 2 tabs | TWICE DAILY | 09/22/2020 | Order Accepted at |

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
|  | Oral Tablet; |  |  |  |  | Pharmacy Vendor (SC) |
| Metformin Hcl Tab (Glucophage)/850MG 🔸 | RxNorm: 861010 - metFORMIN HCl 850 MG Oral Tablet; | 06/25/2020 | 1 tab | TWICE DAILY | 12/21/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Xopenex Hfa Aer (Levalbuterol Hcl)/45MCG 🔸 | RxNorm: 746466 - 200 ACTUAT Levalbuterol 0.045 MG/ACTUAT Metered Dose Inhaler [Xopenex]; ... | 06/25/2020 | 2 puffs | FOUR TIMES DAILY AS NEEDED | 12/21/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Lisinopril Tab (Prinivil)/10MG 🔸 | RxNorm: 314076 - Lisinopril 10 MG Oral Tablet; | 06/25/2020 | 1 tab | EVERY DAY | 12/21/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Meclizine Hcl Chewable Chw (Antivert)/25MG 🔸 | RxNorm: 995632 - meclizine HCl 25 MG Chewable Tablet; | 06/16/2020 | 1 tab | TWICE DAILY | 09/13/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Naproxen Tab (Naprosyn)/500MG 🔸 | RxNorm: 198014 - Naproxen 500 MG Oral Tablet; | 06/16/2020 | 1 tab | TWICE DAILY AS NEEDED | 09/13/2020 | Order Accepted at Pharmacy Vendor (SC) |
| Albuterol Sulfate Neb (Proventil)/0.083% 🔸 | RxNorm: 630208 - albuterol 0.083 % Inhalant Solution; | 03/04/2020 | 1 puff | FOUR TIMES DAILY AS NEEDED | 08/30/2020 | Received from Pharmacy |

## Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

## Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

## X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Follow-up Appointments

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

## Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

**Plan Notes**

MH-clinician will follow up with patient per protocol.

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):
○ N                                          ○ Y:

Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**
○ N                                          ○ Y

**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**
○ N                                          ○ Y

Next appointment entered into this encounter?

Rev #: 1179

---

**Patient Education**

**Patient Education Notes**

Patient educated on school exemptions.

---

**Health Classification**

Medical:  2
Mental:  1-No history of MH services                                    Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

Medical: 2
Dental: Unknown (Conversion)
Mental Health: No history of MH services

---

**Encounter Orders Review**

Review Type*:  Mental Health Review              Review Staff:  Drozd, Ethan, LPC
Review Date:  07/15/2020                        Review Time:  16:06:53

**Review Notes**

TimeStamp: 15 July 2020 16:10:56 --- User: Ethan Drozd (DROET01)

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 07/15/2020        Time: 16:06:53        User: Ethan Drozd (DROET01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-Y COMPLEX YUMA | Psych Associate Licensed |
| ASPC-Y YUMA COCOPAH | Psych Associate Licensed |
| ASPC-Y YUMA CHEYENNE | Psych Associate Licensed |
| ASPC-Y DAKOTA I | Psych Associate Licensed |
| ASPC-Y DAKOTA CDU | Psych Associate Licensed |
| ASPC-Y YUMA LA PAZ | Psych Associate Licensed |
| ASPC-Y YUMA CIBOLA | Psych Associate Licensed |
| ASPC-Y YUMA CDU | Psych Associate Licensed |

Show Add History

Exhibit 18

CHSS027C        # Health Services Encounter       Tuesday August 04, 2020 10:17:47

### Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 08/06/2019 | Start Time*: | 08:10:56 |
| End Date*: | 08/06/2019 | End Time*: | 08:11:20 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 08/06/2019 |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] | Encounter Close Time: | 08:21:45 |
| Setting*: | Interactive Telemedicine | | |
| Staff Member*: | Smalley, Carrie | | |
| Title: | Medical Doctor | | |
| Form Type: | Chronic Care Clinic | | |

### Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Healthcare Staff Used for Interpreter Services

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

F/U CC DM, HTN
F/U diabetes. Off mediations for 1.5 years after losing 90lbs. A1C stable at 5.3. Denies polyuria, polydipsia, or polyphagia. Last eye exam in 6/2018.
F/U hypertension/hyperlipidemia. Off blood pressure medications for 1.5 years with normal blood pressure. Denies chest pain, SOB, dizziness, or headaches. Lipids diet controlled and triglycerides improved to 171 with LDL of 56.

**AZ Chronic Care Clinic Subjective**

**History:**
- ○ Y
- ○ Y
- ○ Y

Type 2 diabetes 1/2017
Hypertension
Syphilis

**Risk facto**
- ○ Rare/No                          ○ Former

Smoker:
- ○ Less than 10 pk yrs      ● 10-20 pk yrs      ○ More than 20 pk yrs

Amount/Length:
- ○ Y      ● N
- ○ Y      ● N
- ○ Y      ● N
- ○ Y      ● N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y      ● N      ○ N/A

Hx DKA:Other:
- ● N      ○ Y
- ● N      ○ Y

**Last eye exam date:**6/2018**Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
- ○ Y      ○ N
- ○ Y      ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y      ○ N

Prior corticosteroids:☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:**☐ Cold☐ Other:**Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)      ○ Complex(partial)      ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:**☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
- ○ Y      ○ N
- ○ Y      ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y      ○ N
- ○ Y      ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

Headaches:Night sweats:Fever:
- ○ Y      ○ N
- ○ Y      ○ N
- ○ Y      ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y      ○ N
- ○ Y      ○ N

Visual Disturbance:PPD Conversion:
- ○ Y      ○ N
- ○ Y      ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N      ○ Y

Recent weight loss/cachexia:
- ○ N      ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N      ○ Y:
- ☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:**☐ ChestDescribe:
- ○ N      ○ Y:

**Fever:**
- ○ N      ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| Not Taken | | | | | | | | | | | |

### Objective Notes

VSS, NAD, A&Ox3, ambulates to room without difficulty
A1C 5.3
Lipids 114/171/24/56 (4/2019)
GFR 73

### Chronic Care Clinic Objective

○ N                                                        ○ Y
**HEENT:**Nystagmus (SZ):
○ N                                                        ○ Y
Gingival hyperplasia (SZ):
○ N                                                        ○ Y
Ataxia:
○ N                                                        ○ Y
**Eyes:**Conjunctiva pale:
○ N                                                        ○ Y
Sclera icteric:
○ Y                                                        ○ N
**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y                                                        ○ N
○ Y                                                        ○ N
Thyroid NL:Cervical lymph nodes NL:
◉ Y                                                        ○ N
○ Y                                                        ◉ N
**Heart:**Regular Rhythm:Murmur Present:
○ Y                                                        ◉ N
Gallop:
○ Y                                                        ◉ N
○ Y                                                        ◉ N
○ Y                                                        ◉ N
**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y                                                        ○ N
○ Y                                                        ○ N
○ Y                                                        ○ N
**Abdomen:**Tenderness:Mass:Hepatomegaly:
◉ Y                                                        ○ N
○ Y                                                        ○ N
○ Y                                                        ○ N
Bowel Sounds:Soft:Splenomegaly:
○ Y                                                        ○ N
○ Y                                                        ○ N

abdomen non distended on camera exam

**Ext.:**Pedal pu
○ Y                                                        ○ N
○ Y                                                        ○ N
Foot exam unremarkable:Leg ulcers:
○ Y                                                        ○ N
○ Y                                                        ○ N

Rev **Neuro:**Motor deficits:Sensory deficits
○ Y                      ◉ N                      ○ NA
○                         ○ Y:

## Assessment

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized: ☑ Ordered at this visit
☑ **Rev**iewed Diagnosis/Complaint ompleted with patient**Studies:** ☐ LFT ☐ TSH ☐ Flu ☐ Pneumo (5 years)**Annual Lab/Immunizations:**

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

**Chronic Conditions Being Treated**

| | |
|---|---|
| Asthma: ☐ | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | Diabetes Type II: ☐ |
| Hyperlipidemia, unspecified [E78.5]: ☐ | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | |

**Active Allergies/Health Problems/Conditions** (1 - 12 of 12)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 003 | Allergies - Other than Medications | Allergic to Food - Shellfish | | | Assessed | 04/05/2018 | 01/01/2000 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 04/09/2018 | 04/09/2018 |
| 005 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 128285007 - Chronic disease of teeth AND/OR supporting structures (disorder) | Disorder of teeth and supporting structures, unspecified [K08.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 39021009 - Disorder of refraction (disorder) | Unspecified disorder of refraction [H52.7] | Assessed | 04/09/2018 | 04/09/2018 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 22253000 - Pain (finding) | Spermatocele of epididymis, multiple [N43.42] | Assessed | 04/09/2018 | 04/09/2018 |
| 009 | Communicable Diseases | Syphilis | SNOMED: 76272004 - Syphilis (disorder) | Syphilis, unspecified [A53.9] | Assessed | 04/18/2018 | 04/18/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 31070006 - Epididymitis (disorder) | Epididymitis [N45.1] | Assessed | 10/12/2018 | 10/12/2018 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 128870005 - Crusted scabies (disorder) | Scabies [B86] | Assessed | 01/18/2019 | 01/18/2019 |
| 012 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 02/13/2019 | 02/13/2019 |

**Related Allergies/Health Problems/Conditions**

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

**Assessment Notes**

Type 2 diabetes
Hypertension
Hyperlipidemia

**Chronic Care Clinic Assessment**

**Has the MPL been updated?**yes

Rev #: 1202

## Plan

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**

                   **View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders** (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 3, AZ | | Prior to Next Clinic | Inmate Notified Of Results | See Report | From Vendor |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Prior to Next Clinic | Inmate Notified Of Results | See Report | From Vendor |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| 12/16/2019 | 07:00:00 | Health Services | Perez, Mayra | ASPC-Y YUMA LA PAZ |
| 01/15/2020 | 09:20:00 | Health Services | Smalley, Carrie | ASPC-Y YUMA LA PAZ |

**Patient Transfer Holds** (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 07/31/2020 | Placed |

☐ Qualifies for 340B - Hep B  ☐ Qualifies for 340B - Hep C  ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| | | | No Rows Found | |

**Plan Notes**

Monitor A1C, BP, lipids
Labs
Consult optometrist for DM eye exam
F/U CC DM, HTN, HLD in 6 months
TimeStamp: 6 August 2019 08:14:10 --- User: Carrie Smalley (SMACA01)

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**
◉ N           ○ Y:

continue to monitor
Diet controlled and stable for over a year and stable for six month follow up

Rev #: 1202

**Patient Education**

**Patient Education Notes**

Plan of care, avoidance of high risk activity, avoidance of excessive salt and caffeine, diet and exercise, smoking cessation, patient advised to place HNR for any change in medication condition or concerns
TimeStamp: 6 August 2019 08:17:48 --- User: Carrie Smalley (SMACA01)

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☑ Smoking ☐ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

## Meaningful Use Measurement

- ☑ Demographic Information in Patient Header verified
- ☑ Current Medical Problem List verified (or Patient has no Medical Problems)
- ☑ Current Medications List verified (or Patient has no Medical Medications)   ☐ Medications List NOT verified
- ☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:   2
Mental:   2-Previously received MH services                                    Prognosis:
SMI:   N-No
Dental:   U-Unknown (Conversion)

### Classification and Security Notes

TimeStamp: 13 February 2019 07:36:04 --- User: Carrie Smalley (SMACA01)
TimeStamp: 6 August 2019 08:19:05 --- User: Carrie Smalley (SMACA01)

## Encounter Orders Review

Review Type*:   Pending Nurses Order                     Review Staff:   Prentiss, Monica, RN
Review Date:   08/06/2019                                Review Time:   14:14:42

### Review Notes

TimeStamp: 6 August 2019 14:16:15 --- User: Monica Prentiss (PREMO01)

## Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

## Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 08/06/2019                  Time: 14:14:42              User: Monica Prentiss (PREMO01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-Y COMPLEX YUMA | Registered Nurse |
| ASPC-Y YUMA COCOPAH | Registered Nurse |
| ASPC-Y YUMA CHEYENNE | Registered Nurse |
| ASPC-Y DAKOTA I | Registered Nurse |
| ASPC-Y DAKOTA CDU | Registered Nurse |
| ASPC-Y YUMA LA PAZ | Registered Nurse |
| ASPC-Y YUMA CIBOLA | Registered Nurse |
| ASPC-Y YUMA CDU | Registered Nurse |
| ASPC-Y DAKOTA CLOSE MGMT | Registered Nurse |

Show Add History

# Exhibit 19

# Health Services Encounter

CHSS027C

Tuesday August 04, 2020 10:20:17

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 08/12/2019 | Start Time*: | 09:28:52 |
| End Date*: | 08/12/2019 | End Time*: | 09:31:12 |
| Category: | Medical Provider | | |
| Type*: | Provider - Follow Up Care | Encounter Close Date: | 08/12/2019 |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] | Encounter Close Time: | 09:42:56 |
| Setting*: | Clinic | | |
| Staff Member*: | Joseph, Adlene | | |
| Title: | Nurse Practitioner | | |
| Form Type: | | | |

## Subjective

Are interpreter services needed for this inmate*:   No
What type of interpreter services were used for the encounter*:

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

**Subjective Notes**

Patient is a 42 y/o male who presents for abnormal UA. Also, complains of hearing loss in the right ear-he was seen in medical in October for the same problem. Scrotal support was ordered but patient never received the SNO. Seeking pain management for scrotal pain.

## Objective

**Vital Signs** (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07:59 | 98.6 | 64 | 16 | 5 9 | 163 | 110 | 74 | NA | 24.07 | 98.00 | review labs<br><br>TimeStamp: 12 August 2019 08:00:34 --- User: Ricardo Coronado (C... |

**Objective Notes**

Alert & Oriented X 3, VSS
Ears: Left ear canal clear- no obstructions, no erythema, the tympanic membrane greyish w/ light reflex. Right ear w/in normal limits.

## Assessment

**Medical Diagnosis/Complaint**

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

**Active Allergies/Health Problems/Conditions** (1 - 12 of 12)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 003 | Allergies - Other than Medications | Allergic to Food - Shellfish | | | Assessed | 04/05/2018 | 01/01/2000 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 04/09/2018 | 04/09/2018 |
| 005 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 128285007 - Chronic disease of teeth AND/OR supporting structures (disorder) | Disorder of teeth and supporting structures, unspecified [K08.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 39021009 - Disorder of refraction (disorder) | Unspecified disorder of refraction [H52.7] | Assessed | 04/09/2018 | 04/09/2018 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 22253000 - Pain (finding) | Spermatocele of epididymis, multiple [N43.42] | Assessed | 04/09/2018 | 04/09/2018 |
| 009 | Communicable Diseases | Syphilis | SNOMED: 76272004 - Syphilis (disorder) | Syphilis, unspecified [A53.9] | Assessed | 04/18/2018 | 04/18/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 31070006 - Epididymitis (disorder) | Epididymitis [N45.1] | Assessed | 10/12/2018 | 10/12/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 128870005 - Crusted scabies (disorder) | Scabies [B86] | Assessed | 01/18/2019 | 01/18/2019 |
| 012 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 02/13/2019 | 02/13/2019 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|-----------|----------|------|----------------------|----------------|--------|-------------|------------|
| No Rows Found | | | | | | | |

### Assessment Notes

| None |
|------|

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|----------|------|-----------|----------|------------------|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|--------------------------|----------------------|----------------|--------|-----------|------------|--------|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions (1 - 1 of 1)

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|--------------------------|----------------------|----------------|--------|-----------|------------|--------|
| Acetaminophen Tab (Tylenol)/325MG | | 08/12/2019 | 2 | TWICE DAILY AS NEEDED | 10/10/2019 | Received from Pharmacy |

### Lab Test Orders (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---------------|----------------------|----------|--------|---------|-------|
| MICROALBUMIN-URINE, RANDOM QUANT | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| URINALYSIS (WITH MICROSCOPIC IF IND) | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|------------------|----------------------|----------|--------|
| No Rows Found | | | |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|--------------|--------------|----------|--------|
| No Rows Found | | | |

### Follow-up Appointments (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|------|------|------|-------|----------|
| 08/22/2019 | 09:28:52 | Health Services | Joseph, Adlene | ASPC-Y YUMA LA PAZ |
| 08/22/2019 | 10:38:00 | Health Services | Joseph, Adlene | ASPC-Y YUMA LA PAZ |

### Patient Transfer Holds (1 - 1 of 1)

| Type | Expiration Date | Status |
|------|-----------------|--------|
| Medical Hold | 07/31/2020 | Placed |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B – HIV

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| | | | No Rows Found | |

### Plan Notes

1. See labs for UA & microalbumin for proteinuria
2 Tylenol for epididymitis pain
3. SNO for scrotal support provided as ordered in 6/2019
4. Follow-up w/ chronic care as scheduled

### Patient Education

#### Patient Education Notes

Educated patient about proteinuria, causes, and implications

### Health Classification

Medical: 2
Mental: 2-Previously received MH services        Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

#### Classification and Security Notes

TimeStamp: 13 February 2019 07:36:04 --- User: Carrie Smalley (SMACA01)
TimeStamp: 6 August 2019 08:19:05 --- User: Carrie Smalley (SMACA01)

### Encounter Orders Review

Review Type*:   Pending Nurses Order        Review Staff:   Gomez, Nathalie
Review Date:   08/12/2019        Review Time:   12:59:01

#### Review Notes

1. See labs for UA & microalbumin for proteinuria
2 Tylenol for epididymitis pain
3. SNO for scrotal support provided as ordered in 6/2019
4. Follow-up w/ chronic care as scheduled

TimeStamp: 12 August 2019 13:01:06 --- User: Nathalie Gomez (GOMNA01)

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| | | No Rows Found | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 08/12/2019        Time: 12:59:01        User: Nathalie Gomez (GOMNA01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-Y COMPLEX YUMA | Registered Nurse |
| ASPC-Y YUMA COCOPAH | Registered Nurse |
| ASPC-Y YUMA CHEYENNE | Registered Nurse |
| ASPC-Y DAKOTA I | Registered Nurse |
| ASPC-Y DAKOTA CDU | Registered Nurse |
| ASPC-Y YUMA LA PAZ | Registered Nurse |
| ASPC-Y YUMA CIBOLA | Registered Nurse |
| ASPC-Y YUMA CDU | Registered Nurse |
| ASPC-Y DAKOTA MHW | Registered Nurse |
| ASPC-Y DAKOTA II | Registered Nurse |

Show Add History

Exhibit 20

CHSS027C       # Health Services Encounter      Tuesday August 04, 2020 10:22:19

## Encounter Header

| | |
|---|---|
| Date*: | 04/28/2020 |
| End Date*: | 04/28/2020 |
| Category: | Medical Provider |
| Type*: | Provider - Chronic Care |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] |
| Setting*: | Interactive Telemedicine |
| Staff Member*: | Smalley, Carrie |
| Title: | Medical Doctor |
| Form Type: | Chronic Care Clinic |

Start Time*: 06:50:09
End Time*: 06:51:02

Encounter Close Date: 04/28/2020
Encounter Close Time: 07:01:20

## Subjective

Are interpreter services needed for this inmate*:   Yes
What type of interpreter services were used for the encounter*:   Healthcare Staff Used for Interpreter Services

**Related Health Service Requests**

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

**Subjective Notes**

F/U CC DM, HTN, HLD
F/U diabetes. Off mediations for 2.5 years after losing 90lbs. A1C stable at 5.4. Denies polyuria, polydipsia, or polyphagia. Urine negative for micro albumin.
F/U hypertension/hyperlipidemia. Off blood pressure medications for 2.5 years with normal blood pressure. GFR remains decreased at 54.  Normal in 2019. Reinforced hydration and avoidance of NSAIDs. Denies chest pain, SOB, dizziness, or headaches. Lipids diet controlled and triglycerides normal  at 139 with LDL of 59.
F/U GERD. Is stable on omeprazole. Denies melena.

**AZ Chronic Care Clinic Subjective**

**History:**
- ○ Y
- ○ Y
- ○ Y

Type 2 diabetes 1/2017
Hypertension
Hyperlipidemia
**Risk facto** Syphilis

○ Rare/Nc                      ○ Former
Smoker:
- ○ Less than 10 pk yrs      ◉ 10-20 pk yrs      ○ More than 20 pk yrs

Amount/Length:
- ○ Y                  ◉ N
- ○ Y                  ◉ N
- ○ Y                  ◉ N
- ○ Y                  ◉ N

**Diseases:**CAD:PVD:CVA:CRD:
- ○ Y             ◉ N                ○ N/A

Hx DKA:Other:
- ◉ N               ○ Y
- ◉ N               ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
- ○ Y               ○ N
- ○ Y               ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y               ○ N

Prior corticosteroids: ☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:** ☐ Cold☐
Other:**Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)      ○ Complex(partial)      ○ Absence(Petit Mal)

**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
- ○ Y               ○ N
- ○ Y               ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
- ○ Y               ○ N
- ○ Y               ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y               ○ N
- ○ Y               ○ N
- ○ Y               ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y               ○ N
- ○ Y               ○ N
- ○ Y               ○ N

Headaches:Night sweats:Fever:
- ○ Y               ○ N
- ○ Y               ○ N
- ○ Y               ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y               ○ N
- ○ Y               ○ N

Visual Disturbance:PPD Conversion:
- ○ Y               ○ N
- ○ Y               ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N               ○ Y

Recent weight loss/cachexia:
- ○ N               ○ Y:

Other complaints:**Sickle Cell Disease:**
- ○ N               ○ Y:

☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:** ☐ Chest Describe:
- ○ N               ○ Y:

**Fever:**
- ○ N               ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| Not Taken | | | | | | | | | | | |

### Objective Notes

VSS, NAD, A&Ox3, ambulates to room without difficulty
A1C 5.1
Urine negative for micro albumin
Lipids 111/139/24/59
GFR 54, creatinine 1.54

### Chronic Care Clinic Objective

N ○      ○ Y

**HEENT:**Nystagmus (SZ):
○ N      ○ Y

Gingival hyperplasia (SZ):
○ N      ○ Y

Ataxia:
○ N      ○ Y

**Eyes:**Conjunctiva pale:
○ N      ○ Y

Sclera icteric:
○ Y      ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y      ○ N
○ Y      ○ N

Thyroid NL:Cervical lymph nodes NL:
◉ Y      ○ N
○ Y      ○ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y      ○ N

Gallop:
○ Y      ◉ N
○ Y      ◉ N
○ Y      ◉ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y      ○ N
○ Y      ○ N
○ Y      ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
◉ Y      ○ N
○ Y      ○ N
○ Y      ○ N

Bowel Sounds:Soft:Splenomegaly:
○ Y      ○ N
○ Y      ○ N

**Ext.:**Pedal pu | abdomen non distended on camera exam
○ Y
○ Y      ○ N

Foot exam unremarkable:Leg ulcers:
○ Y      ○ N
○ Y      ○ N

Rev 1202 **Neuro:**Motor deficits:Sensory deficits
○ Y      ◉ N      ○ NA

## Assessment

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized: ☑ Ordered at this visit
☑ Review of previously completed with patient**Studies:** ☐ LFT ☐ TSH ☐ Flu ☐ Pneumo (5 years)**Annual**

## Medical Diagnosis/Complaint (1 - 1 of 1)

| ICD Code | Diagnosis/Complaint |
|---|---|
| N18.3 | Chronic kidney disease, stage 3 (moderate) |

### Chronic Conditions Being Treated

| | | |
|---|---|---|
| Asthma: ☐ | | Coronary Artery Disease (CAD): ☐ |
| Diabetes Type I: ☐ | | Diabetes Type II: ☐ |
| Hyperlipidemia, unspecified [E78.5]: ☐ | | Hepatitis C: ☐ |
| HIV/AIDS: ☐ | | Hypertension: ☐ |
| Multiple Sclerosis (MS): ☐ | | Seizures, Epilepsy, or Convul.: ☐ |
| Sickle Cell: ☐ | | Tuberculosis Active (TB): ☐ |
| Tuberculosis Latent Inactive (LTBI): ☐ | | |

### Active Allergies/Health Problems/Conditions (1 - 15 of 15)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 003 | Allergies - Other than Medications | Allergic to Food - Shellfish | | | Assessed | 04/05/2018 | 01/01/2000 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 04/09/2018 | 04/09/2018 |
| 005 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 128285007 - Chronic disease of teeth AND/OR supporting structures (disorder) | Disorder of teeth and supporting structures, unspecified [K08.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 39021009 - Disorder of refraction (disorder) | Unspecified disorder of refraction [H52.7] | Assessed | 04/09/2018 | 04/09/2018 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 22253000 - Pain (finding) | Spermatocele of epididymis, multiple [N43.42] | Assessed | 04/09/2018 | 04/09/2018 |
| 009 | Communicable Diseases | Syphilis | SNOMED: 76272004 - Syphilis (disorder) | Syphilis, unspecified [A53.9] | Assessed | 04/18/2018 | 04/18/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 31070006 - Epididymitis (disorder) | Epididymitis [N45.1] | Assessed | 10/12/2018 | 10/12/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 128870005 - Crusted scabies (disorder) | Scabies [B86] | Assessed | 01/18/2019 | 01/18/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 012 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 02/13/2019 | 02/13/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 12/16/2019 | 12/16/2019 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 240598006 - Penile warts (disorder) | Anogenital (venereal) warts [A63.0] | Assessed | 12/16/2019 | 12/16/2019 |
| 015 | Other Diagnosis | Other Diagnosis | SNOMED: 274718005 - Orchitis (disorder) | Orchitis [N45.2] | Assessed | 12/16/2019 | 12/16/2019 |

### Related Allergies/Health Problems/Conditions (1 - 1 of 1)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 700378001 - Chronic kidney disease stage 3A (disorder) | Chronic kidney disease, stage 3 (moderate) [N18.3] | Assessed | 04/28/2020 | 04/28/2020 |

### Assessment Notes

Type 2 diabetes
Hypertension
Hyperlipidemia
CKD
GERD

### Chronic Care Clinic Assessment

**Has the MPL been updated?** yes

Rev #: 1202

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Omeprazole Cap (Prilosec)/40MG ⚠️ | RxNorm: 200329 - Omeprazole 40 MG Delayed Release Oral Capsule; | 02/14/2020 | 1 tab | EVERY DAY | 08/11/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders** (1 - 2 of 2)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Prior to Next Clinic | Inmate Notified Of Results | See Report | From Vendor |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Prior to Next Clinic | Inmate Notified Of Results | See Report | From Vendor |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 2 of 2)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 06/25/2020 | 07:00:00 | Health Services | Perez, Mayra | ASPC-Y YUMA LA PAZ |
| 07/17/2020 | 07:50:00 | Health Services | Generic, Lab Tech | ASPC-Y YUMA LA PAZ |

**Patient Transfer Holds** (1 - 1 of 1)

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 07/31/2020 | Placed |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Continue omeprazole
Monitor lipids, BP, A1C, renal function
Labs
F/U CC DM, HTN, HLD, CKD in 3 months

TimeStamp: 28 April 2020 07:03:12 --- User: Carrie Smalley (SMACA01)

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**

◉ N        ○ Y:

continue to monitor

Rev #: 1202

**Patient Education**

**Patient Education Notes**

Plan of care, avoidance of high risk activity, avoidance of excessive salt and caffeine, hydration, avoidance of NSAIDs, GERD

prevention, diet and exercise, patient advised to place HNR for any change in medical condition or other concerns
TimeStamp: 28 April 2020 07:03:47 --- User: Carrie Smalley (SMACA01)

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

| | |
|---|---|
| Medical: | 2 |
| Mental: | 2-Previously received MH services |
| SMI: | |
| Dental: | U-Unknown (Conversion) |

Prognosis:

**Classification and Security Notes**

Medical score 2
Dental unknown (conversion)
Mental health-previously received MH services

---

**Encounter Orders Review**

| | | | |
|---|---|---|---|
| Review Type*: | Pending Nurses Order | Review Staff: | Prentiss, Monica, RN |
| Review Date: | 04/28/2020 | Review Time: | 10:55:50 |

**Review Notes**

TimeStamp: 28 April 2020 10:59:57 --- User: Monica Prentiss (PREMO01)

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**

Date: 04/28/2020        Time: 10:55:50        User: Monica Prentiss (PREMO01)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-Y COMPLEX YUMA | Registered Nurse |
| ASPC-Y YUMA COCOPAH | Registered Nurse |
| ASPC-Y YUMA CHEYENNE | Registered Nurse |
| ASPC-Y DAKOTA I | Registered Nurse |

| | |
|---|---|
| ASPC-Y DAKOTA CDU | Registered Nurse |
| ASPC-Y YUMA LA PAZ | Registered Nurse |
| ASPC-Y YUMA CIBOLA | Registered Nurse |
| ASPC-Y YUMA CDU | Registered Nurse |
| ASPC-Y DAKOTA CLOSE MGMT | Registered Nurse |

Show Add History

Exhibit 21

CHSS027C

# Health Services Encounter

Tuesday August 04, 2020 10:24:50

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 07/20/2020 | Start Time*: | 07:55:40 |
| End Date*: | 07/20/2020 | End Time*: | 07:56:01 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 07/20/2020 |
| Location*: | ASPC-Y YUMA LA PAZ  [Y08] | Encounter Close Time: | 08:03:07 |
| Setting*: | Interactive Telemedicine | | |
| Staff Member*: | Smalley, Carrie | | |
| Title: | Medical Doctor | | |
| Form Type: | Chronic Care Clinic | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | No Rows Found | | |

### Subjective Notes

F/U CC DM, HTN, HLD
F/U diabetes. Off mediations for 2.75 years after losing 90lbs. A1C remains normal at 5.6. Denies polyuria, polydipsia, or polyphagia.
F/U hypertension/hyperlipidemia. Off blood pressure medications for 2.75 years with normal blood pressure. GFR increased to 63. Reinforced hydration and avoidance of NSAIDs. Denies chest pain, SOB, dizziness, or headaches. Lipids diet controlled and triglycerides normal at 131 with LDL of 53.
F/U GERD. Is stable on omeprazole. Denies melena.


**Care provided via telemedicine. Provider location in Arizona, patient at ASPC Yuma. Patient ID verified. Consent was obtained and patient was allowed to ask questions regarding use of telemedicine platform.

### AZ Chronic Care Clinic Subjective

**History:**
- ○ Y
- ○ Y
- ○ Y

Type 2 diabetes 1/2017
Hypertension
Hyperlipidemia

**Risk facto** Syphilis
- ○ Rare/No                           ○ Former

Smoker:
- ○ Less than 10 pk yrs       ◉ 10-20 pk yrs       ○ More than 20 pk yrs

Amount/Length:
- ○ Y                       ◉ N
- ○ Y                       ◉ N
- ○ Y                       ◉ N
- ○ Y                       ◉ N

**Diseases:** CAD:PVD:CVA:CRD:
- ○ Y          ◉ N               ○ N/A

Hx DKA:Other:
- ◉ N                     ○ Y
- ◉ N                     ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:** Age of onset:Frequency of inhaler use:Last attack:
- ○ Y                       ○ N
- ○ Y                       ○ N

Prior hospitalization for asthma:History of intubation:
- ○ Y                       ○ N

Prior corticosteroids: ☐ Change in season ☐ Pollen ☐ Exercise ☐ Dust **Aggravating factors for asthma:** ☐ Cold ☐
Other: **Night time awakenings with asthma within the last 30 days:**
- ○ Generalized Tonic Clonic(Grand Mal)       ○ Complex(partial)       ○ Absence(Petit Mal)

**Seizures:** Type: **Approximate date of first seizure:Date of last seizure:Frequency:** ☐ Alcohol ☐ Drug use ☐ Head injury ☐ Other: **Seizure related to:Infectious diseases:**
- ○ Y                       ○ N
- ○ Y                       ○ N

**Infectious disease Hx:** History of men having sex with men:Needle sharing:
- ○ Y                       ○ N
- ○ Y                       ○ N

Injectable drug use:Blood Transfusion before 1990:
- ○ Y                       ○ N
- ○ Y                       ○ N
- ○ Y                       ○ N

Alcohol Abuse:Nasal drug use:Cough:
- ○ Y                       ○ N
- ○ Y                       ○ N
- ○ Y                       ○ N

Headaches:Night sweats:Fever:
- ○ Y                       ○ N
- ○ Y                       ○ N
- ○ Y                       ○ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
- ○ Y                       ○ N
- ○ Y                       ○ N

Visual Disturbance:PPD Conversion:
- ○ Y                       ○ N
- ○ Y                       ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
- ○ N                       ○ Y

Recent weight loss/cachexia:
- ○ N                       ○ Y:

Other complaints: **Sickle Cell Disease:**
- ○ N                       ○ Y:
- ☐ Long bone(pre-tibial) ☐ Hand and foot ☐ Joint ☐ Abdominal **Pain:** ☐ Chest Describe:
- ○ N                       ○ Y:

**Fever:**
- ○ N                       ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| 07:46 | 97.3 | 67 | 19 | 5 9 | 158 | 110 | 70 | NA | 23.33 | 98.00 | |

### Objective Notes

VSS, NAD, A&Ox3, ambulates to room without difficulty
A1C 5.6
Lipids 103/131/24/53
GFR 63, creatinine 1.32

### Chronic Care Clinic Objective

  ○ N        ○ Y

**HEENT:**Nystagmus (SZ):
  ○ N        ○ Y

Gingival hyperplasia (SZ):
  ○ N        ○ Y

Ataxia:
  ○ N        ○ Y

**Eyes:**Conjunctiva pale:
  ○ N        ○ Y

Sclera icteric:
  ○ Y        ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
  ○ Y        ○ N

Thyroid NL:Cervical lymph nodes NL:
  ○ Y        ○ N

  ⦿ Y        ○ N

  ○ Y        ○ N

**Heart:**Regular Rhythm:Murmur Present:
  ○ Y        ○ N

Gallop:
  ○ Y        ⦿ N

  ○ Y        ⦿ N

  ○ Y        ⦿ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
  ○ Y        ○ N

  ○ Y        ○ N

  ○ Y        ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
  ⦿ Y        ○ N

  ○ Y        ○ N

  ○ Y        ○ N

Bowel Sounds:Soft:Splenomegaly:
  ○ Y        ○ N

  ○ Y        ○ N

**Ext.:**Pedal pu | abdomen non distended on camera exam
  ○ Y        ○ N

  ○ Y        ○ N

Foot exam unremarkable:Leg ulcers:
  ○ Y        ○ N

  ○ Y        ○ N

Rev **Neuro:**Motor deficits:Sensory deficits
  ○ Y        ⦿ N        ○ NA

## Assessment

Monofilament testing:Skin Pallor:**Skin:Spine:**Additional findings / description of fundi if visualized: ☑ Ordered at this visit

☑ **Real:**Diagnosis/Complaint mpleted with patient**Studies:** ☐ LFT ☐ TSH ☐ Flu ☐ Pneumo (5 years)**Annual Lab/Immunizations:**

| ICD Code | Diagnosis/Complaint |
|---|---|
| | No Rows Found |

**Chronic Conditions Being Treated**

| | | | |
|---|---|---|---|
| Asthma: ☐ | | Coronary Artery Disease (CAD): ☐ | |
| Diabetes Type I: ☐ | | Diabetes Type II: ☐ | |
| Hyperlipidemia, unspecified [E78.5]: ☐ | | Hepatitis C: ☐ | |
| HIV/AIDS: ☐ | | Hypertension: ☐ | |
| Multiple Sclerosis (MS): ☐ | | Seizures, Epilepsy, or Convul.: ☐ | |
| Sickle Cell: ☐ | | Tuberculosis Active (TB): ☐ | |
| Tuberculosis Latent Inactive (LTBI): ☐ | | | |

**Active Allergies/Health Problems/Conditions** (1 - 16 of 16)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 002 | Chronic Conditions | Hypertension | SNOMED: 59621000 - Essential hypertension (disorder) | Essential (primary) hypertension [I10] | Patient Reported | 04/05/2018 | 04/05/2018 |
| 003 | Allergies - Other than Medications | Allergic to Food - Shellfish | | | Assessed | 04/05/2018 | 01/01/2000 |
| 004 | Chronic Conditions | Hypertension | SNOMED: 1201005 - Benign essential hypertension (disorder) | Essential (primary) hypertension [I10] | Assessed | 04/09/2018 | 04/09/2018 |
| 005 | Chronic Conditions | Diabetes Type II | SNOMED: 44054006 - Diabetes mellitus type 2 (disorder) | Type 2 diabetes mellitus without complications [E11.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 006 | Other Diagnosis | Other Diagnosis | SNOMED: 128285007 - Chronic disease of teeth AND/OR supporting structures (disorder) | Disorder of teeth and supporting structures, unspecified [K08.9] | Assessed | 04/09/2018 | 04/09/2018 |
| 007 | Other Diagnosis | Other Diagnosis | SNOMED: 39021009 - Disorder of refraction (disorder) | Unspecified disorder of refraction [H52.7] | Assessed | 04/09/2018 | 04/09/2018 |
| 008 | Other Diagnosis | Other Diagnosis | SNOMED: 22253000 - Pain (finding) | Spermatocele of epididymis, multiple [N43.42] | Assessed | 04/09/2018 | 04/09/2018 |
| 009 | Communicable Diseases | Syphilis | SNOMED: 76272004 - Syphilis (disorder) | Syphilis, unspecified [A53.9] | Assessed | 04/18/2018 | 04/18/2018 |
| 010 | Other Diagnosis | Other Diagnosis | SNOMED: 31070006 - Epididymitis (disorder) | Epididymitis [N45.1] | Assessed | 10/12/2018 | 10/12/2018 |
| 011 | Other Diagnosis | Other Diagnosis | SNOMED: 128870005 - Crusted scabies (disorder) | Scabies [B86] | Assessed | 01/18/2019 | 01/18/2019 |

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 012 | Chronic Conditions | Dyslipidemia | SNOMED: 124042003 - Increased lipid (finding) | Hyperlipidemia, unspecified [E78.5] | Assessed | 02/13/2019 | 02/13/2019 |
| 013 | Other Diagnosis | Other Diagnosis | SNOMED: 235595009 - Gastroesophageal reflux disease (disorder) | Gastro-esophageal reflux disease without esophagitis [K21.9] | Assessed | 12/16/2019 | 12/16/2019 |
| 014 | Other Diagnosis | Other Diagnosis | SNOMED: 240598006 - Penile warts (disorder) | Anogenital (venereal) warts [A63.0] | Assessed | 12/16/2019 | 12/16/2019 |
| 015 | Other Diagnosis | Other Diagnosis | SNOMED: 274718005 - Orchitis (disorder) | Orchitis [N45.2] | Assessed | 12/16/2019 | 12/16/2019 |
| 016 | Other Diagnosis | Other Diagnosis | SNOMED: 700378005 - Chronic kidney disease stage 3A (disorder) | Chronic kidney disease, stage 3 (moderate) [N18.3] | Assessed | 04/28/2020 | 04/28/2020 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Type 2 diabetes
Hypertension
Hyperlipidemia
GERD

### Chronic Care Clinic Assessment

**Has the MPL been updated?** yes

Rev #: 1202

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders (1 - 1 of 1)

**View MAR Summary**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| Omeprazole Cap (Prilosec)/40MG | RxNorm: 200329 - Omeprazole 40 MG Delayed Release Oral Capsule; | 02/14/2020 | 1 tab | EVERY DAY | 08/11/2020 | Received from Pharmacy |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders** (1 - 3 of 3)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Prior to Next Clinic | Ordered | | |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Prior to Next Clinic | Ordered | | |
| MICROALBUMIN-URINE, RANDOM QUANT | | Prior to Next Clinic | Ordered | | |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments** (1 - 3 of 3)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 01/06/2021 | 07:55:40 | Health Services | Generic, Lab Tech | ASPC-Y YUMA LA PAZ |
| 01/06/2021 | 09:05:00 | Health Services | Generic, Lab Tech | ASPC-Y YUMA LA PAZ |
| 01/06/2021 | 09:15:00 | Health Services | Generic, Lab Tech | ASPC-Y YUMA LA PAZ |

**Patient Transfer Holds** (1 - 1 of 1)

| Type | Expiration Date | Status |
|---|---|---|
| Medical Hold | 07/31/2020 | Placed |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Continue omeprazole
Monitor lipids, BP, A1C
Labs
F/U CC DM, HTN, HLD in 6 months

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**
◉ N                    ○ Y:

continue to monitor
diet controlled for over two years with normal A1C and stable for six month follow up

Rev #: 1202

**Patient Education**

**Patient Education Notes**

Plan of care, avoidance of high risk activity, avoidance of excessive salt and caffeine, GERD prevention, diet and exercise, patient advised to place HNR for any change in medical condition or other concerns
TimeStamp: 20 July 2020 08:04:45 --- User: Carrie Smalley (SMACA01)

**Chronic Care Clinic Patient Education**

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

---

**Meaningful Use Measurement**

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

**Health Classification**

Medical:   2
Mental:   2-Previously received MH services                 Prognosis:
SMI:
Dental:   U-Unknown (Conversion)

**Classification and Security Notes**

Medical: 2
Dental: Unknown (Conversion)
Mental Health: Previously received MH services

---

**Encounter Orders Review**

Review Type*:   Pending Nurses Order          Review Staff:   Prentiss, Monica, RN
Review Date:   07/20/2020                Review Time:   10:51:01

**Review Notes**

TimeStamp: 20 July 2020 10:55:18 --- User: Monica Prentiss (PREMO01)

---

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

---

**Last Updated Information:**
Date: 07/20/2020        Time: 10:51:01        User: Monica Prentiss (PREMO01)

**Office/Facility of User on that date**        **Work Assignment**
ASPC-Y COMPLEX YUMA                     Registered Nurse
ASPC-Y YUMA COCOPAH                     Registered Nurse

| | |
|---|---|
| ASPC-Y YUMA CHEYENNE | Registered Nurse |
| ASPC-Y DAKOTA I | Registered Nurse |
| ASPC-Y DAKOTA CDU | Registered Nurse |
| ASPC-Y YUMA LA PAZ | Registered Nurse |
| ASPC-Y YUMA CIBOLA | Registered Nurse |
| ASPC-Y YUMA CDU | Registered Nurse |
| ASPC-Y DAKOTA CLOSE MGMT | Registered Nurse |

Show Add History

Exhibit 22

# Health Services Encounter

CHSS027C                             Tuesday August 04, 2020 10:28:24

## Encounter Header

Date*: 11/23/2019

End Date*: 11/23/2019

Category: Medical Provider

Type*: Provider - Sick Call - Scheduled

Location*: ASPC-E SMU I EAST  [A38]

Setting*: Clinic

Staff Member*: Kary, Sharon

Title: Nurse Practitioner

Form Type:

Start Time*: 14:50:52

End Time*: 14:51:07

Encounter Close Date: 11/23/2019

Encounter Close Time: 15:52:31

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Language Line

### Related Health Service Requests (1 - 1 of 1)

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| 11/09/2019 | Provider | Routine | Encounter Held |

### Subjective Notes

Request Date: 11/09/2019 I would like a special diet because I have lost 10 pounds. language line interpreter Daniel ID #354634, reports he does not eat peanut butter because it gives him diarrhea, Denies headache, no dizziness, no trouble hearing, no problems chewing or swallowing, +fatigue x 5 months, no chest pain, no SOB, no n/v/c/f, loss of appetite, no stomach, no diarrhea, no constipation, no clay colored stools, no dysuria, no hematuria, no unusual bruising or bleeding, no prison hooch, + prison tattoos 2015, no IVDU, no unprotected sex

## Objective

### Vital Signs (1 - 1 of 1)

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14:35 | 98.7 | 94 | 16 | 6  2 | 187 | 114 | 82 | NA | 24.01 | 99.00 | |

### Objective Notes

telemedicine encounter, AVSS, alert, oriented x 4, NAD
assessed with telemedicine stethoscope-CV- RRR, S1, S2, no murmur, rub or gallop
assessed with telemedicine stethoscope-Resp- CTA b/l, no wheezes, rales, or rhonchi

9/5/2018 186 pounds
11/7/2019 175 pounds
11/23/2019 187 pounds

**8/1/2014** lab-Hep C positive

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Active Allergies/Health Problems/Conditions (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonsp rea skn test wo tb [795.51] | Converted to ICD10 | 09/30/2015 | 01/06/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 10/01/2015 | 10/01/2015 |
| 003 | Other Diagnosis | Other Diagnosis | SNOMED: 53057004 - Hand pain (finding) | Pain in right hand [M79.641] | Assessed | 01/09/2018 | 01/09/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

possible HCV

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders (1 - 5 of 5)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| HEPATITIS PANEL (ACUTE) | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| DIAGNOSTIC PANEL 2, AZ | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| HBA1C - GLYCOSOLATED HEMOGLOBIN | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| FIBROSURE | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| HEP C RNA QUANT | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |

## X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

## Follow-up Appointments (1 - 5 of 5)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 12/03/2019 | 14:50:52 | Health Services | Kary, Sharon | ASPC-E SMU I EAST |
| 12/03/2019 | 16:00:00 | Health Services | Kary, Sharon | ASPC-E SMU I EAST |
| 12/03/2019 | 16:10:00 | Health Services | Kary, Sharon | ASPC-E SMU I EAST |
| 12/03/2019 | 16:20:00 | Health Services | Kary, Sharon | ASPC-E SMU I EAST |
| 12/03/2019 | 16:30:00 | Health Services | Kary, Sharon | ASPC-E SMU I EAST |

## Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B   ☐ Qualifies for 340B - Hep C   ☐ Qualifies for 340B - HIV

## Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

## Plan Notes

1. weight is stable at this time
2. patient is not aware of 2014 Hepatitis C positive lab
3. obtain labs, hepatitis panel, Hep C RNA, fibrosure, HbA1c, DP2-follow up if needed after receive results
4. avoid peanut butter or diarrhea causing foods
5. avoid risky behaviors-prison hooch, prison tattoos, IVDU, unprotected sex

6. submit HNR as needed

---

### Patient Education

#### Patient Education Notes

1. weight is stable at this time

2. patient is not aware of 2014 Hepatitis C positive lab
3. obtain labs, hepatitis panel, Hep C RNA, fibrosure, HbA1c, DP2-follow up if needed after receive results
4. avoid peanut butter or diarrhea causing foods
5. avoid risky behaviors-prison hooch, prison tattoos, IVDU, unprotected sex
6. submit HNR as needed

---

### Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

---

### Health Classification

Medical:   1
Mental:   1-No history of MH services                 Prognosis:
SMI:   N-No
Dental:   U-Unknown (Conversion)

#### Classification and Security Notes

None

---

### Encounter Orders Review

Review Type*:   Pending Nurses Order       Review Staff:   Smith, Matilde, LPN
Review Date:   11/24/2019                  Review Time:   00:26:33

#### Review Notes

TimeStamp: 24 November 2019 00:28:38 --- User: Matilde Smith (MSMITH)

---

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

---

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 11/24/2019        Time: 00:26:33        User: Matilde Smith (MSMITH)

| **Office/Facility of User on that date** | **Work Assignment** |
| --- | --- |
| ASPC-F COMPLEX FLORENCE | Health Service Admin |
| ASPC-F CENTRAL I # | Health Service Admin |
| ASPC-F SOUTH UNIT | Health Service Admin |
| ASPC-F EAST UNIT | Health Service Admin |
| ASPC-F NORTH UNIT | Health Service Admin |
| ASPC-E SMU I NORTH | Health Service Admin |
| ASPC-E SMU I NORTH | Health Service Admin |
| ASPC-F CB-KASSON CD# | Health Service Admin |
| ASPC-E RYNNING EAST | Health Service Admin |
| ASPC-E COOK UNIT | Health Service Admin |
| ASPC-E COOK UNIT | Health Service Admin |
| ASPC-E COMPLEX EYMAN | Health Service Admin |
| ASPC-E COMPLEX EYMAN | Health Service Admin |
| ASPC-E MEADOWS CDU # | Health Service Admin |
| ASPC-E MEADOWS CDU # | Health Service Admin |
| ASPC-E BROWNING UNIT | Health Service Admin |
| ASPC-E BROWNING UNIT | Health Service Admin |
| ASPC-F CENTRAL IPC | Health Service Admin |
| ASPC-E BROWNING D/RW | Health Service Admin |
| ASPC-E BROWNING D/RW | Health Service Admin |
| ASPC-E SMU I SOUTH | Health Service Admin |
| ASPC-E SMU I SOUTH | Health Service Admin |
| ASPC-E BROWNING MHW | Health Service Admin |
| ASPC-E BROWNING MHW | Health Service Admin |
| ASPC-E SMU I CDU | Health Service Admin |
| ASPC-E SMU I CDU | Health Service Admin |
| ASPC-F MAX PHASE LV# | Health Service Admin |
| ASPC-E RYNNING CLOS# | Health Service Admin |
| ASPC-E RYNNING CLOS# | Health Service Admin |
| ASPC-E SMU I EAST | Health Service Admin |
| ASPC-E SMU I EAST | Health Service Admin |
| ASPC-E SMU I MHW | Health Service Admin |
| ASPC-E SMU I MHW | Health Service Admin |
| ASPC-E RYNNING MED # | Health Service Admin |
| ASPC-E SMU BMU | Health Service Admin |
| ASPC-E SMU BMU | Health Service Admin |
| ASPC-E MEADOWS MED | Health Service Admin |
| ASPC-E MEADOWS MED | Health Service Admin |
| ASPC-F TEMPE ST.LUKES HOSP | Health Service Admin |
| ASPC-E RYNNING MAX | Health Service Admin |
| ASPC-F CENTRAL CB1 M/H | Health Service Admin |
| ASPC-F KASSON MHU | Health Service Admin |
| ASPC-E MAX INTAKE | Health Service Admin |
| ASPC-E MAX INTAKE | Health Service Admin |
| ASPC-E BRWN ENHANCED HSNG | Health Service Admin |
| ASPC-F FLOR/GLOBE | Health Service Admin |

| | |
|---|---|
| ASPC-E BROWNING 805# | Health Service Admin |
| ASPC-E BROWNING STG | Health Service Admin |
| ASPC-E BROWNING STG | Health Service Admin |
| ASPC-E MEADOWS II | Health Service Admin |
| ASPC-E SMU TEMP CDU# | Health Service Admin |
| ASPC-E BRWNG TMP CD# | Health Service Admin |
| ASPC-E RYNNING WEST | Health Service Admin |
| ASPC-E SMU I WEST | Health Service Admin |
| ASPC-E BROWNING CMU | Health Service Admin |
| ASPC-E BROWNING RSH | Health Service Admin |

Show Add History

# Exhibit 23

CHSS027C            # Health Services Encounter        Wednesday August 12, 2020 12:34:17

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 03/14/2019 | Start Time*: | 09:04:00 |
| End Date*: | 03/15/2019 | End Time*: | 06:57:32 |
| Category: | Mental Health | | |
| Type*: | MH - Individual Counseling | Encounter Close Date: | 03/15/2019 |
| Location*: | ASPC-E SMU I EAST  [A38] | Encounter Close Time: | 06:58:47 |
| Setting*: | Clinic | | |
| Staff Member*: | Abel, Erin | | |
| Title: | Psych Associate Licensed | | |
| Form Type: | Mental Health Progress Note | | |

## Subjective

Are interpreter services needed for this inmate*:   Yes

What type of interpreter services were used for the encounter*:   Healthcare Staff Used for Interpreter Services

Was the inmate offered the option to speak in a confidential setting*:   Seen in private, confidential setting

### Confidential Setting Comments

None

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

### Subjective Notes

LATE ENTRY FROM 3/14/2019: Ct was seen in a confidential setting for a 1:1 follow up. Encounter was conducted in Spanish and translated for purpose of documentation. Ct met with improved affect , congruent with reported cognitions and mood. Ct reported he is feeling "better" and described the pod filling up with different people that has helped him. Ct stated previously others were yelling, they weren't going to rec, they were banging on the doors. Ct stated in the last week, he has begun to go out for rec, he has contacted his family by phone and letters. Ct added he has begun chatting with his cellmate and this helps. Ct stated he appreciated MH but does not feel at this time there is a need for reoccurring MH services. Ct reiterated mentally stability denying current SI/HI/SIB/AVH. Ct endorsed eating well and stated he was sleeping so well he was still asleep when the CO came to wake him for this meeting. Ct stated appreciation from others including his cellie who often shares his TV and helps translate, as well as MH coming to see him last week and bringing puzzles to keep his mind busy. Ct was future oriented and expressed intent to complete another HNR if needed but denied any further MH needs at this time. Ct was advised of his MH score and that it would not change at this time, therefore Ct was encouraged to utilize HNR policy if needed.

### Mental Status Exam - Subjective

**See the Patient Synopsis for current medications.**
○ Y                                   ○ N:
**Medication compliant:**NA
○ N                                   ○ Y:
**Side effects:**NA**Inmate Comments/Chief Complaint:**

Rev #: 730

## Objective

**Vital Signs**

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|-----|----------|
| Not Taken | | | | | | | | | | | |

**Objective Notes**

See checked boxes below.

**Mental Status Exam – Objective**

**Orientation:**

- ⦿ Y        ○ N
- ⦿ Y        ○ N
- ⦿ Y        ○ N
- ⦿ Y        ○ N

PersonPlaceTimeSituation

○ Poor        ○ Fair        ⦿ Good

**Insight:**

○ Poor        ○ Fair        ⦿ Good

**Judgment:**

○ Poor        ○ Fair        ⦿ Good

**Sleep:**

○ Poor        ○ Fair        ⦿ Good

**Appetite:**

⦿ N        ○ Y:

**Abnormal movements:**

⦿ N        ○ Y:

**Current Suicidal Ideation:Plan of action:Appearance/Behavior:** ☑ Adequate grooming & hygiene ☑ Calm & cooperative ☐ Angry/agitated ☑ Normal social rhythm ☐ Guarded ☐ Other:**Mood/Affect:** ☑ Stable affect/mood congruent ☐ Flat ☐ Expansive ☐ Dysphoric ☑ Euthymic mood ☐ Other:**Speech:** ☐ Unremarkable ☐ Pressured ☐ Loud ☐ Soft spoken ☐ Difficult to interrupt ☐ Other:**Thought Form:** ☑ Goal directed ☑ Logical ☑ Coherent ☐ Circumstantial ☐ Perseverative ☐ Obsessional ☐ Loosely associated ☐ Tangential ☐ Fragmented ☐ Other:**Thought Content:** ☑ No evident psychosis ☐ Delusional content ☐ Flight of ideas ☐ Ideas of reference ☐ Auditory hallucinations ☐ Visual hallucinations ☐ Paranoia ☐ Other:**Cognitive functioning:** ☑ No gross cognitive deficits apparent ☐ Diminished ability to concentrate nearly everyday (cite Objective information to support,i.e. decline in work or school performance): ☐ Other:

Rev #: 730

---

**Assessment**

**Mental Health Diagnosis**

| Diagnosis Code | Diagnosis Description |
|---|---|
| No Rows Found | |

**Active Allergies/Health Problems/Conditions** (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonsp rea skn test wo tb [795.51] | Converted to ICD10 | 09/30/2015 | 01/06/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 10/01/2015 | 10/01/2015 |
| 003 | Other Diagnosis | Other Diagnosis | SNOMED: 53057004 - Hand pain (finding) | Pain in right hand [M79.641] | Assessed | 01/09/2018 | 01/09/2018 |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

Ct did not present as DTO/DTS at this time. Ct did not appear to be responding to internal stimuli during this encounter.

### Mental Health Progress Note - Assessment

- ⦿ Stable
- ○ Minimal improvement
- ○ Moderate improvement
- ○ Unchanged from last follow-up
- ○ Other:

**Assessment:Provisional Diagnosis:**deferred

○ N            ○ Y:

**Diagnosis:**

Rev #: 730

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| No Rows Found | | | | | |

### X-Ray Orders

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request**

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Follow-up Appointments**

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| No Rows Found | | | | |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

Ct will be seen per policy.

**Mental Health Progress Note - Plan**

**Plan:** ☐ Referral to other MH services or MH Clinician (Specify):
○ N      ○ Y:
Ongoing Patient Education about medications and illness:**Plan for continued behavioral health treatment:All referrals must be entered into the Consult Request area of this encounter.**
○ N      ○ Y
**Referrals entered into this encounter?Next appointment must be entered into the Follow-Up Appointments area of this encounter.**
○ N      ○ Y
Next appointment entered into this encounter?

Rev #: 730

**Patient Education**

**Patient Education Notes**

Ct was educated on MH role, services, and coping skills.

**Health Classification**

Medical:   1

Mental:  1-No history of MH services                                    Prognosis:
SMI:  N-No
Dental:  U-Unknown (Conversion)

**Classification and Security Notes**

| None |
|---|

**Encounter Orders Review**

Review Type*:  No Review Required                    Review Staff:  Unknown

**Review Notes**

| None |
|---|

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 03/15/2019          Time: 06:58:47          User: Erin Abel (ABLER01)

| Office/Facility of User on that date | Work Assignment |
|---|---|
| ASPC-E SMU I NORTH | Psych Associate Licensed |
| ASPC-E RYNNING EAST | Psych Associate Licensed |
| ASPC-E COOK UNIT | Psych Associate Licensed |
| ASPC-E COMPLEX EYMAN | Psych Associate Licensed |
| ASPC-E BROWNING UNIT | Psych Associate Licensed |
| ASPC-E BROWNING D/RW | Psych Associate Licensed |
| ASPC-E SMU I SOUTH | Psych Associate Licensed |
| ASPC-E BROWNING MHW | Psych Associate Licensed |
| ASPC-E SMU I CDU | Psych Associate Licensed |
| ASPC-E SMU I EAST | Psych Associate Licensed |
| ASPC-E SMU I MHW | Psych Associate Licensed |
| ASPC-E SMU BMU | Psych Associate Licensed |
| ASPC-E MEADOWS MED | Psych Associate Licensed |
| ASPC-E MAX INTAKE | Psych Associate Licensed |
| ASPC-E BRWN ENHANCED HSNG | Psych Associate Licensed |
| ASPC-E BROWNING STG | Psych Associate Licensed |
| ASPC-E RYNNING CDU | Psych Associate Licensed |
| ASPC-E MEADOWS II | Psych Associate Licensed |
| ASPC-E RYNNING WEST | Psych Associate Licensed |
| ASPC-E SMU I WEST | Psych Associate Licensed |
| ASPC-E BROWNING CMU | Psych Associate Licensed |
| ASPC-E BROWNING RSH | Psych Associate Licensed |
| ASPC-E BRWNG D/RW II | Psych Associate Licensed |

Show Add History

# Exhibit 24

The encounter date/time does not match the date/time the encounter information was entered. The encounter was entered on 12/09/2019 at 15:32:34.

CHSS027C      # Health Services Encounter      Tuesday August 04, 2020 10:35:32

## Encounter Header

| | | | |
|---|---|---|---|
| Date*: | 12/09/2019 | Start Time*: | 15:10:04 |
| End Date*: | 12/09/2019 | End Time*: | 15:32:33 |
| Category: | Medical Provider | | |
| Type*: | Provider - Chronic Care | Encounter Close Date: | 12/09/2019 |
| Location*: | ASPC-E SMU I EAST  [A38] | Encounter Close Time: | 15:53:21 |
| Setting*: | Clinic | | |
| Staff Member*: | Avant-Ortiz, Kendra | | |
| Title: | Nurse Practitioner | | |
| Form Type: | Chronic Care Clinic | | |

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| | | No Rows Found | |

**Subjective Notes**

**HEPATITIS C VIRAL INFECTION:**

A 42-year-old Mexican male who is seen today for his chronic care visit. He has history of Hepatitis C, Which he is currently being diagnosed with. HIs recent labs were significant AST-42, ALT-70, Platelets-264, Albumin-4.9, T. bilirubin-0.9. His recent Hepatitis panel demonstrated that he was not immune to Hep A and Hep B.

**Subjective:**

a. Risk factors-Denies current HIV infection, current Hepatitis B infection, history of blood transfusions before 1992, organ recipient, past current hemodialysis. He admits having prison tattoos, IV drugs, intranasal drugs, ETOH and unprotected sex.
b. Date diagnosed: 2019 and earliest possible date of infection: 2017
c. Current Symptoms- Denies abdominal pain, changes in stool color, dark urine, nausea, vomiting, fevers, headaches, loss of appetite, muscles cramps, itchiness, edema, fatigue, joint pain, constipation, weakness and weight loss.
d. Prior/current treatment for HCV infection: Denies
e. APRI score-0.398
f. FIB4 score-0.80
g. MELD score-n/a
h. Fibrosure scores:    Fibrosis Grade: F4
                      Necroinflammatory Grade-A3

**Review of systems:**

General state of health: good
Neuro: Denies confusion, loss of memory, loss of consciousness, stroke, numbness, tingling, dizziness, weakness, pain, or falls.
HEENT: Denies lymph node, bleeding/swollen gums, pain, headaches, diplopia, color blindness or changes in vision, masses or swollen glands.
Cardiovascular: Denies tachycardia, bradycardia, arrhythmia, dysrhythmia, CAD, CHF, MI, dyslipidemia, palpitations, murmur, peripheral vascular disease, chest pain, pain on walking relieved with rest, angina deep vein thrombosis, edema, or cyanosis.
Respiratory: Denies SOB, DOE, chest tightness, asthma, COPD, pneumonia, frequent URI, chronic cough or hx of positive ppd.
Gastrointestinal: Denies nausea, vomiting, diarrhea, constipation, excessive gas, bloating, heartburn, indigestion, difficulty swallowing, pain, hemorrhoids, or rectal bleeding.
Genitourinary: Denies urgency, frequency, recurrent UTIs, Hesitancy, dysuria, incontinence, or hematuria. Admits dark urine.
Endocrinology: Denies polyuria, polydipsia, heat intolerance, cold intolerance, tremors, or shakes.
Musculoskeletal: Denies fractures, myalgias, arthralgia's, difficulty ambulating, joint deformities or pain, or stiffness.
Immunological/Hematological: Denies bleeding disorders, immunocompromise, easy bleeding, easy or bruising.
Psychological: Denies anxiety, depression, guilt, hallucinations, homicidal/suicidal thoughts, problems with sleeping, energy, concentration, memory or loss of interest in doing enjoyable activities.
Skin: Denies dryness/texture/color changes, lesions/masses, rashes, yellowing or pruritus.

**AZ Chronic Care Clinic Subjective**

**History:**
○ Y
◉ Y    SEE ABOVE
○ Y                                        ◉ N

**Risk factors:**Obesity:Alcohol:Family history of heart disease:
○ Rare/None                    ○ Current                        ◉ Former
Smoker:
◉ Less than 10 pk yrs          ○ 10-20 pk yrs          ○ More than 20 pk yrs
Amount/Length:
○ Y                                ○ N
○ Y                                ○ N
○ Y                                ○ N
○ Y                                ○ N

**Diseases:**CAD:PVD:CVA:CRD:
○ Y                    ○ N                        ○ N/A
Hx DKA:Other:
○ N                              ○ Y
○ N                              ○ Y

**Last eye exam date:Retinopathy:Problems with vision:Pulmonary:**Age of onset:Frequency of inhaler use:Last attack:
○ Y                              ○ N
○ Y                              ○ N

Prior hospitalization for asthma:History of intubation:
○ Y                              ○ N

Prior corticosteroids:☐ Change in season☐ Pollen☐ Exercise☐ Dust**Aggravating factors for asthma:**☐ Cold☐
Other:**Night time awakenings with asthma within the last 30 days:**
○ Generalized Tonic Clonic(Grand Mal)        ○ Complex(partial)        ○ Absence(Petit Mal)
**Seizures:**Type:**Approximate date of first seizure:Date of last seizure:Frequency:**☐ Alcohol☐ Drug use☐ Head injury☐ Other:**Seizure related to:Infectious diseases:**
○ Y                              ○ N
◉ Y                              ○ N

**Infectious disease Hx:**History of men having sex with men:Needle sharing:
◉ Y                              ○ N
○ Y                              ◉ N

Injectable drug use:Blood Transfusion before 1990:
◉ Y                              ○ N
○ Y                              ○ N
○ Y                              ◉ N

Alcohol Abuse:Nasal drug use:Cough:
○ Y                              ○ N
○ Y                              ◉ N
○ Y                              ◉ N

Headaches:Night sweats:Fever:
○ Y                              ◉ N
◉ Y                              ○ N
○ Y                              ◉ N

Neurologic Change:Dysphagia/Odynophagia:Diarrhea:
○ Y                              ○ N
○ Y                              ○ N

Visual Disturbance:PPD Conversion:
○ Y                              ○ N
○ Y                              ○ N

Incomplete previous TB Rx:Recent exposure to Active TB:
○ N                              ○ Y

Recent weight loss/cachexia:
○ N                              ○ Y:

Other complaints:**Sickle Cell Disease:**
○ N                              ○ Y:
☐ Long bone(pre-tibial)☐ Hand and foot☐ Joint☐ Abdominal**Pain:**☐ Chest Describe:
○ N                              ○ Y:

**Fever:**
○ N                              ○ Y:

**Recent trauma:**

Rev #: 1202

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|------|------|-------|------|--------|--------|--------|--------|-------------|-----|----|----------|
| Not Taken | | | | | | | | | | | |

### Objective Notes

General: Normotensive, in no acute distress. Alert and oriented to person, place, and time. Clean and dressed appropriately.

Eyes: PERRLA direct and consensual, EOM's intact without nystagmus and ptosis, conjunctivae clear, fundi grossly normal, bilateral red light reflex, sclera white with clear cornea.

Neck: Supple, no masses, no thyromegaly, no bruits, no adenopathy, tenderness, tracheal deviation, or JVD noted. Full ROM, passive and active.

Thorax and lungs: Respirations relaxed without nasal flaring or use of accessory muscles, no thoracic retractions, thorax symmetrical , normal AP ratio 1:2, posterior chest wall percussion resonant, lungs clear, no rales, no rhonchi, no wheezes.

Cardiovascular: Rate and rhythm regular, no clicks, rubs, gallops, or murmurs, S1 and S2 within normal limits, peripheral pulses present and equal bilaterally, no edema, tenting, or cyanosis, capillary refill brisk.

Abdomen: Symmetrical, skin smooth without striae, soft, no tenderness, no masses, BS active, all 4 quadrants, no aortic or renal bruits, no splenomegaly, no hepatomegaly, no rebound tenderness.

Extremities: FROM, no deformities, no erythema, joints symmetric, non-tender without swelling, erythema, warmth, masses, deformities, or crepitus, no synovitis noted, muscles symmetric without evidence of wasting, strength 5/5 bilateral in extremities, able to maintain flexion against resistance.

Skin: Warm, dry, and intact, no rashes or lesions.

### Chronic Care Clinic Objective

○ N     ○ Y

**HEENT:**Nystagmus (SZ):
○ N     ○ Y

Gingival hyperplasia (SZ):
○ N     ○ Y

Ataxia:
○ N     ○ Y

**Eyes:**Conjunctiva pale:
○ N     ○ Y

Sclera icteric:
○ Y     ○ N

**Neck:**Carotid bruit (Optional less than 50/Required greater than 50):
○ Y     ○ N
○ Y     ○ N

Thyroid NL:Cervical lymph nodes NL:
○ Y     ○ N
○ Y     ○ N

**Heart:**Regular Rhythm:Murmur Present:
○ Y     ○ N

Gallop:
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N

**Lungs:**Wheezing:Rales:Rhonchi:Other:
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N

**Abdomen:**Tenderness:Mass:Hepatomegaly:
○ Y     ○ N
○ Y     ○ N
○ Y     ○ N

Bowel Sounds:Soft:Splenomegaly:
○ Y     ○ N
○ Y     ○ N

**Ext.:**Pedal pu
○ Y
○ Y     ○ N

Foot exam unremarkable:Leg ulcers:
○ Y     ○ N
○ Y     ○ N

Rev. 1/09 **Neuro:**Motor deficits:Sensory deficits
○ Y     ○ N     ○ NA

**Assessment**
○ N     ○ Y:

Monofilament testing:Skin Pallor:**Skin:**Spine:Additional findings / description of fundi if visualized:☑ Ordered at this visit

Medical Diagnosis/Complaint:discussed with patient**Studies:** ☑ LFT ☑ TSH☐ Flu☐ Pneumo (5 years)**Annual**

Lab/Immunizations:

| ICD Code | Diagnosis/Complaint |
|---|---|
| B18.2 | Chronic viral hepatitis C |

**Chronic Conditions Being Treated**

Asthma: ☐     Coronary Artery Disease (CAD): ☐
Diabetes Type I: ☐     Diabetes Type II: ☐
Dyslipidemia: ☐     Chronic viral hepatitis C [B18.2]: ☑
HIV/AIDS: ☐     Hypertension: ☐
Multiple Sclerosis (MS): ☐     Seizures, Epilepsy, or Convul.: ☐
Sickle Cell: ☐     Tuberculosis Active (TB): ☐
Tuberculosis Latent Inactive (LTBI): ☐

**Active Allergies/Health Problems/Conditions** (1 - 3 of 3)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonsp rea skn test wo tb [795.51] | Converted to ICD10 | 09/30/2015 | 01/06/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 10/01/2015 | 10/01/2015 |
| 003 | Other Diagnosis | Other Diagnosis | SNOMED: 53057004 - Hand pain (finding) | Pain in right hand [M79.641] | Assessed | 01/09/2018 | 01/09/2018 |

**Related Allergies/Health Problems/Conditions** (1 - 2 of 2)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 004 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 12/09/2019 | 12/09/2019 |
| 005 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 12/09/2019 | |

**Assessment Notes**

Hepatitis C

**Chronic Care Clinic Assessment**

**Has the MPL been updated?** Yes

Rev #: 1202

**Plan**

**Treatment Orders**

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Active Drug Prescription Orders**

[View MAR Summary]

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

**Ordered Drug Prescriptions**

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

**Lab Test Orders** (1 - 3 of 3)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| HEPATITIS C RNA, GENOTYPING | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |
| PT INR (PRO-THROMBIN TIME PLUS INR) | | Rout (Draw-10days;Rslts-48hrs) | Inmate Notified Of Results | See Report | From Vendor |

**X-Ray Orders**

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

**Consultation Request** (1 - 1 of 1)

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| Off-site Clinic | Diag:Radiology-MRI,UltrSnd,CAT | Routine | Consult Completed- Practitioner Reviewed |

**Follow-up Appointments** (1 - 3 of 3)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 12/19/2019 | 15:10:04 | Health Services | Avant-Ortiz, Kendra | ASPC-E SMU I EAST |
| 12/19/2019 | 16:10:00 | Health Services | Avant-Ortiz, Kendra | ASPC-E SMU I EAST |
| 12/19/2019 | 16:20:00 | Health Services | Avant-Ortiz, Kendra | ASPC-E SMU I EAST |

**Patient Transfer Holds**

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

**Other Actions/Procedures**

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

**Plan Notes**

1. Hep A vaccine now and repeat in 6 months
2. Hep B series
3. D2 panel, PT/INR, Genotype and RNA
4. Consult Abdominal Ultrasound-Elevated Fibersure scores
5. Will notify Hep C committee

**Chronic Care Clinic Plan**

**Management goals for this patient (Justification needed if you deviate from protocol):**
◉ N      ○ Y:

Management goals:

i. APRI score < 2.0
ii. FIB4 < 1.45
iii. MELD < 9

Rev #: 1202

**Patient Education**

**Patient Education Notes**

a. Patient instructed to refrain from alcohol use, tattooing while incarcerated, participating in unprotected sex, sharing

personal items such as tooth brushes/razors, and intravenous/intranasal drug use.
b. Patient is instructed to report new onset or worsening of fatigue, loss of appetite, abdominal pain, nausea, vomiting,
fevers, headaches, muscles cramps, edema, fatigue, joint pain.

### Chronic Care Clinic Patient Education

☑ Diet/Nutrition ☑ Smoking ☑ Med Info ☑ Exercise **Education (correctional adaptation):** PIFs to patient:

Rev #: 1202

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications) ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical:   1
Mental:   1-No history of MH services                  Prognosis:
SMI:   N-No
Dental:   U-Unknown (Conversion)

### Classification and Security Notes

None

## Encounter Orders Review

Review Type*:   Pending Nurses Order        Review Staff:   Quintana, Rosaura, LPN
Review Date:   12/09/2019             Review Time:   23:46:03

### Review Notes

reviewed

### Electronic Documents/Images

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

### Standard Forms

| Type | Staff |
|---|---|
| No Rows Found | |

### Last Updated Information:

Date: 12/09/2019          Time: 23:46:03          User: Rosaura Quintana (ROSAQ)

**Office/Facility of User on that date**          **Work Assignment**
ASPC-F COMPLEX FLORENCE          Lic Practical Nurse
ASPC-F CENTRAL I #          Lic Practical Nurse
ASPC-F SOUTH UNIT          Lic Practical Nurse
ASPC-F EAST UNIT          Lic Practical Nurse
ASPC-F NORTH UNIT          Lic Practical Nurse

| | |
|---|---|
| ASPC-E SMU I NORTH | Lic Practical Nurse |
| ASPC-F CB-KASSON CD# | Lic Practical Nurse |
| ASPC-E COOK UNIT | Lic Practical Nurse |
| ASPC-E COMPLEX EYMAN | Lic Practical Nurse |
| ASPC-E MEADOWS CDU # | Lic Practical Nurse |
| ASPC-E BROWNING UNIT | Lic Practical Nurse |
| ASPC-F CENTRAL IPC | Lic Practical Nurse |
| ASPC-E BROWNING D/RW | Lic Practical Nurse |
| ASPC-E SMU I SOUTH | Lic Practical Nurse |
| ASPC-E BROWNING MHW | Lic Practical Nurse |
| ASPC-E SMU I CDU | Lic Practical Nurse |
| ASPC-F MAX PHASE LV# | Lic Practical Nurse |
| ASPC-E RYNNING CLOS# | Lic Practical Nurse |
| ASPC-E SMU I EAST | Lic Practical Nurse |
| ASPC-E SMU I MHW | Lic Practical Nurse |
| ASPC-E RYNNING MED # | Lic Practical Nurse |
| ASPC-E SMU BMU | Lic Practical Nurse |
| ASPC-E MEADOWS MED | Lic Practical Nurse |
| ASPC-F TEMPE ST.LUKES HOSP | Lic Practical Nurse |
| ASPC-E RYNNING MAX | Lic Practical Nurse |
| ASPC-F CENTRAL CB1 M/H | Lic Practical Nurse |
| ASPC-F KASSON MHU | Lic Practical Nurse |
| ASPC-E MAX INTAKE | Lic Practical Nurse |
| ASPC-F FLOR/GLOBE | Lic Practical Nurse |
| ASPC-E BROWNING 805# | Lic Practical Nurse |
| ASPC-E BROWNING 805# | Lic Practical Nurse |
| ASPC-E BROWNING STG | Lic Practical Nurse |

Show Add History

# Exhibit 25

# Health Services Encounter

CHSS027C

Tuesday August 04, 2020 10:40:21

## Encounter Header

| | |
|---|---|
| Date*: | 05/22/2020 |
| End Date*: | 05/22/2020 |
| Category: | Medical Provider |
| Type*: | Provider - Chronic Care |
| Location*: | ASPC-E SMU I EAST  [A38] |
| Setting*: | Interactive Telemedicine |
| Staff Member*: | Spizzirri, Joseph |
| Title: | Physician Assistant |
| Form Type: | |

Start Time*:  06:38:19
End Time*:  06:39:38

Encounter Close Date:  05/22/2020
Encounter Close Time:  08:11:58

## Subjective

Are interpreter services needed for this inmate*:   No

What type of interpreter services were used for the encounter*:

### Related Health Service Requests

| Request Date | Area of Interest | Request Type | Status |
|---|---|---|---|
| No Rows Found | | | |

### Subjective Notes

This CC visit was done via Telemedicine and assisted w/nursing.

IM reports his LTBI was diagnosed in 2006. He has been treated for LTBI. IM denies any other comorbid conditions ie. T2DM, HTN, HCV +. IM denies wt. loss, noc sweats, fever, headaches, loss of appetite, coughing up blood, persistent cough, or fatigue. PPD+, BCG +, & CXR Negative.

IM reports his HCV was diagnosed in 2020. He has not been treated thus far-there is a pending consult to GI for upper endoscopy.. He believes he contracted this via TATTS. He is UTD on vaccines. IM denies abd pain, N/V, fatigue, jaundice, discoloration of stool or urine. IM denies depression, anxiety, or excessive irritability. Denies any active or past history of bleeding varices, ascites, or encephalopathy.

TimeStamp: 22 May 2020 06:47:03 --- User: Joseph Spizzirri (SPIJO01)

## Objective

### Vital Signs

| Time | Temp | Pulse | Resp | Height | Weight | BP Sys | BP Dia | Blood Sugar | BMI | O2 | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Taken | | | | | | | | | | | |

### Objective Notes

VSS.Skin w/dry no rashes, bruising, jaundice, or lesions.PERRLA. No d/c, excessive tearing, no photophobia.Pleasant male in NAD. Appears stated age, sex and gender.Lungs CTA, no wheezes, cough, rales, or SOB.SR. S1S2. No rubs, clicks or murmurs, or ectopy. No DOE.
LABS:5/17/20 HCV VL 283,400, PLTS 246, AST/ALT 35/63, FIBROSURE F4/A3Apria score. Fib-4 score.
CXR: 7/2107 NEG.
TimeStamp: 22 May 2020 08:10:31 --- User: Joseph Spizzirri (SPIJO01)

## Assessment

### Medical Diagnosis/Complaint

| ICD Code | Diagnosis/Complaint |
|---|---|
| No Rows Found | |

### Chronic Conditions Being Treated

| | | | |
|---|---|---|---|
| Asthma: | ☐ | Coronary Artery Disease (CAD): | ☐ |
| Diabetes Type I: | ☐ | Diabetes Type II: | ☐ |
| Dyslipidemia: | ☐ | Chronic viral hepatitis C [B18.2]: | ☐ |
| HIV/AIDS: | ☐ | Hypertension: | ☐ |
| Multiple Sclerosis (MS): | ☐ | Seizures, Epilepsy, or Convul.: | ☐ |
| Sickle Cell: | ☐ | Tuberculosis Active (TB): | ☐ |
| Tuberculosis Latent Inactive (LTBI): | ☐ | | |

### Active Allergies/Health Problems/Conditions (1 - 5 of 5)

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| 001 | Other Diagnosis | Nonsp rea skn test wo tb | - | Nonsp rea skn test wo tb [795.51] | Converted to ICD10 | 09/30/2015 | 01/06/2015 |
| 002 | Other Diagnosis | Nonsp rea skn test wo tb | | Nonspecific reaction to tuberculin skin test without active tuberculosis [R76.11] | Assessed | 10/01/2015 | 10/01/2015 |
| 003 | Other Diagnosis | Other Diagnosis | SNOMED: 53057004 - Hand pain (finding) | Pain in right hand [M79.641] | Assessed | 01/09/2018 | 01/09/2018 |
| 004 | Communicable Diseases | Hepatitis C | SNOMED: 128302006 - Chronic hepatitis C (disorder) | Chronic viral hepatitis C [B18.2] | Assessed | 12/09/2019 | 12/09/2019 |
| 005 | Allergies - Medication | NKDA (No Known Drug Allergies) | | | Assessed | 12/09/2019 | |

### Related Allergies/Health Problems/Conditions

| ID Number | Category | Type | National HIE Code(s) | Diagnosis Code | Status | Status Date | Onset Date |
|---|---|---|---|---|---|---|---|
| No Rows Found | | | | | | | |

### Assessment Notes

HCV in stable condition. further medical treatment indicated. Will continue to monitor IM and his lab results. LTBI-TREATED.

TimeStamp: 22 May 2020 08:10:54 --- User: Joseph Spizzirri (SPIJO01)

## Plan

### Treatment Orders

| Category | Type | Frequency | For Days | Specify Comments |
|---|---|---|---|---|
| No Rows Found | | | | |

### Active Drug Prescription Orders

View MAR Summary

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Active Prescriptions | | | | | | |

### Ordered Drug Prescriptions

| Prescription/Medication | National HIE Code(s) | Effective Date | Dosage | Frequency | Expiration | Status |
|---|---|---|---|---|---|---|
| No Rows Found | | | | | | |

### Lab Test Orders (1 - 1 of 1)

| Lab Test Type | National HIE Code(s) | Priority | Status | Results | Value |
|---|---|---|---|---|---|
| DIAGNOSTIC PANEL 2, AZ | | Prior to Next Clinic | Ordered | | |

### X-Ray Orders (1 - 2 of 2)

| X-Ray Body Area | National HIE Code(s) | Priority | Status |
|---|---|---|---|
| XRAY CHEST 1 VIEW | CPT: 71045 - XRAY CHEST 1 VIEW; | Routine (X-Ray-10days;Results-48hrs) | Inmate Notified Of Results |
| XRAY ABDOMEN 1 VIEW | CPT: 74018 - XRAY ABDOMEN 1 VIEW; | In 1 year | Order Placed by Practitioner |

### Consultation Request

| Request Type | Service Type | Priority | Status |
|---|---|---|---|
| No Rows Found | | | |

### Follow-up Appointments (1 - 3 of 3)

| Date | Time | Type | Staff | Location |
|---|---|---|---|---|
| 06/01/2020 | 06:38:19 | Health Services | Spizzirri, Joseph | ASPC-E SMU I EAST |
| 10/05/2020 | 06:38:19 | Health Services | Generic, Lab Tech | ASPC-E SMU I EAST |
| 05/22/2021 | 06:38:19 | Health Services | Spizzirri, Joseph | ASPC-E SMU I EAST |

### Patient Transfer Holds

| Type | Expiration Date | Status |
|---|---|---|
| No Rows Found | | |

☐ Qualifies for 340B - Hep B    ☐ Qualifies for 340B - Hep C    ☐ Qualifies for 340B - HIV

### Other Actions/Procedures

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|---|---|---|---|---|

| Group | Type | Approximate Begin Date | Approximate End Date | Specify Comments |
|-------|------|------------------------|----------------------|------------------|
| No Rows Found | | | | |

### Plan Notes

Routine labs ordered.IM to RTC as needed and to place HNR for any Medical, Dental or Mental Health needs. IM to f/u w/in 180 days for his CCC visit.Vaccines as needed: Flu this fall and check to see if has had his Pneumovax .The IM diagnoses were discussed.IM states he agrees and understands plan.
TimeStamp: 22 May 2020 08:13:30 --- User: Joseph Spizzirri (SPIJO01)

## Patient Education

### Patient Education Notes

Education: Labs, SE and indications for his meds, no hepatotoxic drugs, including ETOH, no sharing toothbrushes or razors, no prison tattoos or drugs were d/w IM. How to access medical care was discussed.
 Goals- TX goals Minimal/no chronic symptoms, minimal/no acute exacerbations, minimal/no limits on activities.
Goals-Improve overall lifestyle changes, e.g. wt loss, exercise program and dietary compliance. Prevention of active TB.
TimeStamp: 22 May 2020 08:13:31 --- User: Joseph Spizzirri (SPIJO01)

## Meaningful Use Measurement

☑ Demographic Information in Patient Header verified
☑ Current Medical Problem List verified (or Patient has no Medical Problems)
☑ Current Medications List verified (or Patient has no Medical Medications)    ☐ Medications List NOT verified
☑ Medication Allergies List verified (or Patient is not allergic to any Medications)

## Health Classification

Medical: 2
Mental: 1-No history of MH services                Prognosis:
SMI: N-No
Dental: U-Unknown (Conversion)

### Classification and Security Notes

Medical: 1
Dental: Unknown (Conversion)
Mental Health: No history of MH services

## Encounter Orders Review

Review Type*: Pending Nurses Order      Review Staff: Marino, Mary, RN
Review Date: 05/23/2020            Review Time: 00:16:52

### Review Notes

Nursing to review for any new orders.
TimeStamp: 22 May 2020 08:13:35 --- User: Joseph Spizzirri (SPIJO01)

**Electronic Documents/Images**

| Document Type | Date Scanned | Title | Source | Privacy Level |
|---|---|---|---|---|
| No Rows Found | | | | |

**Standard Forms**

| Type | Staff |
|---|---|
| No Rows Found | |

**Last Updated Information:**

Date: 05/23/2020      Time: 00:16:52      User: Mary Marino (MARMA05)

| **Office/Facility of User on that date** | **Work Assignment** |
|---|---|
| ASPC-F COMPLEX FLORENCE | Registered Nurse |
| ASPC-F CENTRAL I # | Registered Nurse |
| ASPC-F SOUTH UNIT | Registered Nurse |
| ASPC-F EAST UNIT | Registered Nurse |
| ASPC-F NORTH UNIT | Registered Nurse |
| ASPC-E SMU I NORTH | Registered Nurse |
| ASPC-E SMU I NORTH | Registered Nurse |
| ASPC-F CB-KASSON CD# | Registered Nurse |
| ASPC-E RYNNING EAST | Registered Nurse |
| ASPC-E COOK UNIT | Registered Nurse |
| ASPC-E COOK UNIT | Registered Nurse |
| ASPC-E COMPLEX EYMAN | Registered Nurse |
| ASPC-E COMPLEX EYMAN | Registered Nurse |
| ASPC-E MEADOWS CDU # | Registered Nurse |
| ASPC-E MEADOWS CDU # | Registered Nurse |
| ASPC-E BROWNING UNIT | Registered Nurse |
| ASPC-E BROWNING UNIT | Registered Nurse |
| ASPC-F CENTRAL IPC | Registered Nurse |
| ASPC-E BROWNING D/RW | Registered Nurse |
| ASPC-E BROWNING D/RW | Registered Nurse |
| ASPC-E SMU I SOUTH | Registered Nurse |
| ASPC-E SMU I SOUTH | Registered Nurse |
| ASPC-E BROWNING MHW | Registered Nurse |
| ASPC-E BROWNING MHW | Registered Nurse |
| ASPC-E SMU I CDU | Registered Nurse |
| ASPC-E SMU I CDU | Registered Nurse |
| ASPC-F MAX PHASE LV# | Registered Nurse |
| ASPC-E RYNNING CLOS# | Registered Nurse |
| ASPC-E RYNNING CLOS# | Registered Nurse |
| ASPC-E SMU I EAST | Registered Nurse |
| ASPC-E SMU I EAST | Registered Nurse |
| ASPC-E SMU I MHW | Registered Nurse |
| ASPC-E SMU I MHW | Registered Nurse |
| ASPC-E RYNNING MED # | Registered Nurse |
| ASPC-E SMU BMU | Registered Nurse |
| ASPC-E SMU BMU | Registered Nurse |
| ASPC-E MEADOWS MED | Registered Nurse |
| ASPC-E MEADOWS MED | Registered Nurse |
| ASPC-F TEMPE ST.LUKES HOSP | Registered Nurse |

| ASPC-E RYNNING MAX | Registered Nurse |
|---|---|
| ASPC-F CENTRAL CB1 M/H | Registered Nurse |
| ASPC-F KASSON MHU | Registered Nurse |
| ASPC-E MAX INTAKE | Registered Nurse |
| ASPC-E MAX INTAKE | Registered Nurse |
| ASPC-E BRWN ENHANCED HSNG | Registered Nurse |
| ASPC-F FLOR/GLOBE | Registered Nurse |
| ASPC-E BROWNING 805# | Registered Nurse |
| ASPC-E BROWNING 805# | Registered Nurse |
| ASPC-E BROWNING STG | Registered Nurse |
| ASPC-E BROWNING STG | Registered Nurse |
| ASPC-E MEADOWS II | Registered Nurse |
| ASPC-E SMU TEMP CDU# | Registered Nurse |
| ASPC-E BRWNG TMP CD# | Registered Nurse |
| ASPC-E RYNNING WEST | Registered Nurse |
| ASPC-E SMU I WEST | Registered Nurse |
| ASPC-E BROWNING CMU | Registered Nurse |
| ASPC-E BROWNING RSH | Registered Nurse |

Show Add History