1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org

13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED BELOW]**
14

15                    UNITED STATES DISTRICT COURT

16                          DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**SUPPLEMENTAL DECLARATION OF CORENE T. KENDRICK IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE PARAGRAPH 14 OF THE STIPULATION** |

LEGAL149342227.1

I, Corene T. Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. As noted in Paragraphs 10 and 13-14 of my June 8, 2020 declaration (Doc. 3624), on January 17, 2019, as part of our monthly request for documents to monitor compliance with the Stipulation, Plaintiffs' counsel requested reports and documents related to Paragraph 14 and people who are d/Deaf. Specifically, RFP 99 requested a "list of all class members who are deaf and their ADC numbers." On March 6, 2019, Counsel for Defendants produced a list of class members that they purported was responsive, but it did not list several D/deaf class members with whom my office or the Arizona Center for Disability Law had been communicating. Attached herein as **Exhibit 1, filed under seal**, is a true and correct copy of this list, which Defendants Bates-stamped as ADCM1561791. No class member from ASPC-Perryville is listed.

3. On March 7, 2019, I sent a letter to Counsel for Defendants providing them with additional ICD-10 codes commonly used in audiology, so that they could provide an updated list by the agreed-upon deadline of March 13, 2019. [*See* Doc. 3624 ¶ 15, Ex. 2] On March 20, 2019 Counsel for Defendants provided a responsive list. Attached herein as **Exhibit 2, filed under seal**, is a true and correct copy of this list, which Defendants Bates-stamped as ADCM1564103-107. Thirty-two class members from ASPC-Perryville are listed, but none are listed as being "deaf."

4. Pursuant to the Stipulation, Plaintiffs' counsel and our expert(s) may tour Arizona state prison complexes up to twenty (20) days per year. [Doc. 1185 ¶ 32]

5. In 2019, Plaintiffs' counsel toured 13 days, to six facilities, as follows. I was present for each tour.

LEGAL149342227.1

      a.  ASPC-Tucson: Jan. 8-9, 2019

      b.  ASPC-Phoenix: Jan. 10, 2019

      c.  ASPC-Perryville: April 2-4, 2019

      d.  ASPC-Lewis: July 30-Aug. 1, 2019

      e.  ASPC-Yuma: Oct. 16-17, 2019

      f.  ASPC-Eyman: Dec. 11-12, 2019

6.    To date in 2020, Plaintiffs' counsel have toured 10 days, two facilities (twice each), as follows.  I was present and/or participated in each tour.

      a.  ASPC-Tucson: Feb. 19-20, 2020

      b.  ASPC-Florence: March 11-12, 2020

      c.  ASPC-Florence: July 7-9, 2020 ("virtual tour" – not in person)

      d.  ASPC-Tucson: Aug. 19-21, 2020 ("virtual tour" – not in person)

7.    The "virtual tours" in July and August 2020 were due to the COVID-19 pandemic.  They have consisted of two days of plaintiffs' counsel having legal calls with class members, and one day of staff on-site walking through the prison units at Plaintiffs' counsel's direction, using a tablet connected to a Zoom call, so that counsel and our expert can make observations, speak to staff and class members through the tablet, and direct the staff person to make measurements and take photos.

8.    I reviewed the declaration of Dr. Penn, and the tables summarizing class members' Health Needs Requests ("HNRs") included therein.  [Doc. 3673-8 at 12-35, 65-71]  I am familiar with these tables from my use of Defendants' electronic medical record system known as eOMIS.  The tables are a screen of eOMIS that summarize patients' requests for health care.  The actual HNR is scanned to the patient's record as a PDF that is accessible elsewhere in eOMIS.  Based on my experience reviewing class members' records, these table entries are made by the nurses who are triaging the HNRs and assigning the request to the relevant discipline (i.e., nursing, dental, mental health, pharmacy), and the triaging nurse usually summarizes the patient's request into a sentence or two for the health care staff who will subsequently see the patient on nurse's line or

provider's line.  The triaging nurses often do not retype the entire HNR verbatim, but often just summarize what was written on the HNR.  Therefore, the entries on the table are often incomplete, or do not fully reflect or mirror what was written by the patient on the physical HNR.  Oftentimes, if a HNR is written in Spanish, the triaging nurse will summarize or attempt to translate the request into English.

9. On August 28, 2019, I attended a mediation in this case regarding several Notices of Noncompliance served on Defendants, including with regard to Paragraph 14's language interpretation requirements.  The mediation lasted more than three hours. Numerous Centurion officials and attorneys attended the mediation, from Centurion's corporate headquarters in Virginia and Missouri, as well as Arizona-based officials, including but not limited to the persons listed in the Minute Entry (Doc. 3348).  Among the attendees were Deana Johnson, Centurion Vice President and General Counsel; Dr. Johnny Wu, M.D., Centurion's Chief of Clinical Operations; Dr. John May, M.D., Centurion's Chief Medical Officer; Dr. Sharen Barboza, Ph.D., Centurion Vice President of Mental Health; Keith Lueking, Centurion Director of Operations; Sarah Barnes, Centurion's Arizona-based counsel; Dr. Wendy Orm, M.D., Centurion's Regional Medical Director for Arizona; and Tom Dolan, Centurion's Regional Vice President of Operations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 24, 2020, in San Francisco, California.

                                             s/ Corene T. Kendrick
                                             Corene T. Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (Cal. 223903)*
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

*Admitted *pro hac vice*.  Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    jkeenan@acluaz.org
          carellano@acluaz.org

| | |
|---|---|
| 1 | *Attorneys for Plaintiffs Shawn Jensen;* |
| 2 | *Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith;* |
| 3 | *Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua* |
| 4 | *Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
　rdalyrooney@azdisabilitylaw.org
　　jrico@azdisabilitylaw.org
　　　mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:　adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020 I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

                                        s/ D. Freouf