# Index of Exhibits to the
# Supplemental Declaration of Corene T. Kendrick

| Exhibit | Description | |
|---|---|---|
| 1 | List of Deaf Class Members Produced by Defendants in Response to RFP 99 on March 6, 2019 (ADCM1561791) | REDACTED & UNDER SEAL |
| 2 | List of Deaf and Hard of Hearing Class Members Produced in Response to RFP 99 by Defendants on March 20, 2019 (ADCM1564103-107) | REDACTED & UNDER SEAL |

# Exhibit 1

# (Redacted)

| Diagnosis | Dx Status | Complex | Patient Name | ADC # | Age | Medical Grade | Last Encounter Type | Date | Seen By |
|---|---|---|---|---|---|---|---|---|---|
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | | | 59 | M3 | Provider - Medication Renewal | 3/5/2019 | Abdukkaliq, Dahab, NP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | | | 37 | M3 | Nurse - Transfer - Sending | 10/19/2018 | Meza, Marcela, RN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-E COMPLEX EYMAN | | | 76 | M3 | Nurse - Medication Renewal | 3/3/2019 | Lampshire, Cari, LPN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 55 | M2 | MH - Treatment Plan | 3/1/2019 | Spencer, Owen, LASAC |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-PHX COMPLEX PHOENIX | | | 38 | M4 | Medical Records - Transfer - Hold | 3/5/2019 | Gebre, Selam, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | | | 25 | M3 | Provider - Review | 2/27/2019 | Jordan, Elijah, MD |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 52 | M2 | Nurse - Treatment Call | 3/4/2019 | Geyer, Ameera, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-E COMPLEX EYMAN | | | 33 | M3 | MH - Provider - Medication Renewal | 2/25/2019 | Leifson, Brett, NP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 21 | M2 | Nurse - Medication Renewal | 2/13/2019 | Rynders, Rebecca, RN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | | | 43 | M2 | Nurse - Distribute Med Equip/Supplies | 2/23/2019 | Buenacosa, Ramon, RN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 58 | M4 | Provider - Chronic Care | 3/1/2019 | Weigel, Natalya, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 28 | M3 | MH - Individual Counseling | 3/5/2019 | Contreras, Samantha, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-E COMPLEX EYMAN | | | 24 | M4 | Nurse - Return From Offsite | 2/1/2019 | Hunt, Jennie, RN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 71 | M4 | Provider - Chronic Care | 3/4/2019 | Bell, Natalie, NP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | | | 45 | M2 | MH - Provider - Medication Renewal | 1/30/2019 | Moore, Christa, PNP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-F COMPLEX FLORENCE | | | 40 | M3 | MH - Release Planning | 1/17/2019 | Lynn, Anthony, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-L COMPLEX LEWIS | | | 47 | M4 | Provider - Follow Up Care | 2/14/2019 | Thompson, Susan, NP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | | | 44 | M3 | Nurse - Distribute Med Equip/Supplies | 2/25/2019 | Hallett, Elizabeth, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-E COMPLEX EYMAN | | | 49 | M3 | Nurse - Chart Note | 3/5/2019 | Cruse, Stephen, LPN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-D COMPLEX DOUGLAS | | | 32 | M2 | Nurse - Distribute Med Equip/Supplies | 2/25/2019 | Richardson, Sarah, RN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-T COMPLEX TUCSON | | | 37 | M3 | Provider - Chronic Care | 1/10/2019 | Larson, Gregory, NP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | | | 61 | M2 | Provider - Medication Renewal | 2/13/2019 | Eze, Chidozie, NP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-T COMPLEX TUCSON | | | 33 | M4 | Provider - Sick Call - Scheduled | 3/5/2019 | Zevallos, Joseph, NP |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | | | 62 | M5 | Nurse - Verbal/Telephone Orders | 2/27/2019 | Merrill, Rachel, RN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | | | 24 | UN | Nurse - Sick Call - Scheduled | 1/31/2019 | Brown, Jaci, RN |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-E COMPLEX EYMAN | | | 60 | M4 | MH - Treatment Plan Review | 3/5/2019 | Tenrreiro, Ruth, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 72 | M3 | Provider - Chronic Care | 3/1/2019 | Weigel, Natalya, |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | | | 33 | M4 | Dental - Urgent Care | 3/4/2019 | Vega, Hector, DDS |
| Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | | | 36 | M2 | Nurse - PPD Administration | 1/27/2019 | Pontious, Elizabeth, RN |

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1561791**

# Exhibit 2

# (Redacted)

| Patient Name | ADC # | Age | Diagnosis | Dx Status | Current Complex | Medical Grade | Last Encounter Type | Date | Last Seen By |
|---|---|---|---|---|---|---|---|---|---|
| | | 21 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Follow Up Care | 3/6/2019 | Avant-Ortiz, Kendra, NP |
| | | 51 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Dental - Intake Exam | 3/7/2019 | Vega, Hector, DDS |
| | | 57 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | MH - Group Counseling | 3/7/2019 | Butler, Jacquelynn, |
| | | 73 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Dental - Routine Treatment | 2/5/2019 | Baird, Robert, DDS |
| | | 53 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-D COMPLEX DOUGLAS | M2 | Provider - Chronic Care | 11/27/2018 | Baird, James, MD |
| | | 25 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-T COMPLEX TUCSON | M1 | Provider - Follow Up Care | 11/12/2018 | DeGuzman, Armando, MD |
| | | 50 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Treatment Call | 3/8/2019 | Martin, Alexandra, RN |
| | | 59 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Provider - Sick Call - Scheduled | 3/5/2019 | Abdukkaliq, Dahab, NP |
| | | 59 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | M3 | Provider - Sick Call - Scheduled | 3/5/2019 | Abdukkaliq, Dahab, NP |
| | | 53 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-S COMPLEX SAFFORD | M2 | Nurse - PPD Administration | 12/7/2018 | Phelps, Shania, |
| | | 35 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-E COMPLEX EYMAN | M2 | MH - Psychiatrist - Scheduled | 2/17/2019 | Rastogi, Kamal, MD |
| | | 58 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Provider - Follow Up Care | 2/8/2019 | Ngueha, Clarisse, NP |
| | | 30 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-Y COMPLEX YUMA | M1 | MH - Forced Medication Hearing | 3/8/2019 | Urdaneta, Leonel, |
| | | 41 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M3 | MH - Sick Call - Unscheduled | 3/8/2019 | Hart, Athena, |
| | | 30 | Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Return From Offsite | 3/1/2019 | Stevens, Tricia, |
| | | 38 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Verbal/Telephone Orders | 1/22/2019 | Stengel, Casey, RN |
| | | 45 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-D COMPLEX DOUGLAS | M1 | Provider - Review | 2/15/2019 | Brathwaite, Michael, FNP-C |
| | | 48 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Medication Renewal | 3/4/2019 | Bruner, Russ, RN |
| | | 54 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Nurse - Distribute Med Equip/Supplies | 2/19/2019 | Jauregui, Brenda, |
| | | 62 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Nurse - Medication Renewal | 3/8/2019 | Negron, Jennifer, LPN |
| | | 37 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | M3 | Nurse - Transfer - Sending | 10/19/2018 | Meza, Marcela, RN |
| | | 37 | Transient ischemic deafness, left ear (H93.012) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Transfer - Sending | 10/19/2018 | Meza, Marcela, RN |
| | | 67 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Nurse - Sick Call - Scheduled | 3/7/2019 | Anderson, Donna, RN |
| | | 54 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-T COMPLEX TUCSON | M1 | MH - Group Counseling | 3/8/2019 | Morris, Vernice, LMSW |
| | | 54 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-T COMPLEX TUCSON | M1 | MH - Group Counseling | 3/8/2019 | Morris, Vernice, LMSW |
| | | 36 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Sick Call - Scheduled | 2/28/2019 | Stevens, Tricia, |
| | | 31 | Snsrnrl hear loss, uni, right ear, w unrestr hear cntra side (H90.41) | Assessed | ASPC-F COMPLEX FLORENCE | M1 | Nurse - PPD Administration | 6/13/2018 | Moore, Tracey, LPN |
| | | 37 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-T COMPLEX TUCSON | M2 | MH - Psychiatrist - Scheduled | 3/5/2019 | Riaz, Sabeen, MD |
| | | 43 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Transfer - Receiving | 2/15/2019 | Kasimoff, Terry, LPN |
| | | 76 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-E COMPLEX EYMAN | M3 | Nurse - Medication Renewal | 3/3/2019 | Lampshire, Cari, LPN |
| | | 39 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Treatment Call | 3/6/2019 | Garcia, Melissa, RN |
| | | 63 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Dental - Intake | 3/6/2019 | Gill, Sundeep, DDS |
| | | 55 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Dental - Chart Review | 3/6/2019 | Alicea, Jessica, |
| | | 55 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M2 | Dental - Chart Review | 3/6/2019 | Alicea, Jessica, |
| | | 40 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Nurse - Medication Renewal | 1/12/2019 | Starling, Theresa, RN |
| | | 57 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Medication Renewal | 3/5/2019 | Recupero, Kristen, |
| | | 38 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-PHX COMPLEX PHOENIX | M4 | Medical Records - Transfer - Hold | 3/5/2019 | Gebre, Selam, |
| | | 38 | Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-PHX COMPLEX PHOENIX | M4 | Medical Records - Transfer - Hold | 3/5/2019 | Gebre, Selam, |
| | | 39 | Congen malform of ear causing impairment of hearing, unsp (Q16.9) | Assessed | ASPC-L COMPLEX LEWIS | M3 | MH - Mid-Level - Scheduled | 2/13/2019 | Keck, John, PNP |
| | | 34 | Unspecified hearing loss, left ear (H91.92) | Assessed | ASPC-W COMPLEX WINSLOW | M1 | Dental - Chart Review | 3/4/2019 | Redhorse, Kerry, |
| | | 31 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Provider - Medication Renewal | 3/6/2019 | Ortiz, Adolfo, |
| | | 71 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Medication Renewal | 3/5/2019 | Dadasiewicz, Melissa, LPN |
| | | 61 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-L COMPLEX LEWIS | M3 | Nurse - Medication Renewal | 2/27/2019 | Recupero, Kristen, |
| | | 31 | Mixed conductive and sensorineural hearing loss, unspecified (H90.8) | Assessed | ASPC-L COMPLEX LEWIS | M1 | Provider - Chronic Care | 8/29/2018 | Ndemanu, Jane-Frances, |
| | | 29 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M1 | MH - Health and Welfare Rounds | 3/8/2019 | Villarreal, Martin, |
| | | 69 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - PPD Administration | 3/3/2019 | Mayer, Spring, RN |
| | | 53 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Medication Renewal | 3/5/2019 | Negron, Jennifer, LPN |
| | | 25 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | M3 | Provider - Review | 2/27/2019 | Jordan, Elijah, MD |
| | | 25 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Provider - Review | 2/27/2019 | Jordan, Elijah, MD |
| | | 52 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M3 | MH - Mid-Level - Scheduled | 2/25/2019 | Lopez, Bianca, PMHNP |
| | | 54 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Nurse - Distribute Med Equip/Supplies | 3/8/2019 | Coronado, Ricardo, |
| | | 39 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Provider - Chronic Care | 10/24/2018 | Boyd, David, MD |
| | | 72 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Medication Renewal | 1/18/2019 | Tomlinson, Sandra, LPN |
| | | 59 | Mix cndct/snrl hear loss,uni,l ear,w unrestr hear cntra side (H90.72) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Medication Renewal | 2/22/2019 | Elder, Debra, LPN |
| | | 69 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Medication Renewal | 3/8/2019 | Elder, Debra, LPN |
| | | 69 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Medication Renewal | 3/8/2019 | Elder, Debra, LPN |
| | | 59 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-T COMPLEX TUCSON | M2 | MH - Psychiatrist - Scheduled | 2/7/2019 | Riaz, Sabeen, MD |
| | | 59 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-T COMPLEX TUCSON | M2 | MH - Psychiatrist - Scheduled | 2/7/2019 | Riaz, Sabeen, MD |
| | | 82 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Sick Call - Scheduled | 3/7/2019 | Landeros, Amanda, RN |
| | | 39 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-F COMPLEX FLORENCE | M1 | Dental - Routine Treatment | 2/14/2019 | Childers, Marylou, |
| | | 57 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | MH - Provider - Medication Renewal | 2/25/2019 | Carr, Antonio, MD |
| | | 69 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-L COMPLEX LEWIS | M4 | MH - Provider - Medication Renewal | 3/4/2019 | Osgood, Margaret, PNP |
| | | 49 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-Y COMPLEX YUMA | M2 | MH - Treatment Plan Review | 3/8/2019 | Valtierra, Maria, LPC |
| | | 52 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M2 | Nurse - Treatment Call | 3/4/2019 | Geyer, Ameera, |
| | | 52 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Treatment Call | 3/4/2019 | Geyer, Ameera, |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1564103**

| # | Diagnosis | Status | Location | Level | Encounter Type | Date | Provider |
|---|---|---|---|---|---|---|---|
| 57 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M4 | MH - Psychiatrist - Scheduled | 2/27/2019 | Rastogi, Kamal, MD |
| 46 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-S COMPLEX SAFFORD | M2 | Nurse - Distribute Med Equip/Supplies | 1/8/2019 | Scott, Michele, RN |
| 48 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Treatment Call | 3/6/2019 | Garcia, Melissa, RN |
| 52 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Distribute Med Equip/Supplies | 3/3/2019 | Castaneda, Henai, LPN |
| 78 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-L COMPLEX LEWIS | M4 | Dental - Urgent Care | 3/7/2019 | Gray, Kendrick, DDS |
| 80 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-PV COMPLEX P-VILLE | M3 | Provider - Chronic Care | 2/18/2019 | Johnson, Timothy, PA-C |
| 41 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Dental - Call Back | 1/29/2019 | Goldsmith, Don, DDS |
| 47 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Provider - Chronic Care | 2/22/2019 | Weigel, Natalya, |
| 47 | Transient ischemic deafness, left ear (H93.012) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Provider - Chronic Care | 2/22/2019 | Weigel, Natalya, |
| 66 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Recurring Lab Test | 1/24/2019 | Weigel, Natalya, |
| 46 | Unspecified hearing loss, left ear (H91.92) | Assessed | ASPC-PV COMPLEX P-VILLE | M1 | Provider - Follow Up Care | 2/14/2019 | John, Gemini, |
| 47 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Provider - Infirmary Rounds | 3/8/2019 | Eze, Chidozie, NP |
| 35 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASP-P PHOENIX WEST DETN | M2 | Nurse - Transfer - Sending | 12/6/2017 | Mock, Teresa, RN |
| 48 | Mixed conductive and sensorineural hearing loss, bilateral (H90.6) | Assessed | ASPC-PV COMPLEX P-VILLE | M3 | Nurse - Medication Renewal | 3/7/2019 | Govan, Keith, LPN |
| 48 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-PV COMPLEX P-VILLE | M3 | Nurse - Medication Renewal | 3/7/2019 | Govan, Keith, LPN |
| 52 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Dental - Chart Review | 7/16/2018 | Rodriguez, Gabrielle, |
| 52 | Unspecified hearing loss, right ear (H91.91) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Nurse - Medication Renewal | 3/4/2019 | Lampshire, Cari, LPN |
| 52 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Nurse - Medication Renewal | 3/4/2019 | Lampshire, Cari, LPN |
| 42 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-PV COMPLEX P-VILLE | M1 | Nurse - Distribute Med Equip/Supplies | 3/7/2019 | Ward, David, RN |
| 39 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M1 | Nurse - Sick Call - Scheduled | 3/2/2019 | Thayer, Darryl, RN |
| 66 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-S COMPLEX SAFFORD | M2 | Provider - Medication Renewal | 3/2/2019 | Bell, Natalie, NP |
| 27 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-D COMPLEX DOUGLAS | M1 | Dental - Routine Treatment | 1/18/2019 | Gomez, Kristine, DDS |
| 50 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Dental - Routine Treatment | 2/6/2019 | Rihanek, Carolyn, DDS |
| 33 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-E COMPLEX EYMAN | M3 | Nurse - ICS Response | 3/5/2019 | Hunt, Jennie, RN |
| 33 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Nurse - ICS Response | 3/5/2019 | Hunt, Jennie, RN |
| 60 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Medication Renewal | 3/5/2019 | Recupero, Kristen, |
| 79 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Nurse - Sick Call - Unscheduled | 3/3/2019 | Knight, Sheryl, RN |
| 79 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Nurse - Sick Call - Unscheduled | 3/3/2019 | Knight, Sheryl, RN |
| 49 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - TB Follow-Up | 3/8/2019 | Anderson, Donna, RN |
| 49 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - TB Follow-Up | 3/8/2019 | Anderson, Donna, RN |
| 64 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-E COMPLEX EYMAN | M1 | Nurse - Intake - Lab | 12/29/2017 | Beal, Melissa, RN |
| 21 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M2 | Nurse - Medication Renewal | 2/13/2019 | Rynders, Rebecca, RN |
| 45 | Unspecified hearing loss, left ear (H91.92) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Medication Renewal | 2/6/2019 | Sosa, Brittnie, RN |
| 70 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Nurse - Sick Call - Scheduled | 2/27/2019 | Owiti, Maurice, RN |
| 28 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-D COMPLEX DOUGLAS | M2 | Provider - Review | 1/24/2019 | Lorette, Patricia, LPN |
| 51 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | MH - Chart Review | 3/8/2019 | Ivanov, Rachael, |
| 75 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Dental - Urgent Care | 2/21/2019 | Dankemeyer, Paul, DDS |
| 50 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | MH - Treatment Plan | 3/8/2019 | Everett, Kristi, LCSW |
| 50 | Mixed conductive and sensorineural hearing loss, bilateral (H90.6) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | MH - Treatment Plan | 3/8/2019 | Everett, Kristi, LCSW |
| 43 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | M2 | Nurse - Sick Call - Unscheduled | 3/6/2019 | Vasquez, Alejandra, RN |
| 33 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-PV COMPLEX P-VILLE | M1 | Dental - Urgent Care | 3/8/2019 | DeLossantos, Jose, DDS |
| 76 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/6/2019 | Hahn, Betty, NP |
| 46 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - PPD Administration | 2/16/2019 | Graciano, Hilda, RN |
| 43 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M1 | Dental - Routine Treatment | 2/20/2019 | Dinkha, Rommel, DDS |
| 90 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Provider - Recurring Lab Test | 12/12/2018 | Weigel, Natalya, |
| 58 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M4 | Provider - Chronic Care | 3/1/2019 | Weigel, Natalya, |
| 44 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Sick Call - Scheduled | 2/8/2019 | Shelton, Shenell, RN |
| 56 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Medication Renewal | 2/12/2019 | Smith, Alisha, LPN |
| 64 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Provider - Medication Renewal | 1/8/2019 | Thomas, Siji, NP |
| 62 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Dental - Routine Treatment | 3/5/2019 | Tasvibi-Tanha, Payman, DDS |
| 63 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Follow Up Care | 2/23/2019 | Gay, Maureen, |
| 75 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Nurse - Sick Call - Scheduled | 2/28/2019 | Gualco, Tanna, RN |
| 58 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Medication Renewal | 3/6/2019 | Owiti, Maurice, RN |
| 34 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-PV COMPLEX P-VILLE | M3 | Provider - OB/GYN | 3/7/2019 | Habib, Noel, MD |
| 58 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-L COMPLEX LEWIS | M3 | Nurse - Chart Note | 3/2/2019 | Brown, Kenisha, RN |
| 41 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Nurse - Treatment Call | 3/8/2019 | Ianita, Kimberly, |
| 28 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M3 | MH - Group Counseling | 3/8/2019 | Morris, Vernice, LMSW |
| 28 | Other specified hearing loss, left ear (H91.8X2) | Assessed | ASPC-T COMPLEX TUCSON | M3 | MH - Group Counseling | 3/8/2019 | Morris, Vernice, LMSW |
| 42 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Provider - Sick Call - Scheduled | 3/8/2019 | Joseph, Adlene, NP |
| 24 | Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Nurse - Return From Offsite | 2/1/2019 | Hunt, Jennie, RN |
| 29 | Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-PHX COMPLEX PHOENIX | M2 | Nurse - Observation Rounds | 3/8/2019 | Ubeh, Reginald, MH RN |
| 60 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-F COMPLEX FLORENCE | M1 | MH - Group Counseling | 3/8/2019 | Dabney, Minnie, |
| 47 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Nurse - Chart Note | 2/27/2019 | Thayer, Darryl, RN |
| 70 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - Distribute Med Equip/Supplies | 1/28/2019 | Orzechowski-Lane, Margaret, |
| 33 | Congen malform of ear causing impairment of hearing, unsp (Q16.9) | Assessed | ASPC-L COMPLEX LEWIS | M3 | Dental - Chart Review | 1/7/2019 | Lopez, Norma, |
| 74 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - Chart Review | 2/26/2019 | Lorette, Patricia, LPN |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1564104**

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - Chart Review | 2/26/2019 | Lorette, Patricia, LPN |
| 71 Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M4 | Provider - Chronic Care | 3/4/2019 | Bell, Natalie, NP |
| 71 Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Provider - Chronic Care | 3/4/2019 | Bell, Natalie, NP |
| 28 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - PPD Administration | 9/30/2018 | Connary, Rachel, RN |
| 55 Sudden idiopathic hearing loss, unspecified ear (H91.20) | Assessed | ASPC-E COMPLEX EYMAN | M2 | MH - Group Counseling | 3/6/2019 | Pedretti, Diane, LAC |
| 73 Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Medication Renewal | 3/5/2019 | Thomas, Siji, NP |
| 45 Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Medication Renewal | 3/6/2019 | Owiti, Maurice, RN |
| 72 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Nurse - Distribute Med Equip/Supplies | 2/27/2019 | Ianita, Kimberly, |
| 33 Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | MH - Psychiatrist - Scheduled | 3/7/2019 | Carr, Antonio, MD |
| 68 Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Distribute Med Equip/Supplies | 3/8/2019 | Ianita, Kimberly, |
| 68 Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Distribute Med Equip/Supplies | 3/8/2019 | Ianita, Kimberly, |
| 83 Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Medication Renewal | 3/1/2019 | Thomas, Siji, NP |
| 51 Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Medication Renewal | 3/6/2019 | Gay, Maureen, |
| 58 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Segregation Visit | 3/8/2019 | Godoy, Victor, |
| 44 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Dental - Urgent Care | 2/25/2019 | Favela, Raul, DDS |
| 48 Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | MH - Individual Counseling | 1/24/2019 | Rogers, Tracy, |
| 45 Unspecified hearing loss, right ear (H91.91) | Assessed | ASPC-W COMPLEX WINSLOW | M2 | Nurse - Return From Offsite | 3/4/2019 | Welsh, Katherine, |
| 40 Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | MH - Release Planning | 1/17/2019 | Lynn, Anthony, |
| 24 Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - PPD Administration | 2/28/2019 | Vega, Luz, LPN |
| 29 Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-PV COMPLEX P-VILLE | M1 | Dental - Routine Treatment | 1/15/2019 | Im, Chandara, DDS |
| 47 Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-L COMPLEX LEWIS | M4 | Provider - Follow Up Care | 3/8/2019 | Thompson, Susan, NP |
| 52 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-L COMPLEX LEWIS | M3 | Nurse - Treatment Call | 3/5/2019 | Roer, Julia, RN |
| 35 Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-W COMPLEX WINSLOW | M2 | Nurse - Medication Renewal | 2/1/2019 | Shumway, Charles, RN |
| 34 Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M1 | Dental - Routine Treatment | 1/10/2019 | Paulley, Irma, DDS |
| 44 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Distribute Med Equip/Supplies | 2/25/2019 | Hallett, Elizabeth, |
| 44 Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | M3 | Nurse - Distribute Med Equip/Supplies | 2/25/2019 | Hallett, Elizabeth, |
| 49 Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-E COMPLEX EYMAN | M3 | Nurse - Chart Note | 3/5/2019 | Cruse, Stephen, LPN |
| 49 Other specified hearing loss, left ear (H91.8X2) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Nurse - Chart Note | 3/5/2019 | Cruse, Stephen, LPN |
| 56 Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Dental - Routine Treatment | 1/18/2019 | Lewis, David, DDS |
| 61 Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Verbal/Telephone Orders | 10/2/2018 | Horner, Leslie, RN |
| 46 Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | MH - Treatment Plan Review | 2/28/2019 | Pedretti, Diane, LAC |
| 69 Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Provider - Recurring Lab Test | 2/26/2019 | Minev, Michael, MD |
| 53 Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-PV COMPLEX P-VILLE | M4 | Nurse - Chart Note | 3/5/2019 | Beacom, Valerie, RN |
| 55 Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-T COMPLEX TUCSON | M3 | MH - Sick Call - Scheduled | 3/7/2019 | Peacock, Gwen, LMSW |
| 55 Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-T COMPLEX TUCSON | M3 | MH - Sick Call - Scheduled | 3/7/2019 | Peacock, Gwen, LMSW |
| 69 Mixed conductive and sensorineural hearing loss, bilateral (H90.6) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Medication Renewal | 3/7/2019 | Thomas, Siji, NP |
| 27 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Dental - Call Back | 2/8/2019 | Lewis, David, DDS |
| 24 Mixed conductive and sensorineural hearing loss, bilateral (H90.6) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | MH - Individual Counseling | 1/24/2019 | Everett, Kristi, LCSW |
| 75 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Medication Renewal | 3/7/2019 | Negron, Jennifer, LPN |
| 59 Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-D COMPLEX DOUGLAS | M2 | Provider - Follow Up Care | 3/5/2019 | Stowater, Flora, |
| 52 Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M1 | Dental - Chart Review | 3/7/2019 | Cazares, Maria, |
| 52 Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-T COMPLEX TUCSON | M1 | Dental - Chart Review | 3/7/2019 | Cazares, Maria, |
| 32 Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-D COMPLEX DOUGLAS | M2 | Nurse - Distribute Med Equip/Supplies | 3/7/2019 | Richardson, Sarah, RN |
| 33 Unspecified hearing loss, right ear (H91.91) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Provider - Chronic Care | 2/20/2019 | Delp, Daniel, PA |
| 55 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-S COMPLEX SAFFORD | M2 | Nurse - PPD Administration | 12/21/2018 | Phelps, Shania, |
| 37 Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Provider - Chronic Care | 1/10/2019 | Larson, Gregory, NP |
| 72 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Medication Renewal | 2/11/2019 | Barnett, Barbara, RN |
| 56 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Treatment Call | 2/18/2019 | Mullaney, Ursula, LPN |
| 55 Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | MH - Sick Call - Scheduled | 2/12/2019 | Burton, Cheryl, |
| 63 Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Distribute Med Equip/Supplies | 3/8/2019 | Salas, Nubia, |
| 63 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Distribute Med Equip/Supplies | 3/8/2019 | Salas, Nubia, |
| 61 Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-PHX COMPLEX PHOENIX | M2 | Provider - Review | 3/4/2019 | Elijah, Itoro, MD |
| 29 Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Dental - Urgent Care | 3/7/2019 | Weekly, Carlos, |
| 54 Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Medication Renewal | 2/20/2019 | Negron, Jennifer, LPN |
| 41 Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M1 | MH - Treatment Plan Review | 2/12/2019 | Stein, Steven, LAC |
| 22 Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M1 | Nurse - Sick Call - Scheduled | 2/5/2019 | Hayes, Lea Ann, RN |
| 76 Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Provider - Medication Renewal | 2/1/2019 | Thomas, Siji, NP |
| 27 Transient ischemic deafness, left ear (H93.012) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - Distribute Med Equip/Supplies | 12/21/2018 | Sneckenburg, Karen, |
| 44 Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-L COMPLEX LEWIS | M1 | Nurse - Transfer - Receiving | 9/13/2018 | Kasimoff, Terry, LPN |
| 27 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-D COMPLEX DOUGLAS | M2 | Nurse - Sick Call - Scheduled | 1/30/2019 | Richardson, Sarah, RN |
| 48 Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Dental - Routine Treatment | 12/20/2018 | Lewis, David, DDS |
| 72 Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-E COMPLEX EYMAN | M4 | MH - Individual Counseling | 3/5/2019 | Abel, Erin, |
| 72 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-E COMPLEX EYMAN | M4 | MH - Individual Counseling | 3/5/2019 | Abel, Erin, |
| 57 Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-D COMPLEX DOUGLAS | M2 | Nurse - Distribute Med Equip/Supplies | 3/2/2019 | Quinones, Ella, |
| 52 Unspecified hearing loss, left ear (H91.92) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Medication Renewal | 3/8/2019 | Negron, Jennifer, LPN |
| 61 Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Medication Renewal | 3/8/2019 | Clegg, Cassandra, RN |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1564105

| Age | Diagnosis | Status | Complex | M | Encounter Type | Date | Provider |
|---|---|---|---|---|---|---|---|
| 47 | Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-L COMPLEX LEWIS | M1 | Nurse - Distribute Med Equip/Supplies | 2/8/2019 | Stewart, Amber, |
| 71 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/6/2019 | Hahn, Betty, NP |
| 71 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/6/2019 | Hahn, Betty, NP |
| 71 | Unspecified hearing loss, left ear (H91.92) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/6/2019 | Hahn, Betty, NP |
| 71 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/6/2019 | Hahn, Betty, NP |
| 82 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Nurse - Sick Call - Unscheduled | 3/2/2019 | Hunt, Jennie, RN |
| 33 | Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Provider - Sick Call - Scheduled | 3/5/2019 | Zevallos, Joseph, NP |
| 69 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-Y COMPLEX YUMA | M4 | Nurse - Verbal/Telephone Orders | 3/6/2019 | Quintero, SueAnn, RN |
| 69 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-Y COMPLEX YUMA | M4 | Nurse - Verbal/Telephone Orders | 3/6/2019 | Quintero, SueAnn, RN |
| 61 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | MH - Psychiatrist - Scheduled | 3/7/2019 | Bokhari, Syed, |
| 22 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-Y COMPLEX YUMA | M1 | Dental - Routine Treatment | 12/5/2018 | Lewis, David, DDS |
| 58 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-T COMPLEX TUCSON | M3 | MH - Sick Call - Scheduled | 3/8/2019 | Contreras, Samantha, |
| 37 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Medication Renewal | 2/13/2019 | Quintero, SueAnn, RN |
| 37 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Medication Renewal | 2/13/2019 | Quintero, SueAnn, RN |
| 30 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - Sick Call - Scheduled | 2/7/2019 | Sherwood, Daniel, RN |
| 69 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-T COMPLEX TUCSON | M5 | Nurse - Infirmary Assessment | 2/28/2019 | Redwine, Mary, RN |
| 43 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Provider - Chronic Care | 5/29/2018 | Smalley, Carrie, FNP-C |
| 43 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Provider - Chronic Care | 5/29/2018 | Smalley, Carrie, FNP-C |
| 61 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Dental - Call Back | 2/28/2019 | Baird, Robert, DDS |
| 59 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M2 | MH - Mid-Level - Scheduled | 3/7/2019 | Martin, Cindy, PMHNP |
| 28 | Other specified hearing loss, right ear (H91.8X1) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Chronic Care | 2/19/2019 | Racowsky, Bellene, PA-C |
| 29 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Provider - Chronic Care | 2/21/2019 | Bell, Natalie, NP |
| 47 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Medication Renewal | 3/8/2019 | Anderson, Donna, RN |
| 34 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-PV COMPLEX P-VILLE | M1 | Nurse - Medication Renewal | 3/7/2019 | Elder, Debra, LPN |
| 34 | Unspecified hearing loss, left ear (H91.92) | Assessed | ASPC-PV COMPLEX P-VILLE | M1 | Nurse - Medication Renewal | 3/7/2019 | Elder, Debra, LPN |
| 67 | Unspecified hearing loss, right ear (H91.91) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Dental - Prosthetics | 3/5/2019 | Tasvibi-Tanha, Payman, DDS |
| 53 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | MH - Provider - Medication Renewal | 2/20/2019 | Carr, Antonio, MD |
| 36 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Dental - Urgent Care | 3/7/2019 | Dinkha, Rommel, DDS |
| 75 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Provider - Medication Renewal | 2/28/2019 | Thomas, Siji, NP |
| 75 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Provider - Medication Renewal | 2/28/2019 | Thomas, Siji, NP |
| 35 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-PV COMPLEX P-VILLE | M3 | Provider - Review | 3/7/2019 | Rodriguez, Rumaldo, PA |
| 29 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Provider - Chronic Care | 1/25/2019 | Smalley, Carrie, FNP-C |
| 52 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Provider - Sick Call - Scheduled | 3/7/2019 | Ende, Lawrence, NP-C |
| 29 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Intake - Lab | 3/2/2019 | Anthony, Christine, LPN |
| 58 | Snsrnrl hear loss, uni, right ear, w unrestr hear cntra side (H90.41) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Nurse - Distribute Med Equip/Supplies | 3/6/2019 | Marquez, Ariel, |
| 75 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M2 | MH - Provider - Medication Renewal | 2/22/2019 | Sulley, Adiza, |
| 60 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Chart Review | 3/5/2019 | McDuffee, Mary, RN |
| 26 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Provider - Medication Renewal | 3/5/2019 | Thomas, Siji, NP |
| 59 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - Sick Call - Scheduled | 2/19/2019 | Kabongo, Claudine, RN |
| 62 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | M5 | Nurse - Medication Renewal | 3/8/2019 | Garcia, Liza, LPN |
| 78 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Nurse - Verbal/Telephone Orders | 2/27/2019 | Negron, Jennifer, LPN |
| 45 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Dental - Routine Treatment | 2/28/2019 | Dankemeyer, Paul, DDS |
| 47 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-PV COMPLEX P-VILLE | M3 | Nurse - Chart Review | 3/1/2019 | McAdams, Amy, RN |
| 27 | Mixed conductive and sensorineural hearing loss, bilateral (H90.6) | Assessed | ASPC-T COMPLEX TUCSON | M1 | MH - Individual Counseling | 11/15/2018 | Lichtman, Helene, LPC |
| 34 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Provider - Medication Renewal | 3/7/2019 | Gay, Maureen, |
| 53 | Mixed conductive and sensorineural hearing loss, unspecified (H90.8) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Treatment Call | 2/27/2019 | Petrzelka, Julie, RN |
| 71 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-Y COMPLEX YUMA | M4 | Provider - Review | 3/7/2019 | Jordan, Elijah, MD |
| 61 | Unspecified sensorineural hearing loss (H90.5) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Provider - Follow Up Care | 2/18/2019 | Thude, Andreas, FNP |
| 67 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Medication Renewal | 3/5/2019 | Dadasiewicz, Melissa, LPN |
| 24 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-Y COMPLEX YUMA | UN | Nurse - Sick Call - Scheduled | 1/31/2019 | Brown, Jaci, RN |
| 24 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-Y COMPLEX YUMA | UN | Nurse - Sick Call - Scheduled | 1/31/2019 | Brown, Jaci, RN |
| 60 | Deaf nonspeaking, not elsewhere classified (H91.3) | Assessed | ASPC-E COMPLEX EYMAN | M4 | MH - Treatment Plan Review | 3/5/2019 | Tenrreiro, Ruth, |
| 60 | Mix cndct/snrl hear loss,uni,l ear,w unrestr hear cntra side (H90.72) | Assessed | ASPC-E COMPLEX EYMAN | M1 | MH - 10 Minute Watch Contact | 3/8/2019 | Abel, Erin, |
| 58 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Nurse - Sick Call - Scheduled | 3/5/2019 | Busby, Jacklyn, RN |
| 60 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-F COMPLEX FLORENCE | M2 | Nurse - Medication Renewal | 3/7/2019 | Raney, Phyllis, RN |
| 53 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Provider - Sick Call - Scheduled | 2/21/2019 | Warren, Alice, |
| 51 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-D COMPLEX DOUGLAS | M2 | Dental - Chart Review | 3/1/2019 | Enriquez, Celeste, |
| 36 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Transfer - Receiving | 3/3/2019 | Mullaney, Ursula, LPN |
| 71 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Provider - Follow Up Care | 3/7/2019 | Burns, Joanna, NP |
| 97 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Nurse - Infirmary Rounds | 3/8/2019 | Daemmer, Michele, RN |
| 60 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-Y COMPLEX YUMA | M2 | Provider - Chronic Care | 3/7/2019 | Delp, Daniel, PA |
| 49 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Distribute Med Equip/Supplies | 2/8/2019 | Backous, Mary, LPN |
| 49 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Distribute Med Equip/Supplies | 2/8/2019 | Backous, Mary, LPN |
| 73 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M3 | Provider - Chronic Care | 3/1/2019 | Weigel, Natalya, |
| 66 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-L COMPLEX LEWIS | M2 | Nurse - Transfer - Receiving | 3/8/2019 | Kasimoff, Terry, LPN |
| 56 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | MH - Psychiatric Nurse - Scheduled | 3/7/2019 | Dettmer, Larissa, RN |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1564106



| | | | | | | |
|---|---|---|---|---|---|---|
| 41 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Sick Call - Scheduled | 3/8/2019 Bienn, Garion, |
| 41 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Nurse - Sick Call - Scheduled | 3/8/2019 Bienn, Garion, |
| 46 | Other specified hearing loss, left ear (H91.8X2) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Dental - Routine Treatment | 2/19/2019 Paulley, Irma, DDS |
| 69 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-E COMPLEX EYMAN | M4 | Provider - Chronic Care | 3/2/2019 Racowsky, Bellene, PA-C |
| 33 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-T COMPLEX TUCSON | M4 | Dental - Call Back | 3/8/2019 Rihanek, Carolyn, DDS |
| 33 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-T COMPLEX TUCSON | M4 | Dental - Call Back | 3/8/2019 Rihanek, Carolyn, DDS |
| 42 | Other specified hearing loss, unspecified ear (H91.8X9) | Assessed | ASPC-E COMPLEX EYMAN | M1 | Nurse - Immunizations | 12/6/2018 Goff, Tress, RN |
| 52 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Provider - Chronic Care | 2/4/2019 Abdukkaliq, Dahab, NP |
| 33 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-Y COMPLEX YUMA | M2 | MH - 30 Minute Watch Contact | 3/8/2019 Martinez, Elga, |
| 21 | Condctv hear loss, uni, left ear, w unrestr hear cntra side (H90.12) | Assessed | ASPC-T COMPLEX TUCSON | M2 | Provider - Medication Renewal | 3/8/2019 Awaal, Hamda, |
| 38 | Other specified hearing loss, left ear (H91.8X2) | Assessed | ASPC-E COMPLEX EYMAN | M1 | Nurse - PPD Administration | 7/18/2018 Schaffer, Nicole, RN |
| 72 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/3/2019 Hahn, Betty, NP |
| 36 | Deaf nonspeaking, not elsewhere classified (H91.3) | Patient Reported | ASPC-F COMPLEX FLORENCE | M2 | Nurse - PPD Administration | 1/27/2019 Pontious, Elizabeth, RN |
| 57 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M1 | MH - Individual Counseling | 2/20/2019 Stein, Steven, LAC |
| 42 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-E COMPLEX EYMAN | M2 | Nurse - PPD Administration | 2/10/2018 Flake, Bridget, RN |
| 36 | Condctv hear loss, uni, right ear, w unrestr hear cntra side (H90.11) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Medication Renewal | 2/21/2019 Delp, Daniel, PA |
| 36 | Unspecified hearing loss, right ear (H91.91) | Assessed | ASPC-Y COMPLEX YUMA | M3 | Nurse - Medication Renewal | 2/21/2019 Delp, Daniel, PA |
| 26 | Unspecified hearing loss, bilateral (H91.93) | Assessed | ASPC-PV COMPLEX P-VILLE | M1 | Provider - Follow Up Care | 3/6/2019 Marshall, Jill, FNP-C |
| 65 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Nurse - Medication Renewal | 3/6/2019 Owiti, Maurice, RN |
| 53 | Other specified hearing loss, bilateral (H91.8X3) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/6/2019 Abdukkaliq, Dahab, NP |
| 53 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-F COMPLEX FLORENCE | M4 | Provider - Medication Renewal | 3/6/2019 Abdukkaliq, Dahab, NP |
| 45 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Sick Call - Scheduled | 1/13/2019 Cordova, Viola, RN |
| 34 | Conductive hearing loss, unspecified (H90.2) | Assessed | ASPC-T COMPLEX TUCSON | M3 | Nurse - Distribute Med Equip/Supplies | 2/6/2019 Salas, Nubia, |
| 83 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Nurse - Medication Renewal | 2/11/2019 Harrison, Juanita, LPN |
| 83 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Nurse - Medication Renewal | 2/11/2019 Harrison, Juanita, LPN |
| 60 | Unspecified hearing loss, right ear (H91.91) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Provider - Sick Call - Scheduled | 3/1/2019 Johnson, Chris, D.O. |
| 65 | Unspecified hearing loss, right ear (H91.91) | Assessed | ASPC-L COMPLEX LEWIS | M3 | Nurse - Chart Note | 3/1/2019 Loya, Vola, |
| 50 | Sensorineural hearing loss, bilateral (H90.3) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Sick Call - Scheduled | 2/24/2019 Garcia, Melissa, RN |
| 50 | Unspecified hearing loss, unspecified ear (H91.90) | Assessed | ASPC-PV COMPLEX P-VILLE | M2 | Nurse - Sick Call - Scheduled | 2/24/2019 Garcia, Melissa, RN |
| 55 | Other specified hearing loss, left ear (H91.8X2) | Assessed | ASPC-F COMPLEX FLORENCE | M3 | Provider - Medication Renewal | 3/7/2019 Abdukkaliq, Dahab, NP |
| 46 | Conductive hearing loss, bilateral (H90.0) | Assessed | ASPC-E COMPLEX EYMAN | M3 | Nurse - Distribute Med Equip/Supplies | 2/22/2019 Sestiaga, Norma, |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1564107