1 | Jared Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
2 | **ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
3 | Phoenix, Arizona 85013
Telephone: (602) 650-1854
4 | Email: jkeenan@acluaz.org
           carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **SUPPLEMENTAL DECLARATION OF RITA K. LOMIO IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE PARAGRAPH 14 OF THE STIPULATION** |

LEGAL149342040.1

1   I, Rita K. Lomio, declare:

2   1.   I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

3   2.   On Monday, August 17, 2020, I sent an email to Rachel Love and Tim Bojanowski, counsel for Defendants. I asked them to identify the class members who were referenced in footnote 2, page 7, of their Response to Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation (Doc. 3673), as well as "all documentation stating that they are proficient in lip reading and prefer that method of communication." A true and correct copy of my email is attached hereto as **Exhibit 1**.

4   3.   As of August 23, 2020, I have not received a response to my August 17, 2020 email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 23, 2020, in Palo Alto, California.

                                          s/ Rita K. Lomio
                                          Rita K. Lomio

LEGAL149342040.1

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Eunice Hyunhye Cho (Wash. 53711)* |
| | | Maria V. Morris (Cal. 223903)* |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone: (202) 548-6603 |
| | | Email:  dfathi@aclu.org |
| 6 | |            afettig@aclu.org |
| | |            echo@aclu.org |
| 7 | |            mmorris@aclu.org |
| 8 | | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 9 | | **Admitted *pro hac vice* |
| 10 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 11 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 12 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 13 | | Telephone: (602) 351-8000 |
| | | Email:  dbarr@perkinscoie.com |
| 14 | |            agerlicher@perkinscoie.com |
| | |            jhgray@perkinscoie.com |
| 15 | | |
| 16 | | Jared G. Keenan (Bar No. 027068) |
| | | Casey Arellano (Bar No. 031242) |
| 17 | | **ACLU FOUNDATION OF ARIZONA** |
| 18 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 19 | | Telephone: (602) 650-1854 |
| | | Email:  jkeenan@acluaz.org |
| 20 | |            carellano@acluaz.org |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         ckendrick@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2020 I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

    s/ D. Freouf

LEGAL149342040.1

-4-