# Exhibit 1

**From:**               Rita Lomio <rlomio@prisonlaw.com> on behalf of Rita Lomio
**Sent:**               Monday, August 17, 2020 8:35 AM
**To:**                 Rachel Love; Tim Bojanowski
**Cc:**                 Corene Kendrick; Maya Abela; David Fathi
**Subject:**            Parsons | Deaf Class Members at ASPC-Perryville

Hi Rachel and Tim,

In the Response to Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation (Doc. 3673), Defendants state (at page 7 n.2): "At ASPC-Perryville, for example, there are currently seven deaf inmates. All of these inmates have indicated that they are proficient at lip reading and choose this method of communication instead of video interpretation services."

The declaration from the FHA that is cited for this statement does not identify the class members. Would you please send us their names and ADC numbers, as well as all documentation stating that they are proficient in lip reading and prefer that method of communication?

The "All Deaf and Hard of Hearing List" that Defendants produced in March 2019 in response to RFP 99 does not include anyone at ASPC-Perryville.

Thank you,
Rita

Rita K. Lomio
Staff Attorney
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710
(510) 280-2632
Pronouns: she/her