# Exhibit 1

# Amy June Rowley
Professor, American Sign Language
Department of Modern Languages and Literatures
California State University East Bay
25800 Carlos Bee Boulevard
Hayward, CA 94542-3038

---

e-mail: amyjune.rowley@csueastbay.edu       VP:  (510) 314-8153

## Curriculum Vitae

**Education**   **Ph.D. in Urban Education, Focus in Second Language Acquisition,** University of Wisconsin-Milwaukee, Milwaukee, WI. 2014. Dissertation: American Sign Language Advanced Studies Programs: Implementation Procedures and Identifying Empowering Practices.

**American Sign Language Specialist Certification**, Western Maryland College, Westminster, MD.  2001

**M.S. in Deaf Education**, Western Maryland College, Westminster, MD.  2000

**B.A. in Biology**, Gallaudet University, Washington, DC. 1996

**Proficiency Level**
   **ASLPI- 5**   American Sign Language Proficiency Interview (ASLPI), top score earned (equivalent to Native speaker of the language).

**Positions held**

2018 to present, California State University East Bay
**Professor**, Department of Modern Languages and Literatures.
- Coordinate Sign Language Minor
- Schedule and staff ASL courses each semester (approximately 10-12 courses per year)
- Advise minors and students in ASL courses
- Faculty Sponsor, Student Advocates for Deaf Awareness
- Modify curricula and course structure for existing courses

2018 to present, Linguistic Consulting Services collaboration on assessments and expert witness work with Dr. Judy Shepard-Kegl

2016 to present, Berkeley City College
**Adjunct Professor**, ASL Department

2015 to present, **Educational Consultant** for California Department of Rehabilitation- tutor Deaf graduate students in CBEST, CSET, Deaf Education, Counseling and Teaching ASL programs.

2011 to 2018, California State University East Bay
**Associate Professor**, Department of Modern Languages and Literatures.

2015 to present, American Sign Language Teachers Association Chairperson, Evaluation System
- Revamp ASLTA Evaluation System
- Coordinate Evaluation assessment development
- Coordinate trainings for evaluators
- Coordinate assessments for candidates

2014 Spring, California State University East Bay
**Interim Department Chair**, Department of Modern Languages and Literatures.

2007 to 2011.  California State University East Bay.
**Assistant Professor,** Department of Modern Languages and Literatures.

1999 to 2007.  University of Wisconsin - Milwaukee.
**Associate Clinical Professor and Coordinator, American Sign Language Programs,** Department of Exceptional Education.
- Oversee operations for five ASL related Programs-
    - Undergraduate Major in ASL Studies
    - Undergraduate Minor in ASL Studies
    - Undergraduate Major in Teaching ASL as a Foreign Language
    - Undergraduate Minor in Teaching ASL as a Foreign Language
    - Post-Baccalaureate Certification in Teaching ASL as a Foreign Language

2

- Granted indefinite appointment (Teaching Academic Staff equivalent of tenure) Spring 2005
- Schedule and staff ASL related courses (average of 25 courses per semester)
- Develop new curricula and modify existing curricula for ASL Programs

1997 to 2000 Mount Mary College, Milwaukee, Wisconsin
**American Sign Language Instructor,** Department of Foreign Languages.
- Taught each semester, either ASL 1 or ASL 2.

1996- present **Expert Witness** work and consulting in cases involving educational placement and ADA related issues in education and law enforcement

**Select Innovations at other institutions and in the Community**
- Developed distance education ASL Course.
  - Made CD of signed vocabulary covered in ASL 1 and these learning objects were uploaded onto a server and accessible for all students via Internet access.
  - The course was taught using a variety of Distance Learning techniques including chat features, videoconferencing and Blackboard web services.
- Developed new programs of studies for ASL related fields.
  - Added ASL Studies Major
  - Added ASL Studies Minor
  - Added Teaching ASL as a Foreign Language Programs
    - As a post baccalaureate certification
    - As an undergraduate major
    - As an undergraduate minor
  - Added new skills courses: Classifiers, and Fingerspelling and Numbers
  - Added new knowledge courses: ASL Literature, Deaf History and Resources and Instruction in ASL
  - Helped recruit faculty for ASL Studies Program
- Core member of University of Wisconsin Milwaukee Racioethnicity Workgroup Committee.
  - Conducted research and survey of UWM Internal climate for faculty.
  - Reported findings and made recommendations to Chancellor of University and Board of Regents.

3

- Revamped ASL Weekend Program.
    - Worked with WisRID and Wisconsin ASLTA to offer annual immersion weekend experience for ASL language learners.
    - Added Deaf Mentor program for ASL students with beginning skill levels.
    - Built strong repertoire of presentations and workshops for more advanced signers.
    - Added more workshops for deaf people to create more incentive for deaf people to participate and create more immersion opportunities for ASL learners.

## Courses taught at CSUEB

Spring 2020
    On Sabbatical Leave
Fall 2019
    MLL 131-01 *ASL 1*
    MLL 211-02 *Multicultural Cinema*
    MLL 231-01 *Intermediate ASL 1*
    MLL 431-01 *ASL Linguistics*
Spring 2019
    MLL 232-01 *ASL 4*
    MLL 479-01 *Issues in Modern World Languages and Literature*
    MLL 211-01 *Multicultural Cinema*
    MLL 211-02 *Multicultural Cinema*
Fall 2018
    MLL 131-01 *ASL 1*
    MLL 131-03 *ASL 1*
    MLL 231-01 *Intermediate ASL 1*
Spring 2018
    MLL 1901-01 *Beginning Sign Language 1*
    MLL 1903-01 *Beginning Sign Language 3*
    MLL 1903-02 *Beginning Sign Language 3*
Winter 2018
    MLL 1005-01 *Viewing Diversity*
    MLL 1902-05 *Beginning Sign Language 2*
    MLL 2903-01 *Intermediate Sign Language 3*
Fall 2017
    MLL 1901-01 *Beginning Sign Language 1*
    MLL 1901-02 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*

   Spring 2017
       MLL 1901-01 *Beginning Sign Language 1*
       MLL 1903-01 *Beginning Sign Language 3*
       MLL 2903-01 *Intermediate Sign Language 3*
   Winter 2017
       MLL 1005-01 *Viewing Diversity*
       MLL 1902-02 *Beginning Sign Language 2*
       MLL 3903-01 *Special Topics: American Sign Language*
   Fall 2016
       MLL 1901-03 *Beginning Sign Language 1*
       MLL 2901-01 *Intermediate Sign Language 1*
       MLL 3902-01 *Deaf Culture*
   Spring 2016
       MLL 1903-01 *Beginning Sign Language 3*
       MLL 1903-03 *Beginning Sign Language 3*
       MLL 2903-01 *Intermediate Sign Language 3*
   Winter 2016
       MLL 1902-04 *Beginning Sign Language 2*
       MLL 2902-01 *Intermediate Sign Language 1*
       One course release for quarter to semester conversion duties.
   Fall 2015
       MLL 1901-04 *Beginning Sign Language 1*
       MLL 1901-05 *Beginning Sign Language 1*
       MLL 2901-01 *Intermediate Sign Language*
Spring 2015
       MLL 1903-01 *Beginning Sign Language 3*
       MLL 1903-02 *Beginning Sign Language 3*
       MLL 2903-01 *Intermediate Sign Language 3*
Winter 2015
       MLL 1005-01 *Viewing Diversity*
       MLL 2902-01 *Intermediate Sign Language 2*
       MLL 3903-01 *Special Topics: American Sign Language*
Fall 2014
       MLL 1901-05 *Beginning Sign Language 1*
       MLL 2901-01 *Intermediate Sign Language 1*
       MLL 3902-01 *Deaf Culture*
Spring 2014
       Two Course Release for Department Chair duties
       MLL 2903-01 *Intermediate Sign Language 3*
Winter 2014
       MLL 1005-01 *Viewing Diversity*
       MLL 1902-01 *Beginning Sign Language 2*
       MLL 2902-01 *Intermediate Sign Language 2*

Fall 2013
    MLL 1901-02 *Beginning Sign Language 1*
    MLL 1901-03 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*
Spring 2013
    MLL 1901-03 *Beginning Sign Language 3*
    MLL 2903-01 *Intermediate Sign Language 3*
    MLL 3903-01 *Special Topics: American Sign Language*
Winter 2013
    MLL 1005-01 *Viewing Diversity*
    MLL 1903-01 *Beginning Sign Language 3*
    MLL 2902-01 *Intermediate Sign Language 2*
Fall 2012
    MLL 1901-01 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*
    MLL 3902-01 *Deaf Culture*
Spring  2012
    On Sabbatical Leave
Winter  2012
    MLL 1005-01 *Viewing Diversity*
    MLL 1903-01 *Beginning Sign Language 3*
    MLL 1903-02 *Beginning Sign Language 3*
Fall 2011
    MLL 1901-01 *Beginning Sign Language 1*
    MLL 1901-02 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*
Spring 2011
    MLL 1903-01 *Beginning Sign Language 3*
    MLL 1903-02 *Beginning Sign Language 3*
    MLL 2903-01 *Intermediate Sign Language 3*
Winter 2011
    MLL 1902-01 *Beginning Sign Language 2*
    MLL 2902-01 *Intermediate Sign Language 2*
    MLL 3903-01 *Special Topics: American Sign Language*
Fall 2010
    MLL 1901-01 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*
    MLL 3902-01 *Deaf Culture*
Spring 2010
    MLL 1903-01 *Beginning Sign Language 3*
    MLL 1903-02 *Beginning Sign Language 3*
    MLL 2903-01 *Intermediate Sign Language 3*

Winter 2010
    MLL 1902-01 *Beginning Sign Language 2*
    MLL 1902-02 *Beginning Sign Language 2*
    MLL 2902-01 *Intermediate Sign Language 2*
*Fall 2009*
    MLL 1901-01 *Beginning Sign Language 1*
    MLL 1901-02 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*
Spring 2009
    MLL 1903-01 *Beginning Sign Language 3*
    MLL 1903-02 *Beginning Sign Language 3*
    MLL 2903-01 *Intermediate Sign Language 3*
Winter 2009
    MLL 1902-03 *Beginning Sign Language 2*
    MLL 2902-01 *Intermediate Sign Language 2*
    MLL 3903-01 *Special Topics: Sign Language*
Fall 2008
    MLL 1901-01 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*
    MLL 3902-01 *Deaf Culture*
Spring 2008
    MLL 1903-01 *Beginning Sign Language 3*
    MLL 2903-01 *Intermediate Sign Language 3*
Winter 2008
    MLL 1902-01 *Beginning Sign Language 2*
    MLL 1902-02 *Beginning Sign Language 2*
    MLL 2902-01 *Intermediate Sign Language 2*
Fall 2007
    MLL 1901-02 *Beginning Sign Language 1*
    MLL 1901-03 *Beginning Sign Language 1*
    MLL 2901-01 *Intermediate Sign Language 1*

**Publications**

Rowley, A.J. (2018/19). Address: Special Education Law: Past Present and Future. New York Law School Law Review. 63*(1).* 21-27.

Rowley, A. J. (2018). Educational Interpreting from Deaf Eyes. In T.K. Holcomb, D. Smith (Eds.), *Deaf eyes on interpreting* (174-186). Washington, DC: GUPress.

Woods, D. R., Taylor, S.,  Austin, D., Beck, J., Chung, K., Couch, S., Davis, E.M., Fauth, B., Geron, K., Ireland, D. K., Kupers, E., Massey, M.,

7

Rowley, A.J., Stein, J., & Weiss, J. (August 2015).  Building an Inclusive, Accessible and Responsive Campus at California State University East Bay, 2010-2015.  Perspectives on Communication Disorders and Sciences in Culturally and Linguistically Diverse Populations. 22. 44-63.

Rowley, A.J., Kovacs-Houlihan, M. (2014) Bridging the Gap Between ASL and Interpreter Education Programs.  In D. Hunt, S. Hafer (Eds.), Proceedings of Conference of Interpreter Trainers: 2014 CIT Conference- Our roots: The essence of our future (218-229).

Rowley, A. J. (2014)  American Sign Language Advanced Studies Programs: Implementation Procedures and Identifying Empowering Practices (Doctoral dissertation).  Retrieved from http://dc.uwm.edu/etd/641

Rowley, A. J., Eckert, R.C. (2014) Commentary- Audism: A theory and practice of audiocentric privilege. Deaf Studies Digital Journal , 4. Retrieved from http://dsdj.gallaudet.edu

Eckert, R.C., & Rowley, A. J., (2013). Audism: A theory and practice of audiocentric privilege. Humanity and Society.  37(2) 101-130.

Rowley, A. J. (2010). Three decades of the Rowley case: A personal perspective.  Proceedings of 27th Annual Pacific Northwest Institute on Special Education and the Law (pp.93-107).  Yakima: Washington.

Rowley, A. J. (2008). Rowley revisited: A personal narrative. *Journal of Law & Education, 37,* 3, 311-328.

Rowley, A. J., Multra-Kraft, C. & Dyce, M. (2008).  Addressing the standards: Forming meaningful relationships between interpreters, interpreting students and deaf people. In L. Roberson &  S. Shaw (Eds.), *Proceedings of Conference of Interpreter Trainers : Vol . 17.  Putting the pieces together: A collaborative approach to educational excellence* (pp. 71-89).  San Juan: PR.

Rowley, A. J. (2008). 25 years later: Board of education vs. Rowley- a look at the past and looking towards the future. In M. Kolvitz (Ed.) Proceedings of PEPNet 2008 Conference. Knoxville: University of Tennessee Press.

**Translations**

National Catholic Office for the Deaf- Religious Sign Project
    Prayers translated for the Catholic Mass:
- Our Father (Pater Noster)

- Lamb of God (Agnus Dei)
- Holy, Holy, Holy (Sanctus)
- Lord, I'm not worthy (Domine non sum dignus)
- Nicene Creed (Credo)
- Gloria
- Confiteor
- Suscipiat
- Kyrie
- Basic Dialogue
- Preface Dialogue
- Dismissal Rite
- Opening to Scripture Readings
- Memorial Acclamations

**Presentations at workshops, seminars and institutes**

March 2019 **Keynote Presenter** "After Endrew F- Observations by Amy June Rowley 30 Years After Her Own Case Made History in the United States Supreme Court". Special Education Law and Leadership Conference, Minneapolis, Minnesota.

June 2018 **Plenary Presenter** "Mainstreamed and Special Education Litigation". American Society for Deaf Children Conference, Salt Lake City, Utah.

March 2018 **Keynote Presenter** "The Rowley decision after Endrew". New York Law School's Symposium for Special Education: Special Education Law: Past, Present and Future. New York City, New York.

June 2017 **Forum Presenter** "American Sign Language Teachers Association Evaluation System". ASLTA Conference, Salt Lake City, Utah.

March 2017 **Workshop Presenter** "Educators as Advocates and Allies". Special Education Law and Leadership Conference, Minneapolis, Minnesota.

March 2017 **Keynote Presenter** "Rowley Revisited: Denial of Human Rights". Special Education Law and Leadership Conference, Minneapolis, Minnesota.

January 2017 **Workshop Presenter** "Educators as Advocates and Allies". ECET2 California Deaf education, Los Angeles, California.

October 2016 **Workshop Presenter** "Difficult Decisions While Working Towards Social Justice for Deaf and Interpreting Communities". Conference of Interpreter Trainers, Lexington, Kentucky.

June 2016 **Workshop Presenter** "A Look at Empowering Traits of an ASL

Curriculum". University of Southern Maine, Portland, Maine.
May 2016 **Workshop Presenter** "Gatekeeping between ASL Students and the Deaf Community". Bay Area ASLTA, Hayward, California.
April 2016 **Panelist in Arts and Humanities**, Northern California Forum for Diversity in Graduate Education.
June 2015 **Keynote Presenter** "Gatekeeping between ASL Students and the Deaf Community". American Sign Language Teachers Association Conference, Minneapolis, Minnesota.
October 2014 **Workshop Presenter** "Bridging the Gap Between ASL and Interpreter Education Programs". Conference of Interpreter Trainers, Portland, Oregon.
March 2014 **Workshop Presenter** "Looking at 30 Years of Rowley: Implications for the Future". Daviess County Public Schools, Owensboro, Kentucky.
March 2014 **Workshop Presenter** "Deaf Education: A Ton of Choices". Daviess County Public Schools, Owensboro, Kentucky.
July 2013 **Workshop Presenter** "Prospecting the Meaning of ASL Education". ASLTA 7th Biennial National Professional Development Conference. Charlotte, North Carolina.
January 2013 **Workshop Presenter** "Religious Sign Language Project Presentation". National Catholic Office for the Deaf Conference.
Phoenix, Arizona.
July 2011 **Keynote Presenter** "Rowley and growing up as a Poster Child". Midwest Conference on Deaf Education. Sioux Falls, South Dakota.
June 2011 **Workshop Presenter** "Audism: A Theory and Practice of Audiocentric Privilege". American Sign Language Teachers Association Conference. Seattle, Washington.
June 2011 **Keynote Presenter** "A Deaf Child Growing Up". Wyoming Department of Early Intervention Conference. Cheyenne, Wyoming.
October 2010 **Ralph E. Julnes Memorial Keynote Presenter** "Three Decades of the Rowley Case: A Personal Perspective". 27th Annual Pacific Northwest Institute on Special Education and the Law. Yakima, Washington
September 2009 **Workshop Presenter** "Translating Catholic Readings and Prayers into American Sign Language". Minicongress 2009- Diocese of Orange. Orange, CA.
March 2009 **Keynote Presenter** "Looking Up at the Big Picture: What Children Can Tell Us". 2009 Special Education Law and Mediation National Training Conference, Los Angeles, CA.
November 2008 **Keynote Presente**r "A Deaf Child's Personal Perspective". Nebraska/Kansas Regional Special Education Law Conference, Omaha, NE.

October 2008 **Workshop Presenter** "Addressing the Standards: Forming Meaningful Relationships between Interpreters, Interpreting Students and Deaf People". Conference of Interpreter Trainers, San Juan, Puerto Rico.

September 2008 **Keynote Presenter** "Looking Back at a Historical Event: Setting an Agenda for the Future". 2008 Alaska State Special Education Directors' Conference, Anchorage, AK.

August 2008 **Keynote Presenter** "Using What We Know From Historical Events to Pave the Way for the Future". Utah Institute on Special Education Law and Practice, Ogden, UT.

June 2008 **Keynote Presenter** "Free and Appropriate Public Education under IDEA- Policy and Legal Issues". 9Th Annual Utah Education Law & Policy Institute, Provo, UT.

June 2008 **Keynote Presenter** "A Journey Through Different Educational Environments". 15th Annual Intermountain Special Study Institute on Deafness, Pocatello, ID.

April 2008 **Plenary Presenter** "25 Years Later: Board of Education vs. Rowley: A Look at the Past and Looking Towards the Future". PEPNet 2008, Columbus, OH.

March 2008 **Workshop Presenter** "A Journey Through Different Educational Environments". The 2008 Cal-Ed Conference, San Ramon, CA.

January 2008 **Post-Conference Presenter** "The Lord's Prayer As You've Never Seen It Before". Co-presented with National Catholic Office for the Deaf Pastoral Week Conference, New Orleans, LA.

November 2007 **Keynote Presenter** "Amy June Rowley", Education Law Association, San Diego, CA

October 2007 **Keynote Presenter** "Making Education Work for Every Child" National Association of State Directors of Special Education Phoenix, AZ

June 2007 **Workshop Presenter** "Practical Approaches to Preventing problem Behaviors: Communication and Sensory Integration Strategies" Waukesha, WI.

January 2006 **Workshop Presenter** "Working with the Deaf Mentor Rubrics" for Deaf Mentor Project, Brookfield, WI.

January 2005 **Workshop Presenter** "Linguistics of ASL for Deaf Mentors" and "ASL Development in Young Deaf Children" for Deaf Mentor Project, Wisconsin Dells, WI.

February 2005 **Workshop Series** Co-presented with Gina Kuemmel "ASL and the Scripture Series" Milwaukee, WI.

March 2005 **Workshop Presenter** "ASL Development and Deaf Mentor Rubrics" for Deaf Mentor Project, Jefferson, WI.

May 2005 **Workshop Presenter** "Linguistics of American Sign Language and how to apply to ASL Teaching", Minnesota ASLTA, St. Paul, MN.

November 2005 **Conference Presenter** "Professional Development Activities for Our State Chapter: Our Annual ASL Weekend Event" American Sign Language Teachers Association, Las Vegas, NV.

August 2004 **Workshop Presenter** "ASL Countdown" for Illinois RID Chicago, IL.

August 2004 **Workshop Presenter** "ASL Countdown" for Illinois RID Jacksonville, IL.

April 2004 **Workshop Series** Part 4 Co-presented with Gina Kuemmel "Liturgy and ASL in Mass" Milwaukee, WI.

February 2004 **Workshop Series** Part 3 Co-presented with Gina Kuemmel "Liturgy and ASL in Mass" Milwaukee, WI.

November 2003 **Workshop Series** Part 2 Co-presented with Gina Kuemmel "Liturgy and ASL in Mass" Milwaukee, WI.

October 2003 **Workshop Presenter** "Semantics of ASL".  Wisconsin ASLTA. Madison, WI.

September 2003 **Workgroup Facilitator** "Domestic Violence and Abuse" Wisconsin Center for Independent Living Grant. Milwaukee, WI.

August 2003 **Workshop Presenter** "ASL Classifiers:  How to Incorporate into Everyday Interpreting" Professional Interpreting Enterprise Workshop. Greenfield, WI.

May 2003 **Workshop Series** Part 1 Co-presented with Gina Kuemmel "Liturgy and ASL in Mass" Milwaukee, WI.

April 2003 **Conference Presenter** "The Right Stuff: How to Deal With Common and Uncommon Problems of New ASL Students". National American Sign Language Teachers Association Conference.  Indianapolis, IN.

March 2003 **Workshop Presenter** "What Works and Doesn't Work in Interpreting Situations from a Deaf Perspective" Minnesota Registry of Interpreters for the Deaf Mid-Year Conference. Minnetonka, MN

October 2002 **Conference Presenter** "The Difference Between Teaching Credit and Non-Credit ASL Courses".  Wisconsin Registry of Interpreters for the Deaf Conference. Fontana, WI.

July 2002 **Conference Presenter** "Teaching ASL at a Distance".  National Association of the Deaf Conference/American Sign Language Teachers Conference.  Washington, DC.

May 2002 **Conference Presenter** "American Sign Language Linguistics". ASL Weekend.  Rosholt, WI.

April 2002 **Panelist**. "Deaf Students in Charter Education Systems" Wisconsin Charter Schools Association. Appleton, WI.

November 2001 **Conference Presenter** "New Ideas and Approaches in American Sign Language Teaching".  Wisconsin Association of Foreign Language Teachers Conference.  Appleton, WI.

October 2001 **Guest Presenter** "Involving the Deaf Community in Distance Teaching and Learning".  Governor's Wisconsin Education and Technology Conference. Green Bay, WI.

October 2001 **Keynote Presenter** "A Case About Amy". Iowa Special Education Law Conference.    Ames, Iowa.

September 2001 **Deaf Awareness Week Presenter** "Unique Lives" - UW-Milwaukee. Milwaukee, WI.

July 2001 **Keynote Presenter** "Children in Special Education Litigation". 8th Annual Special Education Institute. Wausau, WI.

May 2001 **Conference Presenter** "Classifiers- A Vital Component of American Sign Language".  ASL Weekend. Rosholt, WI.

May 2001 **Conference Presenter** "Gestures".  ASL Weekend. Rosholt, WI.

January 2001 **Panelist**. Sound and Fury Preview.  Center for the Deaf and Hard of Hearing. Brookfield, WI

October 2000 **Conference Presenter** "American Sign Language Linguistics" Wisconsin Network– Promoting Quality Education for Deaf and Hard of Hearing Children Fall Conference. Chippewa Falls, WI.

September 2000 **Guest Homilist** "An Introduction to Deaf Culture" Deaf Awareness Week, Inc. St. Peter's Episcopal Church. Mountain Lakes, New Jersey.

August 2000 **Keynote Presenter**. "Everything You Wanted to Know About Rowley v. Hendrick Hudson School District and More…" Michigan Association of Administrators in Special Education. Thompsonville, MI.

October 1999 **Keynote Presenter** "My Personal Experience as a Child in Special Education Litigation" Fall Conference of Special Education Directors.  Columbia, SC.

April 1999 **Keynote Presenter** "An Educational Journey" 20th National Institute of Legal Issues on Educating Individuals with Disabilities. San Francisco, CA.

June 1998 **Keynote Presenter** "Children in Special Education Litigation" The Institute on Legal and Educational Issues. Madison, WI.

May 1998 **Panelist**.  "Parent Forum: A Parent's Perspective on Quality Education" Tampa, FL.

September 1996 **Workshop Presenter** "What is Deaf Culture and How to Work With It?" Wisconsin Association on Alcohol, Drug and Disability Convention. Milwaukee, WI.

**Awards, Honors and Certificates**

| | | |
|---|---|---|
| 2016 | **Provost's Award for Outstanding Contributor to Community Engagement,** California State University East Bay- Week of Scholarship. |
| 2015 | **Alan R. "ALB" Barwiolek Distinguished Service Award,** American Sign Language Teachers Association |
| 2010 | **Ralph E. Julnes Memorial Distinguished Lecturer Award**, Pacific Northwest Institute on Special Education and the Law |
| 2005 | **IADES 2005 Fellowship Award**, International Alumnae of Delta Epsilon Sorority for Doctoral Research |
| 2002 | **Professional Level Certification** American Sign Language Teacher's Association (attaining highest level in the field on a national standard). |
| 1999 | **Appreciation of Service Award**, Wisconsin Association of the Deaf |
| 1997 | **Certificate Training on Deaf-Blindness**, Northern Illinois University |
| 1994 | **Biomaterials Fellowship**, National Science Foundation/Engineering Research Center for Emerging Cardiovascular Technologies - |

**Current Affiliations/Memberships**

- **Chair**- Evaluations and Certifications: American Sign Language Teachers Association
- **Secretary**- Parodi Charitable Trust (Bay Area Deaf Community)
- **Editorial Board –** International Journal of Interpreter Education
- **Member-** Department of Modern Languages and Literatures, California State University East Bay
- **Professional Certified Member**- American Sign Language Teachers Association.
- **Lifetime Member**- Gallaudet University Alumni Association.
- **Member**- National Association of the Deaf.
- **Member**- Telecommunication Devices for the Deaf Inc (TDI, Inc.)

# Exhibit 2

# Amy June Rowley

Professor, American Sign Language
Department of Modern Languages and Literatures
California State University East Bay
25800 Carlos Bee Boulevard
Hayward, CA 94542-3038

e-mail: amyjune.rowley@csueastbay.edu     VP:  (510) 314-8153

## Testimony/Depositions

Dr. Rowley has worked on assessments and evaluations over the past five years, but she has not testified in court. Dr. Judy Shepard-Kegl testified on their joint work in court in:
- *Updike v. Multnomah Cty.*, Case No. 13-cv-01619 (D. Or.) - 9/25/19

When Dr. Rowley was living in Wisconsin, she testified in a variety of cases related to educational placement, discrimination, and access to interpreters in education, arrest, incarceration, and trial contexts.

Trial/Deposition:
- Expert Witness for the law firm of Quarles and Brady for *Neshkoro School District v. Parents*  (Witness for the school district)
- Expert Witness for *Deaf Plaintiff v. Milwaukee County Corrections*

Trial:
- Expert Witness for *Deaf Plaintiff v. Milwaukee County Corrections*
- Expert Witness for *Deaf Plaintiff v. State of Wisconsin*
- Expert Witness for *Deaf Plaintiff v. Waukesha County* (no interpreter at trial)
- Expert Witness for *Parents v. Milwaukee School District*
- Expert Witness for *Quarles and Brady v. Menomonee Falls School District*