1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                    DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                    Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>                    Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL** |

            This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and

good cause in support thereof, **IT IS ORDERED** that the Motion is **GRANTED**.

            The Clerk of the Court is hereby ordered to seal the Supplemental Declaration of

Amber Norris, filed on August 24, 2020, and Exhibits 37, 38, 42, 43, 45, 46, 47, 48, 50,

51, 52, 54, 55, 56, 57, 58, and 59, filed therewith.

            The Clerk of the Court is further ordered to seal Exhibits 1 and 2 filed with the

Supplemental Declaration of Corene T. Kendrick on August 24, 2020.