**EXHIBIT 7**

**EXHIBIT 7**

1 | Daniel P. Struck, Bar No. 012377
  | Rachel Love, Bar No. 019881
2 | Timothy J. Bojanowski, Bar No. 022126
  | Nicholas D. Acedo, Bar No. 021644
3 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC
  | 3100 West Ray Road, Suite 300
4 | Chandler, Arizona 85226
  | Telephone: (480) 420-1600
5 | Fax: (480) 420-1695
  | dstruck@strucklove.com
6 | rlove@strucklove.com
  | tbojanowski@strucklove.com
7 | nacedo@strucklove.com

8 | *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-ROS |
| | **DECLARATION OF JOSEPH V. PENN, MD CCHP FAPA** |
| Plaintiffs, | |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

I, Joseph Penn, make the following Declaration:

1.     I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.     I am a psychiatric physician based in Conroe, Texas. I am triple board-certified in forensic psychiatry, general psychiatry, and child and adolescent psychiatry. All of these boards are under the American Board of Psychiatry and Neurology (ABPN), which is a member board of the American Board of Medical Specialties (ABMS) that grants board certification for psychiatrists and neurologists in the United States. I am fully licensed to practice medicine in Texas.

3.     I have been asked by Timothy Bojanowski with the law firm of Struck Love Bojanowski & Acedo PLC to review and opine on the allegations raised in Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation (Doc. 3623).

4.     Attachment 1 is a true and correct copy of my July 27, 2020 Confidential Expert Report, Response to Plaintiffs' Allegations Regarding Efficacy of Communications with Limited English Proficient Inmates, which is fully incorporated into this Declaration by reference.

5.     My experience and qualifications to render expert opinions are set forth in my report. Exhibit A of the report is a current copy of my Curriculum Vitae, which includes a list of my recent publications. Exhibit B is a report detailing my recent trial and deposition testimony. Exhibit C is my current fee schedule.

6.     The materials I considered in arriving at my opinions are detailed in my report.

7.     All opinions stated in my report are based upon my years of training and experience and my review of the referenced records. Those stated opinions are to a reasonable degree of medical and psychiatric certainty/probability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of July, 2020.

Joseph Penn

2

**ATTACHMENT 1**

**[REDACTED]**

**ATTACHMENT 1**

**[REDACTED]**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.,* on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. 2:12-cv-601-ROS |
| Plaintiffs, | |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

## CONFIDENTIAL EXPERT REPORT OF:

Joseph V. Penn, MD CCHP FAPA
University of Texas Medical Branch (UTMB)
Correctional Managed Care (CMC)
200 River Pointe Drive, Suite 200
Conroe, Texas 77304
Office: (936) 494-4184

## RESPONSE TO PLAINTIFFS' ALLEGATIONS REGARDING EFFICACY OF COMMUNICATIONS WITH LIMITED ENGLISH PROFICIENT INMATES

JULY 27, 2020

Joseph V. Penn MD CCHP FAPA
Correctional and Forensic Psychiatrist
Triple Board Certified in General, Child and Adolescent, and
Forensic Psychiatry, American Board of Psychiatry and Neurology (ABPN)
Clinical Professor, Department of Psychiatry UTMB

I have been asked by Timothy Bojanowski with the law firm of Struck Love Bojanowski & Acedo, PLC to review Plaintiffs' Motion to Enforce Paragraph 14 of the Stipulation (Doc. 3623), and the supporting declarations submitted therewith.   I also reviewed the medical records of the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") inmates who provided declarations in support of Plaintiffs' Motion.

I reviewed the Declaration of Dr. Pablo Stewart, Plaintiffs' expert witness, dated June 10, 2020, and exhibits 1 through 3 referenced therein.

In addition, I reviewed ADCRR Department Order ("DO") 108 – Americans with Disabilities Act Compliance; ADCRR DO 704 – Inmate Regulations; medical grievances of Inmate ███████████, ███████████, and ███████████; LanguageLine Solutions Quick Reference Guide; LanguageLine Video Interpreting Languages and Availability (LanguageLine App); and the Declaration of A. Cerrillo and Intake Assessment attached as Attachment 1.

## OVERVIEW OF QUALIFICATIONS

For a more detailed statement of my education and experience, please see my attached *Curriculum Vitae* (Exhibit A) that includes a list of all my publications.

I am a psychiatric physician based in Conroe, Texas.   I am triple board-certified in forensic psychiatry, general psychiatry, and child and adolescent psychiatry.   All of these boards are under the American Board of Psychiatry and Neurology (ABPN); this is a member board of the American Board of Medical Specialties (ABMS) that grants board certification for psychiatrists and neurologists in the United States.   I am fully licensed to practice medicine in Texas.

I attended medical school at the University of Texas Medical Branch (UTMB), Galveston, Texas, graduating in 1992.   I completed three residency and fellowship training programs for a total of seven years of specialty/subspecialty residency training – four years of general psychiatry in 1996 at Brown University, Providence, Rhode Island; two years of child and adolescent psychiatry in 1998 at Brown University, Providence, Rhode Island; and one year of forensic psychiatry at Yale University, New Haven, Connecticut, in 1999.

Since 1998, I have focused my clinical, administrative, and forensic work within adult and juvenile correctional settings, including jails, prisons, and juvenile detention facilities.   I remain current in the evaluation, diagnosis, and treatment of individuals within both correctional and non-correctional settings as demonstrated by my national board re-certification and maintenance of certification within general, child and adolescent, and forensic psychiatry.   My expertise also encompasses clinical and administrative psychiatry and systems of care issues within non-correctional settings through my leadership work at the national and state level within the American Academy of Psychiatry and the Law (AAPL), American Psychiatric Association (APA), Texas Society of Psychiatric Physicians (TSPP), the state district branch of the APA, and through other medical and psychiatric organizations.

Aside from my full-time corrections based work, I have achieved and maintained specialized certification as a Certified Correctional Health Professional (CCHP) by the National Commission on Correctional Health Care (NCCHC).  To obtain this additional certification, I passed a written national examination, demonstrated proficiency in national correctional health standards, annual attestation of continuing medical education credits, full medical licensure without restrictions, and annual re-certification.

I have extensive experience in evaluating and treating individuals in both correctional and non-correctional settings.  I have spent the majority of my professional career providing direct clinical care and/or administrative oversight and consultation regarding psychiatric, mental health, and other services to incarcerated adults and juveniles across a variety of jails, prisons, juvenile settings, and other correctional settings.

Since 2008, I have served as the Director of Mental Health Services for UTMB Correctional Managed Care (CMC). In this capacity, I oversee the provision of psychiatric, psychological, and mental health services to approximately 80% (approximately 110,000 adult offenders) of the entire Texas state jail and state adult prison population housed within the Texas Department of Criminal Justice (TDCJ) facilities statewide. I also oversee the delivery of psychiatric services to approximately 1,000 youths housed statewide within state juvenile correctional institutional facilities (referred to as state schools) and halfway houses within the Texas Juvenile Justice Department (TJJD).  I additionally oversee the delivery of psychiatric services to several county jails and short term detention facilities in Texas.

In my administrative role, I oversee approximately 315 mental health staff, including psychiatrists, psychologists, mental health managers and clinicians, case managers, psychiatric nurse practitioners, psychiatric physician assistants, and other mental health professionals and student trainees across the state.  I have 12 years of clinical and administrative experience in the provision of psychiatric services and psychotropic medication treatment within county jails, short-term Substance Abuse Felony Punishment treatment programs (SAFPs) and short-term Intermediate Sanction Facilities (ISFs) in Texas. I also previously oversaw the psychiatric services that UTMB CMC previously provided to federal prisoners housed in four federal prison units in Southeast Texas, Beaumont, Texas.

I am involved in the oversight of disease management guidelines (DMGs), clinical protocols, decision-making regarding psychotropic medications and treatment protocols, formulary and non-formulary approval of psychotropic medications, and psychiatric evaluation and treatment of individuals with serious mental illness (such as schizophrenia and other psychotic disorders), depressive disorders, and PTSD and anxiety disorders, gender dysphoria, and other mental disorders and intellectual developmental disorders.

I am bilingual (Spanish) and bicultural.  I maintain real world and direct clinical and administrative knowledge of the need to be able to effectively communicate with all patients, regardless of their primary or preferred language or whether they have speech and language and communication disorders and the need to provide access to care and continuity of mental health services.  This aids in my ability to communicate effectively and efficiently with patients and staff with diverse language, communicative, or cultural needs.  I also maintain direct clinical and administrative knowledge of the unique mental health needs of individuals with psychotic

3

disorders (e.g., schizophrenia, schizoaffective disorder and other psychotic disorders), other serious mental illnesses (SMI), individuals who present with anxiety, depressive and adjustment disorders and those with co-occurring substance disorders in detention and correctional settings. In my clinical role, I perform both on-site and telepsychiatric evaluations of high profile and more complicated patient offenders within our juvenile and adult correctional systems statewide.

I oversee and have direct clinical and administrative knowledge and responsibility for the clinical management of state prisoners statewide within Texas who may be referred for gender dysphoria ("GD") evaluation and treatment.  I completed additional clinical training and continuing medical education and coursework in this specialized area in order to increase my proficiency in evaluating, diagnosing, and treating individuals presenting for gender dysphoria.  I am the joint chair of the statewide Correctional Managed Health Care Joint Gender Dysphoria Work Group (that comprises three entities, the Texas Department of Criminal Justice (TDCJ), UTMB CMC, and Texas Tech University Health Sciences Center).  In this capacity I chair the statewide Joint MH Work Group meetings and am the lead regarding GD policy reviews, and revisions and changes to practice, procedures, staffing and supervision of all GD specialists in our system statewide.  I have given several presentations on the clinical diagnosis and treatment of incarcerated individuals with GD at national correctional conferences.  I have served as a national consultant regarding GD treatment and the standard of care in correctional settings in recent state prisoner cases in New Jersey, California, and Colorado.

I have extensive experience in the operation, administration, management, and supervision of the functioning and operations of psychiatric and mental health care and treatment, and other healthcare services within jails, prisons, and juvenile correctional facilities. I serve on the Executive Operations Council of UTMB CMC, the Pharmacy and Therapeutics Committee (I am the past Chair), other joint UTMB CMC and TDCJ and joint UTMB CMC and TJJD committees, and various other local, state, and national committees that are detailed in my CV.

I have published extensively in scientific journals and other peer reviewed publications in the areas of correctional psychiatry and mental health, continuity of care for offenders with mental health and substance abuse, and suicide prevention.   Some recent publications specifically in the area of correctional mental health include Psychiatric Services in Correctional Facilities: A Work Group Report of the American Psychiatric Association, the chapter, "Standards and Accreditation for Jails, Prisons, and Juvenile Facilities," in the Oxford Textbook of Correctional Psychiatry, and the chapter, "Correctional Psychiatry" in the most current edition of the Kaplan and Sadock's Comprehensive Textbook on Psychiatry, the most authoritative textbook in psychiatry.  I was invited to serve on a work group and was the lead author in the AAPL "Resource Document for Prescribing in Corrections."  This resource document was published in the Journal of the American Academy of Psychiatry and the Law, and provides guidance for prescribing of psychotropic medications in the United States and was more recently expanded to Canada.

I have presented nationally and internationally and have consulted nationally on correctional and non-correctional mental health care delivery and standards of care.  Some recent examples include: the Office of the California Attorney General regarding the California

4

Department of Corrections and Rehabilitations (CDCR); Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC); Technical Assistance to New York County Jails, Valhalla, New York; Consultant to the State of Vermont Department of Corrections; and Consultant, National Institute of Mental Health (NIMH), regarding ICE detainees (other examples are listed in my CV).

I have served as a physician surveyor for the NCCHC, a national organization that provides healthcare accreditation to jails and short term detention facilities, prisons, juvenile facilities, and opioid treatment programs in correctional facilities. I have surveyed several major metropolitan county jails and short term detention facilities [e.g., US Immigration and Customs Enforcement (ICE) facilities] nationally (these are listed in my CV). I am the past chair of the NCCHC Accreditation Committee, and continue to serve as a member of the NCCHC Accreditation Committee, and I am the current Vice Chair. I have served on several NCCHC standards revision task force groups to revise the NCCHC healthcare standards: NCCHC Standards for Health Services in Jails and Prisons, NCCHC Standards for Mental Health Services in Correctional Facilities, and the NCCHC Juvenile Health Standards. I have served on the NCCHC board of directors for over 20 years, and I am the current Chair Elect (this will be my second three year Chair elect, Chair, and Immediate Past Chair appointment). This demonstrates my current knowledge and direct clinical and administrative involvement in the standards of care, health care standards, and the provision of psychiatric and mental health care to detained/incarcerated juvenile and adult offender populations.

I am actively involved at a national level within several psychiatric organizations. These include the following: American Psychiatric Association (APA), the American Academy of Psychiatry and the Law (AAPL), and the American Academy of Child and Adolescent Psychiatrists (AACAP). I am the immediate past chair of the APA Council on Children, Adolescents and their Families. I previously served on the APA Council of Psychiatry and the Law). I have also been active within AAPL, the national organization for correctional and forensic psychiatrists, and serve as an AAPL Councilor. I was the past chair of the AAPL Suicidology Committee, a committee focused on suicide phenomenology and suicide assessment and prevention. I also serve on the AACAP Children and the Law Committee (formerly known as the Rights and Legal Matters Committee). I was previously the AACAP's representative to the NCCHC Board of Directors, and am now the AAPL representative to the NCCHC.

I have guided the development of correctional psychiatry resource documents, publications, policy, best practices, and position statements within the APA, the AAPL, the AACAP, and the Texas Society of Psychiatric Physicians at a state, national, and international level. I am a past president of the Texas Society of Psychiatric Physicians, the Texas statewide branch of the APA. I am involved at a state and national level, and have testified at the Texas State Capital and the US Capital on a variety of correctional and non-correctional psychiatric and mental health issues. I was recently invited by the International Association for Correctional and Forensic Psychology to participate in a one-day International Correctional Mental Health Leadership Network meeting in Boston, Massachusetts. Only 14 national and international correctional psychology practitioner leaders were invited from eight countries. I was one of two US psychiatrists invited, and I was asked to provide an overview of the United States criminal justice systems and treatment of the mentally ill.

5

I serve in a leadership role within several national correctional organizations, the NCCHC, and on the behavioral health committee and the health care committee of the American Correctional Association (ACA), (the ACA also provides accreditation to correctional facilities nationally) and I am a board member of the American College of Correctional Physicians (formerly known as the Society of Correctional Physicians).

I am a Clinical Professor in the Department of Psychiatry and Behavioral Sciences, UTMB, Galveston, Texas. I was previously Clinical Associate Professor in the Department of Psychiatry and Human Behavior at Brown University and the Warren Alpert Medical School, Providence, Rhode Island. I provide clinical supervision to several general and child psychiatrists, psychiatric nurse practitioners, physician assistants (PAs), and medical student and PA student trainees. I provide lectures and trainings on a variety of correctional psychiatry topics to local medical school faculty, psychiatry residents and other trainees, and other organizations and treatment programs.

I attend state and national meetings and have completed continuing medical education (CME) and maintenance of certification requirements to become and maintain my status as a triple board certified psychiatrist – board certified in forensic psychiatry, general adult psychiatry, and child and adolescent psychiatry. I previously served as a board examiner for the ABPN in the areas of general adult psychiatry and child and adolescent psychiatry, on the general psychiatry recertification committee, and on the forensic psychiatry committee.

I have been qualified as an expert witness in various state and federal courts, in the field of forensic, child and adolescent, and correctional psychiatry (1998-present), and have given expert opinion in several areas, including the use of psychotropic medications, psychic harm, PTSD, suicide, suicide prevention, suicide risk assessment, seclusion and restraint and other mental health and psychiatry content areas.

My state medical and federal Drug Enforcement Agency (DEA) licenses are on file with the proper authorities. I hold a full and unrestricted medical license to practice in the State of Texas. I previously held full and unrestricted medical licenses in Rhode Island, Massachusetts, and Connecticut (they remain in lapsed and/or inactive status because I live and practice correctional and forensic psychiatry exclusively in Texas).

A list of my depositions and trial testimony is attached as Exhibit B.

My fee schedule is attached as Exhibit C.

Based upon my many years of study and practice, and ongoing requirements in order to achieve and maintain board certification in the areas of general adult, child and adolescent psychiatry, and forensic psychiatry, combined with my years of work providing direct patient care, as well as administering mental health care delivery systems in the correctional and non-correctional setting, it is my opinion that I am amply qualified to render opinions on the standard of care as it relates to the psychiatric and mental health evaluation, care, and treatment provided to state prisoners in the ADCRR. It is my further opinion, based on my many years of experience as a CCHP and forensic and correctional psychiatrist involved at the national level in

studying, reviewing, and promulgating national standards for mental health delivery in the jail/detention, prison, and juvenile correctional settings, that I am qualified to render opinions on the adequacy of the policies, procedures, and overall system of mental healthcare delivery and services rendered by the contracted mental health care staff of the ADCRR.  Further, while my practice focus relates to psychiatry, as a practicing and licensed psychiatric physician there is no material difference with respect to language access services for patient encounters relating to mental health, psychiatric, or other general or specialized medical or surgical practices.

All opinions stated in this document are based upon my years of training and experience and my review of the records, and are to a reasonable degree of medical and psychiatric certainty/probability.

## I.    Opinions Relating to Individual Access to Care of LEP Inmates.

I reviewed the ADCRR eOMIS medical records of



As an initial observation, I note that many of the encounters described in the Declaration of Amber Norris, as well as the generalized statements in the Declaration of Pablo Stewart (during site inspections occurring in the 18-months before his Declaration was submitted, if not earlier), appear to be dated, going back as far as 2016.  These do not reflect the current state of LEP translation/interpretation services, as implemented in ADCRR facilities by Centurion of Arizona, LLC ("Centurion"), which has only been providing health care services since July 1, 2019.  Any consideration of the current state of compliance should be limited to that time period, as the actions of prior provider organizations, such as ADCRR, Wexford, or Corizon do not shed any light on current compliance efforts.

Nevertheless, a review of those prior records and encounters is instructive as to what level and method of accommodations for LEP inmates is appropriate.

█████████████████, 68-year-old Caucasian male with a history of Sensorineural hearing loss, bilateral (disorder), and other medical conditions including hypertension, diabetes mellitus type 2 without retinopathy (disorder), knee pain, lower back pain, ankle joint effusion and joint pain, and elevated lipids.  This patient has no history of mental health services and does not have a SMI designation.

In the Declaration of Amber Norris, there are eight encounters described where it is noted that ████████ is deaf. [Norris Dec. at ¶¶ 9, 11, 13, 15, 17, 19, 21, and 23.]  However, those notes include indications that ████████ is able to read lips [*Id.* at ¶ 11], and later that he was provided with hearing aids [*Id.* at ¶ 23], which suggest that effective communication was had during encounters, with assistive devices and other methods of communication, short of using an ASL interpreter.  Further, it is noted that on August 12, 2018 a nursing encounter occurred during an Incident Command System ("ICS") incident, where an inmate interpreter was used to

provide ASL interpretation. [*Id.* at ¶ 19.] During emergent incidents, which may occur in facility areas where ASL interpretative systems are not located, it would be improper to delay care, and the use of an inmate interpreter comports with the standard of care.

Based on my eOMIS record review performed on 7/19/2020, ████ had submitted 42 Health Service Requests (HSRs)[1] beginning on 6/22/16, with the most recent one on 1/10/2020. The record review conducted and the below table clearly demonstrates that ████ ████ has been able to effectively communicate in writing about a variety of issues relating to his health care (e.g., dental, wheelchair, foot and joint pain, gastrointestinal complaints, ibuprofen refill requests) and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 42 of 42)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 01/10/2020 | 14:06 | Dental | Routine | I had a reline on my dentures but need them fine fitted | Encounter Held |
| 12/31/2019 | 17:35 | Medication Renewal | Not Required to be Seen | renew ibuprofen | No Action Needed |
| 12/10/2019 | 11:13 | Medication Refill | Not Required to be Seen | refill ibuprofen | Request Completed |
| 12/06/2019 | 13:49 | Medication Refill | Not Required to be Seen | Ibuprofen refilled | No Action Needed |
| 10/29/2019 | 06:54 | Dental | Routine | I need a reline my dentures they wont (sic) stay in place | Encounter Held |
| 10/18/2019 | 22:54 | Medication Refill | Not Required to be Seen | request to renew ibu (ibuprofen) | No Action Needed |
| 09/17/2019 | 05:34 | Nursing | Duplicate HNR | HSR: I need a new wheelchair this one is 4 years old and my brakes don't work. The armrests are cracked and abrading my forearms. Thank You nice!!! | No Action Needed |
| 09/17/2019 | 05:32 | Nursing | Routine | HSR: I need a new wheelchair. This one is 4 | No Action Needed |

---

[1] Health Services Requests (HSRs) in eOMIS are identified as Health Needs Requests (HNRs) in the Medical Services Contract Monitoring Bureau's Monitor Guide. For purposes of this report, "HSR" will be used.

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | | | yrs old and my brakes don't work. The armrests are cracked and abrading my forearms. Thank you nice!!! | |
| 07/30/2019 | 10:26 | Dental | Routine | I need my bottom dentures repaired or replaced they have not been right from day one on my bottom denture is loose | Encounter Held |
| 04/07/2019 | 08:40 | Nursing | Routine | My IBU expired and I need it renewed for my foot pain  thank you Nice | Encounter Held |
| 04/07/2019 | 08:22 | Nursing | Not Required to be Seen | I need something for acid reflux or cotineous (sic) heartburn it never really goes away. | Encounter Held |
| 03/17/2019 | 12:42 | Medication Refill | Not Required to be Seen | my IBU (ibuprofen) is expired and I need it renewed for my foot pain. | No Action Needed |
| 01/10/2019 | 15:02 | Dental | Routine | "ADJUSTMENT" | Encounter Held |
| 06/28/2018 | 07:00 | Medication Refill | Not Required to be Seen | IBU | Request Completed |
| 06/08/2018 | 12:58 | Dental | Routine | "BOTTOM DENTURES REPAIRED" | Encounter Held |
| 05/24/2018 | 07:44 | Dental | Not Required to be Seen | denture adjustment | No Action Needed |
| 03/13/2018 | 07:43 | Nursing | Not Required to be Seen | IM hearing aids broke requesting new ones. | Encounter Held |
| 11/13/2017 | 14:25 | Dental | Duplicate HNR | already on the routine dental list as of 9-19-17 | Duplicate HSR |
| 09/18/2017 | 10:37 | Dental | Routine | "DENTURES" | Encounter Held |
| 07/17/2017 | 09:00 | Dental | Routine | Lower teeth extracted and dentures. | Encounter Held |
| 06/22/2017 | 12:51 | Dental | Duplicate HNR | Follow up on dentures | Duplicate HSR |
| 04/21/2017 | 10:28 | Dental | Routine | I need dentures | Encounter Held |
| 04/18/2017 | 13:36 | Dental | Routine | Follow up on my dentures, I'm having problems eating, gums hurt when I eat. | Encounter Held |

9

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 03/07/2017 | 11:14 | Dental | Not Required to be Seen | Cannot chew food, how long of a wait until I get dentures. | No Action Needed |
| 12/07/2016 | 22:28 | Medication Refill | Not Required to be Seen | rx (prescription) refill | No Action Needed |
| 11/09/2016 | 22:29 | Nursing | Routine | in pain on my right foot | Encounter Held |
| 10/26/2016 | 22:55 | Other | Not Required to be Seen | flu shot | No Action Needed |
| 10/25/2016 | 23:08 | Nursing | Routine | R foot pain/ Requesting a new diet | No Action Needed |
| 10/22/2016 | 22:15 | Nursing | Routine | Screws in R foot coming loose, causing pain. | Encounter Held |
| 10/05/2016 | 00:25 | Dental | Routine | Dentures | Encounter Held |
| 08/22/2016 | 19:47 | Nursing | Routine | swelling in ankle and feet | Encounter Held |
| 07/23/2016 | 00:17 | Nursing | Routine | Eye line | Administratively Closed |
| 07/13/2016 | 15:08 | Nursing | Routine | REQUESTING MEDICAL SHOES | Administratively Closed |
| 07/11/2016 | 14:31 | Nursing | Routine | right ankle pain | Encounter Held |
| 07/02/2016 | 15:15 | Dental | Routine | Requesting Extractions. | Encounter Held |
| 07/02/2016 | 12:15 | Nursing | Routine | I/M requesting ADA aid. | Administratively Closed |
| 06/29/2016 | 14:45 | Nursing | Routine | Request for ADA Aid due to being deaf and mute inmate reports | Administratively Closed |
| 06/28/2016 | 16:54 | Nursing | Routine | Requesting interpreter or for prison orientation | Administratively Closed |
| 06/28/2016 | 16:53 | Nursing | Routine | GI inquiry | Administratively Closed |
| 06/24/2016 | 08:04 | Nursing | Routine | Requesting a cane not a walker.<br><br>TimeStamp: 24 June 2016 08:06:01 --- User: Brooke Evers (EVEBR01) | Encounter Held |
| 06/22/2016 | 07:36 | Nursing | Routine | Requesting deck shoes.<br><br>TimeStamp: 22 June 2016 07:38:19 --- User: Brooke Evers (EVEBR01) | Administratively Closed |
| 06/22/2016 | 07:34 | Nursing | Routine | Requesting shoes due to | Administratively |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
|      |      |                  |              | ankle fracture.<br><br>TimeStamp: 22 June 2016 07:36:54 --- User: Brooke Evers (EVEBR01) | Closed |

███████████, 25-year-old Hispanic male with a history of acquired deaf mutism (disorder), mild intermittent asthma, low vision, both eyes (disorder), a history of dermatitis (skin irritation), foot pain, and past allergic reactions (his medication allergies are clearly listed in his electronic medical record). This patient has no history of mental health services and does not have a SMI designation.

Dating back to his intake in November 2018, Amber Norris details nine encounters where his deafness is noted. [Norris Dec. at ¶¶ 42, 44, 46, 48, 54, 58, 62, 70, and 72]. Among these encounters are multiple references to communications conducted in writing (either on paper or a computer) [*Id.* at ¶¶ 46, 54, 58, and 70], as well as his December 11, 2018 request for hearing aids to be provided. [*Id.* at ¶ 58.] It is readily apparent from his subsequent encounters and HSRs that his request was granted and hearing aids were provided to him. These facts indicate that effective communications were had, and that use of an ASL interpreter may not have been necessary during many of those encounters, particularly depending on the nature and complexity of the encounter, or whether he was using other assistive devices, such as hearing aids.

Based on my eOMIS record review performed on 7/19/2020, ███████ had submitted 21 HSRs beginning on 11/11/18, with the most recent one on 5/13/2020. The record review conducted and the below table clearly demonstrates that ███████ has been able to effectively communicate in writing regarding a variety of issues related to his healthcare concerns (e.g., hearing aids, bottom bunk requests, gastrointestinal complaints, skin problems, asthma medication and inhaler refill requests, upper respiratory complaints such as a "cold," and a request for a diet card, so that he could receive his medically prescribed diet in the chow hall), and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 21 of 21)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 05/13/2020 | 18:03 | Medication Refill | Not Required to be Seen | requesting refill motelukast (generic name for Singulair, this is a complementary medication for asthma) | No Action Needed |
| 05/13/2020 | 17:53 | Medication Refill | Not Required to be Seen | I need refill on my inhalation aerosol please | No Action Needed |
| 05/13/2020 | 16:12 | Nursing | Not Required to be | I need new diet card and I drop (sic) it out (sic) my pocket in the yards. Thank you. Im deaf. | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | Seen | | |
| 04/09/2020 | 16:08 | Medication Refill | Routine | "I need refill on new 2 inhalation Albuterol sulfate" | No Action Needed |
| 11/13/2019 | 13:19 | Provider | Routine | I eed (sic) to update for snow (sic)  bottom bunk because soon expired on 11-22-19  TimeStamp: 15 November 2019 13:22:17 --- User: Kasandra Segovia (SEGKA01) | Encounter Held |
| 11/04/2019 | 12:03 | Nursing | Routine | "My hear (sic) aids is kind hurts and bother me a lot also I must have special mold ear aids that mold help lot better! Help me I'm deaf Thank you." | No Action Needed |
| 10/31/2019 | 14:54 | Nursing | Routine | HNR REQUESTING TO BE SEE FOR A BODY RASH | Request Completed |
| 10/07/2019 | 12:11 | Nursing | Routine | HSR: I need a heartburn pills "Zantac" I would like to try one but if not help just give me other one blue pill of heartburn I'm deaf "Thank you" | No Action Needed |
| 09/13/2019 | 11:24 | Medication Refill | Not Required to be Seen | "I would like to get refill inhalation plz thank you" | Request Completed |
| 07/15/2019 | 11:25 | Nursing | Routine | I have eczema or something similar that causes me a lot of itching and dryness. | No Action Needed |
| 05/30/2019 | 12:59 | Medication Refill | Not Required to be Seen | I need a refill for Triamcinolone cream. | No Action Needed |
| 05/17/2019 | 11:36 | Nursing | Not Required to be Seen | HNR REQ LOWER BUNK STATUS **COPIES OF SNO  SENT TO INMATE | No Action Needed |
| 04/29/2019 | 15:00 | Nursing | Routine | I have severe scaling dry skin on my left leg behind my knee and at times on my neck please make an apt | No Action Needed |
| 03/25/2019 | 12:25 | Nursing | Routine | I would like to get a effervescent tablet for cold relies (sic) plz.  I am deaf | No Action Needed |
| 03/25/2019 | 11:24 | Nursing | Routine | I would like to clean my ear please , both ears clean!  I'm Deaf | No Action Needed |
| 02/24/2019 | 10:29 | Medication Refill | Not Required | I need a refill on my inhaler.  One inhaler is not | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | to be Seen | stuffiest for a 60 period, the weather is making my asthma even worst.  I need 2 inhalers for my condition. | |
| 01/14/2019 | 14:13 | Nursing | Routine | When will my audiology exam be? | Encounter Held |
| 01/14/2019 | 14:13 | Nursing | Routine | I'm in need of medical shoes. | Encounter Held |
| 01/14/2019 | 14:11 | Nursing | Routine | Eye exam | Encounter Held |
| 12/11/2018 | 06:42 | Nursing | Routine | I am in need of hearing aids bad cause I cannot hear at all. | Encounter Held |
| 11/11/2018 | 06:05 | Nursing | Routine | "I need my inhaler (the blue one) please"  TimeStamp: 11 November 2018 06:06:32 --- User: Mathews Jacob (PMJE) | Request Completed |

███████████, 55-year-old Caucasian male with a history of hearing loss, Late ef-spch/lng def NOS (according to ICD-9 codes, this stands for "Late effects of cerebrovascular disease, speech and language deficit, unspecified) (NOS stands for not otherwise specified), and Hearing loss NEC, urinary frequency also referred to as Frequency of micturition. This patient has no history of mental health services and does not have a SMI designation.

█████████ was admitted to the ADCRR on 7/9/2007 and he was released on 9/5/18, nine months before Centurion began to provide healthcare services.

████████ had active Special Needs Orders (SNOs) on file noting that he required hearing aids and hearing aid batteries during his incarceration.  His hearing aids were repaired at least two times while he was incarcerated. He was given four hearing aid batteries on 2/19/2016.

I reviewed █████████ HSRs in eOMIS, and it appears that he only submitted one sick call request on 1/14/15.  He was seen on 1/21/15 for "trouble urinating."  He was prescribed Oxybutynin chloride tablets/five milligram tablets by mouth TID (three times a day).

According to █████████ declaration, he stated that he had been deaf since childhood. According to a health services encounter medical provider note dated 6/23/15, Mr. ██████ reported that he had a stroke due to drug abuse that resulted in him becoming deaf and mute. This is contrary to the declaration where he asserted that he had been deaf since childhood.  Mr. ██████reported the following information to Dr. Subodh Shroff, medical physician on 6/23/15:

"CC (chief complaint) CAD (coronary artery disease)/stroke."

The patient says he had a stroke due to his drug abuse and as a result he became deaf and mute. He has no weakness or sensory loss, but he has difficulty in speaking but he can understand normally. He complains of loss of bladder control and incontinence, which is again due to his previous stroke. He does not have any prostate problems. He was given oxybutynin [(Ditropan is the brand name) this medication is an antispasmodic used to treat certain bladder and urinary conditions such as overactive bladder. It relaxes the muscles in the bladder to help decrease problems with urgency and frequent urination] for the incontinence but that gave him side effects like severe dryness of the mouth and the throat, hence we will stop it and we taught him kiegels (sic) exercises [kegel exercises are a type of pelvic floor exercise that involve repeatedly contracting and relaxing the muscles that form part of the pelvic floor, which are meant to strength the pelvic floor muscles in order to reduce incontinence). He did not have CAD, no heart attacks no stents.

In a separate part of the same note, dated 6/23/15, Dr. Shroff noted the following:

"Stroke due to drugs 1997/1998."

In the patient education section of the note, the following was noted:

The kiegels (sic) exercises were taught to the patient and gave patient information pamphlet. Labs reviewed with the patient and the patient verbalizes the understanding. Follow-up PRN (as needed) via HNR (health needs request)

The following HSRs clearly demonstrate that ████████ was seen by medical, nursing, and mental health staff and that he was able to effectively communicate his healthcare concerns or issues and that the Arizona healthcare staff responded in a timely manner:

**Health Services Encounters** (1 - 30 of 30)

| Date | Time | Category | Type | Embedded Form | Staff | Location |
|------|------|----------|------|---------------|-------|----------|
| 09/05/2018 | 23:59 | Administrative | Administrative - Reset M/MH Scores | | Conversion, EOIR822 | ASPC-E COMPLEX EYMAN |
| 09/05/2018 | 12:00 | Mental Health | MH - Conversion | | Aims, Aims | Unknown |
| 09/05/2018 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | MARICOPA |
| 06/25/2018 | 13:45 | Dental | Dental - Chart Review | | Rodriguez, Gabrielle | ASPC-E COOK UNIT |

| Date | Time | Category | Type | Embedded Form | Staff | Location |
|---|---|---|---|---|---|---|
| 06/21/2018 | 13:39 | Nursing | Nurse - Transfer - Receiving | | Wirick, Donita | ASPC-E COOK UNIT |
| 12/14/2017 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASP-KINGMAN HUACHUCA |
| 02/19/2016 | 15:43 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR838 | ASPC-E MEADOWS MED |
| 02/19/2016 | 15:43 | Nursing | Nurse - Distribute Med Equip/Supplies | | Sestiaga, Norma C | ASPC-E MEADOWS MED |
| 02/19/2016 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASPC-E MEADOWS MED |
| 02/13/2016 | 18:00 | Nursing | Nurse - PPD Administration | | Salas, Christine M | ASPC-E MEADOWS MED |
| 12/21/2015 | 14:12 | Medical Provider | Provider - Chronic Care | Chronic Care Clinic | Shroff, Subodh | ASPC-E MEADOWS MED |
| 06/23/2015 | 13:34 | Medical Provider | Provider - Chronic Care | Chronic Care Clinic | Shroff, Subodh | ASPC-E MEADOWS MED |
| 02/05/2015 | 16:00 | Nursing | Nurse - PPD Administration | | Salas, Christine M | ASPC-E MEADOWS MED |
| 01/21/2015 | 11:12 | Medical Provider | Provider - Follow Up Care | | Shroff, Subodh | ASPC-E MEADOWS MED |
| 01/15/2015 | 14:10 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR874 | ASPC-E MEADOWS MED |
| 01/15/2015 | 10:27 | Medical Provider | Provider - Review | | Shroff, Subodh | ASPC-E MEADOWS MED |
| 01/14/2015 | 12:12 | Nursing | Nurse - Sick Call - Unscheduled | NET-General Sick Call | McElroy, Lori L | ASPC-E MEADOWS MED |
| 08/20/2014 | 14:55 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR874 | ASPC-E MEADOWS MED |
| 02/17/2014 | 15:23 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR874 | ASPC-E MEADOWS MED |
| 07/31/2013 | 14:02 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR874 | ASPC-E MEADOWS MED |

| Date | Time | Category | Type | Embedded Form | Staff | Location |
|------|------|----------|------|---------------|-------|----------|
| 01/28/2013 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASPC-E MEADOWS MED |
| 01/27/2013 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASPC-E MEADOWS MED |
| 02/01/2011 | 14:50 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR838 | ASPC-T WINCHEST ER # |
| 12/31/2009 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASPC-T WINCHEST ER # |
| 09/14/2009 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASPC-E COOK UNIT |
| 09/08/2009 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASPC-E COOK UNIT |
| 11/04/2008 | 12:00 | Mental Health | MH - Conversion | | Linder, Kimberly A | ASPC-E COOK UNIT |
| 09/08/2008 | 15:10 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR874 | ASPC-E COOK UNIT |
| 03/26/2008 | 15:31 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR874 | ASPC-E MEADOWS # |
| 07/10/2007 | 12:00 | Medical Provider | Provider - Physical - Periodic | | Conversion, EOIR836 | ASPC-PHX ALHAMBRA |

███████████████, 38-year-old Hispanic male with a history of deaf mutism disorder (deaf non-speaking not elsewhere classified), chronic hepatitis C, asthma (uncomplicated) versus mild intermittent asthma with status asthmaticus, xerosis cutis (dry skin), low back pain, allergic rhinitis (nasal allergies), partial edentulism (tooth loss), alcohol dependence, cannabis dependence, other stimulant dependence, and other psychoactive substance dependence. He had no known drug allergies. He was released from custody on June 10, 2019, prior to Centurion of Arizona, LLC commencing the provision of healthcare services.

Dating back to his intake in January 2016, Amber Norris details five encounters where his deafness is noted. [Norris Dec. at ¶¶ 89, 91, 93, 95, and 97.] Among these encounters are multiple references to communications conducted in writing [*Id.* at ¶¶ 93 and 97], as well the fact that the inmate could read lips [*Id.* at ¶ 95]. These facts indicate that effective communications were had, and that use of an ASL interpreter may not have been necessary during many of those encounters, particularly depending on the nature and complexity of the encounter. Further, Ms. Norris details a 5/1718 refusal of an appointment by ████████. [*Id.* at ¶ 99.] The provider noted that ████████ had signed a refusal and did not appear for the encounter. Since no

encounter occurred, there was no need for the provider to document how effective communication was achieved, since he did not interact with ███████ on that date.

Further, it is apparent that ███████ has been able to effectively communicate any mental health symptoms, concerns, or distress. For example, during the intake process on 1/19/16 an urgent mental health referral was generated on 1/20/16 because the patient indicated the following during intake: "Patient feels like there is nothing to look forward to (hopeless/helpless)." The Arizona nursing and mental health care staff responded in a timely manner.

Mental health staff evaluated him on 1/20/16. On 1/20/16 ███████ reported that he had a past diagnosis of "bipolar disorder." ███████ did not report any depressive or manic symptoms suggestive of bipolar disorder. He denied that he had been previously prescribed any mood stabilizer medications or that he had received any community mental health treatment or psychiatric hospitalizations. He was determined to not clinically warrant a SMI designation. No emergent mental health needs including danger to self or danger to others were identified. ███ ███████ was informed how to access Mental Health services via a HSR.

███████ did not submit any subsequent HNRs for mental health. Mental health staff conducted chart reviews on 2/22/16 and 10/28/16. He was discharged from custody on 11/24/18.

███████ was re-incarcerated and was evaluated by Donald Salz, a staff psychologist. During this initial mental health assessment, conducted in "a private confidential setting" on 12/10/18, Salz identified that ███████ was "deaf and we communicated using paper and pen and being allowed to read the questions on the computer." ███████ denied any past suicide attempts, family history of suicide, mental health counselling or treatment history, hospitalizations, or treatment with psychotropic medications. He reported that he had first abused alcohol at the age of 10 and that his last use was 3 days prior to his re-incarceration. ███ ███████ denied a past history of physical or sexual abuse.

During this initial mental health assessment ███████ also denied any depressive or manic symptoms and he specifically denied current suicidal thoughts. He also denied thought insertion, thought deletion, and other psychotic symptoms, and he denied paranoia, auditory or visual hallucinations. ███████ reported that he was a high school graduate, never required special education, and had no history of head injuries or loss of consciousness. ███████ denied any history of violent or aggressive behavior and denied any past sexual offenses. A mental status examination (with no findings) was documented. The clinical impression was "no emergent mental health needs. Inmate ███████) informed of how to access Mental Health services (HNR)." ███████ also signed a consent form and had "no questions."

███████ demonstrated retention of the information presented to him by psychologist Salz. To demonstrate this, ███████ submitted a mental health need request on 1/8/19 that he "would like a tv." IM was seen in a confidential setting by Athena Hart, a licensed psych associate, for an HNR that he submitted. According to Ms. Hart's note:

IM (inmate ▆▆▆▆▆) is hard of hearing and communication took place through writing back and forth. IM stated that he is lonely and that he has trouble because there is no one for him to communicate with. IM stated that he reads to keep busy but sometimes he thinks it would be easier if he was able to watch television and read the closed captions on the television. IM was informed that he does not qualify for an SMI (Serious Mental Illness) TV as he is not on the MH caseload and he is not SMI. IM denied mental health problems. IM was advised to speak to CO Elsas to see if there was something he might be able to assist with but that he was not able to get one through MH. IM denied SI (suicidal ideation)/HI (homicidal ideation)/AVH (auditory visual hallucinations).

▆▆▆▆▆ was evaluated by Jason Hoffman, mental health professional discharge planner, on 6/5/19 for "mental health release planning." Mr. Hoffman wrote the following:

Inmate does not want Discharge release planning services at this time. Inmate reported he was Deaf. Communication by discharge release planner and inmate was done in writing. Inmate expressed appreciation for the offer of services. Inmate refused services (discharge release planning).

Based on my eOMIS record review performed on 7/19/2020, ▆▆▆▆▆ had submitted 4 HSRs beginning on 2/9/16, with the most recent one on 1/8/19. The record review conducted and the below table clearly demonstrate that ▆▆▆▆▆ has been able to effectively communicate in writing about his healthcare concerns or other issues (e.g., dental complaints, and a request to mental health care staff for a television) and that the Arizona healthcare staff have responded in a timely manner:

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 01/08/2019 | 17:13 | Mental Health | Routine | Would like a TV | Encounter Held |
| 01/01/2019 | 17:33 | Dental | Routine | My wisdom tooth hurts | Encounter Held |
| 03/31/2016 | 05:10 | Dental | Routine | DENTAL HNR | Encounter Held |
| 02/09/2016 | 02:53 | Dental | Routine | DENTAL HNR | Encounter Held |

▆▆▆▆▆, 26-year-old Caucasian male with a past medical history of congenital deafness (disorder), dermatitis, jaw pain status post closed fracture of mandible, angle of jaw. ▆▆▆▆▆ reported a past medication allergy to Vicodin to healthcare staff. This patient also received past psychiatric diagnoses of mood disorder, specifically disruptive mood dysregulation disorder, and anxiety disorder, not otherwise specified. He did not have a SMI designation. He was prescribed fluoxetine, an SSRI antidepressant medication that is also used for anxiety disorders, and olanzapine, an atypical antipsychotic medication that is used primarily for psychotic disorders but may also be used off label for mood disorders and, within correctional settings, is often sought by prisoners for its sedating side effects at bedtime.

Dating back to his intake in May 2017, Amber Norris details ten encounters where his deafness is referenced, if not explicitly noted.  [Norris Dec. at ¶¶ 106, 108, 114, 116, 122, 126, 128, 132, 134, and 142.]  Among these encounters are multiple references to communications conducted in writing [*Id.* at ¶¶ 118, 122-123, 126, 128, 132, 134, and 142]. These facts indicate that effective communications were had, and that use of an ASL interpreter may not have been necessary during many of these encounters, particularly depending on the nature and complexity of the encounter.  Further, Ms. Norris details a July 7, 2017 ICS response, which is an emergent situation, where it would be inappropriate to wait for an interpreter to be available before rendering care.  [*See, Id.* at ¶ 118.]

Based on my eOMIS record review performed on 7/19/2020, ████████ had submitted 24 HSRs beginning on 7/17/17, with the most recent one on 1/17/19.  He was released from custody on 4/24/19, before Centurion assumed responsibility for providing healthcare services. The record review conducted and the below table clearly demonstrates that ████████ has been able to effectively communicate in writing regarding his healthcare concerns or other issues (e.g., dry skin complaints, work related complaints, dental complaints, jaw injury, right leg, hand, feet, and ear pain, a request to healthcare staff for kitchen work approval to be off due to possible illness, and a request to healthcare staff for a vibration/vibrating watch) and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 – 24 of 24)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 01/17/2019 | 17:54 | Medication Refill | Not Required to be Seen | HYDROXYZINE PAMOATE CAPS/25 Mg  refill. | No Action Needed |
| 12/30/2018 | 17:11 | Medication Refill | Not Required to be Seen | Hydroxyzine refill | No Action Needed |
| 12/24/2018 | 14:43 | Nursing | Routine | I need a few days off from work in kitchen due to headaches, stomach upset, runny nose, and diarrhea. Please make sure you provide ASL interpreter on appointment due to policy D.O. 704.15 (1.1) | Encounter Held |
| 12/16/2018 | 17:58 | Nursing | Not Required to be Seen | I don't want to shave because it hurts my face and my chin is sensitive because I had my jaw broken | No Action Needed |
| 12/06/2018 | 15:51 | Nursing | Routine | "I DID SEEN NURSE COUPLE DAYS AGO AND GOT ANTI ITCH CREAM. IT'S RUN OUT AND DIDNT HELP ALOT WITH ITCH. IT'S BOTHER ME ALOT. PLEASE GIVE ME BETTER | Encounter Held |

19

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | | | ONE NOT CHEAP ANTI ITCH CREAM ALSO MAKE SURE YOU PROVIDE ASL INTREPRETER FOR THAT APPOINTMENT" | |
| 12/01/2018 | 17:55 | Nursing | Routine | "I GOT DRY SKIN AND IT GET ITCHY I HAVE STORE LOTION BUT ITS NOT EFFECTIVE.  PLEASE PROVIDE A LANGUAGE INTERPRETER." | Encounter Held |
| 09/27/2018 | 16:03 | Nursing | Routine | "I MIGHT PULLED MUSCLE OR HIT MY RIGHT LEG. I CAN'T GET UP OR BEND MY LEG REALLY EASY ALSO IT REALLY HURT BAD." | Encounter Held |
| 09/27/2018 | 15:58 | Nursing | Routine | "I NOTICED MY MEDICAL REFERRAL FOR MY FEET WAS LIMITED 3 DAYS. I NEED EXTEND THAT DATE LITTLE LONGER PLEASE." | Encounter Held |
| 06/16/2018 | 18:13 | Provider | Routine | My ear still painful. IBU don't help at all. I can't sleep at night.  I keep getting up around 2-3 am. Can't sleep overnight with that bad pain in my ear. | Encounter Held |
| 06/15/2018 | 06:47 | Nursing | Routine | IM having right ear pain | Encounter Held |
| 04/08/2018 | 06:34 | Nursing | Routine | IM BURNED HIS RIGHT HAND WITH STEAM IN THE KITCHEN YESTERDAY. | Encounter Held |
| 03/06/2018 | 17:14 | Nursing | Not Required to be Seen | IM requesting lab results | No Action Needed |
| 01/26/2018 | 17:21 | Nursing | Routine | flu like symptoms | Encounter Held |
| 01/12/2018 | 16:45 | Nursing | Routine | DENTAL REFERRAL FOR HIS WISDOM TEETH | Encounter Held |
| 01/12/2018 | 16:40 | Nursing | Routine | REQUESTING A VIBRATION WATCH AS BEING DEAF HE CAN NOT HEAR AN ALARM | Administratively Closed |
| 01/12/2018 | 10:30 | Dental | Urgent | WISDOM TOOTH BOTHERING HIM | Encounter Held |
| 11/09/2017 | 16:11 | Nursing | Routine | "MEDICAL RELEASE TO RETURN TO KITCHEN WORK" | Request Completed |
| 10/08/2017 | 14:39 | Nursing | Routine | IM requesting to DC fluoxetine as it is not helping anxiety | Encounter Held |
| 10/07/2017 | 08:33 | Nursing | Routine | Persistent jaw pain | Encounter Held |

20

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 09/30/2017 | 08:59 | Nursing | Routine | jaw pain ( left to middle jaw) | Encounter Held |
| 09/23/2017 | 12:33 | Nursing | Routine | IM requesting movement to House 5 | No Action Needed |
| 09/19/2017 | 15:00 | Nursing | Routine | IM requesting to move out of House 6 | No Action Needed |
| 08/28/2017 | 02:22 | Dental | Routine | "my jaw was broke and the wires were recently taken out. Now my teeth are loose and moving and it hurts really bad. Can someone please help me?" | Encounter Held |
| 07/17/2017 | 18:51 | Provider | Routine | new admit from Winchester. | Encounter Held |

████████████, 35-year-old Caucasian male with a medical history of congenital deaf mutism (disorder) also diagnosed as deaf nonspeaking, not elsewhere classified, excessive cerumen (ear wax), impacted cerumen bilateral in ear canals, dental caries (cavities), pain in left arm (mononeuropathy unspecified), tobacco user, and peeling skin (on his feet). ████████ reported to healthcare staff that he had no known medication allergies. This patient has no history of requiring/receiving any mental health services and he did not have a SMI designation.

Dating back to his intake in August 2016, Amber Norris details 13 "encounters" where his deafness is referenced, if not explicitly noted. [Norris Dec. at ¶¶ 147, 149, 151, 155, 157, 159, 163, 165, 167, 169, 173, 175, and 177.] Among these encounters are multiple references to communications conducted in writing [*Id.* at ¶¶ 147, 149, 157, 165, 167, and 175]. In addition, there is a reference where he refused an ASL interpreter [*Id.* at ¶ 159], where an ASL interpreter was attempted, but could not connect via videoconference [*Id.* at ¶ 167], and where an ASL interpreter was present via videoconference [*Id.* at ¶¶ 169, 175, and 177]. These facts indicate that effective communications were had, and that use of an ASL interpreter may not have been necessary during all of those encounters, particularly depending on the nature and complexity of the encounter. Further, it appears that one encounter, which occurred on 12/22/18 may have been for secondary gain to advance potential litigation over the issue of an interpreter, rather than to address any medical concern. [*Id.* at ¶ 157.] In addition, Ms. Norris misclassifies two instances [*Id.* at ¶¶ 161 and 171] where ████████ refused medical care, as encounters. In these instances, healthcare personnel noted that he did not appear for appointments and refusal forms were submitted. In such instances, an interpreter is not necessary.

Finally, Ms. Norris notes a 03/11/2020 encounter while ████████ was on watch status, where no interpreter was present. [*Id.* at ¶ 175.] Since watch contacts often occur at or near the watch cells, where videoconference equipment is not located, it may not be medically appropriate to transport the inmate away from the area to permit videoconference interpreter use. Further, the purpose of the watch encounter is to assess the inmate for potential of self-harm, which typically is not a complicated encounter. In this instance, the provider noted that paper was used to communicate effectively, which is appropriate under the circumstance.

Based on my eOMIS record review performed on 7/19/2020, ▮▮▮▮ had submitted 12 HSRs beginning on 12/24/18, with the most recent one on 4/9/2020. The record review conducted and the below table clearly demonstrates that Mr. ▮▮▮▮ has been able to effectively communicate in writing regarding his healthcare concerns and issues (e.g., a request to healthcare staff for low bunk approval renewal, mouth pain, tooth pain, ear pain, nausea, vomiting, and gastrointestinal complaints, and a request to healthcare staff for a television) and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests (1 - 12 of 12)**

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 04/09/2020 | 18:27 | Nursing | Routine | EARS HURT | Encounter Held |
| 02/26/2020 | 17:54 | Nursing | Routine | Ears hurt | Encounter Held |
| 02/07/2020 | 17:35 | Nursing | Routine | Stomach upset and vomit | Encounter Held |
| 12/10/2019 | 16:36 | Nursing | Routine | Not feeling good - nausea | Encounter Held |
| 04/14/2019 | 12:10 | Nursing | Routine | both ears hurt. IM deaf | Encounter Held |
| 01/30/2019 | 18:23 | Nursing | Routine | REQUESTING FOR TV. | Encounter Held |
| 12/29/2018 | 15:29 | Nursing | Routine | "...left arm pain from surgery. I am deaf" | Encounter Held |
| 12/24/2018 | 14:40 | Nursing | Routine | I am deaf. I am not feeling good. Upsetting stomach and headache and bump on my mouth and dry skin on both feet. Please make sure you provide American Sign Language interpreter on appointment due to policy D.O. 704.15 (1.1) | Encounter Held |
| 12/21/2018 | 17:47 | Nursing | Routine | "MY MOUTH HAVE BUMP, IT BEEN SINCE 4 MONTHS SINCE AND MY FEET DRY SKIN BADLY." | Schedule Appointment |
| 08/19/2018 | 17:52 | Nursing | Routine | Tooth pain | Encounter Held |
| 08/19/2018 | 07:30 | Dental | Routine | TOOTHACHE | Encounter Held |
| 12/10/2017 | 18:27 | Nursing | Not Required to be Seen | IM requesting lower bunk waiver be renewed | No Action Needed |

▮▮▮▮▮▮▮▮▮, 49-year-old African American male with past medical history of deaf mutism versus acquired deaf mutism, deaf nonspeaking, not otherwise classified, and hydronephrosis with renal and ureteral calculus obstruction. He also has a history of cellulitis

and a cutaneous abscess of buttock, chronic low back pain, dental caries (cavities), and onychomycosis, tinea unguium (a fungal infection of the nail, nail fungus). ▆▆▆▆ reported to healthcare staff that he had no known drug allergies. ▆▆▆▆ has no history of mental health services and does not have a SMI designation. ▆▆▆▆ was given an Audiology exam and received hearing aids on 05/23/2019.

Dating back to his intake in October 2018, Amber Norris details 10 "encounters", where his deafness is referenced, if not explicitly noted. [Norris Dec. at ¶¶ 182, 186, 192, 196, 198, 200, 201, 204, and 206.] Among these encounters are multiple references to communications conducted in writing [*Id.* at ¶¶ 188, 192, 196, 198, 200, and 204] as well as a statement that he can hear with hearing aids, and his request that hearing aids be provided. [*Id.* at ¶¶ 188 and 190.] In addition, there is a reference that a mental health staff member provided ASL interpretation [*Id.* at ¶ 188], where a TTY device was attempted to be used during an emergent walk-in encounter on 02/11/19 [*Id.* at ¶ 196], and where an inmate ASL interpreter came with him to a dental appointment, in case needed [*Id.* at ¶ 201]. These facts indicate that effective communications were had, and that use of an ASL interpreter may not have been necessary during many of those encounters, particularly depending on the nature and complexity of the encounter or if he had his hearing aids. Further, with respect to the 02/11/19 emergency walk-in encounter [*Id.* at ¶ 196], while the use of a TTY was attempted, in an emergent situation, it is not appropriate to delay emergent care while awaiting use of assistive devices. The documentation that written communication was used, and the requested care provided, is appropriate in such a situation.

Based on my eOMIS record review performed on 7/19/2020, ▆▆▆▆ had submitted 26 HSRs beginning on 10/14/18, with the most recent one on 7/15/2020. The record review conducted and the below table clearly demonstrates that ▆▆▆▆ has been able to effectively communicate in writing regarding his healthcare concerns and other issues (e.g., dental and tooth pain complaints, requests for fillings, a request to healthcare staff for new hearing aids, a SNO for a cotton blanket instead of a wool blanket, changes to emergency family contact information, nail issues, request for flu shot and COVID-19 testing, and a request to healthcare staff for a low bunk and an alarm clock) and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 26 of 26)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 07/15/2020 | 18:50 | Dental | Routine | per dental submit hnr for another filling | Pending |
| 07/07/2020 | 07:19 | Dental | Urgent | TOOTH PAIN | Encounter Held |
| 07/06/2020 | 17:42 | Nursing | Routine | Tooth pain | Encounter Held |
| 06/02/2020 | 10:08 | Dental | Duplicate HNR | FILLING | Duplicate HSR |
| 05/26/2020 | 14:14 | Dental | Routine | FILLING | Encounter Held |
| 05/23/2020 | 17:23 | Nursing | Routine | Tooth pain | Encounter Held |
| 05/15/2020 | 17:45 | Nursing | Routine | Requesting an alarm clock | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 04/29/2020 | 16:39 | Dental | Not Required to be Seen | sign language interpreter for dental | No Action Needed |
| 04/01/2020 | 12:33 | Dental | Routine | REQUESTING LANGUAGE INTERPRETER FOR DENTAL PAIN/APPOINTMENT | Encounter Held |
| 03/13/2020 | 05:56 | Nursing | Routine | "I need flu shot and test for coronavirus that I make sure I not get positive. I need some my finer and toes nails, pulled of on my L and R. I am request a reasonable accommodation under the American with Disability Act (ADA) I need provide qualified sign language interpreter for effective communication for important" | Encounter Held |
| 12/04/2019 | 17:45 | Nursing | Routine | Wrong hearing aide | Request Completed |
| 11/22/2019 | 17:34 | Nursing | Routine | REQUESTING LANGUAGE INTERPRETER FOR DENTAL PAIN/APPOINTMENT | Encounter Held |
| 05/24/2019 | 19:21 | Nursing | Routine | IM requests lower bunk and extra sheet due to wool allergy. IM is Deaf. | Schedule Appointment |
| 03/07/2019 | 17:43 | Dental | Duplicate HNR | This is third request- I have a tooth on my left side of my mouth that needs a filling.  Can you please schedule me to see the dentist to see if I can get this done? | Duplicate HSR |
| 03/07/2019 | 17:42 | Provider | Routine | I would like to see the provider about my lower back pain, and ask her if I could please have a back brace.  Extra Large please.  Also, I wanted to ask about getting Naproxen for my back pain. | Encounter Held |
| 02/18/2019 | 14:11 | Dental | Duplicate HNR | This third request:  I have been waiting to fill cover left upper tooth.  They already charged me for $4.00. | Duplicate HSR |
| 02/11/2019 | 11:21 | Other | Not Required to be Seen | I have been waiting for get new two hearing aids. | No Action Needed |

24

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 01/23/2019 | 11:55 | Dental | Routine | FILL | Encounter Held |
| 01/22/2019 | 11:56 | Nursing | Routine | I was in lewis sitner, 4 f 8 low but I were transfer to lewis eagle point last Friday.  I have been wait to receive non-wool blanket.  my blood work results came in, test for wool allergy came back positive.  Doctor wrote SNO (special needs order) for me.  thank you. | Pending |
| 01/22/2019 | 11:55 | Dental | Not Required to be Seen | I was in Lewis - stiner 4-F-* low but I were transfer to Lewis - eagle point last Friday.  I have been wait to fill left teeth. | No Action Needed |
| 12/19/2018 | 06:53 | Nursing | Not Required to be Seen | I forgot to tell doctor. I had a allerigery wool blanket. I just wondering, do have a cotton blanket? | No Action Needed |
| 12/19/2018 | 06:48 | Nursing | Not Required to be Seen | Please put emergency case: Mother name- ▇▇▇ ▇▇▇ . Girlfriend name- ▇▇▇ ▇▇▇ | No Action Needed |
| 12/19/2018 | 06:43 | Nursing | Routine | I have been waiting to get a new hearing aid because I can't hear when riot by yard or dorm. It is too dangerous if I get happen that I can't hear when riot so I need protect myself when I use hearing aid | Schedule Appointment |
| 12/14/2018 | 13:45 | Dental | Duplicate HNR | wants filling | Duplicate HSR |
| 12/14/2018 | 13:36 | Dental | Routine | wants fillings | Encounter Held |
| 10/14/2018 | 20:27 | Dental | Routine | I need fillings for my 2 front teeth. They are chipped. | Encounter Held |

▇▇▇▇▇▇▇▇▇▇, deceased, was a 57-year-old Caucasian male.  On 4/2/2020 Mr. ▇▇▇▇▇ was found on his cell floor with an altered mental status.  Nursing responded and contacted the unit medical staff.  He was transferred offsite and returned to ADCRR after medical evaluation and remained in the infirmary unit.  On 4/4/2020 at 1840 hours ▇▇▇▇▇ was found by healthcare staff to have agonal breathing.  According to the note the patient was found "without breaths, heart beat, pupils fixed and dilated, skin cool, blue.  Attempts to give

breaths with ambu bag met with rigor of chin.  AED advised not shock.  CPR continued until 911 arrived and patient transported to the hospital."

Dating back to March 2016, Amber Norris details five "encounters" where his deafness is referenced, if not explicitly noted.  [Norris Dec. at ¶¶ 209, 211, 215, 217, and 221.]  Among these encounters are references to communications conducted in writing [*Id.* at ¶¶ 211 and 221] as well as his request for a specific inmate ASL interpreter to be assigned to him [*Id.* at ¶ 209]. These facts indicate that effective communications were had, and that use of an ASL interpreter may not have been necessary during many of these encounters, particularly depending on the nature and complexity of the encounter.  The final three "encounters" detailed relate to an ICS incident where he was found with an altered mental state in his cell on 4/2/2020 [*Id.* at ¶ 221] and two subsequent nursing rounds in the IPC or infirmary, where he was observed prior to his death on 4/4/2020.  [*Id.* at ¶¶ 223 and 225.]  In such emergent situations, and when an inmate is not responsive, it is medically inappropriate and unnecessary to delay care until the inmate can be connected via videoconference with an ASL interpreter, particularly where writing and physical observation are sufficient to provide care.

███████████     had a past medical history significant for mixed conductive and sensorineural hearing loss, bilateral (disorder), unspecified abdominal hernia without obstruction or gangrene versus bilateral inguinal hernia, without obstruction or gangrene, not specified as recurrent, and onychomycosis, tinea unguium (a fungal infection of the nail, nail fungus).  ███████████ reported to healthcare staff that he had no known drug allergies.

███████████     previously received mental health services but he did not have a SMI designation.  On 5/1/19, Erin Abel, licensed psych associate, mental health services staff, was contacted and responded to an ICS.  According to her note dated 5/1/19:

> Pt (patient, ███████████) was seen during an ICS where Pt refused to cuff up to move to another housing location as his current cell was needed.   Pt is deaf and therefore T(his) W(riter) communicated through writing while on camera for ICS. Pt expressed desire to stay in his cell as he "was here first". Pt was reminded security would utilize necessary use of force to remove Pt if he did not comply.
>
> Pt expressed concern for his property and his sign he has made stating "deaf inmate; special diet." TW assured Pt his property, sign included would follow. Pt began packing up items and eventually cuffed up. Pt was later informed his sign was in poor shape and offered new paper to make his own. Pt was appreciative when receiving lined and plain paper while awaiting housing. Pt denied current SI (suicidal ideation)/HI (homicidal ideation)/SIB (self-injurious behavior)/AVH (auditory visual hallucinations). Pt ultimately moved without further incident and agreed to utilize HNR if needed for further MH needs.

26

████████ was not prescribed any psychotropic medications and he did not submit any HNRs for mental health services.

████████ did not submit any health-related grievances.

Based on my eOMIS record review performed on 7/19/2020, ████████ had submitted 69 HSRs beginning on 7/31/14, with the most recent one on 1/17/2020. The most recent HSR noted the following "████ is indigent status.. requesting vitamin c 100 ct, deep cleansing cream, toe nail..." The record review conducted and the below table clearly demonstrates that ████████ has been able to effectively communicate in writing regarding his healthcare concerns and other issues (e.g., dental pain, hernia pain, a request to healthcare staff for an audiology evaluation, new hearing aids, a cochlear implant, request for flu shot, requests to healthcare staff to review copies of his medical records, hearing aid batteries, Vitamin C, and lubricating lotion) and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 69 of 69)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 01/17/2020 | 08:24 | Nursing | Routine | "████ is indigent status.. requesting vitamin c 100 ct, deep cleansing cream, toe nail..." | Encounter Held |
| 01/02/2020 | 07:43 | Provider | Routine | would like to see provider concerning creams, meds, and diet | Duplicate HSR |
| 12/08/2019 | 18:44 | Other | Not Required to be Seen | Needs hearing aids batteries | No Action Needed |
| 11/29/2019 | 19:54 | Other | Not Required to be Seen | I need CoII come to my 1C-4ou pod 5 room because i am deaf, due noisy everywhere. I'm waiting for doctor appointment to be set up to check my lip upper left side swollen. Needs treatment 1 month. I need 4 HNR forms. Thank you. | No Action Needed |
| 11/10/2019 | 03:57 | Nursing | Routine | HSR: Needs to see medical for ice treatment on nose bleed, bruise face. It happened on Wednesday Oct. 30, 2019 and it swollen worse today. Nose bleed 5th time. ████ is deaf, needs to see nurse at Medical clinic | Encounter Held |
| 10/31/2019 | 15:25 | Nursing | Not Required to be Seen | Requesting flu shot | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 10/24/2019 | 06:02 | Nursing | Routine | HSR: Make Appointment w/Clinical Audigoist (Oct 11, 2019 Friday) for me because SMU I Property did not do property inventory paperwork, has not return hearing aid special treatment device's case box & 2 pack w4 each size 1 batteries to me since Friday Oct 11/2019 Need CO II come get █████ █ out 1-2-21L to Medical Clinical Audiogist appointment | Encounter Held |
| 10/22/2019 | 16:43 | Other | Not Required to be Seen | Inmate requesting name of audiologist. | No Action Needed |
| 10/22/2019 | 14:34 | Other | Not Required to be Seen | Requesting size 13 hearing aid batteries.  May pick up at health unit. | No Action Needed |
| 10/08/2019 | 11:17 | Provider | Routine | When is the hearing aide ready to be picked up. | Request Completed |
| 09/17/2019 | 14:30 | Nursing | Routine | Flu shot request. | Duplicate HSR |
| 09/17/2019 | 14:29 | Nursing | Routine | Renew special diet , and my diet card. | Duplicate HSR |
| 08/19/2019 | 14:54 | Nursing | Routine | Renew special diet | No Action Needed |
| 08/16/2019 | 19:07 | Nursing | Routine | Needs diet liquid 2 milk and resource per day | No Action Needed |
| 08/03/2019 | 11:59 | Other | Not Required to be Seen | INMATE REQUEST HNR: LUBRICATING LOTION | No Action Needed |
| 08/02/2019 | 14:50 | Nursing | Routine | requesting diet expiration date, and requesting renewal of diet/resource and milk supplement TimeStamp: 2 September 2019 07:42:40 --- User: Margaret Orzechowski-Lane (LANMA01) | No Action Needed |
| 07/24/2019 | 14:00 | Nursing | Routine | HSR "HERTIAGE SKIN LOTION REQUESTED. ███████  IS INDGENT STATUS" | Encounter Held |
| 06/26/2019 | 09:55 | Nursing | Duplicate HNR | requesting indigent supplies: antifungal cream and skin lotion | Duplicate HSR |

28

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 05/31/2019 | 15:56 | Nursing | Routine | requesting indigent supplies: antifungal cream and skin lotion | Encounter Held |
| 05/13/2019 | 12:31 | Nursing | Not Required to be Seen | I'm having impaired my hearing aids were misplaced in a move | No Action Needed |
| 05/13/2019 | 08:42 | Nursing | Routine | request best hearing aid. ADOC Charles L. Ryan request HNR for hearing aid | Encounter Held |
| 05/01/2019 | 07:36 | Nursing | Duplicate HNR | need Keefe supplies | No Action Needed |
| 04/30/2019 | 11:01 | Nursing | Not Required to be Seen | requesting 2 major, because Keefe doesn't have listed - indigent | Encounter Held |
| 04/10/2019 | 07:11 | Other | Not Required to be Seen | Inmate requested refill of medication ANTIFUNGAL AND SKIN CREAM | No Action Needed |
| 04/09/2019 | 14:59 | Nursing | Not Required to be Seen | HNR 3/28/19: I am indigent, need percara lotion skin cream for my dry feet & elbows. | No Action Needed |
| 03/02/2019 | 15:33 | Other | Routine | I need Major Antifungal Cream.  I am indigent. | Encounter Held |
| 10/28/2018 | 02:17 | Nursing | Routine | Pt requesting eyeglasses. | Request Completed |
| 08/04/2018 | 12:56 | Nursing | Not Required to be Seen | Requesting to be reissued another ice waiver for 2 weeks | No Action Needed |
| 11/09/2016 | 00:49 | Nursing | Routine | wants to check weight | Encounter Held |
| 10/28/2016 | 00:10 | Other | Not Required to be Seen | diet expired -  diet was discontinued by provider | No Action Needed |
| 10/20/2016 | 00:41 | Nursing | Routine | Requesting to review medical file and issued a new diet card | Encounter Held |
| 10/14/2016 | 02:02 | Nursing | Routine | diet renewal and kitchen clearance Diet was dc'd by provider Kitchen clearance approved | No Action Needed |
| 09/28/2016 | 23:37 | Nursing | Not Required to be Seen | Wants restricted diet with resourced renewed- diet dc'd by provider | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 08/05/2016 | 01:23 | Other | Not Required to be Seen | not receiving resources - informed security | No Action Needed |
| 07/10/2016 | 15:19 | Nursing | Routine | wants lower bunk due to hx of surgical | Encounter Held |
| 06/10/2016 | 14:18 | Nursing | Routine | hearing compliant | Encounter Held |
| 05/04/2016 | 07:18 | Other | Not Required to be Seen | Requesting copy of medical records/refer to medical records | No Action Needed |
| 04/18/2016 | 08:45 | Other | Not Required to be Seen | Needs new hearing aide/provider for referal | No Action Needed |
| 04/05/2016 | 07:29 | Nursing | Not Required to be Seen | Req SNO to not go to GED classes because he can't hear/provider review | No Action Needed |
| 03/03/2016 | 08:16 | Other | Not Required to be Seen | requesting sign language aid | No Action Needed |
| 02/21/2016 | 07:18 | Nursing | Routine | testicle pain | Encounter Held |
| 01/26/2016 | 09:12 | Provider | Routine | Inmate needs information on what the surgical procedure he had done on 1/19 entailed  TimeStamp: 26 January 2016 09:13:00 --- User: Francine Heck (HECFR01) | Administratively Closed |
| 01/23/2016 | 08:29 | Nursing | Routine | I/M requesting ice | No Action Needed |
| 01/03/2016 | 06:45 | Provider | Routine | hernia pain on 12/31/15 | No Action Needed |
| 11/03/2015 | 14:13 | Nursing | Routine | Flu shot requested  TimeStamp: 3 November 2015 14:14:00 --- User: Francine Heck (HECFR01) | Encounter Held |
| 10/19/2015 | 08:04 | Nursing | Routine | DIET | Encounter Held |
| 09/19/2015 | 14:34 | Provider | Routine | IM requesting renewal of diet card, exp 9/2/15 | Administratively Closed |
| 07/02/2015 | 10:56 | Dental | Duplicate HNR | filling. | Duplicate HSR |
| 06/18/2015 | 13:53 | Dental | Duplicate HNR | filling. | Duplicate HSR |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 05/27/2015 | 09:09 | Dental | Duplicate HNR | filling. | Duplicate HSR |
| 05/07/2015 | 11:24 | Medical Records | Routine | wants to review medical records. | Administratively Closed |
| 05/02/2015 | 09:28 | Provider | Not Required to be Seen | Wants results from Audiologist appt yesterday. HCP review. | Administratively Closed |
| 05/01/2015 | 15:32 | Dental | Duplicate HNR | filling | Duplicate HSR |
| 04/14/2015 | 15:27 | Dental | Routine | filling. | Administratively Closed |
| 02/20/2015 | 08:49 | Medical Records | Routine | would like to review medical records | No Action Needed |
| 02/04/2015 | 14:15 | Dental | Duplicate HNR | wants all dental tx done. | Duplicate HSR |
| 01/15/2015 | 08:14 | Medical Records | Not Required to be Seen | wants a foot infection report file | No Action Needed |
| 01/13/2015 | 12:47 | Dental | Routine | scale. | Duplicate HSR |
| 12/17/2014 | 08:37 | Provider | Routine | states per director ryan he is approved for adiologist exam | Administratively Closed |
| 12/05/2014 | 13:21 | Provider | Routine | requesting bilateral cochlear implants | No Action Needed |
| 12/03/2014 | 12:36 | Dental | Routine | wants scale/filling (inmate deaf) | Administratively Closed |
| 11/09/2014 | 09:38 | Nursing | Routine | Interpetuar request. | Encounter Held |
| 10/23/2014 | 07:14 | Medical Records | Routine | review records | No Action Needed |
| 10/22/2014 | 08:40 | Nursing | Routine | requesting flu shot | No Action Needed |
| 10/10/2014 | 13:54 | Provider | Routine | wants his cochlear implant done | No Action Needed |
| 09/03/2014 | 06:59 | Dental | Routine | scale./u-care hnr.12/02/14 seen by dental. | No Action Needed |
| 08/12/2014 | 09:22 | Nursing | Routine | requesting hearing aid with implant | Encounter Held |
| 08/06/2014 | 08:24 | Provider | Routine | requesting provider to order 2 hearing aids with tempered glass from audiologist and requesting to see audiologist for 1 year adjustment. | Administratively Closed |
| 07/31/2014 | 13:47 | Medical Records | Routine | I/M requests to see records , referred to medical records | Administratively Closed |

31

████████████████, 31-year-old Hispanic male with chronic hepatitis C, Nonspecific reaction to tuberculin skin test without active tuberculosis, Dry eye syndrome of unspecified lacrimal gland, priapism (painful prolonged erection of the penis), unspecified and syndrome of inappropriate vasopressin secretion. This patient has a history of outpatient regular mental health contact (services) for Unspecified mood [affective] disorder and does not have a SMI designation.

Of note, Amber Norris documented several encounters which explicitly detail that LanguageLine services were used to provide translation services for the native Spanish speaking inmate [Norris Dec. ¶¶ 236, 240, 248], as well as an instance where ████████ was able to communicate in spoken English [*Id.* at ¶ 244]. Of the instances where no interpreter was needed, it is possible that the medical professional was also proficient in Spanish and therefore did not need a third party to provide interpretation services. Furthermore, two of the encounters she details, a 05/19/19 refusal relating to a chronic care appointment and a 07/29/19 medication evaluation using the Abnormal Involuntary Movement Scale (AIMS) [*Id.* at ¶¶ 230 and 242], are not complex medical encounters and can be effectively completed with simple written prompts or by proficient Spanish speaking providers.

Based on my eOMIS record review performed on 7/19/2020, ████████ had submitted 37 HSRs beginning on 4/17/15, with the most recent one on 5/20/2020. Of note, several were submitted in Spanish and then translated by healthcare or administrative staff. The record review conducted and the below table clearly demonstrates that ████████ has been able to effectively communicate his healthcare concerns or other issues (e.g., vision issues, a request to healthcare staff for new eyeglasses, skin and ear problems, ankle pain status post soccer injury, request for Hepatitis C treatment, change/resume his antidepressant anti-anxiety medications, hearing voices and trouble sleeping, a request to see the unit mental health staff, testicular pain, request for a special protein diet, and additional requests, such as a request for teeth cleaning), and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 37 of 37)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 05/20/2020 | 08:14 | Dental | Duplicate HNR | "In March they x-rayed my teeth. I was only spose to go for teeth clean. They charged me 4.00$. And I still did not get my teeth cleaned. So, I would like to get my teeth cleaned when possible." | Duplicate HSR |
| 04/18/2020 | 15:12 | Nursing | Routine | "I have an emergency, I am very blind... I need to see the eye doctor ASAP... I need an new eye test & glass's" Thank you | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 04/12/2020 | 06:28 | Other | Not Required to be Seen | "La rason por lo cual estoy pidiendo estos lentes es porque los ocupo. Ami se me quebraron en el mes de mayo del mes de Junio del 2019 de ese entonses estoy pidiendo, que me den un remplaso. no estoy pidieno aser una sita"<br><br>Translation: The reason why I am ordering these glasses is because I use them. Ami they broke me in the month of May of the month of June 2019 of that then I am asking, that they give me a replacement. I'm not asking to be an appointment | Pending |
| 03/19/2020 | 11:24 | Provider | Not Required to be Seen | Patient requesting renewal of protein controlled diet. | No Action Needed |
| 03/19/2020 | 11:21 | Medication Refill | Not Required to be Seen | Translation: I have cleared the pains in the testicles if you can do me the favor of sending me the tablets of pastilles for pain | No Action Needed |
| 03/07/2020 | 17:54 | Provider | Routine | Patient requesting renewal of protein controlled diet. | Encounter Held |
| 02/28/2020 | 07:49 | Nursing | Routine | I ███████ asked me to stop giving the drugs for the old and deprecion. and it turns out I stopped the wrong one. I ask you to favor me to stop, take away the medicines you gave me and return the medicine they took from me.<br><br>yo ███████ pedi que me paran de dar los medicamentos para la anciedad y deprecion. y resulta que me paranon la incorrecta. les pido de favor que me paranon, quiten los medicamentos que me dedaron y que me regresen el medicamento que me quitaron | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 02/16/2020 | 06:51 | Dental | Routine | Translated: wants dental cleaning. | Schedule Appointment |
| 01/29/2020 | 08:05 | Nursing | Not Required to be Seen | Attach a moneycopy for my glasses | No Action Needed |
| 01/16/2020 | 09:30 | Dental | Routine | Quiero que ure agon una Linpiesa de. Dientes por favor | Encounter Held |
| 11/16/2019 | 15:01 | Nursing | Not Required to be Seen | Requesting new pair of glasses. | No Action Needed |
| 11/10/2019 | 06:16 | Nursing | Not Required to be Seen | HSR: I put in for an eye check so I can get some glasses its affecting my eye sigth, i need to get checked so i can get glasses Please let me know something thank you | No Action Needed |
| 10/24/2019 | 11:46 | Mental Health | Routine | HSR: Quiero hablar con la sicolay a por favor. Pero si me van a cobrar, no se tomen la molestia de hablarime.<br><br>Google Translation:<br>I want to speak with the psycholay to please. But if they are going to charge me, do not bother to talk to me. | Encounter Held |
| 09/17/2019 | 12:15 | Medication Renewal | Not Required to be Seen | patient requests renewal of ibuprofen expiring 9/20/2019 | No Action Needed |
| 08/02/2019 | 15:07 | Nursing | Not Required to be Seen | I need new glasses | No Action Needed |
| 07/10/2019 | 16:27 | Nursing | Routine | I am having problems in my private parts, emergency | Encounter Held |
| 06/25/2019 | 16:58 | Other | Not Required to be Seen | I need my new glasses, my old ones are broken | Request Completed |
| 05/24/2019 | 12:57 | Nursing | Routine | HSR "QUIERO REPORTAR QUE LOS LENTES QUE ME MANDARIN SE ME OLVIDARON EN EL BANO. LO QUE PIDO NADAMAS ES | Request Completed |

34

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | | QUE ME MANDREN OTROS NADA MAS QUE SEAN DEL MISMO GRADO 52-20-140 COL GREY FADE BEN CE OCUPO OTROS LENTES. " TRANSLATION - REQUESTING REPLACEMENT GLASSES. | |
| 05/07/2019 | 07:57 | Other | Not Required to be Seen | its, been a month since my eye exam , dr. said they should be in - already charged $4 | Request Completed |
| 03/08/2019 | 10:07 | Other | Not Required to be Seen | "On January 5th I put in a HNR and I've been seen but I want to know when I am going to get seen by the eye Doctor.  Don't charge me for this HNR because I've been charges all I want to know is when I'll be seen THank you!" | No Action Needed |
| 12/05/2018 | 11:37 | Nursing | Routine | HNR for work clearance. | Encounter Held |
| 11/04/2018 | 04:20 | Nursing | Routine | Yo tengo la enfermedad del Hepatitis "C" y debo de tener un tratamiento pal Hepatitis y no se me esta dando el tratamiento.  Porque si ya estuviera en las calles y lo estuviera tom ando el tratamiento.... no hablo ingles | Encounter Held |
| 09/23/2018 | 12:35 | Nursing | Routine | I'm hearing voices and is having trouble sleeping.  I'm scared because I can't go back to a GP yard.  I'm in fear for my life.  I was denied 805 process. | Encounter Held |
| 04/20/2018 | 12:10 | Nursing | Routine | My ankle is hurting. I was playing soccer back in 2009 and ever since then its been hurting and it hurts to walk. The pain is an 8/10 | Encounter Held |
| 04/12/2018 | 10:24 | Nursing | Routine | SPANISH TRANSLATION- ANKLE PAIN | Request Completed |
| 03/20/2018 | 08:07 | Other | Routine | Im requesting update on where his glasses will arrive TimeStamp: 20 March 2018 08:11:12 --- User: Liliana | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | | | Dirja (DIRLIO1) | |
| 02/06/2018 | 13:05 | Nursing | Routine | Requesting if glass prescription can be ordered from outside by the family members. | Encounter Held |
| 01/06/2018 | 09:55 | Nursing | Routine | eye exam | Encounter Held |
| 12/09/2017 | 15:36 | Nursing | Routine | IM stating that it feels like a bug is in his ear and it is painful | Encounter Held |
| 02/28/2017 | 17:15 | Nursing | Routine | Problem with lung. | Encounter Held |
| 12/29/2016 | 15:46 | Other | Routine | request frame style #3 | No Action Needed |
| 12/01/2016 | 15:42 | Nursing | Routine | Needs new glasses | No Action Needed |
| 09/28/2016 | 15:22 | Nursing | Routine | wants eyes checked | No Action Needed |
| 06/23/2016 | 05:14 | Nursing | Routine | HNR in Spanish: Issues with facial hair/beard | Administratively Closed |
| 02/06/2016 | 00:43 | Nursing | Routine | vision check | Administratively Closed |
| 12/11/2015 | 18:55 | Dental | Routine | scale | Administratively Closed |
| 04/17/2015 | 00:30 | Nursing | Routine | WATERY EYES, BLINKS LOTS, VISION | Administratively Closed |

███████████████, 60-year-old Hispanic male with a past medical history of acoustic nerve disorder, hypertension, thyroid cancer, chronic obstructive pulmonary disease (COPD), Type 2 diabetes mellitus without complications, gastro-esophageal reflux disease without esophagitis (GERD), Universal ulcerative colitis, non-ST elevation (NSTEMI) myocardial infarction, atherosclerotic heart disease of native coronary artery without angina pectoris (also known as coronary artery disease), status post diverticulitis of large intestine with perforation and abscess without bleeding, status post-acute abdomen, acute ileus (disruption of the propulsive quality of the intestine), constipation, urinary hesitancy due to benign prostatic hypertrophy, asthma, hypothyroidism, unspecified; bronchitis, scrotal varices, and unspecified abdominal hernia without obstruction or gangrene.

Notwithstanding this extensive medical history, Amber Norris details only four encounters where it was not indicated what type of language accommodations were provided for this Spanish speaking inmate: A 6/10/19 nursing assessment for a return from an offsite appointment, a 6/14/19 mid-level provider follow-up, and subsequent Chronic Care Clinic Appointments on 9/14/19 and 5/26/2020. [Norris Dec. at ¶¶ 255, 257, 259 and 261.] If the providers are proficient Spanish-language speakers, there is no need to use a third-party interpreter for such encounters.

This patient previously received mental health services and does not have a SMI designation. He is not currently prescribed any psychotropic medications and has not required mental health services. He has not submitted a HSR to mental health to date.

Based on my eOMIS record review performed on 7/19/2020, ██████ had submitted five HSRs beginning on 11/22/15, with the most recent one on 12/6/19. The record review conducted and the below table clearly demonstrates that ██████ has been able to effectively communicate his healthcare concerns or other issues (e.g., blood in stool, tooth extraction, psychotropic medication refusal, concerns regarding hernia and stomach surgery), and that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 5 of 5)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|-----------------|--------------|--------------------|--------|
| 12/06/2019 | 13:24 | Provider | Routine | "I have been scheduled for surgery on my stomach for a long time now. for some reason every time it gets posponed. I have been told that it might be a hernia, but I'm worried that it might be a tumor. Can you please schedule me for an appointment. I really need to have this removed. Thank you." | Encounter Held |
| 08/07/2019 | 09:40 | Nursing | Routine | asking to be seen for hernia | No Action Needed |
| 09/22/2016 | 22:26 | Nursing | Routine | blood in stool | Encounter Held |
| 03/24/2016 | 12:45 | Dental | Routine | Extraction<br><br>TimeStamp: 24 March 2016 12:46:42 --- User: Gabrielle Rodriguez (RODGA01) | Encounter Held |
| 11/22/2015 | 13:59 | Other | Routine | pt to clinic to sign refusal for am med buspar, venlafaxine | No Action Needed |

██████████████ 927, 43-year-old Hispanic male with a past medical history of diabetes mellitus due to underlying condition with diabetic neuropathy, unspecified; hypertension, hyperlipidemia, enlarged prostate with lower urinary tract symptoms, weak urinary stream due to benign prostatic hypertrophy, low back pain, iron deficiency anemia, foot fungus, and other various issues now resolved.

He has a psychiatric history of unspecified psychosis not due to a substance or known physiological condition, mood disorder, not otherwise specified; and anxiety disorder, unspecified. This patient has a history of outpatient mental health services for acute distress and has an outpatient SMI designation.

Despite this extensive history, Amber Norris details one May 7, 2020 mental health individual counseling session where it indicates that Spanish-language proficient healthcare staff

provided translation services between him and the mental health provider. [Norris Dec. ¶ 276.] She notes that there are six encounters where it was not documented that encounter services were needed, which consist of an 8/5/19 psychiatric evaluation, an 8/19/19 Nursing Sick Call appointment, a 9/6/19 individual mental health counseling session, a 9/18/19 Chronic Care appointment, and two mid-level Mental Health follow-up appointments on 5/5/2020 and 5/19/2020. [*Id.* at ¶¶ 266, 268, 269, 272, 274, and 278.] Given the small number of encounters, it is likely that the providers were staff who were proficient Spanish speakers, and further my review of the notes of the mental health encounters leads to the conclusion that effective communication was had.

In particular, I observed the following 9/21/2019 Nursing Sick Call encounter note, where the nurse recorded that "Pt seen for above HNR speaks English clearly , states he writes in Spanish because he cannot write in English."



was seen by a psychiatric provider on 7/1/2020 and reported the following:

> IM (Inmate) here for med check (psychotropic medication check) via TM (Telemedicine). DOB (date of birth) confirmed. Getting and taking meds. He reports that he is doing better than before the medication was increased.   Mood has improved. Has noticed increased anxiety because of COVID. Wants to know if there is something to take for anxiety. sleep-a little better. still