wakes during the night. appetite-varies from day to day.. Watches TV, reads Bible and goes to REC (recreation) to keep busy.

The following was noted by the psychiatric provider in the brief summary section:

> mood improved.  Increased anxiety due to COVID.  Denies SE (side effects).  sees MH (mental health) staff and this helps.  asks about something for anxiety. explained that Remeron (sedating antidepressant and anti-anxiety medication that is used for sleep enhancing side effects at bedtime) can help sometimes and an increase could be tried. He agrees to try it.

Based on my eOMIS record review performed on 7/19/2020, ██████████ had submitted 104 HSRs beginning on 10/7/14, with the most recent one on 7/14/2020.

By way of example, ██████████ submitted the following detailed HSR on 12/2/19:

> I work in the kitchen, on Friday when it was raining I slipped and fell with the water. My right knee hurts because I landed on it and my left hand and it hurt my left shoulder, my left hip also hurts, left side of my neck also. I have a lot of pain. S.M.I.

Nursing staff assessed Mr. Maldonado that same day.

The record review conducted and the below table clearly demonstrates that ██████████ has been able to effectively communicate his healthcare concerns or other issues (e.g., numerous physical complaints such as headaches, cough, varying medication refill requests, urination issues, gastrointestinal complaints, requests to see nursing staff and/or mental health staff, a request to health staff for a medical pillow, sunscreen, wide brimmed hat, long sleeved shirts to prevent sunburn, skin lubricant, a request to see mental health staff about receiving SMI designation and a television, low bunk requests).  Of note, a few HSRs were submitted in Spanish and then translated by healthcare or administrative staff.  This record review clearly demonstrates that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 104 of 104)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 07/14/2020 | 14:23 | Medication Refill | Not Required to be Seen | I need reorder: mi-acid gas, acetaminophen, absorbase ointment | Schedule Appointment |
| 07/04/2020 | 07:41 | Nursing | Not Required to be Seen | On 06/15/20 the doctor prescribed me the Nasal spray and I never got it. On 06/21/20 I wrote an HNR to ask for my spray they told me that in 2 or 3 days I was going to get it. today | Request Completed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | | 07/02/20 and still haven't got it what is happening I need to know . thank you | |
| 07/02/2020 | 08:56 | Medication Refill | Not Required to be Seen | requesting refill for montelukast | No Action Needed |
| 06/22/2020 | 09:27 | Nursing | Not Required to be Seen | on 6/15 the doctor prescribed me cromolyn sodium nasal solution on USP and I never got it. | No Action Needed |
| 06/14/2020 | 13:20 | Medication Renewal | Not Required to be Seen | requesting renewal of acetaminophen, cromolyn nasal spray, absorbase ointment | No Action Needed |
| 06/14/2020 | 13:17 | Medication Refill | Not Required to be Seen | requesting refill of mi acid gas | No Action Needed |
| 06/10/2020 | 09:21 | Medication Refill | Not Required to be Seen | requesting refill of acetaminophen, cromolyn nasal spray, absorbase ointment | Schedule Appointment |
| 06/04/2020 | 18:26 | Medication Renewal | Not Required to be Seen | On 05/22/2020 I sent an HNR asking for my meds and I never received them I need my meds. Lisinopril 40mg Montelukast 10mg | Encounter Held |
| 05/27/2020 | 09:30 | Nursing | Routine | I have a problem. I need to talk to Mental Health. Emergency. Thank you. Refill Lisinopril and Montelukast. | Encounter Held |
| 05/22/2020 | 07:58 | Nursing | Routine | I have a problem, I need to talk to Mental Health, or nurses now! Emergency | No Action Needed |
| 05/18/2020 | 23:55 | Medication Renewal | Not Required to be Seen | MED RENEWAL NORVASC AND SIMETHICONE | No Action Needed |
| 05/15/2020 | 11:07 | Medication Refill | Not Required to be Seen | requesting a refill for amlodipine & simethicone | No Action Needed |
| 05/11/2020 | 23:34 | Medication Refill | Not Required to be Seen | MED REFILL ABSORBASE, CROMOLYN NS AND APAP | No Action Needed |
| 05/01/2020 | 07:50 | Nursing | Routine | I need t speak to a provider | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | | about my meds | |
| 04/20/2020 | 19:38 | Medication Refill | Not Required to be Seen | Reorder: Lisinopril 40mg, Tamsulosin 0.4mg, Amlodipine 5mg | Pending |
| 04/09/2020 | 12:17 | Medication Refill | Not Required to be Seen | Reorder - Acetaminophen, 325 mg Reorder - Sodium nasal spray Reorder - Medical skin cream | Request Completed |
| 04/09/2020 | 06:48 | Nursing | Not Required to be Seen | I recibed my results from the lab. I have bacteria on my urine, I need to see the doctor | No Action Needed |
| 03/30/2020 | 09:04 | Nursing | Routine | reorder: Montelukast 10mg, Terozasin 2 mg | No Action Needed |
| 03/30/2020 | 09:02 | Nursing | Routine | need refills on amylodipine,lisinorpil | No Action Needed |
| 03/24/2020 | 09:51 | Medication Refill | Not Required to be Seen | Was wondering what is going on with my meds that I haven't gotten yet. Metformin | Request Completed |
| 03/16/2020 | 08:43 | Nursing | Not Required to be Seen | On 3/3/20 the doctor ordered some insoles size 10 and was wondering when I would be getting them. Thank you for your time. | No Action Needed |
| 03/12/2020 | 08:43 | Medication Refill | Not Required to be Seen | REFILL METFORMIN | No Action Needed |
| 03/06/2020 | 08:30 | Nursing | Routine | I WOULD LIKE TO REQUEST FOR MEDICAL PILLOW BECAUSE I HAVE 1ST DEGREE BURN ON MY LEFT EAR AND IT HURT WHEN I PUT PRESSURE | Encounter Held |
| 02/24/2020 | 13:39 | Nursing | Routine | I need to talk to the MH provider about my medications | Encounter Held |
| 02/24/2020 | 11:59 | Medication Refill | Not Required to be Seen | HNR requesting refill of Tylenol. | No Action Needed |
| 02/24/2020 | 10:06 | Nursing | Routine | I have a large prostate, I take my medications and I still have problems with urination | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 02/21/2020 | 06:37 | Nursing | Not Required to be Seen | prostate | No Action Needed |
| 02/20/2020 | 00:55 | Nursing | Routine | c/o stomach relief problems | Encounter Held |
| 02/13/2020 | 20:44 | Medication Renewal | Not Required to be Seen | requesting Montelukast to be renewed. | No Action Needed |
| 02/07/2020 | 07:39 | Mental Health | Routine | "I need to talk to mental health provider about my medications.." | Encounter Held |
| 01/24/2020 | 06:40 | Mental Health | Routine | "I need to talk to mental health provider about SMI. TV. " | Encounter Held |
| 01/18/2020 | 13:11 | Provider | Routine | Translation: I need to be seen for my diet. | No Action Needed |
| 12/02/2019 | 07:55 | Nursing | Routine | I work in the kitchen, on Friday when it was raining I slipped and fell with the water. My right knee hurts because I landed on it and my left hand and it hurt my left shoulder, my left hip also hurts, left side of my neck also. I have a lot of pain. S.M.I. | Encounter Held |
| 11/23/2019 | 07:15 | Medication Renewal | Not Required to be Seen | " I need a refill of my Lisinopril 40 mg tablet they don't expire til 08-01-20 I've put 3 HNR asking for a refill please see me as soon as possible" | No Action Needed |
| 10/29/2019 | 08:14 | Medication Renewal | Not Required to be Seen | My medication expired and I need it renewed Tylenol 325 mg SMI | No Action Needed |
| 10/26/2019 | 07:20 | Medication Refill | Not Required to be Seen | refill Tylenol 325mg | No Action Needed |
| 10/15/2019 | 10:24 | Medication Renewal | Not Required to be Seen | Terazosin 2mg refill. | No Action Needed |
| 10/15/2019 | 07:09 | Nursing | Routine | Trabajo en la cocina y tengo tos y sale mucha agua por mi nariz, y el C.O, me dijo que fuera al medico. ( I work in the kitchen and I | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | | | have a cough and a lot of water comes out of my nose and the C.O told me to go to medical. ) | |
| 10/11/2019 | 07:20 | Medication Refill | Not Required to be Seen | Query re status of KOP med terazosin Pt writes that he needs them and is not getting them | No Action Needed |
| 10/02/2019 | 08:19 | Nursing | Routine | I need to talk to someone about my diet please. Thank you SMI-N/C | No Action Needed |
| 09/21/2019 | 07:09 | Medication Refill | Not Required to be Seen | refill apap 325 mg | No Action Needed |
| 09/21/2019 | 07:08 | Nursing | Routine | " Necesito una pomade para los pies por que tengo rasquera entre medio de los dedos S.M.I" | Encounter Held |
| 08/26/2019 | 08:37 | Medication Renewal | Not Required to be Seen | I take pills to help me urinate they have not came lately by KOP They are called Tamsulosin HcL 0.4 mg. Im having problems urinating I want to know if the pill expired or something.  I.M. S.M.I. N/C | No Action Needed |
| 08/19/2019 | 06:47 | Nursing | Routine | The past Wedsday something bite me while I was in the shower I have a hard ball and it hurts when I touch it. I want to know what it is and see what you guys can do for me. I'm SMI NC | Encounter Held |
| 08/10/2019 | 07:33 | Medication Refill | Not Required to be Seen | I need to refill my medication Tylenol 325 mg | No Action Needed |
| 07/25/2019 | 07:28 | Nursing | Routine | (HNR written in Spanish) Pt writes that the provider told him they ordered a cream for fungus on toes and that he has not received this | Encounter Held |
| 07/25/2019 | 07:27 | Medication Refill | Not Required to be Seen | refill metformin | No Action Needed |
| 07/25/2019 | 07:26 | Nursing | Routine | (HNR written in Spanish) Pt request to speak to MH doctor about medications | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 06/20/2019 | 07:30 | Nursing | Routine | Pt reports right eye painful and irritating x 2 days | Encounter Held |
| 06/11/2019 | 18:57 | Medication Refill | Not Required to be Seen | "I need a refill Tylenol 325mg" | No Action Needed |
| 05/24/2019 | 07:23 | Other | Not Required to be Seen | Pt states he never received SNOs for wide brim hat and long sleeve shirt that were prescribed per provider | No Action Needed |
| 05/19/2019 | 10:14 | Nursing | Not Required to be Seen | I need to be medically cleared to work in the kitchen | Encounter Held |
| 05/14/2019 | 12:04 | Nursing | Not Required to be Seen | I came from Yuma complex.  I had some medical footwear but when I received my property here they told me they didn't come with me I want to know if I can get some here. (shoes issued 12/20/18) | No Action Needed |
| 05/14/2019 | 12:01 | Nursing | Routine | I have burn scar tissue and im suppose to get long sleeve shirt, sun screen and a wide brim hat im trying to get evaluated so I can receive that or this yard because I'm trying to get evaluated so I can receive that on this yard because I just got here a week ago. | Encounter Held |
| 05/11/2019 | 07:32 | Provider | Routine | " I need to transfer my diet card from Tuscon Complex to Florence Complex please and thank you" | Request Completed |
| 05/06/2019 | 10:08 | Medication Refill | Not Required to be Seen | HNR REFILL TYLENOL | No Action Needed |
| 04/01/2019 | 18:25 | Medication Refill | Routine | Tylenol refill | No Action Needed |
| 02/28/2019 | 12:02 | Nursing | Routine | wants to see the doctor | Encounter Held |
| 02/11/2019 | 17:27 | Nursing | Routine | Would like to speak to mental health | Encounter Held |
| 02/11/2019 | 17:24 | Nursing | Routine | Would like to speak with the provider to continue BP/FSBS checks and check A1C | Encounter Held |
| 02/11/2019 | 17:24 | Nursing | Routine | Tylenol renewal | No Action |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | | | | Needed |
| 01/06/2019 | 17:02 | Medication Renewal | Not Required to be Seen | Tylenol renewal | No Action Needed |
| 01/03/2019 | 16:03 | Nursing | Routine | "NEED TO SPEAK WITH THE PROVIDER ABOUT MY DIABETES AND MY HIGH BLOOD PRESSURE." | Encounter Held |
| 01/03/2019 | 16:01 | Nursing | Routine | "NEED TO SEE THE PSYCH PROVIDER TO DISCUSS MY MEDS. THEY ARE NOT HELPING." | Encounter Held |
| 12/14/2018 | 17:57 | Other | Not Required to be Seen | REQUESTING STATUS OF MEDICAL SHOES. | No Action Needed |
| 12/03/2018 | 17:32 | Nursing | Routine | Would like tylenol from Keefe | No Action Needed |
| 11/26/2018 | 18:40 | Nursing | Routine | I've been taking Tylenol for headaches and ran out. | No Action Needed |
| 11/16/2018 | 18:42 | Medication Refill | Not Required to be Seen | Requesting Albuterol refill - has refills available and 1 was requested. | No Action Needed |
| 11/16/2018 | 18:18 | Nursing | Routine | c/o Tylenol not helping enough with pain. | No Action Needed |
| 10/30/2018 | 06:49 | Nursing | Routine | IM REQUESTING LOTION FOR HIS SKIN | No Action Needed |
| 10/25/2018 | 15:48 | Nursing | Routine | "I NEED A NEW PRESCRIPTION OF TYLENOL BECAUSE MY HEADACE WONT STOP. WANT TO SEE THE PROVIDER SO HE/SHE PRESCRIBS ME THE PILLS AGAIN." | Encounter Held |
| 10/14/2018 | 18:20 | Nursing | Routine | F/U Seen by Dr.; given 3 day lay-in but not meds.  Coughing a lot, loosing my breath, and I feel like choking. | Encounter Held |
| 10/14/2018 | 18:12 | Nursing | Not Required to be Seen | Refill albuterol inhaler. | No Action Needed |
| 10/12/2018 | 17:56 | Nursing | Routine | "I HAVE HEADACHES AND WANT SOME TYLENOL. NEED A REFILL." | Encounter Held |
| 09/27/2018 | 18:16 | Medication | Not | REFILL TYLENOL 325MG | No Action |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | Refill | Required to be Seen | | Needed |
| 08/28/2018 | 16:37 | Nursing | Routine | "I've been sneezing & coughing a lot for the past 2 days. I have also been vomiting thru-out the day, and I've been with headaches as well." | Encounter Held |
| 08/24/2018 | 18:42 | Nursing | Routine | Reports problem urinating. "sometimes it feel like I need to urinate but I cant." | Encounter Held |
| 08/21/2018 | 15:16 | Nursing | Routine | Wants to review SNO's. Wants to discuss Long Sleeve Shirt, Sunscreen, and Wide Brim Hat. States he has not received these items. | No Action Needed |
| 07/28/2018 | 17:07 | Medication Refill | Not Required to be Seen | Refill Acetaminophen 325mg. | No Action Needed |
| 06/17/2018 | 17:44 | Nursing | Routine | I WAS SHOWERING AND SOMETHING BIT ME MY ARM IT'S GETTING BIGGER. | Encounter Held |
| 06/13/2018 | 17:01 | Nursing | Routine | headaches | Encounter Held |
| 05/25/2018 | 16:30 | Nursing | Routine | requesting Tylenol for headache | Encounter Held |
| 05/20/2018 | 11:03 | Nursing | Routine | "this is my third HNR I put, I have really bad headache." | Encounter Held |
| 05/14/2018 | 15:01 | Nursing | Routine | headaches | Encounter Held |
| 04/30/2018 | 11:25 | Nursing | Routine | R shoulder pain; wants to renew sno forms | Encounter Held |
| 04/02/2018 | 15:07 | Nursing | Routine | I work with the K-9 and I got hurt at the job a dog tried to run away and hurt my leg bad when I tried to get the dog. It hurt to walk I am in a lot of pain. | Encounter Held |
| 02/28/2018 | 07:06 | Nursing | Routine | "I have pins and needles feelings in the bottom of my feet and hands too | Encounter Held |
| 01/10/2018 | 08:48 | Nursing | Routine | Coughing | Encounter Held |
| 09/20/2017 | 09:39 | Nursing | Routine | I need sunblock for my arm | Encounter Held |
| 07/25/2017 | 08:58 | Nursing | Routine | Wants Lower bunk waiver due to Diabetes | No Action Needed |
| 07/24/2017 | 08:46 | Nursing | Routine | Sun Block Cream | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 07/02/2017 | 10:21 | Nursing | Routine | Pt has cough and has tried "every kind of medicine from the store, but they don't seem to work. I cough all day and all night long." Would like to see provider. | Encounter Held |
| 05/24/2017 | 10:31 | Nursing | Routine | Would like long sleeve shirt | No Action Needed |
| 05/12/2017 | 21:01 | Mental Health | Not Required to be Seen | wants to talk to mental health Doc | No Action Needed |
| 05/11/2017 | 14:50 | Mental Health | Not Required to be Seen | Wants long sleeve tshirts and sunscreen | No Action Needed |
| 03/09/2017 | 10:46 | Dental | Routine | EXTRACTION | Encounter Held |
| 01/10/2017 | 00:30 | Nursing | Routine | Go over Medications | Encounter Held |
| 11/23/2016 | 08:01 | Nursing | Routine | I/M is diabetic, C/O of feet feeling like needles when he walks. | Encounter Held |
| 07/15/2016 | 16:38 | Nursing | Routine | WANTS MEDICAL SHOES | Encounter Held |
| 01/10/2016 | 12:21 | Dental | Routine | tooth pulled | Encounter Held |
| 10/22/2015 | 19:37 | Provider | Routine | IBU renewal | Administratively Closed |
| 09/03/2015 | 15:02 | Medication Renewal | Not Required to be Seen | atenolol and ASA renewals | No Action Needed |
| 04/08/2015 | 14:16 | Nursing | Routine | Foot fungus | Administratively Closed |
| 10/07/2014 | 11:58 | Nursing | Routine | pt c/o foot fungus | Encounter Held |

██████████████, 36-year-old Hispanic male with a past medical history of abdominal pain, painful urination, skin rash, hemorrhoids, and left shoulder pain, but no diagnosed chronic medical illnesses/diseases. This patient has no history of mental health services and does not have a SMI designation.

Amber Norris details two walk-in nursing sick call encounters where Spanish-language proficient health services personnel were used to provide translation services. [Norris Dec. at ¶¶ 293 and 295.] Further, she notes only four encounters with the same mid-level provider, where interpretation services were not marked as necessary. [*Id.* at ¶¶ 297, 299, 301 and 303.] It is probable that this provider is Spanish-language proficient and therefore would not require a translator for effective communication.

Based on my eOMIS record review performed on 7/19/2020 ████████ submitted 12 HSRs beginning on 7/3/18, with the most recent one on 7/12/2020.

The record review conducted and the below table clearly demonstrates that ████████ ████ has been able to effectively communicate his healthcare concerns or other issues (e.g., left knee pain, eye pain, flu symptoms, stomach complaints, lab results, request for COVID-19 testing, several requests for timeframe, dates, status clarification re: specialty GI consultation, possible skin allergic reaction, and a request for a physical exam). Of note, a majority of the HSRs were submitted in Spanish and then translated by healthcare or administrative staff. This record review clearly demonstrates that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 12 of 12)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 07/12/2020 | 11:23 | Nursing | Routine | HNR - "Nesesito que me agan un examen fisico general" | Encounter Held |
| 07/12/2020 | 11:19 | Nursing | Routine | HNR-"Nesesito Saber cuando me llebaran al doctor por la cita que tenia programada desde fecrero por el problema que tengo en my estomago porque no quiere que se me conplique mas de lo que yo lo tengo" | Encounter Held |
| 06/04/2020 | 06:53 | Nursing | Not Required to be Seen | HNR - " nesisito que me agan el tex del Cobi19 por que e esTado en conTarTo con personas que andado POsitivo y a parTe de eso an meTido personas del edificio 8 si es possible acer mela al Jueves 3 de Junio pero no esToy de acuerdo que me muevan al ollo en dacona por que a los del Biulden 7 se las asen las pruebas hay mismo" | No Action Needed |
| 04/23/2020 | 07:00 | Nursing | Routine | HNR "Quiero saber cuanto tiempo tendgo que esperar para que aprueben la cita del doctor de la clinica que dijo que iba a esperar unas semanas y lla se ban allegar el dia 2 de mayo 3 meses." | No Action Needed |
| 04/23/2020 | 06:32 | Nursing | Routine | HNR- " Tengo un dolor en el hojo izquierdo de ace cuatro dias ino se quita nececito ver al doctor de la vista cuanto antes x de una ves un chequeo en jeneral en los dos hojos por que de pronto meyoran mucho y seme cansa lavista y antes que medigan estoy Tomando mucha agua Gracias" | Encounter Held |
| 01/17/2020 | 07:17 | Nursing | Emergent | ' " emergency . I have bad reaction to the midgen that was giving to me red rashes or red bumps al over my | No Action Needed |

48

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | | body . thank you red bumps on my groin " | |
| 01/09/2020 | 08:18 | Nursing | Emergent | HNR  flu like symptoms, pain | No Action Needed |
| 12/24/2019 | 09:38 | Nursing | Routine | HNR: Inmate submitted HNR in Spanish translated as: "c/o stomach problem" | No Action Needed |
| 05/22/2019 | 09:45 | Other | Not Required to be Seen | HNR SIGO CON LOS MISMOS SINTOMAS DEL ARDOR DEL ESTOMAGO EINCHASON, ME ANTRAIDO EN PURAS BUELTAS Y MENTIRAS PARA SOLUCIONAR | No Action Needed |
| 05/07/2019 | 08:00 | Other | Not Required to be Seen | HNR WRITTEN IN SPANISH- THE REASON I'M WRITING AGAIN IS BECAUSE I'VE BEEN HAVING THE SAME PROBLEMS AND THE MEDICATION HAS NOT BEEN WORKING LIKE IT SHOULD | No Action Needed |
| 04/17/2019 | 10:55 | Nursing | Not Required to be Seen | HNR meti el dia 10/4/19 otro HNR para saber de los analisis que me hicieron y para decirles que el antacid que compre no funciono cigo con el estomago inchado y irritado todavia a la mejor necesito tratamientol que me quite lo que traigo<br><br>TRANSLATION:<br>I put in an HNR on 10/04/19 to find out the results of the lab that was recently done and to tell you that the medicine for antacids that I bought is not working. My stomach is still swollen and irritated and I think I need some kind of treatment to take what I have away | No Action Needed |
| 07/03/2018 | 07:30 | Nursing | Routine | HNR LFT KNEE PAIN/REQ BRACE/NAPROXEN/INSOLES | No Action Needed |

▮▮▮▮▮▮▮▮▮▮▮▮, 52-year-old transgender (trans female) Hispanic female with past medical history of Hepatitis C, allergic rhinitis, constipation, hypothyroidism, hyperlipidemia, status post/history of bilateral orchiectomy, allergic dermatitis, candidiasis, low back pain, pyogenic granuloma (non-malignant cancerous vascular mouth tumor), dental caries (cavities), history of a nonspecific reaction to tuberculin skin test without active tuberculosis.

This patient has past psychiatric diagnoses of GD (gender dysphoria, formerly known as gender identity disorder), Unspecified mood [affective] disorder, combination/combined drug dependence, and schizophrenia.  This patient reported no history of known medication/drug

49

allergies. This patient has a mental health designation, Outpatient-Specialized MH Program, for GD, but does not have a SMI designation.

Despite this extensive history, Amber Norris details only five "encounters" where Spanish-language translation services were provided. [Norris Dec. ¶¶ 307, 309, 311, 313, and 315.] Of these, the first two were with the same Psych Associate who this inmate recognized as speaking Spanish, but takes issue with the provider's level of proficiency. [*Id.* at ¶¶ 307 and 309, ███████ Dec. at ¶¶ 7-8.] The third was an encounter with a mid-level provider, where a Spanish-language proficient nurse was present and provided translation services [Norris Dec. at ¶ 311, ███████ Dec. at ¶9]. In the fifth, this inmate did not want to wait for use of the LanguageLine, but admitted that effective communication was held in simple English. [Norris Dec. at ¶ 315, ███████ Dec. at ¶ 12.] The fourth encounter was a 1/13/2020 Group Counseling encounter where no interpreter was identified as being present. [Norris Dec. at ¶ 313.] Depending on the group dynamics, it may not be appropriate to have a translator present, which can frustrate and interfere with the therapeutic benefit to English speaking members of the group. However, the appropriate course of action was undertaken by Arizona providers, as stated by this inmate through the creation of a Spanish-language group. [ ███████ Dec. at ¶ 11.] I further understand that the Court has determined that group counseling sessions do not count as "encounters" and that group counseling sessions may have been limited to mitigate the potential for spread of COVID-19 in ADCRR facilities.

Based on my eOMIS record review performed on 7/19/2020, ███████████████ had submitted 133 HSRs beginning on 10/27/14, with the most recent one on 10/2/19. The record review conducted and the below table clearly demonstrates that ███████████ has been able to effectively communicate healthcare concerns or other issues (e.g., renewals, increases, or adjustments to estrogen/feminizing hormones, requests to be re-evaluated by endocrinology for hormone treatment and dose increases, suicidal thoughts and suicide monitoring when hormones held/not prescribed, sports bra due to breast growth, HIV testing, flu symptoms, nail clippers, lab testing, headaches/migraines, dental requests, mouth lesion causing distress, glasses, request for Dove soap, request for physical examination, possible allergy to Dove soap, requests for KOP (keep on person) medications, back pain, and request for a back brace). This record review clearly demonstrates that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 133 of 133)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 10/02/2019 | 12:14 | Nursing | Routine | back pain-wants a brace | Encounter Held |
| 09/13/2019 | 09:02 | Nursing | Routine | Estrogen concerns | No Action Needed |
| 09/03/2019 | 17:01 | Nursing | Routine | HSN: Reports Flu with cough and difficulty breathing | Encounter Held |
| 03/29/2019 | 06:37 | Provider | Routine | "I'm submitted this ( HNR) because on a week ago Nurs stop given to me One of my fermenizin treatment- Nurs tell me that med get expire | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | | | I'm still need see the provider for renewed that treatement med" | |
| 01/05/2019 | 08:33 | Nursing | Not Required to be Seen | I need to use the nail clippers | No Action Needed |
| 11/24/2018 | 11:01 | Nursing | Routine | I have been having dysphonia because my medication is not working for me, I need to see endocrinology | Schedule Appointment |
| 10/31/2018 | 16:31 | Nursing | Not Required to be Seen | need HIV drawn again, ate peanut butter that might have had blood in it | No Action Needed |
| 09/27/2018 | 14:45 | Nursing | Routine | infected middle finger | Encounter Held |
| 07/16/2018 | 14:30 | Nursing | Routine | "I'm here submitting HNR I'm had a pendiente consult endocrinology attention Dr. Hsu Dr about hormones all treatment feminizing hormones exchange for treatment on injection I'm on Lewis still and doctor from never what to trying help me I'm hope here-yes because three year on pills and not work." | Encounter Held |
| 07/16/2018 | 07:30 | Nursing | Routine | "I'm submitted (HNR) because I'm still need all general blood testing I'm still ask because I'm really need to know how my health was because one nurse from the ASPC Lewis Unit medical corizon doing treat to my health to put me on hight bad risks for my health at the date 4/11/18" | Encounter Held |
| 07/16/2018 | 07:29 | Nursing | Routine | "I's submitted this HNR because I'm need to know what treatment med I'm get on injected at the date 4/11/18 time when I was on the Buckeye hospital that treatment is supposed for the anxiete but I remember I'm get injected with twos and fill up bigs and fads syringes I'm still worry for all my health is because after I'm get | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | | injected I'm hear CO II Willin COII Monte on conversations to said im already get injected a virus for I'm start get to advance TB together on bad damages to my lungs and my liver, to I'm start damages on a short time." | |
| 06/19/2018 | 09:15 | Medication Refill | Not Required to be Seen | "Doctor consult. I'm submitting this HNR because I'm still on continued that some medical issue on strong migraines that is why I'm on the prescription for that treatment Excedrin now was under expired I'm still be with migraines all that time that is why I'm get prescriptions on the pass before twos times from thems Doctor's one on the unit Buckley second doctor unit PHX then ward now to see the doctor here for this some issue." | No Action Needed |
| 06/15/2018 | 18:20 | Other | Not Required to be Seen | I need glasses | No Action Needed |
| 05/29/2018 | 00:29 | Nursing | Routine | Im taking endocrinology feminizing hormons GID treatment med. But its not working for me! I've been taking this pills for 3 years and it ha snot done nothing for me. nothing has changed. or my body has not changed at all. So I need a increase or other medication that will work for me Please! Thank you. | Encounter Held |
| 05/27/2018 | 00:40 | Nursing | Routine | "I need a dental clean also I have infection in my bottom gums. When I was at Suicide Watch I didn't brush my teeth for 4 months. So my gums hurt me real bad. Thank you." | Encounter Held |
| 05/27/2018 | 00:20 | Nursing | Routine | "I need blood check up for everything please. A whole body exam. Because I have never got a full check up. So I need to get when Please I | No Action Needed |

52

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | | need a full fiscal exam. Because I'm Transgender. Thank you!" | |
| 05/27/2018 | 00:02 | Nursing | Routine | ""I'm taking Endocrinology Femenizing Hormos 'GID' treatment Med. But its not working for me because its pills that I'm taking. I would the shots or I would prefer the shots over the pills Thank you!" | No Action Needed |
| 05/17/2018 | 12:08 | Nursing | Routine | 'Estradiol needs renewed" | No Action Needed |
| 05/14/2018 | 14:01 | Provider | Not Required to be Seen | HNR- WOULD LIKE TO DISCUSS HORMONE THERAPY, TREATMENT TAKEN IS NOT WORKING | Encounter Held |
| 04/22/2018 | 14:54 | Nursing | Not Required to be Seen | "This is for another consult doctor for endocrinology hormone feminizing treatment meds for exchange on injections hormones" | No Action Needed |
| 04/22/2018 | 10:34 | Other | Not Required to be Seen | "This is for HNR for blood HIV.  Please testing soon Possible" | Encounter Held |
| 04/18/2018 | 08:06 | Nursing | Not Required to be Seen | Inmate ▮▮▮▮▮▮ has not been receiving meds as prescribed. Suffering from depression. I need my medication for female hormone from pill call/ Medical. | No Action Needed |
| 04/10/2018 | 08:01 | Other | Duplicate HNR | "I'm submitted HNR to the provider can given to me endorerinology attention because that (G.I.D) feminizing hormos strogen don't not work on me.  I'm be taken that treatment meds from the long at the time 2 1/2 yeas.  I'm still some I'm need appointment for another attention from the doc HSU.DU' | Schedule Appointment |
| 04/10/2018 | 07:55 | Other | Not Required to be Seen | "I'm need to start recived theses prescriptions soap I'm had to still using because I'm had the allergys. I'm coming from Buckley last week pleacedend in me theses | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | | soaps." | |
| 01/25/2018 | 16:52 | Nursing | Routine | ICS reponse, patient is concerned about the amount of bleeding that he has done from his surgical spot performed on 1/17/2018 | Schedule Appointment |
| 01/09/2018 | 08:16 | Nursing | Routine | WANTED TO LET YOU KNNOW ABOUT ALLERGY TO DOVE SOAP AND NEED KOPS OF ALLERGY MEDS | No Action Needed |
| 01/06/2018 | 12:21 | Medication Refill | Not Required to be Seen | Requesting refill for Cetrizine 10mg | No Action Needed |
| 01/06/2018 | 12:19 | Medication Refill | Not Required to be Seen | Requesting refill APAP-ASA-CAFF | No Action Needed |
| 12/15/2017 | 14:16 | Other | Not Required to be Seen | FHA - I'm submitting this HNR because I have an issue with medical Corizon with this doctor, medical unit - Rast. I am still fell on gender identify mental disorder all very bad, seriously idealations, ideas about suicide. All this has happened to me like that because that doctor on my last attention he has given me. He taken me out for my GID feminizing hormones estrogen treatment. Please I still need to continue the estrogen medications. I'm two months out of that treatment. 12-11-17. | No Action Needed |
| 12/14/2017 | 19:30 | Nursing | Not Required to be Seen | To the doctor, Corizon, Rast Unit. Doc, I submitted that HNR because the reason I am on the suicide watch is because you have taken away my treatment of Estrogen. This is some kind of error you are doing to me. I am now have had GID mental disorder. I need the Estrogen back as soon as possible. | No Action Needed |
| 12/09/2017 | 08:20 | Nursing | Not Required | Requesting Feminizing treatment of Estrogen | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| | | | to be Seen | hormones that the IM states has been taken away from him. IM states that a medical provider took them when his transformation is incomplete. IM states that is why he is on Mental health watch. | |
| 11/21/2017 | 10:43 | Nursing | Routine | Requesting Dove soap | Pending |
| 10/10/2017 | 10:06 | Provider | Not Required to be Seen | I am requesting to go off to see the endocrinologist to enhance my hormone therapy | Encounter Held |
| 07/22/2017 | 13:08 | Nursing | Routine | boil to left thigh under buttock | Encounter Held |
| 07/11/2017 | 13:24 | Nursing | Routine | Pimple on left upper thigh | Encounter Held |
| 07/04/2017 | 11:04 | Nursing | Not Required to be Seen | HNR requesting Cetirizine to be renewed. | No Action Needed |
| 05/04/2017 | 09:25 | Provider | Routine | Requesting hormone injection | Encounter Held |
| 04/25/2017 | 08:21 | Nursing | Urgent | On the left side on my bottom jaw along my gum line a piece of skin came loose and is just hanging there it is causing me dire pain for the last 2 weeks. In the last week I have barely been able to eat anything with out having excruciating pain. | Encounter Held |
| 03/09/2017 | 14:39 | Provider | Routine | Requesting General Physical Exam | Encounter Held |
| 02/07/2017 | 14:21 | Medication Refill | Routine | cetirizine -processed to pharmacy | No Action Needed |
| 01/18/2017 | 15:11 | Nursing | Routine | follow up on lab work I have not had them done yet | Encounter Held |
| 01/16/2017 | 12:47 | Medication Refill | Routine | allergy pill- please see pill pass medication is watch swallow. | No Action Needed |
| 01/16/2017 | 12:46 | Medication Refill | Routine | kenalog cr- processed to pharmacy | No Action Needed |
| 01/16/2017 | 12:42 | Medication Refill | Routine | monolukst- processed to pharmacy | No Action Needed |
| 01/10/2017 | 10:36 | Nursing | Routine | I am sending this due to the prescription for dive soap and have not recieved it | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 01/01/2017 | 16:19 | Medication Refill | Routine | renewal of cetirizine | No Action Needed |
| 01/01/2017 | 16:07 | Medication Renewal | Routine | requesting medication renewal of estradiol 2mg | No Action Needed |
| 12/27/2016 | 11:59 | Medication Refill | Not Required to be Seen | Estrace Processed to Pharmacy | No Action Needed |
| 11/30/2016 | 12:43 | Nursing | Routine | 2C-24 - Wants labs/follow-up consult with Endocrinology, wants injections not pills | Encounter Held |
| 11/03/2016 | 16:24 | Medication Refill | Not Required to be Seen | ESTRADIOL PROCESSED TO PHARMACY | No Action Needed |
| 10/15/2016 | 10:51 | Medication Refill | Routine | **Estrogen** - Processed to Pharmacy | No Action Needed |
| 10/14/2016 | 13:52 | Nursing | Routine | 2C-24 - Severe allergies, red spots on skin, pills don't work, cream expired | Encounter Held |
| 10/14/2016 | 11:57 | Medication Refill | Not Required to be Seen | REFILL KOP ESTRADIOL ; FINASTERIDE ; I WAIT MUCH DAYS. | No Action Needed |
| 10/11/2016 | 17:50 | Nursing | Routine | 3A308L wants to know when he will get his bra | Encounter Held |
| 10/07/2016 | 10:56 | Medication Renewal | Not Required to be Seen | TRIAMCINOLONE CR RENEWAL | No Action Needed |
| 09/29/2016 | 11:47 | Medication Refill | Not Required to be Seen | PLEASE SEND ME TRIAMCINOLONE ASAP | No Action Needed |
| 09/23/2016 | 13:54 | Nursing | Routine | 3A-308 - Chronic itching/rashes/redness, looks like infection on penis | Encounter Held |
| 09/19/2016 | 13:31 | Nursing | Routine | 3A-308 - Needs copy of SNO for hat and needs hat reissued because security took it without having a SNO | Schedule Appointment |
| 08/31/2016 | 13:03 | Nursing | Routine | 3A-308 - Wants SNO renewed for daily shower and having issues with laundry/rashes | Administratively Closed |
| 08/31/2016 | 13:02 | Nursing | Routine | Still waiting for nurse to come for him to sign paperwork to see endocrinologist offsite | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 08/29/2016 | 09:28 | Nursing | Routine | Needs to see provider for chronic sickness and not getting pills twice a day also needs shampoo renewed | No Action Needed |
| 08/28/2016 | 10:45 | Medication Refill | Not Required to be Seen | URGENT, FOR SENDING THAT MED , THE MORE SOON POSSIBLE I GET VERY SEVER RASHESS-REDNESS TRIAMCINOLONE | No Action Needed |
| 08/09/2016 | 20:20 | Nursing | Routine | REDNESS RASH ALLERGY-SOAP ORDERED NOT GOTTEN | Encounter Held |
| 08/09/2016 | 20:17 | Provider | Routine | 3A308 GID TREATMENT | Encounter Held |
| 08/05/2016 | 11:55 | Medication Refill | Not Required to be Seen | PLEASE SENDING TO ME THE MORE SOON ; SELENIUM SULFIDE | No Action Needed |
| 07/25/2016 | 14:13 | Nursing | Routine | Finished rash TX and don't have any more prednisone or lotion as of 4/25/16, redness, itching | No Action Needed |
| 07/11/2016 | 11:15 | Medication Refill | Not Required to be Seen | I NEED TO RECEIVE THE MED LOTION FOR ITCHING REDNESS | No Action Needed |
| 07/10/2016 | 20:18 | Provider | Routine | 3A308 RESULTS OF LABS | Encounter Held |
| 07/01/2016 | 11:48 | Mental Health | Routine | I/m states his medication was changed, never rec'd it, wants it KOP. | No Action Needed |
| 06/15/2016 | 14:48 | Mental Health | Routine | I/m is requesting to have the SMI process started. | No Action Needed |
| 06/15/2016 | 12:59 | Mental Health | Routine | I/m submitted HNR for follow up with Supervisor Doctor regarding medical issues. | No Action Needed |
| 06/15/2016 | 11:11 | Nursing | Not Required to be Seen | Letter to FHA about not getting sports bras | No Action Needed |
| 06/15/2016 | 11:10 | Nursing | Not Required to be Seen | Letter to supervisor about not getting hormone meds increased | No Action Needed |
| 05/26/2016 | 08:59 | Nursing | Routine | 3A-308 - Still needs hormones increased and has not been ordered any meds for rash/itchiness | Encounter Held |
| 05/19/2016 | 14:29 | Nursing | Routine | States he has rash all over body and is not being treated | No Action Needed |

57

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 05/17/2016 | 09:25 | Nursing | Routine | 3A-308 - Wants hormones increased, causing distress and anxiety because he wants more doses for GID | Administratively Closed |
| 05/16/2016 | 09:58 | Nursing | Not Required to be Seen | Was seen on NL for rash/skin irritation, chronic condition | No Action Needed |
| 05/05/2016 | 09:45 | Nursing | Routine | 3A-308 - Feeling sick, worse this time, inflammation/redness, severe itching | Administratively Closed |
| 05/04/2016 | 14:35 | Nursing | Not Required to be Seen | I'm here submit HNR to the FHA because medical unit doing 2 charges on me only for nursing attention.  For the some attention about the chronic sickness I'm had for a long time for a year, redness, sickness, 1st charge 20160419-2010067-20160411 Nursing 032316, 2nd charge 20160418-8010068-20160411 Nursing 031616, if I've had to pay for chronic sickness is for one time if don't I want the money back refunded to my account | No Action Needed |
| 04/28/2016 | 11:15 | Nursing | Not Required to be Seen | Wants update on sports bra, bra is approved but hasn't received anything | No Action Needed |
| 04/28/2016 | 10:20 | Medication Refill | Not Required to be Seen | SELENIUM SULFIDE REFILL | No Action Needed |
| 04/27/2016 | 15:05 | Provider | Not Required to be Seen | Inmate requesting hormones and provider did a chart review that labs were ordered to determine current levels- this information was sent to the inmate. | No Action Needed |
| 04/15/2016 | 11:08 | Nursing | Not Required to be Seen | Wants HIV test | No Action Needed |
| 04/15/2016 | 11:07 | Nursing | Not Required to be Seen | Wants to know why his estridol has not been increased to highest dose | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 04/06/2016 | 09:49 | Nursing | Routine | Allergies-Red spots itchiness. Had cream Finished and did not help | No Action Needed |
| 03/31/2016 | 12:41 | Nursing | Not Required to be Seen | Update on sports bra | No Action Needed |
| 03/29/2016 | 14:57 | Nursing | Routine | Severe itchiness, red spots, and swelling. Has cream but not effective. Wants medical showers. | Encounter Held |
| 03/21/2016 | 10:09 | Nursing | Duplicate HNR | Skin is very itchy with red spots, Allergy | Duplicate HSR |
| 03/19/2016 | 14:19 | Nursing | Routine | 3A-308 - Severe allergies, itching, red spots | Encounter Held |
| 03/02/2016 | 16:16 | Nursing | Routine | 3A-308 - Wants update on sports bra he was approved for. | Encounter Held |
| 02/05/2016 | 14:00 | Nursing | Not Required to be Seen | Wanting update on sports bra | No Action Needed |
| 01/26/2016 | 08:42 | Dental | Urgent | TOOTH PAIN | Encounter Held |
| 01/21/2016 | 12:40 | Medication Refill | Not Required to be Seen | requesting NYSTATIN CREAM REFILL | No Action Needed |
| 01/07/2016 | 09:11 | Other | Not Required to be Seen | inmate is requesting sport bras | No Action Needed |
| 01/07/2016 | 09:08 | Other | Not Required to be Seen | inmate is requesting renewal of Vegan diet | No Action Needed |
| 12/31/2015 | 11:19 | Provider | Not Required to be Seen | ONE BREAST GROWING FASTER THAN THE OTHER | No Action Needed |
| 12/16/2015 | 17:07 | Other | Not Required to be Seen | HNR REQUESTING SPORTS BRAS THAT WERE ORDERED | No Action Needed |
| 12/16/2015 | 17:02 | Other | Not Required to be Seen | HNR REQUESTING TO GET PAPERWORK ON MEDS HE IS TAKING | No Action Needed |
| 11/30/2015 | 13:00 | Provider | Not Required | REQUESTING XRAY RESULTS | No Action Needed |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| | | | to be Seen | | |
| 10/21/2015 | 16:34 | Other | Routine | requesting hormone medications be KOP | No Action Needed |
| 10/02/2015 | 09:17 | Other | Not Required to be Seen | HNR inquiring about sports bras | No Action Needed |
| 05/26/2015 | 10:14 | Provider | Not Required to be Seen | HNR related to sports bra | No Action Needed |
| 05/13/2015 | 09:57 | Mental Health | Routine | Medication | Encounter Held |
| 05/08/2015 | 13:22 | Dental | Routine | wants fill | Administratively Closed |
| 05/08/2015 | 07:43 | Provider | Duplicate HNR | HRN related to female hormones | Duplicate HSR |
| 05/08/2015 | 07:41 | Provider | Duplicate HNR | HNR related to female hormones | Duplicate HSR |
| 04/24/2015 | 11:29 | Provider | Routine | HNR related to painful testicle | Administratively Closed |
| 04/23/2015 | 13:39 | Dental | Not Required to be Seen | sores that bother and fillings // one request per hnr please resubmit hnr with only one request | No Action Needed |
| 04/23/2015 | 13:34 | Dental | Not Required to be Seen | appt status | No Action Needed |
| 04/22/2015 | 07:00 | Medication Refill | Not Required to be Seen | 2015_4_22 HNR related to medication refill | No Action Needed |
| 04/16/2015 | 06:44 | Provider | Duplicate HNR | HNR requesting hormone therapy | Duplicate HSR |
| 04/16/2015 | 06:41 | Nursing | Not Required to be Seen | Inmate inquiring where sports bra is | No Action Needed |
| 04/10/2015 | 11:16 | Provider | Routine | Inmate requesting hormone therapy | Encounter Held |
| 04/06/2015 | 11:07 | Mental Health | Routine | requesting Dr. Lovett for Estrogen approval | Encounter Held |
| 04/01/2015 | 13:54 | Mental Health | Routine | requesting to be seen | Encounter Held |
| 03/31/2015 | 15:06 | Mental | Routine | Requesting to see Dr. Lovett | Encounter Held |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
|  |  | Health |  |  |  |
| 03/31/2015 | 15:05 | Mental Health | Routine | Requesting to speak with Dr. Lovett | Encounter Held |
| 03/17/2015 | 13:08 | Mental Health | Routine | clearance for estrogen | No Action Needed |
| 03/05/2015 | 11:59 | Nursing | Routine | HNR related to diet | Encounter Held |
| 03/04/2015 | 14:12 | Mental Health | Routine | requesting follow-up | No Action Needed |
| 03/02/2015 | 11:56 | Provider | Not Required to be Seen | HNR requesting labs | No Action Needed |
| 02/25/2015 | 08:11 | Other | Not Required to be Seen | waiting for vegan diet | No Action Needed |
| 02/24/2015 | 12:56 | Mental Health | Routine | medication | No Action Needed |
| 02/23/2015 | 09:32 | Mental Health | Routine | requesting to talk to PA | No Action Needed |
| 02/18/2015 | 07:48 | Nursing | Routine | requesting labwork | Administratively Closed |
| 02/17/2015 | 07:00 | Dental | Routine | cavities that need to be filled | Encounter Held |
| 02/13/2015 | 06:47 | Other | Routine | HNR informing medical of move from another yard due to inmate having an order for lab work | No Action Needed |
| 02/06/2015 | 14:39 | Mental Health | Routine | requesting to speak with Qualls | Encounter Held |
| 02/05/2015 | 13:56 | Other | Routine | requesting sports bras | No Action Needed |
| 02/03/2015 | 08:18 | Mental Health | Routine | not receiving medication | Encounter Held |
| 01/21/2015 | 15:18 | Nursing | Routine | requesting HIV testing | Administratively Closed |
| 12/15/2014 | 09:39 | Mental Health | Routine | requesting to speak with PA Qualls | No Action Needed |
| 10/27/2014 | 09:53 | Provider | Duplicate HNR | Wanting estrogene therapy | Administratively Closed |

████████████, a 62-year-old Caucasian male with a past medical history significant for deaf nonspeaking, not elsewhere classified; constipation, other chronic pain, asthma NOS (not otherwise specified versus unspecified asthma, uncomplicated; esophageal reflux versus gastro-esophageal reflux disease without esophagitis, and back disorder (NOS) not otherwise specified.

This patient has past psychiatric diagnoses of mood disorder of depressed type/unspecified mood (affective) disorder). He is not identified as SMI and is on the outpatient mental health caseload, specifically the Outpatient-Regular MH (mental health) Contact. His psychotropic medications include Paroxetine (Paxil, this is an SSRI antidepressant medication), Perphenazine (Trilafon) (a sedating antipsychotic medication that may be used to augment antidepressant effect and also as a sedative/hypnotic for sleep disturbances), and Benztropine (Cogentin, an anticholinergic medication used for possible muscle stiffness and other side effects caused by antipsychotic medication treatment, within correctional settings this is a known medication of abuse and diversion due to is anticholinergic and sedative side effects). This patient has a mental health designation, Outpatient-Specialized MH Program, but does not have a SMI designation.

Amber Norris details five encounters with this deaf inmate where accommodations were used to achieve effective communication. Some encounters used written communication [Norris Dec. at ¶¶ 281 and 283], one references use of an ASL inmate aid [*Id.* at ¶ 285], one the use of an ASL interpreter during psychiatric medication evaluation and AIMS screen [*Id.* at ¶ 286], and one where an ASL proficient security personnel provided interpretation, with ███████ consent [*Id.* at ¶ 289]. All of these demonstrate an awareness of ███████ hearing impairment and the provision of appropriate accommodations.

The following HSR and follow-up mental health, psychiatric, and chronic care clinics documentation clearly demonstrate that ███████ has received and is currently receiving timely access to medical and mental health care and continuity of correctional health care as per the standard of care. For example, in the most recent HSR, submitted on 5/28/2020, ███████ complained of "cough and flu like symptoms." His temperature was checked and was recorded as 99.0 (Fahrenheit) on 5/28/2020.

███████ reported the following associated factors to Julie Poupard, registered nurse: "nausea, headache," but he denied or did not endorse any other signs or symptoms. According to the objective notes section, Julie Poupard, RN, identified the following:

> A+ox3 (alert and oriented to person, place, and time/experience (sic), steady gait, performs own adls (activities of daily living). Patient is HOH (hard of hearing) uses sign language, Medical officer able to translate with patient permission. Patient seen in housing unit lobby, privacy provided to protect HIPPA. Patient c/o (complains of) fever and nausea. claims he was in medical yesterday, temp (temperature) taken and told to be seen today. reviewed charted no temp documented. patient has IBU (ibuprofen) as KOP (keep on person medication). Current temp is 99.0. No emesis (vomiting) during visit. denied productive cough, denied body aches, denied SOB (shortness of breath) and difficulty breathing. Denied night sweats, denied fatigue and denied loss of appetite.

Nurse Poupard wrote the following in the nursing assessment section: "alteration in comfort, related to common cold symptoms." Nurse Poupard also wrote the following nursing plan: "Continue to monitor. Bring patient to clinic tomorrow Friday 5-29-2020 for re-ck VS (re-check vital signs) and assessment."

Kristin Dotson, registered nurse, performed a follow-up nursing assessment of ███████ on 5/29/20. ███████ remained afebrile. His temperature was 97.6 (Fahrenheit). His vital signs were within normal limits. Nurse Dotson wrote the following in the nursing assessment section:

> Pt is deaf and his aid is able to translate, pt states that he has had a dry cough and a headache for about a week now, pt has not tried any medication yet, pt denies n/v, denies diarrhea, denies any other symptoms, fatigued, pt states that he is drinking plenty of fluids.

Nurse Dotson noted a plan for a "Routine Referral (To be seen within 14 days)" referral to medical provider." Also noted was a plan for the following medication treatment: "KOP (keep on person) ibuprofen, Tylenol from keefe (Keefe is a national correctional commissary company) stock." Nurse Dotson performed patient education. She documented that she had reviewed the following, "stay hydrated, take medication as prescribed, f/u with provider."

Siji Thomas, medical nurse practitioner, performed a chart review and re-ordered Levalbuterol, an asthma inhaler medication, on 5/31/2020.

Ruth Tenrreiro, psychologist, evaluated ███████ on 6/2/20. He did not report any further upper respiratory complaints during this mental health individual counseling session. Psychologist Tenrreiro noted the following:

> Pt. is seen 1:1 for routine MH contact. He reports his psych (psychotropic) meds are still effective for him and he denies having side effects from them. He says his mood has been stable. Pt. is deaf and mute and is accompanied by his aide who knows ASL. Pt. denies recent/current SI/HI/AH/VH (suicidal ideation, homicidal ideation, auditory hallucinations, visual hallucinations) as well as changes in appetite/sleep. He says he sleeps a lot with onset 2 months ago. Pt. indicates he was bored and was not working, so he chose to sleep more than he used to. Pt. denies having any issues or concerns he wants to have addressed today.

Siji Thomas, medical nurse practitioner, performed a chronic care clinic visit evaluation of ███████ on 6/5/2020. This included a history and physical examination. The following was noted:

> Moderate persistent asthma: will continue Xopenex (a bronchodilator medication for asthma) PRN (as needed) and

alvesco (a steroid medication to prevent asthma attacks)
Routine labs including PSA (prostate specific antigen, this is a
blood test to screen males patients for prostate cancer) ordered.
EKG ordered part of wellness check.  Will continue to monitor.
Medication renewed.  CC (Chronic Care) in 180 days.

Ruth Tenrreiro, psychologist, re-evaluated ██████ on 6/12/20.  He did not report any
new mental health complaints during this mental health individual counseling session.
Psychologist Tenrreiro noted the following:

> Pt. is seen 1:1 for routine MH contact.  He is accompanied by his
> ASL interpreter.  Pt. reports his psych meds are effective for him
> and he denies having side effects from them.  Pt. reports his mood
> has been "fine" and stable recently.  Pt. denies recent/current
> SI/HI/AH/VH as well as changes in appetite/sleep.  Pt. denies
> being harassed, threatened, extorted or bullied by other
> inmates.  Pt. denies having any issues or concerns he would like to
> discuss today.

Nadene Barker, psychiatric midlevel practitioner, also evaluated ██████ on 6/12/20.
He did not report any new mental health complaints during this psychiatric evaluation.
Psychiatric practitioner Barker noted the following:

> (Objective notes section) This is a 62-year-old large build
> Caucasian male seen for RTC (return to clinic) visit lasting 30
> minutes. The patient is appropriately attired for environment and
> weather. Makes and maintains good eye contact. Alert and oriented
> x 3. His mood (is) congruent with affect.   Interacted appropriately
> during the interview
>
> (Assessment section) The patient was seen as RTC (return to
> clinic) today and had someone signing for him as he is hearing
> impaired and mute.  Based on interpretation, patient is employed,
> functioning satisfactory and has no needs or concerns.   Will
> continue POC (plan of care or point of care).

Nadene Barker, psychiatric midlevel practitioner, also ordered renewals of ██████
three psychotropic medications on 6/12/2020:

Paroxetine (Paxil)/forty mg (milligrams) at bedtime
Perphenazine (Trilafon)/twelve milligrams (three 4 mg tablets) at bedtime
Benztropine (Cogentin)/one milligram tablet at bedtime

Natalie Bell, medical nurse practitioner, evaluated ██████ on 6/13/2020.  Ms. Bell
noted the following in the subjective section:

IM (inmate) reports cold s/s (signs and symptoms) have resolved via sign interpreter Denies: N/V/D (nausea, vomiting, diarrhea), CP (chest pain), SOB (shortness of breath), Dyspnea (shortness of breath), abd (abdominal) pain, bloating, vision changes, HA (headache), ST (unclear abbreviation, has multiple meanings), earache, coughing, blood in stool or urine, edema.

Ms. Bell noted the following in the plan section:

"CPOC (continue plan of care).  HNR (health needs requests) as needed."

Medical nurse practitioner Bell also re-ordered the following medication on 6/13/2020: Montelukast tablets (Singulair, for asthma).

████████ did not submit any health-related grievances.

Based on my eOMIS record review performed on 7/27/2020, ████████ had submitted 23 HSRs beginning on 12/8/14, with the most recent one on 5/28/2020.  The record review conducted and the below table clearly demonstrates that ████████ has been able to effectively communicate healthcare concerns or other issues (e.g., toe nail trimming, medication renewals, diabetic diets, soft mechanical diets, upper respiratory illness complaints, rubber pegs for his cane, and eye glasses).  This record review clearly demonstrates that the Arizona healthcare staff have responded in a timely manner:

**Health Service Requests** (1 - 23 of 23)

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 05/28/2020 | 15:48 | Nursing | Routine | TEMP 99.0 , cough and flu like symptoms | Encounter Held |
| 03/13/2020 | 00:08 | Nursing | Routine | "I'm missing the Rubber Pegs on my cane, is there any way they can be replaced?" | Request Completed |
| 09/27/2019 | 05:24 | Nursing | Routine | HSR: Last night i rolled out of bed smacked my head on the chair drawing blood also snapped my fingernail backwards completely off I was told to write this requesting new clean band aids an to get a check up on my dizziness also get more antibiotics thank you | No Action Needed |
| 08/23/2019 | 16:14 | Nursing | Duplicate HNR | Spider bite underarm | No Action Needed |
| 08/23/2019 | 12:54 | Nursing | Duplicate HNR | On 08/05/2019 I put in a HNR to have my toe nails clipped they are too long and bleeding | Duplicate HSR |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|---|---|---|---|---|---|
| 08/11/2019 | 16:43 | Nursing | Routine | HNR: I NEED MY TOENAILS CLIPPED, THEY'RE BLEEDING. THANK YOU (EMERGENCY) | No Action Needed |
| 04/12/2019 | 09:12 | Other | Not Required to be Seen | need have meds adjusted or taken off tegretol 600mg. not doing a good job or working right for me. please reevaluate either levels or medication | No Action Needed |
| 02/20/2019 | 13:13 | Nursing | Routine | I need to have my nails cut.  Regular nail clippers don't work. | No Action Needed |
| 05/03/2018 | 11:11 | Medication Renewal | Not Required to be Seen | renew colace | No Action Needed |
| 04/15/2018 | 07:07 | Medication Renewal | Not Required to be Seen | renewal of Colace, Inhaler | No Action Needed |
| 03/17/2018 | 06:55 | Medication Refill | Not Required to be Seen | Request to refill Colace and albuterol | No Action Needed |
| 06/03/2017 | 22:58 | Medication Refill | Not Required to be Seen | med refill | No Action Needed |
| 05/09/2017 | 23:47 | Medication Refill | Not Required to be Seen | Rx refill | No Action Needed |
| 05/08/2017 | 21:08 | Medication Refill | Not Required to be Seen | rx refill, colace | No Action Needed |
| 05/08/2017 | 21:02 | Other | Routine | glasses were ordered from Kingman never received them | No Action Needed |
| 05/01/2017 | 20:47 | Medication Refill | Not Required to be Seen | rx refill | No Action Needed |
| 04/24/2017 | 00:28 | Nursing | Not Required to be Seen | when to take medication docusate | No Action Needed |
| 03/17/2016 | 09:06 | Nursing | Duplicate HNR | Req (requesting) toenails cut | Duplicate HSR |

| Date | Time | Area of Interest | Request Type | Inmate Health Issue | Status |
|------|------|------------------|--------------|---------------------|--------|
| 02/24/2016 | 08:40 | Nursing | Routine | Clip toenails | Administratively Closed |
| 02/07/2016 | 15:04 | Nursing | Routine | requesting diabetic diet & mechanical soft diet | Administratively Closed |
| 11/02/2015 | 09:07 | Other | Routine | use toe nail clippers in health unit<br><br>TimeStamp: 2 November 2015 09:07:49 --- User: Francine Heck (HECFR01) | No Action Needed |
| 05/05/2015 | 12:23 | Medication Refill | Routine | HNR- med refill | Administratively Closed |
| 12/08/2014 | 17:18 | Nursing | Routine | HNR Resquesting (sic) Toe nail trimming. | Administratively Closed |

## II.      Opinions Relating to Standard of Care.

In support of my opinions in this matter, I refer to the facts contained in the records provided for my review.

After careful review of the above facts and data, I have sufficient basis and information to form the following additional opinions to a reasonable degree of medical/psychiatric and scientific certainty.

In my professional opinion to a reasonable degree of medical and psychiatric certainty, the mandated use of certified translators for all healthcare interactions and/or for group psychotherapy is not the requisite or a required standard of care within correctional settings.  The standard of care within a state prison healthcare setting does not require the use of translators/interpreters for all encounters, but rather it depends upon the nature and extent of the encounter.  The following support this professional opinion:

1.      The NCCHC 2018 Prison Health Care standards do not contain any explicit standard relating to effective communication with Limited English Proficient (LEP) inmates. However, there are several referenced standards in the notes.  For example, Standard P-E-1, Information on Health Services, contains the following:

> Arrangements should be made for an interpreter or an assistive device whenever effective communication is compromised due to speech, hearing, or language deficits.  Selection of the interpreter and form of assistance should consider the patient's needs and abilities.  Inmate and Officer interpreters should not be used except in emergency.

Standard P-E-2, Receiving Screening, notes the following,

> Receiving screening should be conducted using a form and language fully understood by the inmate, who may not speak English or may have a physical (e.g., speech, hearing, sight) or mental disability.

Standard P-F-7, Care for the Terminally Ill, contains the following:

> Language and cultural barriers to communication must be addressed before a discussion about advance directives can be legally and ethically adequate." Further, another note for that standard provides that "Palliative care services should be attentive to issues of language, culture, religion, and relationships with family, friends and other inmates.

2.      Similarly, the ACA (American Correctional Association) Performance Based Expected Practices for Adult Correctional Institutions (5th ed), also address these concerns in select standards:

> **a.**      Standard 5-6A-4344 provides in part that intake health services orientation information "is conveyed in a language that is easily understood by each inmate.  When a literacy or language problem prevents an inmate from understanding written information, a staff member or translator assists the inmate."

> **b.**      Standard 5-6C-4397 provides in part that "Informed consent standards in the jurisdiction are observed and documented in a language understood by the offender."

3.      California Department of Corrections and Rehabilitation (CDCR) Policy 15 CCR 3999.201 provides that accommodations "may be facilitated by sign language interpretation, certified bilingual health care staff, certified bilingual CDCR staff, other certified contracted language interpreters, assistive devices, or other methods of assistance and accommodation." Specific accommodations include using simple language and written communications.

4.      It is my understanding that CDCR Policy 15 CCR 3999.201, first issued in July 2019, is the result of an agreed settlement of a legal dispute involving languages access and includes the mandatory use of a sign language interpreter as a first option for inmates who communicate in ASL.

5.      Similarly, the Orleans Parish Prison (a New Orleans Louisiana county jail, not a Louisiana state prison) policy relating to use of certified interpreters is the result of an agreed settlement via consent decree, which exceeds the standard of care.

6.      Similar to anything else in medicine, psychiatry and mental health, infectious diseases (as we are witnessing currently with the COVID-19 pandemic), and other specialties in medicine/health care, the standard of care is continually evolving.

7.      With respect to intake assessments of state prisoners, many of these are conducted through the inmate's completion of survey forms relating to their medical history.  The purpose of the intake is to identify immediate health care needs and to prioritize and schedule future 1:1 care appointments for medical, dental, and mental health/psychiatry follow-up evaluations, based upon a medical history, and translation/interpretation services often are not necessary.  In fact, the NCCHC Receiving Screening Standard focuses exclusively on written communication. Obviously if a state prisoner is identified at intake to have difficulty completing intake assessments due to a variety of clinical issues (intoxication, seizures, psychosis, hypoglycemia, respiratory difficulties, etc.) then clinical and administrative staff will intervene and provide assistance as is clinically indicated.

8.      Many correctional health care and administrative staff are proficient in multiple languages, particularly Spanish.  The standard of care in community and correctional healthcare is for the staff to assess their own level of comfort and proficiency, before determining whether a separate translator/interpreter or translator service is required.  In instances where a provider is proficient in the patient's preferred language, and no translator/interpreter is needed, it would be improper for the provider to order or to document that translation services would be required.

9.      Where it was indicated in my analysis that an inmate speaks a language other than English (for example Spanish) but the healthcare staff did not indicate interpreter services were required, I concluded that the healthcare staff conducting the encounter was likely proficient in Spanish (and or the inmate patient could also speak sufficient English).  This conclusion is based upon the detailed nature of the SOAPE notes, indicating the healthcare staff could understand the nature of the complaints made by the inmate as documented in the subjective portion of the SOAPE note and care/treatment was provided consistent and in response to the complaint made by the inmate. Additionally, HSRs and grievances were detailed in nature and responded to consistent with the conclusion that the recipient understood the inmate's communications.

10.     Medical and mental health and other healthcare encounters (nursing, dental, specialists) have a variety of complexities.  The need for an interpreter, as compared to another accommodation, such as the use of simple easily understood English language, speaking slower, or using written communication may be all that is necessary.  The standard of care does not require use of translators/interpreters for all encounters, but rather it depends upon the nature and extent of the encounter.  For example, an inmate receiving a simple blood pressure measurement, or a fingerstick blood sugar test, most likely does not need a translator available.  On the other hand, discussions regarding advance directives are particularly complex, and the NCCHC recognizes that during such discussions, which can be scheduled in advance, it is ethically and legally responsible for a translator or interpreter to be present.

11.     Further, in certain incidents, in particular in medical or psychiatric/mental health emergencies or other urgent/emergent care situations, time is not available to locate and have translators/interpreters or other services available.  In those situations, the standard of care is to provide emergency care, even in the absence of an interpreter or translator.  In fact a delay in care may be alleged or viewed as medical malpractice.

12.     With respect to deaf inmates, there are varying degrees of deafness.  Some inmates may be able to effectively communicate with hearing aids, assuming they are wearing them and they are functioning.  Other inmates may be comfortable with lip reading, provided the speaker slows his or her rate of speech and articulates clearly.  Thus, there is no one-size fits all standard for interacting with deaf inmates.

13.     The intent of NCCHC Standard P-E-1 recommending that other inmates and security staff personnel are only used to translate in the event of an emergency, is to ensure that the inmate patient is comfortable with the translator and does not feel that his medical privacy rights are being violated.  Where the inmate specifically consents or requests the use of an inmate or staff member to translate or interpret, it is appropriate to use such a resource.

14.     The standard of care relating to accommodations for LEP inmates is constantly evolving.  The current widely accepted practice is for community and correctional healthcare providers to use translation/interpretation services if the healthcare provider is not proficient.  Translation and interpretation services may be sought through another proficient healthcare staff member who is proficient in the language at issue, including a nurse, medical assistant, or another healthcare administrative support staff member (all of whom receive training in health information privacy), or to use a commercially available voice language telephone line.  With respect to ASL inmates, the current standard, if an ASL proficient health services member is not available, is to use visual interpretation through a remote videoconference service.

## III.     Opinions regarding the Declaration of Dr. Pablo Stewart

## 1.  Dr. Stewart's Specialty Qualifications in "Forensic Psychiatry"

Prior to providing an analysis of Dr. Stewart's Declaration, I provide the following analysis of Dr. Stewart's qualifications in "Forensic Psychiatry."  In section 1 on page 2 of the Expert Declaration of Pablo Stewart, dated 6/10/20, Dr. Stewart wrote the following:

> I am a physician licensed to practice in California and Hawaii, and a board-certified psychiatrist, with a specialty in clinical and forensic psychiatry.

I conducted a review of Dr. Stewart's current Curriculum Vitae (CV), updated June 2019, identified as Exhibit 1.  I noted that Dr. Stewart listed in the "Licensure" section on Page 3 of his CV that he was a "Diplomate in Psychiatry, American Board of Psychiatry and Neurology, Certificate #32564."  I was unable to locate any documentation or reference to completion of forensic psychiatry training or board certification in forensic psychiatry.  Dr. Stewart may proffer that he has a specialty in "clinical and forensic psychiatry," but his CV does not document board certification in forensic psychiatry, a subspecialty of general (here referred to by Dr. Stewart as "clinical") psychiatry.

The American Board of Psychiatry and Neurology (ABPN), a member board of the American Board of Medical Specialties, is the entity responsible for establishing standards and requirements for initial and continuing board certification, verification of board certification

status, and maintenance of certification for psychiatrists and neurologists in the United States. For example, after completing medical school, one may then pursue residency training in a particular medical or surgical specialty (e.g., pediatrics, family medicine, obstetrics and gynecology, internal medicine, general surgery, or general psychiatry), typically 3-4 years in duration.  After successful completion of an accredited residency training program, one would be "board eligible" to take a board certification examination and, if successfully passed (together with other eligibility requirements), would be "board certified" in that general specialty.  General psychiatry is currently a 4-year residency training program.

Although one may complete a variety of clinical rotations during a general psychiatry residency training program such as child and adolescent, geriatric, addiction, consult/liaison (formerly psychosomatic medicine), and forensic psychiatry, unless one completed additional subspecialty training post general psychiatry residency, one would not be "board eligible" and could not become "board certified" in any one or more of these subspecialty areas of general psychiatry.

Forensic psychiatry is a subspecialty of psychiatry, which is similar to other medical or surgical specialties (e.g., pediatric cardiology, pediatric radiology or pediatric gastroenterology versus general pediatrics, cardiology, gastroenterology, or infectious diseases versus general internal medicine, orthopedic, vascular or neurosurgery versus general surgery).

According to the ABPN website abpn.com (accessed on 7/22/2020):

"History and Statement of Principles"

> The ABPN, in concurrence with the ABMS, established a Committee on Certification of Added Qualifications in Forensic Psychiatry in November 1992. This was done to officially establish the field of forensic psychiatry as a definite area of subspecialization in psychiatry and to provide a means of identifying properly trained and experienced forensic psychiatrists.

> The actual mechanics of certification of qualified candidates have been delegated by the Board to the Committee, which operates under the supervision of and in accordance with the policies of the Board.

> In February 1997, the Board, in agreement with the ABMS, discontinued using the term 'Added Qualifications' for this certificate. The names of both the certificate and the Committee were changed at that time to 'Certification in the Subspecialty of Forensic Psychiatry'.

"Specific Training Requirements"

This is a brief summary of training requirements and not intended to be all inclusive.  Read the current Information for Applicants publication for all requirements for Initial Certification in Forensic Psychiatry.

Applicants for certification in forensic psychiatry must be certified by the Board in general psychiatry by December 31 of the year prior to the examination administration. All applicants other than those initially admitted during the practice pathway period are required to submit documentation of successful completion of one year of ACGME-accredited fellowship training in forensic psychiatry that did not begin before the time general residency training in psychiatry, including time spent in combined training programs, was completed. The exposure to forensic psychiatry given to psychiatry residents as part of their basic psychiatry curriculum does not count toward the one year of training. All licensing and training requirements must be met by July 31 of the year of the examination.

The required one year of specialized training in forensic psychiatry may be completed on a part-time basis as long as it is not less than half time; credit is not given for periods of training lasting less than one year except under special circumstances that must be approved by the ABPN Credentials Committee. In such cases, it is the responsibility of the applicant to provide detailed documentation from the respective training directors including the exact dates of training (month/day/year to month/day/year) and outlining training content, duties, and responsibilities. Each case is considered on an individual basis.

## 2.  Dr. Stewart's Qualifications as an "Expert on Prison Psychiatry and the Provision of Mental Health Services"

In section 2 on page 2 of the Expert Declaration of Pablo Stewart, dated 6/10/20, Dr. Stewart wrote the following:

> I have been retained by plaintiffs' attorneys in the *Parsons* case as an expert on prison psychiatry and the provision of mental health services.

I conducted a review of Dr. Stewart's current CV, updated June 2019, identified as Exhibit 1.  I noted that Dr. Stewart listed several different employment positions in the "employment" section from pages 4-6.  I was unable to locate any documentation in the employment section (or anywhere else in Dr. Stewart's CV) where he was employed as a staff psychiatrist either in a direct clinical or administrative capacity in any state or federal prison system.

Dr. Stewart noted that he was employed from August 1988 through December 1989 (one year and five months of employment) as "Director, Forensic Psychiatric Services, City and County of San Francisco." The duties and responsibilities included the following:

> Administrative and clinical responsibility for psychiatric services provided to the inmate population of San Francisco. Duties included direct clinical and administrative responsibility of the Jail Psychiatric Services and the Forensic Unit at San Francisco General Hospital.

This patient population would have been jail inmates, not prison inmates. There are major clinical, evaluation, and treatment needs, and differences between jail and prison inmates and populations. For example, the NCCHC maintains separate correctional health standards for jails and prisons. I was unable to identify anywhere in Dr. Stewart's CV where he has been directly responsible within a clinical or administrative capacity for the "provision of mental health services" of any state or federal prison system or for any state or federal prisoners.

Similarly, I was unable to locate or identify any publications by Dr. Stewart in the areas of "prison psychiatry," "correctional psychiatry," "mental health services," "mental health care delivery" or the "provision of mental health services" published in peer-reviewed scientific journals or standard psychiatric references such as the American Psychiatric Association Press. I was similarly unable to locate any presentations by Dr. Stewart on "prison psychiatry," "correctional psychiatry," "mental health services," mental health care delivery or the "provision of mental health services" at national psychiatric meetings such as the American Psychiatric Association (APA), American Academy of Psychiatry and the Law (AAPL), or national correctional conference meetings such as the ACA and NCCHC. I also was unable to identify that Dr. Stewart has participated in any national work groups or performed any committee work with forensic or correctional psychiatrists.

### 3. Analysis of Declaration of Dr. Pablo Stewart:

- In his declaration, Dr. Stewart states he is fluent in Spanish and seeks out monolingual Spanish speakers during his ADCRR prison tours. I am bilingual and bicultural in Spanish, but in my role as a forensic psychiatrist, I am striving for neutrality and objectivity in order to perform an appropriate forensic psychiatric evaluation and/or consultation in order to answer the question posed. This arbitrary preference to seek out primarily monolingual Spanish speakers thus seems biased and not objective. I am not aware of any medical or psychiatric journals or any accepted medical terminology or practices or merit regarding Dr. Stewart's differentiation between fluent Spanish and "tourist Spanish." The term "tourist Spanish" is not a term that I was taught in medical school, residency, fellowship training, or am familiar with in continuing medical education or lifelong learning programs.

- Dr. Stewart opines that the burden of ensuring effective communication should be on mental health staff. I respectfully disagree. In fact, in many jails and prisons nationally,

custody and nursing staff are the only staff onsite and present 24 hours per day or for majority time periods.  Mental health and medical staff may not be onsite except for certain days or portions of a work day.  I am unaware of any national NCCHC, ACA, or other correctional health standard where the responsibility or "burden" of effective communication singles out mental health care staff.

- Dr. Stewart cites a white paper by the Joint Commission International "which sets evidence-based guidelines and standards for safety and quality of care in heath care services."  I do not have any first-hand information available that the Joint Commission International has previously or currently accredits or surveys any US jails, prisons, or juvenile correctional facilities.  The Joint Commission is a US-based organization that accredits more than 22,000 US health care organizations and programs.  The international branch accredits medical services outside the US.  It is my understanding that there is only one Joint Commission accredited prison unit in the entire US.  The facility is UTMB CMC (Correctional Managed Care)'s Hospital Galveston (HG), a maximum security TDCJ (Texas Department of Criminal Justice) medical surgical hospital located on the campus of UTMB, Galveston, Texas, and is part of the correctional and university healthcare system where I oversee mental health delivery to TDCJ state prisoners, and have been employed UTMB for close to 13 years.  While I agree that language and effective communication is universally important, the Joint Commission International and this publication are not referenced in any correctional healthcare standards.  Prior to reading the article referenced in Dr. Stewart's report I was unaware of this article.  It is not referenced or utilized in correctional health care or mental health care standards to date.

- Dr. Stewart also cited an article published in *Clinical Psychological Science* that states that depression changes the way people speak and write.  Available here: https://journals.sagepub.com/doi/pdf/10.1177/2167702617747074.  I am unfamiliar with this article or journal.  Similar to the Joint Commission International article referenced above, this journal article is not referenced in any correctional health standards.  In my professional opinion, this is not a widely cited article nor a journal that practicing correctional psychiatrists or mental health staff would rely on.  Individuals who evaluate state prisoners (or anyone in the community) for possible depression would rely on the diagnostic criteria for DSM-5 major depressive disorder and other depressive disorders.  The DSM-5 criteria specify a requirement of clinical presentation with depressed mood and other symptoms of depression for a required period of time with associated significant distress or impairment in social, occupational, and other important areas of functioning.  My review of the DSM-5 diagnostic criteria and the diagnostic features of the DSM-5 did not reveal a finding or requirement that "major depression changes the way that people speak and write," as asserted by Dr. Stewart.

- Dr. Stewart opined in his Declaration that health care providers who speak different languages than patients may "lack nuance" in their treatment visits.  I respectfully disagree.  In my opinion this is an overgeneralization, and Dr. Stewart does not provide any empirical evidence, publications, references, or research articles to support this assertion.  Dr. Stewart only provided one example which he asserted occurred during a

clinical encounter with an Arizona inmate patient. In this example, Dr. Stewart described where he reported that the patient wrote out some basic English words for emotions and opined that the evaluation and treatment provided was inadequate and compromised due to language issues. I reviewed all the patient charts that the Plaintiffs have identified and I found no evidence that any language issue or communication barrier resulted in delayed diagnosis or treatment, harm, morbidity or mortality to any patient.

- ¶¶ 15-16: Dr. Stewart provided additional details and a description of an additional encounter between the same healthcare provider and this patient. I do not find any deviation in the standard of care of services provided to this patient and, similar to the above, there was no evidence of delay in diagnosis or treatment.

- ¶ 17: In his Declaration Dr. Stewart discusses how some Arizona patients' records show that interpreter services were used for some encounters but not for others. Contrary to Dr. Stewart, I have practiced and provided direct care for greater than 20 years inside correctional settings and have dedicated the majority of my career to correctional health care. From my direct clinical and administrative work within a variety of correctional settings, my work as a forensic psychiatrist, and moreover my direct clinical versus forensic evaluations and observations of inmates and my interactions with custody staff, leadership, and healthcare  staff in different locations across the US, I understand and appreciate that there are multiple correctional "real world," individual, psychosocial, and a myriad of reasons why a particular detained or sentenced incarcerated individual would prefer to use an interpreter for one type of clinical health care service or interaction with staff or attorneys, or during court proceedings, or with other individuals.

- ¶ 18: Similarly, Dr. Stewart discusses at length in his Declaration why it is inappropriate to use correctional staff at any time to translate, but Dr. Stewart does not cite any specific cases, or provide any data or evidence that correctional staff were used to translate in the Arizona system. In my professional opinion this is speculation. The one example noted in the Declaration of Amber Norris references that correctional staff was used with the consent of the inmate, which is appropriate.

- ¶ 21: Dr. Stewart also incorrectly states that the ADCRR is not providing sign language interpreters. I have worked within academic settings, and still currently maintain a professorship status with a major of university hospital systems. Through the body of my clinical experiences and work across VA settings, private and public psychiatric hospitals, tertiary care medical centers, HMOs, mental health centers, state forensic units, state hospitals, and correctional settings, it is within the standard of care to utilize existing clinical, administrative or support staff to translate, or alternatively to utilize LanguageLine services for non-English speaking patients. Similarly, it is within the standard of care to utilize video interpretation services with sign language interpreters to provide access to care, continuity of care, and to meet the clinical needs of deaf patients. Further, the records summarized in the Declaration of Amber Norris establish that ADCRR does assign ASL proficient hearing and speaking inmates detail (or WIPP) positions for hearing-impaired inmates, for non-medical encounters, and that sometimes they have been present for medical encounters at the request of the deaf inmate.

- ¶ 22: It is also my professional opinion that when agreed upon by the patient, written communication with deaf individuals is clinically appropriate.

- ¶¶ 24-25: I disagree with Dr. Stewart's findings and opinion (in the few clinical notes where he referenced a particular ADCRR patient or interaction) where he asserts that these are examples of ADCRR's "appalling" treatment of deaf individuals.  Dr. Stewart does not provide a definition for the term "appalling", and I disagree with use of this term.  As I indicated early, there is no data or evidence where care was compromised or a patient suffered any sequellae, morbidity or mortality.  Dr. Stewart overgeneralizes the term "appalling," without giving specific case examples, names, and dates.  If he truly found "appalling," distinct or clear examples of patient safety issues or risks during his tours he would have had an ethical duty to report this.

- ¶ 27: Dr. Stewart referred to one mental health visit as "another example of an allegedly deficient mental health visit."  Use of the term "deficient" to describe a health visit is not a standard or accepted term within community or correctional mental health or general health.   What specifically is lacking?  What are the specific patient safety concerns or safety issues?  Is Dr. Stewart's concern focused on the medical record documentation alone?  Did he do anything to verify the specific issue or concerns with the identified patient or the clinical staff involved?  I generally agree that medical documentation may be lacking in clinical records, in particular, prior to the implementation of many electronic health care record systems.  Currently, clinical documentation alone (what was documented and what wasn't?  The adage: If it wasn't documented then it didn't happen) is often over-scrutinized and the documentation also is typically the main data source in any civil litigation.  What is more important, however, than excessive documentation for every encounter is the most important issue, which is to provide care and treatment to the patient, as opposed to writing excessive amounts of documentation in the medical record.  In my professional opinion, based on my review of the ADCRR records identified by the Plaintiffs, I found the patient care to be within the standard of care.  I found no concerns or "deficiencies" in the quality of services provided.

- ¶ 28: Dr. Stewart also opines that deaf individuals in ADC custody are at increased risk of poor outcomes.  He does not clarify what specific outcomes he is referring to.  Most individuals in correctional settings are at "increased risk" due to a variety of pre-existing medical, mental health, substance use disorder, impulsive and high risk behaviors, poor use of well visits and community based health care prior to incarceration, and other health care disparities.  This is why we see increases in mental disorders, substance use disorders, infectious diseases, chronic health diseases.  Dr. Stewart does not provide any examples or support this assertion.  I disagree with Dr. Stewart's opinion.

- ¶¶ 29-34: Dr. Stewart makes numerous complaints that deaf individuals may be excluded from mental health group counseling sessions.  I have direct clinical and administrative familiarity and actual oversight regarding the provision of group psychotherapy to state prisoners in the TDCJ system, currently the largest state prison system in the country.  Group therapy is not a mandated treatment.  But for a court order, no one can be forced or

76

compelled to participate in group therapy. There are a myriad of clinical uses and indications for group therapy, and a variety of inclusion and exclusionary clinical criteria. For example, a patient with a current active severe psychotic disorder would not likely be able to tolerate or gain maximal clinical benefit in a substance abuse treatment group, a group focused on psychoeducation, a trauma group, a group for patients who identify as being transgendered, a group for Veterans, or an intensive interactional group therapy session regardless of the group type, modality, format, moderators, etc., whether they were fluent English speakers, non-English speakers require a translator, or require sign language assistance/translation. In my opinion, Dr. Stewart does not clearly identify any specific group therapy modality, target patient population, frequency of group session, group facilitator, or any other details of the mechanics of the setting up, scheduling, or identifying appropriate clinical patient candidates for groups. He does not describe any appreciation of group therapy processes within a correctional setting, or the nuances and challenges of running a group within a correctional setting. It remains unclear if Dr. Stewart has recently or ever started and run a group therapy session within a correctional setting or had any clinical or administrative oversight over group therapy and staffing in any correctional setting. Dr. Stewart does not provide any patient names or case examples to support this assertion. I disagree with Dr. Stewart's opinion.

## CONCLUSION

There may be additional documents that could potentially be relevant to this case, but they remain outstanding or unavailable at the time of this report. This evaluator was asked to confine opinions to the various correctional health and correctional mental health issues relevant to the Plaintiffs' current Motion to Enforce (Dkt. 3623).

I reserve the right to supplement my opinions based on a review of any additional information or documents.

Sincerely,

Joseph V. Penn, MD, CCHP FAPA
Diplomate, American Board of Psychiatry and Neurology
Board Certified in General Psychiatry
Board Certified in Forensic Psychiatry
Board Certified in Child and Adolescent Psychiatry
Clinical Professor, Department of Psychiatry, University of Texas Medical Branch (UTMB)
Director of Mental Health Services, UTMB Correctional Managed Care (CMC)

**EXHIBIT A**

**EXHIBIT A**

April 25, 2019

CURRICULUM VITAE
**JOSEPH V. PENN, MD CCHP FAPA**

Business Address:          University of Texas Medical Branch (UTMB)
                           Correctional Managed Care (CMC)
                           Mental Health Services
                           200 River Pointe Drive, Suite 200
                           Conroe, Texas 77304
Business Telephone:        (936) 494-4183
Business Fax:              (936) 494-4194
E-mail:                    jopenn@utmb.edu

## EDUCATION

Undergraduate      1987 B.S. in Biology
                   University of the Incarnate Word (formerly Incarnate Word College), San Antonio, Texas
                   Honors: Alpha Chi, Academic All-American, Who's Who in American Universities & Colleges, Graduated Summa Cum Laude

Medical School     1992 M.D.
                   University of Texas Medical Branch, Galveston, Texas
                   Honors: Who's Who in American Colleges/Universities, Junior Marshal

## POSTGRADUATE EDUCATION

                   2014 Management Certificate
                   Physician Leadership Academy
                   University of Houston Clear Lake &
                   University of Texas Medical Branch, Galveston, Texas

## POSTGRADUATE TRAINING

Residency      1992-1996    General Psychiatry
               1995-1996    Chief Resident
               Department of Psychiatry and Human Behavior,
               Brown University, Providence, Rhode Island

Residency      1996-1998    Child and Adolescent Psychiatry
               Department of Psychiatry and Human Behavior,
               Brown University, Providence, Rhode Island

Fellowship     1998-1999    Forensic Psychiatry
               Department of Psychiatry
               Yale University, New Haven, Connecticut

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## POSTGRADUATE HONORS AND AWARDS

| | |
|---|---|
| 1994 | ACNP Program for Minority Research Training in Psychiatry |
| 1994 | Center for Mental Health Services Scholarship |
| 1995 | Mead Johnson Fellow, Association for Academic Psychiatry |
| 1995 | Laughlin Fellow, American College of Psychiatrists |
| 1996 | Outstanding Young Men of America |
| 1996 | Chester M. Pierce, M.D., Sc.D. Resident Research Award |
| 1997 | Lebensohn Award, American Association of General Hospital Psychiatrists |
| 1997 | Rappeport Fellow, American Academy of Psychiatry & the Law |
| 1999 | Presidential Scholar, American Academy of Child & Adolescent Psychiatry |
| 2000 | Pilot Research Award, American Academy of Child & Adolescent Psychiatry |
| 2001 | America's Registry of Outstanding Professionals |
| 2002 | Who's Who in Medicine and Healthcare |
| 2003 | Who's Who in America |
| 2003 | Who's Who in Science and Engineering |
| 2003 | Junior Faculty Development Award, Association for Academic Psychiatry |
| 2004 | Brown Medical School Teaching Recognition Award |
| 2004 | Distinguished Alumnus, University of the Incarnate Word |
| 2004 | Strathmore's Professional Honor Society |
| 2005- | Best Doctors in America |
| 2006 | Madison Who's Who |
| 2006 | Fellow, American Psychiatric Association |
| 2007 | Who's Who Among Executives and Professionals |
| 2007 | Fellow, The Lloyd Society |
| 2008 | Member, American College of Psychiatrists |
| 2011 | Cambridge Who's Who Registry among Executives and Professionals in the Field of Research, Medicine, and Healthcare |

## MILITARY SERVICE     None

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

| | |
|---|---|
| 1993 | Rhode Island Medical License # 8849 |
| 1997 | Diplomate, American Board of Psychiatry & Neurology # 43847 |
| 1998 | Additional Certification, Child and Adolescent Psychiatry # 4583 |
| 1998 | Connecticut Medical License # 36678 |
| 1999 | Texas Medical License # K7081 |
| 1999 | Massachusetts Medical License # 161086 |
| 2003 | Additional Certification, Forensic Psychiatry # 1438 |
| 2004 | Certified Correctional Health Care Professional (CCHP), National Commission on Correctional Health Care |
| 2007 | Re-Certification, American Board of Psychiatry & Neurology # 43847 |
| 2013 | Re-Certification, Forensic Psychiatry, American Board of Psychiatry & Neurology #1438 |
| 2017 | Re-Certification, General Psychiatry, American Board of Psychiatry & Neurology #43847 |
| 2017 | Re-Certification, Child and Adolescent Psychiatry, American Board of Psychiatry & Neurology #4583 |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1995-1996 | Assistant Instructor in Psychiatry |
| 1998-2007 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Providence, Rhode Island |
| 2007-2012 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, Providence, Rhode Island |
| 2009-2013 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2014- | Clinical Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1994-1997 | Psychiatric House Officer, Landmark Medical Center, Woonsocket, RI |
| 1994-1998 | Psychiatric House Officer, St. Joseph Center for Psychiatric Services, Providence, RI |
| 1999-2008 | Medical Staff, Rhode Island Hospital, Providence, RI |
| 1999-2008 | Medical Staff, Emma Pendleton Bradley Hospital, East Providence, RI |
| 1999-2008 | Director, Child and Adolescent Forensic Psychiatry, Rhode Island Hospital, Providence, RI |
| 2008- | Director, Mental Health Services, University of Texas Medical Branch (UTMB), Correctional Managed Care (CMC), Conroe, Texas |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1995- | Reviewer, Hospital Physician |
| 1996 | Reviewer, Academic Psychiatry |
| 1996 | Reviewer, Journal of Nervous and Mental Disease |
| 1997 | Reviewer, Journal of Clinical Psychiatry |
| 1997 | Staff Psychiatrist, Kent County Mental Health Center, Warwick, RI |
| 1998-2001 | Consultant, New Haven State's Attorney Office, New Haven, CT |
| 1998-2000 | Consultant, Capital Defense and Trial Services Unit, Office of the Chief Public Defender, Hartford, CT |
| 1998-2001 | Consultant, Office of the Public Defender, Bridgeport, CT |
| 1998-1999 | Psychiatrist, New Haven Court Clinic, New Haven, CT |
| 1998-1999 | Consultant, Disabilities Clinic, Yale Law School, New Haven, CT |
| 1998-1999 | Psychiatric Expert Witness, Trial Practice Course, Yale Law School, New Haven, CT |
| 1998-1999 | Consultant, Special Populations Unit, CT Department of Mental Health and Addictions Services, Hartford, CT |
| 1998-1999 | Genesis Group Co-leader and Individual Therapist, Whiting Forensic Institute, Middletown, CT |
| 1998-1999 | Child Custody and Placement Clinic, Yale Child Study Center, New Haven, CT |
| 1998-2001 | Consultant, Superior Court, Juvenile Matters, Stamford, CT |
| 1999 | Consultant, Psychiatric Security Review Board, Middletown, CT |
| 1999 | Consultant, United States Department of State, Washington, DC |
| 1999-2001 | Staff Child Psychiatrist, The Family Health Center at SSTAR Program, Fall River, MA |

3

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 1999-2008 | Director of Psychiatric Services, Rhode Island Training School, Cranston, RI |
| 1999-2008 | Consultant, Rhode Island Family Court |
| 1999-2008 | Consultant, Rhode Island Department of Children, Youth, and Families |
| 1999-2008 | Consultant, RI Department of Disability Determination Services, Providence, RI |
| 1999-2000 | Consultant, Providence Police Department, Kid's INC. Program, Providence, RI |
| 1999-2001 | Consultant, Office of the Attorney General, Providence, RI |
| 2000-2001 | Consultant, Superior Court, Juvenile Matters, Hartford, CT |
| 2000-2001 | Consultant, United States Attorney, District of Rhode Island, Providence, RI |
| 2001 | Consultant, Butler Hospital, Providence, RI |
| 2001 | Consultant, Northwest Special Education Region, Scituate, RI |
| 2001 | Consultant, Qualidigm, Middletown, CT |
| 2001-2003 | Consultant, Town of Narragansett, Narragansett, RI |
| 2001-2002 | Consultant, Office of the Public Defender, Enfield, CT |
| 2001-2002 | Consultant, Medical Consultants Network, Seattle, WA |
| 2001-2002 | Advisory Board, HELP Mental Health and Wellness Initiative, Providence, RI |
| 2002 | Consultant, Yarmouth Police Department, Yarmouth, MA |
| 2002-2003 | Consultant, Office of the Mental Health Advocate, Cranston, RI |
| 2002 | Consultant, Commonwealth of Massachusetts, Committee for Public Council, Boston, MA |
| 2002- | Editorial Board, Hospital Physician |
| 2002- | Reviewer, Journal of Correctional Health Care |
| 2003- | Consultant, Bradley Hospital, East Providence, RI |
| 2003- | Representative, American Academy of Child & Adolescent Psychiatry to the National Commission on Correctional Health Care, Chicago, Illinois |
| 2003- | Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2003 | Advisory Panel, ADHD in Correctional Institutions, National Commission on Correctional Health Care, Chicago, Illinois |
| 2004 | Consultant, Town of West Warwick, RI, Pension Board |
| 2004 | Consultant, Rhode Island Department of Corrections |
| 2004 | Reviewer, Journal of the American Medical Women's Association |
| 2004- | Editorial Board, Psychiatry |
| 2005 | Consultant, Florida Department of Juvenile Justice |
| 2005-2008 | Consultant, Office of the Public Defender, Providence, RI |
| 2005 | Consultant, Bradley School, Portsmouth, RI |
| 2005-2006 | Consultant, Office of the Attorney General, Hartford, CT |
| 2006-2007 | Consultant, Phoenix House, New York, NY |
| 2006- | Editorial Board, Correctional Health Report |
| 2006-2008 | Consultant, Physicians and Lawyers for National Drug Policy |
| 2006-2008 | Board of Directors, Academy of Correctional Health Care Professionals |
| 2007-2009 | Consultant, Town of East Providence, RI, Police Department |
| 2007-2009 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Various Correctional Facilities, Valhalla, New York |
| 2007-2010 | Chair (Chair-Elect, Chair, Immediate Past), Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2008 | Consultant, National Institute of Mental Health (NIMH), Bethesda, MD |
| 2009 | Consultant, Kansas Department of Juvenile Corrections |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2009 | Consultant, Philadelphia Department of Behavioral Health and Mental Retardation Services |
| 2009 | Reviewer, Ambulatory Pediatrics |
| 2009- | Board of Directors, Society of Correctional Physicians (SCP) |
| 2011- | Editorial Board, Journal of Correctional Health Care |
| 2011 | Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC) |
| 2011 | Consultant, Rhode Island Department of Corrections |
| 2011- | Consultant, Agency for Health Research and Quality's (AHRQ) Effective Health Care (EHC) Program |
| 2011 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2011 | Consultant, Vermont Department of Corrections |
| 2012 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Idaho Department of Corrections |
| 2012 | Consultant, National Commission on Correctional Health Care, US Immigration and Customs Enforcement (ICE) San Diego Contract Detention Facility, San Diego, California |
| 2012 | Surveyor, National Commission on Correctional Health Care, Orleans Parish Criminal Sheriff's Office, New Orleans, Louisiana |
| 2012 | Surveyor, National Commission on Correctional Health Care, Hudson County Correctional Center, Kearny, New Jersey |
| 2012 | Reviewer, Academic Pediatrics |
| 2012-2013 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2013- | Consultant, Polk County Juvenile Detention Center/Polk County Jail, Bartow, Florida |
| 2013-2016 | Member, Council on Psychiatry and Law, American Psychiatric Association, Arlington, Virginia |
| 2013 | Surveyor, National Commission on Correctional Health Care, Harris County Jail, Houston, Texas |
| 2013 | Surveyor, National Commission on Correctional Health Care, Rio Grande Detention Center, Laredo, Texas |
| 2013-2014 | Consultant, Juvenile Justice Commission (JJC) State of New Jersey, and the University of Medicine and Dentistry of New Jersey (UMDNJ)-University Behavioral HealthCare/University Correctional HealthCare, Trenton, New Jersey |
| 2013- | Consultant, J Allen and Associates of Texas, Friendswood, Texas |
| 2013- | Reviewer, Suicide and Life-Threatening Behavior |
| 2013- | Consultant, Division of Health Services, Arizona Department of Corrections, Phoenix, Arizona |
| 2013 | Surveyor, National Commission on Correctional Health Care, El Paso Service Processing Center, El Paso, Texas |
| 2013-2014 | Consultant to Special Master, *Coleman v. Brown*, *Governor of California, et al.*, United States Court of Appeals, Ninth Circuit, Pasadena, California. |
| 2015-2017 | Chair, Council on Children, Adolescents and Their Families, American Psychiatric Association, Arlington, Virginia |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## ADDITIONAL INFORMATION

2007-2011    Contributor and Consultant to the American Academy of Child and Adolescent Psychiatry (AACAP) Work Group on Quality Issues. Practice Parameter for Child and Adolescent Forensic Evaluations. J Am Acad Child Adolesc Psychiatry 2011; 50:1299-1312

## HOSPITAL COMMITTEES

1994-96    Pharmacy and Therapeutics Committee, Butler Hospital, Providence, RI
1995-96    Outpatient Specialty Program Directors Group, Butler Hospital, Providence, RI

## UNIVERSITY COMMITTEES

Brown University Department of Psychiatry and Human Behavior
1992-96    Policy Committee, Residency Training Program
1992-96    Selection Committee, Residency Training Program
1994    Residency Recruitment Coordination Committee
1994-96    SDDS/Primary Care Psychiatry Research Committee
1994    Search Committee, Director of General Psychiatry Residency Training Program
1998    Selection Committee, Child and Adolescent Psychiatry Residency Program

Brown University School of Medicine
2000-2002    Search Committee, Department of Pediatrics
2003-2007    Search Committee, Post-Doctoral Training Program in Juvenile Forensic Psychology

University of Texas Medical Branch Correctional Managed Care
2008-    Continuing Medical Education (CME) Committee
2008-2010    County Jail Pharmacy and Therapeutics Committee
2008-    Mental Health Services Policy Committee
2008-    Quality Council
2008-    Mental Health Inpatient Leadership Group (Chair)
2009-2011    Medical Executive Committee (Chair)
2009-    Executive Council

## NATIONAL COMMITTEES

Academy of Correctional Health Care Professionals
2003-2004    Education Committee
2005-2008    Membership Committee
2006-2008    Board of Directors
2007-2008    Education Committee

American Academy of Child and Adolescent Psychiatry
1997-2000    Television and the Media Committee
1999-    Rights and Legal Matters Committee
1999-2002    Task Force on Juvenile Justice Reform
2002-2006    Committee on Juvenile Justice Reform
2016-    Children and the Law Committee

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

American Board of Psychiatry and Neurology
1998-        2001 Psychiatry Re-Certification Committee
2001-2004   Re-appointed, Psychiatry Re-Certification Committee
2006        Examiner, Part II General Psychiatry Examination Committee
2001-2006   Examiner, Child and Adolescent Psychiatry Examination Committee
2007-2014   Forensic Psychiatry Examination Committee

American Academy of Psychiatry and the Law
1998-        Rappeport Fellowship Committee
2006-        Suicidology Committee
2010-12     Institutional and Correctional Psychiatry
2011-        (Chair) Suicidology Committee

American College of Psychiatrists
2014-2017   Committee on the Education Award

American Correctional Association
2013-        Health Care Committee
2013-        Mental Health Committee

American Psychiatric Association
2012-2014   Workgroup on Persons with Mental Illness in the Criminal Justice System
2014-        Workgroup on Mental Illness and Criminal Justice

Association for Academic Psychiatry
2003-2004   Program Committee

Coalition for Juvenile Justice
2001-2002   Membership Committee

National Commission on Correctional Health Care
2003-        Juvenile Health Committee
2003-2004   Standards Revision Task Force, Standards for Health Services in Juvenile
            Detention and Confinement Facilities
2005        Program Committee
2005        (Chair) Clinical Guidelines Monitoring Subcommittee
2006-2007   (Vice-Chair) Clinical Guidelines Monitoring Subcommittee
2006-2010   Executive Committee, Member At-Large
2007-2008   (Chair) Juvenile Health Committee
2007-2008   Clinical Guidelines Monitoring Subcommittee
2008-2010   Finance Committee
2011-2014   (Chair) Juvenile Health Committee
2011-        Executive Committee
2011-        Accreditation Committee
2012-2014   (Vice Chair) Accreditation Committee
2013        Standards Revision Task Force, Standards for Health Services in Jails and Prisons
2014-        (Chair) Accreditation Committee
2014-        Certified Correctional Health Professional-Mental Health (CCHP-MH)
            Committee
2014-        Mental Health Standards Revision Task Force, Standards for Mental Health
            Services in Correctional Facilities
2016        Standards Revision Task Force, Standards for Health Services in Jails and Prisons

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## STATE AND LOCAL COMMITTEES

Rhode Island Psychiatric Society

| | |
|---|---|
| 1995-1996 | Executive Committee |
| 2006-2008 | (Chair) Public Affairs Committee |

Rhode Island Training School

| | |
|---|---|
| 2000-2001 | Health, Mental Health, and Suicide Prevention Work Group |
| 2002 | Resocialization Steering Committee |
| 2003-2008 | Pharmacy and Therapeutics Committee |
| 2004-2008 | Risk Management Committee |
| 2004-2008 | Suicide Prevention Work Group |

Rhode Island Department of Children, Youth, and Families

| | |
|---|---|
| 2003 | Article 23 Committee and Subcommittee |
| 2004 | Psychotropic Medications and Chemical Restraints |

Rhode Island Department of Health

| | |
|---|---|
| 2006-2008 | Suicide Prevention Subcommittee |

Texas Department of Criminal Justice

| | |
|---|---|
| 2008- | Correctional Managed Care Pharmacy and Therapeutics Committee |
| 2008- | Psychiatry Subcommittee |
| 2008-2009 | Drug Withdrawal/Benzodiazepine Discontinuation Subcommittee |
| 2008- | Joint Suicide Prevention Operational Workgroup |
| 2008- | Joint Mental Health Committee |
| 2008- | Suicide Prevention Working Group |
| 2008- | System Leadership Council |
| 2009-2011 | Joint Mental Health Work Group (Chair) |
| 2012-2017 | Joint Gender Identity Disorder Committee |
| 2012- | Integrated Mental Health Procedure Committee |
| 2014-2016 | Joint Mental Health Work Group (Chair) |
| 2017- | Joint Gender Identity Disorder Committee (Co-Chair) |
| 2017- | Correctional Managed Care Pharmacy and Therapeutics Committee (Chair) |

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

| | |
|---|---|
| 2009-2014 | Advisory Committee |

Texas Juvenile Justice Department (formerly known as the Texas Youth Commission)

| | |
|---|---|
| 2008- | Youth Health Services Leadership Council |
| 2008- | Youth Services Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Subcommittee |
| 2008- | Psychiatry Subcommittee |
| 2016- | (Chair) Youth Services Pharmacy and Therapeutics Committee |

Texas Society of Psychiatric Physicians

| | |
|---|---|
| 2009- | Government Affairs Committee |
| 2009-2012 | Public Mental Health Services Committee |
| 2009- | Strategic Planning and Coordinating Committee |
| 2012-2013 | (Vice-Chair) Forensic Psychiatry Committee |
| 2013- | Continuing Medical Education Committee |

8

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

2013-      (Chair) Forensic Psychiatry Committee
2013-      Executive Council
2018-2019  President

## MEMBERSHIP IN SOCIETIES

1987-99    American Medical Association
2002-2003  American Medical Association
1992-      Theta Kappa Psi Medical Fraternity Alumni
1992-      American Psychiatric Association
1993-2008  Rhode Island Psychiatric Society
1995-      American Academy of Child and Adolescent Psychiatry
1996-2004  Association for Academic Psychiatry
1996-98    Rhode Island Medical Society
1997-98    American Association of General Hospital Psychiatrists
1997-98    Brown University Housestaff Association
1999-2008  Rhode Island Council of Child and Adolescent Psychiatry
1997-      American Academy of Psychiatry and the Law
1998-99    Connecticut Psychiatric Society
2002-      Academy of Correctional Health Professionals
2008-      Texas Society of Psychiatric Physicians
2008-      Texas Society of Child and Adolescent Psychiatry
2009-      American College of Psychiatrists
2011-      American College of Physician Executives

## PUBLICATIONS

1. Jenkins M, Malloy P, Cohen R, Salloway S, Neeper R, **Penn JV**, Chang K. Attentional and Learning Dysfunction Among Adults with History of Childhood ADHD <u>Journal of the International Neuropsychological Society</u> 1996;2:209.

2. **Penn JV**, Boland RJ, McCartney JR, Kohn R, Mulvey T. Recognition and Treatment of Depressive Disorders by Internal Medicine Residents and Attendings <u>General Hospital Psychiatry</u> 1997;19:179-184.

3. Jenkins M, Cohen R, Malloy P, Salloway S, Gillard E, **Penn JV**, Marcotte A. Neuropsychological Measures which Discriminate Among Adults with Residual Attention Deficit Disorder and Other Attentional Complaints <u>Clin Neuropsychologist</u> 1998;12:74-83.

4. **Penn JV**, Esposito CL, Schaeffer LE, Fritz GK, Spirito A. Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility <u>J Am Acad Child Adolesc Psychiatry</u> 2003; 7:762-769.

5. Zonfrillo MR, **Penn JV**, Leonard HL. Pediatric Psychotropic Polypharmacy. <u>Psychiatry 2005</u> 2005; 8:14-19.

6. Stein, LAR, Lebeau-Craven, R, Martin R, Colby SM, Barnett, NP, Golembeske, C, **Penn, JV**. Use of the Adolescent SASSI in a Juvenile Correctional Setting. <u>Assessment</u> 2005, 12:384-394.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

7. **Penn JV**, Thomas CR. AACAP Work Group on Quality Issues. Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities. <u>J Am Acad Child Adolesc Psychiatry</u> 2005; 10:1085-1098.

8. **Penn JV**, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles. <u>J Correctional Health Care</u>  2006; Volume 11, Issue 4: 333-346.

9. Cascade EF, Kalali AH, **Penn JV**, Feifel D. Recent Changes in Prescriptions for Antipsychotics in Children and Adolescents.   <u>Psychiatry </u>(Edgmont). 2006 Volume 3, Issue 9:18-20.

10. Esposito-Smythers CL, **Penn JV**, Stein LAR, Lacher-Katz M, Spirito A. A Test of Problem Behavior and Self-Medication Theories in Incarcerated Adolescent Males. <u>J Child Adol Substance Abuse</u> 2008; Volume 17, Issue 4: 41-56.

11. Baillargeon J**,** Binswanger IA, **Penn JV**, Williams BA, Murray OJ.  Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door. <u>The American Journal of Psychiatry</u> 2009; Volume 166, Issue 1:103-109.

12. Baillargeon J**, Penn JV**, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Suicide in America's Largest Prison System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 2: 188-193.

13. Garvey KA, **Penn JV,** Campbell AL, Esposito-Smythers CL, Spirito A. Contracting For Safety with Patients: Clinical Practice and Forensic Implications.   <u>Journal of the American Academy of Psychiatry and the Law</u> 2009; Volume 37, Number 3: 363-370.

14. Ochoa KC, Pleasants GL, **Penn JV**, Stone DC. Disparities in Justice and Care: Persons With Severe Mental Illnesses in the U.S. Immigration Detention System. <u>Journal of the American Academy of Psychiatry and the Law</u> 2010; Volume 38, Number 3: 392-399.

15. Baillargeon J**,** Hoge SK, **Penn JV**. Addressing the Challenge of Community Reentry among Released Inmates with Serious Mental Illness. <u>American Journal of Community Psychology</u> 2010; Volume 46, Number 3-4: 361-375.

16. Baillargeon J, **Penn JV**, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of Reincarceration among Prisoners with Co-occurring Severe Mental Illness and Substance Use Disorders. <u>Adm Policy Ment Health</u> 2010; Volume 37, Number 4:367-74.

17. Harzke, AJ, Baillargeon J, Baillargeon G, Henry J, Olvera R, Torrealday O., **Penn, JV**, Parikh, R.  Prevalence of Psychiatric Disorders in the Texas Juvenile Correctional System. <u>Journal of Correctional Health Care</u> 2012; Volume 18, Number 2: 143-157.

18. Harzke AJ, Baillargeon J, Baillargeon G, Olvera R, Torrealday O, **Penn JV**, Parikh R. Co-occurrence of Substance Use Disorders with Other Psychiatric Disorders in the Texas Juvenile Correctional system. <u>International Journal of Prisoner Health</u> 2011; *7*, 4-16.

19. Hilliard WT, Barloon L, Farley P, **Penn JV,** Koranek A. Bupropion Diversion and Misuse in the Correctional Facility. <u>Journal of Correctional Health Care</u> 2013; Volume 19, Number 3: 211-217.

20. McKee J, **Penn JV**, Koranek A.  Psychoactive Medication Use and Misadventuring Issues in Correctional Healthcare – What all Clinicians Should Know. <u>Journal of Correctional Health Care</u> 2014; 20(3):249-260.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

21. Trestman, RL (Chair), **Penn JV**, et al. <u>Psychiatric Services in Correctional Facilities: Third Edition</u> A Work Group Report of the American Psychiatric Association. American Psychiatric Publishing 2015.

22. Tamburello A, Metzner J, Ferguson E, Champion M, Ford E, Glancy G, Appelbaum K, **Penn J**, Burns K, Ourada J.  The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections.    J Am Acad Psychiatry Law  46:242-43,  2018. DOI:10.29158/JAAPL.003762-18

## OTHER PEER-REVIEWED PUBLICATIONS

1. Chang K, Neeper R, Jenkins M, **Penn JV**, Bollivar L, Israeli L, Malloy P, Salloway SP. Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder (Abstract) <u>Journal of Neuropsychiatry and Clinical Neurosciences</u> 1995;7:400-1.

2. **Penn JV**, Salloway SP. Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder (Abstract) <u>Journal of Neuropsychiatry and Clinical Neurosciences </u>1995;7:406-7.

3. **Penn JV**, Child and Adolescent Forensic Psychiatry, <u>Medicine and Health Rhode Island</u> 2005;9:310-317.

## OTHER NON-PEER REVIEWED PUBLICATIONS

1. **Penn JV**, Martini J, Radka D. Weight Gain Associated with Risperidone (Letter to Editor) <u>Journal of Clinical Psychopharmacology</u> 1996;16:259-260.

2. **Penn JV**, Leonard HL, March J: OCD in Children and Adolescents.  In M.T. Pato, G Steketee (eds.), OCD Across the Life Cycle, <u>Annual Review of Psychiatry</u>, Volume 16. Washington, DC: American Psychiatric Press, 1997, pp 7-53.

3. **Penn JV**, Hagino 0: Child and Adolescent Psychiatry.  In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 2nd Edition. St. Louis: Mosby, 1998, pp 340-374.

4. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of the American Academy of Child and Adolescent Psychiatry 2001;12:1483-1484.

5. **Penn, JV**, Casoli-Reardon M. <u>Antisocial and Violent Youth</u> (Book Review) Shamsie Lugus et al., Journal of Developmental and Behavioral Pediatrics 2001; 22: 258-259.

6. **Penn  JV**.  Attention-Deficit/Hyperactivity Disorder: Review Questions. <u>Hospital Physician</u> 2001; 6:27-28.

7. **Penn JV**. Quick to Cry? <u>Parenting</u> 2001; 4:185.

8. **Penn JV**, Leonard HL: Diagnosis and Treatment of Obsessive-Compulsive Disorder in Children and Adolescents.  In M.T. Pato, J. Zohar (eds.), <u>Current Treatments of Obsessive-Compulsive Disorder</u>, 2nd Edition. Washington, DC: American Psychiatric Press, 2001, pp. 109-132.

9. **Penn JV**. Justice for Youth? A History of the Juvenile and Family Court. <u>The Brown University Child and Adolescent Behavior Letter</u> 2001; 9:1-4.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

10. **Penn JV**. Child and Adolescent Depression: Review Questions. <u>Hospital Physician</u> 2002; 1:39-40.

11. Thomas CR, **Penn JV**: Juvenile Justice Mental Health Services, In <u>Child and Adolescent Psychiatric Clinics of North America</u>. Edited by Haller L. Philadelphia: WB Saunders, 2002, pp 731-748.

12. **Penn JV**: Use of Psychotropic Medications with Incarcerated Youth. <u>Standards for Health Services in Juvenile Detention and Confinement Facilities</u> National Commission on Correctional Health Care, 2004, 263-265.

13. Carlsen AB, **Penn JV** <u>Kids Who Commit Adult Crimes: Serious Criminality by Juvenile Offenders</u> (Book Review) Flowers RB, Journal of Developmental & Behavioral Pediatrics 2005; 26:390-391.

14. Kraus LJ, **Penn JV**: Standards for Juvenile Detention and Confinement Facilities. <u>In Recommendations for Juvenile Justice Reform</u>. (Monograph) 2nd Edition. American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform, 2005, p.40-47.

15. Masters KJ, **Penn JV**: Seclusion and Restraint: Juvenile Justice Plus Restrictive Interventions Equals Fragmentation. <u>AACAP News</u>, 2005, p. 164, 172.

16. **Penn JV**: Safe Use of Psychotropic Medications with Confined Youth. <u>Correct Care</u>, 2005, Volume 19, Issue 2, p. 12.

17. Murakami S, Rappaport N, **Penn JV**: An Overview of Juveniles and School Violence. In <u>Psychiatric Clinics of North America</u>. Edited by Scott C. Philadelphia: Elsevier, 2006, pp. 725-741.

18. **Penn JV**: Expert Commentary: Antipsychotic Use Among Children and Adolescents. <u>Psychiatry 2006</u>. 2006; 9:19.

19. **Penn JV**: Child and Adolescent Psychiatry.  In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 3rd Edition. Elsevier: Philadelphia, PA, 2007, pp 389-441.

20. Romero L, **Penn JV**. Ethical Issues of Youthful Offenders: Confidentiality, Right to and Right to Refuse Treatment, Seclusion and Restraint.  In C. Kessler and L. Kraus, <u>The Mental Health Needs of Young Offenders,</u> Cambridge University Press, Cambridge, UK, 2007, pp. 401-422.

21. **Penn JV**, Thomas CR. Mental Health Care in Juvenile Detention Facilities: A Review (Letter to Editor) <u>Journal of the American Academy of Psychiatry and the Law.</u> 2006; 34:570-571.

22. Faille L, Clair M, **Penn JV**.  Special Risk Management Issues in Child and Adolescent Psychiatry. <u>Psychiatric Times</u>. 2007; 7:64-67.

23. **Penn JV**. Invited Editorial: "Psychotropic Medications in Incarcerated Juveniles: Over versus Under-Prescribed?" <u>Arch Pediatr Adolesc Med</u>. 2008 Mar;162(3):281-3.

24. Baillargeon J**,** Paar DP, **Penn JV** Psychiatric Disorders and HIV/Hepatitis Coinfection <u>CorrDocs</u>. Volume 11, Issue 3:12.

25. Baillargeon J**, Penn JV**, (Letter to Editor) <u>The American Journal of Psychiatry</u> 2009; 166:490.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

26. **Penn JV**. Suicide Prevention Strategies for Juveniles in Correctional Settings. In Condotte Suicidarie: Un'analisi Nel Sistema Degli Istituti Penali Minorili (Suicide Behavior: An Analysis of the Juvenile Justice/Correctional System). Numeri Pensati: Gangemi Editore, Rome, Italy, 2010, pp 66-76.

27. Clair M, Faille L, **Penn JV.** Prevention and Treatment of Violent Offending/Offenders. In Ferguson CJ, Violent Crime: Clinical and Social Implications, Sage Publications, Thousand Oaks, CA, 2010, 351-372.

28. **Penn JV**. Standards and Accreditation for Jails, Prisons, and Juvenile Facilities, In Oxford Textbook of Correctional Psychiatry. Edited by Trestman R, Appelbaum K, and Metzner J. Oxford University Press, New York, NY, 2015, pp 359-365.

29. McGlasson T, Champion MK, **Penn JV**. Geriatric Offenders: Evaluation and Treatment within Correctional Settings, In Oxford Textbook of Geriatric Forensic Psychiatry. Edited by Holzer J, Kohn R, Recupero P, and Ellison, J. Oxford University Press, New York, NY (in press).

30. **Penn JV**, Weinstein HC. Correctional Psychiatry, In Kaplan & Sadock's Comprehensive Textbook of Psychiatry 10th edition.  Edited by Sadock BJ, Sadock VA and Ruiz P, Lippincott Williams & Wilkins, Philadelphia, PA (in press).

## ABSTRACTS

1. Penn JV, Phillips KA. (1995). Body Dysmorphic Disorder and Social Phobia, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting, Miami, Florida.

2. Penn JV, Boland RJ, McCartney JR. (1995). Recognition and Treatment of Depressive Disorders Among Internists, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting.  Miami, Florida.

3. Penn JV, Salloway SP. (1995). Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

4. Chang K, Neeper R, Jenkins M, Penn JV, Bollivar L, Israeli L, Malloy P, Salloway SP. (1995). Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

5. Penn JV, Zimmerman M, Mattia J. (1996). Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. New York, New York.

6. Jenkins M, Malloy P, Cohen R, Salloway SP, Neeper R, Penn JV, Chang K. (1996). Attentional and Learning Dysfunction among Adults with History of Childhood ADHD, Poster Session, International Neuropsychological Society Annual Mid-Year Meeting. Veldhoven, The Netherlands.

7. Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Annual Chester M. Pierce, M.D., Sc.D., Resident and Medical Student Research Symposium, National Medical Association 101st Scientific Assembly, Chicago, Illinois.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

8.  Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Poster Session, Annual Lifespan Hospitals Research Celebration, Providence, Rhode Island.

9.  Penn JV, Holden P, Hendren RL.  (1997). Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes? Workshop Presentation and Poster Session, Annual Meeting Association for Academic Psychiatry, Albuquerque, New Mexico.

10. Leonard HL, Penn JV, March J. (1997). OCD in Children and Adolescents, Review of Psychiatry, Obsessive-Compulsive Disorder Across the Life Cycle, American Psychiatric Association Annual Meeting. San Diego, California.

11. Penn JV, Esposito C, Spirito A.  (2001). Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility, Poster Session, American Academy of Child and Adolescent Psychiatry Annual Meeting. Honolulu, Hawaii.

12. Penn JV, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. (2003) Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles, Poster Session, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas.

13. Penn JV. (2005) AACAP Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities, Symposium, Emerging Frontier of Psychiatry: Juvenile Justice, American Psychiatric Association Annual Meeting, Atlanta, Georgia.

14. Penn JV. (2005) Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies, Symposium, Juvenile Justice and Mental Health, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Paris, France.

15. Merideth P, Janofsky J, Penn JV. Phillips RTM, Recupero P. (2005) Difficult Case? Consult Your Colleagues, Workshop, American Academy of Psychiatry and the Law Annual Meeting, Montreal, Canada.

16. Chen JT, Hunt J, Penn JV, Spirito A. (2006) Psychiatric Differences Among Adolescents in a Psychiatric Hospital Versus a Juvenile Correctional Facility, Poster Session, American Psychiatric Association, Institute on Psychiatric Services, New York, New York.

17. Penn JV. (2006) Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility, Symposium, Recent Developments in the Research of Juvenile Offenders, American Academy of Child and Adolescent Psychiatry Annual Meeting. San Diego, California.

18. Penn JV. (2007) Acting Out: How to Manage Difficult Adolescents in Correctional Settings, Symposium (Chair), Novel Approaches to the Evaluation and Treatment of Juvenile Offenders, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Padua, Italy.

19. Garvey KA, Penn JV. (2007) Contracting for Safety with Adolescents: Is This an Empirically-Based Practice? Poster Session, American Academy of Psychiatry and the Law Annual Meeting, Miami, Florida.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

20. Ryan E, Penn JV. (2007) Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies, Workshop Presentation, American Academy of Child and Adolescent Psychiatry Annual Meeting. Boston, Massachusetts.

21. Baillargeon J, Penn JV. (2008) The Prevalence and Treatment of Psychiatric Disorders in a State Prison System, Academic and Health Policy Conference on Correctional Health, Quincy, Massachusetts.

22. Garvey KA, Penn JV, Campbell AL, Esposito-Smythers CL, Spirito A. (2008) Contracting for Safety: Clinical Practice and Forensic Implications, Paper Session, American Academy of Psychiatry and the Law Annual Meeting, Seattle, Washington.

23. Baillargeon J, Penn JV, (2009) Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, New York, New York.

24. Baillargeon J, Penn JV, (2009) Psychiatric Disorder and Parole Revocation Among Texas Prison Inmates, Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, Florida.

25. Dingle AD, Zito JM, Sharma S, Zima BT, Varley CK, Carlson GA, Penn JV. (2010) Psychotropic Medication Use in Vulnerable Child and Adolescent Populations, Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York, New York.

26. Penn JV, (2011) Framework of Correctional Managed Care Models: Formulary Development and Implementation, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Berlin, Germany.

27. Ochoa K, Penn JV, Venters H, Hustings E, Mehta S, Belous L. (2011) Seriously Mentally Ill Persons in U.S. Immigration Detention, Panel, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts.

28. Penn JV, Harzke AJ, Baillargeon J, (2012) Risk of Reincarceration among Prisoners with Co-Occurring Serious Mental Illness and Substance Use Disorders, Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia.

29. Penn JV, (2012) Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry, Symposium, Forensic Psychiatry: Informing Clinical Practice, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania.

30. Torrealday O, Penn JV, (2013) Juveniles Behind Bars: Meeting Treatment Needs Through a Statewide Academic and Correctional Managed Care Partnership, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

31. Penn JV, (2013) Psychiatric Services in Jails and Prisons: An Update on the APA Guidelines, American Psychiatric Association Annual Meeting, San Francisco, California.

32. Penn JV, (2013) Psychiatric Comorbidity in Secure Juvenile Settings: How Complex an Issue is It Really? International Academy of Law and Mental Health, International Congress on Law and Mental Health, Amsterdam, The Netherlands.

33. Torrealday O. Penn JV, Parikh R, (2014) Meeting Complex Mental Health Needs of Youthful Offenders, Academic and Health Policy Conference on Correctional Health, Houston, Texas.

15

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

34. Parikh R, Torrealday O, Penn JV, (2014) Save Money and Get Better Care? Cost Effective Health Care Delivery in Juvenile Corrections, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

35. Torrealday O, Penn JV, (2015) Grievances: Strategies to Reduce Grief and Grievances While Improving Patient Care, Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts.

36. Appelbaum K, Ford E, Metzner J, Penn JV, Trestmant R, (2015) The New APA Guidelines on Correctional Psychiatry, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Fort Lauderdale, Florida.

**INVITED PRESENTATIONS**

1. "Cognitive Behavioral Treatment of Panic Disorder," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1993.

2. "Social Phobia: An Overview of Treatment Strategies," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1994.

3. "Paraphilias and Sexual Deviations," Butler Hospital, Outpatient Department Case Conference, Providence, Rhode Island, 1995.

4. "Cultural Competence in the Delivery of Mental Health Services," Rhode Island Psychological Association 1995 Annual Convention, Providence, Rhode Island, 1995.

5. "Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes?" Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

6. "Consulting to the Community: A Challenge for the Child and Adolescent Psychiatrist," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

7. "A School-Based Approach to Selective Mutism," Elmhurst Elementary School, Portsmouth, Rhode Island, 1977.

8. "Moodiness and Depression in Children and Adolescents," WLNE ABC Channel 6, Providence, Rhode Island, 1997.

9. "Moodiness and Depression in Adolescents," Mount Hope High School, Bristol, Rhode Island, 1997.

10. "Moodiness and Depression in Children and Adolescents," Lifespan Health Connection, Speaking of Kids, Parenting Education Series, Bradley Hospital, East Providence, Rhode Island, 1997.

11. "Career Opportunities in Child and Family Psychiatry," Junior Explorers, Miriam Hospital, Providence, Rhode Island, 1998.

12. "The Crisis of School Violence: How Do We Help Our Children," Testimony before the Congressional Children's Caucus, Washington, District of Columbia, 1999.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

13. "Assessment of Violent Behavior in Adolescents," Department of Pediatrics, Division of Adolescent Medicine, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 1999.

14. "Overview of Child Psychiatric Consultation at the Rhode Island Training School to the Rhode Island Family Court," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 1999.

15. "The New Law and Psychiatry Service at Brown," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1999.

16. "Violent Threats Made by Adolescents: An Approach to Assessment and Treatment," The Family Health Center at SSTAR Program, Fall River, Massachusetts, 1999.

17. "Introduction to Child and Adolescent Psychopharmacology," Miriam Hospital, Rhode Island Nursing Association, Clinical Nurse Specialists Continuing Education Seminar, Providence, Rhode Island, 2000.

18. "What We Don't Want to Happen to Our Youth," Adolescent Mental Health and School Success Conference, Rhode Island Department of Health, Providence, Rhode Island, 2000.

19. "Psychiatric and Abuse Issues Affecting Incarcerated Youth," Justice for All Youth Conference, Rhode Island Office of the Child Advocate, Warwick, Rhode Island, 2000.

20. "Juvenile Violence," Grand Rounds, Newport Hospital, Newport, Rhode Island, 2000.

21. "Demystifying the Courts and the Legal Process for Juveniles," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2000.

22. "Warning Signs in Adolescents: A Practical Guide for Families and Educators," Lifespan Health Connection, Parenting Matters, Parenting Education Series, Tollgate High School, Warwick, Rhode Island, 2000.

23. "Mood Dysregulation and Mood Disorders in Incarcerated Youth," Grand Rounds, Judge Baker Children's Center, Boston, Massachusetts, 2001.

24. "The Crisis of School Violence: How Do We Help Our Children," Grand Rounds, Department of Psychiatry, State University of New York, Buffalo, New York, 2001.

25. "Mental Health Evaluation and Treatment of Incarcerated Youth," Child Psychiatry Fellowship Seminar Series, New England Medical Center, Boston, Massachusetts, 2001.

26. "Mood, Substance Abuse, and Other Mental Disorders in Violent Youth," St. Anne's Hospital, Fall River, Massachusetts, 2001.

27. "Teen Violence: Risk Management and Malpractice Issues" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

28. "Mental Health Needs of Incarcerated Youth" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

29. "Children's Mental Health Issues in Rhode Island: Problems and Solutions" Testimony before Congressional Committee Hearing, Rhode Island State House, Providence, Rhode Island, 2001.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

30. "Mental Health Evaluation and Treatment of Incarcerated Youth," Sixth New England Correctional Health Conference, Sturbridge, Massachusetts, 2001.

31. "When Psychotherapies Are Not Enough: Medical Management of Aggression," Pediatric Psychopharmacology: An Update for Primary Care Practitioners, Providence, Rhode Island, 2001.

32. "Mental Health Evaluation and Treatment of Incarcerated Juveniles," The Providence Center, Providence, Rhode Island, 2001.

33. "School Shootings and Youth Violence," Truman Taylor Show, WLNE ABC, Channel 6, Providence, Rhode Island, 2001.

34. "Juveniles Presenting with Violent or Threatening Behaviors" Greater Fall River Child Protection Council and St. Anne's Hospital Lecture Series, Fall River, Massachusetts, 2001.

35. "School Shootings and Youth Violence," Healthwatch, NBC, WJAR Channel 10, Providence, Rhode Island, 2001.

36. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2001, Toll Gate High School, Warwick, Rhode Island, 2001.

37. "School Violence: Strategies for Schools and Families," N.A. Ferry Middle School, Johnston, Rhode Island, 2001.

38. "School Violence: Strategies for Schools and Families" CBS, WPRI, Channel 12, Providence, Rhode Island, 2001.

39. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2001.

40. "Bullying, Beatings & Beyond: Assessment and Treatment of Youth Violence," Rhode Island Psychological Society, Pawtucket, Rhode Island, 2001.

41. "Psychiatric Services for Incarcerated Juveniles," Annual Meeting, National Commission on Correctional Health Care (NCCHC), Albuquerque, New Mexico, 2001.

42. "Assessment and Treatment of Juvenile Sexual Offenders," (Discussant) Grand Rounds, Rhode Island Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, Providence, Rhode Island, 2001.

43. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Rhode Island Training School, Clinical Staff In-Service, Cranston, Rhode Island, 2002.

44. "Youth Violence: Evaluation and Treatment Approaches," University of Texas Medical Branch, Department of Psychiatry, Psychiatry Resident's Journal Club, Galveston, Texas, 2002.

45. "Youth Violence: Practical Strategies for Clinicians," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2002.

46. "Redefining the Use of Psychotropic Medications in Juvenile Justice Populations," 7th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2002.

47. "Profile of a Columbine Type Perpetrator: What to Look for and What to do About it," Annual Juvenile Probation and Justice Management Conference (Juvenile Probation

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Track): National Council of Juvenile and Family Court Judges Conference, Tucson, Arizona, 2002.

48. "Conduct Disorder: Evaluation and Treatment Approaches," Plymouth, Massachusetts, 2002.

49. "Conduct Disorder: Evaluation and Treatment Approaches," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

50. "Redefining the Use of Psychotropic Medications in Children and Adolescents," Kent County Mental Health Center, Warwick, Rhode Island, 2002.

51. "The Project Hope Experience: Evaluation and Treatment of Mental Health Issues in Incarcerated Juveniles," Children's Mental Health - A System of Care Approach, American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts, 2002.

52. "Clinical Challenges in Child and Adolescent Psychiatry," Beaumont, Texas, 2002.

53. "Recognizing Other Psychiatric Disorders" American Academy of Pediatrics: DB:PREP An Intensive Review Course of Developmental and Behavioral Pediatrics, Providence, Rhode Island, 2002.

54. "Youth Violence: Practical Strategies for Clinicians," Family Service Association of Greater Fall River, Inc., Fall River, Massachusetts, 2002.

55. "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2002.

56. "Psychotropic Medications:  What They Do, What They Don't Do," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2002.

57. "Recognition and Management Strategies of Youth Violence for Mental Health Professionals," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

58. "Suicide Prevention in Juvenile Correctional Facilities," Staff Training Program, Rhode Island Training School, Cranston, Rhode Island, 2002.

59. "The Elephant in the Room: How the Legal System Can Impact Therapy," (Discussant) Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2003.

60. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2003, Toll Gate High School, Warwick, Rhode Island, 2003.

61. "Identification and Treatment of Mental Health Issues in Incarcerated Youth," 8th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2003.

62. "Missed Opportunities and Challenges: Identifying Mental Health and Substance Abuse Issues in Today's Youth," Physician Leadership on National Drug Policy Conference: Adolescent Substance Abuse and Mental Health: A Public Health Priority, Providence, Rhode Island, 2003.

63. "Evaluation and Treatment of Incarcerated Juveniles with Mental Health Issues: Challenges, Frustrations, and Solutions," Butler Hospital, Child and Adolescent Services Program Lecture Series, Providence, Rhode Island, 2003.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

64. "Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies," National Conference on Correctional Health Care, Austin, Texas, 2003.

65. "Redefining the Use of Psychotropic Medications in Children," Annual Meeting of the RI Chapter of the American Academy of Pediatrics, Providence, Rhode Island, 2003.

66. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Brown University, Behavioral Misadventures Symposium, Providence, Rhode Island, 2003.

67. "Understanding and Defusing Explosive Kids," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

68. "Mixing Legal and Street Drugs: A Cocktail for Disaster," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

69. "Promising Programs: Suicide Prevention/Good Practices," 23 rd Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

70. "Challenging Youths, Families & Systems: Implementing Psychiatric Strategies and Risk Management Principles," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

71. "Acting Out Youths: Practical Evaluation & Treatment Strategies," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

72. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics PREP Course: Costa Mesa, California, 2004.

73. "Risky Behavior: How to Keep Youth Safe in Inpatient and Community Settings," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2004.

74. "ADHD Co-Morbidity: Practical Evaluation and Treatment Approaches," 2004 Fall CME Conference, New York State Society of Physician Assistants, Albany, New York, 2004.

75. "Behavioral Health Issues for Juvenile Offenders," 3rd Annual Behavioral Health in Corrections Conference, University of Rhode Island, Kingston, Rhode Island, 2004.

76. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

77. "Surviving Juvenile Corrections: Timely Suicide Prevention Strategies," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

78. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2004.

79. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Miami, Florida, 2005.

80. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Office of the Public Defender, Providence, Rhode Island, 2005.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

81. "Juvenile Suicide Risk in Congregate Care Settings, "Suicide Prevention Promises and Practices – Focus on Youth Conference, Rocky Hill, Connecticut, 2005.

82. "Profile of a Columbine-Type Juvenile: What to Look for and What to Do About It," Juvenile Courts Association of Georgia 2005 Annual Seminar, Pineisle Resort at Lake Lanier, Georgia, 2005.

83. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Portland, Oregon, 2005.

84. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: Practical Pediatrics Course: Beaver Creek, Colorado, 2005.

85. "Strategies for Resident Advocacy at the State Legislature," 2nd Northeast Pediatric Resident Advocacy Conference, Hasbro Children's Hospital, Brown Medical School, Providence, Rhode Island, 2005.

86. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

87. "Suicide Prevention/Intervention Training," Staff Training Seminar Series, Rhode Island Training School, Cranston, Rhode Island, 2006.

88. "ADHD and Juvenile Delinquency," Annual Meeting, American Society for Adolescent Psychiatry, Miami, Florida, 2006.

89. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Criminal Division, Office of the Attorney General, Providence, Rhode Island, 2006.

90. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, San Diego, California, 2006.

91. "Berber v. Mellott, MD: Lessons from a Medical Malpractice Mock Trial," Continuing Medical Education Program, Professional Risk Management Services, Inc., Providence, Rhode Island, 2006.

92. "How to Respond to Mentally Ill and Substance-Abusing Youth in the Juvenile Justice System," 25th Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Providence, Rhode Island, 2006.

93. "Acting Out: How To Manage Difficult Adolescents," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

94. "You Be the Judge:  A Mock Trial Involving an Inmate's Claim," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

95. "Assessment and Treatment of Court-Involved Youth in Juvenile Corrections and Other Settings: Challenges, Frustrations, and Solutions," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2006.

96. "Mental Health Services for Juvenile Offenders," Grand Rounds, Department of Psychiatry, Maine Medical Center, Portland, Maine, 2007.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

97. "Strategies to Avoid the Courtroom – The Case for Thorough Medical Documentation," UNAP/Rhode Island Health Care Education Trust Seminar Series, Rhode Island Hospital, Providence, Rhode Island, 2007.

98. "Suicide Prevention Strategies for Juveniles in Correctional Settings," Congress: Prevention of Suicidal Conduct in Incarcerated Minors, Campidoglio, Sala Della Protomoteca, Rome, Italy, 2007.

99. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, Las Vegas, Nevada, 2007.

100. "Civil Commitment of Adolescents," Rhode Island/Hasbro Hospitals Department of Pediatric Emergency Medicine, Case Conference, Providence, Rhode Island, 2007.

101. "Emerging Issues in Forensic Psychiatry," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2007.

102. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2007.

103. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, Nashville, Tennessee, 2007.

104. "Lessons Learned from Inside the Fence: Juvenile Offenders, the RI Training School and Family Court Systems," Rhode Island Psychiatric Society, Providence, Rhode Island, 2007.

105. "Use of Psychotropic Medications for Incarcerated Youth," Updates in Correctional Health Care, National Conference on Correctional Health Care, San Antonio, Texas, 2008.

106. "Mentally Ill Juveniles," American Correctional Association, New Orleans, Louisiana, 2008.

107. "Identification and Management of Juvenile Mental Disorders," National Conference on Correctional Health Care, Chicago, Illinois, 2008.

108. "Identification and Management of Juvenile and Adult Mental Disorders," Texas Corrections Association, Austin, Texas, 2008.

109. "Use of Psychotropic Medications Within Correctional Settings," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2008.

110. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2008.

111. "Mental Health Services within the Texas Correctional System," National Institute of Mental Health (NIMH) and UTMB: Mental Illness, Incarceration and Community Re-Entry: Telepsychiatry and Continuity of Mental Health Care, Austin, Texas, 2008.

112. "Essentials of Correctional Juvenile Health Care," Updates in Correctional Health Care: Transforming Principles to Practice, Las Vegas, NV.

113. "Preventing Suicide in Corrections: Timely Collaboration Between Administration, Custody, and Clinical Staff," UTMB CMC Annual Conference, Galveston, Texas, 2009.

114. "Psychotropic Medication Education for Non-Psychiatrists," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

115. "Malingering: Practical Evaluation and Management Approaches," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

116. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

117. "Rational Approach to Psychotropic Medications in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

118. "Behind the Bars and Razor Wire: Mental Health Disorders Within Correctional Settings," Texas Department of Criminal Justice (TDCJ) Community Justice Assistance Division (CJAD) Skills Conference, Austin, Texas, 2009.

119. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Orlando, Florida, 2009.

120. "Evaluation and Treatment of Personality Disorders," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2009.

121. "Mental Health Issues of the Female Offender," Texas Corrections Association Annual Conference, Galveston, Texas, 2010.

122. "Identification and Management of Adult and Juvenile Mental Health Disorders in Correctional Settings, National Conference on Correctional Health Care, Boston, Massachusetts, 2010.

123. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

124. "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

125. "Mental Health Formulary and Disease Management Guidelines Development and Utilization with the Texas Department of Criminal Justice," Mental Health Conference, United States Bureau of Prisons-Health Services Division, Oklahoma City, Oklahoma, 2010.

126. "Competency to Assist in Immigration/Deportation Hearings: Application of Existing Competency Evaluation Models to Immigration Context (Non-Citizens with Mental Disabilities)," United States Immigration and Customs Enforcement (ICE)/Office for Civil Rights and Civil Liberties (CRCL) Mental Health Roundtable, Washington, D.C., 2010.

127. "Mental Health Systems of Care, Formulary and Disease Management Guidelines Development and Utilization within the Texas Department of Criminal Justice," Forensic Best Practices Conference, Houston, Texas, 2010.

128. "Juvenile Waiver and Transfer to Criminal Court," Conference Update on Juvenile Forensic Evaluations, Capacity for Justice, Austin, Texas, 2010.

129. "Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2010.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

130. "Behind the Bars and Razor Wire: Mental Health Disorders within Correctional Settings" University of Texas Arlington, Annual Psychiatric Nursing Symposium, Arlington, Texas, 2011.

131. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Phoenix, Arizona, 2011.

132. "Medical Conditions That Can Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

133. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

134. "Containing Your Psychotropic Medication Expenses: Strategies for Formulary Development and Implementation," American Correctional Association, Phoenix, Arizona, 2012.

135. "Child and Adolescent Forensic Psychiatry," International Conference on Forensic Psychiatry, Santiago, Chile, 2012.

136. "An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

137. "Acting Out" Offenders: Implementing Mental Health/Psychiatric Strategies and Risk Management Principles, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

138. "Save Pharmacy Dollars: Contain Your Psychotropic Medication Use and Expenses" American Correctional Association, Denver, Colorado, 2012.

139. "Practicing Behind Bars: Challenges and Opportunities within Correctional Psychiatry" Grand Rounds, Keck School of Medicine of the University of Southern California, Department of Psychiatry, Los Angeles, California, 2012.

140. "Review of NCCHC's Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

141. "Medical Conditions That Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

142. "Mad Versus Bad Offenders: Implementing Mental Health Strategies and Risk Management Principles," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

143. "Contain Your Psychotropic Medication Use and Expenses," American Correctional Association, Houston, Texas, 2013.

144. "Evaluation and Management of Juvenile Offenders," American Correctional Association, Houston, Texas, 2013.

145. "Integrating Mental Health and Medical Issues in the Complex Environment of Corrections," Society of Correctional Physicians, Denver, Colorado, 2013.

146. "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Advocacy Center, Columbia, South Carolina, 2013.

24

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

147. "Identification and Prevention of Suicide and Self Injurious Behaviors in Correctional Settings," American Association of Suicidology, Austin, Texas 2013.

148. "'Acting Out' Adolescents: Pearls for Effective Evaluation and Management," American Correctional Association, National Harbor, Maryland, 2013.

149. "Preventing Suicide Behind Bars: Real World Approaches," American Correctional Association, National Harbor, Maryland, 2013.

150. "DSM-5: An Overview and Its Impact on Correctional Mental Health," UTMB CMC Annual Conference, Galveston, Texas, 2013.

151. "Overview of UTMB CMC Mental Health Services," Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI) Advisory Committee, Austin, Texas, 2013.

152. "An In-Depth Look at NCCHC's 2014 Standards for Health Services in Prisons," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

153. "Institutional Self-Injury: Managing the Self-Destructive Juvenile," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

154. "Medical Conditions That Present as Psychiatric in Nature," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

155. "Guidelines for Treatment of Adolescents with ADHD," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

156. "Correctional Psychiatry: The Final Frontier of Psychiatry," Psychiatry Grand Rounds, John Peter Smith (JPS) Health Network, Fort Worth, Texas, 2014.

157. "DSM 5: What Pediatricians Need to Know," "Psychopharmacology in Primary Care: Practical Strategies," "Adolescent Substance Abuse," and "Adolescent Suicide and Self-Injurious Behaviors," American Academy of Pediatrics: Practical Pediatrics CME Course, Hilton Head, South Carolina, 2014.

158. "Mental Health Issues of Female Offenders," and "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Corrections Academy, Aurora, Colorado, 2014.

159. "Correctional Psychiatry: The Final Frontier of Psychiatry?" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2014.

160. "Mental Health Issues of the Female Offender," American Correctional Association, Salt Lake City, 2014.

161. "Strategies to Improve Patient Safety and Professional Satisfaction," National Conference On Correctional Health Care, Las Vegas, Nevada, 2014.

162. "Risk Management: How is Your Jail Liable?" National Conference on Correctional Health Care, Las Vegas, Nevada, 2014.

163. Various Topics in Child and Adolescent Psychiatry, 25th Annual Pediatric Symposium, Joe DiMaggio Children's Hospital at Memorial, Fort Lauderdale, Florida, 2014.

164. "Breaking Bad: Timely Strategies for Offenders with Mental Illness," Mid-Winter Workshop, Texas Corrections Association, Austin, Texas, 2014.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

165. "Assessment & Prevention of Suicide and Self-Injurious Behaviors: Correctional Best Practices," American Correctional Association, Long Beach, California, 2015.

166. "Diagnosing Mental Illness Using DSM-5," American Correctional Association, Indianapolis, Indiana, 2015.

167. "An In-Depth Look at NCCHC's 2015 Standards for Health Services in Juvenile Detention and Confinement Facilities," National Conference on Correctional Health Care, Dallas, Texas, 2015.

168. "Medical Conditions That Present as Psychiatric in Nature." National Conference on Correctional Health Care, Dallas, Texas, 2015.

169. "Demystifying Mental Illness: It's Not All in Your Head." Texas Department of Criminal Justice (TDCJ) Health Services Division Annual Conference, Huntsville, Texas, 2015.

170. "PTSD in Corrections, Diagnostic and Treatment Issues." American Correctional Association, New Orleans, Louisiana, 2016.

171. "The Development of a University-Based Specialty Program for State Prisoners with Gender Dysphoria." American Correctional Association, New Orleans, Louisiana, 2016.

172. "Acting Out Youths: Timely Forensic and Correctional Approaches." Presidential Symposia, "Issues for Child and Adolescent Psychiatry in the 21st Century." American Psychiatric Association, Atlanta, Georgia, 2016.

173. "Use of Telepsychiatry Within Correctional Settings." American Correctional Association, Boston, Massachusetts, 2016.

174. "LGBT Offenders: Critical Issues in Gender Dysphoria." Coalition of Correctional Health Authorities, All Health Authority Training, National Institute of Corrections, Washington, D.C., 2016.

175. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

176. "Epidemiology of Suicide." Texas Society of Psychiatric Physicians Conference, Austin, Texas.

177. "The Assessment and Management of Suicide Risk, Tex Med Conference, San Antonio, Texas May 2018.

178. "The Assessment and Management of Violence Risk, Tex Med Conference, San Antonio, Texas May 2018.

179. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## GRANTS

1. Penn (PI)        01/01/2002-01/01/2003
   "Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility." Source: American Academy of Child and Adolescent Psychiatry, Eli Lilly and Company. $ 9,000.
   Role: Principal Investigator

2. Penn (PI)        01/01/2003-05/31/2004
   "Correlates of Suicidal Behavior in Incarcerated Juveniles." Source: Lifespan Developmental Grant, Lifespan. $ 29,451.
   Role: Principal Investigator

3. Penn (PI)        06/30/2004-12/31/2005
   "Liability Prevention for Hasbro Hospital Staff: Practical Strategies for Youths with Mental Health and Substance Abuse Issues." Source: Lifespan Risk Management, Lifespan. $12,200.
   Role: Principal Investigator

4. 5K23DA021532 (PI: Tolou-Shams, Ph.D.)        02/01/2008-01/13/2013
   "HIV Prevention in the Family Drug Court." Source: National Institute of Drug Abuse (NIDA)
   Role: Consultant

## UNIVERSITY TEACHING ROLES

Brown University, Residency in Psychiatry, 1995: "Effective Documentation and Medical Record Strategies for Psychiatrists," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Antipsychotics: An Introduction and Rational Clinical Approach," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Cultural Psychiatry," PG-3 Seminar Series, Seminar Leader (weekly seminars).

Brown Medical School, 1997: "Biomed 278: Introduction to Clinical Psychiatry," Small Group Leader, (weekly meetings).

Brown University, Residency in Psychiatry, 1997: " PG-2 Seminar: Mood Disorders in Children and Adolescents" (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1998: "Children's Testimony in Court: Roles of the Expert Witness and Videotaped Interviews," Child and Adolescent Forensic Psychiatry Seminar Series, (single seminar).

Yale University Law School, Disabilities Clinic, 1999: "Introduction to Child and Adolescent Psychopharmacology," (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Risk Assessment of Youth Violence," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Rhode Island Mental Health Law," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Brown University Residency in Psychiatry, 1999: "Introduction to Child and Adolescent Forensic Psychiatry," PG-3 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999: Community Mental Health Center Rotation, Family Health Center at SSTAR, Fall River, Massachusetts, Clinical Supervisor, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: Clinical Supervisor, Brown University Child Psychiatry Forensic Psychiatry Elective, (weekly supervision).

Brown University Residency in Psychiatry, 2000-2001: "Disruptive Disorders, Antisocial Behaviors, and Legal Issues," PG-2 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 2000-2008: "Child and Adolescent Forensic Psychiatry" Seminar Leader, (four seminars).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2002: Clinical Supervisor, Community Mental Health Center Rotation, Kent County Mental Health Center, Warwick, Rhode Island, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2008: Clinical Supervisor, Forensic/Juvenile Justice Rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown Medical School, 2002-2008: Clinical Supervisor for 3rd and 4th year medical students, Longitudinal elective, 4th year elective, and psychiatry rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown University Residency in Psychiatry, 2002-2003: Tutor-Advisor to Nada Milosavljevic, M.D., J.D., PG-2 Psychiatry Resident.

Brown University Residency in Psychiatry, 2003: "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Noon Seminar, (single seminar).

Brown University Post-Doctoral Juvenile Forensic Psychology Training Program, 2003-2008: Core Supervisor and Seminar Leader.

Brown University Psychology Intern and Post-Doctoral Fellowship Training Program, Child Track Seminar Series Presenter, 2004-2008: "The Law and Psychiatry/Psychology" (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Risk Assessment of Potentially Violent Juveniles," PG-3 Resident Seminar, (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Divorce, Custody and Visitation Issues: The Psychiatrist Facing Court Systems," PG-2 Resident Seminar, (single seminar).

Brown University Residency in Child and Adolescent Psychiatry, 2005-2008: "Evaluation and Treatment of Conduct Disorder," Child and Adolescent Psychiatry Developmental Psychopathology Seminar Series, (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2008-present: "Opportunities and Challenges within Correctional and Forensic Psychiatry," (single seminar).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

UT Health Science Center at Houston, Department of Psychiatry and Behavioral Sciences, Residency in Child Psychiatry, 2008-present: "Juvenile Correctional Mental Health Services in Texas," (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2010-present: "Suicide Prevention and Litigation: Timely Risk Management Approaches," Forensic Psychiatry Seminar Series, (single seminar).

**HOSPITAL TEACHING ROLES**

Butler Hospital, 1993-1996: Seminar Leader, Various Psychiatry Topics, Brown University Medical Students' Psychiatry Clerkship, (multiple seminars).

Rhode Island Hospital, 1995: Psychiatry Preceptor and Consultant to Internal Medicine Housestaff Clinic, (twice weekly clinic).

E. P. Bradley Hospital, 1997: Adolescent Program Training, "The Use of Antipsychotics in Adolescents," (one seminar).

29

**EXHIBIT B**

**EXHIBIT B**

**Joseph V. Penn, MD CCHP FAPA**
**Testimony**

Revised 5/14/2020

**2020**

Debra P. Vought and Eric Vought as the Permanent Guardians Acting on Behalf of Jared R. West v. San Juan County Regional Medical Center, Inc., Presbyterian Medical Services, Inc., et al; Aztec District Court, Aztec, New Mexico, Jail Mental Health Services

Medical Malpractice Screening Panel Testimony (confidential by state statute) – I am unable to reference the name, issue, city, or state as it would identify the case

**2019**

State of Texas v. Pontrey Jones, Judicial District Court 403rd District Court, Travis County, Austin, Texas, General Practices and Procedures for Providing Mental Health Services to Texas Department of Criminal Justice (TDCJ) Offenders

Luis Alberto Mendez v. County of Sacramento; The Regents of the University of California; Gregory Sokolov, MD; Danielle Dass, LCSW; Charlene Williams, NP; Andrea Javist; Deputy Sheriff Tineley Sietz; Deputy Sheriff Alexander Egenberger; Deputy Sheriff Jordan Lee, United States District Court for the Eastern District of California Sacramento Division, Sacramento California, Jail Self Harm

Connie McMillin, as Independent Executrix of the Estate of Lee B. Albin, Deceased, and Heather Albin and Claire McMillin-Albin v. Oceans Behavioral Hospital Lufkin; Oceans Behavioral Hospital of Lufkin, LLC; Oceans Healthcare, LLC; Vernon Johnson, MD; and Vernon Charles Johnson, MD, PA, Angelina County, Texas, Medical Malpractice

**2018**

State of Texas v. Anthony Paz Torres, Judicial District Court 203rd, Dallas County, Dallas, Texas, General Practices and Procedures for Providing Mental Health Services to Texas Department of Criminal Justice (TDCJ) Offenders

State of Florida v. Anthony Carter, Third Judicial Circuit of Florida, Columbia County, Lake City, Florida, Deposition to Perpetuate Testimony, Death Penalty

Ferreira, et al. v. Penzone, et al., United States District Court, District of Arizona, Phoenix, Arizona, Jail Inmate on Jail Inmate Assault Resulting in Death

**2017**

Jacqueline Smith (Estate of Danarian Hawkins) v. Harris County, Houston, Texas,  Jail Suicide and Suicide Prevention

US v. Graff, Court Martial/Sentencing Hearing, United States Army Base, Fort Hood, Texas, General Practices and Procedures for Providing Mental Health Services to Texas Department of Criminal Justice (TDCJ) Offenders

State of Texas v Randall Mays, Henderson County, Texas, General Practices and Procedures for Providing Mental Health Services to Texas Department of Criminal Justice (TDCJ) Death Row Offenders

Civil Action No. BC494030; Dianne Jordan v. Los Angeles County Sheriffs' Department, Los Angeles Police Department (LAPD), Superior Court of California, County of Los Angeles, Central District, et al., Jail Suicide and Suicide Prevention

Civil Action No. 2:15-cv-01845-JAT; Ferreira, et al. v Arpaio, et al., Maricopa County Jail, Phoenix, Arizona United States District Court, District of Arizona, Mental Health Services and a Jail Inmate on Inmate Assault Resulting in Death

Civil Action No. 4:14-cv-03326; Ashley Adams, et al v. Brad Livingston, et al; In the United States District Court for the Southern District of Texas, Houston Division, Houston, Texas, Extreme Heat and Offenders with Mental Disorders

Civil Action No. 4:14-cv-03302; Edna Webb, et al v. Brad Livingston, et al; In the United States District Court for the Southern District of Texas, Houston Division, Houston, Texas, Developmental Disabilities Program (DDP) Evaluation and Treatment Services and Mental Health Services

**2016**

Estate of James Joshua Mayfield, by and through Lisa Berg, as Conservator; James Allison Mayfield, Jr., and Terri Mayfield, v. Ivan Orozco, in his individual capacity, Sheriff Scott Jones, in his individual and official capacity, Rick Pattison, in his individual and official capacity, County of Sacramento (Sacramento County Jail); University of California Davis Health System; and Dr. Gregory Sokolov, in his individual capacity, Dr. Robert Hales, in his individual capacity, Sacramento, California, Jail Self Harm

Arthur Moraes, as Personal Representative of the Estate of Mariangela Woycenko, deceased v. Corizon Health Inc., f/k/a Prison Health Services, Inc. and Joann Palazzo, LPN, St. Lucie County, Florida, Jail Suicide

**2015**

Christina Bobbin, Guardian of Carlo Daniel Laudadio, an incapacitated adult, Plaintiff   vs. Corizon Health, Inc., f/k/a Prison Health Services, Inc., et. al., Lee County Jail, Florida, Attempted Jail Suicide

Walker D. Bowen, as the Administrator of the Estate of Terrence Desmond Bowen v. Bruce Rex Schoolcraft, D.O., State of Georgia Department of Corrections, Failure to Protect (State Prisoner on State Prisoner Assault Resulting in Death)

State of Rhode Island v. Paul Dunbar, Rhode Island Superior Court, Providence, Rhode Island, Criminal Responsibility

Christina Bobbin, in her capacity as Plenary Guardian of Carlo Daniel Laudadio, an incapacitated adult v. Corizon Health, Inc., et al., United States District Court Middle District of Florida, Fort Myers Division.   Deposition, Houston, Texas, Accepted Standards of Mental Health and Psychiatric Care and Administrative Management

## 2014

Estate of Matthew LaPadula v. Dr. Jordan Lieberman, Central Regional Director of Psychiatry, in his administrative capacity, Superior Court of New Jersey, Mercer County, Standards of Psychiatric and Mental Health Care and Administrative Management

State of Rhode Island v. Matthew Komrowski, Rhode Island Superior Court, Providence, Rhode Island, Competency to Stand Trial, (RIRE 706 Court Appointed Expert)

Victor Parsons; et al., on behalf of themselves and all others similarly situated, and Arizona Center for Disability Law v. Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities: U.S. District Court, District of Arizona, Phoenix, Arizona.  Arizona Department of Corrections State Prisoners: Unconstitutional Conditions of Confinement, Access to and Provision of Clinically Appropriate and Individually Determined Mental Health Evaluation and Treatment Services, Mental Health Intake Health Screening and Procedures, Mental Health and Psychiatric Evaluation and Treatment Services, Other Mental Health Policies and Procedures, Mental Health and Psychiatric Staffing, Suicide Prevention Policy and Procedures, Audits and Compliance Reports, Access to Mental Health and Psychiatric Care

## 2013

Chanda Hughes, et al. v. Grady Judd, Polk County Sheriff, in his official capacity; and Corizon Health, Inc.: U.S. District Court, Middle District, Tampa, Florida. Polk County Jail Detained Juveniles and Juveniles Being Certified as Adults: Unconstitutional Conditions of Confinement: Failure to Provide Rehabilitative Services to Juveniles, Failure to Protect from Harm, Unlawful Use of Dangerous Chemical Restraints, Punitive Isolation and Suicide Prevention Policies, Deliberate Indifference to Children with Mental Illness, and Harmful Use of Isolation without Due Process

State of Rhode Island v. Jeremy Kerrigan, Rhode Island Family Court, Providence, Rhode Island, Future Dangerousness

## 2012

Regina Jackson and Rudolf Williamson, Individually, and on Behalf of the Estate of Rachel Jackson, Deceased v. John S. Ford, M.D., and Travis County, Texas, et al., U.S. District Court, Austin, Texas, Medical Malpractice

## 2008

Raymond, et al. v. Peggy Gloria, State of Rhode Island, Department of Children, Youth, and Families, et al.; Deposition, Providence, Rhode Island, Psychic Harm

## 2007

Manuel Delgado v. State of Rhode Island, Superior Court, Providence, Rhode Island, Post Conviction Relief

State of Rhode Island v. Tonya Fuller-Balletta, Superior Court, Providence, Rhode Island, Criminal Responsibility

## 2005

In Anthony Rebello et al v. Archdiocese of Providence et al.; Binding Arbitration Hearing, Providence, Rhode Island, Mental Harm

## 2003

In Russell Jette, Charis Jette, and Cindy Jette v. Town of Burrillville, Burrillville Middle School, Burrillville School Committee and School Systems, Burrillville Police Department, et al., U.S. District Court, Providence, Rhode Island, Mental Harm

In RE: Mark Entwistle, Town of Narragansett Rhode Island Pension Board, Narragansett, Rhode Island, Independent Psychiatric Evaluation

In RE: Bleaker Okubanjo, Rhode Island Family Court, Providence, Rhode Island, Psychotropic Medications and Treatment Recommendations

## 2001

State of Connecticut v. Michael Griffin, Superior Court, New Haven, Connecticut, Criminal Responsibility

## 2000

In RE: Joseph Costa, Rhode Island Family Court, Providence, Rhode Island, Competence to Stand Trial

State of Connecticut v. Loren Singleton, Superior Court, Bridgeport, Connecticut, Criminal Responsibility

Edward and Eugene Lee v. St. Aloysius, Rhode Island Department of Children, Youth, and Families (DCYF), et al.; Superior Court, Providence, Rhode Island, Mental Harm

In RE: Kelly Murillo, Child Protection Session, Superior Court for Juvenile Matters, Middletown, Connecticut, Termination of Parental Rights

## 1999

In RE: Kelly Murillo, Superior Court for Juvenile Matters, Stamford, Connecticut, Parental Visitation

State of Connecticut v. Charlene Baines, Competence to Stand Trial
State of Connecticut v. Nunzio Guerrara, Competence to Stand Trial
State of Connecticut v. David Cocciaro, Competence to Stand Trial
U.S. Congressional Committee, Children's Caucus, Washington, DC, Panel on School
       Violence/Recent School Shootings
State of Connecticut v. Clifton Powell, Competence to Stand Trial
State of Connecticut v. Reynaldo Riviera, Competence to Stand Trial
State of Connecticut v. Carmelo Cumba, Connecticut Psychiatric Security Review Board,
       Middletown, Connecticut, Risk Assessment and Placement and Treatment
       Recommendations
State of Connecticut v. Scott Cadwell, Competence to Stand Trial
State of Connecticut v. David Brown, Competence to Stand Trial
State of Connecticut v. Raymond Bresnahan, Competence to Stand Trial
State of Connecticut v. Ernest Juliano, Competence to Stand Trial
State of Connecticut v. Jose Torres, Competence to Stand Trial
State of Connecticut v. Stanley Smith, Competence to Stand Trial
State of Connecticut v. Wayne McClellan, Competence to Stand Trial

## 1998

State of Connecticut v. Dean Allen, Competence to Stand Trial
State of Connecticut v. Edward Tennaro, Competence to Stand Trial
State of Connecticut v. Robert Devito, Competence to Stand Trial
State of Connecticut v. Jose Alvarado, Competence to Stand Trial
State of Connecticut v. John Parks, Competence to Stand Trial
State of Connecticut v. Thaxton Oden, Competence to Stand Trial
State of Connecticut v. Ramon Soto, Competence to Stand Trial
State of Connecticut v. Heather Verab, Competence to Stand Trial

State of Connecticut v. Shirley Gamble, Competence to Stand Trial
State of Connecticut v. Clive Bifield, Competence to Stand Trial
State of Connecticut v. Joseph Edwards, Competence to Stand Trial
State of Connecticut v. Clarence Lane, Competence to Stand Trial

**<u>1996</u>**

State of Rhode Island v. Arzalie Stewart, Civil Commitment and Forced Medication
State of Rhode Island v. Michael Villuci, Civil Commitment and Forced Medication
State of Rhode Island v. Paul Hollister, Civil Commitment and Forced Medication

**EXHIBIT C**

**EXHIBIT C**

**RE: Client Name/Case**

I.  Fee schedule for providing expert services to your firm with reference to the
    above name matter:

(A)  Review of depositions, records, report, or other data..........500.00 pr/hr
(B)  Conference with attorney or others as required................500.00 pr/hr
(C)  Psychiatric consultation with written report....................500.00 pr/hr
(D)  Research…………………………………………………….500.00 pr/hr
(E)  Deposition – testimony…………………………………1,000.00 pr/hr
(F)  Testimony in court……………………………………...1,000.00 pr/hr

II.  Billing for out-of-town cases will be $4,000.00 for a minimum of 4 hours and
     $8,000.00 for 8 hours per day, and will include any/all travel time.  Any
     additional time will be billed at $1,000.00 per hour.  Travel expenses, meals and
     accommodations will be computed at actual rate.

III.  It is hereby specifically agreed that payment of all fees and expenses as outlined
      herein are the full responsibility of the undersigned attorney and firm of which
      he/she may be a member, and payment is not contingent on any verdict or
      settlement of the above captioned matter.

IV.  It is also specifically agreed that the undersigned attorney and firm will be
     responsible for securing funds in advance for depositions (and not subsequent to
     the deposition).

V.  A retainer amount of $5,000.00 payable to "*Joseph Penn MD and Forensic
    Associates, LLC*" is due before starting any work in this matter.  Dr. Penn will
    submit invoices periodically and will notify the undersigned attorney/firm if an
    additional retainer amount is necessary.

VI.  Please sign one copy of this agreement and return to this office.  The original is
     for your records.

                                   Joseph Penn MD and Forensic Associates, LLC


Agreed & Accepted by


_____          _____
Attorney for firm                              Name of law firm

Date_____