1 | Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
2 | Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
3 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
4 | Chandler, Arizona 85226
Telephone: (480) 420-1600
5 | Fax: (480) 420-1695
dstruck@strucklove.com
6 | rlove@strucklove.com
tbojanowski@strucklove.com
7 | nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDERS AND FOR FURTHER RELIEF (DKT. 3694)**<br><br>**[First Request]** |
|---|---|

Defendants respectfully move this Court for an Order extending the time to respond to Plaintiffs' Motion to Enforce the Court's Orders and for Further Relief. (Dkt. 3694.) The current deadline is August 28, 2020. Defendants request a two-week extension until September 11, 2020. Plaintiffs do not oppose this request.

The extension is necessary as Defendants' expert, Dr. Joseph Penn[1] (who will be preparing a declaration in support of their Response), is located in Texas and is currently

---

[1] Dr. Penn is the Director of Mental Health Services at University of Texas Medical Branch Correctional Managed Care ("CMC"). CMC provides healthcare to correctional facilities throughout Texas.

preparing for, and advising regarding, the evacuation of several correctional facilities in anticipation of Hurricane Laura.  This includes the following:

- Evacuating four state prison units (and possibly more depending on hurricane projections) near the Louisiana border;
- Relocating a large population of halfway house community offenders on parole in the Houston area, which includes overseeing the transfer and management of their psychiatric medications;
- Relocating several inmates from infirmary settings to community hospital settings;
- Preparing a 550-bed inpatient psychiatric prison unit for flooding and psychiatric coverage needs; and
- Preparing several units near the Arkansas border for flooding, high winds, and loss of power.

In addition, Dr. Penn is also preparing to possibly evacuate several medical offices as well as numerous psychiatrists, psychiatric nurse practitioners, and physician assistants; and ensuring continuity of care for their patients.  Finally, he expects to experience flooding and power loss/electricity from his home office.

Given these unforeseen circumstances, Dr. Penn is unable to prepare his declaration prior to the August 28, 2020 deadline.  Dr. Penn's declaration is necessary to respond to Dr. Stewart's declaration, filed by Plaintiffs.  (Dkt. 3694-3.)  As such, Defendants request a two-week extension until September 11, 2020 to file their Response.

1  DATED this 26th day of August 2020.

2                                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                                          By /s/Timothy J. Bojanowski
5                                             Daniel P. Struck
                                              Rachel Love
6                                             Timothy J. Bojanowski
                                              Nicholas D. Acedo
7                                             3100 West Ray Road, Suite 300
                                              Chandler, Arizona 85226
8
                                              *Attorneys for Defendants*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski