# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The parties have filed numerous administrative motions.  Good cause appearing,

**IT IS ORDERED** the Motion for Leave to Exceed Page Limits (Doc. 3713) is **GRANTED**. The Clerk of Court shall file Plaintiffs' Reply lodged as Doc. 3714.

**IT IS FURTHER ORDERED** the Motion to Seal (Doc. 3719) is **GRANTED**. The Clerk of Court shall seal the Supplemental Declaration of Amber Norris, and Exhibits 37, 38, 42, 43, 45, 46, 47, 48, 50, 51, 52, 54, 55, 56, 57, 58, and 59 filed therein, lodged as Doc. 3720. The Clerk of Court shall also seal Exhibits 1 and 2, lodged as Doc. 3721. This order shall not be sealed.

**IT IS FURTHER ORDERED** the Notice of Errata (Doc. 3723) is construed as a Motion to Seal and it is **GRANTED**. The Clerk of Court shall seal Doc. 3673-8.

….

….

….

….

1  **IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 3725) is **GRANTED**. Defendants' Response to Doc. 3694 is now due on or before **Friday, September 11, 2020**.

Dated this 27th day of August, 2020.

                                    Honorable Roslyn O. Silver
                                    Senior United States District Judge