Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
        carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
*Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
*Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
*Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
*behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

v.

David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-ROS

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO ENFORCE THE STIPULATION (MAXIMUM CUSTODY PERFORMANCE MEASURES 1-3, 5-6, AND 8) [DOC. 3599]**

**Third Request**

Pursuant to Local Rule 7.3, Plaintiffs respectfully move this Court for an Order extending the time for their Reply in Support of Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) [Doc. 3599] to September 17, 2020.

The Motion to Enforce was filed on May 8, 2020.  Defendants' Response to the Plaintiffs' Motion was filed on July 21, 2020.  On July 27, 2020, Plaintiffs requested an extension until August 30, 2020 to file their Reply, because Defendants had represented that they would shortly be producing documents responsive to Document Requests 122, 133, 134, and 138, pursuant to the Court's June 19, 2020 Order [Doc. 3635].  The Court granted the extension.  [Doc. 3677]

On August 7 and 10, Defendants produced documents responsive to Document Requests 122, 133, and 138.  However, the production of documents responsive to Document Request 134 was incomplete and inaccurate.   On August 11, 2020, Plaintiffs moved to enforce the Court's June 19, 2020 discovery order with regard to Document Request 134.  [Doc. 3686]  The Court set a briefing schedule on the motion to enforce the discovery order with the final brief due on August 19, 2020.  [Doc. 3691]  Because the documents at issue in the motion to enforce the discovery order are highly relevant to Plaintiffs' Motion to Enforce the Stipulation, Plaintiffs requested an extension on their Reply until September 3, 2020, to allow for time for production of the documents and the incorporation of relevant information into the Reply.  [Doc. 3693]  The Court granted the extension.  [Doc. 3697]

In Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Court's Order (Doc. 3635), Defendants informed the Court they planned to provide Plaintiffs supplemental data to address the "variances" in the data on August 21, 2020.  [Doc. 3703 at 10]  They did not do so, and the data has not been produced to date.  Defendants have informed Plaintiffs that they "are hoping" to complete the re-running and repairing of the data sets or find other ways to calculate the data by Monday, August 31, 2020.  Declaration of Maria V. Morris, Ex. 1.

1    Plaintiffs therefore request another two-week extension on the Reply in Support of

2  Plaintiffs' Motion to Enforce the Stipulation to allow time for the Court to rule on the

3  motion to enforce the Court's discovery order, for any production pursuant to the

4  Defendants' ongoing efforts or the Court's order, and incorporation of any production into

5  the Reply.  Defendants do not oppose an extension through and including September 17,

6  2020 for Plaintiffs' Reply.

7   Dated:  August 28, 2020                    **ACLU NATIONAL PRISON PROJECT**

8

9                                             By:  _s/ Maria V. Morris_
                                              David C. Fathi (Wash. 24893)*
10                                            Eunice Hyunhye Cho (Wash. 53711)*
                                              Maria V. Morris (Cal. 223903)*
11                                            915 15th Street N.W., 7th Floor
                                              Washington, D.C. 20005
12                                            Telephone:  (202) 548-6603
                                              Email:    dfathi@aclu.org
13                                                      echo@aclu.org
                                                        mmorris@aclu.org
14
                                              *Admitted *pro hac vice*.  Not admitted
15                                             in DC; practice limited to federal
                                               courts.
16
                                              Jared G. Keenan (Bar No. 027068)
17                                            Casey Arellano (Bar No. 031242)
                                              **ACLU FOUNDATION OF**
18                                            **ARIZONA**
                                              3707 North 7th Street, Suite 235
19                                            Phoenix, Arizona 85013
                                              Telephone:  (602) 650-1854
20                                            Email:    jkeenan@acluaz.org
                                                        carellano@acluaz.org
21

22

23

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
  Asim Dietrich (Bar No. 027927)
  5025 East Washington Street, Suite 202
  Phoenix, Arizona 85034
  Telephone:  (602) 274-6287
  Email: adietrich@azdisabilitylaw.org

  Rose A. Daly-Rooney (Bar No. 015690)
  J.J. Rico (Bar No. 021292)
  Maya Abela (Bar No. 027232)
  **ARIZONA CENTER FOR DISABILITY LAW**
  177 North Church Avenue, Suite 800
  Tucson, Arizona 85701
  Telephone:  (520) 327-9547
  Email:
   rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns