# EXHIBIT 1

| | |
|---|---|
| **From:** | Rachel Love |
| **To:** | Maria Morris; Corene Kendrick; Maya Abela |
| **Cc:** | Tim Ray; Mike Giardina; Elaine Percevecz; Rachel Love |
| **Subject:** | RE: Parsons - ESI privilege review production regarding RFPs 122 and 133 |
| **Date:** | Tuesday, August 25, 2020 7:06:03 PM |
| **Attachments:** | image002.png |

Maria,

ADCRR Research Unit is further re-running and repairing data sets and calculation sets, as well as exploring alternate avenues to import and calculate the data from ACIS.  They are hoping to complete this by Monday.

- Rachel

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Tuesday, August 25, 2020 6:02 AM
**To:** Rachel Love <RLove@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Cc:** Tim Ray <TRay@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Parsons - ESI privilege review production regarding RFPs 122 and 133

Thank you.

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Monday, August 24, 2020 8:01 PM
**To:** Maria Morris <MMorris@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Cc:** Tim Ray <TRay@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Rachel Love <RLove@strucklove.com>
**Subject:** RE: Parsons - ESI privilege review production regarding RFPs 122 and 133

Maria,

I will provide a status tomorrow as soon as I am able to.  Friday and today, ADCRR was re-checking and re-verifying data tables and migration again to further trouble shoot the issue you identified of first day in max at times not being consistent with showing step review dates that preceded first day in max date (which came up again in some instances in a report re-run late last week).

- Rachel

**From:** Maria Morris [mailto:MMorris@aclu.org]
**Sent:** Monday, August 24, 2020 2:09 PM
**To:** Rachel Love <RLove@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>

1

**Cc:** Tim Ray <TRay@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** RE: Parsons - ESI privilege review production regarding RFPs 122 and 133

Rachel,
In the brief filed last Monday, you indicated that Defendants were expecting to supplement the data sets responsive to RFP 134 on August 21.  Do you know when we will get that supplement?
Thanks,
Maria

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Friday, August 21, 2020 7:17 PM
**To:** Maria Morris <MMorris@aclu.org>; Corene Kendrick <ckendrick@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>
**Cc:** Rachel Love <RLove@strucklove.com>; Tim Ray <TRay@strucklove.com>; Mike Giardina <MGiardina@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Subject:** Parsons - ESI privilege review production regarding RFPs 122 and 133

Maria, Corene, and Maya,

In running today's ESI privilege phase production, we have run into a major administration module and production engine error that has resulted in the production engine not applying production coding to emails/documents.  Additionally, it looks like the production engine wanted to re-produce previously produced documents/emails from the previously produced batches, resulting in unidentified duplication at this point.  Mike Giardina is returning from out of state this weekend and will repair the database so that we will produce as soon as we can on Monday as to the documents Tim Ray and I have reviewed so far.  We will also get the production wrapped up as soon as we can next week.

I apologize for this Friday afternoon monkey wrench.  Our best efforts at repair have not yet been successful but we are working on it.

- Rachel

Rachel Love
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
480.420.1603 | rlove@strucklove.com | STRUCKLOVE.COM

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful

interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.