UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO ENFORCE THE STIPULATION (MAXIMUM CUSTODY PERFORMANCE MEASURES 1-3, 5-6, AND 8) [DOC. 3599]** |

The Court, having reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of the Motion to Enforce the Stipulation (Maximum Custody Performance Measures (MCPMs) 1-3, 5-6, and 8) [Doc. 3599], and finding good cause, hereby GRANTS the Motion.

Plaintiffs shall have up to and including September 17, 2020 to file their Reply in Support of Plaintiffs' Motion to Enforce the Stipulation (MCPMs 1-3, 5-6, and 8) [Doc. 3599].

LEGAL23774493.1