Case: 2:12-cv-00601-ROS

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 02 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Matthew Christensen #209722
FLORENCE-AZ-FLORENCE-ASPC-EAST
EAST UNIT
P.O. BOX 5000
FLORENCE, AZ 85132

(Doc 372)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

RECEIVED
SEP 02 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Return to Sender
Need Inmate Numbers
Name and Number
Inmate No Longer In Custody
Inmate Released More Than 30 Days
Unauthorized Correspondence
Contrary to Prison Regulations

NEOPOST
08/27/2020
US POSTAGE $000.50⁰
ZIP 85003
041M11297591

FIRST-CLASS MAIL

MIXIE    050  7E 1    6208/29/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099    *1179-00541-27-37