Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
      carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION** <br> **(PMs 37, 44, 45, 50, 55)** |

LEGAL23774493.1

1    Plaintiffs move the Court to exercise its inherent powers and those outlined in the Stipulation (Doc. 1185 ¶¶ 35-36) to enforce the terms of the Stipulation and order Defendants to take immediate and substantial action to remedy deficiencies within their health care system that continue to prevent the provision of adequate health care and place class members at risk of serious harm. Specifically, Plaintiffs request that the Court find Defendants substantially noncompliant with certain Stipulation Performance Measures ("PMs") pursuant to the definition set forth in the Stipulation and the Court's previous Order interpreting substantial noncompliance. [Doc. 2644]

On February 7, 2020, Plaintiffs sent Defendants a Notice of Noncompliance with regard to PM 37 at Perryville; PM 44 at Douglas; PM 45 at Eyman and Florence; PM 50 at Eyman, Lewis, and Yuma; and PM 55 at Lewis and Tucson prisons. [Declaration of Corene Kendrick ("Kendrick Decl.") Ex 1]. Defendants responded on March 6, 2020, and conceded that they were noncompliant with all but PM 45 at Florence, on the basis that Dr. Stern had recommended that the PM be terminated at Florence. [*Id*. Ex. 2].[1] The parties met and conferred March 11, 2020. *Id*. ¶ 4. The parties mediated the dispute with Magistrate Judge Fine on August 24, 2020. [Doc. 3724 (Minute Order)]

Defendants' performance on these measures still meets the Court's definition of substantial noncompliance. Doc. 2644. (Defendants have only produced CGAR reports through June 2020, so the relevant 24-month look-back period for review is July 2018-June 2020). Plaintiffs request that the Court find Defendants noncompliant with these measures, and order Defendants to promptly submit a remedial plan for each noncompliant measure, and to report their future performance on a monthly basis. [*See* Docs. 1678, 2958]

//

//

---

[1] Defendants' response cites to a section of Dr. Stern's draft report that was not included in the final report. The Court has admonished Defendants that this was improper, and in any event, the Court's order adopting many of Dr. Stern's recommendations did not terminate PM 45 at Florence.

**PM 37 (Perryville):** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).*[2]

| 2019       | July | Aug  | Sept  | Oct   | Nov  | Dec  |
|------------|------|------|-------|-------|------|------|
| Perryville | 99   | 76   | 63    | 69    | 85   | 85   |
| 2020       | Jan  | Feb  | March | April | May  | June |
| Perryville | 86   | 82   | 92    | 92    | 85.7 | 91   |

**PM 44 (Douglas):** *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.*[3]

| 2019    | Feb | Mar | April | May | June  | July | Aug | Sept | Oct | Nov | Dec |
|---------|-----|-----|-------|-----|-------|------|-----|------|-----|-----|-----|
| Douglas | 78  | 80  | 0     | 100 | 84.62 | 100  | 71  | 86   | 67  | 100 | 100 |
| 2020    | Jan | Feb | Mar   | April | May | June |     |      |     |     |     |
| Douglas | 100 | 93  | 75    | 100 | 100 | 100 |     |      |     |     |     |

**PM 45 (Eyman, Florence):** *On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.*[4]

| 2019  | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|-------|-----|-----|-----|-------|-----|------|------|-----|------|-----|-----|-----|
| Eyman | 88  | 72  | 76  | 82    | 88  | 82   | 84   | 78  | 94   | 88  | 86  | 76  |
| 2020  | Jan | Feb | Mar | April | May | June |      |     |      |     |     |     |
| Eyman | 66  | 72  | 92  | 94    | 94  | 88   |      |     |      |     |     |     |

| 2019     | Jan  | Feb | Mar  | April | May | June | July | Aug | Sept | Oct  | Nov | Dec |
|----------|------|-----|------|-------|-----|------|------|-----|------|------|-----|-----|
| Florence | 85.7 | 76  | 85.7 | 79    | 78  | 80   | 86   | 80  | 87   | 85.7 | 89  | 87  |
| 2020     | Jan  | Feb | Mar  | April | May | June |      |     |      |      |     |     |
| Florence | 94   | 91  | 91   | 97    | 94  | 97   |      |     |      |      |     |     |

//

---

[2] The Court found Defendants substantially noncompliant with PM 37 at Eyman, Florence, Lewis, Tucson, Winslow, and Yuma on May 20, 2016. [Doc. 1583 at 2]

[3] The Court found Defendants substantially noncompliant with PM 44 at Eyman, Florence, and Lewis on April 24, 2017, (Doc. 2030), at Winslow on April 11, 2018, (4/11/18 Tr. at 23:7-17, Doc. 2764), and at Phoenix and Tucson on April 23, 2020. [Doc. 3574 at 3]

[4] The Court found Defendants substantially noncompliant with PM 45 at Lewis and Tucson on April 24, 2017. [Doc. 2030]

**PM 50 (Eyman, Lewis, Yuma):** *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.*[5]

| 2019  | April | May | June | July  | Aug | Sept | Oct | Nov | Dec |
|-------|-------|-----|------|-------|-----|------|-----|-----|-----|
| Eyman | 67    | 80  | 86   | 56    | 69  | 51   | 60  | 70  | 39  |
| 2020  | Jan   | Feb | Mar  | April | May | June |     |     |     |
| Eyman | 15    | 32  | 30   | 95    | 74  | 90   |     |     |     |

| 2019  | April | May | June | July  | Aug | Sept | Oct | Nov | Dec |
|-------|-------|-----|------|-------|-----|------|-----|-----|-----|
| Lewis | 62    | 71  | 71   | 57    | 79  | 72   | 72  | 59  | 51  |
| 2020  | Jan   | Feb | Mar  | April | May | June |     |     |     |
| Lewis | 52    | 57  | 58   | 100   | 97  | 90   |     |     |     |

| 2019 | April | May | June | July  | Aug | Sept | Oct | Nov | Dec |
|------|-------|-----|------|-------|-----|------|-----|-----|-----|
| Yuma | 86    | 67  | 77   | 78    | 62  | 59   | 63  | 70  | 84  |
| 2020 | Jan   | Feb | Mar  | April | May | June |     |     |     |
| Yuma | 68    | 82  | 84.6 | 92    | 96  | 96   |     |     |     |

**PM 55 (Lewis, Tucson):** *Disease management guidelines will be implemented for chronic diseases.*[6]

| 2019  | Jan | Feb | Mar  | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|-------|-----|-----|------|-------|-----|------|------|-----|------|-----|-----|-----|
| Lewis | 66  | 82  | 89   | 85.6  | 81  | 71   | 76   | 54  | 56   | 53  | 78  | 86  |
| 2020  | Jan | Feb | Mar  | April | May | June |      |     |      |     |     |     |
| Lewis | 86  | 87  | 91   | 100   | 94  | 98   |      |     |      |     |     |     |

| 2019   | Jan | Feb | Mar  | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|--------|-----|-----|------|-------|-----|------|------|-----|------|-----|-----|-----|
| Tucson | 81  | 89  | 84.6 | 89    | 81  | 81   | 86   | 76  | 83   | 89  | 76  | 85  |
| 2020   | Jan | Feb | Mar  | April | May | June |      |     |      |     |     |     |
| Tucson | 88  | 91  | 94   | 88    | 90  | 86   |      |     |      |     |     |     |

//

---

[5] The Court found Defendants substantially noncompliant with PM 50 at Florence on April 24, 2017, (Doc. 2030), at Perryville on October 11, 2017, (Doc. 2403), and at Tucson on April 11, 2018. [4/11/18 Tr. at 24:4-10; Doc. 2764] Plaintiffs filed a Motion to Enforce the Stipulation and for Contempt of the May 2019 OSC (Doc. 3235) Regarding Performance Measure 50 at ASPC-Florence on May 6, 2020. [Doc. 3584] This matter has been fully briefed and submitted by the parties, and is awaiting a decision. [Docs. 3608, 3619]

[6] The Court found Defendants substantially noncompliant with PM 55 at Eyman on October 11, 2017. [Doc. 2403]

# CONCLUSION

Plaintiffs respectfully request that the Court find Defendants substantially noncompliant with PM 37 at Perryville; PM 44 at Douglas; PM 45 at Eyman and Florence; PM 50 at Eyman, Lewis, and Yuma; and PM 55 at Lewis and Tucson, and order Defendants to promptly submit a remedial plan for each noncompliant measure and to report monthly on their compliance levels.

Respectfully submitted,

Dated: September 8, 2020

**PRISON LAW OFFICE**

By:   s/ Corene Kendrick
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Corene Kendrick (Cal. 226642)*
    Rita K. Lomio (Cal. 254501)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email:   dspecter@prisonlaw.com
             ahardy@prisonlaw.com
             snorman@prisonlaw.com
             ckendrick@prisonlaw.com
             rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (Cal. 223903)*
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         mmorris@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
agerlicher@perkinscoie.com
jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email: adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

1 **<u>CERTIFICATE OF SERVICE</u>**

2     I hereby certify that on September 8, 2020, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

                                                s/ C. Kendrick