UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,

Plaintiffs,

David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,

Defendants.

No. CV 12-00601-PHX-ROS

**ORDER**

This Court, having reviewed Plaintiffs' Motion to Enforce the Stipulation, and good cause in support thereof, IT IS ORDERED that the Motion is GRANTED. The Court finds that the following performance measures / prison facilities meet the definition of substantial noncompliance, and the Court will require the Defendants to report monthly on their performance and provide remediation plans for any PMs/facilities that are noncompliant, pursuant to prior Court Orders, starting with the next report due after the date of this Order. (Docs. 1678, 2958):

- PM 37 – Perryville
- PM 44 – Douglas
- PM 45 – Eyman, Florence

- PM 50 – Eyman, Lewis, Yuma
- PM 55 – Lewis, Tucson

**IT IS THEREFORE ORDERED** granting Plaintiffs' Motion to Enforce.

**IT IS FURTHER ORDERED** that Defendants monthly report on their performance, provide remediation plans for all PMs that are noncompliant starting with the next report due after the date of this Order.