## **Index of Exhibits to Declaration of Corene Kendrick**

**Exhibit**   **Description**
1    Feb. 7, 2020 Notice of Noncompliance from C. Kendrick to T. Bojanowski

2    March 6, 2020 Response to Notice of Noncompliance from A. Hesman to C. Kendrick

# Exhibit 1



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Patrick Booth
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Shira Tevah

VIA EMAIL ONLY

February 7, 2020

Mr. Timothy Bojanowski
Struck, Love, Bojanowski, & Acedo, PLC
3100 W. Ray Rd., Ste. 300
Chandler, AZ 85226
tbojanowski@strucklove.com

    RE:   *Parsons v. Shinn*
           Notice of Noncompliance, PMs 37, 44, 45, 50, 55

Dear Tim:

    Pursuant to Paragraph 36 of the Stipulation and the Court's order clarifying the definition of substantial noncompliance (Doc. 2644), we write to notify you that Defendants are in substantial noncompliance with the following performance measures. This is based upon Defendants' monthly CGAR reports for 2019. The exclusion of any other measures from this letter does not waive our right to notify you of noncompliance with respect to them in the future. We look forward to your response within 30 days and request that you make yourselves available for a meet and confer and mediation as soon as possible after providing your response.

    **PM 37 (Perryville):** *Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).*[1]

|            | July | Aug | Sept | Oct | Nov |
|------------|------|-----|------|-----|-----|
| Perryville | 99   | 76  | 63   | 69  | 85  |

    //
    //

---

    [1] The Court found Defendants substantially noncompliant with PM 37 at Eyman, Florence, Lewis, Tucson, Winslow, and Yuma on May 20, 2016 (Doc. 1583 at 2).

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva • Jean Lu
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris • Vishal Shah

Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Notice of Noncompliance
February 7, 2020
Page 2

**PM 44 (Douglas):** *Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.*[2]

|         | Feb | Mar | April | May | June  | July | Aug | Sept | Oct | Nov |
|---------|-----|-----|-------|-----|-------|------|-----|------|-----|-----|
| Douglas | 78  | 80  | 0     | 100 | 84.62 | 100  | 71  | 86   | 67  | 100 |

**PM 45 (Eyman, Florence):** *On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.*[3]

|           | Jan  | Feb | Mar  | April | May | June | July | Aug | Sept | Oct  | Nov |
|-----------|------|-----|------|-------|-----|------|------|-----|------|------|-----|
| Eyman     | 88   | 72  | 76   | 82    | 88  | 82   | 84   | 78  | 94   | 88   | 86  |
| Florence* | 85.7 | 76  | 85.7 | 79    | 78  | 80   | 86   | 80  | 87   | 85.7 | 89  |

\* In addition to the 2019 noncompliance shown above, Florence was also noncompliant with PM 45 in July 2018 (80%) and June 2018 (83%), thus meeting the Stipulation's definition of substantial noncompliance.

**PM 50 (Eyman, Lewis, Yuma):** *Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.*[4]

|       | April | May | June | July | Aug | Sept | Oct | Nov |
|-------|-------|-----|------|------|-----|------|-----|-----|
| Eyman | 67    | 80  | 86   | 56   | 69  | 51   | 60  | 70  |
| Lewis | 62    | 71  | 71   | 57   | 79  | 72   | 72  | 59  |
| Yuma  | 86    | 67  | 77   | 78   | 62  | 59   | 63  | 70  |

---

[2] The Court found Defendants substantially noncompliant with PM 44 at Eyman, Florence, and Lewis on April 24, 2017, (Doc. 2030), and at Winslow on April 11, 2018. [4/11/18 Tr. at 23:7-17, Doc. 2764]  Plaintiffs notified you of Defendants' noncompliance with PM 44 at Phoenix and Tucson on January 2, 2019, and filed a Motion to Enforce the Stipulation with regard to PM 44 at Phoenix and Tucson on February 6, 2020. [Doc. 3492]

[3] The Court found Defendants substantially noncompliant with PM 45 at Lewis and Tucson on April 24, 2017.  [Doc. 2030]

[4] The Court found Defendants substantially noncompliant with PM 50 at Florence on April 24, 2017, (Doc. 2030), at Perryville on October 11, 2017, (Doc. 2403), and at Tucson on April 11, 2018.  [4/11/18 Tr. at 24:4-10; Doc. 2764]

Mr. Timothy Bojanowski
RE: *Parsons v. Shinn*
Notice of Noncompliance
February 7, 2020
Page 3

**PM 55 (Lewis, Tucson):** *Disease management guidelines will be implemented for chronic diseases.*[5]

|        | Jan | Feb | Mar  | April | May | June | July | Aug | Sept | Oct | Nov |
|--------|-----|-----|------|-------|-----|------|------|-----|------|-----|-----|
| Lewis  | 66  | 82  | 89   | 85.6  | 81  | 71   | 76   | 54  | 56   | 53  | 78  |
| Tucson | 81  | 89  | 84.6 | 89    | 81  | 81   | 86   | 76  | 83   | 89  | 76  |

We look forward to your timely response.

Sincerely yours,

Corene Kendrick
Staff Attorney

---

[5] The Court found Defendants substantially noncompliant with PM 55 at Eyman on October 11, 2017. [Doc. 2403]

# Exhibit 2



STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Ashlee B. Hesman
480.420.1631
ahesman@strucklove.com

March 6, 2020

**VIA EMAIL ONLY**
Corene Kendrick
PRISON LAW OFFICE
General Delivery
San Quentin, CA 94964

    Re:    *Parsons v. Ryan*
               Notice of Noncompliance: PMs 37, 44, 45, 50, 55

Dear Corene:

    We are in receipt of your February 7, 2020 Notice of Noncompliance regarding Performance Measures ("PMs") 37, 44, 45, 50, and 55. Defendants' responses are outlined below. To the extent Defendants agree that a measure currently meets the Court's definition of substantial noncompliance, they do not waive the ability to later argue the measure no longer meets the definition.

    **PM 37 (Perryville)**: Defendants agree this measure currently meets the Court's definition of substantial noncompliance.

    **PM 44 (Douglas)**: Defendants agree this measure currently meets the Court's definition of substantial noncompliance.

    **PM 45 (Eyman, Florence)**: Defendants agree this measure currently meets the Court's definition of substantial noncompliance at Eyman. Because Dr. Stern recommended PM 45 be terminated at Florence, Defendants disagree that it is substantially noncompliant. (Dkt. 3382-1 at 9.)

    **PM 50 (Eyman, Lewis, Yuma)**: Defendants agree this measure currently meets the Court's definition of substantial noncompliance at Eyman, Lewis, and Yuma.

Corene Kendrick
March 6, 2020
Page 2

**PM 55: (Lewis, Tucson)**:  Defendants agree this measure currently meets the Court's definition of substantial noncompliance at Lewis and Tucson.

Sincerely,

*[signature]*

Ashlee B. Hesman

ABH/eap

cc:     Counsel of record