Case: 2:12-cv-00601-ROS

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 04 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Berry Williams #267365
FLORENCE-AZ-FLORENCE-ASPC-EAST
A-2-9
EAST UNIT
P.O. BOX 5000
FLORENCE, AZ 85132

#3724

UNITED STATES DISTRICT COURT
CONNOR U.S. COURTHOUSE, SUITE 130
W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX
AZ 852
28 AUG '20
PM 6 L

NEOPOST
08/28/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 85003
041M11297591

RECEIVED
SEP 04 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

C14

NIXIE 850 FE 1 0009/02/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 85003213099 *1779-00379-02-25

UTF
85003>2130

FORWARD TO:
ASPC-Tucson Complex
PO Box 24400
Tucson, AZ 86734-4400

C14