Case: 2:12-cv-00601-ROS

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Jerry D  Hubbard #140843
FLORENCE-AZ-FLORENCE-ASPC-EAST
A-5-7
EAST UNIT
P.O. BOX 5000
FLORENCE, AZ 85132

#3724

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS



PHOENIX AZ 852
28 AUG 20
PM 1

NEOPOST        FIRST
08/28/2020
US POSTAGE  $00

Return to Sender - Reason Checked

Need Inmate Number___
Name and Number Don't Match___
Inmate No Longer in Custody ✓
Inmate Released More Than 30 Days___
Unauthorized Correspondence___
Contrary to Prison Regulations___

DECEASED

RECEIVED
SEP 0 4 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE        850 FE 1        0009/
       RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD

BC: 85003213099        *2214-02097-