# INDEX OF EXHIBITS TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDERS AND FOR FURTHER RELIEF (DKT. 3694)

| Exhibit | Description | Filing Type |
|---|---|---|
| 1 | Declaration – C. Porter | Redacted/ Under Seal |
| 2 | Declaration – K. McCray | Redacted/ Under Seal |
| 3 | Cross Examination of P. Stewart in *Ferreira* | Public |
| 4 | Declaration – J. Penn | Redacted/ Under Seal |

# EXHIBIT 1

# [REDACTED]

| | |
|---|---|
| 1 | Daniel P. Struck, Bar No. 012377 |
| 2 | Rachel Love, Bar No. 019881<br>Timothy J. Bojanowski, Bar No. 022126 |
| 3 | Nicholas D. Acedo, Bar No. 021644<br>STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 4 | 3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226 |
| 5 | Telephone: (480) 420-1600<br>Fax: (480) 420-1695 |
| 6 | dstruck@strucklove.com<br>rlove@strucklove.com |
| 7 | tbojanowski@strucklove.com<br>nacedo@strucklove.com |

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-ROS <br><br> **DECLARATION OF CHY A.M. PORTER, MA, LPC, NCC** |

I, Chy Porter, make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. My academic degrees include a Bachelor of Science in Criminal Justice, a Bachelor of Arts in Psychology, and a Master of Arts in Clinical Psychology.

3. I have been a Licensed Professional Counselor in the State of Oregon since May 2011 (inactive as of January 2018) and the State of Arizona since October 2010. I am a National Certified Counselor and have been an Approved Supervisor for the State of Arizona since July 2015.

4. Throughout my career, I have had the opportunity to monitor psychoeducational and counseling groups, create and manage individual case and behavioral plans, audit facility records for certification purposes, provide clinical overview and signature of treatment plans for unlicensed professionals, and monitor compliance with various State and Federal rules, regulations, and laws. A more detailed work history and experience is further set forth in my attached resume. *See* Attachment A (Porter Resume).

5. I have been employed by the Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR) as a Mental Health Auditor since September 2018.

6. In that role, I complete monthly audits of inmate mental health records to ensure compliance with the Stipulation and Court Orders. I am also the statewide auditor for Performance Measures ("PM") 73, 74, 80, 81, 84, 85, 86, 91, 94, and 95.

7. I have read Plaintiffs' Motion to Enforce the Court's Orders and For Further Relief (Dkt. 3495, 3518), Declaration of Dr. Pablo Stewart, and portions of the Court's March 11, 2020 Order.

8. In response to the March 11, 2020 Order, I consulted with Kenya McCray regarding the subjective analysis requirement for "seen" encounters that are less than the 10 or 30-minutes. We discussed how we would evaluate and determine whether the length and content of the encounter was meaningful and appropriate in the context of the patient's overall care.

9. When I receive a file that has an encounter that is less than the required minimum, my evaluation includes, but is not limited to, whether there is discussion about coping skills, whether there is discussion about family support, and whether there is discussion about stability of their symptoms, etc.

10. I also evaluate how the clinician engaged with the inmate. For example, if the inmate refused to engage, did not want to talk, or had nothing else to discuss and the encounter was ended, a noncompliant finding would *not* be necessarily given. It is my opinion, based on my education, training, and experience, that it is clinically appropriate to

end an encounter early if the inmate does not want to engage or requests to end the encounter.

11. In addition, I may also look at prior mental health encounters to look for progression/regression of stability. Looking at prior encounters can provide additional context when evaluating whether the monitored encounter was meaningful and appropriate.

12. For the watch related PM's, my evaluation also includes, but it not limited to whether the clinician conducted a risk assessment, a discussion of stability, and if there are any follow up plans for medication adjustment.

13. Each evaluation I conduct, where the length of the encounter is less than the minimum duration, is based upon my knowledge, skill, and training.

14. The allegations that I have "abused" and "enthusiastically exploited" the Court's exception and "continue to count all visits, however fleeting, as compliant" is wrong.

15. The following are examples of encounters that were less than the minimum duration and marked noncompliant because the encounter was not meaningful or appropriate.

Eyman – PM 80 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/06/2020 | 20 |
|  | 04/06/2020 | 13 |
|  | 04/06/2020 | 10 |

Florence – PM 80 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 4/21/2020 | 3 |
|  | 4/21/2020 | 1 |
|  | 4/21/2020 | 3 |

3

Lewis – PM 80 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/24/2020; 04/02/2020 | 3, no time noted |

Tucson – PM 80 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/17/2020; 04/30/2020; 04/29/2030 | 1, 4, 5 |

Lewis – PM 85 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/22/2020 | 4 |
|  | 05/20/2020 | 4 |
|  | 05/18/2020 | 2 |
|  | 05/12/2020 | 3 |

Eyman – PM 86 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 05/04/2020 | 1 |

Florence – PM 86 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/14/2020 | 1 |

Lewis – PM 86 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/29/2020 | 2 |

Tucson – PM 86 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 05/8/2020 | 3 |
|  | 05/28/2020-05/31/2020, 4/28/2020 | 10, 2, 2, 2, 3 |
|  | 05/11/2020 | 4 |
|  | 04/30/2020 | 4 |

Yuma – PM 86 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/07/2020 | 29 |

Eyman – PM 86 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 05/11/2020 | 3 |
|  | 04/13/2020 | 3 |

Florence – PM 86 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/15/2020 | 2 |

Lewis – PM 86 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 05/26/2020 | 2 |
|  | 04/27/2020 | 4 |

Tucson – PM 86 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/07/2020 | 2 |
|  | 04/20/2020 | 3 |
|  | 04/09/2020 | 2.5 |
|  | 05/06/2020 | 4 |

Yuma – PM 86 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 05/19/2020 | 2 |

Lewis – PM 94 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/24/2020 | 3 |
|  | 04/24/2020 | 2 |
|  | 04/03/2020; 04/09/2020; 04/10/2020; 04/13/2020; 04/16/2020 | 1, 2, or 3 |
|  | 04/13/2020; 04/16/2020 | 1, 3 |

5

| | | |
|---|---|---|
| ▮ | 04/08/2020;<br>04/10/2020;<br>04/14/2020;<br>04/15/2020;<br>04/16/2020;<br>04/27/2020;<br>04/22/2020;<br>04/30/2020 | 1, 2, or 3 |

Tucson – PM 94 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| ▮ | 04/29/2020 | 4 |

Eyman – PM 94 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| ▮ | 05/18/2020 | 5 |
| ▮ | 05/12/2020 | 5 |
| ▮ | 05/12/2020 | 5 |
| ▮ | 05/26/2020 | 4 |
| ▮ | 05/07/2020 | 5 |
| ▮ | 05/13/2020 | 5 |

Lewis – PM 94 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| ▮ | 05/8/2020;<br>05/15/2020;<br>05/22/2020;<br>05/28/2020;<br>05/29/2020 | less than 5 |
| ▮ | 05/05/2020 | 5 |
| ▮ | 05/20/2020 | 4 |
| ▮ | 05/01/2020 | 3 |
| ▮ | 05/20/2020;<br>05/22/2020;<br>05/27/2020 | 2, 3, 5 |
| ▮ | 05/27/2020;<br>05/28/2020 | 4, 1 |
| ▮ | 05/29/2020 | 1 |
| ▮ | 05/27/2020;<br>05/29/2020 | 3, 4 |
| ▮ | 05/13/2020 | 6 |
| ▮ | 05/14/2020;<br>05/20/2020 | 3, 5 |

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| ■ | 05/7/2020; 05/12/2020; 05/20/2020; 05/21/2020; 05/27/2020 | 3, 4 |
| ■ | 05/13/2020; 05/21/2020; 05/22/2020 | 2, 3 |
| ■ | 05/01/2020; 05/04/2020 | 4, 5 |

Perryville – PM 94 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| ■ | 05/03/2020 | 4 |
| ■ | 05/17/2020; 05/18/2020 | 3, 8 |
| ■ | 05/31/2020 | 4 |

Phoenix – PM 94 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| ■ | 05/01/2020 | 3 |
| ■ | 05/07/2020; 05/09/2020; 05/11/2020 | 3, 8 |
| ■ | 05/07/2020 | 4 |
| ■ | 05/15/2020 | 3 |
| ■ | 05/15/2020; 05/21/2020 | 3 |
| ■ | 05/27/2020 | 7 |

Tucson – PM 94 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| ■ | 05/04/2020 | 8 |
| ■ | 05/06/2020; 05/12/2020; 05/14/2020; 05/19/2020; 05/20/2020 | 2, 1, 4, 5, 6 |
| ■ | 05/28/2020; 05/29/2020 | 2 |
| ■ | 05/20/2020 | 3 |
| ■ | 05/22/2020; 05/28/2020; 05/30/2020 | 4, 4, 3 |

7

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 05/06/2020 | 2 |
| | 05/05/2020 | 8 |
| | 05/04/2020 | 4 |
| | 05/06/2020 | 4 |

Winslow – PM 94 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 05/27/2020 | 8 |

Eyman – PM 94 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/02/2020 | 6 |
| | 06/09/2020 | 7 |
| | 06/07/2020 | no time noted |
| | 06/01/2020 | no time noted |
| | 06/23/2020 | 7 |
| | 06/09/2020 | 5 |

Florence – PM 94 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/01/2020 | 4 |
| | 06/10/2020 | 6 |
| | 06/22/2020 | 4 |

Lewis – PM 94 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/02/2020 | 8 |
| | 06/04/2020; 06/06/2020; 06/28/2020 | 3 |
| | 06/04/2020 | 9 |
| | 06/03/2020 | 5 |
| | 06/20/2020 | 3 |
| | 06/10/2020 | 4 |
| | 06/04/2020; 06/06/2020 | 2 |
| | 06/03/2020 | 5 |
| | 06/19/2020 | 3 |

Perryville – PM 94 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/05/2020 | 7 |
| | 06/11/2020 | 9 |
| | 06/15/2020 | 5 |

Phoenix – PM 94 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 06/16/2020 | 8 |
|  | 06/08/2020 | 7 |
|  | 06/23/2020 | 7 |
|  | 06/08/2020 | 7 |

Tucson – PM 94 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 06/30/2020 | 8 |
|  | 06/08/2020; 06/12/2020 | 4 |
|  | 06/10/2020 | 3 |
|  | 06/08/2020; 06/15/2020 | 4 |
|  | 06/15/2020 | 8 |
|  | 06/04/2020; 06/05/2020 | 4 |
|  | 06/23/2020 | 2 |

Eyman – PM 95 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/22/2020 | less than 10 |

Tucson – PM 95 – April 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 04/27/2020; 04/13/2020 | 3, 4 |
|  | 04/08/2020 | 1.5 |

Eyman – PM 95 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 05/20/2020 | 5 |
|  | 05/27/2020 | 1 |

Florence – PM 95 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
|  | 05/22/2020 | 3 |
|  | 05/22/2020; 05/07/2020 | 3 |
|  | 05/22/2020 | 3 |
|  | 05/22/2020 | 3 |
|  | 05/15/2020 | 3 |

Lewis – PM 95 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 05/02/2020 | 4 |
| | 05/08/2020 | 4 |
| | 05/18/2020; 05/05/2020 | 4, 2 |
| | 05/05/2020 | 1 |

Tucson – PM 95 – May 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 05/21/2020 | 4 |
| | 05/07/2020 | 3 |
| | 05/12/2020 | 4 |
| | 05/29/2020 | 2 |
| | 05/28/2020 | 4 |
| | 05/27/2020 | 4 |

Eyman – PM 95 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/02/2020 | 1 |

Florence – PM 95 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/19/2020 | 4 |

Lewis – PM 95 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/17/2020 | 3 |
| | 06/09/2020 | 3 |
| | 06/18/2020 | 4 |

Perryville – PM 95 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/05/2020 | 3 |

Tucson – PM 95 – June 2020

| Patient's ADC Number | Date of Encounter | Duration of Encounter (minutes) |
|---|---|---|
| | 06/02/2020 | 4 |
| | 06/04/2020 | 3 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11 day of September 2020.

*/s/ Chy Porter*
Chy Porter