Case: 2:12-cv-00601-ROS

```
✓ FILED      ___ LODGED
___ RECEIVED ___ COPY

    SEP 0 8 2020

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Joel  Hope #336676
BUCKEYE-AZ-LEWIS-ASPC-STINER
STINER UNIT
P.O. BOX 3100
BUCKEYE, AZ 85326

(Doc 3724)

---

**CLERK, UNITED STATES DISTRICT COURT**
**SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130**
**401 W. WASHINGTON ST., SPC · 1**
**PHOENIX, AZ 85003-2118**

OFFICIAL BUSINESS

NIXIE      850  DE 1      0009/04/20
    RETURN TO SENDER
         REFUSED
    UNABLE TO FORWARD

BC: 85003213099    *2214-00159-28-37

PHOENIX
AZ 852
28 AUG '20
PM 8 L

RECEIVED
SEP 0 8 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NEOPOST          FIRS
08/28/2020
US POSTAGE $00

**CONTRARY TO PRISON REGULA'**
**RETURN TO SENDER**
___ Unauthorized Enclosure
___ Unauthorized Correspondence
___ No ADC #
___ Name and ADC # don't match
✗ Inmate no longer in custody