Case: 2:12-cv-00601-ROS

✓ FILED   ___ LODGED
___ RECEIVED   ___ COPY

SEP 0 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Clifton J Cuttler
BUCKEYE-AZ-LEWIS-ASPC-STINER
STINER UNIT
P.O. BOX 3100
BUCKEYE, AZ 85326

(Doc 3724)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

CONTRARY TO PRISON REGULATIONS
RETURN TO SENDER
___ UNAUTHORIZED ENCLOSURE
___ UNAUTHORIZED CORRESPONDENCE
___ NO ADC #
___ NAME AND ADC # DON'T MATCH
___ INMATE NO LONGER IN CUSTODY

NEOPOST        FIRST-CLASS MAIL
08/27/2020
US POSTAGE $000.50⁰

ZIP 85003
041M11297591

RECEIVED

SEP 0 3 2020

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    850   DE 1    0009/04/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD
BC: 85003213099    *1179-00543-27-37

85003>2130