Case: 2:12-cv-00601-ROS

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

SEP 0 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Jonathan Cataldo  Bertanelli 47835
BUCKEYE-AZ-LEWIS-ASPC-RAST
4C5-02
RAST UNIT
P.O. BOX 3600
BUCKEYE, AZ 85326

(Doc 3724)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

CONTRARY TO PRISON REGULATIONS
RETURN TO SENDER
___ UNAUTHORIZED ENCLOSURE
___ UNAUTHORIZED CORRESPONDENCE
___ NO ADC #
___ NAME AND ADC # DON'T MATCH
✓ INMATE NO LONGER IN CUSTODY

NEOPOST
08/27/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 85003
041M11297591

RECEIVED
SEP 0 8 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    850  DC 1         0009/04/20
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 85003213099    *1179-00539-27-37