Case: 2:12-cv-00601-ROS

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 0 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Robert Joseph  Benge #137719
BUCKEYE-AZ-LEWIS-ASPC-BACHMAN
BACHMAN UNIT
P.O. BOX 3500
BUCKEYE, AZ 85326

(Doc 3724)

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

NEOPOST       FIRST-CLASS MAIL
08/27/2020
US POSTAGE  $000.50⁰
ZIP 85003
041M11297591

CONTRARY TO PRISON REGULATIONS
RETURN TO SENDER
___ UNAUTHORIZED ENCLOSURE
___ UNAUTHORIZED CORRESPONDENCE
___ NO ADC #
___ NAME AND ADC # DON'T MATCH
✓ INMATE NO LONGER IN CUSTODY

RECEIVED SEP 0 8 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE     850  DE 1          0009/04/20
        RETURN TO SENDER
            REFUSED
        UNABLE TO FORWARD

BC: 85003213099    *1779-01414-04-10