Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-ROS <br><br> **NOTICE OF PARTY SUBSTITUTION** |

Counsel for Defendants give notice that Richard Pratt retired from the Arizona Department of Corrections ("ADC") on March 26, 2020.  On April 20, 2020, Larry Gann was appointed to be the Assistant Director of the Medical Services Contract Monitoring Bureau, effectively filling the role attributed to Pratt in the Complaint.  Counsel gives further notice that, in January 2020, ADC changed its moniker to the Arizona Department of Corrections, Rehabilitation and Reentry.  Accordingly, pursuant to Civil Rule 25(d), the caption in this matter should be amended to state:  "David Shinn, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director of the Medical Services Contract Monitoring Bureau, in their official capacities."

1

DATED this 14th day of September 2020.

2

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4

By /s/Timothy J. Bojanowski

5
    Daniel P. Struck
    Rachel Love

6
    Timothy J. Bojanowski
    Nicholas D. Acedo

7
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

8

*Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy | ahardy@prisonlaw.com |
| Amelia M. Gerlicher | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter | dspecter@prisonlaw.com |
| John Howard Gray | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney | rdalyrooney@azdisabilitylaw.org |
| Sara Norman | snorman@prisonlaw.com |
| Rita K. Lomio | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski