1    Jared G. Keenan (Bar No. 027068)
     Casey Arellano (Bar No. 031242)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone: (602) 650-1854
4    Email: jkeenan@acluaz.org
            carellano@acluaz.org

5

6    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
     *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
     *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7    *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
     *behalf of themselves and all others similarly situated*

8    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
     **PAGE]**

9

10

11                      UNITED STATES DISTRICT COURT

12                         DISTRICT OF ARIZONA

13

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

1   Pursuant to Local Rule of Civil Procedure 7.2(e)(1), Plaintiffs seek this Court's

2 permission to exceed the 17-page limitation applicable to motions and accept the filing of

3 Plaintiffs' 27-page Motion for Attorneys' Fees and Costs.  The extra pages are necessary

4 because of the complexity and fact-intensive nature of the issues involved as well as the

5 extensive history of litigation in the case.   Additionally, Plaintiffs' motion covers

6 approximately 12 months of intensive enforcement activity in one motion rather than a

7 series of motions.  Plaintiffs' counsel has made all efforts to reduce the size of their Motion,

8 but the extra pages are necessary to fully present their arguments and demonstrate the facts

9 at issue.  Plaintiffs' proposed filing is submitted with this motion.

10

11

12   Dated:  September 14, 2020          **ACLU NATIONAL PRISON PROJECT**

13                                       By:    s/ David C. Fathi
                                           David C. Fathi (Wash. 24893)*
14                                          Eunice Hyunhye Cho (Wash. 53711)*
                                           Maria V. Morris (Cal. 223903)*
15                                         915 15th Street N.W., 7th Floor
                                           Washington, D.C. 20005
16                                         Telephone:  (202) 548-6603
                                           Email:    dfathi@aclu.org
17                                                   echo@aclu.org
                                                     mmorris@aclu.org
18
                                           *Admitted *pro hac vice*.  Not admitted
19                                          in DC; practice limited to federal
                                            courts.
20
                                           Jared G. Keenan (Bar No. 027068)
21                                         Casey Arellano (Bar No. 031242)
                                           **ACLU FOUNDATION OF**
22                                         **ARIZONA**
                                           3707 North 7th Street, Suite 235
23                                         Phoenix, Arizona 85013
                                           Telephone:  (602) 650-1854
24                                         Email:    jkeenan@acluaz.org
                                                     carellano@acluaz.org
25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

## CERTIFICATE OF SERVICE

2    I hereby certify that on September 14, 2020, I electronically transmitted the above

3    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4    Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
7    Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
10    Nicholas D. Acedo
Ashlee B. Hesman
11    Jacob B. Lee
Timothy M. Ray
12    STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
13    rlove@strucklove.com
tbojanowski@strucklove.com
14    nacedo@strucklove.com
ahesman@strucklove.com
15    jlee@strucklove.com
tray@strucklove.com

16

17    *Attorneys for Defendants*

18

19
Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
20    Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
21    adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
22    jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

23    *Attorneys for Plaintiff Arizona Center for Disability Law*

24                                                   s/ Jessica Carns

25

26

27

28