Case: 2:12-cv-00601-ROS

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Dale Frank Maisano # 077877
TUCSON-AZ-TUCSON-ASPC-WHETSTONE
1A80
WHETSTONE UNIT
P.O. BOX 24402
TUCSON, AZ 85734

---

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC - 1
PHOENIX, AZ 85003-2118

OFFICIAL BUSINESS

PHOENIX AZ 852
28 AUG '20
PM 5 L

NEOPOST       FIRST-CLASS MAIL
08/28/2020
US POSTAGE $000.50⁰

ZIP 85003
041M11297591

REASON CHECKED
Need Inmate Number____
No Longer In ADC Custody____
Inmate Gone More Than 30 Days  ✗
Unauthorized Correspondence____
Name And Number Don't Match____
Contrary To Prison Regulations____
For Inmate ADC# Inquiries Call (520) 574-0024

RECEIVED
SEP 1 4 2020
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NIXIE    850   DC 1    0009/09/20
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 85003213099     *1914-02230-28-38