Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
       carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S ORDERS AND FOR FURTHER RELIEF [DOC. 3694]** <br><br> **FIRST REQUEST** |

LEGAL23774493.1

Plaintiffs respectfully request an extension of four weeks, to and including October 16, 2020, to file their reply in support of Plaintiffs' Motion to Enforce the Court's Orders and for Further Relief (Doc. 3694). Defendants' response to the motion was filed on September 11, 2020 (Doc. 3739).

Plaintiffs' motion seeks to enforce the Court's order of March 11, 2020. In that order, the Court established minimum durations for mental health encounters of ten minutes (for "watch-related PMs") and thirty minutes (for "non-watch-related PMs"). However, the Court held that encounters falling short of these minimum durations could nevertheless be counted as compliant with the Stipulation if "the length was meaningful and appropriate in the context of the patient's overall care" (hereinafter "meaningful and appropriate"). Doc. 3518 at 4.

In their motion, Plaintiffs sampled four PMs at various institutions and showed that (1) the large majority of mental health encounters fell short of the minimum durations established by the Court, and (2) of those short encounters, every single one was determined by Defendants to be "meaningful and appropriate" and counted as compliant. Doc. 3694 at 4-10.

In their response, Defendants cite data from 48 PMs over a three-month period. Doc. 3739 at 6-7. Preparation of a meaningful reply will require reviewing the compliance scores Defendants awarded themselves for each of these measures, as well as the numerous medical records sampled for each PM. Because of the time-consuming nature of this review, an extension of time is necessary. Defendants do not oppose the extension requested.

For these reasons, the Court should grant Plaintiffs' request for an extension of four weeks, to and including October 16, 2020, to file their reply in support of Plaintiffs' Motion to Enforce the Court's Orders and for Further Relief (Doc. 3694).

| | |
|---|---|
| Dated: September 17, 2020 | **ACLU NATIONAL PRISON PROJECT** |

By: _s/ David C. Fathi_
David C. Fathi (Wash. 24893)*
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
            echo@aclu.org
            mmorris@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
            carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | Amelia M. Gerlicher (Bar No. 023966) |
|   | John H. Gray (Bar No. 028107) |
| 3 | **PERKINS COIE LLP** |
|   | 2901 N. Central Avenue, Suite 2000 |
| 4 | Phoenix, Arizona 85012 |
|   | Telephone: (602) 351-8000 |
| 5 | Email:   dbarr@perkinscoie.com |
|   |          agerlicher@perkinscoie.com |
|   |          jhgray@perkinscoie.com |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

Asim Dietrich
Rose A. Daly-Rooney
J.J. Rico
Maya Abela
ARIZONA CENTER FOR DISABILITY LAW
adietrich@azdisabilitylaw.org
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

                                                       s/ Jessica Carns