# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court has reviewed Defendants' Motion for Leave to File Under Seal (Doc. 3740), Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 3747), and Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Enforce Court's Orders and for Further Relief (Doc. 3694) (Doc. 3750). Good cause appearing,

**IT IS ORDERED** the Motion for Leave to File Under Seal (Doc. 3740) is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal Exhibits 1, 2, and 4 to Defendants' Response to Plaintiffs' Motion to Enforce the Court's Orders and for Further Relief (Doc. 3694) lodged at Doc. 3741. This order shall not be sealed.

**IT IS FURTHER ORDERED** Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 3747) is **GRANTED**. The Clerk of Court shall file the Motion for Attorneys' Fees and Costs lodged as Doc. 3748.

…

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS FURTHER ORDERED** Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Enforce the Court's Orders and for Further Relief (Doc. 3694) (Doc. 3750) is **GRANTED**. Plaintiffs shall have up to and including October 16, 2020, to file their Reply.

Dated this 17th day of September, 2020.

_____
Honorable Roslyn O. Silver
Senior United States District Judge