Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**NOTICE OF COMPLIANCE WITH COURT ORDER (Doc. 3734)** |

In accordance with this Court's Order at Doc. 3734, Defendants hereby notify the Court that this same date, Defendants produced to Plaintiffs the following:

- **Updated (9/17/2020) Average Length of Maximum Custody and Step Level calculations, including Summary, Inmate Summary, Examples, Max Analysis Process and Data Process tabs (produced as searchable Excel spreadsheets and PDFs at Bates Nos. ADCM1644934-1644973).**

Despite continued efforts to return average length of stay calculations to a reasonable degree of reliability by extracting, identifying, compiling, and calculating data from Arizona Department of Corrections, Rehabilitation and Release's ACIS inmate database

system[1], random sample test cases have not returned a reasonably reliable data sample. This, despite ongoing attempts to create and correct data sets and tables derived from the ACIS database that both capture and exclude custody, movement and step level change information that may cause error in the accuracy of ultimate average stay calculation rates. Out of 13 random inmates test cases selected for accuracy analysis, only four ACIS calculations matched manual review/calculation of individual inmate ACIS Traffic History and Earned Incentive Program Summary screens.

As the test cases illustrate, there remain obstacles that have become insurmountable to overcome without undertaking costly reprogramming of the ACIS system to design new aggregate custody and step level tracking, calculating, and reporting mechanisms. A summary of continuing obstacles that negatively affecting accuracy include:

1) the number of movements requiring analysis totaled 149,904 movements for 1,658 maximum custody inmates as of June 30, 2020, with 50,000 duplicate records, subject to exclusion, that may affect the accuracy of calculations;

2) longer term inmates can have a remarkable amount of internal movements, even when limited to a six-year period of time going back to June 2014, which results in either inaccurate inclusion or exclusion of time custody and/or step level time period calculations;

3) the number of step level changes subject to calculation totaled 10,393 which included duplicate entries, requiring attempted identification of the same to exclude duplication that affects the accuracy of step level change data;

4) inmate stays in holding cells or other locations for short periods of time create false positives or negatives affecting maximum custody classification length of stay data;

---

[1] Specifically, the ACIS system (Arizona Correctional Information System) is a host-based electronic data processing system containing the primary inmate database applications used in inmate management systems. ACIS does not include functionality to run batch reports to derive the maximum custody and Step Level average length of stay data. ADCRR's ACIS system replaced ADCRR's former electronic Arizona Inmate Management System ("AIMS") in December 2019. (Doc. 3701 at 4-5.)

5) there is no consistent data "anchor" such as a date and time stamp that allows for identification of movements with precision required to determine whether the movement resulted in a measurable "day" change in custody/step level.

- **ACIS Traffic History and Earned Incentive Program Summary (step level) screens for current maximum custody inmates which show housing movement history and step level history for each individual inmate. (6,485 pages at Bates Nos. ADCM1644974-1651458.)**

These ACIS data screens provide Plaintiffs with individual inmate source data to manually analyze and calculate average custody and step level length of stay data. This information is the only source that contains the underlying data sought by Plaintiffs to determine average length of stay data. ADCRR's ACIS system is not designed to run maximum custody/step level length of stay calculations and/or reports. Defendants acknowledge that manual calculation of average length of stay data utilizing individual inmate source data would take many months to complete, thus the reason Defendants attempted in good faith, to extract, identify, compile, and calculate data through ACIS to calculate average length of stay data. However, because ACIS was not programmed to track and calculate such data, Defendants have not been able to produce database calculations to a reasonable degree of reliability despite continuing and best efforts.

Based upon the foregoing, Defendants have complied with the Court's production order with best efforts, including production of hard copy (produced in electronic format) source data for all individual maximum custody inmates.

DATED this 18th day of September 2020.

                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                    By /s/Rachel Love
                        Daniel P. Struck
                        Rachel Love
                        Timothy J. Bojanowski
                        Nicholas D. Acedo
                        3100 West Ray Road, Suite 300
                        Chandler, Arizona 85226

                        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love