**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING DEFENDANTS' RULE 60 MOTION FOR RELIEF FROM COURT ORDER (DOC. 3734)** |

The Court, having reviewed Defendants' Rule 60 Motion for Relief from Court Order (Doc. 3734), and good cause appearing,

IT IS ORDERED granting Defendants' Motion.