Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (PMs 37, 44, 45, 50, 55)**<br>**(Doc. 3735)** |

As detailed below, none of the nine PMs/facilities subject to Plaintiffs' Motion to Enforce require a remedial plan. Thus, Plaintiffs' Motion should be denied.

**I.     MEASURES THAT HAVE MAINTAINED COMPLIANCE AND DO NOT REQUIRE A REMEDIAL PLAN.**

While the following measures meet the Court's definition of substantial noncompliance, a remedial plan is unnecessary because they have recently maintained compliance. The Court has previously denied Plaintiffs' Motion to Enforce and refused to order Defendants to submit a remedial plan, where a measure meets the definition of substantial noncompliance, but was recently compliant. (Dkt. 3020 at 1-2.) For the same reasons, at this time, the Court should not order a remedial plan for these measures.

**PM 37:** Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need).

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perryville | 100 | 94 | 97 | 94 | 98 | 99 | 93 | 96 | 99 | 93 | 99 | 99 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perryville | 76 | 63 | 69 | 85 | 86 | 82 | 89 | 92 | 92 | 86 | 91 | 93 |

**Perryville:** This measure has been consistently compliant 20 times in the last 24 months and compliant the past six consecutive months. As such, a remedial plan is not needed.

The issue that caused the three failures that occurred August 2019 through October 2019 was due to an inmate with dental pain not being seen by a nurse on the same day. The Director of Nursing ("DON") advised all nursing staff at the monthly staff meeting and via email notifications that dental pain Health Needs Requests ("HNRs") must be seen the same day by a registered nurse. Notification and training on this issue was completed November 1, 2019.

The failure in January 2020 was because nursing staff was seeing patients within 24 hours, but failing to complete documentation within the required timeframe. The Assistant Director of Nursing ("ADON") drafted a systematic process that required nursing staff to see the inmate within 24 hours and document the contact appropriately. The process was shared during the staff meetings on February 14, 2020 and February 26, 2020 during which the nursing staff had the opportunity to review and sign attestations.

The ADONS oversee the HNR process on each unit to identify potential issues and maintain compliance with this performance measure. The success of the corrections and processes in place are evident by the five months of consecutive compliance. As a result of this process, no remedial plan is necessary.

**PM 44:** Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Douglas | 100 | 100 | 100 | 100 | 100 | 88  | 78  | 80  | 0   | 100 | 85  | 100 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Douglas | 71  | 86  | 67  | 100 | 100 | 100 | 93  | 75  | 100 | 100 | 100 | 100 |

**Douglas:** This measure has been consistently compliant 18 times in the last 24 months and compliant the past four consecutive months. The audit for this performance measure at the Douglas facility has a very small sample size, so that one or two failures will cause the facility to drop below the 85% threshold. Examples of this include the March 2020 audit 6/8=75% and October 2019 2/3=67%. The Douglas facility has only had three failures in the last year (and since Centurion took over the delivery of inmate healthcare in July 2019).

The Douglas facility's current processes have proven successful as demonstrated by the past three months of consecutive compliance. These processes include:

1. Security notifies nursing upon patient discharge to ER visit or hospital stay.

2. Security returns patient to medical to be seen by nursing immediately.

3. RN/LPN assess patient to include a full set of vitals.

4. RN/LPN get a detailed summary of what occurred in the ER and properly document the information in the return from offsite encounter.

5. RN/LPN will notify the on-call or on-site provider of the ER return and will communicate discharge summary with provider. The nurse will document if the provider agrees or disagrees with the discharge summary recommendations.

6. RN/LPN document if provider adds any additional comments such as meds, special needs orders, etc.

7. Appointments are made according to the discharge summary

8. The DON tracks and ensures medication administration is given according to the provider's request.

3

9. A Return from Offsite ("RFO") encounter is sent to the provider for review within 24 hours.

10. A hard copy of the discharge summary is submitted to the Clinical Coordinator who then scans it into eOMIS.

11. If a patient was admitted for 24 hours or returns from the hospital without proper mask or goggles, they are sent to MDU for a 14-day quarantine.

12. The RN/LPN communicates with the patient that if the patient has worsening symptoms, the patient should notify an officer to bring them to medical.

13. The patient is then taken to the appropriate housing unit by an officer.

14. The Healthcare Delivery Facilitator ("HDF") tracks the process to ensure all recommendations are followed and acted upon.

The Douglas facility will be substantially compliant September 2020. A remedial action plan is therefore not needed.

**PM 45:** On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 86 | 92 | 90 | 86 | 82 | 88 | 72 | 76 | 82 | 88 | 82 | 84 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 78 | 94 | 88 | 86 | 76 | 66 | 72 | 92 | 94 | 94 | 88 | 72 |

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florence | 87 | 94 | 86 | 86 | 86 | 86 | 76 | 86 | 79 | 78 | 80 | 86 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florence | 80 | 87 | 86 | 89 | 87 | 94 | 91 | 91 | 97 | 94 | 97 | 94 |

**Eyman:** The Eyman facility has been consecutively compliant for the past four months preceding July 2020. Centurion implemented a process to maintain compliance. The HDF runs a "Lab Test Order Search" in eOMIS for the Eyman facility daily. The search filters include all units of the Eyman facility with separate reports for "Routine", "STAT", and "ASAP" priorities based on the date due. The lab tests that are still in "Ordered Status" and are due the same day are sent out to the unit ADONs, lab technicians, Medical Assistants ("MAs"), the DON, Facility Health Administrator ("FHA"), and Assistant FHA ("AFHA") and are addressed accordingly. This process has proven successful with four of

1  the last five months showing compliance.  Given the recent success, a remedial plan is not
2  necessary.

3  **Florence:**  The Florence facility will achieve substantial compliance in less than two
4  months - in November 2020. Centurion implemented a process to maintain compliance. The
5  HDF runs a "Lab Test Order Search" in eOMIS for the Florence facility daily. The search
6  filters include all units of the Florence facility with separate reports for "Routine", "STAT",
7  and "ASAP" priorities based on the date due. The lab tests that are still in "Ordered Status"
8  and are due the same day are sent out to the unit ADONs, lab technicians, MAs, the DON,
9  FHA, and AFHA and are addressed accordingly. This process has proven successful with
10 11 months of consecutive compliance.  A remedial plan is therefore not necessary.

11 **PM 50:**  Urgent specialty consultations and urgent specialty diagnostic services will
12 be scheduled and completed within 30 calendar days of the consultation being requested by
13 the provider.

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 80 | 74 | 86 | 94 | 97 | 69 | 62 | 55 | 67 | 79 | 86 | 56 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 69 | 51 | 60 | 70 | 39 | 15 | 32 | 30 | 95 | 74 | 90 | 58 |

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 100 | 100 | 100 | 100 | 100 | 88 | 100 | 100 | 62 | 71 | 71 | 57 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 79 | 72 | 72 | 59 | 51 | 52 | 57 | 58 | 100 | 97 | 90 | 64 |

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuma | 74 | 74 | 79 | 50 | 92 | 87 | 96 | 94 | 86 | 67 | 77 | 78 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuma | 62 | 59 | 63 | 70 | 84 | 68 | 82 | 85 | 92 | 96 | 96 | 86 |

**Eyman, Lewis, Yuma:**  Centurion has taken multiple steps to ensure urgent consults are completed within the 30-day timeline.  The COVID pandemic has caused delays in the scheduling of specialty services.  In addition, the Clinical Coordinators and schedulers failed to document the name of the specialty care provider they spoke with and the reason why they were not able to schedule within 30 days or scheduled past the 30 days.

5

Centurion has engaged in the following actions to achieve compliance at these facilities:

1. To entice additional providers, Centurion has negotiated rates for cancellation and no-show fees with the specialty providers, as inmates sometimes refuse to be sent out on the day they are scheduled to be seen.

2. On July 1, 2020, Centurion finalized a contract for urology services. Dr. Sanjay Verma, M.D. with Integrated Medical Services began providing gastroenterology services to Centurion, starting on August 2, 2020. Dr. Verma will continue to regularly see patients on weekends.

3. On February 28, 2020, Centurion participated in the first 2020 Quarterly Leadership Meeting. During the meeting, new services and processes to improve compliance were discussed (addition of UM nurses and clerks, continuing education to site providers, increased onsite specialty services, staffing of correctional officers at hospitals, and availability of Up-to-Date and Medical Library for literature searches).

4. On February 28, 2020, Jennine Gahris, Centurion of Arizona's Regional Director of Compliance, made a presentation to the Regional Department Leaders, FHAs, SMDs, and DONs on Specialty Care Services covering trends of specialty frequency and utilization by complex. Centurion purchased RubiconMD /eConsult—a specialty consults software program. Providers input patient symptoms and history into the software and receive suggested specialist recommendations. The software also advises when specialty consults are unnecessary, which reduces the number of unnecessary consults being submitted and allows for other consults to be addressed in a timely manner. The goal is to have 100% provider utilization with RubiconMD.

5. Centurion began recruiting for a Provider Services Representative ("PSR"). PSRs are responsible for building and sustaining positive working relationships with Arizona community providers, as well as assisting with a full range of provider relations and service interactions, including claim management and contract negotiation.

6. Centurion filled the PSR position on March 16, 2020, and this person is solely dedicated to working in Arizona. Within the first 90 days of employment, the PSR finalized five new contracts for the following specialty services: Endocrinology, Dermatology, Dermatopathology, and Neurodiagnostic. In addition, four additional contracts for Oral Surgery, Specialty Surgery, Gastroenterology, Urology, and Rehabilitation are in the process of being finalized.

7. In January and February 2020, three Physical Therapists were hired, above contract requirements, to provide specialty care at ASPC-Eyman, ASPC-Florence, and ASPC-Lewis. The first two Physical Therapists were hired in January 2020, and the third on February 10, 2020. As a result, the physical therapy backlogs at ASPC-Eyman,

|   |     |   |
|---|-----|---|
|   |     | ASPC-Lewis, and ASPC-Tucson were cleared by the end of February 2020. |
|   | 8.  | In February 2020, Centurion began recruiting two additional UM nurses, as well as a UM clerk. These additional UM positions will expedite the rate at which consult requests are approved, which will increase the number of days the facilities have to schedule the outside appointment. The UM Clerk was hired April 6, 2020, and both additional UM Nurses were hired May 5, 2020. |
|   | 9.  | Additional clerical staff was provided to assist the Clinical Coordinator teams at ASPC-Eyman, ASPC-Tucson, and ASPC-Florence. |
|   | 10. | At the state level, approximately four weeks of overtime was approved for the UM team (Regional and Corporate) to process "consults to be approved" backlog in February and March 2020. As a result, the backlog was eliminated. |
|   | 11. | The RMD and SMDs continue to provide education to site providers related to consults. |
|   | 12. | On April 13, 2020, Centurion established the use of CareClix for utilization of telehealth to provide urology consults at the facilities. |
|   | 13. | The Clinical Coordinator will escalate urgent consults not approved within three days to the Utilization Management Supervisor via email. |
|   | 14. | The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests. |
|   | 15. | If issues arise and the appointment cannot be scheduled within 30 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative. |
|   | 16. | The SMD will attempt to expedite the appointment with a provider-to-provider call or the provider representative will locate another specialist. |
|   | 17. | The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible. |
|   | 18. | On July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Eyman explaining the proper documentation needed. The email included examples of how to document in eOMIS, when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past the due date, or a yard being locked down for positive COVID inmates. |

Although the Eyman and Lewis facilities are currently noncompliant for July 2020, the substantial efforts by Centurion to address the failures, as detailed above, militates against a required remedial plan.

At Yuma, PM 50 has been compliant ten times in the past 24 months and compliant the past five months; therefore, a remedial plan is not needed.

**PM 55:** Disease management guidelines will be implemented for chronic diseases.

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 74 | 74 | 66 | 76 | 80 | 66 | 82 | 89 | 86 | 81 | 71 | 76 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 54 | 56 | 53 | 78 | 86 | 86 | 87 | 91 | 100 | 94 | 98 | 99 |

| 2018-19 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tucson | 73 | 85 | 87 | 92 | 82 | 81 | 89 | 85 | 89 | 81 | 81 | 86 |

| 2019-20 | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tucson | 76 | 83 | 89 | 86 | 86 | 88 | 91 | 94 | 89 | 90 | 86 | 83 |

**Lewis:** The Lewis facility was below the 85% threshold at the beginning of the transition to Centurion in July 2019 but has been consistently compliant for the last eight months. Centurion implemented the following process to improve and maintain compliance. The chronic care nurse at Lewis is primarily designated to follow all chronic care measures including PM 55. The chronic care nurse will use an excel spreadsheet daily to follow and track PM 55 to ensure it is compliant. The excel spreadsheet is utilized to track daily intake movements throughout the facility and internal movements or movements from and to different complexes. Another source utilized is a sequel report that is provided by the HDF, which provides new chronic care diagnoses that were otherwise not already communicated to the chronic care nurse. Any new diagnoses are added to the spreadsheet. A separate spreadsheet is used for annual TB patients who have LTBI, as well as annual eye exams that are needed for diabetic patients. All chronic care appointments that are seen daily are scheduled for their future chronic care appointment the following day. All appointments are scheduled at least two weeks prior to the due date. To avoid any potential noncompliance, the chronic care nurse alerts the Site Medical Director ("SMD"), FHA, AFHA, and HDF so that action can be taken to avoid noncompliance.

**Tucson:** The Tucson facility was below the 85% threshold at the beginning of the transition to Centurion but has been consistently compliant for the last nine out of ten

months. This measure was noncompliant in July 2020. Centurion implemented the following process to improve and maintain compliance. Upon arrival to Tucson, whether the inmate is a new intake or an interstate transfer, a chart review is completed to determine if the inmate has a chronic care diagnosis. If it is determined that the inmate does have one, he is added to the Tucson Chronic Care Database. If the inmate is brand new to ADCRR, then he is scheduled with the provider assigned to his unit within 30 days of the intake. If the inmate transferred from another facility, the Chronic Care Nurse reviews the inmate's last chronic care visit to determine the following: (1) when is he due for his next chronic care visit, (2) is he scheduled for labs to be drawn prior to next clinic, (3) when is his due date to be seen. If any of those have not been taken care of by the previous facility, then the Chronic Care Nurse schedules/orders them. Currently, appointments made in eOMIS are not following the inmates from one facility to another, so the Chronic Care Nurse must verify that if it was previously scheduled and that it is moved to the current facility/unit where the inmate is housed. Each unit's provider technician also has access to the Chronic Care Database. They are responsible for checking the status of the inmates on their respective units and ensuring they are scheduled for labs, consults, and provider appointments. Due to providers not always ordering labs and/or consults needed before the next chronic care visit, the provider technicians verify the labs and consults before scheduling the appointment, so the results are available for review at the next chronic care visit. The Tucson facility will be substantially compliant as of September 2020. Based upon the implementation of these processes and demonstrated resulting success, a remedial plan is not needed.

## II. CONCLUSION

For the foregoing reasons, Defendants request the Court deny Plaintiffs' Motion.

DATED this 22nd day of September 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Timothy J. Bojanowski
  Daniel P. Struck
  Rachel Love
  Timothy J. Bojanowski
  Nicholas D. Acedo
  3100 West Ray Road, Suite 300
  Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski