Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  jkeenan@acluaz.org
            carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation, and Reentry; and Larry Gann, Assistant Director of the Medical Services Contracting Monitoring Bureau, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE TO COURT OF DEFENDANTS' CONTINUED SUBSTANTIAL NONCOMPLIANCE** |

LEGAL23774493.1

On January 31, 2020, this Court ordered Defendants to come into "immediate compliance" with every performance measure identified in that Order to Show Cause ("OSC"), or to pay a "fine of $100,000 per Performance Measure and location to coerce compliance" and "[t]he fines will recur on a monthly basis until Defendants bring each Performance Measure and location into compliance." [Doc. 3490 at 3]  On February 12, 2020, this Court issued a subsequent Order reiterating the January 31 OSC, and ordering that "[i]f further monetary sanctions do not result in Defendants' compliance with their contractual obligations as of the compliance numbers for July 2020, the Court will set the case for trial." [Doc. 3495 at 2]

On August 7, 2020, Plaintiffs filed their response to the January 31 OSC, detailing Defendants' noncompliance with those measures for the months of February-May 2020. [Doc. 3683 at 2-4][1]  Since then, Defendants have provided their June and July 2020 data and remedial plans to the Court.  [Docs. 3712-1, 3757-1]  These show noncompliance with 15 of the measures / locations in June 2020, and with 22 measures / locations in July 2020.  The chart below and on the following pages lists all measures / locations in the OSC with which Defendants have been substantially noncompliant for at least one of the past six reporting months:

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|---|
| 11 | Eyman | 86% | 82% | 86% | 82% | 86% | 86% |
| 11 | Lewis | 85% | 85% | 84% | 99% | 81% | 90% |
| 11 | Tucson | 82% | 95% | 88% | 97% | 89% | 89% |
| 15 | Eyman | 70% | 98% | 95% | 94% | 92% | 88% |
| 35 | Florence | 98% | 96% | 89% | 75% | 86% | 83% |

---

[1] Plaintiffs' chart filed on August 7 inadvertently included PM 44 at Tucson, which was not in the Court's OSC (but with which Defendants were substantially noncompliant those four months). [Doc. 3683 at 3]  Therefore, instead of facing $6.4 million in fines for the months of February-May 2020, the contempt fine would have been $6.0 million at that point in time.  That chart, and the updated version here, also omits the measures in the OSC which the Court ordered, or the parties stipulated, terminated.  [Doc. 3575-1]

LEGAL23774493.1

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|---|
| 37 | Lewis | 82% | 90% | 93% | 97% | 89% | 90% |
| 37 | Tucson | 79% | 85% | 91% | 85% | 87% | 88% |
| 37 | Yuma | 86% | 92% | 84% | 80% | 74% | 92% |
| 39 | Eyman | 88% | 90% | 86% | 78% | 92% | 86% |
| 39 | Lewis | 89% | 94% | 92% | 90% | 96% | 83% |
| 39 | Yuma | 90% | 96% | 90% | 92% | 84% | 84% |
| 40 | Eyman | 91% | 91% | 100% | 86% | 90% | 68% |
| 40 | Tucson | 78% | 64% | 100% | 80% | 67% | 83% |
| 44 | Eyman | 46% | 39% | 75% | 53% | 53% | 47% |
| 44 | Florence | 56% | 68% | 73% | 74% | 81% | 75% |
| 44 | Lewis | 76% | 85% | 78% | 77% | 74% | 81% |
| 44 | Winslow | 100% | 92% | 100% | 100% | 75% | 100% |
| 45 | Tucson | 93% | 94% | 92% | 95% | 84% | 95% |
| 47 | Douglas | 80% | 87% | 100% | 94% | 100% | 100% |
| 47 | Florence | 85% | 82% | 89% | 94% | 96% | 90% |
| 47 | Phoenix | 50% | 100% | 75% | 80% | 100% | 100% |
| 47 | Winslow | N/A | 100% | N/A | 100% | N/A | 80% [2] |
| 49 | Eyman | 75% | 100% | 100% | 100% | 100% | 94% |
| 50 | Florence | 57% | 40% | 100% | 82% | 100% | 50% |
| 50 | Tucson | 60% | 68% | 100% | 69% | 91% | 72% |
| 51 | Eyman | 38% | 34% | 92% | 80% | 98% | 58% |
| 51 | Florence | 40% | 58% | 96% | 98% | 91% | 77% |
| 51 | Perryville | 91% | 83% | 97% | 100% | 99% | 90% |
| 51 | Tucson | 65% | 68% | 96% | 77% | 99% | 83% |
| 52 | Eyman | 90% | 71% | 86% | 86% | 76% | 74% |

---

[2] While the chart filed for PM 47 at Winslow in July 2020 shows 80% compliance, the narrative states that two out of three charts were compliant, which would be 67%. [Doc. 3757-1 at 263]

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|---|
| 52 | Florence | 90% | 81% | 86% | 87% | 87% | 89% |
| 52 | Perryville | 90% | 81% | 91% | 95% | 96% | 93% |
| 52 | Tucson | 82% | 86% | 91% | 91% | 92% | 90% |
| 55 | Eyman | 76% | 86% | 86% | 84% | 88% | 94% |
| 66 | Florence | 96% | 99% | 100% | 83% | 68% | 52% |
| 66 | Lewis | 99% | 95% | 100% | 84% | 83% | 89% |
| 66 | Tucson | 96% | 100% | 100% | 81% | 81% | 67% |
| 67 | Lewis | 97% | 99% | 100% | 66% | 61% | 74% |
| 67 | Tucson | 94% | 99% | 100% | 57% | 72% | 46% |
| 85 | Eyman | 100% | 89% | 75% | 88% | 100% | 95% |
| 92 | Lewis | 90% | 92% | 100% | 100% | 95% | 75% |
| 98 | Douglas | 100% | 100% | 100% | 100% | 90% | 67% |
| 98 | Eyman | 88% | 96% | 92% | 84% | 88% | 82% |
| 98 | Lewis | 81% | 98% | 93% | 92% | 97% | 95% |
| 98 | Winslow | 70% | 100% | 91% | 100% | 100% | 90% |
| **Total Noncompliant** | | **20** | **14** | **7** | **20** | **15** | **22** |

Dated:  September 23, 2020            **PRISON LAW OFFICE**

By:   s/ Corene T. Kendrick
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene T. Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)* |
| 2 | Maria V. Morris (Cal. 223903)* |
| | Eunice Hyunhye Cho (Wash. 53711)* |
| 3 | **ACLU NATIONAL PRISON PROJECT** |
| | 915 15th Street N.W., 7th Floor |
| 4 | Washington, D.C. 20005 |
| 5 | Telephone: (202) 548-6603 |
| | Email: dfathi@aclu.org |
| 6 | mmorris@aclu.org |
| | echo@aclu.org |

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
   agerlicher@perkinscoie.com
   jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
   carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
  jrico@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick

LEGAL23774493.1

-6-