Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  jkeenan@acluaz.org
           carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation, and Reentry; and Larry Gann, Assistant Director of the Medical Services Contracting Monitoring Bureau, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO ENFORCE THE STIPULATION (PMs 37, 44, 45, 50, 55)**<br>**(Doc. 3735)** |

LEGAL23774493.1

The Court should grant Plaintiffs' Motion to Enforce the Stipulation (Doc. 3735), find Defendants substantially noncompliant with the performance measures listed therein, and direct Defendants to develop remedial plans to ensure compliance with those measures going forward. Defendants concede that "the following measures meet the Court's definition of substantial compliance." Doc. 3759 at 1. Therefore, the Court should find them noncompliant with the measures enumerated in the enforcement motion.

But, Defendants argue, they do not need to develop remedial plans for some measures because they have managed to achieve compliance in a recent month, or they anticipate compliance in *future* months, asserting (without any evidentiary support whatsoever) that changes in policies and practices will be in effect.[1] And for other measures where the most recent month's data (July) show continuing noncompliance, they gaze into a crystal ball and assure the Court that they "will be substantially compliant as of September 2020." Doc. 3759. It is especially puzzling that Defendants argue they cannot and should not have to provide remedial plans to the Court, while at the same time outlining such plans in their opposition brief.

Given Defendants' history of whack-a-mole remedial efforts, and erratic compliance with the Stipulation's requirements even in the face of looming coercive contempt fines (*see, e.g.*, Doc. 3760 at 2-4), it is wholly appropriate that the Court direct Defendants to develop and implement remedial plans, and report upon their progress in their future monthly reports to the Court. *See Gwaltney of Smithfield, Ltd. v. Chesapeake Bay Found., Inc.*, 484 U.S. 49, 69 (1987) ("A good or lucky day is not a state of compliance. Nor is the dubious state in which a past … problem is not recurring at the moment but the cause of that problem has not been completely and clearly eradicated.") (Scalia, J., concurring in part and concurring in the judgment).

//

---

[1] "[T]he arguments and statements of counsel are not evidence." *Barcamerica Int'l USA Tr. v. Tyfield Importers, Inc.*, 289 F.3d 589, 593 n. 4 (9th Cir. 2002) (internal quotation marks omitted); *Mason v. Ryan*. No. CV-17-08098-PCT-DGC-MHB. 2019 WL 1014896, at *2 (D. Ariz. Mar. 4, 2019) ("Counsel's assertions are not evidence.").

LEGAL23774493.1

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: September 29, 2020 | **PRISON LAW OFFICE** |

By:   s/ Corene T. Kendrick
         Donald Specter (Cal. 83925)*
         Alison Hardy (Cal. 135966)*
         Sara Norman (Cal. 189536)*
         Corene T. Kendrick (Cal. 226642)*
         Rita K. Lomio (Cal. 254501)*
         1917 Fifth Street
         Berkeley, California 94710
         Telephone: (510) 280-2621
         Email:    dspecter@prisonlaw.com
                       ahardy@prisonlaw.com
                       snorman@prisonlaw.com
                       ckendrick@prisonlaw.com
                       rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (Cal. 223903)*
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:    dfathi@aclu.org
              mmorris@aclu.org
              echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
         carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone: (602) 274-6287
      Email:   adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone: (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

                                        s/ C. Kendrick