**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. 3753)** |

The Court, having reviewed Defendants' Unopposed Motion to Extend Deadline to File Response to Plaintiffs' Motion for Attorneys' Fees and Costs (Dkt. 3753) (First Request), and good cause appearing,

IT IS ORDERED granting Defendants' Motion to Extend. Defendants Response is due on or before October 15, 2020.