| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Jared G. Keenan (Bar No. 027068)<br>Casey Arellano (Bar No. 031242)<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, Arizona 85013<br>Telephone:  (602) 650-1854<br>Email:  jkeenan@acluaz.org<br>           carellano@acluaz.org<br><br>*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*<br><br>**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**<br><br>Asim Dietrich (Bar No. 027927)<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034<br>Telephone:  (602) 274-6287<br>Email: adietrich@azdisabilitylaw.org<br><br>*Attorneys for Plaintiff Arizona Center for Disability Law*<br><br>**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

LEGAL23774493.1

1    Pursuant to Local Rule of Civil Procedure 7.2(e)(2), Plaintiffs seek the Court's
2    permission to exceed the 11-page limitation applicable to replies and accept the filing of
3    Plaintiffs' 44-page Reply in Support of Motion to Enforce the Stipulation (Maximum
4    Custody Performance Measures 1-3, 5, 6, and 8), (hereinafter "Reply").

5    The extra pages are necessary due to the nature of the filing, the length of time being
6    considered, the complexity of the monitoring system and its procedural history, and the
7    nuances of the underlying facts. *See Graves v. Arpaio*, 623 F.3d 1043 (9th Cir. 2010) (issues
8    regarding the "constitutionality of jail conditions" are "difficult and complex"). In
9    particular, the extra pages are necessitated by Defendants' filing of over 1,300 pages of
10   exhibits in support of their Response (Docs. 3700, 3700-1), and by the production of
11   documents relevant to the issues raised in Motion to Enforce the Stipulation (Maximum
12   Custody Performance Measures 1-3, 5, 6, and 8) in the time since the motion was filed.
13   The issues before the Court are highly fact-intensive. Plaintiffs must provide context for
14   these matters in order to fully inform the Court's analysis.

15   Plaintiffs' counsel has made all efforts to reduce the size of their Reply, but the extra
16   pages are necessary to fully address the issues involved and clarify the relevant factual
17   background. Plaintiffs' proposed filing is submitted with the reply, as well as a proposed
18   order granting this motion.

LEGAL23774493.1

| | | |
|---|---|---|
| 1 | Dated: October 2, 2020 | **ACLU NATIONAL PRISON PROJECT** |

By:   s/ Maria V. Morris
David C. Fathi (Wash. 24893)*
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
          echo@aclu.org
          mmorris@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
          carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
ckendrick@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns