1
2
3
4
5
6                      UNITED STATES DISTRICT COURT

7                            DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **[PROPOSED] ORDER**
10   Hefner; Joshua Polson; and Charlotte Wells, on       **GRANTING PLAINTIFFS'**
     behalf of themselves and all others similarly        **MOTION FOR LEAVE TO**
11   situated; and Arizona Center for Disability Law,     **EXCEED PAGE LIMITS**

12                              Plaintiffs,

13         v.

14   David Shinn, Director, Arizona Department of
     Corrections, Rehabilitation and Reentry; and Larry
15   Gann, Assistant Director, Medical Services Contract
     Monitoring Bureau, Arizona Department of
16   Corrections, Rehabilitation and Reentry, in their
     official capacities,
17
                              Defendants.
18

19         The Court, having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits

20   (Doc. ____), and good cause appearing,

21         **IT IS ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limits is

22   GRANTED.

23
24
25
26
27
28

LEGAL23774493.1