1   Jared G. Keenan (Bar No. 027068)
    Casey Arellano (Bar No. 031242)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
4   Email: jkeenan@acluaz.org
            carellano@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6   *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
    *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7   *Desiree Licci, Joseph Hefner, Joshua Polson, and*
    *Charlotte Wells, on behalf of themselves and all others*
8   *similarly situated*
    **[ADDITIONAL COUNSEL LISTED BELOW]**
9
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone: (602) 274-6287
12  Email: adietrich@azdisabilitylaw.org
13  *Attorneys for Plaintiff Arizona Center for Disability Law*
    **[ADDITIONAL COUNSEL LISTED BELOW]**
14

15              UNITED STATES DISTRICT COURT

16                  DISTRICT OF ARIZONA

17  Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
18  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **DECLARATION OF MARIA**
19  Hefner; Joshua Polson; and Charlotte Wells, on       **V. MORRIS**
    behalf of themselves and all others similarly
20  situated; and Arizona Center for Disability Law,
21                              Plaintiffs,
                v.
22
    David Shinn, Director, Arizona Department of
23  Corrections, Rehabilitation and Reentry; and Larry
    Gann, Assistant Director, Medical Services Contract
24  Monitoring Bureau, Arizona Department of
    Corrections, Rehabilitation and Reentry, in their
25  official capacities,
                              Defendants.
26

27

28

LEGAL23774493.1

I, Maria Morris, declare:

1.     I am an attorney licensed to practice in California. I am a Senior Staff Attorney at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.     I reviewed the documents produced by Defendants on September 18, 2020 in response to RFP 134 and the Court's Orders June 19, 2020 and September 4, 2020.  The documents include a spreadsheet (as an excel file and as a .pdf file) and screenshots from two what appear to be two distinct databases, divided by facility.  There is a set of screenshots for Eyman-Browning, Eyman-SMU I, Lewis-Rast, and Florence-Kasson.  The screenshots from one of the databases show subclass members' progression through the maximum custody Step Program, including disciplinaries that impact an individual's step. The screenshots from the other database show subclass members' movements and bed assignments.

3.     The screenshots from Eyman-Browning are contained in a 2,224-page document.  The first 1,010 pages are the screenshots that show the subclass members' progression through the Step Program.  These pages are searchable.  They are not in any discernable order.  The remaining 1,214 pages are not searchable and are also not in any discernable order.

4.     The screenshots from Eyman-SMU I are contained in a 1,615-page document that is not searchable and not in any discernable order.

5.     The screenshots from Lewis-Rast are contained in a 1,816-page document that is not searchable.  It appears that the first 970 pages relate to Lewis-Rast and the remainder of the document related to people at Florence-Kasson.  The portion of this document that is about people incarcerated at Lewis-Rast appears to be in alphabetical order.

6.     The screenshots from Florence-Kasson are contained in an 830-page document that is not searchable and is not in a discernable order.

7.      The spreadsheet provided by Defendants purports to show the number of days each person who was in maximum custody as of June 30, 2020 had spent in maximum custody, at each of the steps, and in maximum custody but not in a step.  I have highlighted on the .pdf each entry showing that a person spent one year or more at Step 1 or at Step 3. I attach hereto as **Exhibit 1** a true and correct copy of the highlighted spreadsheet.

8.      I attach hereto as **Exhibit 2** a true and correct copy of the Supplemental Declaration of Adrian Montoya, dated June 25, 2020.

9.      I attach hereto as **Exhibit 3** a true and correct copy of the Supplemental Declaration of Stephen Dionne, dated June 25, 2020.

10.     I attach hereto as **Exhibit 4** a true and correct copy of the Declaration of Daniella Osborn, dated August 5, 2020.

11.     I attach hereto as **Exhibit 5** a true and correct copy of the Supplemental Declaration of Leonard Medina, dated June 26, 2020.

12.     I attach hereto as **Exhibit 6** a true and correct copy of the Supplemental Declaration of Conrad Alvarez, dated July 7, 2020.

13.     I attach hereto as **Exhibit 7** a true and correct copy of the Supplemental Declaration of Tyson Anderson, dated July 8, 2020.

14.     I attach hereto as **Exhibit 8** a true and correct copy of the Supplemental Declaration of Daniel Carpio, dated July 7, 2020.

15.     I attach hereto as **Exhibit 9** a true and correct copy of the Supplemental Declaration of Damasso Aguilar, dated June 7, 2020.

16.     I attach hereto as **Exhibit 10** a true and correct copy of the Supplemental Declaration of Jason Johnson, dated June 7, 2020.

17.     I attach hereto as **Exhibit 11** a true and correct copy of the Supplemental Declaration of Thomas Hernandez, dated June 7, 2020.

18.     I attach hereto as **Exhibit 12** a true and correct copy of the Supplemental Declaration of David Gonzales, dated July 7, 2020.

19.     I attach hereto as **Exhibit 13** a true and correct copy of the Declaration of

1    Samuel Santillana, dated July 8, 2020.

2          20.    I attach hereto as **Exhibit 14** a true and correct copy of the Supplemental

3    Declaration of Roberto Ramirez, dated June 26, 2020.

4          21.    I attach hereto as **Exhibit 15** a true and correct copy of the Declaration of

5    Jesse Sernas, dated August 3, 2020.

6          22.    I attach hereto as **Exhibit 16** a true and correct copy of the Declaration of

7    Nathan Engelking, dated August 6, 2020.

8          23.    I attach hereto as **Exhibit 17** a true and correct copy of the Declaration of

9    James Young, dated August 3, 2020.

10         24.    I attach hereto as **Exhibit 18** a true and correct copy of the Supplemental

11   Declaration of Jesse Canez, dated June 29, 2020.

12         25.    I attach hereto as **Exhibit 19** a true and correct copy of the Declaration of

13   Raymond Olson, dated July 1, 2020.

14         26.    I attach hereto as **Exhibit 20** a true and correct copy of the Declaration of

15   Dustin Brislan dated September 25, 2020, and Exhibits A-D.

16         27.    I attach hereto as **Exhibit 21** a true and correct copy of the CO Hiring Reports

17   for the last week of the month from November 2018 through July 2020 for ASPC Eyman.

18         28.    I attach hereto as **Exhibit 22** a true and correct copy of the CO Hiring Reports

19   for the last week of the month from November 2018 through July 2020 for ASPC Lewis.

20         29.    I attach hereto as **Exhibit 23** a true and correct copy of the CO Hiring Reports

21   for the last week of the month from November 2018 through July 2020 for ASPC Florence.

22         30.    I attach hereto as **Exhibit 24** a true and correct copy of the Priority Post Plans

23   for ASPC Eyman in 2019 and 2020.

24         31.    I attach hereto as **Exhibit 25** a true and correct copy of the Priority Post Plans

25   for ASPC Florence.

26         32.    Defendants produced "Notes for the Director's Briefing" for ASPC-Florence

27   Central Unit that were emailed to numerous people within the Arizona Department of

28   Corrections.  The emails that were produced included these sets of notes for most weekdays

from December 9, 2019 through March 10, 2020.  I reviewed the emails and attachments. Each of the sets of notes stated: "Staff remain concerned over staffing levels."  As an exemplar, I attach hereto as **Exhibit 26** a true and correct copy of the email and memorandum entitled "Notes for the Director's Briefing," from March 10, 2020, Bates numbered ADCM1636277-280.

33.    I attach hereto as **Exhibit 27** a true and correct copy of the Defendants' Cancellation Memo for January 2020 for Florence-Kasson.

34.    I attach hereto as **Exhibit 28** a true and correct copy of the Defendants' Cancellation Memo for December 2019 for Eyman-Browning.

35.    I attach hereto as **Exhibit 29** a true and correct copy of the Defendants' Cancellation Memo for November 2019 for Eyman-Browning.

36.    I attach hereto as **Exhibit 30** a true and correct copy of the Priority Post Plans for ASPC Lewis, in effect as of July 1, 2020.

37.    I attach hereto as **Exhibit 31** a true and correct copy of the screenshot produced by Defendants of the maximum custody step progression of R█████ S█████.

38.     I attach hereto as **Exhibit 32** a true and correct copy of the screenshot produced by Defendants of the maximum custody step progression of J███ O███.

39.    I attach hereto as **Exhibit 33** a true and correct copy of the screenshot produced by Defendants of the maximum custody step progression of J█████ M█████.

40.    I attach hereto as **Exhibit 34** a true and correct copy of the screenshot produced by Defendants of the maximum custody step progression of D███ P█████.

41.    I attach hereto as **Exhibit 35** a true and correct copy of the screenshot produced by Defendants of the maximum custody step progression of I█ S███.

42.    I attach hereto as **Exhibit 36** a true and correct copy of the screenshot produced by Defendants of the maximum custody step progression of K██ C██.

43.    I attach hereto as **Exhibit 37** a true and correct copy of the screenshot produced by Defendants of the maximum custody step progression of E█████ B██.

44.    I attach hereto as **Exhibit 38** a true and correct copy of the screenshot

1  produced by Defendants of the maximum custody step progression of P██ R██.

2      45.    I attach hereto as **Exhibit 39** a true and correct copy of the screenshot

3  produced by Defendants of the maximum custody step progression of A██ S██.

4      46.    I attach hereto as **Exhibit 40** a true and correct copy of the screenshot

5  produced by Defendants of the maximum custody step progression of J██ E██.

6      47.    I attach hereto as **Exhibit 41** a true and correct copy of a July 16, 2020 letter

7  from myself to Tim Bojanowski noting that subclass member M██ A██ had not had

8  group therapy since April 7, 2020, and the August 6, 2020 response from Mr. Bojanowski

9  that "group therapy was cancelled due to "social distancing" and the no congregating

10 requirements from COVID-19."

11     48.    I attach hereto as **Exhibit 42** a true and correct copy of a screenshot from

12 Defendants' electronic medical record system showing that the last group therapy Mr.

13 A██ had was on April 7, 2020.

14     49.    I attach hereto as **Exhibit 43** a true and correct copy of three out-of-cell time

15 tracking forms for subclass members at Step 3 included in the December 2019 Eyman-SMU

16 I Maximum Custody Notebook.  Each of these out-of-cell time tracking forms indicates that

17 the subclass member was offered recreation in a 45 x 90 enclosure.  They do not indicate

18 that the subclass member was offered recreation in a 20 x 40 enclosure, which is another

19 monthly requirement for people at Eyman-SMU I at Step 3.  No additional out-of-cell time

20 tracking forms were included in the Maximum Custody Notebooks for these individuals.

21 Each of the out-of-cell time tracking forms indicates that the weekly expectations were met.

22     50.    I attach hereto **Exhibit 44** a true and correct copy of two out-of-cell time

23 tracking forms for subclass members at Step 3 and one for a subclass member at Step 2

24 included in the December 2019 Lewis-Rast Maximum Custody Notebook.  For the two

25 subclass members at Step 3, the out-of-cell time tracking forms indicates that the subclass

26 member was offered recreation in a 45 x 90 enclosure, but they do not indicate that the

27 subclass member was offered recreation in a 20 x 40 enclosure, although that is a monthly

28 requirement for them as well.  For the subclass member at Step 2, the out-of-cell time

recorded is all in the 10 x 10 cage, and there is no indication of recreation in a 20 x 40 enclosure, which is a monthly requirement for people at Step 2 at Lewis-Rast. No additional out-of-cell time tracking forms were included in the Maximum Custody Notebooks for these individuals. Each of the out-of-cell time tracking forms indicates that the weekly expectations were met.

51.   I attach hereto as **Exhibit 45** a true and correct copy of an out-of-cell time tracking form included in the December 2019 Maximum Custody Notebook for Eyman-Browning. This out-of-cell time tracking form shows that the subclass member's COIII class was cancelled on December 7, 2019, and that the reviewer nonetheless found that "Weekly Expectations" were met.

52.   The declarations that are attached hereto are publicly filed pursuant to authorization by the declarants.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of October 2020 in Rockville, Maryland.

s/ Maria V. Morris
Maria V. Morris

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          echo@aclu.org
          mmorris@aclu.org

*Admitted *pro hac vice*.  Not admitted
 in DC; practice limited to federal
 courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          agerlicher@perkinscoie.com
          jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    jkeenan@acluaz.org
          carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          ckendrick@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

1

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

2

3

4

5

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

6

7

8

9

10

11

12

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    adietrich@azdisabilitylaw.org

13

14

15

*Attorneys for Arizona Center for Disability*
*Law*

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 2, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns