**Index of Exhibits to Declaration of Jessica Carns**

| Ex. | Description | Bates No. | Filing Type |
|---|---|---|---|
| 1 | FRE 1006 Summary Exhibit "Prisoners Chosen for Maximum Custody Performance Measure Review (November 2018 – January 2020)" | None | Under Seal |
| 2 | Representative substitution memos | ADCM1613077-80 | Under Seal |
| 3 | FRE 1006 Summary Exhibit "Skip Intervals Used to Select Prisoners for Maximum Custody Performance Measure Review (November 2018 – January 2020)" | None | Public |
| 4 | FRE 1006 Summary Exhibit "Rates of Refusal of Recreation and Programming (November 2018 – January 2020)" | None | Public |
| 5 | Representative group program sign-in sheets | ADCM1637911 ADCM1620225-26 ADCM1620017-18 ADCM1612541 | Under Seal |
| 6 | Representative out-of-cell tracking sheets | ADCM1637270-71 ADCM1619964-65 ADCM1617408-09 ADCM1616478-79 ADCM1616970-71 ADCM1613273-74 ADCM1611613-14 ADCM1611856-57 | Under Seal |
| 7 | Representative out-of-cell tracking sheets | ADCM1637134 ADCM1637163 ADCM1637176 ADCM1637149 ADCM1637895 ADCM1637925 ADCM1637939 ADCM1637953 ADCM1637970 ADCM1638016 ADCM1638032 | Under Seal |
| 8 | Representative cancellation memos | ADCM1612808-20 ADCM1612476-78 ADCM1612172-73 | Under Seal |

| 9 | FRE 1006 Summary Exhibit "Staffing Daily Post Sheet (AM) Review" | None | Public |
| 10 | Representative out-of-cell tracking sheets | ADCM1620001<br>ADCM1619955<br>ADCM1620403<br>ADCM1612720<br>ADCM1611713 | Under Seal |

**FILED UNDER SEAL**

# EXHIBIT 1

FILED UNDER SEAL

# EXHIBIT 2

# EXHIBIT 3

**Skip Intervals Used to Select Prisoners for Maximum Custody Performance Measure Review (November 2018 – January 2020)**

| | | Nov-18 | 18-Dec | 19-Jan | 19-Feb | 19-Mar | 19-Apr | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Eyman-Browning | | | | | | | | | | |
| **Non-SMI** | Total pop | 754 | 743 | 730 | 728 | 731 | 707 | 712 | 719 | 709 | 728 | 721 | 718 | 730 | 729 | 718 |
| | Interval | 75 | 74 | 73 | 73 | 73 | 71 | 71 | 72 | 71 | 73 | 72 | 72 | 73 | 73 | 72 |
| **SMI** | Total pop | 15 | 10 | 8 | 6 | 6 | 7 | 5 | 6 | 9 | 9 | 8 | 10 | 14 | 11 | 11 |
| | Interval | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | | | | Eyman-SMU | | | | | | | | | | |
| **Non-SMI** | Total pop | 458 | 484 | 468 | 468 | 509 | 506 | 521 | 512 | 515 | 524 | 498 | 508 | 494 | 505 | 506 |
| | Interval | 46 | 48 | 47 | 47 | 51 | 51 | 52 | 51 | 52 | 52 | 50 | 51 | 49 | 51 | 51 |
| **SMI** | Total pop | 29 | 29 | 7 | 6 | 7 | 2 | 3 | 3 | 1 | 4 | 5 | 6 | 5 | 4 | 4 |
| | Interval | 3 | 3 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | | | | Florence-Kasson | | | | | | | | | | |
| **Non-SMI** | Total pop | 68 | 139 | 139 | 142 | 142 | 146 | 145 | 153 | 158 | 147 | 151 | 155 | 147 | 150 | 154 |
| | Interval | 7 | 14 | 14 | 14 | 14 | 15 | 15 | 15 | 16 | 15 | 15 | 16 | 15 | 15 | 15 |
| **SMI** | Total pop | 57 | 125 | 125 | 127 | 123 | 126 | 124 | 131 | 131 | 127 | 125 | 134 | 124 | 131 | 129 |
| | Interval | 6 | 13 | 13 | 13 | 12 | 13 | 12 | 13 | 13 | 13 | 13 | 13 | 12 | 13 | 13 |
| | | | | | | Lewis-Rast | | | | | | | | | | |
| **Non-SMI** | Total pop | 289 | 280 | 284 | 283 | 280 | 282 | 281 | 284 | 293 | 291 | 288 | 282 | 286 | 280 | 284 |
| | Interval | 29 | 28 | 28 | 28 | 28 | 28 | 28 | 28 | 29 | 29 | 29 | 28 | 29 | 28 | 28 |
| **SMI** | Total pop | 23 | 21 | 8 | 6 | 8 | 9 | 7 | 9 | 13 | 13 | 14 | 12 | 11 | 12 | 13 |
| | Interval | 2 | 10 | 1 | 1 | 1 | 9 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

# EXHIBIT 4

| **RECREATION** | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MC Notebook Month | Facility | Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Rec Periods Offered | SMI Refusals | Percentage of SMI Refusals |
| 2020-01 | Eyman-Browning | *documentation not yet produced* | | | | | | | | |
| 2020-01 | Eyman-SMU | 44 | 36 | 82% | 35 | 27 | 77% | 9 | 9 | 100% |
| 2020-01 | Florence-Kasson | 60 | 51 | 85% | 0 | 0 | 0% | 60 | 51 | 85% |
| 2020-01 | Lewis-Rast | 50 | 34 | 68% | 25 | 16 | 64% | 25 | 18 | 72% |
| 2019-12 | Eyman-Browning | 58 | 41 | 71% | 28 | 17 | 61% | 30 | 24 | 80% |
| 2019-12 | Eyman-SMU | 54 | 41 | 76% | 40 | 30 | 75% | 14 | 11 | 79% |
| 2019-12 | Florence-Kasson | 60 | 52 | 87% | 0 | 0 | 0% | 60 | 52 | 87% |
| 2019-12 | Lewis-Rast | 60 | 42 | 70% | 30 | 21 | 70% | 30 | 21 | 70% |
| 2019-11 | Eyman-Browning | 51 | 34 | 67% | 26 | 16 | 62% | 25 | 18 | 72% |
| 2019-11 | Eyman-SMU | 50 | 42 | 84% | 33 | 26 | 79% | 17 | 16 | 94% |
| 2019-11 | Florence-Kasson | 60 | 38 | 63% | 3 | 3 | 100% | 57 | 35 | 61% |
| 2019-11 | Lewis-Rast | 60 | 46 | 77% | 30 | 19 | 63% | 30 | 27 | 90% |
| 2019-10 | Eyman-Browning | 50 | 41 | 82% | 24 | 19 | 79% | 26 | 22 | 85% |
| 2019-10 | Eyman-SMU | 46 | 39 | 91% | 29 | 23 | 79% | 17 | 16 | 94% |
| 2019-10 | Florence-Kasson | 60 | 38 | 63% | 9 | 6 | 67% | 51 | 32 | 63% |
| 2019-10 | Lewis-Rast | 60 | 47 | 78% | 30 | 21 | 70% | 30 | 26 | 87% |
| 2019-09 | Eyman-Browning | 56 | 43 | 77% | 32 | 24 | 75% | 24 | 19 | 79% |
| 2019-09 | Eyman-SMU | 56 | 46 | 82% | 36 | 30 | 83% | 20 | 16 | 80% |
| 2019-09 | Florence-Kasson | 60 | 45 | 75% | 9 | 6 | 67% | 51 | 39 | 76% |
| 2019-09 | Lewis-Rast | 60 | 41 | 68% | 30 | 18 | 60% | 30 | 23 | 77% |
| 2019-08 | Eyman-Browning | 48 | 33 | 69% | 21 | 14 | 67% | 27 | 19 | 70% |
| 2019-08 | Eyman-SMU | 48 | 43 | 90% | 33 | 30 | 91% | 15 | 13 | 87% |
| 2019-08 | Florence-Kasson | 60 | 39 | 65% | 12 | 8 | 67% | 48 | 31 | 65% |
| 2019-08 | Lewis-Rast | 61 | 39 | 64% | 31 | 18 | 58% | 30 | 21 | 70% |
| 2019-07 | Eyman-Browning | 55 | 45 | 82% | 28 | 21 | 75% | 27 | 24 | 89% |
| 2019-07 | Eyman-SMU | 36 | 29 | 81% | 32 | 25 | 78% | 4 | 4 | 100% |
| 2019-07 | Florence-Kasson | 61 | 45 | 74% | 9 | 9 | 100% | 52 | 36 | 69% |
| 2019-07 | Lewis-Rast | 60 | 40 | 67% | 30 | 16 | 53% | 30 | 24 | 80% |
| 2019-06 | Eyman-Browning | 47 | 36 | 77% | 29 | 24 | 83% | 18 | 12 | 67% |
| 2019-06 | Eyman-SMU | 40 | 33 | 83% | 30 | 24 | 80% | 10 | 9 | 90% |
| 2019-06 | Florence-Kasson | 61 | 46 | 75% | 3 | 0 | 0% | 58 | 46 | 79% |
| 2019-06 | Lewis-Rast | 57 | 38 | 67% | 30 | 17 | 57% | 27 | 21 | 78% |
| 2019-05 | Eyman-Browning | 46 | 32 | 70% | 31 | 22 | 71% | 15 | 10 | 67% |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-05 | Eyman-SMU | 53 | 40 | 75% | 41 | 30 | 73% | 12 | 10 | 83% |
| 2019-05 | Florence-Kasson | 60 | 42 | 70% | 0 | 0 | 0% | 60 | 42 | 70% |
| 2019-05 | Lewis-Rast | 48 | 24 | 50% | 27 | 13 | 48% | 21 | 11 | 52% |
| 2019-04 | Eyman-Browning | 49 | 43 | 88% | 31 | 28 | 90% | 18 | 15 | 83% |
| 2019-04 | Eyman-SMU | 44 | 36 | 82% | 40 | 32 | 80% | 4 | 4 | 100% |
| 2019-04 | Florence-Kasson | 71 | 50 | 70% | 11 | 7 | 64% | 60 | 43 | 72% |
| 2019-04 | Lewis-Rast | 62 | 26 | 42% | 33 | 8 | 24% | 29 | 18 | 62% |
| 2019-03 | Eyman-Browning | 47 | 38 | 81% | 29 | 24 | 83% | 18 | 14 | 78% |
| 2019-03 | Eyman-SMU | 68 | 55 | 81% | 40 | 31 | 78% | 28 | 24 | 86% |
| 2019-03 | Florence-Kasson | 60 | 43 | 72% | 6 | 3 | 50% | 54 | 40 | 74% |
| 2019-03 | Lewis-Rast | 60 | 18 | 30% | 36 | 10 | 28% | 24 | 8 | 33% |
| 2019-02 | Eyman-Browning | 44 | 37 | 84% | 26 | 19 | 73% | 18 | 18 | 100% |
| 2019-02 | Eyman-SMU | 56 | 46 | 82% | 37 | 32 | 86% | 19 | 14 | 74% |
| 2019-02 | Florence-Kasson | 64 | 50 | 78% | 3 | 2 | 67% | 61 | 48 | 79% |
| 2019-02 | Lewis-Rast | 48 | 23 | 48% | 27 | 11 | 41% | 21 | 12 | 57% |
| 2019-01 | Eyman-Browning | 46 | 34 | 74% | 28 | 18 | 64% | 18 | 16 | 89% |
| 2019-01 | Eyman-SMU | 64 | 46 | 72% | 36 | 24 | 67% | 28 | 22 | 79% |
| 2019-01 | Florence-Kasson | 60 | 48 | 80% | 6 | 6 | 100% | 54 | 42 | 78% |
| 2019-01 | Lewis-Rast | 46 | 22 | 48% | 26 | 11 | 42% | 20 | 11 | 55% |
| 2018-12 | Eyman-Browning | 60 | 50 | 83% | 30 | 21 | 70% | 30 | 29 | 97% |
| 2018-12 | Eyman-SMU | 80 | 63 | 79% | 36 | 25 | 69% | 44 | 38 | 86% |
| 2018-12 | Florence-Kasson | 63 | 50 | 79% | 13 | 10 | 77% | 50 | 40 | 80% |
| 2018-12 | Lewis-Rast | 51 | 26 | 51% | 29 | 14 | 48% | 22 | 12 | 55% |
| 2018-11 | Eyman-Browning | 60 | 42 | 70% | 30 | 21 | 70% | 30 | 21 | 70% |
| 2018-11 | Eyman-SMU | 80 | 67 | 84% | 40 | 31 | 78% | 40 | 36 | 90% |
| 2018-11 | Florence-Kasson | 60 | 48 | 80% | 3 | 3 | 100% | 57 | 45 | 79% |
| 2018-11 | Lewis-Rast | 60 | 35 | 58% | 27 | 15 | 56% | 33 | 20 | 61% |

Recreation

| PROGRAMS | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MC Notebook Month | Facility | Total Programs Offered | Total Refusals | Percentage of Refusals | Non-SMI Programs Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Programs Offered | SMI Refusals | Percentage of SMI Refusals |
| 2020-01 | Eyman-Browning | | | | *documentation not yet produced* | | | | | |
| 2020-01 | Eyman-SMU | 23 | 10 | 43% | 7 | 0 | 0% | 16 | 10 | 63% |
| 2020-01 | Florence-Kasson | 79 | 20 | 25% | 0 | 0 | 0% | 79 | 20 | 25% |
| 2020-01 | Lewis-Rast | 45 | 24 | 53% | 6 | 4 | 67% | 39 | 20 | 51% |
| 2019-12 | Eyman-Browning | 35 | 17 | 49% | 4 | 0 | 0% | 31 | 17 | 55% |
| 2019-12 | Eyman-SMU | 21 | 10 | 48% | 5 | 2 | 40% | 16 | 8 | 50% |
| 2019-12 | Florence-Kasson | 80 | 30 | 38% | 0 | 0 | 0% | 80 | 30 | 38% |
| 2019-12 | Lewis-Rast | 40 | 19 | 48% | 3 | 0 | 0% | 37 | 19 | 51% |
| 2019-11 | Eyman-Browning | 32 | 15 | 47% | 1 | 0 | 0% | 31 | 15 | 48% |
| 2019-11 | Eyman-SMU | 15 | 6 | 40% | 1 | 0 | 0% | 14 | 6 | 43% |
| 2019-11 | Florence-Kasson | 80 | 29 | 36% | 4 | 4 | 100% | 76 | 25 | 33% |
| 2019-11 | Lewis-Rast | 38 | 21 | 55% | 3 | 1 | 33% | 35 | 20 | 57% |
| 2019-10 | Eyman-Browning | 34 | 21 | 62% | 3 | 1 | 33% | 31 | 20 | 65% |
| 2019-10 | Eyman-SMU | 26 | 17 | 65% | 2 | 0 | 0% | 24 | 17 | 71% |
| 2019-10 | Florence-Kasson | 80 | 19 | 24% | 12 | 2 | 17% | 68 | 17 | 25% |
| 2019-10 | Lewis-Rast | 45 | 21 | 47% | 5 | 1 | 20% | 40 | 20 | 50% |
| 2019-09 | Eyman-Browning | 25 | 16 | 64% | 1 | 0 | 0% | 24 | 16 | 67% |
| 2019-09 | Eyman-SMU | 26 | 8 | 31% | 6 | 0 | 0% | 20 | 8 | 40% |
| 2019-09 | Florence-Kasson | 80 | 21 | 26% | 12 | 0 | 0% | 68 | 21 | 31% |
| 2019-09 | Lewis-Rast | 47 | 27 | 57% | 7 | 2 | 29% | 40 | 25 | 63% |
| 2019-08 | Eyman-Browning | 28 | 18 | 64% | 1 | 0 | 0% | 27 | 18 | 67% |
| 2019-08 | Eyman-SMU | 19 | 12 | 63% | 3 | 0 | 0% | 16 | 12 | 75% |
| 2019-08 | Florence-Kasson | 80 | 32 | 40% | 16 | 8 | 50% | 64 | 24 | 38% |
| 2019-08 | Lewis-Rast | 45 | 14 | 31% | 5 | 0 | 0% | 40 | 14 | 35% |
| 2019-07 | Eyman-Browning | 29 | 12 | 41% | 2 | 0 | 0% | 27 | 12 | 44% |
| 2019-07 | Eyman-SMU | 4 | 2 | 50% | 2 | 0 | 0% | 2 | 2 | 100% |
| 2019-07 | Florence-Kasson | 80 | 18 | 23% | 12 | 4 | 33% | 68 | 14 | 21% |
| 2019-07 | Lewis-Rast | 46 | 24 | 52% | 7 | 2 | 29% | 39 | 22 | 56% |
| 2019-06 | Eyman-Browning | 21 | 7 | 33% | 3 | 2 | 67% | 18 | 5 | 28% |
| 2019-06 | Eyman-SMU | 16 | 6 | 38% | 4 | 0 | 0% | 12 | 6 | 50% |

Programs

| Date | Facility | | | | | | | | | |
|------|----------|---|---|---|---|---|---|---|---|---|
| 2019-06 | Florence-Kasson | 80 | 25 | 31% | 4 | 2 | 50% | 76 | 23 | 30% |
| 2019-06 | Lewis-Rast | 36 | 21 | 58% | 4 | 1 | 25% | 32 | 20 | 63% |
| 2019-05 | Eyman-Browning | 18 | 6 | 33% | 3 | 3 | 100% | 15 | 3 | 20% |
| 2019-05 | Eyman-SMU | 20 | 8 | 40% | 8 | 2 | 25% | 12 | 6 | 50% |
| 2019-05 | Florence-Kasson | 80 | 39 | 49% | 0 | 0 | 0% | 80 | 39 | 49% |
| 2019-05 | Lewis-Rast | 32 | 15 | 47% | 4 | 1 | 25% | 28 | 14 | 50% |
| 2019-04 | Eyman-Browning | 20 | 4 | 20% | 2 | 1 | 50% | 18 | 3 | 17% |
| 2019-04 | Eyman-SMU | 9 | 6 | 67% | 5 | 2 | 40% | 4 | 4 | 100% |
| 2019-04 | Florence-Kasson | 69 | 28 | 41% | 5 | 0 | 0% | 64 | 28 | 44% |
| 2019-04 | Lewis-Rast | 40 | 19 | 48% | 4 | 1 | 25% | 36 | 18 | 50% |
| 2019-03 | Eyman-Browning | 22 | 4 | 18% | 4 | 1 | 25% | 18 | 3 | 17% |
| 2019-03 | Eyman-SMU | 32 | 17 | 53% | 6 | 1 | 17% | 26 | 16 | 62% |
| 2019-03 | Florence-Kasson | 76 | 28 | 37% | 7 | 7 | 100% | 69 | 21 | 30% |
| 2019-03 | Lewis-Rast | 35 | 17 | 49% | 3 | 0 | 0% | 32 | 17 | 53% |
| 2019-02 | Eyman-Browning | 23 | 8 | 35% | 5 | 2 | 40% | 18 | 6 | 33% |
| 2019-02 | Eyman-SMU | 23 | 14 | 61% | 5 | 0 | 0% | 18 | 14 | 78% |
| 2019-02 | Florence-Kasson | 78 | 33 | 42% | 3 | 0 | 0% | 75 | 33 | 44% |
| 2019-02 | Lewis-Rast | 33 | 14 | 42% | 5 | 1 | 20% | 28 | 13 | 46% |
| 2019-01 | Eyman-Browning | 25 | 14 | 56% | 7 | 5 | 71% | 18 | 9 | 50% |
| 2019-01 | Eyman-SMU | 35 | 17 | 49% | 7 | 0 | 0% | 28 | 17 | 61% |
| 2019-01 | Florence-Kasson | 69 | 29 | 42% | 6 | 2 | 33% | 63 | 27 | 43% |
| 2019-01 | Lewis-Rast | 36 | 17 | 47% | 4 | 0 | 0% | 32 | 17 | 53% |
| 2018-12 | Eyman-Browning | 34 | 14 | 41% | 4 | 1 | 25% | 30 | 13 | 43% |
| 2018-12 | Eyman-SMU | 51 | 32 | 63% | 7 | 0 | 0% | 44 | 32 | 73% |
| 2018-12 | Florence-Kasson | 70 | 37 | 53% | 12 | 9 | 75% | 58 | 28 | 48% |
| 2018-12 | Lewis-Rast | 34 | 16 | 47% | 2 | 1 | 50% | 32 | 15 | 47% |
| 2018-11 | Eyman-Browning | 35 | 15 | 43% | 4 | 2 | 50% | 31 | 13 | 42% |
| 2018-11 | Eyman-SMU | 47 | 35 | 74% | 8 | 4 | 50% | 39 | 31 | 79% |
| 2018-11 | Florence-Kasson | 70 | 45 | 64% | 3 | 3 | 100% | 67 | 42 | 63% |
| 2018-11 | Lewis-Rast | 48 | 25 | 52% | 4 | 0 | 0% | 44 | 25 | 57% |

Programs

| CHUTE REC | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MC Notebook Month | Facility | Total Rec Periods Offered | Total Refusals | Percentage of Refusals | Non-SMI Rec Periods Offered | Non-SMI Refusals | Percentage of Non-SMI Refusals | SMI Rec Periods Offered | SMI Refusals | Percentage of SMI Refusals |
| 2020-01 | Eyman-Browning | | | | *documentation not yet produced* | | | | | |
| 2020-01 | Eyman-SMU | 34 | 34 | 100% | 25 | 25 | 100% | 9 | 9 | 100% |
| 2019-12 | Eyman-Browning | 49 | 39 | 80% | 22 | 16 | 73% | 27 | 23 | 85% |
| 2019-12 | Eyman-SMU | 34 | 34 | 100% | 26 | 26 | 100% | 8 | 8 | 100% |
| 2019-11 | Eyman-Browning | 48 | 37 | 77% | 23 | 18 | 78% | 25 | 19 | 76% |
| 2019-11 | Eyman-SMU | 40 | 39 | 98% | 25 | 24 | 96% | 15 | 15 | 100% |
| 2019-10 | Eyman-Browning | 49 | 41 | 84% | 23 | 19 | 83% | 26 | 22 | 85% |
| 2019-10 | Eyman-SMU | 36 | 36 | 100% | 21 | 21 | 100% | 15 | 15 | 100% |
| 2019-09 | Eyman-Browning | 53 | 45 | 85% | 29 | 25 | 86% | 24 | 20 | 83% |
| 2019-09 | Eyman-SMU | 41 | 41 | 100% | 26 | 26 | 100% | 15 | 15 | 100% |
| 2019-05 | Eyman-Browning | 38 | 30 | 79% | 23 | 20 | 87% | 15 | 10 | 67% |
| 2019-05 | Eyman-SMU | 41 | 39 | 95% | 32 | 30 | 94% | 9 | 9 | 100% |
| 2019-05 | Florence-Kasson | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2019-05 | Lewis-Rast | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2018-12 | Eyman-Browning | 50 | 47 | 94% | 21 | 18 | 86% | 29 | 29 | 100% |
| 2018-12 | Eyman-SMU | 60 | 57 | 95% | 27 | 25 | 93% | 33 | 32 | 97% |
| 2018-12 | Florence-Kasson | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2018-12 | Lewis-Rast | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2018-04 | Eyman-Browning | 51 | 47 | 92% | 21 | 20 | 95% | 30 | 27 | 90% |
| 2018-04 | Eyman-SMU | 60 | 55 | 92% | 27 | 25 | 93% | 33 | 30 | 91% |
| 2018-04 | Florence-Kasson | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2018-04 | Lewis-Rast | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2017-11 | Eyman-Browning | 55 | 42 | 76% | 25 | 19 | 76% | 30 | 23 | 77% |
| 2017-11 | Eyman-SMU | 60 | 55 | 92% | 30 | 26 | 87% | 30 | 29 | 97% |
| 2017-11 | Florence-Kasson | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2017-11 | Lewis-Rast | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2017-08 | Eyman-Browning | 55 | 48 | 87% | 22 | 20 | 91% | 33 | 28 | 85% |
| 2017-08 | Eyman-SMU | 58 | 47 | 81% | 24 | 21 | 88% | 34 | 26 | 76% |
| 2017-08 | Florence-Kasson | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2017-08 | Lewis-Rast | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2017-03 | Eyman-Browning | 51 | 35 | 69% | 23 | 12 | 52% | 28 | 23 | 82% |
| 2017-03 | Eyman-SMU | 60 | 51 | 85% | 24 | 18 | 75% | 36 | 33 | 92% |
| 2017-03 | Florence-Kasson | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |
| 2017-03 | Lewis-Rast | 0 | 0 | 0% | 0 | 0 | 0% | 0 | 0 | 0% |

| **10x10 REC** | | TOTAL | | | Non-SMI | | | SMI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **MC Notebook Month** | **Facility** | **Total Rec Periods Offered** | **Total Refusals** | **Percentage of Refusals** | **Non-SMI Rec Periods Offered** | **Non-SMI Refusals** | **Percentage of Non-SMI Refusals** | **SMI Rec Periods Offered** | **SMI Refusals** | **Percentage of SMI Refusals** |
| 2020-01 | Florence-Kasson | 37 | 36 | 97% | 0 | 0 | 0% | 37 | 36 | 97% |
| 2020-01 | Lewis-Rast | 46 | 34 | 74% | 23 | 16 | 70% | 23 | 18 | 78% |
| 2019-12 | Florence-Kasson | 34 | 32 | 94% | 0 | 0 | 0% | 34 | 32 | 94% |
| 2019-12 | Lewis-Rast | 57 | 42 | 74% | 29 | 21 | 72% | 28 | 21 | 75% |
| 2019-11 | Florence-Kasson | 39 | 33 | 85% | 3 | 3 | 100% | 36 | 30 | 83% |
| 2019-11 | Lewis-Rast | 53 | 40 | 75% | 27 | 17 | 63% | 26 | 23 | 88% |
| 2019-10 | Florence-Kasson | 32 | 27 | 84% | 6 | 6 | 100% | 26 | 21 | 81% |
| 2019-10 | Lewis-Rast | 55 | 46 | 84% | 27 | 20 | 74% | 28 | 26 | 93% |
| 2019-09 | Florence-Kasson | 30 | 23 | 77% | 6 | 3 | 50% | 24 | 20 | 83% |
| 2019-09 | Lewis-Rast | 53 | 41 | 77% | 25 | 18 | 72% | 28 | 23 | 82% |

10x10 Rec

**FILED UNDER SEAL**

# EXHIBIT 5

**FILED UNDER SEAL**

# EXHIBIT 6

FILED UNDER SEAL

# EXHIBIT 7

**FILED UNDER SEAL**

# EXHIBIT 8

# EXHIBIT 9

| Staffing Daily Post Sheet (AM) Review - Eyman Browning | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Posts Absent | | | | | | |
| Position Category | # of Posts | | | | | | | |
| *December 2019* | | 12/7/2019 | 12/8/2019 | 12/9/2019 | 12/10/2019 | 12/11/2019 | 12/12/2019 | 12/13/2019 |
| Recreation Officer | 4 | 4 | 3 | 3 | 2 | 3 | 2 | 2 |
| Mental Health/Medical/Programs Escort | 7 | 5 | 6 | 7 | 5 | 4 | 5 | 6 |
| DI326 Recreation Escort/SMI | 2 | 2 | 2 | 2 | 1 | 1 | 2 | 2 |
| DI326 Recreation Escort | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 20 | 20 | 21 | 17 | 17 | 18 | 19 |
| | | | | | | | | |
| *November 2019* | | 11/9/2019 | 11/10/2019 | 11/11/2019 | 11/12/2019 | 11/13/2019 | 11/14/2019 | 11/15/2019 |
| Recreation Officer | 4 | 4 | 4 | 2 | 3 | 3 | 4 | 4 |
| Mental Health/Medical/Programs Escort | 7 | 7 | 5 | 6 | 7 | 6 | 6 | 7 |
| DI326 Recreation Escort/SMI | 2 | 2 | 2 | 2 | 1 | 2 | 1 | 2 |
| DI326 Recreation Escort | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 22 | 20 | 19 | 20 | 20 | 20 | 22 |
| | | | | | | | | |
| *October 2019* | | 10/19/2019 | 10/20/2019 | 10/21/2019 | 10/22/2019 | 10/23/2019 | 10/24/2019 | 10/25/2019 |
| Recreation Officer | 4 | 4 | 3 | 3 | 2 | 3 | 3 | 4 |
| Mental Health/Medical/Programs Escort | 7 | 6 | 7 | 7 | 4 | 7 | 7 | 5 |
| DI326 Recreation Escort/SMI | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| DI326 Recreation Escort | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 21 | 21 | 21 | 17 | 21 | 21 | 20 |
| | | | | | | | | |

Eyman Browning

| September 2019 | | 9/28/2019 | 9/29/2019 | 9/30/2019 | 10/1/2019 | 10/2/2019 | 10/3/2019 | 10/4/2019 |
|---|---|---|---|---|---|---|---|---|
| Recreation Officer | 4 | 4 | 2 | 2 | 1 | 2 | 2 | 2 |
| Mental Health/Medical/Programs Escort | 7 | 7 | 7 | 6 | 5 | 6 | 6 | 7 |
| DI326 Recreation Escort/SMI | 2 | 2 | 2 | 2 | 1 | 2 | 0 | 2 |
| DI326 Recreation Escort | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rover | 6 | 6 | 6 | 5 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 22 | 20 | 18 | 16 | 19 | 17 | 20 |
| | | | | | | | | |
| August 2019 | | 8/10/2019 | 8/11/2019 | 8/12/2019 | 8/13/2019 | 8/14/2019 | 8/15/2019 | 8/16/2019 |
| Recreation Officer | 4 | 2 | 3 | 2 | 3 | 1.5 | 2 | 2 |
| Mental Health/Medical/Programs Escort | 7 | 7 | 6 | 7 | 5 | 6.5 | 1.5 | 5 |
| DI326 Recreation Escort/SMI | 2 | 2 | 2 | 1 | 2 | 2 | 0 | 2 |
| DI326 Recreation Escort | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | 2 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 20 | 20 | 19 | 19 | 19 | 12.5 | 18 |
| | | | | | | | | |
| July 2019 | | 7/13/2019 | 7/14/2019 | 7/15/2019 | 7/16/2019 | 7/17/2019 | 7/18/2019 | 7/19/2019 |
| Recreation Officer | 4 | 4 | 3 | 2 | 1 | 2 | 2 | 2 |
| Mental Health/Medical/Programs Escort | 7 | 6 | 5 | 5 | 5 | 3 | 7 | 7 |
| DI326 Recreation Escort/SMI | 2 | 2 | 2 | 2 | 0 | 1 | 2 | 2 |
| DI326 Recreation Escort | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | 2 | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 21 | 19 | 18 | 15 | 14 | 20 | 20 |
| | | | | | | | | |
| June 2019 | | 6/8/2019 | 6/9/2019 | 6/10/2019 | 6/11/2019 | 6/12/2019 | 6/13/2019 | 6/14/2019 |
| Recreation Officer | 4 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Mental Health/Medical/Programs Escort | 7 | 5 | 4 | 4 | 6 | 5 | 6 | 5 |
| DI326 Recreation Escort/SMI | 2 | 2 | 2 | 2 | 0 | 1 | 1 | 2 |

Eyman Browning

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | **2** | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| Rover | **6** | 6 | 3 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 18 | 14 | 17 | 17 | 16 | 17 | 17 |
| | | | | | | | | |
| *May 2019* | | 5/18/2019 | 5/19/2019 | 5/20/2019 | 5/21/2019 | 5/22/2019 | 5/23/2019 | 5/24/2019 |
| Recreation Officer | **4** | 2 | 2 | 2 | 3 | 2 | 2 | 2 |
| Mental Health/Medical/Programs Escort | **7** | 6 | 7 | 3 | 3 | 2 | 5 | 4 |
| DI326 Recreation Escort/SMI | **2** | 2 | 2 | 1 | 1 | 0 | 0 | 2 |
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | **2** | 0 | 1 | 1 | 1 | 1 | 1 | 0 |
| Recreational Rover | **1** | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 5.5 | 5.5 |
| Total Posts Most Relevant to Recreation & Programming | **24** | 18 | 20 | 16 | 16 | 13 | 15.5 | 15.5 |
| | | | | | | | | |
| *April 2019* | | 4/13/2019 | 4/14/2019 | 4/15/2019 | 4/16/2019 | 4/17/2019 | 4/18/2019 | 4/19/2019 |
| Recreation Officer | **4** | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 4 | 4 | 3 | 3 | 2 | 4 |
| DI326 Recreation Escort/SMI | **2** | 2 | 2 | 1 | 2 | 1 | 0 | 2 |
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 2 | 2 | 1 | 2 |
| Yard Officer | **2** | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| Recreational Rover | **1** | 1 | 0 | 1 | 0 | 1 | 0 | 0 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **24** | 21 | 17 | 17 | 16 | 16 | 11 | 17 |
| | | | | | | | | |
| *March 2019* | | 3/16/2019 | 3/17/2019 | 3/18/2019 | 3/19/2019 | 3/20/2019 | 3/21/2019 | 3/22/2019 |
| Recreation Officer | **4** | 2 | 2 | 2 | 2 | 2 | 2 | 1 |
| Mental Health/Medical/Programs Escort | **7** | 5 | 6 | 3 | 4 | 3 | 3 | 6 |
| DI326 Recreation Escort/SMI | **2** | 2 | 2 | 2 | 0 | 2 | 0 | 2 |
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | **2** | 1 | 1 | 1 | 1 | 1 | 0 | 0 |

Eyman Browning

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Recreational Rover | **1** | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 6 | 5 |
| Total Posts Most Relevant to Recreation & Programming | **24** | 18 | 20 | 16 | 15 | 16 | 13 | 17 |
| | | | | | | | | |
| *February 2019* | | 2/2/2019 | 2/3/2019 | 2/4/2019 | 2/5/2019 | 2/6/2019 | 2/7/2019 | 2/8/2019 |
| Recreation Officer | **4** | 2 | 2 | 4 | 2 | 1 | 2 | 2 |
| Mental Health/Medical/Programs Escort | **7** | 4 | 5.5 | 7 | 3 | 5 | 0 | 5 |
| DI326 Recreation Escort/SMI | **2** | 2 | 2 | 1 | 1 | 1 | 0.5 | 2 |
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 2 | 2 | 1 | 2 |
| Yard Officer | **2** | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Recreational Rover | **1** | 0 | 1 | 1 | 1 | 0 | 0 | 1 |
| Rover | **6** | 5 | 6 | 6 | 6 | 6 | 6 | 5 |
| Total Posts Most Relevant to Recreation & Programming | **24** | 16 | 19.5 | 22 | 16 | 16 | 10.5 | 18 |
| | | | | | | | | |
| *January 2019* | | 1/26/2019 | 1/27/2019 | 1/28/2019 | 1/29/2019 | 1/30/2019 | 1/31/2019 | 2/1/2019 |
| Recreation Officer | **4** | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Mental Health/Medical/Programs Escort | **7** | 5 | 6 | 5 | 2 | 1 | 3.5 | 4 |
| DI326 Recreation Escort/SMI | **2** | 2 | 2 | 1 | 0 | 0 | 1 | 2 |
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | **2** | 1 | 1 | 1 | 1 | 1 | 0 | 1 |
| Recreational Rover | **1** | 0 | 1 | 1 | 0 | 0 | 1 | 0 |
| Rover | **6** | 6 | 6 | 6 | 6 | 5.5 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **24** | 18 | 20 | 18 | 13 | 11.5 | 15.5 | 17 |
| | | | | | | | | |
| *December 2018* | | 12/1/2018 | 12/2/2018 | 12/3/2018 | 12/4/2018 | 12/5/2018 | 12/6/2018 | 12/7/2018 |
| Recreation Officer | **4** | 4 | 3 | 1 | 0 | 2 | 0 | 1 |
| Mental Health/Medical/Programs Escort | **7** | 4 | 4 | 3 | 3 | 2 | 1.5 | 5.5 |
| DI326 Recreation Escort/SMI | **2** | 2 | 2 | 0 | 0 | 0 | 0 | 2 |
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 1 | 2 | 2 | 1 |
| Yard Officer | **2** | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| Recreational Rover | **1** | 1 | 1 | 0 | 0 | 0 | 0 | 0 |

Eyman Browning

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **24** | 20 | 19 | 13 | 11 | 12 | 9.5 | 15.5 |
| | | | | | | | | |
| November 2018 | | 11/3/2018 | 11/4/2018 | 11/5/2018 | 11/6/2018 | 11/7/2018 | 11/8/2018 | 11/9/2018 |
| Recreation Officer | **4** | 2 | 2 | 1 | 1 | 1 | 2 | 2 |
| Mental Health/Medical/Programs Escort | **7** | 6 | 4 | 4 | 2 | 2 | 4 | 2 |
| DI326 Recreation Escort/SMI | **2** | 2 | 2 | 0 | 0 | 1 | 1 | 1 |
| DI326 Recreation Escort | **2** | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Yard Officer | **2** | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| Recreational Rover | **1** | 1 | 0 | 1 | 0 | 0 | 1 | 0 |
| Rover | **6** | 1 | 6 | 6 | 6 | 5 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **24** | 15 | 17 | 15 | 12 | 11 | 17 | 14 |

Eyman Browning

| Staffing Daily Post Sheet (AM) Review - Eyman SMU | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | **Posts Absent** | | | | | | |
| **Position Category** | **# of Posts** | | | | | | | |
| *December 2019* | | 12/7/2019 | 12/8/2019 | 12/9/2019 | 12/10/2019 | 12/11/2019 | 12/12/2019 | 12/13/2019 |
| Recreation Officer | **4** | 4 | 1 | 0 | 0 | 0 | 0 | 4 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 6 | 3.5 | 4 | 2.5 | 6 | 7 |
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 2 | 3.5 | 4 | 4 |
| Yard Officer | **2** | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 5 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 22 | 17 | 13.5 | 12 | 12 | 16 | 21 |
| | | | | | | | | |
| *November 2019* | | 11/9/2019 | 11/10/2019 | 11/11/2019 | 11/12/2019 | 11/13/2019 | 11/14/2019 | 11/15/2019 |
| Recreation Officer | **4** | 4 | 0 | 0 | 0 | 0 | 0 | 3 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 6.5 | 4 | 3 | 5.5 | 3 | 5 |
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 4 | 4 | 3 | 4 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Rover | **6** | 6 | 6 | 6 | 6 | 5 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 21 | 16.5 | 14 | 13 | 14.5 | 12 | 19 |
| | | | | | | | | |
| *October 2019* | | 10/19/2019 | 10/20/2019 | 10/21/2019 | 10/22/2019 | 10/23/2019 | 10/24/2019 | 10/25/2019 |
| Recreation Officer | **4** | 2 | 1 | 0 | 0 | 2 | 0 | 4 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 6.5 | 6 | 4.5 | 3 | 4.5 | 6 |
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Rover | **6** | 6 | 5 | 6 | 6 | 6 | 5 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 19 | 16.5 | 16 | 14.5 | 16 | 13.5 | 20 |
| | | | | | | | | |
| *September 2019* | | 9/28/2019 | 9/29/2019 | 9/30/2019 | 10/1/2019 | 10/2/2019 | 10/3/2019 | 10/4/2019 |
| Recreation Officer | **4** | 2 | 0.5 | 0 | 0 | 0 | 0 | 3 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 6 | 6 | 3 | 3 | 4 | 5 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 4 | 4 | 3 | 4 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | **6** | 6 | 6 | 6 | 5 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 19 | 16.5 | 16 | 12 | 13 | 13 | 18 |
| | | | | | | | | |
| *August 2019* | | 8/10/2019 | 8/11/2019 | 8/12/2019 | 8/13/2019 | 8/14/2019 | 8/15/2019 | 8/16/2019 |
| Recreation Officer | **4** | 4 | 1 | 0 | 0 | 0 | 4 | 0 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 4 | 5 | 5 | 2 | 1 | 4 |
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | **6** | 6 | 6 | 6 | 5 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 21 | 15 | 15 | 14 | 12 | 15 | 14 |
| | | | | | | | | |
| *July 2019* | | 7/13/2019 | 7/14/2019 | 7/15/2019 | 7/16/2019 | 7/17/2019 | 7/18/2019 | 7/19/2019 |
| Recreation Officer | **4** | 4 | 1 | 4 | 0 | 0 | 0 | 4 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 5 | 6.5 | 5 | 4 | 5 | 4 |
| DI326 Recreation Escort | **4** | 4 | 4 | 3 | 4 | 4 | 4 | 4 |
| Yard Officer | **2** | 1 | 0 | 0 | 0 | 1 | 0 | 2 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 22 | 16 | 19.5 | 15 | 15 | 15 | 20 |
| | | | | | | | | |
| *June 2019* | | 6/8/2019 | 6/9/2019 | 6/10/2019 | 6/11/2019 | 6/12/2019 | 6/13/2019 | 6/14/2019 |
| Recreation Officer | **4** | 4 | 0 | 0 | 0 | 4 | 0 | 4 |
| Mental Health/Medical/Programs Escort | **7** | 6 | 3 | 3 | 2.5 | 2.5 | 3 | 7 |
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 3 | 4 | 4 | 3 |
| Yard Officer | **2** | 1 | 0 | 0 | 0 | 0.5 | 0 | 0 |
| Rover | **6** | 6 | 5 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 21 | 12 | 13 | 11.5 | 17 | 13 | 20 |
| | | | | | | | | |
| *May 2019* | | 5/18/2019 | 5/19/2019 | 5/20/2019 | 5/21/2019 | 5/22/2019 | 5/23/2019 | 5/24/2019 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Recreation Officer | **4** | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Mental Health/Medical/Programs Escort | **7** | 4 | 4.5 | 2.5 | 0 | 1 | 1 | 3 |
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 3 | 0 | 2 | 4 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 14 | 14.5 | 12.5 | 9 | 7 | 9 | 14 |
| | | | | | | | | |
| *April 2019* | | 4/13/2019 | 4/14/2019 | 4/15/2019 | 4/16/2019 | 4/17/2019 | 4/18/2019 | 4/19/2019 |
| Recreation Officer | **4** | 0 | 3 | 0.5 | 0 | 0 | 0 | 0 |
| Mental Health/Medical/Programs Escort | **7** | 7 | 5 | 4 | 3.5 | 2.5 | 0 | 2 |
| DI326 Recreation Escort | **4** | 3 | 4 | 3 | 1 | 2 | 0 | 1 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | **6** | 6 | 5 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 16 | 17 | 13.5 | 10.5 | 10.5 | 6 | 9 |
| | | | | | | | | |
| *March 2019* | | 3/16/2019 | 3/17/2019 | 3/18/2019 | 3/19/2019 | 3/20/2019 | 3/21/2019 | 3/22/2019 |
| Recreation Officer | **4** | 1 | 1.5 | 0 | 0 | 0 | 0 | 0 |
| Mental Health/Medical/Programs Escort | **7** | 6 | 4.5 | 3 | 3 | 2.5 | 1 | 2 |
| DI326 Recreation Escort | **4** | 0 | 4 | 3.5 | 3.5 | 2.5 | 0 | 2 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 6 | 2 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 13 | 16 | 12.5 | 12.5 | 11 | 7 | 6 |
| | | | | | | | | |
| *February 2019* | | 2/2/2019 | 2/3/2019 | 2/4/2019 | 2/5/2019 | 2/6/2019 | 2/7/2019 | 2/8/2019 |
| Recreation Officer | **4** | 0 | 4 | 4 | 0 | 4 | 0 | 2 |
| Mental Health/Medical/Programs Escort | **7** | 5 | 5 | 5 | 3 | 4 | 3 | 2 |
| DI326 Recreation Escort | **4** | 4 | 4 | 4 | 1 | 3 | 0 | 2 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | **6** | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | **23** | 15 | 19 | 19 | 10 | 17 | 9 | 12 |

| January 2019 | | 1/26/2019 | 1/27/2019 | 1/28/2019 | 1/29/2019 | 1/30/2019 | 1/31/2019 | 2/1/2019 |
|---|---|---|---|---|---|---|---|---|
| Recreation Officer | 4 | 0 | 0 | 2 | 0.5 | 0 | 0 | 0 |
| Mental Health/Medical/Programs Escort | 7 | 5.5 | 5 | 3 | 3 | 1 | 2 | 2 |
| DI326 Recreation Escort | 4 | 3 | 4 | 1.5 | 3 | 1 | 1 | 2 |
| Yard Officer | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 14.5 | 15 | 12.5 | 12.5 | 8 | 9 | 10 |
| | | | | | | | | |
| December 2018 | | 12/1/2018 | 12/2/2018 | 12/3/2018 | 12/4/2018 | 12/5/2018 | 12/6/2018 | 12/7/2018 |
| Recreation Officer | 4 | 1 | 4 | 0 | 0 | 0 | 0 | 0 |
| Mental Health/Medical/Programs Escort | 7 | 6 | 4 | 3 | 3 | 3 | 3 | 3 |
| DI326 Recreation Escort | 4 | 4 | 4 | 1 | 1 | 0 | 2 | 2 |
| Yard Officer | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 17 | 18 | 10 | 10 | 9 | 11 | 11 |
| | | | | | | | | |
| November 2018 | | 11/3/2018 | 11/4/2018 | 11/5/2018 | 11/6/2018 | 11/7/2018 | 11/8/2018 | 11/9/2018 |
| Recreation Officer | 4 | 4 | 4 | 0 | 0 | 0 | 0 | 0 |
| Mental Health/Medical/Programs Escort | 7 | 4 | 5 | 3.5 | 4.5 | 3 | 3 | 5.5 |
| DI326 Recreation Escort | 4 | 4 | 4 | 4 | 4 | 1 | 0 | 4 |
| Yard Officer | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rover | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Total Posts Most Relevant to Recreation & Programming | 23 | 18 | 19 | 13.5 | 14.5 | 10 | 9 | 15.5 |

Eyman SMU

| Staffing Daily Post Sheet (AM) Review - Florence Kasson | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Posts Absent | | | | |
| **Position Category** | **# of Posts** | | | | | | | |
| *December 2019* | | 12/7/2019 | 12/8/2019 | 12/9/2019 | 12/10/2019 | 12/11/2019 | 12/12/2019 | 12/13/2019 |
| Yard Officer | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 2 | 3 | 3 | 2 | 2 | 3 | 3 |
| | | | | | | | | |
| *November 2019* | | 11/9/2019 | 11/10/2019 | 11/11/2019 | 11/12/2019 | 11/13/2019 | 11/14/2019 | 11/15/2019 |
| Yard Officer | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| Recreation Escort | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 2 | 3 | 1 | 2 | 0 | 2 | 2 |
| | | | | | | | | |
| *October 2019* | | 10/19/2019 | 10/20/2019 | 10/21/2019 | 10/22/2019 | 10/23/2019 | 10/24/2019 | 10/25/2019 |
| Yard Officer | 1 | 0 | 1 | 1 | 1 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 2 | 3 | 3 | 3 | 2 | 2 | 2 |
| | | | | | | | | |
| *September 2019* | | 9/28/2019 | 9/29/2019 | 9/30/2019 | 10/1/2019 | 10/2/2019 | 10/3/2019 | 10/4/2019 |
| Yard Officer | 1 | 0 | 0 | 1 | 1 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 2 | 2 | 3 | 2 | 1 | 1 |
| | | | | | | | | |
| *August 2019* | | 8/10/2019 | 8/11/2019 | 8/12/2019 | 8/13/2019 | 8/14/2019 | 8/15/2019 | 8/16/2019 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Recreation Escort | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 2 | 2 | 1 | 1 | 2 | 3 | 2 |
| | | | | | | | | |
| *July 2019* | | 7/13/2019 | 7/14/2019 | 7/15/2019 | 7/16/2019 | 7/17/2019 | 7/18/2019 | 7/19/2019 |
| Yard Officer | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 |
| Recreation Escort | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 3 | 3 | 3 | 2 | 1 | 2 | 2 |
| | | | | | | | | |
| *June 2019* | | 6/8/2019 | 6/9/2019 | 6/10/2019 | 6/11/2019 | 6/12/2019 | 6/13/2019 | 6/14/2019 |
| Yard Officer | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 2 | 3 | 2 | 1 | 1 | 2 | 2 |
| | | | | | | | | |
| *May 2019* | | 5/18/2019 | 5/19/2019 | 5/20/2019 | 5/21/2019 | 5/22/2019 | 5/23/2019 | 5/24/2019 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 1 |
| Wing 3 Yard Escort | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 1 | 1 | 1 | 3 | 3 | 3 |
| | | | | | | | | |
| *April 2019* | | 4/13/2019 | 4/14/2019 | 4/15/2019 | 4/16/2019 | 4/17/2019 | 4/18/2019 | 4/19/2019 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 0 | 2 | 2 | 1 | 2 | 2 |
| | | | | | | | | |
| *March 2019* | | 3/16/2019 | 3/17/2019 | 3/18/2019 | 3/19/2019 | 3/20/2019 | 3/21/2019 | 3/22/2019 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Florence Kasson

| Wing 3 Yard Escort | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 |
|---|---|---|---|---|---|---|---|---|
| Recreation Escort | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 1 | 1 | 1 | 0 | 0 | 1 |
|  |  |  |  |  |  |  |  |  |
| *February 2019* |  | 2/2/2019 | 2/3/2019 | 2/4/2019 | 2/5/2019 | 2/6/2019 | 2/7/2019 | 2/8/2019 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Recreation Escort | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 1 | 0 | 0 | 1 | 0 | 1 |
|  |  |  |  |  |  |  |  |  |
| *January 2019* |  | 1/26/2019 | 1/27/2019 | 1/28/2019 | 1/29/2019 | 1/30/2019 | 1/31/2019 | 2/1/2019 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Recreation Escort | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 0 | 0 | 0 | 0 | 1 | 0 |
|  |  |  |  |  |  |  |  |  |
| *December 2018* |  | 12/1/2018 | 12/2/2018 | 12/3/2018 | 12/4/2018 | 12/5/2018 | 12/6/2018 | 12/7/2018 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 1 | 1 | 2 | 2 | 1 | 1 |
|  |  |  |  |  |  |  |  |  |
| *November 2018* |  | 11/3/2018 | 11/4/2018 | 11/5/2018 | 11/6/2018 | 11/7/2018 | 11/8/2018 | 11/9/2018 |
| Yard Officer | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wing 3 Yard Escort | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Recreation Escort | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 0 |
| Total Posts Most Relevant to Recreation & Programming | 3 | 1 | 1 | 1 | 2 | 2 | 1 | 1 |

Florence Kasson

| Staffing Daily Post Sheet (AM) Review - Lewis Rast | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Posts Absent** | | | |
| Position Category | # of Posts | | | | | | | |
| *December 2019* | | 12/7/2019 | 12/8/2019 | 12/9/2019 | 12/10/2019 | 12/11/2019 | 12/12/2019 | 12/13/2019 |
| Recreation Security | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mental Health/Medical/Programs Escort | 3 | 2 | 2 | 0 | 0 | 0 | 3 | 0 |
| Yard Officer | 2 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Total Posts Most Relevant to Recreation & Programming | 9 | 3 | 2 | 0 | 0 | 1 | 4 | 0 |
| | | | | | | | | |
| *November 2019* | | 11/9/2019 | 11/10/2019 | 11/11/2019 | 11/12/2019 | 11/13/2019 | 11/14/2019 | 11/15/2019 |
| Recreation Security | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Mental Health/Medical/Programs Escort | 3 | 3 | 2 | 1 | 0 | 1 | 2 | 1 |
| Yard Officer | 2 | 1 | 1 | 0 | 1 | 0 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | 9 | 4 | 3 | 1 | 1 | 1 | 3 | 4 |
| | | | | | | | | |
| *October 2019* | | 10/19/2019 | 10/20/2019 | 10/21/2019 | 10/22/2019 | 10/23/2019 | 10/24/2019 | 10/25/2019 |
| Recreation Security | 4 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Mental Health/Medical/Programs Escort | 3 | 2 | 2 | 1 | 0 | 1 | 0 | 2 |
| Yard Officer | 2 | 1 | 0 | 1 | 1 | 1 | 1 | 0 |
| Total Posts Most Relevant to Recreation & Programming | 9 | 4 | 2 | 2 | 1 | 3 | 1 | 2 |
| | | | | | | | | |
| *September 2019* | | 9/28/2019 | 9/29/2019 | 9/30/2019 | 10/1/2019 | 10/2/2019 | 10/3/2019 | 10/4/2019 |
| Recreation Security | 4 | 0 | 0 | 0 | 1 | 0 | 1 | 1 |
| Mental Health/Medical/Programs Escort | 3 | 3 | 2 | 2 | 2 | 1 | 1 | 0 |
| Yard Officer | 2 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Total Posts Most Relevant to Recreation & Programming | 9 | 4 | 3 | 2 | 3 | 1 | 2 | 1 |
| | | | | | | | | |
| *August 2019* | | 8/10/2019 | 8/11/2019 | 8/12/2019 | 8/13/2019 | 8/14/2019 | 8/15/2019 | 8/16/2019 |
| Recreation Security | 4 | 1 | 4 | 0 | | 0 | 0 | 1 |

Lewis Rast

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Mental Health/Medical/Programs Escort | **3** | 3 | 0 | 2 | 0 | 0 | 0 | 0 |
| Yard Officer | **2** | 2 | 0 | 0 | 0 | 0 | 2 | 1 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 6 | 4 | 2 | 0 | 0 | 2 | 2 |
| | | | | | | | |
| *July 2019* | | 7/13/2019 | 7/14/2019 | 7/15/2019 | 7/16/2019 | 7/17/2019 | 7/18/2019 | 7/19/2019 |
| Recreation Security | **4** | 1 | 0 | 0 | 0 | 0 | 1 | 4 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 3 | 0 | 1 | 1 | 1 | 0 |
| Yard Officer | **2** | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 5 | 4 | 0 | 1 | 1 | 2 | 5 |
| | | | | | | | |
| *June 2019* | | 6/8/2019 | 6/9/2019 | 6/10/2019 | 6/11/2019 | 6/12/2019 | 6/13/2019 | 6/14/2019 |
| Recreation Security | **4** | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 2 | 3 | 2 | 2 | 1 | 0 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 4 | 2 | 3 | 3 | 3 | 2 | 0 |
| | | | | | | | |
| *May 2019* | | 5/18/2019 | 5/19/2019 | 5/20/2019 | 5/21/2019 | 5/22/2019 | 5/23/2019 | 5/24/2019 |
| Recreation Security | **4** | 0 | 0 | 0 | 0 | 1 | 1 | 2 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 1 | 0 | 0 | 1 | 0 | 0 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 3 | 1 | 0 | 0 | 3 | 1 | 2 |
| | | | | | | | |
| *April 2019* | | 4/13/2019 | 4/14/2019 | 4/15/2019 | 4/16/2019 | 4/17/2019 | 4/18/2019 | 4/19/2019 |
| Recreation Security | **4** | 4 | 0 | 1 | 0 | 0 | 2 | 1 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 3 | 2 | 2 | 3 | 0 | 0 |
| Yard Officer | **2** | 1 | 1 | 2 | 1 | 2 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 8 | 4 | 5 | 3 | 5 | 3 | 2 |
| | | | | | | | |
| *March 2019* | | 3/16/2019 | 3/17/2019 | 3/18/2019 | 3/19/2019 | 3/20/2019 | 3/21/2019 | 3/22/2019 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Recreation Security | **4** | 2 | 0 | 0 | 0 | 0 | 0 | 2 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 3 | 3 | 1 | 2 | 1 | 0 |
| Yard Officer | **2** | 0 | 2 | 2 | 1 | 0 | 1 | 1 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 5 | 5 | 5 | 2 | 2 | 2 | 3 |
| | | | | | | | | |
| *February 2019* | | 2/2/2019 | 2/3/2019 | 2/4/2019 | 2/5/2019 | 2/6/2019 | 2/7/2019 | 2/8/2019 |
| Recreation Security | **4** | 0 | 1 | 0 | 0 | 0 | 0 | 2 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 3 | 3 | 3 | 3 | 1 | 1 |
| Yard Officer | **2** | 1 | 0 | 2 | 0 | 1 | 0 | 0 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 4 | 4 | 5 | 3 | 4 | 1 | 3 |
| | | | | | | | | |
| *January 2019* | | 1/26/2019 | 1/27/2019 | 1/28/2019 | 1/29/2019 | 1/30/2019 | 1/31/2019 | 2/1/2019 |
| Recreation Security | **4** | 0 | 4 | 2 | 1 | 1 | 1 | 4 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 3 | 3 | 3 | 0 | 1 | 0 |
| Yard Officer | **2** | 1 | 0 | 1 | 0 | 0 | 1 | 0 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 4 | 7 | 6 | 4 | 1 | 3 | 4 |
| | | | | | | | | |
| *December 2018* | | 12/1/2018 | 12/2/2018 | 12/3/2018 | 12/4/2018 | 12/5/2018 | 12/6/2018 | 12/7/2018 |
| Recreation Security | **4** | 0 | 0 | 0 | 1 | 1 | 3 | 4 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 1 | 1 | 0 | 0 | 1 | 1 |
| Yard Officer | **2** | 1 | 0 | 0 | 0 | 1 | 0 | 1 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 4 | 1 | 1 | 1 | 2 | 4 | 6 |
| | | | | | | | | |
| *November 2018* | | 11/3/2018 | 11/4/2018 | 11/5/2018 | 11/6/2018 | 11/7/2018 | 11/8/2018 | 11/9/2018 |
| Recreation Security | **4** | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Mental Health/Medical/Programs Escort | **3** | 3 | 1 | 1 | 0 | 0 | 0 | 0 |
| Yard Officer | **2** | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Total Posts Most Relevant to Recreation & Programming | **9** | 3 | 1 | 1 | 0 | 0 | 1 | 4 |

**FILED UNDER SEAL**

# EXHIBIT 10