1  Jared G. Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
   PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org
13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
14 PAGE]**

15             UNITED STATES DISTRICT COURT

16                  DISTRICT OF ARIZONA

17 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
18 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph     **PLAINTIFFS' MOTION**
19 Hefner; Joshua Polson; and Charlotte Wells, on       **FOR LEAVE TO FILE**
   behalf of themselves and all others similarly        **UNDER SEAL**
20 situated; and Arizona Center for Disability Law,

21                Plaintiffs,

22       v.

23 David Shinn, Director, Arizona Department of
   Corrections, Rehabilitation and Reentry; and Larry
24 Gann, Assistant Director, Medical Services Contract
   Monitoring Bureau, Arizona Department of
25 Corrections, Rehabilitation and Reentry, in their
   official capacities,
26
                 Defendants.
27

28

LEGAL23774493.1

1    Pursuant to Local Rule of Civil Procedure 5.6, Plaintiffs move this Court for an order

2    directing the Clerk to file under seal Plaintiffs' Reply in Support of Motion to Enforce the

3    Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8), the Declaration of

4    Maria Morris and Exhibits 1, 21-45, and Exhibits 1-2, 5-8, and 10 to the Declaration of

5    Jessica Carns. The reply, declaration, and exhibits contain confidential information that is

6    protected from public disclosure by the Amended Protective Order (Doc. 454) entered in

7    this case.

8    Dated:  October 2, 2020                **ACLU NATIONAL PRISON PROJECT**

9

10                                           By:   s/ Maria V. Morris
                                                  David C. Fathi (Wash. 24893)*
11                                                Eunice Hyunhye Cho (Wash. 53711)*
                                                  Maria V. Morris (Cal. 223903)*
12                                                915 15th Street N.W., 7th Floor
                                                  Washington, D.C. 20005
13                                                Telephone:  (202) 548-6603
                                                  Email:    dfathi@aclu.org
14                                                          echo@aclu.org
                                                            mmorris@aclu.org
15
                                                  *Admitted *pro hac vice*.  Not admitted
16                                                 in DC; practice limited to federal
                                                   courts.
17
                                                  Daniel C. Barr (Bar No. 010149)
18                                                Amelia M. Gerlicher (Bar No. 023966)
                                                  John H. Gray (Bar No. 028107)
19                                                **PERKINS COIE LLP**
                                                  2901 N. Central Avenue, Suite 2000
20                                                Phoenix, Arizona 85012
                                                  Telephone:  (602) 351-8000
21                                                Email:    dbarr@perkinscoie.com
                                                            agerlicher@perkinscoie.com
22                                                          jhgray@perkinscoie.com

23                                                Jared G. Keenan (Bar No. 027068)
                                                  Casey Arellano (Bar No. 031242)
24                                                **ACLU FOUNDATION OF
                                                  ARIZONA**
                                                  3707 North 7th Street, Suite 235
25                                                Phoenix, Arizona 85013
                                                  Telephone:  (602) 650-1854
26                                                Email:    jkeenan@acluaz.org
                                                            carellano@acluaz.org
27

28

LEGAL23774493.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            ckendrick@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:    adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
            mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns