UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

The Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and finding good cause, hereby **GRANTS** Plaintiffs' Motion for Leave to File Under Seal and instructs the clerk of the Court to seal the documents as set forth in the Motion: Plaintiffs' Reply in Support of Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8), the Declaration of Maria Morris and Exhibits 1, 21-45, and Exhibits 1-2, 5-8, and 10 to the Declaration of Jessica Carns.

LEGAL23774493.1