Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the Defendants in the above-named case appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on September 4, 2020 (Dkt. 3734).

/ / /

/ / /

DATED this 5th day of October 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

# REPRESENTATION STATEMENT

**Counsel for Defendants-Appellants David Shinn and Richard Pratt:**

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

| | |
|---|---|
| Jared G. Keenan<br>Casey Arellano<br>**ACLU FOUNDATION OF ARIZONA**<br>3707 North 7th Street, Suite 235<br>Phoenix, AZ 85014-5077<br>Telephone: (602) 650-1854<br>Fax: (602) 650-1376<br>jkeenan@acluaz.org<br>carellano@acluaz.org | David C. Fathi<br>Eunice H. Cho<br>Maria V. Morris<br>**ACLU NATIONAL PRISON PROJECT**<br>915 15th Street N.W., 7th Floor<br>Washington, DC 20005-2313<br>Telephone: (202) 548-6603<br>Fax: (202) 393-4931<br>dfathi@ aclu.org<br>echo@ aclu.org<br>mmorris@aclu.org |
| Donald Specter<br>Alison Hardy<br>Sara Norman<br>Corene T. Kendrick<br>Rita K. Lomio<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Telephone: (510) 280-2621<br>Fax: (510) 280-2704<br>dspecter@prisonlaw.com<br>ahardy@prisonlaw.com<br>snorman@prisonlaw.com<br>ckendrick@prisonlaw.com<br>rlomio@prisonlaw.com | Amelia M. Gerlicher<br>John H. Gray<br>Daniel C. Barr<br>**PERKINS COIE LLP**<br>2901 N. Central Ave., Ste. 2000<br>Phoenix, AZ 85012-2740<br>Telephone: (602) 351-8000<br>Fax: (602) 648-7000<br>agerlicher@perkinscoie.com<br>jhgray@perkinscoie.com<br>dbarr@perkinscoie.com |

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

Asim Dietrich
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, #202
Phoenix, AZ 85034-7439
Telephone: (602) 274-6287
Fax: (602) 274-6779
adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney
J.J. Rico
Maya Abela
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, AZ 85701
Telephone: (520) 327-9547
Fax: (520) 884-0992
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@prisonlaw.com; edegraff@prisonlaw.com |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Rachel Love