# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs have filed two Motions: 1) a Motion for Leave to Exceed Page Limits (Doc. 3767) for their Reply in Support of Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5, 6, and 8) (Doc. 3599) lodged as Doc. 3768; and 2) a Motion for Leave to File Under Seal (Doc. 3771) Plaintiffs' Reply, along with the Declarations of Maria Morris and Jessica Carns, with the exhibits, lodged at Doc. 3772. Good cause appearing,

**IT IS ORDERED** Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 3767) is **GRANTED**. The Clerk of Court shall file Plaintiffs' Reply in Support of Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5, 6, and 8), lodged as Doc. 3768.

**IT IS FURTHER ORDERED** Plaintiffs' Motion for Leave to File Under Seal (Doc. 3771) is **GRANTED**. The Clerk of Court will file the document lodged at Doc. 3772 keeping the document number the same.

…

1  **IT IS FURTHER ORDERED** this Order shall not be sealed.

2  Dated this 5th day of October, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge