# EXHIBIT 1

Case 2:12-cv-00601-ROS   Document 3779-1   Filed 10/15/20   Page 2 of 3
Case 2:12-cv-00601-ROS   Document 3093   Filed 12/14/18   Page 1 of 36

1

```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA

                    _____


Victor Parsons, et al., on     )
behalf of themselves and all   )
others similarly situated;     )
and Arizona Center for         )
Disability Law,                )
                               )   No. CV 12-0601-PHX-ROS
            Plaintiffs,        )
                               )
        vs.                    )   Phoenix, Arizona
                               )   December 6, 2018
Charles Ryan, Director,        )   2:02 p.m.
Arizona Department of          )
Corrections; and Richard       )
Pratt, Interim Division        )
Director, Division of Health   )
Services, Arizona Department   )
of Corrections, in their       )
Official capacities,           )
                               )
            Defendants.        )
_____)



       BEFORE:   THE HONORABLE ROSLYN O. SILVER, JUDGE

            REPORTER'S TRANSCRIPT OF PROCEEDINGS

                    (Status Conference)




Official Court Reporter:
Laurie A. Adams, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, Spc 43
Phoenix, Arizona 85003-2151
(602) 322-7256

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared by Computer-Aided Transcription
```

Case 2:12-cv-00601-ROS   Document 3779-1   Filed 10/15/20   Page 3 of 3
Case 2:12-cv-00601-ROS   Document 3093   Filed 12/14/18   Page 35 of 36

35

|     |                                                                          |         |
| --- | ------------------------------------------------------------------------ | ------- |
| 1   | opinions, just like the stipulation you entered into which you           |         |
| 2   | all fully agreed to, that is, the initial stipulation of 2014.           |         |
| 3   | Any questions from the plaintiffs?  I'm going to issue                   |         |
| 4   | an order to be a little clearer.  Any questions?                         |         |
| 5   | MR. SPECTER:  No, Your Honor.                                            | 02:57PM |
| 6   | THE COURT:  Defense?  Mr. Struck?                                        |         |
| 7   | MR. STRUCK:  No, Your Honor.                                             |         |
| 8   | THE COURT:  All right.  We're adjourned.                                 |         |
| 9   | MR. FATHI:  Your Honor, I beg your pardon.  Plaintiffs                   |         |
| 10  | had submitted an agenda with a number of items.                          | 02:57PM |
| 11  | THE COURT:  Yeah.  We're not getting into the agenda,                    |         |
| 12  | but thank you for that.                                                  |         |
| 13  | MR. FATHI:  Thank you, Your Honor.                                       |         |
| 14  | (Proceeding concluded at 2:57 p.m.)                                      |         |