1    Jared G. Keenan (Bar No. 027068)
     Casey Arellano (Bar No. 031242)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone:  (602) 650-1854
4    Email:  jkeenan@acluaz.org
            carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
     *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7    *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
     *behalf of themselves and all others similarly situated*
8    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
     **PAGE]**
9
10   Asim Dietrich (Bar No. 027927)
     **ARIZONA CENTER FOR DISABILITY LAW**
11   5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
12   Telephone:  (602) 274-6287
     Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
     **PAGE]**
15

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

LEGAL23774493.1

Pursuant to Local Rule of Civil Procedure 7.2(e)(2), Plaintiffs seek the Court's permission to exceed the 11-page limitation applicable to replies and accept the filing of Plaintiffs' 12-page Reply in Support of Motion to Enforce the Court's Order and for the Further Relief [Doc. 3694] (hereinafter "Reply").

The extra page is necessary due to the nature of the filing, the length of time being considered, the complexity of the monitoring system and its procedural history, and the nuances of the underlying facts. *See Graves v. Arpaio*, 623 F.3d 1043 (9th Cir. 2010) (issues regarding the "constitutionality of jail conditions" are "difficult and complex"). The issues before the Court are highly fact-intensive. Plaintiffs must provide context for these matters in order to fully inform the Court's analysis.

Plaintiffs' counsel has made all efforts to reduce the size of their Reply, but the extra page is necessary to fully address the issues involved and clarify the relevant factual background. Plaintiffs' proposed filing is submitted with the reply, as well as a proposed order granting this motion.

1    Dated: October 16, 2020                    **ACLU NATIONAL PRISON PROJECT**

2
                                                By:   s/ David C. Fathi
3                                                    David C. Fathi (Wash. 24893)*
                                                     Eunice Hyunhye Cho (Wash. 53711)*
4                                                    Maria V. Morris (Cal. 223903)*
                                                     915 15th Street N.W., 7th Floor
5                                                    Washington, D.C. 20005
                                                     Telephone:  (202) 548-6603
6                                                    Email:    dfathi@aclu.org
                                                               echo@aclu.org
7                                                              mmorris@aclu.org

8                                                    *Admitted *pro hac vice*.  Not admitted
                                                      in DC; practice limited to federal
9                                                     courts.

10                                                   Daniel C. Barr (Bar No. 010149)
                                                     Amelia M. Gerlicher (Bar No. 023966)
11                                                   John H. Gray (Bar No. 028107)
                                                     **PERKINS COIE LLP**
12                                                   2901 N. Central Avenue, Suite 2000
                                                     Phoenix, Arizona 85012
13                                                   Telephone:  (602) 351-8000
                                                     Email:    dbarr@perkinscoie.com
14                                                             agerlicher@perkinscoie.com
                                                               jhgray@perkinscoie.com
15
                                                     Jared G. Keenan (Bar No. 027068)
16                                                   Casey Arellano (Bar No. 031242)
                                                     **ACLU FOUNDATION OF**
17                                                   **ARIZONA**
                                                     3707 North 7th Street, Suite 235
18                                                   Phoenix, Arizona 85013
                                                     Telephone:  (602) 650-1854
19                                                   Email:    jkeenan@acluaz.org
                                                               carellano@acluaz.org
20

21

22

23

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           ckendrick@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*


**ARIZONA CENTER FOR DISABILITY
LAW**


By:   s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR
DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns