1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8

Victor Parsons; Shawn Jensen; Stephen Swartz;
Dustin Brislan; Sonia Rodriguez; Christina

No. CV 12-00601-PHX-ROS

9

Verduzco; Jackie Thomas; Jeremy Smith; Robert
Gamez; Maryanne Chisholm; Desiree Licci; Joseph

10

Hefner; Joshua Polson; and Charlotte Wells, on
behalf of themselves and all others similarly

**[PROPOSED] ORDER
GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO
EXCEED PAGE LIMITS**

11

situated; and Arizona Center for Disability Law,

12

Plaintiffs,

13

v.

14

David Shinn, Director, Arizona Department of
Corrections, Rehabilitation and Reentry; and Larry

15

Gann, Assistant Director, Medical Services Contract
Monitoring Bureau, Arizona Department of

16

Corrections, Rehabilitation and Reentry, in their
official capacities,

17
18

Defendants.

19

The Court, having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits

20

(Doc. ____), and good cause appearing,

21

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limits is

22

GRANTED.

23
24
25
26
27
28

LEGAL23774493.1