# EXHIBIT 1

# Reference Guide to the Mental Health Audit Process

## (Audit Instrument 8.0)



## Illinois Department of Corrections
## Office of Mental Health Management

Dr. Melvin Hinton
Chief of Mental Health Services

Dr. Jeff Sim
Mental Health Quality Improvement Manager

# Mental Health Quality Improvement Audit Process

**Facility Continuous Quality Improvement Committee (MHCQI)**

This committee shall meet on a <u>monthly basis</u>. This meeting shall be structured and meeting minutes is required. The word "CONFIDENTIAL" should be at the top of the meeting minutes. Collected audit data and corrective action plan(s) will be discussed at this monthly meeting. Discussions held in these meetings shall be confidential. The meeting minutes shall include date, time meeting started and ended, and include the name and job title of everyone in attendance.

The Facility CQI committee comprise of the following individuals:

- Facility Mental Health Authority (SWIV, Psychologist Administrator)
- Assistant Warden of Programs
- A representative of each clinical discipline
    - Psychiatric Provider, Clinical Psychologist, Social Workers, MH Nurses, Mental Health professionals and Behavioral Health Technicians
- Health Care Unit Administrator
- Director of Nursing
- Regional Medical Administrators, the facility's Warden and Assistant Warden of Operations should be invited to participate, as any other relevant administrative, medical or security staff as determine by the Warden.
- Regional Psychologist Administrators and Regional Mental Health Administrators attendance are optional.

**Quality Oversight Committee**

The Quality Oversight committee shall meet at least once every quarter. This committee may or may not meet at your facility. The purpose of the Oversight Committee is to review audit data, regional and grouped data on major occurrences related to mental health issues including suicides, suicide attempts, etc.

The Quality Oversight Committee consists of the following individuals:

- Chief of Mental Health Services (Co-Chair)
- Statewide Mental Health Quality Improvement Manager (Co-Chair)
- Chief of Psychiatry
- Regional Psychologist Administrators
- Regional Mental Health Administrators
- Statewide Mental Health Training Coordinator
- WHS Quality Assurance Coordinator

- WHS Mental Health Director
- WHS Psychiatric Director

Below are the suggested areas to be audited:

Audit months and areas to be audited: **January, May and September**

1. Intakes and Parole Violators
2. Mental Health Treatment Plan
3. Mental Health Follow-up and Mental Health Referral
4. Crisis Documentation and Intervention
5. Physical Restraints Used for MH Purposes and Involuntary Administration of Psychotropic Medication (TRC)

Audit months and areas to be audited: **March, July, and November**

1. Mental Health Evaluation
2. Crisis, Writ, and Transfer
3. Psychiatric Services
4. SMI Discipline Review and Restrictive Housing
5. Clinical Quality Assurance Supervision of Non-Clinically Licensed MHPs and BHTs

**Audit Months:**

January's audit – Audit November and December documentation

March's audit – Audit January and February documentation

May's audit – Audit March and April documentation

July's audit – Audit May and June documentation

September's audit – Audit July and August documentation

November's audit – September and October documentation

**Training and Monitoring Months:**

**February, April, June, August, October, and December** are training and monitoring months. During these months, the CQI committee will ensure that approved corrective action plan(s) (CAP) and the persons responsible for the corrective action plans are executing their responsibilities. If there are obstacles to the implementation of the CAP, the CQI Committee shall reconvene as soon as practical to discuss how to rectify the situation. In most cases, CAP due date is the last day of the training and monitoring months. MHA is required to inform their respective Regional Psychologist Administrator when the CAP has been completed. As in every MHCQI meeting, meeting minutes is required. Meeting minutes must be marked "CONFIDENTIAL." All MHCQI minutes shall be distributed to the facility's Administrators, Regional Psychologist / Mental Health Administrators and IDOC Statewide MH QI Manager.

## Summary of MH CQI Audit Schedule and Process

**January - Audit (Nov – Dec)**

Intake, TX Plan, MH FU, Crisis, Restraints

Due January 31st

**February - CAPs and Training**

Training and Monitoring

**March – Audit (Jan – Feb)**

MHE, CWT, Psychiatry, SMI Dis, Supervision

Due March 31st

**April – CAPs and Training**

Training and Monitoring

**May - Audit (Mar – Apr)**

Intake, TX Plan, MH FU, Crisis, Restraints

Due May 31st

**June – CAPs and Training**

Training and Monitoring

**July – Audit (May – June)**

MHE, CWT, Psychiatry, SMI Dis, Supervision

Due July 31st

**August - CAPs and Training**

Training and Monitoring

**September – Audit (Jul – Aug)**

Intake, TX Plan, MH FU, Crisis, Restraints

Due September 30th

**October – CAPs and Training**

Training and Monitoring

**November – Audit (Sep – Oct)**

MHE, CWT, Psychiatry, SMI Dis, Supervision

Due November 30th

**December – CAPs and Training**

Training and Monitoring

**Corrective Action Plan (CAP)**

A corrective action plan (CAP) outlines a step by step plan of action with the purpose to achieve targeted goals. Therefore, any area or segment audited that is below the 85% compliance rate requires corrective action plan. Below is a step-by-step process to complete the MH QI CAP.

**Step 1**
- MHA completes audit
- MHA prepares to meet with Facility CQI Committee

**Step 2**
- MHA chairs the Facility CQI Committee meeting
- Facility CQI Committee completes the CAP form

**Step 3**
- MHA forwards CAP form to Regional Psychologist Administrator
- Regional Psy. Administrator reviews CAP and provides suggestion

**Step 4**
- MHA makes correction (if needed) and signs the CAP form
- CAP form goes to AWP for signature by the last day of audit month

**Step 5**
- CAP form is scanned and forward to MH QI Manager
- MH QI Manager uploads CAP form onto SharePoint

**Step 6**
- Training and monitoring of CAP begins immediately
- MHA informs Regional Psy. Administrator when CAP is complete

# Corrective Action Plan Form

Corrective action plan form is due on the last day of the audit month (**January, March, May, July, September, and November**). Scan and send completed (with both MHA and AWP signature affixed) corrective action plan form to Statewide QI MH QI Manager, WHS Quality Assurance Coordinator, your respective Regional Psychologist and Mental Health Administrators.  You <u>Do Not</u> need to complete CAP if the compliance rate is <u>above 85%.</u>

Below is the Summary page of an audit. You will see **two** compliance (percentage) rates:



If you see "N/A" in the compliance rate, you <u>do not</u> need to complete a corrective plan. It may indicate that you have a compliance rate of 100% or this area was not audited.



**Psychiatric Services**

Month: **Select Audit Month**   Compliance Rate: **37.5%**

**Deficiency #1**   Corrective Action Plan Assign to: _____   **Expected Completion Date:** _____

Bridging occurs more than once (SOP112)=OMHS Policy/Procedure Deviation;Bridging;x

*Corrective Action Plan for Deficiency #1:*

> Indicate in this gray area the steps that will be taken to improve this specific deficiency

**Deficiency #2**   Corrective Action Plan Assign to: _____   **Expected Completion Date:** _____

Informed Consent for Psychotropic medication not obtained and DOC0502/DOC0503 not filled out with new medication prescribed(SOP121)=OMHS Policy/Procedur

*Corrective Action Plan for Deficiency #2:*

**Deficiency #3**   Corrective Action Plan Assign to: _____   **Expected Completion Date:** _____

Psychiatric Progress Note (DOC0502) did not indicate start time or end time=Missing Information/Clerical Errors;Documentation;x

> Check this box after Regional Psy. Admin has reviewed and approved your CAP

Mark "X" if CAP was review[ed] [by Regional Psy. Ad]ministrator

> Signature required

> Signature required

_____   _____
**Mental Health Authority**        *Date*
Print Name:

_____   _____
**Assistant Warden of Programs**   *Date*
Print Name:

Your AWP's signature or your facility's CAO signature is required at the bottom of the CAP form. Once you have your AWP's signature, <u>scan and send</u> this form to your respective **Regionals (State and Vendor) Administrators, Vendor's MH Quality Assurance Coordinator** and the **Statewide MH QI Manager.**

# Instructions to Navigate Through Audit Instrument 8.0

1) Select 20 medical files of patients who are on the mental health caseload.

2) At least 15 of these 20 selected medical files must be patients who have a SMI designation. If you do not have SMI patients in your facility, please randomly select patients that are on the MH caseload.

3) All patients who were placed on and removed from crisis status during the "**Crisis Care Documentation**" (Jan, May, September) audit months, shall be part of the 20 medical files reviewed. If your facility does not have any patient that went on crisis watch during the **Crisis Care Documentation** audit months, you are then required to adhere to #1 and #2 above.

4) During the "**SMI in Restrictive Housing and SMI Discipline DOC0443**" audit months (Mar, Jul, Nov); review 20 SMI patients who were placed in Restrictive Housing during the audit months.

5) If your facility does not have any crisis watch during the audit months, use of restraints for mental health purposes, etc. you can leave that worksheet/tab/segment blank.

6) To use the Audit Instrument, a step-by-step process can be found from page 8 onwards in this Reference Guide.

7) The completed audit instrument is **due on the last day** of the audit months (**January, March, May, July, September, and November**). Send the completed audit instrument to your respective Regional Psychologist/Mental Health Administrators, WHS Quality Assurance Coordinator, and the Statewide MH QI Manager - jeff.sim@illinois.gov.  After the Statewide MH QI Manager reviews the submitted audit instrument, the "final" or "official" audit instrument shall be posted in the Mental Health SharePoint (under MH QI Improvement Folder).

8) Before you scan and email your corrective action plan form to the Statewide MH QI Manager, WHS Quality Assurance Coordinator, your respective Regional Psychologist Administrators and Regional Mental Health Administrators, make sure there are two signatures on the corrective action plan form; MHA signature and AWP signature.

9) The Corrective action plan is due on the last day of the audit month.

**Step-by-Step Process in using the MH QI Audit Instrument**

1) Go to **SharePoint** to download Audit Instrument 8.0. and the Problem List



2) Select **"MH Audit Instrument and Problem Lists"** folder



3) Select the Audit Instrument and the Problem Lis that corresponds with the audit month. Be sure to download the Problem List. You need the Problem List in order to do your audit.



As soon as you open the <u>Problem List</u> (Pdf document) and the <u>Audit Instrument,</u> you must **immediately** save the document by going to <u>File</u> and then "Save as."



## Problem List (PL), Problem Statement (PS), and Problem Statement Identifiers (PSI)

**Version 8.0** comes with a new **Problem List (PL)**. You will need the new PL with you in order to conduct the MH audit.  On the left of each **Problem Statement** there is a corresponding "**Problem Statement Identifiers",** or **PSI** next to it. If you find a deficiency during your audit, enter that corresponding PSI in column D (green cells) of the audit spreadsheet (see below). As soon as you enter the PSI, the Problem Statement will appear on the right column.

| | Use of Restraints for Mental Health Purposes and Treatment Review Committee |
|---|---|
| **PSI** | **Problem Statements** |
| 301 | A Non-RN initiated the implementation of restraints when a MD/Psy was not on grounds (Pg.21.XVIIa,0404103.G1b1,SOP48) |
| 302 | Crisis Watch Observation Log (DOC0378) was not completed (Pg.21.XVIIa,0404103.I3,SOP48) |
| 303 | Denial of free movement and explanation was not documented in the medical chart by medical staff (Pg.21.XVIIa,0404103.I,SOP48) |
| 304 | Documentation of the justification for extension for restraint was not available (Pg.21.XVIIa,0404103.G2b,SOP48) Psychiatry, & Medical Director (SOP48) |
| 305 | EMERGENCY enforced medication - DOC0097 was not completed (SOP50) |
| 306 | EMERGENCY enforced medication - no documentation indicating that the patient suffers from serious mental illness (self harm) and medication is in the best interest of the patient (SOP50) |
| 307 | Limb movement (2 minutes) was not documented in medical chart (Pg.21XVIIa,0404103.I3,SOP48) |
| 308 | No indication in DOC0376 that restraint was ordered (Pg.21XVIIa,0404103.H4,SOP48) |
| 309 | Orders for restraints was not documented adequately in the DOC0376 (Pg.21XVIIa,0404103.H4a-e,SOP48) |

4) When you open the document, you will see the first dialogue box. Select or click the "**X.**" Do not select "Update" or "Enable Content."



5) Select the "FaceSheet" tab (yellow tab, bottom of the spreadsheet)



Step **one,** select your <u>facility</u> by using the dropdown menu. In **step two,** enter all twenty patients/residents ID Number in the **blue** cells. In step **three,** insert the names of MH staff (MHP, BHT, Psychiatrist, MH RN, and NP) who are providing services to the patients in the blue cells (start with #4).



6) On "**Restrictive Housing"** audit months (**Mar, Jul, Nov**), please go to step **four.** Enter the names of MH caseload patients in the blue cells.

## Completing the Audit Instrument: A Step-by-Step Process

If you completed Steps 1 through 3 above, you will find that the name of the facility, staff's name, and patients' ID have been populated to this audit spreadsheet (see below).



## When a document is in-compliance …

1)     **Step 5a**. Enter the document date (Column B) you are reviewing (not the date of your review). As soon as you enter the document date, the audit instrument will assume the document is in-compliance. Therefore, "**Yes**" appears in column O (or R in Psychiatric Services). You no longer have to select "Yes" for the documents that are in compliance. Do not select the name of the staff for documents that are in compliance.

## When a document is not in-compliance …

2)      **Step 5b**. Enter the document date (Column B) you are reviewing (not the date of your review). Then, using the drop-down menu from Column C, select the staff who is responsible for this deficiency. If there is a deficiency based from the Problem List (see below), enter the "**Problem Statement Identifier**" or "**PSI**" (see below) that corresponds to the problem statement. As soon as you enter the PSI in Column D, "**No**" appears in Column O (Or R in Psychiatric Services). You no longer need to select "No" for document that are not in-compliant.



## When auditing supervision of unlicensed MHPs and BHTs

3) You are required to audit this section in **March**, **July**, and **November**.  Select from the drop-down menu that has  the supervisee's name in column A. If the documentation or supervision process is deficient, use the drop-down menu in column C to select the person responsible for this deficiency.



## Summary and Error Proofing

   **a.** **When document/procedure that is compliant:**
      **i.** Insert the date of the document in **column B**. No further step is required.

   **b.** **When a document/procedure is not compliant:**
      **i.** Insert the date of the deficiency in **column B**
      **ii.** Use the drop-down menu in **column C** to select the staff who is responsible for the deficiency
      **iii.** Enter the PSI that corresponds with the PS (from PL) in **column C**

   **c.** If the document date <u>was not</u> entered in column B, but a PSI is entered in column D (because deficiency was found), it is an error, and **Cell B 3** will turn **red** with a number in it.



**Example:** Using the above as an example, the staff responsible (Dr. PSY and Ms. MHP) for the deficiency were selected, the PSIs (102 and 130) were selected but there were <u>no dates</u> entered in column B. When the document dates are <u>not</u> entered, Cell **B 3** turns red and the number in that cell indicates the number of missing dates. In this case, there were two missing dates. Enter the dates of the document that were found deficient, and the Cell B 3 will return to normal (white)

d.  **What are these "Xs for?"** – These "Xs" are part of a longer formula in this audit instrument. Therefore, if PSI is not selected, an "X" must be in its place. It does not matter if it is a small "x" or a Cap "X" as long as there is an "x" the formula still works. Therefore, to mitigate this error, **Cell D 3** will turn **red** and the number in this red cell will indicate the number of "x" there are missing, or a PSI was not entered in column D.



As soon as an "X" or a PSI is replaced in the blank cell - column D (Green cells), it will return to "normal" (from red to white). When both **Cell B 3** and **Cell D 3** are **both** white (not red) in color, it indicates no procedural error was made in your auditing.

## After Audit and Before Corrective Action Plan

After you completed your audit, go to the "Summary of Audit" tab.



You will find there are two compliance percentage rates. The "official" percentage rate is on the left. When the following compliant rate is below 85% a Corrective Action Plan is required (see next section below). If the auditor has comments, thoughts, and suggestions after the audit, the auditor may do so in the blue box (see below).



## Corrective Action Plan (CAP)

1) Go to the blue tab (depending on the audit month) - "**CAP#1**" or "**CAP#2**" will appear below your audit instrument. Select one of these two tabs to access your corrective action plan.



2) When the compliance Rate is **below 85%** (red), corrective action plan (CAP) is required. Type your CAP in the space provided below.

**Psychiatric Services**

| Month: | Jul-Aug 2020 | Compliance Rate: | 37.5% |
| --- | --- | --- | --- |

**Deficiency #1**          Corrective Action Plan Assign to:               Expected Completion Date:

Bridging occurs more than once (SOP112)=OMHS Policy/Procedure Deviation;Bridging;x

*Corrective Action Plan for Deficiency #1:*

Indicate your CAPs in this area

**Deficiency #2**          Corrective Action Plan Assign to:               Expected Completion Date:

Informed Consent for Psychotropic medication not obtained and DOC0502/DOC0503 not filled out with new medication prescribed(SOP121)=OMHS Policy/Proced

*Corrective Action Plan for Deficiency #2:*

Indicate your CAPs in this area

**Deficiency #3**          Corrective Action Plan Assign to:               Expected Completion Date:

Psychiatric Progress Note (DOC0502) did not indicate start time or end time=Missing Information/Clerical Errors;Documentation;x

*Corrective Action Plan for Deficiency #3:*

Indicate your CAPs in this area

3) When the compliance rate is **above 85%** (green) or has "**N/A**" (green), you <u>do not</u> need to complete the corrective action plan.

**Illinois Department of Corrections**

**Big Muddy Correctional Center**
Mental Health Corrective Action Plan

**Intake, MH Screening, and Parole (DOC0372)**

| Month: | Jul-Aug 2020 | Compliance Rate: | 85.7% |
| --- | --- | --- | --- |

**Deficiency #1**          Corrective Action Plan Assign to:               Expected Completion Date:

At intake, patient who has current prescription medication was unable to continue his/her medication (Pg.159.4e)=OMHS Policy/Procedure Deviation;SA

*Corrective Action Plan for Deficiency #1:*

**Deficiency #2**          Corrective Action Plan Assign to:               Expected Completion Date:

*Corrective Action Plan for Deficiency #2:*

The Facility CQI Committee shall come together to formulate the CAP(s) and complete the CAP form. This form must be forwarded to the state's Regional Psychologist Administrator for review. Once the Regional Psychologist Administrator reviewed, approved, or provided suggestions to the CAP, mark an "**x**" on the box provided (see below).

 After this review, both the MHA and the Facility's Administrator shall affix their signatures on this form. This form shall be scanned and sent to your respective state and WHS Regionals, WHS Quality Assurance Coordinator, and IDOC Statewide MH QI Manager.

