1 | Jared G. Keenan (Bar No. 027068)
2 | Casey Arellano (Bar No. 031242)
  | **ACLU FOUNDATION OF ARIZONA**
3 | 3707 North 7th Street, Suite 235
  | Phoenix, Arizona 85013
  | Telephone: (602) 650-1854
4 | Email:  jkeenan@acluaz.org
  |          carellano@acluaz.org
5 |
  | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6 | *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
  | *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7 | *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
  | *behalf of themselves and all others similarly situated*
8 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
  | **PAGE]**
9 |
  | Asim Dietrich (Bar No. 027927)
10 | **ARIZONA CENTER FOR DISABILITY LAW**
  | 5025 East Washington Street, Suite 202
11 | Phoenix, Arizona 85034
  | Telephone: (602) 274-6287
12 | Email: adietrich@azdisabilitylaw.org
13 | *Attorneys for Plaintiff Arizona Center for Disability Law*
  | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
14 | **PAGE]**
15 | UNITED STATES DISTRICT COURT
16 | DISTRICT OF ARIZONA

17 | Victor Parsons; Shawn Jensen; Stephen Swartz; | No. CV 12-00601-PHX-ROS
   | Dustin Brislan; Sonia Rodriguez; Christina |
18 | Verduzco; Jackie Thomas; Jeremy Smith; Robert |
   | Gamez; Maryanne Chisholm; Desiree Licci; Joseph | **DECLARATION OF**
19 | Hefner; Joshua Polson; and Charlotte Wells, on | **JESSICA CARNS**
   | behalf of themselves and all others similarly |
20 | situated; and Arizona Center for Disability Law, |
21 | Plaintiffs, |
22 | v. |
23 | David Shinn, Director, Arizona Department of |
   | Corrections, Rehabilitation and Reentry; and Larry |
24 | Gann, Assistant Director, Medical Services Contract |
   | Monitoring Bureau, Arizona Department of |
25 | Corrections, Rehabilitation and Reentry, in their |
   | official capacities, |
26 |
27 | Defendants. |
28 |

LEGAL23774493.1

I, JESSICA CARNS, DECLARE:

1.      I am a paralegal employed by the ACLU National Prison Project. As part of my regular duties, I track and review compliance documents produced by Defendants in *Parsons v. Shinn*, to include those related to the medical and mental health performance measures set forth in the Stipulation. [Docs. 1185, 1185-1] Together with other paralegals and an attorney, I reviewed a sampling of the Performance Measures Defendants listed in their Response to Plaintiffs' Motion to Enforce the Court's Orders and for Further Relief (Dkt. 3694). [Doc. 3739 at 6-7]

2.      First, I referred to the aforementioned list provided by Defendants and chose a variety of facilities, months, and Performance Measures to include in my review. Due to the labor-intensive nature of the project, my colleagues assisted me in the document review under my instruction and supervision. I started by referring to the relevant Performance Measure on the CGAR for the listed month and facility. For each mental health encounter listed under the relevant Performance Measure, I searched each patient's ADC number in the online medical record system, eOMIS, and pulled up the details for the encounter(s) listed on the CGAR for each individual. I then created a chart listing the duration of each mental health encounter listed on the CGAR, highlighting in red those that were shorter than the court-ordered minima and those for which no duration was recorded.

3.      I attach hereto as **Exhibit 1 (redacted and filed under seal)** the charts recording the duration of mental health encounters as listed on the CGARs sampled from Defendants' list at Doc. 3739 at 6-7. I attach hereto as **Exhibit 2 (redacted and filed under seal)** excerpts of the corresponding CGAR documents showing Defendants' compliance report for the relevant Performance Measure.

4.      In the course of my review, I found three mental health encounters for ███████, ADC No. █████, who died by suicide on September 22, 2020, that were shorter than the Court-ordered minima but were nevertheless counted as compliant on the CGAR report for July 2020:

LEGAL23774493.1

- 7/31/2020 encounter (12 minutes) counted as compliant with PM 82
- 7/15/2020 encounter (12 minutes) counted as compliant with PM 83
- 7/27/2020 encounter (15 minutes) counted as compliant with PM 83

I attach hereto as **Exhibit 3 (redacted and filed under seal)** screenshots of the eOMIS encounter notes along with the relevant CGAR pages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of October 2020, at Washington, DC.

Jessica Carns

1

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Eunice Hyunhye Cho (Wash. 53711)*
Maria V. Morris (Cal. 223903)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:    dfathi@aclu.org
              echo@aclu.org
              mmorris@aclu.org

*Admitted *pro hac vice*.  Not admitted
   in DC; practice limited to federal
   courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:    dbarr@perkinscoie.com
              agerlicher@perkinscoie.com
              jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:    jkeenan@acluaz.org
              carellano@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              ckendrick@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm;*
*Desiree Licci; Joseph Hefner; Joshua*
*Polson; and Charlotte Wells, on behalf of*
*themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on October 16, 2020, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5

6                          Michael E. Gottfried
                           Lucy M. Rand
7                    Assistant Arizona Attorneys General
                     Michael.Gottfried@azag.gov
8                       Lucy.Rand@azag.gov

9                          Daniel P. Struck
                           Rachel Love
10                     Timothy J. Bojanowski
                       Nicholas D. Acedo
11                       Ashlee B. Hesman
                         Jacob B. Lee
12                       Timothy M. Ray
              STRUCK LOVE BOJANOWSKI & ACEDO, PLC
13                   dstruck@strucklove.com
                     rlove@strucklove.com
14               tbojanowski@strucklove.com
                     nacedo@strucklove.com
15                  ahesman@strucklove.com
                     jlee@strucklove.com
16                    tray@strucklove.com

17                     *Attorneys for Defendants*

18

19                                     s/ Jessica Carns

20

21

22

23

24

25

26

27

28