1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                         DISTRICT OF ARIZONA

8   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
9   Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph    **[PROPOSED] ORDER
10  Hefner; Joshua Polson; and Charlotte Wells, on     GRANTING PLAINTIFFS'
    behalf of themselves and all others similarly      MOTION FOR LEAVE TO
11  situated; and Arizona Center for Disability Law,   FILE UNDER SEAL**

12                        Plaintiffs,

13        v.

14  David Shinn, Director, Arizona Department of
    Corrections, Rehabilitation and Reentry; and Larry
15  Gann, Assistant Director, Medical Services Contract
    Monitoring Bureau, Arizona Department of
16  Corrections, Rehabilitation and Reentry, in their
    official capacities,
17
                          Defendants.
18

19        The Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and

20  finding good cause, hereby **GRANTS** Plaintiffs' Motion for Leave to File Under Seal and

21  instructs the clerk of the Court to seal the documents as set forth in the Motion:

22              • Declaration of Pablo Stewart, M.D.;

23              • Exhibits 4-5 to the Declaration of David C. Fathi;

24              • Declaration of Jessica Carns; and

25              • Exhibits 1-3 to the Declaration of Jessica Carns.

26

27

28

LEGAL23774493.1