CV12-601-PHX-ROS

☒ FILED ____ LODGED
____ RECEIVED ____ COPY

OCT 15 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE   LRCivP 5.4
(Rule Number/Section)

Dear Honorable Roslyn Silver    10-8-2020

My name is Dustin Brislan, I was a former named Plaintiff in Parsons vs. Shinn 2:12-cv-00601-PHX (ROS). I write this letter to address an issue, I request you please read this letter.

I'm SMIC (Severely Mentally Ill Community). I'm currently housed on Florence Complex, Unit Kasson in the Kasson Program. I've got the right to leave the Kasson program at any time but Psych. Assoc. Mocha refuses to allow me to leave. I've steadily deteriorated at this unit, due to staff harassment high levels of stress and anxiety. I self-harm, and a severe cutter, and Mocha knows this. She can care less about my mental health. I do not speak to these Mental Health staff and when I do am not honest with them because all they'll do is put me on a suicide watch. I've repeatedly asked to be moved to a different program knowing im deteriorating but Mocha refuses to turn in a referal. I've got the right to leave.

There's also an excuse that, Kasson Admin tries to use. They claim that because of COVID, I can't be moved, which is a lie. There's inmates State wide, that are moved every day. Here at Kasson 6 new inmates were moved into BMU program. Months back inmates Coleman and Aguilar were moved to the Tucson

complex Rincon Unit Mental Health Program. Inmate Cook at that same time was Moved back to Lewis Complex Unit Rast Max. "ALL" of North Unit here at Florence Complex was moved and 200 inmates were Moved from Florence Complex Central Unit. ADCRR is full of lies. I can be Moved but am kept here so Kasson staff can continue to harass me. That's just moves from this Complex not counting the rest of the state.

I am deteriorating. I beg you to have me sent to a different program, perhaps Eyman Complex Unit SMU-1, Lewis Complex Unit Rast Max or Phoenix Complex Unit Flamenco. Please help me.

Sincerely,
Dustin Brislan 164993
ASPC-Florence
Unit-Kasson
P.O. Box 8200
Florence, Ariz. 85132

Dustin Brislan ADC #164993
ASPC Florence, unit
PO Box 8200
Florence Az 85132

**RECEIVED**

**CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

OCT 15 2020

Honorable Roslyn Silver
United States District Court
Sandra Day O'Connor U.S. Courthouse
Suite 624
401 W. Washington St. SPC 59
Phoenix AZ 85003

13 OCT 2020 PM 6 L

PHOENIX AZ 852

