# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiffs' Motion for Leave to Exceed Page Limits (Doc. 3780) and Plaintiffs' Motion for Leave to File Under Seal (Doc. 3785), and good cause appearing,

**IT IS ORDERED** the Motion for Leave to Exceed Page Limits (Doc. 3780) is **GRANTED**.

**IT IS FURTHER ORDERED** Plaintiffs' Motion to Seal (Doc. 3785) is **GRANTED**.

**IT IS FURTHER ORDERED** this Order shall not be sealed.

Dated this 19th day of October, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge