FILED ___ RECEIVED ___ COPY
OCT 19 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

Legal Mail

CV-12-601-PHX-ROS

REFERENCE LRCiv 5.4

Dear Hon. Roslyn Silver          10-06-2020

My name is Dustin Brislan. I'm a former named Plaintiff in Parsons v. Shinn 2:12-cv-00601-PHX (ROS) I write you today to explain an urgent issue, I request you read this letter entirely.

I am a severly Mentally Ill 38 year old inmate in the Arizona Dept. of Corrections. I'm currently in the Florence Complex Unit Kasson Mental Health Program. While being in this Program I've not gotten better I've deteriorated. I can't be straight forward with Mental Health Staff because they'll only put me on a suicide watch. I am a severe cutter. Psych. Assoc. Mocha knows I've deteriorated as does Kasson Staff. I've requested Numerous times to be moved off of this unit to the program at Eyman Complex SMU-1, Lewis Complex Rast Max or Phoenix Complex Flamenco but Mocha refuses to turn in the referal for me to be moved, she wants me to self harm as does Kasson Admin and staff. I'm stuck here to deteriorate.

Mocha and Admin also claim due to COVID-19 I can't be moved. During this pandimic MANY people have been moved. In Kasson Unit BMU Program 6 new inmates moved in. Inmates Coleman and Aguilar were moved to Tucson Complex Rincon Program. Inmate Cook was move to Rast Max and several

other inmates from Kasson were moved to different Units. All of Florence Complex North Unit inmates were moved and 200 inmates from Central Unit here on Florence Complex were moved, so there's absolutely no excuse about moves.

    Mocha and Kasson staff want to see me cut. They don't care that I'm SMIC nor about my Mental Health. At any time I can sign out of this aweful Program but Mocha refuses to allow me to move. I request your help to have me moved out of this program and into another please before I cut again. Thank you for your time

    Sincerely,
Dustin Brislan 164993
ASPC - Florence
Unit - Kasson
P.O. Box 8200
Florence, Ariz. 85132

P.S. So you know, when an inmate is on a suicide watch here at Kasson no therapy is offerd. They only come to check to see if you're suicidal or if you feel like self harming, that's it