✓ FILED ___ RECEIVED ___ COPY
OCT 19 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE ___LRCiv 5.4___ CV-12-601-PHX-ROS
(Rule Number/Section)

Legal Mail

Dear Honorable Roslyn O. Silver,       10-13-20

Hello, my name is Dustin Brislan, im a former named Plaintiff in Parsons v. Shinn 2:12-cv-00601-PHX (ROS). I write you today to explain something to you and hope you may be able to address the issue. I respectfully request you read this letter entirely.

I'm currently incarcerated on ADC, Florence Complex Unit-Kasson. Im currently in the Kasson Mental Health Program. I've been in this program for over a year and have been wanting out of the program but Psych Assoc. Mocha and the Mental Health team refuse to let me leave to a new program, being this program is not working for me. I've actually been deteriorating more. I do not trust any of the Mental Health staff here and never will. When I do speak to the Psych. Assoc. Im never honest with them because they'll only put me on a Mental Health/Suicide watch where I'll be put in the watch pod where I'll receive no therapy at all. Im trying to be placed in the Eyman Complex SMU1 program, Lewis Complex Rast Max program or Phoenix Complex Flamenco program where I'll be able to receive from new psych staff the therapy I need. I am SMI from the community.

Mocha has tried to say because of COVID 19 there's no moves state wide which is a lie. Every day there's movement state wide. Over the

last year there at Kasson, many inmates have been moved out of the program to the yard including inmates Coleman and Aguilar who were moved to the Tucson Complex, Rincon program. Inmate Cook was moved to the Rast Max unit on Lewis Complex. 6 new inmates recently were moved to the Kasson BMU program. All of Florence Complex North Unit was moved across the state, 200 inmates were moved out of Florence Complex Central Unit and Florence Complex East Unit is currently being moved, so there's been many moves but out of retaliation against me filing grievances against Mocha she refuses to allow me to move so staff (ADC) can continue to harass me which they do daily.

I just want to be moved to a new program at a different unit, I'm not asking for much just a referal be made and I be moved. I ask the court to order ADC to move me before deterioration worsens. I am a notorious self harmer I've got a history of cutting badly, many hospital visits. I don't want to cut but strongly believe if I continue to deteriorate I will start up. Please address this issue.

Sincerely,
Dustin Brislan 164993
ASPC-Florence
Unit Kasson
P.O. Box 8200
Florence, Ariz. 85132