# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed Plaintiffs' Unopposed Motion for Extension of Time to File Reply in Support of Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3753) (First Request) (Doc. 3793), and good cause appearing,

**IT IS ORDERED** Plaintiffs' Unopposed Motion for Extension of Time (Doc. 3793) is **GRANTED**. Plaintiffs shall have up to and including **November 5, 2020**, to file their Reply.

Dated this 20th day of October, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge