1   Jared G. Keenan (Bar No. 027068)
    Casey Arellano (Bar No. 031242)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
4   Email: jkeenan@acluaz.org
            carellano@acluaz.org
5
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
    *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
    *behalf of themselves and all others similarly situated*
8   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
    **PAGE]**
9
    Asim Dietrich (Bar No. 027927)
10  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
11  Phoenix, Arizona 85034
    Telephone: (602) 274-6287
12  Email: adietrich@azdisabilitylaw.org
13  *Attorneys for Plaintiff Arizona Center for Disability Law*
    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
14  **PAGE]**

15              UNITED STATES DISTRICT COURT

16                  DISTRICT OF ARIZONA

17  Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
18  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **NOTICE TO COURT OF**
19  Hefner; Joshua Polson; and Charlotte Wells, on         **DEFENDANTS' CONTINUED**
    behalf of themselves and all others similarly          **SUBSTANTIAL**
20  situated; and Arizona Center for Disability Law,       **NONCOMPLIANCE WITH**
                                                           **COURT'S ORDER TO SHOW**
21                  Plaintiffs,                            **CAUSE (DOC. 3490)**

22          v.

23  David Shinn, Director, Arizona Department of
    Corrections, Rehabilitation, and Reentry; and Larry
24  Gann, Assistant Director of the Medical Services
    Contracting Monitoring Bureau, in their official
25  capacities,

26                  Defendants.

27

28

LEGAL23774493.1

On January 31, 2020, this Court ordered Defendants to come into "immediate compliance" with every performance measure identified in that Order to Show Cause ("OSC"), or to pay a "fine of $100,000 per Performance Measure and location to coerce compliance" and "[t]he fines will recur on a monthly basis until Defendants bring each Performance Measure and location into compliance." [Doc. 3490 at 3]  On February 12, 2020, this Court issued a subsequent Order reiterating the January 31 OSC, and ordering that "[i]f further monetary sanctions do not result in Defendants' compliance with their contractual obligations as of the compliance numbers for July 2020, the Court will set the case for trial." [Doc. 3495 at 2]

On August 7, 2020, Plaintiffs filed their response to the January 31 OSC, detailing Defendants' noncompliance with those measures for the months of February-May 2020. [Doc. 3683 at 2-4][1]  Since then, Defendants have provided their June -August 2020 data and remedial plans to the Court.   [Docs. 3712-1, 3757-1, 3797-1]   These show noncompliance with 15 of the measures / locations in June 2020, 22 measures / locations in July 2020, and 19 measures / locations in August 2020.  The chart below and on the following pages lists all measures / locations in the OSC with which Defendants have been substantially noncompliant for at least one of the past seven reporting months.

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 |
|----|--------|-----------|------------|------------|----------|-----------|-----------|-----------|
| 11 | Eyman | 86% | 82% | 86% | 82% | 86% | 86% | 94% |
| 11 | Lewis | 85% | 85% | 84% | 99% | 81% | 90% | 86% |
| 11 | Tucson | 82% | 95% | 88% | 97% | 89% | 89% | 93% |
| 15 | Eyman | 70% | 98% | 95% | 94% | 92% | 88% | 88% |
| 35 | Florence | 98% | 96% | 89% | 75% | 86% | 83% | 89% |

[1] Plaintiffs' chart filed on August 7 inadvertently included PM 44 at Tucson, which was not in the Court's OSC (but with which Defendants were substantially noncompliant those four months). [Doc. 3683 at 3]  Therefore, instead of facing $6.4 million in fines for the months of February-May 2020, the contempt fine would have been $6.0 million at that point in time.  That chart, and the updated version here, also omits the measures in the OSC which the Court ordered, or the parties stipulated, terminated.  [Doc. 3575-1]

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 |
|----|--------|-----------|------------|------------|----------|-----------|-----------|-----------|
| 35 | Tucson | 89% | 98% | 95% | 93% | 90% | 90% | 75% |
| 37 | Lewis | 82% | 90% | 93% | 97% | 89% | 90% | 88% |
| 37 | Tucson | 79% | 85% | 91% | 85% | 87% | 88% | 88 |
| 37 | Winslow | 90% | 97% | 93% | 100% | 93% | 100% | 83% |
| 37 | Yuma | 86% | 92% | 84% | 80% | 74% | 92% | 86% |
| 39 | Eyman | 88% | 90% | 86% | 78% | 92% | 86% | 94% |
| 39 | Lewis | 89% | 94% | 92% | 90% | 96% | 83% | 100% |
| 39 | Yuma | 90% | 96% | 90% | 92% | 84% | 84% | 94% |
| 40 | Eyman | 91% | 91% | 100% | 86% | 90% | 68% | 91% |
| 40 | Tucson | 78% | 64% | 100% | 80% | 67% | 83% | N/A |
| 42 | Eyman | 86% | 94% | 98% | 92% | 98% | 86% | 84% |
| 44 | Eyman | 46% | 39% | 75% | 53% | 53% | 47% | 65% |
| 44 | Florence | 56% | 68% | 73% | 74% | 81% | 75% | 72% |
| 44 | Lewis | 76% | 85% | 78% | 77% | 74% | 81% | 86% |
| 44 | Winslow | 100% | 92% | 100% | 100% | 75% | 100% | 83% |
| 45 | Tucson | 93% | 94% | 92% | 95% | 84% | 95% | 94% |
| 46 | Yuma | 98% | 98% | 92% | 88% | 92% | 88% | 80% |
| 47 | Douglas | 80% | 87% | 100% | 94% | 100% | 100% | 100% |
| 47 | Florence | 85% | 82% | 89% | 94% | 96% | 90% | 70% |
| 47 | Phoenix | 50% | 100% | 75% | 80% | 100% | 100% | 100% |
| 47 | Tucson | 93% | 97% | 97% | 100% | 89% | 85% | 74% |
| 47 | Winslow | N/A | 100% | N/A | 100% | N/A | 80% [2] | 67% |
| 49 | Eyman | 75% | 100% | 100% | 100% | 100% | 94% | 100% |

[2] While the chart filed for PM 47 at Winslow in July 2020 shows 80% compliance, the narrative states that two out of three charts were compliant, which would be 67%. [Doc. 3757-1 at 263] Defendants filed a Notice of Errata on October 6, 2020, correcting the narrative to state that the compliance level was four out of five files reviewed, or 80%. [Doc. 3776, 3776-1 at 3] However, the filing for the August 2020 results for this PM / location again states that two out of three charts were compliant in July 2020. [*See* Doc. 3797-1 at 266]

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 |
|---|---|---|---|---|---|---|---|---|
| 50 | Florence | 57% | 40% | 100% | 82% | 100% | 50% | 86% |
| 50 | Tucson | 60% | 68% | 100% | 69% | 91% | 72% | 85% |
| 51 | Eyman | 38% | 34% | 92% | 80% | 98% | 58% | 84% |
| 51 | Florence | 40% | 58% | 96% | 98% | 91% | 77% | 92% |
| 51 | Perryville | 91% | 83% | 97% | 100% | 99% | 90% | 92% |
| 51 | Tucson | 65% | 68% | 96% | 77% | 99% | 83% | 96% |
| 51 | Yuma | 86% | 86% | 96% | 88% | 100% | 90% | 80% |
| 52 | Eyman | 90% | 71% | 86% | 86% | 76% | 74% | 76% |
| 52 | Florence | 90% | 81% | 86% | 87% | 87% | 89% | 85% |
| 52 | Perryville | 90% | 81% | 91% | 95% | 96% | 93% | 89% |
| 52 | Tucson | 82% | 86% | 91% | 91% | 92% | 90% | 85% |
| 55 | Eyman | 76% | 86% | 86% | 84% | 88% | 94% | 86% |
| 66 | Florence | 96% | 99% | 100% | 83% | 68% | 52% | 48% |
| 66 | Lewis | 99% | 95% | 100% | 84% | 83% | 89% | 98% |
| 66 | Tucson | 96% | 100% | 100% | 81% | 81% | 67% | 67% |
| 67 | Lewis | 97% | 99% | 100% | 66% | 61% | 74% | 99% |
| 67 | Tucson | 94% | 99% | 100% | 57% | 72% | 46% | 54% |
| 85 | Eyman | 100% | 89% | 75% | 88% | 100% | 95% | 85% |
| 85 | Tucson | 100% | 95% | 97% | 97% | 100% | 100% | 83% |
| 92 | Eyman | 100% | 90% | 100% | 95% | 95% | 85% | 80% |
| 92 | Lewis | 90% | 92% | 100% | 100% | 95% | 75% | 100% |
| 98 | Douglas | 100% | 100% | 100% | 100% | 90% | 67% | 100% |
| 98 | Eyman | 88% | 96% | 92% | 84% | 88% | 82% | 86% |
| 98 | Lewis | 81% | 98% | 93% | 92% | 97% | 95% | 95% |
| 98 | Winslow | 70% | 100% | 91% | 100% | 100% | 90% | 83% |
| **Total Noncompliant** | | **20** | **14** | **7** | **20** | **15** | **22** | **19** |

1      As a result of the Defendants' ongoing noncompliance with the Court's OSC for

2   the months of February-August 2020, they have now accrued a potential contempt fine of

3   $ 11,700,000.

4                                                      Respectfully submitted,

5   Dated:  October 30, 2020                          **PRISON LAW OFFICE**

6

7                                                      By:   s/ Corene T. Kendrick
                                                           Donald Specter (Cal. 83925)*
8                                                          Alison Hardy (Cal. 135966)*
                                                           Sara Norman (Cal. 189536)*
9                                                          Corene T. Kendrick (Cal. 226642)*
                                                           Rita K. Lomio (Cal. 254501)*
10                                                         1917 Fifth Street
                                                           Berkeley, California 94710
11                                                         Telephone:  (510) 280-2621
                                                           Email:    dspecter@prisonlaw.com
12                                                                   ahardy@prisonlaw.com
                                                                     snorman@prisonlaw.com
13                                                                   ckendrick@prisonlaw.com
                                                                     rlomio@prisonlaw.com
14
                                                           *Admitted *pro hac vice*
15
                                                           David C. Fathi (Wash. 24893)*
16                                                         Maria V. Morris (Cal. 223903)*
                                                           Eunice Hyunhye Cho (Wash. 53711)*
17                                                         **ACLU NATIONAL PRISON
                                                           PROJECT**
18                                                         915 15th Street N.W., 7th Floor
                                                           Washington, D.C. 20005
19                                                         Telephone:  (202) 548-6603
                                                           Email:    dfathi@aclu.org
20                                                                   mmorris@aclu.org
                                                                     echo@aclu.org
21
                                                           *Admitted *pro hac vice*.  Not admitted in
22                                                          DC; practice limited to federal courts.

23                                                         Daniel C. Barr (Bar No. 010149)
                                                           Amelia M. Gerlicher (Bar No. 023966)
24                                                         John H. Gray (Bar No. 028107)
                                                           **PERKINS COIE LLP**
25                                                         2901 N. Central Avenue, Suite 2000
                                                           Phoenix, Arizona 85012
26                                                         Telephone:  (602) 351-8000
                                                           Email:    dbarr@perkinscoie.com
27                                                                   agerlicher@perkinscoie.com
                                                                     jhgray@perkinscoie.com
28

LEGAL23774493.1                                -4-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF
ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    jkeenan@acluaz.org
              carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY
LAW**


By:   s/ Maya Abela
        Asim Dietrich (Bar No. 027927)
        5025 East Washington Street, Suite 202
        Phoenix, Arizona 85034
        Telephone:  (602) 274-6287
        Email:    adietrich@azdisabilitylaw.org

        Rose A. Daly-Rooney (Bar No. 015690)
        J.J. Rico (Bar No. 021292)
        Maya Abela (Bar No. 027232)
        **ARIZONA CENTER FOR
        DISABILITY LAW**
        177 North Church Avenue, Suite 800
        Tucson, Arizona 85701
        Telephone:  (520) 327-9547
        Email:
          rdalyrooney@azdisabilitylaw.org
              jrico@azdisabilitylaw.org
              mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that on October 30, 2020, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
7
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
8

9
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
10
Nicholas D. Acedo
Ashlee B. Hesman
11
Jacob B. Lee
Timothy M. Ray
12
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
13
rlove@strucklove.com
tbojanowski@strucklove.com
14
nacedo@strucklove.com
ahesman@strucklove.com
15
jlee@strucklove.com
tray@strucklove.com
16

17
*Attorneys for Defendants*

18

19
                                                s/ C. Kendrick

20

21

22

23

24

25

26

27

28