UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation, and Reentry; and Larry Gann, Assistant Director of the Medical Services Contracting Monitoring Bureau, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE** |

This Court, having reviewed the Stipulated Motion for Extension of Time to File Reply in Support of Plaintiffs' Motion for Attorneys' Fees (Doc. 3753) (Second Request), and good cause appearing,

**IT IS ORDERED** that the Stipulated Motion for Extension of Time (Doc. \_\_\_) is **GRANTED**. Plaintiffs shall have up to and including **November 19, 2020**, to file their reply.

Dated this \_\_\_ day of November, 2020.