# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed the Stipulated Motion for Extension of Time to File Reply in Support of Plaintiffs' Motion for Attorneys' Fees and Costs (Doc. 3753) [Second Request] (Doc. 3802), and good cause appearing,

**IT IS ORDERED** the Stipulated Motion for Extension of Time (Doc. 3802) is **GRANTED**. Plaintiffs shall have through **November 19, 2020**, to file their Reply.

Dated this 4th day of November, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge