1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona  85226
    Telephone:  (480) 420-1600
5   Fax:  (480) 420-1695
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9                 **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF ARIZONA**

11

12  Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
    Center for Disability Law,
13
                                                         **DEFENDANTS' RESPONSE TO**
                                        Plaintiffs,      **PLAINTIFFS' NOTICE TO THE**
14                    v.                                 **COURT OF DEFENDANTS'**
                                                         **CONTINUED SUBSTANTIAL**
15  David Shinn, Director, Arizona Department of         **NONCOMPLIANCE WITH**
    Corrections; and Richard Pratt, Interim              **COURT'S ORDER TO SHOW**
16  Division Director, Division of Health Services,      **CAUSE (Doc. 3490)**
    Arizona Department of Corrections, in their
17  official capacities,

18                                      Defendants.

19

20          Defendants, through counsel, respond to Plaintiffs' Notice to the Court filed on

21  October 30, 2020, for the sole purpose of correcting an error in Plaintiffs' chart.  (Dkt.

22  3799.)

23          Plaintiffs' chart includes an "N/A" for Performance Measure ("PM") 40 at ASPC-

24  Tucson for August 2020.  (*Id*. at p. 3.)  This is incorrect.  Defendants' Monthly Status Report

25  and CGAR findings for August 2020 confirm PM 40 at ASPC-Tucson achieved a

26  compliance score of 100%.  (Dkt. 3798 at p. 5; *see also* Dkt. 3800, Ex. 8 at ADCM1657063.)

27

28

1

DATED this 13th day of November 2020.

2

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4

By /s/Timothy J. Bojanowski

5

Daniel P. Struck
Rachel Love

6

Timothy J. Bojanowski
Nicholas D. Acedo

7

3100 West Ray Road, Suite 300
Chandler, Arizona 85226

8

*Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:          ahardy@prisonlaw.com

Amelia M. Gerlicher:   agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Asim Dietrich:         adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Corene T. Kendrick:    ckendrick@prisonlaw.com; edegraff@prisonlaw.com

Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:        dspecter@prisonlaw.com

John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:    jrico@azdisabilitylaw.org

Maya Abela            mabela@azdisabilitylaw.org

Rose Daly-Rooney:      rdalyrooney@azdisabilitylaw.org

Sara Norman:           snorman@prisonlaw.com

Rita K. Lomio:         rlomio@prisonlaw.com

Eunice Cho            ECho@aclu.org

Jared G. Keenan       jkeenan@acluaz.org

Casey Arellano        carellano@acluaz.org

Maria V. Morris       mmorris@aclu.org


I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski