1  Jared Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
            carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
6  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm,*
7  *Desiree Licci, Joseph Hefner, Joshua Polson, and*
   *Charlotte Wells, on behalf of themselves and all others*
8  *similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org

13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation, and Reentry; and Larry Gann, Assistant Director of the Medical Services Contracting Monitoring Bureau, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF CORENE T. KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDER AND FOR FURTHER RELIEF** |

I, Corene T. Kendrick, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached herein as **Exhibit 1** is a true and correct copy of a letter that I sent to Defendants' counsel on April 30, 2020 asking for more information regarding any and all modifications made to the delivery of health care and/or changes to operational policies that had been made due to the COVID-19 pandemic and that could potentially impact Defendants' ability to comply with the Stipulation's performance measures. I sent this letter after Plaintiffs' counsel had received numerous reports from class members that Defendants had cancelled all on-site dental care and diagnostic procedures, as well as all out-of-cell time for people incarcerated in maximum custody units.

3. Attached herein as **Exhibit 2** is a true and correct copy of a letter sent to me by Defendants' counsel Timothy Bojanowski on May 21, 2020, in response to this letter.

4. Attached herein as **Exhibit 3**, and **filed under seal**, are excerpts from Defendants' Bates-numbered March 2020 CGAR reports for dental performance measures at four Arizona State Prison Complexes: Perryville (ADCM1615395-97), Tucson (ADCM1615539-41), Winslow (ADCM1615566), and Yuma (ADCM1615611-13).

5. Attached herein as **Exhibit 4**, and **filed under seal**, are excerpts from Defendants' Bates-numbered April 2020 CGAR reports for dental performance measures at nine Arizona State Prison Complexes: Douglas (ADCM1621103-04), Eyman (ADCM1621155-56), Florence (ADCM1621215-17), Lewis (ADCM1621281-83), Perryville (ADCM1621357-59), Phoenix (ADCM1621406-07), Safford (ADCM1621437-38), Tucson (ADCM1621512-14), and Yuma (ADCM1621591-93).

6. Attached herein as **Exhibit 5**, and **filed under seal**, are excerpts from Defendants' Bates-numbered May 2020 CGAR reports for dental performance measures

at ten Arizona State Prison Complexes: Douglas (ADCM1626170-71), Eyman (ADCM1626223-25), Florence (ADCM1626282-84), Lewis (ADCM1626344-46), Perryville (ADCM1626424-27), Phoenix (ADCM1626471-72), Safford (ADCM1626500-01), Tucson (ADCM1626574-76), Winslow (ADCM1626604), and Yuma (ADCM1626652-55).

7. Attached herein as **Exhibit 6**, and **filed under seal**, are excerpts from Defendants' Bates-numbered June 2020 CGAR reports for dental performance measures at ten Arizona State Prison Complexes: Douglas (ADCM1643387-88), Eyman (ADCM1643442-44), Florence (ADCM1643503-05), Lewis (ADCM1643574-77), Perryville (ADCM1643668-71), Phoenix (ADCM1643719-20), Safford (ADCM1643749-50), Tucson (ADCM1643828-30), Winslow (ADCM1643857-58), and Yuma (ADCM1643910-12).

8. Attached herein as **Exhibit 7**, and **filed under seal**, are excerpts from Defendants' Bates-numbered July 2020 CGAR reports for dental performance measures at ten Arizona State Prison Complexes: Douglas (ADCM1652263), Eyman (ADCM1652314-15), Florence (ADCM1652371-72), Lewis (ADCM1652435-36), Perryville (ADCM1652508-09), Phoenix (ADCM1652554), Safford (ADCM1652582-83), Tucson (ADCM1652654-55), Winslow (ADCM1652683), and Yuma ADCM1652731-32).

9. In order to create the summary chart of Performance Measure 102 for March-July 2020 that is Table 1 in Plaintiffs' Motion, I reviewed these CGAR reports, and counted each patient record listed as being delayed or not seen due to COVID-19, and subtracted that number from the reported compliance numbers by the dental monitor.

10. Attached herein as **Exhibit 8**, is a true and correct copy of an email sent to me by Defendants' counsel Timothy Bojanowski on September 23, 2020 regarding modifications to services by Centurion.

11. Attached herein as **Exhibit 9**, and **filed under seal**, is Defendants' CGAR report for July 2020 for Performance Measures 50 and 51 at Florence, which Defendants

1 | Bates-stamped as ADCM1652360-63.

2 |   12. Attached herein as **Exhibit 10**, and **filed under seal**, is a true and correct copy of a letter that I sent Counsel for Defendants on September 25, 2020, identifying deficiencies and delays in medical treatment for a deceased class member and request for information regarding remedial efforts to be taken to address delays in access to specialty care. To date, Defendants have not responded to this letter.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed November 13, 2020, in San Francisco, California.

        /s/ Corene T. Kendrick
        Corene T. Kendrick

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Corene Kendrick (Cal. 226642)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    ckendrick@prisonlaw.com
    rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (Cal. 223903)*
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
    mmorris@aclu.org
    echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
         agerlicher@perkinscoie.com
         jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  jkeenan@acluaz.org
         carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:  adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick

-5-