UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**ORDER** |

This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, and good cause in support thereof, IT IS ORDERED that the Motion is GRANTED.

The Clerk of the Court is hereby ordered to seal Exhibits 3-7, and 9-10, to the Declaration of Corene T. Kendrick, filed on November 13, 2020 (Doc. _____).