# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs have filed a Motion for Leave to File Under Seal (Doc. 3807) portions of the Declaration of Corene T. Kendrick in Support of Plaintiffs' Motion to Enforce the Court's Order and for Further Relief (Doc. 3806), specifically Exhibits 3-7 and 9-10 lodged at Doc. 3808. Good cause appearing,

**IT IS ORDERED** the Motion for Leave to File Under Seal (Doc. 3807) is **GRANTED**. The Clerk of Court shall file under seal Exhibits 3-7 and 9-10 of the Declaration of Corene T. Kendrick lodged as Doc. 3808. This Order shall not be sealed.

Dated this 16th day of November, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge