# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDER AND FOR FURTHER RELIEF (DKT. 3805)** |

The Court, having reviewed the Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Court's Order and for Further Relief (Dkt. 3805) (First Request), and good cause appearing,

IT IS ORDERED granting the Stipulated Motion to Extend. Defendants Response is due on or before December 4, 2020.