IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, et al.,<br><br>Defendants. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

Defendants have filed a Stipulated Motion to Extend Deadline to File Response to Plaintiffs' Motion to Enforce the Court's Order and for Further Relief (Doc. 3805) (First Request) (Doc. 3812). Good cause appearing,

**IT IS ORDERED** the Stipulated Motion to Extend Deadline (Doc. 3812) is **GRANTED**. Defendants shall have through **Thursday, December 4, 2020**, to file their Response.

Dated this 18th day of November, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge