Christopher Henson
ADC# 183226
PO Box 5000
Florence Az 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| PARSONS | Case No: CV-12-00601-ROS |
| ✓ | NOTICE TO THE COURT |
| RYAN | |

① In EAST UNIT, 22 of 38 inmates tested positive for Covid.

② Shinn is doing nothing to protect us.

③ I notify this Court.

Respectfully submitted this 16 day of November 2020

Christopher J Henson

①