Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Max
P.O. Box 3400, Buckeye, AZ, 85326

☒ FILED   ☐ LODGED

**Nov 25 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons et al.,
  Plaintiff(s)

v.

David Shinn et al.,
  Defendant

Case No. 12-cv-0601-PHX-ROS

(Gamez) Notice of Request
For E-Notices

Comes Now, Plaintiff (Gamez), hereby Respectfully Submits his Notice to be placed on the Electronic Filing List. Plaintiff is A <u>Named Class Action Representitive</u>. (Gamez) is Imprisoned in the Arizona Dept. of Corrections Serving A life Sentance At the Buckeye, Arizona-Rast Max Unit. Because of the Covid-19 Pandemic, communication with (Plaintiffs Counsel) has been Severely Frustrated to the point that Class Action Representitive(s) have No or Very little knowledge of the decision Making process. (Gamez) would Like to be placed on the E-Notice list, and Telephonically present during Court hearings or Decision Making Hearings.

Respectfully Submitted this 25th day of Nov. 2020

Under Penalty of Perjury

#13401
MR Roberto Chaffoco Gomez
ASPC-Lewis - East MAX
P.O. Box 3600. Buckeye
AZ 85326

Page 2