IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Pursuant to the Stipulation, Defendants were required to monitor and report on a total of 1,030 health care performance measures.[1] On April 17, 2020, the parties submitted a spreadsheet identifying approximately 331 health care performance measures that have been terminated. (Doc. 3565). There are also approximately 145 performance measures that have been found substantially noncompliant and remain under active Court monitoring. Thus, there are approximately 554 performance measures that have neither been found substantially noncompliant nor terminated. The parties will be required to confer and file a statement outlining the status of these 554 performance measures.[2] If the parties agree any of these 554 performance measures should be terminated, they should so stipulate. If the parties disagree whether these performance measures should be terminated, each side shall file no more than a one-page summary of their position regarding the disposition of these performance measures.

---

[1] There are 103 health care performance measures and ten complexes in the Arizona Department of Corrections.

[2] Plaintiffs have requested the Court require Defendants submit a remediation plan regarding 9 of these performance measures.

Accordingly,

**IT IS ORDERED** no later than **December 7, 2020**, the parties shall file a joint statement as outlined above.

Dated this 3rd day of December, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge