1  Jared G. Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
          carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org

13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
14

15                     UNITED STATES DISTRICT COURT
16                            DISTRICT OF ARIZONA

| | |
|---|---|
| 17  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| 21            Plaintiffs, | **JOINT STATEMENT IN RESPONSE TO COURT'S ORDER (DOC. 3821)** |
| 22      v. | |
| 23  David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| 26            Defendants. | |

LEGAL23774493.1

1  As ordered by this Court on December 3, the parties met-and-conferred about whether there are additional health care performance measures ("PMs") that have not been found substantially noncompliant for which the Court may terminate Defendants' monitoring obligation. The parties agreed that the Court may terminate monitoring of the following 138 PMs / prisons:  PM 1 (10 prisons); PM 2 (10 prisons); PM 3 (10 prisons); PM 5 (10 prisons); PM 8 (10 prisons); PM 15 (10 prisons); PM 26 (10 prisons); PM 30 (10 prisons); PM 31 (10 prisons); PM 57 (intake women's health PM applicable to 1 prison); PM 58 (intake women's health PM applicable to 1 prison); PM 59 (10 prisons); PM 62 (intake PM applicable to 4 prisons); PM 65 (infirmary care PM applicable to 4 prisons); PM 68 (infirmary care PM applicable to 4 prisons); PM 69 (infirmary care PM applicable to 4 prisons); PM 72 (10 prisons); PM 97 (10 prisons).

An updated version of the chart filed at Doc. 3575-1 is attached. The parties did not agree to the balance of the PMs and will each file their one-page statements separately.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

LEGAL23774493.1

| | |
|---|---|
| Dated:  December 7, 2020 | Respectfully submitted, |
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC** | **ACLU NATIONAL PRISON PROJECT** |
| By /s/Rachel Love<br>  Daniel P. Struck<br>  Rachel Love<br>  Timothy J. Bojanowski<br>  Nicholas D. Acedo<br>  3100 West Ray Road, Suite 300<br>  Chandler, Arizona 85226<br>  Telephone: 480-420-1600<br>  dstruck@strucklove.com<br>  rlove@strucklove.com<br>  tbojanowski@strucklove.com<br>  nacedo@strucklove.com<br><br>*Attorneys for Defendant(s)* | By:   s/ Corene T. Kendrick<br>  David C. Fathi (Wash. 24893)*<br>  Maria V. Morris (Cal. 223903)*<br>  Eunice Hyunhye Cho (Wash. 53711)*<br>  915 15th Street N.W., 7th Floor<br>  Washington, D.C. 20005<br>  Telephone:  (202) 548-6603<br>  Email:   dfathi@aclu.org<br>      mmorris@aclu.org<br>      echo@aclu.org<br><br>*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.<br><br>Corene Kendrick (Cal. 226642)*<br>**ACLU NATIONAL PRISON PROJECT**<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone:  (202) 393-4930<br>Email:   ckendrick@aclu.org<br><br>*Admitted *pro hac vice*<br><br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone:  (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>      ahardy@prisonlaw.com<br>      snorman@prisonlaw.com<br>      rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice* |

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
             agerlicher@perkinscoie.com
             jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   jkeenan@acluaz.org
             carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone: (602) 274-6287
      Email:   adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone: (520) 327-9547
      Email:
         rdalyrooney@azdisabilitylaw.org
                jrico@azdisabilitylaw.org
                mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick