# Exhibit 1

All PMs - Status – Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. | T | T | T | T | T | T | T | T | T | T |
| 2 | Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. | T | T | T | T | T | T | T | T | T | T |
| 3 | Dental staffing will be maintained at current contract levels – 30 dentists. | T | T | T | T | T | T | T | T | T | T |
| 4 | Infirmary staffing will be maintained with a minimum staffing level of 2 RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries | N/A | N/A | | | | N/A | N/A | | N/A | N/A |
| 5 | Medical Records will be accurate, chronologically maintained, and scanned or filed in the patient's chart within two business days, with all documents filed in their designated location. | T | T | T | T | T | T | T | T | T | T |
| 6 | Provider orders will be noted daily with time, date, and name of person taking the orders off. | T | T | T | T | T | T | T | T | T | T |
| 7 | Medical record entries will be legible, and complete with time, name stamp and signature present. | T | T | T | T | T | T | T | T | T | T |
| 8 | Nursing protocols/NETS will be utilized by nurses for sick call. | T | T | T | T | T | T | T | T | T | T |
| 9 | SOAPE format will be utilized in the medical record for encounters. | T | T | T | T | T | T | T | T | T | T |
| 10 | Each patient's medical record will include an up-to-date Master Problem list. | T | T | T | T | T | T | T | T | T | T |

All PMs - Status - Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. | | | | | | | | | | |
| 12 | Medical record will contain documentation of [pharmacy] refusals or "no shows." | T | T | T | T | T | T | T | T | T | T |
| 13 | Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication. | | | | | | | | | | |
| 14 | Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication. | | | | | | | | | | |
| 15 | Inmates who refuse prescribed medication (or no show) will be counseled by a QHCP after three consecutive refusals. | T | T | T | T | T | T | T | T | T | T |
| 16 | Perpetual inventory medication logs will be maintained on each yard. | T | T | T | T | T | T | T | T | T | T |
| 17 | The Medication Administration Record (MAR) will reflect dose, frequency, start date and nurse's signature. | T | T | T | T | T | T | T | T | T | T |
| 18 | Daily delivery manifests will be kept in binders located in medication rooms on each yard/complex and will be reviewed and initialed daily by an LPN or RN. | T | T | T | T | T | T | T | T | T | T |
| 19 | Perpetual inventory medications will be signed off on the Inmate's individual MAR. | T | T | T | T | T | T | T | T | T | T |
| 20 | Medical AIMs entries are accurately completed within 3 business days from the entry in the medical record. | T | T | T | T | T | T | T | T | T | T |

All PMs - Status - Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | Inmates who are paroled or released from ASPCs will receive a 30-day supply of all medications currently prescribed by the ADC contracted vendor. | | | | | | | | | | |
| 22 | Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two business days of the prescriber's order. | | | | | | | | | | |
| 23 | Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. | | | | | | | | | | |
| 24 | Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. | | | | | | | | | | |
| 25 | A first responder trained in Basic Life Support responds and adequately provides care within three minutes of an emergency. | | | | | | | | | | |
| 26 | Responses to health care grievances will be completed within 15 working days of receipt (by health care staff) of the grievance. | T | T | T | T | T | T | T | T | T | T |
| 27 | Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06 | | | | | | | | | | |
| 28 | Every medical provider will undergo peer reviews annually with reviews and recommended actions documented. | T | T | T | T | T | T | T | T | T | T |
| 29 | Each ASPC facility Director of Nursing or designee will conduct and document annual clinical performance reviews of nursing staff as recommended by NCCHC standard P-C-02. | T | T | T | T | T | T | T | T | T | T |
| 30 | The initial mortality review of an inmate's death will be completed within 10 working days of death. | T | T | T | T | T | T | T | T | T | T |

All PMs - Status - Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Mortality reviews will identify and refer deficiencies to appropriate managers and supervisors, including CQI committee, and corrective action will be taken. | T | T | T | T | T | T | T | T | T | T |
| 32 | A final independent clinical mortality review will be completed by the Health Services Contract Monitoring Bureau for all mortalities within 10 business days of receipt of the medical examiner's findings. | | | | | | | | | | |
| 33 | All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. | N/A | | N/A | N/A | | | N/A | | N/A | N/A |
| 34 | A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. | N/A | | N/A | N/A | | | N/A | | N/A | N/A |
| 35 | All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. | | | | | | | | | | |
| 36 | A LPN or RN will screen HNRs within 24 hours of receipt. | | | | | | | | | | |
| 37 | Sick call inmates will be seen by an RN within 24 hours after an HNR is received (or immediately if identified with an emergent need, or on the same day if identified as having an urgent need). | | | | | | | | | | |
| 38 | Vital signs, to include weight, will be checked and documented in the medical record each time an inmate is seen during sick call. | T | T | T | T | T | T | T | T | T | T |

All PMs - Status - Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral. | | | | | | | | | | |
| 40 | Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral. | | | | | | | | | | |
| 41 | Emergent provider referrals are seen immediately by a Medical Provider. | | | | | | | | | | |
| 42 | A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider. | | | | | | | | | | |
| 43 | Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there. | | | | | | | | | | |
| 44 | Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours. | | | | | | | | | | |
| 45 | On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine | | | | | | | | | | |
| 46 | A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison. | | | | | | | | | | |

All PMs - Status - Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request. | | | | | | | | | | |
| 48 | Documentation, including the reason(s) for the denial, of Utilization Management denials of requests for specialty services will be sent to the requesting Provider in writing within fourteen calendar days, and placed in the patient's medical record. | | | | | | | | | | |
| 49 | Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial. | | | | | | | | | | |
| 50 | Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider. | | | | | | | | | | |
| 51 | Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider. | | | | | | | | | | |
| 52 | Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report. | | | | | | | | | | |

All PMs - Status – Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Treatment plans will be developed and documented in the medical record by a provider within 30 calendar days of identification that the inmate has a chronic disease. | | | | | | | | | | |
| 54 | Chronic disease inmates will be seen by the provider as specified in the inmate's treatment plan, no less than every 180 days unless the provider documents a reason why a longer time frame can be in place. | T | T | T | T | T | T | T | T | T | T |
| 55 | Disease management guidelines will be implemented for chronic diseases. | | | | | | | | | | |
| 56 | Inmates with a chronic disease will be provided education about their condition/disease which will be documented in the medical record. | T | T | T | T | T | T | T | T | T | T |
| 57 | A Medical Provider will order prenatal vitamins and diet for a pregnant inmate at the inmate's initial intake physical examination. | N/A | N/A | N/A | N/A | T | N/A | N/A | N/A | N/A | N/A |
| 58 | Results of an inmate's prenatal screening tests will be documented in the medical record. | N/A | N/A | N/A | N/A | T | N/A | N/A | N/A | N/A | N/A |
| 59 | Inmates will be screened for TB on an annual basis. | T | T | T | T | T | T | T | T | T | T |
| 60 | All female inmates ages 21 to 65 will be offered a Pap smear at the inmate's initial intake physical examination, and every 36 months thereafter unless more frequent screening is clinically recommended. | N/A | N/A | N/A | N/A | T | N/A | N/A | N/A | N/A | N/A |
| 61 | All female inmates ages 21 to 65 will be offered a Pap smear every 36 months after initial intake, unless more frequent screening is clinically recommended. | N/A | N/A | N/A | N/A | T | N/A | N/A | N/A | N/A | N/A |
| 62 | All prisoners are screened for tuberculosis upon intake. | N/A | T | N/A | N/A | T | T | N/A | T | N/A | N/A |

All PMs - Status – Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 63 | In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission. | N/A | N/A | | | | N/A | N/A | | N/A | N/A |
| 64 | In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission. | N/A | N/A | | | | N/A | N/A | | N/A | N/A |
| 65 | In an IPC, a written history and physical examination will be completed by a medical provider within 72 hours of admission. | N/A | N/A | T | T | T | N/A | N/A | T | N/A | N/A |
| 66 | In an IPC, a Medical Provider encounters will occur at a minimum every 72 hours. | N/A | N/A | | | | N/A | N/A | | N/A | N/A |
| 67 | In an IPC, Registered nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks. | N/A | N/A | | | | N/A | N/A | | N/A | N/A |
| 68 | In an IPC, Inmate health records will include admission orders and documentation of care and treatment given. | N/A | N/A | T | T | T | N/A | N/A | T | N/A | N/A |
| 69 | In an IPC, nursing care plans will be reviewed weekly documented with a date and signature. | N/A | N/A | T | T | T | N/A | N/A | T | N/A | N/A |
| 70 | All IPC patients have properly working call buttons, and if not, health care staff perform and document 30-minute patient welfare checks. | N/A | N/A | | | | N/A | N/A | | N/A | N/A |
| 71 | Inmates with diagnosed and documented diseases or conditions that necessitate a special diet will be provided the diet, if clinically indicated. When prescribing the special diet, the provider will include the type of diet, duration for which it is to be provided, and any special instructions. | T | T | T | T | T | T | T | T | T | T |

All PMs - Status – Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 72 | Inmates who refuse prescribed diets for more than 3 consecutive days will receive follow-up nutritional counseling by a QHCP. | T | T | T | T | T | T | T | T | T | T |
| 73 | All MH-3 minor prisoners shall be seen by a licensed mental health clinician a minimum of every 30 days. | N/A | N/A | N/A | N/A |  | N/A | N/A |  | N/A | N/A |
| 74 | All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum. |  | N/A | N/A | N/A |  | N/A | N/A | N/A | N/A | N/A |
| 75 | A mental health assessment of a prisoner during initial intake shall be completed by mental health staff by the end of the second full day after the prisoner's arrival into ADC. | N/A |  | N/A | N/A |  |  | N/A |  | N/A | N/A |
| 76 | If the initial mental health assessment of a prisoner during initial intake is not performed by licensed mental health staff, the prisoner shall be seen by a mental health clinician within fourteen days of his or her arrival into ADC. | N/A |  | N/A | N/A |  |  | N/A |  | N/A | N/A |
| 77 | Mental health treatment plans shall be updated a minimum of every 90 days for MH-3A, MH-4, and MH-5 prisoners, and a minimum of every 12 months for all other MH-3 prisoners. |  |  |  |  |  |  |  |  |  |  |
| 78 | All mental health treatment plan updates shall be done after a face-to-face clinical encounter between the prisoner and the mental health provider or mental health clinician. |  |  |  |  |  |  |  |  |  |  |
| 79 | If a prisoner's mental health treatment plan includes psychotropic medication, the mental health provider shall indicate in each progress note that he or she has reviewed the treatment plan. | T | T | T | T | T | T | T | T | T | T |

All PMs - Status – Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 80 | MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician. | | | | | | | | | | |
| 81 | MH-3A prisoners who are prescribed psychotropic medications shall be seen a minimum of every 90 days by a mental health provider. | | | | | | | | | | |
| 82 | MH-3B prisoners shall be seen a minimum of every 90 days by a mental health clinician. | | | | | | | | | | |
| 83 | MH-3B prisoners who are prescribed psychotropic medications shall be seen a minimum of every 180 days by a mental health provider. MH-3B prisoners who are prescribed psychotropic medications for psychotic disorders, bipolar disorder, or major depression shall be seen by a mental health provider a minimum of every 90 days. | | | | | | | | | | |
| 84 | MH-3C prisoners shall be seen a minimum of every 180 days by a mental health provider. | | | | | | | | | | |
| 85 | MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications. | | | | | | | | | | |
| 86 | MH-3D prisoners shall be seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication | | | | | | | | | | |
| 87 | MH-4 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every 30 days. | | | | | | | | | | |
| 88 | MH-4 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 90 days. | | | | | | | | | | |

All PMs - Status – Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | MH-5 prisoners shall be seen by a mental health clinician for a 1:1 session a minimum of every seven days. | | | | | | | | | | |
| 90 | MH-5 prisoners who are prescribed psychotropic medications shall be seen by a mental health provider a minimum of every 30 days. | | | | | | | | | | |
| 91 | MH-5 prisoners who are actively psychotic or actively suicidal shall be seen by a mental health clinician or mental health provider daily. | | | | | | | | | | |
| 92 | MH-3 and above prisoners who are housed in maximum custody shall be seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days. | | | | | | | | | | |
| 93 | Mental health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody. | | | | | | | | | | |
| 94 | All prisoners on a suicide or mental health watch shall be seen daily by a licensed mental health clinician or, on weekends or holidays, by a registered nurse. | | | | | | | | | | |
| 95 | Only licensed mental health staff may remove a prisoner from a suicide or mental health watch. Any prisoner discontinued from a suicide or mental health watch shall be seen by a mental health provider, mental health clinician, or psychiatric registered nurse between 24 and 72 hours after discontinuation, between seven and ten days after discontinuation, and between 21 and 24 days after discontinuation of the watch. | | | | | | | | | | |

All PMs - Status – Updated 12/7/20

| PM | Measure | Douglas | Eyman | Florence | Lewis | Perryville | Phoenix | Safford | Tucson | Winslow | Yuma |
|----|---------|---------|-------|----------|-------|------------|---------|---------|--------|---------|------|
| 96 | A reentry/discharge plan shall be established no later than 30 days prior to release from ADC for all prisoners who are MH-3 or above. | T | T | T | T | T | T | T | T | T | T |
| 97 | A mental health provider treating a prisoner via telepsychiatry shall be provided, in advance of the telepsychiatry session, the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider. | T | T | T | T | T | T | T | T | T | T |
| 98 | Mental health HNRs shall be responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0. | | | | | | | | | | |
| 99 | [Mental health] peer reviews shall be conducted as set forth in the MHTM (rev. 4/18/14), Chapter 1, Section 3.0. | T | T | T | T | T | T | T | T | T | T |
| 100 | Prisoners on the routine dental care list will not be removed from the list if they are seen for urgent care or pain appointments that do not resolve their routine care issues or needs. | | | | | | | | | | |
| 101 | Dental assistants will take inmate histories and vital signs and dental radiographs (as ordered) by the Dentist. | T | T | T | T | T | T | T | T | T | T |
| 102 | Routine dental care wait times will be no more than 90 days from the date the HNR was received. | | | | | | | | | | |
| 103 | Urgent care wait times, as determined by the contracted vendor, shall be no more than 72 hours from the date the HNR was received. | | | | | | | | | | |