Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  jkeenan@acluaz.org
            carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' SEPARATE STATEMENT IN RESPONSE TO THE COURT'S ORDER (DOC. 3821)** |

In February and March 2020, the Court ordered Defendants to adopt many of Dr. Stern's recommendations about monitoring methodology for health care performance measures (PMs).[1] [Doc. 3495, 3518] The Court held repeatedly that if Defendants want to terminate monitoring of these PMs relying upon past months, they must re-audit them using the new methodology. [*See*, *e.g*., Doc. 3495 at 7 ("Defendants must re-audit any past results they plan on relying on to justify termination and, going forward should utilize this methodology to calculate compliance.")] Defendants have not done so. Accordingly, and under the Stipulation's agreed-upon terms, their obligation to monitor these PMs cannot be terminated until they have 24 months' worth of data using the proper court-ordered methodology. [*See* Doc. 1185 ¶ 10(b)(i)-(ii)]   The Court's orders revised the methodology for PMs 25, 35-37, 44, 46, 48, 50, 51, 54, 55, 67, 72-74, 76-78, 80-92, 94, 95, and 98 at all prisons where they apply.[2] [*See* Doc. 3495 at 3-4, 6-13, 15-18; Doc. 3518 at 2-6] Some of these also overlap with the universe of PMs / prisons the Court has found substantially noncompliant and included in the Orders to Show Cause regarding contempt and the order advising the parties that it would set the matter for trial if there were still substantial noncompliance in the July 2020 reports.  [Docs. 3235, 3490, 3495][3]

In addition, there are outstanding issues that the Court must resolve that implicate many other health care PMs. First, Plaintiffs' motion regarding noncompliance with Paragraph 14's language interpretation requirements (Doc. 3623), implicates all PMs that involve patient/staff interactions. Second, Plaintiffs' motion regarding Defendants'

---

[1] This statement does not address the pending motions relating to the maximum custody performance measures or discovery sanctions.  *See, e.g*., Doc. 3590, 3664, 3768; Doc. 3756, 3766, 3777.

[2] After the Court's orders, the parties stipulated to terminate monitoring PM 54, as Dr. Stern recommended.  Doc. 3575-1 at 8. The parties are today stipulating to terminate monitoring of PM 72, also as Dr. Stern recommended.

[3] Plaintiffs also moved the Court to find Defendants in contempt of the May 2019 OSC for PM 50 at Florence, Doc. 3584.  The matter was submitted as of June 3, 2020 (Docs. 3608 (Response), 3619 (Reply)).  *See* Local Rule Civ. P. 7.2(n).  The parties have also completed briefing with regard to the two OSCs, and how the Court should spend the 2018 contempt fine affirmed by the Ninth Circuit.  [*See* May 2019 OSC, (Docs. 3235, 3335, 3339, 3352, 3363, 3727); Use of Fine (Docs. 3385, 3402, 3410, 3416, 3430, 3435, 3469); Jan. 2020 OSC (Docs. 3490, 3495, 3649, 3683, 3729, 3730, 3760, 3799)]

continued noncompliance with the Court's revised methodology for the duration of mental health encounters, Doc. 3694, implicates those PMs.  Third, Plaintiffs have asked the Court to have Dr. Stern determine if the monitors' practice of marking as compliant, or excluding from the audit pool, any encounter that was cancelled or delayed ostensibly due to the COVID-19 pandemic, extends beyond the three PMs where the false data was obvious on the face of the CGAR reports.  [Doc. 3805][4]

Respectfully submitted,

Dated:  December 7, 2020

**ACLU NATIONAL PRISON PROJECT**

By:   s/ Corene T. Kendrick
David C. Fathi (Wash. 24893)*
Maria V. Morris (Cal. 223903)*
Eunice Hyunhye Cho (Wash. 53711)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
              mmorris@aclu.org
              echo@aclu.org

*Admitted *pro hac vice*. Not admitted in
 DC; practice limited to federal courts.

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*

---

[4] As the Court noted, Doc. 3821 at 1 n.2, Plaintiffs have asked the Court to find Defendants substantially noncompliant with 9 more PMs / prisons. [Doc. 3735]

1   Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
2   Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
3   **PRISON LAW OFFICE**
1917 Fifth Street
4   Berkeley, California 94710
Telephone:  (510) 280-2621
5   Email:    dspecter@prisonlaw.com
ahardy@prisonlaw.com
6   snorman@prisonlaw.com
rlomio@prisonlaw.com
7
*Admitted *pro hac vice*
8
Daniel C. Barr (Bar No. 010149)
9   Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
10   **PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
11   Phoenix, Arizona 85012
Telephone:  (602) 351-8000
12   Email:    dbarr@perkinscoie.com
agerlicher@perkinscoie.com
13   jhgray@perkinscoie.com

14   Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
15   **ACLU FOUNDATION OF
ARIZONA**
16   3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
17   Telephone:  (602) 650-1854
Email:    jkeenan@acluaz.org
18   carellano@acluaz.org

19   *Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
20   Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
21   Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
22   themselves and all others similarly situated*

23

24

25

26

27

28

1
2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By:   s/ Maya Abela

4

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202

5

Phoenix, Arizona 85034
Telephone:  (602) 274-6287

6

Email:     adietrich@azdisabilitylaw.org

7

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

8

Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**

9

177 North Church Avenue, Suite 800
Tucson, Arizona 85701

10

Telephone:  (520) 327-9547
Email:

11

rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org

12

mabela@azdisabilitylaw.org

13

*Attorneys for Arizona Center for Disability Law*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ C. Kendrick