Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' SEPARATE STATEMENT IN RESPONSE TO COURT ORDER (Doc. 3821)** |

Defendants contend that the following additional healthcare performance measures ("HCPMs") not identified in the Parties' Joint Statement should also be terminated. (Docs. 3824, 3824-01.) CGAR compliance scores for October 2018 to September 2020 meet the definition of compliance, thus monitoring/reporting may terminate.[1] (Docs. 1185 at 4; 2644.)

- PM 4 (Florence, Lewis, Perryville, Tucson); PM 11 (all complexes except Eyman); PM 13 (all complexes); PM 14 (all complexes); PM 21 (all complexes); PM 22 (all

---

[1] Even after Stipulation termination, compliance will continue to be monitored by ADCRR subject to monetary contractual sanctions levied against the healthcare vendor for noncompliance.

complexes); PM 23 (Douglas, Florence, Perryville, Safford, Winslow); PM 24 (Douglas, Florence, Perryville, Safford, Winslow); PM 27 (all complexes); PM 33 (Perryville, Phoenix, Tucson); PM 34 (Perryville, Phoenix, Tucson); PM 35 (Douglas, Florence, Safford, Tucson, Yuma); PM 42 (all complexes except Eyman, Florence, Lewis, Yuma); PM 43 (all complexes except Eyman); PM 47 (Douglas, Florence, Perryville, Tucson, Yuma); PM 49 (Lewis, Tucson, Yuma); PM 52 (all complexes except Eyman, Florence, Lewis); PM 53 (all complexes); PM 63 (Florence, Lewis, Perryville, Tucson); PM 64 (Florence, Lewis, Perryville, Tucson); PM 70 (Florence, Lewis, Perryville, Tucson); PM 93 (Eyman, Florence, Lewis); PM 103 (all complexes).[2]

In order to reduce issues requiring Court intervention, Defendants request the parties meet and confer regarding termination of the HCPMs listed above upon Plaintiffs' review of the September 2020 CGAR scores filed under seal this same date. (Doc. 3823.)

HCPMs 11, 13, 14, 35, 42, 47, 49, 52, and 93 are subject to the pending Order to Show Cause (per specified complexes listed in Doc. 3490). However, HCPMs for complexes set forth above (and also listed in the Order to Show Cause) are still subject to termination considering the October 2018 to September 2020 monitoring period and demonstrated compliance scores. (Docs. 1185 at 4; 2644.)

Defendants anticipate moving for termination of additional HCPMs upon resolution of pending motions and/or reauditing. By contending that the above HCPMs should also be terminated, Defendants do not concede substantial non-compliance or errors in monitoring methodology for any HCPMs not listed herein.

DATED this 7th day of December 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Rachel Love
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    *Attorneys for Defendant(s)*

---

[2] (Docs. 3099, 3113, 3154, 3193, 3225, 3264, 3294, 3331, 3346, 3375, 3397, 3443, 3459, 3473, 3503, 3546, 3582, 3606, 3645, 3680, 3732, 3762, 3800, 3823.)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela: | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love