THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE General Order 14-17 (Rule Number/Section)

Mr. Roberto Carrasco Gamez #131401
ASPC-Lewis-Rast Max
P.O. Box 3600, Buckeye, AZ. 85326

FILED — LODGED — RECEIVED — COPY
DEC 11 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons et al., Plaintiff(s) | Case No. 12-cv-0601-PHX-ROS |
| v. | (Gamez) Notice of Request |
| David Shinn et al., Defendant | For E-Notices |

Comes Now, Plaintiff (Gamez), hereby respectfully submits his Notice to be placed on the Electronic Filing List. Plaintiff is a Named Class Action Representative.

(Gamez) is imprisoned in the Arizona Dept. of Corrections serving a life sentence at the Buckeye, Arizona-Rast Max Unit. Because of the Covid-19 pandemic, communication with (Plaintiff's Counsel) has been severely frustrated to the point that Class Action Representative have no or very little knowledge of the decision making process.

(Gamez) would like to be placed on the E-Notice List, and telephonically present during Court hearings or Decision Making hearings.

Respectfully submitted this 25th day of Nov. 2020

Under Penalty of Perjury

 /s/ 134017
MR Reberto Carrasco Gomez
ASPC-Lewis - East Max
P.O. Box 3400, Buckeye
AZ 85326

Page 2