# Exhibit 1

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 |
|---|---|---|---|---|---|---|---|---|---|
| 11 | Eyman | 86% | 82% | 86% | 82% | 86% | 86% | 94% | 82% |
| 11 | Lewis | 85% | 85% | 84% | 99% | 81% | 90% | 86% | 89% |
| 11 | Tucson | 82% | 95% | 88% | 97% | 89% | 89% | 93% | 94% |
| 11 | Winslow | 90% | 93% | 88% | 91% | 87% | 92% | 92% | 72% |
| 11 | Yuma | 88% | 88% | 94% | 90% | 90% | 94% | 90% | 84% |
| 13 | Eyman | 96% | 96% | 86% | 98% | 98% | 94% | 94% | 60% |
| 15 | Eyman | 70% | 98% | 95% | 94% | 92% | 88% | 88% | 96% |
| 35 | Florence | 98% | 96% | 89% | 75% | 86% | 83% | 89% | 100% |
| 35 | Tucson | 89% | 98% | 95% | 93% | 90% | 90% | 75% | 96% |
| 37 | Lewis | 82% | 90% | 93% | 97% | 89% | 90% | 88% | 91% |
| 37 | Tucson | 79% | 85% | 91% | 85% | 87% | 88% | 88% | 82% |
| 37 | Winslow | 90% | 97% | 93% | 100% | 93% | 100% | 83% | 87% |
| 37 | Yuma | 86% | 92% | 84% | 80% | 74% | 92% | 86% | 90% |
| 39 | Eyman | 88% | 90% | 86% | 78% | 92% | 86% | 94% | 98% |
| 39 | Lewis | 89% | 94% | 92% | 90% | 96% | 83% | 100% | 99% |
| 39 | Yuma | 90% | 96% | 90% | 92% | 84% | 84% | 94% | 98% |
| 40 | Eyman | 91% | 91% | 100% | 86% | 90% | 68% | 91% | 100% |
| 40 | Tucson | 78% | 64% | 100% | 80% | 67% | 83% | N/A | N/A |

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Eyman | 86% | 94% | 98% | 92% | 98% | 86% | 84% | 82% |
| 44 | Eyman | 46% | 39% | 75% | 53% | 53% | 47% | 65% | 68% |
| 44 | Florence | 56% | 68% | 73% | 74% | 81% | 75% | 72% | 64% |
| 44 | Lewis | 76% | 85% | 78% | 77% | 74% | 81% | 86% | 70% |
| 44 | Winslow | 100% | 92% | 100% | 100% | 75% | 100% | 83% | 57% |
| 45 | Tucson | 93% | 94% | 92% | 95% | 84% | 95% | 94% | 86% |
| 46 | Yuma | 98% | 98% | 92% | 88% | 92% | 88% | 80% | 94% |
| 47 | Douglas | 80% | 87% | 100% | 94% | 100% | 100% | 100% | 100% |
| 47 | Eyman | 86% | 91% | 97% | 91% | 89% | 88% | 86% | 70% |
| 47 | Florence | 85% | 82% | 89% | 94% | 96% | 90% | 70% | 88% |
| 47 | Lewis | 100% | 93% | 90% | 91% | 93% | 94% | 89% | 78% |
| 47 | Phoenix | 50% | 100% | 75% | 80% | 100% | 100% | 100% | 92% |
| 47 | Tucson | 93% | 97% | 97% | 100% | 89% | 85% | 74% | 88% |
| 47 | Winslow | N/A | 100% | N/A | 100% | N/A | 80% | 67% | 67% |
| 49 | Eyman | 75% | 100% | 100% | 100% | 100% | 94% | 100% | 100% |
| 49 | Perryville | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 83% |
| 50 | Florence | 57% | 40% | 100% | 82% | 100% | 50% | 86% | 71% |
| 50 | Tucson | 60% | 68% | 100% | 69% | 91% | 72% | 85% | 86% |
| 51 | Eyman | 38% | 34% | 92% | 80% | 98% | 58% | 84% | 76% |

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Florence | 40% | 58% | 96% | 98% | 91% | 77% | 92% | 70% |
| 51 | Perryville | 91% | 83% | 97% | 100% | 99% | 90% | 92% | 84% |
| 51 | Tucson | 65% | 68% | 96% | 77% | 99% | 83% | 96% | 94% |
| 51 | Yuma | 86% | 86% | 96% | 88% | 100% | 90% | 80% | 76% |
| 52 | Eyman | 90% | 71% | 86% | 86% | 76% | 74% | 76% | 84% |
| 52 | Florence | 90% | 81% | 86% | 87% | 87% | 89% | 85% | 85% |
| 52 | Perryville | 90% | 81% | 91% | 95% | 96% | 93% | 89% | 88% |
| 52 | Tucson | 82% | 86% | 91% | 91% | 92% | 90% | 85% | 89% |
| 55 | Eyman | 76% | 86% | 86% | 84% | 88% | 94% | 86% | 84% |
| 66 | Florence | 96% | 99% | 100% | 83% | 68% | 52% | 48% | 94% |
| 66 | Lewis | 99% | 95% | 100% | 84% | 83% | 89% | 98% | 100% |
| 66 | Tucson | 96% | 100% | 100% | 81% | 81% | 67% | 67% | 85% |
| 67 | Lewis | 97% | 99% | 100% | 66% | 61% | 74% | 99% | 100% |
| 67 | Tucson | 94% | 99% | 100% | 57% | 72% | 46% | 54% | 97% |
| 85 | Eyman | 100% | 89% | 75% | 88% | 100% | 95% | 85% | 90% |
| 85 | Tucson | 100% | 95% | 97% | 97% | 100% | 100% | 83% | 97% |
| 92 | Eyman | 100% | 90% | 100% | 95% | 95% | 85% | 80% | 100% |
| 92 | Lewis | 90% | 92% | 100% | 100% | 95% | 75% | 100% | 95% |
| 98 | Douglas | 100% | 100% | 100% | 100% | 90% | 67% | 100% | 100% |

| PM | Prison | Feb. 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 | Aug. 2020 | Sept. 2020 |
|----|--------|-----------|------------|------------|----------|-----------|-----------|-----------|------------|
| 98 | Eyman | 88% | 96% | 92% | 84% | 88% | 82% | 86% | 84% |
| 98 | Lewis | 81% | 98% | 93% | 92% | 97% | 95% | 95% | 92% |
| 98 | Winslow | 70% | 100% | 91% | 100% | 100% | 90% | 83% | 85% |
|    | Total | 20 | 14 | 7 | 20 | 15 | 22 | 19 | 22 |