☒ FILED ☐ LODGED

**DEC 18 2020**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

MR Roberto CARRASCO Gamez #13/401
ASPC-Lewis-RAST MAX
P.O. Box 3600. Buckege, AZ 85326

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor PARSONS, etal.,
          Plaintiff      CASE NO. 12-cv-0601-ROS

V.
                              Notice of Service

DAVID Shinn et al.
          Defendant(s)

On the following date 18 Dec. 20 Opposing Counsel
in the Parsons Class Action received - Grievance

• Grievance [RE: Discrimination/Retaliation,] dated
17 Dec. 20

        Respectfully Submitted this 18 day of Dec. 20

                    Under Penalty of Perjury

                    MR Roberto CARRASCO Gamez
                    ASPC-Lewis-RAST MAX
                    P.O. Box 3600. Buckeye AZ
                                    85326

Exhibit A

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance

| | RECEIVED BY |
|---|---|
| | Garcia |
| | **TITLE** COIII |

*Note:* You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|
| 1103 | 12/17/20 |

| INMATE NAME *(Last, First MI.) (Please print)* | ADC NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| Gamez, Robert C | 131401 | 17 Dec. 20 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| ASPC-Lewis-Eagle-Max | |

**TO: GRIEVANCE COORDINATOR**

**Description of Grievance** *(To be completed by the Inmate)*

During a Criminal proceeding in State v. Bastian (an Alleged Conspiracy to commit terrorism Case), the ADC (TFS) and (AZ) Attorney General Office (AG) Conspired to discriminate against several practicing Muslim prisoners by conducting a series of unconstitutional actions in violation of the Equal Protection Component First Fifth and Fourteenth Amend. U.S.C. RFRA/RLUIPA, Federal and State law including the First Amend. retaliation & Illegal search & seizure clause. In 2016 the FBI purportedly received a statement from a confidential informant (CI) employed by the State that Gamez had been receiving bomb making material. Gamez believe that the statement was contrived by A(G.) & known by ADC to be unreliable and manufactured by ADC.

**Proposed Resolution** *(What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)*

Investigate the allegations of discrimination/retaliation & disclose all connected Case Numbers, ensure adequate policies/practices to prevent "CI's" from manufacturing unreliable evidence against "Gamez". Disclose all additional surveillance operations of Gamez. Bill be the first file & all available relief field. Protect of the dept. ventilation technique overlooked Five Case Number.

| INMATE'S SIGNATURE | DATE *(mm/dd/yyyy)* 17 Dec 20 | GRIEVANCE COORDINATOR'S | DATE *(mm/dd/yyyy)* |
|---|---|---|---|

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|
| | |
| | |
| | |
| | |

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE *(mm/dd/yyyy)* |
|---|---|---|
| | | |

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance – GF Supplement

| INMATE'S NAME *(Last, First M.I.) (Please print)* | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Gamez, Robert C | 131401 | ASPC-Eyman B+Un | |

Administrators As a spring board to discriminate/retaliate against Gamez because he practices Islam and to stigmatize Muslims As terrorist. The "ADC" FBI and AG subsequently obtained a search warrant by using fabricated testimony from this "C.I" (Fake Loxal Proxy) containing sensitive work-product information and legal documents between Gamez/Parsons Attorneys were searched/seized by the Genesis Council in Parsons, A.G.'s office. ADC' does not have an adequate policy or practice that prevents ADC Administrators from misusing their "C.I's" to plant evidence or aide in criminal activity. Neither do they document their relability. As a result ADC, FBI, and A.G. invaded Attorney-Client Privilege and discriminated on the Muslim Religion. It was recently determined that the special Agent in charge of the Criminal Investigation had performed sexual favors with "C.I's" in exchange for his cooperation in planting/manufacturing evidence against ("Gamez").

| SIGNATURE | DATE *(mm/dd/yyyy)* |
|---|---|
| | Dec. 20 |

INITIAL DISTRIBUTION:  GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION:   White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13



# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| GAMEZ, Robert | 121401 | K-C-LEWIS M | 11/NB.20 |

| TO | | LOCATION |
|---|---|---|
| All levels | | 7A |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I am attempting to informally resolve the following problem. During a criminal proceeding in Sklyk Basin, in an alleged conspiracy to commit terroristic acts, the ADC, FBI and FBI Attorney General's Office, AG's consulted to discriminate against several specific muslim services by conducting series of unconstitutional actions in violation of the equal protection component of the Fifth and 14th Amend. RLUIPA; 42 USC RFRA/RLUIPA declare the law including the Free exercise/Establishment of the ... and search & seizure clause.

In 2016, the FBI ... received a ... from a ... complaint informing C.I. (confused) of the ... that "Gamez" had been receiving bond making muslim "Gamez" felonies that the statement was conveyed by a C.I., who wanted to be unreliable, he manufactured to ADC natives and ... as a spring board to discriminate retaliate against "Gamez" for his faith ... in cases and stigmatize muslims in prison, and the ADC "FBI" and "AG" subsequently obtained a ... warrant based in part on inform testimony from the "C.I." to the local foxes containing attractive work-product information and ... ... held in Gamez/ attorneys agencies were ... by the ... counsel in prison, ... AG's office. ADC does not have an ... recognized ... in ... the last ... years. ADC administration ... having the ... C.I.s or document their reliability. As a result ADC "FBI" and "AG" invaded attorney/client communication and discriminated on GC muslim religion. It was ... determined that the ... in charge of the muslim investigation had ... sexual favors with C.I.s in ... for his cooperation in which ... evidence and ... 

INMATE SIGNATURE GAMEZ, Resolution- Investigate the ADC ...   DATE (mm/dd/yyyy)

retaliation, ADC available relief.

Have you discussed this with institution staff?  ☑ Yes   ☐ No

If yes, give the staff member name D.W. COLEMAN

Distribution:  INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14