Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
       carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE STIPULATION (MAXIMUM CUSTODY PERFORMANCE MEASURES 1-3, 5-6, AND 8) (DOC. 3590)** |

Plaintiffs move this Court for an order allowing them to file a supplemental brief in support of Plaintiffs' Motion to Enforce the Stipulation (Maximum Custody Performance Measures 1-3, 5-6, and 8) (Doc. 3590). Briefing on the Motion was complete on October 6, 2020. [Doc. 3775]

On December 4, 2020, Defendants produced records to Plaintiffs showing that there was an almost complete failure to comply with several of the Maximum Custody Performance Measures ("MCPM") from April through August 2020 at Florence-Kasson, Eyman-Browning and Eyman-SMU I. People are simply not being taken out of their cells. According to the documents produced by Defendants, the actual compliance rates from April through August at these three facilities are as follows:

|  | April | May | June | July | August |
|---|---|---|---|---|---|
| MCPM 1 (Minimum out-of-cell time at each step) | | | | | |
| Browning | 0% | 50% | 0% | 60% | 60% |
| SMU I | 30% | 10% | 0% | 10% | 20% |
| MCPM 2 (1 hour out-of-cell programming at Steps 2 & 3) | | | | | |
| Kasson | 0% | 0% | 0% | 0% | 0% |
| Browning | 0% | 0% | 0% | 0% | 0% |
| SMU I | 0% | 0% | 25% | 0% | 33% |
| MCPM 5 (Minimum out-of-cell exercise time) | | | | | |
| Browning | 40% | 100% | 70% | 100% | 100% |
| SMU I | 100% | 40% | 0% | 30% | 40% |
| MCPM 6 (Incentives as required by DI 326) | | | | | |
| Kasson | 30% | 60% | 60% | 30% | 50% |
| Browning | 10% | 50% | 0% | 60% | 50% |
| SMU I | 0% | 0% | 0% | 0% | 0% |
| MCPM 8 (Additional out-of-cell time for people with serious mental illness) | | | | | |
| Kasson | 0% | 0% | 0% | 0% | 0% |
| Browning | 0% | 0% | 0% | 0% | 0% |
| SMU I | 0% | 0% | 100% | 0% | 0% |

This evidence of the ongoing and, indeed, worsening failures to comply is highly relevant to the pending Motion to Enforce the Stipulation. Plaintiffs request leave to file a supplemental brief detailing the extraordinary nature of Defendants' noncompliance with the maximum custody performance measures as set forth in the Stipulation since the beginning of the Covid-19 pandemic.

| | | |
|---|---|---|
| 1 | Dated:  December 21, 2020 | **ACLU NATIONAL PRISON PROJECT** |
| 2 | | |
| 3 | | By: s/ Maria V. Morris |
| | | David C. Fathi (Wash. 24893)* |
| 4 | | Maria V. Morris (D.C. 1697904)** |
| | | Eunice Hyunhye Cho (Wash. 53711)* |
| 5 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 6 | | Telephone:  (202) 548-6603 |
| | | Email:    dfathi@aclu.org |
| 7 | |             mmorris@aclu.org |
| | |             echo@aclu.org |
| 8 | | |
| | | *Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts |
| 9 | | |
| | | **Admitted *pro hac vice* |
| 10 | | |
| | | Corene Kendrick (Cal. 226642)* |
| 11 | | **ACLU NATIONAL PRISON PROJECT** |
| 12 | | 39 Drumm Street |
| | | San Francisco, California 94111 |
| 13 | | Telephone:  (202) 393-4930 |
| | | Email:   ckendrick@aclu.org |
| 14 | | |
| | | *Admitted *pro hac vice* |
| 15 | | |
| | | Donald Specter (Cal. 83925)* |
| 16 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 17 | | Rita K. Lomio (Cal. 254501)* |
| | | **PRISON LAW OFFICE** |
| 18 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 19 | | Telephone:  (510) 280-2621 |
| | | Email:    dspecter@prisonlaw.com |
| 20 | |             ahardy@prisonlaw.com |
| | |             snorman@prisonlaw.com |
| 21 | |             rlomio@prisonlaw.com |
| 22 | | *Admitted *pro hac vice* |
| 23 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 24 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 25 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 26 | | Telephone:  (602) 351-8000 |
| | | Email:    dbarr@perkinscoie.com |
| 27 | |             agerlicher@perkinscoie.com |
| | |             jhgray@perkinscoie.com |
| 28 | | |

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
       carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email: adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
       rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2020, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-