## Index of Exhibits to the
## Declaration of Maria V. Morris

| Exhibit | Description |
|---|---|
| 1 | A true and correct copy of the Cancellation Memos and supporting Information Reports for Florence-Kasson for the months April through August 2020 **[FILED UNDER SEAL]** |
| 2 | A true and correct copy of the Florence-Kasson Out-of-Cell Time Tracking Forms for April through August 2020 **[REDACTED / FILED UNDER SEAL]** |
| 3 | A true and correct copy of the Cancellation Memos and supporting Information Reports for Eyman-Browning for the months April through August 2020 **[FILED UNDER SEAL]** |
| 4 | A true and correct copy of the Eyman-Browning Out-of-Cell Time Tracking Forms for April through August 2020 **[REDACTED / FILED UNDER SEAL]** |
| 5 | A true and correct copy of the Cancellation Memos and supporting Information Reports for Eyman-SMU I for the months April through August 2020 **[FILED UNDER SEAL]** |
| 6 | A true and correct copy of the Eyman-SMU I Out-of-Cell Time Tracking Forms for April through August 2020 **[REDACTED / FILED UNDER SEAL]** |
| 7 | A true and correct copy of the Florence-Kasson SMI Out-of-Cell Time Tracking Forms for April through August 2020 **[REDACTED / FILED UNDER SEAL]** |
| 8 | A true and correct copy of an example of the eOMIS entries used at Florence-Kasson to document the cancellations of mental health and psycho-educational programming **[REDACTED / FILED UNDER SEAL]** |
| 9 | A true and correct copy of the Eyman-Browning SMI Out-of-Cell Time Tracking Forms for April through August 2020 **[REDATED / FILED UNDER SEAL]** |
| 10 | A true and correct copy of the Eyman-SMU I SMI Out-of-Cell Time Tracking Forms for April through August 2020 **[REDACTED / FILED UNDER SEAL]** |
| 11 | A true and correct copy of a portion of an August 28, 2020 eOMIS entry for ▊▊▊▊▊▊▊▊, ADC # ▊▊▊▊▊ **[FILED UNDER SEAL]** |