**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maximum Custody Daily Out-of-Cell Time Tracking**

C = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

R = Refusal: Write at what **time offered** on front of form followed by "R", write the **amount of time** on the back; inmate (or two staff members) sign on back if feasible / available.

| | |
|---|---|
| Unit __Browning__ | Cell Locations 2E 049B |
| Week Start Date *(mm/dd/yyyy)* 8/15/2020 | |
| Week End Date *(mm/dd/yyyy)* 8/21/2020 | |
| Browning Step Program Incentive Matrix | |

Section Completed By:   ☐ COS X Designee *(check one)*

Weekly expectations:   ☐ Met for Inmate ☐ NOT Met for Inmate *(check one)*

Printed Name and Badge Number  Copeland, J. #2846

Signature _____   Date 8/24/2020

INMATE NAME *(Last, First M.I.)* *(Please print)*

ADC NUMBER

STEP LEVEL

Inmate is SMI? *(Seriously Mentally Ill)* ☐ Yes ☒ No *(check one)*

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - 0600 | STAFF NAME (Last Name, Badge #) (Please print) Last Name | Badge # | MEALS — Out of Cell ("OOC") (Incentive) Breakfast/ Lunch Time Out/ Offer | Time In | Dinner Time Out/ Offer | Time In | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2, & 3 ENCLOSURES: A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC. A - E | Time Out/ Offer | Time In | VISITATION Time Out/ Offer | Time In | PROGRAM CLASSES/ GROUPS Time Out/ Offer | Time In | EDUCATION CLASSES / LIBRARY Time Out/ Offer | Time In | OTHER Time Out/ Offer | Time In | SMI Add'l. 10 Hrs. Unstructured Time Out/ Offer | Time In | SMI A = Add'l 1 Hr. OOC MH ... B = Add'l 1 Hr. OOC Psycho ... A - B Time Out/ Offer | Time In | SMI Add'l. 1 Hr. Other OOC Time Out/ Offer | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | A | Flores, A | 4274 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Flores, A | 4274 | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | Hadad | 11624 | | | | | Hcuoh | | | | | | | | | | | | | | | | | |
| | A | Hadad | 11624 | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | Hadad | 11624 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Hadad | 11624 | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Williamson | 10494 | | | | | A | 1012 | P | | | | | | | | | | | | | | | |
| | A | Williamson | 10494 | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | Martinez | 12437 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Martinez | 12437 | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | Fernion | 4/04u | | | | | | | | | | 0700 | C | | | | | | | | | | | |
| | A | Fernion | 4/04u | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | Fernion | 4/47 | | | | | A | 1100 | R | | | | | | | | | | | | | | | |
| | A | Fernion | 4/44 | | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | | 44 | | | | 12 | | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = __10.4__

Page 1 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666776

**Maximum Custody Daily Out of Cell Time Tracking – Continued**

| INMATE NAME (Last, First M.I.) (Please print) | | | | ADC NUMBER | | |
|---|---|---|---|---|---|---|
| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS | AMOUNT OF TIME Refused | REFUSALS | |
| | | | • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| | Last Name | Badge # | | | | |
| 8/16/20 | Hadad 11624 | | Refuse rec | 3 | Hadad 11624 | |
| 8/18/20 | Williamson | 10494 | refused rec | 3 | Williamson | 10494 |
| 8/20/2020 | APPEL | 9960 | HAZELDEN EDUCATION CANCELLED IR#20-A21-3578 | | | |
| 8/21/20 | Emick | 9144 | ref rec | 3 | Emick 9144 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666777

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maximum Custody Daily Out-of-Cell Time Tracking**

**C** = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

**R** = Refusal: Write at what time offered on front of form followed by "R", write the **amount of time** on the back; inmate (or two staff members) **sign** on back if feasible / available.

| Unit **Browning** | Cell Locations 2F 026U |
|---|---|
| Week Start Date *(mm/dd/yyyy)* 8/15/2020 | |
| Week End Date *(mm/dd/yyyy)* 8/21/2020 | |
| Browning Step Program Incentive Matrix | |

Section Completed By: ☐ COS ☒ Designee *(check one)*

Weekly expectations: ☒ Met for Inmate ☐ NOT Met for Inmate *(check one)*

Printed Name and Badge Number   Copeland, J. #2846

Signature _____

Date 8/24/2020

INMATE NAME *(Last, First M.I.)* *(Please print)*

ADC NUMBER

STEP LEVEL

Inmate is SMI? *(Seriously Mentally Ill)* ☐ Yes ☒ No *(check one)*

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - 0600 | | STAFF NAME (Last Name, Badge #) (Please print) | | MEALS Out of Cell ("OOC") (Incentive) | | | | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2, & 3 ENCLOSURES: A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC. | | | VISITATION OOC and incentive for Steps 1, 2 & 3 (Cannot use Visitation hrs. towards MC PM #8's; Add'l. 10 hrs. of Unstructured OOC Time) | | PROGRAM CLASSES/ GROUPS Steps 2 & 3 (Specify activity in comments section on back side) | | EDUCATION CLASSES / LIBRARY Steps 2 & 3 (Specify activity in comments section on back side) | | OTHER OOC and incentive for Steps 2 & 3 (Specify activity in comments section on back side) | | SMI Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 (Cannot use time for rec./exer.; showers, visit., medical, or classification) (Specify activity in comments section on back | | SMI A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 | | SMI Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 (Specify activity in comments section on back side) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Last Name | Badge # | Breakfast/ Lunch Time Out/ Offer | Time In | Dinner Time Out/ Offer | Time In | A - E | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | A - B | Time Out/ Offer | Time In | Time Out/ Offer | Time In |
| Sat | A | | Miller | 9497 | | | | | | | | | | | | | | | | | | | | | | |
| | A | | Miller | 9497 | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | | *lieu* | *efe* | | | | | A | 0610 | R | | | | | | | | | | | | | | | |
| | A | | | *2580* | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | | Ross | 11490 | | | | | | | | | | | | | | | | | | | | | | |
| | A | | Ross | 11490 | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | | *lieu* | 3080 | | | | | A | 1000 | 1301 | | | | | | | | | | | | | | | |
| | A | | | 3080 | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | | Hadad 11624 | | | | | | | | | | | | | | | | | | | | | | | |
| | A | | Hadad 11624 | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | | Osornio Martinez | 9269 | | | | | | | | | | | | | | | | | | | | | | |
| | A | | Osornio Martinez | 9269 | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | | Osornio Martinez | 92- | | | | | A | 0610 | R | | | | | | | | | | | | | | | |
| | A | | Osornio Martinez | 9269 | | | | | | | | | | | | | | | | | | | | | | |
| | | **TOTALS** | | | | | | | 9H 1M | | | | | | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = 9 H 1M

Page 1 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666788

**Maximum Custody Daily Out of Cell Time Tracking – Continued**

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) Last Name | Badge # | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
|---|---|---|---|---|---|---|
| 8/16 | Ru~ | 352 | Refuse rec | 3 | Ru~ 3680 | |
| 8/21/20 | Osornio Martinez | 9269 | INMATE REFUSED REC 9269 | 3 | Osornio 9269 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

INMATE NAME (Last, First M.I.) (Please print)   ADC NUMBER

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

Page 2 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666789

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maximum Custody Daily Out-of-Cell Time Tracking**

C = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

R = Refusal: Write at what **time offered** on front of form followed by "R", write the **amount of time** on the back; inmate (or two staff members) **sign** on back if feasible / available.

Unit __Browning__    Cell Locations 3G 024B

Week Start Date (mm/dd/yyyy) 8/15/2020

Week End Date (mm/dd/yyyy) 8/21/2020

Browning Step Program Incentive Matrix

Section Completed By:   ☐ COS  ☒ Designee *(check one)*

Weekly expectations:   ☒ Met for Inmate  ☐ NOT Met for Inmate *(check one)*

Printed Name and Badge Number __Copeland, J. #2846__

Signature _____   Date 8/24/2020

INMATE NAME *(Last, First M.I.) (Please print)*   ADC NUMBER   STEP LEVEL 3   Inmate is SMI? *(Seriously Mentally Ill)* ☐ Yes ☒ No *(check one)*

| Day of the Week | Shift A=AM 0600-1800 /P=PM 1800- | STAFF NAME (Last Name, Badge #) (Please print) Last Name | Badge # | MEALS Out of Cell ("OOC") (Incentive) Breakfast/Lunch Time Out/Offer | Time In | Dinner Time Out/Offer | Time In | RECREATION A- | Time Out/Offer | Time In | VISITATION Time Out/Offer | Time In | PROGRAM CLASSES/GROUPS Time Out/Offer | Time In | EDUCATION CLASSES/LIBRARY Time Out/Offer | Time In | OTHER Time Out/Offer | Time In | SMI Time Out/Offer | Time In | SMI A Time Out/Offer | Time In | SMI Time Out/Offer | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | A | Miller | 9497 | | | | | A | 1211 | 1517 | | | | | | | | | | | | | | |
| | A | Miller | 9497 | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | Botello | 1169? | | | | | | | | | | | | | | | | | | | | | |
| | A | Botello | 1169? | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | Butello | 1169? | | | | | M | 0660 | R | | | | | | | | | | | | | | |
| | A | Botello | 1169? | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Botello | 1169? | | | | | | | | | | | | | | | | | | | | | |
| | A | Botello | 1169? | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | Botello | 169? | | | | | A | 0900 | 1200 | | | | | | | | | | | | | | |
| | A | Botello | 169? | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | Martinez | 12437 | | | | | A | 0711 | 1015 | | | | | | | | | | | | | | |
| | A | Martinez | 12437 | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | Garcia | 1062 | | | | | | | | | | | | | | | 0800 | C | | | | | | |
| | A | Garcia | 1062 | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | 12← | 10m | | | 1← | | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = 13 H 10m

812-1 7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666797

**Maximum Custody Daily Out of Cell Time Tracking – Continued**

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | | | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |

INMATE NAME *(Last, First M.I.) (Please print)* | ADC NUMBER

| DATE (mm/dd/yy) | Last Name | Badge # | • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. <br> • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | | | |
|---|---|---|---|---|---|---|
| 8/17 | Batella | 11691 | ReF  Rec | 3 | Botella  11691 | |
| 09/21/2020 | Appel | 9960 | Hazelden Education Cancelled IR#20-A21-3391 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666798

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maximum Custody Daily Out-of-Cell Time Tracking**

C = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

R = Refusal: Write at what **time** offered on front of form followed by "R", write the **amount of time** on the back; inmate (or two staff members) **sign** on back if feasible / available.

| Unit Browning | Cell Locations 3H 028B |
| Week Start Date *(mm/dd/yyyy)* 8/15/2020 | |
| Week End Date *(mm/dd/yyyy)* 8/21/2020 | |
| Browning Step Program Incentive Matrix | |

Section Completed By: ☐ COS  ☒ Designee *(check one)*
Weekly expectations: ☑ Met for Inmate ☐ NOT Met for Inmate *(check one)*
Printed Name and Badge Number  Copeland, J. #2846
Signature _____   Date 8/24/2020

| INMATE NAME *(Last, First M.I.) (Please print)* | | ADC NUMBER | STEP LEVEL | Inmate is SMI? *(Seriously Mentally Ill)* ☐ Yes ☒ No *(check one)* |

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - noon | STAFF NAME (Last Name, Badge #) (Please print) | | MEALS Out of Cell ("OOC") (Incentive) | | | | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2, & 3 ENCLOSURES: A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC. | | | VISITATION OOC and incentive for Steps 1, 2 & 3 (Cannot use Visitation hrs. towards MC PM #8's: Add'l. 10 hrs. of Unstructured OOC Time) | | PROGRAM CLASSES/ GROUPS Steps 2 & 3 (Specify activity in comments section on back side) | | EDUCATION CLASSES / LIBRARY Steps 2 & 3 (Specify activity in comments section on back side) | | OTHER OOC and incentive for Steps 2 & 3 (Specify activity in comments section on back side) | | SMI Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 (Cannot use time for rec/exer., showers, visit., medical, or classification) (Specify activity in comments section on back | | SMI A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 | | | SMI Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 (Specify activity in comments section on back side) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Last Name | Badge # | Breakfast/ Lunch Time Out/ Offer | Time In | Dinner Time Out/ Offer | Time In | A - E | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | A - B | Time Out/ Offer | Time In | Time Out/ Offer | Time In |
| Sat | A | Carcaxe | 1052 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Carcaxe | 1052 | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | Jues | 1139 | | | | | A | Show | R | | | | | | | | | | | | | | | |
| | A | Jues | 1132 | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | Jues | 1179 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Jues | 1179 | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Maldonado | 6325 | | | | | A | OOC B | R | | | | | | | | | | | | | | | |
| | A | Maldonado | 6325 | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | Jiles | 1303 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Jiles | 1303 | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | Flores | 7526 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Flores | 7526 | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | Pela | 9777 | | | | | H | 900 | R | | | | | | | | | | | | | | | |
| | A | Pela | 9777 | | | | | | 650 | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | | 9H | | | | | | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = 9 H

Page 1 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666810

## Maximum Custody Daily Out of Cell Time Tracking – Continued

| INMATE NAME (Last, First M.I.) (Please print) | | | | ADC NUMBER | |
|---|---|---|---|---|---|

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| 08/16 | Jhus | 1130 | 1/2 RfRuc   ReL | 3 | Jhuo 1130 | |
| 2/18 | Cruuse | 6324 | refused pre | 3 | Comspo 6329 | |
| 8/2 | R6 | 9m | Ref rea | 2 | Rds 9777 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation: e.g., staffing shortage, weather, ICS.

812-1 7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666811

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maximum Custody Daily Out-of-Cell Time Tracking**

C = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

R = Refusal: Write at what **time offered** on front of form followed by "R", write the **amount of time** on the back; inmate (or two staff members) **sign** on back if feasible / available.

Unit __Browning__     Cell Locations __4I 035B__

Week Start Date *(mm/dd/yyyy)* 8/15/2020

Week End Date *(mm/dd/yyyy)* 8/21/2020

Browning Step Program Incentive Matrix

Section Completed By:   ☐ COS  X Designee *(check one)*

Weekly expectations:   ☑ Met for Inmate  ☐ NOT Met for Inmate *(check one)*

Printed Name and Badge Number   Copeland, J. #2846

Signature _____

Date 8/24/2020

INMATE NAME *(Last, First M.I.)* *(Please print)*

ADC NUMBER

STEP LEVEL  3

Inmate is SMI? *(Seriously Mentally Ill)*  ☐ Yes  ☒ No *(check one)*

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - noon | STAFF NAME (Last Name, Badge #) (Please print) Last Name | Badge # | MEALS Out of Cell ("OOC") (Incentive) Breakfast/ Lunch Time Out/ Offer | Time In | Dinner Time Out/ Offer | Time In | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2 & 3 ENCLOSURES: A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC. A - E | Time Out/ Offer | Time In | VISITATION OOC and incentive for Steps 1, 2 & 3 (Cannot use Visitation hrs. towards MC PM #8's; Add'l. 10 hrs. of Unstructured OOC Time) Time Out/ Offer | Time In | PROGRAM CLASSES/ GROUPS Steps 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In | EDUCATION CLASSES / LIBRARY Steps 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In | OTHER OOC and incentive for Steps 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In | SMI Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 (Cannot use time for rec/exer., showers, visit., medical, or classification) (Specify activity in comments section on back side) Time Out/ Offer | Time In | SMI A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 A - B | Time Out/ Offer | Time In | SMI Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | A | Cunningham | 8067 | | | | | A | 06-30 | C | | | | | | | | | | | | | | | | | | |
| | A | Cunningham | 8067 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | Cross | 2973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | A | Cross | 2973 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | | | | | | | A | 713 | 815 | | | | | | | | | | | | | | | | | | |
| | A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | A | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | Parker | 1599 | | | | | | | | | | 1030 | C | | | | | | | | | | | | | | |
| | A | Parker | 1599 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | Johnson | 8192 | | | | | A | 3630 | R | | | | | | | | | | | | | | | | | | |
| | A | Johnson | 8192 | | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | Cunningham | 8067 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | A | Cunningham | 8067 | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | | 9 2 | | | | | 1 4 | | | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = __10 H__

Page 1 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666820

## Maximum Custody Daily Out of Cell Time Tracking – Continued

| | | | | | |
|---|---|---|---|---|---|
| **INMATE NAME** (Last, First M.I.) (Please print) | | | | **ADC NUMBER** | |

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| 8/15 | Cunningham 8067 | | REC CANCELLED PER WARDEN  IR#20-A21-5365 | 2 | Cunningham 8067 C | |
| 8/17 | COII Bennett 1135 | | Came in Early from Rec | /158m | | COII Bennett 1139 |
| 8/20 | GLOOR, M.  # 2157 | | Refused Recreation | 3 | GLOOR, M.  # 2157 | |
| LE  8/19/20 | APPEL | 9960 | HAZELDEN EDUCATION CANCELLED IR#20-A21-3355 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

Page 2 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666821

# ARIZONA DEPARTMENT OF CORRECTIONS

## Maximum Custody Daily Out-of-Cell Time Tracking

**C** = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

**R** = Refusal: Write at what **time offered** on **front** of form followed by "R", write the **amount of time** on the back; inmate (or two staff members) **sign** on back if feasible / available.

| | |
|---|---|
| Unit __Browning__ | Cell Locations __4J 042B__ |
| Week Start Date *(mm/dd/yyyy)* 8/15/2020 | |
| Week End Date *(mm/dd/yyyy)* 8/21/2020 | |
| Browning Step Program Incentive Matrix | |

Section Completed By:  ☐ COS  ☒ Designee  *(check one)*

Weekly expectations:  ☒ Met for Inmate  ☐ NOT Met for Inmate  *(check one)*

Printed Name and Badge Number __Copeland, J. #2846__

Signature _____

Date 8/24/2020

INMATE NAME *(Last, First M.I.)* *(Please print)*

ADC NUMBER

STEP LEVEL __2__

Inmate is SMI? *(Seriously Mentally Ill)* ☐ Yes  ☒ No *(check one)*

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - 0600 | STAFF NAME (Last Name, Badge #) (Please print) Last Name | Badge # | MEALS Out of Cell ("OOC") (Incentive) Breakfast/ Lunch Time Out/ Offer | Time In | Dinner Time Out/ Offer | Time In | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2, & 3 ENCLOSURES: A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC. A - | Time Out/ Offer | Time In | VISITATION OOC and incentive for Steps 1, 2 & 3 (Cannot use Visitation hrs. towards MC PM #8's: Add'l. 10 hrs. of Unstructured OOC Time) Time Out/ Offer | Time In | PROGRAM CLASSES/ GROUPS Steps 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In | EDUCATION CLASSES / LIBRARY Steps 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In | OTHER OOC and incentive for Steps 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In | SMI Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 (Cannot use time for rec./exer., showers, visit., medical, or classification) (Specify activity in comments section on back side) Time Out/ Offer | Time In | SMI A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 A - Time Out/ Offer | Time In | SMI Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 (Specify activity in comments section on back side) Time Out/ Offer | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | A | OEHLER | 11596 | | | | | A | 0630 | E | | | | | | | | | | | | | | | |
| | A | OEHLER | 11596 | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | Victorino | 10488 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Victorino | 10488 | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | Varstagn | 2412 | | | | | A | 1100 | R | | | | | | | | | | | | | | | |
| | A | Varstagn | 2412 | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Varsteon | 2412 | | | | | | | | | | 1250 | C | | | | | | | | | | | |
| | A | Varstapn | 2412 | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | [illegible] | 12046 | | | | | | | | | | | | | | | | | | | | | | |
| | A | [illegible] | 12046 | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | Martinez | 12437 | | | | | A | 0803 | 1234 | | | | | | | | | | | | | | | |
| | A | Martinez | 12437 | | | | | A | 0803 | 1111 | | | | | | | | | | | | | | | |
| Fri | A | FUENTES | 3264 | | | | | | | | | | | | | | | | | | | | | | |
| | A | FUENTES | 3264 | | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | 9 H 9 M | | | | | 1 J | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = __12 H 9 M__

Page 1 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666832

**Maximum Custody Daily Out of Cell Time Tracking – Continued**

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| 08/15/20 | CELILER | 1598 | REC CANCELLED   IR# 20-A21-3305 | | | |
| 8/17 | Verstoen | 2412 | refused rec | 3 | Verstegen 2412 | |
| 8/18/2020 | APPEL | 9960 | HAZELDEN EDUCATION CANCELLED IR# 20-A21-3342 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666833

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maximum Custody Daily Out-of-Cell Time Tracking**

C = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

R = Refusal: Write at what time offered on front of form followed by "R", write the **amount of time** on the back; inmate (or two staff members) **sign** on back if feasible / available.

| | |
|---|---|
| Unit __Browning__     Cell Locations 4L 009B | Section Completed By:   ☐ COS  X Designee *(check one)* |
| Week Start Date *(mm/dd/yyyy)* 8/15/2020 | Weekly expectations:   ☑ Met for Inmate ☐ NOT Met for Inmate *(check one)* |
| Week End Date *(mm/dd/yyyy)* 8/21/2020 | Printed Name and Badge Number __Copeland, J. #2846__ |
| **Browning Step Program Incentive Matrix** | Signature _____     Date 8/24/2020 |

INMATE NAME *(Last, First M.I.) (Please print)*     ADC NUMBER     STEP LEVEL     Inmate is SMI? *(Seriously Mentally Ill)* ☐ Yes ☒ No *(check one)*

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - 0600 | | STAFF NAME (Last Name, Badge #) (Please print) | | MEALS Out of Cell ("OOC") (Incentive) | | | | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2, & 3 ENCLOSURES: A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC. | | | VISITATION OOC and incentive for Steps 1, 2 & 3 (Cannot use Visitation hrs. towards MC PM #8's; Add'l. 10 hrs. of Unstructured OOC Time) | | PROGRAM CLASSES/ GROUPS Steps 2 & 3 (Specify activity in comments section on back side) | | EDUCATION CLASSES / LIBRARY Steps 2 & 3 (Specify activity in comments section on back side) | | OTHER OOC and incentive for Steps 2 & 3 (Specify activity in comments section on back side) | | SMI Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 (Cannot use time for rec /exer., showers, visit., medical, or classification) (Specify activity in comments section on back | | SMI A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 | | SMI Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 (Specify activity in comments section on back side) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Last Name | Badge # | Breakfast/ Lunch | | Dinner | | A - E | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | A - B | Time Out/ Offer | Time In | Time Out/ Offer | Time In |

| Day | Shift | Last Name | Badge | Time Out/Offer | Time In | Time Out/Offer | Time In | A-E | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | A-B | Time Out/Offer | Time In | Time Out/Offer | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | A | Cunningham | 8067 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Cunningham | 8067 | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | AMADO | Yoru | | | | | A | aciw | R | | | | | | | | | | | | | | | |
| | A | AMADO | Yoru | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | BUNNELL #6743 | | | | | | | | | | | | | | | | | | | | | | | |
| | A | BUNNELL #6743 | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | BUNNELL #6743 | | | | | | A | 1317 | 1619 | | | | | | | | | | | | | | | |
| | A | BUNNELL #6743 | | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | JM Bennett 1935 | | | | | | | | | | | | | | | | | | | | | | | |
| | A | JM Bennett 1935 | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | GLOOR , M.   # 2157 | | | | | | | | | | | | | | | | | | | | | | | |
| | A | GLOOR , M.   # 2157 | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | CEULER | 11556 | | | | | A | 0843 | 1022 | | | | | | | | | | | | | | | |
| | A | CEULER | 1556 | | | | | | 942M | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | | | | | | | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = 942M

Page 1 of 2

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666843

## Maximum Custody Daily Out of Cell Time Tracking – Continued

INMATE NAME *(Last, First M.I.) (Please print)*

ADC NUMBER

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | | | • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. | | INMATE SIGNATURE *(if feasible)* or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) *(if available)* |
| | Last Name | Badge # | • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | | | |
| 8.16 | Amaro | krou | Ref Rec | 3 | Amaro Krou | |
| 8/21/20 | OEHLER | 11591 | ELECTED TO RETURN EARLY FROM REC | 41 m. | OEHLER 11591 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

812-1
7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666844

# ARIZONA DEPARTMENT OF CORRECTIONS

## Maximum Custody Daily Out-of-Cell Time Tracking

= Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

**R = Refusal:** Write at what time offered on front of form followed by "R", write the amount of time on the back; inmate (or two staff members) sign on back if feasible / available.

| | |
|---|---|
| Unit **BROWNING** | Cell Locations 1A 021B |
| Week Start Date *(mm/dd/yyyy)* 8/15/2020 | |
| Week End Date *(mm/dd/yyyy)* 8/21/2020 | |
| Step Program Incentive Matrix _____ | |

Section Completed By: ☐ COS  ☒ Designee *(check one)*

Weekly expectations: ☐ Met for Inmate  ☐ NOT Met for Inmate *(check one)*

Printed Name and Badge Number  Lt. Copeland, J.

Signature _____  Date 8/24/2020

| INMATE NAME *(Last, First M.I.)* *(Please print)* | ADC NUMBER | STEP LEVEL 1 | Inmate is SMI? *(Seriously Mentally Ill)* ☒ Yes  ☐ No *(check one)* |
|---|---|---|---|

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - 0600 | STAFF NAME (Last Name, Badge #) (Please print) | | MEALS Out of Cell ("OOC") (Incentive) | | | | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2, & 3 ENCLOSURES: A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC. | | | VISITATION OOC and incentive for Steps 1, 2 & 3 | | PROGRAM CLASSES/ GROUPS Steps 2 & 3 | | EDUCATION CLASSES / LIBRARY Steps 2 & 3 | | OTHER OOC and incentive for Steps 2 & 3 | | SMI Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 | | SMI A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 | | SMI Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Last Name | Badge # | Breakfast/ Lunch Time Out/ Offer | Time In | Dinner Time Out/ Offer | Time In | A-E | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | A-B | Time Out/ Offer | Time In | Time Out/ Offer | Time In |
| Sat | A | Ondo | 1768 | | | | | A | 0600 C | | | | | | | | | | | | | | | | |
| | A | Chico | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | Granado | 6325 | | | | | | | | | | | | | | | | | | | | | | |
| | A | Granado | 6325 | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | J barnett 2057 | | | | | | A | 1011 R | | | | | | | | | | 0700 | c | | | | | |
| | A | J barnett 2057 | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Amado | Xerr | | | | | | | | | | | | | | | | | | A | 0700 c | | 0900 c |
| | A | Amado | Xerr | | | | | | | | | | | | | | | | | | B | 0800 c | | |
| Wed | A | J barnett 2057 | | | | | | | | | | | | | | | | | 0700 | c | | | | | |
| | A | J barnett 2057 | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | CURTIS | 11674 | | | | | A | 0700 R | | | | | | | | | | 0700 | c | | | | | |
| | A | CURTIS | 11674 | | | | | | 28 | | | | | | | | | | | | | | | | |
| Fri | A | CURTIS | 11674 | | | | | | | | | | | | | | | | | | | | | | |
| | A | CURTIS | 11674 | | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | | 9 H | | | | | | | | | | 1 H | | | 2 H | | 2 H | |

TOTAL # OF OOC HOURS = **24 H**

Maximum Custody Daily Out of Cell Time Tracking – Continued

| INMATE NAME (Last, First M.I.) (Please print) | | | | | ADG NUMBER | | |
|---|---|---|---|---|---|---|---|

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (if available) |
| 8/1/20 | ✓ barnett 2057 | | Inmate refuse... recreation | 3 | ✓ barnett 2057 | |
| 8/20 | CURTIS | 11674 | **REFUSED REC** | 3 | CURTIS 11674 | |
| LE 8/15 | Chico | | /0847 rec cancelled per Warden IR # 20-A21-3305 | | | |
| LE 8/17 | Jackson | 11750 | TABLE TIME CANCELED IR # 20-A21-3326 | | | |
| LE 8/18 | Jackson | 11750 | PSYCH ED CANCELLED IR # 20-A21-3342 | | | |
| LE 8/18 | Jackson | 11750 | PSYCH THERAPY CANCELLED IR # 20-A21-3342 | | | |
| LE 8/18 | Appel | 9960 | HAZELDEN ED CANCELLED IR # 20-A21-3342 | | | |
| LE 8/19 | Appel | 9960 | TABLE TIME CANCELLED IR # 20-A21-3355 | | | |
| LE 8/20 | Appel | 9960 | TABLE TIME CANCELLED IR # 20-A21-3378 | | | |
| | | | | | | |
| 8/21/2020 | Appel | 9960 | ALL SMI TABLE TIME CANCELLED FOR THE WEEK | | Sgt Appel 9960 | Jackson 11750 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

812-1
7/24/19


ADCM 666853

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Maximum Custody Daily Out-of-Cell Time Tracking**

C = Cancellation or Limitation *(shortening)* of OOC time: Write reason in Comments section.

R = Refusal: Write at what *time offered* on front of form followed by "R", write the *amount of time* on the back; inmate (or two staff members) sign on back if feasible / available.

| Unit | Browning | Cell Locations 1D 006B |
|---|---|---|
Week Start Date (mm/dd/yyyy) 8/15/2020
Week End Date (mm/dd/yyyy) 8/21/2020
Browning Step Program Incentive Matrix

Section Completed By: ☐ COS X Designee *(check one)*
Weekly expectations: ☐ Met for Inmate ☐ NOT Met for Inmate *(check one)*
Printed Name and Badge Number  Copeland, J. #2846
Signature _____   Date 8/24/2020

INMATE NAME (Last, First M.I.) (Please print)   ADC NUMBER   STEP LEVEL   Inmate is SMI? (Seriously Mentally Ill) ☐ Yes ☒ No (check one)

| Day | | Last Name | Badge # | Breakfast/Lunch Out/In | Dinner Out/In | Recreation A Out/In | Visitation | Program | Education | Other | SMI | SMI | SMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | A | anico | 1060 | | | | | | | | | | |
| | A | Chico | 1060 | | | | | | | | | | |
| Sun | A | BOYD | 603 | | | A 0600 (R | | | | | | | |
| | A | BOYD | 603 | | | | | | | | | | |
| Mon | A | Granado | 6325 | | | | | | | | | | |
| | A | Granado | 6325 | | | | | | | | | | |
| Tue | A | BOYD | 603 | | | A 0600 R | | | | | | | |
| | A | BOYD | 603 | | | | | | | | | | |
| Wed | A | AMADO | 1001 | | | | | | | | | | |
| | A | AMADO | 1001 | | | | | | | | | | |
| Thu | A | CURTIS | 11674 | | | | | | | | | | |
| | A | CURTIS | 11674 | | | | | | | | | | |
| Fri | A | CURTIS | 11674 | | | # 0605 C | | | | | | | |
| | A | CURTIS | 11674 | | | | | | | | | | |
| | | TOTALS | | | | 9 H | | | | | | | |

TOTAL # OF OOC HOURS = 9 H

Page 1 of 2   812-1 7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601   ADCM1666865

## Maximum Custody Daily Out of Cell Time Tracking – Continued

| INMATE NAME (Last, First M.I.) (Please print) | | | | ADC NUMBER | | |
|---|---|---|---|---|---|---|

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| 8-16 | BOYD | 1031 | REFUSED REC | 3 | BOYD 6031 | |
| 8-18 | BOYD | 6031 | REFUSED REC | 3 | BOYD 6031 | |
| 8-21 | CURTIS | 11674 | REC CANCELED IR#20-921-5391 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation: e.g., staffing shortage, weather, ICS.

812-1 7/24/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1666866