# EXHIBIT 8

# REDACTED / FILED UNDER SEAL

|   |   |
|---|---|
|   | ADC #:          Inmate Name:<br>                      09:54:00   DURATION: minutes   TYPE: MH - Health and Welfare Rounds<br>LOCATION: ASPC-F KASSON MHU [A48]   SETTING: Cell |
| S | Are interpreter services needed for this inmate: No<br>NOTES: None |
|   | Subjective Notes: MH in cell group programming seg walk on 08/03/2020, today groups were cancelled due to the COVID-19 virus IR#20-A58-4483. Inmate was seen by this writer cell front and was provided with in-cell programming material. Inmate was instructed to complete homework in cell. Inmate understands and states that he will continue the program in cell at this time to stay on track. This inmate did his homework. |
| O | NOTES: None |
| A | NOTES: None |
| P | NOTES: None |
| E | NOTES: None |
| H/S | MH Status: Admitted Outpatient-Specialized MH Program |
|   | STAFF: Jordan, Betty L   Mental Health Aide |