Maximum Custody Daily Out of Cell Time Tracking – Continued

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. <br> • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| 08/16 | Districd | 4584 | Ref onite Rec | 2.5 | (illegible) | |
| 8/17 | L Guevara | 1004 | Self Control Canceld 20.408-39.10 | 2.5 | | |
| 8/18 | Morris | 2989 | Refuse chute Rec | 2.5 | (illegible) | |
| 8.21 | MrCasule | 13551 | Ref chute Rec | 2.5 | | Tm 13351 |
| | | | | | | |
| 08/21/20 | Badger | 1877 | Late Entry. Outside Recreation cancelled. IR #4022 | | | |

INMATE NAME (Last, First M.I.) (Please print) ▉

ADC NUMBER ▉

*Possible penological reasons for cancellation or limitation: e.g., staffing shortage, weather, ICS.

Page 2 of 2

801-19
3/4/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1667140

# ARIZONA DEPARTMENT OF CORRECTIONS

## Maximum Custody Daily Out-of-Cell Time Tracking

L. = Cancellation or Limitation (shortening) of OOC time. Write reason in Comments section.

R = Refusal: Write at what time offered on front of form followed by "R", write the amount of time on the back. Inmate (or two staff members) sign on back if feasible / available

Unit __SMU-1__   Cell Locations __1A 426U__

Week Start Date (mm/dd/yyyy) __8/15/2020__

Week End Date (mm/dd/yyyy) __8/21/2020__

Step Program Incentive Matrix __SMU-1 ATTACHMENT1__

Section Completed By □ COS X Designee (check one)

Weekly expectations ☑ Met for Inmate □ NOT Met for Inmate (check one)

Printec Name and Badge Number __Lt. M Perea #1461__

Signature _____   Date __08/24/2020__

| | | | INMATE NAME (Last, First M.I.) (Please print) | | | ADC NUMBER | | | STEP LEVEL 3 | Inmate is SMI? (Seriously Mentally Ill) □ Yes ☒ No (check one) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - 0600 | STAFF NAME (Last Name, Badge #) (Please print) | | | MEALS — Out of Cell ("OOC") (Incentive) | | | | RECREATION — OOC AND INCENTIVE FOR STEPS 1, 2 & 3 — ENCLOSURES A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC | | | VISITATION — OOC and incentive for Steps 1, 2 & 3 (Cannot use Visitation hrs towards MC PM #8's Add'l 10 hrs of Unstructured OOC Time) | | PROGRAM CLASSES / GROUPS — Steps 2 & 3 (Specify activity in comments section on back side) | | EDUCATION CLASSES / LIBRARY — Steps 2 & 3 (Specify activity in comments section on back side) | | OTHER — OOC and incentive for Steps 2 & 3 (Specify activity in comments section on back side) | | SMI — Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 (Cannot use time for rec/exer, showers, visit, medical, or classification) (Specify activity in comments section on back side) | | SMI — A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 | | SMI — Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 (Specify activity in comments section on back side) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Last Name | Badge # | | Breakfast/ Lunch | | Dinner | | A - | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | Time Out/ Offer | Time In | A - B | Time Out/ Offer | Time In | Time Out/ Offer | Time In |
| Sat | A | Peterson | 5452 | | | | | | A | 0630 | C | | | | | | | | | | | | | | | |
| | P | Th | 4468 | | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | Murrietta | 2812 | | | | | | | | | | | | | | | | | | | | | | | |
| | P | Hussine | 5407 | | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | Murrietta | 2812 | | | | | | A | 0630 | C | | | | | | | | | | | | | | | |
| | P | mink | 10876 | | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Murrietta | 2817 | | | | | | | | | | | | | | | | | | | | | | | |
| | P | mink | 10876 | | | | | | | | | 120 | C | | | | | | | | | | | | | |
| Wed | A | Murrietta | 2812 | | | | | | D | 0630 | c | | | | | | | | | | | | | | | |
| | P | Valzla | 5135 | | | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | Scurlock 2739 | | | | | | | A | c62 | R | | | | | | | | | | | | | | | |
| | P | Perez | 10134 | | | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | Scurlock 2739 | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | Verstegen | 8412 | | | | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | | | 10 | | | | 1 | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = __11__

801-19
3/4/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1667151

Maximum Custody Daily Out of Cell Time Tracking – Continued

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| 8/18 | Gutierrez | 6225 | Substance Abuse - cancelled - 20-A05-3924 | | | |
| 8/20 | Scurlock | 2733 | MR- NEC | 2 ✓ | Scurlock 2733 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 08/15/20 | Perea | 1461 | Late Entry. Inside Recreation cancelled. IR #4071 | | | |
| 08/17/20 | Perea | 1461 | Late Entry. Inside Recreation cancelled. IR #3922 | | | |
| 08/19/20 | Perea | 1461 | Late Entry. Outside Recreation cancelled. IR #4020 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

INMATE NAME (Last, First M.I.) (Please print) ▮▮▮▮

ADC NUMBER ▮▮▮▮

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

801-19
3/4/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1667152

# ARIZONA DEPARTMENT OF CORRECTIONS
## Maximum Custody Daily Out-of-Cell Time Tracking

C = Cancellation or Limitation *(shortening)* of OOC time. Write reason in Comments section.

R = Refusal: Write at what time offered on front of form followed by "R", write the amount of time on the back. Inmate (or two staff members) sign on back if feasible / available.

Unit __SMU-1__  Cell Locations __3D 211B__

Week Start Date *(mm/dd/yyyy)* __8/15/2020__

Week End Date *(mm/dd/yyyy)* __8/21/2020__

Step Program Incentive Matrix __SMU-1_ATTACHMENT1__

Section Completed By   ☐ COS  X Designee *(check one)*

Weekly expectations   ☑ Met for Inmate  ☐ NOT Met for Inmate *(check one)*

Printed Name and Badge Number __Lt. M. Perea #1461__

Signature _____

Date __08/24/2020__

| | | STAFF NAME (Last Name, Badge #) (Please print) | | MEALS Out of Cell ("OOC") (Incentive) | | | RECREATION OOC AND INCENTIVE FOR STEPS 1, 2 & 3 ENCLOSURES A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC | | | VISITATION | | PROGRAM CLASSES/ GROUPS | | EDUCATION CLASSES / LIBRARY | | OTHER | | SMI | | | SMI | | | SMI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Day | Shift | Last Name | Badge # | Time Out/Offer (Breakfast/Lunch) | Time In | Time Out/Offer (Dinner) | Time In | A-E | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | A-B | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | A | Perez | 10871 | | | | | 1 | 0630 | C | | | | | | | | | | | | | | | |
| | P | Ortiz | 2025 | | | | | | | | | | | | | | | | | | | | | | |
| Sun | A | LETSOS #11550 | | | | | | 3 | 0630 | C | | | | | | | | | | | | | | | |
| | P | Valela | 5135 | | | | | | | | | | | | | | | | | | | | | | |
| Mon | A | LETSOS #11550 | | | | | | A | 0612 | R | | | | | | | | | | | | | | | |
| | P | Robinson | 12676 | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Roweto | 3631 | | | | | | | | | | | | | | | | | | | | | | |
| | P | Robinson | 12676 | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | LETSOS #11550 | | | | | | | | | | | | | | | | | | | | | | | |
| | P | FOXX | 4765 | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | Morris | 2989 | | | | | A | 0655 | R | | | | | | | | | | | | | | | |
| | P | Castelum | 12879 | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | Reiz | 8507 | | | | | | | | | | | | | | | | | | | | | | |
| | P | Ortiz | 2025 | | | | | | | | | | | | | | | | | | | | | | |
| | | TOTALS | | | | | | | 10 H | | | | | | | | | | | | | | | | |

INMATE NAME *(Last, First M.I.)* (Please print) ▓▓▓▓▓

ADC NUMBER ▓▓▓▓▓

STEP LEVEL ____

Inmate is SMI? *(Seriously Mentally Ill)* ☐ Yes  ☑ No *(check one)*

TOTAL # OF OOC HOURS = __10 H__

801-19
3/4/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1667164

Maximum Cu___ly Daily Out of Cell Time Tracking – Continued

| DATE (mm/dd/yy) | STAFF NAME (Last Name, Badge #) (Please print) | | COMMENTS • SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time. • LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | INMATE NAME (Last, First M.I.) (Please print) ██████ | | | ADC NUMBER ██████ | | |
| | Last Name | Badge # | | | INMATE SIGNATURE (If feasible) or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) (If available) |
| 8/17 | LETSOS #11550 | | Ref chute Rec | 2.5 | LETSOS #11550 | |
| 8/20 | Morris | 2989 | Ref Chute Rec | 3.5 | ~ | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 08/15/20 | Perea | 1461 | Late Entry.  Inside Recreation cancelled. IR #4071 | | | |
| 08/16/20 | Perea | 1461 | Late Entry.  Outside Recreation cancelled. IR #3921 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

801-19
3/4/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1667165

# ARIZONA DEPARTMENT OF CORRECTIONS

## Maximum Custody Daily Out-of-Cell Time Tracking

Unit __SMU-1__

Week Start Date (mm/dd/yyyy) 8/15/2020

Week End Date (mm/dd/yyyy) 8/21/2020

Step Program Incentive Matrix SMU-1 ATTACHMENT1

Cell Locations 4A, 102U

INMATE NAME (Last, First M.I.) (Please print)

---

C = Cancellation or Limitation (shortening) of OOC time. Write reason in Comments section

R = Refusal: Write at what time offered on front of form followed by "R", write the amount of time on the back inmate (or two staff members) sign on back if feasible / available

Section Completed By ☐ COS  ☒ Designee (check one)

Weekly expectations ☒ Met for Inmate ☐ NOT Met for Inmate (check one)

Printed Name and Badge Number Lt. M. Perea #1461

Signature

Date 08/24/2020

ADC NUMBER ▮▮▮▮▮

STEP LEVEL 3

Inmate is SMI? (Seriously Mentally Ill) ☐ Yes ☒ No (check one)

| Day of the Week | Shift A = AM 0600 - 1800 / P = PM 1800 - 0600 | STAFF NAME (Last Name, Badge #) (Please print) Last Name | Badge # | MEALS — Out of Cell ("OOC") (Incentive) Breakfast/Lunch | | Dinner | | RECREATION — OOC AND INCENTIVE FOR STEPS 1, 2, & 3 — ENCLOSURES A = CHUTE B = 10 X 10 C = 20 X 40 D = 45 X 90 E = FIELD G = GROUP REC | | | VISITATION — OOC and incentive for Steps 1, 2 & 3 | | PROGRAM CLASSES/GROUPS — Steps 2 & 3 | | EDUCATION CLASSES / LIBRARY — Steps 2 & 3 | | OTHER — OOC and incentive for Steps 2 & 3 | | SMI — Add'l. 10 Hrs. Unstructured OOC Time Steps 1, 2 & 3 | | SMI — A = Add'l 1 Hr. OOC MH Programming (Therapy) AND B = Add'l 1 Hr. OOC Psycho Educational Programming Steps 1, 2 & 3 | | | SMI — Add'l. 1 Hr. Other OOC Time Steps 1, 2 & 3 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Time Out/Offer | Time In | Time Out/Offer | Time In | A | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | Time Out/Offer | Time In | A-B | Time Out/Offer | Time In | Time Out/Offer | Time In |
| Sat | A | Bieb | 9112 | | | | | | | | | | | | | | | | | | | | | | |
| | P | Contreras | 17878 | | | | | A | 600 | C | | | | | | | | | | | | | | | |
| Sun | A | Cowen | 7453 | | | | | | | | | | | | | | | | | | | | | | |
| | P | Crofton | 12297 | | | | | | Floor | R | | | | | | | | | | | | | | | |
| Mon | A | Degen | 8174 | | | | | A | 0605 | R | | | | | | | | | | | | | | | |
| | P | Crofton | 12297 | | | | | | | | | | | | | | | | | | | | | | |
| Tue | A | Pedigo | 10155 | | | | | | | | | | 0640 | C | | | | | | | | | | | |
| | P | Crofton | 12297 | | | | | | | | | | | | | | | | | | | | | | |
| Wed | A | Pedigo | 10155 | | | | | | | | | | | | | | | | | | | | | | |
| | P | Villanueva | 12917 | | | | | | | | | | | | | | | | | | | | | | |
| Thu | A | BADGER | 1877 | | | | | D | 600 | C | | | | | | | | | | | | | | | |
| | P | Payne | 1226 | | | | | | | | | | | | | | | | | | | | | | |
| Fri | A | BADGER | 1877 | | | | | | | | | | | | | | | | | | | | | | |
| | P | Cowen | 17878 | | | | | | | | | | | | | | | | | | | | | | |
| | | **TOTALS** | | | | | | | 10 H | | | 1 H | | | | | | | | | | | | | | |

TOTAL # OF OOC HOURS = 11 H

Page 1 of 2

801-19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1667175

## Maximum Custody Daily Out of Cell Time Tracking – Continued

INMATE NAME *(Last, First at M.I.) (Please print)*

ADC NUMBER

| DATE (mm/dd/yy) | STAFF NAME *(Last Name, Badge #) (Please print)* | | COMMENTS<br>• SPECIFY the ACTIVITY for WIPP/JOB, Religious Services, Programming Classes or Groups, Education Classes, library, SMI Unstructured, and SMI other OOC time.<br>• LIST REASON* for cancellation or limitation and any EFFORT(S) TO MAKE UP TIME, or SPECIFY time was NOT REQUIRED to be made up and WHY. | AMOUNT OF TIME Refused | REFUSALS | |
|---|---|---|---|---|---|---|
| | Last Name | Badge # | | | INMATE SIGNATURE *(If feasible)* or If inmate refuses to sign, STAFF Signature & Badge (#1) | If inmate refuses to sign, STAFF Signature & Badge (# 2) *(If available)* |
| *(illegible)* 8/17 | Crayon | 7453 | Ref chat rec | 2.5 | Crayon 7453 | |
| 8/18 | Tedesco | 10139 | Met Rec | 25 | | |
| | Gutierrez | 10275 | Peer Relationship - Cancelled - IR ADC08-38?? | | Ti caves | |
| | | | | | | |
| | | | | | | |
| 08/15/20 | Badger | 1877 | Late Entry.  Inside Recreation cancelled.  IR #4071 | | | |
| 08/20/20 | Badger | 1877 | Late Entry.  Outside Recreation Cancelled.  IR #4021 | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Possible penological reasons for cancellation or limitation:
e.g., staffing shortage, weather, ICS.

Page 2 of 2

801-19
3/4/19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV12-00601

ADCM1667176