## Index of Exhibits to the
## Declaration of Jessica Carns

| Exhibit | Description |
|---|---|
| 1 | FRE 1006 Summary Exhibit 'Florence-Kasson Out-of-Cell Time, April-August 2020' |
| 2 | FRE 1006 Summary Exhibit 'Eyman-Browning Out-of-Cell Time, April-August 2020' |
| 3 | FRE 1006 Summary Exhibit 'Eyman-SMU I Out-of-Cell Time, April-August 2020' |

# EXHIBIT 1

| | **FRE 1006 Summary Exhibit** <br> **Florence-Kasson Out-of-Cell Time, April-August 2020** | | | | | | |
|---|---|---|---|---|---|---|---|
| | PDF page # | Step level | No. of 3.5 hour rec sessions offered (all in 10 x 10) | Total hours of rec offered | Other out-of-cell hours offered | Total out-of-cell hours offered | Total hours refused |
| **April** | 2 | 2 | 3 | 10.5 | 0 | 10.5 | 7 |
| | 4 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 6 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 8 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 10 | 2 | 3 | 10.5 | 0 | 10.5 | 7 |
| | 12 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 14 | 2 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 16 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 18 | 3 | 3 | 10.5 | 8 | 18.5 | 10.5 |
| | 20 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| **May** | 22 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 24 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 26 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 28 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 30 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 32 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 34 | 3 | 3 | 10.5 | 0 | 10.5 | 7 |
| | 36 | 2 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 38 | 2 | 3 | 10.5 | 0 | 10.5 | 3.5 |
| | 40 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| **June** | 42 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 44 | 1 | 3 | 10.5 | 0 | 10.5 | 7 |
| | 46 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 48 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 50 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 52 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 54 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 56 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 58 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 60 | 2 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| **July** | 62 | 2 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 64 | 1 | 3 | 10.5 | 0 | 10.5 | 3.5 |
| | 66 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 68 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 70 | 3 | 3 | 10.5 | 0 | 10.5 | 7 |
| | 72 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| | 74 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |

|  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|
|  | 76 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 78 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 80 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
| **August** | 82 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 84 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 86 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 88 | 2 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 90 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 92 | 3 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 94 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 96 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |
|  | 98 | 1 | 3 | 10.5 | 0 | 10.5 | 7 |
|  | 100 | 1 | 3 | 10.5 | 0 | 10.5 | 10.5 |

# EXHIBIT 2

| | PDF page # | Step level | No. of 3 hour rec sessions offered (all in chute except as noted) | Total hours of rec offered | Other out-of-cell hours offered | Total out-of-cell hours offered | Total hours refused |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| | PDF page # | Step level | No. of 3 hour rec sessions offered (all in chute except as noted) | Total hours of rec offered | Other out-of-cell hours offered | Total out-of-cell hours offered | Total hours refused |
|---|---|---|---|---|---|---|---|
| **April** | 2 | 3 | 3 (1 in yard) | 9 | 0 | 9 | 3 |
| | 4 | 2 | 0 | 0 | 0 | 0 | n/a |
| | 6 | 1 | 0 | 0 | 0 | 0 | n/a |
| | 8 | 1 | 0 | 0 | 0 | 0 | n/a |
| | 10 | 2 | 1 | 3 | 0 | 3 | 0 |
| | 12 | 1 | 2 | 6 | 0 | 6 | 2 |
| | 14 | 3 | 0 | 0 | 0 | 0 | n/a |
| | 16 | 3 | 2 | 6 | 0 | 6 | 5.15 |
| | 18 | 3 | 1 | 3 | 0 | 3 | 3 |
| | 20 | 1 | 2 | 6 | 0 | 6 | 6 |
| **May** | 22 | 1 | 2 | 6 | 0 | 6 | 6 |
| | 24 | 1 | 3 | 9 | 0 | 9 | 6 |
| | 26 | 1 | 3 | 9 | 0 | 9 | 6 |
| | 28 | 1 | 3 | 9 | 0 | 9 | 3 |
| | 30 | 1 | 2 | 6 | 0 | 6 | 0 |
| | 32 | 1 | 3 | 9 | 0 | 9 | 6.33 |
| | 34 | 1 | 3 | 9 | 0 | 9 | 3.5 |
| | 36 | 3 | 2 | 6 | 0 | 6 | 6 |
| | 38 | 1 | 2 | 6 | 0 | 6 | 6 |
| | 40 | 3 | 3 | 9 | 0 | 9 | 6 |
| **June** | 42 | 1 | 1 | 3 | 0 | 3 | 0 |
| | 44 | 1 | 0 | 0 | 0 | 0 | n/a |
| | 46 | 3 | 1 | 3 | 0 | 3 | 0 |
| | 48 | 1 | 2 | 6 | 0 | 6 | 6 |
| | 50 | 3 | 2 | 6 | 0 | 6 | 3 |
| | 52 | 1 | 2 | 6 | 0 | 6 | 6 |
| | 54 | 1 | 2 | 6 | 0 | 6 | 0 |
| | 56 | 1 | 2 | 6 | 0 | 6 | .25 |
| | 58 | 1 | 2 | 6 | 0 | 6 | 3 |
| | 60 | 3 | 2 | 6 | 0 | 6 | 0 |
| **July** | 62 | 3 | 3 | 9 | 0 | 9 | 9 |
| | 64 | 1 | 3 | 9 | 0 | 9 | 6 |
| | 66 | 3 | 3 | 9 | 0 | 9 | 3 |
| | 68 | 2 | 3 | 9 | 0 | 9 | 3 |
| | 70 | 2 | 3 | 9 | 0 | 9 | 6 |
| | 72 | 1 | 3 | 9 | 0 | 9 | 0 |
| | 74 | 1 | 3 | 9 | 0 | 9 | 9 |

**FRE 1006 Summary Exhibit**
**Eyman-Browning Out-of-Cell Time, April-August 2020**

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 76 | 2 | 3 | 9 | 0 | 9 | 3 |
|  | 78 | 3 | 3 | 9 | 0 | 9 | 9 |
|  | 80 | 3 | 3 | 9 | 0 | 9 | 6 |
| **August** | 82 | 2 | 3 | 9 | 0 | 9 | 9 |
|  | 84 | 2 | 3 | 9 | 0 | 9 | 9 |
|  | 86 | 1 | 3 | 9 | 0 | 9 | 6 |
|  | 88 | 3 | 4 | 12 | 0 | 12 | 3 |
|  | 90 | 1 | 3 | 9 | 0 | 9 | 9 |
|  | 92 | 3 | 2 | 6 | 0 | 6 | 5 |
|  | 94 | 2 | 2 | 6 | 0 | 6 | 3 |
|  | 96 | 1 | 3 | 9 | 0 | 9 | 3.67 |
|  | 98 | 1 | 2 | 6 | 0 | 6 | 6 |
|  | 100 | 1 | 2 | 6 | 0 | 6 | 6 |

# EXHIBIT 3

| | PDF page # | Step level | No. of 2.5 hour rec sessions offered (all in chute) | Total hours of rec offered | Other out-of-cell hours offered | Total out-of-cell hours offered | Total hours refused |
|---|---|---|---|---|---|---|---|
| **FRE 1006 Summary Exhibit** <br> **Eyman-SMU I Out-of-Cell Time, April-August 2020** ||||||||
| **April** | 2 | 1 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 4 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 6 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 8 | 1 | 3 | 7.5 | 0 | 7.5 | 5 |
| | 10 | 3 | 3 | 7.5 | 0 | 7.5 | 5 |
| | 12 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 14 | 1 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 16 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 18 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 20 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| **May** | 22 | 1 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 24 | 2 | 2 | 5 | 0 | 5 | 5 |
| | 26 | 2 | 2 | 5 | 0 | 5 | 2.5 |
| | 28 | 3 | 2 | 5 | 0 | 5 | 5 |
| | 30 | 3 | 3 | 7.5 | 0 | 7.5 | 6.5 |
| | 32 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 34 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 36 | 3 | 2 | 5 | 0 | 5 | 5 |
| | 38 | 3 | 2 | 5 | 0 | 5 | 5 |
| | 40 | 3 | 2 | 5 | 0 | 5 | 5 |
| **June** | 42 | 3 | 2 | 6 | 0 | 6 | 6 |
| | 44 | 3 | 2 | 5 | 1 | 6 | 3.5 |
| | 46 | 3 | 2 | 5 | 0 | 5 | 2.5 |
| | 48 | 3 | 2 | 5 | 0 | 5 | 5 |
| | 50 | 3 | 2 | 5 | 1 | 6 | 6 |
| | 52 | 1 | 2 | 5 | 0 | 5 | 5 |
| | 54 | 2 | 2 | 5 | 0 | 5 | 5 |
| | 56 | 1 | 2 | 5 | 0 | 5 | 5 |
| | 58 | 3 | 2 | 5 | 0 | 5 | 5 |
| | 60 | 3 | 2 | 5 | 0 | 5 | 2.5 |
| **July** | 62 | 2 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 64 | 3 | 2 | 5 | 0 | 5 | 0 |
| | 66 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 68 | 1 | 3 | 7.5 | 0 | 7.5 | 7.5 |
| | 70 | 3 | 2 | 5 | 0 | 5 | 5 |
| | 72 | 3 | 2 | 5 | 0 | 5 | 2.5 |
| | 74 | 3 | 2 | 5 | 0 | 5 | 5 |

1

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 76 | 3 | 2 | 5 | 0 | 5 | 5 |
|  | 78 | 3 | 2 | 5 | 0 | 5 | 5 |
|  | 80 | 3 | 2 | 5 | 0 | 5 | 5 |
| **August** | 82 | 1 | 2 | 5 | 0 | 5 | 5 |
|  | 84 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
|  | 86 | 3 | 2 | 5 | 1 | 6 | 5 |
|  | 88 | 1 | 3 | 7.5 | 0 | 7.5 | 7.5 |
|  | 90 | 1 | 3 | 7.5 | 0 | 7.5 | 7.5 |
|  | 92 | 3 | 2 | 5 | 0 | 5 | 5 |
|  | 94 | 3 | 3 | 7.5 | 0 | 7.5 | 7.5 |
|  | 96 | 3 | 1 | 2.5 | 0 | 2.5 | 2.5 |
|  | 98 | 1 | 2 | 5 | 0 | 5 | 5 |
|  | 100 | 3 | 2 | 5 | 0 | 5 | 5 |