1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF ARIZONA

8    Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
     Dustin Brislan; Sonia Rodriguez; Christina
9    Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **[PROPOSED] ORDER**
10   Hefner; Joshua Polson; and Charlotte Wells, on         **GRANTING MOTION TO**
     behalf of themselves and all others similarly          **SEAL**
11   situated; and Arizona Center for Disability Law,

12                              Plaintiffs,

13        v.

14   David Shinn, Director, Arizona Department of
     Corrections, Rehabilitation and Reentry; and Larry
15   Gann, Assistant Director, Medical Services Contract
     Monitoring Bureau, Arizona Department of
16   Corrections, Rehabilitation and Reentry, in their
     official capacities,
17
                                Defendants.
18

19

20         This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal,

21   hereby **GRANTS** the motion and instructs the clerk of the Court to seal the documents as

22   set forth in the Motion:

23        • Supplemental Declaration of Maria V. Morris; and

24        • Exhibits to the Supplemental Declaration of Maria V. Morris.

25

26

27

28