Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' MOTION TO TERMINATE CERTAIN HEALTHCARE PERFORMANCE MEASURES** |

Pursuant to paragraph 10(b) of the parties' Stipulation (Dkt. 1185) and direction from the Court (*see* Dkt. 2071 at 91-92 (tr. 05/10/17 at 772:25-773:3)), Defendants move to terminate their obligation to measure, monitor, and report compliance with the following 23 Healthcare Performance Measures ("HCPMs") (for a total of 142 HCPMs across specified prison complexes).

Defendants previously notified the Court in their Separate Statement in Response to Court Order filed December 7, 2020, that the above-referenced HCPMs are subject to termination as they have been compliant for 18 out of 24 months with no more than two

months in a row of non-compliance for the 24-month monitoring period of October 2019 to September 2020.  (Dkt. 3826 at 2-3.)  The HCPMs are not subject to pending notices of noncompliance or motions to enforce. (Dkts.  3379, 3495, 3518, 3584, 3623, 3694, 3735, 3805.)  With the exception of HCPM 35, none the HCPMs for which Defendants request termination are identified in Plaintiffs' Separate Statement in Response to the Court's Order (Doc. 3821), filed December 7, 2020.  (Dkt. 3825.)  HCPM 35 has been prospectively monitored in compliance with Dr. Stern's recommendation and the Court's Order adopting the same, and therefore is subject to termination at Florence and Tucson. (Dkts. 3495 at 15-16; 3370 at 58; Exh. 1 hereto, Decl. L. Gann at ¶ 39.)  While HCPMs 11, 13, 14, 35, 42, 47, 49, 52, and 93 at specified complexes are subject to the pending Order to Show Cause ("OSC"), certain OSC HCPMs are nevertheless subject to termination because they meet the Stipulation's definition for termination considering the October 2018 to September 2020 24-month monitoring period.[1]  (Compare Dkts. 3490 and 3830, 3830-1 with Dkts. 1184 at 4 & 2644.)

Because these HCPMs are eligible for termination by the Stipulation's definition, Defendants requested that Plaintiffs agree to their termination.  Plaintiffs refused and refused to explain why, other than generally directing Defendants to Plaintiffs' Separate Statement in Response to Court Order.  (Dkt. 3825; Exh. 2, Corresp. of Counsel.)

---

[1] The particular OSC HCPMs eligible for termination are:

- **HCPM 11** at Eyman, Florence, Lewis, Tucson, Winslow, Yuma;
- **HCPM 13** at Douglas, Eyman, Florence, Lewis, Perryville, Tucson, Yuma;
- **HCPM 14** at Eyman, Florence, Lewis, Perryville, Tucson, Yuma;
- **HCPM 35** at Florence, Tucson;
- **HCPM 42** at Perryville;
- **HCPM 47** at Florence, Perryville, Tucson, Yuma;
- **HCPM 49** at Douglas, Perryville, Phoenix, Tucson;
- **HCPM 52** at Perryville, Phoenix, Tucson;
- **HCPM 93** at Eyman, Florence, Lewis.

(Exh. 1, Decl. L. Gann at ¶¶ 17-18; 19-22; 37-41; 44-49; 58-59.)

2

**I.      Twenty-three HCPMs at Various Complexes Should Terminate.**

For the October 2018 to September 2020 monitoring period, the monthly compliance threshold is 85%.  Defendants' obligation to measure, monitor, and report on any HCPM terminates if it has met compliance thresholds for 18 months out of a 24-month period; and the HCPM has not been out of compliance for two or more consecutive months within the past 18-month period. [2]  (Dkt. 1185 at 4-5.)  Because the HCPMs set forth below meet this definition, they should be terminated.  (Exh. 1, Decl. L. Gann; Dkts. 3099, 3113, 3154, 3193, 3225, 3264, 3294, 3331, 3346, 3375, 3397, 3443, 3459, 3473, 3503, 3546, 3582, 3606, 3645, 3680, 3732, 3762, 3800, 3823 (CGAR reports for October 2018 through September 2020).)

Terminating the specified HCPMs will have the benefit of continually reducing the scope of the Stipulation, thereby allowing the parties to concentrate on the remaining HCPMs that have not yet terminated, while at the same time promoting judicial economy and reducing fees and costs expended by the parties.

**HCPMs Subject to Termination (October 2018 through September 2020)**

- **HCPM 4:**  Florence, Lewis, Perryville, and Tucson (Exh. 1, Gann Decl. at ¶¶15-16);

- **HCPM 11:**  Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (*Id*. at ¶¶ 17-18);

- **HCPM 13:**  All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Safford, Tucson, and Yuma (*Id*. at ¶¶ 19-20);

- **HCPM 14:**  Eyman, Florence, Lewis, Perryville, Safford, Tucson, and Yuma (*Id*. at ¶¶ 21-22);

- **HCPM 21:**  All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (*Id*. at ¶¶ 23-24);

- **HCPM 22:**  All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (*Id*. at ¶¶ 25-26);

- **HCPM 23:**  Douglas, Florence, Perryville, Safford, and Winslow (*Id*. at ¶¶ 27-28);

- **HCPM 24:**  Douglas, Florence, Perryville, Safford, and Winslow (*Id*. at ¶¶ 29-30);

---

[2]  The Court's November 24, 2017 Order similarly provides that a measure is substantially noncompliant when "(1) 6 of 24 months are non-compliant; and (2) three consecutive months are non-compliant." (Dkt. 2030 at 1.)

- **HCPM 27:**   Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (*Id*. at ¶¶ 31-32);

- **HCPM 33:**  Perryville, Phoenix, and Tucson (*Id*. at ¶¶ 33-34);

- **HCPM 34:**  Perryville, Phoenix, and Tucson (*Id*. at ¶¶ 35-36);

- **HCPM 35:**  Douglas, Florence, Safford, Tucson, and Yuma (*Id*. at ¶¶ 37-39);

- **HCPM 42:**  Douglas, Perryville, Phoenix, Safford, Tucson, and Winslow (*Id*. at ¶¶ 40-41);

- **HCPM 43:**  Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, and Yuma (*Id*. at ¶¶ 42-43);

- **HCPM 47:**  Florence, Perryville, Tucson, and Yuma (*Id*. at ¶¶ 44-45);

- **HCPM 49:**  Lewis, Tucson, and Yuma (*Id*. at ¶¶ 46-47);

- **HCPM 52:**  Douglas, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (*Id*. at ¶¶ 48-49);

- **HCPM 53:**  All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (*Id*. at ¶¶ 50-51);

- **HCPM 63:**  Florence, Lewis, Perryville, and Tucson (*Id*. at ¶¶ 52-53);

- **HCPM 64:**  Florence, Lewis, Perryville, and Tucson (*Id*. at ¶¶ 54-55);

- **HCPM 70:**  Florence, Lewis, Perryville, and Tucson (*Id*. at ¶¶ 56-57);

- **HCPM 93:**  Eyman, Florence, and Lewis (*Id*. at ¶¶ 58-59);

- **HCPM 10**3:  All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma (*Id*. at ¶¶ 60-61).

(Dkts. 3099, 3113, 3154, 3193, 3225, 3264, 3294, 3331, 3346, 3375, 3397, 3443, 3459, 3473, 3503, 3546, 3582, 3606, 3645, 3680, 3732, 3762, 3800, 3823.)

**II.    Conclusion.**

Pursuant to Paragraph 10(b) of the Stipulation, Defendants' duty to measure, monitor, and report on the HCPMs detailed above terminated as of September 2020. Defendants therefore request that the Court terminate these measures.

4

RESPECTFULLY SUBMITTED this 23rd day of December 2020.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:              ahardy@prisonlaw.com

Amelia M. Gerlicher:       agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Asim Dietrich:             adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Corene T. Kendrick:        ckendrick@aclu.org

Daniel Clayton Barr:       DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:         dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:            dspecter@prisonlaw.com

John Howard Gray:          jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:        jrico@azdisabilitylaw.org

Maya Abela:                mabela@azdisabilitylaw.org

Rose Daly-Rooney:          rdalyrooney@azdisabilitylaw.org

Sara Norman:               snorman@prisonlaw.com

Rita K. Lomio:             rlomio@prisonlaw.com

Eunice Cho                 ECho@aclu.org

Jared G. Keenan            jkeenan@acluaz.org

Casey Arellano             carellano@acluaz.org

Maria V. Morris            mmorris@aclu.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love

6