# EXHIBIT 1

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-ROS <br><br> **DECLARATION OF LARRY GANN** |

I, Larry Gann, Jr., make the following Declaration:

1. I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2. I am the Assistant Director of the Medical Services Contract Monitoring Bureau ("MSCMB") for the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR"). My credentials, experience, and responsibilities are outlined in my Declaration filed on July 10, 2020. (Dkt. 3656-2.)

3. I am responsible for providing managerial oversight and direction to the MSCMB to monitor the contracted vendor's compliance with all aspects of the health services contract. I am also responsible for reviewing and responding to internal and

external inquiries pertaining to compliance issues, contract specifications, reports, inspections, staffing levels, and legal mandates of inmate healthcare, mental health care, and dental care services.

4. I am familiar with ADCRR's policies and practices pertaining to healthcare, including medical care, dental care, and mental health care, the privatization of ADCRR's healthcare, ADCRR's contract with Centurion, Centurion's responsibilities under that contract, and the MSCMB's monitoring of Centurion's healthcare provided to ADCRR inmates.

5. I am also familiar with the *Parsons* litigation, the resulting Stipulation, and the monitoring and reporting of the health care performance measures (HCPMs) in the Stipulation.

6. Paragraph 10(a) of the Stipulation sets forth the compliance thresholds that must be met for the HCPMs to be considered compliant in a given month. For the first twelve months after the effective date of the Stipulation, the compliance threshold was 75%. *See* Dkt. 1185 at 4. For the second 12 months, Defendants were required to meet or exceed 80%, and after the first 24 months, Defendants must meet or exceed 85%. *Id.*

7. The present level of required monthly compliance is 85%, and the 85% compliance threshold applies to the October 2018 to September 2020 monitoring time period. *Id.*

8. I am also familiar with paragraph 10(b) of the Stipulation, which provides for termination of ADCRR's duty to measure and report on a HCPM that has been compliant for 18 out of the past 24 months and has not been out of compliance for three or more consecutive months within the past 18 months. *See* Dkt. 1185 at 4-5.

9. I am also aware of the Court's April 24, 2017 Order, which states that a HCPM is noncompliant "when (1) 6 of 24 months are non-compliant; and (2) three consecutive months are non-compliant." *See* Dkt. 2030 at 1.

10. Compliance with the HCPMs is reported in the CGARs on a monthly basis, per applicable prison complex.

11. The CGAR reports are also provided to the Court on a monthly basis.

12. The specific requirements for each HCPM are set forth in Exhibit B to the Stipulation. *See* Dkt. 1185-1 at 7-15. The protocols for measuring each HCPM are set forth in Exhibit C to the Stipulation and also set forth in a subsequently created Monitor Guide. *See* Dkt. 1185-1 at 16-36.

13. ADCRR has satisfied paragraph 10(b) of the Stipulation by complying with the required percentage thresholds from paragraph 10(a) for at least 18 out of 24 months of monitoring, with fewer than three consecutive months of noncompliance within the prior 18 months.

14. ADCRR's duty to monitor and report on the following HCPMs and complexes terminated as of the end of September 2020 considering the September 2018 to October 2020 24-month monitoring time period.

15. HCPM 4 provides: Infirmary staffing will be maintained with a minimum staffing level of 2 RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. *See* Dkt. 1185-1 at 17.

16. As of the end of September 2020, HCPM 4 terminated at: Florence, Lewis, Perryville, and Tucson.

17. HCPM11 provides: Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT. *See* Dkt. 1185-1 at 18.

18. As of the end of September 2020, HCPM 11 terminated at: Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

19. HCPM13 provides: Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication. *See* Dkt. 1185-1 at 18.

1  20. As of the end of September 2020, HCPM 13 terminated at: All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

21. HCPM 14 provides: Any refill for a chronic care or psychotropic medication that is requested by a prisoner between three and seven business days prior to the prescription running out will be completed in a manner such that there is no interruption or lapse in medication. *See* Dkt. 1185-1 at 19.

22. As of the end of September 2020, HCPM 14 terminated at: Eyman, Florence, Lewis, Perryville, Safford, Tucson, and Yuma.

23. HCPM 21 provides: Inmates who are paroled or released from ASPCs will receive a 30-day supply of all medications currently prescribed by the ADC contracted vendor. *See* Dkt. 1185-1 at 20.

24. As of the end of September 2020, HCPM 21 terminated at: All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

25. HCPM 22 provides: Non-formulary requests are reviewed and approved, disapproved, or designated for an alternate treatment plan (ATP) within two business days of the prescriber's order. *See* Dkt. 1185-1 at 20.

26. As of the end of September 2020, HCPM 22 terminated at: All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

27. HCPM 23 provides: Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff. *See* Dkt. 1185-1 at 20.

28. As of the end of September 2020, HCPM 23 terminated at: Douglas, Florence, Perryville, Safford, and Winslow.

29. HCPM 24 provides: Emergency medical response bags are checked daily, inventoried monthly, and contain all required essential items. *See* Dkt. 1185-1 at 21.

30. As of the end of September 2020, HCPM 24 terminated at: Douglas, Florence, Perryville, Safford, and Winslow.

31. HCPM 27 provides: Each ASPC facility will conduct monthly CQI meetings, in accordance with NCCHC Standard P-A-06. *See* Dkt. 1185-1 at 21.

32. As of the end of September 2020, HCPM 27 terminated at: Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

33. HCPM 33 provides: All inmates will receive a health screening by an LPN or RN within one day of arrival at the intake facility. *See* Dkt. 1185-1 at 22.

34. As of the end of September 2020, HCPM 33 terminated at: Perryville, Phoenix, and Tucson.

35. HCPM 34 provides: A physical examination including a history will be completed by a Medical Provider (not a dentist) by the end of the second full day of an intake inmate's arrival at the intake facility. *See* Dkt. 1185-1 at 22.

36. As of the end of September 2020, HCPM 34 terminated at: Perryville, Phoenix, and Tucson.

37. HCPM 35 provides: All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. *See* Dkt. 1185-1 at 23.

38. As of the end of September 2020, HCPM 35 terminated at: Douglas, Florence, Safford, Tucson, and Yuma.

39. Consistent with Dr. Stern's recommendation and the Court's March 11, 2020 Order that Defendants must monitor HCPM 35 going forward in accordance with Dr. Stern's monitoring recommendation, ADCRR has monitored HCPM 35 by either drawing patient files from patients transferring into each complex with the resultant score attributed to the receiving complex or drawn from patients transferring from each complex, with the resultant score attributed to the sending complex. The method for a particular is chosen randomly. *See* Dkts. 3495 at 15-16; 3379 at 58.

1    40.    HCPM 42 provides that:  A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider.  *See* Dkt. 1185-1 at 24.

41.    As of the end of September 2020, HCPM 42 terminated at:  Douglas, Perryville, Phoenix, Safford, Tucson, and Winslow.

42.    HCPM 43 provides that:  Inmates returning from an inpatient hospital stay or ER transport will be returned to the medical unit and be assessed by a RN or LPN on duty there.  *See* Dkt. 1185-1 at 24.

43.    As of the end of September 2020, HCPM 43 terminated at:  Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, and Yuma.

44.    HCPM 47 provides that:  A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.  *See* Dkt. 1185-1 at 25.

45.    As of the end of September 2020, HCPM 47 terminated at: Florence, Perryville, Tucson, and Yuma.

46.    HCPM 49 provides that:  Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.  *See* Dkt. 1185-1 at 25.

47.    As of the end of September 2020, HCPM 49 terminated at:  Lewis, Tucson, and Yuma.

48.    HCPM 52 provides that:  Specialty consultation reports will be reviewed and acted on by a Provider within seven calendar days of receiving the report.  *See* Dkt. 1185-1 at 26.

49.    As of the end of September 2020, HCPM 52 terminated at:  Douglas, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

50.    HCPM 53 provides that:  Treatment plans will be developed and documented in the medical record by a provider within 30 calendar days of identification that the inmate has a chronic disease.  *See* Dkt. 1185-1 at 26.

1      51.    As of the end of September 2020, HCPM 53 terminated at:  All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

       52.    HCPM 63 provide that:  In an IPC, an initial health assessment will be completed by a Registered Nurse on the date of admission.  *See* Dkt. 1185-1 at 28.

       53.    As of the end of September 2020, HCPM 63 terminated at:  Florence, Lewis, Perryville, and Tucson.

       54.    HCPM 64 provides that:  In an IPC, a Medical Provider evaluation and plan will occur within the next business day after admission.  *See* Dkt. 1185-1 at 28.

       55.    As of the end of September 2020, HCPM 64 terminated at:  Florence, Lewis, Perryville, and Tucson.

       56.    HCPM 70 provides that:  All IPC patients have properly working call buttons, and if not, health care staff perform and document 30-minute patient welfare checks.  *See* Dkt. 1185-1 at 29.

       57.    As of the end of September 2020, HCPM 70 terminated at:  Florence, Lewis, Perryville, and Tucson.

       58.    HCPM 93 provides that:  Mental Health staff (not to include LPNs) shall make weekly rounds on all MH-3 and above prisoners who are housed in maximum custody.  *See* Dkt. 1185-1 at 33.

       59.    As of the end of September 2020, HCPM 93 terminated at:  Eyman, Florence, and Lewis.

       60.    HCPM 103 provides that:  Urgent care wait times, as determined by the contracted vendor, shall be no more than 72 hours from the date the HNR was received.  *See* Dkt. 1185-1 at 36.

       61.    As of the end of September 2020, HCPM 103 terminated at:  All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

62. Even after Stipulation termination of a HCPM, compliance (at the current 85% compliance level) will continue to be monitored by ADCRR subject to monetary contractual sanctions levied against Centurion for noncompliance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this \_\_\_\_\_ day of December 2020.

Larry Gann