# EXHIBIT 2

**Elaine Percevecz**

| | |
|---|---|
| **From:** | Rachel Love <RLove@strucklove.com> |
| **Sent:** | Wednesday, December 16, 2020 7:23 PM |
| **To:** | Corene Kendrick; Tim Bojanowski; Tim Ray; Elaine Percevecz; Dan Struck; Ashlee Hesman; Rachel Love |
| **Cc:** | David Fathi; Jared Keenan; Maya Abela; Don Specter; Rita Lomio; Alison Hardy |
| **Subject:** | RE: Parsons - draft joint stip + updated chart of PMs |

Corene,

We read your position statement.  The HCPMs that we believe are ripe for termination as set forth in Defendants' Statement are those that are not subject to pending motions to enforce or methodology debates (except for PM 35, but Dr. Stern's methodology recommendations have been implemented).  But for PM 35, no HCPM listed in Defendants' Separate Statement was listed in Plaintiffs' Separate Statement as being subject to pending motions before the Court.

Please advise which specific HCPMs from Defendants' list are those that you contend are subject to pending motions to enforce/pending motions regarding monitoring methodology that were not listed in Plaintiffs' Separate Statement (and advise as to the docket number that specifies the HCPM at issue).

- Rachel

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Friday, December 11, 2020 2:36 PM
**To:** Rachel Love <RLove@strucklove.com>; Tim Bojanowski <TBojanowski@strucklove.com>; Tim Ray <TRay@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Ashlee Hesman <ahesman@strucklove.com>
**Cc:** David Fathi <dfathi@aclu.org>; Jared Keenan <jkeenan@acluaz.org>; Maya Abela <mabela@azdisabilitylaw.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>
**Subject:** RE: Parsons - draft joint stip + updated chart of PMs

Hi Rachel,

Our position on which health care performance measures should be terminated was filed with the Court at Docket 3825.

Thanks,

Corene

Corene Kendrick, Deputy Director
ACLU National Prison Project
39 Drumm St.
San Francisco, CA 94111
ckendrick@aclu.org


**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Friday, December 11, 2020 12:47 PM
**To:** Corene Kendrick <ckendrick@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Tim Ray <TRay@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Rachel Love <RLove@strucklove.com>; Dan

1

Struck <DStruck@strucklove.com>; Ashlee Hesman <ahesman@strucklove.com>
**Cc:** David Fathi <dfathi@aclu.org>; Jared Keenan <jkeenan@acluaz.org>; Maya Abela <mabela@azdisabilitylaw.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>
**Subject:** RE: Parsons - draft joint stip + updated chart of PMs

Corene,

Can you provide Plaintiffs' position on Defendants' contention that the HCPMs listed in the attached Defendants' Separate Statement in Response to Court Order may now be terminated?

Thanks in advance.

- Rachel

---

**From:** Rachel Love
**Sent:** Monday, December 7, 2020 2:48 PM
**To:** Corene Kendrick <ckendrick@aclu.org>; Tim Bojanowski <TBojanowski@strucklove.com>; Tim Ray <TRay@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Cc:** David Fathi <dfathi@aclu.org>; Jared Keenan <jkeenan@acluaz.org>; Maya Abela <mabela@azdisabilitylaw.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Rachel Love <RLove@strucklove.com>
**Subject:** RE: Parsons - draft joint stip + updated chart of PMs

Corene,

When we all talked today, you referred generally to the category of PMs that are still at issue per pending motions over the last 9 months that Plaintiffs believe are not subject to termination at this time.  Do you have a list of those handy and the motions (docs.) at issue?  We'd like to take a look at what you were referring to globally in order to possibly eliminate any unnecessary briefing in our respective position statements.

- Rachel

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Monday, December 7, 2020 10:59 AM
**To:** Tim Bojanowski <TBojanowski@strucklove.com>; Rachel Love <RLove@strucklove.com>; Tim Ray <TRay@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Cc:** David Fathi <dfathi@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>
**Subject:** Parsons - draft joint stip + updated chart of PMs

Tim, Rachel, Tim,

Thanks for a productive conversation. As discussed here's a proposed draft stip regarding the 138  PMs/institutions. I've also attached an updated version of the chart we filed in April.

Let me know if you have any questions. I left a spaceholder to add your signature block, with permission to file.

Also – when can we expect to get the document production we normally get the third or fourth week of December?  I may have missed it in the job change, but I don't have a record of getting the September CGARs, current staffing reports, all the other standing/monthly productions, etc., as well as the supplemental requests.

Thanks,
Corene


Corene Kendrick, Deputy Director
ACLU National Prison Project
39 Drumm St.
San Francisco, CA 94111
ckendrick@aclu.org

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

---