Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO TERMINATE CERTAIN HEALTHCARE PERFORMANCE MEASURES** |

The Court, having reviewed Defendants' Motion to Terminate Specified Healthcare Performance Measures, and good cause appearing, IT IS ORDERED that Defendants' Motion is GRANTED.  Pursuant to Paragraph 10(b) of the Stipulation, Defendants are no longer required to measure or report on the following performance measures and facilities:

**HCPM 4:** Florence, Lewis, Perryville, and Tucson;

**HCPM 11:** Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HCPM 13:** All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis,

Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HCPM 14:** Eyman, Florence, Lewis, Perryville, Safford, Tucson, and Yuma;

**HCPM 21:** All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HCPM 22**: All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HCPM 23:** Douglas, Florence, Perryville, Safford, and Winslow;

**HCPM 24:** Douglas, Florence, Perryville, Safford, and Winslow;

**HCPM 27:** Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HCPM 33:** Perryville, Phoenix, and Tucson;

**HCPM 34:** Perryville, Phoenix, and Tucson;

**HCPM 35:** Douglas, Florence, Safford, Tucson, and Yuma;

**HCPM 42:** Douglas, Perryville, Phoenix, Safford, Tucson, and Winslow;

**HCPM 43:** Douglas, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, and Yuma;

**HCPM 47:** Florence, Perryville, Tucson, and Yuma;

**HCPM 49:** Lewis, Tucson, and Yuma;

**HCPM 52:** Douglas, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HCPM 53:** All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma;

**HCPM 63:** Florence, Lewis, Perryville, and Tucson;

**HCPM 64:** Florence, Lewis, Perryville, and Tucson;

**HCPM 70:** Florence, Lewis, Perryville, and Tucson;

**HCPM 93:** Eyman, Florence, and Lewis;

**HCPM 103:** All ten ADCRR complexes - Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.