1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9                    DISTRICT OF ARIZONA

10   Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
     Dustin Brislan; Sonia Rodriguez; Christina
11   Verduzco; Jackie Thomas; Jeremy Smith; Robert
     Gamez; Maryanne Chisholm; Desiree Licci; Joseph   **ORDER**
12   Hefner; Joshua Polson; and Charlotte Wells, on
     behalf of themselves and all others similarly
13   situated; and Arizona Center for Disability Law,

                          Plaintiffs,
14
                v.
15
     David Shinn, Director, Arizona Department of
16   Corrections, Rehabilitation and Reentry; and Larry
     Gann, Assistant Director, Medical Services Contract
17   Monitoring Bureau, Arizona Department of
     Corrections, Rehabilitation and Reentry, in their
18   official capacities,

                          Defendants.
19

20           The Court, having reviewed the Stipulated Motion to Extend Deadlines to File

21   Response to and Reply in Support of Defendants' Motion to Terminate Certain Health

22   Care Performance Measures (Doc. 3840), (Doc. ____), and good cause appearing,

23           **IT IS SO ORDERED** that the Stipulated Motion is **GRANTED**.   Plaintiffs'

24   Response is due on or before January 20, 2021, and Defendants' Reply is due on or before

25   February 10, 2021.

26

27

28

LEGAL23774493.1