# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Parties have filed a Stipulated Motion to Extend Deadlines to File Response to and Reply in Support of Defendants' Motion to Terminate Certain Health Care Performance Measures (Doc. 3840) (Doc. 3843). Good cause appearing,

**IT IS ORDERED** the Stipulated Motion to Extend Deadlines (Doc. 3843) is **GRANTED**. Plaintiffs' Response is due not later than **January 20, 2021**, and Defendants' Reply is due not later than **February 10, 2021**.

Dated this 4th day of January, 2021.

_____
Honorable Roslyn O. Silver
Senior United States District Judge