John P. Baker, #046157
Arizona State Prison
Lewis/Barchey
P.O. Box 3200
Buckeye, AZ 85326

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Parsons, | NO: CV-12-00601-PHX-ROS |
| Plaintiff, | |
| vs. | NOTICE TO COURT |
| Ryan, et al, | |
| Defendants. | |

Comes now an inmate, John P. Baker, who is in a prison yard that was considered "open yard" until November 18, 2020, who files this Notice to the Court:

1) On November 18, 2020, Deputy Warden Ronald J. Abbl of Lewis Complex, Barchey Unit, decided to change the classification of the inmates at this unit from minimum and medium custody to a higher classification

2) That is a Direct VIOLATION of this Court's Order that "opened" this Unit so it complys

-1-

to the proper custody level of the inmates housed here.

Now, it has been learned that the captain of security and other officials want to increase the custody level to maximum!

That would keep the inmates locked in their dorms except for outside recreation, a few jobs, medical, and some education.

Each dorm consists of six (6) "pods" holding up to 31 inmates each.

In other words, there is no reason to try to follow the rules so your custody level could be reduced so there would be some type of rewards.

Please help us in any way you can.

Respectfully submitted this 13th day of January, 2021.

John P. Baker

-2-