☒ FILED  ☐ LODGED

**Jan 29 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Mr. Roberto Carrasco Gamez # 131401
ASPC-Eyman-SMU. I
P.O. Box 4000. Florence, Ariz, 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Victor Parsons
    Plaintiffs          Case # 12-cv-0601-ROS
v.
                         Notice of Change
David Shinn et al.     of Address
    Defendant(s)

Class Action Representative ("Gamez") hereby advises this Honorable Court that on or about Jan. 20, he was arbitrary transferred from Buckeye, Ariz, - Rast Max to Florence, Ariz. - SMU I.

In addition ("Gamez") is currently being deprived of his legal material. His personal property, tv, fan, cd player, books, clothes etc. was confiscated and destroyed in a isolated cell surrounded by catatonic prisoners.

("Gamez") is requesting that he be placed back at Rast Max, and that the retaliation

Page 1

be investigated, that his personal property, Legal Material be returned and (ADC) discontinue its extreme Solitary Isolated police and practice be Abolished.

Lastly, (Gamez) respectfully Request that his previous and current Motions (See: dkt. 3814, 3820.) be investigated by class Counsel and a judgment be provided.

Respectfully Submitted this 28th day of Jan, 2021

Under Penalty of Perjury

Mr. Roberto Carrasco Gamez 131401
ASPC-Eyman-SMU-I
P.O. Box 4000 · Florence
AZ. 85132