FENNEMORE CRAIG, P.C.
Todd Kartchner (No. 021857)
2394 East Camelback Road, Suite 600
Phoenix, AZ 85016-3429
Telephone: (602) 916-5000
Email: tkartchner@fennemorelaw.com

Attorneys for Corizon Health, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>Charles Ryan, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | Case No. 2:12-cv-00601-ROS<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

Notice is hereby given by counsel for Corizon Health, Inc. that Courtney R. Beller is no longer affiliated with Fennemore Craig, P.C.  Counsel requests that Courtney R. Beller be removed as counsel in this case.  Todd S. Kartchner will remain as counsel for Corizon Health, Inc.

DATED this 1st day of February, 2021.

FENNEMORE CRAIG, P.C.


By *s/ Todd Kartchner*
Todd Kartchner
Attorneys for Corizon Health, Inc.