# EXHIBIT 2

# EXHIBIT 2

# Elaine Percevecz

| | |
|---|---|
| **From:** | Elaine Percevecz <EPercevecz@strucklove.com> |
| **Sent:** | Tuesday, March 3, 2020 3:17 PM |
| **To:** | Corene Kendrick; Don Specter; Rita Lomio; Amber Norris; Gabriela Pelsinger; Ilian Meza-Peña; Juliette Mueller; Tania Amarillas; David Fathi; Amy Fettig; Eunice Cho; Curtis Harris; Jessica Carns; sweaver@aclu.org; Maya Abela; tsherman@azdisabilitylaw.org; Jared Keenan; Casey Arellano; Gloria Torres |
| **Cc:** | Michael E. Gottfried; Lucy Rand; mary.beke@azag.gov; StruckLoveParsonsTeam |
| **Subject:** | Parsons - Monitor Guide - draft version 03-01-2020 |
| **Attachments:** | ADCM1602251-1602421 - Monitor Guide Draft Version 03-01-2020.pdf |
| **Importance:** | High |

*Counsel, please see the below email from Tim:*

Counsel,

Attached is the most recent version of the Monitor Guide, which includes the changes to monitoring methodology pursuant to the Court's Order (Doc. 3495).  Let us know if there are any objections.

Tim



Timothy J. Bojanowski
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1604 | tbojanowski@strucklove.com | strucklove.com

1



ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

DRAFT REVISED 12/06/201903/01/2020

i

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1602251

PERFORMANCE MEASURES

**Health Care Performance Measure No. 1**
**Stipulation Category: Staffing (01)**

**CGAR Category: Staffing (C) 01**

| |
|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? |
| **Source of Records/Review:**<br><br>Nursing staff schedules for the monitored month. |
| **Methodology:**<br><br>• Obtain reconciled nursing staff schedules reflecting the names and locations of staff who worked from the contract vendor.<br><br>• Review the reconciled nursing staff schedules for each complex for the monitored month for RN coverage on each shift.<br><br>• Each day is the event used as the unit of analysis for this performance measure.<br><br>• ~~If, on~~ Review each day of the monitored month~~,~~. If an RN was onsite for 24 hours, that days is compliant. ~~a score of 100% is given.~~ If~~, for one or more days of the monitored month,~~ an RN was not onsite for 24 hours (midnight to 2359), that day is not compliant. ~~a score of 0% is given.~~ Divide the number of compliant days by the number of days in the month to determine the compliance percentage. |

15

Draft Revised: 0~~9~~~~12~~/~~2006~~/~~2019~~03/01/2020

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1602268

PERFORMANCE MEASURES

Health Care Performance Measure No. 2
Stipulation Category: Staffing (02)

CGAR Category: Staffing (C) 02

| | |
|---|---|
| **Performance Measure:** Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. | |
| **CGAR Question:** Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? | |
| **Source of Records/Review:** Provider staff schedules for the monitored month; On-Call List. | |
| **Methodology:**<br>• Obtain the reconciled provider staff schedules and on-call lists for each complex from the contract vendor.<br>• Review the reconciled Provider Staff Schedules for each complex for the monitored month to determine if there was onsite provider coverage during regular business hours.<br>• Review the On-Call List for the monitored month to determine if there was on-call provider coverage for all hours during which there was not an onsite provider after regular business hours. .<br>• ~~If, on~~Review each day of the monitored month~~,~~. If one Medical Provider was onsite during regular business hours and on-call at all other times, that day is compliant.~~a score of 100% is given~~.  If, for ~~one or more~~any day~~s~~ of the monitored month, one Medical Provider was not onsite during regular business hours and on-call at all other times, ~~a score of 0% is given~~that day is not compliant.  Divide the number of compliant days by the number of days in the monitored month to determine the compliance percentage. | |

16

Draft Revised: 1~~2~~/06/2019

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1602269

PERFORMANCE MEASURES

**Health Care Performance Measure No. 4**
**Stipulation Category: Staffing (04)**

**CGAR Category: Staffing (C) 04**

| |
|---|
| **Performance Measure:**<br><br>Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. |
| **CGAR Question:**<br><br>Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis? |
| **Source of Records/Review:**<br><br>Contracted Vendor: Nursing staff schedules for the monitored month. |
| **Methodology:**<br><br>• Review the reconciled Nursing Staff Schedules obtained for PM #1 at each complex for the monitored month to determine RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries.<br><br>• ~~If, a~~At the Tucson & Florence infirmaries, if there were two RNs on duty at all times on ~~each~~ any day of the monitored month, ~~a score of 100% is given~~that day is compliant. If two RNs were not on duty in the infirmary at all times for ~~one or more~~any day~~s~~ of the monitored month, that day is not compliant~~a score of 0% is given~~. ~~If, a~~At the Perryville and Lewis infirmaries, if one RN was on duty in the infirmary at all times on ~~each~~ any day of the monitored month, ~~a score of 100% is given~~that day is compliant. If, there was not a minimum of one RN on duty in the infirmary at all times for any day during the monitored month, ~~a score of 0% is given~~that day is not compliant. Divide the number of compliant days by the number of days in the month to determine the compliance percentage. |

18

Draft Revised: 1~~2~~/06/2019

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1602271