**EXHIBIT 3**

**EXHIBIT 3**

# Elaine Percevecz

| | |
|---|---|
| **From:** | Tim Bojanowski |
| **Sent:** | Wednesday, March 25, 2020 9:45 AM |
| **To:** | David Fathi; Corene Kendrick; Don Specter; Rita Lomio; Amber Norris; Gabriela Pelsinger; Ilian Meza-Peña; Juliette Mueller; Tania Amarillas; Amy Fettig; Eunice Cho; Curtis Harris; Jessica Carns; Samantha Weaver; Maya Abela; tsherman@azdisabilitylaw.org; Jared Keenan; Casey Arellano; Gloria Torres; Maria Morris |
| **Cc:** | StruckLoveParsonsTeam |
| **Subject:** | Parsons - Monitor Guide - draft version 03-13-2020 |
| **Attachments:** | ADCM1607639-1607812 - Monitor Guide Draft Version 03-13-2020.pdf |

David,

Attached is ADCRR's Monitor Guide, which was further revised following the Court's Order (Doc. 3518).

Please let us know if Plaintiffs have any comments or objections.

Regards,

Tim



Timothy J. Bojanowski
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1604 | tbojanowski@strucklove.com | strucklove.com

---

**From:** David Fathi [mailto:dfathi@aclu.org]
**Sent:** Thursday, March 12, 2020 6:37 AM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Ilian Meza-Peña <ilian@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Amy Fettig <afettig@aclu.org>; Eunice Cho <echo@aclu.org>; Curtis Harris <Curtis.Harris@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; tsherman@azdisabilitylaw.org; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Maria Morris <MMorris@aclu.org>
**Cc:** Michael E. Gottfried <Michael.Gottfried@azag.gov>; Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons - Monitor Guide - draft version 03-01-2020

Dear Tim,

Thank you for your March 3, 2020 email (below), attaching the March 1, 2020 draft of the Monitor Guide.

The Monitor Guide will need to be further revised in light of the Court's order of March 11 (Doc. 3518). Accordingly, we will await the version that incorporates the requirements of that order, and will provide our comments and any objections at that time.

Finally, please add Maria Morris (mmorris@aclu.org) to all *Parsons* correspondence.

Thank you.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi

*Not admitted in DC; practice limited to federal courts

---

**From:** Elaine Percevecz [mailto:EPercevecz@strucklove.com]
**Sent:** Tuesday, March 03, 2020 5:17 PM
**To:** Corene Kendrick; Don Specter; Rita Lomio; Amber Norris; Gabriela Pelsinger; Ilian Meza-Peña; Juliette Mueller; Tania Amarillas; David Fathi; Amy Fettig; Eunice Cho; Curtis Harris; Jessica Carns; Samantha Weaver; Maya Abela; tsherman@azdisabilitylaw.org; Jared Keenan; Casey Arellano; Gloria Torres
**Cc:** Michael E. Gottfried; Lucy Rand; mary.beke@azag.gov; StruckLoveParsonsTeam
**Subject:** Parsons - Monitor Guide - draft version 03-01-2020
**Importance:** High

*Counsel, please see the below email from Tim:*

---

Counsel,

Attached is the most recent version of the Monitor Guide, which includes the changes to monitoring methodology pursuant to the Court's Order (Doc. 3495). Let us know if there are any objections.

Tim



Timothy J. Bojanowski
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226

p: 480.420.1604 | tbojanowski@strucklove.com | strucklove.com

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this

message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.



ARIZONA DEPARTMENT OF CORRECTIONS

Health Services Contract Monitoring Bureau

# Monitor Guide

# Duties & Responsibilities

DRAFT REVISED ~~12/06/2019~~03/~~04~~13/2020

i

PERFORMANCE MEASURES

**Health Care Performance Measure No. 1**
**Stipulation Category: Staffing (01)**

**CGAR Category: Staffing (C) 01**

| | |
|---|---|
| **Performance Measure:** Each ASPC will maintain, at a minimum, one RN onsite 24/7, 7 days/week. | |
| **CGAR Question:** Does each ASPC maintain, at a minimum, one RN onsite 24/7, 7 days/week? | |
| **Source of Records/Review:** Nursing staff schedules for the monitored month. | |
| **Methodology:** <br> • Obtain reconciled nursing staff schedules reflecting the names and locations of staff who worked from the contract vendor. <br> • Review the reconciled nursing staff schedules for each complex for the monitored month for RN coverage on each shift. <br> • Each day is the event used as the unit of analysis for this performance measure. <br> • ~~If, on~~ Review each day of the monitored month~~.~~, If an RN was onsite for 24 hours, that days is compliant. ~~a score of 100% is given.~~ If~~, for one or more days of the monitored month,~~ an RN was not onsite for 24 hours (midnight to 2359), that day is not compliant. ~~a score of 0% is given.~~ Divide the number of compliant days by the number of days in the month to determine the compliance percentage. | |

15

Draft Revised: ~~09~~12/~~2006~~/~~2019~~03/~~01~~13/2020

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

**ADCM1607656**

PERFORMANCE MEASURES

**Health Care Performance Measure No. 2**
**Stipulation Category: Staffing (02)**

**CGAR Category: Staffing (C) 02**

| | |
|---|---|
| **Performance Measure:**<br><br>Each ASPC will maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times. | |
| **CGAR Question:**<br><br>Does each ASPC maintain, at a minimum, one Medical Provider (not to include a dentist) onsite during regular business hours and on-call at all other times? | |
| **Source of Records/Review:**<br><br>Provider staff schedules for the monitored month; On-Call List. | |
| **Methodology:**<br>• Obtain the reconciled provider staff schedules and on-call lists for each complex from the contract vendor.<br><br>• Review the reconciled Provider Staff Schedules for each complex for the monitored month to determine if there was onsite provider coverage during regular business hours.<br><br>• Review the On-Call List for the monitored month to determine if there was on-call provider coverage for all hours during which there was not an onsite provider after regular business hours. .<br><br>• ~~If, on~~Review each day of the monitored month~~,~~. If one Medical Provider was onsite during regular business hours and on-call at all other times, that day is compliant.~~a score of 100% is given.~~  If, for ~~one or more~~any day~~s~~ of the monitored month, one Medical Provider was not onsite during regular business hours and on-call at all other times, ~~a score of 0% is given~~that day is not compliant.  Divide the number of compliant days by the number of days in the monitored month to determine the compliance percentage. | |

16

Draft Revised: ~~1~~2 0~~3~~/~~0~~6~~13~~/2019

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1607657

PERFORMANCE MEASURES

**Health Care Performance Measure No. 4**
**Stipulation Category: Staffing (04)**

**CGAR Category: Staffing (C) 04**

| | |
|---|---|
| **Performance Measure:** Infirmary staffing will be maintained with a minimum staffing level of two RNs on duty in the infirmary at all times at Tucson & Florence infirmaries and a minimum of one RN on duty in the infirmary at all times at Perryville and Lewis infirmaries. | |
| **CGAR Question:** Does the Infirmary maintain a minimum staffing level of two RNS on duty in the Infirmary at all times at Tucson and Florence and a minimum of one RN in the Infirmaries at Perryville and Lewis? | |
| **Source of Records/Review:** Contracted Vendor: Nursing staff schedules for the monitored month. | |
| **Methodology:** <br> • Review the reconciled Nursing Staff Schedules obtained for PM #1 at each complex for the monitored month to determine RN coverage at the Tucson, Florence, Perryville, and Lewis infirmaries. <br> • ~~If, a~~At the Tucson & Florence infirmaries, if there were two RNs on duty at all times on ~~each~~ any day of the monitored month, ~~a score of 100% is given~~that day is compliant.  If two RNs were not on duty in the infirmary at all times for ~~one or more~~any day~~s~~ of the monitored month, that day is not compliant~~a score of 0% is given~~.  ~~If, a~~At the Perryville and Lewis infirmaries, if one RN was on duty in the infirmary at all times on ~~each~~ any day of the monitored month, ~~a score of 100% is given~~that day is compliant.  If, there was not a minimum of one RN on duty in the infirmary at all times for any day during the monitored month, ~~a score of 0% is given~~that day is not compliant.  Divide the number of compliant days by the number of days in the month to determine the compliance percentage. | |

18

Draft Revised: ~~12~~03/~~06~~13/2019

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**
**PARSONS v. RYAN, USDC CV 12-00601**

ADCM1607659