**EXHIBIT 4**

**EXHIBIT 4**

## Elaine Percevecz

| | |
|---|---|
| **From:** | Elaine Percevecz <EPercevecz@strucklove.com> |
| **Sent:** | Friday, June 19, 2020 4:53 PM |
| **To:** | Corene Kendrick; Don Specter; Rita Lomio; Amber Norris; Gabriela Pelsinger; Ilian Meza-Peña; Juliette Mueller; Tania Amarillas; David Fathi; Eunice Cho; Curtis Harris; Jessica Carns; sweaver@aclu.org; Maya Abela; tsherman@azdisabilitylaw.org; Jared Keenan; Casey Arellano; Maria Morris |
| **Cc:** | Lucy Rand; mary.beke@azag.gov; StruckLoveParsonsTeam |
| **Subject:** | RE: Parsons v. Shinn - Miscellaneous Production |

Counsel,

We've produced to you through FirmShare the following:

1. 2020-05 – CQI Meeting Minutes
2. Monitor Guide [draft version 06-01-2020]
3. Mortality Reviews
4. 2020-05 – MRFs
5. Psych Autopsy – Rotondo, Samuel 102015
6. 2020-05 – Temperature Logs

The link to this production will expire next Friday, **June 26.**

Sincerely,

Elaine



Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226

480.420.1619 | epercevecz@strucklove.com | STRUCKLOVE.com