Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
　　　　carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' REQUEST FOR STATUS HEARING** |

151522673.1

The last status hearing held by this Court regarding this case, which involves the health care of more than 30,000 people incarcerated in the State of Arizona's prisons, and conditions in maximum custody units, was on December 6, 2018. [*See* Doc. 3079] Plaintiffs respectfully request that the Court schedule a video status hearing as soon as practicable for the Court to review and hear arguments regarding the following emerging and submitted matters.[1]

1. **Defendants' plans to offer patient education materials and the COVID-19 vaccine to class members.** As of February 17, 2021, 10,950 people incarcerated in Defendants' ten state-operated prison complexes, or 36% of all class members, have tested positive for the virus. *See* https://corrections.az.gov/adcrr-covid-19-dashboard, (last accessed February 17, 2021). Thirty-one (31) class members in Defendants' prisons are confirmed to have died due to COVID-19, with another 14 class members' deaths preliminarily identified as being due to COVID-19. *Id.*[2] As for prison staff, 2,644 employees self-reported positive test results, with 178 staff currently infected. *Id.*[3]

2. **The alarming increase in incidents of self-harm and suicide.** According to Defendants, three class members have died by suicide in less than one month, between January 6, 2021 and February 3, 2021.[4] Seven people have died by suicide to date since

---

[1] Defendants' counsel has indicated that they oppose this request.
[2] Additionally, the number of deaths due to "natural causes" has increased dramatically in the past year. Defendants' December 2020 "Inmate Assault, Self-Harm, & Mortality Data" report shows that in FY 2020 (7/1/19-6/30/20), there were 128 deaths due to "natural causes" whereas in FY 2019 (7/1/18-6/30/19), there were 93 deaths due to natural causes. For FY 2021 through December 31, 2020, there were already 66 deaths due to natural causes, an annual rate of 132 deaths. *See* https://corrections.az.gov/sites/default/files/REPORTS/Assualt/2020/assaultmortality-dec20.pdf at 4 (last checked February 17, 2021).
[3] Defendants do not report the number of staff deaths, but according to news reports, the warden of ASPC-Yuma died in December. *See* "Yuma prison warden dies of COVID-19; facility fighting outbreak," FOX10 Phoenix, Dec. 19, 2020 at https://www.fox10phoenix.com/news/yuma-prison-warden-dies-from-covid-19-facility-fighting-virus-outbreak.
[4] *See* https://corrections.az.gov/article/inmate-death-notification-jason-e-dean (1/6/21), https://corrections.az.gov/article/inmate-death-notification-austin-t-georgatos (1/28/21), https://corrections.az.gov/article/inmate-death-notification-brandy-brents (2/3/21).

the beginning of FY 2021 (July 1, 2020-June 30, 2021).[5] Less than eight months into the fiscal year, the suicide rate for the year in Arizona's prisons is already well above the national average for an entire year.[6]

    3.    There are multiple outstanding matters pending before the Court, including:

        a. The Court's May 2019 Order to Show Cause why a $50,000 fine should not be imposed for each instance of noncompliance with certain Performance Measures and institutions (Doc. 3235), and the parties' responses to same (Docs. 3335, 3339, 3352, 3363);

        b. The Court's October 11, 2019 Order directing the parties to submit their proposals regarding how to spend the June 2018 contempt fine of $1.4 million (Doc. 3385), and the parties' responses to same (Docs. 3402, 3410);[7]

        c. The Court's November 12, 2019 Order regarding the negotiation of a new settlement agreement (Doc. 3416), and the parties' responses to same (Docs. 3430, 3435, 3469);

        d. The Court's January 31, 2020 Order to Show Cause why a $100,000 fine should not be imposed for each instance of noncompliance with certain Performance Measures and institutions (Doc. 3490), and February 12, 2020 Order considering setting the case for trial if noncompliance continued in the July 2020 CGAR reports (Doc. 3495 at 2), and the

---

[5] *See* https://corrections.az.gov/sites/default/files/REPORTS/Assualt/2020/assaultmortality-dec20.pdf at 4 (last checked February 17, 2021) (showing four deaths by suicide in FY 21 through December 31, 2020.

[6] *See* U.S. DEPARTMENT OF JUSTICE, BUREAU OF JUSTICE STATISTICS, MORTALITY IN STATE AND FEDERAL PRISONS, 2001-2016 – STATISTICAL TABLES (February 2020), https://www.bjs.gov/content/pub/pdf/msfp0116st.pdf. Prison suicide rates are calculated as a rate per 100,000 prisoners. In Arizona, if there are no more suicides in the remaining four and a half months of FY 21, the rate will be 20.5 per 100,000. The average annual rate in state prisons is 16. *Id.*

[7] The Ninth Circuit affirmed the district court's power to hold Defendants in contempt of court and to impose the coercive fine on January 28, 2020. *See Parsons v. Ryan*, 949 F.3d 443 (9th Cir. 2020), *cert. denied sub nom. Shinn v. Jensen*, No. 20-360, --- S. Ct. ---, 2021 WL 78109 (Jan. 11, 2021).

|   |   |   |
|---|---|---|
| 1 |   | parties' responses to same (Docs. 3649, 3683, 3729, 3730, 3760, 3799, |
| 2 |   | 3830); |
| 3 | e. | Plaintiffs' May 6, 2020 Motion to Enforce the Court's May 2019 Order |
| 4 |   | to Show Cause with regard to PM 50 (timely specialty care) at ASPC-|
| 5 |   | Florence (Doc. 3584), and the parties' further briefing regarding the |
| 6 |   | same (Docs. 3608, 3619); |
| 7 | f. | Plaintiffs' May 8, 2020 Motion to Enforce the Stipulation (Maximum |
| 8 |   | Custody Performance Measures) (Doc. 3590), and the parties' further |
| 9 |   | briefing regarding the same (Docs. 3664, 3768, 3833, 3834); |
| 10 | g. | Plaintiffs' June 12, 2020 Motion to Enforce the Stipulation |
| 11 |   | (Paragraph 14) (Doc. 3623), and the parties' further briefing regarding |
| 12 |   | the same (Docs. 3673, 3714); |
| 13 | h. | Plaintiffs' August 14, 2020 Motion to Enforce Previous Court Orders |
| 14 |   | Regarding the Length of Mental Health Encounters (Doc. 3694), and the |
| 15 |   | parties' further briefing regarding the same (Docs. 3739, 3781); |
| 16 | i. | Plaintiffs' September 8, 2020 Motion to Enforce the Stipulation |
| 17 |   | (PMs 37, 44, 45, 50, 55) (Doc. 3735), and the parties' further briefing |
| 18 |   | regarding the same (Docs. 3759, 3761); |
| 19 | j. | Defendants' September 18, 2020 Motion to Reconsider the Court's |
| 20 |   | Order (Doc. 3734) Imposing Discovery Sanctions, and Defendants' |
| 21 |   | request for a stay of the order (Doc. 3756), and the parties' further |
| 22 |   | briefing regarding the same (Docs. 3766, 3777); |
| 23 | k. | Plaintiffs' November 13, 2020 Motion for Further Relief (PMs 50, 51, |
| 24 |   | 102) (Doc. 3805), and the parties' further briefing regarding the same |
| 25 |   | (Docs. 3822, 3827); |
| 26 | l. | The Court's December 3, 2020 Order Regarding Terminating |
| 27 |   | Monitoring of Additional Performance Measures (Doc. 3821), and the |
| 28 |   | parties' responses to same (Docs. 3824, 3824-1, 3825, 3826); and, |

| | |
|---|---|
| 1 |    m. Defendants' December 23, 2020 Motion to Terminate Monitoring of |
| 2 |      Certain Performance Measures (Doc. 3840), and the parties' responses to |
| 3 |      same (Docs. 3849, 3855). |
| 4 |   4. The possible resumption of monthly or bi-monthly status hearings, to be |
| 5 | held telephonically or by videoconference during the pandemic. *See also* Doc. 2999 at ¶ 8. |
| 6 | Plaintiffs believe that monthly or bi-monthly status hearings promote judicial efficiency |
| 7 | by providing a regularly scheduled opportunity for review of Defendants' remedial plans |
| 8 | for noncompliant Performance Measures, as well as timely resolution of the numerous |
| 9 | other issues that arise in this large and complex case. |
| 10 |   5. Any and all other matters that this Court believes should be addressed in a |
| 11 | hearing. |

                 Respectfully submitted,

Dated: February 18, 2021       **PERKINS COIE LLP**

                 By:   s/ Daniel C. Barr
                    Daniel C. Barr (Bar No. 010149)
                    Amelia M. Gerlicher (Bar No. 023966)
                    John H. Gray (Bar No. 028107)
                    2901 N. Central Avenue, Suite 2000
                    Phoenix, Arizona 85012
                    Telephone: (602) 351-8000
                    Email:   dbarr@perkinscoie.com
                          agerlicher@perkinscoie.com
                          jhgray@perkinscoie.com

                    David C. Fathi (Wash. 24893)*
                    Maria V. Morris (D.C. 1697904)**
                    Eunice Hyunhye Cho (Wash. 53711)*
                    915 15th Street N.W., 7th Floor
                    **ACLU NATIONAL PRISON PROJECT**
                    Washington, D.C. 20005
                    Telephone: (202) 548-6603
                    Email:   dfathi@aclu.org
                          mmorris@aclu.org
                          echo@aclu.org

                    *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

                    **Admitted *pro hac vice*

Corene T. Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:   s/ Maya Abela |

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email: adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf