# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>    Defendants. | **NO. CV-12-00601-PHX-ROS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 24, 2021, judgment is hereby entered against Defendants Richard Pratt and David Shinn reflecting contempt fines for June 2019 totaling $1,100,000.

                                                    Debra D. Lucas
                                                    District Court Executive/Clerk of Court

February 24, 2021

                                                    s/ S. Strong
                                       By    Deputy Clerk