# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, et al., <br><br> Defendants. | No. CV-12-00601-PHX-ROS <br><br> **ORDER** |

This matter is before the Court on the parties' request for a mediation regarding two discrete issues relating to the first and second fees awards. The parties have requested that the undersigned mediator judge conduct the mediation with an evaluative approach, but understand that it is not the mediator judge's role to rule on issues in dispute even by agreement of the parties.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic mediation with Attorneys Struck, Specter, and Fathi on **April 6, 2021, at 10:30 a.m.,** with Attorney Struck's office to set up the conference call and circulate call in information to chambers and participating counsel.

**IT IS FURTHER ORDERED** that the parties shall exchange and provide mediation materials to undersigned's chambers on or before **March 12, 2021**.

Dated this 24th day of February, 2021.

_____
Honorable Deborah M. Fine
United States Magistrate Judge