1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona 85226
   Telephone: (480) 420-1600
5  Fax: (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendant(s)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**MOTION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**[First Request]** |

Defendants respectfully request an extension of time, until March 26, 2021, to file their Supplemental Response to the Court's January 31, 2020 Order to Show Cause ("OSC"). Defendants understand that the Court's February 24, 2021 Order, ordering Defendants to file their Supplemental Response "no later than March 12, 2021," admonished that "[n]o extension of this briefing schedule will be permitted absent extraordinary circumstances." (Dkt. 3861 at 15.) But Defendants believe that the scope, size, and ramifications of the Response constitute extraordinary circumstances and warrant more time to prepare it. The Supplemental Response must explain why more than 170 PMs were noncompliant between March and December 2020, a 10-month period.

To put that colossal task in perspective, Defendants' original Response—which addressed only 20 noncompliant PMs in one month—was supported by four declarations and more than 300 avowals. (Dkt. 3649, 3649-1, 3649-2, 3649-3, 3649-4.) The declaration that recounted the specific reasons why those 20 PMs were noncompliant was 121 paragraphs. (Dkt. 3649-4.) The forthcoming declaration that must detail the specific reasons for noncompliance with more than 170 PMs will be substantially longer and take significantly more time to prepare. In imposing a $1.1 million sanction relating to the May 2019 Order to Show Cause, the Court noted that Defendants failed to provide the level of detail necessary to avoid civil contempt. (*See* Dkt. 3861 at 4–5 ["Defendants make no effort to explain what steps they took to comply with PMs [11, 39, 40, 42, 47 49, and 52] …. Defendants do not explain why these administrative errors caused their noncompliance and why they were unavoidable. … Defendants do not articulate the specific steps they took to mitigate the staffing issues and why no other steps were available. … Nor do Defendants point to evidence establishing sufficient efforts were made to secure alternative outside healthcare providers."].) Thus, to meet that standard, the declarant must review each noncompliant PM (and in some cases the files audited) to accurately state the reason for noncompliance. And while she does that, she must still perform her duties as Centurion's Regional Director of Compliance. (Dkt. 3649-4, ¶ 4.) The supplemental declarations of the three other declarants—Director Shinn, Assistant Director Gann, and the Vice President of Operations of Centurion—must similarly be updated to include new information over a 10-month period, all while performing their very critical responsibilities at ADCRR. Suffice to say, more than two weeks is needed to prepare and finalize their declarations.

The amount at stake also supports an additional two weeks to prepare Defendants' Supplemental Response. The sanction amount will exceed $17 million if Defendants are held in contempt on all PMs. Thus, it is imperative that Defendants adequately and fully respond to the OSC, which they cannot do unless that have sufficient time to prepare the Supplemental Response. Due process counsels more than 16 days, particularly when the Court ordered Defendants to comply with several other deadlines by March 12 as well.

(Dkt. 3861 at 15.)  An extension until March 26, 2021 affords Defendants 30 days to prepare the Supplemental Response.  Finally, the additional time will not meaningfully impede the progression of this case.  The Court's February 24, 2021 Order resolved many outstanding issues and provided direction going forward, including how the $1.4 million in sanctions imposed in June 2018 should be spent.

**CONCLUSION**

For these reasons, Defendants respectfully request that the Court extend their deadline to file a Supplemental Response to the OSC to March 26, 2021.  Plaintiffs take no position on this request.

DATED this 26th day of February 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   *Attorneys for Defendant(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck