**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE** |

The Court, having reviewed Defendants' Motion to Extend Deadline to File Supplemental Response to Order to Show Cause (First Request), and good cause appearing,

IT IS ORDERED granting the Motion to Extend. Defendants' Supplemental Response to the January 31, 2020 Order to Show Cause is due on or before March 26, 2021.