Anthony J. Fernandez (Bar No. 018342)
Dustin A. Christner, Esq. (Bar No. 019707)
Alyssa R. Illsley (Bar No. 032956)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
8800 East Raintree Drive, Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
afernandez@qpwblaw.com
dustin.christner@qpwblaw.com
alyssa.illsley@qpwblaw.com
*Attorneys for Corizon Health, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Victor Antonio Parsons, et al., | Case No.: No. 2:12-cv-00601-ROS-DKD |
|---|---|
| Plaintiff, | |
| v. | **CORIZON HEALTH, INC.'S MOTION TO WITHDRAW AS LIMITED PARTY** |
| Charles Ryan, et al. | |
| Defendants. | Assigned to the Honorable Roslyn O. Silver |

Corizon Health, Inc., ("Corizon" herein) by and through undersigned counsel, respectfully moves to withdraw its limited appearance from this case and to be removed from all services lists, including PACR notifications. Corizon previously moved to appear in the above-captioned action solely to respond to a motion related to a collateral suit. [*See* Doc. #3555.] The motion has been ruled upon and Corizon's appearance in this matter is not necessary. [*See* Doc. #3563.]

DATED this 5th day of March, 2021.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/Alyssa R. Illsley
Anthony J. Fernandez
Dustin A. Christner
Alyssa R. Illsley
*Attorneys for Corizon Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify on March 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of filing to all attorneys of record in this matter. Hard copies have not been provided via personal delivery or mail to these recipients.

By: ___/s/Tina Cummings_____