# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | Case No.: No. 2:12-cv-00601-ROS-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Charles Ryan, et al. | Assigned to the Honorable Roslyn O. Silver |
| Defendants. | |

This Court, having considered Corizon Health, Inc.'s ("Corizon") Motion to Withdraw as Limited Party, and good cause appearing,

IT IS HEREBY ORDERED, Corizon is withdrawn from this action,

IT IS FURTHER ORDERED, Corizon and its counsel for the collateral matter as referenced in Doc. 3555 shall be removed from all services lists, including PACR notifications for this matter.

DATED this 5th day of March, 2021.

_____
The Honorable Roslyn O. Silver
United State District Court Judge