Rey A. Guajardo 179529
P.O. Box 5000
Florence, AZ 85132

FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 0 9 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States District Court
District of Arizona

| | |
|---|---|
| Victor Parsons | CIV 12-0601 ROS |
| vs. | Notice of Retaliation By |
| David Shinn | Felony Conviction |

① I am insulin Diabetic.

② Centurion does not give us insulin in a consistent timely manner

③ My blood sugar dropped as I did not get insulin in time

④ I ate

⑤ As I was eaten I — when called — refused to take insulin — because — that adversely affect me

— 1 —

(6) I TOLD THE NURSE.

(7) Though the injunction / ADOC policy – DOES NOT REQUIRE – I Sign – A REFUSAL – Sgt. Zebaviah Young – DISCIPLINED ME – FOR REFUSING to sign the REFUSAL.

(8) I explained to the Discipline Co-Ordinator – Discipline Hearing Officer – MEDICAL – I CANNOT BE DISCIPLINED – FOR REFUSING to sign the REFUSAL.

(9) THEY found ME guilty of A FELONY.

(10) I Appealed that

(11) ADOC MUST be Directed – to STOP DISCIPLINING inmates – who Refuse to Sign Refusals

3/8/21                    REY A. GUAJARDO

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Disciplinary Report

Please PRINT or TYPE all information
Date example: (mm/dd/yyyy)

Case Number: 21-FL4-115

| INMATE'S NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT |
|---|---|---|
| Guajardo, Rey | 179529 | ASPC-Florence/East Unit |

**CHARGE: GROUP NUMBER AND TITLE**
20B Obstructing Staff

**I. Statement of Violation** (State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s)).

On the below date and approximate time inmate Guajardo #179529 was called to return back to the health unit to sign a refusal to submit to treatment form. Inmate Guajardo became impatient when the insulin line didn't open until 0700 and walked off before receiving his insulin treatment. Inmate Guajardo insisted that he didn't have to sign any form and refused. Inmate Guajardo #179529 was verbally placed on report by CoII Fillip #10716 on 02/20/21 at 1045hrs. This report was written by CoII Fillip #10716 on 02/20/21 at 1300 hrs.

| DATE / TIME OF VIOLATION | REPORTING STAFF NAME | SID NUMBER |
|---|---|---|
| 02/20/21 / 1045 hrs. | Fillip, V. CoII | FVLO |

SIGNATURE: Fillip V. #10716
DATE / TIME COMPLETED: 02/20/21 / 1300 hrs.
DATE / TIME REVIEWED: 2/20/2021 / 1809

DISPOSITION: Refer

SHIFT SUPERVISOR REVIEW BY: Young, Z
SIGNATURE: [signed]
DATE: 2/20/2021

**II. Delivery of Charge:** I hereby certify that on 02-23-2021 at 0908 hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Felony Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on or after 48 hours from delivery of charge.

A03 DSCP OFFC/COIII SAUCEDA D

INMATE WAS OFFERED STAFF ASSISTANCE AND IT WAS:
☐ Accepted    ☒ Declined

Pled GUILTY / Not GUILTY
NO STATEMENT / NO WITNESS

INMATE SIGNATURE: [signed]
DELIVERING OFFICER SIGNATURE: [signed]

**III. Report of Investigation** — FELONY VIOLATIONS ONLY – SEE ATTACHED (Use form #803-8)

INVESTIGATING OFFICER: Sauceda
SIGNATURE: [signed]
DATE INVESTIGATION COMPLETED: 02·23·2021

**IV. Disposition:** This case was handled as:
☒ Felony Violation: Refer to Disciplinary Hearing Officer
☐ Informal Resolution    ☐ Dismissed/Not Guilty
☐ Misdemeanor Violation: Reason for finding of guilt:

**Penalty Assessed For A Minor Violation**
☐ ___ Hours Extra Duty    ☐ Reprimand    ☐ Other ___
☐ Return/Forfeit Contraband Items
☐ ___ Days Loss of Privilege

For Misdemeanor Violations Only: Inmate was given a copy of the results and advised that effective this date, he/she has five calendar days to appeal.

INMATE SIGNATURE: ___    DATE / TIME: ___
COORDINATOR'S SIGNATURE: ___    DATE / TIME: ___

803-1(e)
1/21/16

Distribution: Coordinator to make two copies of form; Original to Master Record
File Copy to Institutional File
Copy to Inmate

HON 1-15



# ARIZONA DEPARTMENT OF CORRECTIONS

## Result of Disciplinary Hearing

Please **PRINT** all information

Case Number  21-FL4-000115

| INMATE NAME (Last, First, M.I.) (Please print) | ADC NUMBER | CHARGE |
|---|---|---|
| GUAJARDO, REY | 179529 | 20B |

| HEARING DATE (mm/dd/yyyy) | HEARING TIME | HEARING LOCATION |
|---|---|---|
| 3/2/21 | | FLORENCE EAST UNIT DISCIPLINARY COORDINATOR OFFICE |

| HEARING OFFICER NAME (Last, First, M.I.) (Please print) | INMATE PLEA |
|---|---|
| Capt Carrasco  268M | ☐ Guilty   ☒ Not Guilty   ☐ No Plea |

| STAFF ASSISTANT ASSIGNED | NAME OF STAFF ASSISTANT PROVIDED (Last, First, M.I.) (Please print) |
|---|---|
| ☐ Yes   ☒ No | NOT APPLICABLE |

**WITNESS STATEMENTS USED**
N/A

**WITNESS STATEMENTS DENIED** (Name and Reason for Denial)
Ø

**FINDINGS OF DHO**
☐ Informal Resolution   ☐ Dismissed   ☒ Guilty   ☐ Not Guilty   ☐ Postponed

**Penalty Assessed for a Felony Violation**
☒ Loss of __30__ ERC's        ☒ __30__ Hours Extra Duty        ☐ Return / Forfeit Contraband Items
☐ $ _____ Restitution          ☒ __30__ Days Loss of Privilege     ☐ Other _____
☐ _____ Days Parole Class III   ☐ _____ Days Loss of Visits

Specific Evidence Considered In Finding Of Guilt Which Meets the Established Standard of Proof. "I am persuaded by the evidence that it is more probably true than not that you committed the disciplinary violation based on the following (Check all that apply)."

☒ Disciplinary Report        ☐ Video                  ☐ Admission of Guilt
☐ CIRAQ's                    ☒ Information Reports    ☐ Investigative Reports
☐ Lab Results                ☐ Staff Testimony        ☐ Copies of Physical Evidence
☐ Other _____

**ADDITIONAL COMMENTS**

| DISCIPLINARY HEARING OFFICER SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| [signature] 268M | 3/2/21 |

I have received a copy of the decision of the Disciplinary Hearing Officer. I understand that I may appeal this decision within 5 (five) calendar days through the Disciplinary Appeal process.

Inmate Signature: [signature]          Date: (mm/dd/yyyy) 3-2-21

WARDEN/DEPUTY WARDEN'S SIGNATURE     ☐ Approved   ☐ Disapproved   ☐ Modified _____

Distribution: Coordinator to make two copies of form;
Original – Master Record
Copy – CO III, Unit CO IV Grievance Coordinator (if a 17A Disciplinary Violation)
Copy – Institutional File
Copy - Inmate

803-5(e)
11/15/16

HCN-1.15