Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendant(s)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF PROPOSED EXPERTS PURSUANT TO COURT ORDER (DKT. 3861)** |

Defendants, through counsel, submit the following with respect to the Court's Order of February 24, 2021 (Doc. 3861 at 15) ordering that each side submit two proposed experts to perform a system-wide staffing analysis and a systemic analysis of the adequacy of the health care provided to class members. Defendants have solicited a proposal for this analysis by the NCCHC Resources, Inc, a 501 (c)(3) non- profit organization which is made up of corrections health care professionals of all specialty areas. *See* Exhibit 1, NCCHC Resources Proposal for Comprehensive Health Care Assessment, Staffing Analysis and Performance Improvement. NCCHC Resources (which is a separate entity from NCCHC

Facility Accreditation) has been providing consulting services for jails, detention facilities, prisons, and third-party medical providers for over 40 years.

NCCHC Resources utilizes an organizational approach to projects such as this, drawing on the expertise of a deep bench of health care professionals.[1] In the current proposal, NCCHC Resources recommends analyzing all ten ADCRR managed facilities, utilizing a wide variety of medical providers embedded in Arizona to gather pertinent information, both off-site and on-site, conduct a comprehensive review of medical and mental health services, gather demographic information on health care labor statistics throughout Arizona, analyze variations among the ten facilities, and present final recommendations.[2] The proposed eight-member team includes Randall Stoltz, MD, CCHP (medical expert) and William Elliot, PhD, CCHP (mental health expert).

Defendants propose that the Court conduct a telephonic interview with Executive Project Lead Brett Gibson, MD, MPH, CAE, FACPM, CCHP-P, to determine whether NCCHC Resources is what the Court has in mind with respect to performing the requested analyses pertaining to staffing and adequacy of health care.

---

[1] Marc Stern, M.D., is affiliated with NCCHC and has worked on other projects with NCCHC Resources. Defendants leave to the discretion of NCCHC Resources whether the team would include Dr. Stern.

[2] Defendants' submittal of this proposal shall not be deemed a waiver of Defendants' right to appeal prior rulings and orders of this Court or appeal from a final subsequent Order setting forth any injunctive relief regarding health care issues.

DATED this 12th day of March 2021.

        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendant(s)*

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck