**EXHIBIT 1**

**EXHIBIT 1**



## Arizona Department of Corrections

*Proposal for*

## Comprehensive Health Care Assessment, Staffing Analysis, and Performance Improvement

**February 28, 2020**

*Confidential and Proprietary*



*Proposal for*

# Arizona Department of Corrections

## Comprehensive Health Care Assessment, Staffing Analysis, and Performance Improvement

<div style="background:#123;color:white;">

# Contents

</div>

Introduction ............................................................................................................................. 1

About NCCHC Resources, Inc. ......................................................................................... 3

Statement of Work ............................................................................................................... 4

Methods ................................................................................................................................... 5

   Strategic Methods ............................................................................................................. 5

   Tactical Methods ............................................................................................................. 10

   Timeline ............................................................................................................................. 15

Key Personnel ..................................................................................................................... 16

Cost Structure ..................................................................................................................... 20

Examples of Relevant Experience ................................................................................ 21

Value-Added Services ....................................................................................................... 23





# Introduction

February 28, 2020

Joe Profiri
Deputy Director
Arizona Department of Corrections
1601 W. Jefferson
Phoenix, AZ  85007

*Proposal for Comprehensive Health Care Assessment, Staffing Analysis, and Performance Improvement*

Dear Deputy Director Profiri,

The Arizona Department of Corrections has identified a need for third-party expert review of its health care delivery system with an emphasis on staffing analysis. We are very happy to propose to provide these services as we too often see radical changes made in correctional health care based on limited facts and data; professional opinion alone is the driver. Working closely with the ADC Monitoring Bureau, we will provide consultation that will enable the ADC to make needed changes and greatly improve its health services and ultimately its patient outcomes.

We view our work here as the start of an important partnership. Our work is not designed to simply provide recommendations, but rather to provide ongoing, thoughtful, scientific, and compassionate support—support that enables the careful change needed to improve patient care.

NCCHC Resources, Inc., is uniquely positioned to partner with you in this important endeavor. We bring you:

- Our Experience: We are the consultative and technical assistance affiliate of the National Commission on Correctional Health Care, the nation's leader in setting standards for correctional health services. We have strong qualifications and case references from around the country, having helped our clients provide quality health care through our team's extensive advisory and operations experience in correctional health care.

- Our People: We are proposing a hand-picked team of consultants with experience in complex state prison systems. This NCCHC Resources team has worked in all facets of correctional health care including clinical services and organizational assessment.



● Our Clients: Those we serve represent a broad spectrum of correctional health care systems, generally at the county, state, and federal levels. Our relationships are collaborative and we often identify key innovations and other advances while working with our clients. We strive to have all clients as references, which requires that we work closely with them to meet their expectations.

We look forward to discussing next steps and working with you on this important initiative.

Sincerely,

Brent Gibson, MD, MPH, FACPM, CCHP-P
Managing Director
brentgibson@ncchcresources.org



## About NCCHC Resources, Inc.

NCCHC Resources, Inc., is a 501(c)(3) not-for-profit company providing technical consulting services for correctional health care systems nationwide. As jails, prisons, and juvenile detention facilities strive to deliver constitutional health care, improve quality, and reduce liability, we offer unique expertise from the world's leaders in correctional health care.

Our parent company, the National Commission on Correctional Health Care, is widely known and respected for its pioneering *Standards for Health Services*, national accreditation and certification programs, and premier correctional health care education. NCCHC Resources was created to manage the increasing demand for correctional health care technical assistance and other advisory work through the provision of high-quality consulting services.

With our roots in NCCHC – the nation's leader in setting standards for correctional health services – NCCHC Resources offers unparalleled breadth, depth, experience, and perspective.

Services include the following:
- Health system assessments
- Performance improvement
- Subject matter expertise
- Preparation for accreditation
- Preparation for certification
- Education and training
- Technical assistance
- Development of requests for proposals
- Contract monitoring

### Disclaimer

In the event that facilities or programs of the Arizona Department of Corrections seek or maintain NCCHC accreditation, it is important to note that services from NCCHC Resources are an entirely separate activity. Technical assistance and/or related services from NCCHC Resources in no way guarantees or implies successful accreditation, certification, or any other favorable treatment from any other entity.



## Statement of Work

### Our Understanding of Your Needs

We understand that you are requesting a comprehensive review of the health care operations at the Arizona Department of Corrections' 10 state-operated prisons. Our work will break out into phases (each approximately 1 year). This proposal details Phase I only. Phase I is envisioned as four major conceptual components that will occur simultaneously, as outlined in our Strategic Methods and Tactical Methods sections.

- Data review and analysis
- On-site assessment and assistance
- Staffing analysis development
- Implementation plan development

Our intensive assistance activities will provide continuous ongoing support to the momentum and culture change needed to facilitate long-term compliance and high-quality health services.

### The Purpose of the Requested Assistance

We applaud the Arizona Department of Corrections for its foresight in determining that a detailed analysis of its health services by the national experts is an essential step in promoting quality and reducing risk of poor health outcomes in the incarcerated population.

We believe that Arizona faces many of the same challenges as other correctional systems, centering on how to provide affordable health care that meets constitutional quality standards. Decisions regarding staffing and management of correctional health services carry enormous implications, and large systems like Arizona find they need to continuously evaluate their provision of care. Today, corrections leaders must continue, as always, to evaluate which services to provide and how. Today's decisions must also consider a wide variety of additional and evolving factors.

### Correctional Health Services Risks

Correctional health services present a variety of risks to the correctional system and the jurisdiction that operates it. The broad areas of primary risk are clinical malpractice and violation of civil rights, which pose legal risks to the jail, and administrative and clinical practices that expose the system to financial risk. Safety and security risks inherent in any correctional setting—to inmates and workers—also exist in health care settings and can be exaggerated where custody does not have a clear line of sight of a clinical encounter or confidentiality places the provider and inmate in close and unsupervised proximity.



# Methods

## Strategic Methods

NCCHC Resources brings over 40 years of experience to this project. No other organization can leverage the experience of hands-on work in the nation's jail and prison health care systems. We understand how high-functioning health care systems are staffed with both clinical and nonclinical personnel who must work closely with line security and correctional leadership to deliver services efficiently and effectively. We understand how medical and mental health are distinct but also closely interrelated will ensure a comprehensive review of both service lines.

As ADC requests, we are prepared to analyze the facilities individually, including a limited set of facilities. However, having assisted several state prison systems, we strongly recommend inclusion of all 10 state-managed facilities. This is because prison systems are meant to function as an organic whole. Inmates move between facilities for a variety of reasons, and quality health care depends on a seamless and unified health care system. Health care services may differ from site to site for reasons that are justifiable or not, and a global analysis can identify sound practices as well as areas of concern.

### A 'Deep Dive'

We will perform a deep dive at each facility to identify the root causes of performance issues as identified by various experts, reports, and metrics. Our methods include detailed health record reviews, in-depth patient and staff interviews, careful review of current policies and procedures with specific attention to alignment and/or differences from site to site. We will spend extensive time with executive and line leadership to understand the vision for the ADC, current and anticipated challenges, and areas of struggle.

We have carefully reviewed publicly available documents regarding the status of the ADC health care system (including current, legally binding performance metrics) and will make it a priority to identify why metrics have not been met or, if they have been, why the medical quality (as evidenced in the record) has not improved. There is an apparent significant disconnect between established metrics and documented clinical outcomes. We want ADC to understand why and recommend detailed solutions for remedying this disconnect.



*In our experience, developing staffing models for correctional health care requires a high degree of customization—not a one-size-fits-all approach.*

It would be inaccurate to use a simple staffing formula that is based solely on patient population (e.g., one provider per 1,000 inmates). Our overarching methodology is to analyze the status of each contributing factor highlighted below and assess options for each that would improve the efficiency and outcomes of health care services. This will provide actionable recommendations for an effective, flexible, and continuously evaluated model.

- High-Level Analysis

As a first step, we will analyze the contractor statewide office supporting the ADC and the senior management staff dedicated to the medical, dental, and mental health care program, both local and corporate. This team serves the ADC's state-operated prisons with a total population of approximately 30,000, divided among 10 facilities (see breakouts in Tactical Methods section).

- Disease Burden

For each facility, our experts will estimate the disease burden based on demographic data (e.g., age, sex, race) and population factors, then refine these estimates based on our knowledge of the unique correctional environment. For example, we expect higher rates of mental illness, infectious disease (e.g., hepatitis, tuberculosis), and chronic diseases (e.g., hypertension, asthma) than in the community. We also will review reasonably available sources of data (e.g., medical records, billing data) to aid our estimate. These calculations enable staffing to be tailored to this population. For example, ADC may require a larger number of internal medicine specialists with expertise in chronic disease, infectious disease specialists, and psychiatrists.

We will examine the burden of behavioral health morbidity on the ADC inmate population and its response and provision of services. Nearly all systems we work with struggle with meeting their patients' behavioral health needs, so we understand the challenges likely faced in the ADC and we are prepared to help develop solutions. Our in-depth review of the mental health needs informed by the community service capacity will provide the data required to develop a proper staffing analysis. We are familiar with a variety of solutions (e.g., telepsychiatry, use of psychiatric technicians) and will explore their appropriateness for the ADC.

- Housing Model

An important consideration is the relationship between housing and health needs. While security concerns drive housing assignment, there are ways to house patients with significant health needs so that services are rendered efficiently. Clustering patients based on medical or mental health condition, physical limitations, and classification designation often leads to more efficient utilization of health care personnel. Our experts will explore models that can improve staffing efficiency by concentrating patients and providers at a limited number of sites, and preferably those with access to tertiary care services.



- Health Services Utilization

Restrictions on inmate movement, physical plant design and operation, and other correctional realities greatly affect the provision of services. We will identify and review all reasonably available data on health services capacity to determine where services are under- or over-utilized. Based on historical information, our experts will develop proposed solutions for increasing efficiency of operations while limiting the impact on costs.

- Provider Specialties and Roles

Provider specialty workloads will also be analyzed. In our experience, adult medicine primary care specialists and emergency medicine specialists are well suited to work in a correctional environment. Other specialists may have a role, but typically the need for other specialties is not sufficient to justify having these professionals as primary on-site staff. Primary care services should not be provided by medical specialists who are not trained and experienced in primary care. An increasingly common practice in many large correctional systems, including the ADC, is to use mid-level providers such as nurse practitioners and physician assistants, working in concert with supervising board-certified physicians. Our experts will perform a careful review of provider services and how these align with the ADC needs.

- Nursing and Other Patient Care Roles

The use of registered nurses, vocational nurses, emergency medical technicians, and paraprofessional health care staff also contribute greatly to system efficiency and provider productivity. We will assess how ADC uses these staff in comparison to best practices and in light of Arizona scopes of practice.

- Access to Timely and Appropriate Care

Inmate-patients must have appropriate access to timely care that is of sufficient quality. However, discrepancies with community standards of care may arise. Hypothetical examples are as follows:

  o Patients in the community are typically seen within 1 week for a routine health complaint, but at the ADC it is often 2 weeks.

  o The time needed to triage and respond to emergency health needs is inordinate compared to community emergency departments, taking into account the challenges and limitations in both environments.

We expect that while unified in a single system, each facility will follow local policies and procedures and conduct operations in unique ways. These variances may be driven by patient clinical needs or other factors, but they can significantly increase demand for care and untimely care, leading to inefficient and ineffective care.

- Population Health Management Approach

Our methods include assessing how well ADC has incorporated population health management strategies that enable a system with limited resources to use data and analytics to focus resources on higher risk populations rather than treat every patient



Strategic Methods

exactly the same. Stratifying patient risk in a population and assigning care teams to high-risk populations has proven to be remarkably effective in community health systems and also in the limited correctional settings that have put these evidence-based strategies to use.

- Public Health Practices

Arizona has an obligation to protect the public health of its residents through evidence-based infection control, prevention of contagion, surveillance, and chronic disease management. The ADC also has an obligation to mirror the state and local public health practices. Our methods include analysis of public health practices that affect health within the system and risk to the state's population when inmates are released.

*Deep understanding of the fundamentals—how a system is structured and operated, the corporate culture at state and local levels, the population's disease burden and morbidity, etc.—is essential to advance to higher quality at the systemic level.*

- Our Approach

Our methods include on-site observation, key informant interviews, document and data review, fiscal analyses, review of contracts, and review of other primary and secondary data. We will synthesize our findings into a report of strengths, risks, and recommendations.

We are aware of reports and other documents that criticize or opine on the state of correctional health care in general and that of the ADC in particular. NCCHC Resources' strength is not only the information it can provide but also its thoughtful, consensus-based, evidence-informed recommendations. In partnership with the ADC, we can then assist in implementing these recommendations.

We do not necessarily agree with the notion that extra funding or staffing alone will immediately address ADC's health care quality issues. In our experience, decisions such as increasing funding, or insisting on a change of vendor, or conversion to/from self-operation may support positive change, but they lack nuance to achieve optimal performance.

Our work products will summarize all of the information we gather regarding the ADC health services operation and staffing, as well as the significance of those findings. We will systematically lay out recommended changes and how to carry them out. Finally, we will share how NCCNC Resources can help address the concerns we unearth, including cost analyses tied to any potential changes in staffing or other recommendations.

Our staffing analysis will probe issues such as staff absences for paid time off, disability, and unpredicted absences that will degrade the ability of health services to meet its mission. We will review the historical data on absences and how the system has responded to accommodate temporary or unplanned staff shortages. A viable



staffing plan will include the ability to backfill key positions. We also will delve into recruitment, initial and ongoing training, and career path development.

- Phase II

Once there is consensus regarding our findings, recommendations, and high-level implementation plan, we will develop a detailed work-plan for the implementation of recommendations during Phase II.

### Project Management

The consultant team for ADC will have a project manager. The project manager will be responsible for developing the materials for and facilitating the kickoff meeting. Once the project begins, the project manager will schedule internal consultant meetings as well as joint calls and meetings with ADC staff. Agendas and meeting minutes will be provided and follow-up assignments monitored. Other project management activities include ensuring contract deliverables are being met within the project budget; and verifying project task completion and appropriate billing.

We also anticipate a weekly touchpoint meeting between the NCCHC Resources project leader and the ADC project leader. In addition, the ADC Steering Committee and the NCCHC Resources project team will meet monthly to discuss the initial findings, recommendations, and the implementation plan.



## Tactical Methods

*It is extremely valuable to have our consultant experts on-site and face-to-face with clients to develop optimal, implementable solutions.*

Our fundamental approach is to place a focused team in Arizona for a portion of the project. Our experts will visit each prison and—through document review, health record review, physical walk-through, and interviews—develop a deep understanding of how health care is delivered in each prison. The team will work closely with ADC staff at the central office and local facilities to gather information. We will spend time at each facility to dig down at the causes of quality concerns, and will identify the reasons behind current staffing at each site and correlate these with what is reasonable by community standards, which themselves vary by location.

NCCHC Resources back office staff will support this ground team, providing project management and technical expertise. This reach-back capability allows for a flexible and responsive system to address ADC's needs as the project unfolds.

The 10 state-managed facilities are as follows:

| Facility | Estimated Population |
|----------|---------------------|
| Douglas | 1,800 |
| Eyman | 4,000 |
| Florence | 3,000 |
| Lewis | 5,000 |
| Perryville | 4,000 |
| Phoenix | 250 |
| Safford | 1,500 |
| Tucson | 4,000 |
| Winslow | 1,600 |
| Yuma | 4,350 |
| TOTAL | 29,500 |

## Framework for Meeting Project Objectives

1.  Initial Information Gathering

Immediately upon award, we will work with state officials to request pertinent documents and other data sources for review. The information we glean will guide our on-site conversations with key stakeholders, as well as our overall approach to our initial assessment and staffing analysis. Our inquiries will focus on the following areas (subject to applicability and availability):

NCCHC**Resources**
Solutions From the Most Trusted Name in Correctional Health Care

Tactical Methods

## Operations Domain

- Average daily population and design-rated capacity for each of the 10 facilities
- The 5-year projection of inmate population
- Total admissions and releases for the system
- Demographic information on the population (e.g., age, sex)
- Organizational chart of the ADC and health services
- Description of the health services provided at each facility
- The health services Policy and Procedure Manual
- Number of segregation beds by facility

## Clinical Services Domain

- Chronic disease clinical guidelines used by clinicians
- Managed care guidelines based on medical necessity and clinical appropriateness
- Any reports on the timeliness of referral response and management for emergent, urgent, and routine sick call requests
- Existing reports on telemedicine utilization for correctional care services
- Central office CQI (continuous quality improvement) minutes by facility and/or region
- CQI outcome and process studies and resolutions to studied problems
- Central office infection control committee minutes
- Infection control outcome and process studies and resolutions to studied problems
- Statistical reports for health services by facility; include services provided for primary illness, specialized curative care, types of specialties, and diagnostic services (e.g., radiology, laboratory)
- Number of prescriptions filled by therapeutic class
- Number of lab tests done on-site and off-site by state or private laboratories
- Number of reportable communicable disease patients
- The log or list of deaths, and all reports pertaining thereto
- Pharmacist reports on pharmaceutical utilization, procurement costs, formulary, and operations
- Central office pharmacy and therapeutic committee minutes
- Utilization management analyses of medical, mental health, and dental care services
- Surgical infection rates
- Departmental referral guidelines or directives to specialty consults
- Infirmary management data: number of patient admissions and discharges by diagnosis and by month
- Benchmarking reports of clinical outcomes
- Utilization management reports
- Identification of patterns of prescribing and trends analysis
- Information availability by diagnostic code, by facility, and by provider
- Formulary and policies regarding off-formulary prescribing



## Fiscal Responsibility Domain

- Budgets (proposed and actual) for each facility under review and for the system as a whole
- Data on expenses for services over $100,000 dollars per patient (e.g., transplants, dialysis, rehabilitation)
- Cost by diagnosis, by provider, by facility, and by region
- For inpatient hospital stays, the inpatient variables: standard facility base rate, case mix index, outlier adjustment, adjusted standard base payment rate, number of discharges per month, monthly amount for inpatient hospitalization, "board days" if applicable, and professional fees and rates for inpatient care
- Specialty care physician service variables: payment rate per visit, number of visits per month, and monthly amount paid
- Inpatient surgery service variables: inpatient surgery payment rate per visit, number of visits per month, and monthly amount paid
- Consultant dental health service variables: payment rate per visit, number of visits per month, and monthly amount paid
- Monthly expenditures for other health care services: in-house and off-site laboratory and radiology procedures
- Mental health services expenditures
- Pre-certification of inpatient admissions to community hospitals
- Emergency service variables by facility: number of ER visits per month, visits by diagnostic categories, monthly amount paid for ER health services , and the negotiated all-inclusive payment rate for each ER visit
- Ambulatory surgery and other hospital outpatient visit variables: the all-inclusive payment rate per visit, number of visits per month, and monthly amount paid

## Personnel Domain

- Job titles and descriptions for health staff at each facility
- Correctional health staff payroll salaries at each facility
- Description of the hiring process
- Staffing chart by facility with the number of health staff and clinical providers
- Health care staffing vacancies by discipline by facility, including duration of vacancy
- Hiring timelines for health care by discipline and for custody staff
- Use of registry and/or per diem personnel by discipline and location
- Custody staff vacancies by facility
- Overtime by discipline and by facility for health care and custody
- Benefits chart, including days off (sick, vacation, holidays)
- Relief factor used in staffing patterns
- Contracts relative to medical, dental, and mental health service
- State practice guidelines for PAs, NPs, and RNs
- Any departmental studies conducted for the Arizona legislature or other governing body
- Staff turnover rates by facility



### Legal Domain

- Consultative audits or reports regarding correctional health care performed
- Current court orders or consent decrees applicable to health services
- Current contracts with hospitals and specialty providers
- Arizona Administrative Code affecting health care services
- Departmental executive directives or orders pertaining to correctional health services
- Reports from health services vendors relating to contract compliance and quality improvement

2. Kick-Off Meeting, Validation, Scope Setting, and Goal Setting

In this stage, the NCCHC Resources key experts will:

- Conduct a project kick-off meeting with key stakeholders, including members of the state leadership, senior chief health officer, and other key stakeholders identified by the client
- Develop an understanding of the mission, vision, and values for health services in the state correctional environment as well as their history, organization, and cultural environment
- Develop the key goals of the project and how achievement of the goals will be determined
- Define the scope of the project
- Request and review internal documents, case summaries, and outcome documentation, and develop a comprehensive sample of challenging medical cases to review
- Work with the designated liaisons for monitoring services to define reporting requirements including incident-based, monthly, quarterly, and annual reporting
- Identify the project structure including stakeholders, ADC project sponsor, and project meeting and reporting requirements

3. Gather On-Site Information via a Comprehensive Review of Medical and Mental Health Services

Using expert opinion, the *Standards for Health Services in Prisons* and the *Standards for Mental Health Services,* and other appropriate references and resources, we will conduct, but not be limited to, the following activities:

- Interviews with key prison personnel to discuss facility management and its effect on policies, procedures, and programs that affect health services
- Interviews with key medical and mental health personnel to assist with department-wide assessment and evaluation
- Review of health policies and procedures against NCCHC standards
- Review of the medication administration process



- Inspection of the pharmacy (medication room) and review of the medication distribution system
- Observation of the intake process, segregation, and general housing areas
- Examination of nursing protocols
- Examination of equipment and supply needs for the medical unit
- Review of security staff training regarding signs and symptoms of medical conditions, first aid, cardiopulmonary resuscitation, mental health first aid, and suicide prevention
- Examination of the health records to assess the sick call process, intake screening process, health assessments, mental health assessments, management of communicable diseases, process for chronic disease management, and mental health services
- Review the staff roles and assignments at each facility

4. Gather Demographic Information on Disease Burden and Health Care Labor Statistics in Arizona

The ADC facilities do not exist in a vacuum; their patients will be impacted by the disease burden evident in their communities. Likewise, the ability to staff the facilities will be impacted by the available labor pool in their locations. Both are key factors that need to be included in the staffing analysis. Our data gathering will include:

- Arizona Labor Department information on the availability of health care personnel throughout the state with a focus on those areas where facilities are located
- Arizona Department of Health Services information regarding disease burdens throughout the state
- Literature reviews about public health and correctional health, especially in Arizona, and relevant benchmarking reports

5. Analyze Variations

We will review the data collected from all sources, note the similarities, and analyze the variations. The analyses will focus on variations in the following:

- Inmate health versus the population at large in Arizona
- Health among the facilities
- Processes among the facilities
- Staffing and staff use among the facilities
- Differences based on facility size
- Differences based on facility locations



6.   Convene Stakeholders, Review Initial Findings, and Deliver Initial Report

NCCHC Resources will convene stakeholders from the state and the facilities to discuss our initial observations, analyses, and conclusions. These will be summarized in a written report. The meeting will be an opportunity for attendees to provide feedback and additional perspective. Based on the findings and feedback, we will develop recommendations and potential alternate models for providing health care.

7.   Convene Stakeholders, Review Recommendations

NCCHC Resources will convene stakeholders from the state and the facilities to discuss our recommendations, including potential service delivery model changes. The recommendations will build on the findings presented in the initial report and the feedback about the findings and conclusions from the stakeholders.

8.   Present Final Report and Implementation Plan to Stakeholders

NCCHC Resources will then produce a final report and a high-level implementation plan. It is important that the recommendations be actionable and that ADC has a defined path for this action so the goals identified in the kickoff can be achieved.

## Timeline

| Activity | Start Day | Duration |
| --- | --- | --- |
| Kickoff: prepare and hold | 1 | 30 days |
| Initial data gathering and analysis | 1 | 45 days |
| Site visits | 30 | 120 days |
| Demographic data gathering and analysis | 45 | 45 days |
| Analyze findings, prepare initial report, and present | 90 | 120 days |
| Prepare recommendations and present | 210 | 30 days |
| Prepare high level implementation plan and present | 240 | 30 days |
| Prepare detailed implementation plan for Year 2 | 270 | 90 days |



## Key Personnel

NCCHC Resources brings you the nation's top experts in correctional health care assessment. The team will have ample and diverse expertise, with executive leadership by Dr. Gibson, project management by Loretta Reed, and bolstered by consultants selected for the unique contributions they can make to the project. Final team assignments will be made after award. The following are projected to serve as key personnel:



### Becky Pinney, MSN, RN, CCHP-RN, CCHP-A – Team Lead

Ms. Pinney possesses extraordinary leadership skills, evidenced by her role advancements to Senior Vice President, Chief Nursing Officer, at Corizon Health, from which she recently retired after 25 years, with a total of 30 years in this field. Her experience encompasses both clinical and nonclinical roles, having managed large jail programs and serving as the lead on several state prison contracts. Her career has given her a deep understanding of clinical trends and operations practices and how they can impact the daily custody and clinical management of the inmate population. Through collaboration with other clinical and operations executives, Ms. Pinney takes a comprehensive, systemwide approach to nursing issues, standards, training, education and staffing that supports patient safety and quality efforts.

A member of the American Nurses Association and Georgia Nurses Association, Ms. Pinney has significant involvement with NCCHC. She assisted with development of the 2014 *Standards for Health Services* manuals for prisons and jails, served on the committee that launched the Certified Correctional Health Professional – Registered Nurse (CCHP-RN) program, and is a member of the CCHP-RN subcommittee, the NCCHC Nurse Advisory Council, and the NCCHC Correctional Health Care Foundation.



### Peter Heffernan, MBA, LFACHE, CCHP – Correctional Health Care Operations Expert

With a long career steeped in health care administration, Mr. Heffernan possesses vast knowledge of every facet of management and operations. After earning an MBA in hospital administration, he started out in acute care community hospitals before joining the Massachusetts Department of Correction's Division of Health Services in 1990. There he served as Regional Administrator until 2003 and Deputy Director until 2012; he has since worked as an independent consultant. At MADOC, Mr. Heffernan was contract administrator for outsourced prison medical and mental health contracts in excess of $100 million per year. He was significantly involved in the development of a medical, dental, and mental health managed care model for the more than 11,500 people housed in the



state's 17 prisons. He also has 3 years of experience in consulting, marketing, and developing retained search contracts with acute care hospitals throughout New England.

Mr. Heffernan is a Life Fellow of the American College of Healthcare Executives and was a lead surveyor for the NCCHC accreditation program for many years.



### Kimberly Pearson, MHA, MBA, RN, CCHP – Clinical and Operations Expert

Ms. Pearson has worked in health care settings for 36 years as both a registered nurse and manager/administrator with progressive leadership roles. Now a consultant, she was Deputy Agency Director for the Orange County Health Care Agency – Correctional Health Services Division for 10 years. The Orange County system is one of the country's largest, with 60,000 adult and juvenile admissions per year, a health care staff of 350, and an annual budget > $71 million. Ms. Pearson had executive oversight for health services and the conditional release program for mentally ill individuals. Responsibilities included clinical operational oversight, strategic planning, regulatory compliance, management of legal/risk issues, contract management, and labor relations. She engaged in interagency collaborations with the sheriff's department, Immigrations and Customs Enforcement, Department of Justice, Board of State and Community Corrections, and state licensing entities.

Ms. Pearson currently serves on the Academy of Correctional Health Professionals' Board of Directors and has served on the Board for the American Correctional Health Services Association's CA/NV chapter. She also has been a surveyor for NCCHC's accreditation program.



### Randall Stoltz, MD, CCHP – Medical Expert

Dr. Stoltz is a board certified in family medicine and has broad experience in general medicine, correctional health care, and pharmaceutical research. He has been the Medical Director for the Vanderburgh County Detention Center since 1998 and in 2017 took on the same role for the Warrick County Correctional Center, both in Indiana. He develops and implements the health care plans for the inmates in these facilities and works with local public agencies to ensure ongoing health care after reentry. Areas of expertise include clinical operation policies and procedures, quality improvement, and clinical staff oversight.

In addition, Dr. Stoltz is a staff member at two hospitals and served for many years as the medical director at a nursing home, all in Evansville, IN, as well as a volunteer faculty member at the Indiana University School of Medicine. He is a physician surveyor for NCCHC's accreditation program and has served as an expert witness in



Key Personnel

many correctional cases. He also is a member of the Academy of Correctional Health Professionals and the American College of Correctional Physicians.



### William Elliott, PhD, CCHP – Mental Health Expert

Dr. Elliott has honed his expertise in correctional mental health since the start of his career, when, as a newly minted MS in criminology, he became a counselor at a state prison. He later earned a PhD in counseling psychology and began a trajectory that led him to oversee the work of countless mental health professionals in the Federal Bureau of Prisons and two state prison systems. During his 20 years at the U.S. Penitentiary in Terre Haute, IN, he rose to become chief of psychology services, responsible for mental health services to adult males housed in a maximum- and minimum-security facilities. At Wexford Health Sources he became a regional mental health director for the Illinois Department of Corrections. Notable areas of expertise include statewide policies and procedures, psychological assessment, suicide prevention, crisis intervention, substance abuse treatment, sex offender treatment and curriculum development, residential treatment programs, clinical staff training, telepsychiatry, vendor monitoring, and interagency collaboration.

Currently, Dr. Elliott is an independent consultant as well as a national presenter for PESI, a nonprofit organization that provides professional continuing education. He has written a book and several professional journal articles on correctional mental health treatment.



### Donna Strugar-Fritsch, MPA, BSN, CCHP – Models of Care Expert

Ms. Strugar-Fritsch is a Principal with Health Management Associates, where for 17 years she has served as HMA's practice leader in correctional health care. She advises prisons, jails, policy makers, and correctional health vendors in correctional health care operations, best practices, and emerging trends. Ms. Strugar-Fritsch is a nationally recognized expert in bringing new models of care into prison and jail health systems, including models that integrate behavioral health and medical care, and connect inmates with mental health, substance use disorder, and medical services at release to reduce recidivism.

Experience includes practice redesign projects; models for tracking health care costs; writing and monitoring health services contracts; inmate health care audits, from intake through release; and helping departments of corrections and Medicaid agencies to collect federal matching funds for inpatient hospital admissions. Ms. Strugar-Fritsch has worked with prisons and jails, state and county policy makers, providers and health plans, funders, and advocates across the country to address the opioid crisis and other addictions in justice-involved populations.



Key Personnel



### Brent Gibson, MD, MPH, CAE, FACPM, CCHP-P – Executive Project Lead

Dr. Gibson has dual, complementary roles. As Chief Health Officer at the National Commission on Correctional Health Care, he works in both a leadership and technical capacity and is deeply engaged in defining the organization's overall strategy and direction. Dr. Gibson advises the CEO, the Board of Directors, and its committees on a variety of matters, with emphasis on issues with clinical and public health implications. He works closely with thought leaders, clinicians, and government officials to facilitate education, training, and technical assistance as they develop local solutions for providing quality health care to incarcerated persons.

He also serves as Managing Director for NCCHC Resources, Inc., the affiliated, nonprofit consulting firm. He and his team provide critical technical assistance to correctional health care programs nationwide. Under his leadership, NCCHC Resources has pioneered the Correctional Health Care Management Office, an innovative continuous quality improvement and risk reduction initiative. The CHCMO provides national health care experts on an ongoing basis to advise leaders and clinicians, monitor performance, perform auditing services, and support an overarching aim of continuous quality improvement.

Dr. Gibson is board-certified by the American Board of Preventive Medicine. He is also a Certified Association Executive.



### Loretta Reed, MBA, PMP, ACP – Project Manager

Ms. Reed is a certified Project Management Professional with extensive multi-industry experience and skill in leading cross-functional teams, clarifying issues, and delivering solutions. She has led worldwide project teams that conducted risk assessments focused on business processes, determined the key controls, and developed testing of the controls to ensure compliance. Her expertise and skill set encompass operations assessment, business analysis, finance and accounting processes, continuous quality improvement, selection and implementation of electronic medical record systems and finance systems.

At NCCHC Resources, Ms. Reed directs the project management office, overseeing multiple complex technical assistance projects. She is responsible for developing project standards; managing project staff, tasks, milestones, deliverables, and expenditures; and monitoring all work performed so the projects deliver the expected results on time and on budget. Recent work includes managing a project that analyzed the feasibility of implementing a self-operation model of care for a large metropolitan correctional health care system. She also manages an ongoing project that monitors and provides fiscal oversight of the outsourced health care contract for a jail system.



## Cost Structure

| | Activity | Site Visit $ | Site Visit Travel $ | Total $ |
|---|---|---|---|---|
| 1 | Initial information gathering/analysis | | | 51,000 |
| 2 | Preparation, kickoff, scoping | | | 22,400 |
| 3 | Site visits | | | |
| | Douglas | 44,000 | 6,165 | 50,165 |
| | Eyman | 64,000 | 7,014 | 71,014 |
| | Florence | 48,000 | 5,998 | 53,998 |
| | Lewis | 110,000 | 9,975 | 119,975 |
| | Perryville | 64,000 | 7,014 | 71,014 |
| | Phoenix | 16,000 | 3,966 | 19,966 |
| | Safford | 41,900 | 6,165 | 48,065 |
| | Tucson | 64,000 | 7,014 | 71,014 |
| | Winslow | 32,000 | 6,165 | 38,165 |
| | Yuma | 108,750 | 9,975 | 118,725 |
| | Corporate | 48,000 | 5,998 | 53,998 |
| 4 | Demographic information gathering and analysis | | | 15,000 |
| 5 | Variation analysis | | | 113,000 |
| 6 | Initial findings report preparation and presentation | | | 50,000 |
| 7 | Recommendation preparation and presentation | | | 42,000 |
| 8 | Final report and high-level implementation plan / presentation | | | 20,000 |
| 9 | Detailed implementation work plan development | | | 64,000 |
| 10 | Project oversight, management, back office support | | | 195,660 |
| 11 | Other travel | | 24,030 | 24,030 |
| 12 | Grand Total | | | $1,313,189 |



## Examples of Relevant Experience

### Monitoring Activities

An Eastern jail that houses local and federal detainees experienced the death of several inmates under its care. County leadership engaged NCCHC Resources to send an expert team (a physician and a nurse) to perform a comprehensive evaluation of health care services, to make targeted recommendations for improvement, and to provide monitoring services over a four-month period. Subsequently, the jail requested an extension of this monitoring with an emphasis on assessing the corrective action plans.

In another project, a federal court overseeing a long-term consent decree regarding civil rights violations (constitutional health care) turned to NCCHC Resources to monitor the health care aspects of the injunctive relief. Our work included support for the development of a monitoring tool that incorporated unique metrics from the NCCHC *Standards* that the court had determined were essential to compliance. We also sent a team to the site to use the tool to help the court determine compliance. Serving the interests of the court, NCCHC Resources worked cooperatively with both state and plaintiff attorneys to gather the needed information.

### Health System Assessments

Facing mounting, high-profile criticism for providing substandard care for inmates, the governor's office of a large Midwestern state hired NCCHC Resources to conduct a comprehensive assessment of the health care at one of the nation's largest and most complicated departments of corrections. A hand-selected team (physician, psychologist, and nursing expert) visited selected prisons, including a program with a dedicated mental health mission and several with the highest levels of security, and wrote a comprehensive and detailed assessment of health care services.

### Self-Operation Analysis

A large Midwestern jail was directed by the county Board of Supervisors to rapidly analyze the effort and costs involved in converting its health services from vendor-operated to self-operation. NCCHC Resources was called upon to provide the technical correctional health care expertise to the county self-operation project team and to support related activities such as developing definitions of self-operation, designing the preliminary organizational structure for the new department, providing input on risk management decisions, exploring facility design issues, advising on needed equipment purchases, providing technical writing support for the final work product, and delivering testimony to the Board of Supervisors.

### Accreditation and Certification Preparation

A large jail system in a Western state was seeking NCCHC accreditation (the first county in the state to seek this prestigious accreditation in many years). The county leadership turned to NCCHC Resources to assess their readiness for a survey of health services. Our expert team visited each of the many jails, some of them in remote locations, to perform comprehensive on-site assessments. The information



gathered gave the county a unique view into strengths and weaknesses and provided important data to help the jail system prepare for accreditation, which ultimately was achieved.

### Training and Education

Faced with a mounting problem with managing opioid-dependent patients in jail, the sheriff's department of a major coastal metropolitan area looked to NCCHC Resources to provide training on the opioid crisis and how the sheriff might address the needs of this growing population. Coordinating with the local community treatment program, our experts provided on-site technical training, which included a thorough review of standards for opioid treatment programs (NCCHC is the only SAMHSA-certified accrediting body that accredits exclusively in correctional environments).

### Specialized Technical Support

When a Western state department of corrections hired a large consulting firm to conduct a comprehensive environmental scan of health care systems at other states' corrections departments, the firm turned to NCCHC Resources to provide a correctional context to its already robust health care analytic expertise. Our experts aided development of a comprehensive data call and interviews with officials around the nation to support the gathering and analysis of data requested by the client.

### Other Projects

Other projects include supporting the development of health services requests for proposals for a metropolitan New England jail; focused analysis of the process for non-emergency health care services at a large, high-security, Mid-Atlantic prison; and a comprehensive review of health services for a not-for-profit health system providing care at a large, metropolitan jail in the Southeast.

### Selected Recent Clients and Partners

- Allegheny County, Pennsylvania
- Charles County Sheriff's Office, Maryland
- Charleston County Sheriff's Office, South Carolina
- Chatham County Sheriff's Office, Georgia
- Cobb County Jail, Georgia (via WellStar Health System)
- Corrections Center of Northwest Ohio
- Delaware Department of Corrections
- Department of Youth Rehabilitation Services, Washington, DC
- Fairfax County Adult Detention Center, Virginia
- Hudson County Correctional Facility, New Jersey
- Idaho Department of Corrections
- Illinois Department of Corrections
- Milwaukee County, Wisconsin
- Monmouth County Sheriff's Office, New Jersey
- Riverside County Corrections Health Services, California
- Rockland County Correctional Health, New York



## Value-Added Services

*NCCHC Resources brings exceptional value to its clients.*

Looking back to why NCCHC Resources was founded, our leaders and subject matter experts noted that many consultants were offering professional services in correctional health care. However, while many of these consultants had some experience with NCCHC and its standards, there was no quality control or oversight, consistency from one consultant to the next, or careful management of pricing and costs to the client. Furthermore, with an environment of unaffiliated consultants, many clients were given critical advice that does not align with national standards (such as the NCCHC *Standards for Health Services*); instead receiving the opinion of one expert. This leaves clients open to unforeseen risk as they work to implement recommendations of well-meaning but independent consultants.

Reduction of these risks and our provision of high-quality expert consultation is our added value.