**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

The Court ordered the parties to submit proposed "experts to perform a system-wide staffing analysis and a systemic analysis of the adequacy of the health care provided to class members." (Doc. 3861). Plaintiffs proposed Dr. Marc Stern or Dr. Homer Venters. (Doc. 3871). Defendants proposed NCCHC Resources, Inc. (Doc. 3870).

The parties will be required to confer and attempt to reach an agreement regarding which expert should be appointed. While conferring, the parties should keep in mind the urgency of Defendants' noncompliance and the possibility such noncompliance has resulted in the systemic provision of healthcare below the constitutional minimum. For that reason, the length of time identified in and required by Defendants' proposal is longer than the Court contemplated. (Doc. 3870-1 at 18). Ideally, the appointed expert would be able to report back to the Court in no more than three months such that any necessary changes could be implemented as soon as possible.

Further, if the parties cannot agree on the appointment of Dr. Stern, and he is not ultimately appointed, the Court is likely to allow the new expert to speak with Dr. Stern

and take advantage of Dr. Stern's background knowledge and experience in this case to maximize efficiency during this inquiry.

Finally, given the time constraints and scope of inquiry, it may be appropriate to appoint a multimember team. However, the fact that the "Team Lead" proposed by Defendants recently retired from Corizon Health presents a significant obstacle to the selection of NCCHC Resources.

If the parties are unable to reach an agreement, they shall file a brief statement of no more than two pages identifying their concerns with the opposing side's proposed expert(s).

Accordingly,

**IT IS ORDERED** the parties shall confer and attempt to reach an agreement regarding the appointment of an expert.

**IT IS FURTHER ORDERED** no later than **April 2, 2021**, the parties shall either file a joint statement identifying the agreed-upon expert or separate statements of no longer than two pages identifying their concerns with the opposing side's proposed expert(s).

Dated this 19th day of March, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge