# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-0601-PHX-ROS |
| Plaintiffs, | |
| v. | **ORDER** |
| David Shinn, et al., | |
| Defendants. | |

Upon request of the parties for a mediation, on February 24, 2021, the Court set this matter for a mediation for April 6, 2021, at 10:30 a.m. (Doc. 3863). On March 19, 2021, the undersigned's chambers received an email stating that the parties have resolved their dispute.

Accordingly,

**IT IS ORDERED** vacating the mediation in this matter set April 6, 2021.

Dated this 22nd day of March, 2021.

_____
Honorable Deborah M. Fine
United States Magistrate Judge