1  Daniel P. Struck, Bar No. 012377
2  Rachel Love, Bar No. 019881
   Timothy J. Bojanowski, Bar No. 022126
3  Nicholas D. Acedo, Bar No. 021644
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
4  3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
5  Telephone:  (480) 420-1600
   Fax:  (480) 420-1695
6  dstruck@strucklove.com
   rlove@strucklove.com
7  tbojanowski@strucklove.com
   nacedo@strucklove.com

8  *Attorneys for Defendants*

9                  **UNITED STATES DISTRICT COURT**
10                      **DISTRICT OF ARIZONA**

11  Victor Parsons, *et al.*, on behalf of themselves    NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
12  Center for Disability Law,
                                          Plaintiffs,
13                    v.                                  **DEFENDANTS' NOTICE OF**
                                                         **FILING PERFORMANCE**
14  David Shinn, Director, Arizona Department of          **MEASURE CHARTS**
    Corrections; and Richard Pratt, Interim              **REGARDING JANUARY 2021**
15  Division Director, Division of Health Services,       **COMPLIANCE PURSUANT TO**
    Arizona Department of Corrections, in their          **COURT ORDER [DOC. 2958]**
16  official capacities,
                                          Defendants.

17        Defendants give notice of and attach as Exhibit A Performance Measure Charts

18  regarding January 2021 compliance pursuant to Court Order (Doc. 2958).

19        DATED this 22nd day of March 2021.

20                                        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

21

22                                        By /s/Timothy J. Bojanowski
                                          _____
23                                            Daniel P. Struck
                                              Rachel Love
24                                            Timothy J. Bojanowski
                                              Nicholas D. Acedo
25                                            3100 West Ray Road, Suite 300
                                              Chandler, Arizona  85226
26
                                              *Attorneys for Defendants*
27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Amelia M. Gerlicher:     agerlicher@perkinscoie.com;docketPHX@perkinscoie.com,
                         kleach@perkinscoie.com

Asim Dietrich:           adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org;
                         phxadmin@azdisabilitylaw.org

Corene T. Kendrick:      ckendrick@aclu.org

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com;
                         sneilson@perkinscoie.com

David Cyrus Fathi:       dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:          dspecter@prisonlaw.com

John Howard Gray:        jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:      jrico@azdisabilitylaw.org

Maya Abela               mabela@azdisabilitylaw.org

Rose Daly-Rooney:        rdalyrooney@azdisabilitylaw.org

Sara Norman:             snorman@prisonlaw.com

Rita K. Lomio:           rlomio@prisonlaw.com

Marty Lieberman:         mlieberman@acluaz.org

Eunice Cho:              echo@aclu.org

Jared G. Keenan          jkeenan@acluaz.org

Casey Arellano           carellano@acluaz.org

Maria V. Morris          mmorris@aclu.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski

2