Robert Charles Waltermann
045928
Box 5000
Florence AZ

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Alan Parson vs David Shinn | CIV 12-0601 PHX ROS Request for Help |

I have cataracts, glacoma, I cannot see, have headaches.

I am 64 years old.

Centurion Refuses to provide me the surgery the specialist ordered

I need Help

Robert Wat[erman]
Robert Waltermann

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE CivLR 5.4
(Rule Number/Section)