Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF REMEDIAL PLANS FOR HEALTH CARE PERFORMANCE MEASURES 37, 44, 45, 50, AND 55 IN COMPLIANCE WITH COURT ORDER (DKT. 3861)** |

Pursuant to the Court's February 24, 2021 Order (Dkt. 3861), and paragraph 36 of the Stipulation (Dkt. 1185), Defendants submit the following plans to remedy the deficiencies for Health Care Performance Measures 37, 44, 45, 50, and 55.

**PM 37** **Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?**

**ASPC-Perryville**

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Perryville | 93 | 96 | 99 | 93 | 99 | 99 | 76 | 63 | 69 | 85 | 86 | 82 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Perryville | 89 | 92 | 92 | 86 | 91 | 93 | 95 | 87 | 83 | 85 | 89 | 95 |

**Corrective Action Plan for August 2019 – October 2019:**

The DON took immediate action via an email notification and then held several staff meetings to advise nursing staff that the dental pain HNRs need to be seen the same day, all completed by November 1, 2019. The training was effective as evidenced the passing of the measure in November and December 2019.

**Corrective Action Plan for January 2020:**

The ADON drafted a step-by-step process on how to see inmates within 24 hours and document appropriately. It was shared during the staff meetings on 2/14/2020 and 2/26/2020, at which time the nursing staff had the opportunity to review and sign attestations. The ADON will also be reviewing the HNRs daily to ensure they were completed within timeframe. This plan was effective as demonstrated by the passing of the measure February 2020 through September 2020.

**Corrective Action Plan for October 2020:**

The DON sent education out on 12/2/2020 to all RNs with the full expectations of this measure. Education included that there is a need to be observant of the date the inmate has dated the HNR and assure the inmate is timely seen. Education also included the importance of nurse lines being completed daily in full and if there are any barriers throughout the shift they need to be escalated to Administration immediately. ASPC-Perryville has maintained compliance with this measure throughout the remainder of 2020 and current audit cycle of February 2021.

**PM 44** Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?

**ASPC-Douglas**

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Douglas | 78 | 80 | 0 | 100 | 85 | 100 | 71 | 86 | 67 | 100 | 100 | 100 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Douglas | 93 | 75 | 100 | 100 | 100 | 100 | 83 | 100 | 100 | 71 | 100 | 100 |

**Corrective Action Plan for August 2019:**

ASPC-Douglas monitors this daily to determine if documentation was completed correctly. On identifying a non-compliant chart, the provider is alerted to the discrepancies or need for further explanation, and documents it to ensure compliance. Education was provided to nursing staff and providers by the FHA during the September 2019 monthly staff meeting to ensure that all recommendations are documented and acted upon.

**Corrective Action Plan for October 2019:**

The HDF and FHA continue to monitor all off site returns to ensure that all recommendations were acted upon and reviewed by the provider. ASPC-Douglas maintained compliance until March 2020.

**Corrective Action Plan for March 2020:**

ASPC-Douglas had a newly assigned provider. The HDF and FHA provided education to the provider of the requirements needed for compliance of the performance measure. The plan was effective, and ASPC-Douglas had no further deficiencies until August 2020.

**Corrective Action Plan for October 2020:**

The staff member who placed the treatment order was educated on the performance measure recommendations. All staff were given further education during the September All Staff meeting on the expectations of the performance measure. The FHA, HDF, DON and ADON will monitor all returns and recommendations to ensure compliance.

**Corrective Action Plan for November 2020:**

Nursing staff were provided education and counseling on 12/23/2020 on the performance measure guidelines and ensuring that the end date of medication coincides with the required dosage so the patient receives all quantities. ASPC-Douglas was 100% compliant with PM 44 for both the December 2020 and January 2021 audit.

**PM 45**     **Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?**

**ASPC-Eyman**

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 72 | 76 | 82 | 88 | 82 | 84 | 78 | 94 | 88 | 86 | 76 | 66 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Eyman | 72 | 92 | 94 | 94 | 88 | 72 | 88 | 86 | 90 | 88 | 86 | 86 |

**Corrective Action Plan for June 2019 – August 2019:**

ASPC Eyman started having the HDF run daily reports from Pentaho in the beginning of September 2019 to assist the lab technician is scheduling their line. This was in addition to directing nursing staff to draw stat labs at all times. The HDFs also check for STAT labs to confirm scanned results are in to close out. The HDF sends updates daily to appropriate staff to complete outstanding labs within required timeframes. The FHAs will monitor. On the 10th day if a routine lab is still not completed, the HDF will inform the Director of Compliance who will include the outstanding item in a daily email sent of action items/summary of findings to DOs and VP for follow up and to facilitate plan. IRs are to be completed for incomplete lab lines and submitted to leadership immediately thereafter. This plan was effective December 2019 through February 2020 when ASPC-Eyman experienced a large increase in the volume of labs ordered, as well as not receiving the actual lab results from the lab vendor.

**Corrective Action Plan for December 2019 – February 2020:**

ASPC-Eyman hired medical assistants to assist with completion of the increased volume. A glitch was identified with the lab codes from the lab vendor and eOMIS causing the result to not populate in eOMIS. An IT ticket was submitted and the issue was resolved. These issues carried over for three months, as it takes time to hire and train additional staff, and the IT glitch was not identified until the beginning of February. Once staff were hired and the result glitch resolved, ASPC-Eyman remained complaint throughout the rest of 2020, with the exception of July 2020.

4

**Corrective Action Plan for July 2020:**

The FHA reviewed the responsibilities of STAT labs with the medical assistants which included the following: The medical assistant is responsible for drawing STAT and ASAP labs at the time they are ordered. In the event a medical assistant is not available, the unit provider will notify the onsite nurse and the nurse will be responsible for drawing the STAT and ASAP labs. The FHA reviewed the responsibilities of routine labs with the phlebotomist, which included the following: Phlebotomy will use the Lab Test Order Search function in eOMIS to extract the labs that are pending and ensure they are drawn within the applicable timeframes. If assistance in meeting the timeframes is needed, Phlebotomy will utilize medical assistants. ASPC-Eyman remained complaint through the rest of 2020 and is on track to achieve substantial compliance in July 2021.

### ASPC-Florence

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Florence | 76 | 86 | 79 | 78 | 80 | 86 | 80 | 87 | 86 | 89 | 87 | 94 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Florence | 91 | 91 | 97 | 94 | 97 | 94 | 71 | 93 | 90 | 88 | 88 | 85 |

**Corrective Action Plan for August 2019:**

ASPC-Florence took swift action with the SMD to provide education to the providers on 07/17/2019, 07/31/2019, and 9/25/2019. The education included the appropriate way to request lab draws prior to next chronic care lab. The HDF monitors the outstanding orders for labs and sends out a list to the FHA, AFHA, DON and ADONs, with required timeframe to complete. The HDF also reviews to ensure STAT lab results were scanned into eOMIS. This action plan was effective as evidenced by ASPC-Florence's sustained passing score throughout the next 12 months.

**Corrective Action Plan for August 2020:**

The DON provided education to the nurses who did not cancel the labs properly. The HDF tracks all labs and send out emails to the FHA, AFHA, DON, and ADONs of labs needing drawn or cancelled to ensure compliance. The education was effective as ASPC-Florence remained compliant throughout the remainder of 2020.

5

**PM 50**     **Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?**

**ASPC-Eyman; ASPC-Lewis; ASPC-Yuma**

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eyman | 62 | 55 | 67 | 79 | 86 | 56 | 69 | 51 | 60 | 70 | 39 | 15 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Eyman | 32 | 30 | 95 | 74 | 90 | 58 | 79 | 70 | 77 | 80 | 48 | 58 |

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 100 | 100 | 62 | 71 | 71 | 57 | 79 | 72 | 72 | 59 | 51 | 52 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Lewis | 57 | 58 | 100 | 97 | 90 | 64 | 73 | 49 | 63 | 42 | 60 | 65 |

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yuma | 96 | 94 | 86 | 67 | 77 | 78 | 62 | 59 | 63 | 70 | 84 | 68 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Yuma | 82 | 85 | 92 | 96 | 96 | 86 | 83 | 91 | 77 | 83 | 68 | 57 |

**Corrective Action Plan for March 2020 – January 2021: ASPC-Eyman, Lewis, Yuma.**

The largest barrier to meeting compliance with PM 50 at ASPC-Eyman, Lewis, and Yuma for March 2020 through January 2021 was the COVID-19 pandemic. On March 11, 2020, the Arizona Governor declared a Public Health State of Emergency due to COVID-19. The ADCRR suspended internal inmate movement, effective March 18, 2020, to control the spread of COVID-19 within the Arizona prisons. This also ceased specialty providers from coming onsite that included, but was not limited to, optometry, audiology, orthotics, ultrasound, and mammogram services. This also ceased all medical transports that were not urgent or life threatening, such as routine follow-ups and preventative services. The Arizona Executive Order 2020-10, effective March 19, 2020, delayed non-essential surgeries to conserve Personal Protective Equipment (PPE) supplies. Executive Order 2020-10 resulted in outside providers cancelling scheduled appointments, and many offices were unable to reschedule at that time. Even though the Governor's Order specifically refers to the cease of elective surgeries, numerous specialty services stopped seeing patients for routine and preventative services during the pandemic. Multiple outside providers would not see nursing home patients and inmates due to this being an at-risk population for higher rates of COVID-19 cases. Arizona Executive Order 2020-32, effective May 1, 2020,

allowed healthcare facilities to request exemption from Order 2020-10 to resume elective surgeries if they demonstrated they met preparedness standards, including a 14-day PPE supply. The reopening of services was a slow process that included new restrictions and a decreased number of patients scheduled in office in order to social distance. Some facilities were requiring all patients have a COVID-19 test 72 hours prior to an appointment and several requested that the transport officers also have a recent negative COVID-19 test. These specialty services also incurred a backlog due to not scheduling patients for over a month and a half and a decreased number of patients scheduled daily in in order to social distance. Even though the Order was lifted, Arizona had several waves of increased COVID-19 cases throughout the year starting in June and then tapering down at the beginning of August. Arizona saw its largest spike in cases in the middle of November 2020 with numbers eventually decreasing at the end of January 2021.  The specialty service providers and their staff were not immune to COVID-19, as their offices shut down due to in-office COVID-19 cases causing the rescheduling of patients. The outbreaks and increased cases within the inmate population caused rescheduling of appointments because either the patient was positive or quarantined due to exposure. All of these restrictions and rescheduling were for the safety of the patients, healthcare workers, and the community. Scheduling with a specialist within 30-60 days is difficult at the best of times let alone during a pandemic.

ASPC Eyman, Lewis, and Yuma made every reasonable attempt to schedule the urgent consults within the 30-day requirement March 2020 through January 2021. The COVID-19 pandemic has had a significant impact on this measure as outlined above.

In addition, the Centurion Arizona Regional Office established an Emergency Command Center on March 16, 2020 with proactive focus on high-risk patients. While following CDC, as well as client and state directives to control the spread of COVID-19, Centurion accumulated a consult backlog in Arizona.

The Regional representatives, Director of Compliance, Provider Service Representative, Medical Director, Utilization Management Supervisor, Director of Nursing,

and Continued Quality Improvement Director established a weekly meeting starting on March 18, 2020 with the Clinical Coordinators/Schedulers and the facilities leadership teams. The Regional Team provided oversite and guidance for the rescheduling of patients to maintain the existing network of specialists as well as how to document the next available appointment. The Medical Director provided all updates on CDC guidelines and procedures related to COVID-19. With the large volume of rescheduling due to COVID-19, on March 18, 2020, the Director of Compliance assigned daily consult tracking to the HDFs at each facility to track rescheduled consults on and off-site. The weekly meetings have continued throughout 2020 to provide continued guidance and direction regarding changes related to the pandemic.

The Director of Compliance continued to work with the Vice President of Utilization Management on addressing consults. In March 2020 a plan was developed to ensure all consults were processed within three days for urgent and within 14 days for routine. Six UM Review Nurses from the Centene Corporate office and two Referral Specialists from the North Carolina contract were assigned the reviews. On March 18, 2020 an additional UM Review Nurse from the Centene Corporate office was assigned to assist the Arizona UM team. This additional staff would eliminate a bottleneck in the UM approval process as consults continued throughout the pandemic. Authorization dates required updating due to rescheduling of appointments related to COVID-19.

Centurion invested in state-of-the-art equipment for telehealth services to increase the number of specialties provided and consults completed. Negotiations began in February 2020 with telehealth specialty service providers signing a contract with CareClix on March 2020. The following services are currently provided via CareClix: cardiology, nephrology, neurology, urology, otolaryngology, infectious disease, rheumatology, orthopedics, endocrinology, and genetics counseling.

On March 31, 2020, the Clinical Coordinators received training on how to document and schedule consults completed through CareClix. The first patient appointment was completed on April 4, 2020. A total of 872 patient consults were completed via telehealth

in 2020. The current specialties offered are cardiology, endocrinology, Ear Nose and Throat ("ENT"), internal medicine, rheumatology, neurology, orthopedics, urology, nephrology, and infectious disease.

Arizona Executive Order 2020-32, effective May 1, 2020, allowed healthcare facilities to request an exemption from Order 2020-10 to allow them to resume elective surgeries if they could demonstrate they met preparedness standards, including a 14-day PPE supply. Centurion prioritized and resumed providing offsite services, as available, to reduce the consult backlog. In a week's time, Centurion was able to activate its provider networks for optometry, audiology, imaging, cardiology, dermatology, endocrinology, and ophthalmology. AZ Tech Imaging, now AZ Diagnostic Radiology Group, shut down its Tempe and Ahwatukee sites in June and October 2020 during the spikes in COVID-19 cases to accommodate large groups of inmates from the different prison sites. Centurion hired two additional physical therapists in June 2020 to provide specialty care at ASPC-Yuma. The physical therapists were in addition to the other three hired in January and February 2020, with one located at each of the following facilities – ASPC-Lewis, Tucson, and Eyman/Florence. Completing physical therapy on site eliminates the need for the Utilization Management ("UM") review process. Eliminating this step expedites care, increases the number of consults completed, and lessons burden on the UM Department.

Centurion began recruiting for a Provider Services Representative. This position is responsible for building and sustaining positive working relationships with Arizona community providers, as well as assisting with a full range of provider relations and service interactions, including claim management and contract negotiation. Centurion filled this position on March 16, 2020, which was a pivotal move at the beginning of the pandemic. The impact of Covid-19 was immediate as many outside provider offices closed temporarily with the AZ Governor's Order, and hospital's ceased all elective surgeries and saw patients only on an emergency basis. The Provider Services Representative was charged with creating new contracts and relationships with outside providers and hospitals throughout the state during the beginning of the pandemic. In light of the pandemic, and unable to meet

with outside providers, the Provider Services Representative was still able to contract with 15 new providers from March 2020 through December 2020 and has already completed four contracts since January 2021. In all, there has been a tremendous amount of relationship building and mending that has taken place over the past year. Centurion is addressing provider concerns in person and via telephone in Arizona as opposed having to go through the corporate office located in Georgia. This allows Centurion and the specialty providers to better understand each other's needs and create a greater working partnership as a result.

**New Providers/New Contracts March 2020-December 2020:**

Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron
AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute
Neurology Consultants of AZ – Dr. Shayya
Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

**January-March 2021:**

IMS GI – Dr. Verma
Center for Neurology and Spine – Dr. Gitt
Ocotillo Surgery Center
Arizona Urology – multiple providers

Centurion continues with all of the above noted efforts and to explore all opportunities for the completion of consults and provide the best patient care.

**PM 55    Are disease management guidelines implemented for chronic diseases?**

**ASPC-Lewis**

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lewis | 82 | 89 | 86 | 81 | 71 | 76 | 54 | 56 | 53 | 78 | 86 | 86 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Lewis | 87 | 91 | 100 | 94 | 98 | 99 | 96 | 96 | 98 | 94 | 98 | 89 |

**Corrective Action Plan for July 2019 – November 2019:**

ASPC-Lewis scheduled additional providers on site and via telehealth throughout the week and on weekends, extending the traditional provider line hours. The outstanding appointments were worked into the schedule by prioritizing medical conditions and increasing the number of patients seen daily. The SMD also provided education to all providers of the requirements to meet the chronic care measure and the requirements for chronic care provided in the HSTM. In addition, the chronic care nurse implemented a tracking system to ensure all chronic care patients are seen and all rescheduled appointments are completed. This plan was effective, as ASPC-Lewis has passed this measure every month since December 2019 to the present. ASPC-Lewis is on track to achieve substantial compliance in June 2021.

## ASPC-Tucson

| 2019-20 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tucson | 89 | 85 | 89 | 81 | 81 | 86 | 76 | 83 | 89 | 86 | 86 | 88 |
| 2020-21 | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Tucson | 91 | 94 | 89 | 90 | 86 | 83 | 89 | 84 | 91 | 86 | 78 | 86 |

**Corrective Action Plan for August 2019 – September 2019:**

ASPC-Tucson scheduled additional providers on site and via telehealth throughout the week and on weekends, extending the traditional provider line hours. The outstanding appointments were worked into the schedule by prioritizing medical conditions and increasing the number of patients seen daily. The SMD also provided education to all providers of the requirements to meet the chronic care measure and the requirements for chronic care provided in the HSTM.  In addition, the chronic care nurse implemented a tracking system to ensure all chronic care patients are seen and all rescheduled appointments are completed. This plan was effective, as ASPC-Tucson has passed this measure every month until July 2020.

**Corrective Action Plan for July 2020 – December 2020:**

ASPC-Tucson fell below the 85% threshold in July - 83%, September - 84%, and December - 78%. A review the audits identified two issues.  The first was the future chronic

care appointment was not scheduled, and there were instances where the patient was seen outside the required timeframes. There is a direct correlation between the increase in positive COVID-19 patients and a decrease in compliance with this measure. As positive COVID-19 cases increase, medical care is prioritized by the most urgent medical needs of the patient population. ASPC-Tucson and its units are compartmentalized, and patients are quarantined, which decreases movement throughout the facility. This measure relates to patients seeing a provider for chronic care appointments. As restrictions of movement increased, to contain and reduce the spread of COVID-19, appointments were rescheduled and prioritized medically. In July 2020, ASPC-Tucson had 704 patients that tested positive for COVID-19. The patients were quarantined and medically monitored for 14 days. Patients diagnosed later in August (190) would carry over into the month of September. In September there were an additional 40 cases. Given the safety measures implemented and efforts taken, newly diagnosed COVID-19 cases decreased in September to 40 and October to 24. Unfortunately, as cases in the community increased, ASPC-Tucson had the same experience, with 201 cases in November 2020 and 406 cases in December 2020. Compliance once again fell below the 85% threshold in December to 78%. This was because there were 406 newly diagnosed cases of COVID-19, and similar safety measures had to be implemented.

ASPC-Tucson providers continue to prioritize to meet the medical needs of the patient population during this pandemic. ASPC-Tucson identified an average daily population of over 5,000 inmates, many having a chronic condition. As a result, a full-time chronic care assistant was hired and on boarded in November 2020. Training included all aspects of PM 55 and the scheduling of chronic care patients. In addition, daily provider lines are reviewed by the provider tech (within a day or two) and the chronic care assistant (within the same month of the appointment) to ensure follow-up appointments are scheduled and within the appropriate timeframe. Any failures identified during the review from the chronic care assistant are reported to the Chronic Care, RN to correct the error and provide education to the technician that missed it or made the error originally. ASPC-

Tucson passed the January 2021 audit and is on track to achieve substantial compliance in February 2021.

DATED this 26th day of March, 2021.

                                                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                                                    By /s/Timothy J. Bojanowski
                                                          Daniel P. Struck
                                                          Rachel Love
                                                          Timothy J. Bojanowski
                                                          Nicholas D. Acedo
                                                          3100 West Ray Road, Suite 300
                                                          Chandler, Arizona 85226

                                                          *Attorneys for Defendant(s)*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Timothy J. Bojanowski