Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendant(s)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF COMPLIANCE PLAN REGARDING STIPULATION PARAGRAPH 14 PURSUANT TO COURT ORDER (Dkt. 3861)** |

Defendants, through counsel, submit the following Compliance Plan Regarding Stipulation Paragraph 14 in accordance with this Court's Order at Dkt. 3861.[1]

Paragraph 14 of the Stipulation provides (Dkt. 1185 at 6):

> **For prisoners who are not fluent in English, language interpretation for healthcare encounters shall be provided by a qualified health care practitioner who is proficient in**

---

[1] Defendants' submittal of this Compliance Plan shall not be deemed a waiver of Defendants' right to appeal prior rulings and orders of this Court or appeal from a final subsequent Order setting forth any injunctive relief regarding healthcare issues. By submission of this Plan, Defendants also do not concede non-compliance regarding Stipulation Paragraph 14.

**the prisoner's language, or by a language line interpretation service.**

As set forth below and as required by the Court's Order, Defendants' Compliance Plan identifies inmates not fluent in English, informs inmates of their entitlement to interpreter services, and explains to the inmates how to request interpretation services. (Dkt. 3861 at 12, 15.)

1. Consistent with current processes, inmates who are not fluent in English (or require sign ASL language services) are identified during the new admission intake process when interviewed by a nurse during the Intake Assessment. During an inmate's first medical encounter at intake, the "hard stop" function in the electronic medical record ("eOMIS") identifies inmates who may require translation services. Deaf inmates are likewise identified and documented during the intake process in conjunction with their "Mobility Restrictions/Physical Disabilities and Impairments" assessment. *See* Paragraph 6 below for a discussion of the eOMIS "hard stop" functionality related to language interpretation protocols.

2. Centurion will explore the capability of eOMIS to determine whether a field can be added that will display designation of the language that the inmate is fluent in, if not English, such that during the nurse's Intake Assessment, the field would be completed with the language the inmate is fluent in and the field would auto-populate each time healthcare staff document a healthcare encounter so that healthcare staff is immediately advised of fluency concerns and likely need for language interpretation services. *See* Paragraph 6 below for a discussion of the eOMIS "hard stop" functionality related to language interpretation protocols. If this technology change is feasible, Defendants will advise Plaintiffs of the same as well as projected date for addition of the field.

3. Posters will continue to be displayed in prominent areas (in English and Spanish) in the medical units, including waiting areas and treatment rooms, advising inmates of the availability of language interpretation services.

4. If an inmate requires translation services during a healthcare encounter, healthcare staff will either locate a staff member who is proficient in the patient's language or utilize the LanguageLine Solutions services to provide communication assistance.

5. In order to enhance advisement to the inmate as to entitlement for language interpretation services, and to aid in healthcare staff being able identify the language the inmate is fluent in, healthcare staff will ask the inmate if he/she speaks/understands English. Upon verbal or non-verbal indication that the inmate is not fluent in English (or requires ASL services), the inmate will be provided a written advisement/election guide that states that the inmate is entitled to language interpretation services either by a qualified healthcare practitioner who is proficient in the prisoner's language, or by a LanguageLine interpretation service. The advisement/election guide will be written in numerous languages and will be formatted in table form, identifying the specified language on the left, the advisement in the specified language in the middle, and election boxes for "yes" or "no" on the right (written in the specified language). The election box will allow the inmate to point to whether he/she elects interpretation services in order to advise the healthcare staff of the acceptance or refusal of offered language interpretation services. The language designation box on the right will allow the healthcare staff to determine which language the inmate is fluent in as he/she points to the chosen election box. This way, healthcare staff does not have to guess as to what language the inmate is fluent in. Defendants will confer with Plaintiffs regarding the design and messaging provided in the advisement/election guide. The basic setup for the guide would follow this format:

| Language Identifier | Advisement in specified language. | (Yes) I require interpretation services. | (No) I refuse interpretations services. |
|---|---|---|---|

6. Per the "hard stop" function existing in eOMIS, healthcare staff is required to determine whether an inmate requires translation services before proceeding with documenting a healthcare encounter (nurse, provider, chronic care, mental health, and dental encounters). The creation of a SOAPE note requires the healthcare staff to answer

3

the question, "Are interpreter services needed for this inmate?" This question acts as a hard-stop, which means it must be answered before the staff member can continue. If the answer is "No," then the staff member may continue to the next section. If the answer is "Yes," then an additional dropdown menu appears and asks, "What type of interpreter services were used for the encounter?" The choices are "LanguageLine," "Healthcare Staff Used for Interpreter Services," or "Inmate Refused Interpreter Services." This acts as a second hard-stop and must be answered before continuing. The interpreter service "hard stop" is required for over 70 types of provider, nursing, mental health, and dental encounters. This eOMIS "hard stop" function will continue to be employed.

7. Centurion will continue to use LanguageLine Solutions for audio interpretation. LanguageLine Solutions interpretation services provides audio interpreters through any telephone, 24 hours a day, 7 days a week, for over 240 languages.

8. Centurion will continue to use its AmWell platform for video interpretation services which is available 24 hours a day, 7 days a week, in ASL, Spanish, Arabic, Cantonese, Mandarin, Polish, and Russian. Video interpreters are available Monday through Friday in Albanian, Amharic, Armenian, Bengali, Bosnian, British Sign Language, Burmese, Farsi, French, German, Greek, Haitian Creole, Hebrew, Hindi, Hmong, Italian, Japanese, Karen, Khmer, Korean, Laotian, Lithuanian, Malay, Nepali, Portuguese, Punjabi, Romanian, Somali, Swahili, Tagalog, Thai, Tigrigna, Turkish, and Vietnamese (with extended weekend hours for Korean, Portuguese, Somali, and Vietnamese).

9. Centurion will continue to train its healthcare staff on the availability and use of language interpretive services during Centurion New Employee Orientation.

10. Compliance Plan enhancement measures will also be included in Centurion New Employee training, and existing Centurion employees will be likewise trained.

11. ADCRR's MSCMB monitors will verify that posters are prominently displayed in the medical units, including waiting areas and treatment rooms, advising inmates of the availability of language interpretation services.

12. ADCRR's MSCMB monitors will verify that treatment rooms are equipped with the multi-language written advisement/election guide detailed in Paragraph 5, above.

Defendants request the Court order that if Plaintiffs have questions or concerns regarding this Compliance Plan, they meet and confer with Defendants before engaging in motion practice regarding the same. Such an order will potentially avoid needless expenditure of attorneys' fees and Court resources to resolve issues that the parties may be able to resolve on their own, without Court intervention.

DATED this 26th day of March 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant(s)*

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com; docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love