Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                                        Plaintiffs,<br><br>            v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                                        Defendants. | NO. 2:12-cv-00601-ROS<br><br>**SUPPLEMENTAL DECL. OF LARRY GANN** |

I, Larry Gann, Jr., make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Supplemental Declaration.

2.      On July 10, 2020, I executed a Declaration in support of Defendants' Response to the January 31, 2020 Order to Show Cause. I affirm the avowals in that Declaration and incorporate them here.

## **Compliance Scores**

3.      As explained in my prior Declaration, when ADCRR reports the "overall" or "systemwide" compliance rate, it is reporting that percentage based upon a specific formula, which is:

$$\frac{\text{\# activated measures - \# noncompliant activated measures}}{\text{\# activated measures}} \times 100$$

The "activated measures" include the Maximum Custody Outcome Measures, the "N/A" Measures, and Measures that have been terminated or retired by the Court (except PM 54, effective March 2020). Additional rates can be calculated from the underlying data contained in the CGAR reports.

4. Excluding the Maximum Custody and N/A Measures, the MSCMB audited 732 Health Care Performance Measures in March 2020; 731 in April 2020; 740 in May 2020; 727 in June 2020; 724 in July 2020; 723 in August 2020; 739 in September 2020; 737 in October 2020; 736 in November 2020; and 736 in December 2020.

5. If the Maximum Custody and N/A measures are excluded from both the numerator and denominator in the overall compliance formula, the number of applicable measures monitored (monitored measures minus measures that were not applicable that particular month ("N/A")), the average score of all monitored measures, and the overall adjusted compliance rates for the Stipulation, are:

| Month | Applicable Measures Monitored | Average Measure Score | Overall Adjusted Compliance Rate |
|---|---|---|---|
| March 2020 | 732 | 96% | 96.17% |
| April 2020 | 731 | 96% | 94.94% |
| May 2020 | 740 | 94% | 89.73% |
| June 2020 | 727 | 93% | 89.82% |
| July 2020 | 724 | 93% | 89.09% |
| August 2020 | 732 | 94% | 89.75% |
| September 2020 | 739 | 93% | 89.72% |
| October 2020 | 737 | 95% | 92.54% |
| November 2020 | 736 | 95% | 92.26% |

| December 2020 | 736 | 94% | 88.59% |

6.      In June 2018, the Court terminated 140 Health Care Performance Measures (PMs 7, 38, 56, and 71 at all ten complexes; PMs 33, 34, 62, 75, and 76 at Douglas, Florence, Lewis, Safford, Winslow, and Yuma; PMs 57, 58, 60, 61, and 74 at Douglas, Eyman, Florence, Lewis, Safford, Tucson, Winslow, and Yuma; and PMs 63, 64, 65, 68, and 70 at Douglas, Eyman, Phoenix, Safford, Winslow, and Yuma).  *See* Doc. 2900 at 12-13.  In February 2020, the Court adopted several of Dr. Stern's recommendations relating to the termination or retirement of 60 Health Care Performance Measures (PMs 12, 16, 18, 19, 20 and 54 at all ten complexes) and directed the parties to stipulate to which measures were or should now be terminated at specific locations.  (Doc. 3495 at 13-14 and 23.)  Following the parties' report, the Court terminated an additional 102 Health Care Performance Measures (PMs 6, 9, 10, 17, 28, 29, 79, 96, 99 and 101 at all ten complexes, and PM 61 at Perryville and Phoenix).  *See* Doc. 3518 at 6.  In April 2020, the parties stipulated and confirmed that the above 302 Health Care Performance Measures should be terminated.  *See* Doc. 3575-1.  And in December 2020, the parties stipulated that 139 additional Health Care Performance Measures (PMs 1, 2, 3, 5, 8, 15, 26, 30, 31, 59, 72, and 97 at all ten complexes; PMs 57, 58, and 60 at Perryville; PM 62 at Eyman, Perryville, Phoenix, and Tucson; and PMs 65, 68, and 69 at Florence, Lewis, Perryville, and Tucson) should be terminated.  *See* Doc. 3824-1.

7.      If you remove these terminated Health Care Performance Measures from the adjusted final compliance rate equation, there is no substantial difference in the compliance scores, although the scores are slightly lower.  The monthly number of applicable measures monitored, average score of all monitored measures, and overall adjusted compliance rates for non-terminated Health Care Performance Measures are:

///

///

| Month | Applicable Measures Monitored | Average Measure Score | Non-Terminated Overall Adjusted Compliance Rate |
|---|---|---|---|
| March 2020 | 550 | 95% | 95.27% |
| April 2020 | 559 | 96% | 95.35% |
| May 2020 | 557 | 94% | 89.05% |
| June 2020 | 544 | 93% | 91.18% |
| July 2020 | 541 | 93% | 88.91% |
| August 2020 | 548 | 94% | 89.23% |
| September 2020 | 550 | 93% | 89.09% |
| October 2020 | 540 | 94% | 91.85% |
| November 2020 | 432 | 94% | 90.28% |
| December 2020 | 433 | 93% | 84.99% |

8.     The reason for the difference is because the MSCMB still held the vendor accountable for failing to meet the 85% compliance threshold even for those Health Care Performance Measures that had been terminated by the Court.

9.     Between March 2020 and October 2020, there were 127 remaining measures subject to the Order to Show Cause.  With the stipulation to terminate PM 15 at Eyman, Florence, and Lewis; PM 72 at Eyman; and PM 97 at Phoenix during the November monitoring month (*see* Doc. 3824-1), that number dropped to 122 measures potentially subject to the Order to Show Cause in November and December 2020.

10.     Of the measures subject to the Order to Show Cause, the following fell short of the 85% compliance threshold between March 2020 and December 2020:

- PM 11 at Eyman (March, May, September, November, December); Lewis (April, June, December); Winslow (September); and Yuma (September).

- PM 13 at Eyman (September, October); Florence (September, October); Lewis (September, October, November); and Yuma (September, October).

- PM 35 at Eyman (December); Florence (May and July); and Tucson (August, December).

- PM 37 at Tucson (September, November, December); Winslow (August); and Yuma (April, May, June, December).

- PM 39 at Eyman (May); Lewis (July); and Yuma (June, July).

- PM 40 at Eyman (July); and Tucson (March, May, June, July, December).

- PM 42 at Eyman (August, September, December).

- PM 44 at Eyman (March, April, May, June, July, August, September, October, November, December); Florence (March, April, May, June, July, August, September, November, December); Lewis (April, May, June, July, September, October, November, December); and Winslow (June, August, September, October, November).

- PM 45 at Tucson (June).

- PM 46 at Eyman (December); and Yuma (August).

- PM 47 at Eyman (September, October, December); Florence (March, August); Lewis (September); Phoenix (April, May); Tucson (August, December); and Winslow (July, August, September).

- PM 49 at Perryville (September); and Tucson (November).

- PM 50 at Florence (March, May, July, September, October, November, December); Perryville (December); and Tucson (March, May, July, October, November, December).

- PM 51 at Eyman (March, May, July, August, September, October, December); Florence (March, July, September, October, December); Perryville (March, September, December); Tucson (March, May, July, October, November); and Yuma (August, September, October, November, December).

- PM 52 at Eyman (March, June, July, August, September, November, December); Florence (March); Perryville (March); Phoenix (December); and Tucson (December).
- PM 55 at Eyman (May, September, December).
- PM 66 at Florence (May, June, July, August); Lewis (May, June); and Tucson (May, June, July, August).
- PM 67 at Lewis (May, June, July, November); and Tucson (May, June, July, August).
- PM 80 at Lewis (December).
- PM 85 at Eyman (April); and Tucson (August).
- PM 92 at Eyman (August); and Lewis (July).
- PM 94 at Perryville (July).
- PM 98 at Douglas (July); Eyman (May, July, September); Florence (October); and Winslow (August).

11.    While those measures may have fallen short of the 85% compliance threshold in certain months, the vast majority of those measures were compliant for one or more months before it was noncompliant.  Specifically:

- PM 11 at Eyman was complaint in February 2020, as well as in April, June, July, August, and October.
- PM 11 at Lewis was compliant in February 2020, as well as in March, May, July, August, September, October, and November.
- PM 11 at Winslow was compliant in February 2020, as well as in March, April, May, June, July, and August.[1]
- PM 11 at Yuma was compliant in February 2020, as well as in March, April, May, June, July and August.

---

[1] Although PM 11 at Winslow, like other measures, was noncompliant in another month, months through December 2020 where a measure was subsequently found compliant after an instance of noncompliance are not detailed.

- PM 13 at Eyman was complaint in February 2020, as well as in March, April, May, June, July, and August.
- PM 13 at Florence was compliant in February 2020, as well as in March, April, May, June, July, and August.
- PM 13 at Lewis was compliant in February 2020, as well as in March, April, May, June, July, and August.
- PM 13 at Yuma was compliant in February 2020, as well as in March, April, May, June, July, and August.
- PM 35 at Eyman was complaint in February 2020, as well as in March, April, May, June, July, August, September, October, and November.
- PM 35 at Florence was compliant in February 2020, as well as in March, April, and June.
- PM 35 at Tucson was compliant in February 2020, as well as in March, April May, June, July, September, October, and November.
- PM 37 at Tucson was compliant in March 2020, as well as in April, May, June, July, August, and October.
- PM 37 at Winslow was complaint in February 2020, as well as in March, April, May, June, and July.
- PM 37 at Yuma was compliant in February 2020, as well as in March, July, August, September, October, and November.
- PM 39 at Eyman was complaint in February 2020, as well as in March and April.
- PM 39 at Lewis was compliant in February 2020, as well as in March, April, May, and June.
- PM 39 at Yuma was compliant in February 2020, as well as in March, April, and May.
- PM 40 at Eyman was compliant in February 2020, as well as in March, April, May, and June.

- PM 42 at Eyman was compliant in February 2020, as well as in March, April, May, June, July, October, and November.
- PM 44 at Lewis was complaint in March 2020, as well as in August.
- PM 44 at Winslow was compliant in February 2020, as well as in March, April, May, and July.
- PM 45 at Tucson was compliant in February 2020, as well as in March, April, and May.
- PM 46 at Eyman was compliant in February 2020, as well as in March, April, May, June, July, August, September, October, and November.
- PM 46 at Yuma was compliant in February 2020, as well as in March, April, May, June, and July.
- PM 47 at Eyman was compliant in February 2020, as well as in March, April, May, June, July, August and November.
- PM 47 at Florence was complaint in February 2020, as well as in April, May, June, and July.
- PM 47 at Phoenix was complaint in March 2020.
- PM 47 at Tucson was complaint in February 2020, as well as in March, April, May, June, July, September, October, and November.
- PM 47 at Winslow was complaint in March 2020, as well as in May.  (PM 47 was not applicable ("N/A") at Winslow in February 2020, as well as in April.)
- PM 49 at Perryville was compliant in February 2020, as well as in March, April, May, June, July, and August.
- PM 49 at Tucson was complaint in February 2020, as well as in March, April, May, June, July, August, September, and October.
- PM 50 at Perryville was complaint in February 2020, as well as in March, April, May, June, July, August, September, October, and November.
- PM 51 at Perryville was complaint in February 2020, as well as in May, June, July, August, October, and November.

- PM 51 at Yuma was complaint in February 2020, as well as in March, April, May, June, and July.
- PM 52 at Eyman was compliant in February 2020, as well as in April, May, and October.
- PM 52 at Florence was compliant in February 2020.
- PM 52 at Perryville was complaint in February 2020.
- PM 52 at Phoenix was complaint in February 2020, as well as in March, April, May, June, July, August, September, October, and November.
- PM 52 at Tucson was complaint in March 2020, as well as in April, May, June, July, August, September, October, and November.
- PM 55 at Eyman was complaint in March 2020, as well as in April, June, July, August, October, and November.
- PM 66 at Florence was complaint in February 2020, as well as in March and April.
- PM 66 at Lewis was complaint in February 2020, as well as in March and April.
- PM 66 at Tucson was complaint in February 2020, as well as in March and April.
- PM 67 at Lewis was complaint in February 2020, as well as in March, April, August, September, and October.
- PM 67 at Tucson was compliant in February 2020, as well as in March and April.
- PM 80 at Lewis was complaint in February 2020, as well as in March, April, May, June, July, August, September, October, and November.
- PM 85 at Eyman was complaint in February 2020, as well as in March.
- PM 85 at Tucson was complaint in February 2020, as well as in March, April, May, June, and July.

- PM 92 at Eyman was complaint in February 2020, as well as in March, April, May, June, and July.
- PM 92 at Lewis was complaint in February 2020, as well as in March, April, May, and June.
- PM 94 at Perryville was complaint in February 2020, as well as in March, April, May, and June.
- PM 98 at Douglas was complaint in February 2020, as well as in March, April, May, and June.
- PM 98 at Eyman was complaint in February 2020, as well as in March, April, June, and August.
- PM 98 at Florence was complaint in February 2020, as well as in March, April, May, June, July, August, and September.
- PM 98 at Winslow was complaint in March 2020, as well as in April, May, June, and July.

12.     Of the remaining OSC measures which experienced a failure during the period between March—December 2020, and which were not complaint in February 2020, the following seven came into compliance during the following months:

- PM 40 at Tucson was complaint in April 2020, as well as in August, September, October, and November.  It was only non-complaint for one consecutive month following its February 2020 finding of noncompliance.
- PM 44 at Florence was complaint in October 2020.  It was only non-complaint for seven consecutive months following its February 2020 finding of noncompliance.
- PM 50 at Florence was complaint in April 2020, as well as in June and August.  It was only non-complaint for one consecutive month following its February 2020 finding of noncompliance.

- PM 50 at Tucson was complaint in April 2020, as well as in June, August, and September. It was only non-complaint for one consecutive month following its February 2020 finding of noncompliance.

- PM 51 at Eyman was complaint in April 2020, as well as in June and November. It was only non-complaint for one consecutive month following its February 2020 finding of noncompliance.

- PM 51 at Florence was complaint in April 2020, as well as in May, June, August, and November. It was only non-complaint for one consecutive month following its February 2020 finding of noncompliance.

- PM 51 at Tucson was complaint in April 2020, as well as in June, August, and September. It was only non-complaint for one consecutive month following its February 2020 finding of noncompliance.

13.     Only one OSC measure, PM 44 at Eyman, experienced continuous findings of noncompliance since February 2020.

14.     Of the total measures subject to the Order to Show Cause, the monthly number of applicable OSC measures monitored (non-terminated OSC measures minus non-terminated OSC measures that were not applicable that particular month ("N/A")), the average score of all non-terminated applicable OSC monitored measures, and the resulting compliance rates for non-terminated OSC measures, are:

| Month | Applicable Measures Monitored | Number of Noncompliant PMs | Average Measure Score | OSC Compliance Rate |
|---|---|---|---|---|
| March 2020 | 123 | 14 | 92% | 88.62% |
| April 2020 | 119 | 7 | 95% | 94.12% |
| May 2020 | 120 | 20 | 92% | 83.33% |
| June 2020 | 119 | 15 | 92% | 87.39% |
| July 2020 | 120 | 23 | 89% | 80.83% |

| August 2020 | 120 | 19 | 91% | 84.17% |
| September 2020 | 120 | 25 | 91% | 79.17% |
| October 2020 | 119 | 15 | 92% | 87.39% |
| November 2020 | 117 | 14 | 93% | 88.03% |
| December 2020 | 117 | 26 | 91% | 77.78% |
| | | | | |

### Contract Sanctions

15.     For March 2020, Centurion was found noncompliant with 17 performance measures, which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $62,500.00.  Centurion was also found noncompliant with 11 additional performance measures (which did not extend the Stipulation), and an additional fixed-rate offset of $5,500.00 was imposed.  Attachment 1 is a true and correct copy of ADCRR's May 19, 2020 letter notifying Centurion of the combined performance offset of $68,000.00.  Centurion did not dispute ADCRR's performance measure offset calculation, and the offsets were applied in June 2020.  (*See* Attachment 2, June 8, 2020 letter confirming application of March 2020 performance measure offsets.)

16.     Centurion was also assessed an additional $360,419.13 staffing offset for the month of March 2020.

17.     For April 2020, Centurion was initially found noncompliant with nine performance measures which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $22,500.00.  Centurion was also found noncompliant with 19 additional performance measures (which did not extend the Stipulation), and an additional fixed-rate offset of $9,500.00 was imposed.  Attachment 3 is a true and correct copy of ADCRR's June 19, 2020 letter notifying Centurion of the combined performance measure offset of $32,000.00. Centurion did not initially dispute ADCRR's performance measure offset calculation, and the offsets were applied in July 2020.  (*See* Attachment 4, July 2, 2020 letter confirming application of April 2020 performance measure offsets.)  Centurion

later appealed ADCRR's April 2020 performance measure offset calculation, and the Procurement Department sustained the appeal and removed two graduated sanctions totaling $5,000, because graduated sanctions should not be applied to terminated performance measures.   (*See* Attachment 5, November 13, 2020 letter confirming $40,000.00 reimbursement from ADCRR for various graduated sanctions imposed in April, May, and June 2020.)    After the April reimbursement, there were seven performance measures extending the Stipulation for a total of $17,500.00 in graduated sanctions with no change in the fixed rate sanctions.  The total offset sanction for April was $27,000.00.

18.   Centurion was also assessed an additional $339,706.02 staffing offset for the month of April 2020.

19.   For May 2020, Centurion was initially found noncompliant with 24 performance measures which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $110,000.00.  Centurion was also found noncompliant with 35 additional performance measures (which did not extend the Stipulation).  ADCRR imposed an additional fixed-rate offset of $29,500.00 for the combined 59 instances of noncompliance (24 which extended the Stipulation plus 35 which did not).  Attachment 6 is a true and correct copy of ADCRR's July 20, 2020 letter notifying Centurion of the combined performance measure offset of $139,500.00.  Centurion did not initially dispute ADCRR's performance measure offset calculation, and the offsets were applied in August 2020.  (*See* Attachment 7, August 11, 2020 letter confirming application of May 2020 performance measure offsets.)  Centurion later appealed ADCRR's May 2020 performance measure offset calculation, and the Procurement Department sustained the appeal and removed two graduated sanctions totaling $15,000, because graduated sanctions should not be applied to terminated performance measures.  (*See* Attachment 5.)    After the May reimbursement, there were 22 performance measures extending the Stipulation for a total of $95,000.00 in graduated sanctions.  The total offset sanction for May was $124,500.00.

20.   Centurion was also assessed an additional $325,358.92 staffing offset for the month of May 2020.

21.   For June 2020, Centurion was initially found noncompliant with 18 performance measures, which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $67,500.00.  Centurion was also found noncompliant with 34 additional performance measures (which did not extend the Stipulation). ADCRR imposed an additional fixed-rate offset of $26,000.00 for the combined 52 instances of noncompliance (18 which extended the Stipulation plus 34 which did not).  Attachment 8 is a true and correct copy of ADCRR's August 25, 2020 letter notifying Centurion of the combined performance measure offset of $93,500.00.  Centurion did not initially dispute ADCRR's performance measure offset calculation, and the offsets were applied in September 2020.  (*See* Attachment 9, September 8, 2020 letter confirming application of June 2020 performance measure offsets).  Centurion later appealed ADCRR's June 2020 performance measure offset calculation, and the Procurement Department sustained the appeal and removed four graduated sanctions totaling $20,000, because graduated sanctions should not be applied to terminated performance measures.  (*See* Attachment 5.)   After the June reimbursement, there were 14 performance measures extending the Stipulation for a total of $47,500.00 in graduated sanctions.   The total offset sanction for June was $73,500.00.

22.   Centurion was also assessed an additional $357,911.58 staffing offset for the month of June 2020.

23.   For July 2020, Centurion was initially found noncompliant with 37 performance measures which resulted in an extension of Stipulation.  ADCRR advised Centurion of its intent to impose a graduated-scale offset of $227,500.00.  Centurion was also found noncompliant with 26 additional performance measures (which did not extend the Stipulation).  ADCRR announced its intent to impose an additional fixed-rate offset of $31,500.00 for the combined 63 instances of noncompliance (37 which extended the Stipulation plus 26 which did not).  Attachment 10 is a true and correct copy of ADCRR's October 16, 2020 letter notifying Centurion of the initial combined performance measure offset of $259,000.00 for July 2020.  On November 5, 2020, ADCRR determined that it

14

would no longer impose graduated-rate offsets for performance measures which had been retired or terminated by the Court.  As a result of that determination taking effect for July 2020, ADCRR reduced the July 2020 graduated-rate sanction by $80,000.00.  Attachment 11 is a true and correct copy of ADCRR's November 9, 2020 letter notifying Centurion of the revised combined performance measure offset of $179,000.00.  Centurion did not dispute ADCRR's revised performance measure offset calculation, and the offsets were applied in November 2020.  (*See* Attachment 29.)

24.     Centurion was also assessed an additional $347,300.00 staffing offset for the month of July 2020.

25.     For August 2020, Centurion was found noncompliant with 19 performance measures which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $72,500.00.  Centurion was also found noncompliant with 40 additional performance measures (which did not extend the Stipulation).  ADCRR imposed an additional fixed-rate offset of $29,500.00 for the combined 59 instances of noncompliance (19 which extended the Stipulation plus 40 which did not).  Attachment 12 is a true and correct copy of ADCRR's December 2, 2020 letter notifying Centurion of the combined performance measure offset of $102,000.00.   Centurion did not dispute ADCRR's performance measure offset calculation, and the offsets were applied in December 2020. (*See* Attachment 13, December 15, 2020 letter confirming application of August 2020 performance measure offsets.)

26.     Centurion was also assessed an additional $281,009.56 staffing offset for the month of August 2020.

27.     For September 2020, Centurion was found noncompliant with 21 performance measures which resulted in an extension of the Stipulation. ADCRR imposed a graduated-scale offset of $87,500.00.  Centurion was also found noncompliant with 40 additional performance measures (which did not extend the Stipulation).  ADCRR imposed an additional fixed-rate offset of $30,500.00 for the combined 61 instances of noncompliance (21 which extended the Stipulation plus 40 which did not).  Attachment 14

is a true and correct copy of ADCRR's December 2, 2020 letter notifying Centurion of the combined performance measure offset of $118,000.00. Centurion did not dispute ADCRR's performance measure offset calculation.  The offsets have not yet been applied.

28.     Centurion was also assessed an additional $276,307.84 staffing offset for the month of September 2020.

29.     For October 2020, Centurion was found noncompliant with 25 performance measures which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $117,500.00.  Centurion was also found noncompliant with 30 additional performance measures (which did not extend the Stipulation).  ADCRR imposed an additional fixed-rate offset of $27,500.00 for the combined 55 instances of noncompliance (25 which extended the Stipulation plus 30 which did not).  Attachment 15 is a true and correct copy of ADCRR's February 22, 2021 letter notifying Centurion of the combined performance measure offset of $145,000.00.

30.     Centurion was also assessed an additional $277,983.71 staffing offset for the month of October 2020.

31.     For November 2020, Centurion was found noncompliant with 26 performance measures which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $125,000.00.  Centurion was also found noncompliant with 31 additional performance measures (which did not extend the Stipulation).  ADCRR imposed an additional fixed-rate offset of $28,500.00 for the combined 57 instances of noncompliance (26 which extended the Stipulation plus 31 which did not).  Attachment 16 is a true and correct copy of ADCRR's February 22, 2021 letter notifying Centurion of the combined performance measure offset of $153,500.00.

32.     Centurion was also assessed an additional $263,755.18 staffing offset for the month of November 2020.

33.     For December 2020, Centurion was found noncompliant with 36 performance measures which resulted in an extension of the Stipulation.  ADCRR imposed a graduated-scale offset of $217,500.00.  Centurion was also found noncompliant with 48 additional

performance measures (which did not extend the Stipulation).   ADCRR imposed an additional fixed-rate offset of $42,000.00 for the combined 84 instances of noncompliance (36 which extended the Stipulation plus 48 which did not).   Attachment 17 is a true and correct copy of ADCRR's February 22, 2021 letter notifying Centurion of the combined performance measure offset of $259,500.00.

34.     Centurion was also assessed an additional $263,693.96 staffing offset for the month of December 2020.

35.     In the first 18 months of contract performance, total offsets of $12,277,066.91 were imposed.   This graphic illustrates the total amount imposed each month.   The red shows the graduated-scale offset; the green is the fixed-rate offset; and the purple is the amount of the staffing offset imposed each month.

///

///



36.     During the second nine months of contract performance, from April 2020 through December 2020, total offsets of $3,915,026.77 were imposed.

**Additional MSCMB Efforts to Achieve Compliance**

**Restructuring:**

37.     The relocation and reassignment of medical liaisons to the MSCMB's Central Office went into effect as scheduled in September 2020.  This has increased effectiveness of the medical liaisons.

38.     To date, this team has toured seven complexes to audit operational and medication administration processes.  They are currently doing a second pass to follow up on the corrective action plans they assisted in developing.  Three of the seven complexes have been re-audited to determine where areas of noncompliance or barriers to care still exist.

39.     The two Operational Team Leader positions (Program Evaluation Administrators) were also filled in September 2020.  Every Monday the Bureau Administrator, the Program Evaluation Administrators, the medical liaisons, and I meet alongside the MSCMB's Medical Director and Mental Health Director to discuss compliance and healthcare issues.  We meet again every Friday to ensure that each plan of action has been implemented and followed through.  The formation of these liaison teams has generated an improved, uniform communication conduit from the ADCRR to Centurion staff in the field.

40.     Furthermore, both the monitoring and troubleshooting sides of the MSCMB meet collectively with Centurion leadership on a weekly basis to discuss opportunities identified during their weekly interactions.  This assures that any barriers to healthcare are addressed in a timely manner. These meetings collectively include the ADCRR Procurement Team who provide oversight and assist in the sanctioning of certain performance measure findings of the vendor.

**Daily Operations:**

41. To streamline communications to the MSCMB, and to ensure all MSCMB members are apprised of issues or questions as they arise, on September 2, 2020, the MSCMB created a team email address. This address can be utilized by Centurion or ADCRR to communicate with the MSCMB on any issue, including, but not limited to, corrective action plans, patient care, monitoring inquiries, and the physical site audits conducted by the medical liaisons. Additionally, on September 9, 2020, as physical site audits increased, the MSCMB created a shared team calendar which members can consult to determine the dates and locations of physical site audits and the PMs/issues that will be targeted at each audit. When other members are alerted to issues during a routine chart review or CGAR audit, they can quickly reference the team calendar and alert the medical liaison who is at a particular facility as to additional concerns that should be researched during their physical tour of the facility.

42. On September 11, 2020, to increase both the quality of patient care and compliance with the Stipulation, the MSCMB developed Standard Work Guidelines for Centurion employees to follow. The Guidelines were created to address areas that could be improved based upon the MSCMB's review of patient files, CGAR results, and observations during physical site audits. These Guidelines were implemented into ADCRR's Medical Technical Manual and utilized during Centurion's Computer-Based Training and New Employee Orientation training as a targeted supplement to Centurion's curriculum. These trainings are required of every new employee. Additionally, all employees must complete them annually. The training topics include:

- Arizona Management System
- Problem Solving
- Corrective Action Plan
- Identifying Waste in a Process
- Problem Solving for Leaders
- Medication Audit Training

- eOMIS
- COVID-19 Vaccinations
- BinaxNOW COVID-19 Antigen (Ag) Test
- Basic Orientation Training, including:

  - Brief Introduction and History of the Medical Services Contract Monitoring Bureau

  - Overview of Clinical Services

  - Pandemic Guidelines

  - Legal Overview (Parsons v. Shinn) – Stipulation Agreement

  - Centurion Contractual Obligations

  - Performance Measures

  - Monitoring Guidelines

  - COVID-19 Training for Inmate Mass Testing and Vaccination Support (if needed)

  - COVID-19 Saliva Testing

  - COVID-19 Vaccine Health Care Staff Onboarding

**Strategic Planning:**

43.     Each quarter, the troubleshooting section of the MSCMB holds strategic planning meetings to discuss PMs that have struggled to achieve compliance or have decreased in compliance.  The purpose of these meetings is to develop a roadmap of items to be reviewed and observed in advance of upcoming physical audits and to allocate appropriate resources to these PMs to achieve future compliance.

44.     After each quarterly meeting, based upon the areas and information discussed, a Strategic Map is created.  Each map outlines which sites should be physically audited and the order in which they should be audited, based upon need.  The troubleshooting team then utilizes the map to conduct physical audits of each eligible site.

**Audit Templates:**

45.     During each audit, the troubleshooting team consults and distributes audit templates to facilitate their review and educate healthcare staff.  The audit templates are created from various "best practices" in the correctional industry, including, but not limited

to, NCCHC standards and various Stipulation requirements.  For example, audit templates used during a prescription audit contain a checklist of steps for medication administration, including proper documentation, administration, and storage practices.

46.     Audit templates assist in identification of: (1) adverse systemic trends; (2) items subject to a CAP and whether they have been implemented or sufficiently resolved; (3) repetitive adverse practices that require education; (4) patient care issues; and (5) documentation issues.

**Chart Reviews**:

47.     Additionally, during the site inspection, the troubleshooting team proactively (prior to the post-month CGAR audit) reviews patient charts to identify issues that can be resolved prior to continuation of conduct that will lead to additional negative findings. For example, during one audit, the troubleshooting team learned that one provider's documentation style caused eight charts to fail.  Notifying Centurion in the "current" month helps minimize noncompliant findings and serves as a reminder to remain vigilant in complying with the specific actions needed to improve the PM compliance percentage.

**Post Onsite Audit Meeting (Debrief):**

48.     At the conclusion of each physical audit, the troubleshooting team meets with facility staff (both operations and healthcare) to debrief their observations and takeaways. Positive findings are celebrated and reenforced.  Solutions for any negative findings are collaboratively discussed, to include any need for a corrective action plan.

49.     To date, each facility has been subjected to the above process (strategic meeting, strategic mapping, physical audit, debrief) for PMs 11, 16, and 19, each of which yielded positive results.

**Corrective Action Plan (CAP) Tracker:**

50.     To hold both ADCRR and Centurion accountable, all CAPs are entered into a tracking database. The database sets deadlines for Centurion to address negative findings and for ADCRR to follow up.  If issues are left unresolved, a Vendor Performance Report

("VPR") is generated which is used to communicate noncompliance with contractual obligations to procurement.

**Additional Activities:**

51.    MSCMB participates in monthly staffing meetings with the vendor and procurement to help ensure that adequate staffing (inclusive of scope of practice) is maintained to provide treatment consistent with the standard of care within the community and ensure compliance with the Stipulation.

52.    To ensure ADCRR's entire library of medical equipment is being utilized to its full potential, it hired an inventory specialist to review and catalog fixed assets.  By identifying which items are operational, which are not, and where the items are located, ADCRR can allocate funds and resources to update or transfer equipment where necessary.

**Interventions for Patient Care (PMs 11, 44, and 50):**

53.    Below are some examples of the medical liaison team's interventions through collaboration and communication with the vendor for advocating for positive patient outcomes.  The examples include patient care issues discovered during physical audits at varying Arizona State Prison Complexes, chart reviews, and general follow up being conducted by the medical liaison team.  Since implementation of this review process in September 2020, there have been hundreds of real time chart reviews performed to increase quality of care and PM compliance.

**PM 11:** Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT.

Example #1

- Issue: Patient returned from a hospital visit on 1/2/2021 with recommendations for two new medications.  Medications were ordered by the onsite provider upon the patient's return.

  While reviewing the patient's chart on 1/7/2021 it was noted that although the medications had been ordered, the patient had not been consistently receiving the newly prescribed medications based on review of the medication administration record (MAR).

- Intervention: The Facility Health Administrator (FHA) was notified of the above concern on 1/7/2021 via voicemail and email by the medical liaison team.  The medications were ordered for the patient as 'keep on person' medications on 1/8/2021.

23

Example #2

- Issue: Patient returned from the hospital on 1/1/2021 with recommendations for 4 newly prescribed medications. While reviewing the patient's chart on 1/5/2021 it was noted that the provider had reviewed and agreed with the recommended medications but failed to enter the order for the medications in the MAR.

- Intervention: The FHA was notified of the above concerns via phone call and email by the medical liaison team. The medication orders were placed on 1/7/2021 and the patient received the newly prescribed medications starting on 1/11/2021.

**PM 44:** Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a medical provider within 24 hours.

Example #1

- Issue:  Patient returned from the hospital on 12/24/2020 with recommendations for a follow-up consultation with orthopedics in 1-2 days. While reviewing the patient's chart on 12/30/2020 it was noted that the orthopedic consult recommendation had not yet been addressed.

- Intervention: The Director of Operations for the facility was notified via phone call and email from the medical liaison team. The patient was seen by a provider on 12/31/2020. The orthopedic consultation was ordered by the provider on 1/8/2021.

Example #2

- Issue: Patient returned from the hospital on 2/16/2021 and was ordered five new medications based on hospital recommendations. While reviewing the patient's chart on 2/17/2021 it was noted that the patient had not yet received any of these new medications because there was no documentation of administration in the MAR. Also, the hospital discharge paperwork for this patient included recommendations for a nephrology consultation in 7-10 days. This recommendation had not yet been addressed.

- Intervention: The FHA was notified via phone call and email by the medical liaison team. The patient received the new medications starting on 2/18/2021 and the nephrology consultation was also ordered on 2/18/2021.

**PM 50:** Urgent Specialty Consultations and Urgent Specialty Diagnostic Services will be scheduled and completed within thirty (30) calendar days of the consultations being requested by the provider.

Example #1

- Issue: Patient returned from the hospital on 1/23/2021 after suffering an eye injury. While reviewing the patient's chart on 1/27/2021 it was noted that the hospital discharge instructions recommended a follow-up consultation with ophthalmology within 2 days. This recommendation had not yet been addressed.

24

- Intervention: FHA was notified via phone call and email from the medical liaison team. The patient was seen by a provider on 1/27/2021 and the ophthalmology consultation was ordered at that time.

Example #2

- Issue: Patient returned from the hospital on 12/15/2020 after suffering an eye injury. While reviewing the chart on 12/17/2020 it was noted that the hospital discharge instructions recommended a follow-up consultation with ophthalmology within 3-4 days. This recommendation had not yet been addressed.

- Intervention: FHA was notified via phone call and email from the medical liaison team. The consultation was requested on 12/18/2020 and scheduled for 12/22/2020.

## COVID-19 Testing

54.     During the COVID-19 pandemic, ADCRR and Centurion undertook the process of conducting mass testing of all inmates.  This mass testing was scheduled to take place over a 13-week period.  Due to the rapid spread of the virus in the community, this 13-week plan was reworked and accomplished in just four weeks (Phase 1: July 27, 2020 – September 1, 2020; Phase 2: January 26, 2021 – March 18, 2021).  To assist in that endeavor, ADHS contracted with Vester and SonoraQuest labs.  Their assistance allowed Centurion to focus on patient care.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26ᵗʰ day of March, 2021.

Larry Gann

25

**ATTACHMENT 1**

**ATTACHMENT 1**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

May 19, 2020

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281

RE:   Contract No. ADOC18-216360
      MARCH, 2020
      Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the contractually sanctionable month of March, 2020.

This is the ninth scheduled monthly review and subsequent sanction under the contract.

All Performance Measures are important. However, particular attention is immediately necessary with regard to 139 individual Performance Measures at specific facilities which have been identified by one of the Court's most recent Order (3490), and Judge Silver's focus. Tracking for these measures will be a major focus at each of the facilities identified in the document (attached).

In March, 2020 it was determined that 28 total Performance Measures failed to attain a passing score of 85%. ADCRR has further identified 17 of the 28 Performance Measures that resulted in an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Eyman | Florence | Lewis | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|
| 11 | X | | | | | 1 |
| 40 | | | | X | | 1 |
| 44 | X | X | | X | X | 4 |
| 50 | X | X | X | X | | 4 |
| 51 | X | X | X | X | | 4 |
| 52 | X | X | | | | 2 |
| 59 | | | X | | | 1 |
| Total | 5 | 4 | 3 | 4 | 1 | 17 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 8 | $40,000.00 |
| 20-29 | $7,500.00 | 0 | $0.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 17 | $62,500.00 |

The other remaining 11 of the 28 individual performance measures are sanctioned @ $500.00 per measure.  11 X $500.00 = $5,500.00.

The total sanction for the month of March, 2020:

$$\$62,500.00 + \$5,500.00 = \$68,000.00$$

The total offset amount for the month of March, 2020 is calculated to be $68,000.00.

Please review the total 28 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures.  If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer.  If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

Larry Gann
Assistant Director
Medical Services Contract Monitoring Bureau

Enclosure

cc:     David Shinn, Director, ADCRR
        Joseph Profiri, Deputy Director, ADCRR
        Keith Lueking, COO, Centurion
        Richard Evitch, Assistant Director, Financial Services Division, ADCRR
        Brad Keogh, General Counsel, ADCRR
        Deana Johnson, VP & General Counsel, Centurion
        Ken Sanchez, Chief Procurement Officer, ADCRR

**ATTACHMENT 2**

**ATTACHMENT 2**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

June 8, 2020

Tom Dolan, Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, Arizona 85281
Via Email: tdolan@teamcenturion.com

Re:     Contract No. CTR041835/ADOC18-216360 – Inmate Correctional Healthcare / Sanctionable Month
         of March, 2020

Dear Mr. Dolan:

Centurion was advised in the enclosed sanction letter dated May 19, 2020 of the penalties determined appropriate for the reporting period from the calendar month of March, 2020. The deadline for any "meet and confer" requests regarding this sanctionable period was required to be scheduled to take place no later than May 30, 2020.

No response has been received from Centurion regarding rebuttal or clarification of the proposed sanction.

The Department is proceeding with the sanction/offset based on 28 performance measures. The sanctionable amount is $68,000 for the month.

To effect the payment of the sanction, the Department will offset $68,000 against payments due to Centurion on the next payment.

If you have any questions, please contact Rocky Advani, Procurement Manager at (602) 364-3792 or me at (602) 542-1172.

Sincerely,

Kenneth P. Sanchez
Chief Procurement Officer

KS/ra

Enclosure

cc:     Keith Lueking, COO, Centurion
         David Shinn, Director, Arizona Department of Corrections, Rehabilitation & Reentry
         Brad Keogh, General Counsel, Legal Services
         Larry Gann, Assistant Director, Health Services Contract Monitoring Bureau

**ATTACHMENT 3**

**ATTACHMENT 3**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

June 19, 2020


Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281

RE:   Contract No. ADOC18-216360
      APRIL, 2020
      Contract Sanctions


Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the contractually sanctionable month of April, 2020.

This is the tenth scheduled monthly review and subsequent sanction under the contract.

All Performance Measures are important. However, particular attention is immediately necessary with regard to 139 individual Performance Measures at specific facilities which have been identified by one of the Court's most recent Order (3490), and Judge Silver's focus. Tracking for these measures will be a major focus at each of the facilities identified in the document (attached).

In April, 2020 it was determined that 28 total Performance Measures failed to attain a passing score of 85%. ADCRR has further identified 9 of the 28 Performance Measures that resulted in an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Eyman | Florence | Lewis | Safford | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|---|
| 12 | | | X | | | | 1 |
| 16 | | | | | | X | 1 |
| 31 | X | | | | | | 1 |
| 44 | X | X | X | X | X | X | 6 |
| Total | 2 | 1 | 2 | 1 | 1 | 2 | 9 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 0 | $0.00 |
| 20-29 | $7,500.00 | 0 | $0.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 9 | $22,500.00 |

The other remaining 19 of the 28 individual performance measures are sanctioned @ $500.00 per measure.  19 X $500.00 = $9,500.00.

The total sanction for the month of April, 2020:
$$\$22,500.00 + \$9,500.00 = \$32,000.00$$
The total offset amount for the month of April, 2020 is calculated to be $32,000.00.

Please review the total 28 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures.  If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer. If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

Larry Gann
Assistant Director
Medical Services Contract Monitoring Bureau

Enclosure

cc:   David Shinn, Director, ADCRR
      Joseph Profiri, Deputy Director, ADCRR
      Keith Lueking, COO, Centurion
      Richard Evitch, Assistant Director, Financial Services Division, ADCRR
      Brad Keogh, General Counsel, ADCRR
      Deana Johnson, VP & General Counsel, Centurion
      Ken Sanchez, Chief Procurement Officer, ADCRR

**ATTACHMENT 4**

**ATTACHMENT 4**



# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

July 2, 2020

Tom Dolan, Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, Arizona 85281
Via Email: tdolan@teamcenturion.com

Re:   Contract No. CTR041835/ADOC18-216360 – Inmate Correctional Healthcare/
      Sanctionable Month of April, 2020

Dear Mr. Dolan:

Centurion was advised in the enclosed sanction letter dated June 19, 2020 of the penalties
determined appropriate for the reporting period from the calendar month of April, 2020.  The
deadline for any "meet and confer" requests regarding this sanctionable period was required to
be scheduled to take place no later than June 29, 2020.

No response has been received from Centurion regarding rebuttal or clarification of the proposed
sanction.

The Department is proceeding with the sanction/offset based on 28 performance measures. The
sanctionable amount is $32,000.00 for the month.

To effect the payment of the sanction, the Department will offset $32,000.00 against payments
due to Centurion on the next payment.

If you have any questions, please contact Rocky Advani, Procurement Manager at (602) 364-
3792 or me at (602) 542-1172.

Sincerely,

foR
Kenneth P. Sanchez
Chief Procurement Officer

KS/ra

Enclosure

cc:   Keith Lueking, COO, Centurion
      David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR)
      Larry Gann, Assistant Director, Health Services, ADCRR
      Brad Keogh, General Counsel, Legal Services, ADCRR

**ATTACHMENT 5**

**ATTACHMENT 5**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

November 13th, 2020

## *VIA EMAIL ONLY*

Tom Dolan, Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, Arizona 85281
Via Email: tdolan@teamcenturion.com

Re:  Contract No. CTR041835/ADOC18-216360 – Inmate Correctional Healthcare concern with the Sanctionable Sliding Scale and the 24 Month Rolling Period.

Dear Mr. Dolan:

In response to the letter from Karl M. Tilleman of DENTONS, on behalf of Centurion. The Arizona Department of Correction, Rehabilitation, and Reentry (ADCRR) has concluded with the analysis and determined a reimbursement is due to Centurion for the amount of $40,000.00.

Please be aware, the retirement of a Performance Measure (PM) does not convey the courts cannot or will not reinstate said PM. If a PM is reinstated the graduated sliding scale will also be reinstated. Let it be clear, the ADCRR takes Inmate Health very seriously and shall reiterate more effort and increased performance **must** be achieved from Centurion going forward.

The $40,000.00 will be deducted from offsets due to ADCRR from future monthly sanction payments. This $40,000.00 is for the months of April, May, and June. No graduated sanctions were collected in the month of March or July. The deadline for any "meet and confer" requests regarding the terms and sanctions to be reimbursed are ten (10) calendar days from the date of this letter.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer. If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

The ADCRR will continue to monitor and sanction Centurion, as referenced below, for any PM the ADCRR finds that may negatively impact Inmate Health as authorized by the above referenced Contract. The desired goal of ADCRR is to provide quality Healthcare to the ADCRR Inmates, not to collect a large basket of sanctions.

November 13, 2020
Tom Dolan
Page 2

**1.21 MONETARY SANCTIONS**
**1.21.1  The Department may impose monetary sanctions, suspend, and refuse to
renew, or terminate this contract as authorized under the terms of this contract.**

**1.21.2  The Department may impose monetary sanctions for the Contractor's non-
compliance with any term in this contract.**

**SPECIAL TERMS AND CONDITIONS**
**43. Non-Performance Sanction. If contractors violate or breach contract terms, the SFA can place administrative,
contractual, or legal remedies, sanctions and penalties as may be appropriate. 7CFR§210.16(b)(2) and Appendix II to
2CFR§200(A)**

If you have any questions, please contact Rocky Advani, Procurement Manager at (602) 364-3792.


Sincerely,

*Barbara M Corella*

Barbara Corella
Interim Chief Procurement Officer

BC/ra

Enclosure

cc:   Keith Lueking, COO, Centurion
      David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR)
      Larry Gann, Assistant Director, Health Services, ADCRR
      Brad Keogh, General Counsel, Legal Services, ADCRR

**ATTACHMENT 6**

**ATTACHMENT 6**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

July 20, 2020

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281

RE:    Contract No. ADOC18-216360
        MAY, 2020
        Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS,
REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the
contractually sanctionable month of May, 2020.

This is the eleventh scheduled monthly review and subsequent sanction under the contract.

All Performance Measures are important. However, particular attention is immediately necessary
with regard to 139 individual Performance Measures at specific facilities which have been
identified by one of the Court's most recent Order (3490), and Judge Silver's focus. Tracking for
these measures will be a major focus at each of the facilities identified in the document
(attached).

In May, 2020 it was determined that 59 total Performance Measures failed to attain a passing
score of 85%. ADCRR has further identified **24 of the 59** Performance Measures that resulted in
an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of
those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Eyman | Florence | Lewis | Phoenix | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|---|
| 11 | X | | | | | | 1 |
| 16 | X | | | | | X | 2 |
| 37 | | | | | | X | 1 |
| 39 | X | | | | | | 1 |
| 40 | | X | | | | X | 2 |
| 44 | X | X | X | X | X | X | 6 |
| 47 | | | | X | | | 1 |
| 50 | X | X | | | X | | 3 |
| 51 | X | | | | X | | 2 |
| 66 | | X | | | X | | 2 |
| 67 | | X | X | | X | | 3 |
| Total | 6 | 5 | 2 | 2 | 5 | 4 | 24 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 10 | $50,000.00 |
| 20-29 | $7,500.00 | 5 | $37,500.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 24 | $110,000.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 59 failed measures X $500.00 = $29,500.00. The total sanction for the month of May, 2020:

$$\$110,000.00 + \$29,500.00 = \$139,500.00$$

The total offset amount for the month of May, 2020 is calculated to be $139,500.00.

Please review the total 59 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures. If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer. If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

Larry Gann
Assistant Director
Medical Services Contract Monitoring Bureau

Enclosure

cc:    David Shinn, Director, ADCRR
       Joseph Profiri, Deputy Director, ADCRR
       Keith Lueking, COO, Centurion
       Richard Evitch, Assistant Director, Financial Services Division, ADCRR
       Brad Keogh, General Counsel, ADCRR
       Deana Johnson, VP & General Counsel, Centurion
       Ken Sanchez, Chief Procurement Officer, ADCRR

**ATTACHMENT 7**

**ATTACHMENT 7**



# Arizona Department of Corrections

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

August 11th, 2020

Tom Dolan, Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, Arizona 85281
Via Email: tdolan@teamcenturion.com

Re:     Contract   No.   CTR041835/ADOC18-216360   –   Inmate   Correctional   Healthcare/
Sanctionable Month of May, 2020

Dear Mr. Dolan:

Centurion was advised in the enclosed sanction letter dated July 20, 2020 of the penalties
determined appropriate for the reporting period from the calendar month of May, 2020.  The
deadline for any "meet and confer" requests regarding this sanctionable period was required to
be scheduled and take place no later than July 30, 2020.

The Department is proceeding with the sanction/offset based on 59 performance measures. The
sanctionable amount is $139,500.00 for the month.

To effect the payment of the sanction, the Department will offset $139,500.00 against payments
due to Centurion on the next payment.

If you have any questions, please contact Rocky Advani, Procurement Manager at (602) 364-
3792 or me at (602) 542-1172.

Sincerely,

(ROCKY ADVANI FOR)

Kenneth P. Sanchez
Chief Procurement Officer

KS/ra

Enclosure

cc:     Keith Lueking, COO, Centurion
David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR)
Larry Gann, Assistant Director, Health Services, ADCRR
Brad Keogh, General Counsel, Legal Services, ADCRR

**ATTACHMENT 8**

**ATTACHMENT 8**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

August 25, 2020

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281

RE:     Contract No. ADOC18-216360
        JUNE, 2020
        Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the contractually sanctionable month of June, 2020.

This is the twelfth scheduled monthly review and subsequent sanction under the contract.

All Performance Measures are important. However, particular attention is immediately necessary with regard to 139 individual Performance Measures at specific facilities which have been identified by one of the Court's most recent Orders (3490), and Judge Silver's focus. Tracking for these measures will be a major focus at each of the facilities identified in the document (attached).

In June, 2020 it was determined that 52 total Performance Measures failed to attain a passing score of 85%. ADCRR has further identified **18 of the 52** Performance Measures that resulted in an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Eyman | Florence | Lewis | Perryville | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|---|
| 12 | | | | X | | | 1 |
| 16 | X | | | | | X | 2 |
| 19 | X | | | | | | 1 |
| 37 | | | | | | X | 1 |
| 40 | | | | | | X | 1 |
| 44 | X | X | X | X | X | X | 6 |
| 52 | X | | | | | | 1 |
| 66 | | X | | | X | | 2 |
| 67 | | X | X | | X | | 3 |
| Total | 4 | 3 | 2 | 2 | 3 | 4 | 18 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 9 | $45,000.00 |
| 20-29 | $7,500.00 | 0 | $0.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 18 | $67,500.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 52 failed measures X $500.00 = $26,000.00.
The total sanction for the month of June, 2020:

$67,500.00 + $26,000.00 = $93,500.00

The total offset amount for the month of June, 2020 is calculated to be $93,500.00.

Please review the total 52 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures. If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer.  If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

Larry Gann
Assistant Director
Medical Services Contract Monitoring Bureau

Enclosure

cc:    David Shinn, Director, ADCRR
       Joseph Profiri, Deputy Director, ADCRR
       Keith Lueking, COO, Centurion
       Richard Evitch, Assistant Director, Financial Services Division, ADCRR
       Brad Keogh, General Counsel, ADCRR
       Deana Johnson, VP & General Counsel, Centurion
       Ken Sanchez, Chief Procurement Officer, ADCRR

**ATTACHMENT 9**

**ATTACHMENT 9**



# Arizona Department of Corrections



**1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov**

DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

September 8, 2020

Tom Dolan, Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, Arizona 85281
Via Email: tdolan@teamcenturion.com

Re:   Contract No. CTR041835/ADOC18-216360 – Inmate Correctional Healthcare/
Sanctionable Month of June, 2020

Dear Mr. Dolan:

Centurion was advised in the enclosed sanction letter dated August 25, 2020 of the penalties
determined appropriate for the reporting period from the calendar month of June, 2020. The
deadline for any "meet and confer" requests regarding this sanctionable period was required to
be scheduled and take place no later than September 4, 2020.

No response has been received from Centurion regarding rebuttal or clarification of the proposed
sanction.

The Department is proceeding with the sanction/offset based on 52 performance measures. The
sanctionable amount is $93,500.00 for the month.

To effect the payment of the sanction, the Department will offset $93,500.00 against payments
due to Centurion on the next payment.

If you have any questions, please contact Rocky Advani, Procurement Manager at (602) 364-
3792 or me at (602) 542-1172.

Sincerely,

Kenneth P. Sanchez
Chief Procurement Officer

KS/ra

Enclosure

cc:   Keith Lueking, COO, Centurion
David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR)
Larry Gann, Assistant Director, Health Services, ADCRR
Brad Keogh, General Counsel, Legal Services, ADCRR

**ATTACHMENT 10**

**ATTACHMENT 10**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

October 16, 2020

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281

RE:    Contract No. ADOC18-216360
       JULY, 2020
       Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the contractually sanctionable month of July, 2020.

This is the thirteenth scheduled monthly review and subsequent sanction under the contract.

All Performance Measures are important. However, particular attention is immediately necessary with regard to 139 individual Performance Measures at specific facilities which have been identified by one of the Court's most recent Orders (3490), and Judge Silver's focus. Tracking for these measures will be a major focus at each of the facilities identified in the document (attached).

In July, 2020 it was determined that 63 total Performance Measures failed to attain a passing score of 85%. ADCRR has further identified **37 of the 63** Performance Measures that resulted in an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Eyman | Florence | Lewis | Perryville | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|---|
| 16 | X | | | X | X | X | 4 |
| 19 | X | | X | | X | X | 4 |
| 39 | | | X | | | | 1 |
| 40 | X | | | | X | X | 3 |
| 42 | | | | | | X | 1 |
| 44 | X | X | X | X | X | | 5 |
| 50 | X | X | X | | X | | 4 |
| 51 | X | X | | | X | | 3 |
| 52 | X | | X | | | | 2 |
| 55 | | | | | X | | 1 |
| 66 | | X | | X | X | | 3 |
| 67 | | X | X | | X | | 3 |
| 69 | | X | | X | X | | 3 |
| Total | 7 | 6 | 6 | 4 | 10 | 4 | 37 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 10 | $50,000.00 |
| 20-29 | $7,500.00 | 10 | $75,000.00 |
| 30-39 | $10,000.00 | 8 | $80,000.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 37 | $227,500.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 63 failed measures X $500.00 = $31,500.00. The total sanction for the month of July, 2020:

$$227,500.00 + 31,500.00 = 259,000.00$$

The total offset amount for the month of July, 2020 is calculated to be $259,000.00.

Please review the total 63 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures.  If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer.  If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

**Signature:** _Ken Sanchez_
Ken Sanchez (Oct 16, 2020 16:56 PDT)

**Email:** ksanchez@azadc.gov

Ken Sanchez
Chief Procurement Officer
Procurement Services Bureau

Enclosure

cc:     David Shinn, Director, ADCRR
        Joseph Profiri, Deputy Director, ADCRR
        Keith Lueking, COO, Centurion
        Richard Evitch, Assistant Director, Financial Services Division, ADCRR
        Brad Keogh, General Counsel, ADCRR
        Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, ADCRR
        Deana Johnson, VP & General Counsel, Centurion

**ATTACHMENT 11**

**ATTACHMENT 11**



# Arizona Department of Corrections



1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov

DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

November 9, 2020

Tom Dolan, Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, Arizona 85281
Via Email: tdolan@teamcenturion.com

Re:   Contract No. CTR041835/ADOC18-216360 – **UPDATED**Inmate Correctional
      Healthcare/ Sanctionable Month of July, 2020

Dear Mr. Dolan:

Centurion was advised in the enclosed sanction letter dated September 24, 2020 of the penalties determined appropriate for the reporting period from the calendar month of July 2020. The deadline for any "meet and confer" requests regarding this sanctionable period was required to be scheduled and take place no later than October 4, 2020.

No response has been received from Centurion regarding rebuttal or clarification of the proposed sanction.

The Department is proceeding with the sanction/offset based on 63 performance measures. The sanctionable amount is $259,000.00 for the month.

**\*UPDATE\*** Please note on November 5th, 2020 ADCRR made the determination that ADCRR would no longer use the graduating scale when calculating the monthly sanctioning amount for retired PM's. The Month of July originally calculated **$80,000.00** for retired monthly PM's using the graduating scale. As a result of this determination the sanctionable amount has been reduced to **$179,000.00**.

To effect the payment of the sanction, the Department will offset **$179,000.00** against payments due to Centurion on the next payment.

November 9, 2020
Tom Dolan
Page 2


If you have any questions, please contact Rocky Advani, Procurement Manager at (602) 364-3792.


Sincerely,

*Barbara M. Corella*

Barbara Corella
Interim Chief Procurement Officer

BC/ra

Enclosure


cc:     Keith Lueking, COO, Centurion
        David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR)
        Larry Gann, Assistant Director, Health Services, ADCRR
        Brad Keogh, General Counsel, Legal Services, ADCRR

**ATTACHMENT 12**

**ATTACHMENT 12**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

December 2, 2020

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ  85281

RE:   Contract No. ADOC18-216360
      AUGUST, 2020
      Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS,
REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the
contractually sanctionable month of August, 2020.

This is the fourteenth scheduled monthly review and subsequent sanction under the contract.

In August, 2020 it was determined that 59 total Performance Measures failed to attain a passing
score of 85%. ADCRR has further identified **19 of the 59** Performance Measures that resulted in
an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of
those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Douglas | Eyman | Florence | Lewis | Perryville | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|---|---|
| 24 | | X | | | | | | 1 |
| 31 | | X | | | | | | 1 |
| 42 | | X | | | | | | 1 |
| 44 | X | X | X | | X | X | | 5 |
| 50 | | X | | X | | | X | 3 |
| 51 | | X | | X | | | | 2 |
| 52 | | X | | | | | | 1 |
| 66 | | | X | | X | X | | 3 |
| 67 | | | | | | X | | 1 |
| 69 | | | | | | X | | 1 |
| Total | 1 | 7 | 2 | 2 | 2 | 4 | 1 | 19 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 10 | $50,000.00 |
| 20-29 | $7,500.00 | 0 | $0.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 19 | $72,500.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 59 failed measures X $500.00 = $29,500.00. The total sanction for the month of August, 2020

$$72,500.00 + $29,500.00 = $102,000.00$$

The total offset amount for the month of August, 2020 is calculated to be $102,000.00.

Please review the total 59 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures. If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer. If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

Denel Pickering
Chief Procurement Officer
Procurement Services Bureau

Enclosure

cc:    David Shinn, Director, ADCRR
       Joseph Profiri, Deputy Director, ADCRR
       Keith Lueking, COO, Centurion
       Gergana Kovatcheva, Acting Assistant Director, Financial Services Division, ADCRR
       Brad Keogh, General Counsel, ADCRR
       Deana Johnson, VP & General Counsel, Centurion

**ATTACHMENT 13**

**ATTACHMENT 13**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

December 15, 2020

Tom Dolan, Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, Arizona 85281
Via Email: tdolan@teamcenturion.com

Re:     Contract No. CTR041835/ADOC18-216360 – Inmate Correctional Healthcare/Sanctionable Month of
        August, 2020

Dear Mr. Dolan:

Centurion was advised in the enclosed sanction letter dated December 2, 2020 of the penalties determined
appropriate for the reporting period from the calendar month of August 2020. The deadline for any "meet and
confer" requests regarding this sanctionable period was required to be scheduled and take place no later than
December 12, 2020.

No response has been received from Centurion regarding rebuttal or clarification of the proposed sanction.

The Department is proceeding with the sanction/offset based on 59 performance measures. The sanctionable
amount is $102,000.00 for the month.

To effect the payment of the sanction, the Department will offset $102,000.00 against payments due to
Centurion on the next payment.

If you have any questions, please contact Rocky Advani, Procurement Manager at (602) 364-3792 or me at
(602) 542-1172.

Sincerely,

Denel Pickering
Chief Procurement Officer
Procurement Services Bureau

DP/ra

Enclosure

cc:     Keith Lueking, COO, Centurion
        Deana Johnson, VP & General Council, Centurion
        David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry (ADCRR)
        Joseph Profiri, Deputy Director, ADCRR
        Larry Gann, Assistant Director, Health Services, ADCRR
        Brad Keogh, General Counsel, Legal Services, ADCRR
        Gergana Kovatcheva, Acting Assistant Director, Financial Services Division, ADCRR

**ATTACHMENT 14**

**ATTACHMENT 14**



# Arizona Department of Corrections Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

December 2, 2020

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281

RE:    Contract No. ADOC18-216360
       SEPTEMBER, 2020
       Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the contractually sanctionable month of September, 2020.

This is the fifteenth scheduled monthly review and subsequent sanction under the contract.

In September, 2020 it was determined that 61 total Performance Measures failed to attain a passing score of 85%. ADCRR has further identified **21 of the 61** Performance Measures that resulted in an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Eyman | Florence | Lewis | Perryville | Tucson | Winslow | Yuma | Total |
|---|---|---|---|---|---|---|---|---|
| 11 | X | | | | | | | 1 |
| 37 | | | | | X | | | 1 |
| 42 | X | | | | | | X | 2 |
| 44 | X | X | | X | X | | X | 5 |
| 47 | X | | X | | | X | | 3 |
| 50 | X | X | X | | | | | 3 |
| 51 | X | X | X | | | | | 3 |
| 52 | X | | | | | | | 1 |
| 55 | | | | | X | | | 1 |
| 59 | X | | | | | | | 1 |
| Total | 8 | 3 | 3 | 1 | 3 | 1 | 2 | 21 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 10 | $50,000.00 |
| 20-29 | $7,500.00 | 2 | $15,000.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 21 | $87,500.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 61 failed measures X $500.00 = $30,500.00. The total sanction for the month of September, 2020:

$$\$87,500.00 + \$30,500.00 = \$118,000.00$$

The total offset amount for the month of September, 2020 is calculated to be $118,000.00.

Please review the total 61 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures. If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer.

If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

Denel Pickering
Chief Procurement Officer
Procurement Services Bureau

cc:   David Shinn, Director, ADCRR
      Larry Gann,  Assistant Director, Medical Services Contract Monitoring Bureau
      Joseph Profiri, Deputy Director, ADCRR
      Keith Lueking, COO, Centurion
      Gergana Kovatcheva, Acting Assistant Director, Financial Services Division, ADCRR
      Brad Keogh, General Counsel, ADCRR
      Deana Johnson, VP & General Counsel, Centurion

**ATTACHMENT 15**

**ATTACHMENT 15**



# Arizona Department of Corrections Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

February 22, 2021

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281

RE:    Contract No. ADOC18-216360
       OCTOBER, 2020
       Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS,
REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the
contractually sanctionable month of October, 2020.

This is the sixteenth scheduled monthly review and subsequent sanction under the contract.

In October, 2020 it was determined that 55 total Performance Measures failed to attain a passing
score of 85%. ADCRR has further identified **25 of the 55** Performance Measures that resulted in
an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of
those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Douglas | Eyman | Florence | Lewis | Perryville | Safford | Tucson | Winslow | Yuma | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 27 | | X | | | | | | | | 1 |
| 44 | | X | | X | X | | X | X | X | 6 |
| 47 | | X | | | | | | | | 1 |
| 50 | | X | X | X | | | X | | X | 5 |
| 51 | | X | X | X | | | X | | X | 5 |
| 80 | | X | | | | | | | | 1 |
| 102 | X | X | | X | X | X | X | | | 6 |
| Total | 1 | 7 | 2 | 4 | 2 | 1 | 4 | 1 | 3 | 25 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 10 | $50,000.00 |
| 20-29 | $7,500.00 | 6 | $45,000.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 25 | $117,500.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 55 failed measures X $500.00 = $27,500.00.
The total sanction for the month of October, 2020:

$$117,500.00 + 27,500.00 = 145,000.00$$

The total offset amount for the month of October, 2020 is calculated to be $145,000.00.

Please review the total 55 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures. If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer.  If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.


Sincerely,


Larry Gann
Assistant Director
Medical Services Contract Monitoring Bureau


cc:      David Shinn, Director, ADCRR
         Joseph Profiri, Deputy Director, ADCRR
         Keith Lueking, COO, Centurion
         Gergana Kovatcheva, Assistant Director, Financial Services Division, ADCRR
         Denel Pickering, Chief Procurement Office, Procurement Services Bureau
         Brad Keogh, General Counsel, ADCRR
         Deana Johnson, VP & General Counsel, Centurion

**ATTACHMENT 16**

**ATTACHMENT 16**



# Arizona Department of Corrections
# Rehabilitation & Reentry

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.azcorrections.gov



DOUGLAS A. DUCEY
GOVERNOR

DAVID SHINN
DIRECTOR

February 22, 2021

Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ  85281

RE:     Contract No. ADOC18-216360
        NOVEMBER, 2020
        Contract Sanctions

Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the contractually sanctionable month of November, 2020.

This is the seventeenth scheduled monthly review and subsequent sanction under the contract.

In November, 2020 it was determined that 57 total Performance Measures failed to attain a passing score of 85%. ADCRR has further identified **26 of the 57** Performance Measures that resulted in an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Douglas | Eyman | Florence | Lewis | Perryville | Safford | Tucson | Winslow | Yuma | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | X | | | | | | | | 1 |
| 13 | | | | X | | | | | | 1 |
| 37 | | | | | | | X | | | 1 |
| 43 | | | | | | | X | | | 1 |
| 44 | X | X | X | X | | X | X | X | X | 8 |
| 50 | | X | X | X | | | X | | X | 5 |
| 51 | | | | X | | | X | | X | 3 |
| 80 | | X | | | | | | | | 1 |
| 102 | X | | | X | X | X | X | | | 5 |
| Total | 2 | 4 | 2 | 5 | 1 | 2 | 6 | 1 | 3 | 26 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 10 | $50,000.00 |
| 20-29 | $7,500.00 | 7 | $52,500.00 |
| 30-39 | $10,000.00 | 0 | $0.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 26 | $125,000.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 57 failed measures X $500.00 = $28,500.00. The total sanction for the month of November, 2020:

$$\$125,000.00 + \$28,500.00 = \$153,500.00$$

The total offset amount for the month of November, 2020 is calculated to be $153,500.00.

Please review the total 57 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures. If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer.  If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.


Sincerely,


Larry Gann
Assistant Director
Medical Services Contract Monitoring Bureau

cc:     David Shinn, Director, ADCRR
        Joseph Profiri, Deputy Director, ADCRR
        Keith Lueking, COO, Centurion
        Gergana Kovatcheva, Assistant Director, Financial Services Division, ADCRR
        Denel Pickering, Chief Procurement Office, Procurement Services Bureau
        Brad Keogh, General Counsel, ADCRR
        Deana Johnson, VP & General Counsel, Centurion

**ATTACHMENT 17**

**ATTACHMENT 17**



# Arizona Department of Corrections



DOUGLAS A. DUCEY
GOVERNOR

1601 WEST JEFFERSON
PHOENIX, ARIZONA 85007
(602) 542-5497
www.corrections.az.gov

DAVID SHINN
DIRECTOR

February 22, 2021


Tom Dolan
Vice President of Operations
Centurion, Arizona Regional Office
1850 W. Rio Salado Pkwy, Suite 209
Tempe, AZ 85281


RE:   Contract No. ADOC18-216360
      DECEMBER, 2020
      Contract Sanctions


Dear Mr. Dolan:

This letter is to advise you that the ARIZONA DEPARTMENT OF CORRECTIONS, REHABILITATION & REENTRY (ADCRR) has reviewed the CGAR findings for the contractually sanctionable month of December, 2020.

This is the eighteenth scheduled monthly review and subsequent sanction under the contract.

In December, 2020 it was determined that 84 total Performance Measures failed to attain a passing score of 85%. ADCRR has further identified **36 of the 84** Performance Measures that resulted in an extension of the Stipulation based upon the rules of the Stipulation Agreement. The list of those Performance Measures follows on page 2.

| FAILED PERFORMANCE MEASURE | Douglas | Eyman | Florence | Lewis | Perryville | Safford | Tucson | Yuma | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | X | | | | | | | 1 |
| 23 | | | | | | | X | | 1 |
| 24 | | | | | | | X | | 1 |
| 35 | | X | | | | | | | 1 |
| 37 | | | | | | | X | X | 2 |
| 40 | | | | | | | X | X | 2 |
| 42 | | X | | | | | | | 1 |
| 43 | | X | | | | | X | | 2 |
| 44 | | X | X | X | X | | X | X | 6 |
| 47 | | X | | | | | | | 1 |
| 50 | | X | X | X | | | X | X | 5 |
| 51 | | X | X | X | | | | X | 4 |
| 52 | | X | | | | | | | 1 |
| 55 | | X | | | | | X | | 2 |
| 102 | X | X | | X | X | X | X | | 6 |
| Total | 1 | 11 | 3 | 4 | 2 | 1 | 9 | 5 | 36 |

| MEASURE SCALE | SANCTION AMOUNT | # SANCTIONABLE MEASURES | TOTAL SANCTIONS |
|---|---|---|---|
| 1-9 | $2,500.00 | 9 | $22,500.00 |
| 10-19 | $5,000.00 | 10 | $50,000.00 |
| 20-29 | $7,500.00 | 10 | $75,000.00 |
| 30-39 | $10,000.00 | 7 | $70,000.00 |
| 40-49 | $15,000.00 | 0 | $0.00 |
| 50+ | $20,000.00 | 0 | $0.00 |
| TOTAL | | 36 | $217,500.00 |

**Per contract section 1.20.2.1.3, every performance measure that does not meet an 85% or higher compliance threshold during the audited month will be assessed a performance offset of $500.** Sanction calculation follows: 84 failed measures X $500.00 = $42,000.00. The total sanction for the month of December, 2020:

$$217,500.00 + $42,000.00 = $259,500.00$$

The total offset amount for the month of December, 2020 is calculated to be $259,500.00.

Please review the total 84 items and respond within 10 calendar days of this letter with any questions you may have regarding the Performance Measures. If you disagree with the results for any of the measures, we will meet and confer on those issues in accordance with the administrative remedy process set forth in the contract.

Any necessary administrative remedy process shall be completed within five (5) calendar days of any meet and confer. The matter will then be referred to the Chief Procurement Officer.  If you are in agreement with the above, please provide that response as well within the ten (10) calendar days of the date of this letter so that this matter can be immediately referred to the Chief Procurement Officer for further action.

Sincerely,

Larry Gann
Assistant Director
Medical Services Contract Monitoring Bureau

cc:     David Shinn, Director, ADCRR
        Joseph Profiri, Deputy Director, ADCRR
        Keith Lueking, COO, Centurion
        Gergana Kovatcheva, Assistant Director, Financial Services Division, ADCRR
        Denel Pickering, Chief Procurement Office, Procurement Services Bureau
        Brad Keogh, General Counsel, ADCRR
        Deana Johnson, VP & General Counsel, Centurion