Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**SUPPLEMENTAL DECL. OF TOM DOLAN** |

I, Tom Dolan, make the following Declaration:

1.     I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Supplemental Declaration.

2.     I am the Vice President of Operations of Centurion, a position I have held since April 29, 2019.  Centurion is a national leading provider of medical and behavioral health services to state prison systems, serving 11 state correctional agencies.  As Vice President of Operations, I provide daily oversight and management of Centurion subsidiary Centurion of Arizona, LLC ("Centurion of Arizona" or "Centurion"), which has held the contract to provide health care services at the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") since July 1, 2019.  I monitor and manage

Centurion's execution of that contract, assist ADCRR in its efforts to comply with the Health Care Performance Measures ("PMs") required by the *Parsons* Stipulation, and serve as a liaison between Centurion corporate leadership and ADCRR.

3.     On July 10, 2020, I executed a Declaration in support of Defendants' Response to the January 31, 2020 Order to Show Cause.  I incorporate and affirm the avowals in that Declaration into this Supplemental Declaration.

### COVID-19's Impact on Correctional Healthcare in Arizona

4.      On January 26, 2020, the Arizona Department of Health Services ("ADHS") announced the first confirmed case of COVID-19 in Arizona, which was the fifth reported case in the United States.  At that time, no one could have imagined the significance of this occurrence.  COVID-19 dramatically changed the healthcare system in the United States, including Arizona, to give priority to patients infected with COVID-19.

5.     Centurion was proactive in issuing companywide COVID-19 updates as early as January 27, 2020, with directives to screen all patients at intake for symptoms and information regarding recent travel history and attempted to identify and isolate suspected cases.  Centurion also provided education to its employees on hygiene, evaluation, and reporting.  Centurion continued to issue COVID-19 updates throughout the pandemic, providing a third update on February 11, 2020 with updated quarantine guidelines for new diagnoses. There have been additional updates throughout the pandemic as the CDC guidelines and requirements change.  The updates included isolation protocols for positives, exposure and return to work information.  The most recent updates are focused on the vaccination process.

6.     ADCRR and Centurion developed an updated Infectious Disease Screening tool for use at intake centers, and, on March 1, 2020, implemented a COVID-19 screening form for our Inpatient Component ("IPC").

7.     On March 11, 2020, the World Health Organization declared COVID-19 a worldwide pandemic.   As a result of that report, ADCRR requested Centurion to provide statewide COVID-19 reporting.  This reporting included all patients tested daily, results of

each test performed, recovered COVID-19 patients, and COVID-19 related deaths. It should be noted that even ADHS does not report the number of recovered COVID-19 patients. For a patient to be reported as recovered, they must be seen by a provider and complete an assessment to ensure the patient is asymptomatic after fourteen days. This is in addition to the regular rounding the provider completes during the initial diagnosis until recovered. This daily reporting is completed by the Regional Continued Quality Improvement Director who calculates the information from all ten facilities. Each facility has a designated staff member, typically the Facility Health Administrator, who is responsible for reporting the information to the CQI Director. This reporting evolved over time to include the reason for testing, including the patient's release, work crew assignment, and vulnerable population testing for IPC and skilled nursing units. This was a huge undertaking, as a special tracking system (Centurion COVID Portal) needed to be developed as the number of tests completed rose to over 40,000. This reporting process continues to current date in addition to staffs' regular daily responsibilities.

8.      On March 12, 2020, Arizona Governor, Doug Ducey, declared a public health emergency and began issuing executive orders to mitigate the spread of COVID-19 in Arizona, including ordering the closure of all schools, public and private, statewide, effective March 15, 2020. School closures caused a day-care crisis for many essential workers who did not have alternative day-care arrangements during work hours. This left many essential workers with no viable option other than to not report to work to care for their minor children until other arrangements could be made. The graph below shows leave of absences for Centurion healthcare staff at ADCRR facilities because they tested positive for COVID-19, as well as leave of absences taken for secondary reasons related to COVID-19 such as childcare or taking care of a sick family member:

/ / /

/ / /



9.      On March 16, 2020, ADCRR implemented an Emergency Operations Center ("EOC"), which Centurion joined.  Several of our Regional staff members, including the Medical Director, were assigned to the EOC.  The Medical Director played a critical role in developing and implementing guidelines and standards related to COVID-19, and in most instances, going one step further than CDC guidelines to ensure the safety of the patients and staff.  She provided critical clinical knowledge to assist in determining where and how COVID-19 positive patients should be housed to decrease the spread of the virus.  She was the orator of the video on prevention of the transmission of COVID-19 for the facility's closed-circuit television.  In addition, Centurion identified a list of patients at high-risk for complications from COVID-19—including patients with respiratory issues, diabetes, in IPC or on Dialysis, as well as patients who are pregnant, immunocompromised, or over 65 years old—and who were then monitored more closely than the general population.  Centurion's proactive approach to closely monitor the most vulnerable patient populations continues to present day.

10.      As of March 18, 2020, ADCRR implemented ingress checks for staff with a questionnaire and symptom check.  These entry points for the symptom screening were primarily staffed with Centurion employees.  The staff manning the entry points were not additional staff hired to complete this during a crisis but in addition to the regular

responsibilities.  ADCRR also waived the $4.00 medical sick call copay, which led to an increased volume of health needs requests ("HNR") for all types of medical services.  This sudden and unexpected increase required Centurion staff to expend time and effort in addition to their already full schedules.  The graph below illustrates the increase in HNRs submitted during the pandemic by comparing the number of HNRs submitted from March through December 2019 with those submitted during these same months in 2020.  Centurion responded to 13% more HNRs in March - December 2020 than it did during the same months in 2019.  The greatest difference was June 2020, which had 25% more HNRs than June 2019:



11.     On March 19, 2020, Governor Ducey issued an executive order, in response to the shortage of Personal Protective Equipment ("PPE"), that required delaying elective surgeries except in health-threatening circumstances.  As a result, it was difficult to provide off-site specialty services throughout the State because most clinics closed, except for providing emergency services.

12.     On March 26, 2020, Centurion began receiving COVID-19 swab test kits, which allowed Centurion to begin symptomology related testing.

13.     On or around March 30, 2020, ADCRR implemented 21-day quarantines for all new intakes including parole violators, followed by intakes in 21-day cycles.  The first

mass intake was completed at ASPC-Phoenix on April 10, 2020, following the COVID-19 quarantine processes.  Prior to COVID-19, a normal intake day for the Phoenix facility averaged 50 inmates, Monday through Friday. Post COVID-19, with intakes being completed every 21 days, staff schedules had to be flexed to accommodate completing 200 intakes in a single day as opposed to 50.  Additional COVID-19 testing was required on day of arrival and again ten days later, increasing lab reviews for providers substantially.  When intakes are completed at daily increments of 50, as opposed to 200 all at once, any lab reviews and other follow-up appointments can be completed in similar increments. However, with the arrival of all 200 intakes in one day, all reviews and appointments, such as chronic care, are now all due at the same time instead of spaced out evenly.

14.     On April 6th, 2020, Centurion hired a Registered Nurse with a board certification of Infection Control and Epidemiology (CIC).  Since onboarding, she has been responsible for tracking COVID-19 positive cases and reporting them into MEDSIS (Medical Electronic Disease Surveillance Intelligence System), which is a tracking system for ADHS.  Until the Centurion COVID-19 Portal was completed, she was also tracking all of the intake testing for Phoenix, Perryville, and Tucson.  The facilities have now taken over that portion of the tracking, however, she continues to look at every positive lab every day and report not only positive COVID-19 tests, but all of the other infectious diseases that are reportable to the government (e.g., hepatitis, syphilis, coccidioidomycosis, etc.).  Also, with the addition of Abbott ID Now and Binax Antigen Cards for rapid testing, she must report every test (positive and negative) to the government on a daily basis.

15.     On April 22, 2020, providers could begin to request exemption from the Elective Surgeries Executive Order if specific requirements were met.

16.     By around June 29, 2020, intensive care units were over 80% capacity with 73,908 diagnosed COVID-19 cases.

17.     As mentioned above, Centurion began testing patients for COVID-19 in March 2020, and testing has continued to date.  Centurion tests inmates at intake and inmates with symptoms, and conducts targeted surveillance testing, pre-operation/procedure testing, and testing on release.  As the graph below demonstrates, Centurion tested over 48,000 inmates through December 2020, with over 10,000 tests in August 2020, and over 11,000 tests in December 2020:



Centurion COVID-19 Testing January - December 2020

18.     ADCRR and Sonora Quest signed a contract for Mass Testing of ADCRR inmates in Arizona effective July 10, 2020.  Centurion assisted in the first round of mass testing in August 2020, as illustrated by the spike on the chart above, and continued surveillance testing activities throughout the year.  ADCRR and Centurion increased testing in December 2020, due to the spike of COVID-19 positives in the community.

19.     Prior to COVID-19, Centurion site leadership had been participating daily in meetings with ADCRR site leadership.  These meetings initially focused on compliance with the PMs at issue in the *Parson*'s litigation.  The meetings are often attended by the Warden, Facility Health Administrator ("FHA"), ADCRR monitors and medical liaison. Designees such as Deputy Wardens of Operations, and Assistant Facility Health Administrators, attended when necessary.  Performance measures are reviewed daily for any noncompliance or potential risk for noncompliance.  Plan of actions are immediately implemented to ensure immediate and rapid adjustments and ensure good care.  The

presence of the medical liaison and site monitors allows for input to help identify concerning trends or possible risks with transparency for all stakeholders.

20.     After COVID-19, these meetings are also used to address concerns related to COVID-19 and to develop on-site operational decisions for compartmentalizing and isolating identified positive COVID-19 patients.   As the pandemic continued, these meetings were conducted telephonically and via video conferencing in an effort to mitigate the spread of the virus and comply with health restrictions.

21.     A weekly meeting of Centurion's Arizona leadership occurs, which can include the Vice President of Operations, Regional Medical Director, the Directors of Operations, and the Director of Compliance.   ADCRR's Assistant Director of Medical Services and other members of the Medical Services Contract Monitoring Bureau ("MSCMB") attend.   These meetings focus on policy and procedure changes or needs identified by the Court or the MSCMB.   A direct link is made for any changes to PMs and policy shifts to show continued improved compliance.   Although these were initially in-person meetings, they were switched to video conference calls to comply with social distancing directives and to slow the spread of the virus.

22.     Effective January 1, 2020, Centurion and ADCRR senior leadership meetings increased from bi-weekly to weekly conference calls.   Attendees from ADCRR include the Director, Deputy Directors, the MSCMB Assistant Director, and others as requested by the ADCRR Director.   Centurion attendees include Vice President of Operations, the Regional Medical Director, and others.   These meetings have no set agenda as they are to address issues and solve problem that arise on a daily basis.   PMs included in the January 31, 2020 Order to Show Cause are discussed to improve compliance.   The ADCRR Director then initiated the EOC on March 16, 2020.   These weekly meetings with Centurion Regional Leadership and ADCRR transitioned to Centurion assigning representatives to be present at the EOC, Monday - Friday, 8:00 a.m. to 5:00 p.m., to provide medical advice on how to test, identify, and treat COVID-19 infected patients, and protect those who had not been yet infected.

**Overall Compliance & COVID-19's Impact**

23.    Centurion's contract with ADCRR began in July 2019, and PM compliance immediately began to improve.  Eight months into the newly awarded contract, ADCRR was compliant with 95% (in February) and 97% (in March) of all monitored performance measures in the Stipulation (including maximum custody performance measures and performance measures that scored N/A for a particular complex).  This was the highest compliance rate in the history of the Stipulation.

24.    Just as compliance began reaching all-time highs, COVID-19 hit.  No one could have foreseen the dramatic impact the pandemic would have on healthcare across the world and in Arizona.  Nor could anyone predict the pandemic would last more than a year (and counting).  The focus of care shifted to the care of COVID-19 patients and containing the spread of the virus, for the safety of the patient, staff, and the community.  Every healthcare entity in the United States gave COVID-19 patients priority—to decrease the spread of the virus and to save lives.  The pandemic was not anticipated, and this caused healthcare teams across the country to quickly put action plans into place.

25.    Corrections healthcare was no different.  In addition to their regular, demanding daily assignments, medical staff at ADCRR were assigned increased responsibilities and tasks related to COVID-19.  In addition, Centurion developed COVID-19-related policies and procedures for its staff, Centurion tracked all COVID-19 testing, and Centurion shared all this information with ADCRR and ADHS.

26.    The true heroes of the pandemic are frontline workers.  Clinical and operational staff exerted Herculean efforts at ADCRR to maintain routine daily care, implement additional measures to care for COVID-19 patients and reduce infection rates, and to comply with its obligations under the contract.

27.    Centurion absorbed additional costs caused by the pandemic to provide the best care to patients and protect staff.  Among other things, Centurion increased PPE, overtime pay, COVID pay, and COVID testing.

28.     Even with COVID-19, ADCRR was, on average, compliant with 93% of all monitored performance measures in the Stipulation (including maximum custody performance measures and performance measures that scored N/A for a particular complex):

Overall CGAR PM Compliance (2020)



29.     Unfortunately, neither healthcare workers nor their families are immune from being infected by COVID-19.  COVID-19 had an undeniable and profound impact on compliance with PMs.  As each wave of COVID-19 hit, the number of positive COVID-19 patients increased, as did the number of employees who did not report to work.  This resulted in a decrease in compliance scores:

/ / /

/ / /



30.     Prior to COVID-19, the Arizona contract averaged 50.9 hires per month and 19.9 voluntary terminations per month.  For the months of March - October of 2020, in the midst of COVID-19, the average number of hires dropped slightly to 48.4 hires per month, and voluntary terminations increased to 24.1 per month. After the second wave of COVID-19 hit in December 2020, there was an even larger decrease in people applying for work and a greater increase in people leaving voluntarily.  In November 2020, the average number of hires dropped significantly to 36 hires per month, and the number of voluntary terminations per month increased to 31.3.  This has made it more difficult to retain full staffing during the pandemic:

/ / /

/ / /



**Trend in New Hires and Voluntary Terminations**

### Additional Staffing, Recruitment, and Retention Efforts

31.     Notwithstanding COVID-19, Centurion continued to staff, recruit, and retain medical staff and ensure compliance with the PMs.  Centurion's commitment is demonstrated by the increase in positions hired above the required contract FTE.  In addition to the new hires described in my original Declaration, fulltime positions created above contract requirements include: (1) Associate Regional Medical Director, (2) Director of Compliance, and (3) Provider Service Representative. Additional positions hired above contract requirements include Physical Therapist (5 employees, 4.5 FTE) and Dental Hygienist (4 employees, 2.2 FTE).

32.     In December 2020, Centurion hired the following staff above contract staffing requirements: Administrative Assistant 5.75 FTE (21.75 hired FTE, 16.00 contract FTE); Business Analysts 1.0 FTE (2.0 hired FTE, 1.0 contract FTE); Clinical Coordinator by 1.0 FTE (7.00 hired FTE, 6.00 contract FTE); Education Coordinator by 1.00 FTE (2.0 hired FTE, 1.0 contract FTE); Inventory Coordinator by 7.0 FTE (28.00 hired FTE, 21.00 contract FTE); Lab Technician by 3.5 FTE (9.00 hired FTE, 5.50 contract FTE); Medical Records Clerk by 5.0 FTE (36.00 hired FTE, 31.00 contract FTE); Midlevel Practitioner by 6.15 FTE (49.15 hired FTE, 43.00 contract FTE); Pharmacist by 1.0 FTE (2.0 hired FTE, 1.0 contract FTE); Regional Director of Nursing by 1.0 FTE (2.0 hired FTE, 1.0 contract FTE);

IT Service Desk Analyst by 1.0 FTE (2.0 hired FTE, 1.0 contract FTE); and Utilization Review RN by 3.0 FTE (6.00 hired FTE, 3.00 contract FTE).

33.     In 2020, Centurion drastically increased bonus payments, including sign-on, retention, and shift bonuses, for hourly and salary staff in attempting to ensure adequate staffing levels were maintained. The average overtime paid per pay period in 2019 was $7,627.54 and this trend continued through March 2020.  As the need for shift coverage was amplified due to increasing call-offs and resignations because of COVID-19, beginning April 2020 bonuses payments increased to an average of $21,313.08 per pay period, over double the average for 2019 at a 209.51% increase.  The bonus payment total during the pandemic from March 2020 through December 2020 was $511,514.03.

34.     In 2020, Centurion spent a total of $4,191,497.03 in overtime (120,067.95 hours, or, on monthly average, 5% of the total hours worked).  Statewide overtime averages 5% of total hours worked, however, overtime trended up during in the months where COVID-19 cases were increasing spiked in the community and inmate populations alike. The overtime trends also coincided with increases of COVID-19 leave of absence from April through July 2020, as well as December 2020, with overtime percentages as high as 7.22% in June 2020, 6.42% in September 2020, 6.11% in April 2020, and 5.96% in December 2020.

35.     Centurion's contract requires 10.2 FTE for Physicians, and 43.0 FTE for Mid-Level providers (Nurse Practitioners ("NP") and Physicians Assistants ("PA")).

36.     In May 2020, hired Physicians totaled 6.0 FTE (14 employees).  In August 2020, hired Physicians increased to 6.5 FTE (an 8.33% increase), and in November 2020 an additional 0.8 FTE Physician was hired (a 12.31% increase), bringing the total hired Physicians to 16.  In December 2020, hired Physicians increased to 8.3 FTE.  In January 2021, hired Physicians decreased by 1.0 FTE due to the promotion of an internal employee to the Douglas Medical Director position.  The worked fill rate for mid-level providers in December 2020 was 116.74%.

37.     In May 2020, hired Mid-Level Providers totaled 51.40 FTE (69 employees). In July 2020, 1.5 FTE Mid-level Providers resigned from ASPC-Eyman reducing statewide hired FTE to 7.15. Nevertheless, the complex continued to meet contract staffing requirements.  In September 2020, a Mid-Level Provider at ASPC-Tucson transitioned from fulltime to PRN status resulting in a 1.0 FTE vacancy.  However, this provider continued to cover shifts at the complex and this vacancy was filled by November 2020.

38.     Due to the remote location, ASPC-Yuma has historically been a difficult complex to staff, and it has not been fully staffed since 2012.  On September 21, 2020, Centurion hired a 1.0 FTE onsite Nurse Practitioner, and on December 14, 2020, it hired an onsite Primary Care Physician (.8 FTE). APSC-Yuma was fully staffed in 2020.

39.     In December 2020, a 1.0 FTE Mid-Level Provider resigned from ASPC-Winslow resulting in a 1.0 FTE vacancy for which recruiting is actively occurring.  The complex has 2 PRN Mid-Level Providers who are assisting with coverage until the vacancy is filled.  In December 2020, the statewide hired FTE for Mid-Level Providers (49.15) exceeded contract requirements.  As of February 2021, there is a total of 3.25 FTEs Mid-Level Providers hired above contract requirements (Douglas 0.5 FTE, Florence 0.25 FTE, Lewis 1.5 FTE, Safford 1.0 FTE).

40.     Since March 2020, Centurion has also continued to recruit mental health professionals during the pandemic, hiring 5 Psychologists at multiple complexes: Phoenix (2 hired in June 2020); Eyman (1 hired in November 2020); Perryville (1 hired in January 2021); and Lewis (1 hired in January 2021).  A full-time on-site Psychiatrist was hired in January 2021 for Phoenix.  All Psychiatric NP FTEs remain fully staffed and have not had a vacancy since November 2020.

41.     Between June 2020 and February 2021, Centurion hired two telehealth physicians.

42.     Centurion has also invested in several ancillary and administrative positions above contract requirements to assist with contract and CGAR compliance.  In December 2020, Certified Nursing Assistants exceeded contract requirements by 0.45 FTE.  In

1    February 2021, their FTEs increased to 101.30 (2.55 FTE over contract requirements).  As

2    of February 2021, Administrative Assistants are 5.75 above contract requirements.

3        43.     In addition to actively recruiting to fill provider positions and adding ancillary

4    staff over contract staffing requirements, Centurion consistently utilizes premium pay in the

5    form of overtime, PRN staff, and agency contracts. The charts below show hired FTEs, as

6    well as "Worked FTE", which show productive time worked for Mid-Levels and Physicians

7    and which illustrates Centurion's commitment to ensuring patient care is maintained,

8    recruiting to fill vacancies while prioritizing care during the pandemic:

| Provider | Contract | 20-Mar | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 46.65 | 64 | 108.49% | 8,915.72 | 50.66 | 117.81% |
| Physician | 10.2 | 4.25 | 12 | 41.67% | 1,288.82 | 7.32 | 71.79% |

| Provider | Contract | 20-Apr | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43 | 49.65 | 70 | 115.47% | 9,581.08 | 54.44 | 126.60% |
| Physician | 10.2 | 7 | 16 | 68.63% | 1,396.80 | 7.94 | 77.81% |

| Provider | Contract | May-20 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 51.40 | 69.00 | 119.53% | 9095.50 | 54.14 | 125.91% |
| Physician | 10.20 | 6.00 | 14.00 | 58.82% | 1448.98 | 8.62 | 84.56% |

| Provider | Contract | Jun-20 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 51.40 | 68.00 | 119.53% | 9775.58 | 55.54 | 129.17% |
| Physician | 10.20 | 6.00 | 16.00 | 58.82% | 1228.75 | 6.98 | 68.45% |

| Provider | Contract | Jul-20 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 50.15 | 66.00 | 116.63% | 9910.67 | 61.94 | 144.05% |
| Physician | 10.20 | 6.00 | 16.00 | 58.82% | 1384.75 | 8.65 | 84.85% |

| Provider | Contract | Aug-20 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 48.65 | 65.00 | 113.14% | 9912.08 | 56.32 | 130.97% |
| Physician | 10.20 | 6.50 | 16.00 | 63.73% | 1476.00 | 8.39 | 82.22% |

| Provider | Contract | Sep-20 | | | | | |
|---|---|---|---|---|---|---|---|
| | | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 48.15 | 65.00 | 111.98% | 10125.12 | 57.53 | 133.79% |
| Physician | 10.20 | 6.50 | 15.00 | 63.73% | 1643.53 | 9.34 | 91.55% |

| Oct-20 | | | | | | |
|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 48.15 | 65.00 | 111.98% | 9208.47 | 52.32 | 121.68% |
| Physician | 10.20 | 6.50 | 15.00 | 63.73% | 1533.48 | 8.71 | 85.42% |

| Nov-20 | | | | | | |
|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 49.15 | 67.00 | 114.30% | 9513.17 | 54.05 | 125.70% |
| Physician | 10.20 | 7.30 | 16.00 | 71.57% | 1342.50 | 7.63 | 74.78% |

| Dec-20 | | | | | | |
|---|---|---|---|---|---|---|
| Provider | Contract | Hired FTE | Hired Staff # | Hired % | Hours Worked | Worked FTE | Worked % |
| Mid-Level | 43.00 | 49.15 | 66.00 | 114.30% | 8955.22 | 55.97 | 130.16% |
| Physician | 10.20 | 8.30 | 17.00 | 81.37% | 1123.23 | 7.02 | 68.83% |

44.     From July 2019 to March 2021, Centurion has attended 29 academic events (five since July 2020), including on-site career fairs, virtual job fairs, lunch and learns, and presentations to students; it has advertised with 11 professional associations; it has joined and posted employment opportunities within several social media groups on Facebook and LinkedIn; it has sent 47 text campaigns resulting in over 59,000 individual connections with nurses in Arizona (since July 2020, 20 text campaigns resulting in over 30,000 individual connections); it has published and distributed 8 direct mail campaigns to nearly 47,000 nurses (since July 2020, 2 direct mail campaigns resulting in approximately 6,500 individual connections); it has completed 39 email campaigns resulting in approximately 100,000 individual connections with Arizona nurses (since July 2020, 14 email campaigns resulting in approximately 45,000 individual connections); it has placed print and display advertisements (123 individual ads) in 29 Arizona newspapers and journals (since July 2020, 61 individual ads in 18 Arizona newspapers and journals); it has placed ads on billboards in Goodyear, Arizona; it has launched radio ads on English and Spanish radio stations; and it has created an online presence by advertising through a variety of employment websites including Indeed, Zip Recruiter, and Monster.

45.     Since July 2020, Centurion has attended the following recruiting events and/or engaged in the following recruiting efforts:

- 9/2/20 – Pima Community College – Centurion attended a Virtual Job Fair for LPNs;
- 11/5/20 –National Association of Social Workers (AZ Chapter) – Centurion attended its 2020 Virtual Conference and Career Fair;
- 11/16/20 – Chamberlain School of Nursing (Phoenix campus) – Centurion's Director of Academic Relationships presentation;
- 12/3/20 – Pima Community College – Centurion attended a Virtual Job Fair for LPNs;
- 12/21/20 – Carrington College (Phoenix and Tucson campuses); Centurion's Director of Academic Relationships virtual presentation to nursing students;
- Zoom Virtual Job Fair held on January 22, 2021;
- Indeed Virtual Job Fair held on February 19, 2021;
- Arizona Daily Sun Virtual Job Fair held on February 24 through March 7, 2021;
- Attended University of Arizona Virtual Job Fair;
- Distributed flyers to nursing schools in Arizona advertising open positions and Virtual Job Fair;
- Ran the Digital Billboard Ad in Goodyear, Arizona for one month;
- Arizona Nurse Newspaper – full color ad, 90-day online posting, Centurion's logo on emails sent to nurses across the State, digital listing with link to our website;
- Newspaper ads placed in the following publications:  West Valley View, Glendale Star, Peoria Times, East Valley Tribune, Gilbert Sun News, AZ Republic, Tucson Explorer, Tucson Marana, Tucson Weekly, Navajo Hopi Observer, The Tribune, Arizona Daily Sun, White Mountain Independent, Payson Roundup, Cactus League Nation, Casa Grande Dispatch, Pinal Ways Magazine;

- Radio ads ran on iheart radio 97.1 in Tucson and Radio Tejano 1600 in Tucson;
- Online ads placed on AZ@work (AZ unemployment site), Veterans in Healthcare website, Social Service.com, AZCA (Arizona Counselors Association), AZPA (Arizona Psychological Association), Nursing Network;
- Email campaigns were sent to RNs, LPNs and MHPs; flyer advertised open positions as well as our Virtual Job Fairs;
- Variety of Craigslist online ads throughout the State of Arizona;
- Direct Mail postcard sent to RNs and LPNs surrounding the Winslow facility;
- Flyer advertising our Virtual Job Fair placed on several social media pages;
- Mass email to current Arizona PRN employees alerting them to the bonus available if they transition to full time;
- Mass email to current Arizona employees reminding them of our Employee Referral Bonus (cash bonus and prize announcement).

46.     From July 2020 through February 2021, Centurion has spent $123,934 for recruitment efforts.

47.     From March 2020 through February 2021, Centurion has increased salary rates across the State for a total increase of $892,557.86.

48.     Between May 2020 and February 2021, Centurion has paid out on the following hours for coverage:

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 |
|---|---|---|---|---|
| 613.25 | 554.75 | 671.00 | 961.00 | 734.03 |
| October 2020 | November 2020 | December 2020 | January 2021 | February 2021 |
| 700.67 | 813.18 | 1154.23 | 1139.18 | 811.40 |

49.     Between July 2020 and December 2020, Centurion paid $337,654.74 in shift bonuses.

50.     In June 2020, Mid-Level Providers worked 297.63 hours above their hired FTE; in July 2020, Mid-Level Providers worked 273.50 hours above their hired FTE; in August 2020, Mid-Level Providers worked 298.45 hours above their hired FTE; in September 2020, Mid-Level Providers worked 224.75 hours above their hired FTE; in October 2020, Mid-Level Providers worked 272.93 hours above their hired FTE; in November 2020, Mid-Level Providers worked 188.42 hours above their hired FTE; in December 2020; Mid-Level Providers worked 258.70 hours above their hired FTE; in January 2021, Mid-Level Providers worked 493.85 hours above their hired FTE; and in February 2021, Mid-Level Providers worked 483.98 hours above their hired FTE.

**Additional Compliance Efforts**

51.     Centurion is on the cutting edge of correctional telehealth.  As discussed in my prior Declaration, Centurion of Arizona invested in state-of-the-art telehealth equipment for ADCRR facilities statewide.  Centurion of Arizona has been awarded the Community Innovation and Activation award from American Well for the amount of telehealth visits conducted to help supplement in-person visits and increase the availability of healthcare services to inmates.  Centurion has also undergone successful accreditation for our telehealth program through the Utilization Review Accreditation Commission ("URAC"), which is an accrediting body for all Centurion Telehealth.  URAC's accreditation is nationally recognized by state and federal regulators to ensure the highest level of quality is delivered to consumers.  The URAC accreditation process demonstrates a commitment to quality and services and serves as a framework to improve business processes through benchmarking organizations against nationally recognized standards.  This accreditation demonstrates that Centurion has performance and quality improvements in place to ensure high quality telehealth care to its patients.

52.     Centurion's Arizona telehealth initiatives significantly increased access to medical providers, on and off-site specialists, psychiatrists, and registered nurses.  These efforts helped improve compliance with PMs 37, 39, 40, 42, 44, 53, 55, 81–88, 90, 95, and 97 from February 2020 to the present.

53.     As explained in my original Declaration, to help improve access to care, Centurion signed a contract with CareClix in March 2020.  CareClix is a virtual healthcare platform that provides specialty telehealth services.  Since COVID-19 first hit Arizona, Centurion has also expanded usage of our current telehealth platform to include not only cardiology, nephrology, neurology, urology, otolaryngology, but now also to include infectious disease, rheumatology, orthopedics, endocrinology, and genetics counseling.

54.     COVID-19 has had a concerning detrimental impact on mental health across the world, and in Arizona and its correctional system.  The environment in prison settings often exacerbates symptoms of mental health.  Thus, Centurion's mental health department has carefully taken steps to ensure patients continue to receive quality mental health services through this trying time.

55.     All mental health services continued to run comparable to those received prior to the pandemic, with a few exceptions.  Specifically, while group therapy sessions were suspended as of April 2020 to slow the spread of COVID-19, Centurion created in-cell programming modules to ensure patients were still receiving quality care while maintaining appropriate and recommended social distancing standards.  Beginning in April 2020 group therapy was stopped, and in-cell programming was done in lieu of in-person group therapy several times a week.  That was made mandatory as of July 2020.

56.     Additional health and welfare ("H&W) checks across the state were mandated due to COVID-19, which increased the total number of H&W checks from 411 rounds in February 2020 to 1,199 H&W rounds conducted in February 2021. While the community has seen an increase in self-harm, Centurion programs have prioritized patient needs to mitigate self-harm incidents and engage in preventative measures.

57.     Further demonstrating Centurion's commitment to quality patient care, ADCRR has seen a substantial reduction in self-harm events.  The total self-harm incidents, which have continuously had less than 5% intent for suicide, have gone from 172 in March 2020 to 90 in February 2021. Centurion has further seen a decrease in total suicide watch

encounters from 3,168 in March 2020 to 1,356 in February 2021, showing substantial improvement in preventative care for high-risk and suicidal patients.

58.     These decreases are tied to Centurion's significant efforts in mental health care, including departmental restructuring, data tracking, data-based treatment planning, and providing education to staff.  In 2019, Centurion's mental health department began tracking various facets of self-injury, including severity and patterns of self-harm, and in July 2020, it implemented plans based on those results.  In August 2020, Centurion began tracking the number of days on suicide watch.  This data has been used to triage and focus efforts across all categories of self-harm and high-risk patients.

59.     Centurion has also focused efforts to identify ways to reduce medication diversion, reduce poly-pharmacy, and improve diagnostic assessments.  The Pharmacy team added an additional Pharmacist above contract requirements that has worked with our psychiatric director and has developed educational materials for psych providers.  The Pharmacist is another resource available to the providers to improve pharmaceutical care. The expanded pharmacy department has increased our poly-pharmacy review and works with providers to resolve identified issues.

60.     Beginning in September 2020, Centurion has modeled multi-disciplinary care plans and integrative care opportunities, developing both a suicide prevention committee, as well as a self-injurious behavior work group to create robust, individualized treatment plans for acute patients.  Further, mental health staff received more in-depth trainings on suicide prevention, de-escalation strategies, developing crisis treatment plans, treatment of suicidal inmates, and treatment planning and assessment for patients with varied differential diagnoses.  Centurion offered different training dates/times to ensure full completion, including: Introduction to Mental Illness due 01/15/21; Developing a Crisis Treatment Plan due 2/15/2021; Treatment of Suicidal Inmates due 02/15/2021; Borderline Personality Disorder due 03/15/2021; De-Escalation due 01/31/2021; Motivational Interviewing due 09/23/2020; Managing Traumatic Brain Injury and Dementia in Corrections (2 part series) due 10/07/2020, 10/22/2020; Monitoring and Assessment Requirements when using

Physical Restraints due 12/08/2020; Mental Health Documentation Training due 11/09/2020; and Antisocial Personality Disorder (3 part series), due 08/06/2020, 08/12/2020, and 08/20/2020.

61.     In addition to actions required by the Stipulation, Centurion is ensuring its trainings are effective with thorough suicide risk assessments now being completed for all crises or unscheduled contacts as of September 2020.  Full risk assessments are likewise being completed for those arriving at reception showing a history of risk at intake.  This process helps to identify risk early on as a preventative measure and demonstrates care above and beyond the standards created by the Stipulation. Further, structure and procedures for guaranteeing warm handoffs of patients transferring between facilities have been created for ample support and successful transitions in care.

62.     Overall, through significant efforts in implementing new processes and providing ample trainings, Centurion has been able to show drastic improvements in mental-health care across the Arizona Prison system.

### **Updated Health Care Statistics**

63.     Each month, Centurion generates reports that track the number of healthcare encounters, prescriptions filled, and HNRs processed. Those reports reflect the following for the months of March 2020 through December 2020:

**a.  Health Care Encounters by a Qualified Health Care Professional (LPN, Mental Health RN, Nurse, Nursing Director, Nursing Supervisor)**

| MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|
| 88,754 | 92,849 | 93,109 | 95,971 | 96,113 | 86,437 | 98,586 | 99,780 | 98,459 | 93,206 |

**b.  Health Care Encounters by a Health Care Practitioner (Physician, NP, PA)**

| MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|
| 25,208 | 27,958 | 30,658 | 30,539 | 29,365 | 39,225 | 37,928 | 40,804 | 40,085 | 45,957 |

### c.  Prescriptions Filled

| | |
|---|---|
| March | 63,724 (medical) + 16,970 (mental health) = 80,694 |
| April | 64,471 (medical) + 16,868 (mental health) = 81,339 |
| May | 64,360 (medical) + 17,071 (mental health) = 81,431 |
| June | 63,981 (medical) + 16,215 (mental health) = 80,196 |
| July | 67,924 (medical) + 16,779 (mental health) = 84,703 |
| August | 64,065 (medical) + 15,218 (mental health) = 79,283 |
| September | 64,353 (medical) + 15,641 (mental health) = 79,994 |
| October | 67,053 (medical) + 16,292 (mental health) = 83,345 |
| November | 61,289 (medical) + 14,439 (mental health) = 75,728 |
| December | 66,555 (medical) + 16,107 (mental health) = 82,662 |

### d.  HNRs Processed

| | |
|---|---|
| March | 20,304 (medical) + 3,489 (dental) + 1,166 (mental health) = 24,959 |
| April | 21,432 (medical) + 2,922 (dental) + 1,161 (mental health) = 25,515 |
| May | 21,505 (medical) + 3,068 (dental) + 1,177 (mental health) = 25,750 |
| June | 22,132 (medical) + 3,652 (dental) + 1,995 (mental health) = 27,779 |
| July | 21,499 (medical) + 3,402 (dental) +1,907 (mental health) = 26,808 |
| August | 21,997 (medical) + 3,113 (dental) +1,218 (mental health) = 26,328 |
| September | 25,384 (medical) + 3,258 (dental) + 1,205 (mental health) = 29,847 |
| October | 26,239 (medical) + 3,469 (dental) +1,454 (mental health) = 31,162 |
| November | 20,304 (medical) + 3,055 (dental) + 1,461 (mental health) = 24,820 |
| December | 21,869 (medical) + 2,881 (dental) + 1,488 (mental health) = 26,238 |

///

///

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed this 26 day of March, 2021.

3

4                                          Thomas Dolan
                                           _____
5                                          Tom Dolan

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24