Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**SUPPLEMENTAL DECL. OF JENNINE GAHRIS** |

I, Jennine Gahris, make the following Declaration:

1.      I am over the age of 18 years and have personal knowledge of and am competent to testify to the matters set forth in this Declaration.

2.      I am intimately familiar with the healthcare delivery system at the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") as I have been employed by two of its healthcare contractors in various roles since September 2013.

3.      From September 2013 through July 2019, I was employed by Corizon, Inc. During my tenure, I served in various roles, including as Florence's Clinical Coordinator, the Regional Compliance Monitor, and eventually as the Director of Compliance.

4.       On July 1, 2019, Centurion of Arizona, LLC replaced Corizon as ADCRR's healthcare vendor.  On that date, I became Centurion of Arizona's Regional Director of Compliance.  As the Regional Director of Compliance, I manage a team of ten Healthcare Delivery Facilitators ("HDFs") and two Business Data Analysts ("BDAs").  Each HDF is assigned to a facility.  Their job is to review underperforming Performance Measures ("PMs") at their assigned facility, run reports and trackers to assist in achieving compliance with those PMs, and follow up with medical staff to ensure inmates are receiving the care or information required by the PMs.  They report to me on a daily basis.  The BDAs provide the source documents which are utilized to monitor compliance with the PMs, and run various reports to track items such as productivity and compliance obligations.

5.       Additionally, I ensure Centurion meets its compliance obligations with all contractual provisions, internal policies, and the Stipulation in this litigation.  I also assist Regional Centurion leadership and clinical personnel with performance implement initiatives, and identify opportunities for improvement in healthcare practices and policies.

6.       In preparation of making this declaration, I reviewed various documents, including charts audited to determine compliance with the PMs subject to the Order to Show Cause, relevant eOMIS records, and CGAR reports/results.  The below information is based upon my review of these (and other).

7.       As detailed below, at least 131 instances of noncompliance in March 2020 through December 2020 were the direct result of COVID-19.

**PM 11:**   Newly prescribed provider-ordered formulary medications will be provided to the inmate within 2 business days after prescribed, or on the same day, if prescribed STAT.

**ASPC-Eyman:**  (Mar. 82%; May 82%; Sep. 82%; Nov. 82%; Dec. 78%)

8.       As detailed below, Centurion has put multiple steps in place to improve compliance with PM 11 at Eyman, including: (1) process changes; (2) education and retraining of staff; and (3) increased audits and daily monitoring of PM 11.  Eyman's Lead Inventory Coordinator ("IC"), Assistant Facility Health Administrator ("AFHA"), and

2

HDFmet with the HDF at ASPC-Douglas, who was successful in maintaining compliance with this PM at ASPC-Douglas.  The meeting covered PM 11 "best practices," which included, but were not limited to: reviewing for documentation errors, duplicate orders, calling the pharmacy when medications are on hold (e.g., duplicative order, pending inquiries, etc.), and adhering to required timeframes.  Additionally, when nursing documentation errors are discovered during the auditing process, they are sent to the Assistant Directors of Nursing ("ADONs") who address them with nursing staff. Duplicative medication orders are sent to the Site Medical Director ("SMD") to address with the providers.  Finally, each day, the HDF internally monitors this measure and notifies the ADONs of patients that have not received their medications.

9.      PM 11 at ASPC-Eyman was compliant in April, June, July, August, and October 2020.  While it fell slightly short of the 85% threshold in March 2020 at 82%, May 2020 at 82%, September 2020 at 82%, November 2020 at 80%, and December 2020 at 78%, these results are not indicative of whether PM 11's requirements are being met at ASPC-Eyman.  To measure compliance with PM 11, a maximum of 50 charts are permitted to be reviewed.  ASPC-Eyman houses over 5,000 inmates and, on average, there are 2,000 newly prescribed medications eligible to be reviewed for this PM.  Because the Monitor Guide permits a maximum of 50 charts to be reviewed each month, the compliance rate is determined based upon a review of only 2.5% of eligible events.  The community standard for conducting a statistically sound analysis is 10%.  The parties agreed to utilize this small sample size prior to the implementation of an electronic medical record system and due to the burden of reviewing paper charts.  Unfortunately, it does not lend itself to accurate statistical data.

| Eyman PM11 Charts Available | |
|---|---|
| March 2020 | 2002 |
| April 2020 | 2048 |
| May 2020 | 2110 |
| June 2020 | 2280 |
| July 2020 | 2120 |
| August 2020 | 1991 |
| September 2020 | 1969 |
| October 2020 | 2863 |
| November 2020 | 2143 |
| December 2020 | 2139 |
| January 2021 | 2026 |
| February 2021 | 2003 |

10.   Nine of the 50 charts audited for March 2020 were found noncompliant, resulting in a score of 82%. Of the nine noncompliant charts, one inmate received the medication in two business days as required by this PM, but the medication administration was inaccurately documented in the chart, resulting in a noncompliant finding. In another, the medication was ordered as STAT. The nurse administered the medication immediately and documented it in her encounter notes. The chart, however, was marked noncompliant because the medication administration was not also documented in the Medication Administration Record ("MAR"). Due to documentation mistakes, these two charts were marked noncompliant despite the fact the inmates received their medication within the two business days required by this PM. Had these charts been marked compliant, ASPC-Eyman would have scored an 85% for PM 11 in March 2020.

11.   Nine of the 50 charts audited for May 2020 were found noncompliant, resulting in a score of 82%. Of the nine noncompliant charts, two inmates received their medications within the required timeframe, but the nurse documented the administration in

the wrong section of the record.  A third file indicated the inmate refused his medication and the refusal was located within the EHR, but because the refusal was not also noted in the MAR, the file was marked noncompliant.  Had these charts been marked complaint, ASPC-Eyman would have scored an 88% for PM 11 in March 2020.

12.     Eight of the 50 charts audited for September 2020 were found noncompliant, resulting in a score of 84%.  A review completed of the audit identified a math error in the overall score. The score listed (41/50=82%), is incorrect. The correct score is actually 42/50=84%. In addition, the audit included a duplicate order that was administered from clinic stock within compliance. With these two corrections, ASPC-Eyman would have scored an 85% for PM 11 in March 2020.

13.     Nine of the 50 charts audited for November 2020 were found noncompliant, resulting in a score of 82%.  During this month, however, ASPC-Eyman had 2,143 new prescriptions.  As discussed above, a sample of 50 is not a reliable statistical sample for a pool of this size.

14.     Eleven of the 50 charts audited for December 2020 were found noncompliant, resulting in a score of 78%.   During this month, however, ASPC-Eyman had 2,139 new prescriptions.  As discussed above, a sample of 50 is not a reliable statistical sample for a pool of this size.

**ASPC-Lewis:  (Apr. 84%; Jun. 81%; Dec. 82%)**

15.     PM 11 at ASPC-Lewis has been compliant for 21 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months. As such, it meets the definition of substantial compliance and is eligible for termination. Defendants moved to terminate PM 11 at ASPC-Lewis on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)    Additionally, as described above, the small sample size for this measure does not lend itself to accurate data.

| PM 11 Available Charts | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2020 Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASPC LEWIS | 2077 | 2483 | 1881 | 1665 | 1790 | 1475 | 1491 | 2184 | 1905 | 1618 | 18569 |

16. Even though this PM has been historically successful at ASPC-Lewis, Centurion still makes various efforts to maintain compliance with PM 11 at ASPC-Lewis. The HDF alerts the lead IC of any issues. Additionally, daily internal audits are performed to identify ways in which compliance could be increased. Based upon these audits, Centurion determined the following areas could be improved upon: (1) timely and appropriate documentation of medication administration in an inmate's MAR; (2) discontinuation of duplicative medication orders; (3) ability to receive medication from the pharmacy within the requisite timeframe. Several actions were initiated to address these issues. First, to avoid any delay in the entering of verbal orders, no medication will be administered to a patient until the order has been entered in eOMIS. Second, the Director of Nursing ("DON and senior ADON provided education to staff on how to correctly document the administration of medication, which included reminding staff that all medications must be documented in the MAR to complete the administration record. Next, on October 29, 2020, via written instruction and during a provider meeting, providers were reeducated that duplicative orders must be discontinued. In order to identify duplicative orders, the Facility Health Administrator ("FHA") is currently working with yard IC and providers to identify duplicative orders and to discontinue them before the timeframes expire. To ensure the medication is provided the same day it is ordered, beginning November 19, 2020, all STAT medication orders are now administered while the inmate is still in the health unit and before he/she returns to his/her housing unit. As an added layer of protection, twice a day (once in the morning and once at the close of business), a Pentaho Report is run to identify any medication that was ordered STAT so that the medication can be provided the same day, before expiration of the timeline. All routine PM 11 medication orders will also be followed up on to ensure the medication was administered. Upon identification of outstanding medication orders, the ADON of each yard is contacted to

administer the medication themselves.  And, if on the second day after the medication has been ordered it has not arrived from Diamond Pharmacy, the IC (or unit medication nurse if the IC is not onsite) will order the medication from Walgreens.  Finally, progressive disciplinary action is taken if nurses fail to administer the medication as soon as it becomes available.

**ASPC-Winslow:  (Sep. 72%)**

17.    PM 11 at ASPC-Winslow has been compliant 23 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months. As such, it meets the definition of substantial compliance and is eligible for termination.  It has also maintained compliance since October 2020.   Defendants moved to terminate PM 11 at ASPC-Winslow on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

18.    To determine compliance with PM 11 at ASPC-Winslow in September 2020, 18 files were audited.  Five were noncompliant, resulting in a score of 72%.  This noncompliant finding was due to the lead IC not receiving notification from Diamond Pharmacy when duplicate orders were entered or when there were other issues (e.g., medications on hold, discrepancy in number of tablets, etc.) with medication orders because Diamond Pharmacy was using an incorrect fax number.  The lead IC contacted the Diamond Pharmacy representative for Winslow to ensure notifications were being sent to the correct fax.  Additionally, The HDF discussed the use of the effective date and calculation for the effective date when ordering medication for injections with the providers.  This corrective action was successful, as evidenced by ASPC-Winslow's compliance with PM 11 in October, November, and December 2020.  ASPC-Winslow's noncompliance in September 2020 was an anomaly and is not representative of the facility's sustained compliance with PM 11 or the quality of care provided to ADCRR inmates.

**ASPC-Yuma:  (Sep. 84%)**

19.    PM 11 at Yuma has been compliant 23 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it

1    meets the definition of substantial compliance and is eligible for termination.  It has also

2    maintained compliance since October 2020.   Defendants moved to terminate PM 11 at

3    ASPC-Yuma on December 23, 2020.  That motion is currently pending before the Court.

4    (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

5         20.    To determine compliance with PM 11 at ASPC-Yuma in September 2020, 50

6    files were audited.  Eight files were noncompliant, resulting in a score of 84%—just 1%

7    below the compliance threshold.  A review of this Performance Measure's non-compliance

8    identified the primary reason for noncompliance was documentation mistakes with STAT

9    medication orders.  After receiving this noncompliant score in September, on October 21,

10   2020, the DON sent an educational email to all nursing staff reiterating the importance of

11   properly documenting STAT orders.   Specifically, that medication orders must be

12   documented in the encounter and that the administration of the medication must also be

13   documented in the MAR.   The DON also advised that medications are not to be

14   administered until the order has been entered into eOMIS.   Finally, the educational

15   correspondence advised that patients with STAT orders are not to leave the health unit until

16   the medication is administered and documented in the MAR.   Additionally, beginning

17   October 29, 2020, the DONs began face-to-face education of all yard ADONs.  Once the

18   ADONs received their education, they provided face-to-face education to their staff.  The

19   DON continues to monitor and educate whenever non-compliance is identified.

20        21.    This corrective action was successful, as evidenced by ASPC-Yuma's

21   compliance with PM 11 in October, November, and December 2020.  ASPC-Yuma's

22   noncompliance in September 2020 was an anomaly and is not representative of the facility's

23   sustained compliance with PM 11 or the quality of care provided to ADCRR inmates.  To

24   illustrate, during September 2020 (the only month of noncompliance in a 24-month period),

25   1,258 new medications were prescribed to inmates at ASPC-Yuma. Of those, only 121 were

26   administered outside PM 11's two-business-day timeframe. This represents a compliance

27   rate of 90%.

28

**PM 13**:   Chronic care and psychotropic medication renewals will be completed in a manner such that there is no interruption or lapse in medication.

**ASPC-Eyman:  (Sep. 60%; Oct. 76%)**

22.    PM 13 at Eyman has been compliant for 22 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.   It has also maintained compliance since November 2020.  Defendants moved to terminate PM 13 at ASPC-Eyman on December 23, 2020.  That motion is currently pending before the Court. (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

**ASPC-Florence:  (Sep. 81%; Oct. 74%)**

23.    PM 13 at Florence has been compliant for 21 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.   It has also maintained compliance since November 2020.   Defendants moved to terminate PM 13 at ASPC-Florence on December 23, 2020.  That motion is currently pending before the Court. (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

**ASPC-Lewis:  (Sep. 75%; Oct. 70%; Nov. 83%)**

24.    PM 13 at Lewis has been compliant for 21 of the last 24 months.  Defendants moved to terminate PM 13 at ASPC-Lewis on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

**ASPC-Yuma:  (Sep. 76%, Oct. 70%)**

25.    PM 13 at Yuma has been compliant for 22 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.   It has also maintained compliance since November 2020.   Defendants moved to terminate PM 13 at ASPC-Yuma on December 23, 2020.  That motion is currently pending before the Court. (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

26.     Prior to September 2020, ASPC-Eyman, ASPC-Florence, ASPC-Lewis, and ASPC-Yuma had largely maintained compliance with PM 13 for over three years. Indeed, in the previous 20 months, there was only one instance of noncompliance at these facilities—January 2019 at ASPC-Florence (83%).

27.     Similar to the sample size for PM 11, only 10 charts from each unit are monitored to determine compliance with PM 13. The audits for the two noncompliant months at ASPC-Eyman, ASPC-Florence, and ASPC-Yuma contained 50 charts. The audits for the three noncompliant months at ASPC-Lewis contained 80 charts. As detailed under PM 11, due to the high volume of monthly medication renewals, an audit of 50 (or even 80) charts is insignificant to create a meaningful statistical value.

| PM 13 Med Renewal | Eyman | Florence | Lewis | Yuma |
|---|---|---|---|---|
| Sep-20 | 2178 | 1229 | 1484 | 1345 |
| Oct-20 | 2150 | 1086 | 1642 | 1502 |
| Nov-20 | 2064 | 1249 | 1713 | 1441 |

28.     COVID-19 has affected every aspect of providers' daily operations and responsibilities. Throughout the day, the renewal of medications is completed simultaneous with various other tasks such as completing scheduled appointments, labs, x-rays, consult reviews, and writing new orders. Add to this, at just these four facilities, providers had to review the results of 3,947 COVID-19 tests and take immediate action in response to positive results, including, but not limited to, increased rounding on the patient to monitor signs and symptoms and ordering testing of others that may have been exposed. The below chart illustrates how COVID-19 added to staff's already full plates.

| Total COVID Tests Completed by Facility | | | | |
|---|---|---|---|---|
| | Eyman | Florence | Lewis | Yuma |
| Sep-20 | 286 | 289 | 158 | 284 |
| Oct-20 | 327 | 186 | 217 | 171 |
| Nov-20 | 278 | 557 | 242 | 952 |

29.     To assist with maintaining compliance with PM 13, on November 3, 2020, all Centurion Regional leaders, Centurion facility leaders, and site leadership met with the Regional Pharmacist to develop a report containing all pharmacy medications that are due to expire.  This report is generated twice a month and is utilized by the SMD to identify and ensure that medications are renewed one week prior to their expiration.  On this same date, during the weekly Tuesday CGAR conference call (where issues such as the renewal of medications are discussed) the SMDs were educated on the contents of the report and how to utilize it.  Additionally, during this call, they were advised that, when completing Chronic Care appointments, they need to verify that: (1) the patient is on the correct medication(s) for their condition; and (2) the order is active and not expiring prior to their next visit.  Finally, SMDs were instructed that, if a medication, such as pain medication or breathing treatments, is to be taken "as needed," the order needs to reflect as such.  Centurion has been, and will continue, to closely monitor this PM to keep it in compliance.

---

**PM 35**:  All inmate medications (KOP and DOT) will be transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption.

### **ASPC-Eyman**:  (Dec. 83%)

30.     With the exception of December 2020, PM 35 at Eyman has been noncompliant since February 2020.  To determine compliance with PM 35 at Eyman in December 2020, 36 charts were reviewed.  Six were found noncompliant, for a score of 83%—just 2% below the compliance threshold.  Of the six noncompliant findings, four were from one unit—Browning—and were the result of staff callouts during the COVID-19 pandemic.  Due to callouts throughout the facility in December 2020, available nursing staff from the Browning Unit (and others) were utilized to fill nursing vacancies throughout ASPC-Eyman.   Unfortunately, these necessary staffing adjustments resulted in a noncompliant finding for PM 35 at ASPC-Eyman this month.  Since this noncompliant finding, Centurion has cross-trained nursing staff on PM 35, and other Performance

Measures, to allow available nursing staff to pivot and adapt to other tasks in the event of future staffing vacancies.

**ASPC-Florence:  (May 75%; Jul. 83%)**

31.   PM 35 at Florence has been compliant for 22 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.  It has also maintained compliance since August 2020.  Defendants moved to terminate PM 35 at ASPC-Florence on December 23, 2020.  That motion is currently pending before the Court. (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

32.   Significantly, prior to the COVID-19 pandemic, ASPC-Florence has been compliant with PM 35 since February 2018.  During the height of the COVID-19 pandemic (in May and July 2020), however, ASPC-Florence fell out of compliance.   Both noncompliant months were the result of staffing vacancies caused by COVID-19.  First, nursing staff were assigned to different areas of the complex and positions during the pandemic to adjust for call offs.  To adjust to COVID-19 needs in other areas of the facility, from May 20 through July 16, 2020, ASPC-Florence's intake RN (who primarily handles the tasks which determine compliance with this PM) was temporarily moved to aid in the COVID-19 units.  As such, other RNs were tasked with covering for the intake RN.  The learning curve associated with getting these RNs up to speed on the processes and documentation required to achieve compliance with PM 35 resulted in noncompliant findings in May and July 2020.  Additionally, in July 2020, the intake RN was exposed to COVID-19 and had to quarantine.  As with ASPC-Eyman, to prevent future noncompliant findings due to inexperienced substitution staff, Centurion cross-trained staff at ASPC-Florence.  Since this time, ASPC-Florence has not had any noncompliant months.

**ASPC-Tucson:  (Aug. 75%; Dec. 82%)**

33.   PM 35 at Tucson has been compliant for 20 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.

34.    Prior to the COVID-19 pandemic, ASPC-Tucson had maintained compliance with PM 35 since October 2019.  Due to reasons associated with COVID-19, the facility fell out of compliance in August and December 2020.  Nursing staff were assigned to different areas of the complex and positions during the pandemic to adjust for call offs as well as operational changes and mass testing for COVID-19.

35.    Additionally, in August 2020, with just 18 hours' notice, ASPC-Tucson became one of ADCRR's intake facilities.  To accommodate new inmates, minors were moved to ASPC-Lewis, and the 194-bed unit and intake building that previously housed them was transitioned to an intake unit.  In addition to the Tucson facility adjusting to these operational changes, during this time, nursing staff were in the process of completing COVID-19 testing for the entire population.  To illustrate the burden this mass testing imposed, the average daily population at ASPC-Tucson in August 2020 was over 5,000.  During this time, both nurses and providers had to increase their rounds to obtain vital signs for over 700 positive COVID-19 inmates.  Nurses worked valiantly and tirelessly in collaboration with ADCRR to compartmentalize each unit as positives results were received.  The common goal was prevention, containment, and excellent patient care.  The additional work and effort required by the above, however, took away from their regularly scheduled duties and responsibilities, resulting in noncompliance.

36.    In December 2020, 27 nursing staff called out for reasons associated with COVID-19.  This included the entire IC department that oversees the delivery and distribution of medications, which greatly impacted the ability to comply with PM 35.  Centurion adjusted by deploying ICs from ASPC-Florence to ASPC-Tucson to aid during this crisis.  Despite these unexpected vacancies, and because of Centurion's fast acting solutions and cross-training of nursing staff, ASPC-Tucson missed compliance by only 3% in December 2020.

**PM 37:**   Sick call inmates will be seen by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need).

**ASPC-Tucson:  (Sep. 82%; Nov. 77%; Dec. 61%)**

37.     PM 37 at Tucson was compliant in March, April, May, June, July, August, and October 2020.  Due to various COVID-19 issues beyond Centurion's control, the facility slipped into noncompliance in September, November, and December 2020.  As an initial matter, as discussed under PM 11 above, a maximum of 80 Health Needs Requests ("HNRs" are reviewed to determine compliance with this PM.  This small sample size, at a facility with an average population of 5,000, is not statistically sound.

38.     In March 2020, ADCRR waived the $4.00 medical sick call co-pay, which led to an increase in submission of HNR.   This sudden and unexpected increase required the time and effort of Centurion staff members in addition to their already full schedules. The graph below illustrates the increase in HNRs submitted during the pandemic by comparing the number of HNRs submitted from March through December 2019 with those submitted during these same months in 2020.



1    Significantly, Centurion responded to 13% more HNRs in March - December 2020 than it

2    did during the same time period in 2019.  The greatest difference was June 2020, which had

3    25% more HNRs than June 2019.

4          39.     As COVID-19 testing increased, so did positive cases.  This resulted in an

5    influx of nursing staff callouts due to quarantine requirements after exposure, their own

6    illnesses, or illnesses of family members to whom they needed to attend.  Staff resignations

7    also increased in late 2020 due to fear of exposure in a correctional setting and because

8    hospitals were able to offer exceptionally high wages due to the pandemic.  Additionally, it

9    was difficult to compete with facilities that received government subsidies (that were

10   unavailable in correctional healthcare) which were used to entice healthcare workers by

11   offering higher wages and bonuses.  Add to this, and due to these same factors, despite

12   Centurion's robust recruitment efforts, bonus structure, and competitive pay, there was a

13   notable decrease in applicants during the pandemic.  What is more, during the noncompliant

14   months, there was an increase in positive COVID-19 cases at ASPC-Florence.  Healthcare

15   staff had to triage and prioritize medical care, giving priority to COVID-19 patients, as most

16   (if not all) healthcare facilities across the country needed to do.

17         40.     To adjust to these unforeseen circumstances, and due to mass testing needs

18   and the above-referenced operational changes, Centurion assigned nursing staff to different

19   areas of the complex.  Additional detail as to the increased workloads during this time is

20   discussed under PM 37 for Yuma below.

21         **ASPC-Winslow:  (Aug. 83%)**

22         41.     To determine compliance with PM 37 in August 2020, 30 charts were

23   reviewed and five were found noncompliant, resulting in a score of 83%—just 2% short of

24   the compliance threshold.  The cause of noncompliance was due to how dental HNRs were

25   processed.  The process was changed so that dental HNRs that reference pain are addressed

26   the same day.  The process change was successful as evidenced by the fact ASPC-Winslow

27   has maintained compliance since September 2020.    ASPC-Winslow's noncompliance in

28

August 2020 was an anomaly and is not representative of the facility's sustained compliance with PM 37 or the quality of care provided to ADCRR inmates.

**ASPC-Yuma: (Apr. 84%; May 80%; Jun. 74%; Dec. 80%)**

42.    The facility's noncompliance was the direct result of the pandemic.  In July 2020, Yuma County was reporting 64.8 new daily COVID-19 cases per 100,000 people, making it the highest risk area in Arizona for the spread of the virus.  *See* Attachment 1 (Yuma County Ranked as No. 1 Coronavirus Hotspot in Arizona, *The Center Square* (July 18, 2020)).  During this time, the media referred to Yuma as a "winter hothouse for COVID-19" due to its identification of COVID-19 cases "at a higher rate than any other U.S. region."  *See* Attachment 2 (Yuma County, Arizona, Becomes Fertile Ground for Covid-19, *New York Times*, article by Miriam Jordan (January 22, 2021).  According to the New York Times, one out of every six residents came down with the virus, making it "a dire situation."  *Id*.  As detailed in the article, Yuma has only one hospital, which was forced to airlift patients to other cities as it was "understaffed and overwhelmed with cases."  *Id*.

43.    Not surprisingly, the pandemic also caused Centurion staff to be absent— often very suddenly—due to infection, mandatory quarantine, or to provide emergency assistance to sick family members.  ASPC-Yuma had its first outbreak (over 60 cases) in May 2020 on the Cibola Unit.  A week later, in June 2020, a second outbreak (over 35 cases) occurred on the Cheyenne Unit.  In November 2020, a third waive hit with 65 cases in November and over 1,300 in December 2020.  Each time, medical and security staff were mobilized and began compartmentalizing patients to decrease the risk of widespread infection.  Nursing staff were deployed to initiate testing of all inmates with possible exposure.  Provider and nursing lines were also established to assist in identifying patients with COVID-19 signs or symptoms.  In addition, these same staff members were responsible for complying with enhanced sanitation procedures within the medical units.

44.    The facility triaged and prioritized medical care during this time, providing highest priority to COVID-19 patients.  Positive patients received a complete set of vitals every shift and were seen by a medical provider Monday, Wednesday, and Friday.

Symptomatic patients received a complete set of vitals every shift and were seen by a medical provider Monday through Friday. All negative patients with known exposure received oxygen saturation and temperature checks Monday, Wednesday, and Friday. As a result of nursing staff being pulled to assist in COVID-19 units, and the Yuma-specific hurdles identified above, nursing staff were unable to achieve compliance with PM 37 in April, May, June, and December 2020.

45. In March 2020, to create additional ease in access to healthcare, ADCRR rightfully and understandably suspended the co-pay requirement for HNRs. But with no co-pay, the number of HNRs increased. Prior to the pandemic, an average of over 2,377 HNRs were submitted each month. This number has significantly increased during the COVID-19 pandemic—averaging 3,235 a month. ASPC-Yuma has gone above and beyond repeatedly to provide high quality care during the COVID-19 pandemic, which disrupted healthcare in every healthcare institution.

46. Finally, the recruitment of medical staff to hospitals that were able to pay more with government subsidies not afforded to prison healthcare hampered Centurion's recruitment efforts during this time.

**PM 39:** Routine provider referrals will be addressed by a Medical Provider and referrals requiring a scheduled provider appointment will be seen within fourteen calendar days of the referral.

**ASPC-Eyman: (May 85%)**

47. PM 39 at ASPC-Eyman was compliant in March, April, June, July, August, September, October, November, and December 2020 and has maintained compliance since June 2020.

48. ASPC-Eyman fell below compliance only once in 2020, during the month of May. Upon receipt of the noncompliant score, Centurion investigated the cause. The investigation revealed that inmates were being referred to providers from HNRs instead of from the nurse sick call line. Because the report generated from the nurse sick call line is utilized to schedule provider appointments, the HNR referrals were not being captured. As

a result, some inmates were scheduled outside the timeframes required by PM 39. The facility quickly rectified this issue. First, the DON directed nursing staff to see all inmates on the nurse line prior to making the provider referrals. Second, the SMD directed providers to notify him prior to removing inmates from the provider line. Third, if a patient is rescheduled due to an ICS ("Incident Command System") or other security issue, an Incident Report ("IR") is now generated and sent to site leadership so that his/her follow-up appointment can be tracked and followed up upon. In this situation, a note is also placed in the patient's medical record.

49.     Additionally, noncompliance was due to an increase in HNRs. In March 2020, to create additional ease in access to healthcare, ADCRR rightfully and understandably suspended the co-pay requirement for HNRs. But with no co-pay, the number of HNRs increased. Prior to the pandemic, in May 2019, 3,720 HNRs were submitted at ASPC-Eyman, compared with the 4,655 submitted in May 2020 during the pandemic, as patients had increased concerns.

**ASPC-Lewis:  (Jul. 83%)**

50.     The pandemic was the cause of ASPC-Lewis's noncompliance in July 2020. During this month, the facility had eight positive COVID-19 patients. This slowed the provider line as the facility shifted providers to high-need areas and scheduled based upon priority needs of the patients. During this time, providers were also focused on compartmentalization and quarantine to slow the spread. As detailed above, without a co-pay requirement, the number of HNRs increased. Prior to the pandemic, in July 2019, 3,904 HNRs were submitted compared with the 4,275 submitted in July 2020 during the pandemic. This necessary shifting to accommodate patient needs during the pandemic, and increased HNRs, resulted in ASPC-Lewis missing compliance by 2% in July 2020. In addition, the facility was down two full-time providers this month, which impacted the ability to schedule and reschedule patients within the timeframes required by PM 39. The facility quickly adjusted, and the measure has remained compliant ever since.

**ASPC-Yuma:  (Jun. 84%; Jul. 84%)**

51.     ASPC-Yuma's noncompliance in June and July 2020 was the result of three medical providers being out with COVID-19 and the fact the facility had 45 COVID-19 positive patients during this time.  This slowed the provider line as the facility shifted providers to high-need areas and scheduled based upon priority needs of the patients. During this time, providers were also focused on compartmentalization and quarantine to slow the spread.  As detailed above, without a co-pay requirement, the number of HNRs increased.  Prior to the pandemic, in June and July 2019, 4,786 HNRs were submitted compared with the 7,042 submitted in June and July 2020.  This necessary shifting to accommodate patient needs during the pandemic, coupled with the increase in HNR submissions, resulted in ASPC-Yuma missing compliance by 1% in June and July 2020. Since this time, ASPC-Yuma prioritized routine referrals by medical necessity and completed all outstanding appointments.  This is evidenced by ASPC-Yuma's continued compliance in August through December 2020.

**PM 40:**  Urgent provider referrals are seen by a Medical Provider within 24 hours of the referral.

**ASPC-Eyman:  (Jul. 68%)**

52.     With the exception of July 2020, ASPC-Eyman has maintained compliance with PM 40 since February 2020.

53.     Upon receipt of the July 2020 noncompliant score, Centurion investigated the cause.  An internal audit revealed that while providers were seeing patients within 24 hours, they were documenting the encounter in the medical record outside the 24-hour timeframe. In several other instances, nursing encounters had provider interventions (verbal orders); however, they were not seen by the provider within 24 hours.  Once these process and documentation issues were identified, they were quickly rectified.  On September 14, 2020, the AFHA educated the Certified Nursing Assistants ("CNAs") (who schedule the patients and the providers) that both the encounter *and* documentation of the encounter into the

patient's medical record must occur with 24 hours.  Additionally, beginning September 14, 2020, each day (including weekends), an assigned staff member (usually the HDF) generates a report that notifies all schedulers, site leadership (FHA, AFHA, SMD, DON) and providers of all outstanding urgent referrals.  These improved processes and monitoring, coupled with the education discussed above, has been successful, as evidenced by the fact ASPC-Eyman has maintained compliance since their implementation.

**ASPC-Tucson:**  (**Mar. 64%; May 80%; Jun. 67%; Jul. 83%; Dec. 67%**)

54.    PM 40 at ASPC-Tucson was compliant in April, August, October, and November 2020.  In September 2020, it was neither compliant nor noncompliant as there were an insufficient number of files available to complete that month's review.  The facility therefore scored a "N/A."

55.    Over the last year, ASPC-Tucson has implemented several changes to increase compliance with PM 40.  First, to increase communication and allow for rapid follow-up, beginning April 17, 2020, each day the HDF compiles a report of all urgent referrals, even those stemming from ICS Responses, and alerts site leadership via email.  If a provider is unavailable to see a patient, the SMD will see the patient himself before the day ends.  Second, the DON educated the CNAs (who schedule the patients and providers) that both the encounter *and* documentation of the encounter into the patient's medical record must occur with 24 hours.

56.    Third, the DON provided education to nursing staff that included examples of what constitutes an urgent referral.  Centurion also conducts ongoing internal audits (each business day) which continue to improve compliance.

57.    Finally, the sample selection for this audit is relatively small and compliance with this PM is not necessarily indicative of whether a patient received medical treatment in accordance with the standard of care.  For example, the July 2020 audit for PM 40 consisted of six charts.  One was noncompliant, resulting in a score of 83%.  The one noncompliant file contained verbal orders for an x-ray.  The provider reviewed the x-ray 24 hours and 22 minutes after the referral and saw the patient 30 minutes after the x-ray was

reviewed.  As such, the patient was seen 25 hours from the time of the referral, falling one hour outside the 24-hour requirement.  Nevertheless, the remedial measures discussed above are intended to achieve sustained compliance with PM 40 in future months.

**PM 42:**     A follow-up sick call encounter will occur within the time frame specified by the Medical or Mental Health Provider.

**ASPC-Eyman: (Aug. 84%; Sep. 82%; Dec. 82%)**

58.     ASPC-Eyman maintained compliance with PM 42 from February through July 2020. Due to COVID-19, the facility experienced a slight dip in compliance in August (84%), September (82%), and December 2020 (82%).  The increase in COVID-19 cases during these months, required the facility to prioritize the urgent needs of these patients. During this time, providers were also focused on compartmentalization and quarantine to slow the spread.   To accomplish this, movement was restricted, causing follow-up appointments monitored under this measure to be rescheduled and triaged according to need.  To illustrate, in August 2020, ASPC-Eyman had 159 COVID-19 positive patients. Each of these patients was quarantined and received enhanced medical monitoring for 14 days, resulting in many quarantine periods extending into the month of September.  Once cases began to decrease to single and double digits, the facility's compliance began to increase,  as evidenced by the facility's compliance in October and November 2020. Unfortunately, compliance fell to 82% in December when the facility experienced **875** new COVID-19 cases.  ASPC-Eyman has since adjusted providers to meet the medical needs of these patients, resulting in a score of 96% in January 2021.

**PM 44:**     Inmates returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital shall have the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours.

59.     The following facilities and months received noncompliant scores for PM 44: ASPC-Eyman  (March–December);  ASPC-Florence  (March–September,  November–

1   December); ASPC-Lewis (April–July, September–December); and ASPC-Winslow (June,

2   August–November).

3         60.    In most cases, the noncompliance was the result of the Court's February 12,

4   2020 Order (Dkt. 3495) which significantly altered the methodology for determining

5   compliance with PM 44.   First, under the new methodology, if a receiving provider, who

6   takes clinical ownership of the patient, disagrees or seeks additional information prior to

7   initiating an order, the file is noncompliant unless the non-provider monitor determines the

8   documented reason is sufficient.  Dr. Stern's Report voices this same concern:

> Another overlying problem is that auditing this PM requires clinical judgment, often at the level of a provider; however, the PM is audited by nurses. I found instances in which the monitor found a case Noncompliant when it should have been found Compliant, e.g. (a) a facility provider acted upon a hospital recommendation in a manner that was effectively consistent with the recommendation, but not exactly what had been recommended.
>
> Documentation should not be limited to a specific statement by the facility provider explaining why a recommended treatment was rejected, but rather should include documentation in the patient's medical record which the facility provider was likely aware of and which render the reason for rejection obvious. For example, if the hospital physician recommends starting the patient on penicillin, the patient's ADC medical record clearly shows a serious penicillin allergy, and the facility physician orders the patient started on a different, but equally effective, antibiotic, the monitor should show that case Compliant with PM 44 as modified by the Court.

(Dkt. 3379 at 38, 40.)

      61.    It appears the metric changed because the monitor did not have appropriate medical credentials to determine if the provider's actions were sufficient based on recommendation. The recommendations can be reviewed within 24 hours, and acted upon, to include all doses of medication provided, consult scheduled or completed within the recommended timeframe. However, any deviations from recommendations are subject to the RN monitors' interpretation and can be deemed noncompliant. Thus, this PM became an "all or nothing" measure, as the chart can only be 0% or 100% compliant.

22

62. Second, if the inmate returns with a prescription, the new methodology requires all doses to be administered for the file to be compliant.  For example, if an inmate returned from a hospital stay with a medication prescription for 30 days (twice a day), under the previous methodology, the file was marked compliant if the provider reviewed the recommendation and prescribed the inmate the medication within 24 hours. The Court's February 12, 2020 Order added an additional inquiry: did the patient receive the prescribed treatment?  In the above example, to be compliant, the inmate must receive the medication each day, twice a day, for thirty days. If one morning or evening dose is missed (even one dose 59/60), the file is noncompliant.  Thus, what was once a 24-hour inquiry (was the prescription received) became a 30-day inquiry (was the prescription provided each day). Third, the Court's Order added the requirement that consults initiated from the discharge recommendation be scheduled *and* occur within the recommended time.  Hospitals can recommend patients see a specialist within months, weeks, or days of discharge.  Even without the added hurdles caused by the COVID-19 pandemic, it is often impossible to get into a specialist in days or even weeks.  Once again, the recommendations can be reviewed and acted upon within 24 hours, all doses of medication can be provided, and the inmate can be scheduled with a specialist, but if the specialist appointment does not occur (something that is beyond Centurion's control) within the recommended time, the file is noncompliant.  As a result of these changes, PM 44 became an "all or nothing" measure which measures items covered by other PMs, such as medication and specialty-consult compliance.  This drastic change, implemented over five years after the Stipulation's inception, caused compliance with this PM to slip.  Centurion completed a review of all deficient facilities and months and determined that, in most cases, the measure would have passed under the previous methodology.   The November 2020 audit at ASPC-Lewis is a good example.  That audit contained 21 charts with 16 compliant resulting in a score of 76%.  In one instance, the patient missed one dose of medication and in the other the consult was not scheduled at the time of the audit. If both cases had been marked compliant, the score would have been 86%.

63.     Indeed, prior to this change, ASPC-Eyman had achieved compliance five of the six prior months.  Similarly, ASPC-Florence and ASPC-Lewis had been compliant for nine of the ten prior months.  Even better, ASPC-Winslow achieved compliance in ten of the previous 12 months, scoring 100% nine of the months.

64.     Moreover, given the small sample size for this PM, one noncompliant file can result in a noncompliant score for the month.  For example, the October 2020 audit at ASPC-Winslow was 5/6 = 83%.  One noncompliant file caused the noncompliance.

65.     Centurion took numerous actions to improve compliance with PM 44.  First, as discussed in my first declaration, via email, and at the weekly CGAR meeting, the I alerted all staff of the Court's new monitoring requirements.  A HDF continues to track this measure daily. The facilitator ensures that discharge recommendations are available for the providers' review and notifies providers of emergency room and hospital stay returns. The SMD takes an active role in reviewing returns and ensuring providers are acting upon all recommendations, documenting any deviations, and entering any consults deemed medically appropriate.  The ADONs are assigned to track all medications from emergency room and hospital returns to ensure the entire treatment is completed.

66.     Finally, these facilities saw a spike in positive COVID-19 cases during several of these months.  Each time a patient tests positive, medical and security staff are mobilized and begin compartmentalization of patients to decrease the risk of widespread infection.   Nursing staff are deployed to initiate testing of all inmates with possible exposure.  Provider and nursing lines are also established to assist in identifying patients with COVID-19 signs or symptoms.   In addition, these same staff members are responsible for complying with enhanced sanitation procedures within the medical units.

67.     The facilities triage and prioritize medical care during this time, providing highest priority to COVID-19 patients.  Positive patients received a complete set of vitals every shift and were seen by a medical provider Monday, Wednesday, and Friday. Symptomatic patients received a complete set of vitals every shift and were seen by a medical provider Monday through Friday. All negative patients with known exposure

1   received oxygen saturation and temperature checks Monday, Wednesday, and Friday.

2   COVID-19 has an effect on every aspect of providers' daily operations and responsibilities.

3   Throughout the day, the renewal of medications is completed simultaneous with various

4   other tasks such as completing scheduled appointments, labs, x-rays, consult reviews, and

5   writing new orders. Add to this, at just these four facilities, providers had to review the

6   results of 10,077 COVID-19 tests and take immediate action in response to positive results,

7   including, but not limited to, increased rounding on the patients to monitor signs and

8   symptoms and ordering testing of others that may have been exposed.  The facilities had to

9   prioritize medical care during the COVID-19 pandemic, as virtually all healthcare entities

10  were required to do.  The below chart illustrates how COVID-19 added to staff's already

11  full plate:

| Total Positive COVID Cases by Facility | | | | |
|---|---|---|---|---|
| | Eyman | Florence | Lewis | Winslow |
| Mar-20 | 0 | 0 | 0 | 0 |
| Apr-20 | 5 | 34 | 0 | 0 |
| May-20 | 0 | 34 | 0 | 0 |
| Jun-20 | 3 | 9 | 123 | 0 |
| Jul-20 | 57 | 17 | 8 | 4 |
| Aug-20 | 159 | 4 | 38 | 6 |
| Sep-20 | 8 | 1 | 7 | 0 |
| Oct-20 | 5 | 5 | 7 | 1 |
| Nov-20 | 11 | 172 | 12 | 70 |
| Dec-20 | 874 | 60 | 487 | 69 |
| Facility Total | 1122 | 336 | 682 | 150 |

| Total COVID Tests Completed by Facility | | | | |
|---|---|---|---|---|
| | Eyman | Florence | Lewis | Winslow |
| Mar-20 | 0 | 0 | 0 | 0 |
| Apr-20 | 15 | 85 | 1 | 0 |
| May-20 | 33 | 82 | 50 | 0 |
| Jun-20 | 100 | 273 | 1037 | 41 |
| Jul-20 | 234 | 396 | 46 | 69 |
| Aug-20 | 441 | 921 | 108 | 266 |
| Sep-20 | 286 | 289 | 158 | 72 |
| Oct-20 | 327 | 186 | 217 | 69 |
| Nov-20 | 278 | 557 | 242 | 378 |
| Dec-20 | 1403 | 273 | 914 | 230 |
| Facility Total | 3117 | 3062 | 2773 | 1125 |

**PM 45:**   On-site diagnostic services will be provided the same day if ordered STAT or urgent, or within 14 calendar days if routine.

**ASPC-Tucson: (Jun. 84%)**

68.     With the exception of June 2020, which ASPC-Tucson missed by only 1%, the facility has maintained compliance with PM 45 since September 2019.  But for its noncompliance in July and August 2019, it would be eligible for termination.

69.     The facility's noncompliance in June 2020 was primarily due to the lead lab technician testing positive for COVID-19 and being out for more than half the month. While the facility hired a second lab technician, this individual was a new hire that was still learning the facility and position.  Additionally, due to the pandemic, several units did not have enough nursing staff to assist (as they typically do) with completing labs within the requisite timeframe.   The issue was resolved as evidenced by the facility reaching compliance every month since September 2020.  To sustain compliance, during this month, the HDF sent out daily reports to apprise leadership (FHA, AFHA, DON, SMD) of what labs needed to be completed to achieve compliance.  Unfortunately, due to the various issues described above, some routine orders were not provided within the 14-day timeframe, resulting in ASPC-Tucson missing compliance by 1%.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PM 46:**   A Medical Provider will review the diagnostic report, including pathology reports, and act upon reports with abnormal values within five calendar days of receiving the report at the prison.

**ASPC-Eyman: (Dec. 80%)**

70.     ASPC-Eyman's noncompliance in December 2020 was the result of the facility experiencing an unprecedented number of positive COVID-19 patients.   This month, ASPC-Eyman tackled its highest volume of COVID-19 cases, with over 870 positive patients.   Vulnerable COVID-19 patients took priority as providers tirelessly rounded on symptomatic and asymptomatic patients.   These temporary changes were necessary, as they were in the best interest of ADCRR patients, staff, and their surrounding communities.   Additionally, due to COVID-19, the number of lab reviews increased significantly in December 2020.   To illustrate, in December 2019, the facility had 1,346 labs to review.   During the pandemic, a year later, that number nearly doubled with 2,400 labs requiring review in December 2020.   As COVID-19 cases decreased, the facility was able to regain compliance in January 2021 at 90%.

**ASPC-Yuma: (Aug. 80%)**

71.     ASPC-Yuma's noncompliance was caused by COVID-19.   From August 11 through September 1, 2020, in conjunction with ADCRR and Sonora Quest, ASPC-Yuma conducted mass testing of all patients not previously tested in the last 90 days. Prior to the start of mass testing, the facility was compartmentalized (movements restricted beginning on 8/18/20) and the facility remained compartmentalized until all results were received on the 21st.   This mass testing blitz was necessary to identify positive patients and quarantine them to slow the spread throughout the facility. As such, the facility pivoted care to focus on this important task.   To illustrate how colossal this feat was, in just a 48-hour period (August 18-19), 4,453 tests were administered.   In addition to administering tests, during this time, Centurion staff were collecting refusals and supplying patients who refused with educational packets.   The SMD was also responsible for ensuring that all patients received

their results.  As soon as mass testing was completed, this measure returned to compliance, where it has since remained.

---

**PM 47:**   A Medical Provider will communicate the results of the diagnostic study to the inmate upon request and within seven calendar days of the date of the request.

**ASPC-Eyman: (Sep. 70%; Oct. 83%; Dec. 83%)**

72.    Due to COVID-19, ASPC-Eyman was noncompliant with PM 47 in September (70%), October (83%), and December (83%) 2020, as detailed below. Importantly, the majority of noncompliant findings in these months were due to documentation errors (communique not scanned in or scanned in the wrong location of the record) and not because the inmate did not receive the results within seven days of the request.  These documentation errors were the result of providers and nurses having to attend to COVID-19 positive patients.

73.    In August 2020, ASPC-Eyman had 159 patients test positive for COVID-19, each of whom were quarantined and medically monitored for 14 days, resulting in many quarantine periods extending into the month of September.  Once cases began to decrease to single and double digits, the facility's compliance began to increase, as evidenced by the facility's compliance in November 2020.  Unfortunately, compliance fell to 83% in December—just 2% below the compliance threshold—when the facility experienced **875** new COVID-19 cases.

74.    During these months, the facility triaged and prioritized medical care, providing highest priority to COVID-19 patients.  Providers and nurses were also focused on compartmentalization and quarantine to slow the spread.  To accomplish this, movement was restricted.  Because compliance with this PM is dependent upon nurses' ability to physically deliver results to the inmate population, movement restrictions made it difficult to provide communications to certain inmates.  As such, communications were triaged and prioritized depending upon medical need.

75.     As discussed above, without a  copay requirement, the number of HNRs increased.  Prior to the pandemic, 10,734 HNRs were submitted in September, October, and December 2019.  In September, October, and December 2020, during the pandemic, 12,931 HNRs were submitted. This necessary shifting to accommodate patient needs during the pandemic and increased HNRs resulted in ASPC-Eyman missing compliance in these three months in 2020.

76.     To increase compliance going forward, beginning November 19, 2020, the HDF now tracks all requests for diagnostic studies and verifies each HNR is scanned into eOMIS.  Monday through Friday, the HDF then brings all discrepancies to the attention of both the FHA and Medical Records Supervisor, so that corrections can be made immediately.

**ASPC-Florence: (Mar. 82%; Aug. 70%)**

77.     PM 47 at ASPC-Florence has been compliant for 22 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.  It has also maintained compliance since September 2020.  Defendants moved to terminate PM 47 at ASPC-Florence on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

78.     Beginning in March 2020, the HDF began to track all requests for diagnostic studies and verify all HNRs are scanned into eOMIS.  Each month, the HDF brings all discrepancies to the attention of both the FHA and Medical Records Supervisor Monday through Friday, so that corrections can be made immediately.  While ASPC-Florence missed the compliance threshold in March by 3%, this process has proven effective as the facility remained complaint (except for August 2020) through 2020.

79.     To determine compliance with PM 47 in March 2020, 28 charts were audited.  Five were noncompliant for a score of 82%.  Three of the five noncompliant charts were the result of documentation errors.  While results were communicated to these patients within the seven-day timeframe, they were marked noncompliant because the HNR was not

scanned in the medical record on the date of the audit.  In the remaining two noncompliant charts, the patient received the communication, but it was outside of the seven-day period.  Thus, this noncompliant finding is not indicative of the quality of healthcare provided to these five patients.  Had the documentation-error files been counted compliant, ASPC-Florence would have scored a 93% in March 2020.

80.     To determine compliance with PM 47 in August 2020, 33 charts were audited.  Ten were noncompliant, for a score of 70%.  Similar to the March 2020 audit, of the ten noncompliant files, six were found noncompliant due to HNRs missing from the electronic medical record.  In each of these six cases, the results were communicated to the inmates within the seven-day timeframe.  Thus, this noncompliant finding is not indicative of the quality of healthcare provided to these six patients.  Had these files been counted compliant, ASPC-Florence would have scored an 88% in August 2020.   ASPC-Florence's noncompliance in August 2020 is also attributable to COVID-19 as the facility began mass testing this month, completing testing on approximately 3,900 inmates, which required medical staff to perform additional duties to prevent the spread of the virus.

**ASPC-Lewis: (Sep. 78%)**

81.     Until September 2020, ASPC-Lewis had sustained compliance with PM 47 since September 2019.  To determine compliance with PM 47 in September 2020, 50 charts were audited.  Eleven were noncompliant, for a score of 78%.  Of the 11 noncompliant charts, nine requested the results of COVID-19 mass testing, which was completed the first week of September.   Because other entities conducted the mass testing (ADCRR, Department of Health Services, Sonora Quest), Centurion did not receive the results until October and therefore did not have them when these nine patients requested them.  In the remaining two noncompliant files, the results were communicated to the patient within seven days, but the file was marked noncompliant because either the HNR or communique was not scanned into the electronic medical record at the time of the audit or was in the wrong area of the record.   Since this noncompliant finding, ASPC-Lewis maintained compliance for the remainder of 2020.

1

**ASPC-Phoenix**: **(Apr. 75%; May 80%)**

2    82.    PM 47 at ASPC-Phoenix has only been noncompliant five of the last 24

3    months.  As such, it does not meet the definition of substantial noncompliance.  In April

4    2019 and January 2020, it was neither compliant nor noncompliant as there were an

5    insufficient number of files available to complete that month's review.   The facility

6    therefore received an "N/A" for these months.

7    83.    In April, eight patients requested diagnostic results.  Two were noncompliant,

8    for a score of 75%.  One chart was noncompliant due to the nurse not clarifying the type of

9    results the patient was expecting to receive.  The other was noncompliant due to the HNR

10   not being scanned into the chart at the time of the audit. In May, five patients requested

11   diagnostic results.  One chart was noncompliant, for a score of 80%. The noncompliant

12   chart was due to the HNR not being scanned into the chart at the time of the audit. To

13   remedy future noncompliance, several processes were put into place.  First, all diagnostic

14   requests will be closely monitored by the DON, HDF, and FHA. Once this team receives

15   notification from staff that a patient is requesting results, these individuals will ensure the

16   HNR specifies the type of results requested and will then monitor and follow up with the

17   HNR nurse to ensure documentation is complete. The HNR will be handed to the Medical

18   Record team to be scanned into the EHR, within two business days. The DON, HDF, and

19   FHA will verify to ensure the HNR was delivered to the Medical Records Department and

20   scanned into the patient's medical chart. Second, all medical staff will clarify specifically

21   what labs the patient is requesting. This will be documented in the encounter along with

22   how the medical staff resolved the request for labs. The medical record will contain

23   documentation of the type of diagnostic results provided and that they were printed and

24   handed to the patient.

25   84. On June 10, 2020, a directive was sent to staff stating:

26       Effective today June 10, all MEDICAL RECORD
         DOCUMENTATION FROM Aspen will NOT be brought over
27       to medical. These documents will be kept in the "to be scanned"
         bin. Medical Records will go over at the beginning of their shift
28       and scan these documents into the Medical Record, scan all

31

documents to the Medical Records Supervisor for verification, then file. This will eliminate the need for transporting documents with the potential of them being misplaced. At the end of May, reminders were hung on time clocks that state, BEFORE YOU CLOCK OUT, please ensure that all documents to be scanned from your unit have been turned into Medical Records

85.     To ensure this measure is not missed in the future, the DON, HDF and FHA continue to be responsible for and verify that these encounters occur in the charts within the 7seven-day timeframe. The ASPC-Phoenix's corrective action plan was successful as evidenced by it achieving compliance the remainder of 2020.

**ASPC-Tucson: (Aug. 74%; Dec. 82%)**

86.     ASPC-Tucson has been compliant with PM 47 for 20 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.  Defendants moved to terminate PM 47 at ASPC-Tucson on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

87.     In the  majority of the 19 noncompliant cases from the August 2020 audit of 73 charts, the patient received the requested results within seven days.  The charts, however, were found noncompliant because the HNR or communique was not scanned in at the time of the audit or was scanned in the wrong location in the record.  Additionally, in August 2020, with just 18 hours' notice, ASPC-Tucson became one of ADCRR's intake facilities. As a result, the Medical Records Department (who is responsible for scanning HNRs into the medical record) was focused on ensuring charts were created and received for new intakes, including scanning information into the medical records, which caused noncompliance.

88.     To determine compliance with PM 47 at ASPC-Tucson in December 2020, 68 charts were audited.  Fifty-six out of the 68 were found compliant.  Four of the charts were marked noncompliant because the nurse utilized an unapproved abbreviation in the medical record.  In all four instances, the patient received the requested results within seven

1  days.  If these four charts were deemed compliant this measure would have been compliant

2  at 88%.

3      89.    COVID-19 was also a factor in this month's noncompliance.  In December

4  2020, ASPC-Tucson had over 400 patients test positive for COVID-19 and experienced a

5  high volume of staff members out in the month of December related to COVID-19.

6      **ASPC-Winslow:  (Jul. 80%; Aug. 67%; Sep. 67%)**

7      90.    PM 47 at ASPC-Winslow has only been noncompliant three of the last 24

8  months and has not been noncompliant since September 2020.  For six of the last 24 months,

9  it was neither compliant nor noncompliant as there were an insufficient number of files

10  available to complete those months' reviews.  The facility therefore received an "N/A" for

11  those months.

12      91.    ASPC-Winslow was noncompliant in July (80%), August (67%), and

13  September 2020 (67%).  The small sample size (five charts or less) for each of these month's

14  audits contributed to the noncompliant findings.  These noncompliant findings were also

15  caused by COVID-19, as the facility saw its first case in July.  From July through September

16  2020, with ten positive cases in these months, the facility triaged and prioritized medical

17  care, providing highest priority to COVID-19 patients.  This also increased COVID-19

18  testing, with 407 conducted during these three months due to possible exposure.   During

19  this time, providers were also focused on compartmentalization and quarantine to slow the

20  spread.   COVID-19 also increased the number of COVID-19 tests that needed to be

21  completed due to exposure.  ASPC-Winslow has overcome its COVID-19 hurdles as it

22  achieved compliance for the remainder of 2020.

23

24

25

26

27

28

**PM 49:**     Patients for whom a provider's request for specialty services is denied are told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial.

**ASPC-Perryville: (Sep. 83%)**

92.     PM 49 at Tucson has been compliant 19 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months. As such, it meets the definition of substantial compliance and is eligible for termination. To determine compliance with PM 49 in September 2020, six files were reviewed. Only one file was noncompliant, resulting in a score of 83%. The patient whose file was marked noncompliant was housed in the infirmary September through October and was seen by a medical doctor every 72 hours. The medical doctor provided the patient with updates during each encounter. However, because his medical file did not include a discussion of her Alternative Treatment Plan ("ATP"), the file was marked noncompliant. Thus, this file was an anomaly and is not representative of the facility's sustained compliance with PM 49 or the quality of care provided to ADCRR inmates, particularly where the inmate received the information contemplated by this PM.

**ASPC-Tucson: (Nov. 71%)**

93.     PM 49 at Tucson has been compliant 19 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months. As such, it meets the definition of substantial compliance and is eligible for termination. Defendants moved to terminate PM 49 at ASPC-Tucson on December 23, 2020. That motion is currently pending before the Court. (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

94.     November 2020 was the facility's only month of noncompliance since the Court issued its Order to Show Cause in January 2020. To determine compliance with PM 49 in November 2020, seven charts were audited. Two were found noncompliant for a score of 71%. In one of the noncompliant charts, the patient was scheduled with the provider within the 30-day period. The patient refused his appointment to discuss the ATP, and both the provider and patient signed the refusal. His refusal was documented in the

34

1   encounter.  Despite this, the file was marked noncompliant due to documentation errors.

2   Had this file been deemed compliant, ASPC-Tucson would have scored an 86% for PM 49

3   in November 2020.

**PM 50:**   Urgent specialty consultations and urgent specialty diagnostic services will be scheduled and completed within 30 calendar days of the consultation being requested by the provider.

**PM 51:**   Routine specialty consultations will be scheduled and completed within 60 calendar days of the consultation being requested by the provider.

95.   For all facilities, the largest barrier to meeting compliance with PMs 50 and 51 in March 2020 through December 2020 was the COVID-19 pandemic.  The ability to schedule a specialist appointment within 30-60 days was difficult prior to COVID-19, let alone during a pandemic.

96.   On March 11, 2020, Governor Ducey declared a Public Health State of Emergency due to COVID-19.  Days later on March 18, 2020, to control the spread of the virus within Arizona prisons, ADCRR suspended internal inmate movement.   This also ceased specialty providers (optometry, audiology, orthotics, ultrasound, and mammogram services, etc.) from entering the facilities. And halted all medical transports unless they were urgent or life threatening.  On March 19, 2020, Governor Ducey issued Executive Order 2020-10, which suspended non-essential surgeries to conserve the supply of Personal Protective Equipment ("PPE").   As a result of EO 2020-10, outside providers began canceling previously scheduled appointments and were unable to reschedule until the restrictions of EO 2020-10 were lifted.  Despite EO 2020-10 being limited to elective surgeries, numerous specialty service providers stopped seeing patients for routine and preventative services during this time.  Additionally, many providers refused to see nursing home or inmate patients due to their increased risk of infection.

97.   Forty-three days later, on May 1, 2020, EO 2020-32 permitted healthcare facilities to request exemption from EO 2020-10 to resume elective surgeries.  To be exempted, however, facilities had to meet various preparedness standards, including a 14-

day stock of PPE supplies.  Many could not.  The reopening of outside medical services was a slow process with various restrictions, including a significant decrease in the number of patients who could be scheduled each day to allow for social distancing and enhanced sanitation between visits.  While providers began to start scheduling again, due to the length of time they were required to be shut down, many had lengthy backlogs, which further delayed the ability to be scheduled and seen.  Some providers required patients to test negative for COVID-19 72 hours prior to their appointment.  Several also requested the same from any officers who transported inmates to and from their appointment.  Even after EO 2020-10 was lifted, Arizona experienced several spikes in positive cases throughout the state, most notably in June–July and November–January.  Specialty-service providers and their staff were not immune to COVID-19, and many were forced to close their doors again (or for longer) due to internal outbreaks.  When inmates could be scheduled, increases in positive cases at their respective prison facilities required them to be quarantined, causing their appointments to be rescheduled.  The above precautions and restrictions were necessary to ensure the safety of the patients, healthcare workers, and the community.

98.    Upon issuance of EO 2020-21 on May 1, 2020, to reduce the consult backlog, Centurion quickly prioritized and resumed offsite services as available.   In just a week's time, Centurion managed to activate their provider networks for optometry, audiology, imaging, cardiology, dermatology, endocrinology, and ophthalmology.  Optometry was able to clear nearly 1,500 of its statewide backlogs in May 2020 and completed the remaining 500 appointments in June 2020.  Audiology also cleared a majority of its backlog.  In May 2020, as clinics were granted exemption and began reopening throughout the state, special accommodations were also made with dermatology, endocrinology, ophthalmology, and cardiology service providers.   For example, AZ Tech Imaging (now AZ Diagnostic Radiology Group) closed their Tempe and Ahwatukee sites in June and October 2020 to accommodate large groups of inmates from ADCRR facilities.

99.    On March 16, 2020, the Centurion Arizona Regional Office established an Emergency Command Center, which included a proactive focus on high-risk patients.

Beginning March 18, 2020, Centurion's Regional Team (Director of Compliance, Provider Service Representative, Medical Director, Utilization Management Supervisor, Director of Nursing, and Continued Quality Improvement Director) met weekly with the Clinical Coordinators/Schedulers and each facility's leadership team. The Regional Team provided oversite and guidance on the rescheduling of patients, and how to maintain the existing network of specialists, as well as how to document upcoming appointments.  During these meetings, the Medical Director provided updates on CDC's evolving guidelines. The weekly meetings continued throughout 2020 to provide COVID-19 guidance and direction. Additionally, due to the large volume of appointments that needed to be rescheduled, on March 18, 2020, the Director of Compliance required each HDF to begin daily tracking of rescheduled consult appointments both on and off-site.  The Director of Compliance also worked with the Vice President of Utilization Management to address consult scheduling. In March 2020, to eliminate any bottleneck effect in the UM approval process as consults continued to be needed, the above-referenced team developed a plan to ensure all requests were processed within three days for urgent and 14 days for routine.  Six UM Review Nurses from the Centene Corporate office and two Referral Specialists from the North Carolina contract were brought on to conduct the reviews.   On March 18, 2020, Centurion brought on an additional UM Review Nurse from Centene's Corporate office to assist. Despite these efforts, and in order to comply with CDC Guidelines, and client and state directives to control the spread of COVID-19, Centurion accumulated a consult backlog in Arizona.

100.    Centurion began recruiting in February 2020, over contract, for a Provider Services Representative ("PSR"). This position is responsible for building and sustaining positive working relationships with Arizona community providers, as well as assisting with a full range of provider relations and service interactions, including claim management and contract negotiation.  Centurion filled the position on March 16, 2020.  The new PSR was charged with creating new contracts and relationships with outside providers and hospitals throughout the state.  Despite being hired at the start of the pandemic, remarkably, the PSR

was able to contract with 15 new providers from March through December 2020 and has already completed four contracts since January 2021.  In all, there has been a tremendous amount of relationship building and mending that has taken place over the past year.  Centurion is addressing provider concerns as they arise locally, instead of via telephone with its corporate site.  This allows Centurion and the specialty providers to better understand each other's needs and, as a result, has created a greater working partnership.

101.   To increase the number of specialties provided and consultations completed, Centurion invested in and expanded upon telehealth services.  Negotiations began in February 2020 and a contract with CareClix (which included cardiology, nephrology, neurology, urology, otolaryngology, infectious disease, rheumatology, orthopedics, endocrinology, and genetics counseling) was finalized in March 2020.  On March 31, 2020, the Clinical Coordinators were trained on documentation and scheduling of consults through CareClix, and the first patient appointment was completed on April 4, 2020.  In 2020, a total of 872 patient consults were completed via telehealth.  The current specialties offered are cardiology, endocrinology, Ear Nose and Throat ("ENT"), internal medicine, rheumatology, neurology, orthopedics, urology, nephrology, and infectious disease.  The following providers/contracts were entered into in March through December 2020:

1. Saguaro Dermatology – Dr. Hamman

2. Arkangel Endocrinology and Diabetes – Dr. Boron

3. AMDX, NeuroDiagnostic Laboratories – multiple providers

4. AZ Dermatopathology – Dr. Bernert

5. White Mountain Dermatology- Dr. Bruhal

6. Allegiant Healthcare West – multiple providers

7. Desert Valley Oral Surgery

8. Aspen Infusion

9. IMS Urology – Dr. Caropreso

10. AZ Diagnostic Radiology Group

11. Central Arizona GI and Liver Institute

12. Neurology Consultants of AZ – Dr. Shayya

13. Simmons Foot and Ankle, PLLC

14. Florence Anthem Hospital

15. Steward Health

102.  Since January 2021, Centurion has finalized the following additional contracts: IMS GI – Dr. Verma; Center for Neurology and Spine – Dr. Gitt; Ocotillo Surgery Center; and Arizona Urology – multiple providers.

103.  In June 2020, Centurion hired two additional Physical Therapists, above contract requirements, to provide specialty care at ASPC-Yuma. These were in addition to the three hired in January and February at ASPC-Lewis, ASPC-Tucson, and ASPC-Eyman/Florence.  Completing physical therapy on site eliminated the need for the UM review process, which expedited care and increased the number of consults completed.

104.  Centurion continues to date with all of the above noted efforts and to explore all opportunities for the completion of consults and provide the best patient care.

**PM 50:  ASPC-Florence; ASPC-Tucson**

105.  ASPC-Florence and ASPC-Tucson both made every attempt to schedule the urgent consults within the 30-day requirement throughout March -December 2020. The COVID-19 pandemic has had a significant impact on this measure as outlined above. Additionally, because both facilities have large infirmaries, they have a higher volume of urgent referrals.  The increased COVID-19 cases within the inmate population caused rescheduling of appointments because either the patient was positive or quarantined due to an exposure.

| Total Positive COVID Cases | | |
|---|---|---|
| | Florence | Tucson |
| **Mar-20** | 0 | 0 |
| **Apr-20** | 34 | 0 |
| **May-20** | 34 | 25 |
| **Jun-20** | 9 | 39 |
| **Jul-20** | 17 | 704 |

| | | |
|---|---|---|
| Aug-20 | 4 | 190 |
| Sep-20 | 1 | 40 |
| Oct-20 | 5 | 24 |
| Nov-20 | 172 | 201 |
| Dec-20 | 60 | 406 |
| Facility Total | 336 | 1629 |

106.    Despite the inability to schedule a variety of outside consults due to COVID-19 restrictions, files were still marked noncompliant if the appointment did not occur within 30 days.  Other files were marked noncompliant because the patient refused the NPO or preparation for a procedure the night before the appointment, or due to documentation errors.

107.    From March–December 2020, 745 urgent outside consults were completed at ASPC-Florence.  1,012 were completed at ASPC-Tucson.  Centurion made all reasonable efforts to get this staggering number of consults completed, despite the unforeseen obstacles caused by COVID-19.

**PM 50:**  **ASPC-Perryville: (Dec. 83%)**

108.    To determine compliance with PM 50 at Perryville in December 2020**,** 42 charts were audited.  Seven were noncompliant for a score of 83%.  In one chart, a consult for methadone treatment request was entered on 11/24/2020 (the same day the patient arrived at the facility).  The purpose of the request was for the pregnant patient to continue with methadone treatment without a lapse.  The patient received her 11/24/2020 methadone dose that morning, prior to her arrival, and began receiving her treatment at ASPC-Perryville the next day.  To date, the treatment has continued without interruption.  Had this chart been marked compliant, ASPC-Perryville would have passed in December 2020, with a score of 86%.  The facility passed the measure the following month in January 2021.

**PM 51:**  **ASPC-Eyman;  ASPC-Florence;  ASPC-Perryville;  ASPC-Tucson; ASPC-Yuma**

109.    These facilities made every attempt to schedule routine consults within the 60-day requirement from March–December 2020.  The decrease in compliance during this

time—particularly when the community saw a spike in positive cases as discussed above, is due to COVID-19.

110. The increased COVID cases within the inmate population caused rescheduling of appointments because either the patient was positive or quarantined due to an exposure.

111. Despite the inability to schedule a variety of outside consults due to COVID-19 restrictions, files were still marked noncompliant if the appointment did not occur within 30 days. Other files were marked noncompliant because the patient refused the NPO or prep for a procedure the night before the appointment, or due to documentation errors.

| Total COVID Tests Completed by Facility | | | | | |
|---|---|---|---|---|---|
| | Eyman | Florence | PV | Tucson | Yuma |
| Mar-20 | 0 | 0 | 0 | 3 | 1 |
| Apr-20 | 15 | 85 | 1 | 12 | 4 |
| May-20 | 33 | 82 | 129 | 316 | 244 |
| Jun-20 | 100 | 273 | 757 | 212 | 357 |
| Jul-20 | 234 | 396 | 246 | 1420 | 70 |
| Aug-20 | 441 | 921 | 220 | 4415 | 66 |
| Sep-20 | 286 | 289 | 422 | 726 | 284 |
| Oct-20 | 327 | 186 | 820 | 895 | 171 |
| Nov-20 | 278 | 557 | 1188 | 1566 | 952 |
| Dec-20 | 1403 | 273 | 920 | 2067 | 2592 |
| Facility Total | 3117 | 3062 | 4703 | 11632 | 4741 |

112. Finally, with respect to ASPC-Perryville, it only missed compliance with PM 51 in March, September, and December—each month by only 2% or less.

**PM 52:**   Specialty consultation reports will be reviewed and acted on by a provider within seven calendar days of receiving the report.

### ASPC-Eyman

113. ASPC-Eyman fell below the 85% threshold in March, June, July, August, September, November, and December 2020. Centurion's review of noncompliant charts identified several issues that attributed to the failures. First, providers were not documenting that consults would be kept in a tickler file to be entered closer to the due date.

1  Providers were made aware of this requirement by the SMD at the all staff meeting in April
2  2020.

3       114.    The majority of the cause of noncompliance in June, July, August, September,
4  November and December was driven by COVID-19, as the facility saw a spike in positive
5  COVID-19 cases during these months, and therefore reviews were not completed within the
6  required seven days.

7       115.    COVID-19 has affected every aspect of providers' daily operations and
8  responsibilities.  Throughout the day, the renewal of medications is completed simultaneous
9  with various other tasks such as completing scheduled appointments, labs, x-rays, consult
10  reviews, and writing new orders.  Add to this, the additional requirements of facilitating
11  COVID-19 tests and the immediate actions required to attend to positive patients, including,
12  but not limited to, increased rounding on the patient to monitor signs and symptoms and
13  ordering testing of others that may have been exposed.

| Positive COVID Cases | |
|---|---|
|  | Eyman |
| Mar-20 | 0 |
| Apr-20 | 5 |
| May-20 | 0 |
| Jun-20 | 3 |
| Jul-20 | 57 |
| Aug-20 | 159 |
| Sep-20 | 8 |
| Oct-20 | 5 |
| Nov-20 | 11 |
| Dec-20 | 874 |
| Facility Total | 1122 |

| COVID Tests Completed | |
|---|---|
|  | Eyman |
| Mar-20 | 0 |
| Apr-20 | 15 |
| May-20 | 33 |
| Jun-20 | 100 |
| Jul-20 | 234 |

| Aug-20 | 441 |
| Sep-20 | 286 |
| Oct-20 | 327 |
| Nov-20 | 278 |
| Dec-20 | 1403 |
| **Facility Total** | **3117** |

116.    Centurion maintains and tracks all follow-up consults that are older than 60 days and has assigned additional providers via telehealth to assist in completing the reviews.

**ASPC-Florence:  (Mar. 81%)**

117.    PM 52 at Florence has been compliant 18 of the last 24 months.  But for its noncompliance in July 2019, it would have met the definition of substantial compliance and have been eligible for termination.  Indeed, it has maintained compliance since April 2020.

118.    To determine compliance with PM 52 at ASPC-Florence in March 2020, 60 charts were audited.  Eight were noncompliant for a score of 81%.  The noncompliance was due to the failure of the provider to document the consult on a spreadsheet or tickler file and advise that it be entered closer to the due date of the follow-up appointment.  The providers were advised of the required documentation and the Florence facility has remained compliant throughout 2020.

**ASPC-Perryville:  (Mar. 81%)**

119.    PM 52 at Perryville has been compliant 22 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.  It has also maintained compliance since April 2020.  Defendants moved to terminate PM 52 at ASPC-Perryville on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)    Prior to March 2020 the facility was complaint 38 of the 39 previous months.

120.    To determine compliance with PM 52 at ASPC-Perryville in March 2020, 77 charts were audited.   Fifteen were noncompliant for a score of 81%.   Seven of the noncompliant charts recommended a follow-up mammogram in three months to a year.  The

noncompliance was due to the failure of the provider to document the consult on a spreadsheet or tickler file and advise that it be entered closer to the due date of the follow-up appointment.    The providers were advised of the required documentation and the Perryville facility has remained compliant throughout 2020.

**ASPC-Phoenix:  (Dec. 83%)**

121.    PM 52 at Phoenix has been compliant 22 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.  It has also maintained compliance since August 2020.  Defendants moved to terminate PM 52 at ASPC-Phoenix on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

122.    To determine compliance with PM 52 at ASPC-Phoenix in December 2020, 12 charts were audited.  Ten were noncompliant for a score of 83%.  The first chart's recommendations were reviewed within the timeframe, but it was marked noncompliant because the SMD did not provide a medical rationale (with specific verbiage) for not following the surgeon's recommendations.  The documentation stated, "For the time being, no further action is medically required."  As a result of this noncompliant finding, on January 19, 2021, ASPC-Phoenix instructed staff that if a provider disagrees with a recommendation, a detailed explanation is needed as to why the recommendation is not medically necessary.

123.    The second chart's recommendations were reviewed but not acted upon within seven days.  The patient was transferred from Phoenix to Tucson and the follow-up appointment was not initiated within timeframe.  As Phoenix is an intake center, it is essential to transport patients out to permanent yards as soon as medically cleared from the quarantine period. If Phoenix initiates a consult, but the patient transfers out, communication is key between the HDF, Clinical Coordinators, and providers from each site to ensure continuity of patient care and the patient receives recommendations within timeframe. ASPC-Phoenix scored 100% in January.

**ASPC-Tucson**:  (Dec. 80%)

124.    PM 52 at Tucson has been compliant for 21 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months.  As such, it meets the definition of substantial compliance and is eligible for termination.  Defendants moved to terminate PM 52 at ASPC-Tucson on December 23, 2020.  That motion is currently pending before the Court.  (Dkt. 3840; Dkt. 3849; Dkt. 3855.)

125.    ASPC-Tucson's noncompliant score in December was due to the review not being conducted in seven days.  The facility implemented a plan to improve performance by having the SMD's assistant send a daily report to the providers.  On the sixth day, the SMD is alerted by his assistant to take immediate action himself/herself or to assign a provider to review immediately.  In January 2021, ASPC-Tucson scored 86%.

126.    Additionally, the facility saw a spike in positive COVID-19 cases during this month with over 400 cases.  COVID-19 has affected every aspect of providers' daily operations and responsibilities.  Throughout the day, the renewal of medications is completed simultaneous with various other tasks such as completing scheduled appointments, labs, x-rays, consult reviews, and writing new orders.  Add to this, the additional requirements of facilitating COVID-19 tests and the immediate actions required to attend to positive patients, including, but not limited to, increased rounding on the patient to monitor signs and symptoms and ordering testing of others that may have been exposed.

**PM 55:**    Disease management guidelines will be implemented for chronic diseases.

**ASPC-Eyman**:  (May: 84%; Sep. 84%; Dec. 78%)

127.    To determine compliance with PM 55 in May 2020, 50 charts were reviewed. Eight were noncompliant for a score of 84%–just 1% shy of the compliance threshold. Three of the charts were marked noncompliant because the inmate's annual diabetic eye exam was not completed.  This exam, however, could not be completed in May 2020 as all on-site optometry services were halted March–May 1st due to COVID-19.  Had these files been compliant, ASPC-Eyman would have scored a 90%.

128.   In September and December, noncompliance was the result of encounters being documented in the wrong section of the record. Thus, files were marked noncompliant due to documentation mistakes and not because the patients did not receive the requisite care.   The September 2020 audit contained 50 charts.  Eight were noncompliant.  Of the eight, two were noncompliant for the document issues described above. Had these files been marked compliant, the facility would have scored an 88%.  The December 2020 audit contained 50 charts.  11 were noncompliant.  Of the 11, three were noncompliant for the documentation reasons described above.  Had these files been marked compliant,  the facility would have scored an 84%.

129.   Additionally, the increase in COVID-19 cases during these months required the facility to prioritize the urgent needs of these patients.  During this time, providers were also focused on compartmentalization and quarantine to slow the spread.  To accomplish this, movement was restricted, causing follow-up appointments monitored under this measure to be rescheduled and triaged according to need.  Often, appointments were forced to be rescheduled, which contributed to noncompliance.  To illustrate, in August 2020, ASPC-Eyman had 159 COVID-19 positive patients.  Each of these patients was quarantined and received enhanced medical monitoring for 14 days, resulting in many quarantine periods extending into the month of September.  Once cases began to decrease to single and double digits, the facility's compliance began to increase.  Indeed, PM 55 was compliant in both October and November at ASPC-Eyman correlating with the decrease in newly diagnosed patients.  Unfortunately, compliance fell to 83% in December—just 2% below the compliance threshold—when the facility experienced **875** new COVID-19 cases and similar safety measures had to be implemented. ASPC-Eyman providers continue to prioritize to meet the medical needs of the patients during this pandemic.

**PM 66:**    In an IPC, Medical Provider encounters will occur at a minimum every 72 hours.

    **ASPC-Lewis:  (May 84%; Jun. 83%);**
    **ASPC-Tucson:  (May 57%; Jun. 72%; Jul. 46%; Aug. 54%); and**
    **ASPC-Florence:  (May 83%; Jun. 68%; Jul. 52%; Aug. 48%).**

130.    While ASPC-Lewis missed the compliance threshold in May and June 2020, it did so by less than 2%.  PM 66 at Lewis has been compliant 22 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months. As such, it meets the definition of substantial compliance and is eligible for termination.

131.    PM 66 at ASPC-Tucson was compliant in March, April, September, October, November, and December 2020.

132.    Each of these three facilities had a significant number of positive COVID-19 cases during several of these months.

133.    For both PM 66, and PM 67 discussed below, COVID-19 has affected every aspect of providers' daily operations and responsibilities.  Throughout the day, the renewal of medications is completed simultaneous with various other tasks such as completing scheduled appointments, labs, x-rays, consult reviews, and writing new orders.  Add to this, the additional requirements of facilitating COVID-19 tests and the immediate actions required to attend to positive patients, including, but not limited to, increased rounding on the patient to monitor signs and symptoms and ordering testing of others that may have been exposed.

| Total Positive COVID Cases by Facility | | | |
|---|---|---|---|
| | Florence | Lewis | Tucson |
| May-20 | 34 | 0 | 25 |
| Jun-20 | 9 | 123 | 39 |
| Jul-20 | 17 | 8 | 704 |
| Aug-20 | 4 | 38 | 190 |
| Facility Total | 64 | 169 | 958 |

| Total COVID Tests Completed by Facility | | | |
|---|---|---|---|
| | Florence | Lewis | Tucson |
| May-20 | 82 | 50 | 316 |
| Jun-20 | 273 | 1037 | 212 |
| Jul-20 | 396 | 46 | 1420 |
| Aug-20 | 921 | 108 | 4415 |
| Facility Total | 1672 | 1241 | 6363 |

134.    Additionally, for each of these facilities and months, the noncompliant findings were due to a misunderstanding of whether sheltered housing patients, who were housed in the IPC, were required to be rounded upon every 72 hours as PM 66 requires. Centurion adjusted in July and August by having providers round on all patients, regardless of their status as sheltered housing or infirmary, every 72 hours.  ASPC-Lewis was able to more quickly adjust as it has a smaller infirmary of only 13 beds, compared to the larger infirmaries at ASPC-Florence (57 beds) and ASPC-Tucson (66 beds).  Since September 2020, all three facilities have maintained compliance.

**PM 67:**    In an IPC, Registered Nurses will conduct and document an assessment at least once every shift. Graveyard shift assessments can be welfare checks.

**ASPC-Lewis:  (May 66%, Jun. 61%, Jul. 74%, Nov. 76%); and**
**ASPC-Tucson**:  **(May 57%, Jun. 72%, Jul. 46%, Aug. 54%).**

135.    For each of these facilities and months, with the exception of ASPC-Lewis in November, the noncompliant findings were due to a misunderstanding of whether sheltered housing patients, who were housed in the IPC, were required to be assessed every shift, as PM 67 requires.  Centurion adjusted in July and August by having the RN complete an assessment every shift on all patients, regardless of their status as sheltered housing or infirmary.  ASPC-Lewis was able to more quickly adjust as it has a smaller infirmary of only 13 beds, compared to the larger infirmary at ASPC-Tucson (66 beds).  ASPC-Lewis has maintained compliance since December 2020 and ASPC-Tucson since September 2020.

136.    Centurion audited 95 events at ASPC-Lewis.  This review revealed that, while some assessments occurred closer than 10 hours and longer than 15 hours apart, none reflected the extreme cases outlined in the Stern report.

**PM 80:**   MH-3A prisoners shall be seen a minimum of every 30 days by a mental health clinician.

**ASPC-Lewis:  (Dec. 84%)**

137.   PM 80 at ASPC-Lewis has been complaint for 23 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months. As such, it meets the definition of substantial compliance and is eligible for termination.  It missed compliance in December 2020, but only by 1%.  This noncompliant finding was the first since July 2016.

138.   ASPC-Lewis's noncompliance in December 2020 was an anomaly related to COVID-19 and is not representative of the facility's sustained compliance with PM 80 or the quality of care provided to ADCRR inmates. The ASPC-Lewis had a spike in COVID-19 cases (480) in December 2020, with over 480 cases. As such, the increased cases caused limited movement and compartmentalization increased, causing appointments to be rescheduled.  The facility has maintained compliance since this time.

**PM 85:**   MH-3D prisoners shall be seen by a mental health provider within 30 days of discontinuing medications.

**ASPC-Eyman:  (Apr. 75%)**

139.   PM 85 at ASPC-Eyman has been compliant 23 of the last 24 months and, during this time, has never been out of compliance for three or more consecutive months. As such, it meets the definition of substantial compliance and is eligible for termination.  It has also maintained compliance since May 2020.  While ASPC-Eyman was noncompliant in April 2020, this was the first time the facility received a noncompliant score since July 2016.

140.   These noncompliant findings were due to scheduling errors.  Patients were seen by a mental health provider, but not within the 30-day period. The mental health team at ASPC-Eyman quickly rectified the situation.  Specifically, the MH Clerk now creates a 3D-log, which contains the patient name, number, when the medication was discontinued,

1    and when the next appointment should occur.  The MH Clerk also receives communication

2    from the BHT and MH Providers whenever a patient's psychotropic medications are

3    discontinued.  Utilized the above-referenced log,  the MH Clerk and BHT track patients to

4    ensure they are seen within timeframes.  ASPC-Eyman's noncompliance in April 2020 was

5    an anomaly and is not representative of the facility's sustained compliance with PM 85 or

6    the quality of care provided to ADCRR inmates.  The facility has maintained compliance

7    since this time.

8         **ASPC-Tucson:  (Aug. 83%)**

9         141.   PM 85 at ASPC-Tucson has been compliant 23 of the last 24 months and,

10   during this time, has never been out of compliance for three or more consecutive months.

11   As such, it meets the definition of substantial compliance and is eligible for termination.

12   While the facility missed compliance in August 2020—by only 2%—this was the only

13   noncompliant month for 2020.  Prior to this, ASPC-Tucson had sustained compliance for

14   four years.  Moreover, since September 2020, it has remained compliant.

15        142.   There were notable changes at ASPC-Tucson in August 2020 that affected all

16   operations, including the scheduling of patients.  As discussed above, in August 2020,

17   ASPC-Tucson became an intake facility (with less than 48-hours' notice) and mass COVID-

18   19 testing was underway. The facility experienced nearly 900 positive COVID-19 cases

19   between July and August. The increased cases limit movement, and result in

20   compartmentalization, causing appointments to be rescheduled.  The facility has maintained

21   compliance since this time.

22

23   **PM 92:**   MH-3 and above prisoners who are housed in maximum custody shall be seen by
          a mental health clinician for a 1:1 or group session a minimum of every 30 days.

24        **ASPC-Eyman:  (Aug: 80%);  ASPC-Lewis:  (Jul. 75%)**

25        143.   Noncompliance in August at ASPC-Eyman was caused by COVID-19.

26   During this month, ASPC-Eyman experienced over 150 positive cases, which decreased

27

28

1  movement of patients. The increase in cases limited movement and required

2  compartmentalization, causing appointments to be rescheduled.

3      144.    For both ASPC-Eyman and ASPC-Lewis, some inmates whose charts were

4  audited for August 2020 were seen in the timeframe required by PM 92. Their charts,

5  however, were marked noncompliant due to insufficient documentation. The Mental Health

6  Lead and Regional Mental Health Lead educated staff on proper documentation. This

7  education included a review of problematic and compliant note examples. Additionally,

8  they instructed staff on the importance of supplemental information/rationale and adequate

9  Mental State Exam descriptions. These instructions were useful as both facilities have

10  since remained compliant. These facilities have also been compliant for 23 of the last 24

11  months and, during this time, have never been out of compliance for three or more

12  consecutive months. As such, they meet the definition of substantial compliance are eligible

13  for termination.

14  _____

15  **PM 94:**    All prisoners on a suicide or mental health watch shall be seen daily by a licensed
         mental health clinician or, on weekends or holidays, by a registered nurse.

16      **ASPC-Perryville:  (Jul. 84%)**

17      145.    ASPC-Perryville has been compliant with PM 94 23 of the last 24 months

18  and, during this time, has never been out of compliance for three or more consecutive

19  months. As such, it meets the definition of substantial compliance and is eligible for

20  termination. While it missed compliance with PM 94 in July 2020—by just 1%—this was

21  the first noncompliant month since January 2018. It has also maintained compliance since

22  August 2020.

23      146.    This noncompliant finding was the result of one clinician seeing patients

24  pursuant to PM 94 while he was unlicensed. Specifically, this clinician lost his license,

25  which caused his status to expire five months earlier than the anticipated annual expiration.

26  He failed to advise Centurion or the licensing board of this change and continued to see

27  patients. The Regional Mental Health Team completed an audit of all mental health staff

28

1  licensure status and created a revised spreadsheet that included all verified results. These

2  results were then crosschecked at every site to ensure accuracy and that staff were being

3  utilized properly. Each time a new clinician is hired, the Regional Psychology Associates

4  update it.  Additionally, each month, the Regional Behavioral Health Tech verifies active

5  licensure status for all clinicians.  This list is then cross verified at all sites (with verification

6  dates logged) and sent to the Monitoring Bureau after final review.

---

7
8  **PM 98:**   Are mental health HNRs being responded to within the timeframes set forth in
              the Mental Health Technical Manual (MHTM) revised 4/18/14?

9        **ASPC-Douglas:  (Jul. 67%)**

10        147.   To determine compliance with PM 98 in July 2020, three charts were

11  reviewed.  One was noncompliant for a score of 67%.  The noncompliant chart was seen

12  outside the recommended timeframe, due to the inmate's transfer to another complex.  To

13  ensure compliance going forward, for any patient that is transferred, the Mental Health Lead

14  advises the receiving facility of outstanding HNRs that need to be addressed and the

15  timeframes in which they need to be completed.

16        **ASPC-Eyman:  (May 84%; Jul. 82%; Sep. 84%)**

17        148.   Two issues caused the slight dip below compliance in May (84%), July

18  (82%), and September (84%) 2020.  First, nursing staff did not correctly refer HNRs to

19  mental health. Second, some HNRs were not scanned into the patient's medical record or

20  were scanned into the incorrect section of the medical record at the time of the audit. The

21  facility leadership team educated the staff involved regarding triaging and referring of

22  HNRs, with documented plan placed at nursing station. ASPC-Eyman's performance

23  improved, as evidenced by its compliant scores October through December 2020.

24        **ASPC-Florence:  (Oct. 79%)**

25        149.   ASPC-Florence's noncompliance in October 2020 was the result of: (1)

26  contacts occurring, but not within timeframes, and (2) HNRs being inaccurately triaged by

27  medical as "no further action needed."

28

150.   Two HNRs were incorrectly triaged after they were processed by medical, which caused them never to be received by mental health. One was sent to Medical Records and the second to the Generic Clinic Nurse. Additionally, one chart was marked noncompliant because the patient's refusal form was not properly documented.   On November 25, 2020, the FHA, AFHA, and DON educated all nursing staff involved regarding triaging and referring of HNRs. The Mental Health Team received verbal education on seeing patients within the timeframes of PM 98 by Mental Health Lead via a Zoom meeting.  ASPC-Florence improved performance as evidenced by its 97% score in November and 89% in December 2020.

**ASPC-Winslow:  (Aug. 83%)**

151.   To determine compliance with PM 98 in August 2020, six charts were audited.  One was noncompliant for a score of 83%—just 2% below the compliance threshold.  In the one noncompliant file, the patient's HNR requesting medication was triaged and referred in a timely manner.  The provider, however, did not see the patient within the required timeframe.  ASPC-Winslow implemented the following processes. Upon collection, all HNRs are triaged by nursing within 24 hours.  If an HNR specifically requests psych meds, a referral for psychiatric services, the nurse will document this in a note and forward it to the psych associate.  The psych associate will then have five business days to see the patient and determine if the patient needs a referral to psychiatry. If it is determined that the patient needs to be seen by psychiatry, this will occur within 14 days. If the inmate declines a referral for psychiatric services, it will be appropriately documented. Additionally, the FHA checks the daily log to ensure appointments are scheduled and the refusal form is properly completed. With the implementation of this plan, the facility remained compliant for the remainder of 2020.

1     I declare under penalty of perjury that the foregoing is true and correct.

2     Executed this _26_ day of March 2021.

3

4                  Jennine Gahris

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTACHMENT 1**

**ATTACHMENT 1**

https://www.thecentersquare.com/arizona/yuma-county-ranked-as-no-1-coronavirus-hot-spot-in-arizona/article_ab8e2d80-c70a-11ea-b7f6-3f791ae896f9.html

WIRE

# Yuma County ranked as No. 1 coronavirus hot spot in Arizona

The Center Square
Jul 18, 2020

Yuma County is reporting 64.8 new daily coronavirus cases per 100,000 people, making it the highest risk area in Arizona for the spread of the virus, according to **a new online map detailing COVID-19 risks nationwide**.

The Harvard Global Health Institute, the Edmond J. Safra Center for Ethics, Rockefeller Foundation and other organizations have put together an online tool that lists COVID-19 risk levels in counties nationwide. The red risk level means more than 25 new cases per 100,000 people are occurring daily, according to the analysis.

Twelve counties in Arizona are currently labeled red, the data shows. They are Yuma, Santa Cruz, Navajo, Maricopa, Pinal, La Paz, Mohave, Pima, Cochise, Coconino, Apache and Gila.

The orange designation indicates 10 to 24 new coronavirus cases per 100,000 people; yellow, one to nine cases per 100,000; and green, less than one case per 100,000.

The online tool aims to provide guidance to local communities and policymakers on appropriate guidance on suppressing the virus in clear terms. Red counties need to institute stay-at-home orders; orange counties should opt for testing and tracing, as well as stay-at-home orders; yellow counties should institute testing and tracing; and green counties need to look to only viral testing and tracing, the analysis says.

---

Counties With Highest COVID-19 Risks in Each State

| State | County With Highest Covid Risk Level | Daily New Cases per 100,000 People | # of Counties With 'Red' Risk Levels |
|-------|--------------------------------------|------------------------------------|--------------------------------------|
| Alabama | Jackson | 45.1 | 34 |
| Alaska | Fairbanks North Star Borough | 11.7 | 0 |

| Arizona | Yuma | 64.8 | 12 |
|---|---|---|---|
| Arkansas | Hot Spring | 288.9 | 12 |
| California | Imperial | 62.1 | 13 |
| Colorado | Mineral | 51.3 | 3 |
| Connecticut | Hartford | 2.6 | 0 |
| Delaware | Sussex | 11.6 | 0 |
| District of Columbia | -- | 7.4 | 0 |
| Florida | Miami-Dade | 91.7 | 48 |
| Georgia | Coffee | 103.3 | 62 |
| Hawaii | Honolulu | 2.6 | 0 |
| Idaho | Owyhee | 43.5 | 6 |
| Illinois | Clark | 24.1 | 0 |
| Indiana | Marshall | 23.2 | 0 |
| Iowa | Webster | 63.3 | 6 |
| Kansas | Phillips | 63.2 | 8 |
| Kentucky | Carroll | 57.8 | 4 |
| Louisiana | Cameron Parish | 86.0 | 47 |
| Maine | Cumberland | 3.9 | 0 |
| Maryland | Baltimore City | 14.2 | 0 |
| Massachusetts | Dukes | 5.8 | 0 |
| Michigan | Oceana | 31.8 | 1 |
| Minnesota | Watonwan | 61.6 | 4 |
| Mississippi | Grenada | 83.3 | 39 |
| Missouri | McDonald | 59.4 | 2 |
| Montana | Big Horn | 29.0 | 1 |
| Nebraska | Thurston | 100.9 | 2 |
| Nevada | Clark | 29.0 | 2 |
| New Hampshire | Hillsborough | 2.9 | 0 |
| New Jersey | Camden | 6.0 | 0 |
| New Mexico | Hidalgo | 44.2 | 2 |
| New York | Onondaga | 5.4 | 0 |
| North Carolina | Tyrrell | 131.6 | 10 |
| North Dakota | Cavalier | 41.8 | 6 |
| Ohio | Athens | 24.3 | 0 |
| Oklahoma | Ottawa | 30.7 | 2 |
| Oregon | Malheur | 78.0 | 3 |
| Pennsylvania | Allegheny | 16.5 | 0 |
| Rhode Island | Bristol | 0.0 | 0 |
| South Carolina | Charleston | 66.0 | 27 |
| South Dakota | Buffalo | 72.8 | 3 |
| Tennessee | Macon | 80.1 | 12 |
| Texas | Scurry | 224.1 | 101 |
| Utah | San Juan | 58.8 | 3 |
| Vermont | Grand Isle | 5.9 | 0 |
| Virginia | Westmoreland | 53.1 | 6 |

| Washington | Franklin | 75.3 | 8 |
| West Virginia | Monongalia | 40.0 | 1 |
| Wisconsin | Pepin | 27.4 | 2 |
| Wyoming | Uinta | 12.7 | 0 |

*Source: Harvard Global Health Institute*

**ATTACHMENT 2**

**ATTACHMENT 2**

America's Salad Bowl Becomes Fertile Ground for Covid-19 - The New York Times

The New York Times

# America's Salad Bowl Becomes Fertile Ground for Covid-19

The hospital in Arizona's Yuma County, on the border, is so overwhelmed it's had to fly Covid-19 patients to other cities. No other region has had a higher case rate during the pandemic.



**By Miriam Jordan**

Published Jan. 22, 2021   Updated Jan. 23, 2021

YUMA, Ariz. — The Rev. Emilio Chapa was delivering a homily on a recent Sunday when he paused to lament a sight that had shaken him as he entered the sacristy before Mass.

The board where his staff posted requests for funeral services was covered with names. "I had never seen it so full before," he told his parishioners at St. Francis of Assisi Catholic Church in central Yuma.

Yuma County, which produces the lettuce, broccoli and other leafy greens that Americans consume during the cold months, is known as "America's salad bowl." Now it has become a winter hothouse for Covid-19.

Over the course of the pandemic, the Yuma area has identified coronavirus cases at a higher rate than any other U.S. region. One out of every six residents has come down with the virus.

Each winter, the county's population swells by 100,000 people, to more than 300,000, as field workers descend on the farms and snowbirds from the Midwest pull into R.V. parks. This seasonal ritual brings jobs, local spending and high tax revenue. But this year, the influx has turned deadly.

Father Chapa's parish is weathering the full spectrum of the pandemic's surge. In Spanish and English, he ministers to Mexican-American families who have been rooted here for generations as well as the seasonal residents, all of them afflicted. The church is handling three times the number of funerals it usually does.

"Some families have buried multiple relatives," Father Chapa said. "It's a dire situation."

While coronavirus cases are starting to flatten across the country, the virus is still raging in many border communities. Three of the six metro areas with the highest rates of known cases since the outbreak began are small cities straddling Mexico: Yuma; Eagle Pass, Texas; and El Centro, Calif. And Laredo, Texas, is adding cases at a per capita rate more than three times what is being seen in hard-hit Los Angeles and Phoenix.

Seasonal migration, the daily flow of people back and forth and lax measures to contain the virus's spread have created a combustible constellation. Arizona has seen among the highest increases in newly reported deaths of any state over the past two weeks — and it is not clear when this troubling trend will abate.

Halfway between San Diego and Phoenix, but geographically isolated from both, Yuma has only one hospital. Understaffed and overwhelmed with cases, it has been airlifting critically ill patients to other cities. And the fallout from Christmas and New Year festivities is not over.

"It's a wave of critically ill people that isn't breaking," Cleavon Gilman, an emergency medicine doctor at Yuma Regional Medical Center, said after a recent 12-hour shift.





"It's a wave of critically ill people that isn't breaking," said Cleavon Gilman, an emergency medicine doctor at Yuma Regional Medical Center.   Adriana Zehbrauskas for The New York Times

Case 2:12-cv-00601-ROS Document 3881-4 Filed 03/26/21 Page 62 of 68

There are farmhands, loath to miss work, who waited too long to seek medical attention. There are retirees who stubbornly believed that they could power through Covid-19, just as they did when stricken with a flu, or who refused to wear masks. There are members of families who live in tight quarters or who could not resist gathering to celebrate the holidays.

---

**YOUR CORONAVIRUS TRACKER:** *We'll send you the latest data for places you care about each day.*

Sign Up

---

Dr. Gilman blames the governor, Doug Ducey, for not enacting stringent measures. "Everything is open: restaurants, gyms, barbershops," he said. "People are needlessly dying because there is no statewide mandate to prevent it."

As the virus continues its rampage, the county has failed to secure an adequate supply of vaccines.

After inviting those 75 and older, teachers and law enforcement to schedule appointments recently, the health department announced that it had run out of vaccines, in part because state officials appeared not to take into account the region's winter population bulge when they allocated doses.

"There was no plan to get the vaccine to the people who need it," said Amanda Aguirre, president of the Center for Border Health, a network of nonprofit clinics. "We don't have time to wait. It needs to be now."

## A special risk for farmworkers

Between October and March each year, as many as 40,000 "lechugeros," or lettuce people, toil in Yuma, whose mild temperatures and Colorado River-irrigated land make it the ideal spot to grow leafy vegetables.

Thousands commute daily from Mexico to the verdant fields that stretch into the distance, where the rust-colored Gila Mountains glisten. Guest workers stay in motels in town.

Before dawn on a recent morning, Mexican workers trickled through the port of entry and boarded dozens of rickety white buses that idled nearby. Plastic sheets hung between rows; only one rider was allowed per bench. "If anyone has a temperature, I send them back," said Gabriel Talamantes, one of the foremen.

A couple mornings later, health workers offered a free saliva test to laborers as they emerged on U.S. soil. "It's for your good and the good of your family," a loudspeaker blared in Spanish.

"We noticed younger people avoided testing," said Flavio Marsiglia, director of the Global Center for Applied Health Research at Arizona State University. "We believe many of those young people are positive with no symptoms and spreading the virus."

"They ride those buses that are very crowded, work very close to each other in the field, share food," he added. "It's very easy to spread the virus in those conditions."

Before dawn on a recent morning, Mexican workers trickled through the port of entry and boarded dozens of rickety white buses that idled nearby. Adriana Zehbrauskas for The New York Times

Plastic sheets hung between rows on the buses transporting workers; only one rider was allowed per bench.  Adriana Zehbrauskas for The New York Times

Mild temperatures and Colorado River-irrigated land make Yuma the ideal spot to grow leafy vegetables.  Adriana Zehbrauskas for The New York Times

## Arizona's attempts to control the virus

Yuma reported its first presumptive case of the coronavirus on March 20, the same day that the governor initially closed bars, movie theaters and gyms, and limited restaurants to takeout and drive-through service.

**The Coronavirus Outbreak ›**

**Latest Updates ›**

Updated March 26, 2021

- New Zealand tightens rules for people returning from abroad.
- A day after passing 300,000 Covid deaths, Brazil logs a daily record of more than 100,000 new infections.
- Like Cuomo family members, a drug company boss with longstanding ties to the governor got special access to virus testing.

"We'd seen how bad it got in New York, Seattle and bigger places. We were thinking it's not going to be a big deal in Yuma," said Rick Madrid, 41, manager for a wholesale food distributor who can count 11 people in his circle of family and friends who have contracted the virus.

The first death in the county occurred in late April.

In mid-May, Mr. Ducey lifted stay-at-home orders, making Arizona among the first states to reopen after a spring lockdown. As temperatures soared past 100 degrees, forcing people indoors, the caseload resumed its ascent.

On June 17, the county board of supervisors issued a mask mandate. It required all establishments to post a sign requiring face coverings and stipulated that violators would be charged with a misdemeanor. But Sheriff Leon Wilmot announced that he lacked resources to enforce the rule.

A politically charged debate raged over the utility of masks and whether the virus posed a real threat. On June 26, a friend of Mr. Madrid's who had been an outspoken anti-masker posted a picture of NyQuil on his Facebook page with the caption, "This is all I need to fight the bug."

He died on July 11. Another friend died days later. "By July, I was like, I can't believe this," Mr. Madrid said.

The virus would soon creep up on his own family.

"We'd seen how bad it got in New York, Seattle and bigger places," Rick Madrid said. "We were thinking it's not going to be a big deal in Yuma."  Adriana Zehbrauskas for The New York Times

Family portraits hanging with religious icons in the living room of Mr. Madrid's parents' home in Yuma.   Adriana Zehbrauskas for The New York Times

The entrance to the home.  Adriana Zehbrauskas for The New York Times

His father, Richard, 77, a chiropractor, and his mother, Carole, 75, the office manager, had been traveling back and forth to their clinic on the Mexican side of the border each day. Many of his loyal clients, most of them snowbirds, were in Yuma, counting on him to soothe their back, shoulder and hip pains.

In mid-November, against their son's wishes, the couple visited a restaurant that had hired Rick to roast a pig on the back patio. "He was old and stubborn, and he exhibited machismo. That's the culture," he said of his father, a Mexican-American and strong supporter of former President Donald J. Trump. "He wasn't going to let this bug dominate him."

Two days later, the couple began exhibiting flulike symptoms that turned out to be Covid-19.

The same week, Mr. Madrid's two siblings and their spouses tested positive for the virus.

On Nov. 29, his father died. Five days later, Mr. Madrid gave in to the urge to visit his mother, ailing and grieving, at the sage-green ranch-style house where he had been raised.

Soon Mr. Madrid could not smell or taste, not even his son's steak with jalapeños. He had the coronavirus. A week later, his wife also tested positive.

"As proud as I am of my community for being tough in pulling through, I am also disappointed that people didn't take it more seriously," he said.

Country Roads RV Village, an expansive retirement resort in Yuma.  Adriana Zehbrauskas for The
New York Times

## High season brings new dangers

In sun-drenched R.V. parks, septuagenarians in shorts gather with fellow snowbirds for cocktails, sports and sunning under cloudless blue skies in the high season.

Kristi and Timothy Getz have been coming for more than a decade to Country Roads RV Village, an expansive retirement resort crisscrossed by streets with names like Party Time and Good Time.

"This place is paradise," said Ms. Getz, who lives with her husband in a cheerful manufactured home on Off We Go Street. "My best friends are here."

Ms. Getz, a retired manager of a truck dealership in San Jose, Calif., does not miss a dance party and loves the shows in the ballroom. Mr. Getz, a former military driver, plays the electric piano in jam sessions with his buddies.

But the pandemic has undermined community harmony — and spoiled the fun.

Just a couple of days after some 200 residents celebrated the groundbreaking for the ballroom expansion with a "burger bash" in March, the governor issued a stay-at-home order.

"We went from hugging and congratulations and excitement to 'What do you mean there's a lock on the pickleball court and I can't go in the swimming pool or in the exercise room?'" recalled Pat Tuckwell, a retired health care executive from Madison, Wis., who is president of the board of directors.

Every activity, from card clubs to woodcarving and quilting, was halted.

On the Facebook page Country Roads Rants and Rages, arguments broke out between residents who believed that the virus was a hoax and those who did not. "Half the park was in denial," said Mr. Getz, who was among those "fighting for the science."

Kristi and Timothy Getz have been coming for more than a decade to Country Roads RV Village. The governor issued a stay-at-home order in March. "Half the park was in denial," recalled Mr. Getz, who was among those "fighting for the science." Adriana Zehbrauskas for The New York Times

By the time restrictions were lifted in mid-May, most of the snowbirds had returned to their hometowns for the summer.

Back in October, they found recreational facilities reopened, with certain rules. The number of people allowed in the pools and the fitness center was limited. Card clubs remained banned.

That month, the first three cases of the virus were reported to the board. In November, the community had its first fatality.

A sign went up outside the gym in early January. The facility was closed for deep sanitizing after someone refused to wear a mask.

"Hats off to the guy that would not wear his compliance mask," declared one resident on Facebook.

As of Jan. 8, there have been 55 known cases and three deaths in the community, but Ms. Tuckwell said the actual tally was quite likely higher, given that cases are self-reported.

Ms. Getz was horrified when she recently noticed eight people playing cards inside a nearby home, none wearing masks. Her husband did not let her confront them.

"I just don't understand it when Yuma is such a hot spot," she said.

At St. Francis of Assisi, worshipers pray, but prayers have not kept the virus at bay.

Armida Lopez, one of the parishioners, said she had lost count of the members of her family who have been stricken.

"People in my family are dying every day, it seems. First cousin, second cousin, uncle, brother-in-law," she said, her voice trailing. "Right now, it's like, who is going to die next?"

Mitch Smith contributed reporting from Chicago.