Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
        carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
*Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
*Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
*Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
*behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' STATEMENT RE: APPOINTMENT OF COURT EXPERT (DOC. 3872)** |
| Plaintiffs, | |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

LEGAL23774493.1

In response to the Court's order (Doc. 3872), the parties met for a second time about the possibility of reaching agreement on an expert for the matters identified in the February 2021 Order (Doc. 3861).  Unfortunately, the parties were again unable to reach agreement.  Plaintiffs reiterate their request that, pursuant to its authority under Federal Rule of Evidence 706, the Court appoint Dr. Marc Stern as its expert.  *See* Doc. 3871 at 2.

In June 2020, Plaintiffs outlined their concerns with Defendants' proposal to use the contempt fines assessed against them to hire NCCHC Resources, Inc. ("NRI") to conduct a "root cause" and staffing analysis.  *See* Doc. 3616 (Sur-Reply), Doc. 3616-1 (Declaration of Dr. Todd Wilcox).  Of paramount concern is the conflict of interest inherent in using NRI to analyze Centurion's staffing and performance, given that Centurion is one of the most prominent financial supporters of NCCHC, including underwriting and sponsoring its many trainings and conferences.  Doc. 3616 at 2; Doc. 3616-1 at ¶ 4.[1]   Additionally, NRI's work centers on compliance with aspirational

---

[1] The conflict of interest inherent in correctional trade associations evaluating the same entities that fund them has been identified for at least the past four decades.  *See*, *e.g.*, Wendell Rawls Jr., *Judge Quits Panel on Prison Ratings*, N.Y. Times (Aug. 8, 1982), https://www.nytimes.com/1982/08/08/us/judge-quits-panel-on-prison-ratings.html (describing Circuit Judge David L. Bazelon's twenty-one-page memorandum of resignation from the Commission on Accreditation for Corrections, in which he "charged that the commission's organizational and financial ties to correction groups and facilities raised 'numerous conflicts of interest'" and criticized the Commission's "'unreliable investigatory practices and unsound deliberative procedures'" that were used by corrections officials "to deflect public criticism and scrutiny of their management, to boost their standing with governors and legislators, to ward off judges and lawsuits and to pat themselves on the back,'" and "'to paper over crises in corrections with certificates of "excellence."'"); Off. of Sen. Elizabeth Warren, A Broken Prison and Detention Facility Accreditation System that Puts Profit Over People 6-9 (Dec. 2020), https://assets.documentcloud.org/documents/20423358/the-accreditation-con-december-2020.pdf (finding that the American Correctional Association's (ACA) role as both a trade association representing for-profit detention centers and an accrediting guarantor of their quality presents "an irreconcilable conflict of interest"); *see also* Lynn S. Branham, *Accrediting the Accreditors: A New Paradigm for Correctional Oversight*, 30 Pace L. Rev. 1656, 1668 (2010) (suggesting a framework for correctional accreditation wherein "the entity or entities that accredit correctional facilities would have to be certified in order to have the accrediting authority that would make a facility eligible to receive federal funds" and "the operations of those accrediting bodies would be scrutinized to ensure that they comport with certain fundamental principles" such as "the implementation of safeguards to avoid conflicts of interest," as an alternative to the current framework); Demetria D. Frank, *Prisoner-to-Public Communication*, 84 Brook. L. Rev. 115, 155 n.228 (2018) ("The ACA charges a large fee for its accreditation services, it has obvious financial incentives for providing accreditation to detention facilities.").

LEGAL23774493.1

standards that focus on written policies and procedures rather than the actual delivery of health care.  Doc. 3616-1 at ¶ 6.

And despite NCCHC's accreditation of ADC facilities, this Court has repeatedly found that Defendants and their contractors are not delivering adequate care as defined by the Stipulation's performance measures. *See generally* Docs. 2898, 3235, 3490, 3861. Indeed, there are multiple cases in which courts – including this Court – have found that NCCHC-accredited prisons or jails were providing health care to incarcerated people that was so deficient as to fall below constitutional minima.  *See*, *e.g.*, *Graves v. Arpaio*, 48 F. Supp. 3d 1318, 1338, 1358 (D. Ariz. 2014), *amended*, No. CV-77-00479-PHX-NVW, 2014 WL 6983316 (D. Ariz. Dec. 10, 2014) (finding ongoing constitutional violations with regard to health care at the Maricopa County Jail, notwithstanding the Jail's accreditation by NCCHC); *Morales Feliciano v. Rossello Gonzalez*, 13 F. Supp. 2d 151, 158 n.3 (D.P.R. 1998) (prison medical care found unconstitutional despite recent accreditation by NCCHC); *A.T. ex rel. Tillman v. Harder*, 298 F. Supp. 3d 391, 402, 418 (N.D.N.Y. 2018) (granting preliminary injunction notwithstanding jail's accreditation by NCCHC).

Finally, as the Court observed, Defendants' proposal would take almost a year to provide a report to the Court, which given Defendants' ongoing noncompliance with the Stipulation, is unacceptable.  Doc. 3872 at 1; Doc. 3870-1 at 18.

Respectfully submitted,

1    Dated:  April 2, 2021                    **ACLU NATIONAL PRISON PROJECT**

2
                                              By:    s/ David C. Fathi
3                                                    David C. Fathi (Wash. 24893)*
                                                     Maria V. Morris (D.C. 1697904)**
4                                                    Eunice Hyunhye Cho (Wash. 53711)*
                                                     915 15th Street N.W., 7th Floor
5                                                    Washington, D.C. 20005
                                                     Telephone:  (202) 548-6603
6                                                    Email:    dfathi@aclu.org
                                                               mmorris@aclu.org
7                                                              echo@aclu.org

8                                                    *Admitted *pro hac vice*. Not admitted in
                                                      DC; practice limited to federal courts.
9
                                                     **Admitted *pro hac vice*
10
                                                     Corene T. Kendrick (Cal. 226642)*
11                                                   **ACLU NATIONAL PRISON
                                                     PROJECT**
12                                                   39 Drumm Street
                                                     San Francisco, California 94111
13                                                   Telephone:  (202) 393-4930
                                                     Email:    ckendrick@aclu.org
14
                                                     *Admitted *pro hac vice*
15
                                                     Donald Specter (Cal. 83925)*
16                                                   Alison Hardy (Cal. 135966)*
                                                     Sara Norman (Cal. 189536)*
17                                                   Rita K. Lomio (Cal. 254501)*
                                                     **PRISON LAW OFFICE**
18                                                   1917 Fifth Street
                                                     Berkeley, California 94710
19                                                   Telephone:  (510) 280-2621
                                                     Email:    dspecter@prisonlaw.com
20                                                             ahardy@prisonlaw.com
                                                               snorman@prisonlaw.com
21                                                             rlomio@prisonlaw.com

22                                                   *Admitted *pro hac vice*

23                                                   Daniel C. Barr (Bar No. 010149)
                                                     Amelia M. Gerlicher (Bar No. 023966)
24                                                   John H. Gray (Bar No. 028107)
                                                     **PERKINS COIE LLP**
25                                                   2901 N. Central Avenue, Suite 2000
                                                     Phoenix, Arizona 85012
26                                                   Telephone:  (602) 351-8000
                                                     Email:    dbarr@perkinscoie.com
27                                                             agerlicher@perkinscoie.com
                                                               jhgray@perkinscoie.com
28

LEGAL23774493.1                               -3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:      jkeenan@acluaz.org
                carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm; Desiree*
*Licci; Joseph Hefner; Joshua Polson; and*
*Charlotte Wells, on behalf of themselves and*
*all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:    adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR
      DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
         rdalyrooney@azdisabilitylaw.org
                jrico@azdisabilitylaw.org
                mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

1

## **CERTIFICATE OF SERVICE**

2       I hereby certify that on April 2, 2021, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                                    Michael E. Gottfried
                                       Lucy M. Rand
7                          Assistant Arizona Attorneys General
                                  Michael.Gottfried@azag.gov
8                                   Lucy.Rand@azag.gov

9                                     Daniel P. Struck
                                       Rachel Love
10                                 Timothy J. Bojanowski
                                    Nicholas D. Acedo
11                                   Ashlee B. Hesman
                                        Jacob B. Lee
12                                   Timothy M. Ray
                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC
13                               dstruck@strucklove.com
                                    rlove@strucklove.com
14                             tbojanowski@strucklove.com
                                  nacedo@strucklove.com
15                               ahesman@strucklove.com
                                    jlee@strucklove.com
16                                  tray@strucklove.com

17                                 *Attorneys for Defendants*

18                                                            s/ Jessica Carns

19

20

21

22

23

24

25

26

27

28