Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' STATEMENT REGARDING PROPOSED EXPERT** |

Defendants, through counsel, submit the following with respect to the Court's Order of March 19, 2021 (Doc. 3872 at 2) that the parties meet and confer to attempt to reach an agreement regarding the appointment of an expert to perform a system-wide staffing analysis and a systemic analysis of the adequacy of the health care provided to class members. The parties conducted a meet and confer on March 23, 2021. Defendants proposed that the NCCHC Resources team perform the Court's requested analysis. Defendants suggested that the timeframe in the February 28, 2020 proposal be shortened and that the NCCHC Resources team either include or consult with Dr.

Stern. The Plaintiffs rejected this suggestion, and stated that they would only agree to Dr. Stern.

NCCHC Resources, Inc is a 501(c)(3) not-for-profit company which provides consulting services for correctional health care systems nationwide. It does not provide litigation support, ensuring neutrality. The revised proposal has shortened the timeframe for completion of this analysis to 90 days, and has removed any member of the team who was previously employed by Corizon or Centurion. In addition, NCCHC Resources has agreed to involve Dr. Stern in the process due to his prior work in examining ADCRR's health care delivery system. The NCCHC revised proposal is attached as Exhibit 1.[1]

Plaintiffs' counsel did not state in the meet and confer that they intended to set forth Homer Venters, Jr., MD, as an expert, but he was listed as a proposed expert. Defendants have significant concerns regarding Dr. Venters' objectivity and veracity. Dr. Venters has been exclusively hired by Plaintiffs as an expert since his relatively short stint working in the New York City Jail system.[2] He is the former Director of Programs for Physicians for Human Rights, and is described as a "Prisoner Health Warrior" https://tedmed.com/speakers/show?id=771099. He has a history of intentionally falsifying research data, leading to a finding of scientific misconduct by the Office of Research Integrity, U.S. Public Health Service (PHS), and the University of Illinois at Urbana-Champaign. As a result, Dr. Venters agreed to "exclude himself from serving in any advisory capacity to PHS, including service on any PHS advisory committee, board, and/or peer review committee or as a consultant or contractor to PHS" Federal Register/Vol. 73, No. 238, December 10, 2008.

---

[1] Defendants' submittal of this proposal shall not be deemed a waiver of Defendants' rights to appeal prior rulings and orders of the Court, or appeal from a final subsequent order setting forth any injunctive relief regarding healthcare issues.

[2] *Rogers v. Martin*, 2:16-cv-00216 (U.S.D.C. N.D.TX); *Fikes v. Abernathy*, 2017 7:16-cv-00834-LSC (U.S.D.C. N.D.AL); *Charleston v. Corizon Health, Inc.*, 17-3039 (U.S.D.C. E.D. PA); *Gambler v. Santa Fe County*, 1:17-cv-00617 (WJ/KK); *Hammonds v. Dekalb County AL*, Case No. 4:16-cv-01558-KOB; *Mathiason v. Rio Arriba County NM*, No. D-117-CV-2007-00054; *Lewis v. Gautreaux, et al.*, 3:16-cv-352-JWD-RLV (M.D. La. 2016); *Zavala v. City of Baton Rouge*, No. 17-656-JWD-RLB (M.D. La. 2017); *Belcher v. Sheriff Joseph P. Lopinto*, No. 2:18-7368 (E.D. La.)

Finally, although Defendants have no objection to Dr. Stern being consulted or being a member of the NCCHC team, Defendants are concerned with him leading the analysis due to his repeated retention by Plaintiffs' counsel or an ACLU affiliate in other cases.[3] Utilization of NCCHC Resources, Inc. in conjunction with Dr. Stern will help ensure an objective analysis of the Health Care Delivery System.

DATED this 2nd day of April, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

---

[3] *Coleman v. Newsom*, E.D. Cal. No. 2:90-cv-00520-KJM-DB; *Dawson v. Asher*, W.D. Wash No.2:20-cv-00409-JLR; *Banks v. Booth*, D.D.C. No. 1:20-cv-00849-CKK; *Costa v. Bazron*, D.D.C. No. 19-3185 (RDM); *Voltz-Loomis v. McMaster*, D.S.C. No. 5:20-cv-01533-DCC; *Gomez v. U.S. Dep't of Homeland Security, Acting Secretary*, D.N.H. No. 1:20-cv-00453-LM; *Sabata v. Neb. Dep't of Corr. Servs.*, D. Neb No. 4:17-cv-03107-BCB-MDN.

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck