1  Jared G. Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen*
6  *Swartz, Sonia Rodriguez, Christina Verduzco, Jackie*
   *Thomas, Jeremy Smith, Robert Gamez, Maryanne*
7  *Chisholm, Desiree Licci, Joseph Hefner, Joshua*
   *Polson, and Charlotte Wells, on behalf of themselves*
8  *and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED BELOW]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org

13 *Attorneys for Plaintiff Arizona Center for Disability*
   *Law*
14
   **[ADDITIONAL COUNSEL LISTED BELOW]**
15
                  UNITED STATES DISTRICT COURT
16
                       DISTRICT OF ARIZONA
17
   Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
18 Dustin Brislan; Sonia Rodriguez; Christina
   Verduzco; Jackie Thomas; Jeremy Smith;
19 Robert Gamez; Maryanne Chisholm; Desiree             **DECLARATION OF CORENE T.**
   Licci; Joseph Hefner; Joshua Polson; and            **KENDRICK IN SUPPORT OF**
20 Charlotte Wells, on behalf of themselves and all    **PLAINTIFFS' RESPONSE TO**
   others similarly situated; and Arizona Center for   **DEFENDANTS' SUPPLEMENTAL**
21 Disability Law,                                      **RESPONSE TO ORDER TO**
                                                        **SHOW CAUSE (DOC. 3490)**
22                Plaintiffs,
                                                        **[Dkt. 3881]**
23        v.

24 David Shinn, Director, Arizona Department of
   Corrections, Rehabilitation and Reentry; and
25 Larry Gann, Assistant Director, Medical
   Services Contract Monitoring Bureau, Arizona
26 Department of Corrections, Rehabilitation and
   Reentry, in their official capacities,
27
                  Defendants.
28

I, Corene T. Kendrick, declare:

1.     I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*.  I am a deputy director at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.     Attached as **Exhibit 1** is a summary exhibit that I created pursuant to Federal Rules of Evidence, Rule 1006, because the underlying documents are voluminous. This table sets out the health care performance measures (PMs) in the Court's January 2020 Order to Show Cause (OSC) for which Defendants were noncompliant at some point between the months of March and December 2020.  In this chart, I quoted the reasons for noncompliance offered in the Declaration of Jennine Gahris (Doc. 3881-4), side-by-side with the reasons for noncompliance offered by Defendants in their monthly compliance report, the most recent one that is filed at Docket 3875-1.

3.     As part of our monitoring duties, I and others working on the case maintain a spreadsheet tracking the scores in Defendants' monthly report.  This spreadsheet was the basis for the chart that is Table 1 in Plaintiffs' Response brief, and was cite-checked against Defendants' monthly report to the Court and CGAR reports prior to the filing. Over the ten months, there were multiple times where the score reported by Defendants in the monthly Court filing was 85%.  For each PM/institution that reported compliance at 85%, I personally reviewed the corresponding CGAR report.  There were seven scores that were reported at 85% in the monthly Court report, where the actual CGAR report showed the compliance score was below 85%.  Attached as **Exhibit 2, under seal**, are redacted versions of the following excerpts from CGAR reports:

a.     **March 2020**: **PM 42 at Lewis** is listed as 85% in Defendants' monthly compliance report, but the CGAR shows 63/75, or 84.0%, of the reviewed files as compliant (ADCM1615305-06); **PM 44 at Lewis** is listed as 85% in Defendants' monthly compliance report,

but the CGAR shows 33/39, or 84.62%, of the reviewed files as compliant (ADCM1615307-08).

b. **May 2020**: **PM 13 at Florence** is listed as 85% in Defendants' monthly compliance report, but the CGAR shows 73/86, or 84.88%, of the reviewed files as compliant (ADCM1626255-56).

c. **August 2020**: **PM 52 at Florence** is listed as 85% in Defendants' monthly compliance report, but the CGAR shows 55/65, or 84.62%, of the reviewed files as compliant (ADCM1656794-95); **PM 85 at Lewis** is listed as 85% in Defendants' monthly compliance report, but the CGAR shows 28/33, or 84.85%, of the reviewed files as compliant (ADCM1656820-21).

d. **September 2020**: **PM 52 at Florence** is listed as 85% in Defendants' monthly compliance report, but the CGAR shows 55/65, or 84.62%, of the reviewed files as compliant (ADCM1668261-62); **PM 98 at Winslow** is listed as 85% in Defendants' monthly compliance report, but the CGAR shows 11/13, or 84.62%, of the reviewed files as compliant (ADCM1668556-57).

4.    Attached as **Exhibit 3** is a true and correct copy of a letter sent April 4, 2017 by counsel for Defendants to Plaintiffs' counsel proposing to increase the sample size for multiple mental health performance measures.

5.    Attached as **Exhibit 4** is a true and correct copy of Centurion's December 2020 staffing variance report, which Defendants Bates stamped ADCRRM0001661-67.

6.    Attached as **Exhibit 5** is a true and correct copy of a news article dated October 28, 2020 entitled "*Who CARES? Crafting a response to COVID-19 in corrections,*" available on the website of the corrections trade publication, Corrections1, at https://www.corrections1.com/coronavirus-covid-19/articles/who-cares-crafting-a-response-to-covid-19-in-corrections-KovXQ6RWQ0wyzxID/.   I downloaded this article on April 14, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of a chart entitled "Arizona Department of Corrections, Rehabilitation & Reentry, Parsons v. Ryan Legal Costs, As of March 11, 2021." I downloaded this chart on April 14, 2021, from an article dated March 26, 2021 entitled "*Legal Costs For Arizona Prison Health Care Lawsuit Exceed $21M*," at https://kjzz.org/content/1670200/legal-costs-arizona-prison-health-care-lawsuit-exceed-21m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed April 16, 2021, in San Francisco, California.

   s/ Corene T. Kendrick    <br>
Corene T. Kendrick

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
    mmorris@aclu.org
    echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

**Admitted *pro hac vice*

Corene T. Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email: dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
Amelia M. Gerlicher (Bar No. 023966)
John H. Gray (Bar No. 028107)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email: dbarr@perkinscoie.com
        agerlicher@perkinscoie.com
        jhgray@perkinscoie.com

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: jkeenan@acluaz.org
        carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY
LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY
LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on April 16, 2021, I electronically transmitted the above

3    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4    Notice of Electronic Filing to the following CM/ECF registrants:

5

Michael E. Gottfried
6                                     Lucy M. Rand
Assistant Arizona Attorneys General
7                            Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
8

Daniel P. Struck
9                                     Rachel Love
Timothy J. Bojanowski
10                               Nicholas D. Acedo
Ashlee B. Hesman
11                                   Jacob B. Lee
Timothy M. Ray
12          STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
13                              rlove@strucklove.com
tbojanowski@strucklove.com
14                            nacedo@strucklove.com
ahesman@strucklove.com
15                              jlee@strucklove.com
tray@strucklove.com
16

*Attorneys for Defendants*
17

18                                                   s/ D. Freouf

19

20

21

22

23

24

25

26

27

28