## Index of Exhibits to the
## Declaration of Corene T. Kendrick

| Exhibit | Description |
|---------|-------------|
| 1 | Summary chart (created pursuant to Federal Rules of Evidence, Rule 1006) comparing side-by-side Defendants' reasons for noncompliance with various PMs for March and December 2020 |
| 2 | True and correct copies of excerpts of various CGAR reports **[REDACTED / FILED UNDER SEAL]** |
| 3 | A true and correct copy of an April 4, 2017 letter from counsel for Defendants to Plaintiffs' counsel |
| 4 | A true and correct copy of Centurion's December 2020 staffing variance report |
| 5 | A true and correct copy of a news article dated October 28, 2020 entitled "*Who CARES? Crafting a response to COVID-19 in corrections*" |
| 6 | A true and correct copy of a chart entitled "Arizona Department of Corrections, Rehabilitation & Reentry, Parsons v. Ryan Legal Costs, As of March 11, 2021" |

# EXHIBIT 1

FRE 1006: Comparison of Doc. 3881-4 and Doc. 3875-1

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| **11 / Eyman** March, May, September, November, December | "[R]esults are not indicative" because "compliance is determined based upon a review of only 2.5% eligible events." ¶ 9.<br><br>"At just these four facilities [Eyman, Florence, Lewis, Yuma], providers had to review the results of 3,947 COVID-19 tests and take immediate action in response to positive results…" ¶ 28.<br><br>**March**: "documentation mistakes" ¶ 10.<br><br>**May**: "documented … in the wrong section of the record" ¶ 11.<br><br>**September**: "math error" and "duplicate order" ¶ 12.<br><br>**November**: "a sample of 50 is not a reliable statistical sample" ¶ 13.<br><br>**December**: "a sample of 50 is not a reliable statistical sample" ¶ 14. | **No reference to COVID-19 (all months):**<br>5/18/20 Update (**March** data): "Nursing staff are not consistently emptying the blue bins on a daily basis. Injections not being documented on the MAR." Doc. 3875-1 at 7.<br><br>7/16/20 Update (**May** data): "[M]edications are being given from clinic stock, but not being continued until their patient specific card arrives. The injection orders are expiring prior to the medication arriving. Medication orders are placed too close together causing the medications to be placed on hold by the pharmacy. Duplicate medication orders have been identified as well." *Id.* at 8.<br><br>11/19/20 Update (**September** data): "• STAT medications given and documented in the nursing encounter but not in the MAR[;] • Duplicate orders not discontinued[;] • No documentation that medication was administered[;] • Medications not received from pharmacy within timeframe therefore patient received outside of timeframe" *Id.*<br><br>1/15/21 Update (**November** data): "Routine medications are not being documented as administered within two business days. In addition, STAT meds were not administered within timeframes." *Id.* at 9.<br><br>2/17/21 Update (**December** data): "Majority of the failures was due to STAT medications not documented properly during unscheduled provider appointments and ICSs." *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| 11 / Lewis April, June, December | "[T]he small sample size for this measure does not lend itself to accurate data." ¶ 15.<br><br>"At just these four facilities [Eyman, Florence, Lewis, Yuma], providers had to review the results of 3,947 COVID-19 tests and take immediate action in response to positive results…" ¶ 28. | **No reference to COVID-19 (all months):**<br>6/17/20 Update (**April** data): "The KOP medications were delivered to the patients, but it was not being documented in the MAR; instead a paper sheet was kept of medications delivered." Doc. 3875-1 at 17;<br><br>8/18/20 Update (**June** data): "10 of the 16 medications that were not administered to the patients within two business days after prescribing were on hold from the pharmacy and ultimately not seen within the sequel report." *Id.*;<br><br>2/17/21 Update (**December** data): "There was no consistency of medication administration documented on the MAR. This includes refusal of medications and medications administered through clinic stock. Specifically, in some instances a patient was administered medication one day and then had missed doses the next several days." *Id.* |
| 11 / Winslow September | **September**: "due to the lead IC not receiving notification from Diamond Pharmacy when duplicate orders were entered or when there were other issues." ¶ 18. | **No reference to COVID-19:**<br>11/19/20 Update (**September** data): "[O]f 18 medications prescribed, five were not administered to the patient within two business days as ordered. […] The Pharmacy thought this was a duplicate order, and the lead Inventory did not get a fax notification of the duplicate order, and the Lead Inventory did not ask for clarification of the order." Doc. 3875-1 at 21. |
| 13 / Eyman September, October | "At just these four facilities [Eyman, Florence, Lewis, Yuma], providers had to review the results of 3,947 COVID-19 tests and take immediate action in response to positive results…" ¶ 28. | **No reference to COVID-19 (all months):**<br>11/19/20 Update (**September** data): "Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." Doc. 3875-1 at 24.<br><br>12/15/20 Update (**October** data): "Chronic Care and |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | "[A]n audit of 50 …charts is insignificant to create a meaningful statistical value." ¶ 27. | psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." *Id.* |
| 13 / Florence May,[1] September, October | "At just these four facilities [Eyman, Florence, Lewis, Yuma], providers had to review the results of 3,947 COVID-19 tests and take immediate action in response to positive results…" ¶ 28.<br><br>"[A]n audit of 50 …charts is insignificant to create a meaningful statistical value." ¶ 27. | **No reference to COVID-19 (all months):**<br>11/19/20 Update (**September** data): "Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." Doc. 3875-1 at 26.<br><br>12/15/20 Update (**October** data): "Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." *Id.* at 27. |
| 13 / Lewis September, October, November | "At just these four facilities [Eyman, Florence, Lewis, Yuma], providers had to review the results of 3,947 COVID-19 tests and take immediate action in response to positive results…" ¶ 28.<br><br>"The audits for the three noncompliant months at ASPC-Lewis contained 80 charts. …an audit of 50 (or even 80) charts is insignificant to create a meaningful statistical value." ¶ 27. | **No reference to COVID-19 (all months):**<br>11/19/20 Update (**September** data): "Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." Doc. 3875-1 at 28.<br><br>12/15/20 Update (**October** data): "Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." *Id.*<br><br>1/15/21 Update (**November** data): "Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." *Id.* at 29. |
| 13 / Yuma September, October | "[A]n audit of 50 …charts is insignificant to create a meaningful statistical value." ¶ 27. | **No reference to COVID-19 (all months):**<br>11/19/20 Update (**September** data): "Chronic Care and psychotropic medications were not renewed in the appropriate |

[1] Defendants' May 2020 CGAR showed a compliance score of 84.88% for PM 13 at Florence, which was reported as 85% in Defendants' monthly filing to the Court.  *See* Kendrick Dec. Ex. 2, ADCM 1626255-56.

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | "At just these four facilities [Eyman, Florence, Lewis, Yuma], providers had to review the results of 3,947 COVID-19 tests and take immediate action in response to positive results…" ¶ 28. | timeframes to ensure no lapse in treatment." Doc. 3875-1 at 33.<br><br>12/15/20 Update (**October** data): "Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment." *Id*. at 34. |
| 35/ Eyman December | "Of the six noncompliant findings, four were from one unit—Browning—and were the result of staff callouts during the COVID-19 pandemic. Due to callouts throughout the facility in December 2020, available nursing staff from the Browning Unit (and others) were utilized to fill nursing vacancies throughout ASPC-Eyman." ¶ 30. | **No reference to COVID-19:**<br>2/17/21 Update (**December** data): "Intakes at Browning Unit were not complete, including verification of all medications received with the inmate." Doc. 3875-1 at 89. |
| 35 / Florence May, July | "Both noncompliant months were the result of staffing vacancies caused by COVID-19. First, nursing staff were assigned to different areas of the complex and positions during the pandemic to adjust for call offs. To adjust to COVID-19 needs in other areas of the facility, from May 20 through July 16, 2020, ASPC-Florence's intake RN (who primarily handles tasks which determine compliance with this PM) was temporarily moved to aid in the COVID-19 units. As such, other RNs were tasked with covering for the intake RN. The learning curve associated with getting | 7/16/20 Update (**May** data): "Due to COVID-19 and only having a minimal amount of 12 transfers, Centurion temporarily moved the intake RN to assist in the COVID-19 positive units. The RNs who caused the three failures have been educated." Doc. 3875-1 at 91.<br><br>**No reference to COVID-19:**<br>9/14/20 Update (**July** data): "Medications were not given at the next dose, as ordered." *Id*. at 91. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | these RNs up to speed on the processes and documentation required to achieve compliance with PM 35 resulted in noncompliant findings in May and July 2020. Additionally, in July 2020 the intake RN was exposed to COVID-19 and had to quarantine." ¶32. | |
| 35 / Tucson August, December | "Due to reasons associated with COVID-19, the facility fell out of compliance in August and December 2020." ¶34<br><br>"In August 2020, with just 18 hours' notice, ASPC-Tucson became one of ADCRR's intake facilities...In addition to the Tucson facility adjusting to these operational changes, during this time, nursing staff were in the process of completing COVID-19 testing for the entire population...During this time, both nurses and providers had to increase their rounds to obtain vital signs for over 700 positive COVID-19 inmates...The additional work and effort required by the above, however, took away from their regularly scheduled duties and responsibilities, resulting in noncompliance." ¶35 | **No reference to COVID-19 (all months):**<br>10/12/20 Update (**August** data): "Medications were not given to patient as ordered." Doc. 3875-1 at 103.<br><br>2/17/21 Update (**December** data): "The prescribed medications were not given to the patient per the MAR." *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | "In December 2020, 27 nursing staff called out for reasons associated with COVID-19. This included the entire IC department that oversees the delivery and distribution of medications, which greatly impacted the ability to comply with PM 35." ¶36 | |
| 37 / Tucson September, November, December | "[A] maximum of 80 Health Needs Requests ("HNRs") are reviewed to determine compliance with this PM. This small sample size, at a facility with an average population of 5,000, is not statistically sound." ¶ 37.<br><br>"[D]uring the noncompliant months, there was an increase in positive COVID-19 cases at ASPC-Florence." ¶ 39. | **No reference to COVID-19 (all months):**<br>11/19/20 Update (**September** data): "The screening nurse did not classify dental pain as urgent.  Urgent referrals require same-day assessment by an RN. This caused the patient to not be seen by the RN same day as required with urgent referral."  Doc. 3875-1 at 123.<br><br>1/15/21 Update (**November** data): "1. Several occurrences of HNRs not being seen within timeframe due to short staffing. 2. The screening nurse did not classify dental pain as urgent. Urgent referrals require sameday [sic] assessment by an RN. This caused the patient to not be seen by the RN same day as required with urgent referral." *Id.*<br><br>2/17/21 Update (**December** data): "RNs are not seeing inmates within 24 hours of the date we received the HNR or within 48 hours from the date inmate indicates on the HNR." *Id.* at 124. |
| 37 / Winslow August | "The cause of noncompliance was due to how dental HNRs were processed. The process was changed so that dental HNRs that reference pain are addressed the same day." ¶ 41 | **No reference to COVID-19:**<br>10/12/20 Update (August data): "Thirty (30) charts were identified for this August 2020 audit – 25 charts were found compliant and 5 charts were found noncompliant." Doc. 3875-1 at 125. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| 37 / Yuma April, May, June, December | "[N]oncompliance was a direct result of the pandemic. In July 2020, Yuma County was reporting 64.8 new daily COVID-19 cases per 100,000 people… [T]he pandemic also caused Centurion staff to be absent—often very suddenly—due to infection, mandatory quarantine, or to provide emergency assistance to sick family members. … As a result of nursing staff being pulled to assist in COVID-19 units, and the Yuma-specific hurdles identified above, nursing staff were unable to achieve compliance with PM 37 in April, May, June, and December 2020.  In March 2020, to create additional ease in access to healthcare, ADCRR rightfully and understandably suspended the co-pay requirement for HNRs. But with no co-pay, the number of HNRs increased. Prior to the pandemic, an average of over 2,377 HNRs were submitted each month. This number has significantly increased during the COVID-19 pandemic—averaging 3,235 a month. … Finally, the recruitment of medical staff to hospitals that were able to pay more with government subsidies not afforded to prison healthcare hampered | **No reference to COVID-19 (all months):** 6/17/20 Update (**April** data): "RNs are not seeing inmates within 24 hours of the date inmates indicate on the HNR." Doc. 3875-1 at 128.<br><br>7/21/20 Update (**May** data): "Patient dates on the HNR are not within 24 hours of the time received by medical and seen." *Id.*<br><br>8/18/20 Update (**June** data): "Patients' dates on the HNRs are not within 24 hours of the time received by medical and seen." *Id.* at 129.<br><br>2/17/21 Update (**December** data): "RNs are not seeing inmates within 24 hours of the date the HNR was received or within 48 hours from the date inmate indicates on the HNR." *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | Centurion's recruitment efforts during this time." ¶¶ 42-46. | |
| 39 / Eyman May | **May**: "[I]nmates were being referred to providers from HNRs instead of from the nurse sick call line. As a result, some inmates were scheduled outside the timeframes … [N]oncompliance was due to an increase in HNRs." ¶¶ 48-49. | **No reference to COVID-19:** 7/16/20 Update (**May** data): "Provider referrals were made from HNRs and not through nurse sick call. This caused referrals to not populate on the tracking reports. Inmates scheduled to see the provider were not seen and rescheduled outside of timeframes." Doc. 3875-1 at 137. |
| 39 / Lewis July | **July**: "The pandemic was the cause of ASPC-Lewis's noncompliance in July 2020. During this month, the facility had eight positive COVID-19 patients. … [T]he facility was down two full-time providers this month, which impacted the ability to schedule and reschedule patients within the timeframes..." ¶ 50. | **No reference to COVID-19:** 9/14/20 Update (**July** data): "Provider orders are not being signed off on a consistent basis." Doc. 3875-1 at 147. |
| 39 / Yuma June, July | **June, July**: "ASPC-Yuma's noncompliance in June and July 2020 was the result of three medical providers being out with COVID-19 and the fact the facility had 45 COVID-19 positive patients during this time." ¶ 51. | **No reference to COVID-19 (all months):** 8/18/20 Update (**June** data): "Routine referrals not needing to be seen by a provider, but requiring action and review by the provider, were not completed within timeframes." Doc. 3875-1 at 152.

9/14/20 Update (**July** data): "Nursing did not send the encounter to the provider for review. When a nurse discusses a patient with the provider, the provider will review and sign off on the encounter." *Id*. |
| 40 / Eyman July | **July**: "[W]hile providers were seeing patients within 24 hours, they were documenting the encounter in the medical record outside the 24-hour | **No reference to COVID-19**: 9/14/20 Update (**July** data): "Providers are seeing the inmates on the due date, but documentation occurs outside the 24-hour |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | timeframe. In several other instances, nursing encounters had provider interventions (verbal orders); however, they were not seen by the provider within 24 hours." ¶ 53. | timeframe. Some encounters had provider intervention; however, there were no notes from the provider." Doc. 3875-1 at 161. |
| 40 / Tucson March, May, June, July, September, December | "[T]he sample selection for this audit is relatively small and compliance with this PM is not necessarily indicative of whether a patient received medical treatment in accordance with the standard of care." ¶ 57. | **No reference to COVID-19 (all months):** 5/18/20 Update (**March** data): "Nurses were writing timeframes on encounters conveying a sense of urgency for the patient to be seen but checking the routine referral box in the encounter. Regardless of the patient's medical problem, the records were found noncompliant due to the nurses scheduling the patient on the provider line the following day. Referrals that stemmed from ICS Responses occasionally missed." Doc. 3875-1 at 164-65. 7/16/20 Update (**May** data): "Failures were ICS responses where nurse free typed to be seen on provider line tomorrow, yet checked 'routine referral.'" *Id*. at 165. 8/18/20 Update (**June** data): "Failures were ICS responses where nurse free typed to be seen on provider line tomorrow yet checked 'routine referral.'" *Id*. 9/14/20 Update (**July** data): "Although nursing marked routine referral, the free type stated to be seen by provider the next day." *Id*. 2/17/21 Update (**December** data): "A provider was not available at the unit within the compliance timeframe." *Id*. at 166. |
| 42 / Eyman | "The increase in COVID-19 cases during these months, required the | **No reference to COVID 19:** 10/12/20 Update (**August** data): "There is a lack of |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| August, September, December | facility to prioritize the urgent needs of these patients." ¶ 58. | communication between the CNA and the provider. Further, we found that the responsible CNA of the unit was utilizing the eOMIS scheduling to catch all follow-up appointments." Doc. 3875-1 at 175.<br><br>**No reference to COVID-19:**<br>11/19/20 Update (**September** data): "There is a lack of communication between the CNA and the provider. Further, we found that the responsible CNA of the unit was not utilizing eOMIS scheduling to catch all follow-up appointments. Treatments were not occurring regularly to show compliance." *Id*.<br><br>2/17/21 Update (**December** data): "1. Provider lines not completed due to slow or stopped movement of inmates during 'compartmentalization' of units. There was not good communication between the affected units and site leadership, informing them of slowed or stalled lines, resulting in outstanding follow-up sick call encounters. [¶]  2. In addition, appointments were closed due to inmates being on quarantine and they should have been rescheduled." *Id*. at 176. |
| 42 / Lewis March[2] | [No reason given; reported as 85% to Court] | [No reason given; reported as 85% to Court] |
| 44 / Eyman March, April, May, June, July, August, | "In most cases, the noncompliance was the result of the Court's February 12, 2020 Order (Dkt. 3495) which significantly altered the methodology for | **No reference to COVID-19 (all months):**<br>5/18/20 Update (**March** data): "Treatment recommendations are being reviewed by provider and ordered, but nursing is failing to consistently administer ordered medication." Doc. 3875-1 at 199. |

[2] Defendants' March 2020 CGAR showed a compliance score of 84.0% for PM 42 at Lewis, which was reported as 85% in Defendants' monthly filing to the Court.  *See* Kendrick Dec. Ex. 2 at ADCM 1615306.

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| September, October, November, December | determining compliance …[A]ny deviations from recommendations are subject to the RN monitors' interpretation and can be deemed noncompliant. Thus, this PM became an 'all or nothing' measure, as the chart can only be 0% or 100% compliant." ¶¶ 60-61.[3]<br><br>"[G]iven the small sample size for this PM, one noncompliant file can result in a noncompliant score for the month." ¶ 64.<br><br>"[T]hese facilities saw a spike in positive COVID-19 cases during several of these months." ¶ 66. | 6/17/20 Update (**April** data): "The providers did not address all recommendations and the ordered treatments were not completed in their entirety." *Id.*<br><br>7/16/20 Update (**May** data): "Treatment recommendations are being reviewed by provider and ordered, but nursing is failing to consistently administer ordered medication. Providers are not addressing all recommendations within 24 hours." *Id.*<br><br>8/18/20 Update (**June** data): "Treatment recommendations are being reviewed by provider and ordered, but nursing is failing to consistently administer ordered medication. Providers are not addressing all recommendations within 24 hours." *Id.* at 200.<br><br>9/14/20 Update (**July** data): "Providers are not addressing all recommendations. In addition, when treatment recommendations are being ordered by the provider, nursing is failing to consistently administer ordered medication." *Id.*<br><br>10/12/20 Update (**August** data): "1. Providers are not addressing or requesting recommended discharge recommendations for offsite consults on weekend returns. [¶] 2. Discharge recommended medication(s) ordered by the provider were not given as ordered." *Id.*<br><br>11/19/20 Update (**September** data): "1. Providers are not addressing recommended discharge recommendations for offsite |

---

[3] The scores for the PM for these relevant months were not either 0 or 100%.  *See* Doc. 3875-1 at 192.

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | consults on weekend returns.  [¶] 2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled.  [¶] 3. Discharge recommended medication(s) ordered by the provider not given as ordered." *Id.* at 201.<br><br>12/15/20 Update (**October** data): "1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.  [¶] 2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled.  [¶] 3. Discharge recommended medication(s) ordered by the provider not given as ordered." *Id.* at 202.<br><br>1/15/21 Update (**November** data): "1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.  [¶] 2. Providers are not addressing recommendations specifically or not addressing within the 24-hour period.  [¶] 3. Discharge recommended medication(s) ordered by the provider not given as ordered." *Id.* at 203.<br><br>2/17/21 Update (**December** data): "1. Ordered antibiotics or specific medication is not administered in its entirety for days prescribed.  [¶] 2. Consults not ordered within 24 hours.  [¶] 3. Medications on hospital orders with no specific reason on why they were disagreed with." *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| 44 / Florence March, April, May, June, July, August, September, October, November, December | "In most cases, the noncompliance was the result of the Court's February 12, 2020 Order (Dkt. 3495) which significantly altered the methodology for determining compliance … [D]eviations from recommendations are subject to the RN monitors' interpretation and can be deemed noncompliant. Thus, this PM became an 'all or nothing' measure, as the chart can only be 0% or 100% compliant." ¶¶60-61.[4]<br><br>"[G]iven the small sample size for this PM, one noncompliant file can result in a noncompliant score for the month." ¶ 64.<br><br>"[T]hese facilities saw a spike in positive COVID-19 cases during several of these months." ¶ 66. | **No reference to COVID-19 (all months):**<br>5/18/20 Update (**March** data): "Providers miss documenting rational for changing medications and not placing consults in within timeframe. Additionally, providers need to sign off on nursing note forwarded to them to review. Nursing is not administering medications in accordance with discharge Instructions." Doc. 3875-1 at 210-11.<br><br>6/17/20 Update (**April** data): "Medications not given as ordered." *Id.* at 211.<br><br>7/16/20 Update (**May** data): "Medications not given as ordered." *Id.*<br><br>8/18/20 Update (**June** data): "Nursing is not administering medications in accordance with discharge instructions." *Id.*<br><br>9/14/20 Update (**July** data): "4. [sic] Providers are not addressing or requesting discharge recommendations for offsite consults on weekend returns.  [¶] 5. [sic] Discharge recommended medication(s) ordered by the provider were not given as ordered, mainly on the weekends." *Id.* at 212.<br><br>10/12/20 Update (**August** data): "1. Providers are not addressing or requesting recommended discharge recommendations for offsite consults on weekend returns.  [¶] 2. Discharge recommended medication(s) ordered by the provider were not given as ordered." *Id.* |

[4] The scores for the PM for the relevant months were not either 0 or 100%.  *See* Doc. 3875-1 at 205.

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | 11/19/20 Update (**September** data): "1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.  [¶] 2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled.  [¶] 3. Discharge recommended medication(s) ordered by the provider not given as ordered." *Id.* at 213.<br><br>1/15/21 Update (**November** data): "1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.  [¶] 2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return to GI in 2-3 days", the providers need to order "return to GI in 2-3 days" or explain why they feel he can return when scheduled.  [¶] 3. Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends." *Id.* at 214.<br><br>2/17/21 Update (**December** data): "1. Ordered antibiotics or specific medication is not administered in its entirety for days prescribed.  [¶] 2. Consults not ordered within 24 hours.  [¶] 3. Medications on hospital orders with no specific reason on why they were disagreed with." *Id.* |
| 44 / Lewis | "In most cases, the noncompliance was the result of the Court's February 12, 2020 Order (Dkt. 3495) which significantly altered the methodology for | **No reference to COVID-19 (all months):**<br>6/17/20 Update (**April** data): "Patients not receiving full dose of medications." Doc. 3875-1 at 221. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| March,[5] April, May, June, July, September, October, November, December | determining compliance …[D]eviations from recommendations are subject to the RN monitors' interpretation and can be deemed noncompliant. Thus, this PM became an 'all or nothing' measure, as the chart can only be 0% or 100% compliant." ¶¶60-61. [6]<br><br>"[G]iven the small sample size for this PM, one noncompliant file can result in a noncompliant score for the month." ¶ 64.<br><br>"[T]hese facilities saw a spike in positive COVID-19 cases during several of these months." ¶ 66. | 7/16/20 Update (**May** data): "Patients not receiving full dose of medications." *Id.*<br><br>8/18/20 Update (**June** data): "Nursing is not administering medications in accordance with discharge instructions." *Id.*<br><br>9/14/20 Update (**July** data): "Patients not receiving full dose of medications." *Id.*<br><br>11/19/20 Update (**September** data): "1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns. [¶] 2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled. [¶] 3. Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends." *Id.* at 222.<br><br>12/15/20 Update (**October** data): "1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns. [¶] 2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled. [¶] 3. Discharge recommended |

---

[5] Defendants' March 2020 CGAR showed a compliance score of 84.62% for PM 44 at Lewis, which was reported as 85% in Defendants' monthly filing to the Court.  *See* Kendrick Dec., Ex. 2 at ADCM 1615307.

[6] The scores for the PM for the relevant months were not either 0 or 100%.  *See* Doc. 3875-1 at 216.

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | medication(s) ordered by the provider not given as ordered, mainly on the weekends." *Id.* at 223.<br><br>1/15/21 Update (**November** data): "1. Discharge orders were not scanned or obtained from hospital upon patient's return. [¶] 2. On call provider not being contacted in time to review discharge orders. [¶] 3. Ordered antibiotics or specific medications are not being administered for the amount of days prescribed." *Id.*<br><br>2/17/21 Update (**December** data): "1. Ordered antibiotics or specific medication are not being administered for the amount of days prescribed. [¶] 2. Consults not ordered within 24 hours. [¶] 3. Medications on hospital orders with no specific reason on why they were disagreed with." *Id.* at 224. |
| 44 / Winslow<br>June, August, September, October, November | "In most cases, the noncompliance was the result of the Court's February 12, 2020 Order (Dkt. 3495) which significantly altered the methodology for determining compliance …[D]eviations from recommendations are subject to the RN monitors' interpretation and can be deemed noncompliant. Thus, this PM became an 'all or nothing' measure, as the chart can only be 0% or 100% compliant." ¶¶60-61. [7] | **No reference to COVID-19 (all months):**<br>8/18/20 Update (**June** data): "Nursing is not administering medications in accordance with discharge instructions." Doc. 3875-1 at 236.<br><br>10/12/20 Update (**August** data): "Six charts were audited; only one chart was found noncompliant. The patient returned from the ER to the Winslow facility on 8/17/2020. The patient was then transferred to the Eyman facility the same day. Medication administration was not completed at the receiving facility on the 17th and 18th due to the medication not being available." *Id.*<br><br>11/19/20 Update (**September** data): "The audit contained |

---

[7] The scores for the PM for the relevant months were not either 0 or 100%. *See* Doc. 3875-1 at 235.

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | "[G]iven the small sample size for this PM, one noncompliant file can result in a noncompliant score for the month." ¶ 64.<br><br>"[T]hese facilities saw a spike in positive COVID-19 cases during several of these months." ¶ 66. | seven charts – four charts identified as being compliant and three charts identified as noncompliant. On two occasions, the on-call provider did not put in the consults within the 24-hour period. In the third record reviewed, completion of the antibiotic therapy did not occur because the order was entered incorrectly. Compliance of this measure is dependent upon medical and nursing working together in due diligence, which is reflected in the plan." *Id*. at 236-37.<br><br>12/15/20 Update (**October** data): "Providers were not reviewing and acting upon all hospital recommendations within 24 hours even on weekends and holidays. Full treatment of the medication was not completed per the provider's orders. Follow-up consults that are recommended and agreed upon need to be completed within timeframes indicated." *Id*. at 237.<br><br>1/15/21 Update (**November** data): "Five charts identified as being compliant, two charts identified as non-compliant. On one occasion, the on-call provider did not put in the consults in the 24-hour period. In the second record reviewed, the completion of the antibiotic therapy was missed because of the way eOMIS dates the order." *Id*. at 238. |
| 45 / Tucson June | "The facility's noncompliance in June 2020 was primarily due to the lead lab technician testing positive for COVID-19 and being out for more than half the month." ¶ 69. | 8/18/20 Update (**June** data): "Routine orders fell out of compliance due to the lead lab tech being out sick for nearly half the month and the second lab tech being a new hire. The HDF sent out daily reports keeping leadership apprised of what labs needed to be completed to remain compliant; however, due to the ongoing COVID-19 pandemic, units were also short nursing staff that would usually be available to complete the labs within timeframe." Doc. 3875-1 at 245. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| 46 / Eyman December | "[N]oncompliance in December 2020 was the result of the facility experiencing an unprecedented number of positive COVID-19 patients. This month, ASPC-Eyman tackled its highest volume of COVID-19 cases, with over 870 positive patients. ... Additionally, due to COVID-19, the number of lab reviews increased significantly in December 2020." ¶ 70. | **No reference to COVID-19:** 2/17/21 Update (**December** data): "Medical Providers are not reviewing the diagnostic reports and acting upon the reports with abnormal values within five (5) calendar days of receiving the reports at the prison." Doc. 3875-1 at 250. |
| 46 / Yuma August | "[N]oncompliance was caused by COVID-19. From August 11 through September 1, 2020, in conjunction with ADCRR and Sonora Quest, ASPC-Yuma conducted mass testing of all patients not previously tested in the last 90 days. Prior to the start of mass testing, the facility was compartmentalized (movements restricted beginning on 8/18/20) and the facility remained compartmentalized until all results were received on the 21st." ¶ 71. | **No reference to COVID-19:** 10/12/20 Update (**August** data): "Providers reviewed abnormal labs and indicated in their review that labs would be reviewed with patients at next Chronic Care Visit and they were not Chronic Care patients. Providers reviewed labs and did not put measurable time frames or see within five (5) days." Doc. 3875-1 at 261. |
| 47 / Eyman September, October, December | "[T]he majority of noncompliant findings in these months were due to documentation errors (communique not scanned in or scanned in the wrong location of the record) and not because the inmate did not receive the results within seven days of the request. These | **No reference to COVID-19 (all months):** 11/19/20 Update (**September** data): "HNRs where patients requested results of diagnostic studies were not scanned into eOMIS. Centurion did not complete mass testing, and paper results were not in the chart. Nursing gave communiques, but did not scan the communique into eOMIS." Doc. 3875-1 at 273. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | documentation errors were the result of providers and nurses having to attend to COVID-19 positive patients. … [M]ovement was restricted. Because compliance with this PM is dependent upon nurses' ability to physically deliver results to the inmate population, movement restrictions made it difficult to provide communications to inmates. …[W]ithout without a copay requirement, the number of HNRs increased." ¶¶ 72-75. | 12/15/20 Update (**October** data): "Nurses were not calling inmates up to medical to receive results on the same day as HNR was received. The Health Needs Requests (HNRs), where patients requested results of the diagnostic studies, were not scanned into eOMIS." *Id.* at 274.<br><br>2/17/21 Update (**December** data): "1. Nurses were not calling inmates up to medical to receive results on the same day as HNR was received. 2. HNRs were not scanned in." *Id.* |
| 47 / Florence March, August | **March**: "Three of the five noncompliant charts were the result of documentation errors." ¶ 79.<br><br>**August**: "[O]f the ten noncompliant files, six were found noncompliant due to HNRs missing from the electronic medical record. ... [N]oncompliance in August 2020 is also attributable to COVID-19 as the facility began mass testing this month..." ¶ 80. | **No reference to COVID-19 (all months):**<br>5/18/20 Update (**March** data): "HNRs [in] which inmate has requested results of the diagnostic studies were not scanned in eOMIS." Doc. 3875-1 at 277.<br><br>10/12/20 Update (**August** data): "Nurses were not calling inmates up to medical to receive results on the same day as HNR was received." *Id.* at 278. |
| 47 / Lewis September | "Of the 11 noncompliant charts, nine requested the results of COVID-19 mass testing, which was completed the first week of September. Because other entities conducted the mass testing (ADCRR, Department of Health Services, Sonora Quest), Centurion did | **No reference to COVID-19:**<br>11/19/20 Update (**September** data): "HNRs where patients requested results of diagnostic studies were not scanned into eOMIS.  Centurion did not complete mass testing, and paper results were not in the chart.  Nursing gave communiques, but did not scan the communique into eOMIS." Doc. 3875-1 at 286. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | not receive the results until October and therefore did not have them when these nine patients requested them." ¶ 81. | |
| 47 / Phoenix April, May | **April**: "One chart was noncompliant due to the nurse not clarifying the type of results the patient was expecting to receive. The other was noncompliant due to the HNR not being scanned into the chart at the time of the audit." ¶ 83.<br><br>**May**: "The noncompliant chart was due to the HNR not being scanned into the chart at the time of the audit." ¶ 83. | **No reference to COVID-19 (all months):**<br>6/17/20 Update (**April** data): "One chart was noncompliant due to the nurse not clarifying the type of results the patient was expecting to receive. The other chart was noncompliant due to the HNR not scanned into the chart at the time of the audit." Doc. 3875-1 at 293.<br><br>7/16/20 Update (**May** data): "The noncompliant chart was due to the HNR not being scanned into the chart at the time of the audit." *Id.* at 294. |
| 47 / Tucson August, December | **August**: "[N]oncompliant because the HNR or communique was not scanned in at the time of the audit or was scanned in the wrong location in the record. Additionally, in August 2020, with just 18 hours' notice, ASPC-Tucson became one of ADCRR's intake facilities. As a result, the Medical Records Department (who is responsible for scanning HNRs into the medical record) was focused on ensuring charts were created and received for new intakes, including scanning information into the medical records, which caused noncompliance." ¶ 87. | **No reference to COVID-19 (all months):**<br>10/12/20 Update (**August** data): "In August 2020, a new unit was created at ASPC-Tucson entitled Rincon Reception for intakes. A new location code was not developed and active until four days later. Therefore, record scanning was delayed." Doc. 3875-1 at 300.<br><br>2/17/21 Update (**December** data): "The nurse documented CC referencing who was copied on the information. This is not an approved medical abbreviation." *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | **December**: "ASPC-Tucson had over 400 patients test positive for COVID-19 and experienced a high volume of staff members out in the month of December related to COVID-19." ¶ 89. | |
| 47 / Winslow July, August, September | "The small sample size (five charts or less) for each of these month's audits contributed to the noncompliant findings. These noncompliant findings were also caused by COVID-19, as the facility saw its first case in July. From July through September 2020, with ten positive cases in these months, the facility triaged and prioritized medical care, providing highest priority to COVID-19 patients. This also increased COVID-19 testing, with 407 conducted during these three months due to possible exposure." ¶ 91. | **No reference to COVID-19 (all months):** 9/14/20 Update (**July** data): "Three charts were used for this audit, only 2 charts were compliant." Doc. 3875-1 at 303. 10/12/20 Update (**August** data): "The patient did not receive a printed copy of his results or see the Provider within the seven-day period." *Id.* 11/19/20 Update (**September** data): "The RN failed to chart that the inmate received the result requested and the inmate was not scheduled with the provider within the 7-day period." *Id.* at 304. |
| 49 / Perryville September | "[B]ecause his medical file did not include a discussion of her Alternative Treatment Plan ("ATP"), the file was marked noncompliant." ¶ 92. | **No reference to COVID-19:** 11/19/20 Update (**September** data): "There was a late entry completed for a patient seen; however, the Provider charted the incorrect date that he actually saw the patient. The late entry was also added out of timeframe." Doc. 3875-1 at 322. |
| 49 / Tucson November | "In one of the noncompliant charts... the file was marked noncompliant due to documentation errors." ¶ 94. | **No reference to COVID-19:** 1/15/21 Update (**November** data): "The providers are receiving and accepting the ATPs; however, they are not consistently discussing the ATP with the inmate as required." Doc. 3875-1 at 330. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| 50 / Florence March, May, July, September, October, November, December | "The COVID-19 pandemic has had a significant impact on this measure … [B]ecause [Florence has a] large infirmar[y], they have a higher volume of urgent referrals.  The increased COVID-19 cases within the general population caused rescheduling of appointments because either the patient was positive or quarantined due to an exposure." ¶ 105 | 5/18/20 Update (**March** data): "Urgent consultations not scheduled within 30 calendar days of the consultation due to demand outpacing available resources for offsite provider availability. COVID 19 has caused many cancellations and postponements of appointments.  Clinical Coordinator failed to document the reason for cancellation due to COVID-19." Doc. 3875-1 at 340-41.<br><br>7/16/20 Update (**May** data): "COVID 19 has caused many cancellations and postponements of appointments. Clinical Coordinator failed to document the reason for cancellation due to COVID-19." *Id.* at 341.<br><br>9/14/20 Update (**July** data): "The COVID pandemic has caused delays in the scheduling of specialty services. In addition, Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 30-days." *Id.*<br><br>**No reference to COVID-19:**<br>11/19/20 Update (**September** data): "The Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days." *Id.* at 342.<br><br>**No reference to COVID-19:**<br>12/15/20 Update (**October** data): "Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days. Appointments were |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | scheduled outside of the thirty-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints." *Id.* at 343.<br><br>**No reference to COVID-19:**<br>1/15/21 Update (**November** data): "Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days. Consults were scheduled outside of the 30-day timeframe due to limited resources currently available in the community." *Id.* |
| 50 / Perryville December | "42 charts were audited. Seven were noncompliant for a score of 83%." ¶ 108 | **No reference to COVID-19:**<br>2/17/21 Update (**December** data): "The Clinical Coordinator was not able to get several inmates scheduled within the 30-day timeframe." Doc. 3875-1 at 347. |
| 50 / Tucson March, May, July, October, November, December | "The COVID-19 pandemic has had a significant impact on this measure … [B]ecause [Tucson has a] large infirmar[y], they have a higher volume of urgent referrals. The increased COVID-19 cases within the general population caused rescheduling of appointments because either the patient was positive or quarantined due to an exposure." ¶ 105 | 5/18/20 Update (**March** data): "Certain specialties have been difficult to obtain. A large volume of consults has been generated recently creating some delays in appointment scheduling ..." Doc. 3875-1 at 352.<br><br>7/16/20 Update (**May** data): "Audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID or external provider as reason for suspension of consult." *Id.*<br><br>9/14/20 Update (**July** data): "The COVID pandemic has caused delays in the scheduling of specialty services. In addition, the audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | or external provider as reason for suspension of consult." *Id.* at 353.<br><br>**No reference to COVID-19:**<br>12/15/20 Update (**October** data): "Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days.  Appointments were scheduled outside of the thirty-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints." *Id.* at 353-54.<br><br>**No reference to COVID-19:**<br>1/15/21 Update (**November** data): "Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days. Consults were scheduled outside of the 30-day timeframe due to limited resources currently available in the community." *Id.* at 354.<br><br>**No reference to COVID-19:**<br>2/17/21 Update (**December** data): "Consults were completed outside of the 30 days due to external provider, community provider availability." *Id.* at 355. |
| 51 / Eyman March, May, July, August, September, October, December | "The decrease in compliance during this time—particularly when the community saw a spike in positive cases … is due to COVID-19. The increased COVID cases within the inmate population because either the patient was positive or | 5/18/20 Update (**March** data): "Routine consultations not scheduled within 30 calendar days of the consultation due to demand outpacing available resources for offsite provider availability. COVID 19 has caused many cancellations and postponements of appointments." Doc. 3875-1 at 367. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
|  | quarantined due to an exposure." ¶¶ 109-110. | 7/16/20 Update (**May** data): "COVID 19 has caused many cancellations and postponements of appointments. Clinical Coordinator failed to document the reason for cancellation due to COVID-19." *Id.* <br><br> 9/14/20 Update (**July** data): "The COVID pandemic has caused delays in the scheduling of specialty services. In addition, the Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 60-Days." *Id.* at 368. <br><br> 10/12/20 Update (**August** data): "The COVID pandemic has caused delays in the scheduling of specialty services. In addition, consults scheduled outside time frames did not contain appropriate documentation." *Id.* <br><br> **No reference to COVID-19:** <br> 11/19/20 Update (**September** data): "Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60-days." *Id.* at 369. <br><br> **No reference to COVID-19:** <br> 12/15/20 Update (**October** data): "Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints." *Id.* at 370. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | **No reference to COVID-19:**<br>2/17/21 Update (**December** data): "The consult did not occur within the required 60 days." *Id.* at 371. |
| 51 / Florence<br>March, June,<br>September,<br>October,<br>December | "The decrease in compliance during this time—particularly when the community saw a spike in positive cases … is due to COVID-19. The increased COVID cases within the inmate population because either the patient was positive or quarantined due to an exposure." ¶¶ 109-110. | 5/18/20 Update (**March** data): "Routine consultations not scheduled within 60 calendar days of the consultation due to demand outpacing available resources for offsite provider availability. COVID 19 has caused many cancellations and postponements of appointments. Clinical Coordinator failed to document the reason for cancellation due to COVID-19." Doc. 3875-1 at 380.<br><br>9/14/20 Update (**July** data): "The COVID pandemic has caused delays in the scheduling of specialty services. In addition, the Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 60-days." *Id.*<br><br>**No reference to COVID-19:**<br>11/19/20 Update (**September** data): "Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60-days." *Id.* at 381.<br><br>**No reference to COVID-19:**<br>12/15/20 Update (**October** data): "Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | availability of specialty providers to be able to see patients within the required time constraints." *Id.*<br><br>**No reference to COVID-19:**<br>2/17/21 Update (**December** data): "The consult did not occur within the required 60 days." *Id*. at 382. |
| 51 / Perryville March, September, December | "The decrease in compliance during this time—particularly when the community saw a spike in positive cases … is due to COVID-19. The increased COVID cases within the inmate population because either the patient was positive or quarantined due to an exposure." ¶¶ 109-110. | **No reference to COVID-19 (all months):**<br>5/18/20 Update (**May** data): "Optometry consults were not scheduled within timeframe. The Clinical Coordinator was waiting to schedule Reception inmates until they were classified and housed." Doc. 3875-1 at 385.<br><br>11/19/20 Update (**September** data): "The Clinical Coordinator was not able to get several inmates scheduled within the 60-day timeframe. The Clinical Coordinator reached out to the specialty offices multiple times to obtain appointments but did not document all of the interactions, so it appeared as if attempts were not made." *Id.*<br><br>2/17/21 Update (**December** data): "The Clinical Coordinator was not able to get several inmates scheduled within the 60-day timeframe." *Id*. at 386. |
| 51 / Tucson March, May, July, October, November | "The decrease in compliance during this time—particularly when the community saw a spike in positive cases … is due to COVID-19. The increased COVID cases within the inmate population because either the patient was positive or quarantined due to an exposure." ¶¶ 109-110. | **No reference to COVID-19:**<br>5/18/20 Update (**March** data): "Certain specialties have been difficult to obtain. A large volume of consults has been generated recently because some delays in appointment scheduling for the clinical coordinating team." Doc. 3875-1 at 392. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | 7/16/20 Update (**May** data): "Audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID or external provider as reason for suspension of consult." *Id*. at 393.<br><br>9/14/20 Update (**July** data): "The COVID pandemic has caused delays in the scheduling of specialty services. In addition, the audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID or external provider as reason for suspension of consult." *Id.*<br><br>**No reference to COVID-19:**<br>12/15/20 Update (**October** data): "Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints." *Id*. at 394.<br><br>**No reference to COVID-19:**<br>1/15/21 Update (**November** data): "The Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Consults were scheduled outside of the 60-day period due to limited resources currently available in the community." *Id*. at 395. |
| 51 / Yuma | "The decrease in compliance during this time—particularly when the community | 10/12/20 Update (**August** data): "The COVID pandemic has caused delays in the scheduling of specialty services. In |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| August, September, October, November, December | saw a spike in positive cases … is due to COVID-19. The increased COVID cases within the inmate population because either the patient was positive or quarantined due to an exposure." ¶¶ 109-110. | addition, Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 60-days." Doc. 3875-1 at 398.<br><br>**No reference to COVID-19:**<br>11/19/20 Update (**September** data): "Optometry consults were completed prior to the consult being submitted into medical records. Since consult was completed prior to being submitted, it was not completed within a measurable timeframe of this performance measure." *Id.* at 399.<br><br>**No reference to COVID-19:**<br>12/15/20 Update (**October** data): "Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints." *Id.* at 400.<br><br>**No reference to COVID-19:**<br>1/15/21 Update (**November** data): "Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Consults were scheduled outside of the 60-day period due to limited resources currently available in the community." *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | **No reference to COVID-19:**<br>2/17/21 Update (**December** data): "Routine consultations and routine specialty diagnostic services are not being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider." *Id*. at 401. |
| 52 / Eyman<br>March, June, July, August, September, November, December | "[P]roviders were not documenting that consults would be kept in a tickler file to be entered closer to the due date." ¶ 113.<br><br>"The majority of the cause of noncompliance in June, July, August, September, November and December was driven by COVID-19, as the facility saw a spike in COVID-19 cases during those months, and therefore reviews were not completed within the required seven days." ¶ 114. | **No reference to COVID-19 (all months):**<br>5/18/20 Update (**March** data): "Specialty consultation reports are being reviewed however; the provider is not providing a measurable timeframe for the recommended action to be taken and/or not following through with the action." Doc. 3875-1 at 410.<br><br>8/21/20 Update (**June** data): "Staff were not stamping consult notes with a date received. On site, ultrasound results were not entered into the consult section for the provider to review." *Id*. at 411.<br><br>9/14/20 Update (**July** data): "There are multiple factors that contributed to non-compliance. The consults were not reviewed within 7 days. Action was not taken on the recommendations within 7 days." *Id*.<br><br>10/12/20 Update (**August** data): "The providers were sent the reports, but were not reviewing them within timeframes. Follow up actions and entries of future consults were not completed within timeframes." *Id*.<br><br>11/19/20 Update (**September** data): "The providers were sent the reports, but were not reviewing them within timeframes. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | | Follow up actions and entries of future consults were not completed within timeframes." *Id*. at 412.<br><br>1/15/21 Update (**November** data): "Reports of offsite consults were not being reviewed and acted upon within seven (7) days." *Id*.<br><br>2/17/21 Update (**December** data): "Reports of offsite consults were not being reviewed and acted upon within seven (7) days." *Id*. |
| 52 / Florence March, August,[8] September[9] | **March**: "The noncompliance was due to the failure of the provider to document the consult on a spreadsheet or tickler file and advise that it be entered closer to the due date of the follow-up appointment." ¶ 118. | **No reference to COVID-19:**<br>5/18/20 Update (**March** data): "Reports of offsite consults were not being reviewed and acted upon within seven (7) days. The provider is not providing a measurable timeframe for the recommended action to be taken and/or not following through with the action." Doc. 3875-1 at 421. |
| 52 / Perryville March | "The noncompliance was due to the failure of the provider to document the consult on a spreadsheet or tickler file and advise that it be entered closer to the due date of the follow-up appointment." ¶ 120. | **No reference to COVID-19:**<br>5/18/20 Update (**March** data): "Consults were being reviewed within timeframe, but all Providers weren't addressing each recommendation." Doc. 3875-1 at 423. |
| 52 / Phoenix December | "[T]he SMD did not provide a medical rationale (with specific verbiage) for not following the surgeon's | **No reference to COVID-19:**<br>2/17/21 Update (**December** data): "Specialty consultation reports were not reviewed and acted on by a Provider within |

---

[8] Defendants' August 2020 CGAR showed a compliance score of 84.62% for PM 52 at Florence, which was reported as 85% in Defendants' monthly filing to the Court.  *See* Kendrick Dec. Ex. 2 at ADCM1656794-95.

[9] Defendants' September 2020 CGAR showed a compliance score of 84.62% for PM 52 at Florence, which was reported as 85% in Defendants' monthly filing to the Court.  *See* Kendrick Dec. Ex. 2 at ADCM1668261-62.

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | recommendations ... The second chart's recommendations were reviewed but not acted upon within seven days." ¶¶ 122-23. | seven calendar days of receiving the report." Doc. 3875-1 at 426. |
| 52 / Tucson December | "ASPC-Tucson's noncompliant score in December was due to the review not being conducted in seven days." ¶125<br><br>"Additionally, the facility saw a spike in positive COVID-19 cases during this month with over 400 cases." ¶126 | **No reference to COVID-19:**<br>2/17/21 Update (**December** data): "Provider failed to review medical report(s) within the compliance timeframe." Doc. 3875-1 at 432. |
| 55 / Eyman May, September, December | **May**: "Three of the charts were marked noncompliant because the inmate's annual diabetic eye exam was not completed. This exam, however, could not be completed in May 2020 as all on-site optometry services were halted March–May 1st due to COVID-19." ¶ 127<br><br>**September, December**: "In September and December, noncompliance was the result of encounters being documented in the wrong section of the record. Thus, files were marked noncompliant due to documentation mistakes and not because the patients did not receive the requisite care. … Additionally, the increase in COVID-19 cases during these months required the facility to prioritize the | **No reference to COVID-19 (all months):**<br>7/16/20 Update (**May** data): "1. Follow-up appointments are not being scheduled, or not being scheduled within the appropriate timeframe.  [¶] 2. Labs are not available at the time of the appointment.  [¶] 3. Eye exams are not being done within timeframe.  [¶] 4. Refusal not scanned into chart.  [¶] 5. Patients not seen for all diagnoses due" Doc. 3875-1 at 436.<br><br>11/19/20 Update (**September** data): "1. Chronic Care appointments were not scheduled in the periods needed.  [¶] 2. Follow-up appointments were not completed consistently." *Id.* at 437.<br><br>2/17/21 Update (**December** data): "Current labs were not available at the time of the encounter.  [¶] 1. Movement was compartmentalized due to COVID, which affected the number of inmates that could be seen during the provider hours. [¶] 2. Chronic Care appointments are not being scheduled in the timeframes needed." *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | urgent needs of these patients. ...[A]ppointments were forced to be rescheduled, which contributed to noncompliance." ¶¶ 128-129 | |
| 66 / Florence May, June, July, August | "For both PM 66, and PM 67 discussed below, COVID-19 has affected every aspect of providers' daily operations and responsibilities." ¶133<br><br>"Additionally, for each of these facilities and months, the noncompliant findings were due to a misunderstanding of whether sheltered housing patients, who were housed in the IPC, were required to be rounded upon every 72 hours as PM 66 requires." ¶134 | **No reference to COVID-19 (all months):**<br>7/21/20 Update (**May** data): "The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM. The providers did not complete rounding every 72 hours, as this is not required for sheltered housing patients, resulting in the noncompliance." Doc. 3875-1 at 445-446.<br><br>8/18/20 Update (**June** data): "Rounding is not occurring within timeframes based on the health conditions as outlined in the HSTM." *Id.* at 446.<br><br>9/14/20 Update (**July** data): "72-hour rounds not completed on patients the provider deemed met sheltered housing criteria after assessment." *Id.*<br><br>10/12/20 Update (**August** data): "IPC providers did not complete the 72-hour rounding on all patients housed in the IPC." *Id.* |
| 66 / Lewis May, June | "For both PM 66, and PM 67 discussed below, COVID-19 has affected every aspect of providers' daily operations and responsibilities." ¶133<br><br>"Additionally, for each of these facilities and months, the noncompliant findings | **No reference to COVID-19.**<br>7/21/20 Update (**May** data): "The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM. The providers did not complete rounding every 72 hours, as this is not required for sheltered housing patients, resulting in the noncompliance." Doc. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | were due to a misunderstanding of whether sheltered housing patients, who were housed in the IPC, were required to be rounded upon every 72 hours as PM 66 requires." ¶134 | 3875-1 at 448.<br><br>8/18/20 Update (**June** data): "Rounding is not occurring within timeframes based on the health conditions as outlined in the HSTM." *Id.* |
| 66 / Tucson May, June, July, August | "For both PM 66, and PM 67 discussed below, COVID-19 has affected every aspect of providers' daily operations and responsibilities." ¶133<br><br>"Additionally, for each of these facilities and months, the noncompliant findings were due to a misunderstanding of whether sheltered housing patients, who were housed in the IPC, were required to be rounded upon every 72 hours as PM 66 requires." ¶ 134 | **No reference to COVID-19 (all months):**<br>7/21/2020 Update (**May** data): "The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM. The providers did not complete rounding every 72 hours, as this is not required for sheltered housing patients, resulting in the noncompliance." Doc. 3875-1 at 453.<br><br>8/8/20 Update (**June** data): "Rounding is not occurring within timeframes based on the health conditions as outlined in the HSTM." *Id.*<br><br>9/14/20 Update (**July** data): "Sheltered Housing patients that were previously not included on the monthly audit were found to be incorrectly classified according to the HSTM and are now included on the monthly audit. Sheltered Housing patients were seen by the provider once a week and by the RN once a day. When audited by the standards of an admitted patient they were noncompliant due to the number of missing rounds." *Id.*<br><br>10/12/20 Update (**August** data): "IPC providers did not complete the 72-hour rounding on all patients housed in the IPC." *Id.* at 454. |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| 67 / Lewis<br>May, June, July, October, November | "For each of these facilities and months, with the exception of ASPC-Lewis in November, the noncompliant findings were due to a misunderstanding of whether sheltered housing patients, who were housed in the IPC, were required to be assessed every shift, as PM 67 requires." ¶ 135 | **No reference to COVID-19 (all months):**<br>7/21/20 Update (**May** data): "The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM. The registered nurse did not complete an assessment on the patient every shift, as this is not required for sheltered housing patients, resulting in the noncompliance." Doc. 3875-1 at 461.<br><br>8/18/20 Update (**June** data): "The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM. The registered nurse is not completing assessments at least once a shift, as this is not required for sheltered housing patients, resulting in the noncompliance." *Id.*<br><br>9/14/2020 Update (**July** data): "Nursing was not documenting rounds on sheltered housing patients." *Id.* at 462.<br><br>1/15/21 Update (**November** data): "1. Registered nurses are not conducting an assessment within the timeframe of no closer than 10 hours and no further apart than 15 hours. Assessments are being done every shift but too soon to the prior assessment or later than the allotted time. 2. Registered nurses are not documenting specific times of when assessment was completed." *Id.* |
| 80 / Lewis<br>December | "The ASPC-Lewis had a spike in COVID-19 cases (480) in December 2020, with over 480 cases. As such, the | **No reference to COVID-19:**<br>2/17/21 Update (**December** data): "Some documentation findings were from November charts, with December charts |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | increased cases caused limited movement and compartmentalization increased, causing appointments to be rescheduled." ¶138 | being compliant. Additionally, remaining December charts found noncompliant resulted from a psychology associate struggling with 3-4 designated clinical components needed when a note does not meet the court mandated length requirement." Doc. 3875-1 at 477. |
| 85 / Eyman April | "These noncompliant findings were due to scheduling errors. Patients were seen by a mental health provider, but not within the 30-day period." ¶140 | **No reference to COVID-19:** "Above compliance threshold without interruption since August 2016, with the exception of April 2020." Doc. 3875-1 at 479. |
| 85 / Lewis August[10] | [No reason given; reported as 85% to Court] | [No reason given; reported as 85% to Court] |
| 85 / Tucson August | "[I]n August 2020, ASPC-Tucson became an intake facility (with less than 48-hours' notice) and mass COVID-19 testing was underway. The facility experienced nearly 900 positive COVID-19 cases between July and August. The increased cases limit movement, and result in compartmentalization, causing appointments to be rescheduled." ¶ 142 | **No reference to COVID-19:** 10/12/20 Update (**August** data): "Over 90% of the findings for PM 85 were due to poor quality documentation." Doc. 3875-1 at 483. |
| 92 / Eyman August | "Noncompliance in August at ASPC-Eyman was caused by COVID-19. During this month, ASPC-Eyman experienced over 150 positive cases, which decreased movement of patients. The increase in cases limited movement | **No reference to COVID-19:** 10/12/20 Update (**August** data): "Mental Health team completed the required clinical contacts as outlined in the performance measure within correct time frames; however, documentation was not accepted, as the clinical contacts were considered too short in length and vague in content, lacking in the required |

---

[10] Defendants' August 2020 CGAR showed a compliance score of 84.85% for PM 85 at Lewis, which was reported as 85% in Defendants' monthly filing to the Court.  *See* Kendrick Dec. Ex. 2 at ADCM1656820-21.

Page 36

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| | and required compartmentalization, causing appointments to be rescheduled. … [S]ome inmates whose charts were audited for August 2020 were seen in the timeframe required by PM 92. Their charts, however, were marked noncompliant due to insufficient documentation." ¶¶ 143-44 | clinical components." Doc. 3875-1 at 487. |
| 92 / Lewis July | "[S]ome inmates whose charts were audited for August 2020 were seen in the timeframe required by PM 92. Their charts, however, were marked noncompliant due to insufficient documentation." ¶ 144 | **No reference to COVID-19:** 9/14/20 Update (**July** data): "Max Custody contacts were not long enough (5 minutes) to utilize 'needs met' terminology after the 3/11/2020 Court Order." Doc. 3875-1 at 489. |
| 98 / Douglas July | "The noncompliant chart was seen outside the recommended timeframe, due to the inmate's transfer to another complex." ¶ 147 | **No reference to COVID-19:** 9/14/20 Update (**July** data): "Patient was not seen during recommended timeframe due to the inmate being transferred to another complex." Doc. 3875-1 at 507. |
| 98 / Eyman May, July, September | "First, nursing staff did not correctly refer HNRs to mental health. Second, some HNRs were not scanned into the patient's medical record or were scanned into the incorrect section of the medical record at the time of the audit." ¶ 148 | **No reference to COVID-19 (all months):** 7/16/20 Update (**May** data): "Findings due to HNRs not being triaged within time limits." Doc. 3875-1 at 509. 9/14/20 Update (**July** data): "Findings due to HNRs not being triaged within time limit or seen by the provider within the established timeframes. Additionally, some encounters did not have an HNR scanned in." *Id.* 11/19/20 Update (**September** data): "Nursing staff did not refer HNRs correctly to mental health causing the noncompliance[.]" *Id.* |

| PM/prison | 3/26/21 Reasons (Doc. 3881-4) | Past Reasons (Doc. 3875-1) |
|---|---|---|
| 98 / Florence October | "ASPC-Florence's noncompliance in October 2020 was the results of: (1) contacts occurring, but not within timeframes, and (2) HNRs being inaccurately triaged by medical as 'no further action needed.'" ¶ 149<br><br>"Two HNRs were incorrectly triaged after they were processed by medical, which caused them never to be received by mental health." ¶ 150 | **No reference to COVID-19:**<br>12/15/20 Update (**October** data): "The Mental Health team did not complete the required clinic contacts as outlined in the performance measure within correct timeframes. Also, some HNRs were triaged by Medical as 'no further action needed' which was incorrect." Doc. 3875-1 at 511. |
| 98 / Winslow August, September[11] | "The provider, however, did not see the patient within the required timeframe." ¶ 151 | **No reference to COVID-19:**<br>10/12/20 Update (**August** data): "The patient's HNR requesting medication was triaged and referred in a timely manner. However, the Provider did not see the patient within the timeframe." Doc. 3875-1 at 515. |

---

[11] Defendants' September 2020 CGAR showed a compliance score of 84.62% for PM 98 at Winslow, which was reported as 85% in Defendants' monthly filing to the Court.  See ADCM1668556-57.

# EXHIBIT 2

# REDACTED AND FILED UNDER SEAL

## CGAR Finding for March 2020 LEWIS COMPLEX



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5 | PM #40 Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral? | X | | | | | 1 | 34 | 39 | 87.18 |
| 6 | PM #41 Are emergent referrals being seen immediately by a Medical Provider? | X | | | | | 1 | 29 | 29 | 100.00 |
| 7 | | X | | | 4/30/2020 7:06 AM Entered By: Mark | | 1 | 64 | | |



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | frame specified by the Medical or Mental Health Provider? | | | | Haldane Number Compliance: 63; Number Review: 75; Percent Compliance: 84.00 % Comments: | | | | |
| 8 | PM #43 Are inmates that are returning from an inpatient hospital stay or ER transport being returned to the medical unit and assessed by an RN or LPN on duty there? | X | | | | 2 | 39 | 41 | 95.12 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE OR
PARSONS v. RYAN, USDC CV 12-00601

ADCM1615306



| 9 | PM #44 Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours? | X | | | 4/30/2020 9:30 AM Entered By: Amy Conlin Number Compliance: 33; Number Review: 39; Percent Compliance: 84.62 % Comments: | 2 | 33 | 39 | 84.62 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE OR
PARSONS v. RYAN, USDC CV 12-00601

ADCM1615307

# CGAR Finding for March 2020 LEWIS COMPLEX



| 10 | PM #35 For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption? | X | | | | 1 | 23 | 25 | 92.00 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE OR
PARSONS v. RYAN, USDC CV 12-00601

## CGAR Finding for May 2020 FLORENCE COMPLEX

| | Pharmacy (C) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Performance Measure (Description) | G | A | R | Notifications | Level | # Compliance | # Review | % Compliance |
| 1 | PM #11 Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT? | X | | | | 1 | 62 | 73 | 84.93 |
| 2 | PM #13 Are chronic care and psychotropic medications  renewals completed in a manner such that there is no interruption or lapse in medication? | X | | | 6/30/2020 10:51 AM Entered By: David Robertson Number Compliance: 73; Number Review: 86; Percent Compliance: 84.88 % Comments: Florence 73/86 | 2 | 73 | 86 | 84.88 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1626255

## CGAR Finding for May 2020 FLORENCE COMPLEX



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | PM #14 Are refills for chronic care or psychotropic medications that is requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication? | X | | | | | 1 | 19 | 19 | 100.00 |
| 4 | PM #16 Are perpetual inventory medication logs being maintained on each yard? | X | | | | | 2 | 45 | 53 | 84.91 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER
PARSONS v. RYAN, USDC CV 12-00601

ADCM1626256



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | PM #51 Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider? | X | | | | 3 | 56 | 61 | 91.80 |
| 5 | PM #52 Are specialty consultation reports being reviewed and acted on by | X | | 9/24/2020 6:58 AM Entered By: Brenda Mcmullen Number Compliance: 55; Number | 2 | 55 | 65 | 84.62 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE
PARSONS V. RYAN; USDC CV12-00601

ADCM1656794

a provider within seven (7) calendar
days of receiving the report?

Review: 65; Percent Compliance: 84.62 %



CONFIDENTIAL - SUBJECT TO PROTECTIVE
PARSONS v. RYAN, USDC CV12-00601

ADCM1656795



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12 | PM #84 Are MH-3C prisoners seen a minimum of every 180 days by a mental health provider? | X | | | 2 | 51 | 53 | 96.23 |
| 13 | PM #85 Are MH-3D prisoners seen by a | X | | 9/25/2020 12:31 PM Entered By: Chy | 1 | 28 | 33 | 84.85 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE

| | mental health provider within 30 days of discontinuing medications? | | | Porter Number Compliance: 28; Number Review: 33; Percent Compliance: 84.85 % | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14 | PM #86 Are MH-3D prisoners seen a minimum of every 90 days by a mental health clinician for a minimum of six months after discontinuing medication? | X | | | 2 | 53 | 56 | 94.64 |



CONFIDENTIAL - SUBJECT TO PROTECTIVE
PARSONS v. RYAN, USDC CV12-00601

ADCM1656821



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5 | PM #52 Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report? | X | | 10/13/2020 11:07 AM Entered By: Brenda Mcmullen Number Compliance: 55; Number Review: 65; Percent Compliance: 84.62 % | 2 | 55 | 65 | 84.62 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE
PARSONS v. RYAN, USDC CV12-00601

ADCM1668261



| 6 | PM #45 Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine? | X | | | 1 | 65 | 70 | 92.86 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE
PARSONS v. RYAN, USDC CV12-00601

ADCM1668262

## Mental Health  (C)

| | Performance Measure (Description) | G | R | Notifications | Level | # Compliance | # Review | % Compliance |
|---|---|---|---|---|---|---|---|---|
| 22 | PM #94 Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? | X | | 10/29/2020 8:17 AM Entered By: Chy Porter Number Compliance: ; Number Review: ; Percent Compliance: % Comments: N/A – None during audit month. | 1 | | | |
| 23 | PM #95 Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff? Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after  discontinuation,and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch? | X | | | 2 | 1 | 1 | 100.00 |
| 25 | PM #97 Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider? | X | | | 1 | 10 | 10 | 100.00 |
| 26 | PM #98 Are mental health HNRs being responded to within the timeframes set forth in the current Mental Health Technical Manual (MHTM) rev. 4/18/14, Chapter 2, Section 5.0? | X | | 10/28/2020 11:40 AM Entered By: Rika Ramirez Number Compliance: 11; Number Review: 13; Percent Compliance: 84.62 % | 1 | 11 | 13 | 84.62 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE
PARSONS v. RYAN, USDC CV12-00601

ADCM1668556

CONFIDENTIAL - SUBJECT TO PROTECTIVE
PARSONS v. RYAN, USDC CV12-00601

ADCM1668557

# EXHIBIT 3



STRUCK WIENEKE & LOVE        3100 West Ray Road, Suite 300, Chandler, Arizona 85226 | **480.420.1600** | swlfirm.com

April 4, 2017

Daniel P. Struck
Partner

Kathleen L. Wieneke
Partner

Rachel Love
Partner

Timothy J. Bojanowski
Partner

Christina Retts
Partner

Nicholas D. Acedo
Partner

Amy L. Nguyen
Partner

Tara B. Zoellner
Associate

Ashlee B. Fletcher
Associate

Anne M. Orcutt
Associate

Kevin L. Nguyen
Associate

Jacob B. Lee
Associate

Kevin R. Hanger
Associate

**VIA EMAIL ONLY**
David C. Fathi
American Civil Liberties Union
National Prison Project
915 15th St, NW
Washington, DC  20005

RE:   *Parsons v. Ryan* – **Proposed Changes to Mental Health Monitoring Methodology**

Dear David:

Pursuant to the agreed-upon process for proposing changes to monitoring methodology, Defendants propose the following changes with respect to the mental health performance measures (PMs):

For the PMs in which only 10 records are selected for the entire complex (as opposed to 10 records per yard), Defendants propose to increase the sample size to pull 20 records, if available, per complex.  Defendants believe that a larger sample size would be more representative of what is occurring at each complex and would be more consistent with paragraph 10(a)(iii) of the Stipulation, which provides for an 85% compliance threshold after the first twenty-four months of monitoring.  If a sample size of only 10 inmates per complex is pulled for a particular measure, the compliance threshold is, in effect, increased to 90% for that measure, which is contrary to the terms of the Stipulation.  The PMs subject to this proposed change are 87, 88, 92, 93, and 95.

In the CGAR report for PM 97 regarding telepsychiatry, Defendants would like to change the descriptive data reported so that the findings are presented in a more narrative fashion.  When this measure was originally developed and reported, Defendants still utilized paper records, so the monitors believed it was important to have each element of the measure detailed and documented in the CGAR.  Now that everything needed for this measure, other than the intake, is available in eOMIS, it is no longer necessary to include the same level of detail.  Defendants propose replacing the current CGAR data reporting, which uses abbreviations and codes that are difficult to read in the CGAR format, with narrative responses, such as "All required documents were made available to the provider prior to the telepsych

David Fathi
April 4, 2017
Page 2


appointment," or "The intake was available in the paper record but it was not scanned in prior to the telepsych appointment." These would be the two general phrases that would be used to report compliance or noncompliance for this measure in the CGARs. The methodology for determining compliance for this measure would <u>not</u> be changed.

Please let us know if you have any objections to these proposed changes, or if you would like to discuss them further.

Sincerely,

Anne M. Orcutt
For the Firm


AMO/eap

cc:    All counsel of record

# EXHIBIT 4

**ACTUAL v CONTRACT VARIANCE**

DECEMBER 2020

| Facility | Position Title | Worked Hours | Contract Period Hours | Hours Variance | Hired FTE | Worked FTE | Contract FTE | FTE Variance |
|---|---|---|---|---|---|---|---|---|
| AZ Regional Office | Associate Regional Mental Health Director | 152.00 | 160.00 | (8.00) | 1.00 | 0.95 | 1.00 | (0.05) |
| | Associate VPO | 152.00 | 160.00 | (8.00) | 1.00 | 0.95 | 1.00 | (0.05) |
| | Business Analyst | 336.00 | 160.00 | 176.00 | 2.00 | 2.10 | 1.00 | 1.10 |
| | Director Operations | 120.00 | 160.00 | (40.00) | 1.00 | 0.75 | 1.00 | (0.25) |
| | Education Coordinator | 246.00 | 160.00 | 86.00 | 2.00 | 1.54 | 1.00 | 0.54 |
| | Lead Outpatient UM Reviewer | 152.00 | 160.00 | (8.00) | 1.00 | 0.95 | 1.00 | (0.05) |
| | Office Manager | 147.00 | 160.00 | (13.00) | 1.00 | 0.92 | 1.00 | (0.08) |
| | Recruiter | 160.00 | 160.00 | - | 1.00 | 1.00 | 1.00 | - |
| | Regional Behavioral Health Tech | 165.75 | 160.00 | 5.75 | 1.00 | 1.04 | 1.00 | 0.04 |
| | Regional Clinical Pharmacy Director | 352.00 | 160.00 | 192.00 | 2.00 | 2.20 | 1.00 | 1.20 |
| | Regional Dental Director | 160.00 | 160.00 | - | 1.00 | 1.00 | 1.00 | - |
| | Regional Director CQI | 96.00 | 160.00 | (64.00) | 1.00 | 0.60 | 1.00 | (0.40) |
| | Regional Director of Nursing | 144.00 | 160.00 | (16.00) | 2.00 | 0.90 | 1.00 | (0.10) |
| | Regional Grievance Coordinator | 152.00 | 160.00 | (8.00) | 1.00 | 0.95 | 1.00 | (0.05) |
| | Regional Infection Control Nurse | 136.00 | 160.00 | (24.00) | 1.00 | 0.85 | 1.00 | (0.15) |
| | Regional Lead Psychology Associate | 187.00 | 160.00 | 27.00 | 1.00 | 1.17 | 1.00 | 0.17 |
| | Regional Medical Director | 176.00 | 160.00 | 16.00 | 1.00 | 1.10 | 1.00 | 0.10 |
| | Regional Mental Health Director | 160.00 | 160.00 | - | 1.00 | 1.00 | 1.00 | - |
| | Regional Psychiatric Director | 128.00 | 160.00 | (32.00) | 1.00 | 0.80 | 1.00 | (0.20) |
| | Release / Discharge Planner | 104.00 | 160.00 | (56.00) | 1.00 | 0.65 | 1.00 | (0.35) |
| | Service Desk Analyst | 288.00 | 160.00 | 128.00 | 2.00 | 1.80 | 1.00 | 0.80 |
| | Telehealth Coordinator | 145.50 | 160.00 | (14.50) | 1.00 | 0.91 | 1.00 | (0.09) |
| | Training & Development Mgr | 94.50 | 160.00 | (65.50) | 1.00 | 0.59 | 1.00 | (0.41) |
| | Utilization Review RN | 672.00 | 480.00 | 192.00 | 6.00 | 4.20 | 3.00 | 1.20 |
| | VP of Operations | 152.00 | 160.00 | (8.00) | 1.00 | 0.95 | 1.00 | (0.05) |
| **AZ Regional Office - Total** | | **4,777.75** | **4,320.00** | **457.75** | **34.00** | **29.86** | **27.00** | **2.86** |
| Douglas Complex | Administrative Assistant | 171.75 | 160.00 | 11.75 | 0.75 | 1.07 | 1.00 | 0.07 |
| | Assistant Director of Nursing | 125.75 | 160.00 | (34.25) | 1.00 | 0.79 | 1.00 | (0.21) |
| | Clinical Coordinator | 71.50 | 80.00 | (8.50) | 1.00 | 0.45 | 0.50 | (0.05) |
| | Dental Assistant | 321.25 | 320.00 | 1.25 | 3.00 | 2.01 | 2.00 | 0.01 |
| | Dental Director | 70.00 | 160.00 | (90.00) | 0.80 | 0.44 | 1.00 | (0.56) |
| | Dentist | 175.50 | 160.00 | 15.50 | 0.75 | 1.10 | 1.00 | 0.10 |
| | Director of Nursing | 155.25 | 160.00 | (4.75) | 1.00 | 0.97 | 1.00 | (0.03) |
| | Facility Health Administrator | 178.00 | 160.00 | 18.00 | 1.00 | 1.11 | 1.00 | 0.11 |
| | Healthcare Delivery Facilitator | 145.00 | 160.00 | (15.00) | 1.00 | 0.91 | 1.00 | (0.09) |
| | Inventory Coordinator | 89.75 | 160.00 | (70.25) | 1.00 | 0.56 | 1.00 | (0.44) |
| | Lead Inventory Coordinator | 211.25 | 160.00 | 51.25 | 1.00 | 1.32 | 1.00 | 0.32 |
| | LPN/MA | 830.75 | 640.00 | 190.75 | 4.00 | 5.19 | 4.00 | 1.19 |
| | Medical Director | 176.00 | 160.00 | 16.00 | 1.00 | 1.10 | 1.00 | 0.10 |
| | Medical Records Clerk | 99.50 | 160.00 | (60.50) | 1.00 | 0.62 | 1.00 | (0.38) |
| | Medical Records Supervisor | 96.50 | 160.00 | (63.50) | 1.00 | 0.60 | 1.00 | (0.40) |
| | Midlevel Practitioner | 363.75 | 240.00 | 123.75 | 2.00 | 2.27 | 1.50 | 0.77 |
| | Nursing Assistant / PCT | 607.00 | 640.00 | (33.00) | 4.00 | 3.79 | 4.00 | (0.21) |
| | Psychology Associate (CLINICIAN) | 116.25 | 160.00 | (43.75) | 1.00 | 0.73 | 1.00 | (0.27) |
| | RN | 1,468.50 | 1,280.00 | 188.50 | 9.40 | 9.18 | 8.00 | 1.18 |
| | Scheduler | - | 80.00 | (80.00) | - | - | 0.50 | (0.50) |
| | X-Ray Technician | 46.00 | 40.00 | 6.00 | 0.25 | 0.29 | 0.25 | 0.04 |
| **Douglas Complex - Total** | | **5,519.25** | **5,400.00** | **119.25** | **35.95** | **34.50** | **33.75** | **0.75** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. SHINN, USDC CV12-00601

ADCRRM0001661

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Eyman Complex | Administrative Assistant | 523.75 | 320.00 | 203.75 | 3.00 | 3.27 | 2.00 | 1.27 |
| | Assistant Director of Nursing | 688.25 | 960.00 | (271.75) | 7.00 | 4.30 | 6.00 | (1.70) |
| | Assistant Facility Health Administrator | 141.25 | 160.00 | (18.75) | 1.00 | 0.88 | 1.00 | (0.12) |
| | Behavioral Health Tech | 642.23 | 640.00 | 2.23 | 4.00 | 4.01 | 4.00 | 0.01 |
| | Clinical Coordinator | 368.25 | 240.00 | 128.25 | 1.00 | 2.30 | 1.50 | 0.80 |
| | Dental Assistant | 894.50 | 960.00 | (65.50) | 5.00 | 5.59 | 6.00 | (0.41) |
| | Dental Director | 115.00 | 160.00 | (45.00) | 1.00 | 0.72 | 1.00 | (0.28) |
| | Dentist | 379.00 | 480.00 | (101.00) | 2.75 | 2.37 | 3.00 | (0.63) |
| | Director of Nursing | 164.00 | 160.00 | 4.00 | 1.00 | 1.03 | 1.00 | 0.02 |
| | Facility Health Administrator | 235.00 | 160.00 | 75.00 | 1.00 | 1.47 | 1.00 | 0.47 |
| | Healthcare Delivery Facilitator | 126.25 | 160.00 | (33.75) | 1.00 | 0.79 | 1.00 | (0.21) |
| | Inventory Coordinator | 468.25 | 480.00 | (11.75) | 3.00 | 2.93 | 3.00 | (0.07) |
| | Lead Inventory Coordinator | 145.50 | 160.00 | (14.50) | 1.00 | 0.91 | 1.00 | (0.09) |
| | LPN/MA | 5,069.65 | 4,800.00 | 269.65 | 22.10 | 31.69 | 30.00 | 1.69 |
| | Medical Director | 176.00 | 160.00 | 16.00 | 1.00 | 1.10 | 1.00 | 0.10 |
| | Medical Records Clerk | 637.75 | 640.00 | (2.25) | 4.00 | 3.99 | 4.00 | (0.01) |
| | Medical Records Supervisor | 177.75 | 160.00 | 17.75 | 1.00 | 1.11 | 1.00 | 0.11 |
| | Mental Health Clerk | 196.25 | 160.00 | 36.25 | 1.00 | 1.23 | 1.00 | 0.23 |
| | Mental Health Midlevel (NP / PA) (PROVIDER) | 516.40 | 560.00 | (43.60) | 3.50 | 3.23 | 3.50 | (0.27) |
| | Mental Health RN | 282.75 | 320.00 | (37.25) | 0.90 | 1.77 | 2.00 | (0.23) |
| | MH Lead | 186.25 | 160.00 | 26.25 | 1.00 | 1.16 | 1.00 | 0.16 |
| | Midlevel Practitioner | 1,471.20 | 880.00 | 591.20 | 6.50 | 9.19 | 5.50 | 3.69 |
| | Nursing Assistant / PCT | 1,220.25 | 1,440.00 | (219.75) | 8.00 | 7.63 | 9.00 | (1.37) |
| | Psychiatrist (PROVIDER) | 216.75 | 160.00 | 56.75 | 1.00 | 1.35 | 1.00 | 0.35 |
| | Psychologist (CLINICIAN) | 275.00 | 480.00 | (205.00) | 2.00 | 1.72 | 3.00 | (1.28) |
| | Psychology Associate (CLINICIAN) | 1,251.50 | 2,080.00 | (828.50) | 8.50 | 7.82 | 13.00 | (5.18) |
| | Release / Discharge Planner | 174.50 | 160.00 | 14.50 | 1.00 | 1.09 | 1.00 | 0.09 |
| | RN | 3,330.60 | 3,200.00 | 130.60 | 8.40 | 20.82 | 20.00 | 0.82 |
| | Scheduler | 435.75 | 480.00 | (44.25) | 3.00 | 2.72 | 3.00 | (0.28) |
| | Staff Physician | 150.25 | 160.00 | (9.75) | 1.00 | 0.94 | 1.00 | (0.06) |
| | X-Ray Technician | 184.00 | 160.00 | 24.00 | 1.00 | 1.15 | 1.00 | 0.15 |
| **Eyman Complex - Total** | | **20,843.83** | **21,200.00** | **(356.17)** | **106.65** | **130.27** | **132.50** | **(2.23)** |
| Florence Complex | Administrative Assistant | 382.28 | 320.00 | 62.28 | 4.00 | 2.39 | 2.00 | 0.39 |
| | Assistant Director of Nursing | 646.75 | 960.00 | (313.25) | 4.90 | 4.04 | 6.00 | (1.96) |
| | Assistant Facility Health Administrator | 167.75 | 160.00 | 7.75 | 1.00 | 1.05 | 1.00 | 0.05 |
| | Behavioral Health Tech | 445.50 | 640.00 | (194.50) | 4.00 | 2.78 | 4.00 | (1.22) |
| | Dental Assistant | 731.00 | 960.00 | (229.00) | 4.00 | 4.57 | 6.00 | (1.43) |
| | Dental Director | 108.25 | 160.00 | (51.75) | 1.00 | 0.68 | 1.00 | (0.32) |
| | Dentist | 405.00 | 480.00 | (75.00) | 1.00 | 2.53 | 3.00 | (0.47) |
| | Director of Nursing | 118.75 | 160.00 | (41.25) | 1.00 | 0.74 | 1.00 | (0.26) |
| | Facility Health Administrator | 189.75 | 160.00 | 29.75 | 1.00 | 1.19 | 1.00 | 0.19 |
| | Healthcare Delivery Facilitator | 173.82 | 160.00 | 13.82 | 1.00 | 1.09 | 1.00 | 0.09 |
| | Inventory Coordinator | 676.75 | 480.00 | 196.75 | 5.00 | 4.23 | 3.00 | 1.23 |
| | Lab Technician | 312.00 | 80.00 | 232.00 | 2.00 | 1.95 | 0.50 | 1.45 |
| | Lead Inventory Coordinator | 162.00 | 160.00 | 2.00 | 0.81 | 1.01 | 1.00 | 0.01 |
| | LPN/MA | 4,635.58 | 4,800.00 | (164.42) | 23.50 | 28.97 | 30.00 | (1.03) |
| | Medical Director | 148.00 | 160.00 | (12.00) | 1.00 | 0.93 | 1.00 | (0.08) |
| | Medical Records Clerk | 602.75 | 800.00 | (197.25) | 4.00 | 3.77 | 5.00 | (1.23) |
| | Medical Records Supervisor | 133.50 | 160.00 | (26.50) | 1.00 | 0.83 | 1.00 | (0.17) |
| | Mental Health Clerk | 153.75 | 160.00 | (6.25) | 1.00 | 0.96 | 1.00 | (0.04) |
| | Mental Health Midlevel (NP / PA) (PROVIDER) | 518.50 | 560.00 | (41.50) | 3.50 | 3.24 | 3.50 | (0.26) |
| | Mental Health RN | 152.75 | 160.00 | (7.25) | 0.90 | 0.95 | 1.00 | (0.05) |
| | MH Lead | 157.50 | 160.00 | (2.50) | 1.00 | 0.98 | 1.00 | (0.02) |
| | Midlevel Practitioner | 1,343.27 | 960.00 | 383.27 | 6.25 | 8.40 | 6.00 | 2.40 |
| | Nursing Assistant / PCT | 2,891.45 | 3,200.00 | (308.55) | 16.80 | 18.07 | 20.00 | (1.93) |
| | Psychiatrist (PROVIDER) | 90.00 | 160.00 | (70.00) | 1.00 | 0.56 | 1.00 | (0.44) |
| | Psychologist (CLINICIAN) | 165.50 | 480.00 | (314.50) | 0.90 | 1.03 | 3.00 | (1.97) |
| | Psychology Associate (CLINICIAN) | 561.97 | 1,280.00 | (718.03) | 4.00 | 3.51 | 8.00 | (4.49) |
| | Release / Discharge Planner | 110.00 | 160.00 | (50.00) | 1.00 | 0.69 | 1.00 | (0.31) |
| | RN | 5,340.62 | 5,760.00 | (419.38) | 29.15 | 33.38 | 36.00 | (2.62) |
| | Staff Physician | 181.50 | 320.00 | (138.50) | 1.25 | 1.13 | 2.00 | (0.87) |
| | X-Ray Technician | 184.00 | 160.00 | 24.00 | 1.00 | 1.15 | 1.00 | 0.15 |
| **Florence Complex - Total** | | **21,890.23** | **24,320.00** | **(2,429.77)** | **127.96** | **136.81** | **152.00** | **(15.19)** |

| Lewis Complex | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Administrative Assistant | 273.00 | 320.00 | (47.00) | 3.00 | 1.71 | 2.00 | (0.29) |
| | Assistant Director of Nursing | 763.25 | 960.00 | (196.75) | 4.00 | 4.77 | 6.00 | (1.23) |
| | Assistant Facility Health Administrator | 93.50 | 160.00 | (66.50) | - | 0.58 | 1.00 | (0.42) |
| | Behavioral Health Tech | 607.75 | 640.00 | (32.25) | 4.00 | 3.80 | 4.00 | (0.20) |
| | Clinical Coordinator | 353.75 | 160.00 | 193.75 | 2.00 | 2.21 | 1.00 | 1.21 |
| | Dental Assistant | 918.25 | 960.00 | (41.75) | 6.75 | 5.74 | 6.00 | (0.26) |
| | Dental Director | 194.50 | 160.00 | 34.50 | 1.00 | 1.22 | 1.00 | 0.22 |
| | Dentist | 436.50 | 480.00 | (43.50) | 2.75 | 2.73 | 3.00 | (0.27) |
| | Director of Nursing | 260.50 | 160.00 | 100.50 | 1.00 | 1.63 | 1.00 | 0.63 |
| | Facility Health Administrator | - | 160.00 | (160.00) | 1.00 | - | 1.00 | (1.00) |
| | Healthcare Delivery Facilitator | 188.25 | 160.00 | 28.25 | 1.00 | 1.18 | 1.00 | 0.18 |
| | Inventory Coordinator | 772.50 | 640.00 | 132.50 | 6.00 | 4.83 | 4.00 | 0.83 |
| | Lead Inventory Coordinator | 117.75 | 160.00 | (42.25) | 1.00 | 0.74 | 1.00 | (0.26) |
| | LPN/MA | 5,398.98 | 5,440.00 | (41.02) | 27.30 | 33.74 | 34.00 | (0.26) |
| | Medical Director | 130.50 | 160.00 | (29.50) | 1.00 | 0.82 | 1.00 | (0.18) |
| | Medical Records Clerk | 498.75 | 480.00 | 18.75 | 4.00 | 3.12 | 3.00 | 0.12 |
| | Medical Records Supervisor | 180.25 | 160.00 | 20.25 | 1.00 | 1.13 | 1.00 | 0.13 |
| | Mental Health Clerk | 176.25 | 160.00 | 16.25 | 1.00 | 1.10 | 1.00 | 0.10 |
| | Mental Health Midlevel (NP / PA) (PROVIDER) | 553.50 | 560.00 | (6.50) | 2.75 | 3.46 | 3.50 | (0.04) |
| | Mental Health RN | 339.75 | 320.00 | 19.75 | 1.00 | 2.12 | 2.00 | 0.12 |
| | MH Lead | - | 160.00 | (160.00) | - | - | 1.00 | (1.00) |
| | Midlevel Practitioner | 1,058.25 | 960.00 | 98.25 | 7.50 | 6.61 | 6.00 | 0.61 |
| | Nursing Assistant / PCT | 2,283.75 | 2,240.00 | 43.75 | 12.60 | 14.27 | 14.00 | 0.27 |
| | Psychiatrist (PROVIDER) | 116.00 | 160.00 | (44.00) | 1.00 | 0.73 | 1.00 | (0.28) |
| | Psychologist (CLINICIAN) | 281.00 | 480.00 | (199.00) | 2.00 | 1.76 | 3.00 | (1.24) |
| | Psychology Associate (CLINICIAN) | 1,512.25 | 1,920.00 | (407.75) | 10.75 | 9.45 | 12.00 | (2.55) |
| | Release / Discharge Planner | 172.75 | 160.00 | 12.75 | 1.00 | 1.08 | 1.00 | 0.08 |
| | RN | 4,631.28 | 4,800.00 | (168.72) | 25.50 | 28.95 | 30.00 | (1.05) |
| | Scheduler | 214.00 | 240.00 | (26.00) | 1.50 | 1.34 | 1.50 | (0.16) |
| | Staff Physician | 139.75 | 320.00 | (180.25) | - | 0.87 | 2.00 | (1.13) |
| | X-Ray Technician | 184.00 | 160.00 | 24.00 | 1.00 | 1.15 | 1.00 | 0.15 |
| **Lewis Complex - Total** | | **22,850.52** | **24,000.00** | **(1,149.48)** | **134.40** | **142.82** | **150.00** | **(7.18)** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. SHINN, USDC CV12-00601

ADCRRM0001663

| Perryville Complex | Administrative Assistant | 273.00 | 320.00 | (47.00) | 1.00 | 1.71 | 2.00 | (0.29) |
|---|---|---|---|---|---|---|---|---|
| | Assistant Director of Nursing | 800.00 | 960.00 | (160.00) | 5.00 | 5.00 | 6.00 | (1.00) |
| | Assistant Facility Health Administrator | 191.50 | 160.00 | 31.50 | 1.00 | 1.20 | 1.00 | 0.20 |
| | Behavioral Health Tech | 567.25 | 480.00 | 87.25 | 3.00 | 3.55 | 3.00 | 0.55 |
| | Clinical Coordinator | 185.75 | 160.00 | 25.75 | 1.00 | 1.16 | 1.00 | 0.16 |
| | Dental Assistant | 951.50 | 960.00 | (8.50) | 8.00 | 5.95 | 6.00 | (0.05) |
| | Dental Director | 188.00 | 160.00 | 28.00 | 1.00 | 1.18 | 1.00 | 0.18 |
| | Dentist | 494.75 | 640.00 | (145.25) | 3.00 | 3.09 | 4.00 | (0.91) |
| | Director of Nursing | 197.25 | 160.00 | 37.25 | 1.00 | 1.23 | 1.00 | 0.23 |
| | Facility Health Administrator | 173.75 | 160.00 | 13.75 | 1.00 | 1.09 | 1.00 | 0.09 |
| | Healthcare Delivery Facilitator | 160.00 | 160.00 | - | 1.00 | 1.00 | 1.00 | - |
| | Inventory Coordinator | 387.75 | 320.00 | 67.75 | 3.00 | 2.42 | 2.00 | 0.42 |
| | Lab Technician | 354.75 | 80.00 | 274.75 | 2.00 | 2.22 | 0.50 | 1.72 |
| | Lead Inventory Coordinator | 143.27 | 160.00 | (16.73) | 1.00 | 0.90 | 1.00 | (0.10) |
| | LPN/MA | 3,709.25 | 3,840.00 | (130.75) | 19.50 | 23.18 | 24.00 | (0.82) |
| | Medical Director | 99.25 | 128.00 | (28.75) | 1.00 | 0.62 | 0.80 | (0.18) |
| | Medical Records Clerk | 626.50 | 640.00 | (13.50) | 4.00 | 3.92 | 4.00 | (0.08) |
| | Medical Records Supervisor | 204.75 | 160.00 | 44.75 | 1.00 | 1.28 | 1.00 | 0.28 |
| | Mental Health Clerk | 176.75 | 160.00 | 16.75 | 1.00 | 1.10 | 1.00 | 0.10 |
| | Mental Health Midlevel (NP / PA) (PROVIDER) | 517.75 | 560.00 | (42.25) | 4.20 | 3.24 | 3.50 | (0.26) |
| | Mental Health RN | 824.50 | 832.00 | (7.50) | 3.80 | 5.15 | 5.20 | (0.05) |
| | MH Lead | 201.25 | 160.00 | 41.25 | 1.00 | 1.26 | 1.00 | 0.26 |
| | Midlevel Practitioner | 1,034.50 | 800.00 | 234.50 | 6.00 | 6.47 | 5.00 | 1.47 |
| | Nursing Assistant / PCT | 2,066.42 | 2,240.00 | (173.58) | 12.20 | 12.92 | 14.00 | (1.08) |
| | Psychiatrist (PROVIDER) | 213.00 | 160.00 | 53.00 | 1.00 | 1.33 | 1.00 | 0.33 |
| | Psychologist (CLINICIAN) | 127.25 | 320.00 | (192.75) | 1.75 | 0.80 | 2.00 | (1.20) |
| | Psychology Associate (CLINICIAN) | 1,251.00 | 1,600.00 | (349.00) | 9.00 | 7.82 | 10.00 | (2.18) |
| | Release / Discharge Planner | 166.50 | 160.00 | 6.50 | 1.00 | 1.04 | 1.00 | 0.04 |
| | RN | 4,367.75 | 4,800.00 | (432.25) | 24.60 | 27.30 | 30.00 | (2.70) |
| | Scheduler | 180.00 | 160.00 | 20.00 | 1.00 | 1.13 | 1.00 | 0.13 |
| | Staff Physician | 234.25 | 192.00 | 42.25 | 1.50 | 1.46 | 1.20 | 0.26 |
| | X-Ray Technician | 184.00 | 80.00 | 104.00 | 1.00 | 1.15 | 0.50 | 0.65 |
| **Perryville Complex - Total** | | **21,253.18** | **21,872.00** | **(618.82)** | **126.55** | **132.83** | **136.70** | **(3.87)** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. SHINN, USDC CV12-00601

ADCRRM0001664

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Phoenix Complex | Administrative Assistant | 183.50 | 160.00 | 23.50 | 2.00 | 1.15 | 1.00 | 0.15 |
| | Assistant Director of Nursing | 228.50 | 480.00 | (251.50) | 1.00 | 1.43 | 3.00 | (1.57) |
| | Behavioral Health Tech | 705.50 | 800.00 | (94.50) | 5.88 | 4.41 | 5.00 | (0.59) |
| | Clinical Director (Ph.D) | 142.25 | 160.00 | (17.75) | 1.00 | 0.89 | 1.00 | (0.11) |
| | Dental Assistant | 468.25 | 480.00 | (11.75) | 2.00 | 2.93 | 3.00 | (0.07) |
| | Dental Director | 168.00 | 160.00 | 8.00 | 1.00 | 1.05 | 1.00 | 0.05 |
| | Director of Nursing | 175.00 | 160.00 | 15.00 | 1.00 | 1.09 | 1.00 | 0.09 |
| | Facility Health Administrator | 181.50 | 160.00 | 21.50 | 1.00 | 1.13 | 1.00 | 0.13 |
| | Healthcare Delivery Facilitator | 180.50 | 160.00 | 20.50 | 1.00 | 1.13 | 1.00 | 0.13 |
| | Inventory Coordinator | 172.00 | 160.00 | 12.00 | 1.00 | 1.08 | 1.00 | 0.08 |
| | Lab Technician | 144.50 | 80.00 | 64.50 | 1.00 | 0.90 | 0.50 | 0.40 |
| | Lead Inventory Coordinator | 201.00 | 160.00 | 41.00 | 1.00 | 1.26 | 1.00 | 0.26 |
| | LPN/MA | 755.25 | 480.00 | 275.25 | 3.00 | 4.72 | 3.00 | 1.72 |
| | Medical Director | 183.75 | 160.00 | 23.75 | 1.00 | 1.15 | 1.00 | 0.15 |
| | Medical Records Clerk | 551.75 | 480.00 | 71.75 | 4.00 | 3.45 | 3.00 | 0.45 |
| | Medical Records Supervisor | 74.25 | 160.00 | (85.75) | 1.00 | 0.46 | 1.00 | (0.54) |
| | Mental Health Midlevel (NP / PA) (PROVIDER) | 491.00 | 560.00 | (69.00) | 3.50 | 3.07 | 3.50 | (0.43) |
| | Mental Health RN | 2,370.75 | 2,528.00 | (157.25) | 8.10 | 14.82 | 15.80 | (0.98) |
| | MH RN Charge | 159.00 | 160.00 | (1.00) | 1.00 | 0.99 | 1.00 | (0.01) |
| | Midlevel Practitioner | 700.00 | 640.00 | 60.00 | 5.00 | 4.38 | 4.00 | 0.38 |
| | Nursing Assistant / PCT | 423.25 | 920.00 | (496.75) | 4.00 | 2.65 | 5.75 | (3.10) |
| | Psychiatrist (PROVIDER) | 164.50 | 160.00 | 4.50 | 1.00 | 1.03 | 1.00 | 0.03 |
| | Psychologist (CLINICIAN) | 438.75 | 640.00 | (201.25) | 3.50 | 2.74 | 4.00 | (1.26) |
| | Psychology Associate (CLINICIAN) | 1,721.50 | 1,760.00 | (38.50) | 11.00 | 10.76 | 11.00 | (0.24) |
| | RN | 1,660.53 | 1,920.00 | (259.47) | 11.40 | 10.38 | 12.00 | (1.62) |
| | Scheduler | 92.00 | 80.00 | 12.00 | - | 0.58 | 0.50 | 0.08 |
| | Staff Physician | 166.25 | 160.00 | 6.25 | 2.00 | 1.04 | 1.00 | 0.04 |
| | X-Ray Technician | 184.00 | 160.00 | 24.00 | 1.00 | 1.15 | 1.00 | 0.15 |
| **Phoenix Complex - Total** | | **13,087.03** | **14,088.00** | **(1,000.97)** | **79.38** | **81.79** | **88.05** | **(6.26)** |
| Safford Complex | Administrative Assistant | 129.25 | 160.00 | (30.75) | 1.00 | 0.81 | 1.00 | (0.19) |
| | Assistant Director of Nursing | 373.50 | 320.00 | 53.50 | 2.00 | 2.33 | 2.00 | 0.33 |
| | Dental Assistant | 300.00 | 320.00 | (20.00) | 2.00 | 1.88 | 2.00 | (0.13) |
| | Dental Director | 106.00 | 160.00 | (54.00) | 1.00 | 0.66 | 1.00 | (0.34) |
| | Director of Nursing | 169.75 | 160.00 | 9.75 | 1.00 | 1.06 | 1.00 | 0.06 |
| | Facility Health Administrator | 127.50 | 160.00 | (32.50) | 1.00 | 0.80 | 1.00 | (0.20) |
| | Healthcare Delivery Facilitator | 176.00 | 160.00 | 16.00 | 1.00 | 1.10 | 1.00 | 0.10 |
| | Inventory Coordinator | 138.00 | 160.00 | (22.00) | 1.00 | 0.86 | 1.00 | (0.14) |
| | Lead Inventory Coordinator | 158.25 | 160.00 | (1.75) | 1.00 | 0.99 | 1.00 | (0.01) |
| | LPN/MA | 387.50 | 960.00 | (572.50) | 2.80 | 2.42 | 6.00 | (3.58) |
| | Medical Director | 113.50 | 160.00 | (46.50) | 1.00 | 0.71 | 1.00 | (0.29) |
| | Medical Records Clerk | 160.75 | 160.00 | 0.75 | 1.00 | 1.00 | 1.00 | 0.00 |
| | Medical Records Supervisor | 170.00 | 160.00 | 10.00 | 1.00 | 1.06 | 1.00 | 0.06 |
| | Midlevel Practitioner | 354.00 | 160.00 | 194.00 | 2.00 | 2.21 | 1.00 | 1.21 |
| | Nursing Assistant / PCT | 685.25 | 640.00 | 45.25 | 3.75 | 4.28 | 4.00 | 0.28 |
| | Psychology Associate (CLINICIAN) | 172.00 | 160.00 | 12.00 | 1.00 | 1.08 | 1.00 | 0.08 |
| | RN | 2,706.75 | 1,280.00 | 1,426.75 | 11.90 | 16.92 | 8.00 | 8.92 |
| | Scheduler | 127.25 | 80.00 | 47.25 | 0.75 | 0.80 | 0.50 | 0.30 |
| | X-Ray Technician | 46.00 | 40.00 | 6.00 | 0.25 | 0.29 | 0.25 | 0.04 |
| **Safford Complex - Total** | | **6,601.25** | **5,560.00** | **1,041.25** | **36.45** | **41.26** | **34.75** | **6.51** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. SHINN, USDC CV12-00601

ADCRRM0001665

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tucson Complex | Administrative Assistant | 665.00 | 320.00 | 345.00 | 4.00 | 4.16 | 2.00 | 2.16 |
| | Assistant Director of Nursing | 1,126.25 | 1,280.00 | (153.75) | 5.50 | 7.04 | 8.00 | (0.96) |
| | Assistant Facility Health Administrator | 183.50 | 160.00 | 23.50 | 1.00 | 1.15 | 1.00 | 0.15 |
| | Behavioral Health Tech | 1,015.85 | 960.00 | 55.85 | 5.00 | 6.35 | 6.00 | 0.35 |
| | Clinical Coordinator | 151.33 | 160.00 | (8.67) | 1.00 | 0.95 | 1.00 | (0.05) |
| | Dental Assistant | 806.75 | 960.00 | (153.25) | 6.20 | 5.04 | 6.00 | (0.96) |
| | Dental Director | 161.25 | 160.00 | 1.25 | 1.00 | 1.01 | 1.00 | 0.01 |
| | Dentist | 409.75 | 480.00 | (70.25) | 3.00 | 2.56 | 3.00 | (0.44) |
| | Director of Nursing | 147.00 | 160.00 | (13.00) | 1.00 | 0.92 | 1.00 | (0.08) |
| | Facility Health Administrator | 200.50 | 160.00 | 40.50 | 1.00 | 1.25 | 1.00 | 0.25 |
| | Healthcare Delivery Facilitator | 142.55 | 160.00 | (17.45) | 1.00 | 0.89 | 1.00 | (0.11) |
| | Inventory Coordinator | 600.50 | 480.00 | 120.50 | 5.00 | 3.75 | 3.00 | 0.75 |
| | Lab Technician | 289.75 | 320.00 | (30.25) | 2.00 | 1.81 | 2.00 | (0.19) |
| | Lead Inventory Coordinator | 88.75 | 160.00 | (71.25) | 1.00 | 0.55 | 1.00 | (0.45) |
| | LPN/MA | 6,353.20 | 6,400.00 | (46.80) | 33.40 | 39.71 | 40.00 | (0.29) |
| | Medical Director | 341.00 | 160.00 | 181.00 | 1.00 | 2.13 | 1.00 | 1.13 |
| | Medical Records Clerk | 1,308.00 | 960.00 | 348.00 | 9.00 | 8.18 | 6.00 | 2.18 |
| | Medical Records Supervisor | 172.25 | 160.00 | 12.25 | 1.00 | 1.08 | 1.00 | 0.08 |
| | Mental Health Clerk | 170.50 | 160.00 | 10.50 | 1.00 | 1.07 | 1.00 | 0.07 |
| | Mental Health Midlevel (NP / PA) (PROVIDER) | 722.50 | 560.00 | 162.50 | 4.00 | 4.52 | 3.50 | 1.02 |
| | Mental Health RN | 296.25 | 320.00 | (23.75) | 2.00 | 1.85 | 2.00 | (0.15) |
| | MH Lead | 135.00 | 160.00 | (25.00) | 1.00 | 0.84 | 1.00 | (0.16) |
| | Midlevel Practitioner | 1,201.75 | 1,280.00 | (78.25) | 8.00 | 7.51 | 8.00 | (0.49) |
| | Nursing Assistant / PCT | 2,770.25 | 3,040.00 | (269.75) | 17.30 | 17.31 | 19.00 | (1.69) |
| | Psychiatrist (PROVIDER) | 104.75 | 160.00 | (55.25) | 2.00 | 0.65 | 1.00 | (0.35) |
| | Psychologist (CLINICIAN) | 205.50 | 640.00 | (434.50) | 2.00 | 1.28 | 4.00 | (2.72) |
| | Psychology Associate (CLINICIAN) | 2,149.00 | 2,240.00 | (91.00) | 14.00 | 13.43 | 14.00 | (0.57) |
| | Release / Discharge Planner | 311.00 | 320.00 | (9.00) | 2.00 | 1.94 | 2.00 | (0.06) |
| | RN | 5,779.50 | 5,760.00 | 19.50 | 25.30 | 36.12 | 36.00 | 0.12 |
| | Scheduler | 345.00 | 160.00 | 185.00 | 2.00 | 2.16 | 1.00 | 1.16 |
| | Staff Physician | 90.00 | 320.00 | (230.00) | 1.75 | 0.56 | 2.00 | (1.44) |
| | X-Ray Technician | 184.00 | 160.00 | 24.00 | 1.00 | 1.15 | 1.00 | 0.15 |
| **Tucson Complex - Total** | | **28,628.18** | **28,880.00** | **(251.82)** | **165.45** | **178.93** | **180.50** | **(1.57)** |
| Winslow Complex | Administrative Assistant | 128.00 | 160.00 | (32.00) | 1.00 | 0.80 | 1.00 | (0.20) |
| | Assistant Director of Nursing | 233.75 | 320.00 | (86.25) | 2.00 | 1.46 | 2.00 | (0.54) |
| | Dental Assistant | 302.00 | 320.00 | (18.00) | 2.00 | 1.89 | 2.00 | (0.11) |
| | Dental Director | 107.50 | 160.00 | (52.50) | 1.00 | 0.67 | 1.00 | (0.33) |
| | Director of Nursing | 202.95 | 160.00 | 42.95 | 1.00 | 1.27 | 1.00 | 0.27 |
| | Facility Health Administrator | 132.75 | 160.00 | (27.25) | 1.00 | 0.83 | 1.00 | (0.17) |
| | Healthcare Delivery Facilitator | 96.50 | 160.00 | (63.50) | 1.00 | 0.60 | 1.00 | (0.40) |
| | Inventory Coordinator | 159.75 | 160.00 | (0.25) | 1.00 | 1.00 | 1.00 | (0.00) |
| | Lead Inventory Coordinator | 120.75 | 160.00 | (39.25) | 1.00 | 0.75 | 1.00 | (0.25) |
| | LPN/MA | 240.25 | 640.00 | (399.75) | 1.00 | 1.50 | 4.00 | (2.50) |
| | Medical Director | 136.12 | 160.00 | (23.88) | 1.00 | 0.85 | 1.00 | (0.15) |
| | Medical Records Clerk | 135.25 | 160.00 | (24.75) | 1.00 | 0.85 | 1.00 | (0.15) |
| | Medical Records Supervisor | 179.75 | 160.00 | 19.75 | 1.00 | 1.12 | 1.00 | 0.12 |
| | Midlevel Practitioner | 450.50 | 320.00 | 130.50 | 1.00 | 2.82 | 2.00 | 0.82 |
| | Nursing Assistant / PCT | 803.93 | 480.00 | 323.93 | 5.80 | 5.02 | 3.00 | 2.02 |
| | Psychology Associate (CLINICIAN) | 107.75 | 160.00 | (52.25) | 1.00 | 0.67 | 1.00 | (0.33) |
| | RN | 2,367.82 | 960.00 | 1,407.82 | 12.90 | 14.80 | 6.00 | 8.80 |
| | Scheduler | 185.00 | 80.00 | 105.00 | - | 1.16 | 0.50 | 0.66 |
| | X-Ray Technician | 92.00 | 80.00 | 12.00 | 0.50 | 0.58 | 0.50 | 0.08 |
| **Winslow Complex - Total** | | **6,182.32** | **4,960.00** | **1,222.32** | **36.20** | **38.64** | **31.00** | **7.64** |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. SHINN, USDC CV12-00601

ADCRRM0001666

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Yuma Complex | Administrative Assistant | 311.25 | 320.00 | (8.75) | 2.00 | 1.95 | 2.00 | (0.05) |
| | Assistant Director of Nursing | 705.55 | 800.00 | (94.45) | 5.00 | 4.41 | 5.00 | (0.59) |
| | Assistant Facility Health Administrator | 224.13 | 160.00 | 64.13 | 1.00 | 1.40 | 1.00 | 0.40 |
| | Behavioral Health Tech | 211.75 | 480.00 | (268.25) | 2.00 | 1.32 | 3.00 | (1.68) |
| | Clinical Coordinator | 162.75 | 160.00 | 2.75 | 1.00 | 1.02 | 1.00 | 0.02 |
| | Dental Assistant | 595.00 | 640.00 | (45.00) | 5.00 | 3.72 | 4.00 | (0.28) |
| | Dental Director | 142.00 | 160.00 | (18.00) | 1.00 | 0.89 | 1.00 | (0.11) |
| | Dentist | 308.25 | 320.00 | (11.75) | 1.00 | 1.93 | 2.00 | (0.07) |
| | Director of Nursing | 188.50 | 160.00 | 28.50 | 1.00 | 1.18 | 1.00 | 0.18 |
| | Facility Health Administrator | 259.33 | 160.00 | 99.33 | 1.00 | 1.62 | 1.00 | 0.62 |
| | Healthcare Delivery Facilitator | 166.50 | 160.00 | 6.50 | 1.00 | 1.04 | 1.00 | 0.04 |
| | Inventory Coordinator | 255.28 | 320.00 | (64.72) | 2.00 | 1.60 | 2.00 | (0.40) |
| | Lab Technician | 293.00 | 320.00 | (27.00) | 2.00 | 1.83 | 2.00 | (0.17) |
| | Lead Inventory Coordinator | 148.00 | 160.00 | (12.00) | 1.00 | 0.93 | 1.00 | (0.08) |
| | LPN/MA | 1,885.52 | 1,600.00 | 285.52 | 13.00 | 11.78 | 10.00 | 1.78 |
| | Medical Director | 381.00 | 160.00 | 221.00 | 1.00 | 2.38 | 1.00 | 1.38 |
| | Medical Records Clerk | 532.00 | 480.00 | 52.00 | 4.00 | 3.33 | 3.00 | 0.33 |
| | Medical Records Supervisor | 169.25 | 160.00 | 9.25 | 1.00 | 1.06 | 1.00 | 0.06 |
| | Mental Health Clerk | 167.75 | 160.00 | 7.75 | 1.00 | 1.05 | 1.00 | 0.05 |
| | Mental Health Midlevel (NP / PA) (PROVIDER) | 476.50 | 480.00 | (3.50) | 3.00 | 2.98 | 3.00 | (0.02) |
| | Mental Health RN | 227.97 | 160.00 | 67.97 | 1.00 | 1.42 | 1.00 | 0.42 |
| | MH Lead | 176.75 | 160.00 | 16.75 | 1.00 | 1.10 | 1.00 | 0.10 |
| | Midlevel Practitioner | 978.00 | 640.00 | 338.00 | 4.90 | 6.11 | 4.00 | 2.11 |
| | Nursing Assistant / PCT | 2,555.62 | 960.00 | 1,595.62 | 14.75 | 15.97 | 6.00 | 9.97 |
| | Psychiatrist (PROVIDER) | 245.25 | 160.00 | 85.25 | - | 1.53 | 1.00 | 0.53 |
| | Psychologist (CLINICIAN) | - | 160.00 | (160.00) | - | - | 1.00 | (1.00) |
| | Psychology Associate (CLINICIAN) | 1,292.03 | 1,440.00 | (147.97) | 8.50 | 8.08 | 9.00 | (0.92) |
| | Release / Discharge Planner | 113.75 | 160.00 | (46.25) | 1.00 | 0.71 | 1.00 | (0.29) |
| | RN | 3,142.28 | 2,240.00 | 902.28 | 20.30 | 19.64 | 14.00 | 5.64 |
| | Scheduler | 155.75 | 80.00 | 75.75 | 1.00 | 0.97 | 0.50 | 0.47 |
| | Staff Physician | 161.23 | 160.00 | 1.23 | 0.80 | 1.01 | 1.00 | 0.01 |
| | X-Ray Technician | 184.00 | 160.00 | 24.00 | 1.00 | 1.15 | 1.00 | 0.15 |
| **Yuma Complex - Total** | | **16,815.95** | **13,840.00** | **2,975.95** | **103.25** | **105.10** | **86.50** | **18.60** |
| **Overall - Total** | | **168,449.50** | **168,440.00** | **(9.50)** | **986.24** | **1,052.81** | **1,052.75** | **0.06** |

| | |
|---|---|
| **Actual FTE Variance:** | **0.06** |
| **Actual Negative Variance:** | **(98.85)** |

*Notes:*

*a. Actual FTE Variance: difference between total Worked FTE and Contract FTE*

*b. Worked FTE: total hours worked divided by fulltime equivalent hours (i.e. 20 hours worked in one week / 40 scheduled hours for a fulltime employee = 0.5 FTE)*

*c. Actual Negative Variance: sum of total vacant FTE by facility (excludes FTE hired over contract requirements)*

*d. Payroll hours exclude unproductive time. Payroll data is closed but may not include corrected hours*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. SHINN, USDC CV12-00601

# EXHIBIT 5

**CORRECTIONS1** ⟩

Topics  ›  Coronavirus (COVID-19)

# Who CARES? Crafting a response to COVID-19 in corrections

**Unspent CARES Act dollars represent a once-in-a-generation opportunity to address a persistent gap in corrections capacity: onsite medical facilities**

Oct 28, 2020

---

By Tim Stephens and Keith Neely

Too often corrections administrators are incurring large, unplanned additional security costs to provide basic healthcare for lack of simple onsite capacity. Social distancing behind bars is difficult, and the number of elderly (and sicker) inmates has risen dramatically: 400% between 1993 and 2013. [1]

In early September, the U.S. Treasury issued updated guidance on "COVID-19-related expenses of maintaining state prisons and county jails." The notice stated costs related to the "improvement of social distancing measures [and] ... compliance with COVID-19 public health precautions" were allowable. This extended the original guidance on the "building of construction of temporary structures ... and surge capacity" in Public Law 116-139, Title I (the CARES Act). [2]



There are significant differences between the numbers of people being tested in different corrections settings. (AP Photo/Chris Carlson)

## COVID'S IMPACT ON CORRECTIONS

Correctional facilities have been hit hard by COVID-19. Inmates and corrections officers have died from the coronavirus, and corrections outbreaks have sustained community transmission. In some states, more than 35% of the inmate population has been infected, and there are many states where the number is more than 15%.

By the middle of September, more than 125,000 people had tested positive with the number increasing by 4% per week. Infections in corrections mirror those in the general population: spiking in April, slowing in June and peaking again in August. There have been large case increases in recent weeks in Florida, California, Arkansas, Oklahoma and the federal prisons.

Corrections began to feel the impact of COVID about mid-March 2020; the first case of novel coronavirus 2019 (COVID-19) was diagnosed at Riker's Island in New York City. According to a report from the JAMA Network, "Within 2 weeks, more than 200 cases were diagnosed within the facility, despite efforts to curb the spread." [3] By mid-March, Cook County, Illinois faced similar conditions with about 350 incarcerated persons and staff members testing positive, and on April 19, 2020, the first inmate in the California Department of Corrections system died from COVID.

## NO NATIONAL MANDATE FOR TESTING

There are significant differences between the numbers of people being tested in different corrections settings, and there is no systematic or national mandate for testing corrections workers who move in and out of the jails and prisons on a daily basis. The pattern of whether the disease is moving from

the community to corrections with workers, or is being spread by new inmates is hard to establish. What is clear is that the swiftness and intensity of the spread stretched available medical resources and showed gaps in the ability to isolate sick and infectious populations. Basic medical facilities and quarantine capacity can help stop the spread.

Prior viral epidemics have wrought havoc in carceral settings. An account from San Quentin prison detailing the 1918 Spanish Influenza estimated that half of the inmates contracted the disease during the first wave of the epidemic; sick calls increased from 150 to 700 daily. Contrary to protocol, most of the ill were kept in the general prison population because the hospital ward was full. San Quentin has seen more than 25 deaths during the COVID outbreak. [4]

**EARLY RELEASE, BAIL WAIVERS**

Corrections officials in some states have implemented early release, bail waivers and other non-custodial programs for non-violent offenders. At present, jails and prisons are still too crowded to contain the outbreak. In Montana where the inability to transfer offenders has exacerbated outbreaks in jails where COVID-infected inmates were crowded together and further. [5] The inability to adhere to containment measures has put not just incarcerated persons, but staff and the wider community in danger.

COVID is not the only disease of concern; HIV, tuberculosis and measles all have been linked to the back and forth movement of the population between corrections and community. The movement of HIV in and out of jails and prisons in the United States has long been recognized as sustaining and extending the cycle of infection. The rate of infection among the incarcerated is more than five times that in the general population. Lack of testing, as well as lack of community treatment options for recently released inmates, compounded the outbreak from the 1990s until recently. [6]

**INMATE RIGHTS TO HEALTHCARE**

Inmates have a constitutional right to healthcare that meets community standards. The Eighth Amendment to the United States Constitution require corrections officials to provide prisoners with "reasonably adequate" medical care. Courts have defined adequate medical care as "services at a level reasonably commensurate with modern medical science and of a quality acceptable within prudent professional standards," and at "a level of health services reasonably designed to meet routine and emergency medical, dental and psychological or psychiatric care. [7]

Correctional administrators must adhere to best practices to avoid Eighth Amendment violations. The American Bar Association recommends that correctional authorities screen each prisoner as soon as possible upon the prisoner's admission to a correctional facility to identify the prisoner's immediate potential security risks, including vulnerability to physical or sexual abuse, and should closely supervise prisoners until screening and follow-up measures are conducted. [8] During this COVID era, screening can best be done in an intake setting designed for this purpose. The good news for correctional administrators is that CARES Act dollars can fully fund this.

As the COVID-19 virus continues to circulate and grow in a majority of the states, we can expect it to be a continued threat to inmates, corrections officers and the wider community as it circulates into

and out of jails and prisons. We need the "all of community" effort envisaged in the CARES Act to be applied and used to help halt COVID-19 transmission in corrections.

Data cited from numerous sources including:

- https://covidprisondata.com

- https://marshallproject.org

- https://www.prisonpolicy.org

**References**

1. Maruschak LM, Berzofsky M, Unangst J. Medical problems of state and federal prisoners and jail inmates, 2011-12.

2. Pub. Law 116-139, Title I.

3. JAMA Network, April 20, 2020.

4. Rong-Gion Lin II, Christensen K. San Quentin's coronavirus outbreak shows why 'herd immunity' could mean disaster. Los Angeles Times, August 11, 2020.

5. Efforts to Keep Virus Out of Prisons Fuel Outbreaks in Jails. U.S.News and World Report, September 26, 2020. Accessed at.

6. HIV Among Incarcerated Populations in the United States. The BodyPro, February 12, 2018.

7. Manville D. Prison Litigation News.

8. American Bar Association. General Principles, 23-2.1 Intake Screening.

---

**About the authors**

*Tim Stephens, MA, is the CEO of SafeJail, a partnership of public health, facility designers, engineers and corrections experts focused on making jails safe. Tim has spent more than 30 years in developing population health innovations and public health preparedness programs. For 10 years he served as the Public Health Advisor to the National Sheriffs Association. In that role, he was the principal founder of the Emergency Services Coalition for Medical Preparedness, the combined efforts of 23 national associations to protect first responders. He served as the Director of Preparedness for the Association of State and Territorial Health Officials immediately after 9/11, and later the CEO for the largest healthcare coalition in the nation. Contact him at tstephens@safejail.com.*

Keith Neely, CJM, serves as a correctional consultant for SafeJails. He is a highly experienced corrections executive with a proven ability to lead corrections professionals in the largest, fully accredited public safety agency in the United States with over 5,500 employees. Keith possesses 30-plus years of hands-on experience in correctional administration and management, security operations and investigation techniques. Keith oversaw the successful process for the Broward Sheriff's Office, Department of Detention to maintain accreditation recognition from the American Correctional Association (ACA), Florida Corrections Accreditation Commission (FCAC), and the National Commission on Correctional Health Care (NCCHC). He served as a Commissioner for the FCAC from 2010–2016, and chaired the Nominating and Standards Review & Interpretation Committees.

Tags   >   Coronavirus (COVID-19)   •   Correctional Healthcare   •   Corrections Policies   •   Grants

## RECOMMENDED FOR YOU



Fla. COs, inmates start to receive COVID-19 vaccines

Advocates: Prisons need better vaccine education for inmates

Data: Less than 20% federal prisoners ha



## CORRECTIONS1 TOP 5

**1**   15 prison tattoos and their meanings

**2**   Video: Inmate holding detention officer hostage is shot by police

**3**   Deputy stabbed to death at Ga. jail; another deputy hurt

**4**   7 Texas officers fired following death of Black jail inmate

**5**   12 Russian prison tattoos and their meanings

MORE CORRECTIONS1 ARTICLES   >

Copyright © 2021 Corrections1. All rights reserved.

# EXHIBIT 6

Arizona Department of Corrections, Rehabilitation & Reentry
Parsons v. Ryan Legal Costs
As of March 11, 2021

| Current Expenditures | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General | - | 26,792.33 | 11,753.02 | 14,773.17 | 137,068.05 | 229,567.97 | 97,050.00 | - | - | - | 517,004.54 | 463,686.02 |
| Outside Counsel | 79,838.36 | 1,283,750.62 | 2,499,599.31 | 1,421,535.59 | 472,948.37 | 791,100.23 | 1,089,513.04 | 892,994.25 | 1,098,139.50 | 440,451.08 | 10,069,870.35 | 4,785,146.47 |
| Plaintiffs Fees (Post Settlement) | - | - | - | 217,124.00 | 237,329.96 | 255,809.01 | 252,094.02 | 308,446.61 | 250,000.00 | - | 1,520,803.60 | 1,303,679.60 |
| Settlement Plaintiffs Attorney Fees & Costs | - | - | - | 4,900,000.00 | - | - | - | - | 1,719,342.49 | 1,576,579.75 | 8,195,922.24 | 3,295,922.24 |
| Expert Witnesses | - | 79,280.67 | 522,760.65 | 336,876.20 | - | - | 47,162.50 | 167,103.38 | 161,949.00 | 16,000.00 | 1,331,132.40 | 392,214.88 |
| Court Ordered Staffing Study | - | - | - | - | - | - | - | - | - | - | - | |
| **Total** | 79,838.36 | 1,389,823.62 | 3,034,112.98 | 6,890,308.96 | 847,346.38 | 1,276,477.21 | 1,485,819.56 | 1,368,544.24 | 3,229,430.99 | 2,033,030.83 | 21,634,733.13 | 10,240,649.21 |

| Projected Expenditures | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 [1] | FY 2017 | FY 2018 | FY 2019 [2] | FY 2020 [3] | FY 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General | - | - | - | - | - | - | - | - | - | - | - |
| Outside Counsel | - | - | - | - | - | - | - | (135,206.73) | (276,003.06) | - | (411,209.79) |
| Plaintiffs Fees (Post Settlement) | - | - | - | - | - | - | - | - | - | - | - |
| Settlement Plaintiffs Attorney Fees & Costs | - | - | - | - | - | - | - | - | (819,342.49) | - | (819,342.49) |
| Expert Witnesses | - | - | - | - | - | - | - | (98,539.79) | (161,949.00) | - | (260,488.79) |
| Court Ordered Staffing Study | - | - | - | - | - | - | - | - | - | - | - |
| **Total** | - | - | - | - | - | - | - | (233,746.52) | (1,257,294.55) | - | (1,491,041.07) |

| Total Estimated Expenditures | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 | FY 2019 | FY 2020 | FY 2021 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Attorney General | - | 26,792.33 | 11,753.02 | 14,773.17 | 137,068.05 | 229,567.97 | 97,050.00 | - | - | - | 517,004.54 |
| Outside Counsel | 79,838.36 | 1,283,750.62 | 2,499,599.31 | 1,421,535.59 | 472,948.37 | 791,100.23 | 1,089,513.04 | 757,787.52 | 822,136.44 | 440,451.08 | 9,658,660.56 |
| Plaintiffs Fees (Post Settlement) | - | - | - | 217,124.00 | 237,329.96 | 255,809.01 | 252,094.02 | 308,446.61 | 250,000.00 | - | 1,520,803.60 |
| Settlement Plaintiffs Attorney Fees & Costs | - | - | - | 4,900,000.00 | - | - | - | - | 900,000.00 | 1,576,579.75 | 7,376,579.75 |
| Expert Witnesses | - | 79,280.67 | 522,760.65 | 336,876.20 | - | - | 47,162.50 | 68,563.59 | - | 16,000.00 | 1,070,643.61 |
| Court Ordered Staffing Study | - | - | - | - | - | - | - | - | - | - | - |
| **Total** | 79,838.36 | 1,389,823.62 | 3,034,112.98 | 6,890,308.96 | 847,346.38 | 1,276,477.21 | 1,485,819.56 | 1,134,797.72 | 1,972,136.44 | 2,033,030.83 | 20,143,692.06 |

1: In FY16, $237,329.96 of the allotted $250,000 Plaintiffs fees was paid with the remaining $12,670.04 held over in a disputed billing to be resolved.
2: In FY19, - $233,746.52 still owed by Corizon, disputed payment to be resolved.
3: In FY20, - $1,257,294.55 still owed by Corizon, disputed payment to be resolved.