In the united States
District court District
of Arizona

Muhammad Curtis Smith

Victor. Parson et al

CV 12-00601-PHx-DJH

v,

Petition for emergency
David Shinn                    Injunctive and
                              Declaratory relief

Comes now, class action Plaintiff
Muhammad Curtis Smith, Petitions this
Hon Court for a emergency Injunctive
under Rule 65 of the U.S.C.S. Fed
Rules of Civ Proc for the following:

1) Plaintiff injured his back/spine
in a fall in his cell in December
of 2016,

2) within the 6 months following the
fall Plaintiff started experienceing,
urinary incontinence, difficulty ambulating
at times and severe Pain as a
result of this injury,

3) Plaintiff was seen on August 3,
2017 by NP. Weigel, it was reported
to her that Plaintiff had fallen a
min of 5 times recently since injury
and he requested a walking Cain,
depends or bed Pad's a shower Daily

1

waiver and Pain management,

4) NP. weigel failed to document
any objective notes, assessments or
diagnostic and/or treatment Plan, instead
instructed him to hold onto something
when he is standing so he does not
fall, and she denied all request and
instructed Plaintiff to wash in his
sink after accidents. see Exhibit A

5) Plaintiff wrote to class Action
Attorneys (Plaintiff attorney) and on
August 15, 2017 said attorney sent a
E-mail to State Attorney (Defendent Attorney)
about this matter and requested medical
Care for Plaintiff. See Exhibit A

6) Plaintiff was seen by Dr. R. Stewart
on September 22, 2017 and he was
told of the urinary incontinence, difficulty
ambulating, and the severe Pain, Dr. stewart
ordered a X-Ray of the spine, that
was done the same day. He also
ordered that if the X-Ray did not
show anything a MRI should be
scheduled Per his instruction's. see
Exhibit B

7) On October 3, 2017 the X-Rays
were reviewed by Dr. Stewart and
determined to show normal results and

2

No further diagnostic testing was scheduled.

8) On November 24, 2017 Plaintiff Attorney sent an E-mail to Defendents attorney requesting medical care. See Exhibit - C

9) On November 28, 2017 an urgent request for an MRI spine Lumbar (with dye) was submitted by Dr. Stewart. Two Days later, Utitization management denied request and recommended the following Attenative treatment Plan: "ATP; The medical necessity for an MRI of the spine is not documented. There is no focused neuromuscular examination (gait, reflexes, heel standing, toe standing, motor examination, sensory examination, rectal tone, reflexes) [sic]" See Exhibit D

10) On December 7, 2017 Plaintiff was seen by NP. Weigel to discuss the ATP, He told her of everything and asked for bed Pad's, a walking Cain and Pain management. Plaintiff was told no and to get out of her office, and ATP was not done.

11) Plaintiff Put in multiple HNR's

requesting diapers/pads and cain but would never get a response or items. On march 9, 2018 the letter with HNR's was sent to Plaintiff attorney and on march 26, 2018 a E-mail with HNR's was sent to Defendants. See Exhibit D.

12) On June 25, 2018 Plaintiff saw NP. Maureen Gay reguarding his back pain, urinary incontinence, etc. NP. Gay noted in the Assessment notes that Plaintiff "may" have "Possible radiculopathy, Possible Cauda equaina Syndrome, Possible spinal stenosis" also noted Plaintiff "may" have "Possible UTI, Possible stress incontinence, Possible bladder outlet dysfunction" NP. Gay ordered oxybutynin chloride 5 mg tablets for incontinence concerns, Plaintiff was told the incontinence supplies such as wipes, Pads and cain would not be ordered due to management cutting funds, but she she would order another MRI but she never submitted that request. See Exhibit E

13) Plaintiff attorney sent yet another E-mail to Defendents on August 30, 2018 requesting medical care. See Exhibit E

4.

14) Plaintiff was seen on September 10, 2018 by N.P. Kendra Avant-ortiz and given depends.

15) Plaintiff's order of depends was given to the officer by medical staff and the order was given to the wrong person, Plaintiff put in HNR on October 10, 2018 he was sent a new order. See Exhibit G.

16) Plaintiff was seen on october 26, 2018 by N.P. ortiz and informed her of his order being given to wrong person, she asked did he get more, then he was told if and when it happen just put in a HNR and he would be given new order. She then ordered Baby wipes and told Plaintiff if they did not help she would give him a order for a daily shower.

17) On march 18, 2019 Plaintiff seen N.P. ortiz and given that order for a daily shower.

18) On April 10, 2019 Plaintiff's medical supplice was given to another inmate he put in a HNR requesting supplice. See Exhibit-H

19) In June 2019 Plaintiff's medical supplices was given to the floor officer but he was told to give

it to the wrong cell, Plaintiff put in two HNR's behind this, he was sent more supplice. see Exhibit-I

20) on September 4, 2019 Plaintiff was seen by Provider for Hepatitis-c and pain in back incontinence etc... Provider felt rather then sending Plaintiff out for a MRI it would be more useful to refer him to a pain specialist or to ortho DC. On September 5, 2019 that request was Deferred with note "To SMD for review of consult" A E-mail was sent by Plaintiff Attorney to Defiendent requesting medical care on September 25, 2019. see Exhibit F

21) Some time between September and October 5, 2019 Plaintiff's medical Supplice was discontinued due to a inmate gave the supplice he was given in June 2019 by staff to medical. Plaintiff was not by medical till Dec 10, 2019 (despite him putting in HNR's on October 5th and 8th, 2019) at what time he was told by N.P. Ortiz it was not her who discontinued supplice and shower. she also stated that she told

6.

management that not only Plaintiff's but alot of medical supplice is give to the wrong people by staff all the time, But she was told she could not reorder it.

22) On October 16, 2019 a E-mail was sent by Plaintiff attorney to defendent for medical care about Plaintiff's HNR requesting medical care on depends ete from october 5th and 8th 2019 also about the consult to back specialist that was ordered on september 4, 2019 (Exhibit-F) on september 30, 2019 the request was cancelled with note: "Will cancel consult for now and order MRI of lumbar spine, will order appropriate consult pending MRI Results". On same day MRI request was submitted. See Exhibit-J

23) On October 31, 2019 Plaintiff submitted yet another HNR noting that he had still not been seen by medical staff. See Exhibit-K

24) The MRI that Dr. stewart submitted an urgent request for back on November 28, 2017 and it was denied (see Exhibit-D) and ordered

7

again september 30, 2019 (see Exhibit-J)
was done on December 23, 2019
two years and 25 days after first
ordered. The MRI showed: ① Marked
disc degeneration L3-4 and L4-5
with small central disc protrusions both
levels and mild bilat facet arthrosis,
② remodeling and sclrosis across small
poorly seen chronic bilat. Pars defects
at L5. Remodeling in mild sclerosis
bilat. L4 Pars without discrete defect. ③
L5-S1 mild bilat facet arthrosis. See
Exhibit-L.

25) On May 12, 2020 more then 5 months
after the MRI was done nothing had
been ordered for Plaintiff despite discu-
ssing his MRI results with Nurse
Brathwaite on Febuary 13, 2020 and
informing her he was still having
difficulty ambulating, sever pain
and urinary incontinence and requesting
a walking cain. See Exhibit-M

26) The consult that was ordered
back on November 4, 2019 and
denied on November 30, 2019 (see Exhibit-F)
was reordered August 2020 but
was not scheduled to take place
untill May 10, 2021. On March 3, 2021

8.

Plaintiff attorney requested for Consult to the Neuro surgent be scheduled to an earlier date. See Exhibit- N

27) On January 30, 2021 Plaintiff Submitted yet another Informal about Pain, incontinence and walking cain. In it he explained that he had fallen over 400 times and because of that he had had black eyes, split head busted lips and had not been seen by medical for that and requested bed Pads for incontinence, a walking Cain and Pain meds that works and to be sent out to a Pain specialist. See Exhibit-O

28) In their response was told he was scheduled to see a Neurosurgeon. See Exhibit-P

29) On February 24, 2021 Plaintiff Appealed that decision to the Contract Facility Health Administrator. See Exhibit-Q

30) On March 12, 2021 the CFHA responded back by saying in Part " You have been instructed to loose weight and increase exercise including stretching, and to Put in HNR to Provider requesting a cain etc...

9

and with in the month he would be
sent out to the Neurosurgery for
back Pain and lower extremity radicular
symptoms. Also that MRI results with
signs of Possible spinal cord compression."
See Exhibit-R.

31) Between march 12 and march 26,
2021 Plaintiff was seen by Neurosurgery
and was told by him he felt if he
did surgery on him it would hurt him
in the long run. Also for the Pain
and incontinence he would need to
be seen by a Pain specialist and specialist
that deals with the urinary tract.

32) on march 26, 2021 Plaintiff Put in
a HNR as told by CFHA (Exhibit-R) for
leg weakness, truble walking, suvere
back Pain and urinary incontinence. (see
g Exhibit-s

33) Plaintiff was seen by Provider for
HNR Plaintiff was asking about walking
Cain etc. he was cut off by Provider
and told she was not going to give him
anything to Just deal with it and to
stop Putting in HNR's. Plaintiff informed her
the CFHA told him to Put it in she
(Provider) became angery and started yelling
at him that the FHA does not run

10

run her or tell her what to do, then she Kicked him out of her office.

Plaintiff then Put in another informal on March 31, 2021 to date he has not got any responce. See Exhibit-T

Plaintiff Attorney has Sent Defendents no less then Eleven letters requesting medical Care for Plaintiff with in a 4 year span and Plaintiff is still sleeping on his floor in his incontinence in debilitating Pain, in a Cell that is over ran with roaches and mice, and he has fallen over 400 times.

It is for the above reasons that Plaintiff Pititions this Hon Court for a Emergency Injunction and asks this Court order the Defendents to give him incontinence Pads, Shower Wavier for a daily shower, a walking Cain, Pain managment to suit his Indurys and Send him out to a Pain specialist and for their orders to be followed.

11

# Exhibit A



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

August 15, 2017

Lucy M. Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

> RE: *Parsons v. Ryan*, 2:12-CV-00601
> Class Member in Need of Medical Care
> Curtis Smith, ADC 277964, Eyman - SMU I

Dear Ms. Rand:

I write regarding Curtis Smith, a 33-year-old class member housed at Eyman - SMU I. Mr. Smith reports that he suffered a back injury in December 2016, and that he continues to experience urinary incontinence, difficulty ambulating, and severe pain as a result of this injury. In particular, Mr. Smith reports that he has difficulty standing and walking without falling. Mr. Smith reports that his pain is so severe that he often crawls on the floor to his bed, and that he sometimes sleeps on the floor because the pain prevents him from climbing into his bed.

Mr. Smith was last seen by a provider on August 3, 2017. At that appointment, Mr. Smith reports that he informed NP Weigel that he had fallen at least five times recently. He requested a cane, diapers, shower waiver, and pain management.

None of these requests are documented in the medical record. Instead, NP Weigel documented only Mr. Smith's reports of lower back pain with pain shooting down both legs. She failed to document any objective notes, assessment, or plan. It does not appear that a diagnostic or treatment plan was (or has been) developed. NP Weigel records only that patient education included medication reconciliation and instruction for Mr. Smith to follow-up with the onsite provider as needed.[*]

Mr. Smith reports that NP Weigel denied his request for a cane, notwithstanding his numerous falls, and instead instructed him to hold onto something when he is standing so he does not fall. She reportedly denied his requests for diapers and a shower waiver, and instead instructed him to use his cell sink to wash after accidents. She also reportedly denied his request for an adjustment to his pain management.

---

[*] We have received multiple reports that there is no provider assigned to SMU I at this time.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Lucy M. Rand, Assistant Attorney General
Re: Curtis Smith, ADC 277964
August 15, 2017
Page 2

We request that Mr. Smith immediately be evaluated by a provider and that a comprehensive treatment plan be developed. We also request that Mr. Smith be issued any necessary assistive devices, including diapers and a cane.

We note that Mr. Smith also reports that he was told that if he is to initiate an Incident Command Response (ICS), he will be put in a strapped cell, which presumably is a suicide watch cell. We therefore request that Mr. Smith be told that he will not be retaliated against for requesting medical care when needed, and that staff be instructed to initiate an ICS when needed and not to discourage class members from calling an ICS.

Thank you for your prompt attention to this matter.

Sincerely yours,

Rita Lomio
Staff Attorney

cc:    Mr. Smith

# Exhibit B



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

# LEGAL MAIL - CONFIDENTIAL

October 3, 2017

Curtis Smith, ADC 277964
Eyman - SMU I
P.O. Box 4000
Florence, AZ 85132

Dear Mr. Smith:

I write in response to your letter we received on September 6, 2017. I apologize for the delayed response. We received and process hundreds of letters every day and sometimes it can take a few weeks for us to respond. In your letter, you write that you continue to experience ongoing pain, leg weakness, and urinary incontinence. We are sorry to hear about this concern, Mr. Smith.

In response to your letter we reviewed your recent health care records, which we can do as class counsel under the Parsons case. You records show that you saw Dr. Stewart on September 22, 2017. He documented your concerns and that your symptoms started after you fell from you bunk in December 2016. However, Dr. Stewart indicates that your symptoms are not consistent with most traumatic back injuries. He ordered x-rays of your spine which were completed the same day. He also indicates that if the X-rays do not allow him to determine the problem, then you should receive an MRI to rule out soft tissue (anything that's not a bone) as the source of your pain.

Your provider should review the X-ray results soon and you can submit an HNR requesting to be notified of the results. Please let us know the next time you see a provider and what they tell you. If your provider tells you that the X-ray results were normal, you should ask about being scheduled for an MRI per Dr. Stewart's instruction.

In addition, your records confirm that your most recent HNRs have been processed. We appreciate that you let us know this is happening and that you sent us copies of the HNRs. You should keep the originals for yourself. If you still need a cane and diapers, you should submit a new HNR specifically requesting those items. On the HNR you should explain how your daily life is negatively impacted without the cane and diapers (e.g. you can't go to work or school because you can't control your bladder, you have fallen because you don't have a cane, etc.). If you are not seen, you should then submit a grievance reporting the non-compliance with the Parsons Stipulation (a copy of the Stipulation and instructions about how to use the grievance process are enclosed with this letter).

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Please keep us updated Mr. Smith.  We hope you are doing okay.

Sincerely,

Megan Lynch

Megan Lynch
Investigator under Alison Hardy

Enclosures:    AZ Exhaustion Memo; AZ Stipulation; SASE

# EXHIBIT

# C



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Lynn Wu

VIA EMAIL ONLY

November 24, 2017

Lucy M. Rand, Assistant Attorney General
Office of the Arizona Attorney General
1275 West Washington Street
Phoenix, AZ 85007-2926
Lucy.Rand@azag.gov

> RE:  *Parsons v. Ryan*, 2:12-CV-00601
> Class Member in Need of Medical Care
> Curtis Smith, ADC 277964, Eyman - SMU I

Dear Ms. Rand:

I write regarding Curtis Smith, a 33-year-old class member.  My office previously notified you about Mr. Smith's medical concerns by letter dated August 15, 2017.  We reported that Mr. Smith suffers from severe back pain, leg weakness, and urinary incontinence, the cause of which was unknown.  We requested that he immediately be evaluated by a provider and that a comprehensive treatment plan be developed.  We also requested that he be issued diapers and a cane.

Mr. Smith reports that his symptoms have continued since our previous letter and that, notwithstanding repeated requests, he has not received diapers or a cane.  Mr. Smith reports that he has been crawling to and from the bathroom due to the pain and that he continues to fall.

According to the medical record, Mr. Smith saw Dr. Stewart on September 22, 2017.  Dr. Stewart documented Mr. Smith's reports of back pain, leg weakness, and urinary incontinence.  Dr. Stewart entered the following plan:

**C SPINE TSPINE AND L SPINE PLAIN FILMS**

**IF NOTHING FOUND ON THE XRAY THEN GET MRI TO R/O SOFT TISSUE SOURCE OF PAIN.**

The X-rays were reviewed by Dr. Stewart on October 3, 2017, and determined to show "**normal results**" with "**no action needed**."  No further diagnostic testing has been scheduled.  This, however, is inconsistent with the September 22 treatment plan that determined that an MRI would be conducted if the X-ray results were normal in order to further investigate Mr. Smith's symptoms.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Lucy M. Rand, Assistant Attorney General
Re: Curtis Smith, ADC 277964
November 24, 2017
Page 2

In addition, Mr. Smith reports that he has submitted multiple HNRs regarding these issues and requesting diapers and a cane. He reports that he was not seen after submitting any of the HNRs and that he has not received a response or any of the items he requested. Of note, the HNRs that Mr. Smith submitted, which are attached to this letter, have not been scanned into Mr. Smith's medical record.

We request that Mr. Smith immediately receive an MRI and be referred to the provider to implement an appropriate treatment plan, including any additional diagnostic testing and specialty referrals that are indicated for his ongoing severe pain, leg weakness, and urinary incontinence. We also request that Mr. Smith be given all necessary equipment, including adult diapers and a cane.

Thank you for your prompt attention to this matter.

Sincerely yours,

Rita Lomio
Staff Attorney

cc:    Mr. Smith





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Mae Ackerman-Brimberg
Rana Anabtawi
Steven Fama
Alison Hardy
Sia Henry
Corene Kendrick
Rita Lomio
Margot Mendelson
Millard Murphy
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

March 26, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

> RE:   *Parsons v. Ryan*, 2:12-CV-00601
> Class Member in Need of Medical Care
> Curtis Smith, ADC 277964, Eyman - SMU 1

Dear Mr. Bojanowski:

We write on behalf of Mr. Smith. We previously wrote regarding Mr. Smith on August 15 and November 24, 2017. Copies of both letters are attached as exhibits. As we explained in those letters, Mr. Smith reports that he suffered a back injury in December 2016, and that he continues to experience urinary incontinence, difficulty ambulating, and severe pain as a result of this injury. In particular, Mr. Smith reports that he has difficulty standing and walking without falling. Mr. Smith reports that his pain is so severe that he often crawls on the floor to his bed, and that he sometimes sleeps on the floor because the pain prevents him from climbing into his bed. He reports that he has been crawling to and from the bathroom due to the pain and that he continues to fall.

On November 28, 2017, an urgent request for an MRI Spine Lumbar (with dye) was submitted by Dr. Stewart. Two days later, Utilization Management denied the request and recommended the following Alternative Treatment Plan:

> ATP: The medical necessity for an MRI of the spine is not documented. There is no focused neuromuscular examination ( gait, reflexes, hell standing, toe standing, motor examination , sensory examination, rectal tone, reflexes} [sic]

Although the Alternative Treatment Plan was supposed to be forwarded to Dr. Stewart for review, it does not appear that it has been as of today—almost four months later. The consult record also does not list the Alternative Treatment Plan as having been accepted (by Dr. Stewart or anyone else):

| Date | Time | Type | Reason | By Staff | Forward To Staff |
|---|---|---|---|---|---|
| 11/30/2017 | 14:02:34 | Alternative Treatment Recommended | See Comments | Neese, Sara, LPN | Stewart, Rodney |
| 11/28/2017 | 13:14:55 | Referred to UM Team for Review | See Comments | Neese, Sara, LPN | |

**Board of Directors**
Penelope Cooper, President • Michele Walkin Hawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: Curtis Smith, ADC 277964
March 26, 2018
Page 2

In any event, Mr. Smith was seen by NP Weigel on December 7, 2017, to discuss the Alternative Treatment Plan. She entered the following Subjective Notes:

> Patient stated that he has nocturia which started couple months after his fall couple years ago from stairs. [P]atient said "I have to wake up several times at night to urinate because if I don't, I will wake up soak in urine in the morning".

NP Weigel entered the following Plan Notes:

> will research for a possible reason of patient's night time problems with non controlled urination
> will notify patient about findings

Since that encounter, however, Mr. Smith has not been seen by NP Weigel or any other medical provider. Therefore, it is unclear if any action in fact has taken place to address his medical problem. As Judge Jorgenson wrote regarding another class member, "it appears that the 'alternative treatment plan' consisted of virtually no action of any kind." Order at 9, *Williams v. Ryan*, No. 17-0322 (Feb. 27, 2018).

In addition, we previously requested that Mr. Smith receive diapers and a cane. *See* Letter from R. Lomio, Plaintiffs' Counsel, to L. Rand, Office of the Ariz. Att'y Gen. (Nov. 24, 2017) ("Mr. Smith reports that he has submitted multiple HNRs regarding these issues and requesting diapers and a cane. He reports that he was not seen after submitting any of the HNRs and that he has not received a response or any of the items he requested. Of note, the HNRs that Mr. Smith submitted, which are attached to this letter, have not been scanned into Mr. Smith's medical record."). Mr. Smith reports that, as of March 9, he still has not received either.

We again request that Mr. Smith immediately receive an MRI and be referred to the provider to implement an appropriate treatment plan, including any additional diagnostic testing and specialty referrals that are indicated for his ongoing severe pain, leg weakness, and urinary incontinence. We also request that Mr. Smith be given all necessary equipment, including adult diapers and a cane.

Sincerely yours,

Rita Lomio
Staff Attorney

Tania Amarillas
Litigation Assistant

cc:     Mr. Smith





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Camille Woods
Lynn Wu

VIA EMAIL ONLY

August 30, 2018

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:
*Parsons v. Ryan,* 2:12-CV-00601
Class Member in Need of Medical Care
Curtis Smith, ADC 277964, Eyman - SMU I

Dear Mr. Bojanowski:

We write on behalf of Mr. Smith, a class member with severe back pain and urinary incontinence caused by a prior lower back injury, and advanced Hepatitis C.

On June 25, 2018, Mr. Smith saw NP Maureen Gay regarding his back pain and urinary incontinence. NP Gay noted in the Assessment Notes that Mr. Smith may have "possible radiculopathy, possible cauda equaina syndrome, possible spinal stenosis" that could account for his lower back injury. NP Gay also noted that Mr. Smith may have "possible UTI, possible stress incontinence, possible bladder outlet dysfunction." NP Gay ordered Oxybutynin chloride 5 mg tablets for Mr. Smith's incontinence concerns. However, Mr. Smith reports to us that he needs incontinence supplies such as wipes and/or incontinence briefs, but was told that these supplies would not be ordered for him.

At that same encounter on June 25, NP Gay stated in the Plan Notes that she would "[a]dd request for MRI lower lumbar spine." At this time, there is no indication in Mr. Smith's medical record that this specialty request was submitted, in violation of Performance Measure (PM) 6.

Mr. Smith also has a routine radiology request for a liver ultrasound pending for possible Hepatitis C treatment. However, the request was submitted a month ago, on July 30, 2018, and the status is still listed as "Clinical Coordinator Initiated," in violation of PM 48.

**Board of Directors**
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Margaret Johns • Cesar Lagleva
Laura Magnani • Michael Marcum • Ruth Morgan • Seth Morris

Mr. Timothy Bojanowski
Re: Curtis Smith, ADC 277964
August 30, 2018
Page 2

We request that Mr. Smith be given all necessary supplies to manage his urinary incontinence. We also request that a request for an MRI of the lower lumbar spine be submitted and reviewed as soon as possible. Lastly, we request that the pending radiology consult be reviewed immediately and scheduled on or before September 30, in compliance with PM 51.

Thank you for your prompt attention to this matter.

Sincerely,

Tania Amarillas, Litigation Assistant

Corene Kendrick, Staff Attorney

cc:     Mr. Smith





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

September 25, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:
    *Parsons v. Ryan*, 2:12-CV-00601
    Class Member in Need of Medical Care
    Muhammad (Curtis) Smith, ADC 277964, Eyman - SMU I

Dear Mr. Bojanowski:

This is our seventh letter to you regarding Muhammad Smith, a class member who remains in need of medical attention. We last wrote to you regarding Mr. Smith on August 2, 2019.

Mr. Smith is diagnosed with Hepatitis C, among other conditions. On September 4, 2019, Mr. Smith saw the provider who noted,

> *[Mr. Smith] c /o stomach pains- when asked he is very non specific- it seem sto hurt in his RUQ not really realted to food or time of day or position. Dull ache on and off*
> *No nausea*
> *His urine is tea coloredno fecal incontinence*
> *PSHx : reconstructive surgery following an accident*
> *has HTN and uses Metoprolol*
> *He says he had a bad injury of his back in 2016 and since that time wears Depends on and off as he has urinary leakage [...]*
>
> *1. abdom pain- could be cholelithiasis vs Hep C- other possibility is renal stone as he also has tea colored urine- will order US abdomen*
> *2. Tea colored urine- check Billirubin as well as CPK- could be rhabdo vs hematuria vs elevated Billi*

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

Mr. Timothy Bojanowski
Re: Muhammad (Curtis) Smith, ADC 277964
September 25, 2019
Page 2

*3. Back pain- spent a long time discussing- I think rather than sending for an MRI it may be more useful to refer to pain specialist for an epidural injection or to Ortho Dr*
*HTN- good BP control on metoprolol*
*feels like his legs give in and would like a cane- not sure he qualifies from a security standpoint- will wait till he sees ortho- if they recommend then will order*

It appears that not all of the provider's orders have been completed. First, according to the electronic medical record, the abdominal ultrasound was taken on September 4, 2019. However, it does not appear that results were received, as seen below and in violation of Performance Measure 11.

| Ordered Date | Encounter Type | National HIE Code(s) | X-Ray Body Area | X-Ray Status |
|---|---|---|---|---|
| 09/04/2019 | Provider - Chronic Care | CPT: 76700 - ULTRASOUND, ABDOMINAL, B-SCAN AND/OR REAL TIME WITH IMAGE DO | ABDOMEN ULTRASOUND COMPLETE | Order File Transmitted to Vendor |

Second, on September 4, 2019, the provider submitted a routine request for orthopedics, noting, "eval for back pain and possible epidural injection." The following day, the status of the request changed to "Deferred," with the note, "TO SMD FOR REVIEW OF CONSULT." The status of the request remains "Deferred," as seen below and in violation of Performance Measure 48.

| Request Date | Request Type | Service Type | Providers Requested | Priority | Request Status |
|---|---|---|---|---|---|
| 09/16/2019 | On-site Clinic | Dental | | Routine | Consult Completed: Practitioner Reviewed |
| 09/04/2019 | Off-site Clinic | Orthopedics | | Routine | Deferred |
| 08/07/2019 | Off-site Clinic | Oral Surgery | | Urgent | Consult Completed: Practitioner Reviewed |
| 04/17/2019 | Off-site Clinic | Radiology | | Routine | Alternative Treatment Accepted |
| 04/16/2019 | Off-site Clinic | Radiology | | Routine | Alternative Treatment Accepted |
| 04/15/2019 | Off-site Clinic | Oral Surgery | Arthroplasty, temporomandibular joint (TMJ) | Urgent | More Information Provided |

In addition, we note that on August 12, 2019, a provider ordered a Hepatitis panel. It does not appear that the lab was completed, as seen below and again in violation of Performance Measure 11.

| Ordered Date | Received Date | Results Date | Encounter Type | Lab Test Type | National HIE Code(s) | Lab Test Status | Test Result | Value | Recurring Frequency |
|---|---|---|---|---|---|---|---|---|---|
| 09/16/2019 | 09/16/2019 | 09/16/2019 | Provider - Chronic Care | DIAGNOSTIC PANEL 3, 27 | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 09/16/2019 | 09/18/2019 | 09/18/2019 | Provider - Chronic Care | CK/CPK (CREATINE KINASE) | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 09/16/2019 | 09/18/2019 | 09/18/2019 | Provider - Chronic Care | URINALYSIS (WITH MICROSCOPIC IF-INS) | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 08/16/2019 | 08/17/2019 | 08/17/2019 | Lab Test (Unscheduled) | G6-AECP | | Inmate Notified Of Results | See Report | From Vendor | |
| 08/12/2019 | 08/14/2019 | 08/17/2019 | Provider - Sick Call - Scheduled | DIAGNOSTIC PANEL 7, 41 | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 08/12/2019 | 08/14/2019 | | Provider - Sick Call - Scheduled | HEPATITIS A,B,C PREPAID | | Successfully Sent Electronically to Vendor | | | No Repeat |

Mr. Timothy Bojanowski
Re: Muhammad (Curtis) Smith, ADC 277964
September 25, 2019
Page 3

We request that the abdominal ultrasound be completed, that a provider review the results, and develop a treatment plan regarding Mr. Smith's symptoms. We request that a treatment plan for Mr. Smith's back pain be developed, including the completion of the orthopedic consult. Finally, we request that all ordered labs be completed. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Thomas Nosewicz
Staff Attorney

cc:    Mr. Smith





**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____

Time: _____

Initials: _____

SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|---|
| | | | |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| | | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar. la asistencia de este cuidado para usted y para otros y pueda dar lugar a una acción disciplinaria.]

SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|
| ☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* | | | |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS .]

SECTION III/SECCIÓN III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☐ FHA |
|---|---|---|---|---|
| ☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)* | | | | |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA | |
| | | | | |

SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:    White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

1101-10ES
12/13/16

SECTION 4, HNR





**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date : _____
Time : _____
Initials : _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|
| | | |

| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| | | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

## SECTION/SECCIÓN II

| AREA OF INTEREST *(Check only one block below)*/AREA DE INTERÉS *(Marque Un Espacio Solamente)* | ☒ Medical/Médico | ☐ Dental | ☐ FHA |
|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)*

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

_I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quién lo proporciona.]_

INMATE SIGNATURE/FIRMA DEL PRISIONERO

**REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMÁS EN EL BUZÓN PETICIÓN DE NECESIDADES MÉDICAS   ]**

## SECTION III/SECCIÓN III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MÉDICA | ☐ Medical/Médico | ☐ Dental | ☐ Pharmacy/Farmacia | ☒ FHA |
|---|---|---|---|---|

☐ Pharmacy/Farmacia    ☐ Mental Health/Salud Mental    ☐ Eyes/Ojos    ☐ Other *(specify)/Otros (especifique)*

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

## SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCIÓN |
|---|
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

SECTION 4, HNR

1101-19ES
12/13/16





**Arizona Department of Corrections**
**Rehabilitation and Reentry**
**Health Needs Request (HNR)**

Date: ______
Time: ______
Initials: ______

SECTION/SECCIÓN I

| INMATE NAME/NOMBRE *(Last, First M.I.) (Apellido, Nombre, Inicial)* | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA *(mm/dd/yyyy)* |
|---|---|---|---|
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN ADC |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

SECTION/SECCIÓN II

AREA OF INTEREST *(Check only one block below)*/AREA DE INTERES *(Marque Un Espacio Solamente)* ☒ Medical/Médico ☐ Dental ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ______

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MAS HOJAS!]

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee *(excluding exemptions granted by statute)* for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo *(excluyendo las exenciones otorgadas por la ley)*. Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporciona.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS.]

SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA ☐ Medical/Médico ☐ Dental ☐ Pharmacy/Farmacia ☐ FHA

☐ Pharmacy/Farmacia ☐ Mental Health/Salud Mental ☐ Eyes/Ojos ☐ Other *(specify)/Otros (especifique)* ______

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA *(mm/dd/yyyy)* | TIME/HORA |
|---|---|---|
| | | |

*This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]*

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscuro - Prisionero

1101-10ES
12/12/18

SECTION 4: HNR





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964

Telephone (510) 280-2621 • Fax (510) 280-2704

www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah
Camille Woods

VIA EMAIL ONLY

October 16, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:
  *Parsons v. Ryan*, 2:12-CV-00601
  Class Member in Need of Medical Care
  Muhammad (Curtis) Smith, ADC 277964, Eyman - SMU I

Dear Mr. Bojanowski:

This is our eighth letter to you regarding Muhammad Smith, a class member who remains in need of medical attention. We last wrote to you regarding Mr. Smith on September 25, 2019.

## Delayed responses to Health Needs Requests

On October 2, 2019, Mr. Smith submitted a Health Needs Request (HNR) asking to be seen by medical staff as soon as possible. The HNR was not received until October 4, 2019, in violation of Performance Measure 36. The October 8, 2019, response states, "sched on NL." However, it does not appear that Mr. Smith has seen medical staff, as seen below and in violation of Performance Measure 37.

| Date | Time | Category | Type | Intended Fore | Staff | Location |
|---|---|---|---|---|---|---|
| 10/11/2019 | 10:14 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Villarreal, Martin | ASPC-E SMU I SOUTH |
| 10/09/2019 | 00:49 | Dental | Dental - Routine Treatment | Medical History | Baird, Robert | ASPC-E SMU I SOUTH |
| 10/07/2019 | 15:03 | Mental Health | MH - Individual Counseling | | Rascha, Nicole | ASPC-E SMU I SOUTH |
| 10/04/2019 | 05:29 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Villarreal, Martin | ASPC-E SMU I SOUTH |
| 09/30/2019 | 15:53 | Medical Provider | Provider - Review | | Ayéno-Grbic, Kendra | ASPC-E SMU I SOUTH |

On October 5, 2019, Mr. Smith submitted an HNR reporting that he was no longer receiving incontinence supplies such as adult diapers and wipes. The October 8, 2019, response states, "sched on provider line." However, Mr. Smith has not seen a provider, as seen above and in violation of Performance Measures 37 and 39.

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

We note that most recent compliance score at Eyman for PM 37 is 12%, apparently due to "[s]taffing shortages." *See* Doc. 3364-1 at 105, 110.

## Delayed diagnostic testing

On September 4, 2019, the provider submitted a routine request for an orthopedics consult, noting, "eval for back pain and possible epidural injection." On September 30, 2019, the request was cancelled with the note, "Will cancel consult for now and order MRI of lumbar spine. Will order appropriate consult pending MRI results." On the same day, the provider submitted a routine request for an MRI. The status of the request remains "Referred to UM Team for Review," as seen below and in violation of Performance Measure 48.

| Request Date | Request Type | Service Type | Procedure Requested | Priority | Request Status |
|---|---|---|---|---|---|
| 09/30/2019 | Off-site Clinic | Radiology | MRI Spine Lumbar w/o dye | Routine | Referred to UM Team for Review |
| 02/16/2019 | On-site Clinic | Dental | | Routine | Consult Completed- Practitioner Reviewed |
| 09/04/2019 | Off-site Clinic | Orthopedics | | Routine | Canceled |

In addition, in our September 25, 2019, letter to you regarding Mr. Smith, we detailed delays in receiving the results of an abdominal ultrasound that was completed on September 4, 2019. The provider ordered the ultrasound to evaluate Mr. Smith abdominal pain, noting that the pain could be a result of "cholelithiasis vs Hep C- other possibility is renal stone as he also has tea colored urine." It appears that the results of the ultrasound are still unavailable, as seen below and in violation of Performance Measure 11.

| Ordered Date | Provider Type | Reason ( In Code(s)) | X Ray Body Area | X Ray Status |
|---|---|---|---|---|
| 10/09/2019 | Dental - Routine Treatment | | Periodical | Order Placed by Practitioner |
| 10/09/2019 | Dental - Routine Treatment | | Bitewing | Order Placed by Practitioner |
| 09/04/2019 | Provider - Chronic Care | CPT: 76700 - ULTRASOUND, ABDOMINAL, B-SCAN AND/OR REAL TIME WITH IMAGE DO; | ABDOMEN ULTRASOUND CONSULT# | Order Pre-Transmitted to Vendor |

Finally, in our September 25, 2019, letter, we noted that on August 12, 2019, the provider ordered a Hepatitis panel, which has still not been completed, as seen below and in violation of Performance Measure 11.

| 08/12/2019 | 08/16/2019 | Provider - Sick Call - Scheduled | HEPATITIS A,B,C PROFILE | | Successfully Sent Electronically to Vendor | | No Repeat |
|---|---|---|---|---|---|---|---|

\*\*\*

We request that medical staff evaluate Mr. Smith and develop a treatment plan regarding his health needs requests. We request that Mr. Smith receive the MRI in accordance with

Mr. Timothy Bojanowski
Re: Muhammad (Curtis) Smith, ADC 277964
October 16, 2019
Page 3

Performance Measure 51. We reiterate our request that the abdominal ultrasound and Hepatitis labs be completed, that a provider review the results, and develop a treatment plan regarding Mr. Smith's symptoms. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Thomas Nosewicz
Staff Attorney

cc:    Mr. Smith

Exhibit

K



**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Directors*
Donald Specter

*Managing Attorney*
Sara Norman

*Staff Attorneys*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

November 22, 2019

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:  *Parsons v. Shinn*, 2:12-CV-00601
Class Member in Need of Medical Care
Muhammad (Curtis) Smith, ADC 277964, Eyman - SMU I

Dear Mr. Bojanowski:

This is our ninth letter to you regarding Muhammad Smith, a class member who remains in need of medical attention.

## Continued delayed responses to Health Needs Requests

In our last letter to you regarding Mr. Smith on October 16, 2019, we detailed delays in responses to Health Needs Requests (HNR) he had submitted in early October 2019, requesting to be seen by a provider. On October 31, 2019, Mr. Smith submitted another HNR noting that he still had not seen medical staff. The response states, "you have been scheduled on NL." However, Mr. Smith has not seen medical staff, as seen on the following page and again in violation of Performance Measure 37.

//

//

//

//

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk

| Date | Time | Category | Type | Scheduled Focus | Staff | Location |
|------|------|----------|------|-----------------|-------|----------|
| 11/21/2019 | 06:45 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Zoey, Victoria | ASPC-E SMU I SOUTH |
| 11/16/2019 | 09:52 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Ruiz, Christian | ASPC-E SMU I SOUTH |
| 11/05/2019 | 03:75 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Zion, Victoria | ASPC-E SMU I SOUTH |
| 11/05/2019 | 12:26 | Dental | Dental - Routine Treatment | Medical History | Baird, Robert | ASPC-E SMU I SOUTH |
| 10/31/2019 | 08:40 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Zion, Victoria | ASPC-E SMU I SOUTH |
| 10/25/2019 | 07:55 | Mental Health | MH - Segregation Visit | | Murillo, Juan | ASPC-E SMU I SOUTH |
| 10/25/2019 | 07:55 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Murillo, Juan | ASPC-E SMU I SOUTH |
| 10/22/2019 | 12:19 | Medical Provider | Provider - Medication Renewal | | Avant-Ortiz, Kennory | ASPC-E SMU I SOUTH |
| 10/22/2019 | 04:37 | Nursing | Nurse - Medication Renewal | | Voss, Sue | ASPC-E SMU I SOUTH |
| 10/20/2019 | 12:42 | Mental Health | MH - AIMS Review | AIMS Abnormal Involuntary Movement Scale | Restrepo, Kamel | ASPC-E SMU I SOUTH |
| 10/20/2019 | 17:31 | Mental Health | MH - Psychiatrist - Scheduled | Psychiatry Progress Note | Restrepo, Kamel | ASPC-E SMU I SOUTH |
| 10/18/2019 | 03:43 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Vasquez, Martin | ASPC-E SMU I SOUTH |
| 10/11/2019 | 12:34 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Vasquez, Martin | ASPC-E SMU I SOUTH |
| 10/09/2019 | 06:45 | Dental | Dental - Routine Treatment | Medical History | Baird, Robert | ASPC-E SMU I SOUTH |
| 10/07/2019 | 19:55 | Mental Health | MH - Individual Counseling | | Reeche, Nicole | ASPC-E SMU I SOUTH |
| 10/04/2019 | 09:20 | Mental Health | MH - Health and Welfare Rounds | MH Tech/Aide Note | Vasquez, Martin | ASPC-E SMU I SOUTH |

We note that the most recent compliance score at Eyman for Performance Measure 37 is 16%, because of "[l]ow staffing." Doc. 3421-1 at 114, 120.

### Continued delayed diagnostic testing

In our October 16, 2019, letter we also noted delays in diagnostic testing, which still have not occurred. We explained that on September 30, 2019, a routine request for an orthopedics consult was cancelled when the provider noted, "Will cancel consult for now and order MRI of lumbar spine. Will order appropriate consult pending MRI results." On the same day, the provider submitted a routine request for an MRI, which appears to be scheduled after November 30, 2019, in violation of Performance Measure 51.

We note that the most recent compliance score at Eyman for Performance Measure 51 is 60%, apparently because Eyman is "[i]nadequately staffed to schedule all required appointments in timeframe. Appointments with offsite specialty care providers have been difficult to procure." *See* Doc. 3421-1 at 295, 301. *See also* Doc. 3391-1 at 290, 296 ("demand has outpaced the available resources" and Centurion has not entered into new contracts with some providers.); Doc. 3364-1 at 290 (noting the "backlog of referrals that has carried over since the transition" to Centurion from Corizon).

In addition, our last two letters to you regarding Mr. Smith detailed delays in receiving the results of an abdominal ultrasound that was completed on September 4, 2019. The provider ordered the ultrasound to evaluate Mr. Smith abdominal pain, noting that the pain could be a result of "cholelithiasis vs Hep C- other possibility is renal stone as he also has tea colored urine." The results of the ultrasound are still unavailable, as seen below and in violation of Performance Measure 11.

Mr. Timothy Bojanowski
Re: Muhammad (Curtis) Smith, ADC 277964
November 22, 2019
Page 3

| Ordered Date | Encounter Type | National HIE Code(s) | X-Ray Body Area | X-Ray Status |
|---|---|---|---|---|
| 10/09/2019 | Dental - Routine Treatment | | Periapical | Order Placed by Practitioner |
| 10/09/2019 | Dental - Routine Treatment | | Bitewing | Order Placed by Practitioner |
| 09/04/2019 | Provider - Chronic Care | CPT: 76700 - ULTRASOUND, ABDOMINAL, B-SCAN AND/OR REAL TIME WITH IMAGE DO, | ABDOMEN ULTRASOUND-COMPLETE | Order File Transmitted to Vendor |

Finally, in our last two letters to you regarding Mr. Smith, we explained that on August 12, 2019, the provider ordered a Hepatitis panel, which has still not been completed, as seen below and in violation of Performance Measure 11.

| Ordered Date | Received Date | Results Date | Encounter Type | Lab Test Type | National HIE Code(s) | Lab Test Status | Test Result | Value | Recurring Frequency |
|---|---|---|---|---|---|---|---|---|---|
| 03/14/2019 | 03/15/2019 | 03/15/2019 | Provider - Chronic Care | DIAGNOSTIC PANEL F, AZ | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 03/14/2019 | 03/15/2019 | 03/15/2019 | Provider - Chronic Care | CK/CPK (CREATINE KINASE) | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 03/14/2019 | 03/15/2019 | 03/15/2019 | Provider - Chronic Care | URINALYSIS (WITH MICROSCOPIC IF POS) | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 03/14/2019 | 03/16/2019 | 03/17/2019 | Lab Test (Undefined) | GA-ADCP | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 03/13/2019 | 03/16/2019 | 03/17/2019 | Provider - Sick Call - Scheduled | DIAGNOSTIC PANEL F, AZ | | Inmate Notified Of Results | See Report | From Vendor | No Repeat |
| 03/13/2019 | 03/16/2019 | | Provider - Sick Call - Scheduled | HEPATITIS A,B,C PROFILE | | Successfuly Sent Electronically to Vendor | | | No Repeat |

We reiterate our requests that medical staff evaluate Mr. Smith and develop a treatment plan regarding his health needs requests. We reiterate our request that Mr. Smith receive the MRI in accordance with Performance Measure 51. We reiterate our request that the abdominal ultrasound and Hepatitis labs be completed, that a provider review the results, and develop a treatment plan regarding Mr. Smith's symptoms. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Thomas Nosewicz
Staff Attorney

cc:    Mr. Smith





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Thomas Nosewicz
Shira Tevah

VIA EMAIL ONLY

January 14, 2020

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

RE:   *Parsons v. Shinn*, 2:12-CV-00601
Class Member in Need of Medical Care
Muhammad (Curtis) Smith, ADC 277964, Eyman - SMU I

Dear Mr. Bojanowski:

This is our tenth letter to you regarding Muhammad Smith, a class member who remains in need of medical attention.

We last wrote to you regarding Mr. Smith on November 22, 2019, when we detailed delays in receiving an MRI to diagnose back pain. The MRI was eventually completed and on December 23, 2019, Mr. Smith saw a provider about the results. The provider noted,

> *MRI showed: 1. marked disc degeneration L3-4 and L4-5 with small central disc protrusions both levels and mild bilat facet arthrosis. 2. remodeling and sclerosis across small poorly seen chronic bilat. pars defects at L5. Remodeling in mild sclerosis bilat. L4 pars without discrete defect. 3. L5-S1 mild bilat facet arthrosis.*

> *Pt reports at times his LE will give out on him and at other times he has burning to his LE's bilat. He notes he does have chronic lumbar pain and states the diclofenac helps some for the first few hours after taking. He feels something further needs to be done to manage his pain and s/s and will need onsite PE to determine next steps. Unable to find and recent focused lumbar/ neuro exam, so onsite exam requested. […]*

> *please schedule onsite PL f/u for lumbar/ neuro exam w/in next 14 days to review POC regarding chronic lumbar pain in light of pt's s/s and recent MRI results.*

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele Walkinshawk

Mr. Timothy Bojanowski
Re: Muhammad (Curtis) Smith, ADC 277964
January 14, 2020
Page 2

Mr. Smith has only seen the provider once since that time, on January 13, 2020. During that encounter, his back pain and MRI were not discussed.

We request that Mr. Smith see a provider regarding the MRI results and for the recommended lumbar/ neuro exam without further delay. Thank you for your prompt attention to this matter.

Sincerely,

Amber Norris
Investigator

Thomas Nosewicz
Staff Attorney

cc:    Mr. Smith





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Patrick Booth
Steven Fama
Alison Hardy
Sophie Hart
Corene Kendrick
Rita Lomio
Margot Mendelson
Shira Tevah

# LEGAL MAIL - CONFIDENTIAL

May 12, 2020

Muhammad (Curtis) Smith, ADC 277964
Eyman - SMU I
P.O. Box 4000
Florence, AZ 85132

Dear Mr. Smith:

We write in response to the letter our office received on 5/8/20. You report delays receiving a specialty appointment. We are sorry to hear this.

In response to your letter, we reviewed your recent medical records, which we can do as class counsel in the Parsons case. The records appear to show that you discussed your MRI results with Nurse Brathwaite on 2/13/20. Despite apparently discussing your MRI results, it appears that your provider has not requested your lumbar/neurology exam. Unfortunately, delays in specialty consults such as those are commonplace at this time as a result of the ongoing COVID-19 pandemic. Many medical services are delayed both inside and outside prison -- for both incarcerated people and people in the community – because doctors are responding to the COVID-19, or coronavirus, emergency. With this letter, I am sending you information about COVID-19 and ADC.

Because we are not doctors, we are unable to determine if the specialty care you are waiting for is essential. If you believe you need the specialty care now, we recommend that you submit a grievance. If your symptoms worsen, we recommend that you submit an HNR to let your provider know. You can send us any response you receive. We will review it and see if we can help.

I am sorry that we don't have better news. Please keep us updated, Mr. Smith. Take care.

Sincerely,

*Ilian Meza*

Ilian Meza-Peña
Litigation Assistant under Corene Kendrick

Enclosures:   AZ COVID-19 Info.; SASE; AZ Case Update

**Board of Directors**
Penelope Cooper, President • Margaret Johns, Vice President • Marshall Krause, Treasurer
Harlan Grossman • Christiane Hipps • Cesar Lagleva • Jean Lu • Laura Magnani • Michael Marcum
Ruth Morgan • Seth Morris • Vishal Shah • Michele WalkinHawk





**PRISON LAW OFFICE**

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Patrick Booth
Steven Fama
Alison Hardy
Sophie Hart
Jacob Hutt
Rita Lomio
Margot Mendelson

VIA EMAIL ONLY

March 3, 2021

Mr. Timothy Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

> RE: *Parsons v. Shinn*, 2:12-CV-00601
> Class Member in Need of Medical Care
> Muhammad (Curtis) Smith, ADC 277964, Eyman - SMU I

Dear Mr. Bojanowski:

This is the eleventh letter we write on behalf of Muhammad Smith, a class member who remains in need of medical attention. We last wrote to you regarding Mr. Smith on January 14, 2020, when we requested that Mr. Smith see a provider regarding his MRI results and to have the recommended lumbar/neuro examination take place without further delay. We are concerned that despite our numerous advocacy efforts Mr. Smith continues to experience problems receiving the medical care he needs.

Most recently, Mr. Smith has experienced delays getting a neurosurgery consult scheduled regarding his lower back pain and left LE radicular symptoms. The consult in question was requested on a routine basis on November 4, 2020. According to the Stipulation, Mr. Smith's providers were supposed to ensure that the consult took place by January 3, 2021. As of March 3, 2021, the consult has not been completed, in violation of Performance Measure 51. In fact, the consult is not scheduled to take place until May of this year.

> **Action Taken Comments**
>
> Valleywise Neuro Surgery Clinic 5/10/2021 @ 11:00am
> TimeStamp: 25 January 2021 12:01:07 --- User: TERRI WIDGER (WIDTE03)

We ask that Mr. Smith's providers to do everything possible to have the consult scheduled to an earlier date. We also request that any and all recommendations made by the specialist be completed in a timely manner.

...

...

**Board of Directors**
Harlan Grossman, President • Christiane Hipps, Vice President • Marshall Krause, Treasurer
Vanita Gaonkar • Nick Gregaratos • Margaret Johns • Jean Lu
Michael Marcum • Claire McDonnell • Ruth Morgan • Seth Morris • Michele WalkinHawk

Mr. Timothy Bojanowski
Re: Muhammad (Curtis) Smith, ADC 277964
March 3, 2021
Page 2

Thank you for your prompt attention to this matter.

Sincerely,

Ilian Meza-Peña
Litigation Assistant

Tania Amarillas
Investigator

cc:   Mr. Smith





**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Case # 21-026609

Complaints are limited to one page and one issue.

Please print all information.

RCVD 2/5/21

| INMATE NAME (Last, First, M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Smith Muhammad (Curtis) | 277964 | Smu-1 (A-30) | 1-30-21 |

| TO | LOCATION |
|---|---|
| F H A | 3-D-48 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I had a fall in 2016 that redamaged my back, not long after this fall i started having incontinence, and started falling when tring to walk at times. I requested a cane and incontinence supplies, I was denied these items till (depends-9-10-2018) and (wipes-10-26-2018) (to was still not given a cane till this date). I still had to live in my incontinence till 3-18-2019 when i was given a daily shower sno, After still not getting the showers due to Adoc staff and i filed another Informal, your N.P Kendra Avant-ortiz forged another New sno for Daily shower on Sep 24,2019 at 10:54:22 with Specify Comments of "only when staff's avelble"

   In June 2019 a nurse gave my supplies was to a CO to give to me, But the items was given to another inmate, I reported this to a nurse and was given more supplies. My supplies was then stoped a few months later along with my shower sno.

   I was denied a cane and pain meds that work till i got a MRI, the MRI was eventually Completed on Dec 23, 2019, The MRI showed: 1) Marked dish degeneration L3-4 and L4-5 with small central disc protrusions both levels and mild bilat facet arthosis, 2) (centeling

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Muhammad Smith | 1-30-21 |

Have you discussed this with institution staff?   ☑ Yes   ☐ No

If yes, give the staff member name:   Medical

Distribution:   INITIAL: White and Canary or Copies – Grievance Coordinator, Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/26/14

ARIZONA DEPARTMENT OF CORRECTIONS

Inmate Grievance - GF Supplement

| Inmate Name (Last, First M.I.) | ADC Number | Institution/Facility | Case Number |
|---|---|---|---|
| Smith (Curtis) Muhammad | 277164 | Smu-1 (A-30) | 21-026609 |

and sclerosis across small possibly seen chronic bilat. Pars defects at L5, Remodeling in mild sclerosis bilat, L4 Pars without discrete defect. 3) L5-S1 mild bilat facet arthrosis. This MRI was first requested on November 28, 2017 by DC. Rodney stewart it took 2 years and 28 days to get one.

On sep 4, 2019 the Provider ordered for me to be sent out to a Pain specialist or to a orthopedics DC. Here it is over a year later i still have not been sent out, I was than seen by the Physical therapist who said he did not/ would not work on me because he did not wont to mess my back up even more.

Now it is almost 5 years now, im still having incontinence, I have fell over too times alot of days i can not walk for more then 10 to 20 minents at a time due to the severe Pain and burning in my back, Legs and feet and at times have to sleep on the floor because the Pain prevents me from climbing into the bed.

My Resolution is to be given bed Pads for the incontinence, a cain to help with walking and Pain meds that will really work untill i can be sent out to a Pain specialist or a orthopedics DC.

My next step is to file a civil suit for being denied medical treatment.

| Signature | Date |
|---|---|
| Muhammad Smith | 1-30-21 |

INITIAL DISTRIBUTION - Corrective Recommendation - All copies to Grievance Advisory Committee
FINAL DISTRIBUTION - White and Pink - Inmate, Canary - Grievance File

INITIAL DISTRIBUTION - GF Supplement - White and Canary - Grievance Coordinator, Pink - Inmate
FINAL DISTRIBUTION - White - Inmate, Canary - Grievance File

Exhibit

P



# Inmate Grievance/Informal Response Notice
## Medical

1 - β - β³

**Inmate Name:** CURTIS SMITH
**ADC#:** 277964

**Prison/Unit:** EYMAN/EYMAN SMU I
**Bldg/Bed:** A30 WG1B108B

## Case #:21-026609

## Informal Complaint

**Type:** Informal Response
**Date Received:** 02/05/2021 11:39 AM
**Response Author:** HAWLEY, CONNIE N #
**Responded On:** 02/14/2021 08:43:48 AM
**Decision:**

## Case Details

**Case Number:** 21-026609

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** EYMAN
**Opened Date:** 02/05/2021 11:39 AM
**Grievance Category:** Health Care/Medical

**Unit of Complaint:** EYMAN SMU I
**Grievance Stage:** Informal Answered

## Informal Grievance Response

**Grievance Date:** 01/30/2021 12:00:00 AM

**Issue:** Incontinency issues

**Response Due:** 03/01/2021 11:39 AM

**Responder:** HAWLEY, CONNIE N #

**Response:** This is in response to your Informal Complaint dated 1/30/21 and received by medical on 2/5/21 in which you are requesting to see a pain specialist or an orthopedics, and to receive bed pads for incontinence. Investigation into the issue you have raised included a review of your medical record. You are scheduled to be seen by a Neurosurgeon for evaluation of your back pain. Be advised however that outside providers are backed up due to covid 19 and appointments are scheduled out accordingly. Per the special needs screen incontinence supplies and showers were discontinued due to your diverting medical briefs to other inmates. If incontinence continues to be an issue you may want to submit an HNR to speak with the Provider regarding your incontinency issues. Please submit an HNR for future medical needs.

⌐Unprocessed

**Responder's Name:** CONNIE HAWLEY

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single Inmate Grievance form.

> **NOTE:** If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.



## ARIZONA DEPARTMENT OF CORRECTIONS

### Inmate Grievance Appeal

Please type or print in black or blue ink.
(To be completed by staff member initially receiving appeal)

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By: _____
Title: _____
Badge #: _____
Date: (mm/dd/yyyy) _____

**Please Print**

| INMATE'S NAME (Last, First M.I.) (please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Smith Andre Mohamed | 177161 | 9-24-21 |

| INSTITUTION | CASE NUMBER |
|---|---|
| Eyman A-30 | 21-09160107 |

TO: FHA

I am appealing the decision of ___Annie Hunley NMC___ for the following reasons:

as was stated in my Informal Complaint "I'm am scheduled to be seen by a Neurosurgeon, and Otology Products are backed up and appointments are canceled out accordingly" it has been months now to be seen But this is in violation of Performance Measure 51 and 11 of different Watson Ashrev plan also that i denied and Aleve Nonnarcotic applies to another inmate. Mr. supply was given to that inmate by our staff who is ...

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Mohamed Smith | 9-24-21 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| | |

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Smith (Curtis) Muhammed | 277864 | Emud A-30 | 21-ziddec9 |

days later give me more supplise. Then my
daylied medical showes was discontinued also
I have asked for a walking cane for 3 years
now I have fell over 400 times that injured
me from split head busted lips and nose to
black eyes that I was never seen by medical
for. I lai in my floor at times sometimes
for days in my own incontinece till I can get
up and wash all in my sink because the pain
is so bad this can be seen in my life
pisg all the way back to shu. I have
had a MRI and it show's much damage done
to my back but yet medical still will not
give me a cane or pain meds it has
been over 4 years now how long do I
keep waiting? This is in violation of my
8th and 14th Amendment rights of the
U.s. Constitution as will not keep standing
but why you guys do nothing. this is also
a notice of claim of a coming lawsuit
for any and all that has took no action
in this matter.

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Muhammed Smith | 2-24-21 |

INITIAL DISTRIBUTION: GF Supplement – White and Canery or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canery or Copy - Grievance File

802-7
12/12/13

Exhibit

R



**Arizona Department of Corrections**
**Rehabilitation and Reentry**

**Inmate Formal Grievance Response**

*For distribution: Copy of Corresponding Informal complaint resolution must be attached to this response.*

| INMATE NAME (Last, First M I) (Please print) | ADCRR NUMBER |
|---|---|
| SMITH, CURTIS R | 277964 |

| INSTITUTION/UNIT | CASE NUMBER |
|---|---|
| ASPC-E SMU I SOUTH Area | Bed: WG1B | 108B | 21-026609 |

**SUMMARY OF COMPLAINT**
Waiting to be seen by neurosurgeon for months. Did not divert incontinence supplies, they were taken by staff. Daily shower was discontinued. Requesting a cane for three years. Fell over 400 times resulting in busted lips and nose and black eyes and was never seen by medical. Lay in floor sometimes for days in own incontinence and can't get up due to the pain being so bad. MRI shows much damage to back, but medical will not give a cane or pain meds.

**INMATE PROPOSED RESOLUTION**

No inmate proposed resolution listed.

**INVESTIGATIVE ACTION**
Investigation into the issue you have raised included a review of your medical record.

**FINDINGS & DECISION**
You were evaluated by the Medical Provider on 12/14/2020 for your complaint of low back pain. Your vital signs were stable, and exam within normal limits. The provider printed out labs and reviewed the lab results with you. You requested to receive Hep C treatment, and the Provider notified the Help C Committee. You were informed that the Neuro consult was approved and you are waiting an appointment. Medications were discussed and reordered. You are currently receiving Tylenol 325mg, one to two tabs every day as needed, and Voltaren 75mg one tablet two times per day for pain management. In addition to medication, you have been instructed to loose weight and increase exercise, including stretching exercises. The Provider and Physical Therapy has explained that building your core can improve back pain. Review of all Provider encounters during 2021 did not reveal any request for a cane. Per the HSR screen your HNR dated 9/24/2019 you asked if the cane had been approved, however the nursing response stated that she could find no documentation to support that a cane had been discussed. It is advised that if you are requesting a cane, you should bring this request to the Provider. Per the special needs screen a back support was ordered in June of 2020, and the SNO will expire on June 8, of 2021. Per the special needs screen the incontinence supplies and showers were discontinued due to your diverting medical briefs to other inmates. You may wish to discuss this issue with the Provider for reconsider issuance of incontinence supplies. Per the consult screen on November 4, 2020 the Medical Provider submitted a consult request for you to be seen by Neurosurgery due to low back pain with lower extremity radicular symptoms, MRI results with signs of possible spinal cord compression, and your report of incontinency of urine. I can confirm that the consult has been scheduled within the next 30 days. Should you fall in your housing and suffer injuries, please seek medical help. Submit an HNR for future medical need.

In accordance with Department Order 802, Inmate Grievance Procedure the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department.

| STAFF NAME (Last, First M I) (Please print) | SIGNATURE | DATE (mm/dd/yy) |
|---|---|---|
| Renna, Veronica R. | | 3/12/2021 |

802-2
2/7/21



S



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Health Needs Request (HNR)**

Date: _____
Time: _____
Initials: _____

SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) (Apellido, Nombre, Inicial) | | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|---|
| | | | |
| CELL/BED NUMBER/CELDA/ NÚMERO DE CAMA | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
| | | | |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action. [Se le exige diga la verdad. La falta de cooperación y cualquier abuso del sistema del cuidado de la salud o del personal podría retrasar la asistencia de este cuidado para usted y para otros y puede dar lugar a una acción disciplinaria.]

SECTION/SECCIÓN II

| AREA OF INTEREST (Check only one block below)/AREA DE INTERES (Marque Un Espacio Solamente)   ☑ Medical/Médico   ☐ Dental   ☐ FHA |
|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____ |

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES. [POR FAVOR, ESCRIBA EN IMPRENTA! Describa su tratamiento o necesidad médica/dental en el espacio de abajo. Describa claramente y sea específico. ¡NO USE MÁS HOJAS!]

_____

_____

_____

_____

_____

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment. [Entiendo que de acuerdo con ARS 31-201.01 se me cobrará una cuota por el servicio médico de $4.00 por la cita que aquí estoy pidiendo (excluyendo las exenciones otorgadas por la ley). Además entiendo que al pagar esta cuota no tengo el derecho a imponer el tratamiento o quien lo proporcione.]

INMATE SIGNATURE/FIRMA DEL PRISIONERO

_____

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX [SEPARE LA COPIA DE COLOR AMARILLO OBSCURO Y DEJE LAS DEMAS EN EL BUZON PETICION DE NECESIDADES MÉDICAS   .]

SECTION III/SECCIÓN III

| REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA   ☑ Medical/Médico   ☐ Dental   ☐ Pharmacy/Farmacia   ☐ FHA |
|---|
| ☐ Pharmacy/Farmacia   ☐ Mental Health/Salud Mental   ☐ Eyes/Ojos   ☐ Other (specify)/Otros (especifique) _____ |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

SECTION/SECCIÓN IV

| PLAN OF ACTION/PLAN DE ACCION |
|---|
| |
| |
| |

| STAFF SIGNATURE STAMP/FIRMA DEL EMPLEADO | DATE/FECHA (mm/dd/yyyy) | TIME/HORA |
|---|---|---|
| | | |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state. [Este documento es una traducción de texto original escrito en inglés. Esta traducción no es oficial y no compromete a este estado ni una subdivisión política de este estado.]

Distribution/Distribución:   White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
12/13/16

SECTION 4, HNR





**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.

Please print all information.

| INMATE NAME (Last, First M I) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Smith Muhammed | 272204 | Smcu-1 | 3-21-21 |

| TO | LOCATION |
|---|---|
| FHA / Medical | 1808 |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

In my informal formal Grievance Response case # 21-00007 Dated 3/3/2021, I was told to report in to the provider for a cane, urinary incontinence pad, shower shoe and pain management and that a neuro Consult was approved.

I was seen at that neuro Consult, he told me i do have two disks bulge along with other things in my back that is the most cause for the pain in my back and legs but, he felt if he did Cut on me it would hurt me not fix me. He also stated for the pain and urinary incontinence i would need to be seen by a pain specialist and a specialist that deals with the urinary track.

I then put in to the provider about better pain management, a cane and urinary incontinence Pads along with a shower shoe as well. She told me she will not give me anything to just deal with it and to stop putting in HNR's. I then told her i was informed to put in the HNR by the FHA, she became angry and yelled at me that the FHA does not run her or tell her what to do. Then she kicked me out of

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Muhammed Smith | 3-21-21 |

Have you discussed this with institution staff?   ☒ Yes   ☐ No

If yes, give the staff member name:   Provider

Distribution   INITIAL   White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL   White – Inmate; Canary – Grievance Coordinator File

802-11
6-25-14



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance – GF Supplement

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Smith Curtis Muhammad | 279161 | Smu-1 | |

the office

    my resolution is to be given better
Pain Management be given a cane, stryker
Shower and ut/chair incontinence bed Pads.
    And to be seen by a Pain specialist
and a specialist on the urinary Track.

| SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Muhammad Smith | 2-31-21 |

INITIAL DISTRIBUTION:   GF Supplement – White and Canary or Copies – Grievance Coordinator
                         Pink, or Copy – Inmate

FINAL DISTRIBUTION:   White or Copy – Inmate
                        Canary or Copy – Grievance File

802-7
12/12/13