Daniel Glover #101266
ASPC-Florence, East Unit
PO Box 5000
Florence, AZ 85132

✓ FILED ___ LODGED
___ RECEIVED ___ COPY
APR 15 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al.<br>Plaintiffs (class)<br><br>v.<br><br>Charles Ryan, et al.<br>Defendants. | 12-CV-00601-ROS<br><br>REQUEST FOR TEMPORARY RESTRAINING ORDER |

## MEDICAL EMERGENCY

My name is Daniel Glover #101266 a prisoner at East Unit in Florence, ASPC.

I am desperately in need of this courts help before I lose both my testicals.

On January 22nd, 2021, I submitted a HNR after I started feeling pain in both my testicals and my groin area behind my surgical site from inguinal hernia performed in April 2018.

On Jan 23rd, I was seen by nursing staff who was extremely concerned at what she saw as I was in extreme pain and my testicle was 80% smaller than normal, so she scheduled me to see the provider.

1

On January 25th, I saw NP Adams and explained I was suffering complications from a previous hernia surgery and that my testicle was dying or is on the verge of death as it feels like the circulation to my testicle was cutting off and killing it. I expressed that this was an emergency situation and the importance that I see a specialist (Urologist). N.P. Adams said she would not put in the request to see the urologist until a ultrasound was completed at the unit.

On March 11th, N.P. Adams post-ultrasound, noted in my medical records a "small bilateral cysts. A small right hydrocele" and "will request Urology consult as pt. w/ persistent pain and discomfort."

On March 21st, I wrote a letter to Prison Law Office requesting their help with my medical emergency. The attorneys subsequently, wrote a letter to the relevant people in charge of medical and ADCRR identifying in my medical records, N.P. Adam's noted on March 11th that she "will request urology consult."
Sadly, the attorneys confirmed no consult was ever requested, and therefore, they wrote/emailed Defendants: "Please ensure that Mr. Glover is scheduled to see the urologist as soon as possible."

2

On April 5th, after Defendants received the letter from the attorneys from Prison Law Office, N.P. Adams called me into her office and was extremely mad at me for asking attorneys to help me and in an agressive attitude said "I will not send you to a urologist, keep taking Ibuprofen"! She was instantly dismissive to my questions. She also said, "I don't know why your complaining, there are inmates here that have such large testicles that they need to be in a wheelchair and they haven't seen a urologist"!

## Conclusion

After numerous HNRs, informal complaints, emergency grievances to no avail, it appears one of my testicles is dead and now the other is losing it size/shrinking and will likely die also. The pain is unbearable at times it's an 8 or 9 out of 10.

My intestines are stuck in the inguinal canal which is cutting of the blood supply to my testes (one which was suffocated and now is so small its almost non-existant).

I'm certain I will suffer irreparable injury and my other testicle will die without this courts help!
<u>Please Help Me</u>!

Declaration

I, Daniel Glover, under the penalty of perjury state the above is true and correct to the best of my knowledge.

Respectfully

*Daniel E. [signature]*
Daniel Glover      4-12-21
ADC # 101266
ASPC - Florence, East Unit
PO Box 5200
Florence, AZ 85132

4