IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Richard Pratt, et al., | |
| Defendants. | |

    Three class members filed motions seeking urgent medical treatment. Robert Charles Waltermann filed a request for help, arguing that he has cataracts and glaucoma, cannot see, and is experiencing headaches but Centurion refuses to provide the surgery ordered by a specialist (Doc. 3876). Muhammad Curtis Smith filed a petition for emergency injunctive and declaratory relief, arguing that he has not received appropriate care for a severe spinal injury that occurred in late 2016. Specifically, he alleges that he continues to suffer from urinary incontinence without necessary supplies and his extreme back pain has not been addressed by a pain management specialist as recommended (Doc. 3891). And Daniel Glover filed a request for temporary restraining order, arguing that he is in danger of losing both of his testicles but has not been sent to a urologist despite an abnormal ultrasound, excruciating pain, and other alarming symptoms (Doc. 3892).

    The Court will direct the Clerk of Court to open all three motions as new civil actions.

…

**IT IS THEREFORE ORDERED** that pursuant to the Court's January 29, 2019 Order (Doc. 3125), the Request for Help (Doc. 3876), the Petition for Emergency Injunctive and Declaratory Relief (Doc. 3891), and the Request for Temporary Restraining Order (Doc. 3892) are **denied without prejudice**. The Clerk of Court must open all three as new civil actions directly assigned to the undersigned.

Dated this 19th day of April, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge