**EXHIBIT 1**

**EXHIBIT 1**

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Updated as of April 16, 2021:**

**Basis for Non-Compliance:**

1. The Regional Mental Health Team did not ensure the accuracy of the MH-3D log prior to providing it to the HSCMB.
2. Psychiatry did not see patients within required timeframes.

**Corrective Action Plan:**

Findings were researched by MH Lead Mocha, Regional Behavioral Health Tech Ruiz, and Regional MH Lead Raak. Psychiatry staff were educated via phone call on February 24, 2021 and via email on March 10, 2021 about the importance of ensuring an IR number is documented when inmates cannot be seen for their scheduled visits. In terms of ensuring the accuracy of the MH-3D log, Regional MH Staff will examine and audit MH-3D logs to ensure accuracy prior to sending them to ADCRR staff. Specifically, the Regional BHT will be comparing the Regional Master MH-3D Log to site-specific MH-3D logs to detect and correct any inaccuracies, prior to sending to ADCRR for review. Regional BHT will also audit MH-3D log and compare it to eOMIS to ensure accuracy prior to submission to ADCRR. Lastly, the MH staff responsible for scheduling psychiatry lines were reminded about CGAR timeframes pertaining to how often MH-3D need to be seen by psychiatry. This education will ensure all inmates on the MH-3D log are scheduled and seen according to CGAR requirements.