| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 28 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| SHAWN JENSEN; et al.,<br><br>        Plaintiffs-Appellees,<br><br>and<br><br>VICTOR ANTONIO PARSONS, DUSTIN BRISLAN,<br><br>        Plaintiffs,<br><br> v.<br><br>CHARLES L. RYAN, Director, Arizona Department of Corrections; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections,<br><br>        Defendants-Appellants. | No.   19-16128<br><br>D.C. No. 2:12-cv-00601-ROS<br>District of Arizona,<br>Phoenix<br><br>ORDER |

The appellants' motion (Docket Entry No. 37) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

        FOR THE COURT:
        MOLLY C. DWYER
        CLERK OF COURT

        By: Terri Haugen
        Deputy Clerk
        Ninth Circuit Rule 27-7

tah/4.26.21/Pro Mo