Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' MONTHLY STATUS REPORT REGARDING MENTAL HEALTH ENCOUNTERS** |

Pursuant to the Court's February 24, 2021 Order requiring Defendants to submit a monthly report regarding "the percentage of mental health encounters sampled that fell short of the minimum durations established by the Court, and of those encounters, the percentage that were nonetheless counted as compliant with the Stipulation," (Dkt. 3861 at 13, 16) Defendants provide the following data:

In February 2021, 5,850 charts were reviewed for all ten complexes. Of those, 1,748 (approximately 30%) met the minimum time requirements of 10 or 30 minutes. 4,102 did not. Of those that did not, 4,037 (approximately 98%) were counted compliant either because: (1) the inmate refused treatment and a properly documented refusal form was in

the inmate's record; or (2) a Mental Health Clinician determined the length of the encounter was meaningful and appropriate in the context of the inmate's overall care.

DATED this 30th day of April, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:             ahardy@prisonlaw.com

Amelia M. Gerlicher:    agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com

Asim Dietrich:         adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Corene T. Kendrick:    ckendrick@aclu.org

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:    dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:       dspecter@prisonlaw.com

John Howard Gray:    jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:    jrico@azdisabilitylaw.org

Maya Abela           mabela@azdisabilitylaw.org

Rose Daly-Rooney:    rdalyrooney@azdisabilitylaw.org

Sara Norman:         snorman@prisonlaw.com

Rita K. Lomio:         rlomio@prisonlaw.com

Eunice Cho           ECho@aclu.org

Jared G. Keenan      jkeenan@acluaz.org

Casey Arellano       carellano@acluaz.org

Maria V. Morris      mmorris@aclu.org

    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

    N/A

                    /s/Daniel P. Struck