UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE COURT'S ORDER RE: DURATION OF MENTAL HEALTH ENCOUNTERS**<br><br>**[Dkt. 3861]** |

The Court having reviewed Plaintiffs' Motion to Enforce the Court's Order Re: Duration of Mental Health Encounters (Dkt. 3861), and good cause appearing, IT IS ORDERED:

1. Defendants shall fully comply with the provisions of the Court's order (Dkt. 3861) regarding the duration of mental health encounters no later than seven (7) days from the date of this Order. Defendants shall file a declaration of counsel confirming such compliance no later than ten (10) days from the date of this Order.

2. No later than thirty (30) days from the date of this Order, each side may submit the names of up to three candidates for possible appointment as a receiver to manage Defendants' provision of health care services to class members.

LEGAL23774493.1