| | |
|---|---|
| 1 | Jared G. Keenan (Bar No. 027068) |
| | Casey Arellano (Bar No. 031242) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email: jkeenan@acluaz.org |
| | carellano@acluaz.org |
| 5 | |
| | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia* |
| 6 | *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy* |
| | *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,* |
| 7 | *Joseph Hefner, Joshua Polson, and Charlotte Wells, on* |
| | *behalf of themselves and all others similarly situated* |
| 8 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** |
| 9 | |
| 10 | Asim Dietrich (Bar No. 027927) |
| | **ARIZONA CENTER FOR DISABILITY LAW** |
| 11 | 5025 East Washington Street, Suite 202 |
| | Phoenix, Arizona 85034 |
| 12 | Telephone: (602) 274-6287 |
| | Email: adietrich@azdisabilitylaw.org |
| 13 | *Attorneys for Plaintiff Arizona Center for Disability Law* |
| 14 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 17 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| 18 | | |
| 19 | | **DECLARATION OF DAVID C. FATHI** |
| 20 | | |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

I, DAVID C. FATHI, DECLARE:

1. I am an attorney licensed to practice before the courts of the State of Washington and admitted to this Court pro hac vice. I am the Director of the ACLU National Prison Project and co-lead counsel for the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** and filed under seal are true and correct copies of letters Plaintiffs have recently sent to Defendants regarding three class members who died by suicide between January 5 and February 3, 2021. To prepare each letter, the sending attorney personally reviewed the deceased patient's health care record in eOMIS, Defendants' electronic medical record system.

3. Attached hereto as **Exhibit 2** and filed under seal are true and correct copies of letters Plaintiffs have recently sent to Defendants regarding class members in need of mental health treatment. To prepare each letter, the sending attorney personally reviewed the patient's health care record in eOMIS, Defendants' electronic medical record system.

4. Attached hereto as **Exhibit 3** and filed under seal is Defendants' mortality review regarding a class member who died by suicide in September 2020. A letter Plaintiffs previously sent to Defendants regarding this class member's suicide is filed at Doc. 3791, at 189-93. Defendants' mortality review identifies "failure to communicate effectively with patient" as a contributing cause, and concludes that this class member's suicide was "possibly avoidable" (ADCRRM0005586-87).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2021, at Washington, D.C.

s/ David C. Fathi
David C. Fathi

LEGAL23774493.1

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)** |
| 2 | | Maria V. Morris (D.C. 1697904)* |
| | | Eunice Hyunhye Cho (Wash. 53711)** |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone:  (202) 548-6603 |
| | | Email:    dfathi@aclu.org |
| 6 | |             mmorris@aclu.org |
| | |             echo@aclu.org |
| 7 | | |
| | | *Admitted *pro hac vice* |
| 8 | | **Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 9 | | Corene Kendrick (Cal. 226642)* |
| 10 | | **ACLU NATIONAL PRISON PROJECT** |
| | | 39 Drumm Street |
| 11 | | San Francisco, California 94111 |
| | | Telephone:  (202) 393-4930 |
| 12 | | Email:    ckendrick@aclu.org |
| 13 | | *Admitted *pro hac vice* |
| 14 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 15 | | Sara Norman (Cal. 189536)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 16 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 17 | | Berkeley, California 94710 |
| | | Telephone:  (510) 280-2621 |
| 18 | | Email:    dspecter@prisonlaw.com |
| | |             ahardy@prisonlaw.com |
| 19 | |             snorman@prisonlaw.com |
| | |             rlomio@prisonlaw.com |
| 20 | | |
| 21 | | *Admitted *pro hac vice* |
| 22 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 23 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 24 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 25 | | Telephone:  (602) 351-8000 |
| | | Email:    dbarr@perkinscoie.com |
| 26 | |             agerlicher@perkinscoie.com |
| | |             jhgray@perkinscoie.com |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Jared G. Keenan (Bar No. 027068) |
| 2 | Casey Arellano (Bar No. 031242) |
| | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
| | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| | Email:  jkeenan@acluaz.org |
| 5 | carellano@acluaz.org |
| 6 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 7 | |
| 8 | |
| 9 | |
| 10 | Asim Dietrich (Bar No. 027927) |
| | **ARIZONA CENTER FOR** |
| 11 | **DISABILITY LAW** |
| | 5025 East Washington Street, Suite 202 |
| 12 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 13 | Email:  adietrich@azdisabilitylaw.org |
| 14 | Rose A. Daly-Rooney (Bar No. 015690) |
| | J.J. Rico (Bar No. 021292) |
| 15 | Maya Abela (Bar No. 027232) |
| | **ARIZONA CENTER FOR** |
| 16 | **DISABILITY LAW** |
| | 177 North Church Avenue, Suite 800 |
| 17 | Tucson, Arizona 85701 |
| | Telephone: (520) 327-9547 |
| 18 | Email: |
| | rdalyrooney@azdisabilitylaw.org |
| 19 | jrico@azdisabilitylaw.org |
| | mabela@azdisabilitylaw.org |
| 20 | |
| 21 | *Attorneys for Arizona Center for Disability Law* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns