Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
         carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF JESSICA CARNS** |

LEGAL23774493.1

I, JESSICA CARNS, DECLARE:

1. I am a paralegal employed by the ACLU National Prison Project. As part of my regular duties, I track and review compliance documents produced by Defendants in *Parsons v. Shinn*, to include those related to the mental health performance measures set forth in the Stipulation. [Docs. 1185, 1185-1]

2. I reviewed the CGARs produced by Defendants for compliance ratings pertaining to the mental health encounters for the three class members who died by suicide between January 5 and February 3, 2021, identified as Patient 1, Patient 2, and Patient 3 in Exhibit 1 to the Declaration of David C. Fathi, filed herewith. I searched specifically for the encounters that were shorter than the Court-ordered minimum duration. [Doc. 3518] *See id.*

3. Of the short encounters listed in Fathi Dec. Exh. 1, none of those pertaining to Patient 2 or Patient 3 were sampled for the CGARs. Two of Patient 1's short mental health encounters were sampled; both were counted as compliant on the corresponding CGAR:

- Individual Counseling (Suicide Watch Progress Note – Initial Visit), 12/14/2020: (10 minutes, including "staff consultation and record review") (**Exhibit 1** attached hereto and filed under seal).
- 30-minute Watch Contact, 12/21/2020: (10 minutes, including "staff consultation and record review") (**Exhibit 1** attached hereto and filed under seal).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May 2021, at Washington, D.C.

_____
Jessica Carns

LEGAL23774493.1

| | | |
|---|---|---|
| 1 | | |
| 2 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)** |
| | | Maria V. Morris (D.C. 1697904)* |
| 3 | | Eunice Hyunhye Cho (Wash. 53711)** |
| | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone: (202) 548-6603 |
| | | Email: dfathi@aclu.org |
| 6 | | mmorris@aclu.org |
| | | echo@aclu.org |
| 7 | | |
| 8 | | *Admitted *pro hac vice* |
| | | **Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 9 | | |
| | | Corene Kendrick (Cal. 226642)* |
| 10 | | **ACLU NATIONAL PRISON PROJECT** |
| | | 39 Drumm Street |
| 11 | | San Francisco, California 94111 |
| | | Telephone: (202) 393-4930 |
| 12 | | Email: ckendrick@aclu.org |
| 13 | | |
| | | *Admitted *pro hac vice* |
| 14 | | |
| | | Donald Specter (Cal. 83925)* |
| 15 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 16 | | Rita K. Lomio (Cal. 254501)* |
| | | **PRISON LAW OFFICE** |
| 17 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 18 | | Telephone: (510) 280-2621 |
| | | Email: dspecter@prisonlaw.com |
| 19 | | ahardy@prisonlaw.com |
| | | snorman@prisonlaw.com |
| 20 | | rlomio@prisonlaw.com |
| 21 | | *Admitted *pro hac vice* |
| 22 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 23 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 24 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 25 | | Telephone: (602) 351-8000 |
| | | Email: dbarr@perkinscoie.com |
| 26 | | agerlicher@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Jared G. Keenan (Bar No. 027068) |
| 2 | Casey Arellano (Bar No. 031242) <br>**ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 <br>Phoenix, Arizona 85013 |
| 4 | Telephone:  (602) 650-1854 <br>Email:    jkeenan@acluaz.org |
| 5 | carellano@acluaz.org |
| 6 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 7 | |
| 8 | |
| 9 | |
| 10 | Asim Dietrich (Bar No. 027927) <br>**ARIZONA CENTER FOR** |
| 11 | **DISABILITY LAW** |
| 12 | 5025 East Washington Street, Suite 202 <br>Phoenix, Arizona 85034 |
| 13 | Telephone: (602) 274-6287 <br>Email:    adietrich@azdisabilitylaw.org |
| 14 | Rose A. Daly-Rooney (Bar No. 015690) |
| 15 | J.J. Rico (Bar No. 021292) <br>Maya Abela (Bar No. 027232) |
| 16 | **ARIZONA CENTER FOR** <br>**DISABILITY LAW** |
| 17 | 177 North Church Avenue, Suite 800 <br>Tucson, Arizona 85701 |
| 18 | Telephone:  (520) 327-9547 <br>Email: |
| 19 | rdalyrooney@azdisabilitylaw.org <br>jrico@azdisabilitylaw.org |
| 20 | mabela@azdisabilitylaw.org |
| 21 | *Attorneys for Arizona Center for Disability Law* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns

LEGAL23774493.1

-4-