**Index of Exhibits to the Declaration of Jessica Carns**

| Exhibit # | Description |
|---|---|
| 1 | Excerpt of Defendants' CGAR findings from December 2020 at ASPC – Lewis (relevant encounters are highlighted) (Redacted) |

# EXHIBIT 1

# CGAR Finding for December 2020 LEWIS COMPLEX

| # | Question | | Comments | | | | |
|---|---|---|---|---|---|---|---|
| | | | 11/16/20 Y | | | | |
| 21 | PM #93 Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody? | X | 1/28/2021 4:15 PM Entered By: Kenya Mccray Number Compliance: 89; Number Review: 90; Percent Compliance: 98.89 % Comments: "MAX "Unit "ADC # "MH Start "Max Start "Rounds "Total # "Compliant Rast  08/04/16 08/11/20 4 4 Y  06/23/20 05/22/20 5 5 Y 11/06/17 08/08/19 5 5 Y  09/21/20 09/23/20 5 5 Y  11/17/20 11/24/20 5 5 Y  12/04/14 07/16/19 5 5 Y  05/14/18 06/07/20 4 4 Y  08/01/19 06/14/19 5 5 Y  05/30/19 07/25/19 5 5 Y  07/23/18 07/07/18 4 4 Y  11/14/19 05/06/19 4 4 Y 01/25/18 03/16/19 4 5 N  08/18/20 11/03/20 5 5 Y  10/04/19 07/20/19 4 4 Y  12/31/19 10/15/20 5 5 Y  09/01/20 08/13/20 4 4 Y  09/28/20 06/07/19 4 4 Y  11/14/17 11/29/19 4 4 Y  11/20/13 10/26/19 4 4 Y  09/05/19 11/13/19 4 4 Y | 2 | 89 | 90 | 98.89 |
| 22 | PM #94 Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse? | X | 1/28/2021 4:16 PM Entered By: Kenya Mccray Number Compliance: 140; Number Review: 146; Percent Compliance: 95.89 % Comments: "ADC # "Date Placed "Non-Compliant Date "Licensed "Watch D/C'd "# Compliant "Total Days "Compliant 12/12/20 NONE Y 12/14/20 2 2 Y 12/26/20 NONE Y 12/28/20 2 2 Y 12/03/20 12/6/20, 12/18/20, 12/28/20, 12/31/20 Y N/A 24 28 N  12/06/20 NONE Y 12/08/20 2 2 Y  11/15/20 NONE Y 12/23/20 23 23 Y 12/07/20 NONE Y 12/09/20 2 2 Y 12/06/20 NONE Y 12/08/20 2 2 Y 12/04/20 NONE Y 12/07/20 3 3 Y 12/04/20 NONE Y 12/08/20 3 3 Y 12/04/20 NONE Y 12/08/20 4 4 Y 12/01/20 12/05/20 Y 12/10/20 8 9 N 12/18/20 NONE Y 12/22/20 4 4 Y 10/23/20 NONE Y N/A 31 31 Y 12/27/20 NONE Y N/A 4 4 Y 12/13/20 12/15/20 Y 12/21/20 7 8 N 12/22/20 NONE Y 12/24/20 2 2 Y ==12/14/20 NONE Y 12/21/20 7 7 Y== 12/17/20 NONE Y 12/21/20 4 4 Y 12/12/20 NONE Y 12/15/20 3 3 Y 12/11/20 NONE Y 12/14/20 3 3 Y | 1 | 140 | 146 | 95.89 |
| 23 | PM #95 Are inmates that are removed from a suicide or mental health watch being removed by a licensed mental health staff? Are any prisoners that were discontinued from a suicide or mental health watch seen by a mental health provider, mental health clinician, or a psychiatric registered nurse between 24 and 72 hours after discontinuation, and between 7 to 10 days, and between 21 and 24 days after discontinuation of the watch? | X | 1/28/2021 4:16 PM Entered By: Kenya Mccray Number Compliance: 42; Number Review: 43; Percent Compliance: 97.67 % Comments: "ADC # "Unit "Watch D/C'd "Licensed "24-72 hours "7-10 days "21-24 days "# Compliant "Total F/U "Compliant  RAST 12/16/20 Y 12/17/20 12/23/20 N/A 2 2 Y  MOREY 11/23/20 Y N/A 12/02/20 12/16/20 2 2 Y  MOREY 12/09/20 Y 12/11/20 12/16/20 12/30/20 3 3 Y  RAST 12/03/20 Y 12/04/20 12/11/20 NONE 2 3 N  RAST 12/22/20 Y 12/23/20 12/29/20 N/A 2 2 Y  BARCHEY 11/18/20 Y N/A N/A 12/09/20 1 1 Y  MOREY 12/08/20 Y 12/10/20 12/15/20 12/29/20 3 3 Y  MOREY 12/08/20 Y 12/11/20 12/16/20 N/A 2 2 Y  BACHMAN 11/12/20 Y N/A N/A 12/03/20 1 1 Y RAST 12/08/20 Y 12/10/20 12/16/20 12/30/20 3 3 Y  BUCKLEY 12/15/20 Y 12/17/20 12/22/20 N/A 2 2 Y  BACHMAN 12/14/20 Y 12/16/20 12/21/20 N/A 2 2 Y  RAST 11/10/20 Y N/A N/A 12/02/20 1 1 Y  STINER 11/10/20 Y N/A N/A 12/01/20 1 1 Y  STINER 12/14/20 Y 12/17/20 12/22/20 N/A 2 2 Y  STINER 11/24/20 Y N/A 12/01/20 12/17/20 2 2 Y  BARCHEY | 2 | 42 | 43 | 97.67 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS v. SHINN, USDC CV12-00601

ADCRRM0007562