**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COMPLIANCE PLAN REGARDING PARAGRAPH 14 OF THE STIPULATION (DKTS. 3880, 3899)** |

The Court, having reviewed Defendants' Unopposed Motion to Extend the Deadline for Defendants to Respond to Plaintiffs' Objections to Defendants' Compliance Plan Regarding Paragraph 14 of the Stipulation (Dkts. 3880, 3899), and good cause appearing,

IT IS ORDERED granting the Motion to Extend. Defendants' Response to Plaintiffs' Objections to Defendants' Compliance Plan Regarding Paragraph 14 of the Stipulation is due on or before June 9, 2021.