# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Antonio Parsons, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The Court, having reviewed Defendants' Unopposed Motion to Extend the Deadline for Defendants to Respond to Plaintiffs' Objections to Defendants' Compliance Plan Regarding Paragraph 14 of the Stipulation (Dkts. 3880, 3899) (Doc. 3904), and good cause appearing,

**IT IS ORDERED** Defendants' Unopposed Motion to Extend the Deadline (Doc. 3904) is **GRANTED**. Defendants' Response to Plaintiffs' Objections to Defendants' Compliance Plan Regarding Paragraph 14 of the Stipulation is due on or before **June 9, 2021**.

Dated this 20th day of May, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge