**EXHIBIT A**

**EXHIBIT A**

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Basis for non-compliance:**
Newly prescribed provider-ordered formulary medications are not being provided to the inmate within the specified timeframe. The Eyman facility has five housing units where this activity (medication administration) takes place. Prior to August 2017, the facility was staffed with four inventory coordinators (IC), each of whom was integral to the overall performance measured by PM 11. It was discovered that four coordinators could not maintain compliant performance levels across five units.

**Corrective Action Plan:**
In August 2017, the number of ICs at Eyman was increased from four full-time employees to five full-time employees. With this change, an IC is now assigned to each yard so as to provide a dedicated resource (by yard) to process and prepare the medications for timely distribution to patients.

In addition to the foregoing, facility leadership has evaluated and agreed to adopt/implement the medication administration process ("MAP") used by Tucson, a process that has led said facility to exhibit sustainable, compliant performance. The MAP will be tested and fully implemented on or before September 15, 2017. Throughout the testing and implementation process, site leadership will meet regularly with ADC's Regional Directors of Operations so as to ensure a seamless transition from the current process for the provision of Keep On Person (KOP) medications during pill call.

**Supplemental Information as of October 6, 2017:**
Hired five (5) replacement nurses on August 14, 2017.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Supplemental Corrective Action Plan as of November 6, 2017:**

1.   Inmate is seen by the provider or medication is ordered from chart check.

2.   Provider orders the patient a formulary medication in eOMIS no later than 1400.

3.   If formulary medication is a STAT order or the process for later than 1400 needs to wrap into Clinic Stock flow, the provider will notify the nurse.
    a.   If medication is a medication on a Provider card (PCard) the provider will dispense the PCard and document disbursement in eOMIS.
    b.   If medication is a clinic stock medication, the nurse will administer the clinic stock and document in eOMIS.
    c.   If medication is not available with PCard or clinic stock, the nurse will notify the site leader for approval of utilizing the back-up pharmacy.
        i.    Courier or assigned person goes and picks up medication at the back-up pharmacy.
        ii.   Medication is given to nurse to administer.
        iii.  Nurse administers medication and documents in eOMIS.
        iv.   If nurse cannot locate the inmate to administer the medication, the unit custody supervisor will be contacted to determine if lockdown is needed.
            1.   Once the inmate is located, the nurse administers medication and documents in eOMIS.

4.   If medication is ordered as routine, medications arrive the very next business day.

5.   Pharmacy receives medication and checks medication against manifest.

6.   Pharmacy delivers medications to the units and places medications in the blue bins on the same day medications are received.

7.   Pharmacy staff will email ADON of unit that medications have been delivered to unit in blue bins.

8.   Nurse will collect medications and administer medications same day.

9.   Lead Inventory Control (IC) will run Pentaho reports daily to confirm compliance.
    a.   If there are any patients that medications indicate Day 2 of not received medications, the Lead IC emails the unit ADON, DON, AFHA, FHA.
    b.   Leadership calls yard nurse to administer meds or assigns resources to complete administration.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Update as of December 15, 2017:**
Corizon and the Department of Corrections are continuing to utilize the above-described Supplemental Corrective Action Plan (November 6, 2017), which has resulted in substantial improvement in compliance rates, as detailed in the above chart. Corizon and the Department of Corrections will reevaluate whether changes to that plan are needed on a rolling basis.

In addition to the existing Supplemental Corrective Action Plan, Corizon is also taking the following steps:

- The ADON is tracking data for this performance measure daily and it is being discussed at Corizon's daily warden meetings to ensure compliance.
- Corizon is reeducating nurses as needed.
- Staff are being directed to go to Walgreens to retrieve medications if needed within the two-day period.
- The Senior DON is reminding nurses daily to stay attentive and to check up the next day to verify that inmates receive their medications on time.
- Preliminary data for November indicates that all ten facilities were complaint with this measure

**Update as of January 8, 2018**:
The Eyman facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Supplemental Corrective Action Plans (November 6, 2017 and December 15, 2017) to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of December 21, 2018**

**Basis for Noncompliance:**
The medication was arriving at the facility in a timely manner but was not being administered within the necessary timeframe. This was caused by a large influx of new nursing staff that were not familiar with the steps necessary to ensure compliance with this measure.

**Corrective Action Plan:**
Beginning on December 1, 2018, the Lead IC is sending the list of medications that need to be picked up to all nursing staff on a daily basis.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The Eyman facility began the transition from the current Lead IC to the newly hired Lead IC. Compliance of this measure dipped slightly during the transition period the last two weeks of January and first two weeks of February 2019.

**Corrective Action Plan:**
 A thorough review of this measure, including how to pull the report and track for compliance was provided during the Lead IC onboarding and training January 15 through February 15, 2019.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The Eyman facility began the transition from the current Lead IC to the newly hired Lead IC. The compliance of this measure dipped slightly during the transition period the last two weeks of January and first two weeks of February 2019.

**Corrective Action Plan:**
Continue with the current CAP as the transition occurred during the first two weeks of February. A thorough review of this measure, including how to pull the report and track for compliance, was provided during the Lead IC onboarding and training January 15-February 15, 2019.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
A miscommunication occurred between nursing and the Lead IC. The report being sent to the nurses for this measure was being sent out after noncompliance had occurred not prior.

**Corrective Action Plan:**
Training was provided on May 7, 2019 to all nursing staff. The ICs were all working from a central location on complex. The ICs will be returning to and working at a designated unit to be sure medications are on the unit in a timely fashion and the medications can be given at afternoon med pass.   The HDF will be sending the report to the DON and the DON will be sending the report to the nursing staff. Phone calls will be made by the HDF to the DON before non-compliance.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
A miscommunication occurred between nursing and the Lead IC. The report being sent to the nurses for this measure was being sent out after noncompliance had occurred not prior. The ICs were working from a centralized location which also contributed to the noncompliance.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 10%. The DON provided training on 5/7/19 to all nursing staff. The ICs have been returned to working from a designated unit to be sure medications are on the unit in a timely fashion and the medications can be given at afternoon med pass.   The HDF will be sending the report to the DON and the DON will be sending the report to the nursing staff.  The HDF will contact the DON before noncompliance about any issues.

**Update as of August 7, 2019:**

**Basis for Noncompliance:**
Eyman has seen an increase in the medications being provided to the inmate(s) without proper documentation being entered into eOMIS.  Further, because of changing vendors medication is not received within two business days by the facility to allow the medication to be issued within the applicable timeframe.

**Corrective Action Plan:**
The previous CAP procedures are still in place with the additional assistance of a CNA whose daily task is to provide assistance with ensuring the medication is being issued/administered.  The HDF continues to send the report to the DON, and the DON will be sending the report to the nursing staff.  The HDF will contact the DON before noncompliance about any issues.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
Eyman has seen an increase in the medications provided to the inmate without documenting properly in EOMIS.  Further, because of changing vendors medication was not received by the facility to allow the medication to be issued within the applicable timeframe.

**Corrective Action Plan:**
THE HDF is sending out the PM 11 report the daily on day 1 to all nursing staff. The following morning, the lead IC notifies each unit by phone of the meds to be administered for the day. The HDF completes a follow up on each medication listed on the report for compliance.  The updated list is sent out to all nursing staff. Before leaving for the day, the

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

HDF will conduct a second follow up of medications and send out notification of remaining medications.

**Update as of December 19, 2019:**

**Basis for Noncompliance:**
The nursing staff are not always documenting on the MAR that the medication was administered.

**Corrective Action Plan:**
The HDF runs the PM 11 report and sends to all nursing staff.   The next morning, a follow up is conducted and nursing is notified of the medications that are still pending.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
PM 11 medications were not provided to the inmates within timeframes.

**Corrective Action Plan:**
Report is being sent out the day prior.  IC is following up in the AM of those outstanding. Notification is made to nurses on the units. The unit ADONS will be responsible for providing.

**Updated as of March 16, 2020:**

**Basis for noncompliance:**
Orders are entered incorrectly, causing order to drop off the report, so Diamond pharmacy was not delivering.

**Corrective Action Plan:**
The Lead IC and the HDF track this measure daily. Report goes out every morning to Nursing to make sure medications are administered. Providers are contacted separately for medications ordered incorrectly.

**Update as of May 18, 2020:**

**Basis for Noncompliance:**
There are multiple factors that contributed to non-compliance. Nursing staff are not consistently emptying the blue bins on a daily basis.   Injections not being documented on the MAR prior to the expiration date.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Corrective Action Plan:**

ADONs have provided in person training to all nursing staff regarding the blue bin process and required MAR documentation for medications and injections. Training was completed on May 15, 20. There was also a booklet made with the training information and placed on each yard to use as a reference guide.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**

The PM 11 medications are being given from clinic stock, but not being continued until their patient specific card arrives. The injection orders are expiring prior to the medication arriving. Medication orders are placed too close together causing the medications to be placed on hold by the pharmacy. Duplicate medication orders have been identified as well.

**Corrective Action Plan:**

Med pass nurses will create a running log of any PM 11 medications that are given from clinic stock, and the patients will remain on that list until their patient specific medications arrive. ADONs will have the responsibility to audit this list to ensure compliance. SMD is notified of medication orders needing provider attention and is assisting with addressing them.

**Updated as of November 19, 2020:**

**Basis for Non-Compliance:**

- STAT medications given and documented in the nursing encounter but not in the MAR
- Duplicate orders not discontinued
- No documentation that medication was administered
- Medications not received from pharmacy within timeframe therefore patient received outside of timeframe

**Corrective Action Plan:**

- Education began 10/29/2020
- Re-educated staff on correct documentation of medication. All medications must be documented in the MAR for completed administration record.
- DON and SR. ADON will complete education for all yard ADONS. Each yard ADON will then conduct face-to-face education for each of their staff.
- Re-educated providers on duplicate orders; all duplicate orders must be discontinued. This was completed via email and a follow up at the provider meeting. The FHA is working with yard IC and provider to find duplicate orders and get them discontinued.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

- On the second day of administration, the IC will order the mediation that has not arrived from Diamond from the backup pharmacy.  When IC is not onsite the Unit medication nurse will be responsible.
- No medication will be administered to a patient until said medication has an order entered into eOMIS.
- No patient with a now/stat order leaves the health unit until medication order is administered and documented on a MAR.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
There were multiple causes of non-compliance.  Routine medications are not being documented as administered within two business days. In addition, STAT meds were not administered within timeframes.

**Corrective Action Plan:**
The Pentaho PM 11 report will be pulled twice daily, once in AM and once at the close of business to ensure medications ordered as STAT have been documented.  All routine PM 11 meds will also be followed up on to ensure the medication was administered. The ADON of the yard will be contacted to direct the yard nurse or administer the medication themselves. Progressive disciplinary action will be taken to nurses not administering the medication when it is available.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Majority of the failures were due to STAT medications not documented properly during unscheduled provider appointments and ICSs.

**Corrective Action Plan:**
The AFHA and HDF are now tracking all ICSs and ensuring all STAT medications are given and documented.  ADONs will educate those not assuring medication is given and documented.  Progressive discipline will be followed for nursing staff that do not comply.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
1. Providers are writing duplicate medication orders.
2. STAT medications are not documented on the MAR prior to expiration.
3. Injections are not being completed prior to expiration.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Corrective Action Plan:**
1. Providers were directed on 3/4/21 by the SMD to verify the current medication list prior to placing the med orders.
2. Units have MAs on site to administer the STAT medications.
3. The no show list will be pulled upon the completion of each med pass to ensure the medications have been administered.
4. The Lead Inventory Coordinator will review the PM 11 list twice daily and notify the yards of the remaining medications.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
1. Providers are writing duplicate medication orders.
2. STAT medications are not documented on the MAR prior to expiration.
3. Injections are not being completed prior to expiration.

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until March and is not reflected in the February 2021 audit.

1. Providers were directed on 3/4/21 by the SMD to verify the current medication list prior to placing the medication orders.
2. Units have MAs on site to administer the STAT medications.
3. The no show list will be pulled upon the completion of each med pass to ensure the medications have been administered.
4. The Lead Inventory Coordinator will review the PM 11 list twice daily and notify the yards of the remaining medications.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



Above compliance threshold without interruption since October 2016, with the exception of July 2017.

**Basis for non-compliance:**
Newly prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. The Florence compound is comprised of multiple housing units including an outlying unit, referred to as the "Globe," which is the area that these findings relate to. Upon reviewing the findings, it was apparent the proper procedure for receiving new inmate medications was not adhered to. More specifically, the first step in the receiving process that requires all new medications to be scanned into the electronic tracking system was inadvertently omitted. Because this critical step was inadvertently omitted, there was a lack of evidence that medications had been received, even though they had been successfully administered.

**Corrective Action Plan:**
A complete process workflow has been modeled and documented. This documentation is to include a visual flow chart, an accompanying checklist of events to be performed, and identification as to whom is to perform them with a narrative description of the process. These aids will facilitate training and accountability for each step of the process.

The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through accountability and deliberate action.  All clinicians shall be reeducated and monitored by the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

1. The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).
2. Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).
3. If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock, the provider will notify the nurse immediately.
   a. If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).
   b. If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).
   c. If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).
   d. The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).
      i. Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00 PM PST the day after receiving the Site Medical Director's approval.
      ii. Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).
      iii. Nurse administers the medication and documents the same in eOMIS (Day Two).
      iv. If nurse cannot locate the inmate to administer the medication, the unit custody supervisor will be contacted to determine if lockdown is needed.
         1. Once the inmate is located, the nurse administers medication and documents in eOMIS.
4. If medication order is filled as routine, medications arrive the very next business day (Day two).
5. Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.
6. Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medications are received).
7. After placement, the Pharmacy shall notify the ADON (by unit) as to the medication orders having been delivered.
8. The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.
9. The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

   a. If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe.

   b. Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.

**Supplemental Corrective Action Plan as of November 6, 2017:**

1. Inmate is seen by the provider or medication is ordered from chart check.
2. Provider orders the patient a formulary medication in eOMIS no later than 1400.
3. If formulary medication is a STAT order or the process for later than 1400 needs to wrap into Clinic Stock flow, the Provider will notify the nurse.
   a. If medication is a medication on a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS.
   b. If medication is a clinic stock medication, the nurse will administer the clinic stock and document in eOMIS.
   c. If medication is not available with PCard or clinic stock, the nurse will notify the site leader for approval of utilizing the back-up pharmacy.
      i. Courier or assigned person goes and picks up medication at the back-up pharmacy.
      ii. Medication is given to nurse to administer.
      iii. Nurse administers medication and documents in eOMIS.
      iv. If nurse cannot locate the inmate to administer the medication, the unit custody supervisor will be contacted to determine if lockdown is needed.
         1. Once the inmate is located, the nurse administers medication and documents in eOMIS.
4. If medication is ordered as routine, medications arrive the very next business day.
5. Pharmacy receives medication and checks medication against manifest.
6. Pharmacy delivers medications to the units and places medications in the blue bins on the same day medications are received.
7. Pharmacy staff will email ADON of unit that medications have been delivered to unit in blue bins.
8. Nurse will collect medications and administer medications same day.
9. Lead Inventory Control (IC) will run Pentaho reports daily to confirm compliance.
   a. If there are any patients that meds indicate Day 2 of not received medications, the Lead IC emails the unit ADON, DON, AFHA, FHA.
   b. Leadership calls yard nurse to administer medications or assigns resources to complete administration.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



Above compliance threshold without interruption since October 2017, with the exception of May 2018 and April 2020.

**Basis for non-compliance:**
Newly prescribed provider-ordered formulary medications are not being provided to the inmate within timeframe. Within the Lewis facility, there has been difficulty meeting this performance measure when medications are not readily available on the housing units or within the compound at all.

**Corrective Action Plan:**
The process workflow below will be reinstituted during the last half of September 2017 via a mandatory policy directive designed to ensure compliance with PM 11, through accountability and deliberate action. All clinicians shall be reeducated and monitored by the Assistant Director of Nursing so as to ensure improved, compliant, performance in this service area.

1. The patient is seen by the provider on Day One (or a prescription medication is ordered from a chart check in cases where a face-to-face encounter is not medically indicated).
2. Provider orders the patient a formulary medication in eOMIS no later than 1400 (Day One).
3. If formulary medication is a STAT order or the prescription is not ordered before 1400 on Day One, implicating the use of Clinic Stock, the provider will notify the nurse immediately.
   a. If the medication order can be filled from a Provider card (PCard), the provider will dispense the PCard and document disbursement in eOMIS (Day One).
   b. If the medication order can be filled from clinic stock medication, the provider (nurse) will administer the clinic stock medication and document such in eOMIS (Day One).

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

    c. If the medication order cannot be filled with a PCard or clinic stock, the nurse will immediately request approval from the Site Medical Director to utilize a back-up pharmacy (Day One).

    d. The Site Medical Director must approve or deny the request on the day said request is submitted (Day One).

        i. Upon approval, an approved courier shall pick up the medication order from the back-up pharmacy, no later than 12:00 PM PST the day after receiving the Site Medical Director's approval.

        ii. Upon returning, the approved courier tenders the medication to the appropriate provider to administer the same (Day Two).

        iii. Nurse administers the medication and documents the same in eOMIS (Day Two).

        iv. If nurse cannot locate the inmate to administer the medication, the unit custody supervisor will be contacted to determine if lockdown is needed.

            1. Once the inmate is located, the nurse administers medication and documents in eOMIS.

4. If medication order is filled as routine, meds arrive the next business day (Day two).

5. Upon arrival, the Pharmacy properly receives the medication and checks such against the manifest.

6. Immediately following (Step 5), the Pharmacy delivers the medication orders to the units and places such in the blue bins (on the same day medication is received).

7. After placement, the Pharmacy shall notify the ADON (by unit) as to the medication order having been delivered.

8. The ADON shall direct the appropriate staff nurse to collect and administer the medication that same day.

9. The Lead Inventory Control (IC) will generate and review the appropriate report (Pentaho) to ensure compliance.

    a. If there are any potential instances of non-compliance, the IC shall immediately notify the Site Medical Director, DON, ADON, or FHA so that the medication may be administered by the yard nurse within the required timeframe

    b. Site Leadership directs the yard nurse to immediately administer the medication order and document such in eOMIS without delay.

**Supplemental Corrective Action Plan as of November 6, 2017:**

1. Inmate is seen by the provider or medication is ordered from chart check.

2. Provider orders the patient a formulary medication in eOMIS no later than 1400.

3. If formulary medication is a STAT order or the process for later than 1400 needs to wrap into Clinic Stock flow; the provider will notify the nurse.

    a. If medication is a medication on a Provider card (PCard) the provider will dispense the PCard and document disbursement in eOMIS.

    b. If medication is a clinic stock medication, the nurse will administer the clinic stock and document in eOMIS.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

    c.    If medication is not available with PCard or clinic stock, the nurse will notify the site leader for approval of utilizing the back-up pharmacy.

        i.    Courier or assigned person goes and picks up medication at the back-up pharmacy.

        ii.    Medication is given to nurse to administer.

        iii.    Nurse administers medication and documents in eOMIS.

        iv.    If nurse cannot locate the inmate to administer the medication, the unit custody supervisor will be contacted to determine if lockdown is needed.

                1.    Once the inmate is located, the nurse administers medication and documents in eOMIS.

4.    If medication is ordered as routine, meds arrive the very next business day.

5.    Pharmacy receives medication and checks medication against manifest.

6.    Pharmacy delivers medications to the units and places medications in the blue bins on the same day medication is received.

7.    Pharmacy staff will email ADON of unit that medications have been delivered to unit in blue bins.

8.    Nurse will collect medications and administer medications same day.

9.    Lead Inventory Control (IC) will run Pentaho reports daily to confirm compliance.

    a.    If there are any patients that meds indicate Day 2 of not received medications, the Lead IC emails the unit ADON, DON, AFHA, FHA.

    b.    Leadership calls yard nurse to administer meds or assigns resources to complete administration.

**Update as of December 15, 2017:**

The Lewis facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Supplemental Corrective Action Plan (November 6, 2017) to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of July 31, 2018:**

**Basis for non-compliance:**

Patients could not get medications because of a software locator issue related to the matching of medication location codes between AIMS and eOMIS. This issue resulted in the inability to locate certain medications, primarily at Eagle Point, which is where most of the findings occurred.

**Corrective Action Plan:**

The locator issue at Eagle Point was corrected on May 30, 2018. DOC updated AIMS' locator code for Eagle Point to provide accurate communication with PharmaCorr, eOMIS, and other applicable interfaces.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Updated as of June 17, 2020:**

**Basis for Non-Compliance:**
The KOP medications were delivered to the patients, but it was not being documented in the MAR; instead a paper sheet was kept of medications delivered.

**Corrective Action Plan:**
The Sr. ADON, with the assistance from the HDF, track the measure daily that medication is administered and documented in the MAR.  When the Sr. ADON and HDF identify that a patient has either not received the medication or it was not documented, administrative action is taken to resolve the issue. The nurse responsible for the administration is contacted by the Sr. ADON to complete the task to ensure compliance.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
While reviewing the findings for the audit of June 2020 a specific pattern was identified. In this pattern it was realized that 10 of the 16 medications that were not administered to the patients within two business days after prescribing were on hold from the pharmacy and ultimately not seen within the sequel report. Unable to see these medications within the report led to non-compliance since administration and nurses rely on it to administer medications.

**Corrective Action Plan:**
After identifying this issue, the sequel report has since been edited and thoroughly corrected with the assistance of regional office. Moving forward the corrective action plan will be to track and locate any medications that would be on hold and to receive their status prior to the two business days. This plan will also include keeping pharmacy involved to ensure if for any reason the medication is out of stock it will be received in advance and before the due date. By taking these measures, we will be able to avoid the issue that arose this month.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
While reviewing the findings for the audit of December 2020 a specific pattern was identified. There was no consistency of medication administration documented on the MAR. This includes refusal of medications and medications administered through clinic stock. Specifically, in some instances a patient was administered medication one day and then had missed doses the next several days.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

**Corrective Action Plan:**

After identifying this issue, the provided examples have been presented to all ADONs and pill call nurses. On 1/29/2020, the HDF sent an education email to all nursing staff. This education stressed the importance of consistency needed on any medication, whether being administered via clinic stock or DOT.  No medication is to be administered without documentation on the MAR. The DON will continue to monitor and educate when non-compliance is identified.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



Above compliance threshold without interruption since June 2017, with the exception of March 2019 and February 2020.

**Update as of May 21, 2019:**

**Basis for non-compliance:**
Notification alerts of the new medication arrivals did not occur in the month of March causing the noncompliance.

**Corrective Action Plan:**
The HDF began sending notifications of new medication arrivals to all nursing staff and inventory control personnel on May 1, 2019 and to ensure blue bins containing the new medications are empty prior to leaving shift.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Medications were not always being administered to the patient within the timeframe.

**Corrective Action Plan:**
The Pharmacy Nurse and the HDF closely track and follow up on these medications daily. Emails are sent to the ADONs of each unit every morning with the medications that need to be administered that day to remain compliant by both the Pharmacy Nurse and HDF. The email from the Pharmacy Nurse gives explicit details as when the medication was received by the pharmacy or when it will be arriving.  She calls the med pass nurses and

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*

ensures the medication is awaiting administration that day.  The following day the HDF re-audits the prior day's medications and reports them accordingly to the leadership team.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Updated as of November 19, 2020:**

**Basis for Non-Compliance:**
A review of the findings for the September 2020 audit identified several issues. It was found of 18 medications prescribed, five were not administered to the patient within two business days as ordered. 1) In two instances, ADACEL (T-dap) was not given by the effective date of the order. The healthcare providers made a comment stating, "to be given later date". The healthcare provider did not calculate when to give the medication and make the effective date match the comment. 2) The nursing staff thought the Alvesco medication was a release medication and held the medication to be dispensed later. 3) Alvesco was originally ordered as PRN and then reordered as twice daily. The Pharmacy thought this was a duplicate order, and the lead Inventory did not get a fax notification of the duplicate order, and the Lead Inventory did not ask for clarification of the order.

**Corrective Action Plan:**
HDF discussed with the providers about the use of the effective date and calculation for the effective date when ordering medication for injections on 10/29/2020 at the Coordination of Care meeting. On 10/29/2020, the Lead Inventory Coordinator contacted Diamond Pharmacy representative for Winslow to ensure notification is sent to the correct fax. Faxes will go to Lead Inventory Coordinator, Assistant Lead Inventory Coordinator, and backup Inventory Coordinator. Lead Inventory Coordinator attended the morning huddles on 10/30/2020 and 11/3/2020 to discuss the difference between release medication and regular KOP medication with nursing staff.

# PM 11

*Are newly prescribed provider-ordered formulary medications provided to the inmate within two (2) business days after prescribed, or on the same day, if prescribed STAT?*



**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
The review of this Performance Measure's non-compliance identified the primary concern was with documentation on the MAR of STAT orders being administered.

**Corrective Action Plan:**
On 10/21/2020, the DON sent an education email to all nursing staff.  This education stressed the importance that for STAT orders for any medication, administration must be documented appropriately.  If it is a medication that is ordered, not only should it be documented in the encounter but MUST be documented as administered in the MAR.  No medication is to be administered to a patient until said medication has an order entered into eOMIS. No patient with a now/stat order leaves the health unit until medication order is administered and documented in the MAR. Education began 10/29/2020 by the DON for all yard ADONS.  Each yard ADON will then conduct face-to-face education for each of their staff. The DON will continue to monitor and educate when non-compliance is identified.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment.

**Corrective Action Plan:**
Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. Education was provided to all SMDs on 11/3/2020 via the Tuesday CGAR call to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit.   Education also included that if medications, such as pain medication or breathing treatments, are to be taken as needed the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate time frames to ensure no lapse in treatment.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

**Corrective Action Plan:**

Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. An Education email sent on 11/18/2020 by the SMD to all providers to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit. Education also included that if a medication, such as pain medication or breathing treatments, is to be taken as needed, the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance.  Eyman will continue with the current CAP as it was not implemented until November and the change is not reflected in the October audit.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**

Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment. Interruptions and lapses occurred in treatment.

**Corrective Action Plan:**

A list of all expiring medications from the pharmacy will be prepared to ensure monitoring of all medications can be conducted. This list will then be narrowed to chronic care and psychotropic medications, identifying the ordering providers for each medication. The medications list is provided to the SMD and all other providers to renew the prescriptions in a timely manner prior to them expiring. At least one week before the medications expire the SMD will follow up and ensure all medications are renewed.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*Chronic care and psychotropic medication renewals completion was outside the appropriate timeframes causing interruptions and lapses in treatment.*

*Corrective Action Plan:*

*The Eyman facility will continue with the current CAP and monitor for compliance. A list of all expiring medications from the pharmacy will be prepared to ensure monitoring of all medication renewals. This list is narrowed to chronic care and psychotropic medications, identifying the ordering providers for each medication. The medications list is provided to the SMD and all other providers to renew the prescriptions in a timely*

**PM 13**   *Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

**manner prior to them expiring. At least one week before the medications expire the SMD will follow up and ensure all medications are renewed.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Update as of March 21, 2019:**

**Basis for noncompliance:**
It was discovered on February 21, 2019 that the FHA and AFHA were not receiving the pharmacy report that is needed to track the renewal of these medications.

**Corrective Action Plan:**
The FHA and AFHA were added to the distribution list for the pharmacy report on February 21, 2019. They will receive this report twice monthly and will distribute to the providers for renewal of medications.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment.

**Corrective Action Plan:**
Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. Education was provided to all SMDs on 11/3/2020 via the Tuesday CGAR call to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit.   Education also included that if medications, such as pain medication or

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

breathing treatments, are to be taken as needed the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate time frames to ensure no lapse in treatment.

**Corrective Action Plan:**
Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. Education was provided to all SMDS on 11/3/2020 via the Tuesday CGAR call to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit.   Education also included that if a medication, such as pain medication or breathing treatments, is to be taken as needed, the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance. Florence will continue with the current CAP as it was not implemented until November and is not reflected in the October audit results.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment. Interruptions and lapses occurred in treatment.

**Corrective Action Plan:**
A list of all expiring medications from the pharmacy will be prepared to  ensure monitoring of all medications can be conducted. This list will then be narrowed to chronic care and psychotropic medications, identifying the ordering providers for each medication. The medications list is provided to the SMD and all other providers to renew the prescriptions in a timely manner prior to them expiring. At least one week before the medications expire the SMD will follow up and ensure all medications are renewed.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

**Updated as of May 17, 2021:**

**Basis for Non-Compliance:**

**Several new providers caused a lapse in ordering chronic care and psychotropic medication renewals.**

**Corrective Action Plan:**

**Regional Pharmacist sends a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure completion of renewal of medications at least one week prior to expiring. Education was provided at the 4/21/2021 provider meeting by the SMD to all providers to include the following:  When completing chronic care appointments, they need to verify the patient is on the correct medications for their condition and verify the order is active and not expiring prior to the patient's next visit.   The providers were also instructed  that if a medication, such as pain medication or breathing treatments, is to be taken as needed the order needs to be written as PRN not scheduled reflecting the as-needed order. Will continue to monitor for non-compliance.**

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment.

**Corrective Action Plan:**
Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. Education was provided to all SMDs on 11/3/2020 via the Tuesday CGAR call to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit.   Education also included that if medications, such as pain medication or breathing treatments, are to be taken as needed the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate time frames to ensure no lapse in treatment.

**PM 13**   *Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

**Corrective Action Plan:**
Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. Education was provided to all SMDS on 11/3/2020 via the Tuesday CGAR call to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit.   Education also included that if a medication, such as pain medication or breathing treatments, is to be taken as needed, the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance. Lewis will continue with the current CAP as it was not implemented until November and is not reflected in the October audit results.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment.

**Corrective Action Plan:**
Continue with the current action plan as it was not fully implemented until the middle of November 2020 and the score has increased 13 percent. Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. Education was provided to all SMDs on 11/3/2020 via the Tuesday CGAR call to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit.   Education also included that if medications, such as pain medications or breathing treatments, are to be taken as needed the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment. Interruptions and lapses occurred in treatment.

# PM 13   *Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

**Corrective Action Plan:**

A list of all expiring medications from the pharmacy will be prepared  so monitoring on all medications will be conducted. This list will then be narrowed to chronic care and psychotropic medications and identifying  the ordering providers for each medication. The medications list will be provided to the SMD and all other providers to renew the prescriptions in a timely manner prior to them expiring. At least one week before the medications expire the SMD will follow up and ensure all medications are renewed.

# PM 13
*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment.

**Corrective Action Plan:**
The Regional Pharmacist is sending out the list of medications which need to be renewed twice a month for the following month. The Inventory Coordinator Nurse will break this list out by unit and send it to each Provider/ADON to review to ensure there is an appointment scheduled or renewal ordered prior to the medication expiring. The list will be reviewed again at the end of the month to ensure all orders were renewed.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment.

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until March and is not reflected in the February 2021 audit.

The Regional Pharmacist is sending out the list of medications which need to be renewed twice a month for the following month. The Inventory Coordinator Nurse will break this list out by unit and send it to each Provider/ADON to review to ensure there is an

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

appointment scheduled or renewal ordered prior to the medication expiring. The list will be reviewed again at the end of the month to ensure all orders were renewed.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



Above compliance threshold without interruption since February 2017.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*



**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
Until recently, the stop date report concerning medication renewals was sent only to the FHA. The FHA, however, was out on FMLA leave and therefore other staff was not receiving necessary information on medication renewals.

**Corrective Action Plan:**
In Mid-April, PharmaCorr added the Lead IC, Chronic Care nurse, and mental health nurse to the distribution list, so they are now also receiving the stop date report. The FHA has also returned from FMLA leave. The additional individuals receiving the stop date report will provide further redundancy to ensure timely medication renewals.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate timeframes to ensure no lapse in treatment.

**Corrective Action Plan:**
Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all meds are renewed at least one week prior to expiring. An Education email was sent on 11/18/2020 by the SMD to all providers to include the following: When completing

# PM 13
*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit. Education also included that if medications, such as pain medication or breathing treatments, are to be taken as needed the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Chronic Care and psychotropic medications were not renewed in the appropriate time frames to ensure no lapse in treatment.

**Corrective Action Plan:**
Continue with the current CAP as it was not fully implemented until the third week in November, therefore the changes are not reflected in the October 2020 audit. Contact to the Regional Pharmacist on 11/3/2020 to assist with getting a report twice a month of all expiring medications from the pharmacy to be able to monitor and/or get medications renewed prior to them expiring. The SMD will follow up and ensure all medications are renewed at least one week prior to expiring. An Education email sent on 11/18/2020 by the SMD to all providers to include the following:  When completing Chronic Care appointments, they need to verify the patients are on the correct medications for their condition and verify the order is active and not expiring prior to their next visit.   Education also included that if a medication, such as pain medication or breathing treatments, is to be taken as needed, the order needs to be written as PRN not scheduled reflecting the as needed order. Will continue to monitor for non-compliance.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Chronic care and psychotropic medications were renewed in a manner so there was no interruption in the prescription.  Although there was no break in the prescription, there was a lapse of a day or two from the last administration of KOPs to the new KOPs being made available to the patient.

**Corrective Action Plan:**
Pharmacy will monitor deliveries closely to ensure that if there is any delay, e-fills will be obtained and medications  given DOT until KOPs are delivered and available to the patient.

# PM 13

*Are chronic care and psychotropic medications renewals completed in a manner such that there is no interruption of lapse in medication?*

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Chronic care and psychotropic medications were renewed in a manner so there was no interruption in the prescription.  Although there was no interruption in the prescription, there was a lapse of a day or two from the last administration of KOPs to the new KOPs being made available to the patient.

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until March and is not reflected in the February 2021 audit. Pharmacy will monitor deliveries closely to ensure that if there is any delay, e-fills will be obtained and medications given DOT until KOPs are delivered and available to the patient.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*Chronic care and psychotropic medications were renewed in a manner so there was no interruption in the prescription.  Although there was no interruption in the prescription, there was a lapse of a day or two from the last administration of KOPs to the new KOPs being made available to the patient.*

*Corrective Action Plan:*

*Continue with the current CAP as the score has increased by 10% from February 2021 to the March 2021 audit. Pharmacy will monitor deliveries closely to ensure that if there is any delay, e-fills are obtained and medications given DOT until KOPs are delivered and available to the patient.*

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since at least August 2016.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



**Update as of June 11, 2018:**

**Basis for noncompliance:**
The monitor was unable to attain requested information to assess compliance with this measure. Specifically, the monitor requested more information from the FHA and AFHA; however, at the time, no FHA was in place at the Eyman facility and the AFHA was out on maternity leave.

**Corrective Action Plan:**
Corizon and the Department of Corrections believe this is an isolated incident, especially considering the facility's compliance with this measure for the past twelve months. Therefore, this facility will continue to utilize existing practices and procedures, and anticipates full compliance going forward.

**Update as of March 21, 2019:**

**Basis for noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the HNR requests for medication refills were not processed in a timely manner, causing a lapse or interruption of the medication being provided to the patient.

 **PM 14** *Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*

**Corrective Action Plan:**
The Eyman facility began a centralized process the third week of February 2019. All HNRs are brought to a centralized location. All HNRs that are screened and identified as medication refill requests are immediately sent to the LEAD IC to process.

**Update as of April 21, 2019:**

**Basis for noncompliance:**
Multiple issues were identified in the breakdown of the HNR process. As a result, the HNR requests for medication refills were not processed in a timely manner, causing the refills to fall out of timeframe.

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until the third week in February and its impact is not fully reflected in the score. The score has increased by 30% and will continue to increase as the med refill HNRs are sent immediately to the Lead IC. The Eyman facility began a centralized process the third week of February 2019. All HNRs are brought to a centralized location. All HNRs that are screened and identified as med refill requests are immediately sent to the LEAD IC to process.

**Update as of August 8, 2019:**

**Basis for noncompliance:**
There are multiple issues that have contributed to the measure not being met. The Pharmacy HNRs are being processed by the Lead IC Nurse and, due to the volume, there is a delay in processing. The Lead IC is also being pulled to units to pass medications. The Pharmacy Referral log was completed incorrectly causing the facility to not have an accurate source document for auditing purposes. Finally, due to the change in vendors, there has been an increase in medications not arriving in time.

**Corrective Action Plan:**
The Eyman facility continues to have the centralized HNR process in place. HNRs will continue to be processed by the Lead IC. The facility is actively recruiting nurses in an effort to eliminate the need to pull the Lead IC to unit med passes.

**Update as of September 19, 2019:**

**Basis for noncompliance:**
The Pharmacy HNRs being processed by the Lead IC Nurse caused a delay. The Lead IC was also assigned to the units to pass medications causing the HNRs to remain unprocessed.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*

**Corrective Action Plan:**

The Eyman facility continues to have the centralized HNR process in place. HNRs will continue to be processed by the Lead IC. The facility is actively recruiting nurses in efforts to eliminate the need to pull the Lead IC to unit med passes.

**Update as of December 19, 2019:**

**Basis for noncompliance:**

Refills are not provided to the inmate in a timely manner causing an interruption in medications.

**Corrective Action Plan:**

Medical assistants have been hired to assist with issuing medications in a timely manner.

**Updated as of March 16, 2020:**

**Basis for noncompliance:**

When medication is received from pharmacy, there is a delay in distribution. All medication must be distributed within 24 hours of receipt from the pharmacy.

**Corrective Action Plan:**

The lead Inventory Coordinator (IC) is ensuring that all medications are being delivered within 24 hours of receipt.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since at least August 2016, with the exception of June 2018, June 2019, and January 2020.

**Update as of August 29, 2018**

**Basis for Non-Compliance:**
There was a change in personnel relating to the position responsible for filling out the Pharmacy Referral Log. As a result, the Log was not being completed appropriately which caused the failure.

**Corrective Action Plan:**
The issue was identified on July 27, 2018 and the responsible person was educated on the correct way to complete the Log. Also, unit ADONs began oversight of the process on August 3, 2018 to ensure accuracy.

**Update as of August 9, 2019:**

**Basis for Non-Compliance:**
The document that was uploaded to the portal had blanks, which caused the source document to be unacceptable to perform the audit. Per the Health Services Contract Monitoring Bureau representative, the document must have the correct medication name, no blanks for the last received by pharmacy date, and the last received by pharmacy date must be the most recent date the medication was received at the site, at least one day prior to the HNR.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*

**Corrective Action Plan:**
Florence leadership, working with the AFHA, and Interim DON, will re-educate on the correct process for completing the logs, and the AFHA will verify logs with the responsible ADON before uploading to the portal to ensure compliance.  This training and reeducation is set to begin on August 14, 2019, and the logs will be reviewed weekly with the responsible ADON of the yard.

**Updated as of March 16, 2020:**

**Basis for noncompliance:**
The medication was not updated as received in the MAR.

**Corrective Action Plan:**
The inventory coordinators were educated to update the received section of the MAR. This measure is monitored by the received-from-pharmacy date not by administration date.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since February 2017 with the exception of January 2019 and February 2019.

**Update as of March 21, 2019:**

**Basis for noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the HNR requests for medication refills were not processed in a timely manner, causing a lapse or interruption of the medication being provided to the patient.

**Corrective Action Plan:**
The Lewis facility began a centralized process the third week of February 2019.  All HNRs are brought to a centralized location. All HNRs that are screened and identified as medication refill requests are immediately sent to the LEAD IC to process.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The source document for ASPC-Lewis was incomplete for this monitored month, and any results shown were calculated based upon a partial sampling of the required documents.

Because the validity of the score could not be determined, the resulting score for this performance measure has been adjusted to 0%. The issue with the source document was not identified until the last week in March at which time it was too late to resubmit and ask for the measure to be audited again. The source document supplied contained 1,774

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*

HNRs for audit review, but an additional 1,256 HNRs should have been included on the source document.

**Corrective Action Plan:**
The Corizon compliance team has been completing a thorough review of the Lewis HNR logs and has vetted the source document prior to submitting.

**Update as of August 6, 2019:**

**Basis for noncompliance:**
The manual log that is used as the source document was not completed correctly. The measure could not be audited resulting in a zero.

**Corrective Action Plan:**
The Lewis facility began a centralized process the third week of February 2019.  All HNRs are brought to a centralized location. All HNRs are screened and identified as medication refill requests and are immediately refilled by an Inventory Coordinator (IC) who is assigned to assist the Registered Nurse with the refill process. The refill process is completed prior to the HNR being logged and marked resolved. In case the medication needs to be re-ordered versus refilled, the Registered Nurse will communicate to the responsible yard provider. The order will be entered into the system by the provider or a Verbal Order will be completed by the Registered Nurse to ensure there is no lapse in the medication regimen. The IC has been educated on the correct process and will continue to complete the source document as directed. The Mental Health RN will look over the source document for accuracy prior to the end of the month.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since at least August 2016.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since May 2016.

**Update as of November 21, 2018:**

This score was re-audited after a missing source document was identified.  As such, the compliance score went from a preliminary 0% to 100%.

# PM 14

*Are refills for chronic care or requested by a prisoner between three and seven business days prior to the prescription running out completed in a timely manner such that there is no interruption or lapse in medication?*



Above compliance threshold without interruption since May 2016.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



**Basis for non-compliance (as of October 6, 2017):**
The deficiencies identified for PM 15 are rooted in the absence of a standard procedure for qualified healthcare providers to utilize when a patient refuses his/her medication. To ensure compliance with PM 15, qualified healthcare providers must make an appropriate entry on the Medication Refusal Log, complete and scan a Medication Refusal Form into eOMIS, counsel the patient in each instance, and document in eOMIS that the patient has been appropriately counseled as to the risks and dangers associated with refusing to take his/her medication.

**Corrective Action Plan (as of October 6, 2017):**
To remediate the recent deficiencies for PM 15 at the Eyman, Lewis, and Florence sites, and to maintain compliance at the other sites currently operating without a deficiency, Corizon Health ("Corizon") shall develop and implement a new procedure for the administration of medication, applicable at all sites, that includes specific action steps for qualified healthcare providers to follow in instances when a patient refuses his or her medication. More specifically, for each instance when a patient refuses to take his/her medication, the procedure will require the qualified healthcare provider to: 1) immediately counsel the patient as to the risks associated with refusing to take medications necessary to treat his/her illness, which is required during the encounter; 2) immediately following the encounter, enter the patient's name and information onto the medication refusal log; and 3) before the end of the qualified healthcare providers' shift on the day of the encounter, he/she shall obtain, complete, and scan a medication refusal form into eOMIS.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new procedure on or before November 15, 2017 ("Effective Date"). Prior to the Effective Date, Corizon will communicate the procedure to all site leadership and site-level qualified healthcare providers via email, and shortly thereafter, the remedial measure will be presented by site leadership at the appropriate staff meeting so that employees have an opportunity to discuss the same. At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees for reference on "MyCorizon", and in hard copy form upon request. All qualified healthcare provider requests for a copy of the procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Corizon qualified healthcare providers shall be trained by site leadership (or an appropriate training designee) on the new medication administration procedure. On or after December 1, 2017, Corizon compliance monitors shall review an appropriate sample of medication refusal logs and corresponding eOMIS sections at each site to evaluate and assess compliance with the new procedure. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those qualified healthcare providers associated with the deficiency finding(s).

**Update as of December 15, 2017:**
Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan, which has resulted in substantial improvement in compliance rates, as detailed in the above chart. Corizon and the Department of Corrections will reevaluate whether changes to that plan are needed on a rolling basis.

In addition to the Corrective Action Plan in place, the ADON is pulling reports daily from Pentaho that list every person who has refused prescribed medications (or no shows) three consecutive times. Corizon staff check this list and verify that each person on it has received or been offered counseling by a QHCP. If such counseling has not been given, the ADON gives the necessary counseling.

**Update as of January 8, 2018:**
Inmate prescription refusals are now being tracked at the clinic level to ensure ongoing compliance. Additionally, the med pass nurses will run the report concerning medication refusals daily and the ADON runs the report weekly to monitor that counseling is being timely provided.

**Update as of February 28, 2018:**
The current plan will remain in effect with the following additions: Corizon will use additional nurses to assist in making sure there is compliance. Corizon is also meeting with the monitor to train the nurses on how the measure is monitored to help with compliance. This process started on January 23, 2018.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

**Update as of June 11, 2018:**

**Basis for noncompliance:**
A change was made to the process for nurses' refusal log requirements, which required more forms to be completed. As such, some of the necessary documentation was not being completed despite the refusals occurring.  The incomplete documentation affected tracking when an inmate had refused medication three consecutive times. In addition, newly hired mental health RNs who were unaware of the refusal process guidelines failed to ensure full compliance with this measure.

**Corrective Action Plan:**
A training memo was sent out statewide by regional headquarters on May 11, 2018, to re-educate nurses regarding compliance requirements for refusal forms. Additionally, newly hired mental health RNs received training on this process in May. The SMD conducted training for Providers at the Providers' meeting the first week of May. At this meeting, Providers were trained to counsel inmates about their medications during each encounter.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
The issues outlined in the June 11, 2018 update continued through May, as education was provided throughout the month.

**Corrective Action Plan:**
The Plan implemented in mid-May will continue to allow a full monitoring cycle to elapse under this Plan.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
On May 11, 2018, a change was made by the Health Services Contract Monitoring Bureau to the process for completing the nurses' refusal form, which required more boxes to be checked to be completed. As such, some of the necessary documentation was not being completed despite the refusals occurring.  The incomplete documentation affected tracking when an inmate had refused medication three consecutive times. In addition, newly hired mental health RNs, who were unaware of the refusal process guidelines, failed to ensure full compliance with this measure.

**Corrective Action Plan:**
A designated member of the compliance team provided training the second and third week of August to nursing and mental health staff on how to complete a refusal and update the refused appointment in eOMIS. On August 29, 2018, a Provider meeting was held at which

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

Providers were also re-trained. Furthermore, Corizon sought clarification as to why all boxes must be checked even when not applicable and shared that information with staff.

**Update as of October 24, 2018**

**Basis for Non-Compliance:**
Non-compliance in August resulted from staff failing to run No Show Reports.

**Corrective Action Plan:**
The prior corrective action plan, which included trainings during the second and third week of August, was not accurately reflected in the August numbers. Further, the providers were re-trained on August 29, 2018.

In addition, the Eyman facility is now fully staffed with ADONs as of October 15, 2018. On October 16, 2018, Eyman tasked its ADONs with providing oversight to ensure staff members run the referenced No Show Reports.

**Update as of April 22, 2019:**

**Basis for Noncompliance:**
The med pass nurses are not consistently pulling the no show report to identify patients that are missing or refusing three consecutive doses.

**Corrective Action Plan:**
During the last two weeks of February, the DON trained nurses and sent emails out regarding the running of no show reports.

**Update as of September 19, 2019**

**Basis for Noncompliance:**
Following review of the findings and previous caps, NO show reports are not being ran consistently following scheduled medication passes. Source document ran by HDF and site did not include certain patients that had never received a scheduled dose.

**Corrective Action Plan:**
Nursing Meeting is scheduled for 09/19/2019 with DON to address daily duties including running the no show report following every medication pass. No show reports will be ran from the administration site to spot check compliance and completion weekly on odd days for verification. Collaterally the Nursing leadership and site leadership will work with the HDF to ensure all PM 15 be seen within the week the report is ran.

# PM 15
*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
Following review of the findings and previous caps, NO show reports are not being ran consistently following scheduled medication passes.  Source document ran by HDF and site did not include certain patients that had never received a scheduled dose.

**Corrective Action Plan:**
Continue with the current CAP the score has increased by 8%. Nursing educated on 09/19/2019 by DON to address daily duties including running the no show report following every medication pass. No show reports will be ran from the administration site to spot check compliance and completion weekly on odd days for verification.  Collaterally the Nursing leadership and site leadership will work with the HDF to ensure all PM 15 be seen within the week the report is ran.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Refusals signed by the patient are not completed and uploaded into eOMIS. Staff are notified to provide counseling of the noncompliance of medication, but the task is not always completed.

**Corrective Action Plan:**
The HDF pulls a PM 15 report three times weekly that identifies patients that are noncompliant with medication. The report is provided to the DON and Psychiatry every week identifying those patients who have not received education. The DON and Psychiatry will ensure completion of medication counseling. The DON will provide education to nurses that were identified as not completing the refusal at the time the patient refused the medication.  In addition, the DON will also educate nursing staff that did not provide counseling to the patient on taking the medication as ordered.

**Update as of December 2019:**

**Basis for Non-Compliance:**
Refusals signed by the patient are not completed and uploaded into eOMIS. Staff are notified to provide counseling of the noncompliance of medication, but the task is not always completed.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

**Corrective Action Plan:**

Continue with the current CAP as the preliminary results for November are over 90%. The HDF pulls a PM 15 report three times weekly that identifies patients that are noncompliant with medication. The report is provided to the DON and Psychiatry every week identifying those patients who have not received education. The DON and Psychiatry will ensure completion of medication counseling. The DON will provide education to nurses that were identified as not completing the refusal at the time the patient refused the medication. In addition, the DON will also educate nursing staff that did not provide counseling to the patient on taking the medication as ordered.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**

No charting to indicate whether medication was administered or refused.

**Corrective Action Plan:**

As of April 1st, no-show reports are being run and staff have been reeducated as to the importance of documenting on every medication. Signed refusals must be obtained, and the inmate must be formally counseled after refusing three times and referred to the provider for possible change in medication order.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**

1. No show reports are not being pulled on a consistent basis to capture those that did not receive their medications.
2. Healthcare providers did not include medication compliance in all of their encounters.
3. Refusals were not obtained for all missed doses.

**Corrective Action Plan:**

1. The nurse educator will provide training to all nursing staff on March 26th regarding refusal requirements as well as the requirement to pull all no show reports. The training session will include the following, but is not limited to:
   - A refusal is required every time the patient refuses.
   - Requirements of completing the refusal form.
   - How to complete an encounter when a patient refuses to sign the refusal form.
   - A demonstration of how to pull the medication no show report.
2. The undocumented medication report will be used to monitor needed medications counseling.

# PM 15
*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



Above compliance threshold without interruption since July 2017, with the exception of June 2018.

**Update as of August 29, 2018**

**Basis for Non-Compliance:**
Staff is failing to properly document counseling and/or refusals, including the fact that staff is not checking the "Education" box on the refusal form.

**Corrective Action Plan:**
A new training aid was implemented August 17, 2018 that highlights the required fields for the refusal documentation as well as counseling. This aid is posted on all of the units for reference by staff when completing refusal forms. Additional re-education will be provided with the rollout of this aid on the counseling requirements to ensure a return to compliance.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*



**Basis for non-compliance (as of October 6, 2017):**
See Basis for non-compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017):**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**
Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Eyman, which has resulted in substantial improvement in compliance rates, as detailed in the above chart.

Additionally, beginning in mid-October, Corizon began providing intensive training to staff on the requirements set forth under Performance Measure 15. This training, which will be completed next week, is conducted with ADONs at each unit. In addition, one-on-one training with RNs will be provided during the week of December 26 through 28.

As with Eyman, the ADON is pulling reports daily from Pentaho that lists every person who has refused prescribed medications (or no shows) three consecutive times. Corizon staff check this list and verify that each person on it has received or been offered counseling by a QCHP. If such counseling has not been given, the ADON gives the necessary counseling.

**Update as of January 8, 2018:**
Corizon conducted training on December 26-28, 2017 with every nurse to provide additional education on what was necessary to ensure compliance with this, as well as

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

other, performance measures. That training included education about which medications should be provided and documented at every patient encounter.

**Update as of May 8, 2018:**

**Basis for Non-Compliance:**
There was a lack of documentation on medication refusals.

**Corrective Action Plan:**
A refresher training and education on the necessity of documenting refusals will be provided at the next staff meeting in mid-May. Additionally, the importance of documenting medication refusals and the scheduling of upcoming training will be communicated to site leadership later this week.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
There was a lack of documentation on medication refusals by nursing staff.

**Corrective Action Plan:**
Nursing staff received training and education on the necessity of documenting refusals on May 17 and 22, 2018. Additionally, at the July 17 and 19, 2018 staff meetings, continued training on this issue was provided, including relating to alternative methods of providing counseling and how to document those methods. Nurses were also trained to scan the yard to find the inmate rather than just returning the medication without speaking to the inmate if the inmate is not immediately available.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
Issues remain relating to nursing staff not properly documenting medication refusals.

**Corrective Action Plan:**
Corizon will continue with the plan outlined in the July 31, 2018 update, as training was not completed until mid-July and had no impact on June findings. Also, at the August 21 and 23, 2018 staff meetings, an additional process was implemented to have nurses counsel all inmates that refuse medication.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
Issues remain relating to nursing staff not properly documenting medication refusals. In addition, nursing staff were failing to communicate to Providers when a third refusal occurred so the inmate could receive counseling regarding the refusal.

**Corrective Action Plan:**
Training was given to nursing staff at the July 17 and 19, 2018 all-staff meetings regarding the steps necessary to achieve compliance with this performance measure.  At the August 21 and 23, 2018 all-staff meetings, nurses were trained to counsel inmates who refuse medication themselves.

In addition, the ADON will begin tracking this measure and will notify Providers upon the third refusal if counsel was not already completed.

**Update as of October 24, 2018:**
The Corrective Action Plan for this facility is not yet finalized.  Once finalized, the Corrective Action Plan will be provided.  The number reflected in the chart above is accurate and final.

**Update as of November 21, 2018:**

**Basis for Non-Compliance:**
The basis for non-compliance remains the same.

**Corrective Action Plan:**
As noted above, the coordinated efforts with ADC Operations staff and the supplemental training did not occur until October.  Because such efforts were not reflected in the September numbers, Corizon will continue with the prior corrective action plan.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Continued lack of compliance was caused by a large influx of new nursing staff that were not familiar with the steps necessary to ensure compliance with this measure.

**Corrective Action Plan:**
Ongoing training is being provided by the AFHA and HDF to nursing staff.  Beginning on November 6, 2018, the HDF is tracking this measure and notifying nursing when counseling is to be provided.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

Additionally, new forms were issued on November 1, 2018 to make this process easier to follow.

Based on the existing plan, Corizon anticipates significant improvement in the numbers for the month of November.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
The refusals with documentation of counseling being completed were not scanned into eOMIS in a timely manner.

**Corrective Action Plan**:
Site leadership met with all medical records staff the third week of January and trained on the importance of having refusals scanned into eOMIS in a timely manner.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The refusals with documentation of counseling being completed were not scanned into eOMIS in a timely manner.

**Corrective Action Plan:**
The site will continue with the current CAP, as it was not implemented until the third week of January and is not reflective in the January audit scores. Site leadership met with all medical records staff the third week of January and trained on the importance of having refusals scanned into eOMIS in a timely manner.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The med pass nurses are not consistently pulling the no show report to identify patients that are missing or refusing three consecutive doses.

**Corrective Action Plan**:
The HDF as of 4/11/19 is sending no show reports to the ADONS on the unit two times weekly to ensure medication compliance counseling is provided.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
The med pass nurses are not consistently pulling the no show report to identify patients that are missing or refusing three consecutive doses.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
The med pass nurses are not consistently pulling the No show report to identify patients that are missing or refusing three consecutive doses.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 14%. ADON provided education to all nursing staff yard to yard on refusals. CNAs will be provided training on scanning, naming conventions, and use of Chart Note with counseling. HDF sending report of patients who require counseling to FHA and AFHA at end of each week. Education to providers to check the MAR while seeing patients in order to provide the counseling when seeing the patient. FHA and AFHA will review the list and provide education to staff who are not completing these tasks on a weekly basis.

**Update as of August 6, 2019:**

**Basis for Noncompliance:**
The med pass nurses are not consistently pulling the No Show report to identify patients that are missing or refusing three consecutive doses.

**Corrective Action Plan:**
The ADON provided education to all nursing staff, yard to yard, on refusals the first week of August. CNAs will be provided training during the month of August on scanning and naming conventions of scanned refusals. Site leadership will identify the individuals not appropriately completing the refusal form and one-on-one coaching/counseling will be extended.

**Update as of January 17, 2020:**

**Basis for Noncompliance:**
Providers and nursing staff are not providing counseling after three consecutive doses of missed medication due to tracking not being competed and sent to QHCP.

**Corrective Action Plan:**
The HDF is pulling a missed medication report and sending to QHCP to provide counseling to the patients on medication compliance. The HDF tracks the identified charts and ensures the counseling was completed and documented.

# PM 15

*Are Inmates who refuse prescribed medication (or no show) being counseled by a QHCP after three consecutive refusals?*

**Update as of February 18, 2020:**

**Basis for Noncompliance:**
The pill call nurses are not getting signed refusals as the patients refuse medications. The pill call nurses are not running the no-show report at the completion of the med pass to identify patients that did not attend the pill call.

**Corrective Action Plan:**
The AFHA as of the first week of February 2019 is running a report daily to identify patients that have missed three consecutive doses of medication. The AFHA then schedules these patients on provider and nurse lines for counseling of medication compliance. THE DON and ADONS are overseeing the pill passes to ensure that medication refusal forms are completed and the no-show report is run after pill pass.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Refusals are not being completed entirely, and education is not being documented in eOMIS.

**Corrective Action Plan:**
Additional education has been provided in January and February on completion of refusals and documentation in eOMIS.  The medication refusals are being tracked by the AFHA who is scheduling appointments on the Nurse Lines within two weeks of refusals.

# PM 23

*Automated External Defibrillators (AEDs) will be maintained and readily accessible to Health Care Staff.*



Above compliance threshold without interruption since October 2019.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*



**Update as of October 12, 2020:**

**Basis for Non-Compliance:**
When the inventory was completed, the new tag numbers were not documented on the daily log under the "new tag" section.

**Corrective Action Plan:**
All staff were educated on where each of the tag numbers are to be documented and the steps to inventory the Man Down Bag correctly. The ADON on the yard will verify all sections are correct prior to submission to site leadership. Site leadership will serve as secondary verification. On the weekends, the ADON on call will complete verification.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*



Above compliance threshold without interruption since October 2019.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*



Above compliance threshold without interruption since October 2019.

**Supplemental Information as of November 6, 2017:**
The 63% compliance rate for Lewis is based in part because the "bag tags," which demonstrate evidence of checking emergency medical response bags daily, were not changed. This resulted in the ADC monitors not giving credit for compliance with PM 24. Also, in one instance, the clavicle splint was not replaced, but the remainder of the emergency medical response bag was compliant.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
Inventory was not being done at the time the "bag tags" were changed and data was not being sufficiently provided for bag inventory.

**Corrective Action Plan:**
Beginning on April 9, 2018, the interim FHA and DON will be responsible for completing a daily review of documentation concerning bag checks and monthly inventories to ensure that they are being completed and properly documented.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
See updated action plan dated April 9, 2018. This plan will continue to be utilized because the effects of the plan are not reflected in the March data, as it was not yet in place.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*

Additionally, a statewide training plan will be distributed by May 19 concerning strategies to achieve compliance on this performance measure.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
The daily check form requires a signature in two places for full compliance with this measure. Bags were being checked daily, but the forms were being submitted with only one signature, resulting in noncompliance.

Additionally, the FHA and the AFHA had been doing quality assurance checks on these forms prior to their departures in the beginning of March. The interim FHA and DON were unaware two signatures were required, despite ensuring receipt of the forms daily.

**Corrective Action Plan:**
An Administrative Assistant will be doing quality assurance on the forms, which will be tracked daily. Also, the FHA and DON were informed of the requirement for two signatures.

In addition, training on this measure was conducted on May 19 and May 31, 2018, and Corizon will be updating the form for ease of use.

**Update as of July 31, 2018:**

**Basis for Noncompliance:**
The basis for noncompliance for May is similar to the above update from June 11, 2018. The daily check form requires a signature in two places for full compliance with this measure. Bags were being checked daily, but the forms were being submitted with only one signature, resulting in noncompliance.

**Corrective Action Plan:**
An Administrative Assistant is doing quality assurance on the forms, which is being tracked daily. Also, in late May, the FHA and DON were educated regarding the requirement for two signatures. The process to update the form to be more user friendly has begun. The corrective action plan outlined in the June 11, 2018 update was not implemented until late May/June and, thus, the May results were not impacted by the changes.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
It has been identified that issues exist concerning completing appropriate documentation for this measure over the weekends.

**Corrective Action Plan:**
A weekend CNA was hired August 5, 2018 to provide support for the complex, including a primary focus on this performance measure. As of August 1, 2018, the Healthcare Delivery Facilitator now also monitors this measure daily.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
The daily check form requires a signature in two places for full compliance with this measure. Bags were being checked daily, but the forms were being submitted with only one signature, resulting in noncompliance.

**Corrective Action Plan:**
The process to update the daily check form to make it more user friendly is continuing. An Administrative Assistant is continuing to do quality assurance on the forms, which is being tracked daily. Starting August 15, 2018, the RDON is checking the form daily to ensure it is correctly completed and documented.  If not, the RDON is contacting staff immediately to have the form completed and documented.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Issues remain with ensuring that two signatures are on the daily check form.

**Corrective Action Plan:**
The prior corrective action plan was not implemented until August 15, 2018.  As such, the August compliance score does not accurately reflect the impact of the prior plan. Corizon will therefore continue with its prior plan.

In addition, beginning in early October, the FHA began tracking compliance with this performance measure daily.

**Update as of November 21, 2018:**
The basis for non-compliance remains the same.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*

**Corrective Action Plan:**

In addition to its prior plan, which has rendered significant improvement, on November 1, 2018, new inventory forms were sent out on a statewide basis.  When these forms are completed, they will be sent to site leadership, including the Facility Health Administrator (FHA), Assistant Facility Health Administrator (AFHA), and Director of Nursing (DON) weekly so they can try to identify any gaps within the set timeframe. This process will begin November 12, 2018.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The bags were not always being checked during weekend shifts.

**Corrective Action Plan:**
The Facility Health Administrator (FHA), Assistant Facility Health Administrator (AFHA), and Director of Nursing (DON) will track this measure daily, assuming responsibility for three yards each.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed as required and documented.

**Corrective Action Plan**:
The FHA, AFHA, and DON continue to monitor daily checks by calling the yards and ensuring the check was completed daily. The site is recruiting a CNA to work on weekends and expects to have that person in place beginning in March 2019.  The CNA will be assigned to ensure that checks are being completed on the weekends.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed as required and documented.

**Corrective Action Plan:**
The site will continue with the current CAP because the score is improving monthly. The FHA, AFHA, and DON continue to monitor daily checks by calling the yards and ensuring the checks were completed daily. The site is recruiting a CNA to work on weekends and expects to have that person in place beginning in March 2019.  The CNA will be assigned to ensure that checks are being completed on the weekends.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed as required and documented.

**Corrective Action Plan:**
The site now has CNA coverage on weekends, and the CNA is assigned to ensure that checks are being completed on the weekends. The Lewis facility currently has five ADONS.  By May 15, 2019, these ADONS will be trained on and given the responsibility to ensure checks are completed and documented on a daily basis.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed as required and documented.

**Corrective Action Plan:**
The staff will be held accountable to complete this task. ADONs accountable on the weekends to ensure daily checks are completed. Weekday CNAs will send daily to the FHA and AFHA to ensure completion every day.  The training identified in the last CAP did not occur until May and therefore would not be reflected in the March scores.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed as required and documented.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 13%. ADONs accountable on the weekends to ensure daily checks are completed. During the week, CNAs will send a reminder daily to the FHA and AFHA to ensure completion every day.

**Update as of July 15, 2019:**

**Basis for Noncompliance:**
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed as required and documented.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*

**Corrective Action Plan:**
Continue with the current CAP the facility became fully staffed with ADONS and all training was completed of these positions the second week of June. ADONs are assigned on the weekends to ensure daily checks are completed. During the week, CNAs will send the completed daily checks to the FHA and AFHA to validate completion every day.

**Update as of August 6, 2019:**

**Basis for Noncompliance:**
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed and documented as required.

**Corrective Action Plan:**
An exchange process has been implemented and will go into effect on September 1, 2019.  ASPC – Lewis will purchase nine mass casualty boxes which will be exact duplicates of the man down boxes which are found on the individual units. The mass casualty boxes are to be stocked and stored in the central supply area at Lewis. The contents/inventory of the boxes will be the same as the man down boxes found on each yard on complex minus the narcotics that are kept under lock and key at each unit.

The mass casualty boxes will be inventoried once a week by our supply person, and copies of the completed inventories will be kept on file in the supply room in addition to a copy that will be attached to the emergency box. On Wednesday of each week, during the routine unit supply delivery, a mass casualty box will be taken to the yard and an exchange will take place. The mass casualty box will be exchanged with the man down box, logged, and appropriately tagged for unit use.   The man down box will be brought back to the supply room, inventoried, and stored as a mass casualty box in case of an emergent need and as part of our emergency disaster plan.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
During the weekend, site leadership and supervisors are not on site to ensure the checks are completed as required and documented.

**Corrective Action Plan:**
As the last action plan was implemented 8/6/2019, we will continue that action plan for another 30-day cycle.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The process was not implemented until after the first of week of September. Daily checks and documentation was not completed the first week of the month. In addition, lorazepam was used in place of diazepam on some units and was not documented.

**Corrective Action Plan:**
Picture or scanned document verifying AEDs and Man Down bags have been checked sent to FHA daily, including weekends.  FHA will update DO daily confirming completion.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
The man down tag number is not always checked daily and the par level is not always maintained on items.

**Corrective Action Plan:**
The completed log form is sent to the FHA daily via email, including weekends. Man down boxes are inventoried weekly and exchanged on the units' designated supply day. The FHA checks for correct par level and no expired meds of the weekly inventory. The FHA updates the Director of Operations daily confirming completion of logs and any man down boxes that are inventoried.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*



Above compliance threshold without interruption since October 2019.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*



**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
The monthly man down inventory was not completed on one unit in the month of November.

**Corrective Action Plan:**
The completed log form is sent to the FHA daily via email, including weekends. Man down boxes are inventoried monthly and when opened. The FHA checks for correct par level and no expired meds of the monthly inventory. The FHA updates the Director of Operations daily confirming completion of logs and any man down boxes that are inventoried.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Although bags were checked daily and inventoried within the month, the documentation did not accurately reflect the inventory.  In one unit,  the bag was inventoried but there was not a notation on the daily log the date it was completed. The following day showed the bag number had changed but the date of the change  was not identified timely.

**Corrective Action Plan:**
Education was completed by the DON face to face with the identified staff member that did not notate the bag numbers changing and the inventory being completed on the daily log.  Will continue to monitor daily and weekly that daily checks are being completed and documented correctly on the log.

# PM 24

*Are emergency medical response bags checked daily, inventoried monthly, and contain all required essential items?*

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**

Although bags were checked daily and inventoried within the month, the documentation did not accurately reflect the inventory.  In one unit, the bag was inventoried but there was not a notation on the daily log of the date it was completed. The following day showed the bag number had changed but the date of the change was not identified timely.

**Corrective Action Plan:**

Continue with the current CAP as it was not implemented until March and is not reflected in the February 2021 audit. Education was completed by the DON face to face with the identified staff member who  did not notate the bag numbers changing and the inventory being completed on the daily log.  Will continue to monitor daily and weekly that daily checks are being completed and documented correctly on the log.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Basis for Non-Compliance (All Facilities):**

There are several overlapping issues relating to why compliance has not been achieved, including inmates departing without medications available, inmates departing before the required morning dose of medication is administered, and inmates arriving at a predetermined complex before eventually changing final housing locations resulting in medications not being delivered to the most recent housing location until after the evening dose of medication is required to be administered. Individual inmate specific medications are also not always readily available at the arrival facility. Finally, when inmates arrive at the transfer facility after hours, they may not have the same receiving nurse available to review and administer their medications.

**Corrective Action Plan (All Facilities):**

To address the overlapping issues and systemic challenges preventing success with this performance measure, a collaborative workgroup was assembled in May 2017 to address these challenges. This workgroup was comprised of subject matter experts and leadership representatives from both Corizon and Arizona Department of Corrections staff. The following text summarizes the Standard Operating Procedure (SOP) that was produced by this workgroup as a result of their analysis and subsequent recommendations. The initial version of this SOP was published on June 16, 2017 with a revision following on August 6, 2017 based on study of performance. The pilot program then began on August 7, 2017, impacting all facilities.

A transfer screening is performed by Corizon medical staff on all intersystem transfers to ensure that all patient Keep on Person (KOP) and Direct Observation Therapy (DOT) medications are transferred with and provided to the patient without interruption.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

The Complex Accountability Officer at the <u>Sending Facility</u> is responsible for providing a daily list of inmates transferring out of the facility the next day to Corizon Medical records and Health Services Administration.

Once received, a nurse reviews the patient's health record to ensure the patient is appropriate for transfer. A Nurse – Transfer – Sending Encounter must be created in the Electronic Offender Management Information System (eOMIS). Additionally, an Intra-System Transfer Form must be added through the Standard Forms Section. The Intra-System Transfer Form is printed from eOMIS to later be placed with the inmate's chart and DOT medications if applicable.

Once a patient has been determined appropriate for transfer, the physical medical chart and DOT medication will be pulled by the Intake Nurse or a Medical Records Liaison and placed in a banker's box. Any DOT medications later pulled by the Intake Nurse are placed in the same box.

For each transferring patient who has prescribed medications in eOMIS, the Intake Nurse (or the Assistant Director of Nursing as the designated backup) at the <u>Sending Facility</u> is required to:

o Gather all DOT medications from the unit medication room for each inmate with active Drug Prescription Orders on the movement list and print the Drug prescription Orders list from eOMIS (showing active medications only). KOP medications must also be labeled.

o Compare the physically available medications to the active list on Drug Prescription Orders. If medications are not available, make arrangements for next dose administration from clinic stock or backup pharmacy. An explanation must be provided for currently prescribed medications (KOP and DOT) that are not present on the Drug Prescription Order Sheet. For special needs patients, notification must be provided to key individuals, identified on the Intrasystem Transfer Contact List, at the receiving facility. In the event that a patient states he does not take or does not want any of the medications, a signed refusal form (AZ DOC Form 1101-4) must be completed, and the transfer summary will also document the refusal. Refusal forms shall be attached to the transfer summary sheet and scanned at the receiving site within 2 business days. Furthermore, if KOP medications are packed in the inmate's property, an Information Report (IR) must be written. Injectable or temperature-controlled medications will be forwarded to the receiving facility by the IC LPN.

**PM 35**

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

- o Place DOT and KOP attestation stamps on the printed Active Drug Prescription Order Sheet. The patient must initial next to all KOPs in his possession and also sign the Departure attestation.

- o Review the medication administration schedule for each prescribed DOT and administer any necessary doses prior to the inmate departure.

- o Place all DOT medications in a clear, sealed bag along with the printed Active Drug Prescription Orders sheet for that inmate. Each inmate's medical records and sealed bag of medications shall be placed in a hard-sided plastic tote bin that is sealed with a red tag for each final destination. Records are grouped by complex. Both Corizon staff and an officer shall sign the AZ DOC Discharge and Transfer Sheet (705-6) confirming items are present and sealed. A large "M" will be documented in the top right-hand corner of the form to indicate that medications are enclosed in the bin. The bins shall then be placed on the same vehicle as the inmates.

Security staff shall complete an IR for statewide departures to identify discrepancies in transferred medications.

At the <u>Receiving Facility</u>, the Complex Accountability Officer will provide a daily list of inmates transferring to the facility the next business day to Corizon Medical Records and Health Services Administration.

The Intake Nurse at the <u>Receiving Facility</u> shall unpack the inmate patient's DOT medication bags from the totes. The Intake Nurse will then compare the contents of the bag to the Drug Prescription Orders sheet that indicates active medications. Each inmate patient is required to sign the inmate Drug Prescription Order sheet to indicate all of their medications are present.  If a patient refuses to sign then the box must be checked indicating a refusal to sign. Upon discovery of any missing medications, the Intake Nurse shall notify site leadership (e.g., AFHA, FHA, ADON, DON, etc.) to coordinate immediate procurement of needed medications. The Intake Nurse will also review the medication administration schedule for each medication and administer any necessary doses at the time of arrival. The Intake Nurse will then release patients with their KOP medications and stock DOT medications.

Security staff shall complete an IR for statewide arrivals to identify discrepancies in transferred medications. The Transfer Summary sheet is also scanned into eOMIS. Inmate patients who are received from Alhambra designated as condemned (Death Row) or Enhanced Housing inmates will be taken directly to the Browning unit to have the full

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

intake process completed. These patients will not have medications, as they will be directly received from a county jail, therefore no medical records or medications will travel with these patients.

**Supplemental Information as of December 15, 2017:**

In the last six weeks, Corizon has implemented a new system under which all new inmate intakes (subject to limited exceptions) are sent to the same place upon arrival at the Eyman facility.  The incoming inmates all interact with the same intake nurse who is trained on the necessary medication delivery protocol.  This avoids issues resulting from training multiple nurses on the intake process.  Starting the week of December 18, 2017, Corizon anticipates having a clinical stock bag of medications available for the intake nurse for inmates who arrive without their necessary medications.

Additionally, in the last month, the Department of Corrections has assigned an adjunct to facilitate coordination between Corizon and the Department of Corrections to ensure appropriate medication transport and delivery.

Finally, the Department of Corrections has implemented the following procedure as of October 31, 2017, known as Director's Instruction 361.  This policy, including relevant forms, is located at https://corrections.az.gov/sites/default/files/policies/DI/di_361.pdf. The procedure states the following:

PURPOSE:

Regional Operations Directors, Correctional Staff, Health Services and Corizon have come together to modify the Inmate Medication Transfer Process. The new practice will ensure all inmates' Direct Observed Therapy (DOT) and Keep on Person (KOP) medications are accounted for when departure and arrival takes place, as well as eliminating the issue of inmates' medication lapse.

PROCEDURES:

1.0    Wardens, Deputy Wardens, and Bureau Administrators shall ensure a standard of work exists for the transfer of medication during the inmate transportation process.

2.0    <u>Departure:</u>

2.1    Unit Count/Movement Staff shall review confirmed movement orders via the AIMS movement screen and forward to shift personnel for completion of an inventory.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

2.2     Contract medical staff shall send a Keep on Person (KOP) roll-up list (Attachment A) via email to the unit Deputy Warden, Associate Deputy Warden, Chief of Security, and Accountability Officer.

   2.2.1 The Keep on Person (KOP) roll-up list shall be given to the Correctional Officer(s) assigned to conduct the property inventory.

   2.2.2 Assigned Correctional Officers shall utilize the Keep on Person (KOP) roll-up list to confirm prescribed medications are present.

2.3     The officer completing the property inventory shall provide a plastic bag to the inmate for KOP medication placement, verbally instructing the inmate they must keep the bag on his/her person throughout the duration of transport.

   2.3.1 If the property inventory occurs at night, the bag containing the KOP medication remains with the inmate.

2.4     At the time of transport, security staff shall escort the inmate to the Central Intake and
Processing (CIP)/HUB holding area with the KOP plastic bag in the inmate's possession.

2.5     Upon preparation for departure, transportation staff shall escort the inmate with KOP medications to the contract medical staff for documentation and verification to confirm all medication(s) are accounted for.

   2.5.1 Contract medical staff shall identify and compare medications noted on the Transfer Medications Form, to the KOP medications currently in possession and ensure DOT medications are present.

      2.5.1.1 Contract medical staff shall inspect KOP medications for compliance
      and remove those that are expired or are in excess.

   2.5.2 Contract medical staff shall sign and attest to the presence of all medications prior to the inmate departing the area.

2.6     Once contract medical staff have verified all medications are present, the inmate shall sign and attest to receipt of the issued KOP medications and retain possession of the KOP medications for transport.

   2.6.1 If the inmate refuses to sign the document, a legible witness's signature from correctional staff is required on the Transfer Medication Form (Example C).

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

2.6.2 If a discrepancy exists, an Information Report shall be completed by CIP/HUB staff that details the discrepancies identified by contract medical staff.

2.6.3 Contract medical staff shall communicate with the receiving facility utilizing the Intersystem Transfer Contact Distribution List (Maintained on the ADC Shared Drive) via email and telephonically.

2.6.4 If the medication is absent and/or the inmate admits to giving or throwing the medications away, the inmate shall be issued discipline for destruction of state property with the pursuit of restitution as outlined in Department Order #803, Inmate Disciplinary Procedure.

2.6.5 Contract medical staff shall ensure the completed Transfer Medication Forms (Example C) are attached and DOT medications are verified, and placed into the designated transportation bin.

2.6.5.1 The transportation bin shall be secured with a numbered tamper evident Red Tag with the number recorded on the Discharge and Transfer Receipt, Form 705-6.

3.0    Arrival:

3.1    Upon arrival of the inmate at the receiving institution, CIP/HUB staff shall retrieve the intake medical bins from the vehicle and immediately deliver to the contract medical staff.

3.2    Security staff shall escort the inmate to the meet with contract medical staff with his/her KOP medications.

3.2.1 Contract medical staff shall determine if the inmate is in possession of all prescribed KOP medications.

3.3 If the medication is absent and/or the inmate admits to giving or throwing the medications away during the transport, the inmate shall be issued discipline for destruction of state property with the pursuit of restitution as outlined in Department Order #803, Inmate Disciplinary Procedure.

3.4    Contract medical staff shall open the transportation bin and verify the presence of the DOT medications as noted on the enclosed Transfer Medications Form.

3.5    If the DOT medications are not present, contract medical staff shall take the necessary actions to ensure any missing medication is provided to the inmate on

**PM 35**  *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

the same day through immediate communication with contract leadership to obtain the medications from the back-up pharmacy.

3.6    If the DOT medications are present, contract medical staff shall provide the required dosage of medication to the inmate prior to his/her movement to the receiving unit.

> 3.6.1  Contract medical staff shall document medication issuance on the inmate's Transfer Medications Form (Example C).

3.7    If the DOT medications were <u>not</u> given, contract medical staff shall contact the receiving unit Deputy Warden, and unit medical staff advising a same day dose is required by no later than 23:59 hours (11:59 p.m.).

> 3.7.1  Contract medical staff shall report any discrepancy for inclusion into an Information Report.

3.8    Once contract medical staff have verified all medications are present, the inmate shall sign and attest to receipt of the issued medications and retain possession of the KOP medications for transport.

> 3.8.1  If the inmate refuses to sign the document, a legible witness's signature from correctional staff is required on the Transfer Medication Form (Example C).

3.9    Once the medication verification process is complete, the inmate shall be moved to the receiving unit.

4.0    <u>Unscheduled/After Hours Transports/Delayed Arrival:</u>

> 4.1    The above Departure/Arrival process outlined in Section 2.0 and 3.0 shall apply to transports that arrive or depart outside of normal CIP/HUB hours or do not have travel orders entered on the AIMS Movement screen.
>
> > 4.1.1 Approval from the respective Warden or Regional Operations Director (ROD) is required for those inmates who are not part of scheduled movement. Comments shall be entered on the appropriate AIMS screen.
>
> 4.2    The unit Shift Commander shall be responsible for contacting contract medical staff for processing the departing inmate.
>
> 4.3    The Administrative Duty Officer or unit Shift Commander shall be responsible for completing the departure/arrival Information Report(s) in the absence of CIP/HUB staff.

**PM 35**   *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

4.4    Unscheduled/After Hours intake processing shall occur at the following locations for all Arizona State Prison Complex's:

4.4.1 Douglas Complex - Request nurse to report to unit by radio.

4.4.2 Eyman – SMU

4.4.3 Florence – Central Unit IPC

4.4.4 Lewis – Hub

4.4.5 Perryville – Complex ER

4.4.6 Phoenix – C Area Medical

4.4.7 Safford – Tonto Unit/Ft. Grant Medical

4.4.8 Tucson – Rincon West Medical

4.4.9 Winslow – Kaibab Medical

4.4.10 Yuma – Request nurse to report to unit by radio.

4.5    Unscheduled/After Hours movement of inmates shall simulate the normal statewide-centralized movement of inmates.

4.5.1 Example: Inmate A is transferred from Florence East Unit to Eyman Browning Unit. The Florence transportation team shall transport the inmate to Central Unit IPC pursuant the Departure instructions. The Florence transportation team shall then transfer the inmate to Eyman – SMU where the medication KOP/DOT verification occurs. Eyman complex shall be responsible for the movement of the inmate from SMU to Browning.

5.0    <u>Distribution Lists:</u>

5.1    Wardens and Deputy Wardens of Operations shall ensure ADC and contract medical distribution lists are developed and updated by close of business each Friday.

5.1.1 The lists will be accessible on an ADC shared drive. Each Warden shall be responsible for providing the name, e-mail address, and office/work cell phone numbers for the following:

5.1.1.1    Complex Staff

**PM 35**

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

5.1.1.1.1 Deputy Warden of Operations (Corridor facilities only)

5.1.1.1.2 Major

5.1.1.1.3 Administrative Duty Officer (if applicable)

5.1.1.1.4 Complex Shift Commander (if no Administrative Duty Officer)

5.1.1.1.5 CIP/HUB Processing Sergeant

5.1.1.1.6 ADC Contract Medical Monitor

5.1.1.2    Unit

5.1.1.2.1 Deputy Warden

5.1.1.2.2 Associate Deputy Warden

5.1.1.2.3 Captain(s)

5.1.1.2.4 Accountability Officer

5.1.1.3 Contract Medical

5.1.1.3.1 Contract Regional Director of Nursing or designee shall be responsible for providing the name, e-mail address, and office/work cell phone numbers for each of the following positions at all Arizona State Prison Complexes:

5.1.1.3.1.1    Facility Health Administrator

5.1.1.3.1.2    Assistant Facility Health Administrator

5.1.1.3.1.3    Regional Director of Nursing

5.1.1.3.1.4    Director of Nursing

5.1.1.3.1.5    Senior Assistant Director of Nursing

5.1.1.3.1.6    Assistant Director of Nursing for each unit

**PM 35**   *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

5.1.1.3.1.7    Intake nurse

6.0 Documentation:

6.1    At any point in the medication transport process, CIP/HUB staff shall document all medication discrepancies on an Information Report and relative to either Departure or Arrival as shown in;

6.1.1 Example A: Sample Information Report template to document arrival discrepancies.

6.1.2 Example B: Sample Information Report template to document departure discrepancies.

6.2    CIP/HUB staff shall email the reports to distribution group that includes:

6.2.1 Complex Warden

6.2.2 Deputy Warden of Operations (If applicable)

6.2.3 Unit Deputy Warden

6.2.4 Complex Major

6.2.5 Administrative Duty Officer

6.2.6 Facility Health Administrator (FHA)

6.2.7 Assistant Facility Health Administrator (AFHA)

6.2.8 Director of Nursing (DON)

6.2.9 ADC Medical Contract Monitor

6.2.10 Regional Director of Nursing

6.2.11 Transportation Sergeant

6.2.12 Statewide Transportation Coordinator

6.3    Copies of all reports shall be maintained in a three-ring binder for record retention.

6.4    The CIP/HUB supervisor or designee shall track departure and arrival discrepancies daily utilizing the KOP/DOT Medication Discrepancy Report (Attachment B).

**PM 35**  *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

6.4.1 This data shall be provided to the Complex Warden and Facility Health Administrator who shall conduct an analysis.

6.5     The unit Deputy Warden and Administrative Duty Officer shall receive all discrepancy information reports and verify with contract medical staff that the inmate has been provided and being administered the medications in discrepancy by not later than 23:59 (11:59 p.m.) each day.

6.5.1 The Administrative Duty Officer and Deputy Warden shall confirm with contract medical staff that the appropriate notation has been entered in the electronic medical record or EOMIS.

DEFINITIONS:

<u>Discrepancy</u> - Any currently prescribed medication(s) not present for transfer with the inmate.

<u>Direct Observed Therapy (DOT)</u> - DOT is a specific strategy, to improve adherence by requiring contract medical staff to observe and record patients taking each dose. For the purpose of this written instruction, these medications are maintained and transferred in a secure manner out of inmate access.

<u>Keep on Person (KOP) Medication</u> - For the purpose of this written instruction, medications prescribed to an inmate that are permissible to remain on their person at all times including transportation.

<u>Medical Transport Bin</u> – A specialized type of storage device used to transport DOT medications and property files capable of being secured with a tamper resistant seals.

<u>Non-compliance</u> – An interruption or lapse in the inmate receiving currently prescribed medication(s) as a result of the inmate transferring.

<u>Unscheduled/Afterhours Transport</u> - Any transfer of inmates not prescheduled by Central Office Movement. These inmates will not have a travel order entered in the MOVEMENT screen.

**Update as of January 8, 2018:**
The Eyman facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Update as of February 22, 2018:**

**Basis for Noncompliance:**
The problem with compliance was after hours' moves. There were three different movement sheets generated, which were not reconciled. Most failures occurred due to unscheduled moves. Eyman is typically the receiving facility for ICS moves from other facilities.

**Corrective Action Plan:**
Now, system wide, after hours moves must be pre-approved. There will be controlled movement by the Northern Regional Operations Director (NROD) only. Operations staff are now going to follow up with nursing staff to assure medications transfer with the inmates. There is a tracking form that will be maintained by Operations staff. There will be a WebEx training on the new Operations tracking form.

In addition, the receiving nurse will sign a form maintained by the Pharmacy. This will allow leadership to know who received the medications and hold them accountable if the medications are not delivered. This step, along with adding the night nurses as part of the process, has improved the process tremendously.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
When an inmate was transferred between facilities, medications traveled with the inmate. Upon arrival at the new facility, the inmate and the medications were initially brought to complex medical. If the inmate had no medical need at that time, he was brought to the housing yard. However, his medication remained at complex medical. Additionally, the AFHA was tracking compliance with this measure daily, but she went on maternity leave in April.

**Corrective Action Plan:**
Medications will now travel with the inmate from complex medical to the housing yard. The Operations staff will follow up with the nursing staff to make sure that the medications travel with the inmate. Since early May, the FHA has been tracking this measure daily. In addition, a Healthcare Delivery Facilitator for the facility was hired and started at the facility on June 11, 2018. This person will track this measure going forward.

**Update as of July 31, 2018:**

**Corrective Action Plan:**
Corizon and the DOC will continue to implement the prior Corrective Action Plan because it has resulted in a greatly increased May compliance score.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
When an inmate was transferred between facilities, medications traveled with the inmate. Upon arrival at the new facility, the inmate and the medications were initially brought to complex medical.  If the inmate had no medical need at that time, he was brought to the housing yard.  However, his medication remained at complex medical.

**Corrective Action Plan:**
Corizon and the Department of Corrections will continue to implement the prior Corrective Action Plan that was presented in the June 11, 2018 update, as this performance measure is anticipated to be in compliance for the month of July.

**Update as of February 21, 2019:**

**Basis for Noncompliance:**
Due to the significant nursing shortage, the night shift nursing staff is inconsistent regarding compliance with this measure. The after-hours transfers are being received without medication due to lack of oversight of this measure.

**Corrective Action Plan**:
The HDF and AFHA will continue to provide notifications to nursing staff of medications needing to be distributed.  Eyman uses agency nurses to fill in and is actively recruiting. As of February, Eyman only has two open RN positions and one open LPN position indicating recruiting has been successful, but this would not be reflected in the December score.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Due to the significant nursing shortage, the night shift nursing staff is inconsistent regarding compliance with this measure. The after-hours transfers are being received without medication due to lack of oversight of this measure.

**Corrective Action Plan:**
The site will continue with the current CAP as the open nursing positions were not filled until the end of February, and this does not include the period of time to have the new staff fully trained. The HDF and AFHA will continue to provide notifications to nursing staff of medications needing to be distributed to intersystem transfer inmates.  These notifications go out daily and now include the weekends and at 9 PM daily.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
Eyman has had an increase in after-hours transfers. There are various nurses that are completing the intakes after hours which is causing inconsistency. The nurses who are handling the after-hours intakes are not documenting that the patient arrived with the medication or that the medication must be retrieved from clinic stock.

**Corrective Action Plan:**
The AFHA and DON are following up daily to work with the nursing staff to document which medications arrived with the patients and what medications must be retrieved from clinic stock. The HDF and AFHA will continue to provide notifications to nursing staff of medications that need to be distributed to intersystem transfer inmates. These notifications go out at 9:00 PM daily and now include the weekends.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Due to the significant nursing shortage, the night shift nursing staff is inconsistent regarding compliance with this measure. The after-hours transfers are being received without medication due to lack of oversight of this measure.

**Corrective Action Plan:**
HDF checking at night for any inmate transfers with medications and notifying DON and ADON. Intake nurse will be using a form that indicates the patients' next doses of medication to be administered to send to units. This process started May 13, 2019. Intake nurse will call DON regarding inmates transferred without medications. After hours movement is causing non-compliance. DON provided education to all nursing staff on May 7, 2019 regarding documentation not being completed.    Phone calls will be made by the HDF to the DON as soon as an issue of potential non-compliance is discovered. DON and FHA will track a nurse down to get medication to the patient.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Due to the significant nursing shortage, the night shift nursing staff is inconsistent regarding compliance with this measure. The after-hours transfers are being received without medication due to lack of oversight of this measure.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Corrective Action Plan:**

Continue with the current CAP as the score has increased by 15%. HDF checking at night and notifying DON and ADON about any patients received without medications. Intake nurse will be using a form to send to units. Intake nurse will call DON regarding those patients without medications. After hour's movement is causing non-compliance. On May 7, 2019, the DON provided education to all nursing staff to review the documentation requirements.    Phone calls will be made by the HDF to the DON before non-compliance regarding inmates transferred without medications. DON and FHA will ensure the patient(s) gets the medication.

**Update as of July 15, 2019:**

**Basis for Noncompliance:**

Due to the significant nursing shortage, the night shift nursing staff is inconsistent regarding compliance with this measure. The after-hours transfers are being received without medication due to lack of oversight of this measure.

**Corrective Action Plan:**

Continue with the current CAP as the score has increased by 10%. The HDF is checking at night and notifying DON and ADON about any patients received without medications. Intake nurse will be using a form to send to units. Intake nurse will call DON regarding those patients without medications. On May 7, 2019, the DON provided education to all nursing staff to review the documentation requirements.    Phone calls will be made by the HDF to the DON before non-compliance regarding inmates transferred without medications. DON and FHA will ensure the patient(s) gets the medication.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**

Due to the significant nursing shortage, the night shift nursing staff is inconsistent regarding compliance with this measure. The after-hours transfers are being received without medication due to lack of oversight of this measure.

**Corrective Action Plan:**

HDF checking at night for any inmate transfers with medications and notifying On-call ADON.  Intake nurse will be using a form that indicates the patients' next doses of medication to be administered to send to units. This process started May 13, 2019. Intake nurse will call DON regarding inmates transferred without medications. After hours movement is causing non-compliance. DON provided education to all nursing staff on May 7, 2019 regarding documentation not being completed.   Phone calls will be made by

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

the HDF to the DON as soon as an issue of potential non-compliance is discovered. DON and FHA will track a nurse down to get medication to the patient.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
There are several overlapping issues relating to why compliance has not been achieved, including inmates departing without medications available, inmates departing before the required morning dose of medication is administered, and inmates arriving at a predetermined complex before eventually changing final housing locations resulting in medications not being delivered to the most recent housing location until after the evening dose of medication is required to be administered.  Individual inmate specific medications are also not always readily available at the arrival facility.  Finally, when inmates arrive at the transfer facility after hours, they may not have the same receiving nurse available to review and administer their medications.

**Corrective Action Plan:**
This facility will implement the process that was put into place in May of 2017. The process is a collaborative effort between medical and security to ensure no interruptions if medications.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
The intake nurse did not follow through with checking completion of medication delivery to units.

**Corrective Action Plan:**
The intake nurse will begin each day by checking on the medications from the prior day. If there are any discrepancies, then emails, calls, and in person assistance will be completed to ensure these medications are passed.  This same check will occur at the end of the day for any medication times that have occurred.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
The intake nurse did not follow through with checking completion of medication delivery to units.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Corrective Action Plan:**

Continue with the current CAP as the score has increased by 7%. The intake nurse will begin each day by checking on the medications from the prior day.  If there are any discrepancies, then emails, calls, and in-person assistance will be completed to ensure these medications are passed.  This same check will occur at the end of the day for any medication times that have occurred.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**

December ADC ACIS update causing issues with transfer locations, causing additional issues for transfers pulling up on med pass lists by housing unit. Eyman is seeing significant findings on nights and weekends, on SMUI at CDU overflow, out counting from other units so they do not populate on the medication passes. Have 20 beds that are out counted, often the Florence patients are included in the audit. Eyman also has documentation issues sometimes administering meds but not documenting or scanning in med refusals. Occasionally ADC Ops causes non-compliance, transfers bypassing nursing all together and directly housed.

**Corrective Action Plan:**

Regional Office leadership have re-implemented the blue bin process at Eyman. The verification form that goes on the bin on the receiving end, part of the ADC 705 process, original Director's Order, says if form is not there, inmate does not move. Centurion leadership is working with ADC Operations leadership to ensure that the ADC 361 process of the "ADO" administrative officer receives a list of all medications that the inmates should get to verify with the intake nurse and included NROD had to be notified for after-hours movement.

**Updated as of March 16, 2020:**

**Basis for noncompliance:**

There was an interruption in the medication administration of the inmate's next dose.

**Corrective Action Plan:**

Upon intake, the intake nurse will make a list of medications (KOP and DOT) and state whether or not it came with the inmate. Administer next dose of medication if due, and notify the receiving yard of the inmate, medication, and when the next dose is due. On-call nurse will track after-hours movement for PM 35 medication and notify the nurses on the yards to administer dose due.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Intakes at Browning Unit were not complete, including verification of all medications received with the inmate.

**Corrective Action Plan:**
The Browning ADON will receive a list of all intakes and verify all medications arrived with the inmate and medication administration is complete.  The receiving unit medication LPN will contact the Browning Unit ADON and verify all new arrivals received their medications as ordered.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Basis for Non-Compliance**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**
The Florence facility is currently in compliance with this performance measure.  Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Eyman to maintain compliance and will reevaluate whether changes are needed as necessary.

Additionally, see Update as of December 15, 2017 for Eyman concerning the assignment of an adjunct and the implementation of Director's Instruction 361.

**Update as of March 12, 2018:**

**Corrective Action Plan:**
See Eyman.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Due to COVID-19 and only having a minimal amount of 12 transfers, Centurion temporarily moved the intake RN to assist in the COVID-19 positive units. The RNs who caused the three failures have been educated.

**Corrective Action Plan:**
Transfers have resumed and the intake RN has returned to her post.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Medications were not given at the next dose, as ordered.

**Corrective Action Plan:**
Intake nurse verifies all medications arrived with the inmate. Nurses on the receiving yard will start using the "new arrivals medication" sheet, where med-line nurse will document the new arrival inmate's name, ADC #, medications arrived with the inmate, and when the doses are due. Med-line nurse will note on the sheet, times medications were given. The Nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Basis for Non-Compliance:**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan:**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**
This Performance Measure is currently in the rebuttal process. Corizon will update when that process has been completed.

Additionally, see Update as of December 15, 2017 for Eyman concerning the assignment of an adjunct and the implementation of Director's Instruction 361.

**Update as of January 8, 2018:**
The Lewis facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of February 22, 2018:**

**Basis for Noncompliance:**
The problem with compliance was after hours' moves. There were three different movement sheets generated, which were not reconciled. Most failures occurred due to unscheduled moves.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Corrective Action Plan:**

Now, system wide, after hours moves must be pre-approved. There will be controlled movement by the Northern Regional Operations Director (NROD) only. Operations staff are now going to follow up with nursing staff to assure medications transfer with the inmates. There is a tracking form that will be maintained by Operations staff. There will be a WebEx training on the new Operations tracking form.

In addition, the receiving nurse will sign a form maintained by the Pharmacy. This will allow leadership to know who received the medications and hold them accountable if the medications are not delivered. This step, along with adding the night nurses as part of the process, has improved the process tremendously.

**Update as of June 11, 2018:**

**Basis for noncompliance:**

The problem with compliance was after hours' moves. There were three different movement sheets generated, which were not reconciled. Most failures occurred due to unscheduled moves. Additionally, documentation that a medication was administered upon arrival is often delayed when moves occur, which results in such documentation being made after the relevant timeframes.

**Corrective Action Plan:**

After hours moves will continue to require pre-approval and will be controlled by the NROD. Additionally, the night shift nurse will gather medication for inmates moved between yards at this facility to ensure timely delivery.

**Update as of July 31, 2018:**

**Corrective Action Plan:**

The corrective action plan noted above was not implemented until June. As such, the May results do not reflect the impact of the plan. Corizon will continue to operate under the plan and will reassess as necessary.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**

Lewis experienced a large number of transfers, internal moves, and intakes during the month of August. In addition, transferred inmates were often moved internally within hours of their transfer to the facility. Improvement in communications regarding these transfers is necessary to ensure medications can be timely transferred and/or administered.

**PM 35** *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Corrective Action Plan:**
Corizon and ADC staff reached an agreement in September that ADC staff will notify medical staff within one hour of after-hours transfers so that medications can be timely transferred and/or administered.

**Update as of November 21, 2018:**

**Basis for Non-Compliance:**
The referenced problem remains the same.

**Corrective Action Plan:**
Because the referenced agreement did not go into effect in time to affect September's numbers, Corizon will continue with the prior corrective action plan.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Corizon has encountered difficulty in tracking transfers over the weekend or during late evenings, particularly midnight transfers.

**Corrective Action Plan:**
The Director of Nursing (DON) is now tracking the measure daily and will follow up each morning to determine whether midnight transfers occurred.

**Update as of February 21, 2019:**

**Basis for Noncompliance:**
The prior CAP for this performance measure included a new process for tracking compliance with the performance measure that did not start until January 2019.  As such, the December 2018 numbers do not fully reflect the impact of the corrective actions.

After-hours movements, and patients moved from yard to yard after arrival, have contributed to this issue.

**Corrective Action Plan**:
Nurses in the HUB have been assigned to follow all new arrivals, including after hours, to ensure all transferred inmates have received all medications without interruption.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The prior CAP for this performance measure included a new process for tracking compliance with the performance measure that did not start until January 2019. As such, the January 2019 numbers do not fully reflect the impact of the corrective actions. After-hours movements, and patients moved from yard to yard after arrival, have contributed to this issue.

**Corrective Action Plan:**
The site will continue with the current CAP. Nurses in the HUB have been assigned to follow all new arrivals, including after-hours, to ensure all transferred inmates have received all medications without interruption.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
After-hours movements, and patients moved from yard to yard after arrival, have contributed to this issue.

**Corrective Action Plan:**
Intake nurse to give missing KOP meds from clinic stock from HUB. IPC nurse will verify medications given and, if not given, will notify the nurses in the respective yards to give the medication to the transferred inmate.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
After-hours movements, and patients moved from yard to yard after arrival, have contributed to this issue.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 3%. Intake nurse to give missing KOP medications from clinic stock from HUB. IPC nurse would verify medications and, if not provided to the patient, the IPC nurse will notify the yard nurse to provide the medications.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Update as of July 15, 2019:**

**Basis for Noncompliance:**
After-hours movements, and patients moved from yard to yard after arrival, have contributed to this issue.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 4%.  The intake nurse is to give missing KOP medications from clinic stock from the HUB.  IPC nurse will verify medications and, if not provided to the patient, the IPC nurse will notify the yard nurse to provide the medications.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
Medication are currently being taken by the intake nurses and being delivered to the yards. As the intake nurses cannot deliver the medication before they're done processing the intakes, often times the meds are not getting to the units prior to the PM pill call nurses going out on the pill pass.

**Corrective Action Plan:**
Effective immediately, the medication will be taken to the pharmacy in the black bins and dropped off for the pharmacy to deliver the medication prior to 12 noon. This will be enough time for the medication to be delivered to the units prior to the commencement of pill call.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
There are several overlapping issues relating to why compliance has not been achieved, including inmates departing without medications available, inmates departing before the required morning dose of medication is administered, and inmates arriving at a predetermined complex before eventually changing final housing locations resulting in medications not being delivered to the most recent housing location until after the evening dose of medication is required to be administered.  Individual inmate specific medications are also not always readily available at the arrival facility.  Finally, when inmates arrive at the transfer facility after hours, they may not have the same receiving nurse available to review and administer their medications.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Corrective Action Plan:**

This facility will implement the process that was put into place in May of 2017. The process is a collaborative effort between medical and security to ensure no interruptions if medications.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**

The patients are not receiving their next dose of medication once arriving on the yard. This is caused by patients not arriving with medications or the nurse on the yard not being notified of the patient's arrival.

**Corrective Action Plan:**

The HDF/FHA will report summary of findings/action items to the Director of Compliance by noon M-F. The Director of Compliance compiles summary of outstanding action items/findings for all complexes to DOs and VPO by 2 pm.  DOs will follow up with FHA on status of remaining items and plan to complete by 5 pm. FHA will communicate with the Department of Corrections the need to comply with DI35 at the next all-team meeting on Monday.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**

Medications are not being documented as being administered or are being documented after 12:00 PM on for AM medication due to charting not being completed live.

**Corrective Action Plan:**

Hot spots have been delivered and training will be provided to all nursing staff on December 17th and 19th on completion of med pass live in eOMIS. The Chronic care RN will be providing follow up to medications not being documented with a notification to site leadership and a call to the unit for documentation to be completed.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**

Medications are not being documented as being administered or are being documented after 12:00 PM on for AM medication due to charting not being completed live.

**Corrective Action Plan:**

Continue with the current CAP as it was not implemented until the middle of December 2019 and is not reflective in the November audit. Hot spots have been delivered and training will be provided to all nursing staff on December 17th and 19th on completion of

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

med pass live in eOMIS. The Chronic care RN will be providing follow up to medications not being documented with a notification to site leadership and a call to the unit for documentation to be completed.

**Updated as of March 16, 2020**

**Basis for Non-Compliance:**
Medications are not being documented as being administered. In addition, A.M. medication is sometimes documented as being administered after 12:00 P.M. due to charting not being completed live.

**Corrective Action Plan:**
The Senior ADON and AFHA are completing daily tracking of medications for arrivals. The Senior ADON and AFHA call Unit staff for follow up of medication documentation. Clinic Stock and Back-up Pharmacy are being utilized for missing medications.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Update as of December 15, 2017:**

See Update as of December 15, 2017 for Eyman concerning the assignment of an adjunct and the implementation of Director's Instruction 361.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
A change in the way this is measured lead to noncompliance numbers. Previously, the focus was on whether the medications were administered upon arrival without interruption rather than on how the documentation was kept. Documentation was being kept in a binder rather than being scanned into eOMIS.

**Corrective Action Plan:**
In the third week of October, nursing staff will receive training on process for documentation related to this measure. Additionally, all prior documentation that is currently in the binder will be scanned into eOMIS. This will also occur the third week of October.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and was therefore not realized in September's data.

**PM 35**  *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

**Corrective Action Plan:**

As noted above, the corrective action plan for this performance measure included training and a new process that occurred in the third week of October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.

**Update as of July 15, 2019:**

**Basis for Noncompliance:**

The patient not arriving with KOP prn medication caused all the five instances of noncompliance during this audit cycle. The nurse receiving the patient did not document that the prn KOP medication was replaced or that it was available in clinic stock.

**Corrective Action Plan:**

The nurses identified as receiving the patients and not making the KOP prn medication available causing the noncompliance were educated on the importance of no interruption in medication. The nurses were instructed to provide the medication from clinic stock or back up pharmacy and document that it was administered. The FHA provided the training the last week in June.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**

A patient not arriving with KOP prn medication caused all five instances of noncompliance during this audit cycle. The nurse receiving the patient did not document that the prn KOP medication was replaced or that it was available in clinic stock.

**Corrective Action Plan:**

Nurses identified as receiving patients and not making the KOP prn medication available were educated on the importance of no interruption in medication. The nurses were instructed to provide the medication from clinic stock or backup pharmacy and document that it was administered. The FHA provided training the last week in June on the correct format and template for verifying transfer medications received.  Direction was also provided on how to escalate instances where KOP prn medication transfers are not received.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**

There are several overlapping issues relating to why compliance has not been achieved, including inmates departing without medications available, inmates departing before the required morning dose of medication is administered, and inmates arriving at a

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

predetermined complex before eventually changing final housing locations resulting in medications not being delivered to the most recent housing location until after the evening dose of medication is required to be administered. Individual inmate specific medications are also not always readily available at the arrival facility. Finally, when inmates arrive at the transfer facility after hours, they may not have the same receiving nurse available to review and administer their medications.

**Corrective Action Plan:**
Upon notification that a new incoming transfer is arriving the FHA, DON and/or HDF will alert receiving ward of incoming transfer. Upon arrival, the unit nurse will document in the MR the medications arrived and those that did not arrive. The nurse will verify if the non-received meds are available in clinic stock, if not then place an order via back up pharmacy. The nurse will then dispense next dose medications as prescribed and document in the MAR.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
All inmate medications (KOP and DOT) are not transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption. Nine charts were included in the audit. Of those, seven were found to be compliant. The following medications did not arrive with the patients -- tamsulosin and ammonium lactate. A patient had an order for Alvesco (KOP) that did not come with the patient. This was ordered via back-up pharmacy and was on hand if the patient requested it, as the patient is not allowed to have KOPs on the yard that he arrived at. The provider changed the order from KOP to DOT the following day and actually discontinued the order, as the patient did not meet the medical necessity for this medication.

**Corrective Action Plan:**
Upon notification that a new incoming transfer is arriving, the FHA, DON and/or HDF will alert receiving yard of incoming transfer. The sending site sends email notification to the receiving site leadership team when the patient leaves the facility without all current medications. This provides advanced notice for ordering back-up pharmacy medical orders.

Upon arrival, the unit nurse will document in the MAR the medications arrived and those that did not arrive. The nurse will verify if the non-received medications are available in clinic stock. If not, will then place an order via back-up pharmacy. The nurse will then dispense next dose medications as prescribed and document in the MAR.

As of October 8, 2019, Atorvastatin, Albuterol, and Calcium Carbonate were ordered from Diamond Pharmacy for clinic stock on all units.

# PM 35

*For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*



**Update as of December 15, 2017:**

See Update as of December 15, 2017 for Eyman concerning the assignment of an adjunct and the implementation of Director's Instruction 361.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The intake nurse did not follow through with checking completion of medication delivery to units.

**Corrective Action Plan:**
The two intake nurses were individually counselled on September 17th and 19th to ensure they conduct follow up nightly and the next morning to ensure the next dose was available and documented as given.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
The intake nurse did not follow through with checking completion of medication delivery to units.

**Corrective Action Plan:**
The two intake nurses were individually counseled on September 17th and 19th to ensure they conduct follow up nightly and the next morning to ensure the next dose was available

**PM 35**  *For intersystem transfers (complex to complex), are all inmate medications (KOP and DOT) transferred with and provided to the inmate or otherwise provided at the receiving prison without interruption?*

and documented as given.  Follow-up education was given 10/15/2019 to ensure continued vigilance of the intake nurses.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
Medications were not given to patient as ordered.

**Corrective Action Plan:**
CIP nursing tracks as inmates arrive alerting Yard ADON, DON, AFHA, FHA of incoming inmates and medications to be given.  Yard nurses working the shift are also alerted by CIP nursing.  AM meds are tracked and confirmed by CIP nursing.  PM Meds are tracked and confirmed by Night ADON to ensure compliance.  Repeat offenders receive education and disciplinary action by DON.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
The prescribed medications were not given to the patient per the MAR.

**Corrective Action Plan:**
The intake nurse tracks as inmates arrive alerting Yard ADON, DON, AFHA, FHA of incoming inmates and medications to be given.  Intake nurse of patients needing medications alerts nursing staff on the receiving yard.  The AM meds are now to be tracked and confirmed by intake nurses.  The PM meds are now tracked and confirmed by Night ADON to ensure compliance.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Update as of August 29, 2018:**

**Basis for Noncompliance:**
This measure has been in compliance for over a year consecutively. A large turnover in the nursing staff occurred in May and June which caused non-compliance for this measure.

**Corrective Action Plan:**
Corizon is currently hiring and training nurses to regain compliance for this measure. The site is also utilizing several agency nursing staff who started working at the facility in the beginning of July to provide additional support.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
The recent change to the open sick call process and how the HNRs are received has impacted the 24-hour timeframe reflected in this performance measure. Corizon discovered in early September that although HNRs are properly triaged in the morning, some HNRs were not getting time stamped until the end of the day. This would result in confusion as to when the 24-hour timeframe would begin. Also, new nurses coming on board failed to understand the process of triaging patients and getting them scheduled.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Corrective Action Plan:**

Training will continue to be provided to ADONs and new nurses relating to scheduling HNRs upon receipt, particularly with triage.  This issue was also addressed at the staff meeting on August 23, 2018.  New nurses will also receive one-on-one training during the onboarding process.

Additionally, Corizon hired a new ADON so that position is now full and can provide additional oversight relating to this performance measure.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**

The prior corrective action plan did not begin until August 23, 2018.  As such, the August compliance score does not accurately reflect the impact of the existing corrective action plan.

**Corrective Action Plan:**

Corizon will continue with the existing plan.

**Update as of November 21, 2018:**

**Basis of Non-Compliance:**

Two issues have been identified as potential bases for non-compliance.  First, one nurse has not been documenting her reviews.  Second, it appears that staff have been changing initial triage assessments.  For example, the triage nurse might designate an inmate for the nurse's line, but another staff member, without documented explanation, might then change the designation to chart review.  Monitors would determine this failure to follow the first triage assessment as non-compliant.

**Corrective Action Plan:**

Corizon held an all-staff, all-nurses meeting to go over this problem.  They have all been instructed not to alter the initial triage assessment and to complete the visit as prescribed.  Corizon has already observed improvement since this issue was addressed.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Compliance was not achieved in the month of October due to nurse staffing shortages. Additionally, the recent transition away from open sick call and changes ordered concerning the HNR process have impacted nursing staff's ability to timely process HNR requests.

Finally, seven new RNs were hired throughout August and September, and Regional staff did not receive training until September. As such, staff was still new to the relevant processes in October.

**Corrective Action Plan:**
Corizon will continue to utilize the existing Corrective Action Plan. Additionally, on October 23, 2018 and October 25, 2018, the FHA reviewed expectations concerning triaging HNRs with all staff. Staff were also instructed to triage HNRs on the day of receipt and schedule appropriately. Non-compliant yards were identified and additional staff were tasked to address non-compliance.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Eyman is down one Director of Nursing (DON) and has Assistant Director of Nursing (ADON) vacancies as well.

**Corrective Action Plan:**
Hiring efforts are ongoing. Existing staff continue to receive training about this measure and its requirements. In particular, beginning the second week of November, new staff began receiving hands-on experience in this measure during the onboarding process.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
Eyman has had a significant number of nursing vacancies that has contributed to non-compliance.

**Corrective Action Plan:**
Corizon has been successful in filling many of the nursing vacancies at Eyman and, as of February, there are only two RN and one LPN vacancies. There are still five leadership vacancies in the ADON position. Corizon continues to recruit and use agency nurses when needed. In addition to continued recruiting and training of new hires, Sick Call nurses will be shifted yard to yard to cover nurse lines.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the patients were not being seen by an RN within 24hrs.

**Corrective Action Plan:**
The Eyman facility began a centralized process the third week of February 2019.  The following describes the process and responsibilities of the various positions:

CNA for Open Yards/Nurse for Closed Yards
1. Empties HNR Boxes Daily/Collects HNRs from inmates unable to access HNR boxes on a daily basis
2. Collect between 1100-1300
3. Counts HNRs collected and seals in envelope w/CO
4. Transports to HNR Admin/Nurse

HNR Admin
1. Stamps and initials top right corner of every HNR
2. Enters HNR on HNR Log

HNR Nurse
1. Triages HNRs
2. Completes section III of the HNR
3. Enters HSR screen in eOMIS
    a. Routine:  Schedules "Sick Call - scheduled"
    b. Urgent:  Contacts yard and gets them put on Provider line same day
4. Enters Encounter including Applicable NET
5. Educates Inmate

HNR Admin
1. Scans completed HNR into HSR screen in eOMIS
2. Verifies all HNRs were seen from the prior day –  report to DON/ADON any not completed

Yard Nurse
1. Sees Patients on Sick Call
2. Pulls list of patients to see from eOMIS schedule
3. Completes encounter in eOMIS, including NET documentation and Education
4. Completes Nurse Line

**PM 37** *Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

<u>DON</u>
1. Responsible for following up on any not seen to ensure they are seen and set expectations to staff.


**Update as of April 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process. As a result, the patients were not being seen by an RN within 24 hours.  This issue has continued to be a problem throughout the month of February and remains the basis of noncompliance

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until the third week in February and is not reflective in the score. The Eyman facility began a centralized process the third week of February 2019.  See CAP above.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the patients were not being seen by an RN within 24 hours.

**Corrective Action Plan:**
The centralized process has been discontinued at the facility and they have returned to the HNRs being processed on the unit. The process was directed back to the yards the third week in February, which is also when the education was provided by the DON to all nursing staff. Due to a backlog, we will not see an improvement in the scores until the backlog is cleared. Providers are picking up extra shifts seeing patients to clear the backlog. HNRs are being processed daily, and the DON is tracking the HNRs to ensure compliance.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result the patients were not being seen by an RN within 24 hours.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 16%. Process has been returned out to the yards. Nurse Line is being completed as permitted. Training provided

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

to nursing on the HNR process. Providers picking up extra shifts seeing patients to clear backlog. HNRs are now being processed daily and the DON is tracking.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, an RN was not seeing the patients within 24 hours.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 10%. The centralized process has been discontinued and the process returned out to the yards. The DON provided training on the HNR process on 5/7/19. HNRs are now being processed daily and the DON is tracking.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
Eyman is utilizing a central HNR process where the HNR is processed by the DON and ADON. Further, there are instances in which they were assigned to the units to cover staff vacancies. Due to this, they are unable to process the HNRs within the required timeframes. Staffing shortage have contributed to the limit of nurse lines that can be held. Further, due to the nurse line backlog, score improvements will not be seen until the backlog is eliminated.

**Corrective Action Plan:**
Eyman will continue with the current CAP. Eyman is also actively recruiting nurses, which will not only allow the HNRs to return to the yard but enable the nurse lines to be held on each yard.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
Staffing shortage have contributed to the limit of nurse lines that can be held. Further, due to the nurse line backlog, score improvements will not be seen until the backlog is eliminated.

**Corrective Action Plan:**
Eyman has piloted a Telehealth RN program that allows nurses of other Complexes throughout the state to assist in seeing patient at Eyman Complex. As Telehealth is assisting in reducing the backlog, Eyman will continue to recruit Nurses.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The available resources has outpaced the demand.

**Corrective Action Plan**
Eyman has piloted a Telehealth RN program that allows nurses of other Complexes throughout the state to assist in seeing patients at Eyman Complex. As Telehealth is assisting in reducing the backlog, Eyman will continue to recruit Nurses.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Low staffing caused multiple delays for some HNRs to be processed and seen timely.

**Corrective Action Plan:**
New hires and additional staffing have allowed for better adherence to proper running of lines and reducing occurrences of delayed processing.  Other complexes in the state have donated staff to assist in eliminating the backlog.  Responsible parties:  RN who is conducting nurse line; Unit ADON; DON; additional staff from other complexes. Also utilizing full time Tele RN nurse line.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
Low staffing caused multiple delays for some HNRs to be processed and seen timely.

**Corrective Action Plan:**
Recruiting to have a RN onsite to perform NL daily. Telehealth NL program is being used at all Eyman units. ADONs have been hired and will assist with ensuring nurse lines are held on all units.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Due to the nurse line backlog, inmates are not being seen within 24 hours.

**PM 37** *Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Corrective Action Plan:**
Support nurses are being pulled to assist with completing HNRs. There is an increase in telemed nurse lines being held. ADONs and mental health nurses are also required to assist when necessary.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
The Eyman facility was utilizing a centralized HNR process causing scheduling issues that created a high volume of patients to be seen out of time frame.

**Corrective Action Plan:**
The Eyman facility organized for all patients that had submitted HNRs that had not been seen to be seen January 24- 26, 2020. RNs from other facilities, as well as Eyman RNs, saw all patients, bringing all HNR requests into compliance.  The HNR process has been decentralized and the patients are seen on the nurse sick call line, as indicated, within time frame.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Continued low RN staffing caused multiple delays for some HNRs to be processed.

**Corrective Action Plan:**
New hires and additional staffing have allowed for better adherence to proper running of lines and reducing occurrences of delayed processing.  Staffing levels have increased; hires that are newer are being trained to ensure operational stability with running lines, for increased compliance with this measure.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



Above compliance threshold without interruption since January 2017, with the exception of July 2018.

**Update as of September 25, 2018:**

**Basis of Noncompliance:**
The recent change to the open sick call process and how the HNRs are received has impacted the 24-hour timeframe reflected in this performance measure. Corizon discovered in early September that although HNRs are properly triaged in the morning, some HNRs were not getting time stamped until the end of the day. This would result in confusion as to when the 24-hour timeframe would begin.

**Corrective Action Plan:**
Now that the problem has been identified, re-education is commencing. On September 17, 2018, the DON provided training to the interim ADON regarding the appropriate HNR procedure to maintain compliance. Additionally, Corizon is hiring a full-time DON, who will start around October 1, 2018 and who will be responsible for providing additional oversight.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
There has been confusion in re-implementing the HNR boxes. With the open sick call process, there was flexibility in moving nurses between yards, and inmates could be seen timely with less staff. With the HNR box process, inmates are scheduled for specific nurse lines, which requires more nursing staff. The Lewis facility was down 13 RNs in July, leading to issues.

In addition, security personnel were understaffed, which presented problems in getting inmates to their scheduled nurse line appointments.

**Corrective Action Plan:**
Seven new RNs have been hired in August and September. In addition, four travel nurses were hired in August. These new nurses were educated on the HNR box process and the requirements of this performance measure.

Regional staff are visiting each facility to ensure that medical staff understand the change to the HNR box process from the open sick call process.

Training was provided on various dates in September for nursing staff who were not employed by Corizon when HNR boxes were used prior to the open sick call process.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
The RNs and travel nurses referenced in the prior plan were hired in August and September, and the referenced training did not occur until September.  As such, the August compliance score does not accurately reflect the impact of the existing plan.

**Corrective Action Plan:**
Corizon will continue with the existing plan.

**Update as of November 21, 2018:**

**Corrective Action Plan:**
Much of the hiring and training referenced in the prior plan occurred in September and was not in place early enough to impact the month's numbers.  Corizon will therefore continue with the prior plan.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Compliance was not achieved in the month of October due to issues with nurse staffing. Additionally, the recent transition away from open sick call and changes ordered concerning the HNR process have impacted nursing staff's ability to timely process HNR requests.

**Corrective Action Plan:**
On November 6, 7, and 8, 2018, the training and development specialist reviewed expectations concerning triaging HNRs with all staff. Staff were also instructed to triage HNRs on the day of receipt and schedule appropriately. Non-compliant yards were identified and additional staff have been tasked to address non-compliance.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The basis for noncompliance remains the same.

**Corrective Action Plan:**
Lewis hired 12 nurses over the past month.  In addition, all nursing staff received additional training on this measure at the January 17th staff meeting.

**PM 37** *Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
A shortage of RNs has contributed to the basis of noncompliance. The patients are required to be seen by an RN to meet the measure.

**Corrective Action Plan**:
A very robust recruitment of nurses that includes agency began at the beginning of January and continues at the present time.  As noted above, many new nurses were hired in January, but this would not be reflected in the December scores.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the patients were not being seen by an RN within 24 hrs.

**Corrective Action Plan:**
The Lewis facility began a centralized process the third week of February 2019.  The following describes the process and the position responsible for the various steps:

CNA for Open Yards/Nurse for Closed Yards
1. Empty HNR Boxes Daily/Collect HNRs from inmates unable to access HNR boxes on a daily basis
2. Collect between 1100-1300
3. Count HNRs collected and seal in envelope w/CO
4. Transport to HNR Admin/Nurse

HNR Admin
1. Stamp and Initial top right corner of every HNR
2. Enter HNR on HNR Log

HNR Nurse
1. Triage HNRs
2. Complete section III of the HNR
3. Enter HSR screen in eOMIS
   a. Routine:  Schedule "Sick Call - scheduled"
   b. Urgent:  Contacts yard and gets them put on Provider line same day
4. Enter Encounter including Applicable NET
5. Educate Inmate

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

HNR Admin
1. Scan completed HNR into HSR screen in eOMIS
2. Verify all HNRs were seen from the prior day – report to DON/ADON any not completed

Yard Nurse
1. See Patients on Sick Call
2. Pull list of patients to see from eOMIS schedule
3. Complete encounter in eOMIS, including NET documentation and Education
4. Complete Nurse Line

DON
1. Responsible for following up on any not seen to ensure they are seen and set expectations to staff.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The source document for ASPC-Lewis was incomplete for this monitored month, and any results shown were calculated based upon a partial sampling of the required documents. Because the validity of the score could not be determined, the resulting score for this performance measure has been adjusted to 0%. The issue with the source document was not identified until the last week in March at which time it was too late to resubmit and ask for the measure to be audited again. The source document supplied contained 1,774 HNRs for audit review.  An additional 1,256 HNRs should have been included on the source document.

**Corrective Action Plan:**
The Corizon compliance team has been completing a thorough review of the Lewis HNR logs and has vetted the source document prior to submitting.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Multiple issues with the HNR process and the nursing shortage has created noncompliance with this measure.

**Corrective Action Plan:**
The Lewis facility has been recruiting nurses and filling the open ADON positions.  As the staffing improves the compliance of this measure will also improve.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Multiple issues with the HNR process and the nursing shortage have created noncompliance with this measure.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 13%. The Lewis facility has been recruiting nurses and filling the open ADON positions. As the staffing improves, the compliance of this measure will also improve.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Multiple issues with the HNR process and the nursing shortage have created noncompliance with this measure.

**Corrective Action Plan:**
Continue with the current plan as the score has increased by 4%. The Lewis facility has been recruiting nurses and filling the open ADON positions. As the staffing improves, the compliance of this measure will also improve. The facility has increased the number of nurse lines at this facility. All nursing staff was educated at the May staff meeting on the HNR process and the sick call encounter process by the AFHA.

**Update as of August 6, 2019:**

**Basis for Noncompliance:**
The nursing shortage has created noncompliance with this measure.

**Corrective Action Plan:**
Lewis will continue with the current remediation plan. The Lewis facility has been recruiting nurses and filling the open ADON positions. As staffing improves, the compliance of this measure will also improve. Centurion has ramped up the recruiting efforts by creating more exposure by which Lewis is able to attract new nursing prospects. In addition to the recruiting efforts, Centurion has authorized more agency staff which will allow for some interim coverage for the complex needs to be addressed.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
The nursing shortage has created noncompliance with this measure.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Corrective Action Plan:**
As the last action plan was implemented 8/6/2019, we will continue that action plan for another 30-day cycle.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The available resources has outpaced the demand.

**Corrective Action Plan:**
Lewis will continue with the current remediation plan. The Lewis facility has been recruiting nurses and filling the open ADON positions. As the staffing improves, the compliance of this measure will also improve. Centurion has ramped up the recruiting

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Low staffing caused multiple delays for some HNRs to be processed and seen timely.

**Corrective Action Plan:**
Lewis will continue with the current remediation plan. The Lewis facility has been recruiting nurses and filling the open ADON positions. As the staffing improves, the compliance of this measure will also improve. Centurion has ramped up the recruiting.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
Due to the inadequate staffing at Lewis sick call was not being completed on a daily basis.

**Corrective Action Plan:**
A blitz was completed on the weekend of November 16-18.  All sick call lines are being completed daily. Staff are covering multiple yards to ensure all sick calls are seen within the time frame requested.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Due to the inadequate staffing at Lewis, sick call was not being completed on a daily basis.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 31%.  A blitz was completed on the weekend of November 16-18.  All sick call lines are being completed daily. Staff are covering multiple yards to ensure all sick calls are seen within the timeframe requested.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Due to the inadequate staffing at Lewis sick call was not being completed on a daily basis.

**Corrective Action Plan:**
A blitz was completed on the weekend of November 16-18, 2019. All sick call lines are being completed daily. Staff are covering multiple yards to ensure all sick calls are seen within the timeframe requested. Same day sick call is being initiated at each unit at Lewis as they become fully staffed.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Continued low RN staffing caused multiple delays for some HNRs to be processed.

**Corrective Action Plan:**
New hires and additional staffing have allowed for better adherence to proper running of lines and reducing occurrences of delayed processing.  Staffing levels have increased; hires that are newer are being trained to ensure operational stability with running lines.  This has continued, and new hires are becoming independent after DOC training, new employee orientation, and on the site training is finishing up on many full-time staff and agency which should allow for increased compliance on this measure.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
The measure is now audited from the date the patient's date written. The patient does not always write the correct date; however, this is the date utilized to start the required timeframe.

**Corrective Action Plan:**
Lewis initiated Same Day Sick Call on March 1, 2020. All patients will be seen in the clinic daily.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*Critically low RN and LPN staffing and high volume of call-offs caused multiple delays for numerous HNRs to be processed; RNs were utilized to run med pass and treatment lines when LPNs called off.*

*Corrective Action Plan:*

*One RN and one LPN from agency hired in April.  There are three agency nurses, two RNs and one LPN starting at various times throughout the month of May. In addition, two full-time RNs and two full-time LPNs also hired in May.  Lewis leadership continues to interview and offer positions.  All new hires attend Centurion NEO training where they learn the basics of correctional nursing. Following NEO they are placed on a rigorous training/orientation schedule with peers on the complex to ensure they can merge their clinical skills and the stipulated performance measures.  As staffing increases, including LPNs, the need for RNs to do anything other than sick call will decrease and the RNs can see patients within 24 hours as required.  If inadequate staffing exists, Unit RNs must alert the DON and DO and resources will be pulled if available.*

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Update as of July 16, 2019:**

**Basis for Noncompliance:**
A nursing shortage at the Tucson complex has caused the noncompliance with this measure.

**Corrective Action Plan:**
The Tucson facility has been recruiting nurses and utilizing agency nurses. The DON and ADONS are currently covering any open nurse lines. As the staffing improves, the compliance of this measure will also improve.

**Update as of August 9, 2019:**

**Basis for Noncompliance:**
This measure has been in compliance for over a year consecutively. A large turnover in the nursing staff occurred in May and June, which caused non-compliance for this measure.

**Corrective Action Plan:**
Centurion is currently hiring and training nurses to regain compliance for this measure. The site is also utilizing several agency nursing staff who started working at the facility the beginning of July to provide additional support.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
A nursing shortage at the Tucson complex has caused the noncompliance with this measure.

**Corrective Action Plan:**
The Tucson facility continues to focus on recruiting nurses and starting in August 2019 utilizing agency nurses to close any delayed care gaps. The nursing leadership fills in to covering any open nurse lines that they can but leadership shortages have not made this a robust alternative. Tucson has seen increased applicants and hires and those being brought into the team once trained will allow for compliance on this measure.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:** Identified several reasons for variance.  Dental HNRs needing to be correctly triaged. Productivity disruptions caused occasional slowdowns in the running of nursing lines increased timeframes above compliance level**.**

**Corrective Action Plan:**  Dental HNR education was sent to all staff on 09/10/2019.  DON also identified several nurses who were limiting flow of work and corrective action has occurred in September.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Low staffing caused multiple delays for some HNRs to be processed.

**Corrective Action Plan:**
New hires and additional staffing have allowed for better adherence to proper running of lines and reducing occurrences of delayed processing.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Identified several reasons for variance.  Low staffing caused multiple delays for some HNRs to be processed.

**Corrective Action Plan:**
New hires and additional staffing (agency RNs) have allowed for better adherence to proper running of lines and reducing occurrences of delayed processing.  Staffing levels have increased and new hires are being trained to ensure operational stability with running lines.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Identified several reasons for variance.  Low staffing due to call-offs (b/c of illness) and an increase in HNRs submitted.

**Corrective Action Plan:**
 A hybrid open sick call process will begin at Whetstone so HNRs are picked up, triaged and seen on the same day.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Continued low RN staffing caused multiple delays for some HNRs to be processed.

**Corrective Action Plan:**
New hires and additional staffing have allowed for better adherence to proper running of lines and reducing occurrences of delayed processing.  Staffing levels have increased; new hires are being trained to ensure operational stability with running lines.  This has continued and new hires are becoming independent after DOC training, new employee orientation and on-site training is finishing up on many full-time staff and agency which should allow for increased compliance on this measure.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Identified several reasons for variance.  Continued low RN staffing caused multiple delays for some HNRs to be processed.

**Corrective Action Plan:**
New hires and additional staffing have allowed for better adherence to proper running of lines and reducing occurrences of delayed processing. Staffing levels have increased; new hires are being trained to ensure operational stability with running lines. This has continued and new hires are becoming independent after DOC training; new employee orientation and onsite training is finishing up on many full-time staff and agency which should allow for increased compliance on this measure.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
The screening nurse did not classify dental pain as urgent. Urgent referrals require same-day assessment by an RN.  This caused the patient to not be seen by the RN same day as required with urgent referral.

**Corrective Action Plan:**
On 9/23/2020, the Regional Director of Compliance educated all FHAs in the State on the proper handling of dental pain HNRs.  Tucson FHA educated the DON and site ADONs the same day advising to train all nursing staff.  DON sent education to ADONs on 9/26/2020 directing them to educate nursing staff, which was completed at the yard level. The education included the following, but was not limited to: All HNRS that reference dental pain are to be treated as an urgent referral and assessed same day by an RN; the nurse will review all HNRs received for the day identifying which HNRs are for dental pain; the patient will be called up immediately to medical to be assessed by an RN for dental pain; the HDF currently monitors HNRS daily Monday through Friday, and any concerns identified are escalated to site leadership.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
1. Several occurrences of HNRs not being seen within timeframe due to short staffing. 2. The screening nurse did not classify dental pain as urgent. Urgent referrals require same-day assessment by an RN.  This caused the patient to not be seen by the RN same day as required with urgent referral.

**Corrective Action Plan:**
On 12/19/2020, the complex ADON was assigned to triage all HNRs on every unit to ensure compliance.  On 12/19/2020, nursing staff were also educated that HNRs must be triaged daily, and if additional staffing is required they are to escalate to the ADON, DON, FHA for additional resources to ensure completion.  The training also included the following, but was not limited to: All HNRS that reference dental pain are to be treated as an urgent referral and assessed same day by an RN. The nurse will review all HNRs received for the day identifying which HNRs are for dental pain; the patient will be called up immediately to medical to be assessed by an RN for dental pain. The HDF currently monitors HNRs daily Monday through Friday, and any concerns identified are escalated to site leadership.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
RNs are not seeing inmates within 24 hours of the date we received the HNR or within 48 hours from the date inmate indicates on the HNR.

**Corrective Action Plan:**
On 1/15/2021, ADON meeting education and expectation was given on the importance of nurse line being completed daily. On days the ADONS are working, the expectation is they are to be assisting with any backlogs or needs for nurse line on their units. The ADON notifies the FHA and AFHA of any issues, backlogs, cancelled lines, or staffing shortages. The FHA and AFHA in turn notify the DO of the identified issues. The site leadership team adjust staff to cover critical operations. The telehealth RN lines were increased, and providers utilized to see patients with medical needs if an RN is not available. Bonuses are offered to fill all needed shifts. In addition, bonuses are offered to assist in recruiting and retaining nurses. Leadership to cover and fill shifts when possible. Other complexes contacted to provide assistance when staff is available.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Several occurrences of HNRs not being seen within timeframe due to short-staffing, COVID call-offs, and other illnesses.

**Corrective Action Plan:**
On 12/19/2020, Complex ADON and Weekend ADON were assigned to triage all HNRs on every unit to ensure compliance. RNs are responsible for nurse line and were educated on 1/15/21 by the RDON. Education included the frequency of triaging HNRS, how it is triaged and by what licensure, and that the HNR form must be uploaded in the HNR section of eOMIS. If inadequate staffing exists, they must alert the ADON, DON, AFHA, and FHA and resources will be pulled if available.

Recruiting efforts have been successful. Since January 2021, Centurion has hired/onboarded seven RNs and four LPNs. Centurion continues to recruit with the following in various stages of offer, background, and training to start working within the next 1-4 weeks: 10 RNs and four LPNs.

**PM 37** *Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Several occurrences of HNRs not being seen within timeframe due to short staffing, COVID call-offs, and other illnesses.

**Corrective Action Plan:**
Continue with the current CAP. Centurion continues recruitment efforts and offers bonuses to nursing staff to cover openings. On 12/19/2020, Complex ADON and Weekend ADON were assigned to triage all HNRs on every unit to ensure compliance.  RNs are responsible for nurse line and were educated on 1/15/21 by the RDON. Education included the frequency of triaging HNRS, how they are triaged and by what licensure, and that the HNR form must be uploaded in the HNR section of eOMIS. If inadequate staffing exists, they must alert the ADON, DON, AFHA, and FHA and resources will be pulled from other areas to assist if available.

Recruiting efforts have been successful.  Since January 2021, Centurion has hired/onboarded seven RNs and four LPNs.  Centurion continues to recruit, with the following in various stages of offer, background, and training to start working within the next 1-4 weeks:  10 RNs and four LPNs.

***Updated as of May 17, 2021:***

***Basis for Non-Compliance:***

***Critically low RN and LPN staffing and high volume of call-offs caused multiple delays for numerous HNRs to be processed; RNs were utilized to run med pass and treatment lines when LPNs called off.***

***Corrective Action Plan:***

***Beginning 4/14/21, ~~provider's~~providers received the directive from the VP, FHA, and SMD, to see patients scheduled for nurse line ~~as a provider~~ if their yard is without an RN to run nurse line that day. Additionally, providers are compensated to come in on the weekends to see patients scheduled for nurse line ~~as a provider~~ if their yard is without an RN to run nurse line that day.***

***Seven full-time RNs and three full-time LPNs (both day and night shift) started in April. There are three full-time RNs and four full-time LPNs starting at various times throughout the month of May that will boost the critical staffing crisis Tucson has experienced this year.  Tucson leadership continues to interview and offer positions.***

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

*All new hires attend Centurion NEO training where they learn the basics of correctional nursing. Following NEO they are placed on a rigorous training/orientation schedule with peers on the complex to ensure they can merge their clinical skills and the stipulated performance measures.  As staffing increases, including LPNs, the need for RNs to do anything other than sick call will decrease and the RNs will see inmates within 24 hours as required.  If inadequate staffing exists, Unit RNs must alert the ADON, DON, AFHA, and FHA and resources will be pulled if available.*

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
Thirty (30) charts were identified for this August 2020 audit – 25 charts were found compliant and 5 charts were found noncompliant.

**Corrective Action Plan:**
After identifying the issue of the HNRs for dental pain, Centurion's night RNs will review all HNRs received for the day identifying which HNRs are for dental pain and will call the inmates up immediately to medical to address the HNR for dental pain. This plan was discussed during the morning huddle on 9/4/20, 9/7/20, 9/8/20, and during the Nursing Meeting on 9/23/20 by DON, and the all-Department meeting on 9/16/20 by the HDF.  The ADON of the Apache Unit will discuss the process on how to have the inmates change an HNR date when there is a discrepancy in date received versus date written.  ADON will put out an email notifying the night RNs about the change.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*



**Update as of February 21, 2019:**

**Basis for Noncompliance**:
Patients that submitted HNRs for optometry were not seen by an RN. The patients were given a SNELLEN by the CNA and referred to optometry.

**Corrective Action Plan**:
The DON held training sessions with all nursing staff throughout the week of January 14 through January 18.  All nursing staff were educated that HNRs received requesting optometry must be seen by an RN on sick call and a NETS completed to include a SNELLEN.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
The date/time stamp in the upper right-hand corner was illegible due to the machine's ink ribbon.

**Corrective Action Plan:**
The DON and ADONS provided education the first week of October to the nurse line nurses to ensure HNRs are screened appropriately. The FHA notified at the all-staff meeting in October that staff assigned to scanning in HNRs must open and view the uploaded document to ensure the date/time stamp is legible. The time/date ink ribbon will be changed out monthly.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
Staff scanning in HNRS did not verify that the date/time stamp in the right-hand corner was legible after scanning.

**Corrective Action Plan:**
When scanning in the HNRs, RN will ensure that the date/time stamp in the upper right-hand corner is legible and will ensure that patients are seen within 24 hours of receipt. Education to the nurse line nurses to ensure HNRs are screened and staff are scanning in HNRs to ensure that the date/time stamp in the upper right-hand corner is legible. Education to ADONs on units of importance to ensure minimal backlog and to reach out to site administration if there are issues with lines being completed daily.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
RN will see inmates on sick call within 24 hours of receipt.  When scanning in the HNRs ensure that the date/time stamp in the upper right-hand corner is legible. Ensuring that Patients are seen within the 24 hours of receipt.

**Corrective Action Plan:**
Education to the nurse line nurses to ensure HNRs are screened and staff are scanning in HNRs to ensure that the date/time stamp in the upper right-hand corner is legible. Education to ADON on units of importance to ensure minimal backlog and to reach out to site administration if issues with lines being completed daily.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Nursing is not following the escalation process in place when patients are not being brought to medical for their appointment to be seen within 24 hours.

**Corrective Action Plan:**
Education to the ADONs and Nurse Line nurses of the importance of following the escalation process to ensure that all ADC and Centurion site leadership are aware of any issues and concerns, so action can be taken at the time of delay.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Nursing is not following the escalation process in place when patients are not being brought to medical for their appointment to be seen within 24 hours.

**Corrective Action Plan:**
Education to the ADONs and Nurse Line nurses of the importance of following the escalation process to ensure that all DOC and Centurion site leadership are aware of any issues and concerns, so action can be taken at the time of delay.

**Updated as of June 17, 2020:**

**Basis for Non-Compliance:**
RNs are not seeing inmates within 24 hours of the date the inmates indicate on the HNR.

**Corrective Action Plan:**
On 6/17/20 education was sent to all RNs, with the full expectation of the FHA. Education included that there is a need to be observant of the date the patient has put on the HNR itself. If there is an error in the date the patient has put on the HNR, the RNs are to request the patients put the correct date they submitted the HNR. Education also included the importance of nurse lines being completed daily in full and if there are any concerns or barriers throughout their shift, they need to ensure they elevate these concerns to site admin to assist.

**Updated as of July 21, 2020:**

**Basis for Non-Compliance:**
Patient dates on the HNR are not within 24 hours of the time received by medical and seen.

**Corrective Action Plan:**
On 6/17/2020 and again on 7/14/2020 education was sent to all RNs, with the full expectation of this measure. Education included that there is a need to be observant of the date the patient has put on the HNR itself. If there is an error in the date the patient put on the HNR, the RN is to ask them if they can put the correct date they submitted the HNR. Education also included the importance of nurse lines being completed daily in full.

If there are any concerns or barriers throughout their shift, the RNs need to ensure they elevate these concerns to site admin to assist. Also included was if the patient is unwilling to change the date written to the correct date it was submitted to the HNR box, the RNs are ensure they are documenting the information given to them by the patient(s) on why they held onto the HNR prior to turning it into medical.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Patients' dates on the HNRs are not within 24 hours of the time received by medical and seen.

**Corrective Action Plan:**
On 6/17/20 and again on 7/14/20 education was sent to all RNs, with the full expectation of this measure.  Education included that there is a need to be observant of the date the patient has put on the HNR itself.  If there is an error in the date the patient has put on the HNR we are to ask them if they can put the correct date they submitted the HNR. Education also included the importance of nurse lines being completed daily in full, and if there are any concerns or barriers throughout their shift they need to ensure they elevate these concerns to site administration to assist.   Also included was if the patient is unwilling to change the date written to the correct date it was submitted to the HNR box, ensure you are documenting the information given by the patient on why they held onto the HNR prior to turning it into medical.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
RNs are not seeing inmates within 24 hours of the date the HNR was received or within 48 hours from the date inmate indicates on the HNR.

**Corrective Action Plan:**
On 2/11/2021, ADON meeting education and expectation was given on the importance of nurse line being completed daily.  On days the ADONs are working, the expectation is they are to be assisting with any backlogs or needs for nurse line on their units.  If there are any issues, backlogs, cancelled lines, or concerns it is to be elevated to site leadership immediately.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
RNs are not seeing inmates within 24 hours of the date the HNR is received  or within 48 hours from the date the inmate puts  on the HNR.

# PM 37

*Is the inmate being seen on sick call by an RN within 24 hours after the HNR is received (or immediately if identified with an emergent need, or the same day if identified as having an urgent need)?*

**Corrective Action Plan:**

On 2/11/2021 the DON held an ADON meeting providing education and expectations on the importance of nurse line being completed daily. On days the ADONs are working, the expectation is that they are to be assisting with any backlogs or needs for nurse line on their units. Follow-up email sent on 3/18/2021 to all ADONs to ensure the expectation is clear. Expectation includes the following: If there is a nurse doing nurse line but there are a large number of HNRs they are to be assisting; if there is no RN available for nurse line they are to be working the nurse line; if there are any issues, backlogs, canceled lines, or concerns it is to be elevated to site leadership immediately.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**

RNs are not seeing inmates within 24 hours of the date the HNR is received or within 48 hours from the date the inmate puts on the HNR.

**Corrective Action Plan:**

Continue with the current CAP as it was not fully implemented until March and is not reflected in the February 2021 audit.

On 2/11/2021 the DON held an ADON meeting providing education and expectations on the importance of nurse line being completed daily. On days the ADONs are working, the expectation is that they are to be assisting with any backlogs or needs for nurse line on their units. Follow-up email sent on 3/18/2021 to all ADONs to ensure the expectation is clear. Expectation included the following: If there is a nurse doing nurse line but there are a large number of HNRs, they are to be assisting. If there is no RN available for nurse line, they are to be working the nurse line. If there are any issues, backlogs, canceled lines, or concerns they are to be elevated to site leadership immediately.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Supplemental Information as of October 6, 2017:**
Replaced one (1) MD as of September 15, 2017.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
Corizon and ADC are rolling out a more robust onboarding training program for nursing staff. This plan was implemented in March and included all new nurses attending a three-day intensive training program to address CGARs, eOMIS, and other procedures and programs related to performance measure compliance. This onboarding includes the requirements for this performance measure with a focus on understanding the required timelines.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
The Provider assigned to complex medical went on medical leave in mid-April. Additionally, a Provider assigned to one of the housing yards was out. As a result, there was less availability for Provider referrals. Also, the ADON was scheduling the referral appointments outside of the 14-day window.

**Corrective Action Plan:**
The ADON at issue has been transferred to a different role. Another ADON is in the process of being put in place. Additionally, the Provider that was out has returned, and the Provider that was on medical leave is scheduled to return on June 12, 2018.

**PM 39**   *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
There was a disconnect between the schedulers and the Providers where the Providers were not getting notes from the scheduling department.

**Corrective Action Plan:**
The ADONs conducted training for CNAs on the scheduling process, which has now been completed. Additionally, the ADONs are identifying other staff members who will step in and schedule referrals when a CNA is out on PTO.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
Staff were failing to ensure that patients were being scheduled within the required timeframe.

**Corrective Action Plan:**
Corizon will continue with the previous plan presented in the July 31, 2018 update to continue educating CNAs. Also, a Healthcare Delivery Facilitator was added on July 27, 2018 and will provide daily monitoring to ensure proper scheduling.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
Staff were scheduling patients outside of the referral timeframe. These issues caused the non-compliance for this measure.

**Corrective Action Plan:**
Corizon will continue with the plan presented in the July 31, 2018 update, as performance under this measure has considerably improved. Also, a Healthcare Delivery Facilitator was hired on July 27, 2018, and began monitoring this measure daily.

**Update as of November 21, 2018:**

**Basis for Non-Compliance:**
Eyman lost its Healthcare Delivery Facilitator (HDF), who was an integral component of the prior corrective action plan.

**PM 39**   *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Corrective Action Plan:**
A new HDF has been hired.  She will begin her employment on November 26, 2018, and, following two weeks of training, will be prepared to assist with monitoring and overseeing compliance with this measure.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Some nurses and CNAs are scheduling referrals, but are doing so outside of the required timeframe.

**Corrective Action Plan:**
An HDF was hired on November 26, 2018.  Beginning on December 17, 2018, the HDF began reviewing the nurse line log daily and sending all pending referrals to the unit to ensure scheduling within the 14-day period.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The basis for noncompliance remains the same.

**Corrective Action Plan:**
Because the prior corrective action plan did not go into effect until late November and mid-December, it did not impact the November results.  Corizon will continue with the prior plan.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
The prior CAP for this performance measure included a new process for tracking compliance with the performance measure that did not begin until December 17, 2018.  As such, the December numbers do not fully reflect the impact of the corrective actions.

Scheduling is not being completed consistently and there is a shortage of CNAs.

**Corrective Action Plan**:
Corizon continues to recruit for open positions. Corizon's business analyst will provide additional training the third week of February to all CNAs on the importance of consistently scheduling patients.

**PM 39**

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The prior CAP for this performance measure included a new process for tracking compliance with the performance measure that did not begin until December 17, 2018. As such, the January numbers do not fully reflect the impact of the corrective actions.

Scheduling is not being completed consistently, and there is a shortage of CNAs.

**Corrective Action Plan:**
The site will continue the current CAP as it was not implemented until the third week of February and has no impact on the January scores. The business analyst provided training the third week of February to all CNAs on the importance of consistently scheduling patients. The training included how to schedule the appointments, track for completion, and the expectations of this measure to achieve compliance.

**Update as of April 21, 2019:**

**Basis for noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
Continue the current CAP as it was not implemented until the third week of February. The business analyst provided training the third week of February to all CNAs on the importance of consistently scheduling patients. The training included how to schedule the appointments, track for completion, and the expectations of this measure to achieve compliance.

**Update as of May 21, 2019:**

**Basis for noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
Continue the current CAP, as the score has increased by 44%. The business analyst provided training the third week of February to all CNAs on the importance of consistently scheduling patients. The training included how to schedule the appointments, track for completion, and the expectations of this measure to achieve compliance.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
As of May 15, 2019, the HDF is sending a report three times weekly to the CNAs of patients that need to be seen by the provider and within what timeframe. Patients' appointments are not to be rescheduled unless the HDF is contacted to verify it will not cause noncompliance.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
Continue with the current plan as it was not implemented until after the 15th of May and is not reflective in the May scores. As of May 15, 2019, the HDF sends a report three times weekly to the CNAs of patients that need to be seen by the provider and within what timeframe. Patients' appointments are not to be rescheduled unless the HDF is contacted to verify it will not cause noncompliance.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
There are multiple causes for the performance measure not being met. CNAs continue to not schedule the inmates within the timeframes. There are instances in which the nurse is scheduling the inmate past the 14-day window.  The nurse line logs are not being completed, and there is no document readily available to assist with provider scheduling.

**Corrective Action Plan:**
The DON educated the CNAs during the meeting held on June 16, 2019. Further, the DON held meetings with nursing staff on August 8, 2019 regarding the nurse line logs and the provider line scheduling. The HDF will continue to request encounter reports as a backup tracking resource.

**PM 39**  *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
CNAs continue to not schedule the inmates within the timeframes. The nurse line logs are not being completed and there is no document readily available to assist with provider scheduling.

**Corrective Action Plan:**
The HDF will continue to request encounter reports as a backup tracking resource and sends to the CNAs with the due dates. The HDF conducts follow up notifications on inmates that are approaching the due date and have not been seen.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Large volume of referrals have seen delays for appointments.

**Corrective Action Plan:**
Additional provider coverage via onsite and telemed is being utilized to catch up delayed appointments.  Unit CNA will utilize the Provider referral log to ensure all timeframes and encounters are completed.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
There are multiple causes for the performance measure not being met. CNAs continue to not schedule the inmates within the timeframes. There are instances in which the nurse is scheduling the inmate past the 14-day window.  The nurse line logs are not being completed, and there is no document readily available to assist with provider scheduling.

**Corrective Action Plan:**
The DON will provide training to the CNAs regarding provider referral tracking.  Eyman is utilizing telemed providers to assist in meeting the required timeframes. The SMD will also provide education to the providers during the provider meeting scheduled for 12/19/19.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
The providers are not seeing inmates within 14 days.  CNAs are not scheduling the inmates within timeframes.

**PM 39**

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Corrective Action Plan:**

Extra nurse lines being held to reduce the backlog has resulted in an increase in provider referrals. Eyman has begun utilizing providers over the weekend to assist with backlog reduction. Eyman has also implemented protocols for nursing that will reduce the number of provider referrals, as the nurses will be able to address the medical issue using the protocols in place. Provider meeting held on January 2nd also addressed provider productivity.

**Update as of February 18, 2020:**

**Basis for Noncompliance:**

The increases in nurse lines have caused an increase in provider referrals. Eyman has all new MAs/CNAs responsible for scheduling provider appointments.  This has caused issues with scheduling, as they are learning the process.

**Corrective Action Plan:**

Eyman is utilizing other unit providers on the weekend and has increased provider telehealth services.  In addition, nursing protocols have been implemented allowing nursing to treat specific health issues instead of referring to the provider. Florence schedulers and CNAs are currently training Eyman MAs/CNAs on the best scheduling practice.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**

Provider referrals were made from HNRs and not through nurse sick call. This caused referrals to not populate on the tracking reports. Inmates scheduled to see the provider were not seen and rescheduled outside of timeframes.

**Corrective Action Plan:**

DON has directed nursing staff to see all inmates on the nurse line prior to making the provider referrals.  The SMD has directed providers to notify him prior to removing inmates from the provider line.  If due to security issues or an ICS, an IR is to be generated and sent to site leadership, as well as a note in the patient EHR.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
1. Inmates were seen late, and some have no provider encounter addressing the referral.

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Corrective Action Plan:**

1. A training will be held with all CNAs and MAs on March 26th regarding proper scheduling procedures. The Florence FHA will lead the meeting covering the specific requirements of the measure. CNAs that have proven success with scheduling/rescheduling patient provider appointments within timeframes, consolidating appointments, and closing them when appropriate will provide demonstrations.

2. A staff member has been assigned to follow up daily on the outstanding provider referrals.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Basis for issues with non-compliance:**
Difficulty in hiring a sufficient number of providers.

**Corrective Action Plan:**
Two new providers (a nurse practitioner and a medical doctor) have been hired.  One provider started on September 5, 2017 and the second is scheduled to start on October 2, 2017.  The additional staffing is anticipated to aid in reaching full compliance.   The two new providers will bring the total number of providers to 5, which is an increase of 2 providers compared to the July timeframe.

**Supplemental Information as of October 6, 2017:**
Hired two (2) Nurse Practitioners on October 2, 2017. Additionally, hired one (1) MD on October 5, 2017 to replace provider that transferred to Eyman.  Now, there are a total of five (5) providers at this facility.

**Supplemental Information as of December 15, 2017:**

**Basis for Non-compliance:**
There was an issue experienced with the manner in which routine Provider referrals requiring an appointment were being scheduled by one staff person at this facility.  This staff member was miscalculating the 14-day timeclock starting on the day after the referral was made, rather than on the same day it was made, leading to referrals being addressed one day late.

**Corrective Action Plan:**
The issues mentioned above that led to non-compliance with this performance measure have been addressed and corrected.   Additionally, there is no longer a backlog

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

experienced at this facility due to the additional staff hired in October. Moreover, the staff member that had been miscalculating the timeclock in which routine Provider referrals must be seen was educated in mid-November as to how to properly calculate when such referrals must occur.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
Florence complex was short multiple Providers during the month of May which reduced availability for referral appointments.

**Corrective Action Plan:**
Additional Telemed lines were added for the month of June to increase appointment availability. As a result, it is anticipated that this measure will be compliant for the month of June.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
Noncompliance resulted from an insufficient number of Providers due to ongoing vacancies. Corizon has approved 4.2 FTEs, but Florence currently only has 1.7 FTEs for advanced practitioners. If all positions were filled, there would be sufficient providers. Recruiting is ongoing, but has been challenging.

**Corrective Action Plan:**
Routine referrals are being reviewed by Providers and addressed that do not require an appointment. Telehealth Providers are reviewing labs and x-rays to allow onsite Providers to see routine referrals. As of August 1, 2018, the Healthcare Delivery Facilitator started providing daily monitoring.

Additionally, as of September 21, 2018, three new Nurse Practictioners have been vetted and Corizon is preparing to make final offers of employment. Two of those are already in the background check stage and the other one will be entering that process soon. Within a matter of weeks, Corizon will be establishing the start date of these three NPs.

**Update as of October 24, 2018:**

**Basis of Non-Compliance:**
The prior plan is not reflected in the August numbers because the newly hired providers had not yet started.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Corrective Action Plan:**

Corizon will continue to utilize the existing corrective action plan because the effect of the new hires has not yet been realized in the performance measure numbers.  The new Site Medical Director started on August 13, 2018.  One new Nurse Practicioner started on October 8, 2018.  This person is currently a temporary employee, only working for 90 days, but that person may become full-time thereafter.  Additionally, another new Nurse Practicioner started working full-time on October 15, 2018.  Finally, another nurse practicioner may start at the end of October.

**Update as of November 21, 2018:**

**Basis for non-compliance:**

The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and was therefore not realized in September's data.

**Corrective Action Plan:**

As noted above, the corrective action plan for this performance measure put in place on October 24, 2018 indicated that two NPs began working in the first two weeks of October and a third would likely start at the end of October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan in place.  Further, on November 6, 2018, additional training was given to Providers concerning the steps needed to reach compliance with this performance measure.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**

The corrective action plan put in place relating to the October 24, 2018 update was not completed until late October and was therefore not realized in October's data.

**Corrective Action Plan:**

The corrective action plan for this performance measure outlined in the October 24, 2018 and November 21, 2018 update was not put in place until October and November 2018. As such, the October numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan in place.

Corizon anticipates significant improvement in November's numbers as a result of the existing plan.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Basis for issues with non-compliance:**
Lewis has a vacant provider position since January 2017, and had another provider out of the country for three weeks (from August 28, 2017 to September 17, 2017) leading to delays in referrals and provider scheduling.

**Corrective Action Plan:**
To remedy issues with meeting compliance levels, Corizon has hired a Site Medical Director who will start work on November 1, 2017, after DOC training is completed.  He will work one day per week until his current employment contract expires in January 2018.  In January 2018, he will start full-time.

In the interim, effective August 8, 2017, Corizon hired a locum tenen (a provider who is under a temporary contract to provide services within different geographies) to serve as a provider.  The facility also has use of the Regional Medical Director to provide additional care.  The Regional Medical Director is on site five (5) days per week.  As of September 8, 2017, the Lewis facility is also scheduling all provider referrals within seven, rather than 14 days, to ensure that the 14-day window is met.

**Supplemental Information as of October 6, 2017:**
There was a vacancy for the Medical Director position. Additionally, from August 28, 2017 through September 17, 2017, an MD was out on PTO.

Corizon has hired a new part-time Medical Director who will be on site on Wednesdays until he completes his contract with his prior employer, upon which he will be on-site full-time.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

Please note that the Regional Medical Director is on site 2-3 days per week (not 5 days as previously indicated).

**Update as of December 15, 2017:**

The Lewis facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of May 8, 2018:**

**Corrective Action Plan:**

Corizon and ADC are rolling out a more robust onboarding training program for nursing staff. This plan was implemented in March and included all new nurses attending a three-day intensive training program to address CGARs, eOMIS, and other procedures and programs related to performance measure compliance. This onboarding includes the requirements for this performance measure with a focus on understanding the required timelines.

**Update as of June 11, 2018:**

**Corrective action plan:**

Corizon and ADC will continue to utilize the same corrective action plan as set forth in the May 8, 2018 update.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**

Inmates moving from unit to unit do not have their appointment updated in eOMIS to the new location. Staff were unaware that they could run an internal movement report, similar to external movements for internal movements, and track medications, appointments, and other pertinent information.

**Corrective Action Plan:**

On August 13, 2018, nursing leadership were informed of the report capabilities relating to when patients are moved internally and how they can track appointments and other information from that report. The information was shared at the August 21 and 23, 2018 staff meetings.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**

The Lewis facility has more internal movements than any other facility.  As noted in the August 29, 2018 update, an issue was identified where inmates who moved units did not have their appointments updated in eOMIS to the new unit. Staff were unaware that they could run reports for internal movements, as well as external movements, to identify medications, appointments, and other inmate information.

In addition, there was less Provider availability because Providers were covering multiple yards until additional Providers were hired and onboarded.

**Corrective Action Plan:**

On August 13, 2018, nursing staff were informed of their capability to run internal movement reports. This information was also shared at the August 21 and 23, 2018 all-staff meetings. Beginning September 21, 2018, security personnel have committed to update the movement list within an hour of an inmate move so that medical personnel can track inmate movement more closely.

In addition, recruitment efforts continue for Provider vacancies. An additional Provider is starting at the facility the week of September 24, 2018. The Lewis facility only has one Provider vacancy now.

**Update as of November 21, 2018:**

**Basis of Non-Compliance:**

Nursing has been scheduling routine provider referrals in a manual log.  The areas in which non-compliance has resulted are (i) if they are not logged immediately, they often do not get logged correctly, and (ii) the referrals are not always communicated to providers for follow up.

**Corrective Action Plan:**

Specific yard nursing staff who are having the aforementioned problems are receiving instruction to make sure entries are appropriately logged and communicated.  One Assistant Director of Nursing (ADON) already received training on October 30, 2018 to impart to other nurses, and the other ADONs will receive the same training during the week of November 19.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place in the November 21, 2018 update was not completed until late October and early November and was therefore not realized in October's data.

**Corrective Action Plan:**
The prior corrective action plan for this performance measure included training that occurred on October 30, 2018 and November 19, 2018. As such, the October numbers do not fully reflect the impact of the corrective actions, and Corizon will continue to utilize the existing plan.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Lewis has had nursing vacancies that have impacted compliance with this measure.

**Corrective Action Plan:**
Lewis hired 12 nurses over the past month. In addition, all nursing staff received additional training on this measure at the January 17th staff meeting.

**Update as of February 21, 2019:**

**Basis for Noncompliance:**
The prior CAP for this performance measure included training that occurred on January 17, 2019 and 12 new hires that started in December and January. The December numbers do not fully reflect the impact of the corrective actions.

The manual logs that are kept on each yard to track and ensure patients are being seen within the timeframe are not being maintained.

**Corrective Action Plan:**
The December numbers are on a significant upward trajectory and are nearing compliance. Site leadership has provided training for new hires and existing staff on how the logs are to be maintained.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The prior CAP for this performance measure included training that occurred on January 17, 2019 and 12 new hires that started in December 2018 and January 2019. The January numbers do not fully reflect the impact of the corrective actions.

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

The manual logs that are kept on each yard to track and ensure patients are being seen within the timeframe are not being maintained.

**Corrective Action Plan:**
The site will continue the current CAP for this performance measure as it was not implemented until later January 2019. The CAP included training that occurred on January 17, 2019 and 12 new hires that started in December and January. The January numbers do not fully reflect the impact of the corrective actions. Site leadership has provided training for new hires and existing staff on how the logs are to be maintained.

**Update as of April 21, 2019:**

**Basis for noncompliance:**
The source document for ASPC-Lewis was incomplete for this monitored month, and any results shown were calculated based upon a partial sampling of the required documents. Because the validity of the score could not be determined, the resulting score for this performance measure has been adjusted to 0%. The issue with the source document was not identified until the last week in March at which time it was too late to resubmit and ask for the measure to be audited again. The source document supplied contained 1,774 HNRs for audit review. An additional 1,256 HNRs should have been included on the source document. The score of the partial audit that was completed was 74%

**Corrective Action Plan:**
The Corizon compliance team has been completing a thorough review of the Lewis HNR logs and has vetted the source document prior to submitting.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
As of May 15, 2019, the HDF is sending a report three times weekly to the CNAs of patients that need to be seen by the provider and within what timeframe. Patients' appointments are not to be rescheduled unless the HDF is contacted to verify it will not cause noncompliance.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Corrective Action Plan:**
Continue with the current plan as it was not implemented until after the 15th of May and is not reflective in the May scores. As of May 15, 2019, the HDF sends a report three times weekly to the CNAs of patients that need to be seen by the provider and within what timeframe. Patients' appointments are not to be rescheduled unless the HDF is contacted to verify it will not cause noncompliance.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Provider orders are not being signed off on a consistent basis.

**Corrective Action Plan:**
Provider orders will be signed off daily and no later than 72 hours after the weekend. Daily reports being run by the SMD assistant to ensure compliance daily and follow up by the SMD if orders are not signed off in the timeframe. Weekly reports to the FHA and AFHA of compliance.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Supplemental Information as of December 15, 2017:**

The Perryville facility is currently in the rebuttal process for the month of October. Corizon will update this performance measure accordingly once the October numbers are finalized.

**Update as of January 8, 2018:**
The Perryville facility is currently in compliance with this performance measure.

**PM 39**   *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



Above compliance threshold without interruption since January 2017.

# PM 39

*Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*



**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
In mid-April, this facility lost a Provider, resulting in only two Providers for the complex and leading to a backlog.

**Corrective Action Plan:**
A new Provider began training on May 15, 2018.

Additionally, in mid-May, the DON provided additional education to nursing staff encouraging them to fully utilize their Emergency Response Orders (EROs) and to assess whether a referral to a Provider was in fact necessary or if the issue could be addressed by nursing staff without the need for a referral.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
On May 6, this facility's SMD went on leave and was later terminated, resulting in there being only one Provider to handle appointments.

**Corrective Action Plan:**
Another Provider was hired at the end of May, and the facility is actively recruiting for a new SMD. This facility anticipates improved compliance in June.

**PM 39**  *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

**Update as of August 29, 2018:**

**Corrective Action Plan:**
Corizon will continue to utilize the Corrective Action Plan outlined in the July 31, 2018 update, as it has resulted in significantly improved performance. Additionally, the schedules of the Providers on site have been adjusted to provide more coverage. The utilization of telehealth appointments has also been increased. Nurses were provided additional education at the August 7 and 8, 2018 staff meetings relating to utilizing nursing interventions as often as medically appropriate instead of unnecessary Provider referrals.

**Update as of September 25, 2018:**

**Basis of Noncompliance:**
Provider staffing contributed to the noncompliance of this performance measure.  There is one MD position vacant and two NP positions vacant.

**Corrective Action Plan:**
Corizon will continue its recruitment efforts to fill its vacant positions.  Additionally, the schedules of the remaining Providers have been adjusted to provide more coverage.  The utilization of telehealth appointments has been increased.  Additionally, a new Site Medical Director recently took over the SMD position, which has been vacant.

Further, the nurse education provided in August, as explained in the previous update, would not have impacted the July scores.  Moreover, beginning in September, this measure has been added as part of the daily warden tracker log.  The measure is checked daily, and an email is sent to Providers to let them know if a patient needs to be seen that day to maintain compliance.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Nurse training on this measure occurred August 7-8, 2018, and this performance measure was added to the daily warden tracker log beginning in September. Accordingly, the prior corrective action plan was not fully implemented in August, and the August numbers do not accurately reflect the impact of the full corrective action plan.

**Corrective Action Plan:**
Corizon will continue with the prior corrective action plan.  In addition, as of September 12, 2018, the Assistant Facility Health Administrator (AFHA) began emailing the provider and certified nursing assistants (CNAs) a schedule of patients to be seen during the week to comply with this performance measure, and a reminder is also sent each

**PM 39** *Are routine provider referrals being addressed by a medical provider and referrals requiring a scheduled provider appointment being seen within fourteen (14) calendar days of the referral?*

morning with similar information. Furthermore, the Health Delivery Facilitator started on October 1, 2018 and will help with oversight of this measure.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
The Yuma site has been experiencing a provider shortage due to its location. Recruiting providers for a remote location increases the length of time to fill positions.

**Corrective Action Plan**:
To cover the vacant provider positions, Corizon has three PRN/part-time providers on site and utilizes one full-time and one part-time telemedicine provider. Other Corizon providers have been assigned to the Yuma facility to assist with routine provider referrals.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Routine referrals not needing to be seen by a provider, but requiring action and review by the provider, were not completed within timeframes.

**Corrective Action Plan:**
On 7/23/2020 education during ADON meeting to include proper referral and reviews to the providers. Education to ADONs to educate line staff on the importance of ensuring all reviews, encounters, and chart notes needing review by a provider must be sent to the provider to drive action. Will continue to closely monitor for compliance and individual education.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Nursing did not send the encounter to the provider for review. When a nurse discusses a patient with the provider, the provider will review and sign off on the encounter.

**Corrective Action Plan:**
On 7/23/2020 education was provided during the ADON meeting to include proper referral and reviews to the providers and education to ADONs to educate line staff of the importance of ensuring all reviews, encounters, and chart notes needing review by a provider must be sent to a provider to drive action. On 8/31/2020 education was sent via email to all nursing staff and providers. Education included that when a provider is contacted for any reason with or without orders, being given the encounter must be sent to the provider to review. Will continue to monitor closely for compliance and individual education.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



**Update as of January 8, 2018:**

**Corrective Action Plan:**
On January 2 and January 4, 2018, educators from the regional Corizon office, along with the ADON and senior ADON, provided training to ensure that the referral is not only made within 24 hours, but the Medical Provider actually sees the patient within that time period. The ADON is following up with the nursing team weekly about this performance measure.

**Update as of February 14, 2018:**
Complex-wide, there were 16 inmate files reviewed. Of those, there were four fails and three others missed by less than two hours.

**Corrective Action Plan:**
The providers will need to document the immediately seen inmate who is brought in by the nurse. The Administrative Assistant is now looking at the nurse's line log each day to assure the inmates are put onto the provider line. This is done at the time the line is run. The inmates will now be scheduled first thing in the morning to be seen within timeframes. Plan went into effect the first week of January 2018.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
This performance measure is often missed by a matter of minutes.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

**Corrective Action Plan:**

Beginning the week of April 9, 2018, one DON will be tasked with going through the logs and sending out an email to providers to identify the time by which a referral must be seen, down to the minute, and will follow up with a phone call to the provider to ensure the provider has the relevant deadline.

**Update as of May 8, 2018:**

**Basis for Non-Compliance:**

Many of the referrals that were scheduled outside of the required timeframe were scheduled only 30 minutes to one hour outside of compliance. New personnel completing the scheduling related to this performance measure did not understand the precision in timing necessary for these performance measures.

**Corrective Action Plan:**

See updated Corrective Action Plan dated April 9, 2018. This plan will continue to be utilized because the effects of the plan are not reflected in the March data, as it was not yet in place.

Additionally, Corizon and ADC are rolling out a more robust onboarding training program for nursing staff. This plan was implemented in March and included all new nurses attending a three-day intensive training program to address CGARs, eOMIS, and other procedures and programs related to performance measure compliance. This onboarding includes the requirements for this performance measure with a focus on understanding the required timelines.

**Update as of June 1, 2018:**

**Update on basis for non-compliance and performance drop off:**

The sample size for this performance measure is very small, leading to large percentage fluctuations if a limited number of patients are not seen within the 24-hour timeframe. Additionally, several patients were deemed non-compliant because they were seen mere minutes outside the 24-hour timeframe. Best practices would have these patients scheduled as the first patient(s) on the line the next day to ensure timely performance, but that did not occur.

Also, two staff members responsible for tracking this performance measure were not on site to ensure ongoing compliance; one staff member was out on FMLA leave and the other was no longer employed by Corizon. These absences led, in part, to the drop in compliance. One of the Providers has also been on FMLA, leading to a 20% drop in provider coverage.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

In order to remedy these issues, while the corrective action plan is given time to take effect, Corizon has hired a facilitator that will begin pulling the report concerning this measure daily from Pentaho and interfacing with site leadership to ensure timely action.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
The sample size for this performance measure is very small, leading to large percentage fluctuations if a limited number of patients are not seen within the 24-hour timeframe. Additionally, several patients were deemed non-compliant because they were seen mere minutes outside the 24-hour timeframe.  All patients were seen by a Provider.  In some situations, the Providers saw inmates with urgent referrals within the 24 hours, but did not document that encounter. In addition, nurses were writing urgent referrals for conditions that Providers did not deem urgent.

**Corrective Action Plan:**
Approval by a nursing supervisor will be required prior to writing an urgent referral in order to ensure the condition is truly urgent. A Healthcare Delivery Facilitator for the Eyman facility was hired and began at the facility on June 11, 2018. This person will be tracking this measure daily.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
Additional training was provided in late April to nurses for the purpose of educating them about differentiating between "urgent" and "routine" referrals. In June, when auditing the May results, it was discovered that nurses were selecting the appropriate level of acuity, however, there were issues with the clinical documentation. The incorrect box was being selected in eOMIS.

**Corrective Action Plan:**
The new DON and AFHA have been providing training on an ongoing basis to new and tenured nurses since the beginning of July to ensure compliance with this measure, including documentation and accurate acuity assignment. Further, the Healthcare Delivery Facilitator began at the facility on June 11, 2018, and is also tracking this measure daily.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
Issues relating to checking the appropriate box in eOMIS were not discovered until June, when the additional measures outlined in the July 31, 2018 update were implemented.  As such, the June numbers do not reflect the corrective action plan recently implemented.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

**Corrective Action Plan:**
Corizon will continue to utilize the Corrective Action Plan outlined in the July 31, 2018 update. Also, the new Healthcare Delivery Facilitator began monitoring this measure daily on July 27, 2018.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
The sample size for this performance measure included only two charts. Although both patients were seen the next day by a Provider, they were not specifically documented as having been seen within the 24-hour timeframe.

**Corrective Action Plan:**
The AFHA has been providing training on an ongoing basis to new and tenured nurses since the beginning of July to ensure compliance with this measure, including documentation and accurate acuity assignment. Further, the Healthcare Delivery Facilitator began at the facility on July 23, 2018, and is also tracking this measure daily. Additionally, the SMD raised the issue of compliance with this measure in the July and August monthly Provider meetings.

**Update as of November 21, 2018:**

**Basis for Non-Compliance:**
Eyman lost its Healthcare Delivery Facilitator (HDF), who was an integral component of the prior corrective action plan.

**Corrective Action Plan:**
A new HDF has been hired. She will begin her employment on November 26, 2018, and, following two weeks of training, will be prepared to assist with monitoring and overseeing compliance with this measure. In the interim, the Assistant Facility Health Administrator (AFHA) will assist in tracking and overseeing compliance with this measure, which began on October 15, 2018.

In addition, it was learned that some nurses were sometimes categorizing "urgent interventions" as "urgent referrals," the former being something the nurse could do herself without referral to a Provider. Nurses have been instructed regarding this distinction.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Some nurses are scheduling referrals but are doing so outside of the required timeframe.

**Corrective Action Plan:**
Beginning in October and continuing into November, the AFHA began providing ongoing training to all nursing staff on the steps needed to reach compliance with this performance measure.  Additionally, the HDF hired on November 26, 2018 began full-time starting on December 17, 2018.  At that time, the HDF began tracking the referrals to aid in compliance.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
An unusually small sample size contributed to the noncompliance finding for November. In addition, Eyman confirmed that, for at least some of the findings, inmates were seen but documentation was not properly entered.

**Corrective Action Plan:**
The newly hired Healthcare Delivery Facilitator (HDF) is now tracking this measure for compliance.  Additional training on this measure was given at the December 27, 2018 staff meeting and will be followed up with more training at the January 31 meeting.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Upon review of the encounters, nursing staff is not consistent with documenting the referral as urgent on the logs and/or nursing staff was scheduling the follow-up appointment in eOMIS beyond the 24-hour timeframe.  Due to the logs not being completed daily, the CNA cannot use the logs as a source for scheduling.

**Corrective Action Plan:**
Education was provided on March 14 and 15 to staff regarding the 24-hour scheduling timeframe for Urgent referrals.  This education included proper Nurse Line log completions and eOMIS appointment scheduling.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
This audit contained only four charts and one was found noncompliant. The nurse scheduled the patient for the next day within the 24-hour timeframe, however, the next day was a Saturday and no provider was scheduled to see the patient.

**Corrective Action Plan:**
The nurse was identified and educated that when making an urgent referral to ensure that a provider is scheduled for that timeframe. The nurse was educated to contact the on-call provider in these instances when a provider is not available within 24 hours, and the patient can be sent to the ER.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
This audit contained only four charts and two were found noncompliant. The patients were scheduled by the nurse outside the 24hr period.

**Corrective Action Plan:**
All nursing staff and CNAS were educated the last week in June at the all staff meeting. The nurses were instructed that the CNAS are to complete the scheduling within eOMIS. A review of urgent referrals and the 24hr period was also completed with the nursing staff and CNAS. The DON provided the review and training.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
Nursing staff are making urgent referrals when the referral should be made as a routine referral.

**Corrective Action Plan:**
On August 8, 2019, the DON held training with RNs regarding appropriate referral selections.  Further, the requirement to communicate the referrals with the CNAs for scheduling purposes was addressed on August 8, 2019.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
Nursing staff are making urgent referrals when the referral should be made as a routine referral and not appropriately communicating the referral with the CNA for scheduling.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

Further, the nurse line logs are not completed and there is no document available to track the referrals

**Corrective Action Plan:**
The requirement for nurses to communicate the appointments with the CNA is still in place.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
Nursing staff are making urgent referrals when the referral should be made as a routine referral and not appropriately communicating the referral with the CNA for scheduling. Further, the nurse line logs are not completed and there is no document available to track the referrals

**Corrective Action Plan:**
Continue with the current CAP the score has improved by 16%. The requirement for nurses to communicate the appointments with the CNA is still in place.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Nursing making the urgent referrals to providers are not scheduling the patient on the provider line within the 24-hour period.

**Corrective Action Plan:**
Nursing staff was educated on 10/05/2019 via email to send an email to the provider's assistant to get the patient scheduled on the line within 24 hours.  The RN making the referral will also phone the on-call supervisor for notification and completion of correct care.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
Nursing staff are scheduling nursing interventions as an urgent referral.

**Corrective Action Plan:**
The DON will provide education to nursing staff regarding proper referrals.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

## Updated as of January 17, 2020:

**Basis for Non-Compliance:**
Nursing staff were conducting urgent interventions and improperly documenting them as an urgent referral. No notification was made to staff regarding the need to see the patient within 24 hours.

**Corrective Action Plan:**
Education will be provided to nursing staff and ADONs regarding proper referrals. Training should be completed by January 31.

## Update as of February 18, 2020:

**Basis for Non-Compliance:**
Nursing staff are not documenting appropriately, confusing "urgent referral" with "urgent intervention".

**Corrective Action Plan:**
RDONs and Regional Educators have reeducated staff on definition of urgent vs. emergent vs. routine.  ADONs also trained staff to look at charts for referrals from previous day for their assigned yard. The training and implementation occurred the third week in January 2020. The ADONs and DON will provide guidance to nursing staff to eliminate the inappropriate provider referrals.

## Updated as of March 16, 2020:

**Basis for Non-Compliance:**
The nurse line was referring patients to Provider when there was an urgent intervention already provided.

**Corrective Action Plan:**
The nurse line nurse will be educated on the difference between urgent intervention and urgent referral. If the Provider was called to get orders, then it is considered an urgent intervention and inmate can follow up with Provider within 14 days unless specified by the Provider.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Providers are seeing the inmates on the due date, but documentation occurs outside the 24-hour timeframe. Some encounters had provider intervention; however, there were no notes from the provider.

**Corrective Action Plan:**
Education sent out to CNA and providers via email from the AFHA regarding the 24-hour timeframe.  A staff member has been selected to pull the encounter reports daily to include the weekends and monitor for urgent referrals.


*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*During the March audit, it was found that nursing was referring patients who were seen during clinic hours urgently to the onsite provider with no communication. There was no notification to unit staff or provider regarding the referrals, causing the encounters to be identified the following day, exceeding the 24 hours.*

*Corrective Action Plan:*

*Eyman DON and site educator have instituted a secondary screening/notification for urgent referrals.  If a nurse deems a referral urgent, they are to notify verbally the onsite provider immediately.   If there is not an onsite provider, the ADON on call is contacted via phone to review the case and referral.*

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



Above compliance threshold without interruption since September 2019 with the exception of May 2020.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
1.  RN listed in the plan as "Patient to be seen by provider tomorrow".  RN did not select the "Urgent Referral" nor was the inmate scheduled to see the provider, and a provider review was only completed.  RN received coaching.

2. RN selected, "No Referral to Provider Necessary" but indicated in the documentation that the patient would be seen by the provider tomorrow.  The provider completed a review of the chart, but did not see the patient.

**Corrective Action Plan:**
 On June 25, an update to eOMIS regarding Referral to Medical Provider went live. Within all Nursing Encounter Tools (NETs) - Plan / Intervention section of the SOAPE note the Referral to Medical Provider is now a mandated dropdown box selection. Training also attached as to when/why to select each referral.

# PM 40
*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*



**Update as of November 21, 2018:**

**Basis for Noncompliance:**

Lack of compliance was a result of a small sample size, coupled with a small number of nurses who were not timely notifying Providers about urgent referrals.

**Corrective Action Plan:**

Nurses were provided with additional education about the steps that need to be taken concerning urgent referrals during the fourth week of October.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Five charts were audited for this measure and one chart was found to be noncompliant. The RN marked the nurse line referral log mistakenly as an urgent referral for this patient. The nurse line log is the source document for this measure and is based off of what the nurse marks. The nurse called the provider and was instructed to put the patient on the provider line in three days which would be a routine referral not an urgent referral.

**Corrective Action Plan:**
The nurse was identified and provided education and counseling on selecting the appropriate referral for the medical situation.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
New nurses were brought into the system not understanding the correct usage of this system for notifying and having the patient seen in timeframe.

**Corrective Action Plan:**
New nurses are being educated their first week on proper identification of necessary timeframes. Documentation, in addition to the training, given to all staff. The HDF is pulling a report daily to ensure this education is correctly disseminated and nurses are scheduling as appropriate for needs.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
New nurses were brought into the system not understanding the correct usage of this system for notifying and having the patient seen in timeframe. The failure was one missed referral over the weekend, as a new nurse believed the patient would be seen the next day.

**Corrective Action Plan:**
This has been addressed by having the HDF pull this daily to include weekends and send to leadership. There is a Provider on call for seeing patients that have been referred.

**Update as April 17, 2020:**

**Basis for Non-Compliance:**
Nurses were writing timeframes on encounters conveying a sense of urgency for the patient to be seen but checking the routine referral box in the encounter. Regardless of the patient's medical problem, the records were found noncompliant due to the nurses scheduling the patient on the provider line the following day.

**Corrective Action Plan:**
One HDF for the State is compiling all urgent referrals and alerting by email all leadership of all sites. This allows for good communication and rapid follow up of any referrals.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Nurses were writing timeframes on encounters conveying a sense of urgency for the patient to be seen but checking the routine referral box in the encounter. Regardless of the patient's medical problem, the records were found noncompliant due to the nurses

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

scheduling the patient on the provider line the following day.  Referrals that stemmed from ICS Responses occasionally missed.

**Corrective Action Plan:**
One HDF for the state is compiling all urgent referrals, even those stemming from ICS Responses and alerting by email all leadership of all sites.  This allows for good communication and rapid follow up of any referrals.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Failures were ICS responses where nurse free typed to be seen on provider line tomorrow, yet checked "routine referral."

**Corrective Action Plan:**
This has been addressed by having HDF pull this daily and send to leadership.  There is a provider on call for seeing patients that have been referred.  Staff education occurred 5/27/2020; ADON education to reiterate with staff occurred 6/29/2020.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Failures were ICS responses where nurse free typed to be seen on provider line tomorrow yet checked "routine referral."

**Corrective Action Plan:**
This has been addressed by having HDF pull this daily and send to leadership.  There is a provider on call for seeing patients that have been referred.  Staff education occurred 5/27/2020; ADON education to reiterate with staff occurred 6/29/2020.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Although nursing marked routine referral, the free type stated to be seen by provider the next day.

**Corrective Action Plan:**
Nursing Town Halls to occur the week of 9/14/2020 to discuss proper documentation on referrals.  DON will send training email to all nursing staff the week of 9/14/2020.

# PM 40

*Are urgent provider referrals being seen by a Medical Provider within 24 hours of the referral?*

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
A provider was not available at the unit within the compliance timeframe.

**Corrective Action Plan:**
SMD was educated on PM 40 compliance on 1/6/2021. In the event a provider is unavailable, the SMD will reposition to the unit to see the patient.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Only two charts were audited for this measure. The first was not truly an urgent provider referral – it was a charting error. The RN running the nurse line was new to running nurse lines, as she had previously only worked in the IPC. The second chart was also a charting error and not an actual urgent provider referral. This RN was new at the time of this encounter. The HDF alerted the ADON, Nurse Educator, and nurse for the need for education.

**Corrective Action Plan:**
New nurses are being educated during their first week of onsite orientation on proper identification of necessary timeframes and how to document provider referrals and follow-ups. The HDF is pulling a report daily to ensure this education is disseminated correctly and nurses are scheduling as appropriate for patient needs.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*The March 2021 audit included one chart for this measure. It was not truly an urgent provider referral – it was a charting error. The RN running the nurse line marked urgent referral erroneously.*

*Corrective Action Plan:*

*New nurses are being educated during their first week of onsite orientation on proper identification of necessary timeframes and how to document provider referrals and follow-ups. The HDF is pulling a report daily to ensure this education is disseminated correctly and nurses are scheduling as appropriate for needs. This is in the previous CAP timeframe for resolution.*

# PM 42 *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for non-compliance (as of October 6, 2017):**
The deficiencies identified for PM 42 are rooted in the absence of a standard procedure for nurses/CNAs to follow when maintaining and managing the Provider and Nurse Encounter Logs ("Logs"), and the follow up encounters that result from the initial patient encounter. For the Logs to be an effective tool in managing sick call encounters, and for follow up scheduling to occur as directed ("Follow Up"), nurses/CNAs must follow a standard procedure that ensures Follow Ups are appropriately scheduled. In conjunction, a policy must be implemented and maintained to prevent any Follow Up from being cancelled or modified, if that action would result in non-compliance.

**Corrective Action Plan (as of October 6, 2017):**
To remediate the recent deficiency for PM 42 at Eyman, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement (or supplement if there is an existing procedure) 1) a procedure for all sites that includes action steps to ensure all Follow Ups resulting from an initial sick call encounter are scheduled and occur within the specific timeframe set out in the order and; 2) a corresponding policy that provides the approval process for the rescheduling, modification and/or cancelling of a Follow Up. For each sick call encounter that results in an order for a Follow Up, the following shall occur: 1) the treating provider (or designee as permitted in the procedure) shall enter the patient's information on the appropriate Log; 2) at the conclusion of the encounter or prior to the end of his/her shift, the provider (or an appropriate scheduling designee as permitted in the procedure) must schedule the Follow Up in eOMIS within the timeframe ordered, or, if no timeframe is specified, within 14 days of the initial encounter unless the provider indicates "No Follow Up necessary" in eOMIS; 3) on a daily basis, an appointed employee shall utilize eOMIS to generate an appointment list for that particular day; 4) on a daily basis, an appointed

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

employee shall review the appointment list and confirm that all Follow Ups are set to occur timely; 5) the modification, rescheduling or cancellation of a Follow Up will not be approved if such action would result in non-compliance with a PM 42 requirement; and 6) an appointed employee shall identify any Follow Up that has been modified, rescheduled or cancelled without approval and immediately elevate that to site leadership so as to allow the subject Follow Up to be rescheduled within the original timeframe ordered.

With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new policy and procedure on or before November 1, 2017 ("Effective Date"). Eyman and Florence will begin implementing this new procedure immediately. Prior to the Effective Date, Corizon will communicate the policy and procedure to all site leadership and site level providers via email, and shortly thereafter, the remedial measure will be presented by site leadership at the appropriate staff meeting so that providers have an opportunity to discuss the same. At all times subsequent to the Effective Date, the policy and procedure will be accessible to all Corizon employees for reference on "MyCorizon" and in hard copy form at all sites upon request. All provider requests for a copy of the policy and/or procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Corizon providers shall be trained by site leadership (or an appropriate training designee) on the new Follow Up policy and procedure. On or after December 15, 2017, Corizon compliance monitors shall review an appropriate sample of entries on the Logs to evaluate and assess compliance with the new policy and procedure. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those providers associated with the deficiency finding(s).

**Supplemental Information as of December 15, 2017:**

**Basis of Noncompliance:**
Providers were seeing an inmate and ordering a follow-up appointment. However, providers were not consistent in timely ensuring that the follow-up appointment was scheduled.

**Corrective Action Plan:**
Whenever a follow-up is ordered from a sick call, the CNA has been tasked with getting the order from the Provider and scheduling the follow-up before the end of the day. Additionally, the Senior ADON and Scheduler are conducting daily checks to ensure scheduling is completed appropriately. This plan has been in place for the last two weeks and additional training is taking place this upcoming Monday.

**PM 42** *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of January 8, 2018:**
The clinic CNA is now responsible for scheduling all follow-up sick call encounters with the Provider as the request is being made.  The Unit ADON has also been assigned to monitor the requests to ensure that they are scheduled and completed in the time frame specified by the Provider.

**Update as of February 14, 2018:**

**Basis for noncompliance:**
Follow-up sick call encounters are not occurring within the time frame specified by the Medical or Mental Health Provider.

**Corrective Action Plan:**
Unit CNA will perform chart review for each encounter of the previous day to ensure any required follow ups are referred and attached to the Provider Line (PL) referral log.  They will schedule appropriately to ensure the follow ups occur within the requested timeframe.  The Administrative Assistant reviews the PL referral log, as well as pentaho report, for any discrepancies and contacts the Unit CNA to ensure follow up is complete.

**Update as of April 9, 2018:**
ADC and Corizon will continue to reemphasize the current plan, as improvement is being seen in this performance measure.  Education and re-education on this performance measure will also continue.  On April 10, 2018, there will be a breakfast meeting between the ADONs and the Providers to further discuss this topic.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
See updated action plan dated April 9, 2018. This plan will continue to be utilized because the effects of the plan are not reflected in the March data, as it was not yet in place.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
A recently discovered software glitch, which was the result of a March 2018 software update, limited review of Provider follow-up orders to Providers only, rather than Providers and nurses. Pending Provider orders that were not assigned to a specific nurse were assigned to practitioner review, which nurses do not have access to. As a result, nurses were unable to view pending Provider orders leading to less staff being able to review orders and causing a subsequent backlog.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Corrective Action Plan:**
The software glitch was recently discovered, and while Corizon works on a software solution to this problem, the nurses have been given access to the Provider only screens. This access should mitigate the effects of the glitch until a permanent solution is found.

The Regional Medical Director (RMD) will conduct additional training for Providers at the June 14, 2018 regional Provider meeting on this issue.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
The software glitch noted in the previous update continued to affect May's compliance score for this measure, as the glitch was only discovered in June.

**Corrective Action Plan:**
Corizon Regional is continuing to work on a software solution to the glitch. In addition, an SMD has been hired for the Florence Facility. The new SMD begins onboarding and training at the beginning of August and will begin working at the Florence Facility by the end of August, thereby providing for additional facility support.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
As noted in the July 31, 2018 update, the software glitch impacting this performance measure was not discovered until June. As such, the remedial measures taken to address this issue are not fully reflected in the June numbers.

**Corrective Action Plan:**
Corizon will continue to utilize the Corrective Action Plan outlined in the July 31, 2018 update.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
Staff were scheduling patients outside of the referred timeframe. Providers were entering specific dates instead of utilizing a timeframe. For example, a Provider would say that a "patient should be seen Monday" instead of the "patient should be seen in five to seven days." These issues caused the non-compliance for this measure.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Corrective Action Plan:**

The Eyman SMD or RMD provided education on entering timeframes instead of specific dates at monthly Provider meetings.  The new SMD at Florence began onboarding and training at the beginning of August, and Eyman's SMD, who had been splitting his time between Eyman and Florence, will have more time to provide oversight to Eyman, including relating to this performance measure.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**

When providers were requesting a follow-up sick call encounter, the reminders were sent to the nurses through eOMIS.  However, because the certified nursing assistants (CNAs) are the ones tasked with making the schedules, they were relying on the nurses to tell them about the follow-up requests.  Because the nurses were busy, the requisite communications about the follow-up requests were not always communicated, resulting in non-compliance for this measure.

**Corrective Action Plan:**

Eyman had an all provider, nursing, and CNA meeting on October 10, 2018.  The CNAs are now instructed to start their day by going through the provider line to look for any requests for follow-up visits.  The CNAs will also use the provider logs as a secondary document to track these follow-up requests.

**Update as of November 21, 2018:**

**Corrective Action Plan:**

Because the prior plan includes training and protocols that did not begin until mid-October, the September numbers do not accurately reflect the impact from the prior plan. Corizon will therefore continue with the prior corrective action plan.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**

The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and was therefore not realized in October's data.

**Corrective Action Plan:**

As noted above, the Corrective Action Plan outlined in the October 24, 2018 update did not occur until October and would therefore not be fully realized in October's numbers. As such, Corizon will continue with the existing plan.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Eyman experienced problems with its nursing logs when nurses from other sites provided coverage.  They did not have access to the same drives to create logs or properly track HNR encounters.

**Corrective Action Plan:**
Eyman will utilize a paper manual log for coverage nurses to use, which will then be scanned into the aforementioned drives for continuity and consistency.

**Update as of February 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently and there is a shortage of CNAs.

**Corrective Action Plan:**
Corizon continues to recruit to fill vacancies. The business analyst will provide training the third week of February to all CNAs on the importance of consistently scheduling patients.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently and there is a shortage of CNAs.

**Corrective Action Plan:**
The site will continue the current CAP as it was not implemented until the third week of February and has no impact on the January scores. The business analyst provided training the third week of February to all CNAs on the importance of consistently scheduling patients. The training included how to schedule the appointments, track for completion, and the expectations of this measure to achieve compliance.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
Continue the current CAP as it was not implemented until the third week of February and had no impact on the February scores. The business analyst provided training the third week of February to all CNAs on the importance of consistently scheduling patients. The

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

training included how to schedule the appointments, track for completion, and the expectations of this measure to achieve compliance.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
Continue the current CAP, as the score has increased by 20%. The business analyst provided training the third week of February to all CNAs on the importance of consistently scheduling patients. The training included how to schedule the appointments, track for completion, and the expectations of this measure to achieve compliance.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
As of May 15, 2019, the HDF is sending a report three times weekly to the CNAs of patients that need to be seen by the provider and within what timeframe. Patients' appointments are not to be rescheduled unless the HDF is contacted to verify it will not cause noncompliance.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
In addition to the current plan all nursing staff and CNAS were educated the last week in June at the all-staff meeting. The nurses were instructed that the CNAS are to complete the scheduling within eOMIS. A review of follow up sick call encounters and the time frames was also completed with the nursing staff and CNAS. The DON provided the review and training. As of May 15, 2019, the HDF is sending a report three times weekly to the CNAs of patients that need to be seen by the provider and within what timeframe. Patients' appointments are not to be rescheduled unless the HDF is contacted to verify it will not cause noncompliance.

# PM 42   *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of August 8, 2019:**

**Basis for Non-compliance:**
There is a lack of communication between the CNAs and the provider.  Further, it has been identified that the CNAs are not maintaining the provider referral logs, which is essential to properly track follow-up appointments.

**Corrective Action Plan:**
On June 16, 2019, the DON held a meeting with all CNAs regarding their responsibility to complete the provider logs in order to properly track the follow-up appointments.  The SMD held a meeting with the providers on July 31, 2019 and discussed their responsibility to notify the CNAs of the follow-up appointments.

**Update as of September 19, 2019:**

**Basis for Non-compliance:**
The communication of follow-ups is not consistently completed. The provider referral logs are not being consistently completed and the follow up appointments are not occurring.

**Corrective Action Plan:**
Notification was sent to all CNAs regarding their requirement to complete the provider logs and track the appointments.  The provider referral logs will be monitored for compliance.

**Update as of October 15, 2019:**

**Basis for Non-compliance:**
The communication of follow-ups is not consistently completed. The provider referral logs are not being consistently completed and the follow up appointments are not occurring.

**Corrective Action Plan:**
Continue with the current CAP. Notification was sent to all CNAs regarding their requirement to complete the provider logs and track the appointments.  The provider referral logs will be monitored for compliance.

# PM 42
*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Follow-up appointments are not being tracked by CNAs and the appointments are not being pulled from eOMIS.

**Corrective Action Plan:**
CNA/MA will receive training on the proper use of the provider referral logs used to track the follow-ups appointments. Logs will be spot checked by leadership to ensure completion.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Follow-up appointments are not being tracked by CNAs, and the appointments are not being pulled from eOMIS.

**Corrective Action Plan:**
Provider referral logs will be monitored by the AFHA for completion. In addition, a CNA has been identified and assigned to review all Provider referrals and ensure the follow-up appointments are made.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
There is a lack of communication between the CNA and the provider.  Further, we found that the responsible CNA of the unit was not utilizing the eOMIS scheduling to catch all follow-up appointments.

**Corrective Action Plan:**
The CNA was educated one on one with the unit ADON on the scheduling process. They will capture follow-ups, sick calls, and chronic visits and schedule accordingly.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
There is a lack of communication between the CNA and the provider.  Further, we found that the responsible CNA of the unit was not utilizing eOMIS scheduling to catch all follow-up appointments.  Treatments were not occurring regularly to show compliance.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Corrective Action Plan:**

The CNA was educated one on one with the unit ADON on the scheduling process. They will capture follow up, sick calls, and chronic visits, and schedule accordingly.  On Tuesday and Thursday weekly the unit CNA will pull appointments to ensure all were completed.  They will maintain a provider line binder on the unit, with completion date for all visits.  Eyman has instituted an ADON checklist for all units in which the unit ADON will verify all provider appointments are completed every Friday.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**

1. Provider lines not completed due to slow or stopped movement of inmates during "compartmentalization" of units.  There was not good communication between the affected units and site leadership, informing them of slowed or stalled lines, resulting in outstanding follow-up sick call encounters.
2. In addition, appointments were closed due to inmates being on quarantine and they should have been rescheduled.

**Corrective Action Plan:**

1. All unit Providers and CNAs have been notified to inform the FHA whenever there is a 10-minute gap between receiving patients.  Site leadership will then start communicating with the unit leadership, escalating to facility leadership if needed.
2. CNAs and MAs will be required to utilize the provider referral log to track appointments that require rescheduling.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**

Follow-up appointments are not being tracked by CNAs, and the appointments are not being pulled from eOMIS.

**Corrective Action Plan:**

CNA/MA staff are required to review the encounters daily and ensure all ordered follow-up encounters are scheduled and completed as ordered.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for Non-compliance (as of October 6, 2017):**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017):**
See Corrective Action Plan for Eyman.

**Supplemental Information as of December 15, 2017:**

**Basis for Non-compliance:**
Corizon is changing the process for addressing non-compliance with this performance measure at the Florence facility.  Under the prior plan, an inmate would be seen by a medical or mental health provider and the provider would instruct a nurse as to what follow-up scheduling was needed.  Under this prior process, follow-up sick call encounters were not occurring within the time frame specified by the medical or mental health Providers.

**Corrective Action Plan:**
A supplemental plan has been implemented which requires that once an inmate is seen by a medical or mental health Provider, the Provider will instruct the CNA as to what follow-up scheduling is needed.  Upon receiving follow-up orders from the provider, the CNA will immediately schedule necessary follow-up sick calls.  This measure was implemented the first week of December 2017.

**Update as of January 8, 2018:**
Corizon will continue with the current plan, as performance is increasing at other facilities.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of February 14, 2018:**

**Basis for Noncompliance:**
Most of the misses are because of standard types of follow ups like blood pressure checks and wound care.  Providers are not putting into eOMIS where it will alert the nurse.  It has to be placed into the treatment order portion of the chart.  Nurses are also not reading the entire notes of the provider to see the follow up orders.

**Corrective Action Plan:**
Going forward, the issue will be brought up at the provider meetings.  The plan is to have the night nursing staff pull all charts which were pulled during the day to assure that follow ups are occurring.  In addition, the CNAs are now adding to the schedule of treatment that is ordered.  Monitors are seeing that the treatment plans are started, but then, after several days, it stops without explanation.  Another plan is to have a whiteboard which will have the name and treatment plan of the inmate with an expiration date.  This will help the staff to be reminded who needs follow up.  CNAs will still be looking at it every day to assure that providers are documenting the treatment list.  Also, CNAs can update the whiteboard.  The whiteboard will also have the nurse's line treatment follow ups on it.  Whiteboards will be installed by February 9, 2018 and new procedures will be implemented and training will be done by February 9, 2018.  Monitors will also attend provider training to allow the providers to understand what they are looking at in eOMIS and how the scoring is occurring.  Whoever makes a follow up order will need to make the appointment themselves.  This will be done by the CNAs.  There will also be a quality assurance review of the changes to assure that the new process is being followed and is effective.

**Update as of May 8, 2018:**

**Basis for Non-Compliance:**
The non-compliance resulted from scheduling errors where the follow-up sick call encounters occurred a few days out of the required timeframe.

**Corrective Action Plan:**
Providers will be given additional education about the need to provide ranges of time for an inmate to be seen, rather than a single date, in the event there is a lockdown or other change that impacts scheduling.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
A recently discovered software glitch, which was the result of a March 2018 software update, limited review of Provider follow-up orders to Providers only, rather than

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

Providers and nurses. Pending Provider orders that were not assigned to a specific nurse were assigned to practitioner review, which nurses do not have access to. As a result, nurses were unable to view pending Provider orders leading to less staff being able to review orders and causing a subsequent backlog.

**Corrective Action Plan:**

The software glitch was recently discovered, and while Corizon works on a software solution to this problem, the nurses have been given access to the Provider only screens. This access should mitigate the effects of the glitch until a permanent solution is found.

The Regional Medical Director (RMD) will conduct additional training for Providers at the June 14, 2018 regional Provider meeting on this issue.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**

A software glitch impacting this performance measure was not discovered until June. As such, the remedial measures taken to address this issue are not fully reflected in the June numbers.

**Corrective Action Plan:**

In addition to efforts to correct the software glitch, the new SMD began onboarding on August 20, 2018, which will provide additional Provider leadership on site to assist with this issue.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**

Noncompliance resulted from an insufficient number of Providers due to ongoing vacancies. Corizon has approved 4.2 FTEs, but Florence currently only has 1.7 FTEs for advanced practicioners. If all positions were filled, there would be sufficient Providers. Recruiting is ongoing but has been challenging.

**Corrective Action Plan:**

Part of the Corrective Action Plan from the previous update was not implemented until August. Accordingly, Corizon will continue to utilize the Corrective Action Plan in place.

In addition, a new Site Medical Director began August 13, 2018 and has continued training since that time to learn Corizon and the DOC's systems and processes. That training time is coming to an end soon, and the new SMD will be working in full capacity by the end of September. Therefore, the SMD will be providing additional facility support. Furthermore, a telehealth Provider was assigned to Florence within the last two

# PM 42 *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

weeks to review labs and x-rays to allow on-site Providers to conduct a greater number of follow-up sick call encounters.

**Update as of October 24, 2018:**

**Basis of Non-Compliance:**
The prior plan is not reflected in the August numbers because the newly hired providers had not yet started.

**Corrective Action Plan:**
Corizon will continue to utilize the existing corrective action plan because the effect of the new hires has not yet been realized in the performance measure numbers.  The new Site Medical Director started on August 13, 2018.  One new Nurse Practicioner started on October 8, 2018.  This person is currently a temporary employee, only working for 90 days, but may become full-time thereafter.  Additionally, another new Nurse Practioner started working full-time on October 15, 2018.  Finally, another nurse practicioner may start at the end of October.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and was therefore not realized in September's data.

**Corrective Action Plan:**
As noted above, the corrective action plan for this performance measure indicated that two NPs began working in the first two weeks of October and a third would likely start at the end of October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.   Further, on November 6, 2018, additional training was given to Providers concerning the steps needed to reach compliance with this performance measure.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 and November 21, 2018 updates was not completed until October and November and was therefore not realized in October's data.

**Corrective Action Plan:**
As noted above, the corrective action plan outlined in the October 24, 2018 and November 21, 2018 update did not occur until October and November and would

**PM 42** *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

therefore not be fully realized in October's numbers. As such, Corizon will continue with the existing plan.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The prior corrective action plan for this performance measure included training that occurred on November 6, 2018. As such, the November numbers do not fully reflect the impact of the corrective actions. Additionally, compliance numbers have been impacted by an ongoing Provider shortage and the learning curve associated with new Providers that have been hired. Finally, seven of the non-compliant findings relate to issues with Providers ordering an EKG for an inmate but not realizing that they needed to ask the CNA to add the inmate to the nurse line for the EKG.

**Corrective Action Plan:**
All pending Nurse Practitioner hires have been onboarded. Corizon has been conducting biweekly training on the steps necessary to reach compliance with the performance measure. Additional training was given to Providers on December 5, 2018, January 10, 2019 and January 24, 2019. As part of the January 24, 2019 training, the newly onboarded Nurse Practitioners were given hands-on training, including about eOMIS procedures for this performance measure. CNAs were provided additional training on January 29, 2019. Corizon anticipates that this performance measure will be compliant for the month of December.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
A majority of the noncompliant charts for this audit month were caused by EKGs not being completed in the timeframe ordered by the Provider. There was a breakdown in how the CNA who completes the EKG was notified.

**Corrective Action Plan:**
The Provider is to notify the CNA immediately when an EKG is ordered. The CNA is to complete the EKG immediately or schedule the EKG to be completed within the timeframe specified by the Provider. This process was implemented on February 15, 2019.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
A majority of the noncompliant charts for this audit month were caused by EKGs not being completed in the timeframe ordered by the provider. There was a breakdown in how the CNA who completes the EKG was notified.

**Corrective Action Plan:**
Continue with the current CAP as the process was not implemented until February 15th and the score has improved by 7%.  The provider is to notify the CNA immediately when an EKG is ordered. The CNA is to complete the EKG immediately or schedule the EKG to be completed within the timeframe specified by the provider. This process was implemented on February 15th.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
A majority of the noncompliant charts for this audit month were caused by EKGs not being completed in the timeframe ordered by the provider. There was a breakdown in how the CNA who completes the EKG was notified.

**Corrective Action Plan:**
Continue with the current CAP, as the score has improved by 14%. The provider is to notify the CNA immediately when an EKG is ordered. The CNA is to complete the EKG immediately or schedule the EKG to be completed within the timeframe specified by the provider. This process was implemented on February 15, 2019.

**Update as of August 9, 2019:**

**Basis for Non-Compliance:**
There continues to be a breakdown in communication between the medical provider and the CNA assigned to the provider.

**Corrective Action Plan:**
Building from previous CAPs, we have designed a simple form for the provider to 'check' mark the follow up needs for each patient encounter.  The provider is to hand this form to the CNA at the end of each patient encounter.  The CNA then will either provide the necessary follow-up service prior to the patient leaving the clinic or will schedule a follow-up appointment before the patient leaves the clinic.  Additionally, the ADON of the unit is spot checking a minimum of 10% of the encounters from the

**PM 42** *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

previous day to ensure the provider-requested follow up is occurring appropriately.  This plan was put into place in early August, so measured results should be seen in September**.**

**Update as of September 12, 2019:**

**Basis for Non-Compliance:**
There continues to be a breakdown in communication between the medical provider and the CNA assigned to the provider.

**Corrective Action Plan:**
Continuation of August update: Building from previous CAPs, we have designed a simple form for the provider to 'check' mark the follow up needs for each patient encounter.  The provider is to hand this form to the CNA at the end of each patient encounter.  The CNA then will provide either the necessary follow up service prior to the patient leaving the clinic, or, will schedule the follow up appointment before the patient leaves the clinic.  Additionally, the ADON of the unit is spot-checking a minimum of 10% of the encounters from the previous day to ensure the provider requested follow up is occurring appropriately.  This plan was put into place in early August so we should see measured results in September.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
There continues to be a breakdown in communication between the medical or mental health provider, the CNA assigned to the provider, and the MH Clerk completing scheduling.

**Corrective Action Plan:**
Building from previous CAPs, we have designed a simple form for the provider to 'check' mark the follow-up needs for each patient encounter.  The provider is to hand this form to the CNA at the end of each patient encounter.  The CNA then will either provide the necessary follow-up service prior to the patient leaving the clinic or will schedule a follow-up appointment before the patient leaves the clinic.  Additionally, an Administrative Assistant has been assigned to the HDF and is reviewing every provider encounter to see if a follow-up was ordered and, if so, will track until follow-up is completed.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for Non-compliance (as of October 6, 2017):**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017):**
See Corrective Action Plan for Eyman.

**Supplemental Information as of December 15, 2017:**
Beginning in mid-October, additional education has been given to nurses regarding the requirements set forth under Performance Measure 42. This training will be completed this week. In addition, ADONs are monitoring and pulling data relating to follow-up sick call encounters from Pentaho daily to send to Providers. Further, the data is checked daily by FHA to prompt follow-up.

**Update as of January 8, 2018:**
There was a delay in clearing provider orders that resulted in delayed sick call follow-up encounters. Provider orders are being checked daily to ensure that follow-up appointments are being scheduled within the necessary timeframes. All Providers were given additional training on this performance measure on December 21, 2017 and January 3, 2018. All nurses were given additional training on this performance measure on December 26 - 28, 2017.

**Update as of February 14, 2018:**

**Basis for Noncompliance:**
Most of the misses are because of standard types of follow ups like blood pressure checks and wound care. Providers are not putting into eOMIS where it will alert the nurse. It

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

has to be placed into the treatment order portion of the chart.  Nurses are also not reading the entire notes of the provider to see the follow up orders.

**Corrective Action Plan:**
Going forward, the issue will be brought up at the provider meetings.  The plan is to have the night nursing staff pull all charts which were pulled during the day to assure that follow ups are occurring.  In addition, the CNAs are now adding to the schedule of treatment that is ordered.  Monitors are seeing that the treatment plans are started, but then, after several days, it stops without explanation.  Another plan is to have a whiteboard which will have the name and treatment plan of the inmate with an expiration date.  This will help the staff to be reminded who needs follow up.  CNAs will still be looking at it every day to assure that providers are documenting the treatment list.  Also, CNAs can update the whiteboard.  The whiteboard will also have the nurse's line treatment follow ups on it.  Whiteboards will be installed by February 9, 2018 and new procedures will be implemented and training will be done by February 9, 2018.  Monitors will also attend provider training to allow the providers to understand what they are looking at in eOMIS and how the scoring is occurring.  Whoever makes a follow up order will need to make the appointment themselves.  This will be done by the CNAs.  There will also be a quality assurance review of the changes to assure that the new process is being followed and is effective.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
Providers were entering orders timely, but the follow up orders were not being timely scheduled.

**Corrective Action Plan:**
Starting in mid-February, the Providers took over responsibility for scheduling the follow up orders themselves.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
Corizon and ADC will continue to utilize the same Corrective Action Plan as listed above as it takes a few months to identify issues with the plan and implement necessary modifications.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
A recently discovered software glitch, which was the result of a March 2018 software update, limited review of Provider follow-up orders to Providers only, rather than

# PM 42 *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

Providers and nurses. Pending Provider orders that were not assigned to a specific nurse were assigned to practitioner review, which nurses do not have access to. As a result, nurses were unable to view pending Provider orders leading to less staff being able to review orders and causing a subsequent backlog.

**Corrective Action Plan:**
The software glitch was recently discovered, and while Corizon works on a software solution to this problem, the nurses have been given access to the Provider only screens. This access should mitigate the effects of the glitch until a permanent solution is found.

The Regional Medical Director (RMD) will conduct additional training for Providers at the June 14, 2018 regional Provider meeting on this issue.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
The software glitch noted in the previous update continued to affect May's compliance score for this measure as the glitch was only discovered in June.

**Corrective Action Plan:**
Corizon Regional successfully fixed the software glitch by the end of June. Additionally, nurses received additional training on scheduling follow-up sick call encounters at the July 17 and July 19 staff meetings.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
As noted in the July 31, 2018 update, the software glitch impacting this performance measure was not discovered until June. As such, the remedial measures taken to address this issue are not fully reflected in the June numbers.

**Corrective Action Plan:**
Corizon will continue to utilize the Corrective Action Plan outlined in the July 31, 2018 update.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
The Lewis facility has more internal movements than any other facility. As noted above, an issue was identified where inmates who moved units did not have their appointments updated in eOMIS to the new unit. Staff were unaware that they could run reports for internal movements, as well as external movements, to identify medications, appointments, and other inmate information.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

In addition, there was less Provider availability because Providers were covering multiple yards until additional Providers were hired and on boarded.

**Corrective Action Plan:**
On August 13, 2018, nursing staff were informed of the capability to run internal movement reports. This information was also shared at the August 21 and 23, 2018 all-staff meetings.  Beginning September 21, 2018, security personnel have committed to update the movement list within an hour of an inmate move so that medical can track inmate movement more closely.

In addition, recruitment efforts continue for Provider vacancies. An additional Provider is starting at the facility the week of September 24, 2018. The Lewis facility only has one Provider vacancy now.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
The prior corrective action plan detailed training that occurred on August 21 and 23, and a new Provider that began at the facility on September 24, 2018.  As such, the August compliance scores do not accurately reflect the impact of the prior corrective action plan.

**Corrective Action Plan:**
Corizon will continue with its prior plan.  In addition, two new psych associates were hired during September and started work at the facility in October.  A new Mental Health Lead transferred from the Perryville facility and began working at the Lewis facility in late September.

**Update as of November 21, 2018:**

**Basis for Non-Compliance:**
One yard is still short a Provider.

**Corrective Action Plan:**
Recruitment efforts to fill the Provider vacancy continue, and, in the interim, the other Providers rotate into the yard with the vacancy to fill the gap.  Corizon also continues to utilize telemedicine.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Some nurses and CNAs are scheduling referrals but are doing so outside of the required timeframe.

**Corrective Action Plan:**
As noted in the November 21, 2018 update, recruitment efforts to fill open positions continue.  Corizon also continues to utilize telemedicine.  Additionally, beginning on November 1, 2018, all CNAs are reviewing the Provider lines the next day to ensure all follow ups are scheduled in the requested timeframes. The CNA reviews the Providers' schedule to ensure the patient is not rescheduled and is in fact seen within the required timeframe.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Lewis has been suffering from nurse vacancies.

**Corrective Action Plan:**
Lewis just hired 12 new nurses and believes the new additions will aid compliance for this measure.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
The prior CAP for this PM included 12 new hires that started in December and January.  As such, the December numbers do not fully reflect the impact of the corrective actions

The designated staff member on each unit are not scheduling patients correctly.

**Corrective Action Plan:**
CNA's have been assigned to review notes for any follow up appointments and schedule them appropriately within the time frames. The training occurred the second and third weeks of January and would not be reflected in December scores**.**

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The prior CAP for this PM included 12 new hires that started in December 2018 and January 2019.  As such, the January numbers do not fully reflect the impact of the

# PM 42 *Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

corrective actions. The designated staff member on each unit is not scheduling patients correctly.

**Corrective Action Plan:**
The site will continue the current CAP for this performance measure as it included training that occurred on January 17, 2019 and 12 new hires that started in December 2018 and January 2019. The January numbers do not fully reflect the impact of the corrective actions. CNAs have been assigned to review notes for any follow-up appointments and schedule them appropriately within the timeframes. The training occurred the second and third week of January and would not be reflected in the January scores.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Scheduling is not being completed consistently by the CNAs.

**Corrective Action Plan:**
As of May 15, 2019, the HDF is sending a report three times weekly to the CNAs of patients that need to be seen by the provider and within what timeframe. Patients' appointments are not to be rescheduled unless the HDF is contacted to verify it will not cause noncompliance.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The communication of follow-ups is not consistently completed. The provider referral logs are not being consistently completed and the follow up appointments are not occurring. A majority of the findings were follow-up sick call encounters for Mental Health Providers.

**Corrective Action Plan:**
Notification was sent to all CNAs regarding their requirement to complete the provider logs and track the appointments.  The provider referral logs will be monitored for compliance. Mental Health providers and BHTS that schedule appointments were educated the first week in October. The education included scheduling follow-up appointments within the time frames noted by the mental health providers.

# PM 42

*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**

Mental Health sick call follow ups are not being scheduled within the specified timeframes.

**Corrective Action Plan:**

The HDF will provide training to staff responsible for scheduling provider appointments for Mental Health.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**

Mental health patients were not scheduled in the time frames specified by the Mental Health Provider.

**Corrective Action Plan:**

Scheduling is now completed by the MH techs. All appointments will be scheduled by the time frame specified by the Provider. The Regional Behavioral Health Tech educated the Mental Health Techs the first week of February 2020 related to scheduling mental health provider follow-up appointments.

# PM 42
*Is a follow-up sick call encounter occurring within the time frame specified by the Medical or Mental Health Provider?*



**Basis for Non-compliance (as of October 6, 2017)**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

**Update as of April 9, 2018:**

**Basis for Non-Compliance**
Normally, the ADON is responsible for scheduling the follow up sick call encounters. As part of that process, the scheduling notes are to include information on the date that the follow up visit would be outside the compliant timeframe to ensure that if the follow up visit is rescheduled, it remains compliant.

One of the ADONs was new and did not understand this procedure.  As such, a CNA and Provider were scheduling their own follow up encounters and failed to include the follow up deadlines in the scheduling notes.

**Corrective Action Plan:**
On April 6, 2018, the FHA had a meeting with staff to reiterate that the ADONs are responsible for scheduling follow up visits and that the scheduling notes need to include the date by which the follow up visit must occur.

Additionally, on April 9, 2018, the FHA will have one-to-one meetings with the CNA and Provider described above to provide education on this process.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Update as of January 8, 2018:**

**Basis of Non-Compliance:**
Corizon was informed that the monitoring process had somewhat changed for this performance measure, resulting in non-compliance.

**Corrective Action Plan:**
On December 27, 2017, the Site Medical Director and the FHA provided additional education to providers on this performance measure to ensure that the discharge recommendations are not only reviewed but also acted upon within the 24-hour timeframe. Additionally, Corizon has ensured that medical providers have access to the computer system from their homes to make it easier to meet this timeframe. Those healthcare providers that are unable to access the system from their personal computers are now being provided with a laptop to ensure access.

**Update as of February 22, 2018:**

**A. On December 11, 2017, universal instructions to all complexes were provided as follows:**

   1. Nursing is to see the inmate upon return from hospital/ER visit.
   2. Thereafter, nursing is to create a Nurse-Return from Offsite Encounter.
   3. Nursing then contacts the provider to review hospital discharge recommendations.

**PM 44**    *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

4.   Nursing documents the discussion with Provider regarding all discharge recommendations (agree or disagree with reason and alternate plan).
5.   Nursing then places any treatment, medication, lab, x-ray, consult, and/or SNO orders into the appropriate area of eOMIS, as well as scans the records into eOMIS.

**B.      In addition, at Eyman, the following additional steps have occurred:**

1.   Beginning in November of 2017, the Site Medical Director began an educational series regarding hospital discharge orders for all providers.
2.   The Site Medical Director now reviews individual discharge orders on a daily basis with providers.
3.   Discharge orders are also discussed at weekly provider meetings to address any ongoing questions and concerns.

**Update as of April 9, 2018:**

As of April 1, 2018, both the senior ADON and the IPC supervisor have been tasked with looking at the discharge recommendations from the hospital every time an inmate returns from an in-patient hospital stay or ER transport to verify that the recommendations are being acted upon within the necessary timeframe.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
There will be a statewide rollout of smart cards for use at all facilities by May 18, 2018. The smart cards will acts as a checklist reminder of things to address with each patient, including the steps necessary to ensure compliance with this performance measure. Additionally, a review and training on compliance with this measure will be set by the end of May.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
One Provider was on vacation and another was on FMLA leave in April, leaving fewer Providers to review hospital recommendations. Additionally, some Providers were failing to properly document justifications for deviations from hospital recommendations.

**Corrective Action Plan:**
The Provider on vacation has returned from vacation and the Provider on FMLA is scheduled to return June 12, 2018.  Additionally, Providers will be receiving training on the performance measure at the Provider meeting the third week of June.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

A Healthcare Delivery Facilitator was hired for the Eyman facility and began at the facility on June 11, 2018. This person will be responsible for tracking this performance measure daily.

Additionally, there was a statewide rollout of smart cards for use at all facilities in late-May. Instruction on the use of the smart cards was provided at the time of distribution. Directions were also posted throughout the medical unit.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
Providers were reviewing and addressing hospital recommendations, but were failing to properly document justifications for deviations from those recommendations.

**Corrective Action Plan:**
The new DON, who started at the complex on July 9, 2018, is placing a specific emphasis on ensuring correct documentation for all measures. In addition, the smart cards provide instruction on properly documenting this measure, but were not rolled out until late May. Further, beginning on June 11, 2018, the Healthcare Delivery Facilitator began tracking this measure daily.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
Ongoing documentation issues exist concerning Providers failing to document the manner in which they have addressed every discharge recommendation.

**Corrective Action Plan:**
Corizon will continue with the plan presented in the July 31, 2018 update, as the new DON, who has been tasked with overseeing appropriate documentation for this measure, as well as several others, did not start until July 9, 2018 and therefore had no impact on the June results. Also, on July 20, 2018, a standardized workflow addressing the processing and scanning of discharge documents was implemented on all of the units.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
Ongoing documentation issues with the Providers not addressing every recommendation, in addition to failing to properly document justifications for deviations from recommendations, caused non-compliance.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**

On July 20, 2018, a standardized workflow was implemented on all of the units, which addressed processing and scanning discharge documents. The Healthcare Delivery Facilitator began tracking this measure daily on July 23, 2018. The SMD or RMD are providing training to Providers, including examples of what is being missed, during monthly Provider meetings.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**

Non-compliance has been typically resulting from one of two scenarios.  The first occurs when providers address discharge recommendations as a whole, but do not document that they have followed up on each and every discharge order.  The second occurs when a provider takes action to change a particular discharge order, but does not document justification for the change.

**Corrective Action Plan:**

These issues were addressed at a meeting with providers on October 10, 2018.

In addition, Corizon also implemented a template document to use when inmates return from offsite hospital visits, which will help the nursing staff go through all of the recommendations from the outside provider and work with the onsite provider to implement them.  This template was sent to nurses on September 10, 2018 and was rolled out to providers in mid-September.

**Update as of November 21, 2018:**

**Corrective Action Plan:**

Because the prior plan includes training and protocols that did not begin until mid-October, the September numbers do not accurately reflect the impact from the prior plan.  Corizon will therefore continue with the prior corrective action plan. Further, on November 6, 2018, additional training was given to Providers concerning the steps needed to reach compliance with this performance measure.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**

The prior corrective action plan for this performance measure included training that occurred on October 10, 2018 and November 6, 2018.  As such, the October numbers do not fully reflect the impact of the corrective actions taken.

**PM 44**   *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**
As already noted, the prior corrective action plan for this performance measure included training that occurred on October 10, 2018 and November 6, 2018. As such, the October numbers do not fully reflect the impact of the corrective actions taken, and Corizon will continue with the existing plan.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Eyman identified two problems.  First, providers sometimes address the discharge recommendations as a whole without referencing them specifically.  Second, providers sometimes decide not to take action on particular recommendations, but do not document that specific decision.

**Corrective Action Plan:**
Eyman provided additional training to the providers regarding these issues at the provider meeting on January 10.

**Update as of February 21, 2019:**

**Basis for Noncompliance:**

The prior CAP for this performance measure included training that occurred on January 10, 2019.  As such, the December numbers do not fully reflect the impact of the corrective actions. Corizon noted many of the issues occur on the night shift.

**Corrective Action Plan**:
Nursing will be educated on writing out all discharge orders. Education will be provided via email. The AFHA will train all night shift nurses to re-educate the third week of February.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision.

**Corrective Action Plan:**
The site will continue with the current CAP as it was not fully implemented until the end of February, and the score has improved by 44%. The SMD provided training to the

**PM 44**  *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

providers regarding these issues at the provider meeting on January 10. Nursing was educated on writing out all discharge orders the third week in February by the AFHA. Education was also provided to all providers and nurses via email on February 28, 2019.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision.  These issues are causing non-compliance.

**Corrective Action Plan:**
Continue with the current CAP as it was not fully implemented until the end of February. The SMD provided training to the providers regarding these issues at the provider meeting on January 10. Nursing was educated by the AFHA during the third week of February on writing out all discharge orders. Education was also provided to all providers and nurses via email on 2/28/19.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision.

**Corrective Action Plan:**
Continue with the current CAP, as the score has improved by 6%. The SMD provided training to the providers regarding these issues at the provider meeting on January 10, 2019. Nursing was educated on writing out all discharge orders the third week in February by the AFHA. Education was also provided to all providers and nurses via email on February 28, 2019.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision. The nurses sometimes do not note all the discharge recommendations.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**
A step-by-step of what needs to be completed in detail of the process and a clear reference guide of what needs to be completed to meet the measure was provided to providers and nursing via email on 5/8/19.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision. The nurses sometimes do not note all the discharge recommendations.

**Corrective Action Plan:**
Continue with the current plan the score has increased by 32%. A step-by-step of what needs to be completed in detail of the process and a clear reference guide of what needs to be completed to meet the measure was provided to providers and nursing via email on 5/8/19.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision. The nurses sometimes do not note all the discharge recommendations.

**Corrective Action Plan:**
The SMD provided training to the providers regarding these issues at the provider meeting on January 10, 2019. Nursing was educated by the AFHA during the third week of February on writing out all discharge orders. Note cards were given to all Providers at August 2019 meeting.  The Site HDF is also sending out daily emails with Patient information of all returns to SMD to review and ensure all discharge orders are addressed and acted upon.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Not all discharge recommendations were addressed within 24 hours.

**Corrective Action Plan:**
SMD conducted a provider meeting on January 2, 2020 and reinforced the importance of providers addressing all discharge requirements. Nursing staff will be educated on what needs to be discussed with provider during the telephone exchange.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Providers are not addressing all recommendations within the timeframes.

**Corrective Action Plan:**
The nursing staff will be required to scan and email all discharge orders to leadership staff who will ensure the on-call provider is aware of all recommendations.  This will also allow leadership to review the encounters to ensure all the recommendations have been addressed.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Treatment recommendations are being reviewed by provider and ordered, but nursing is failing to consistently administer ordered medication.

**Corrective Action Plan:**
ADONs provided in person education to nursing staff on the importance of consistency of medication administration and proper documentation requirements. This education was completed on Friday 5/15/20.

**Updated as of June 17, 2020:**

**Basis for Non-Compliance:**
There were multiple causes of non-compliance.  The providers did not address all recommendations and the ordered treatments were not completed in their entirety.

**Corrective Action Plan:**
The notification of hospital and ER returns will be forwarded to the SMD and the on-call ADON. The nursing staff will continue to scan and email all discharge orders to leadership staff and the on-call provider.  This will allow leadership and the on-call to review the encounters to ensure all the recommendations have been addressed. A tracker has been developed, and a staff member has been identified to track the treatments daily.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Treatment recommendations are being reviewed by provider and ordered, but nursing is failing to consistently administer ordered medication. Providers are not addressing all recommendations within 24 hours.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**

Maintain current plan of educating nursing staff on the importance of consistency of medication administration, and the importance of PM 44. Nursing staff will be required to scan and email the discharge orders to the provider. The SMD will receive notification of the PM 44 returns to assist with monitoring the provider action being taken.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**

Treatment recommendations are being reviewed by provider and ordered, but nursing is failing to consistently administer ordered medication. Providers are not addressing all recommendations within 24 hours.

**Corrective Action Plan:**

Maintain current plan of educating nursing staff on the importance of consistency of medication administration. Nursing staff will be required to scan and email the discharge orders to the provider. The SMD will receive notification of returns to assist with monitoring the provider action being taken. A staff member has been assigned to track daily the administration of the medication.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**

Providers are not addressing all recommendations. In addition, when treatment recommendations are being ordered by the provider, nursing is failing to consistently administer ordered medication.

**Corrective Action Plan:**

Nursing staff is required to send all discharge documentation to leadership and the provider.   A staff member has been identified to monitor the PM 44 returns to see if the provider is addressing the recommendations, as well as monitor the medication administration daily.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing or requesting recommended discharge recommendations for offsite consults on weekend returns.
2. Discharge recommended medication(s) ordered by the provider were not given as ordered.

**PM 44**  *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**

1. Detailed instructions emailed to all nursing staff on 9/24/2020.
2. All ADONs and HDF will be added to the ADC "RFO" transport email.
3. Medications
   - Antibiotics
     - o Will be ordered for complete required dosage
     - o Clinic stock will be given upon return
     - o If clinic stock not available, back-up pharmacy will be utilized
     - o ADON of the yard will verify all doses are given
   - All other medications
     - o If inmate was already on the medication, it will be given as ordered
     - o If new medication, we will give from clinic stock.  If not available in clinic stock, we will follow PM 11, and give within 2 days
4. Consults
   - The on-call provider will address recommended consults if inmate returns after 5pm Mon-Fri, or there is not a provider on the yard (RDO, PDO, etc.), or it is the weekend
     - o HDF will monitor during the week
     - o Any consults not entered will be brought to the attention of the FHA/AFHA, so he or she can contact the provider and verify once entered
     - o Education on the above provided at the Provider monthly meeting

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.
2. Providers are not addressing recommendations specifically.  Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled.
3. Discharge recommended medication(s) ordered by the provider not given as ordered.

**Corrective Action Plan:**

The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow up with the provider to ensure compliance.

1. Education on how to address all discharge recommendations completely sent via email to all providers on 11/13/2020 and will be followed up on at the provider meeting scheduled for December 3, 2020. Providers not addressing

**PM 44**

consults completely after December 3, 2020, will be subject to progressive discipline.

2. Nurses on the RFO yard will use the "RFO medication" sheet, where med-line nurse will document the new meds ordered and when the doses are due. med-line nurse will note on the sheet, times medications were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. During the week, the HDF department will track medications. On the weekend, the nightshift charge nurse will track medications to ensure compliance.

3. The SMU ADON will be responsible for providing follow up on all medication doses. Nurses not administering medications will be subject to progressive discipline.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.

2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days", or explain why they feel the patient can return when scheduled.

3. Discharge recommended medication(s) ordered by the provider not given as ordered.

**Corrective Action Plan:**

1. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults. If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow up with the provider to ensure compliance.

2. Education on how to address all discharge recommendations completely sent via email to all providers on 11/13/2020 and will be followed up on at the provider meeting scheduled on December 3, 2020. Providers not addressing consults completely after December 3, 2020, will be subject to progressive discipline.

3. Nurses on the RFO yard will use the "RFO medication" sheet, where med-line nurse will document the new meds ordered and when the doses are due. Med-line nurse will note on the sheet times meds were given. The Nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. During the week, the HDF department will track medications. On the weekend, the nightshift charge nurse will track medications to ensure compliance.

4. The SMU ADON will be responsible for providing follow up on all medication doses. Nurses not administering medication will be subject to progressive discipline.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

5.    Additional nursing leadership has been put in place to assist with completion of all auditing.
6.    The ADONs of the unit are tracking all hospital returns and will be completing twice daily checks to ensure medications are being administered and documented.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
1.    Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.
2.    Providers are not addressing recommendations specifically or not addressing within the 24-hour period.
3.    Discharge recommended medication(s) ordered by the provider not given as ordered.

**Corrective Action Plan:**
1.    A secondary staff member has been identified to complete bi-daily medication reviews to ensure the doses are being documented as required.  The nursing staff and ADON will notified of any missing doses.
2.    The nurse educator will be retraining nursing staff on all PM 44 requirements to include the requirement to scan and submit the RFO paperwork to the on-call provider to ensure all recommendations have been addressed.
3.    RFO consult follow-up reports are sent from the Clinical Coordinating office. The AFHA will follow up on the recommendations daily with the providers.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
1.    Ordered antibiotics or specific medication is not administered in its entirety for days prescribed.
2.    Consults not ordered within 24 hours.
3.    Medications on hospital orders with no specific reason on why they were disagreed with.

**Corrective Action Plan:**
1.    Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. The orders will be entered on the MAR, which is available to nursing staff. Med-line nurse will document medications administration on the MAR. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. Clinical leadership will give disciplinary action when appropriate when medication has not been administered. Providers will also ensure they are writing the order with the correct amount of dates so patient gets full dose of treatment. During the week, the HDF department will track medications and alert

**PM 44**  *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

site clinical leadership to take action. All missed medications are to be followed up on immediately as medically indicated.

2. Medications will be ordered as KOP verses DOT when appropriate.
3. The charts in this month's audit had consults not entered within the compliant timeframe. Clinical Coordinator as well as HDF will continue to review discharge orders where consults are entered to ensure providers are seeing and entering them immediately. The Clinical Coordinator and HDF will notify the FHA and SMD if a provider has not taken action. The action will then be reviewed by the SMD and action taken as medically indicated. The SMD and providers must take action within 24 hours of receiving the discharge recommendations. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults. If the on-call provider does not address the consults, the RN will contact the FHA/DON/SMD, so the FHA/DON/SMD can follow up with the provider to ensure compliance.
4. Clarification was provided to the providers on the expectation of documentation pertaining to the reasoning for disagreeing with discharge recommendations. The HDF will monitor documentation from providers for every RFO to ensure sufficient reason is provided. Providers are issued a notification when further reasoning is required and will act on it. In addition, the HDF will provide this information to the SMD to provide further action or training to the providers.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
The provider did not always act upon treatment recommendations. Medication orders are not always entered correctly causing the order to expire prior to the last administration of medication. Thus, the patient does not receive all doses of the prescription.

**Corrective Action Plan:**
1. The Clinical Coordinating office will review all returns to verify all recommendations and medications have been addressed.
2. The provider responsibilities were addressed during the 3/4/21 Provider meeting by the SMD. The responsibilities include that the provider will review recommendations within 24 hours and act upon the recommendations. If the provider does not agree with the recommendations, documentation must be provided to explain the deviation.
3. The ADONs will continue to monitor daily medication doses.

**PM 44**   *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
The provider did not always act upon treatment recommendations. Medication orders are not always entered correctly, causing the order to expire prior to the last administration of medication. Thus, the patient does not receive all doses of the prescription.

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until March and is not reflected in the February 2021 audit.

1. The Clinical Coordinating office will review all returns to verify all recommendations and medications have been addressed.
2. The provider responsibilities were addressed during the 3/4/21 Provider meeting by the SMD. The responsibilities include that the provider will review recommendations within 24 hours and act upon the recommendations. If the provider does not agree with the recommendations, documentation must be provided to explain the deviation.
3. The ADONs will continue to monitor daily medication doses.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*The provider did not always act upon treatment recommendations. Medication orders entered incorrectly, causing the order to expire prior to the last administration of medication. Thus, the patient does not receive all doses of the prescription.*

*Corrective Action Plan:*

*Continue with the current CAP as the score has increased by 13% since implementation.*

1. *The Clinical Coordinating office will review all returns to verify all recommendations and medications have been addressed.*
2. *The provider responsibilities were addressed during the 3/4/21 Provider meeting by the SMD. The responsibilities include that the provider will review recommendations within 24 hours and act upon the recommendations. If the provider does not agree with the recommendations, documentation must be provided to explain the deviation.*
3. *The ADONs will continue to monitor daily medication doses.*

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Continued Action Plan**

To ensure ongoing compliance, in early July 2017 the FHA contacted the deputy wardens to stress the importance of the inmate being brought to the Health Unit upon arrival from an offsite appointment, inpatient stay or trip to the emergency department. The FHA reported a strong degree of cooperation from the deputy wardens on this topic. The deputy wardens will ensure this directive is completed with FHA follow up.

Also in early July 2017, each yard Assistant Director of Nursing has also been assigned to identify any inmates that have returned from the hospital or emergency department from the night before and verify that the RFO (return-from-offsite inmate) was completed correctly. Finally, the FHA and Director of Nursing gave instructions to staff in August 2017 that outlines the step-by-step process that staff are to complete, from sending an inmate offsite for a hospital or emergency department trip, to processing their return. This directive was reiterated during a subsequent Nurse Supervisor's meeting in August.

**Update as of March 12, 2018:**

**Corrective Action Plan:**
See Lewis.

**Update as of April 9, 2018:**
See Eyman update as of April 9, 2018.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
There will be a statewide rollout of smart cards for use at all facilities by May 18, 2018.

**PM 44**   *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

The smart cards will acts as a checklist reminder of things to address with each patient, including the steps necessary to ensure compliance with this performance measure. Additionally, a review and training on compliance with this measure will be set by the end of May.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
Providers were not properly documenting that they had acted upon all discharge recommendations from the hospital. Rather, the documentation was addressing only some of the recommendations.

**Corrective Action Plan:**
The facility is interviewing a candidate to serve as the Healthcare Delivery Facilitator. Once hired and on boarded, that person will be responsible for tracking this performance measure daily.

Additionally, there was a statewide rollout of smart cards for use at all facilities in late-May. The smart cards act as a checklist reminder of things to address with each patient, including the steps necessary to ensure compliance with this performance measure. Nursing supervisors conducted a group training on compliance with this measure with the rollout of the smart cards.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
Ongoing documentation issues exist concerning Providers failing to document the manner in which they have addressed every discharge recommendation.

**Corrective Action Plan:**
Efforts to improve documentation of hospital recommendations continue through ongoing Provider education, as outlined in previous updates. Additionally, on August 10, 2018, nursing leadership implemented a new documentation format to better highlight recommendations that Providers need to address. Each recommendation will be numbered in the encounter, and Providers must add documentation to each numbered item for compliance. This will allow the Providers to more easily assess that all recommendations are addressed.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Update as of September 25, 2018:**

**Basis of Noncompliance:**
Noncompliance was caused by ongoing documentation issues involving the Providers not addressing every hospital recommendation and failing to properly document justifications for deviations from those recommendations.

**Corrective Action Plan:**
Efforts to improve documentation of hospital recommendations continue through ongoing Provider education, as outlined in the August 29, 2018 update. Much of that education would not be reflected in the July scores, as it did not begin until August. In addition, the Healthcare Delivery Facilitator began tracking this measure daily as of August 1, 2018. Further, on September 10 and September 13, 2018, the FHA and DON provided further training to all staff to reemphasize the new documentation tools they have available to help with this performance measure.

**Update as of October 24, 2018:**

**Basis of Non-Compliance:**
Non-compliance has been typically resulting from one of two scenarios. The first occurs when providers address discharge recommendations as a whole, but do not document that they have followed up on each and every discharge order. The second occurs when a provider takes action to change a particular discharge order, but does not document justification for the change.

**Corrective Action Plan:**
Corizon will continue to utilize the prior corrective action plan because the referenced training did not occur in August and was therefore not realized in this month's compliance numbers.

In addition, Corizon also implemented a template document to use when inmates return from offsite hospital visits, which will help the nursing staff go through all of the recommendations from the outside provider and work with the onsite provider to implement them. This template was sent to nurses on September 10, 2018 and was rolled out to providers in mid-September.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until mid-September and was therefore not fully realized in September's data.

**PM 44**    *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**
The corrective action plan for this performance measure included a new process that began in mid-September. As such, the September numbers do not accurately reflect the impact of the corrective actions and Corizon will continue to utilize the current corrective action plan. Further, on November 6, 2018, additional training was given to Providers concerning the steps needed to reach compliance with this performance measure.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
The prior corrective action plan for this performance measure included training that occurred on November 6, 2018. As such, the October numbers do not fully reflect the impact of the corrective actions taken.

**Corrective Action Plan:**
As already noted, the prior corrective action plan for this performance measure included training that occurred on November 6, 2018. As such, the October numbers do not fully reflect the impact of the corrective actions taken, and Corizon will continue with the existing plan.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The prior corrective action plan for this performance measure included training that occurred on November 6, 2018. As such, the November numbers do not fully reflect the impact of the corrective actions. Additionally, compliance numbers have been impacted by an ongoing provider shortage and lack of a full-time Site Medical Director.

**Corrective Action Plan:**
All pending Nurse Practitioner hires have been onboarded. Additional training was given to Providers on December 5, 2018 and January 10, 2019. Further training will be conducted on January 24, 2019. As part of the January 24, 2019 training, the newly on boarded Nurse Practitioners will be given hands-on training, including about eOMIS procedures for this performance measure. Beginning in early January 2019, the AFHA began sending reminders to Providers to assist with compliance. Beginning on January 5, 2019, a Provider also began working PRN over the weekends to address weekend patient returns.

**Update as of February 21, 2019:**

**Basis of Non-compliance**:
Providers are not providing notes regarding why they are deviating from the recommendations. The Florence facility has three new providers, and there is a learning

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

curve with new employees.  The prior CAP included training that occurred on December 5, 2018, January 10 and 24, 2019, as well as a new hire that started working on January 5, 2019.  Further, the facility implemented a new process for tracking compliance with the performance measure that began in January 2019, which would not be affected by December scores.

**Corrective Action Plan**:
The facility began weekly training sessions with the providers the first week of January to ensure compliance with this performance measure.  The providers were also provided a template to use to prevent oversights in recommendations.

**Update as of March 21, 2019:**

**Basis of Non-compliance**:
Providers are not providing notes regarding why they are deviating from the recommendations.  The Florence facility has three new providers, and there is a learning curve with new employees.  The prior CAP included training that occurred on December 5, 2018, January 10 and 24, 2019, as well as a new hire that started working on January 5, 2019.  Further, the facility implemented a new process for tracking compliance with the performance measure that began in January 2019, which would not be fully reflected in the January scores.

**Corrective Action Plan:**
The site will continue with the current CAP as it was not fully implemented until the end of January, and the score has improved by 33%. The facility began weekly training sessions with the providers the first week of January to ensure compliance with this performance measure.  The providers were also provided a template to use to prevent oversights in recommendations.

**Update as of April 21, 2019:**

**Basis for noncompliance:**
Providers are not providing notes regarding why they are deviating from the recommendations resulting in non-compliance.

**Corrective Action Plan:**
The facility began weekly training sessions with the providers the first week of January to ensure compliance with this performance measure.  The providers were also provided a template to use to prevent oversights in recommendations. The weekly training sessions are continuing with the providers. In addition, the HDF is tracking all ER returns and reviewing all provider nursing and documentation. The score has increased by 23% and is projected to be compliant for the March audit.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Update as of May 21, 2019:**

**Basis for noncompliance:**
Providers are not providing notes regarding why they are deviating from the recommendations. Nursing are not reading all of the discharge instructions back to the on-call provider.

**Corrective Action Plan:**
A step-by-step of what needs to be completed in detail of the process was provided to nurses and providers with a clear reference guide of what needs to be completed to meet the measure to stabilize and standardize the process. This training and reference guide was provided by the Senior ADON throughout the month of April 2019.

**Update as of December 19, 2019:**

**Basis for noncompliance:**
Not all recommended medications, diets, change in medication or special offsite consults were addressed by a provider within 24 hours.

**Corrective Action Plan:**
On 11/26/19, all providers received education on which ones failed and a PowerPoint for this measure as a refresher on the correct way to complete a return from offsite.  A new SMD started in December 2019 and will assist the HDF in monitoring and correcting any RFOs.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Providers have not been addressing all return from offsite recommendations.  Specifically, the recommended for offsite consults.

**Corrective Action Plan:**
On 4/7/2020, all providers received education on which ones failed for this measure and as a refresher on the correct way to complete a return from offsite. The SMD has started to assist the HDF in monitoring and correcting any RFOs.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Providers miss documenting rational for changing medications and not placing consults in within timeframe.  Additionally, providers need to sign off on nursing note forwarded to

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

them to review.  Nursing is not administering medications in accordance with discharge instructions.

**Corrective Action Plan:**

The Healthcare Delivery Facilitator is tracking all recommendations, including medications and treatments.  If any doses or discrepancies are noted, the SMD, FHA, AFHA, DON and ADON are notified for immediate corrections.

**Updated as of June 17, 2020:**

**Basis for Non-Compliance:**

Medications not given as ordered.

**Corrective Action Plan:**

The Healthcare Delivery Facilitator is tracking all recommendations, including medications and treatments.  If any doses or discrepancies are noted, the SMD, FHA, AFHA, DON, and ADON are notified for immediate corrections.  The FHA, AHFA, DON and SMD are sent daily updates of issues or orders needed to be corrected or added.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**

Medications not given as ordered.

**Corrective Action Plan:**

Continuation of the previous month's CAP.  The Healthcare Delivery Facilitator is tracking all recommendations, including medications and treatments.  If any doses or discrepancies are noted, the SMD, FHA, AFHA, DON, and ADON are notified for immediate corrections.  The FHA, AHFA, DON, and SMD are sent daily updates of issues or orders needed to be corrected or added.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**

Nursing is not administering medications in accordance with discharge instructions.

**Corrective Action Plan:**

The Healthcare Delivery Facilitator is tracking all recommendations, including medications and treatments.  If any doses or discrepancies are noted, the DON and ADON are notified for immediate corrections.  The FHA, AHFA, DON and SMD are sent daily updates of issues or orders needed corrected or added.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**

4. Providers are not addressing or requesting discharge recommendations for offsite consults on weekend returns.

5. Discharge recommended medication(s) ordered by the provider were not given as ordered, mainly on the weekends.

**Corrective Action Plan:**

1. The RN assigned to Globe will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow up with the provider to ensure compliance.

2. Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will note on the sheet, times meds were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance.  During the week, the HDF department will track medications.  On the weekend, the nightshift charge nurse will track medications to ensure compliance.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing or requesting recommended discharge recommendations for offsite consults on weekend returns.
2. Discharge recommended medication(s) ordered by the provider were not given as ordered.

**Corrective Action Plan:**

1. Detailed instructions emailed to all nursing staff on 9/24/2020.
2. All ADONs and HDF will be added to the ADC "RFO" transport email.
3. Medications
   - Antibiotics
     o Will be ordered for complete required dosage
     o Clinic stock will be given upon return
     o If clinic stock not available, back-up pharmacy will be utilized
     o ADON of the yard will verify all doses are given
   - All other medications
     o If inmate was already on the medication, it will be given as ordered

**PM 44** *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

    o  If new medication, we will give from clinic stock.  If not available n clinic stock, we will follow PM 11, and give within 2 days

4. Consults
- The on-call provider will address recommended consults if inmate returns after 5pm Mon-Fri, or there is not a provider on the yard (RDO, PDO, etc.), or it is the weekend.
  - o HDF will monitor during the week
  - o Globe RN will monitor on the weekend
  - o Any consults not entered will be brought to the attention of the FHA/AFHA, so he or she can contact the provider and verify once entered
  - o Education on the above provided at the Provider meeting on 9/30/2020

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.
2. Providers are not addressing recommendations specifically.  Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled.
3. Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends.

**Corrective Action Plan:**
1. The RN assigned to Globe will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow up with the provider to ensure compliance.
2. Education on how to address all discharge recommendations completely sent via email to all providers on 11/13/2020 and will be followed up at the provider meeting scheduled on December 3, 2020. Providers not addressing consults completely after December 3, 2020, will be subject to progressive discipline.
3. Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will note on the sheet times medications were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance.  During the week, the HDF department will track medications.  On the weekend, the nightshift charge nurse will track medications to ensure compliance.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.
2. Providers are not addressing recommendations specifically.  Example: if a discharge recommendation is "return to GI in 2-3 days", the providers need to order "return to GI in 2-3 days" or explain why they feel he can return when scheduled.
3. Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends.

**Corrective Action Plan:**
1. The RN assigned to Globe will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow up with the provider to ensure compliance.
2. Education on how to address all discharge recommendations completely discussed at the provider meeting on December 3, 2020. Providers not addressing consults completely after December 3, 2020, will be subject to progressive discipline. Follow up on education will be completed at the provider meeting scheduled for January 14, 2021.
3. Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new meds ordered and when the doses are due. Med-line nurse will note on the sheet, times meds were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance.  During the week, the HDF Department will track medications. On the weekend, the nightshift charge nurse will track medications to ensure compliance.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
1. Ordered antibiotics or specific medication is not administered in its entirety for days prescribed.
2. Consults not ordered within 24 hours.
3. Medications on hospital orders with no specific reason on why they were disagreed with.

**Corrective Action Plan:**
1. Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. The orders will be entered on the MAR, which is available to nursing staff. Med-line nurse will document medications administration on the MAR. The nurse will

**PM 44** *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. Clinical leadership will give disciplinary action when appropriate when medication has not been administered. Providers will also ensure they are writing the order with the correct amount of dates so patient gets full dose of treatment. During the week, the HDF department will track medications and alert site clinical leadership to take action. All missed medications are to be followed up on immediately as medically indicated.

2. Medications will be ordered as KOP verses DOT when appropriate.

3. The charts in this month's audit had consults not entered within the compliant timeframe. Clinical Coordinator as well as HDF will continue to review discharge orders where consults are entered to ensure providers are seeing and entering them immediately. The Clinical Coordinator and HDF will notify the FHA and SMD if a provider has not taken action. The action will then be reviewed by the SMD and action taken as medically indicated. The SMD and providers must take action within 24 hours of receiving the discharge recommendations. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA/DON/SMD, so the FHA/DON/SMD can follow up with the provider to ensure compliance.

4. Clarification was provided to the providers on the expectation of documentation pertaining to the reasoning for disagreeing with discharge recommendations. The HDF will monitor documentation from providers for every RFO to ensure sufficient reason is provided. Providers are issued a notification when further reasoning is required and will act on it.  In addition, the HDF will provide this information to the SMD to provide further action or training to the providers.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
1. Providers started addressing recommended discharge recommendations for offsite consults as "defer to yard provider to address".
2. Discharge recommended medication(s) ordered by the provider not given as ordered.
3. Recommendations of "follow-up with HCP" not being scheduled in eOMIS, causing them not to be seen.

**Corrective Action Plan:**
Continuation of prior CAP.
1. The RN assigned to Globe will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consult(s).  If the on-call provider does not address the consult(s), the RN will contact the FHA, so the FHA can follow up with the provider to ensure compliance.
2. Education of how to address all discharge recommendations completely will be discussed at the provider meeting on April 21, 2021. There was re-education explaining that consults have to be addressed at the time and cannot be deferred. Providers not addressing consults completely after April 21, 2021, will be subject to progressive discipline.
3. Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will note on the sheet the times medications were given. The nurse will contact the on-call ADON and verify that all new arrivals received their medications as ordered to ensure compliance.   During the week, the HDF department will track medications.  On the weekend, the nightshift charge nurse will track medications to ensure compliance.
4. The DON will  instruct all nurses at the April 19th and 23rd staff meeting that when completing RFOs they are to make a follow-up appointment in eOMIS with the HCP, if recommended.

**Updated as of May 17, 2021:**

**Basis for Non-Compliance:**

1. **Providers started addressing recommended discharge recommendations for offsite consults as "defer to yard provider to address".**
2. **Discharge recommended medication(s) ordered by the provider not given as ordered.**
3. **Recommendations of "follow-up with HCP" not being scheduled in eOMIS, causing them not to be seen.**

**PM 44**   *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

*Corrective Action Plan:*

*Continuation of Plan*

1. *The RN assigned to Globe will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consult(s). If the on-call provider does not address the consult(s), the RN will contact the FHA, so the FHA can follow-up with the provider to ensure compliance.*

2. *Education of how to address all discharge recommendations completely, discussed at the provider meeting on April 21, 2021. Re-education explaining consults have to be addressed at the time and cannot be deferred. Providers not addressing consults completely after April 21, 2021 will be subject to progressive discipline.*

3. *Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new meds ordered and when the doses are due. Med-line nurse will note on the sheet the times medications were given. The Nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. During the week, the HDF department will track medications. On the weekend, the nightshift charge nurse will track medications to ensure compliance.*

4. *The DON instructed all nurses at the April 19th and 23rd staff meeting that when completing RFOs they are to make a follow-up appointment in eOMIS with the HCP, if recommended.*

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Update as of January 8, 2018:**

**Basis of Noncompliance:**
On November 28, 2017, the DOC compliance monitor met with the FHA for this facility and notified her that the auditing method was changing.  This performance measure now also includes generic discharge recommendations, such as "do not drive or operate heavy machinery while on this medication."  This performance measure dropped out of compliance because these generic recommendations were not included prior to November 28, 2017.

**Corrective Action Plan:**
On November 28, 2017, the FHA verbally told every provider about the inclusion of generic discharge recommendations in this performance measure.  On January 3, 2018, the FHA and the Site Medical Director formally trained every provider during a provider meeting.  Compliance is expected for December 2017.

**Update as of February 22, 2018:**

**A.   On December 11, 2017, universal instructions to all complexes were provided as follows:**

1.   Nursing is to see the inmate upon return from hospital/ER visit.
2.   Thereafter, nursing is to create a Nurse-Return from Offsite Encounter.
3.   Nursing then contacts the provider to review hospital discharge recommendations.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

4.   Nursing documents the discussion with Provider regarding all discharge recommendations (agree or disagree with reason and alternate plan).

5.   Nursing then places any treatment, medication, lab, x-ray, consult, and/or SNO orders into the appropriate area of eOMIS, as well as scans the records into eOMIS.

**B.   In addition, at Lewis, the following additional steps have occurred:**

1.   On February 1, 2018, the Site Medical Director began an educational series regarding hospital discharge orders for all providers.

2.   The Site Medical Director now reviews discharge orders on a daily basis with providers individually.

3.   Discharge orders are also discussed at weekly provider meetings to address any ongoing questions and concerns.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
Not all Providers clearly understood the requirement that each discharge recommendation needed to be addressed and documented as separate individual line items.

**Corrective Action Plan:**
On February 2, 2018, Providers were given additional training and education regarding the need to review and document each discharge recommendation in a separate line item, including express documentation where a Provider has evaluated a discharge recommendation and determined that it is not medically necessary. Two of the five non-compliant patient files concerning this performance measure were from February 1, 2018, the day before the training was given.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
The previous SMD was auditing charts and providing oversight for this measure which led to compliance in the months of March, April, and May 2018. The SMD position was vacated May 6, 2018.

**Corrective Action Plan:**
At the August Provider meeting, site leadership will provide additional education reinforcing the process and requirements to return to success with this measure.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Non-compliance has been typically resulting from one of two scenarios.  The first occurs when providers address discharge recommendations as a whole, but do not document that they have followed up on each and every discharge order.  The second occurs when a provider takes action to change a particular discharge order, but does not document justification for the change.

**Corrective Action Plan:**
On October 17, 2018, the Facility Health Administrator (FHA) reeducated providers and emailed the providers an example of appropriate documentation for this performance measure.

In addition, Corizon also implemented a template document to use when inmates return from offsite hospital visits, which will help the nursing staff go through all of the recommendations from the outside provider and work with the onsite provider to implement them.  This template was sent to nurses on September 10, 2018 and was rolled out to providers in mid-September.

**Update as of November 21, 2018:**

**Corrective Action Plan:**
Because the prior plan includes training and protocols that did not begin until mid-October, the September numbers do not accurately reflect the impact from the prior plan.  Corizon will therefore continue with the prior corrective action plan. Further, on November 6, 2018, additional training was given to Providers concerning the steps needed to reach compliance with this performance measure.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
The prior corrective action plan for this performance measure included training that occurred on October 17, 2018 and November 6, 2018.  As such, the October numbers do not fully reflect the impact of the corrective actions taken.

**Corrective Action Plan:**
As already noted, the prior corrective action plan for this performance measure included training that occurred on October 17, 2018 and November 6, 2018. As such, the October numbers do not fully reflect the impact of the corrective actions taken, and Corizon will continue with the existing plan.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The Site Medical Director (SMD) was on vacation in November 2018, and Lewis is down two providers with another provider on FMLA leave.

**Corrective Action Plan:**
The SMD returned in December.  The clinical coordinator is tracking compliance with this daily, starting on January 14.  Lewis hired a nurse practitioner and is interviewing another.  Finally, Lewis is interviewing a PRN medical doctor.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
The prior CAP for this performance measure included a new process for tracking compliance with the performance measure that began on January 14, 2019.  As such, the December numbers do not fully reflect the impact of the corrective actions.

The discharge notes were not being scanned into eOMIS in a timely manner; therefore, the provider could not fully review the recommendations and act upon them within 24 hours.

**Corrective Action Plan**:
The CNAs will be responsible for scanning the documents into eOMIS upon the inmates' return to the facility, which in turn will allow the provider to review and act upon recommendations in a timely manner.

**Update as of March 21, 2019:**

**Basis of Noncompliance:**
The prior CAP for this performance measure included a new process for tracking compliance with the performance measure that began on January 14, 2019.  As such, the January numbers do not fully reflect the impact of the corrective actions.

The discharge notes were not being scanned into eOMIS in a timely manner; therefore, the provider could not fully review the recommendations and act upon them within 24 hours.

**Corrective Action Plan:**
The site will continue with the current CAP as it was not fully implemented until January 14 and is not fully reflective in the January scores. The CNAs will be responsible for scanning the documents into eOMIS upon the inmates' return to the facility, which in turn will allow the provider to review and act upon recommendations in a timely manner.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision.

**Corrective Action Plan:**
A template was created that providers and nursing are to utilize in order to not overlook any recommendations. The template was implemented February 21, 2019.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision.

**Corrective Action Plan:**
Continue with the current CAP, as the score has increased by 20%. A template was created that providers and nursing are to utilize in order to not overlook any recommendations. The template was implemented February 21, 2019.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Providers sometimes address the discharge recommendations as a whole without referencing them specifically. Providers sometimes decide not to take action on particular recommendations, but do not document that specific decision.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 18%. A template was created that providers and nursing are to utilize in order to not overlook any recommendations. The template was implemented February 21, 2019.

**Update as April 17, 2020:**

**Basis for Non-Compliance:**
Providers reviewed and acted upon all hospital recommendations within 24 hours, but full treatment was not completed per the provider's order after orders were placed.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**
Education to nursing to ensure that all provider orders are followed in full with no lapse in treatment. If patient is refusing, ensure signed refusal is obtained and scanned into chart. Notification to provider of any non-compliance to care.

**Updated as of June 17, 2020:**

**Basis for Non-Compliance:**
Patients not receiving full dose of medications.

**Corrective Action Plan:**
ADONs on each unit have begun tracking all returns from ER and inpatient stays starting 6/10/2020 to ensure all recommendations are addressed and all medications are given as prescribed.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Patients not receiving full dose of medications.

**Corrective Action Plan:**
ADONs on each unit have begun tracking all returns from ER and inpatient stays starting 6/10/2020 to ensure all recommendations are addressed and all medications are given as prescribed. Continue current CAP.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Nursing is not administering medications in accordance with discharge instructions.

**Corrective Action Plan:**
ADONs on each unit have begun tracking all returns from ER and inpatient stays starting 6/10/2020 to ensure all recommendations are addressed and all medications are given as prescribed. Continue current CAP.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Patients are not receiving full dose of medications.

**PM 44** *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**

HDF tracks all returns. ADONs will obtain the tracking tool from the HDF daily and ensure medications are available and provided to the patient for the entire duration of the medication. Medications not available via clinic stock will be obtained from off-site pharmacy vendor to ensure continuity of care. HDF will report in daily huddle medications tracked to be given daily.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.
2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days" or explain why they feel the patient can return when scheduled.
3. Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends.

**Corrective Action Plan:**

1. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults. If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow-up with the provider to ensure compliance.
2. Education of how to address all discharge recommendations completely sent via email to all providers on 11/13/2020. Providers not addressing consults completely will be subject to progressive discipline.
3. Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will note on the sheet times medications were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. During the week, the HDF department will track medications. On the weekend, the nightshift charge nurse will track medications to ensure compliance.
4. Nurses not administering medication will be subject to progressive discipline.
5. Medications not available via clinic stock will be obtained from off-site pharmacy vendor to ensure continuity of care.
6. HDF will report in daily huddle medication tracking.

**PM 44** *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
1.  Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.
2.  Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days", or explain why they feel the patient can return when scheduled.
3.  Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends.

**Corrective Action Plan:**
Continue with the current CAP as it was not fully implemented until November, therefore the change is not reflected in the October 2020 audit results.

1.  The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults. If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow-up with the provider to ensure compliance.
2.  Education on how to address all discharge recommendations completely sent via email to all providers on 11/13/2020. Providers not addressing consults completely will be subject to progressive discipline.
3.  Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new meds ordered and when the doses are due. Med-line nurse will note on the sheet, times medications were given. The Nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. During the week, the HDF department will track medications. On the weekend, the nightshift charge nurse will track medications to ensure compliance.
4.  Nurses not administering medications will be subject to progressive discipline.
5.  Medications not available via clinic stock will be obtained from off-site pharmacy vendor to ensure continuity of care.
6.  HDF will report in daily huddle medications tracking.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
1. Discharge orders were not scanned or obtained from hospital upon patient's return.
2. On call provider not being contacted in time to review discharge orders.
3. Ordered antibiotics or specific medications are not being administered for the amount of days prescribed.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**

1. The RN assessing RFO will ensure patient has discharge orders, to be scanned immediately after assessing patient. If orders are not with patient, RN will urgently contact sending hospital to receive. RNs not receiving or scanning orders will be subject to progressive discipline.

2. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA/DON, so the FHA/DON can follow up with the provider to ensure compliance.

3. Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will document when medications were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance.  During the week, the HDF Department will track medications.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
1.  Ordered antibiotics or specific medication are not being administered for the amount of days prescribed.
2.  Consults not ordered within 24 hours.
3.  Medications on hospital orders with no specific reason on why they were disagreed with.

**Corrective Action Plan:**
1.  Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will document when medications were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance.  Providers will also ensure they are writing the order with correct amount of dates so patient gets full dose of treatment. During the week, the HDF department will track medications.
2.  Three charts in this month's audit had consults not entered within the compliant timeframe. Clinical coordinator as well as HDF will continue to review discharge orders where consults are entered to ensure providers are seeing and entering them immediately. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA/DON, so the FHA/DON can follow up with the provider to ensure compliance.
3.  Clarification was provided to the providers on the expectation of documentation pertaining to the reasoning for disagreeing with discharge recommendations. The HDF will monitor documentation from providers for every RFO to ensure sufficient

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

reason is provided. Providers are issued a notification when further reasoning is required and will act on it.  In addition, the HDF will provide this information to the SMD to provide further action or training to the providers.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
1. Ordered antibiotics or specific medications are not being administered for the amount of days prescribed.
2. Consults not ordered within 24 hours.
3. Medications on hospital orders with no specific reason given as to  why the provider disagreed with the hospital recommendations.

**Corrective Action Plan:**
Continue with current CAP as there has been a positive increase in compliance since implementation.

1. Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will document when medications were given. The nurse will contact the on-call ADON and verify that all new arrivals received their medications as ordered to ensure compliance.  Providers will also ensure they are writing the order with the correct number  of dates so the patients get the full dose of treatment. During the week, the HDF department will track medications.
2. Three charts in this month's audit had consults not entered within the compliant timeframe. The Clinical Coordinator and HDF will continue to review discharge orders where consults are entered to ensure providers are seeing and entering them immediately. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA/DON, so the FHA/DON can follow up with the provider to ensure compliance.
3. Centurion sought  clarification from the  auditor  to determine what  exactly was considered insufficient reasoning for a provider to disagree with a specific medication. The provider documented "not previously on this medication".  This reasoning is considered insufficient and is not compliant. Providers have been issued a notification concerning the adequacy of explanation needed to obtain compliance  and will act on it. The HDF will monitor documentation from providers for every RFO to ensure sufficient reason is provided.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

1. *Ordered antibiotics or specific medications are not being administered for the amount of days prescribed.*
2. *Consults not ordered within 24 hours.*
3. *The provider disagreed with medications recommendations from the hospital, and provided no specific reasoning or justification.*

*Corrective Action Plan:*

1. *Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will document when medications were given. The nurse will contact the on-call ADON and verify that all new arrivals received their medications as ordered to ensure compliance. Providers will also ensure they are writing the order with the correct number of dates so the patients get the full dose of treatment. During the week, the HDF department will track medications.*
2. *Providers were instructed by the SMD at the monthly staff meeting to order medications as KOP when appropriate for the type of medication and yard.*
3. *The Clinical Coordinator and HDF will continue to review discharge orders where consults are entered to ensure providers are seeing and entering them immediately. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults. If the on-call provider does not address the consults, the RN will contact the FHA/DON, so the FHA/DON can follow up with the provider to ensure compliance.*
4. *Centurion sought clarification from the auditor to determine what exactly was considered insufficient reasoning for a provider to disagree with a specific medication. The provider documented "not previously on this medication". This reasoning is considered insufficient and is not compliant. Providers have been issued a notification concerning the adequacy of explanation needed to obtain compliance and will act on it. The HDF will monitor documentation from providers for every RFO to ensure sufficient reason is provided.*

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
This audit included two charts - both were deemed non-compliant due to the consults not initiated at the time of the provider return from offsite encounter, within the 24-hour timeframe.

**Corrective Action Plan:**
To ensure Phoenix is compliant in the future, consults will be initiated within 24 hours of the patient returning to the facility, per the hospital recommendations.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
In the month of January, Phoenix had four charts applicable to PM 44.  Two of the four charts had medications ordered by the medical provider who reviewed the discharge recommendations.   In each of these instances the medication was ordered for the appropriate timeframe; however, the medication was not administered without interruption following the placement of the order.  There was also an issue identified that medications are not always administered as soon as they are ordered as patient specific medications are not available to nursing immediately and the medications are not in clinic stock.  As the medications are ordered for a set number of days and the medications in some cases are not being administered until the day following the order, the medication orders are expiring before the patients have received their full treatment.

**Corrective Action Plan:**

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

A new audit tool was created on 2/26/2021 by the Phoenix HDF to track medication administration for hospital returns to aid nursing in ensuring no medication doses are missed. As of 2/26/2021, Phoenix nursing was also educated on the importance of starting a patient's medications as soon as possible following the order being in place and back-up pharmacy procedures to facilitate faster administration.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
In the month of February, Phoenix had only four patients return from the hospital with discharge recommendations, two of which were found non-complaint, the latest of which returned on 2/14/2021. The prior CAP for this measure was not implemented until 2/26/2021. The reason for non-compliance for these results was the same as the last: medications ordered post-return were not administered without interruption.

**Corrective Action Plan:**
A new audit tool was created on 2/26/2021 by the Phoenix HDF to track medication administration for hospital returns to aid nursing in ensuring no medication doses are missed. This data is also shared with the DON and ADON for additional oversite to ensure medications are being administered to patients without interruption. As of 2/26/2021, Phoenix nursing was also educated on the importance of starting a patient's medications as soon as possible following the order being in place and back-up pharmacy procedures to facilitate faster administration. The clinic stock list for all units was also updated and made available to all staff as of 4/8/2021, to better facilitate patients receiving hospital recommended medications as quickly as possible. Lastly, on 3/25/2021, the DON sent out the following education to all staff: "All hospital recommended medications must be tracked using the med tracking form. Notify your supervisor if a BID (or more frequent) medication is started in the evening. If a patient with an AM medication returns after noon, enter the effective date of the medication as the next day."

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Providers miss documenting rational for changing medications and not placing consults in within timeframe.  Additionally, providers need to sign off on nursing note forwarded to them to review.  Nursing is not administering medications in accordance with discharge instructions.

**Corrective Action Plan:**
This is monitored daily to determine if documentation was completed correctly.  The HDF forwards discrepancies to the providers responsible for the errors.  On identifying a non-compliant chart the provider is alerted to the discrepancies or need for further explanation, and places it to ensure compliance.  The SMD discussed continued vigilance at provider meetings on 08/27/2019 and 10/09/2019.  The SMD continued to provide the providers education on 03/10/2020 during a meeting to help clarify lingering issues as well as on 4/15/2020.

**Updated as of June 17, 2020:**

**Basis for Non-Compliance:**
Providers miss documenting rational for changing medications and are not placing consults in within timeframe.  Additionally, providers need to sign off on nursing note forwarded to them for review.  Nursing is not administering medications in accordance with discharge instructions.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**
This is monitored daily by the HDF, Unit ADONs, and SMD Nurse Assistant to determine if documentation was completed correctly. On identifying a non-compliant chart, the provider, unit ADON, and provider technician are alerted to the discrepancies requesting correction/addendums to the medical record. On 5/21/20 and on 6/18/20, the SMD educated and will re-educate all providers.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Providers miss documenting rationale for changing medications and not placing consults in within timeframe. Additionally, providers need to sign off on nursing notes forwarded to them for review. Nursing is not administering medications in accordance with discharge instructions.

**Corrective Action Plan:**
This is monitored daily by the HDF, Unit ADONs, and SMD Nurse Assistant to determine if documentation was completed correctly. On identifying a non-compliant chart, the provider, unit ADON, and provider technician are alerted to the discrepancies requesting correction/addendums to the medical record. On 5/21/2020 and on 6/18/2020, the SMD educated and will re-educate all providers.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Providers miss documenting rationale for changing medications and not placing consults in within timeframe. Additionally, providers need to sign off on nursing notes forwarded to them for review. Nursing is not administering medications in accordance with discharge instructions.

**Corrective Action Plan:**
The HDF, Unit ADONs, and SMD Nurse Asst. monitor this daily to determine if documentation was completed correctly. On identifying a non-compliant chart, the provider, unit ADON, and provider technician are alerted to the discrepancies requesting correction/addendums to the medical record. On 5/21/2020 and on 6/18/2020, the SMD provided education to all providers.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Weekend Nursing is not administering medications in accordance with discharge instructions.

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Corrective Action Plan:**

Nursing Town Halls occurred the week of 9/14/2020 to discuss. CIP nurses will audit the medications every weekday and alert the DON, Yard ADON, AFHA and FHA of discrepancies. A weekend nurse was assigned to perform audits for Saturday and Sunday arrivals.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing or requesting recommended discharge recommendations for offsite consults on weekend returns.
2. Discharge recommended medication(s) ordered by the provider were not given as ordered.

**Corrective Action Plan:**

1. Detailed instructions emailed to all nursing staff on 9/24/2020.
2. All ADONs and HDF will be added to the ADC "RFO" transport email.
3. Medications
   - Antibiotics
     - Will be ordered for complete required dosage
     - Clinic stock will be given upon return
     - If clinic stock not available, back-up pharmacy will be utilized
     - ADON of the yard will verify all doses are given
   - All other medications
     - If inmate was already on the medication, it will be given as ordered
     - If new medication, we will give from clinic stock. If not available in clinic stock, we will follow PM 11, and give within 2 days
4. Consults
   - The on-call provider will address recommended consults if inmate returns after 5pm Mon-Fri, or there is not a provider on the yard (RDO, PDO, etc.), or it is the weekend.
     - HDF will monitor during the week
     - Any consults not entered will be brought to the attention of the FHA/AFHA, so he or she can contact the provider and verify once entered
     - Education on the above provided at the Provider monthly meeting

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.
2. Providers are not addressing recommendations specifically. Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

"return in 2-3 days" or explain why they feel the patient can return when scheduled.

3. Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends.

**Corrective Action Plan:**

1. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA so the FHA can follow up with the provider to ensure compliance.

2. Education of how to address all discharge recommendations completely sent via email to all providers on 11/13/2020.  Providers not addressing consults completely will be subject to progressive discipline.

3. Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. Med-line nurse will note on the sheet times medications were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance.  During the week, the HDF department will track medications.  On the weekend, the nightshift charge nurse will track medications to ensure compliance.

4. Nurses not administering medication will be subject to progressive discipline.

5. Medications not available via clinic stock will be obtained from off-site pharmacy vendor to ensure continuity of care.

6.  Tracking and monitoring of this PM has been assigned to the weekend ADON as of 11/13/2020.  She will identify issues and contact the weekend provider on call to adjust.

Mandatory Nursing Town Halls occurred 9/17/2020 and 9/22/2020 to discuss and retrain.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**

1. Providers are not addressing recommended discharge recommendations for offsite consults on weekend returns.

2. Providers are not addressing recommendations specifically.  Example: if a discharge recommendation is "return in 2-3 days", the provider needs to order "return in 2-3 days", or explain why they feel the patient can return when scheduled.

3. Discharge recommended medication(s) ordered by the provider not given as ordered, mainly on the weekends.

**Corrective Action Plan:**
Continue with the current CAP as it was not fully implemented until the middle of November. Therefore, the changes are not reflected in the October audit month.

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

1. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA, so the FHA can follow-up with the provider to ensure compliance.

2. Education on how to address all discharge recommendations completely sent via email to all providers on 11/13/2020.  Providers not addressing consults completely will be subject to progressive discipline.

3. Nurses on the RFO yard will start using the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due.  Med-line nurse will note on the sheet, times medications were given. The Nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance.  During the week, the HDF department will track medications.  On the weekend, the nightshift charge nurse will track medications to ensure compliance.

4. Nurses not administering medication will be subject to progressive discipline.

5. Medications not available via clinic stock will be obtained from off-site pharmacy vendor to ensure continuity of care.

6. Tracking and monitoring of this PM has been assigned to the weekend ADON as of 11/13/2020.  She will identify issues and contact the weekend provider on call to adjust.

7. Mandatory Nursing Town Halls occurred 9/17/2020 and 9/22/2020 to discuss and retrain.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**

1. On call provider not being contacted in time to review discharge orders.
2. Ordered antibiotics or specific medications are not being administered for the amount of days prescribed.

**Corrective Action Plan:**

1. Onsite Educator entered role on 12/6/2020 and has started providing one- on-one education with signed attestations to nursing who fail to meet compliance.

2. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults.  If the on-call provider does not address the consults, the RN will contact the FHA/DON, so the FHA/DON can follow up with the provider to ensure compliance.

3. Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due.  Med-line nurse will document when medications were given. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

to ensure compliance. During the week, the HDF Department will track medications.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
1. Ordered antibiotics or specific medication is not administered in its entirety for days prescribed.
2. Consults not ordered within 24 hours.
3. Medications on hospital orders with no specific reason on why they were disagreed with.

**Corrective Action Plan:**
1. Nurses on the yard will continue to utilize the "RFO medication" sheet, where med-line nurse will document the new medications ordered and when the doses are due. The orders will be entered on the MAR, which is available to nursing staff. Med-line nurse will document medications administration on the MAR. The nurse will contact the on-call ADON and verify all new arrivals received their medications as ordered to ensure compliance. Clinical leadership will give disciplinary action when appropriate when medication has not been administered. Providers will also ensure they are writing the order with the correct amount of dates so patient gets full dose of treatment. During the week, the HDF department will track medications and alert site clinical leadership to take action. All missed medications are to be followed up on immediately as medically indicated.
2. Medications will be ordered as KOP verses DOT when appropriate.
3. The charts in this month's audit had consults not entered within the compliant timeframe. Clinical Coordinator as well as HDF will continue to review discharge orders where consults are entered to ensure providers are seeing and entering them immediately. The Clinical Coordinator and HDF will notify the FHA and SMD if a provider has not taken action. The action will then be reviewed by the SMD and action taken as medically indicated. The SMD and providers must take action within 24 hours of receiving the discharge recommendations. The RN assigned will review all Friday and Saturday RFOs and make sure the on-call provider addresses offsite consults. If the on-call provider does not address the consults, the RN will contact the FHA/DON/SMD, so the FHA/DON/SMD can follow up with the provider to ensure compliance.
4. Clarification was provided to the providers on the expectation of documentation pertaining to the reasoning for disagreeing with discharge recommendations. The HDF will monitor documentation from providers for every RFO to ensure sufficient reason is provided. Providers are issued a notification when further reasoning is required and will act on it. In addition, the HDF will provide this information to the SMD to provide further action or training to the providers.

**PM 44**    *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Medications as directed on RFO orders were not given as prescribed.

**Corrective Action Plan:**
On-site Educator initiated one-on-one education starting 12/6/2020 with signed attestations to nursing who fail to meet compliance. Education was provided as to the importance of starting a patient's medications as soon as possible following the order being in place and back-up pharmacy procedures to facilitate faster administration.  In addition, education was provided concerning the importance of patients receiving all doses of the medication.  If the patient refuses medication, a refusal is to be obtained. Healthcare Delivery Facilitator reviews returns daily to ensure compliance.  If any requirement is missing, an email is sent to the DON, AFHA, and FHA alerting of the deficiencies.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Providers miss documenting rationale for changing medications and not ordering consults and treatments within timeframe.  Nursing is not administering medications in accordance with discharge instructions by either missing doses or starting administration late.  Medical Records did not ensure all discharge instructions were scanned into respective patients' charts for review after both nursing and providers referred to them in their encounters.

**Corrective Action Plan:**
This is monitored daily to determine if documentation was completed correctly, as well as whether medication is being administered as prescribed.  The HDF forwards discrepancies to the providers who are responsible for the errors.  On identifying a non-compliant chart, the provider is alerted to the discrepancies or need for further explanation, and places it in the chart to ensure compliance.  The DON also receives the discrepancies daily to assist nursing with their role in administering medications.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*Providers  are not documenting rationale for changing medications and are not ordering consults and treatments within timeframe.  Nursing is not administering medications in accordance with discharge instructions, by either missing doses or starting administration late.  Medical Records did not ensure all discharge instructions were scanned into respective patients' charts for review after both nursing and providers referred to them in their encounters.*

**PM 44**

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

*Corrective Action Plan:*

*This is monitored daily to determine if documentation was completed correctly, as well as whether medication is being administered as prescribed.  The HDF forwards discrepancies to the providers who are responsible for the errors.  On identifying a non-compliant chart, the provider is alerted to the discrepancies or need for further explanation, and places it in the chart to ensure compliance.  The DON also receives the discrepancies daily to assist nursing with their role in administering medications. This is still within a previous month's CAP resolution timeframe.*

# PM 44

*Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*



**Update as of November 21, 2018:**

**Basis for Noncompliance:**
This dip in performance was the result of a Provider speaking with the nurse about the necessary discharge recommendations, but a failure to mark the nurse's review until a day after the deadline to do so.

**Corrective Action Plan:**
Education about the level of documentation needed for this performance measure, among other things, was provided to the nursing staff on October 26, 2018. Additional education was also provided to the Provider at issue.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
This dip in performance was the result of a RN seeing the inmate 3 day instead of the Provider per the recommendation from the ER transport.

**Corrective Action Plan:**
Education to the RN staff about ER transport will be provided in the September 18, 2019 all department meeting, by the HCDF.

**PM 44**   *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
The On-Call HCP did not address the consult for urology. Note small sample size as one of the five charts was noncompliant.

**Corrective Action Plan:**
HCP was addressed by the FHA; laptops have been ordered for the HCPs for at home documentation.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Nursing is not administering medications in accordance with discharge instructions.

**Corrective Action Plan:**
Documentation timeframes and medication error reports discussed at the monthly Nurses meeting by the ADON. Maintain current plan of educating nursing staff on the importance of consistency of medication administration.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
Six charts were audited; only one chart was found noncompliant.  The patient returned from the ER to the Winslow facility on 8/17/2020. The patient was then transferred to the Eyman facility the same day. Medication administration was not completed at the receiving facility on the 17th and 18th due to the medication not being available.

**Corrective Action Plan:**
Sending facility nurse will contact the receiving facility when there are medications scheduled that need to be given upon arrival.

Update as of November 19, 2020:

Basis for Non-Compliance:

A review of the findings for September 2020 identified specific issues.  The audit contained seven charts – four charts identified as being compliant and three charts identified as non-compliant.  On two occasions, the on-call provider did not put in the consults within the 24-hour period.  In the third record reviewed, completion of the antibiotic therapy did not occur because the order was entered incorrectly.  Compliance

**PM 44**  *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

of this measure is dependent upon medical and nursing working together in due diligence, which is reflected in the plan.

Corrective Action Plan:

1. The SMD will assign a Nurse Practitioner to review all ER returns ensuring that medication does not expire prior to the completion of therapy recommended by the ER, starting 11/13/2020.
2. The SMD will have huddles with the Nurse Practitioners in the mornings, starting 11/13/2020 in addition to the general morning huddles.
3. A white board with the inmate name, number, and so forth will be utilized as an ongoing reminder that the 24-hour period is continuously monitored so that HCP follow up can occur.  This 24-hour clock method (white board) has worked very well in the past to help to maintain compliance with this measure, starting 11/12/2020.
4. The RN receiving the patient back from the hospital will update the white board with patient received, date and time, and recommendation from the hospital, starting 11/12/2020.
5. HDF will use the paper MARS to help monitor medication therapy starting 11/6/2020.
6. The NP on call will be responsible for the putting in the consults that are recommended.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Providers were not reviewing and acting upon all hospital recommendations within 24 hours even on weekends and holidays. Full treatment of the medication was not completed per the provider's orders.  Follow-up consults that are recommended and agreed upon need to be completed within timeframes indicated.

**Corrective Action Plan:**
Expectations of the on-call providers emailed to all providers on 8/18/2020 by SMD that when on-call will have to review and act on hospital recommendations throughout the weekend. Re-education to be sent out to providers again by 10/16/2020 by the SMD. FHA will reach out to SMD if review is not completed to ensure completion with in the 24 hours. Hospital return recommendations will be monitored and reviewed by the compliance team daily to ensure no lapse in recommended and agreed-upon treatment. ADONs will send out daily reminders to all staff of hospital returns and treatments needing to be completed to ensure there is no lapse. Education sent to providers by SMD on 11/18/2020, that if follow-up times for consults are indicated, we must agree or disagree with the timeframes and ensure communication to the clinical coordinator of these timeframes.  If we are unable to get patient to the specialist within the timeframes indicated and agreed upon, patient will

**PM 44**   *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

need to be re-sent to ED for re-evaluation.  Daily monitoring by site leadership for compliance, education, and medication order errors. Site leadership will continue to monitor and educate.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
When reviewing the findings for November 2020, specific issues were identified.  Seven charts were identified for this audit.   Five charts identified as being compliant, two charts identified as non-compliant.  On one occasion, the on-call provider did not put in the consults in the 24-hour period.  In the second  record reviewed, the completion of the antibiotic therapy was missed because of the way eOMIS dates the order.  New orders given in the evening start on one day but would not finish until the 11th day… causing a fall-out.    Compliance with this measure is dependent upon medical and nursing diligence together which is reflected in the plan; however, this particular measure will be HCP (Health Care Provider) driven.

**Corrective Action Plan:**
1. The SMD will review all ER returns ensuring that medications do not expire prior to the completion of therapy that was recommended by the ER starting 1/13/2021.
2. SMD will start attending AM huddles with the Nurse Practitioners in the mornings starting 1/13/2020 in addition to the general AM huddles, which are already held at 0700.
3. The white board located in the medical records area with the inmate name, number, and time of off-site return will be implemented on 1/13/2021. The Clinical Coordinator, ADON, and general staff nurses will utilize this board as an ongoing reminder that the 24-hour period is continuously monitored so that HCP follow up can concur.
4. The RN receiving the patient back from the hospital will put on the white board patient received, date, time, and recommendations from the hospital.
5. HCDF will use the paper MARs to help monitor medication therapy as recommended and/or ordered by the onsite HCP.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Medications as directed on RFO orders were not given as prescribed.

**Corrective Action Plan:**
The DON educated nursing staff at the monthly staff meeting in March to double check the EMAR during Med Pass to see if there are any new medications or updates with medications. Chart in eOMIS EMAR that first dose was given at the Hospital, as reported during the Nurse-to-Nurse report from the hospital. If the medication was not started at the

**PM 44**  *Are inmates that are returning from an inpatient hospital stay or ER transport with discharge recommendations from the hospital having the hospital's treatment recommendations reviewed and acted upon by a Medical Provider within 24 hours?*

hospital, the provider and nurses need to ensure with a double check system that the order will cover the entirety of the prescription.  Order an extra day's worth of medication to complete the order as directed by the HCP/double check the orders in the EMAR and give medication as directed by the HCP, if any questions call the HCP to verify orders.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Update as of February 21, 2019:**

**Basis for Non-Compliance**:
The facility was down one lab tech during this audit cycle and it requires two for this size facility.

**Corrective Action Plan**:
The second lab tech position was filled the third week of January.

**Update as of March 21, 2019:**

**Basis for Non-Compliance:**
Providers were entering chronic care labs as routine when these should be selected as prior to next clinic. Providers were also cancelling labs and not documenting the reason for the cancellation.

**Corrective Action Plan:**
Education was provided that included the appropriate selection option for chronic care labs and documenting the reason for a cancellation via email to all providers on February 12, 2019. The providers included on this email were telehealth, site, and psychiatric providers.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*

**Update as of July 16, 2019:**

**Basis for Non-Compliance**:
The labs are being drawn outside the periods due to the demand out pacing the available resources. The Lewis complex has a population of over 5,000 and currently one lab tech with no coverage when the lab tech is on PTO.

**Corrective Action Plan**:
A second lab tech started the last week of May and completed training the last week of June. Compliance is anticipated for the June audit.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:** STAT lab results are not always scanned into eOMIS. Labs drawn outside of time frames.

**Corrective Action Plan:**
HDFs will check STAT labs to confirm scanned results are in to close out. HDF will send updates daily to appropriate staff to complete outstanding labs in required timeframes. FHAs will monitor, on the 10th day a routine lab is still not completed, HDF will inform the Director of Compliance who will include the outstanding item in daily email sent of action items/summary of findings to DOs and VP for follow up and facilitate plan. IR's being completed for incomplete lab lines and submitted to leadership immediately after.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Stat lab results are not being scanned into eOMIS. Routine labs are not being completed within the 14-day timeframe.

**Corrective Action Plan:**
HDFs will check STAT labs to confirm scanned results are in to close out. HDF will send updates daily to appropriate staff to complete outstanding labs in required timeframes. FHAs will monitor.  If on the 10th day a routine lab is still not completed, HDF will inform the Director of Compliance who will include the outstanding item in daily email sent of action items/summary of findings to DOs and VP for follow up and to facilitate plan. IRs are being completed for incomplete lab lines and submitted to leadership immediately after.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Not all of the lab results from Garcia labs is interfacing with eOMIS.

**Corrective Action Plan:**
The lab tech is now searching through the Garcia website for any labs that have not resulted.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*



**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
Two of the yards were placing labs daily indicating that the draws needed to be done on an urgent basis.  However, the phlebotomist was not onsite at those yards daily.

**Corrective Action Plan:**
On September 10, 2018, the facility phlebotomist provided additional education to nursing staff on completing lab draws, including those that are marked as urgent.   Additional education will be provided on October 8 and 11, 2018.

**Update as of February 21, 2019:**

**Basis for Non-Compliance**:
On-site diagnostic services were not provided timely due to lack of oversight.

**Corrective Action Plan:**
The HDF at the facility will pull a report of on-site diagnostic orders and will provide the information to the Lab Tech to complete the orders timely.  The HDF was hired effective January 7, 2019 and the new process will start effective February 1, 2019.

# PM 45

*Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*

**Update as of April 21, 2019:**

**Basis for Non-Compliance**:
Providers were entering chronic care labs as routine when these should be selected as prior to next clinic. Providers were also canceling labs and not documenting the reason for the cancellation.

**Corrective Action Plan**:
Education was provided that included the appropriate selection option for chronic care labs and documenting the reason for a cancellation via email to all providers on April 5, 2019. The providers included on this email were telehealth, site, and psychiatric providers.

**Update as of July 16, 2019:**

**Basis for Non-Compliance**:
The labs are being drawn outside the periods due to the demand out pacing the available resources. The Tucson complex has a population of over 5,000 and currently one lab tech with no coverage when the lab tech is on PTO.

**Corrective Action Plan**:
The nurses have been instructed by site leadership to complete lab draws on patients seen on nurse line when labs are needed. CNAS at the facility are being encouraged by site leadership to obtain a phlebotomy certification to assist with the completion of lab draws.

**Update as of August 09, 2019:**

**Basis for Non-Compliance:**

There was a need for another phlebotomist at the Tucson complex.  During the interim, nursing staff has been tasked to assist with lab draws.

**Corrective Action Plan:**

A new phlebotomist was hired August 4, 2019.  They are in training and will help to improve the performance of this task.

**Update as of September 19, 2019:**

**Basis for Non-Compliance:**
There was a need for another phlebotomist.  The certification needed allows only those certified and nurses to draw labs.  With the nursing shortage, this task was underserved.

**PM 45** *Are on-site diagnostic services provided the same day if ordered STAT or urgent, or within 14 calendar days if routine?*

**Corrective Action Plan:**
Recruitment is sourcing for a phlebotomist to add to the roaster. The additional phlebotomist will help to ensure compliance with all yards. While this position is being filled nurses are asked to give extra time to help keep up with any ordered labs.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The demand has outpaced the available resources.

**Corrective Action Plan**: Additional nurses have been receiving training on proper lab requisitions and protocols so that additional lab lines can be conducted as needed. In addition, two phlebotomist have been interviewed and are in process to be added to the team.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Routine orders fell out of compliance due to the lead lab tech being out sick for nearly half the month and the second lab tech being a new hire. The HDF sent out daily reports keeping leadership apprised of what labs needed to be completed to remain compliant; however, due to the ongoing COVID-19 pandemic, units were also short nursing staff that would usually be available to complete the labs within timeframe. Going by the report sent out by the HDF, providers cancelled many of the orders but did not document why or that they were re-ordering the lab prior to next clinic. The site X-Ray Tech was also out for an extended period of time due to self-quarantine protocols and the back-up tech sent by the vendor was not properly educated on Centurion and ADC requirements when cancelling x-ray orders and documentation.

**Corrective Action Plan:**
Staffing issues are continuing to resolve as the pandemic runs its course. Tucson currently has two lab techs who cover the entire complex with a routine defined schedule of lab services at each unit. The HDF continues to send out reports at days 7, 14, and 15 so that site leadership, lab techs, and the x-ray tech can prioritize diagnostic services to ensure timely completion.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
There was a Provider shortage leading to a lack of compliance with this performance measure.

**Corrective Action Plan:**
This facility has started to utilize telehealth Providers for review until vacant Provider positions can be filled. The facility is currently utilizing telehealth three days a week. The new RMD, who started in late June, is also assisting until Providers are recruited.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
This location is currently without a provider and has two open provider positions.

**Corrective Action Plan:**
Corizon continues its efforts to recruit and hire providers for this location. In the interim, Douglas continues to utilize telemed and relies on the RMD for additional assistance as referenced above.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The basis for noncompliance remains the same.

**Corrective Action Plan:**
In the month of September, the compliance numbers are on a significant upward trajectory and very nearly compliant. Accordingly, Corizon will continue to utilize the existing corrective action plan. Corizon will also continue to utilize telemed and will continue to have a Provider from another site assist in reviews. Finally, offers have been made to two Providers that are in the credentialing process. If they clear, they would begin working at the facility in early 2019.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Basis for non-compliance (as of October 6, 2017):**
It appears that providers were timely reviewing diagnostic and pathology reports, but were not acting upon them within the time requirements allotted.

**Corrective Action Plan (as of October 6, 2017):**
Corizon added a medical doctor to the Eyman facility on September 15, 2017.

Additionally, Corizon created a "CGAR crosscheck committee" in late September.  This committee includes the Site Health Administrator.  The committee tracks all improvement tasks related to CGAR performance. The committee has access to an aging/exception report that tracks all diagnostic reports and their age since their receipt at the prison.

**Supplemental Corrective Action Plan as of November 6, 2017:**

1. Once diagnostic is complete via the interface with the lab and X-Ray vendors, it will generate a diagnostic report that goes to providers "to do" list within eOMIS.

2. Provider reviews their "to do" list in eOMIS every day.

3. Provider reviews the diagnostic studies and includes an action verb in the note.

**PM 46** *Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**Supplemental Information as of December 15, 2017:**

**Basis for Non-Compliance:**
A large backlog occurred at this facility in terms of having Providers review and act on diagnostic and pathology reports within the required timeframe. Providers were only reviewing their own ordered diagnostic and pathology reports, and were not also reviewing the reports sought by other Providers.

**Corrective Action Plan:**
On-duty Providers will be assigned to an individual yard at the facility. The Providers are now responsible for reviewing all diagnostic and pathology reports generated for patients at an assigned yard, including those requested by other Providers. This supplemental corrective action plan was implemented in the beginning of November 2017.

**Update as of January 8, 2018:**
Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Eyman, which has resulted in substantial improvement in compliance rates, as detailed in the above chart, and will reevaluate whether changes are needed as necessary. Additionally, beginning in November 2017, the AFHA has been sending emails to each provider about diagnostic report reviews to ensure they are completed within the required timeframe. Corizon anticipates improvement to the point of compliance for the month of December 2017.

**Update as of February 14, 2018:**
Continue with current plan, as numerous follow ups are occurring and scores are increasing.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
A provider was documenting relevant performance in unfamiliar locations in the file that was missed by monitors. Two formal rebuttals have been filed and are pending review.

**Corrective Action Plan:**
The referenced provider was re-educated as to where in the file this particular documentation should occur, which, based on early March results, seems to have proven effective because March results for this performance measure appear to be in compliance. In addition, Dr. Stewart provided additional training on this measure on March 28, 2018.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**Update as of November 21, 2018:**

**Basis for Non-Compliance:**
This result appears to be a one-time problem resulting from a failure to appropriately pre-schedule good rotation within the complex to cover two yards during a brief period in which one Provider was out for two weeks.

**Corrective Action Plan:**
The Assistant Facility Health Administrator (AFHA) began tracking this measure daily on October 5, 2018 to help provide some additional oversight to avoid the aforementioned problem in the future.

**Update as of August 8, 2019:**

**Basis for Non-Compliance:**
Providers are not reviewing the lab results and acting upon the results within five days.

**Corrective Action Plan:**
The SMD held a meeting with the providers on July 31, 2019 and gave them direction to pull their labs from eOMIS daily and review the labs daily.  The HDF will continue to send the lab report and monitor compliance.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Medical Providers are not reviewing the diagnostic reports and acting upon the reports with abnormal values within five (5) calendar days of receiving the reports at the prison.

**Corrective Action Plan:**
Telehealth providers are now being assigned to assist with reviewing all labs and x-rays, within the five (5) calendar days when there is a provider available.  A secondary follow up will be completed and notifications will be made if the reviews are still pending.  Any abnormal values immediately reported to the assigned unit provider, along with the SMD.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Corrective Action Plan as of November 6, 2017:**

1. Once diagnostic is complete via the interface with the lab and X-Ray vendors, it will generate a diagnostic report that goes to providers "to do" list within eOMIS.

2. Provider reviews their "to do" list in eOMIS every day.

3. Provider reviews the diagnostic studies and includes an action verb in the note.

**Supplemental Information as of December 15, 2017:**

**Basis for Non-Compliance:**
A large backlog occurred at this facility in terms of having Providers review and act on diagnostic and pathology reports within the required timeframe. Providers were only reviewing their own ordered diagnostic and pathology reports, and were not also reviewing the reports sought by other Providers.

**Corrective Action Plan:**
On-duty Providers will be assigned to an individual yard at the facility. The Providers are now responsible for reviewing all diagnostic and pathology reports generated for patients at an assigned yard, including those requested by other Providers. This supplemental corrective action plan was implemented in the beginning of November 2017.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**Update as of January 8, 2017:**

The Florence facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**

The dip in performance concerning this performance measure was due to a shortage of Providers to timely complete necessary review and action.

**Corrective Action Plan:**

On November 6, 2018, Providers were counseled that they need to see labs for any inmates on their assigned unit regardless of whether they are the Provider that ordered the labs. The additional training provided will be part of weekly ongoing training going forward. Further, the HDF is now emailing out labs and x-rays that are due the day of to stay compliant and for the next five days thereafter to ensure compliance. Finally, this facility now has Providers for each unit.

**Update as of August 8, 2019:**

We do not have information concerning the basis for noncompliance nor do we have a corrective action plan at this time to report to the Court. Defendants will supplement upon receipt of additional information from Centurion.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Supplemental Information as of December 15, 2017:**
Daily reminders are made to Providers about the need to review diagnostic reports within 5 calendar days of receipt of the report at the prison and Corizon staff are following up with Providers if the reminders have not been timely acted upon.

As of December 8, intake nurses are communicating with critical care nurses and Providers to ensure that patients are seen immediately upon transport to the Lewis facility before they are taken to their unit, so that any reports identified for them are also reviewed.

**Update as of January 8, 2018:**
The Lewis facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of July 31, 2018:**

**Basis for noncompliance:**
Providers are having to cover more yards than they were previously required to cover due to a decrease in the number of Providers working on complex.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**Corrective Action Plan:**

A part-time Provider who previously worked one day a week has been working more hours to help get caught up until additional Providers are hired. As a result, it is anticipated that June's numbers will be compliant.

**Update as of November 21, 2018:**

**Basis for Non-Compliance:**

One yard is still short a Provider.

**Corrective Action Plan:**

Recruitment efforts to fill the provider vacancy continue, and, in the interim, the other Providers rotate into the yard with the vacancy to fill the gap. Corizon also continues to utilize telemedicine.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**

The Site Medical Director (SMD) was on vacation in November 2018, and Lewis is down two Providers with another Provider on FMLA leave.

**Corrective Action Plan:**

The SMD returned in December. The clinical coordinator is tracking compliance with this daily, starting on January 14. Lewis hired a Nurse Practitioner and is interviewing another. Finally, Lewis is interviewing a PRN medical doctor.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Basis for non-compliance:**
Corizon is still investigating and will supplement at a later date.

**Corrective Action Plan:**
A new Site Medical Director has been hired and will begin on September 18, 2017.  It is anticipated that this additional staffing will alleviate any backlog that led to reduced compliance levels.  With the addition of the new Site Medical Director, the number of providers will total nine (9).

**Update as of December 15, 2017:**
The Perryville facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Supplemental Information as of December 15, 2017:**

**Basis for Noncompliance:**
The psychiatrist on staff did not understand the process for reviewing diagnostic reports and acting upon those with abnormal values within five days.

Additionally, the Providers on duty were only reviewing diagnostic reports that they had ordered, rather than any pending reports for their yard.

**Corrective Action Plan:**
The psychiatrist in question received additional education on September 19, 2017, September 29, 2017, October 5, 2017, and October 18, 2017.

Additionally, the Provider that puts in the diagnostic request at issue is now alerted if there is an outstanding report requiring action. If that Provider is not available, staff will alert any Provider that is available that day and assign one of the available Providers to take action. This review is being done daily.

**Update as of January 8, 2018:**
Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Phoenix, which has resulted in substantial improvement in compliance rates, as detailed in the above chart, and will reevaluate whether changes are needed as necessary.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

Compliance is being monitored daily by the AFHA and lab phlebotomist. Reports are provided to providers on a daily basis to review. The staff psychiatrist is reviewing diagnostic reports of inmates who are prescribed psychiatric medications.  In addition, telepsych providers were provided additional education to ensure their compliance with the measure, which began in November and concluded on December 10, 2017.

**Update as of June 11, 2018:**

**Corrective Action Plan:**
The new Phoenix Medical Director began on April 15, 2018 and began reviewing this measure daily for compliance.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Corrective Action Plan as of November 6, 2017:**

1. Once diagnostic is complete via the interface with the lab and X-Ray vendors, it will generate a diagnostic report that goes to Provider's "to do" list within eOMIS.

2. Provider reviews their "to do" list in eOMIS every day.

3. Provider reviews the diagnostic studies and includes an action verb in the note.

**Update as of December 15, 2017:**
See the December 15, 2017 Corrective Action Plan for Florence and Eyman.

Additionally, as of the first week of November, Corizon has begun circulating diagnostic reports to Providers by no later than 3 days after receipt to ensure compliance is achieved within the 5-day timeframe set forth in this performance measure. Compliance with this requirement is also being tracked daily to ensure that prompt action is taken to address any deficiencies.

**Update as of January 8, 2018:**
The Tucson facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*



**Basis for non-compliance:**
A provider retired leading to a provider backlog.

**Corrective Action Plan:**
After having this job posted for 351 days, a new provider candidate is in the process of having his/her credentials and references checked.  Assuming this candidate is approved, it is anticipated that a new provider will be on staff in October 2017 to help alleviate the backlog.  An experienced Corizon PRN NP has recently requested to start back on October 1st to perform part-time services for Yuma complex.

The providers are reviewing labs and imaging daily and sending a communique to the inmate notifying them if the results were normal or abnormal and then the patient is scheduled to see the provider to discuss abnormal results within 14 days of the request.

**Update as of July 31, 2018:**

**Basis for noncompliance:**
On May 6, this facility's SMD went on leave and was later terminated, resulting in there being only one Provider to review and act on reports.

**Corrective Action Plan:**
Another Provider was hired at the end of May, and the facility is actively recruiting for a new SMD. This facility anticipates improved compliance in June.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**Update as of August 29, 2018:**

**Corrective Action Plan:**
Corizon will continue to utilize the Corrective Action Plan outlined in the July 31, 2018 update until another Provider is recruited, as performance has improved. Additionally, the schedules of the remaining providers on-site have been adjusted to provide more coverage, including dedicated block times for reviewing reports. The utilization of telehealth Providers for review has increased as well.

**Update as of September 25, 2018:**

**Basis of Noncompliance:**
Provider staffing contributed to the noncompliance of this performance measure.  There is one MD position and two NP positions vacant.

Further, the Providers were only reviewing the diagnostic reports that were associated with their own name.  Thus, when a Provider was terminated in May, no Providers were reviewing those diagnostic reports associated with the terminated Provider.

**Corrective Action Plan:**
Now that the issue has been identified, Providers no longer only review the reports associated with their own name.  Additionally, starting on September 1, 2018, an email is sent to all Providers every day relating to any patient who will come out of compliance the next day so that the patient's diagnostic report can be reviewed by the end of the day.

Further, the schedules of the remaining Providers have been adjusted to provide more coverage, including dedicated blocks of time to review reports.  Also, telehealth Providers are now being utilized to help review reports.  Finally, the vacant SMD position has been filled.

**Update as of October 24, 2018:**

**Basis of Noncompliance:**
Part of the prior corrective action plan was not implemented until September 1, 2018. As such, the prior plan's impact was not reflected in August's numbers.

**Corrective Action Plan:**
Corizon will continue to utilize the prior corrective action plan.  Additionally, the preliminary results for September indicate that Yuma was compliant in September.

# PM 46

*Are Medical Providers reviewing the diagnostic report, including pathology reports, and acting upon the reports with abnormal values within five (5) calendar days of receiving the report at the prison?*

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
Providers reviewed abnormal labs and indicated in their review that labs would be reviewed with patients at next Chronic Care Visit and they were not Chronic Care patients. Providers reviewed labs and did not put measurable time frames or see within five (5) days.

**Corrective Action Plan:**
On 9/4/2020 education was sent to providers about the importance of ensuring that prior to the review of labs they review the chart to ensure the patient is a Chronic Care patient and that they ensure they input measurable time frames for a follow up with the patient. Lab reviews will be monitored and reviewed by the compliance team daily to ensure no lapse in care.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance:**
July's sample size was a <u>single</u> inmate. The provider on duty failed to respond in a timely fashion to that single inmate, resulting in a 0% compliance rate. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan:**
The provider that failed to comply with this performance measure was terminated. Corizon has also implemented a new communique process, effective late June 2017, as addressed in greater detail below and in Doc. 2294 and Doc. 2296, filed with the Court on September 8, 2017.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
There was a misunderstanding involving the nurses' ability to print diagnostic results and give them directly to the patients.

**Corrective Action Plan:**
On August 13, 2018, nurses began printing results and giving them directly to the patients upon receipt of an HNR.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
There was confusion amongst the nursing staff as to the scope of information relating to

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

lab results that they were required to provide to patients.  For example, two of these instances occurred when the patient came in and asked for multiple copies of lab results, and the nurse believed she did not have to give them to the inmate. This was a miscommunication that resulted in the nurses being hesitant to provide patients with printed diagnostic results which therefore affected compliance on this measure.

**Corrective Action Plan:**
On August 14, 2018, the RDON sent out instructions to all nursing staff to print the diagnostic results, hand them to the patient, and document in a chart review note.  The RDON also provided all nurses clarification that if an inmate asks for results, even if more than one copy is requested, the nurses must provide them.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
There have been outstanding issues with particular nurses not understanding that they can and should provide printed results even if a provider has not yet reviewed the results.

**Corrective Action Plan:**
Beginning the first week of October, the Facility Health Administrator (FHA) began checking results daily.

The preliminary results for September indicate that this facility is passing this measure for September.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
A nurse did not document that she had printed and handed results to a patient.

**Corrective Action Plan:**
As of November 1, 2018, the Healthcare Delivery Facilitator (HDF) will review the HNR log daily to ensure every request for diagnostic results receives a uniform response.  Going forward, each requesting patient will be brought to his corresponding health unit, at which time his results will be printed and handed to him.  The encounter will then be documented. If, by day 5, the HDF does not see a recorded encounter, the HDF will immediately have the sick call nurse bring the patient in and will adhere to the aforementioned protocol.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
A nurse did not schedule a patient within the 7-day timeframe for the provider to review the results with the patient.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**
Site provided individual education with the nurse who made the error on PM 47 requirements on February 18, 2019.  At All Staff meeting on February 20, 2019, PM 47 requirements were discussed with all in attendance and minutes sent to those that were not in attendance.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
A nurse did not document that she had printed and handed results to a patient.

**Corrective Action Plan:**
As of August 1, 2019, the FHA provided individual education with the nurse who made the error on PM 47. At the All Staff meeting on August 14, 2019 the requirements for PM 47 were discussed with all in attendance and minutes sent to those that were not in attendance.

**Update as April 17, 2020:**

**Basis for Non-Compliance:**
Nursing staff documented results unavailable. Results were available at time of encounter.

**Corrective Action Plan:**
Nursing staff provided education on performance measure requirements.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance:**
Providers are not communicating the results of the diagnostic study within timeframe.

**Corrective Action Plan:**
Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided the information at the time their HNR is received in person. Inmates can request to meet with a provider to discuss the results in more detail.

Effective late June 2017, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.

**Supplemental Information as of December 15, 2017:**

**Basis for Non-compliance:**
There were issues previously experienced in terms of how diagnostic results could be communicated and delivered to an inmate upon request within the required timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**

ADC has modified the procedure for communicating diagnostic results to inmates. Under the new procedure, when an HNR is received for diagnostic results, the RN is now tasked with immediately providing these results to an inmate, including printing and handing the results to the inmate. This new procedure was implemented the third week of November 2017, and is being tracked on a daily basis.

**Update as of January 8, 2018:**

**Corrective Action Plan:**

As with other facilities, a policy change was made in mid-November 2017 which allows the requested results to be printed by the nursing staff and physically handed to the inmates. Prior to that change, the nurses were unable to do so as the medical providers need to physically sign the result reports. Now, medical providers can use electronic signatures. Additional education on the new policy was provided to nurses on November 18 and December 13, 2017. This measure is tracked daily by the FHA, ADON, and AFHA. Corizon anticipates compliance with this measure in December 2017.

**Update as of February 14, 2018:**

The problem was that nurses were not documenting the fact that labs were provided to the inmates when the inmates made a request for lab results.

**Corrective Action Plan:**

Inmates submit a HNR requesting lab results. The nurse reviews the labs to see if the Provider has signed off. If the Provider has not signed off, the nurse will ask the onsite Provider or call a Provider to get the labs signed off. Once the labs have been signed off, the nurse will see the inmates the same day. The nurse will open a Chart Note that states the following: Incidental comments: Here to discuss labs. Discussed labs with patient. If the labs are abnormal, then the patient is referred to the Provider for abnormal labs review. The CNA will be responsible to schedule Provider follow-up appointment. No vital signs are necessary for review of labs. If an inmate is being seen for an additional complaint, a separate encounter will be opened and the appropriate NET will be utilized for the complaint.

**Update as of April 9, 2018:**

**Corrective Action Plan:**

The prior plan will remain in effect. In addition, an ADON will be having one-on-one meetings with staff who fail to comply with these procedures to provide further education and clarity.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of May 8, 2018:**

**Corrective Action Plan:**
There will be a statewide rollout of smart cards for use at all facilities by May 18, 2018. The smart cards will act as a checklist reminder of things to address with each patient, including the steps necessary to ensure compliance with this performance measure. Additionally, a review and training on compliance with this measure will be set by the end of May.

**Update as of June 1, 2018 concerning use and impact of Smart Cards:**
The Smart Card is a tool to ensure that none of the steps are missed in the compliance process. A postmortem audit was performed concerning the site's performance over the last two months which showed that results were being given, but the results were not being documented appropriately. Additionally, confusion remained relating to whether nursing staff was able or authorized to provide the patient's actual diagnostic results (i.e. lab, CT, MRI, X-ray, etc.), which has been clarified as part of the process. As such, the use of the Smart Cards should resolve any confusion or ambiguity as to the manner in which documentation needs to be completed and the need for providing diagnostic results, the two main issues with compliance concerning this performance measure.

A copy of the Smart Card is attached hereto as Attachment 2.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
Nurses continue to be hesitant to provide inmates with printed diagnostic results. Moreover, nurses are hesitant to provide diagnostic results without interpretation, because interpreting results is outside the scope of the nurse's practice.  As a result, upon receiving an HNR for diagnostic results, nurses have been scheduling diagnostic appointments for the Provider to interpret and communicate the diagnostic results, but these appointments sometimes fall outside the seven-day window.

**Corrective Action Plan:**
There was a statewide rollout of smart cards for use at all facilities in late May.  The Smart Card is a tool to ensure that none of the steps are missed in the compliance process. As such, the use of the Smart Cards should resolve any confusion or ambiguity as to the manner in which documentation needs to be completed and the need for providing diagnostic results.

Additionally, a statewide training memo was sent out by regional headquarters on May 11, 2018 instructing nurses to provide printed diagnostic results to inmates.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
Nurses' hesitance to provide inmates with printed diagnostic results affected May's compliance scores on this measure because clarification on that issue was not received until June.

**Corrective Action Plan:**
Nurses received clarification regarding their ability to print diagnostic results on June 11, 2018. Additionally, the SMD conducted additional training with Providers at the June Provider meetings and instructed them to address results in-person the same day they are received. This will minimize the nurses' obligation to hand out results and will ensure that no backlog occurs. In addition, the SMD is meeting weekly with Providers who are routinely missing compliance with this measure.

**Update as of August 29, 2018:**

**Basis for noncompliance:**
As noted in the July 31, 2018 update, there was a misunderstanding involving the nurses' ability to print diagnostic results and give them directly to the patients.

**Corrective Action Plan:**
Clarification regarding the need to print diagnostic results was provided in June 2018, and, as such, improved performance is not reflected in June's results. Corizon will continue with the plan outlined in the July 31, 2018 update. Additional refresher training was also provided during the July 30, 2018 all-staff meeting to re-enforce the process for compliance.

**Update as of September 25, 2018:**

**Corrective Action Plan:**
Refresher training was provided during the July 30 all-staff meeting to re-enforce the process for compliance. On August 14, 2018, the RDON sent out instructions to all nursing staff directing them to print the diagnostic results, hand them to the inmate, and document in the chart. The HDF began monitoring this measure to improve compliance on July 23, 2018.

**PM 47**  *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Part of the above-described Corrective Action Plan did not occur until August 14, 2018.

**Corrective Action Plan:**
August numbers are on a significant upward trajectory and are approaching compliance. Therefore, Corizon will continue to utilize the existing corrective action plan.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
This facility has a significant number of new nursing staff who are currently learning these processes as part of their ongoing training.

**Corrective Action Plan:**
As of November 1, 2018, the Assistant Facility Health Administrator (AFHA) will review the HNR log daily to ensure every request for diagnostic results receives a uniform response.  Going forward, each requesting patient will be brought to his corresponding health unit, at which time his results will be printed and handed to him.  The encounter will then be documented.  If, by day 5, the AFHA does not see a recorded encounter, the AFHA will immediately have the sick call nurse bring the patient in and will adhere to the aforementioned protocol.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Nurses have been documenting their encounters on the inmate letter, but have not been noting them in eOMIS.  Moreover, the monitors look for particular language.

**Corrective Action Plan:**
The Healthcare Delivery Facilitator gave additional instructions to the nursing staff on January 10, and the nurses will receive additional training on this measure on January 31.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
Nurses have been documenting their encounters on the inmate letter, but have not been noting them in eOMIS.  Moreover, the monitors look for particular language.

**PM 47**   *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**
The Healthcare Delivery Facilitator gave additional instructions to the nursing staff on January 10, and the nurses received additional training on this measure on January 10 and January 31. The prior CAP for this performance measure included training that occurred on January 10 and January 31, 2019.  As such, the December numbers do not fully reflect the corrective actions.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
The Eyman facility began a centralized process the third week of February 2019.  All HNRs are brought to a centralized location. All HNRs that are screened and identified as diagnostic results requests are scheduled on the nurse line to receive results.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
Continue the current CAP as it was not implemented until the third week of February and had no impact on the February scores. The Eyman facility began a centralized process the third week of February 2019.  All HNRs are brought to a centralized location. All HNRs that are screened and identified as diagnostic results requests are scheduled on the nurse line to receive results.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**
The HNR process has transitioned from a centralized process back to being handled directly by the yards. The DON provided training provided on the HNR process to all nursing staff in February. Providers are picking up extra shifts seeing patients to clear the backlog.  HNRs are being processed daily, and the DON is tracking HNRs for compliance with this measure.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 28%. The process has been returned out to the yards. The Nurse Line is being completed, as permitted. Training was provided on the HNR process. Providers are picking up extra shifts seeing patients to clear the backlog.  HNRs are now being processed daily and the DON is tracking.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 17%. The process has been returned out to the yards. The Nurse Line is being completed, as permitted. Training was provided on the HNR process. Providers are picking up extra shifts seeing patients to clear the backlog.  HNRs are now being processed daily and the DON is tracking.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
The HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe. Also, due to the centralized HNR process, the unit nurse is responsible for providing the results to the inmate on the unit.  There have been instances in which this has not been completed on the unit level.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**

Upon receipt of the daily HNRs, the DON and/or ADON will sort and remove all HNRs requesting labs.  The unit CNA will be contacted to print the labs and provide the labs to the requesting inmate. A tracking spreadsheet will be maintained on the share drive and will be completed by the DON and ADON.  The HDF will use the spreadsheet along with the Pentaho HSR reports to monitor compliance.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**

Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**

All HNRs that are screened and identified as diagnostic results requests, notification is being sent to the Unit.  The Nursing assistant, nurse line nurse and Medical records are receiving an email with the patient name and number and the specific labs to be printed. The HDF also runs a report and send to the nursing leadership to ensure compliance of time frames.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**

Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan**:

The score has increased by 30% continue with current CAP. All HNRs that are screened and identified as diagnostic results requests, notification is being sent to the Unit.  The Nursing assistant, nurse line nurse and Medical records are receiving an email with the patient name and number and the specific labs to be printed. The HDF also runs a report and send to the nursing leadership to ensure compliance of time frames.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**

Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner. Another cause is HSRs are not entered under "diagnostic results" making it difficult to track properly.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**

For all HNRs that are screened and identified as diagnostic results requests, notification is being sent to the Unit CNA for distribution. The HDF also sends a report out to all nursing staff and CNAs regarding the requested diagnostic results.

**Updated as of January 17, 2020:**

**Basis for Non-Compliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner. Another cause is health serviced requests (HSRs) are not entered under "diagnostic results" making it difficult to track properly.

**Corrective Action Plan:**
The addition of light duty staff and ADONs to the triage process should result in the timeframes being exhausted for the results. Nursing staff have been directed to enter all HNRs requesting diagnostic results to "Diagnostic results" area of interest to allow HDF to track the requests more efficiently. CNAs will have PM 47 requirements added to the post order/job description.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Notifications of diagnostic results requested sent by the HDF are not being acted upon by the unit staff.

**Corrective Action Plan:**
The nurse line will triage the HNRs daily and the requested results will be printed and given to the CNA/MA for distribution. They will provide to the inmate and document as required. The score has increased by 9% from the November audit and the preliminary score for the January audit is 87%.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
The Health Needs Requests (HNRS) where patients requested results of diagnostic studies were not scanned into eOMIS. Centurion did not complete mass testing, and paper results were not in the chart. Nursing gave communiques, but did not scan the communique into eOMIS.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**

The HDF is tracking all requests for diagnostic studies and verifying the HNRs are scanned into eOMIS. Results from mass testing were received and scanned into the record. Results can now be provided to the patient and the existing process followed. Discrepancies are brought to the attention of the FHA and Medical Records Supervisor, so corrections will be made immediately. The HDF will verify to ensure the HNR(s) is delivered to medical records and scanned into the patient's medical chart.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**

Nurses were not calling inmates up to medical to receive results on the same day as HNR was received. The Health Needs Requests (HNRs), where patients requested results of the diagnostic studies, were not scanned into eOMIS.

**Corrective Action Plan:**

ADONs instructed staff; all results requests will be given the same day as requested on the HNR. The HDF tracks all requests and sends out emails to the ADONs of ones still pending to ensure compliance. Staff not giving requested results on the same day as requested will be subject to progressive discipline. The HDF is tracking all requests for diagnostic studies and verifying the HNRs are scanned into eOMIS. Discrepancies are brought to the attention of the FHA and Medical Records Supervisor, so corrections will be made immediately. The HDF will verify to ensure the HNRs were delivered to medical records and scanned into the patient's medical chart.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
1. Nurses were not calling inmates up to medical to receive results on the same day as HNR was received.
2. HNRs were not scanned in.

**Corrective Action Plan:**
1. ADONS instructed staff; all results requests will be given the same day as requested on the HNR.
2. An AA will be running a "request of diagnostic studies" report every workday and will send to the FHA, AFHA, DON, ADONs and Nurse-line RNs. The AA tracks all requests and will send follow-up emails to the ADONs of ones still pending to ensure compliance.
3. Medical records Lead will be notified of HNRs not scanned in. Medical Records Lead will be responsible to locating and scanning the HNR into the medical record.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
1. Nurses were not calling inmates up to medical to receive results on the same day as HNR was received.
2. HNRs were not scanned in.

**Corrective Action Plan:**
1. The HDF will pull and send out the report of pending diagnostic results twice a week.
2. The Senior ADON will be notified by the HDF of the outstanding requests.
3. MRL will be responsible for locating and scanning in missing HNRs.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for noncompliance:**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan:**
Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the test results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. Inmates can request to meet with a provider to discuss the results in more detail.

Effective late June 2017, eOMIS, the relevant electronic records system, was also upgraded to allow the provider to print out the communique for the inmate when requesting lab and/or x-ray results, which will either be mailed by the CNA to the inmate or, if the inmate is present, will be given to the inmate directly by the provider on duty.  After the provider has reviewed the diagnostic study, notated the action taken and printed it, the Assistant Director of Nursing will enter a chart note advising that on the given date the communique was sent to the inmate.  In addition, if the diagnostic study is normal, when the nurse sends the communique to the inmate, he/she will enter a chart note stating that on the given date the communique was sent to the inmate.  The nurse or CNA will call the Site Medical Director for review of any lab results and issue the communique upon review.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Supplemental Information as of December 15, 2017:**

**Basis for Non-compliance:**
There were issues previously experienced in terms of how diagnostic results could be communicated and delivered to an inmate upon request within the required timeframe.

**Corrective Action Plan:**
ADC has modified the procedure for communicating diagnostic results to inmates.  Under the new procedure, when an HNR is received for diagnostic results, the RN is now tasked with immediately providing these results to an inmate.   This new procedure was implemented the third week of November 2017, and is being tracked on a daily basis.

**Update as of January 8, 2018:**
The Florence facility is currently in compliance with this performance measure.  Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
This performance measure is being formally rebutted. The non-compliance comes from inmates who are asking for copies of their medical records, rather than the results of diagnostic studies.  Requests for copies of medical records should not be counted toward this performance measure.

Additionally, there will be a statewide rollout of smart cards for use at all facilities by May 18, 2018.   The smart cards will acts as a checklist reminder of things to address with each patient, including the steps necessary to ensure compliance with this performance measure. Additionally, a review and training on compliance with this measure will be set by the end of May.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Health Needs Request (HNR), which inmate has requested results of the diagnostic studies, were not scanned in eOMIS.

**Corrective Action Plan:**
The Healthcare Delivery Facilitator is tracking all request for diagnostic studies and verifying the HNR scanned in to eOMIS.  Discrepancies are brought to the attention to the

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

FHA and Medical Records Supervisor, so corrections will be made immediately.  Florence is compliant for May's audit.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
Nurses were not calling inmates up to medical to receive results on the same day as HNR was received.

**Corrective Action Plan:**
ADONs instructed staff; all results requests will be given the same day as requested on the HNR.  The HDF tracks all requests and sends out emails to the ADONs of ones still pending to ensure compliance.

# PM 47
*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance:**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan:**
The eOMIS system was upgraded at the end of June, 2017 to provide for an electronic communique (that indicates whether the test results were normal or abnormal) that is printed and given to the inmate. Medical providers were trained on this change during their provider meeting on August 9, 2017. The Assistant Facility Health Administrator is monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. An inmate can request to see a provider to discuss the results in detail.

If an inmate is scheduled for an appointment with a provider to discuss the results of any labs/diagnostic testing, that appointment may not be rescheduled to ensure that the inmate is seen within the seven-day timeframe.

**Basis for Non-compliance:**
See Supplemental Information as of December 15, 2017 for Florence

**Corrective Action Plan:**
See Supplemental Information as of December 15, 2017 for Florence

**Update as of January 8, 2018:**
Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Lewis, which has resulted in substantial improvement in

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

compliance rates, as detailed in the above chart, and will reevaluate whether changes are needed as necessary.

**Update as of February 14, 2018:**

The problem was that nurses were not documenting the fact that labs were provided to the inmates when the inmates made a request for lab results.

**Corrective Action Plan:**
Inmates submit a HNR requesting lab results. The nurse reviews the labs to see if the Provider has signed off. If the Provider has not signed off, the nurse will ask the onsite Provider or call a Provider to get the labs signed off. Once the labs have been signed off, the nurse will see the inmates the same day. The nurse will open a Chart Note that states the following: Incidental comments: Here to discuss labs. Discussed labs with patient. If the labs are abnormal, then the patient is referred to the Provider for abnormal labs review. The CNA will be responsible to schedule Provider follow-up appointment. No vital signs are necessary for review of labs. If an inmate is being seen for an additional complaint, a separate encounter will be opened and the appropriate NET will be utilized for the complaint.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
The nursing staff did not understand the distinction between proactively sending diagnostic results to inmates rather than sending results in response to an HNR. In particular, nurses did not understand that even if they had proactively sent results to an inmate before an HNR was submitted, the nurse still had to send the results again in response to the HNR.

**Corrective Action Plan:**
On March 23, 2018, the Regional FHA conferred with other high performing facilities to obtain information concerning best practices and procedures for obtaining compliance on this PM.

Subsequently, four separate trainings on the requirements of this PM were provided by the Regional FHA to nursing staff. Those trainings were completed on April 4, 2018. Educational materials outlining the steps that need to be taken to satisfy this performance measure have also been posted in nursing stations.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
There will be a statewide rollout of smart cards for use at all facilities by May 18, 2018. The smart cards will act as a checklist reminder of things to address with each patient,

**PM 47**  *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

including the steps necessary to ensure compliance with this performance measure. Additionally, a review and training on compliance with this measure will be set by the end of May.

**Update as of June 11, 2018:**

**Corrective Action Plan:**
Corizon and the Department of Corrections will continue to utilize the May 8, 2018 Corrective Action Plan noted above to reach compliance and will reevaluate whether changes are needed as necessary.

Additionally, there was a statewide rollout of smart cards for use at all facilities in late May 2018.   The smart cards will act as a checklist reminder of things to address with each patient, including the steps necessary to ensure compliance with this performance measure. Nurses were instructed on use of the cards during nurse meetings held on May 17 and May 22, 2018.

**Update as of July 31, 2018:**

**Corrective Action Plan:**
Training on compliance with this measure was conducted in late May and statewide rollout of smart cards and associated training occurred on May 17 and May 22, 2018. Additionally, ongoing training is provided at staff meetings.  May results do not reflect the corrective efforts implemented in late May.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
There was a misunderstanding involving the nurses' ability to print diagnostic results and give them directly to the patients.

**Corrective Action Plan:**
Site leadership will continue to educate nursing on the directive to print diagnostic results directly for the patients. Reinforcement of the plan will occur at the Aug 21 and 23, 2018 staff meetings.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
Nursing staff remain hesitant to provide inmates with printed diagnostic results.

**Corrective Action Plan:**
On August 14, 2018, the RDON sent out instructions to all nursing staff that they should

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

print the diagnostic results, hand the results to the inmate, and document it in the inmates' chart. This plan was reinforced at the August 21 and 23, 2018 all-staff meetings.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
The September 25 corrective action plan included training that occurred throughout August. As such, the August compliance score does not accurately reflect the impact of the prior corrective action plan.

**Corrective Action Plan:**
Corizon will continue utilizing the prior plan. In addition, supplemental training on compliance with this performance measure was provided at the October 18, 2018 all-staff meeting.

**Update as of November 21, 2018:**

**Corrective Action Plan:**
The aforementioned training did not take place until October 18, 2018 and therefore did not impact the September numbers. In addition to maintaining the prior plan, Corizon will continue to re-affirm the prior training in ongoing staff meetings.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
This facility has a significant number of new nursing staff who are currently learning these processes as part of their ongoing training.

**Corrective Action Plan:**
As of November 1, 2018, the Assistant Facility Health Administrator (AFHA) will review the HNR log daily to ensure every request for diagnostic results receives a uniform response. Going forward, each requesting patient will be brought to his corresponding health unit, at which time his results will be printed and handed to him. The encounter will then be documented. If, by day 5, the AFHA does not see a recorded encounter, the AFHA will immediately have the sick call nurse bring the patient in and will adhere to the aforementioned protocol.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Lewis has been suffering from nurse vacancies.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**
Lewis just hired 12 new nurses and believes the new additions will aid compliance for this measure.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
The prior CAP for this performance measure indicated that 12 new hires had begun in December 2018 and January 2019.  As such, the December numbers do not fully reflect the corrective actions.

Nursing staff were providing the lab results communique and lab results via inmate mail. This action does not meet the measure. The patient must be handed the results in person or results discussed in person.

**Corrective Action Plan:**
Education was provided to nursing staff the second and third week of January on the specific requirements of this measure.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
Multiple issues were identified in the breakdown of the HNR process.  As a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
The Lewis facility began a centralized process the third week of February 2019.  All HNRs are brought to a centralized location. All HNRs that are screened and identified as diagnostic results requests are scheduled on the nurse line to receive results.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The source document for ASPC-Lewis was incomplete for this monitored month, and any results shown were calculated based upon a partial sampling of the required documents. Because the validity of the score could not be determined, the resulting score for this performance measure has been adjusted to 0%. The issue with the source document was not identified until the last week in March at which time it was too late to resubmit and ask for the measure to be audited again. The source document supplied contained 1,774 HNRs for audit review, but an additional 1,256 HNRs should have been included on the source document.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**
The Corizon compliance team has been completing a thorough review of the Lewis HNR logs and has vetted the source document prior to submitting.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
Nursing has not been providing a printout of the lab test results timely.

**Corrective Action Plan:**
The HDF will track from the log and notify staff twice a week to ensure the results are printed and handed to patients. The FHA will follow up with ADON/CNAs to ensure the process is completed and all requests for test results have been responded to in compliance with the measure.

**Update as of June 21, 2019:**

**Basis for noncompliance:**
Nursing is unwilling to give results to patients, as printing lab results and providing medical records is usually assigned to medical records staff.

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until May 1st and is not reflective in the April audit.   The HDF will track from the log and notify staff two times a week to ensure the results are printed and handed to the patients. The FHA will follow up with the ADON/CNAs to ensure completion.

**Update as of July 16, 2019:**

**Basis for noncompliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
The HNRS are currently being processed in a timely manner. All nursing staff was trained at the monthly staff meeting by the AFHA on the HNR process. HNRS that request diagnostic results are to be addressed within 48hrs. The results are to be printed, handed to the patient, and documented as such in the patients EMR. The AFHA is to follow up on any HNRS requesting diagnostic results that were not completed.

**PM 47**   *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of August 6, 2019:**

**Basis for noncompliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
The HNRS are currently being processed in a timely manner. The HNR, after being identified as one requesting diagnostic results, is given to the Chronic Care Nurse who logs the HNR onto a spreadsheet for tracking purposes.  After the HNR is logged, the Chronic Care Nurse attaches the diagnostic results to a copy of the HNR, in addition to a printout outlining the appropriate way to deliver and document that the results were given to the patient. Those packets are then returned to the AFHA or Sr. ADON within 48 hours at which time arrangements will be made to assign the packet to the yard nurse for them to then deliver the packet to the requesting patient.

**Update as of September 19, 2019:**

**Basis for noncompliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

**Corrective Action Plan:**
The HNRS are currently being processed in a timely manner. The HNR, after being identified as one requesting diagnostic results, is given to the Chronic Care Nurse who logs the HNR onto a spreadsheet for tracking purposes.

After the HNR is logged, the Chronic Care Nurse attaches the diagnostic results to a copy of the HNR, in addition to a printout outlining the appropriate way to deliver and document that the results were given to the patient. Those packets are then returned to the AFHA or Sr. ADON within 48 hours. At which time arrangements will be made to assign the packet to the yard nurse for them to then deliver the packet to the requesting patient.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
Multiple issues were identified in the breakdown of the HNR process; as a result, the HNR requests for diagnostic results were not processed in a timely manner, causing the requests for results to fall out of timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan**:
The HDF will track all diagnostic's request and provide daily notifications to the site to be aware of due and upcoming due requests

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
The Health Needs Requests (HNRS) where patients requested results of diagnostic studies were not scanned into eOMIS.  Centurion did not complete mass testing, and paper results were not in the chart. Nursing gave communiques, but did not scan the communique into eOMIS.

**Corrective Action Plan:**
The HDF is tracking all requests for diagnostic studies and verifying the HNRs are scanned into eOMIS. Results from mass testing were received and scanned into the record. Results can now be provided to the patient and the existing process followed.  Discrepancies are brought to the attention of the FHA and Medical Records Supervisor, so corrections will be made immediately. The HDF will verify to ensure the HNRs are delivered to medical records and scanned into the patients' medical charts.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
After reviewing February's audit for PM 47, the basis for non-compliance was a result of a multitude of factors. Patients did not receive requested results within the timeframe of seven days and HNRs were not scanned into eOMIS in time for review before the time of the audit.

**Corrective Action Plan:**
In the month of January, the Lewis Complex held its second round of mass testing for sars-cov-2 virus. This resulted in more patients requesting results, in addition to general diagnostic results usually requested.  The corrective action plan will include a few changes in the current process  to ensure compliance with PM 47. Information will be provided by the HDF on where to seek results in the patients' charts so staff  are aware of what results the patients are requesting. On the seventh day,  if a patient still has not received their requested diagnostic results, the HDF will schedule the patient to be seen on the nurse line and will also call the nurse completing the nurse line to ensure the results are provided to the patient.   The AFHA will be included in the daily scheduling for monitoring as well.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance:**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe. Further information as to the basis for these issues is currently under review. Will supplement upon completion.

**Corrective Action Plan:**
The eOMIS system was upgraded at the end of June 2017 to provide for an electronic communique (that indicates whether the results were normal or abnormal) that is printed and given to the inmate. Additional training and education was provided to all staff on this change. The Assistant Directors of Nursing are monitoring requests for diagnostic test results to ensure that a communique is sent to the inmate within 7 days of requesting results. An inmate can request to see a provider to discuss the results in detail.

**Update as of December 15, 2017:**
The Perryville facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of April 9, 2018:**
This performance measure is currently being rebutted in regard to a single patient file. More specifically, for the file in rebuttal, a scanned HNR diagnostic request included a date and time stamp that was too faint to read. Therefore, the monitor used the date written on the HNR by the inmate and, based on that date, deemed the response by Corizon untimely. However, that date written by the inmate was incorrect. Corizon pulled the original HNR request which had a more legible date and time stamp on it and provided it to the monitor

**PM 47**  *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

to demonstrate that the response to the HNR was timely.  If the rebuttal related to this single request is successful, this performance measure will be in compliance.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
The previous process in place was to have the receiving RN of the HNR requesting results send a review in eOMIS to the ADON for scheduling the inmate on the Provider line within 7 days.  It was identified that several reviews were not being sent to the ADON and/or were not being scheduled in timeframe on the Provider line therefore resulting in noncompliance.

**Corrective Action Plan:**
A new process was implemented on May 15th that the receiving RN of the HNR requesting results will call the inmates up on the same day and hand them their requested result copies. A chart note will be entered that states the results were printed and handed to the patient. ADONs will have administrative oversite to ensure this is being completed by hand filtering the paper HNRs during the week and then searching the HNR Log on Monday morning to ensure anything over the weekend that could potentially backlog will be called up that same day.

**Update as of August 12, 2019:**

**Basis for Noncompliance:**
The previous process in place was that the receiving RN of the HNR requesting results would call the inmates up on the same day and hand them their requested result copies. A chart note would be entered that states the results were printed and handed to the patient. ADONs would have administrative oversite to ensure this is being completed by hand-filtering the paper HNRs during the week and then searching the HNR Log on Monday morning to ensure anything over the weekend that could potentially backlog would be called up that same day. Multiple issues were identified in the breakdown of the HNR process and refusals.  As a result, the HNR requests for diagnostic results did not have adequately signed refusals in the chart for reference or were scheduled out of timeframe.

**Corrective Action Plan:**
In addition to the new process outlined on May 15, an additional training was held on July 6th by the DON with all nursing staff to review the process. All nursing staff were retrained and signed attestations of the training provided. An additional layer of oversight was also added by having the ADONS email each instance of a diagnostic request to the HDF and AFHA. Together they will be reviewing daily to ensure compliance.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Documentation during the nursing visit in the record did not reflect which results were given to inmates that the inmates requested.

**Corrective Action Plan:**
The two identified nursing staff were provided one-on-one education from the DON on 2/12/21 regarding appropriate documentation to include the type of result and when the diagnostic study results are to be given to the inmate.

**Continued Action Plan:**
Sick call nurses and CNAs will receive additional training on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique, have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area.  In other words, ensuring that inmates are provided their test results at the time their HNR is received in person.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*Documentation during the nursing visit in the record did not reflect that results were given to inmates.*

*Corrective Action Plan:*

*DON provided education throughout the first week of May to identified nursing staff regarding the process to distribute requested results, and reviewed that the documentation must include that the requested results were handed to the inmate(s).*

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Update as of December 15, 2017:**
The Phoenix facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of February 14, 2018:**

**Basis for noncompliance:**
Three issues were identified. (1) Small sample size. The sample size for December was four. One file was noncompliant by one day. (2) The population transfers often occur before the seven days expire, but Phoenix gets charged with a delay. (3) Different interpretations of what qualifies as a request. For one of the files which was noncompliant, the inmate stated he had tests done, but was interested in his treatment going forward. The Provider did not interpret this as a request for results, but ultimately it was considered noncompliant for this reason.

**Corrective Action Plan:**
Site Leadership reviews HNR log daily. When HNR identified applicable to this Performance Measure, nursing staff and Provider(s) assigned to that housing unit are notified. Provider appointment scheduled within the seven (7) day timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
The 67% for February was due to missing one out of three total files.  The one missed resulted from labs ordered for a psychiatry patient via telemedicine, which was addressed one day too late.

**Corrective Action Plan:**
The Site Medical Director position for Phoenix will be filled by April 16.  The new Site Medical Director will be responsible for reviewing all requests that fall within this performance measure to ensure that all requests are timely addressed, including those handled via telemedicine.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
The sample size for this performance measure was extremely small.  The one that was counted as noncompliant was due to a nurse that delivered and reviewed the diagnostic results with the inmate, but did not leave a paper copy of the diagnostic results with the inmate.

**Corrective Action Plan:**
Two weeks ago, that nurse received additional education on the requirement to give the inmate a paper copy of the diagnostic results.

Additionally, there was a statewide rollout of smart cards for use at all facilities in late May 2018.  The smart cards will act as a checklist reminder of things to address with each patient, including the steps necessary to ensure compliance with this performance measure. Nurses were instructed on use of the cards during nurse meetings held on May 17 and May 22, 2018.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Nursing staff members were misinformed that security protocols did not permit patients to have or maintain paper records.

**Corrective Action Plan:**
As of November 15, 2018, all nurses have been notified that they are to print requested results and hand them to the requesting patient.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The prior corrective action plan for this performance measure included training that occurred on November 15, 2018. As such, the November numbers do not fully reflect the impact of the corrective actions. Additionally, November's numbers were based on a small sample size that was disproportionately impacted by a single patient who was transferred to a new facility within the five-day window. That patient was rescheduled at the new facility, but it occurred outside the applicable timeframe.

**Corrective Action Plan:**
Additional education was provided in mid-November, during which nursing staff was told to send out the results the day of the request. Corizon anticipates that this performance measure will be compliant for the month of December.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
One of the three charts in this audit was noncompliant due to the results not being provided by the nurse when the HNR received.

**Corrective Action Plan:**
The FHA was able to identify the staff member that did not provide the printed results. A review of the measure and the requirements was completed with the staff member by the FHA.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
PHX had 2 HNR's requesting diagnostic results for the month of August. Of those two, one was not processed within the specified timeframe.

**Corrective Action Plan**:
Every morning, each unit emails the Leadership team daily to indicate 1) Number of HNR's received and 2) if anyone submitted an HNR requesting diagnostic results. On a daily basis, the HDF is reviewing the Health Service Requests (HSR) for any comments requesting diagnostic results. The HDF will reach out to the unit to ensure the results are handed to the patient and documented into the EHR within the specified timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
In the month of February, Phoenix had two patients who requested diagnostic results, of which both charts were included in the audit. One chart was compliant, the other was not. The non-complaint chart indicated the patient requested the results on 2/21/20, but copies were not provided to the patient.

**Corrective Action Plan:**
To ensure this measure is not missed in the future, medical providers will document encounters when providing diagnostic results to the patient. The DON, HDF and FHA are responsible to verify these encounters occur in the charts within the seven-day timeframe.

**Updated as of June 17, 2020:**

**Basis for Non-Compliance:**
In the month of April, Phoenix had eight patients who requested diagnostic results. Six of the eight charts were found complaint, with two being non-compliant. One chart was noncompliant due to the nurse not clarifying the type of results the patient was expecting to receive. The other chart was noncompliant due to the HNR not scanned into the chart at the time of the audit.

**Corrective Action Plan:**
Medical staff will clarify specifically what labs the patient is requesting. This will be documented in the encounter along with how the medical staff resolved the request for labs. The medical record will contain documentation of the type of diagnostic results provided and that they were printed and handed to the patient.

To remedy future misses of not locating the HNR in the medical record at the time of the audit, staff are following a few processes for compliancy. The DON, HDF, and FHA will closely monitor diagnostic requests. Once this team receives notification from the staff that a patient is requesting results, these individuals will ensure the HNR specifies the type of results requested and will monitor and follow up with the HNR nurse to ensure documentation is complete. The HNR will be handed to the Medical Record team to be scanned into the electronic health record within two business days. The DON, HDF, and FHA will verify to ensure the HNR was delivered to medical records and scanned into the patient's medical chart. The DON, HDF and FHA will continue to be responsible for and verify these encounters occur in the charts within the seven-day timeframe.

**PM 47**  *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
In the month of May, Phoenix had five patients who requested diagnostic results.  Four of the five charts were found complaint, with one being non-compliant (80%). The non-compliant chart was due to the HNR not being scanned into the chart at the time of the audit.

**Corrective Action Plan:**
To remedy future misses of not locating the HNR in the medical record at the time of the audit, there are a few processes staff are following for compliancy. First, all diagnostic requests will be closely monitored by the DON, HDF, and FHA. Once this team receives notification from the staff that a patient is requesting results, these individuals will ensure the HNR specifies the type of results requested and will then monitor and follow up with the HNR nurse to ensure documentation is complete. The HNR will be handed to the Medical Record team to be scanned into the EHR, within two business days. The DON, HDF, and FHA will verify to ensure the HNR was delivered to MR and scanned into the patient's medical chart.

On June 10, a directive was sent to the staff stating, effective today, June 10th, all MEDICAL RECORD DOCUMENTATION FROM Aspen will NOT be brought over to medical. These documents will be kept in the "to be scanned" bin. Medical Records will go over at the beginning of their shift and scan these documents into the Medical Record, scan all documents to the Medical Records Supervisor for verification, then file. This will eliminate the need for transporting documents with the potential of them being misplaced.

At the end of May, reminders were hung on time clocks that state, "BEFORE YOU CLOCK OUT, please ensure that all documents to be scanned from your unit have been turned into Medical Records".  To ensure this measure is not missed in the future, the DON, HDF and FHA will continue to be responsible for and verify these encounters occur in the charts within the 7-day timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Update as of February 21, 2019:**

**Basis of Non-Compliance**:
There were two HNRs that fell under this measure for December 2018.  The nurse responsible for triaging these requests addressed each request individually, but she failed to create an encounter in eOMIS and document it correctly.

**Corrective Action Plan**:
Corizon assigned a different RN to monitor the HNR log for these types of HNRs and report on compliance when the HNR request comes in.  The DON will follow up to verify compliance**.**

**Update as of March 21, 2019:**

**Basis of Non-Compliance:**
There were two HNRs that fell under this measure for January 2019.  The nurse responsible for triaging these requests addressed each request individually, but she failed to create an encounter in eOMIS and document it correctly.

**Corrective Action Plan:**
The site will continue with the current CAP, as another nurse was not assigned until February 1, 2019 and is not reflective in the January audit. Corizon assigned a different RN to monitor the HNR log for these types of HNRs and report on compliance when the HNR requests comes in.  The DON will follow up to verify compliance.

**PM 47** *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of July 16, 2019:**

**Basis of Non-Compliance:**
Two of the four charts in this audit was noncompliant due to, the nurse responsible for triaging these requests addressed each request individually but failed to create an encounter in eOMIS and document it correctly.

**Corrective Action Plan:**
The FHA was able to identify the staff member that failed to create an encounter in eOMIS and document it correctly.  A review of the measure and the requirements was completed with the staff member by the FHA.

**Update as of December 19, 2019:**

**Basis of Non-Compliance:**
One of two charts in this audit was noncompliant because the nurse did not provide the diagnostic results within the required seven-day period.

**Corrective Action Plan:**
All nurses instructed to schedule inmate for sick call within 24 hours and provide the diagnostic study results at the time of the encounter.  If additional information related to the results is requested at that time, a referral to the provider will occur within the seven (7) calendar day timeframe.

***Updated as of May 17, 2021:***

***Basis for Non-Compliance:***

***The March 2021 audit for this measure included four charts, three of which were compliant. Medical staff failed to provide results of the diagnostic studies to the patient upon request and within seven (7) calendar days of the date of the request. The request from the patient was unclear to the staff member.***

***Corrective Action Plan:***

***The unit nurse processing HSRs with diagnostic studies requests will immediately schedule patient on next nurse line and clarify studies requested. During this appointment, the nurse will provide requested results to the patient and document the studies provided.  The DON and HDF provided an updated HSR process to all unit nurses during the April staff meeting and used the non-compliant finding as a training tool for this education. The HDF will also monitor daily HSRs to ensure the new process achieves desired outcome.***

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for non-compliance:**
Medical providers are not communicating the results of the diagnostic study to the inmates within timeframe.

**Corrective Action Plan:**
Sick call nurses and CNAs received additional training, effective late June and July 2017, on the appropriate process for addressing requests for diagnostic test results from inmates, including the need to, upon receipt of an inmate's HNR request for lab/radiology results, print the related results communique (that indicates whether the results were normal or abnormal), have the yard provider sign off on the results, and issue the communique to the inmate before they leave the sick call area. This ensures that inmates are provided their test results at the time their HNR is received in person. An inmate can request to see a provider to discuss the results in detail.

**Update as of December 15, 2017:**
The Department of Corrections has modified the procedure for communicating diagnostic results to inmates. Under the new procedure, when an HNR is received for diagnostic results, the RN is now tasked with immediately providing these results to an inmate. This new procedure was implemented the third week of November 2017 and is being tracked on a daily basis.

**PM 47**  *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of January 8, 2018:**

**Corrective Action Plan:**
As with other facilities, a policy change was made in mid-November 2017 which allows the requested results to be printed by the nursing staff and physically handed to the inmates. Prior to that change, the nurses were unable to do so as the medical providers need to physically sign the result reports.  Now, medical providers can use electronic signatures. Individual training was provided to nurses regarding this new policy from mid-November through mid-December 2017.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
The HNRs were not being inputted correctly into eOMIS because the staff responsible for doing so was using the incorrect drop-down selection.

**Corrective Action Plan:**
First, the AFHA sent an email on March 15, 2018 to staff regarding the requirements for this performance measure and the proper input methods for eOMIS.

Second, the AFHA provided additional education on this performance measure on March 20, 2018.

Third, an email with additional instructions and education on this performance measure was sent to staff on March 29, 2018.

Finally, laminated step-by-step instructions were posted in the nursing station on April 3, 2018.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
All inmates received the results of their diagnostic studies within the seven-day period. However, two nurses incorrectly documented the communication.

**Corrective Action Plan:**
The referenced nurses received additional education regarding compliance with this performance measure on October 1, 2018.   This performance measure is also pending rebuttal.

**PM 47**   *Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and was therefore not realized in September's data.   Further, this performance measure concerns a small sample set and the compliance failure was due largely to a single nurse referring a patient to medical records for test results rather than printing the results and handing them to the patient directly.

**Corrective Action Plan:**
As noted above, the corrective action plan for this performance measure included training that occurred in early October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.

Further, additional education was provided to nursing staff concerning this performance measure during the fourth week of October.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Further inquiry and inspection indicates noncompliance resulted from documenting errors.

**Corrective Action Plan:**
Because the training referenced above did not occur until early October and the fourth week of October respectively, it did not impact the October results.  Corizon will wait to see how this training impacts the November numbers before determining whether to take additional corrective measures.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Numerous HNRs were sent back to the requester with the results attached; there was not a face-to-face exchange.  Also, newer nurses were not aware of the process of giving the diagnostic results therefore causing many to not be compliant.

**Corrective Action Plan:**
The HDF pulls these requests off the all-HSR report daily and is now forwarding them to each ADON so that they can provide training to their nurses and get the results out within timeframe.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Numerous HNRs were sent back to the requester with the results attached; there was not a face-to-face exchange.  Also, newer nurses were not aware of the process of giving the diagnostic results, therefore causing many to be non-compliant.

**Corrective Action Plan:**
The HDF pulls these requests off the all-HSR report daily and is now forwarding them to each ADON so they can provide training to their nurses and get the results out within timeframe.  In addition, a CNA has been tasked with pulling confirmation of completion and sending to the FHA and AFHA daily that these are within timeframe and completed.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
In August 2020, a new unit was created at ASPC-Tucson entitled Rincon Reception for intakes.  A new location code was not developed and active until four days later.  Therefore, record scanning was delayed.  Additionally, new unit and HNR reporting was not showing on HDF's reporting and tracking.  These issues have since been resolved.

**Corrective Action Plan:**
The Business Data Analyst corrected the way the HSR report pulled for Tucson which immediately corrected the issue of the Reception HSRs not being on the daily report used to identify the Diagnostic Results Requests.  New process of having the HNRs picked up from Reception and scanned into eOMIS on a daily basis has been implemented.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
The nurse documented CC referencing who was copied on the information.  This is not an approved medical abbreviation.

**Corrective Action Plan:**
Regional Director of Nursing educated all nursing staff on 1/20/2021. Additionally, approved abbreviation list is posted at all nursing stations as of 1/21/2021.

# PM 47
*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

## Updated as of March 18, 2021:

**Basis for Non-Compliance:**
Results were given to the patients out of timeframe, proper documentation of results given was not present in the medical chart, and instances of HNRs not being located in the chart.

**Corrective Action Plan:**
The Site Medical Director and DON were alerted and all providers and nursing staff were educated on the appropriate documentation to be put into the chart on 3/18/2021. The education was prefaced to include the type of result to be provided to the inmate and when the diagnostic study results are to be given to the inmate.

The Administrative Assistant (AA) will pull the pending diagnostic results requests every weekday and alert the yard clinical staff.  For immediate deadlines, the AA goes to the yard and ensures nursing sees the patient and addresses timely provision of the results to the inmate per performance measure guidelines.

## Updated as of April 19, 2021:

**Basis for Non-Compliance:**
Results were given to the patients out of timeframe, proper documentation of results given was not present in the medical chart, and there were  instances of HNRs not being located in the chart.

**Corrective Action Plan:**
Continue with the current CAP as it was not implemented until March and is not reflected in the February 2021 audit.

The Site Medical Director and DON were alerted, and all providers and nursing staff were educated on the appropriate documentation to be put into the chart on 3/18/2021. The education was prefaced to include the type of results to be provided to the inmate and when the diagnostic study results are to be given to the inmate.

The Administrative Assistant (AA) will pull the pending diagnostic results requests every weekday and alert the yard clinical staff.  For immediate deadlines, the AA goes to the yard and ensures nursing sees the patient(s) and addresses timely provision of the results to the patient(s) per performance measure guidelines.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Supplemental Information as of December 15, 2017:**
The Winslow facility is currently in the rebuttal process for the month of October. Corizon will update this performance measure accordingly once the October numbers are finalized.

**Supplemental Information as of January 8, 2018:**
The Winslow facility is currently in compliance with this measure.

The noncompliance in October 2017 resulted from a miscommunication between one inmate and a nurse. An inmate, who wanted to challenge his alternative treatment plan, requested copies of all of his medical records. He was not requesting current records or results, and his most recent results were from July 2017. The nurse incorrectly coded this request as a HNR for results. Due to the size of the inmate's request, it was not completed within the specified time period, which the monitor then interpreted as noncompliance. There is no corrective action plan necessary because the noncompliance resulted from a coding mistake and has been corrected.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
There was confusion amongst the nursing staff as to the scope of information relating to lab results that they were required to provide to patients.

**Corrective Action Plan:**
On August 14, 2018, the RDON sent out the instructions to all nursing staff to print the diagnostic results, hand them to the patient, and document in a chart review note. The

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

RDON also provided all nurses clarification that if an inmate asks for results, even if more than one copy is requested, the nurse must provide them.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Three charts were used for this audit, only 2 charts were compliant, one chart was non-compliant - 257975-requested his CT scan on 8/4/20 was seen by Nursing on 8/5/20, but was not scheduled to be seen by HCP (Medical Provider) until 8/12/20, eight days out of compliance.

**Corrective Action Plan:**
The healthcare delivery facilitator discussed this performance measure on 9/14/20, 9/15/20, 9/16/20, 9/17/20, and 9/18/20 at the morning huddles and monthly staff meetings. The DON discussed with the identified RN that caused the noncompliance on 9/14/2020, ensuring that the patient is scheduled four days prior to the seven-day compliance timeline. This will ensure that the inmate receives results when requested via HNR, or, if not immediately available, ensure that an appointment with the provider is scheduled within the 7-day period.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance**:
Three charts were used for this audit – two charts were compliant and one chart was non-compliant. The patient did not receive a printed copy of his results or see the Provider within the seven-day period.

**Corrective Action Plan:**
This performance measure was discussed by the HDF on 9/14/20, 9/15/20, 9/17/20, and 9/18/20 morning huddle.  The HDF also discussed during the nursing meeting on 9/23/20 and during the all-Department meeting on 9/16/20.  The DON discussed with the RN and Provider on 9/14/2020 that patients would be scheduled four days prior to the seven-day compliance timeline.  This will ensure that the patient receives results or is seen by the Provider to discuss the results within the seven-day time period.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
The review of the findings for the September 2020 audit identified a specific issue. Of the four charts reviewed three charts were compliant and one chart was found noncompliant. The RN failed to chart that the inmate received the result requested and the inmate was not scheduled with the provider within the 7-day period.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Corrective Action Plan:**

To remedy future misses, the staff will follow this process for compliancy. First, diagnostic requests will be closely monitored by the HDF. The HDF will run a HNR report daily and send notification to the staff that a patient is requesting results. These individuals will ensure the HNR specifies the type of results requested. Medical staff will clarify specifically what labs the patient is requesting. This will be documented in the encounter along with how the medical staff resolved the request for labs. The medical record documentation will include printed and handed (type of) diagnostic results to the patient. The HDF will monitor and follow up with the HNR nurse to ensure documentation is complete. The HNR will be handed to the Medical Records team to be scanned into the EHR within two business days. The HDF will verify to ensure the HNR was delivered to Medical Records and scanned into the patient's medical chart.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*



**Basis for Non-Compliance:**
Currently under review.  Will supplement with complete information.

**Corrective Action Plan:**
Each day, when HNRs are processed, the nurse responsible for sick call will fill out the requested communique (that indicates whether the results were normal or abnormal) and give it to the provider to read and sign and then give it to the CNA to scan in to eOMIS. Once input into eOMIS, the communique can be printed and transmitted via facility mail or in person to the requesting inmate. An inmate can request to see a provider to discuss the results in detail.

The Director of Nursing will review the HNR log on a weekly basis to ensure that all requests are timely completed. If any requests have not been resolved, the Director of Nursing will contact the provider or their CNA to ensure that the communiques are transmitted.

**Supplemental Information as of December 15, 2017:**

As of November 30, 2017, anytime an HNR is received for the outcome of a diagnostic study, the patient will be called to the nurse line.  Nurses will disclose the results of those diagnostic studies that day and document that disclosure in the system appropriately. Additionally, starting December 19, 2017, the Associate Director of Nursing will go through the HNR logs on a daily basis to ensure that no requests for diagnostic study results have been missed.

# PM 47

*Are Medical Providers communicating the results of the diagnostic studies to the inmate upon request and within seven (7) calendar days of the date of the request?*

**Update as of January 8, 2018:**

A policy change was made in mid-November 2017 which reflects compliance with this measure when a nurse physically hands results to an inmate.  Prior to that change, nurses did not chart compliance for reporting results in this way. Additional education on the new policy was provided to nurses on November 18 and December 13, 2017. This measure is tracked daily by the FHA, ADON, and AFHA. Corizon anticipates compliance with this measure in December.

**Update as of April 9, 2018:**

This performance measure is in the rebuttal process.  The basis of the rebuttal is that two inmate requests for copies of diagnostic studies were counted as a request for results of diagnostic studies.  Both inmates at issue submitted an HNR only to retrieve physical copies of the results of diagnostic studies, not for purposes of reviewing the results.

The first inmate wanted copies to send to an outside provider and the second inmate wanted a copy of the results for his personal records.  Nurses instructed the inmates that an HNR is not the appropriate procedure to retrieve copies for these purposes.  The first inmate was instructed that he must complete an ROI to get the results sent to an outside provider.  The second inmate was told that he needs to request copies for his personal records through an inmate letter, not an HNR.

Therefore, the inmates were seen within the required time period but the sole issue was whether or not they were not provided with physical copies of their diagnostic studies.

If these two cases are subsequently found to be in compliance through the rebuttal process, this performance measure will be in compliance overall.

**Update as of September 25, 2018:**

**Basis of Noncompliance:**

Certain nurses did not know they could give the diagnostic reports to patients if the Provider had not yet reviewed them.

**Corrective Action Plan:**

On August 14, 2018, the RDON sent out instructions to all nursing staff to print the diagnostic results, provide them to the inmate, and document it in the inmate's chart. Nursing staff was instructed that although they cannot go over the results with the inmates, they should provide the reports upon request.  Starting September 1, 2018, this measure is being reviewed every day to make sure the reports are properly provided and that it is being documented in the inmate's chart.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



Above compliance threshold without interruption since April 2017, with the exception of December 2018.

**Update as of February 21, 2019:**

**Basis of Non-Compliance:**
The Clinical Coordinator did not notify the provider in an adequate timeframe, which resulted in a delay in the patient being seen within 30 days.

**Corrective Action Plan:**
The Clinical Coordinator and site leadership reviewed the measure and discussed the expectation that all inmates who have been denied specialty care will be scheduled within 30 days of the denial.  The HDF will monitor the denials along with the Clinical Coordinator to ensure timely scheduling of patients.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



**Basis for Non-Compliance (as of October 6, 2017):**
The deficiencies identified for PM 49 are rooted in the absence of a standard procedure for the Clinical Coordinator and providers to follow when a specialty service is denied. To ensure compliance with PM 49, the Clinical Coordinator must timely receive and process a denial of specialty services so as to allow the provider adequate time to schedule and inform the patient of the determination. Upon doing so, the provider must also properly document the follow up to the denial in eOMIS.

**Corrective Action Plan (as of October 6, 2017):**
To remediate the recent deficiencies for PM 49 at the Eyman, Florence, and Tucson sites, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement a new procedure at all sites for processing the denials ("ATP") of specialty services that includes specific action steps for a Clinical Coordinator and provider to follow in instances where an ATP is issued. More specifically, when a patient requires specialty services, the following shall occur: 1) the provider enters a request for consult ("Requests") into eOMIS; 2) regularly, but no less than three times per shift, the Clinical Coordinator will monitor the Consult Request Report to identify all new Requests; 3) for each new Request identified, the Clinical Coordinator shall enter such into CARES and ORC, making certain that an ORC# is assigned to the Request; 4) the Request shall proceed through the UM process via CARES, with the UM then entering a determination in CARES ("Output") and ORC; 5) the Clinical Coordinator shall monitor his/her CARES que for an Output; 6) for all Outputs that are equivalent to an ATP, the Clinical Coordinator shall notify the provider

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

of the ATP via an eOMIS email, within 24 hours of the Output being entered into CARES[1]; 7) within 48 hours of receiving notification of the ATP, the provider must resolve any outstanding issues (i.e., the original Request will be changed from an ATP to an approval) or accept the ATP in eOMIS, and in either case, the provider shall notify the Clinical Coordinator via an email in eOMIS; 8) within 24 hours of receiving an ATP notification from the provider, the Clinical Coordinator shall schedule an appointment for the patient, in no event more than 28 days from the date the ATP was entered into CARES; and 9) on the scheduled appointment date, the provider shall advise the patient of the ATP and document the encounter and counseling in eOMIS.[2]

With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new procedure on or before November 15, 2017 ("Effective Date"). Prior to the Effective Date, Corizon will communicate the procedure to all site leadership and site level providers via email. Shortly thereafter, site leadership will present the remedial measure to employees at the appropriate staff meeting so that employees have an opportunity to discuss the same. At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees for reference on "MyCorizon" and in hard copy form (at all sites) upon request. All provider requests for a copy of the procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Clinical Coordinators and providers shall be trained by site leadership (or an appropriate training designee) on the new specialty services denial procedure. On or after December 1, 2017, Corizon compliance monitors shall review an appropriate sample from the Denied Consult Log corresponding eOMIS sections at each site to evaluate and assess compliance with the new procedure. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those providers associated with the deficiency finding(s).

**Update as of December 15, 2017:**
The Eyman facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

---

[1] At this point in the procedure, if the Clinical Coordinator discovers that a patient has been transferred to another facility, he/she shall notify site leadership and the Clinical Coordinator at the new facility so that the process may continue without delay.

[2] Note: To cancel, reschedule or modify an appointment scheduled as a result of this procedure, the provider or requesting party must obtain site leadership's written approval.

**PM 49** *Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Update as of May 8, 2018:**

**Corrective Action Plan:**
There will be additional training provided to the clinical coordinators within the next two weeks regarding the requirements to achieve compliance with this performance measure.

**Update as of June 11, 2018:**
April reporting on this performance measure is still in the preliminary stages and, as such, the percentage noted above has not yet been finalized and is subject to change.

The Department of Corrections anticipates having a finalized number available by June 15, 2018 and will update the Court at that time.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
Providers were discussing the denial with inmates, but were not documenting that the denial and alternative treatment plan was discussed.

**Corrective Action Plan:**
The SMD conducted additional training with Providers on this measure at the June Provider meetings. In addition, the SMD is conducting one-on-one training with Providers who have been non-compliant with this measure.

**Update as of August 29, 2018:**

**Corrective Action Plan:**
The previous plan was not implemented until mid-June which therefore had little impact on the June results. Corizon is going to continue to utilize the plan outlined above. Further Provider training was also provided on July 11 and July 25, 2018, with ongoing mentoring as needed to achieve compliance.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
Providers were discussing the denial and alternative treatment plan with inmates, but were not documenting that the denial and alternative treatment plan were discussed.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Corrective Action Plan:**
The SMD conducted additional training with Providers on this measure at the June and July Provider meetings. In addition, the SMD is conducting one-on-one training with Providers who have been non-compliant with this measure.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Non-compliance resulted from providers failing to document their discussions of Alternative Treatment Plans (ATPs) with inmates.

**Corrective Action Plan:**
Providers received additional training on the need for the aforementioned documentation at the October 10, 2018 provider meeting.

**Update as of November 21, 2018:**

**Corrective Action Plan:**
Because the prior plan included training that did not occur until October, the September numbers do not reflect the impact from this plan.  Corizon will continue with the prior plan.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Providers were not documenting follow up properly.

**Corrective Action Plan:**
A new Healthcare Delivery Facilitator (HDF) was hired on November 26, 2018.  One of the HDF's responsibilities will be to track this performance measure for compliance.

In addition, the Assistant Facility Health Administrator (AFHA) will offer another training to Providers on this performance measure within the next 30 days.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Some Providers misunderstood portions of the ATP process and the need to communicate progress and updates to patients.

**PM 49**  *Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Corrective Action Plan:**
Providers received additional training on this measure and its requirements at the Provider meeting on January 10.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
Some Providers misunderstood portions of the ATP process and the need to communicate progress and updates to patients.

**Corrective Action Plan:**
Providers received additional training on this measure and its requirements at the Provider meeting on January 10.  The prior CAP for this performance measure included training that occurred on January 10, 2019.  As such, the December numbers do not fully reflect the impact of the corrective actions**.**

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate.  The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
A new Clinical Coordinator was hired and started in the middle of January.  The new Clinical Coordinator was provided training on this measure, including how it is completed and the timeframe within which completion is required.   This training was provided during onboarding and training throughout January 2019. Four additional clinical coordinators have been assigned to assist with this measure during the transition.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate.  The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
Continue with the current CAP (see above) as this measure has a longer timeframe and the improvement is not reflected in the February audit.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

## Update as of May 21, 2019:

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
Continue with the current CAP, as the score has increased by 8%. A new Clinical Coordinator was hired and started in the middle of January. The new coordinator was given the expectations of the measure; how it is completed; and the timeframe within which completion is required. This training was provided during the onboarding and training throughout January 2019. Four additional clinical coordinators have been assigned to assist with this measure during the transition.

## Update as of June 21, 2019:

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 19%. A new Clinical Coordinator was hired and started in the middle of January. The new Clinical Coordinator was given the expectations of the measure, how it is completed, and the timeframe within which completion is required. This training was provided during the onboarding and training throughout January 2019. Four additional clinical coordinators have been assigned to assist with this measure during the transition.

## Update as of July 16, 2019:

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 18%. A new Clinical Coordinator was hired and started in the middle of January. The new Clinical Coordinator was given the expectations of the measure, how it is completed, and the time

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

frame within which completion is required.    This training was provided during the onboarding and training throughout January 2019. Four additional clinical coordinators have been assigned to assist with this measure during the transition.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
The providers are receiving and accepting the ATPs; however, they are not consistently discussing the ATP with the inmate as required.

**Corrective Action Plan:**
The Clinical Coordinator staff will start tracking the ATPs as of August 8, 2019. They will maintain a spreadsheet of the ATPs and the due dates.  Upon receipt of an ATP, the CNA will be notified. The CNA will be responsible for scheduling the inmate to see the provider within 15 days.  The SMD also held a meeting with the providers on July 31, 2019 and informed them of their responsibility to discuss the ATP with the inmate.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
This measure had not been assigned to a sole Clinical Coordinator, and process implemented to ensure the Nursing Assistants and Provider scheduled the patients.

**Corrective Action Plan:**
The Clinical Coordinator who is responsible for forwarding ATP's to the unit providers will send an email with the patients that need to be seen to the unit Nursing Assistant with instructions to schedule the patient within 15 days. The CC will monitor to ensure the encounters are held, this information will also be added to the Master Clinical Coordinator log for ease of access and tracking.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Patients are not being scheduled in timeframe to be seen and counseled.

**Corrective Action Plan:**
The Clinical Coordinator will run a report and verify that the unit provider and CNA have been notified and that the patient is on the provider line to be seen.  Findings were addressed at 11/06/2019 Provider meeting.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Patients are not being scheduled in timeframe to be seen and counseled.

**Corrective Action Plan:**
SMD addressed the PM 49 timeframe requirement on January 2, 2020 during the provider meeting. All providers are aware of the 30-day window to discuss with the inmates.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Small sample size - three applicable charts of audit month, two found non-compliant. Patients are not being scheduled in timeframe to be seen and counseled.

**Corrective Action Plan:**
The Clinical Coordinator as of the second week of February 2020 to schedule the ATP and track to ensure the appointment completed, including documentation that the ATP was discussed with the patient.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
The ATP was not forwarded to the Provider within the appropriate timeframes.

**Corrective Action Plan:**
The Clinical Coordinator will immediately send all ATPs upon receipt. The AFHA has developed a tracking report and will monitor for compliance.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
The ATP was not forwarded to the provider within the appropriate timeframes.

**Corrective Action Plan:**
The Clinical Coordinator will immediately send all ATPs upon receipt. The AFHA has developed a tracking report and will monitor for compliance.   The Clinical Coordinator is also required to maintain a tracker.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



**Basis for Non-Compliance (as of October 6, 2017):**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017):**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**
The Florence facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Eyman to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of September 25, 2018:**

**Basis of Noncompliance:**
Noncompliance resulted from an insufficient number of Providers due to ongoing vacancies. Corizon has approved 4.2 FTEs, but Florence currently has only 1.7 FTEs for advanced practicioners. If all positions were filled, there would be sufficient Providers. Recruiting is ongoing, but has been challenging.

**Corrective Action Plan:**
The new SMD started on August 13, 2018 and is currently in training with the SMD from the Eyman facility. When the new SMD is out of training, he will add additional support for the facility. In the interim, Florence is utilizing telehealth Providers to review labs

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

and x-rays to allow onsite Providers to conduct a larger number of encounters to discuss ATPs.

**Update as of October 24, 2018:**

**Basis of Non-Compliance:**
The prior plan is not reflected in the August numbers because the newly hired providers had not yet started.

**Corrective Action Plan:**
Corizon will continue to utilize the existing corrective action plan because the effect of the new hires has not yet been realized in the performance measure numbers. The new Site Medical Director started on August 13, 2018. One new Nurse Practicioner started on October 8, 2018. This person is currently a temporary employee, only working for 90 days, but may become full-time thereafter. Additionally, another new Nurse Practioner started working full time on October 15, 2018. Finally, another nurse practicioner may start at the end of October.

In addition, as of October 1, 2018, the new Healthcare Delivery Facilitator has been creating a report of all Alternative Treatment Plans to ensure that providers know who they need to see for the required discussion and documentation.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and was therefore not realized in September's data.

**Corrective Action Plan:**
As noted above, the corrective action plan for this performance measure indicated that two NPs were hired in mid-October and another would likely begin in late October, and that a new process began in early October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan. Further, on November 6, 2018, additional training was given to Providers concerning the steps needed to reach compliance with this performance measure.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
The reasons for noncompliance remain as previously reported.

**PM 49**  *Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Corrective Action Plan:**

Because the referenced employees did not begin working until the first two weeks of October and the end of October respectively, their inclusion did not impact the October results.  In addition, the referenced training on November 6, 2018 did not impact October numbers.  Corizon will wait to see how the referenced employees and training impact the November numbers before determining whether to take additional corrective measures.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**

The prior corrective action plan for this performance measure included training that occurred in November. As such, the November numbers do not fully reflect the impact of the corrective actions.  Additionally, compliance numbers have been impacted by an ongoing Provider shortage and a lack of fulltime Site Medical Director.  Other issues arose as a result of documentation being completed incorrectly by the newly onboarded Nurse Practitioners.

**Corrective Action Plan:**

Additional training was given to Providers on December 5, 2018, January 10, 2019 and January 24, 2019.   As part of that January 24, 2019 training, the newly onboarded Nurse Practitioners were given hands-on training, including about eOMIS procedures for this performance measure.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:

The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate.  The inconsistency with staffing these roles has created a backlog, and the providers were not notified of the ATP in a timely manner.

**Correction Action Plan**:

A new Clinical Coordinator and scheduler have been hired and started in the middle of January.   Four other clinical coordinators/schedulers are assisting with getting the notifications to the providers timely.   Further, the prior CAP included training that occurred in December 2018 and January 2019.  Therefore, the December numbers do not fully reflect the impact of the training**.**

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

## Update as of March 21, 2019:

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created a backlog, and the providers were not notified of the ATP in a timely manner.

**Correction Action Plan:**
The site will continue with the current CAP as the score has increased by 12%. A new Clinical Coordinator was hired and started in the middle of January. The new Clinical Coordinator was provided training on the expectations of the measure, how it is completed, and the timeframe within which completion is required. This training was provided during the onboarding and training throughout January 2019. Four additional clinical coordinators have been assigned to assist with this measure during the transition.

## Update as of April 21, 2019:

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
Continue with the current CAP (see above) as this measure has a longer timeframe and the improvement is not reflected in the February audit.

## Update as of May 21, 2019:

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
Continue with the current CAP, as this measure has a longer timeframe and the score has increased by 2%. A new Clinical Coordinator was hired and started in the middle of January. The new coordinator was given the expectations of the measure; how it is completed; and the timeframe within which completion is required. This training was provided during the onboarding and training throughout January 2019. Four

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

additional clinical coordinators have been assigned to assist with this measure during the transition.

**Update as of June 21, 2019:**

**Basis for noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
The Florence HDF has been assigned to track the Florence ATPs and ensure that the provider is notified of the ATPs. The HDF will also ensure that the patient is scheduled within thirty days of the UM team issuing the ATP with the provider to discuss the ATP. The HDF was assigned this task on 5/15/19.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created an issue with providers being notified of the ATP in a timely manner.

**Corrective Action Plan:**
The Florence HDF has been assigned to track the Florence ATPS and ensure that the provider is notified of the ATPS. The HDF will also ensure that the patient is scheduled within thirty days of the UM team issuing the ATP with the provider to discuss the ATP. The HDF was assigned this task on 5/15/19.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
The providers are receiving and accepting the ATPs however, they are not consistently discussing the ATP with the inmate as required.

**Corrective Action Plan:**
The Clinical Coordinator staff will start tracking the ATPS as of August 5, 2019. They will maintain a spreadsheet of the ATPs and the due dates. Upon receipt of an ATP, the information is being sent to the AFHA, who will send to the CNA and track compliance. The CNA will be responsible for scheduling the inmate to see the provider within 15

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

days.  The SMD also held a meeting with the providers on July 31, 2019 and informed them of their responsibility to discuss the ATP with the inmate.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
Patients are not being scheduled with 30 days to be notified of reasons specialty services being denied.

**Corrective Action Plan**:
The clinical coordinating office will maintain a tracker of the ATPS, and will send notification to the CNAs of the need to schedule the inmate to see the provider with 15 days of notification.  The tracker will be sent daily and HDF will track for compliance**.**

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Patients are not being scheduled within 30 days to be notified of reasons specialty services being denied.

**Corrective Action Plan:**
The clinical coordinating office will maintain a tracker of the ATPS and will send notification to the CNAs of the need to schedule the inmate to see the provider within 15 days of notification.  The tracker will be sent daily, and the HDF will track for compliance.  Additionally, an Administrative Assistant has been assigned to the HDF and will be tracking every ATP to ensure that the patient is scheduled with the provider to discuss the ATP within 30 days of the initial ATP. The Administrative Assistant will follow up to ensure the appointment occurs and the encounter includes documentation that the ATP was discussed with the patient.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



Above compliance threshold without interruption since December 2016, with the exception of October 2019.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
There was confusion as to the date that starts the 30-day timeframe. One patient was scheduled incorrectly ending in her being seen three days out of timeframe which resulted in non-compliance (3 out of 4).

**Corrective Action Plan:**
Education was given to the clinical coordinator and scheduler on 12/1/2019 as to the correct date to schedule from. DON also implemented for the scheduler to document the potential backlog date in the comments section of the appointment going forward so it is transparent and consistent.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
There was a late entry completed for a patient seen; however, the Provider charted the incorrect date that he actually saw the patient. The late entry was also added out of timeframe. The Clinical Coordinator Assistant who reviews the entries only checked that there was an encounter held and did not look at the content to ensure compliance (5 out of 6).

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Corrective Action Plan:**

The FHA/AFHA met with the Clinical Coordinator team and the SMD on 11/2/2020 to discuss the finding. Going forward the patients will be scheduled within a 15-day window. The Clinical Coordinator will review every chart to ensure the documentation reflects accurately and within timeframe. If by day 20 the patient still has not been seen, the FHA/AFHA will be notified for intervention. The FHA/AFHA will then send a Provider that day to see the patient to discuss the ATP.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



**Supplemental Information as of December 15, 2017:**

**Basis for Noncompliance:**
Noncompliance was caused by a one-time issue where a Provider did not document a follow-up denial.

**Corrective Action Plan:**
Steps have been taken to educate the Provider about the applicable process for documenting denials.

**Update as of January 8, 2018:**
The Phoenix facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of February 14, 2018:**

**Corrective Action Plan:**
This Performance Measure has been reviewed with all Providers to make certain that all Providers understand the clinical parameters of this PM.

**Update as of June 11, 2018:**
April reporting on this performance measure is still in the preliminary stages and, as such, the percentage noted above has not yet been finalized and is subject to change.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

The Department of Corrections anticipates having a finalized number available by June 15, 2018 and will update the Court at that time.

**Update as of September 25, 2018:**

**Basis of Noncompliance:**
A certain Provider believed that the 30-day timeframe began from the date on which the ATP was finalized, rather than the date on which the ATP originated.

**Corrective Action Plan:**
The noncompliant Provider was identified.  On August 31, 2018, the Healthcare Delivery Facilitator provided education to that Provider regarding how the 30-day timeframe is calculated.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
A sample selection of four charts was utilized for this measure at this facility. The one noncompliant chart was caused when the patient was transferred to another facility prior to the ATP appointment being completed.

**Corrective Action Plan:**
The Clinical Coordinator will ensure to communicate the ATP appointment to the receiving facility and ensure that the appointment is completed within the timeframe.

**Update as of September 19, 2019:**

**Basis for Noncompliance**:
A sample selection of five charts was utilized for his measure at this facility. The one noncompliant chart was caused by the provider not scheduling the follow up appointment with the patient.

**Corrective Action Plan**:
The Clinical Coordinator and HDF will track the consult status. Once an ATP is identified, the CC will communicate with the provider and schedule an appointment to discuss the ATP within the 30-day timeframe.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*



**Basis for Non-Compliance (as of October 6, 2017)**
See Basis for Non-Compliance for Eyman.

**Corrective Action Plan (as of October 6, 2017)**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**

**Basis for Noncompliance:**
Noncompliance was due to the departure and onboarding of a new clinical coordinator in mid-October, and turnover of several providers.

**Supplemental Corrective Action Plan:**
The new clinical coordinator received additional training and education at the end of October. Within the last week, the clinical coordinator received additional training and education, including from the Perryville clinical coordinator.  In addition, Corizon has hired two new MDs: one who started on November 13, 2017 and the other who started on December 4, 2017.

**Update as of January 8, 2018:**
Each site Medical Director will have their own medical assistant to assist with management of daily duties concerning timeliness of taking action. This procedure will assist with other measures where provider timeliness is an issue. The procedure is currently being implemented at facilities system wide with a projected completion date in early February.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

## Update as of February 14, 2018:

### Corrective Action Plan:

The Clinical Coordinator is newly hired, and Corizon will use the Lewis Clinical Coordinator to train the new person. There will be additional staff that will be provided to supply support while training is occurring. The new person started training on February 20, 2018. As of February 26, 2018, the newly trained person has assumed the Clinical Coordinator's duties. Corizon will look at having the Lewis scheduler/coordinator electronically assist during the time that the new Clinical Coordinator at Tucson is being cleared and trained. Overall, UM is being reviewed by Corizon to establish new rules to expedite the UM process, so that treatment to the inmates can be more streamlined for certain conditions, i.e., if a patient has surgery, then there is an automatic follow-up without ATP delay. Additional training will be provided to assure that the requested consult is properly documented by the initial Provider inputting the needed data. Overall, Corizon will provide statewide UM training for all facilities. As part of that training, a new report will be run from the CARES system to identify outstanding requests and then track the ATPs and let the Provider know if there is a delay or more information is needed.

Currently Corizon providers are meeting with additional outside and specialty providers to expand the network of available resources and available specialties.

## Update as of June 11, 2018:

### Basis for Non-Compliance:

Two new Providers were hired on February 12 and April 9, 2018, to replace other Providers that had left the facility. These two new Providers did not fully understand the steps needed to ensure compliance with this performance measure.

### Corrective Action Plan:

The SMD now has an administrative assistant that interfaces with the Clinical Coordinator about any ATPs received and who is charged with notifying the respective Providers upon receipt of an ATP. That administrative assistant is also responsible for ensuring that the patient is put on the Provider line to be notified about the ATP in a timely fashion.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Update as of July 31, 2018:**

**Corrective Action Plan:**
The corrective action plan that was implemented in the June update will continue because the May results do not reflect the impact of June efforts. This plan will continue so that the ADC and Corizon can determine its true effect on compliance scores.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
One of the Providers mentioned in the June 2018 update no longer works for Corizon. Additionally, it was identified that, despite the efforts to interface the data from the Clinical Coordinator to the Administrative Assistants and CNAs for the Providers, there was no tracking mechanism in place to ensure completion.

**Corrective Action Plan:**
The Clinical Coordinator implemented a tracking tool on July 25, 2018 to ensure full compliance with this measure. Additional training was also conducted for the Providers on July 11 and August 7, 2018. These additions will supplement the plan presented on July 31, 2018.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
As noted in the August 29, 2018 update, Corizon began taking steps to address the lack of tracking on this measure in July, including with the implementation of a tracking tool and additional training.  Those steps are not yet reflected in July's numbers.

**Corrective Action Plan:**
In addition to the steps taken in July and August noted in the August 29, 2018 update, additional training on this measure will occur on September 26, 2018.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
The regular Clinical Coordinator was off during this audit cycle and the assigned staff member that filled in was unable to properly track this measure to ensure it completion within time frame.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Corrective Action Plan:**

The Tucson HDF has been assigned to track the Tucson ATPS and ensure that the provider is notified of the ATPS. The HDF will also ensure that the patient is scheduled within thirty days of the UM team issuing the ATP with the provider to discuss the ATP. The HDF was assigned this task on 5/15/19. The regular clinical coordinator returned from leave on June 1st and has taken back over the tasks for this measure's completion.

**Update as of August 9, 2019:**

**Basis for Noncompliance:**

The patients were not being scheduled in a timely manner for education.

**Corrective Action Plan:**

On July 31, 2019, the provider assistants who control scheduling for the providers were brought together for a meeting and trained on the timeframes and correct procedures for this performance measure.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**

New change to clinical coordination system with new vendor changed who was notified about need to educate.

**Corrective Action Plan:**

The AFHA is pulling a report weekly to ensure that all ATPs that have been generated have been appropriately scheduled.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**

One missed email to notify Provider of ATP resulted in noncompliance.

**Corrective Action Plan:**

The AFHA is pulling a report weekly to ensure that all ATPs that have been generated have been appropriately scheduled.  The AFHA is getting notification of all ATPs so misses do not occur.

# PM 49

*Are patients for whom a provider's request for specialty services is denied told of the denial by a Medical Provider at the patient's next scheduled appointment, no more than 30 days after the denial, and the Provider documents in the patient's medical record the Provider's follow-up to the denial?*

**Update as of January 15, 2021:**

**Basis for Noncompliance:**
The providers are receiving and accepting the ATPs; however, they are not consistently discussing the ATP with the inmate as required.

**Corrective Action Plan:**
The Clinical Coordinator staff will continue tracking the ATPs. They will maintain a spreadsheet of the ATPs and the due dates. Upon receipt of an ATP, the CNA will be notified. The CNA will be responsible for scheduling the inmate to see the provider within 15 days. Progressive disciplinary action will be taken if the CNA fails to schedule the patient. Progressive disciplinary action will be taken if the patient is scheduled and the provider fails to see the patient and discuss the ATP.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Basis for issues with non-compliance:**
The Florence facility had a finite capacity to transport inmates into the community for these services. This capacity was a constraint as it was less than what was required by the number of services needed.

**Corrective Action Plan:**
In a collaborative review of local transport services between the Eyman and Florence facilities, it was decided that the transport teams from Eyman and Florence could be centralized to provide a more flexible transport service for the two facilities. There now exists a dedicated/centralized transport control center providing secure transport services to these two facilities. This transport center is comprised of 23 officers across 12 teams at Eyman, combined with 13 officers across 5 teams at Florence and went into place on August 2, 2017. ADC has identified a sergeant to work directly with schedulers from both sites to ensure that appointments are met. The start date for the new procedure was August 14, 2017, at which time the transport teams were combined.

**Supplemental Information as of October 6, 2017:**
It is too early to see the effects of the new procedure referenced in the above Corrective Action Plan given that it was implemented in mid-August 2017.

**Supplemental Information as of November 6, 2017:**

1. Workflow begins with the Provider line encounter where it is determining that an offsite consult is needed. The provider writes a consult and includes needed

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

information in eOMIS. Include all supporting documentation (e.g. Labs, past history, x-ray results, physical assessments)

2. Clinical Coordinator runs the consult report in eOMIS in the morning and afternoon to view consults written by providers.
   a. The Clinical Coordinator enters consult in ORC to obtain an ORC number.
   b. The Clinical Coordinator then enters the consult and ORC number into CARES.
   c. The Clinical Coordinator enters ORC number into eOMIS.
   d. The Clinical Coordinator places a Medical Hold on patient in eOMIS.

3. The UM Process begins once the Clinical Coordinator enters the consult into CARES. The UM department will follow the Urgent Request Workflow. UM will have three specific responses:
   a. UM Approves Consult and places approval status into CARES within 24 hours.
   b. UM suggest Alternative Treatment Plan (ATP) and places the status into CARES within 24 hours. (See Process for PM #49)
   c. UM needs more information and places the status and questions into CARES with 24 hours.

4. Clinical Coordinator will check CARES in the morning and afternoon each day to determine if the UM department has made a decision regarding pending consults.
   a. If a consult is Approved the Clinical Coordinator will schedule off-site consult. The appointment must be scheduled ASAP. If CC specialist resources are exhausted or day 21 is hit, then the CC will notify the DO.
   b. If UM suggest an Alternative Treatment Plan, See Process for PM #49.
   c. If UM states they Need More Information (NMI) to make a decision, the Clinical Coordinator will notify CNA and Provider who wrote consult or designee to Patient that more information is needed today.
   d. If provider needs Patient encounter to obtain needed information, will work with CNA to get patient scheduled immediately.

5. Provider enters the information needed for the UM department in eOMIS within the same day.
   a. Clinical Coordinator must notify UM Department that the needed information has been entered into eOMIS.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

6.    Clinical Coordinator uses Pentaho report to ensure ATP and NMI consults follow the timeline.
    a.    Clinical Coordinator discovers NMI is not entered in timeframe (same day).
    b.    Clinical Coordinator notifies FHA and SMD.
    c.    SMD & FHA notifies provider to resolve NMI today.
    d.    If not done by day 25, escalate to AVP.
    e.    If not done by day 28, escalate to VPO.

**Supplemental Information as of December 15, 2017:**

**Basis for Non-compliance:**
Corizon is experiencing difficulties in terms of identifying and procuring specialty providers for delivering urgent consultations and urgent specialty diagnostic services within the required timeframe. A significant number of specialty providers that have been contacted either do not have the capacity to take on new patients at this time, do not want inmates in their facilities, or will not accept AHCCCS rates.

**Corrective Action Plan:**
Corizon is currently receiving additional assistance from its corporate office in terms of trying to identify and procure necessary specialty providers to provide urgent consultations and diagnostic services.  The corporate office is reaching out to additional specialty providers within Arizona and those also residing in neighboring states, including through telemed and in-person patient care at the Florence facility. This action measure was implemented in mid-November 2017.

**Update as of January 8, 2018:**

**Basis for Noncompliance:**
Corizon is experiencing difficulties in procuring specialty providers for specialty diagnostic services within the required timeframe, such as urology, neurology, and gastroenterology. Some of this difficulty has been compounded by limited provider availability during the Thanksgiving holiday. There has also been a problem with patients receiving oncology services because the oncology provider that had been used, AON, filed for bankruptcy.  Corizon was only given one week's notice of this closure. Accordingly, oncology patients had to be transferred to a new provider. Due to these issues, even where specialty providers have been procured for an inmate, many of the appointments are not until February, outside of the compliance time period.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**
Corizon has contracted with an additional oncology provider. Additionally, Corizon's corporate office is arranging single-case agreements with additional specialty providers who do not have long-term contracts with Corizon or ADC to facilitate faster access to these specialty services. Finally, Dr. Robertson and ADC have utilized their contacts to identify additional specialty providers across the state who could be willing to accept inmates as patients.

**Update as of February 14, 2018:**
Transportation has significantly improved, which is helping with getting inmates to the specialty provider.  As of this week of January 29, 2018, there is a zero backlog for routines.

**Corrective Action Plan:**
For any provider that expresses an interest, local Corizon staff will set meetings with provider to attempt to get new contracts to provide specialty care.

Corizon is working to have additional specialty providers come to the site to provide services. Dermatology, urology, physical therapy, ultrasound, orthotics are some examples of doctors that can come on site to provide care.  ADC Operations will provide new space to accommodate the provision of specialty care on site.

**Update as of July 31, 2018:**

Corizon and the Department of Corrections are formally rebutting this compliance score.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
The Clinical Coordinator left on June 22, 2018, leading to diminished oversight.

**Corrective Action Plan:**
A new Clinical Coordinator started July 23, 2018 and was trained by staff from Perryville that week.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
Turnover in the Clinical Coordinator position caused issues with this measure.  The previous Clinical Coordinator's last day was June 22, 2018.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**
A new Clinical Coordinator started July 23, 2018 and was trained by staff from Perryville that week.  Similarly, the recently assigned scheduler has been training at the Perryville facility during the third week of September 2018.

In addition, conversations continue with the Eyman facility on ways to increase compliance with this performance measure by making additional adjustments and increasing coordination between the two facilities in regard to getting patients to offsite medical consultations in a timely manner. Now that the training for the Clinical Coordinator and scheduler positions is completing, compliance with this performance measure is expected to increase.

**Update as of October 24, 2018:**

**Basis of Non-Compliance:**
A new scheduler was hired and started training in the third week of September.  Thus, the impact of the increased staffing is not reflected in the August numbers.

**Corrective Action Plan:**
Corizon will continue with the current corrective action.

**Update as of November 21, 2018:**

The compliance rates for this performance measure are on a significant upward trajectory and are nearing compliance.  Accordingly, Corizon will continue to utilize the existing corrective action plan.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
This facility is transitioning to a new Clinical Coordinator and scheduler, who are still learning their roles.

**Corrective Action Plan:**
The Clinical Coordinator is scheduled to complete a full day of additional training on December 21, 2018.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

## Update as of January 21, 2019:

### Basis for Noncompliance:
The prior corrective action plan for this performance measure included training that occurred on December 21, 2018. As such, the November numbers do not fully reflect the impact of the corrective actions. Additionally, there were ongoing issues with the previous Clinical Coordinator completing the necessary tasks of the job. The replacement Clinical Coordinator needed time to catch up on the backlog.

### Corrective Action Plan:
The Clinical Coordinator was able to catch up with the backlog caused by the prior Clinical Coordinator. The replacement Clinical Coordinator has now departed and a new LPN will be starting as the Clinical Coordinator on January 20, 2019. Until that occurs, the Clinical Coordinator out of Eyman is providing coverage for this facility. Corizon expects that this performance measure will be compliant for the month of December.

## Update as of March 21, 2019:

### Basis for Noncompliance:
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

### Corrective Action Plan:
A new Clinical Coordinator was hired and started the second week of January. Onboarding and training for this position included this measure's requirements and the process was completed by February 1, 2019. Four clinical coordinators from other facilities have been assigned to assist during this transition period.

## Update as of April 21, 2019:

### Basis for Noncompliance:
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

### Corrective Action Plan:
Continue with the current CAP (see above) as this measure has a longer timeframe and the improvement is not reflected in the February audit.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Update as of June 21, 2019:**

**Basis for noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action Plan:**
An additional Clinical Coordinator and scheduler have been hired to complete the consults for the Florence facility. The two new staff members will be fully trained by 6/15/19. The Eyman Clinical Coordinator and scheduler had been completing both the Florence and Eyman facility consults.  Due to the large volume of consults at both facilities compliance was not achieved.

**Update as of July 16, 2019:**

**Basis for noncompliance:**
The Eyman Clinical Coordinator and scheduler had been completing both the Florence and Eyman facility consults.  Due to the large volume of consults at both facilities compliance was not achieved.

**Corrective Action Plan:**
Continue with the current plan as the two new staff members were not fully trained until the second week of June and is not reflective in the May audit. An additional Clinical Coordinator and scheduler have been hired to complete the consults for the Florence facility. The two new staff members will be fully trained by 6/15/19.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
There was a backlog of referrals that carried over through the transition.   In addition, there are providers that provided services prior to the transition who will no longer provide services to the inmate population without a contract in place.

**Corrective Action Plan:**
The processing of consults has resumed and the UM process is working at an expedited rate to approve the consults.  Appointments are being scheduled as soon as possible with outside providers.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
A large number of consults have been approved and getting outside providers to see all of them has proved to be a challenge.  Now that a large number of inmates are also being scheduled, transportation has become an issue.

**Corrective Action Plan:**
Florence clinical coordinator and scheduler will continue to schedule inmates in effort to reduce the backlog and become current.  The FHA is working with the Warden in regards to possibly adding additional transport staff to assist with the backlog of inmates now scheduled.   Centurion is working on getting specialist providers to go to the facility to provide services.  Audiology and ultra-sound radiology have already started, while physical therapy and others are being discussed.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The available resources has outpaced the demand. Multiple outside providers are pending seeing patients until a contract is signed with the new vendor.

**Corrective Action Plan:**
The Clinical Coordinator office is diligently working to schedule the consults within the timeframes.  Some specialty providers will not see the inmates until an executed contract is in place.   This is being addressed and inmates are being scheduled, as the transportation schedule will allow.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
An increase in the volume of referrals has caused delays for appointments.

**Corrective Action Plan:**
The Clinical Coordinator office is diligently working to schedule the consults within the timeframes.  Corporate staff are assisting with finding offsite providers who will see inmates.  Audiology and ultrasounds our now available on site to expedite appointments for these services. Centurion is contacting physical therapy companies that may be able to provide services to the patients on site. The ability to provide services on site allows these services to be completed in an expedited manner and frees up transportation availability for other services not available on site.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
An increase in the volume of referrals has caused delays for appointments.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 6%. The Clinical Coordinator office is diligently working to schedule the consults within the timeframes. Corporate staff are assisting with finding offsite providers who will see inmates. Audiology and ultrasounds our now available on site to expedite appointments for these services. Centurion is contacting physical therapy companies that may be able to provide services to the patients on site. The ability to provide services on site allows these services to be completed in an expedited manner and frees up transportation availability for other services not available on site.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
The Clinical Coordinator resigned in November 2019, making the department short staffed. Urgent consultations were not scheduled within 30 calendar days of the consultation due to demand outpacing available resources occurring with transportation issues and offsite provider availability.

**Corrective Action Plan:**
The demand is outpacing available resources in processing consult referrals and finding offsite specialists to see the inmates.  Corporate staff are assisting with finding offsite specialists who will see inmates.  Audiology and ultrasounds are now being completed onsite, and physical therapy is being looked at to be done onsite starting mid-January 2020.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
The amount of consults submitted monthly has increased significantly. Specialists have limited availability and at times are scheduled out in advance for three months. An increase in limited availability occurred over the December holiday season.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**
A new Clinical Coordinator was hired for Florence starting January 6, 2020. Corporate staff are assisting with finding offsite specialists who will see inmates. Centurion is also recruiting a provider liaison to facilitate specialty development networks.   Audiology and ultrasounds are now being completed onsite, as well as a physical therapist, starting onsite PT mid-February 2020.  A new SMD is providing coaching and education to the providers with the highest volume of requested consults.  Providers received instruction on 1/21/2020 to start using RubiconMD to enable primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care– improving the patient experience. Two additional UM nurses and a UM clerk are being hired to expedite the UM process.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  A large volume of consults has been generated recently causing some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance.  The UM team has continued to source for specialties that have been difficult to schedule.  The scheduler has also been given additional help to ensure timely calls to offsite clinics.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Urgent consultations not scheduled within 30 calendar days of the consultation due to demand outpacing available resources for offsite provider availability.

**Corrective Action Plan:**
A physical therapist is completing onsite PT.  Care Clix was added in April to cover specialties of Orthopedics, Nephrology, Cardiology and Urology.   Providers are continuously being encouraged to use RubiconMD, which enables primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care improving the patient experience.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Urgent consultations not scheduled within 30 calendar days of the consultation due to demand outpacing available resources for offsite provider availability.   COVID 19 has

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

caused many cancellations and postponements of appointments. Clinical Coordinator failed to document the reason for cancellation due to COVID-19.

**Corrective Action Plan:**

CareClix added in April to cover specialties of Orthopedics, Nephrology, Cardiology and Urology.  Providers are continuously being encouraged to use RubiconMD, which enable primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care improving the patient experience and reducing costs.  The newly appointed Clinical Coordinator is assuring all documented reasons for non-scheduling is completed.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
COVID 19 has caused many cancellations and postponements of appointments. Clinical Coordinator failed to document the reason for cancellation due to COVID-19.

**Corrective Action Plan:**
Education for appropriate verbiage was sent to all the Clinical Coordinator staff on 7/10/2020.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
The COVID pandemic has caused delays in the scheduling of specialty services.  In addition, Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 30-days.

**Corrective Action Plan:**
1. The Clinical Coordinator will escalate urgent consults not approved within three days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests.
3. If issues arise and the appointment cannot be scheduled within 30 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or provider representative will locate another specialist.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Florence and Eyman, explaining the proper documentation needed. The email included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard being locked down for positive COVID inmates.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
The Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days.

**Corrective Action Plan:**
1. The clinical coordinator will escalate urgent consults not approved within three days to the UM Supervisor via email.
2. The clinical coordinator and scheduler will immediately attempt to schedule all urgent requests.
3. If issues arise and the appointment cannot be scheduled within 30 days, the clinical coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The clinical coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. The HDF provided education to the clinical coordinator department for Florence and Eyman, explaining the proper documentation needed. The education included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7. The HDF meets with the FHA and AFHA at the morning huddle and provides updates and concerns on all consults. An additional report is also sent to the FHA and AFHA before the close of business with updates and concerns on all consults.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days. Appointments were scheduled outside of the thirty-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints.

**Corrective Action Plan:**
Continue with the current corrective action plan as the score has continued to improve since its implementation.

1.  The Clinical Coordinator will escalate urgent consults not approved within three days to the UM Supervisor via email.
2.  The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests.
3.  If issues arise that the appointment cannot be scheduled within 30 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4.  The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5.  The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6.  July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Florence and Eyman, explaining the proper documentation needed. The email included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7.  A staff member identified to pull a report of all unscheduled consults at the start of the month and send to the Clinical Coordinator for scheduling.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
PM 50 Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days. Consults were scheduled outside of the 30-day timeframe due to limited resources currently available in the community.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**

Continue with the current corrective action plan with the addition of increased tele-health services.

1. The Clinical Coordinator will escalate urgent consults not approved within three days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests.
3. If issues arise, and the appointment cannot be scheduled within 30 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. July 17, 2020, the HDF sent an email to the Clinical Coordinator Department for Florence and Eyman, explaining the proper documentation needed. The email included examples of how to document in eOMIS, when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7. An identified staff member was assigned to pull a report of all unscheduled consults at the start of the month and send to the Clinical Coordinator for scheduling.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**

The consult did not occur within the required 30 days.

**Corrective Action Plan:**

1. 12/21/2020, education provided to all clinical coordinators and schedulers at Florence. Errors that cause a delay in patient care will be followed by corrective action.
2. Delays in scheduling - Consults will be attempted to be scheduled the next business day following authorization. Progressive discipline will be issued to those who delay scheduling.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

Updated as of March 18, 2021:

**Basis for Non-Compliance:**
1. The appointment did not occur within 30 days as required.
2. Clinical Coordinator and schedulers failed to attempt scheduling of consults within the same day or next business day.
3. Several consults have duplicate entries, and the duplicates are not cancelled with the explanation of why it is a duplicate and that the consult occurred on xx-xx-xxxx date.

**Corrective Action Plan:**
Continue with the current corrective action plan.

1. On 12/21/2020, education was provided to all Clinical Coordinators and schedulers at Florence and Eyman by the FHA and site leadership for both facilities. Following authorization-scheduling attempts start the next business day following authorization. This is required for Urgent consults. Routines should have an attempt to schedule within the week of authorization. All attempts are documented in the action taken section of the consult at the time of the attempt.
2. Progressive discipline will be issued to any team members not complying as determined by the FHA.
3. A Provider is reviewing all duplicate consults to close the duplicate with an explanation as to why it is a duplicate.  The Provider will cancel the  consult after it occurs with date of occurrence listed.
4. Centurion has contracted with the following specialty services to expedite appointments

New Providers/New Contracts March 2020-December 2020:

Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron
AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute
Neurology Consultants of AZ – Dr. Shayya

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

January-March 2021:

IMS GI – Dr. Verma
Center for Neurology and Spine – Dr. Gitt
Ocotillo Surgery Center
Arizona Urology – multiple providers

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
1. The appointment did not occur within 30 days as required.
2. Clinical Coordinator and schedulers failed to attempt scheduling of consults within the same day or next business day.
3. Several consults have duplicate entries, and the duplicates are not cancelled with the explanation of why it is a duplicate and that the consult occurred on xx-xx-xxxx date.

**Corrective Action Plan:**
 Continue with the current corrective action plan.

1. On 12/21/2020, education was provided to all Clinical Coordinators and schedulers at Florence and Eyman by the FHA and site leadership for both facilities. Scheduling attempts start the next business day after authorization for urgent consults. This is required for urgent consults. Routines should have an attempt to schedule within the week of authorization. All attempts are documented in the action taken section of the consult at the time of the attempt.
2. Progressive discipline will be issued to any team members not complying as determined by the FHA.
3. A Provider is reviewing all duplicate consults to close the duplicate with an explanation as to why it is a duplicate.  The Provider will cancel the consult after it occurs with date of occurrence listed.
4. Centurion has contracted with the following specialty services to expedite appointments

New Providers/New Contracts March 2020-December 2020:

Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute
Neurology Consultants of AZ – Dr. Shayya
Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

January-March 2021:

IMS GI – Dr. Verma
Center for Neurology and Spine – Dr. Gitt
Ocotillo Surgery Center
Arizona Urology – multiple providers

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*
1. *The appointment did not occur within 30 days as required.*
2. *Clinical Coordinator and schedulers failed to attempt scheduling of consults within the same day or next business day.*
3. *Several consults have duplicate entries, and the duplicates are not cancelled with the explanation of why it is a duplicate and that the consult occurred on xx-xx-xxxx date.*

*Corrective Action Plan:*

*Continue with the current corrective action plan, as several of the new provider contracts were not finalized until January-March of 2021.*

1. *On 12/21/2020, education was provided to all Clinical Coordinators and schedulers at Florence and Eyman by the FHA and site leadership for both facilities. Scheduling attempts start the next business day after authorization for urgent consults. All attempts are documented in the action taken section of the consult at the time of the attempt.*

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

2. **Progressive discipline will be issued to any team members not complying, as determined by the FHA.**
3. **A Provider is reviewing all duplicate consults to close the duplicate with an explanation as to why it is a duplicate. The Provider will cancel the consult after it occurs with date of occurrence listed.**
4. **Centurion has contracted with the following specialty services to expedite appointments**

*New Providers/New, Contracts March 2020-December 2020:*

*Saguaro Dermatology – Dr. Hamman*
*Arkangel Endocrinology and Diabetes – Dr. Boron*
*AMDX, NeuroDiagnostic Laboratories – multiple providers*
*AZ Dermatopathology – Dr. Bernert*
*White Mountain Dermatology- Dr. Bruhal*
*Allegiant Healthcare West – multiple providers*
*Desert Valley Oral Surgery*
*Aspen Infusion*
*IMS Urology – Dr. Caropreso*
*AZ Diagnostic Radiology Group*
*Central Arizona GI and Liver Institute*
*Neurology Consultants of AZ – Dr. Shayya*
*Simmons Foot and Ankle, PLLC*
*Florence Anthem Hospital*
*Steward Health*

*January-March 2021:*

*IMS GI – Dr. Verma*
*Center for Neurology and Spine – Dr. Gitt*
*Ocotillo Surgery Center*
*Arizona Urology – multiple providers*

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
The Clinical Coordinator was not able to get several inmates scheduled within the 30-day timeframe.

**Corrective Action Plan:**
The Clinical Coordinator will be reviewing the open consult list sent from the regional office to identify urgent consultations that need to be acted on to ensure accurate and appropriate documentation is entered. In addition, the Perryville HDF will be reviewing open consults with the Clinical Coordinator weekly to ensure documentation is up to date and any action needed is prioritized to ensure compliance.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*The completion of five of the noncompliant urgent consults occurred within the thirty-day timeframe but because February is a shorter month, it is not reflected in the March dates.  Example: Urgent consult placed on February 24th and completed on March 25th.  Although the consult was completed within 30 days it was found non-compliant based on the differing dates.*

**PM 50** *Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

*Corrective Action Plan:*

*The Clinical Coordinator will continue to prioritize and schedule urgent consults for completion within the 30-day timeframe, paying attention to the calendar month regardless of 28 or 31 days in the month.*

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*



**Update as of May 8, 2018:**

**Corrective Action Plan:**
A new clinical coordinator has been hired and is currently in the process of on-boarding. Effects of this action should be reflected in the May audit.

**Update as of June 1, 2018 concerning Clinical Coordinator position:**

The Clinical Coordinator referenced in the May 8, 2018 corrective action plan filled a vacancy at the Tucson facility.  The prior Clinical Coordinator left on December 25, 2017.  The position remained vacant until February 20, 2018, when a temporary Clinical Coordinator was placed in that position.  That person was made the full-time Clinical Coordinator on March 18, 2018.

**Update as of August 29, 2018:**

**Basis of Non-Compliance:**
The Clinical Coordinator and Scheduler were out on personal leave for several weeks during the month of June.

**Corrective Action Plan:**
The Assistant FHA will meet with the Clinical Coordinator and Scheduler every week to review pending consults to ensure that if the Clinical Coordinator and Scheduler are out compliance does not suffer.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Update as of September 25, 2018:**

**Basis of Non-Compliance:**
The Clinical Coordinator and Scheduler were out on personal leave for multiple weeks during the month of June causing a backlog into the month of July.

**Corrective Action Plan:**
Corizon and ADC will continue with the remedial plan outlined in the August 29, 2018 update.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
The Clinical Coordinator was not tracking deadlines for this measure accurately.

**Corrective Action Plan:**
The Clinical Coordinator is scheduled to complete a full day of additional training on December 21, 2018.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
UM delays in approving consults.

**Corrective Action Plan:**
The Clinical Coordinator has been training for the last week. The AFHA and CQI LPN will be covering while the Clinical Coordinator is on vacation. The AFHA will be covering the role and streamlining the process to improve compliance. The AFHA will reach out to UM weekly to be sure information is flowing appropriately.  The AFHA and FHA will discuss with SMD and will reach out to appropriate resource on day 15 to have inmate sent out appropriately.

**Update as of July 16, 2019:**

**Basis for noncompliance:**
The regular Clinical Coordinator was off during this audit cycle and the assigned staff member that filled in was unable to properly track this measure to ensure it completion within time frame.

**Corrective Action Plan:**
The regular clinical coordinator returned from leave on June 1st and has taken back over the tasks for this measure's completion. The AFHA and CQI LPN have been working on

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

streamlining the process to improve compliance during the regular clinical coordinator's absence. The AFHA continues to reach out to UM weekly to be sure information is flowing appropriately. The AFHA and FHA will discuss with SMD and will reach out to appropriate resource on day 15 to have inmate sent out appropriately.

**Update as of August 9, 2019:**

**Basis for Non-Compliance:**
Key community specialists were unable to receive scheduled appointments within the timeframes required for compliance.

**Corrective Action Plan:**
The transition to the new vendor has brought renewed focus to support the UM process and procure more specialists to ensure more timely access for the patients. This should allow faster and more efficient scheduling and better timeframes for compliance.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance. A new Clinical Coordinator joined the team on 09/17/2019 and is ensuring all specialty offsite provider appointment scheduling efforts are made and well documented.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain. A large volume of consults has been generated recently causing a delay in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance. The UM team has continued to source for specialties that have been difficult to schedule. The scheduler has also been given additional help when any backlogs exist to ensure timely calls to offsite clinics.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Certain off-site specialties have been difficult to obtain as well as enough on-site optometry visits from the Optometrist.  A large volume of consults have been generated recently causing delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
The UM team has continued to source for specialties that have been difficult to schedule as well as the need for an optometrist that can support the needs of the complex.  The scheduler has also been given additional help when any backlogs exist to ensure timely calls to offsite clinics.  The HDF will review backlogs and provide data to clinical coordinating team to ensure they focus on those consults coming due.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
The amount of consults submitted monthly has increased significantly. Specialists have limited availability and at times are scheduled out in advance for three months. An increase in limited availability occurred over the December holiday season.

**Corrective Action Plan:**
Corporate staff are assisting with finding offsite specialists who will see inmates. Centurion is also recruiting a provider liaison to facilitate specialty development networks.   Audiology and ultrasounds are now being completed onsite, as well as a physical therapist, starting onsite PT mid-February 2020.  Providers received instruction on 1/21/2020 to start using RubiconMD to enable primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care– improving the patient experience. Two additional UM nurses and a UM clerk are being hired to expedite the UM process. The clinical coordinating team now has a person dedicated to coordinating on-site optometry and is currently working on getting extra clinics scheduled.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  A large volume of consults has been generated recently causing some delays in appointment scheduling for the clinical coordinating team.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance. The UM team has continued to source for specialties that have been difficult to schedule. The scheduler has also been given additional help to ensure timely calls to offsite clinics.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain. A large volume of consults have been generated recently causing some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance. The UM team has continued to source for specialties that have been difficult to schedule. The scheduler has also been given additional help to ensure timely calls to offsite clinics.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain. A large volume of consults has been generated recently creating some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance. The UM team has continued to source for specialties that have been difficult to schedule. The scheduler has also been given additional help to ensure timely calls to offsite clinics including someone to solely concentrate on Optometry and scanning of consult reports. The Provider Services Representative is tirelessly working to obtain more off-site specialist as well as securing more contracts for telemedicine for those of this prison population who qualify for telemed appointments. The statewide state of emergency for the COVID-19 virus has stalled the forward progress the Clinical Coordinating team was making to bring this measure into compliance.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID or external provider as reason for suspension of consult.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**

Weekly meeting in place with clinical coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.  Proper documentation is reviewed for presence in medical chart.  Full audit of consults occurs at least monthly to check for appropriate documentation.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**

The COVID pandemic has caused delays in the scheduling of specialty services.  In addition, the audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID or external provider as reason for suspension of consult.

**Corrective Action Plan:**

1. The Clinical Coordinator will escalate urgent consults not approved within three days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests.
3. If issues arise and the appointment cannot be scheduled within 30 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or provider representative will locate another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. A weekly meeting is currently in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.
7. FHA and HDF review consults for presence of proper documentation in medical chart.
8. A full audit of consults occurs at least once monthly to check for appropriate documentation.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**

Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days. Appointments were scheduled outside of the thirty-day period due to the

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

lack of availability of specialty providers to be able to see patients within the required time constraints.

**Corrective Action Plan:**

1.  The Clinical Coordinator will escalate urgent consults not approved within three days to the UM Supervisor via email.
2.  The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests.
3.  If issues arise that the appointment cannot be scheduled within 30 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4.  The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5.  The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6.  The Regional Director of Compliance provided education on 12/8/2020 to all Clinical Coordinator departments statewide, explaining the proper documentation needed and the UM process.  The education included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7.  The HDF meets with the FHA and AFHA at the morning huddle and provides updates and concerns on all consults. An additional report is also sent to the FHA and AFHA before the close of business with updates and concerns on all consults.
8.  Weekly meetings in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.
9.  Continuous alerts are sent to UM of external provider conflicts in scheduling.
10. A specific point person is working on contracts and additional procurement of clinics in the community.
11. The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**

The Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 30 days. Consults were scheduled outside of the 30-day timeframe due to limited resources currently available in the community.

# PM 50

*Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**

Continue with the current CAP as the score has increased by 12% since implementation.

1.  The Clinical Coordinator will escalate urgent consults not approved within three days to the UM Supervisor via email.
2.  The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests.
3.  If issues arise, and the appointment cannot be scheduled within 30 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4.  The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5.  The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6.  The Regional Director of Compliance provided education on 12/8/2020 to all Clinical Coordinator Departments statewide, explaining the proper documentation needed and the UM process.  The education included examples of how to document in eOMIS, when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7.  The HDF meets with the FHA and AFHA at the morning huddle and provides updates and concerns on all consults. An additional report is also sent to the FHA and AFHA before the close of business with updates and concerns on all consults.
8.  Weekly meetings in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.
9.  Continuous alerts are sent to UM of external provider conflicts in scheduling.
10. A specific point person is working on contracts and additional procurement of clinics in the community.
11. The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**

Consults were completed outside of the 30 days due to external provider, community provider availability.

**Corrective Action Plan:**

Weekly meeting in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.  We continuously alert UM of external provider conflicts in scheduling.  A specific point person is working on contracts and additional

**PM 50**   *Are urgent consultations and urgent specialty diagnostic services being scheduled and completed within thirty (30) calendar days of the consultation being requested by the provider?*

procurement of clinics in the community.  The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Consults were found to have been completed outside of the 30 days due to external provider, community provider availability.

**Corrective Action Plan:**
Weekly meeting in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.  We continuously alert UM of external provider conflicts in scheduling.  A specific point person is working on contracts and additional procurement of clinics in the community.  The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

New contracts have been obtained with community providers since March 2020-Dec 2020:

       Saguaro Dermatology – Dr. Hamman
       Arkangel Endocrinology and Diabetes – Dr. Boron
       AMDX, NeuroDiagnostic Laboratories – multiple providers
       AZ Dermatopathology – Dr. Bernert
       White Mountain Dermatology- Dr. Bruhal
       Allegiant Healthcare West – multiple providers
       Desert Valley Oral Surgery
       Aspen Infusion
       IMS Urology – Dr. Caropreso
       AZ Diagnostic Radiology Group
       Central Arizona GI and Liver Institute
       Neurology Consultants of AZ – Dr. Shayya
       Simmons Foot and Ankle, PLLC
       Florence Anthem Hospital
       Steward Health

New contracts have been obtained with community providers since January 2021-Marvh 2021:

       IMS GI – Dr. Verma
       Center for Neurology and Spine – Dr. Gitt
       Ocotillo Surgery Center
       Arizona Urology – multiple providers

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



Above compliance threshold without interruption since February 2017, with the exception of May and June 2018.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
The inmates with pending optometry consults were transferred to other facilities, but did not see an optometry provider at their new facility within the time period.

**Corrective Action Plan:**
Corizon believes this is an isolated incident, considering that the facility has been in compliance with this measure for more than one year. In addition, starting in July, the facility began putting all inmates with pending optometry consults on medical holds until the optometry consults are completed.

**Update as of August 29, 2018:**
Corizon will continue with the plan presented in the July 31, 2018 update, as it did not go into effect until July and the results are therefore not reflected in June's numbers.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for non-compliance:**

The Eyman facility had a turnover on the Clinical Coordinator position which is critical and centric to the processes involved in compliance to this measure. It was also discovered in July 2017 that two of the providers at Eyman did not fully understand the requirements within this performance measure and, beginning in September 2017, are being coached by their leadership.

**Corrective Action Plan:**

Starting in the middle of August 2017, a daily meeting is held with the Clinical Coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, starting in the middle of August 2017, a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATPs will also be addressed at that time.

**Supplemental Information as of October 6, 2017:**

It is too early to see the effects of the new procedure referenced in the above Corrective Action Plan given that it was implemented in mid-August 2017.

**Supplemental Information as of November 6, 2017:**

1. Workflow begins with the Provider line encounter where it is determined that an offsite consult is needed. The Provider writes a consult and includes needed information in eOMIS. Include all supporting documentation (e.g. Labs, past history, x-ray results, physical assessments)

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

2. Clinical Coordinator runs the consult report in eOMIS in the morning and afternoon to view consults written by providers.
   a. The Clinical Coordinator enters consult in ORC to obtain an ORC number.
   b. The Clinical Coordinator then enters the consult and ORC number into CARES.
   c. The Clinical Coordinator enters ORC number into eOMIS.
   d. The Clinical Coordinator places a Medical Hold on patient in eOMIS.

3. The UM Process begins once the Clinical Coordinator enters the consult into CARES. The UM department will follow the Urgent Request Workflow. UM will have three specific responses:
   a. UM approves Consult and places approval status into CARES within 5 Days.
   b. UM suggests Alternative Treatment Plan (ATP) and places the status into CARES within 48 hours. (See Process for PM #49)
   c. UM needs more information and places the status and questions into CARES with 48 hours.

4. Clinical Coordinator will check CARES in the morning and afternoon each day to determine if the UM department has made a decision regarding pending consults.
   a. If a consult is approved the Clinical Coordinator will schedule off-site consult. The appointment must be scheduled within 60 days from the day the consult was written. If CC specialist resources are exhausted or day 45 is hit, then the CC will notify the DO.
   b. If UM suggests an Alternative Treatment Plan, see Process for PM #49.
   c. If UM states they Need More Information (NMI) to make a decision, the Clinical Coordinator will notify CNA and Provider who wrote consult or designee to Patient that more information is needed today.
   d. If provider needs Patient encounter to obtain needed information, will work with CNA to get patient scheduled immediately.

5. Provider enters the information needed for the UM department in eOMIS within the same day.
   a. Clinical Coordinator must notify UM Department that the needed information has been entered into eOMIS.

6. Clinical Coordinator uses Pentaho report to ensure ATP and NMI consults follow the timeline.
   a. Clinical Coordinator discovers NMI is not entered in timeframe (48 hours).
   b. Clinical Coordinator notifies FHA and SMD.
   c. SMD & FHA notifies provider to resolve NMI today
   d. If not done by day 55, escalate to AVP.
   e. If not done by day 58, escalate to VPO.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of June 11, 2018:**

**Basis for noncompliance:**
There were delays in consultation reports being scanned into eOMIS for review. Rather than being scanned the day they were received, it could take a day or two to get them scanned in. Providers were not aware that the scan was not done on the same day it was received.   As a result, some consultations were scheduled outside the compliance window, despite being scheduled within 60 days of the scan date.

**Corrective Action Plan:**
Two Clinical Coordinators were hired to, in part, assist with this performance measure. One Clinical Coordinator started in May and the other starts at the end of June. Moreover, an administrative assistant will be responsible for scanning in consult requests when received.   Additionally, Corizon Regional is developing statewide training on compliance for this measure that should be rolled out by the end of June.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
There has been significant turnover in the positions responsible for this measure.

**Corrective Action Plan:**
The facility transferred an employee who previously worked in the Scheduler position back into that role in June. In addition, the facility hired several temporary employees to fill vacant positions to assist with scheduling.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
Ten of the 13 findings were caused by onsite optometry either not being scheduled within the timeframe or not scanning the documentation into eOMIS that the appointment occurred within the timeframe. This was due to an inefficient process and lack of staff training.

**Corrective Action Plan:**
On September 6, 2018, the optometry administrative assistant that oversees the process received training from a designated staff member of the compliance team. The AFHA began working with nurses to educate them on the process as well. Additionally, a new process was implemented that will improve the tracking and monitoring of optometry consults to meet the timeframe and complete the process by scanning documentation that the consult occurred. The process requires that the patient request optometry through an HNR after which the patient is seen by a nurse and a Snellen is performed. Then, the

**PM 51**  *Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

nurse enters a consult into eOMIS, and the optometry consult is entered and completed through eOMIS.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Onsite optometry was not being entered in eOMIS as a "consult"; rather, it was tracked on a separate spreadsheet/log that the outside provider would use to determine which patients to see. The administrative assistant would then track which patients needed to be seen for glasses.  This system allowed patients to be missed or overlooked.

Additionally, there are some issues with finding outside providers for certain specialty areas such as neurology and urology. As a result, the appointments are being timely scheduled, but not seen within the 60-day timeframe.

**Corrective Action Plan:**
Eyman implemented a new procedure in which optometry visits are now inputted in eOMIS as consults so Corizon monitors can review them.

Providers received training on the new system in August 2018, and CNAs, who assist with the scheduling, received training on October 10, 2018.  In addition, Corizon continues its efforts to identify and contract with outside specialty providers.

**Update as of November 21, 2018:**

**Corrective Action Plan:**
Because the prior plan included training and procedures that did not begin until October, the September numbers did not reflect the impact from such efforts.  Corizon will therefore continue with the prior plan.

**Update as of February 21, 2019:**

**Basis for Noncompliance**:
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action Plan:**
A new Clinical Coordinator was hired and started the second week of January.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action Plan:**
The site will continue with the current CAP as it was not fully implemented until February 1, 2019 and is not reflected in the January scores. A new Clinical Coordinator was hired and started the second week of January. Onboarding and training for this position included the requirements of this PM, and the process was completed by February 1, 2019. Four clinical coordinators from other facilities have been assigned to assist during this transition period.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action Plan:**
Continue with the current CAP (see above) as this measure has a longer timeframe and the improvement is not reflected in the February audit.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action Plan:**
Continue with the current CAP, as this measure has a longer timeframe and the improvement in compliance is not reflective in this data set. A new Clinical Coordinator was hired and started the second week of January. Onboarding and training for this position include this measure's requirements, and the process was completed by February 1, 2019. Four other clinical coordinators from other facilities have been assigned to assist during this transition period.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action Plan:**
The score has increased by 1%.  Continue with the current CAP as this measure has a longer timeframe and as such it takes longer for the improvement to be evident in the data set.   A new Clinical Coordinator was hired and started the second week of January. Onboarding and training for this position includes this measure's requirements, and the process was completed by February 1, 2019. Four other clinical coordinators from other facilities have been assigned to assist during this transition period.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
The Eyman Clinical Coordinator and scheduler had been completing both the Florence and Eyman facilities consults due to the large volume of consults at both facilities compliance was not achieved

**Corrective Action Plan:**
An additional Clinical Coordinator and scheduler have been hired to complete the consults for the Florence facility. The two new staff members will be fully trained by 6/15/19. The Eyman clinical coordinator and scheduler will be able to focus on completing the Eyman consults.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
Due to the transition, there was a period of time that routine referrals could not be processed at the request of the outgoing contractor.   In addition, there are providers that were used prior to the transition who will not provide services to the inmate population without an executed contract in place.

**Corrective Action Plan:**
The processing of consults has resumed, and the Eyman Clinical Coordinator and scheduler will continue to schedule inmates in effort to reduce the backlog.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
There was a backlog of referrals that has carried over since the transition.   Also, there are providers that were used prior to the transition who will not provide services to the inmate population without an executed contact in place.

**Corrective Action Plan:**
The processing of consults has resumed and the UM process is working at an expedited rate to approve the consults.  Appointments are being scheduled as soon as possible however are limited to the provider's availability. We are working very closely with DOC and have been allowed to scheduled weekend Specialty visits to assist with backlog appointments.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
The available resources has outpaced the demand. Multiple outside providers are pending seeing patients until a contract is signed with the new vendor.

**Corrective Action Plan:**
The Clinical Coordinator office is diligently working to schedule the consults within the timeframes.  Some specialty providers will not see the inmates until an executed contract is in place.   This is being addressed and inmates are being scheduled, as the transportation schedule will allow.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Inadequately staffed to schedule all required appointments in timeframe.  Appointments with offsite specialty care providers have been difficult to procure.  Regional and onsite staff are resourcing for additional availability.

**Corrective Action Plan:**
Additional staff will be assigned to assist in finding offsite vendors to schedule within timeframes.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
Inadequately staffed to schedule all required appointments in timeframe. Appointments with offsite specialty care providers have been difficult to procure. Regional and onsite staff are resourcing for additional availability.

**Corrective Action Plan:**
The Clinical Coordinator office is diligently working to schedule the consults within the timeframes. Eyman continues to have a shortage in outside providers. Providers have been instructed to utilize the Rubicon program to ensure all consults are necessary.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Routine consultations not scheduled within 60 calendar days of the consultation due to demand outpacing available resources occurring with transportation issues and offsite provider availability.

**Corrective Action Plan:**
Corporate staff are assisting with finding offsite specialist who will see inmates. Audiology and ultrasounds are now being completed onsite, and a physical therapist was hired to complete PT onsite starting mid-January 2020.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
The amount of consults submitted monthly has increased significantly. Specialists have limited availability and are at times scheduled out in advance for three months. An increase in limited availability occurred over the December holiday season.

**Corrective Action Plan:**
Corporate staff are assisting with finding offsite specialists who will see inmates. Centurion is also recruiting a provider liaison to facilitate specialty development networks. Audiology and ultrasounds are now being completed onsite, as well as a physical therapist, starting onsite PT mid-February 2020. Providers received instruction on 1/21/2020 to start using RubiconMD to enable primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care–improving the patient experience. Two additional UM nurses and a UM clerk are being hired to expedite the UM process. The clinical coordinating team now has a person dedicated to coordinating on-site optometry and is currently working on getting extra clinics scheduled.

**PM 51** *Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain. A large volume of consults has been generated recently causing some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance. The UM team has continued to source for specialties that have been difficult to schedule. The scheduler has also been given additional help to ensure timely calls to offsite clinics.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Routine consultations not scheduled within 60 calendar days of the consultation due to demand outpacing available resources occurring with transportation issues and offsite provider availability.

**Corrective Action Plan:**
A physical therapist is completing onsite PT. Care Clix was added in April to cover specialties of Orthopedics, Nephrology, Cardiology and Urology. The office now has two schedulers to assist with scheduling.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Routine consultations not scheduled within 30 calendar days of the consultation due to demand outpacing available resources for offsite provider availability. COVID 19 has caused many cancellations and postponements of appointments.

**Corrective Action Plan:**
Due to Covid-19, many consults were canceled by the offsite provider; with statements of rescheduling "at a future date". CareClix was added in April to cover specialties of Orthopedics, Nephrology, Cardiology and Urology, and ENT. Ultrasounds will continue to be conducted onsite.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
COVID 19 has caused many cancellations and postponements of appointments. Clinical Coordinator failed to document the reason for cancellation due to COVID-19.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**
Education for appropriate verbiage was sent to all the Clinical Coordinator staff on 7/10/2020.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
The COVID pandemic has caused delays in the scheduling of specialty services. In addition, the Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 60-days.

**Corrective Action Plan:**
1. The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all routine requests.
3. If issues arise and the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or provider representative will locate another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. On July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Florence and Eyman, explaining the proper documentation needed. The email included examples of how to document in eOMIS, when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard being locked down for positive COVID inmates.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
The COVID pandemic has caused delays in the scheduling of specialty services. In addition, consults scheduled outside time frames did not contain appropriate documentation.

**Corrective Action Plan:**
Continue with the current corrective action plan.

1. The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

2. The Clinical Coordinator and scheduler will attempt to schedule all routine requests immediately.
3. If issues arise and the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The Site Medical Director will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delay in service and what is being done to get the appointment completed within time frame whenever possible.
6. On July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Florence and Eyman, explaining the proper documentation needed.  The email included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling; or scheduling past due date; or a yard being locked down for positive COVID inmates.
7. A staff member has been identified to pull a report of all unscheduled consults at the start of the month and send to the Clinical Coordinator for scheduling.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60-days.

**Corrective Action Plan:**
Continue with the current corrective action plan.
1. The clinical coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The clinical coordinator and scheduler will immediately attempt to schedule all routine requests.
3. If issues arise and the appointment cannot be scheduled within 60 days, the clinical coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The clinical coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. The HDF provided education to the clinical coordinator department for Florence and Eyman, explaining the proper documentation needed.  The education included examples of how to document in eOMIS when scheduling

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.

7. The HDF meets with the FHA and AFHA at the morning huddle and provides updates and concerns on all consults. An additional report is also sent to the FHA and AFHA before the close of business with updates and concerns on all consults.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**

Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints.

**Corrective Action Plan:**

Continue with the current corrective action plan.

1. The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all routine requests.
3. If issues arise that the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Florence and Eyman, explaining the proper documentation needed. The email included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7. A staff member identified to pull a report of all unscheduled consults at the start of the month and send to the Clinical Coordinator for scheduling.

# PM 51
*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
The consult did not occur within the required 60 days.

**Corrective Action Plan:**
- 12/21/2020, education provided to all clinical coordinators and schedulers at Eyman: Errors that cause a delay in patient care will be followed by corrective action.
- Delays in scheduling - Routine consults should be attempted to be scheduled within the first week following authorization.
- Progressive discipline will be issued to those who delay scheduling.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
1. The appointment did not occur within 60 days as required.
2. Clinical Coordinator and schedulers failed to attempt scheduling of consults within the same day or next business day.
3. Several consults have duplicate entries, and duplicates not cancelled with the explanation of why it is a duplicate, and consult occurred on xx-xx-xxxx date.

**Corrective Action Plan:**
Continue with the current corrective action plan.

1. On 12/21/2020, education was provided to all Clinical Coordinators and schedulers at Florence and Eyman by the FHA and site leadership for both facilities. Scheduling attempts start the next business day following authorization. Routine consults should have an attempt within the week of authorization. All attempts are documented in the action taken section of the consult at the time of the attempt.
2. Progressive discipline will be issued to any team members not complying as determined by the FHA.
3. A Provider is reviewing all duplicate consults to close with explanation any duplicates.  Will cancel after consult occurs with date of occurrence listed.
4. Centurion has contracted with the following specialty services to expedite appointments

New Providers/New Contracts March 2020-December 2020:

Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute
Neurology Consultants of AZ – Dr. Shayya
Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

January-March 2021:

IMS GI – Dr. Verma
Center for Neurology and Spine – Dr. Gitt
Ocotillo Surgery Center
Arizona Urology – multiple providers

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
1. The appointment did not occur within 60 days as required.
2. Clinical Coordinator and schedulers failed to attempt scheduling of consults within the same day or next business day.
3. Several consults have duplicate entries, and duplicates not cancelled with the explanation of why it is a duplicate, and consult occurred on xx-xx-xxxx date.

**Corrective Action Plan:**
Continue with the current corrective action plan.

1. On 12/21/2020, education was provided to all Clinical Coordinators and schedulers at Florence and Eyman by the FHA and site leadership for both facilities. Scheduling attempts start the next business day following authorization. Routine consults should have an attempt within the week of authorization. All attempts are documented in the action taken section of the consult at the time of the attempt.
2. Progressive discipline will be issued to any team members not complying as determined by the FHA.
3. A Provider is reviewing all duplicate consults to close with explanation any duplicates.  Will cancel after consult occurs with date of occurrence listed.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

4. Centurion has contracted with the following specialty services to expedite appointments

New Providers/New Contracts March 2020-December 2020:

     Saguaro Dermatology – Dr. Hamman
     Arkangel Endocrinology and Diabetes – Dr. Boron
     AMDX, NeuroDiagnostic Laboratories – multiple providers
     AZ Dermatopathology – Dr. Bernert
     White Mountain Dermatology- Dr. Bruhal
     Allegiant Healthcare West – multiple providers
     Desert Valley Oral Surgery
     Aspen Infusion
     IMS Urology – Dr. Caropreso
     AZ Diagnostic Radiology Group
     Central Arizona GI and Liver Institute
     Neurology Consultants of AZ – Dr. Shayya
     Simmons Foot and Ankle, PLLC
     Florence Anthem Hospital
     Steward Health

January-March 2021:

     IMS GI – Dr. Verma
     Center for Neurology and Spine – Dr. Gitt
     Ocotillo Surgery Center
     Arizona Urology – multiple providers

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for non-compliance:**
The Florence facility recently put an emphasis on their urgent referrals. During that time the number of routine specialty consults grew and they were not able to keep up with the volume of demand in scheduling routine consults.

**Corrective Action Plan:**
Starting in the middle of August 2017, a daily meeting is being held with the clinical coordinator to identify referrals that need more information and ensure that the information is obtained from the provider and sent back for review by the UM team. Additionally, starting in the middle of August 2017, a weekly meeting with the site is also held by the ARMD to review cases that need information. Concerns for ATP's will also be addressed at that time.

**Supplemental Information as of October 6, 2017:**
It is too early to see the effects of the new procedure referenced in the above Corrective Action Plan given that it was implemented in mid-August 2017.

**Supplemental Information as of November 6, 2017:**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**
The Florence facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Supplemental Corrective Action Plan (November 6, 2017) to maintain compliance and will reevaluate whether changes are needed as necessary.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of January 8, 2018:**

**Basis for Noncompliance:**
Corizon is experiencing difficulties in procuring specialty providers for specialty diagnostic services within the required timeframe, such as urology, neurology, and gastroenterology. Some of this difficulty has been compounded by limited provider availability during the Thanksgiving holiday. There has also been a problem with patients receiving oncology services because the oncology provider that had been used, AON, filed for bankruptcy.  Corizon was only given one week's notice of this closure. Accordingly, oncology patients had to be transferred to a new provider. Due to these issues, even where specialty providers have been procured for an inmate, many of the appointments are not until February, outside of the compliance time period.

**Corrective Action Plan:**
Corizon has contracted with an additional oncology provider. Additionally, Corizon's corporate office is arranging single-case agreements with additional specialty providers who do not have long-term contracts with Corizon or ADC to facilitate faster access to these specialty services. Finally, Dr. Robertson and ADC have utilized their contacts to identify additional specialty providers across the state who could be willing to accept inmates as patients.

**Update as of February 14, 2018:**

Of the ten files that were noncompliant, seven were optometry eye line.  Fifty-one (51) charts were audited and ten were found noncompliant.  Optometry comes on site, and the outside doctors reduced the number of onsite clinics which impacted the results.

Continue with current plan.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
The Clinical Coordinator left on June 22, 2018, leading to diminished oversight.

**Corrective Action Plan:**
A new Clinical Coordinator started July 23, 2018 and was trained by staff from Perryville that week.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Non-compliance resulted from the fact that the responsibility for overseeing this performance measure, including verifying that optometry appointments were timely completed and that documentation was timely submitted, was divided among too many individuals.  Further, proof of timely optometry appointments were not being scanned into the system, resulting in an inability to show that the appointments were done and compliant.

**Corrective Action Plan:**
No later than November 1, 2018, Florence will task one person to act as the overseer for optometry appointments, with a backup person to assist if necessary.  In addition, supplemental training regarding the need to scan proof of timely appointments will be provided in November staff meetings.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until November and was therefore not realized in September's data.

**Corrective Action Plan:**
As set forth above, the corrective action plan for this performance measure included a new process that began in November. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments

**Corrective Action Plan:**
A new Clinical Coordinator was hired and started the second week of January. Onboarding and training for this position included the requirements of this PM, and the process was completed by February 1, 2019. Four clinical coordinators from other facilities have been assigned to assist during this transition period.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action:**
Continue with the current CAP (see above) as this measure has a longer timeframe and the improvement is not reflective in the February audit.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action:**
Continue with the current CAP, as this measure has a longer timeframe and the score has increased by 3%. A new Clinical Coordinator was hired and started the second week of January. Onboarding and training for this position includes this measure's requirements, and the process was completed by February 1, 2019. Four other clinical coordinators from other facilities have been assigned to assist during this transition period.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
The Clinical Coordinator and scheduler positions have had a high turnover rate resulting in delays in scheduling appointments.

**Corrective Action Plan:**
Continue with the current CAP as this measure has a longer timeframe and the score has increased by 3%. A new Clinical Coordinator was hired and started the second week of January. Onboarding and training for this position includes this measure's requirements, and the process was completed by February 1, 2019.  Four other clinical coordinators from other facilities have been assigned to assist during this transition period.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
The Eyman Clinical Coordinator and scheduler had been completing both the Florence and Eyman facilities consults due to the large volume of consults at both facilities compliance was not achieved.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**

An additional Clinical Coordinator and scheduler have been hired to complete the consults for the Florence facility. The two new staff members will be fully trained by 6/15/19. The Florence clinical coordinator and scheduler will be able to focus on completing the Florence consults.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**

Due to the transition, there was a period of time that routine referrals could not be processed at the request of the outgoing contractor.   In addition, there are providers that were used prior to the transition who will not provide services to the inmate population without an executed contract in place.

**Corrective Action Plan:**

The processing of consults has resumed, and the Florence Clinical Coordinator and scheduler will continue to schedule inmates in an effort to reduce the backlog.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**

A large number of consults have been approved and getting outside providers to see all of them has proved to be a challenge.  Now that a large number of inmates are also being scheduled, transportation has become an issue.

**Corrective Action Plan:**

Florence clinical coordinator and scheduler will continue to schedule inmates in effort to reduce the backlog and become current.  The FHA is working with the Warden in regards to possibly adding additional transport staff to assist with the backlog of inmates now scheduled.    Centurion is working on getting specialist providers to go to the facility to provide services.  Audiology and ultra-sound radiology have already started, while physical therapy and others are being discussed.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**

The available resources has outpaced the demand. Multiple outside providers are pending seeing patients until a contract is signed with the new vendor.

**Corrective Action Plan:**

The Clinical Coordinator office is diligently working to schedule the consults within the timeframes.  Some specialty providers will not see the inmates until an executed contract

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

is in place.   This is being addressed and inmates are being scheduled, as the transportation schedule will allow.

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
Due to the transition, the demand outpaced available resources in processing consult referrals and finding offsite specialists to see the inmates.  An increase in the volume of referrals has caused delays for appointments.

**Corrective Action Plan:**
The Clinical Coordinator office is diligently working to schedule the consults within the timeframes.   Corporate staff are assisting with finding offsite providers who will see inmates.  Audiology and ultrasounds our now available on site to expedite appointments for these services. Centurion is contacting physical therapy companies that may be able to provide services to the patients on site. The ability to provide services on site allows these services to be completed in an expedited manner and frees up transportation availability for other services not available on site.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
Due to the transition, the demand outpaced available resources in processing consult referrals and finding offsite specialists to see inmates.  An increase in the volume of referrals has caused delays for appointments.

**Corrective Action Plan:**
Corporate staff are assisting with finding offsite specialists who will see inmates. Audiology and ultrasounds are now being completed onsite, and staff are contacting physical therapists who will perform their services on site.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
A Clinical Coordinator resigned in November 2019 making the department short staffed. Routine consultations were not scheduled within 60 calendar days of the consultation due to demand outpacing available resources occurring with transportation issues and offsite provider availability.

**Corrective Action Plan:**
A new Clinical Coordinator was hired for Florence starting January 6, 2020. Corporate staff are assisting with finding offsite specialist who will see inmates.  Audiology and

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

ultrasounds are now being completed onsite, and a physical therapist was hired to complete PT onsite starting mid-January 2020.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
The amount of consults submitted monthly has increased significantly. Specialists have limited availability and are at times scheduled out in advance for three months. An increase in limited availability occurred over the December holiday season.

**Corrective Action Plan:**
Corporate staff are assisting with finding offsite specialists who will see inmates. Centurion is also recruiting a provider liaison to facilitate specialty development networks.   Audiology and ultrasounds are now being completed onsite, as well as a physical therapist, starting onsite PT mid-February 2020.  Providers received instruction on 1/21/2020 to start using RubiconMD to enable primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care–improving the patient experience. Two additional UM nurses and a UM clerk are being hired to expedite the UM process. The clinical coordinating team now has a person dedicated to coordinating on-site optometry and is currently working on getting extra clinics scheduled.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  A large volume of consults has been generated recently causing some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance.  The UM team has continued to source for specialties that have been difficult to schedule.  The scheduler has also been given additional help to ensure timely calls to offsite clinics.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Urgent consultations not scheduled within 30 calendar days of the consultation due to demand outpacing available resources for offsite provider availability.

**Corrective Action Plan:**
A physical therapist is completing onsite PT.  CareClix was added in April to cover specialties of Orthopedics, Nephrology, Cardiology and Urology.   Providers are

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

continuously being encouraged to use RubiconMD, which enables primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care improving the patient experience.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Routine consultations not scheduled within 60 calendar days of the consultation due to demand outpacing available resources for offsite provider availability.   COVID 19 has caused many cancellations and postponements of appointments. Clinical Coordinator failed to document the reason for cancellation due to COVID-19.

**Corrective Action Plan:**
CareClix added in April to cover specialties of Orthopedics, Nephrology, Cardiology and Urology.  Providers are continuously being encouraged to use RubiconMD, which enable primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care improving the patient experience.  The newly appointed Clinical Coordinator is assuring all documented reasons for non-scheduling is completed.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
The COVID pandemic has caused delays in the scheduling of specialty services.  In addition, the Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 60-days.

**Corrective Action Plan:**
1. The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all routine requests immediately.
3. If issues arise and the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or provider representative will locate another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. On July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Florence and Eyman, explaining the proper documentation needed.  The email

**PM 51** *Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

included examples of how to document in eOMIS, when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard being locked down for positive COVID inmates.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60-days.

**Corrective Action Plan:**
1. The clinical coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The clinical coordinator and scheduler will immediately attempt to schedule all routine requests.
3. If issues arise and the appointment cannot be scheduled within 60 days, the clinical coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The clinical coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. The HDF provided education to the clinical coordinator department for Florence and Eyman, explaining the proper documentation needed. The education included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7. The HDF meets with the FHA and AFHA at the morning huddle and provides updates and concerns on all consults. An additional report is also sent to the FHA and AFHA before the close of business with updates and concerns on all consults.

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**

Continue with the current corrective action plan as the score has continued to increase since implementation.

1. The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all routine requests.
3. If issues arise that the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within time frame whenever possible.
6. July 17, 2020, the HDF sent an email to the Clinical Coordinator department for Florence and Eyman, explaining the proper documentation needed.  The email included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7. A staff member identified to pull a report of all unscheduled consults at the start of the month and send to the clinical coordinator for scheduling.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**

The consult did not occur within the required 60 days.

**Corrective Action Plan:**

- 12/21/2020, education provided to all clinical coordinators and schedulers at Florence: Errors that cause a delay in patient care will be followed by corrective action.
- Delays in scheduling - Routine consults should be attempted to be  scheduled within the first week following authorization.
- Progressive discipline will be issued to those who delay scheduling.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
1. The appointment did not occur within 60 days as required.
2. The Clinical Coordinator and schedulers failed to attempt scheduling consults within the same day or next business day.
3. Several consults have duplicate entries, and duplicates not cancelled with an explanation as to why it is a duplicate, and consult occurred on xx-xx-xxxx date.

**Corrective Action Plan:**
Continue with the current corrective action plan.

1. On 12/21/2020, education was provided to all clinical coordinators and schedulers at Florence and Eyman by the FHA and site leadership for both facilities. Scheduling attempts start the next business day following authorization.  Routine consults should have an attempt within the week of authorization. All attempts are documented in the action taken section of the consult at the time of the attempt.
2. Progressive discipline will be issued to any team members not complying as determined by the FHA.
3. A Provider is reviewing all duplicate consults to close with explanation any duplicates.  Will cancel after consult occurs with date of occurrence listed.
4. Centurion has contracted with the following specialty services to expedite appointments

New Providers/New Contracts March 2020-December 2020:
Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron
AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute
Neurology Consultants of AZ – Dr. Shayya
Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

January-March 2021:
      IMS GI – Dr. Verma
      Center for Neurology and Spine – Dr. Gitt
      Ocotillo Surgery Center
      Arizona Urology – multiple providers

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Optometry consults were not scheduled within timeframe. The Clinical Coordinator was waiting to schedule Reception inmates until they were classified and housed.

**Corrective Action Plan:**
Clinical Coordinator will now set up Optometry line on the Intake date to be completed on Reception date and will also advise the AFHA of any necessary escalation.

**Updated as of November 19, 2020:**

**Basis for Non-Compliance:**
The Clinical Coordinator was not able to get several inmates scheduled within the 60-day timeframe. The Clinical Coordinator reached out to the specialty offices multiple times to obtain appointments but did not document all of the interactions, so it appeared as if attempts were not made.

**Corrective Action Plan:**
The Clinical Coordinator met with the AFHA and FHA on 10/30/2020 and discussed the importance of documenting and updating the consult every time contact is ***attempted to*** schedule the appointment with the specialist. AFHA/Clinical Coordinator will be meeting three times a week to discuss any difficulties in scheduling that require intervention.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
The Clinical Coordinator was not able to get several inmates scheduled within the 60-day timeframe.

**Corrective Action Plan:**
The Clinical Coordinator will be reviewing the open consult list sent from the regional office to identify urgent consultations that need to be acted on to ensure accurate and appropriate documentation is entered. In addition, the Perryville HDF will be reviewing open consults with the Clinical Coordinator weekly to ensure documentation is up to date and any action needed is prioritized to ensure compliance.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Routine specialty consultations were not all scheduled and completed within the 60-calendar day timeframe of the consultation being requested by the provider.

**Corrective Action Plan:**
The Clinical Coordinator will be reviewing the open consult list sent from the regional office to identify routine consultations that need to be acted on to ensure accurate and appropriate documentation is entered.  In addition, the Perryville HDF will be reviewing open consults with the Clinical Coordinator weekly to ensure documentation is up to date and any action needed is prioritized to ensure compliance.  Centurion has also secured additional contracts with specialty providers, and these additional contracts will provide more available slots to schedule patients within the 60 days from provider request.

New Providers/New Contracts March 2020-December 2020:

Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron
AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

Neurology Consultants of AZ – Dr. Shayya
Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

Additional Providers January-March 2021:

IMS GI – Dr. Verma
Center for Neurology and Spine – Dr. Gitt
Ocotillo Surgery Center
Arizona Urology – multiple providers

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Routine specialty consultations were not all scheduled and completed within the 60-calendar day timeframe of the consultation being requested by the provider.

**Corrective Action Plan:**
Continue with the current corrective action plan.

The Clinical Coordinator will be reviewing the open consult list sent from the regional office to identify routine consultations that need to be acted on to ensure accurate and appropriate documentation is entered.  In addition, the Perryville HDF will be reviewing open consults with the Clinical Coordinator weekly to ensure documentation is up to date and any action needed is prioritized to ensure compliance.  Centurion has also secured additional contracts with specialty providers, and these additional contracts will provide more available slots to schedule patients within the 60 days from provider request.

New Providers/New Contracts March 2020-December 2020:

Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron
AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute
Neurology Consultants of AZ – Dr. Shayya

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

Additional Providers January-March 2021:

IMS GI – Dr. Verma
Center for Neurology and Spine – Dr. Gitt
Ocotillo Surgery Center
Arizona Urology – multiple providers

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*Routine specialty consultations were not all scheduled and completed within the sixty (60) calendar day timeframe of the consultation being requested by the provider.*

*Corrective Action Plan:*

*The Clinical Coordinator will continue to review the open consult list sent from the regional office to identify routine consultations that need to be acted on to ensure accurate and appropriate documentation is entered.  In addition, the Perryville HDF will be reviewing open consults daily and will review with Clinical Coordinator weekly to ensure documentation is up to date and any action needed is prioritized to ensure compliance.  The Clinical Coordinator will continue to utilize the additional contracts with specialty providers that Centurion obtained.*

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Basis for non-compliance:**
Similar to urgent consults, the Tucson backlog of routine consults grew to a size greater than the site could schedule within the required timeframes. Further impeding compliance to this performance measure is the capacity of local specialty providers, specifically in the areas of cardiology and urology.

**Corrective action plan:**
A complete process workflow was drafted to identify constraints in the process and where capacity needs to be adjusted. Starting in April 2017, it became a requirement for the Clinical Coordinator (CC) to switch from paper tracking to excel spreadsheets so that tracking could be streamlined. Corizon also replaced the person holding the CC position, effective June 1, 2017. The new CC finished training in mid-June, and between July 3, 2017 and July 24, 2017 has since implemented many of the necessary changes that were designed to help track this performance measure.

**Supplemental Information as of November 6, 2017:**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**
The Tucson facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Supplemental Corrective Action Plan (November 6, 2017) to maintain compliance and will reevaluate whether changes are needed as necessary.

**PM 51** *Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of October 24, 2018:**

**Basis for Noncompliance:**
Noncompliance resulted from the fact that the responsibility for overseeing this performance measure, including verifying that optometry appointments were timely completed and that documentation was timely submitted, was divided among too many individuals. Further, proof of timely optometry appointments were not being scanned into the system, resulting in an inability to show that the appointments were done and compliant.

**Corrective Action Plan:**
No later than November 1, 2018, Tucson will task one person to act as the overseer for optometry appointments, with a backup person to assist if necessary. In addition, supplemental training regarding the need to scan proof of timely appointments will be provided in November staff meetings.

Further, on October 4 and October 5, the AFHA and another member of the nursing staff visited the Lewis and Perryville facilities to review their processes for ensuring compliance with this measure. In addition, this performance measure was discussed at the all-staff meeting on October 15, 2018, with the intent to incorporate the processes utilized at the Lewis and Perryville facilities.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and November and was therefore not realized in September's data.

**Corrective Action Plan:**
As noted above, the corrective action plan for this performance measure included a new process that began in November and training that occurred in early and mid-October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.

**Update as of March 21, 2019:**

**Basis for Noncompliance:**
The X-ray tech schedules all onsite consults which include optometry, ultrasound, orthotics, and nephrology. A majority of the noncompliant charts in this audit were caused by consults completed on site.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Corrective Action Plan:**
The X-ray tech was educated and counseled on scheduling onsite consults within the 60-day timeframe. The task and responsibility of scheduling on site consults was reassigned to the Clinical Coordinator on February 1, 2019.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The X-ray tech schedules all onsite consults which include optometry, ultrasound, orthotics, and nephrology. A majority of the noncompliant charts in this audit were caused by consults completed on site.

**Corrective Action Plan:**
Continue with the current CAP (see above) as this measure has a longer timeframe and the improvement is not reflected in the February audit.

**Update as of July 16, 2019:**

**Basis for noncompliance:**
The regular Clinical Coordinator was off during this audit cycle and the assigned staff member that filled in was unable to properly track this measure to ensure it completion within time frame.

**Corrective Action Plan:**
The regular clinical coordinator returned from leave on June 1st and has taken back over the tasks for this measures completion. The AFHA and CQI LPN have been working on streamlining the process to improve compliance during the regular clinical coordinators absence. The AFHA continues to reach out to UM weekly to be sure information is flowing appropriately.  The AFHA and FHA will discuss with SMD and will reach out to appropriate resource on day 45 to have inmate sent out appropriately.

**Update as of August 9, 2019:**

**Basis for Non-Compliance:**
Key community specialists were unable to receive scheduled appointments within the timeframes required for compliance.

**Corrective Action Plan:**
The transition to the new vendor has brought renewed focus to support the UM process and procure more specialists to ensure more timely access for the patients.  This should allow faster and more efficient scheduling and better timeframes for compliance.

**PM 51** *Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Update as of December 19, 2019:**

**Basis for Non-Compliance**:
Certain specialties have been difficult to obtain.  A large volume of consults have been generated recently causing a delay in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance.  The UM team has continued to source for specialties that have been difficult to schedule.  The scheduler has also been given additional help when any backlogs exist to ensure timely calls to offsite clinics.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  Due to the sheer number of consults placed each month, the clinical coordinating team has been experiencing delays in appointment scheduling.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance.  The UM team has continued to source for specialties that have been difficult to schedule.  The scheduler has also been given additional help when any backlogs exist to ensure timely calls to offsite clinics.  The HDF will review backlogs and provide data to clinical coordinating team to ensure they focus on those consults coming due.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
The amount of consults submitted monthly has increased significantly. Specialists have limited availability and are at times scheduled out in advance for three months. An increase in limited availability occurred over the December holiday season.

**Corrective Action Plan:**
Corporate staff are assisting with finding offsite specialists who will see inmates. Centurion is also recruiting a provider liaison to facilitate specialty development networks.  Audiology and ultrasounds are now being completed onsite, as well as a physical therapist, starting onsite PT mid-February 2020.  Providers received instruction on 1/21/2020 to start using RubiconMD to enable primary care clinicians to easily and quickly discuss their eConsults with top specialists, so they can provide better care–improving the patient experience. Two additional UM nurses and a UM clerk are being

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

hired to expedite the UM process. The clinical coordinating team now has a person dedicated to coordinating on-site optometry and is currently working on getting extra clinics scheduled.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  A large volume of consults has been generated recently causing some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance.  The UM team has continued to source for specialties that have been difficult to schedule.  The scheduler has also been given additional help to ensure timely calls to offsite clinics.

**Update as of April 17, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  A large volume of consults have been generated recently causing some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
More focus was needed to ensure all avenues were attempted to obtain compliance.  The UM team has continued to source for specialties that have been difficult to schedule.  The scheduler has also been given additional help to ensure timely calls to offsite clinics.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  A large volume of consults have been generated recently because some delays in appointment scheduling for the clinical coordinating team.

**Corrective Action Plan:**
 More focus was needed to ensure all avenues were attempted to obtain compliance.  The UM team has continued to source for specialties that have been difficult to schedule.  The scheduler has also been given additional to ensure timely calls to offsite clinics.  The Provider Services Representative is tirelessly working to obtain more off-site specialist as well as securing more contracts for telemedicine for those of this prison population who qualify for telemed appointments.  The statewide state of emergency for the COVID-19

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

virus has stalled the forward progress the Clinical Coordinating team was making to bring this measure into compliance.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID or external provider as reason for suspension of consult.

**Corrective Action Plan:**
Weekly meeting in place with clinical coordinators and FHA to discuss reschedules, cancellations, and/or suspensions. Proper documentation is reviewed for presence in medical chart. Full audit of consults occurs at least monthly to check for appropriate documentation.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
The COVID pandemic has caused delays in the scheduling of specialty services. In addition, the audited charts that had been rescheduled or suspended due to COVID did not contain the proper documentation citing COVID or external provider as reason for suspension of consult.

**Corrective Action Plan:**
1. The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all urgent requests.
3. If issues arise and the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or provider representative will locate another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. A weekly meeting is currently in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.
7. FHA and HDF will review consults for presence of proper documentation in medical chart.
8. A full audit of consults occurs at least once monthly to check for appropriate documentation.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**

Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints.

**Corrective Action Plan:**

1. The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2. The Clinical Coordinator and scheduler will immediately attempt to schedule all routine requests.
3. If issues arise that the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5. The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6. The Regional Director of Compliance provided education on 12/8/2020 to all Clinical Coordinator departments statewide, explaining the proper documentation needed and the UM process. The education included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7. The HDF meets with the FHA and AFHA at the morning huddle and provides updates and concerns on all consults. An additional report is also sent to the FHA and AFHA before the close of business with updates and concerns on all consults.
8. Weekly meetings in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.
9. Continuous alerts are sent to UM of external provider conflicts in scheduling.
10. A specific point person is working on contracts and additional procurement of clinics in the community.
11. The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
The Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days.  Consults were scheduled outside of the 60-day period due to limited resources currently available in the community.

**Corrective Action Plan:**
Continue with current CAP as score has continued to increase since implementation.

1.  The Clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.
2.  The Clinical Coordinator and scheduler will immediately attempt to schedule all routine requests.
3.  If issues arise that the appointment cannot be scheduled within 60 days, the Clinical Coordinator or scheduler will notify the SMD and the provider service representative.
4.  The SMD will attempt to expedite the appointment with provider-to-provider call or locating another specialist.
5.  The Clinical Coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within timeframe whenever possible.
6.  The Regional Director of Compliance provided education on 12/8/2020 to all Clinical Coordinator departments statewide, explaining the proper documentation needed and the UM process.  The education included examples of how to document in eOMIS when scheduling or unable to schedule appointments due to the specialist not scheduling, or scheduling past due date, or a yard locked down for positive COVID inmates.
7.  The HDF meets with the FHA and AFHA at the morning huddle and provides updates and concerns on all consults. An additional report is also sent to the FHA and AFHA before the close of business with updates and concerns on all consults.
8.  Weekly meetings in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.
9.  Continuous alerts are sent to UM of external provider conflicts in scheduling.
10. A specific point person is working on contracts and additional procurement of clinics in the community.
11. The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Consults were found to have been completed outside of the 60 days due to external provider, community provider availability.

**Corrective Action Plan:**
Weekly meeting in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions. We continuously alert UM of external provider conflicts in scheduling. A specific point person is working on contracts and additional procurement of clinics in the community. The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

New contracts have been obtained with community providers since March 2020-December 2020:

Saguaro Dermatology – Dr. Hamman
Arkangel Endocrinology and Diabetes – Dr. Boron
AMDX, NeuroDiagnostic Laboratories – multiple providers
AZ Dermatopathology – Dr. Bernert
White Mountain Dermatology- Dr. Bruhal
Allegiant Healthcare West – multiple providers
Desert Valley Oral Surgery
Aspen Infusion
IMS Urology – Dr. Caropreso
AZ Diagnostic Radiology Group
Central Arizona GI and Liver Institute
Neurology Consultants of AZ – Dr. Shayya
Simmons Foot and Ankle, PLLC
Florence Anthem Hospital
Steward Health

New contracts have been obtained with community providers since January 2021-March 2021:

IMS GI – Dr. Verma
Center for Neurology and Spine – Dr. Gitt
Ocotillo Surgery Center
Arizona Urology – multiple providers

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Consults were found to have been completed outside of the 60 days due to external provider, community provider availability.

**Corrective Action Plan:**
Continue with the current corrective action plan.

Weekly meeting in place with Clinical Coordinators and FHA to discuss reschedules, cancellations, and/or suspensions.   We continuously alert UM of external provider conflicts in scheduling.  A specific point person is working on contracts and additional procurement of clinics in the community.  The FHA and this liaison are on a call daily to facilitate communication on additional resources and hindrances to achieving compliance.

New contracts have been obtained with community providers March 2020-December 2020:
      Saguaro Dermatology – Dr. Hamman
      Arkangel Endocrinology and Diabetes – Dr. Boron
      AMDX, NeuroDiagnostic Laboratories – multiple providers
      AZ Dermatopathology – Dr. Bernert
      White Mountain Dermatology- Dr. Bruhal
      Allegiant Healthcare West – multiple providers
      Desert Valley Oral Surgery
      Aspen Infusion
      IMS Urology – Dr. Caropreso
      AZ Diagnostic Radiology Group
      Central Arizona GI and Liver Institute
      Neurology Consultants of AZ – Dr. Shayya
      Simmons Foot and Ankle, PLLC
      Florence Anthem Hospital
      Steward Health

New contracts have been obtained with community providers January 2021-March 2021:
      IMS GI – Dr. Verma
      Center for Neurology and Spine – Dr. Gitt
      Ocotillo Surgery Center
      Arizona Urology – multiple providers

# PM 51
*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*



**Update as of May 8, 2018:**

**Basis for Non-Compliance:**
All non-compliant consults were for on-site optometry. Two were seen on day 63 of the 60-day timeframe.

The noncompliant optometry referrals were not scheduled per eOMIS. Optometry lines are documented as completed at Yuma on 03/18, 03/19, and 03/25/18.

**Corrective Action Plan:**
A statewide process is currently being developed for on-site optometry requests and an update on the rollout plan will be provided by the June 13, 2018 status hearing.

**Update as of June 1, 2018:**
The postmortem audits that have been completed at Yuma concerning this performance measure show that noncompliance is largely related to the optometry consults completed on site. The request for consult starts the moment a patient writes an HNR for optometry. The nurse then needs to see the patient to perform a SNELLEN and check the guidelines to ensure the patient meets the criteria for an optometry referral. If the patient meets the criteria, an optometry consult is then completed by the nurse. This allows the person scheduling for optometry to be able to pull a report that shows all consults for optometry. In the past, a list of optometry referrals was kept on each yard with several different staff members responsible for scheduling, some of which were not trained on the guidelines.

The new process being implemented will streamline the process and leave less room for scheduling out of timeframes. A member of the compliance team will be training the

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

optometry process to the Yuma staff on June 12 and 13, 2018.  A copy of the PowerPoint presentation that will be provided is attached hereto as Attachment 3.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
 In March 2018, there was a large disturbance that caused approximately 50 optometry consults scheduled for the day of the disturbance to be cancelled. This resulted in all of those consults needing to be rescheduled, and resulted in a backlog of other patients.

**Corrective Action Plan:**
The patients that were rescheduled as a result of the disturbance have now been seen.

Additionally, this facility has implemented a new process for scheduling optometry consults.  Originally, these appointments were scheduled through eOMIS appointments. However, eOMIS is for outside referrals, not onsite consults.  In March, the facility began moving the eOMIS appointments for optometry to the onsite consult process.  The facility also started a new log for appointments that includes tracking patient movements to ensure they are seen regardless of location.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
Certain specialties have been difficult to obtain.  Due to the sheer number of consults placed each month, the clinical coordinating team has been experiencing delays in appointment scheduling.

**Corrective action Plan:**
Audits to be completed weekly on pending approvals, and pending scheduling by HDF and FHA.  Emails to be sent to UM team for consults pending action at 14 days. New Clinic Coordinator hired and trained to the expectations.  Reach out to optometry and ultrasound providers for extra lines when needed to ensure compliance.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
The COVID pandemic has caused delays in the scheduling of specialty services.  In addition, Clinical Coordinator and schedulers failed to document the name of the person they spoke with, when either not being able to schedule or scheduled past the 60-days.

**Corrective Action Plan:**
1. The clinical Coordinator will escalate routine consults not approved within seven days to the UM Supervisor via email.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

2. The clinical coordinator and scheduler will immediately attempt to schedule all routine requests.
3. If issues arise and the appointment cannot be scheduled within 60 days, the clinical coordinator or scheduler will notify the SMD and the provider service representative.
4. The SMD will attempt to expedite the appointment with provider-to-provider call or provider representative will locate another specialist.
5. The clinical coordinator will document in the EMR the cause of delays in service and what is being done to get the appointment completed within time frame whenever possible.
6. Patients being rescheduled due to COVID will have documentation placed in their consult for the cause of rescheduling. Weekly updates to the FHA and AFHA of backlogs with scheduling.
7. On 9/2/2020 education was sent to the Clinical Coordinators in regard to the new directive that in the event a specific clinic is not scheduling appointments, the clinic must be identified as well as the clinic staff providing the information. This documentation is to be clearly written in the chart. Will monitor and review for any further action needing to be taken.

**Updated as of November 19, 2020:**

**Basis for Non-Compliance:**
Optometry consults were completed prior to the consult being submitted into medical records. Since consult was completed prior to being submitted, it was not completed within a measurable timeframe of this performance measure.

**Corrective Action Plan:**
On 10/13/2020, verbal education from the Monitoring Bureau to the FHA on non-compliance was completed. FHA in return completed verbal education to the Clinical Coordinator and the DON that consults must be submitted prior to being seen, and same day. A training email sent out to all ADONs on 11/18/2020 with systematic instructions on how to correctly put in Optometry consults after failing a Snellen exam. Consult will be submitted immediately after exam is completed. ADONs are to complete one-on-one training with Nurse Line nurses using the systematic instructions. ADONs training the Nurse Line nurses to be completed by 12/15/2020. Will monitor and review for any further action needing to be taken.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
Clinical Coordinator and schedulers failed to document appropriately or document all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Appointments were scheduled outside of the 60-day period due to the lack of availability of specialty providers to be able to see patients within the required time constraints.

**Corrective Action Plan:**
Audits to be completed weekly on pending approvals, pending scheduling and scheduled appointments by HDF, AFHA, and FHA. Weekly open consult report will be reviewed for transfers, any outstanding, and last documentation. Weekly emails for consults still needing results and ones not showing action in over 10 days. Emails will be sent to UM team for consults pending action at 14 days. Clinical Coordinator will reach out to Site leadership with any concerns or issues with getting patients scheduled for their appointment.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
Clinical Coordinator and schedulers failed to document the name of the person they spoke with or all dates of scheduling attempts, when either not being able to schedule or scheduled past the 60 days. Consults were scheduled outside of the 60-day period due to limited resources currently available in the community.

**Corrective Action Plan:**
Continue with current CAP as score has continued to increase since implementation.

Audits to be completed weekly on pending approvals, pending scheduling and scheduled appointments by HDF, AFHA and FHA. Weekly open consult report will be reviewed for transfers, any outstanding, and last documentation. Weekly emails for consults still needing results and ones not showing action in over 10 days. Emails will be sent to UM team for consults pending action at 14 days. Clinical Coordinator will reach out to Site leadership with any concerns or issues with getting patients scheduled for their appointment.

# PM 51

*Are routine consultations being scheduled and completed within 60 calendar days of the consultation being requested by the provider?*

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Routine consultations and routine specialty diagnostic services are not being scheduled and completed within sixty (60) calendar days of the consultation being requested by the provider.

**Corrective Action Plan:**
Audits to be completed weekly on pending approvals, pending scheduling and scheduled appointments by HDF, AFHA, and FHA.  Weekly open consult report will be reviewed for transfers, any outstanding and last documentation.  Weekly emails for consults still needing results and ones not showing action in over 10 days.  Emails will be sent to UM team for consults pending action at 14 days. Clinical Coordinator will reach out to Site leadership with any concerns or issues with getting patients scheduled for their appointment.  Full documentation of why a patient is not scheduled within the 60 days is to be completed by the Coordinator team. Patients with new consults not already established or a follow up with a specific specialist, we will reach out to specialists across the State to potentially schedule an appointment within timeframes.  Coordinator meetings to be conducted biweekly to review any concerns and areas where we are struggling.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Routine consultations and routine specialty diagnostic services are not being scheduled and completed within 60 calendar days of the consultation being requested by the provider.

**Corrective Action Plan:**
Audits to be completed weekly on pending approvals, pending scheduling and scheduled appointments by HDF, AFHA and FHA.  Weekly open consult report will be reviewed for transfers, any outstanding, and last lost? documentation.  Weekly emails will be sent for consults still needing results and ones not showing action in over 10 days.  Emails will be sent to UM team for consults pending action at 14 days. Clinical Coordinator will reach out to Site leadership with any concerns or issues with getting patients scheduled for their appointments.  Full documentation of why a patient is not scheduled within the 60 days is to be completed by the Clinical Coordinator team. For patients with new consults not already established or a follow up with a specific specialist, we will reach out to specialists across the state to potentially schedule an appointment within timeframes.  Clinical Coordinator meetings to be conducted biweekly to review any concerns and areas where we are struggling.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Basis for non-compliance:**
It was discovered in July 2017 that providers had not been reviewing consult reports in the timeframe required by this measure. The Eyman facility also had a turnover in the Clinical Coordinator position which is critical and centric to the processes involved in compliance to this measure. The turnover extended from July 2017 to September 2017. It was also discovered that two of the Providers at Eyman did not fully understand the requirements within this performance measure and are being coached by their leadership.

**Corrective Action Plan:**
Starting in September 2017, the following processes were implemented. Aging/exception reports are provided to the Providers on a daily basis. The site scheduler reviews receipt of specialist recommendations daily, which are subsequently date stamped and uploaded into the Electronic Medical Record. The review is placed on the Providers' work list. The scheduler reviews daily to ensure that the Provider has completed the review. Between August 2017 and September 2017, the Providers were educated that if recommendations come directly to the Provider, they should notify the scheduler so the proper procedure can be completed with the review.

**Supplemental Information as of October 6, 2017:**
To remediate the deficiencies for PM 52 at Eyman, and to maintain compliance at the other sites, Corizon will develop and implement (or supplement if there is an existing procedure) a procedure to ensure Specialty Consults are reviewed and acted upon by the onsite Provider within seven calendar days of receipt. The procedure will require the following: 1) upon the patient's return from an approved consult, the Clinical Coordinator will obtain the Specialty Consult (either directly from the patient in paper format or if not available via the patient, the Clinical Coordinator will contact the outside

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

Provider and request the same via facsimile); 2) once obtained, and in no case more than eight hours after receipt, the Clinical Coordinator (or his/her designee) will scan the Specialty Consult into eOMIS and document receipt on the appropriate log; 3) immediately after the log entry is complete, the Clinical Coordinator (or his/her designee) will change the status in eOMIS to "Consult Completed Results Received" and send the Provider an email notification of the same in eOMIS; 4) within 48 hours of receiving notification, the Provider will review the Specialty Consult to determine what additional treatment (if any) is necessary and document such in eOMIS; 5) if the additional treatment requires another scheduled patient encounter, the Provider shall submit a consult in eOMIS that notifies the Clinical Coordinator via email in eOMIS within 24 hours of completing Step 4, so that he/she may attend to scheduling the same; 6) on a daily basis, the Clinical Coordinator will monitor the appropriate logs to ensure all Specialty Consults are being processed timely; 7) the Clinical Coordinator will notify the Provider ("Follow Up Notification") in eOMIS of any Specialty Consults for which the Processing Deadline will expire within 48 hours or less; 8) in the event the Follow Up Notification does not result in the appropriate processing of a Specialty Consult, and the Processing Deadline is set to expire in 24 hours or less, the Clinical Coordinator will notify site leadership; 9) upon receiving notice as previously described in Step 8, site leadership will engage the Provider and ensure the Specialty Consult is reviewed and acted upon in a timely manner.

**Supplemental Information as of November 6, 2017:**

1.  Clinical Coordinator receives the off-site consult report/dictation from the off-site specialty Provider.

2.  Clinical Coordinator date stamps the off-site consult report/dictation when received.

3.  Clinical Coordinator scans the off-site consult report/dictation into eOMIS and assigns to the originating Provider or designee for review.

4.  The requesting Provider reviews off-site consult report/dictation daily.

5.  The requesting Provider or designee documents review of off-site consult report/dictation and completes narrative describing action taken/no action needed. Provider must sign and date stamp all reviews.

6.  If the requesting Provider or designee fails to document review of off-site consult report/dictation and does not complete narrative describing action taken/no action needed within three (3) days, the Clinical Coordinator will then alert the Provider/CNA via email on day four.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

7.    If the originating Provider or designee fails to document review of off-site consult report/dictation and does not complete narrative describing action taken/no action needed within four (4) days, the Clinical Coordinator will then alert the Provider/CNA via telephone call on day five (5).

8.    If the requesting Provider or designee fails to document review of off-site consult report/dictation and does not complete narrative describing action taken/no action needed within five (5) days, the Clinical Coordinator will then alert the Facility Health Administrator (FHA) and Site Medical Director (SMD) on day six (6) for resolution.

**Supplemental Information as of December 15, 2017:**
Specialty consultation reports are now monitored on the warden's daily tracker sheet.  If it is noted that a report has not been acted on by a Provider, the SMD will be contacted to address it.  Corizon has tracked this data daily on Pentaho since October 20, 2017 and has been pulling information directly from eOMIS for the last three weeks to ensure timely action.

**Update as of January 8, 2018:**

**Basis of Noncompliance:**
In November 2017, Corizon had two new providers who were unfamiliar with the eOMIS system, resulting in a failure to review and act upon the reports in the requisite time period.

**Corrective Action Plan:**
The Clinical Coordinator provided education to these two new providers on December 26, 2017, and January 3, 2018 to ensure compliance with this performance measure by reviewing what needs to be reviewed, when it must be reviewed, and what additional actions must be taken within the seven-day period.

**Update as of February 14, 2018:**

**Corrective Action Plan:**
In addition to the current plan, Corizon will develop a daily tracker to allow the Provider to review the reports and take action.  An Excel spreadsheet will be sent out to each unit for review by the Provider.  In addition, the Site Medical Director will be looking at the tracker as backup to the treating Provider in order to assure timely review of reports.

**Update as of April 9, 2018:**

**Corrective Action Plan:**
Beginning April 1, 2018, the FHA or AFHA reviews the actions taken each day in regard

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

to specialty consultation reports.  They have started printing daily reminders for the Providers that indicate the deadline by which a Provider must review and act upon a specialty consultation report.  If not accomplished by day 7, the specialty consultation report will be sent to and addressed directly by Dr. Stewart.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
The Eyman facility has made significant improvement concerning this performance measure.  As such, the plan addressed in the April 9, 2018 update will remain in place.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
There were delays in consultation reports being scanned into eOMIS for review. Rather than being scanned the day they were received, it could take a day or two to get them scanned in. Providers were not aware that the scan was not done on the same day it was received.  As a result, some reports were reviewed outside the 7-day compliance window, despite being reviewed within 7 days of the scan date.

**Corrective Action Plan:**
Two Clinical Coordinators were hired to, in part, assist with this performance measure. One Clinical Coordinator started in May and the other starts at the end of June. Additionally, an administrative assistant has begun assisting in scanning reports to ensure they are scanned as they arrive.

Corizon Regional is developing a statewide training on compliance for this measure that should be rolled out by the end of June.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
There were delays in reports being scanned into eOMIS, which can result in non-compliance, even when the report is reviewed by a Provider within seven days of the scan date.

**Corrective Action Plan:**
The SMD conducted additional training at the June Provider meetings and began following up with Providers who were out of compliance with this measure to ensure compliance. Further, the facility purchased additional scanners so that other staff members may scan reports into eOMIS. Also, starting in mid-May, temporary staff have been utilized to assist with scanning on an ongoing basis until there is no backlog.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

Corizon and the Department of Corrections anticipates a passing compliance score for June.

**Update as of August 29, 2018:**

**Corrective Action Plan:**
The additional training noted in the July 31, 2018 update was not conducted until June and is therefore not accounted for in the June results. Additionally, the scanners that were purchased were installed in the month of July to address the scanning backlog. Finally, the Healthcare Delivery Facilitator began tracking on July 27, 2018 to assist in achieving compliance. Ongoing Provider coaching and support continues as outlined in the July 31, 2018 update.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
There were delays in reports being scanned into eOMIS, which can result in non-compliance even when the report is reviewed by a Provider within seven days of the scan date.

**Corrective Action Plan:**
Additional scanners were purchased and installed in late July to address the scanning backlog. Also, the Healthcare Delivery Facilitator began tracking this performance measure on July 27, 2018, to assist in achieving compliance. Ongoing Provider coaching and support continues, as outlined in the July 31, 2018 update.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Corizon's system was setting the seven-day deadline from the point at which documents were scanned into the system rather than the date on which the documents were received.

In addition, Corizon has been running into difficulties when outside specialty providers send initial reports with limited information and, in many cases, not containing all prescribed follow-up treatment. After this initial report was scanned into the system, many outside providers would subsequently provide a dictated report 10-14 days later that went into much greater detail and included prescribed action to be taken.

At times, providers' documentation was only referencing the latter, more inclusive report. This would result in non-compliance even if the initial report did not require any action.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Corrective Action Plan:**
In September staff meetings, Corizon staff were trained to scan documents on the date received to avoid the aforementioned deadline issue.

On October 10, 2018, Corizon trained its providers to more fully notate records in the initial documents. For example, even if there is nothing for a provider to take action on, they need to specifically document that in the patient's records to confirm to the monitors that all reports were reviewed. Furthermore, clarification on this issue was received from monitors on September 20, 2018 and given to all site leadership and the regional medical director to be reviewed statewide.

**Update as of November 21, 2018:**

**Corrective Action Plan:**
Because the prior plan included training that was not completed until October, and clarification was not received until late September, the September numbers do not reflect the impact from those efforts. Corizon will therefore continue with its prior plan.

**Update as of December 21, 2018:**

**Basis for Noncompliance:**
Providers sometimes lose track of the 7-day required timeframe.

**Corrective Action Plan:**
As of December 20, 2018, the Assistant Facility Health Administrator (AFHA) will track consultation results to identify those with pending due dates and will send daily reports and reminders to Providers. The Site Medical Director (SMD) will review any consultations not acted upon by day 7 and take appropriate action.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Eyman has experienced a Provider shortage, and its Site Medical Director (SMD), who serves as backup for this measure, is now supporting an additional site.

**Corrective Action Plan:**
Corizon continues its recruiting and hiring efforts.

**PM 52** *Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Update as of February 21, 2019:**

**Basis for Non-compliance**:
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created a backlog, and providers were not receiving the reports in a timely manner.

**Correction Action Plan:**
A new Clinical Coordinator and scheduler have been hired and started the second week of January. Additional training was provided on this performance measure in January and would not be reflected in the December scores.

**Update as of March 21, 2019:**

**Basis for Non-compliance:**
The providers were not receiving the reports in a timely manner putting the review out of timeframe before the provider even received the notes.

**Correction Action Plan:**
The clinical coordinator, scheduler, and medical records staff assisting with scanning outside consult notes were all provided training on the importance of scanning consult notes the minute they are received. The training also included the steps of how the process is completed and the expectation of the measure. This training occurred the third week of December 2018. A new clinical coordinator began at the site the second week of January 2019. The site has experienced a backlog of reports that will take time to review before the site is able to achieve a compliant score.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The providers were not receiving the reports in a timely manner putting the review out of timeframe before the provider even received the notes.

**Corrective Action Plan:**
Continue with the current CAP (see above) as this measure has a longer timeframe and the improvement is not reflected in the February audit.

**PM 52** *Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Update as of August 8, 2019:**

**Basis for Noncompliance:**
The providers were sent the reports, but were not reviewing them within timeframes.

**Corrective Action Plan:**
On July 31, 2019, the SMD held a provider meeting and instructed the providers to review and act upon the consults daily.  The HDF will continue to send the reports daily and monitor for compliance.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
The providers were sent the reports however, were not reviewing them within timeframes. Action was not also occurring on the reports.

**Corrective Action Plan:**
The HDF will continue to send the list of reports daily to Providers for review and monitor.  If noncompliant the HDF will send notification to SMD and FHA for review.

**Update as of January 17, 2020:**

**Basis for Noncompliance:**
The Eyman providers did not complete the review in a timely manner and in other cases did not document the action taken on the recommendations.

**Corrective Action Plan:**
The SMD conducted a provider meeting on January 2, 2020 and reinforced the importance of providers addressing all consult notes. The HDF is sending emails daily to the providers of the reviews that need to be completed.  If the reviews are not completed in timeframe the SMD is notified.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Specialty consultation reports are being reviewed however; the provider is not providing a measurable timeframe for the recommended action to be taken and/or not following through with the action.

**Corrective Action Plan:**
During the provider meeting held on Thursday May 19, 20, all providers were educated on taking proper action for consults.  A member of the clinical coordinating team will be

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

responsible for completing a review of the provider's notes to ensure all actions documented by the provider has been completed.

**Update as of August 21, 2020:**

**Basis for noncompliance:**
Staff were not stamping consult notes with a date received. On site, ultrasound results were not entered into the consult section for the provider to review.

**Corrective Action Plan:**
On 7/14/2020, the Clinical Coordinator lead provided education to staff regarding the appropriate received date.  On 7/16/2020, the SMD educated providers on where to find the onsite ultrasound results.  On 08/21/2020, notification was sent to the Clinical Coordinator by the Regional Director of Compliance that onsite ultrasound results must be uploaded into the consult section for the provider to review.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
There are multiple factors that contributed to non-compliance. The consults were not reviewed within 7 days.  Action was not taken on the recommendations within 7 days.

**Corrective Action Plan:**
A staff member has been identified to review the consults and the provider actions to ensure the required action is being taken. The clinical coordinating office is also sending follow-up reminders to the providers.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
The providers were sent the reports, but were not reviewing them within timeframes. Follow up actions and entries of future consults were not completed within timeframes.

**Corrective Action Plan:**
The HDF will continue to send the list of reports daily to providers for review and monitoring. This report will also include any follow-up actions and date of compliance. The report will serve for PM 52 and a tickler system to ensure all future consults are entered following the recommendations and provider action.   The SMD and FHA will be included on this report to ensure compliance and completion.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
The providers were sent the reports, but were not reviewing them within timeframes. Follow-up actions and entries of future consults were not completed within timeframes.

**Corrective Action Plan:**
The HDF will continue to send the list of reports daily to providers for review and monitor. This report will also include any follow-up actions and date of compliance.  The report will serve for PM 52 and a tickler system to ensure all future consults are entered following the recommendations and provider action.   The SMD and FHA will be included on this report to ensure compliance and completion.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
Reports of offsite consults were not being reviewed and acted upon within seven (7) days.

**Corrective Action Plan:**
The Clinical Coordinator office AA is to track all specialty consultation reports to make sure reviews are acted upon within seven (7) days.  The AA sends details of reviews needing completion to the provider.  If reviews are sent a third time as not being completed, the SMD and FHA are included and will assure they are completed that day. In addition, PRN providers are being used to review the consults.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Reports of offsite consults were not being reviewed and acted upon within seven (7) days.

**Corrective Action Plan:**
1.  The Clinical Coordinator (CC) is to track all specialty consultation reports to make sure reviews are acted upon within seven (7) days.
2.  The CC sends out detailed instructions of what is needed to complete the review.
3.  Onsite providers are the primary responsible party.
4.  Telehealth providers will be used as a backup to assist with reviewing all specialty consults, within the seven (7) calendar days, and act upon recommendations.
5.  Follow-ups will be scheduled with on-site provider.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Reports of offsite consults were not being reviewed and acted upon within seven (7) days.

**Corrective Action Plan:**
1. The Clinical Coordinator (CC) is to track all specialty consultation reports to make sure reviews are acted upon within seven days.
2. The CC sends out detailed instructions of what is needed to complete the review.
3. Onsite providers are the primary responsible party.
4. Follow ups will be scheduled with on-site provider.
5. Providers were educated by the SMD during the provider meeting on 3/4/21 regarding proper documentation requirements.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Reports of offsite consults were not being reviewed and acted upon within seven (7) days.

**Corrective Action Plan:**
1. The Clinical Coordinator (CC) is to track all specialty consultation reports to make sure reviews are acted upon within seven (7) days.
2. The CC sends out detailed instructions of what is needed to complete the review.
3. Onsite providers are the primary responsible party.
4. The SMD will be notified to follow up with the providers regarding outstanding reviews and will be required to follow up with the providers.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

- *Specialty consultation reports were not reviewed within seven (7) days as required.*
- *The provider is not providing a measurable timeframe for the recommended action's completion or not following through with the action.*

*Corrective Action Plan:*

*Continue with current CAP, with additions, to improve compliance, as a portion of the implementation that occurred in March.*

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

1. **The Clinical Coordinator (CC) is to track all specialty consultation reports to make sure reviews are acted upon within seven (7) days.**
2. **The CC sends out detailed instructions of what is needed to complete the review.**
3. **Onsite providers are the primary responsible party.**
4. **Follow ups will be scheduled with on-site provider.**
5. **Providers were educated by the SMD during the provider meeting on 3/4/21 regarding proper documentation requirements.**
6. **During the provider meeting held on 5/6/21, the SMD educated the providers on the documentation requirements including the proper documentation regarding action to be taken to include the measurable period.**
7. **The SMD receives notification to follow up with the providers regarding outstanding reviews and will be required to follow up with the providers.**

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Basis for non-compliance:**
Providers are not reviewing the specialty consultation reports within the required timeframe. The Florence facility has experienced decreased Provider capacity. In recent months, two Providers have left the Florence facility.

**Corrective Action Plan:**
On June 1, 2017, we began monitoring this measure multiple times a week with a report being sent to the Providers for follow up in order for them to address their consults within a timely manner.

Additionally, starting on September 1, 2017, the following process was implemented: The site Clinical Coordinator reviews receipt of specialist recommendations daily, which will be subsequently date stamped and uploaded into the EMR. The review is placed on the Provider's work list. The Clinical Coordinator reviews daily to ensure that the Provider has completed the review. On September 20, in the weekly Provider meeting, this measure was discussed, and the Providers were re-directed regarding the importance of timely reviews of specialty reports, ATPs and NMIs.

**Supplemental Information as of October 6, 2017:**
See updated remediation procedure for Eyman.

**Supplemental Information as of November 6, 2017:**
See Corrective Action Plan for Eyman.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Supplemental Information as of December 15, 2017:**

**Basis for Non-compliance:**
A large backlog occurred at this facility in terms of having Providers review and act on specialty consultation reports within the required timeframe.  Providers were only reviewing their own ordered specialty consult reports and were not also reviewing the specialty consult reports ordered by other Providers.

**Corrective Action Plan:**
On-duty Providers will be assigned responsibility for an individual yard at the facility concerning this performance measure.  The backlog has been eliminated.  The Providers are now responsible for reviewing all specialty consult reports generated for patients at an assigned yard, including those ordered by other Providers. This supplemental corrective action plan was implemented in mid-November 2017.

**Update as of January 8, 2018:**
Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Florence, which has resulted in substantial improvement in compliance rates, as detailed in the above chart, and will reevaluate whether changes are needed as necessary.

**Update as of February 14, 2018:**

**Corrective Action Plan:**
In addition to the current plan, Corizon will develop a daily tracker to allow the Provider to review the reports and take action.  An Excel spreadsheet will be sent out to each unit for review by the Provider.  In addition, the Site Medical Director will be looking at the tracker as backup to the treating Provider in order to assure timely review of reports.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
A new Provider was not appropriately documenting his performance.

**Corrective Action Plan:**
On March 28, 2018, the referenced Provider was educated on requirements to document his review and action regarding specialty consultation reports.

In addition, beginning April 1, 2018, the FHA or AFHA will track this daily to ensure compliance.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Update as of May 8, 2018:**

**Corrective Action Plan:**
See updated action plan dated April 9, 2018. This plan will continue to be utilized because the effects of the plan are not reflected in the March data, as it was not yet in place.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
There were delays in consultation reports being scanned into eOMIS for review. Rather than being scanned the day they were received, it could take a day or two to get them scanned in. Providers were not aware that the scan was not done on the same day it was received.  As a result, some reports were reviewed outside the 7-day compliance window, despite being reviewed within 7 days of the scan date.

**Corrective Action Plan:**
This facility is in the process of hiring a new Clinical Coordinator who will aid in ensuring that the consultation reports are scanned in on the day they are received. Additionally, a CNA has begun assisting in scanning reports to ensure they are scanned as they arrive.

Corizon Regional is developing a statewide training on compliance for this measure that should be rolled out by the end of June.

**Update as of July 31, 2018:**

**Basis for Noncompliance:**
See basis for noncompliance update as of June 11, 2018, above.

**Corrective Action Plan:**
The SMD conducted additional training at the June Provider meetings and began following up with Providers who were out of compliance with this measure to ensure compliance. Also, starting in mid-May, temporary staff have been utilized to assist with scanning on an ongoing basis until there is no backlog. Finally, a new clinical coordinator and scheduler have been hired.

**Update as of August 29, 2018:**

**Corrective Action Plan:**
The additional training noted in the July 31, 2018 update was not conducted until June and is therefore not accounted for in the June results.  Additionally, the scanners that

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

were purchased were installed in the month of July to address the scanning backlog. Finally, the Healthcare Delivery Facilitator began tracking on July 27, 2018 to assist in achieving compliance. Ongoing Provider coaching and support continues as outlined in the July 31, 2018 update.

**Update as of September 25, 2018:**

**Basis of Non-Compliance:**
Noncompliance resulted from an insufficient number of Providers due to ongoing vacancies. Corizon has approved 4.2 FTEs, but Florence currently has only 1.7 FTEs for advanced practicioners. If all positions were filled, there would be sufficient Providers. Recruiting is ongoing, but has been challenging.

In addition, there were delays in reports being scanned into eOMIS, which resulted in the Provider not receiving the report timely. When the Provider would receive the report, the seven-day clock had already been running, leading to the Provider not having sufficient time to review the report within the timeframe.

**Corrective Action Plan:**
A new Site Medical Director began on August 13, 2018 and has continued training since that time. That training is coming to an end, and the new SMD will be working in full capacity by the end of September. Therefore, the SMD will be providing additional facility support. Furthermore, Florence is utilizing a telehealth Provider to assist with reviews of the consultation reports.

Also, additional scanners were purchased and installed in the month of July to address the scanning backlog. On July 27, 2018, the Healthcare Delivery Facilitator began tracking this measure daily.

**Update as of October 24, 2018:**

**Basis of Non-Compliance:**
The prior plan is not reflected in the August numbers because the newly hired providers had not yet started.

Corizon's system was setting the seven-day deadline from the point at which documents were scanned into the system rather than the date on which the documents were received.

In addition, Corizon has been running into difficulties when outside specialty providers send initial reports with limited information and, in many cases, not containing all prescribed follow-up treatment. After this initial report was scanned into the system, many outside providers would subsequently provide a dictated report 10-14 days later that went into much greater detail and included prescribed action to be taken.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

At times, providers' documentation was only referencing the latter, more inclusive report. This would result in non-compliance even if the initial report did not require any action.

**Corrective Action Plan:**

Corizon will continue to utilize the existing corrective action plan because the effect of the new hires has not yet been realized in the performance measure numbers.  The new Site Medical Director started on August 13, 2018.  One new Nurse Practicioner started on October 8, 2018.  This person is currently a temporary employee, only working for 90 days, but may become full-time thereafter.  Additionally, another new Nurse Practicioner started working full time on October 15, 2018.  Finally, another nurse practicioner may start at the end of October.

In September staff meetings, Corizon staff were trained to scan documents on the date received to avoid the aforementioned deadline issue.

On October 10, 2018, Corizon trained its providers to more fully notate records in the initial documents. For example, even if there is nothing for a provider to take action on, they need to specifically document that in the patient's records to confirm to the monitors that all reports were reviewed. Furthermore, clarification on this issue was received from monitors on September 20, 2018 and given to all site leadership and the regional medical director to be reviewed statewide.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**

The corrective action plan put in place relating to the October 24, 2018 update was not completed until September, and October and was therefore not realized in September's data.

**Corrective Action Plan:**

As set forth above, the corrective action plan for this performance measure indicated that two new NPs were hired in mid-October and another would likely begin in late October. In addition, the corrective action plan included training that occurred in late September and early October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.  Further, on November 6, 2018, additional training was given to Providers concerning the steps needed to reach compliance with this performance measure.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**

The basis for noncompliance remains the same as that reported on November 21, 2018.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Corrective Action Plan:**
Because the referenced employees did not begin working until the first two weeks of October and the end of October respectively, their inclusion did not impact the October results. In addition, the referenced training on November 6, 2018 did not impact October numbers. Corizon will wait to see how the referenced employees and training impact the November numbers before determining whether to take additional corrective measures.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The prior corrective action plan for this performance included a new process for tracking compliance that began on December 20, 2018. As such, the November numbers do not fully reflect the impact of the corrective actions. Compliance numbers have also been impacted by an ongoing Provider shortage and a lack of fulltime Site Medical Director. Further, specialty consults were being reviewed but those reviews were untimely.

**Corrective Action Plan:**
Additional training was given to Providers on December 5, 2018, January 10, 2019 and January 24, 2019. As part of that January 24, 2019 training, the newly onboarded Nurse Practitioners were given hands-on training, including about eOMIS procedures for this performance measure.

**Update as of February 21, 2019:**

**Basis for Non-compliance:**
The Clinical Coordinator and scheduler positions at this facility have had a high turnover rate. The inconsistency with staffing these roles has created a backlog, and providers were not receiving the reports in a timely manner.

**Correction Action Plan:**
A new Clinical Coordinator and scheduler have been hired and started the middle of January. Additional training was provided on this performance measure in January and would not be reflected in the December scores. In addition, other clinical coordinators/schedulers within Corizon are assisting in sending the reports to providers timely. The providers were also educated on the requirements of this performance measure during the weekly staff meetings in the month of January.

**Update as of March 21, 2019:**

**Basis for Non-compliance:**
The providers were not receiving the reports in a timely manner putting the review out of timeframe before the provider even received the notes.

**PM 52**   *Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Corrective Action Plan:**

The site will continue with the current CAP, as the score is improving monthly. The clinical coordinator, scheduler, and medical records staff assisting with scanning outside consult notes were all provided training on the importance of scanning consult notes the minute they are received.  The training also included the steps of how the process is completed and the expectation of the measure.   This training occurred the third week of December 2018.    The providers were also educated on the requirements of this performance measure during the weekly staff meetings in the month of January 2019.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**

The providers were not receiving the reports in a timely manner putting the review out of timeframe before the provider even received the notes.

**Corrective Action Plan:**

The site will continue with the current CAP (see above) as the score improved by 12%, and this measure has a longer timeframe.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**

The providers were not receiving the reports in a timely manner putting the review out of timeframe before the provider even received the notes.

**Corrective Action Plan:**

The Florence HDF has been assigned to track the Florence consult note reviews and ensure that the provider has completed the review within time frame. The HDF was assigned this task on 5/15/19.

**Update as of August 8, 2019:**

**Basis for Noncompliance:**

The providers were sent the reports but were not reviewing them within timeframes.

**Corrective Action Plan:**

On July 31, 2019, the SMD held a provider meeting and instructed the providers to review and act upon the consults daily.  The HDF will continue to send the reports daily and monitor for compliance.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Update as of September 19, 2019:**

**Basis for Noncompliance:**
The providers were sent the reports, however, were not reviewing them within timeframes.

**Corrective Action Plan:**
On September 11, 2019, the SMD held a provider meeting and re-iterated the providers to review and act upon the consults daily.  The FHA or AFHA is reaching out to the providers for any consults reaching day 3 or above.  The HDF will continue to send the reports daily and monitor for compliance.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Reports of offsite consults were not being reviewed and acted upon within seven (7) days. The provider is not providing a measurable timeframe for the recommended action to be taken and/or not following through with the action.

**Corrective Action Plan:**
The newly assigned Clinical Coordinator (CC) is to track all specialty consultation reports to make sure reviews are acted upon within seven (7) days.  The CC sends out detailed instructions of what is needed to complete the review.  If reviews are sent a third time as not being completed, the SMD and FHA are included and will assure they are completed that day.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
Staff member was out on FMLA, new staff started tracking and sending out consults needing review.  Unfortunately, they missed several, and providers have come to rely on the daily list sent out.

**Corrective Action Plan:**
New staff member was trained by the HDF on tracking and sending list of consults needing review.   Staff member returned from FMLA, and facility now has second staff member cross trained in case of unanticipated absences.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

- *Specialty consultation reports were not reviewed within seven (7) days as required.*
- *The provider is not providing a measurable timeframe for the recommended action's completion or not following through with the action.*

*Corrective Action Plan:*

- *During the provider meeting held on 5/6/21 the SMD educated the providers on the documentation requirements including the proper documentation regarding action to include the measurable period.*

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Scanning is not being completed daily due to a change in the number of staff in the department.

**Corrective Action Plan:**
Additional staff have been assigned to assist with scanning to ensure the documents are being scanned in within one day of receipt. Daily check-ins with the Clinical Coordinator by the AFHA/FHA  to ensure scanning is being completed daily.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

- *Specialty consultation reports were not reviewed within seven (7) days as required.*

*Corrective Action Plan:*

- *The Lewis facility began utilizing telehealth providers to assist the site providers with consult note reviews as of May 1, 2021. The telehealth providers will provide this support during high volume of reviews and the absence of onsite providers due to planned and unplanned PDO.*

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



Above compliance threshold without interruption since December 2016, with the exception of December 2019.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Providers are reviewing but not consistently acting on the recommendations of the specialty provider within the allotted timeframe for various reasons. Providers are not always completing reviews within seven-calendar days of receiving results.

**Corrective Action Plan:**
The FHA provided training during the monthly provider meeting showing all Perryville providers, especially the new ones, how to review consult documents and address them. The HDF has been assigned to track the review of consult notes from sending notification to providers and then following through to ensure the review occurred.

**Update as of May 18, 2020:**

**Basis for Non-Compliance:**
Consults were being reviewed within timeframe, but all Providers weren't addressing each recommendation.

**Corrective Action Plan:**
FHA held meeting on 4/17/2020 with all Providers and reviewed the expectation when reviewing consults. The education included but was not limited to future consults to be addressed in the documentation and placed in a tickler file to be entered closer to the due

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

date. Clinical coordinator implemented new process on 4/17/2020 to not only check that the consult was reviewed within timeframe but that each recommendation was addressed. The FHA/AFHA will be notified at day 5 if a consult hasn't been reviewed yet for action.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Update as of September 25, 2018:**

**Basis of Noncompliance:**
This performance measure dropped out of compliance because there were three reports being reviewed, but not properly documented within the seven-day period. Although the reports were reviewed timely, the Providers did not document sufficient detail to comply with the way in which this measure is monitored.

**Corrective Action Plan:**
On August 1, 2018, the Healthcare Delivery Facilitator began tracking this measure daily and sending notifications to the SMD on any reports that need to be addressed to maintain compliance. Further, on September 5, 2018, the SMD provided staff a template to use for this performance measure going forward.

**Update as of October 22, 2018:**

The aforementioned corrective action plan appears effective in that Phoenix resumed compliance for this performance measure in August 2018. Phoenix will continue to use this plan going forward.

**Update as of August 9, 2019:**

**Basis for Noncompliance:**
2/10 deficient: One for no follow-up on orders; one outside of timeframe.

**PM 52** *Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Corrective Action Plan:**
A new Healthcare Delivery Facilitator started the beginning of July, and started tracking this measure daily mid-month and sending notifications to the SMD on any reports that need to be addressed to maintain compliance. Additional areas of education were identified to improve documentation and acting on all recommendations, that will be provided by the SMD the third week in August.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Specialty consultation reports were not reviewed and acted on by a Provider within seven calendar days of receiving the report.

Phoenix has not missed this measure in more than a year. There were only 12 charts included in the audit for December. Of the 12 charts, two were found non-compliant (83.3%).

The reason the first of the two charts was non-compliant, the SMD reviewed the recommendations within timeframe, but did not provide a medical rationale for not following the surgeon's recommendations. The documentation stated, "For the time being, no further action is medically required." The encounter lacked specific verbiage to explain why no action is needed.

The second chart was reviewed on 12/23/2020, but was not acted upon until 1/5/2021, which is greater than the seven (7) days. The patient transferred from Phoenix to Tucson on 12/27/2020. Although the patient was no longer on site, either site could have reviewed and acted upon the recommendations within timeframe. The follow-up appointment was not initiated within timeframe.

**Corrective Action Plan:**
On January 19, 2021, providers received this update, "in order for a provider to disagree with a recommendation from the results more explanation is needed as to why the recommendation is not medically necessary".

As Phoenix is an intake center, it is essential to transport patients out to permanent yards as soon as medically cleared from the quarantine period. If Phoenix initiates a consult and the patient transfers out communication is key between the HDF, clinical coordinators, and providers from each site to ensure continuity of patient care and the patient receives recommendations within timeframe.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*



**Continued Action Plan:**
Providers, CNA/MA, and the Clinical Coordinator have been trained on how to pull a consult completed results received report. The Providers, CNA/MA, Clinical Coordinator, and Site Medical Director will pull the report daily Monday through Friday. The Provider will review the outside consult notes and then mark in the action taken section of the consult "consult completed practitioner reviewed." The Facility Health Administrator and Site Medical Director will also designate a person to run a weekly consult completed report as a double check system that notes are being reviewed in the seven-day timeframe. Thorough training with a power point on how to run the reports and switch the status to consult completed, including the timeframes, was provided to this site. Additionally, reports are being run at the UM office two times per week.

**Supplemental Information as of October 6, 2017:**
See updated remediation procedure for Eyman.

**Supplemental Information as of November 6, 2017:**
See Corrective Action Plan for Eyman.

**Update as of December 15, 2017:**
See December 15, 2017 Supplemental Information for Eyman and Florence. As with those facilities, Providers are notified when reports come in so they can act timely to review the reports. This measure is being tracked daily to ensure compliance. Additionally, Corizon is training a new Clinical Coordinator to help track and catch issues relating to this Performance Measure, as the past Clinical Coordinator was doing.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Update as of January 8, 2018:**
Paper tracking of this performance measure has been replaced by an excel spreadsheet. This new policy better allows the Clinical Coordinator to monitor compliance and send specialty consultation reports to the Site Medical Director if a provider is not getting to it in the required timeframe.  The Site Medical Director will complete the review and act as necessary himself if the provider is unable.

**Update as of February 14, 2018:**

**Corrective Action Plan:**
In addition to the current plan, Corizon will develop a daily tracker to allow the Provider to review the reports and take action.  An Excel spreadsheet will be sent out to each unit for review by the Provider.  In addition, the Site Medical Director will be looking at the tracker as backup to the treating Provider in order to assure timely review of reports. Also, given the number of reports at this facility, the daily reports are now going to the Provider's assistant for tracking.   Also, the Clinical Coordinator is obtaining and reviewing the incoming reports and getting those into the system to track.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
A Provider was documenting that he reviewed the specialty consultation reports and timely acted upon them, but was failing to document what action was taken.

**Corrective Action Plan:**
On April 3, 2018, Providers were given additional education on what information must be included in their documentation to remain compliant with this performance measure.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
New Providers are sometimes delaying review while they research and discuss the best course of action with the SMD, leading to reviews occurring outside the seven-day window.

**Corrective Action Plan:**
Education and training on the timeframe for this measure was conducted at the Provider meeting on July 10, 2018.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**
One of the new Providers mentioned in the July 31, 2018 update no longer works for Corizon. Additionally, it was identified that, despite the efforts to interface the data from the Clinical Coordinator to the Administrative Assistants and CNAs for the Providers, there was no tracking mechanism in place to ensure completion.

**Corrective Action Plan:**
The Clinical Coordinator implemented a tracking tool on July 25, 2018 to ensure full compliance with this measure. Additional training was also conducted for the Providers on July 11 and August 7, 2018. These additions will supplement the plan presented on July 31, 2018.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
The tracking tool and additional training outlined in the August 29, 2018 update noted above were not implemented until July and, as such, did not fully address issues concerning tracking this performance measure.

**Corrective Action Plan:**
As noted in the August 29, 2018 update, the Clinical Coordinator implemented a tracking tool on July 25, 2018 to ensure full compliance with this measure. Additional training was also conducted for the Providers on July 11 and August 7, 2018 and is scheduled to occur on September 26, 2018.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
All specialty consultation reports were reviewed within the requisite timeframe, but a locum tenens provider failed to time stamp his review.  As such, there was no time stamp for the monitors to review to ensure that the reports were viewed within the seven-day timeframe.

Corizon's system was setting the seven-day deadline from the point at which documents were scanned into the system rather than the date on which the document was received.

In addition, Corizon has been running into difficulties when outside specialty providers send initial reports with limited information and, in many cases, not containing all prescribed follow-up treatment.  After this initial report was scanned into the system,

**PM 52**  *Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

many outside providers would subsequently provide a dictated report 10-14 days later that went into much greater detail and included prescribed action to be taken.

At times, providers' documentation was only referencing the latter, more inclusive report. This would result in non-compliance even if the initial report did not require any action.

**Corrective Action Plan:**
The referenced locum tenens provider at issue, as well as all other providers at the Tucson facility, were trained on compliance with this performance measure on September 11, 2018.

In September staff meetings, Corizon staff were trained to scan documents on the date received to avoid the aforementioned deadline issue.

On October 10, 2018, Corizon trained its providers to more fully notate records in the initial documents. For example, even if there is nothing for a provider to take action on, they need to specifically document that in the patient's records to confirm to the monitors that all reports were reviewed. Furthermore, clarification on this issue was received from monitors on September 20, 2018 and given to all site leadership and the regional medical director to be reviewed statewide.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until mid-September, late September, and October, and was therefore not realized in September's data.   Further, continued issues remained during the month of September regarding Providers' failure to specifically address each discharge recommendation individually.

**Corrective Action Plan:**
As noted above, the corrective action plan for this performance measure included training that occurred in mid-September, late-September, and early-October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.  Further, Providers were given additional education about this performance measure during the November 6, 2018 Provider meeting.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
The basis for noncompliance remains the same as that reported on November 21, 2018.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Corrective Action Plan:**
Because the referenced training on November 6, 2018 did not impact the October numbers, Corizon will wait to see how it impacts November numbers before determining whether to implement additional corrective measures.

## Update as of January 21, 2019:

**Basis for Noncompliance:**
The prior corrective action plan for this performance measure included training that occurred on November 6, 2018. As such, the November numbers do not fully reflect the impact of the corrective actions.

**Corrective Action Plan:**
The compliance numbers for the month of a November are on a significant upward trajectory and are nearing compliance. Accordingly, Corizon will continue to utilize the existing corrective action plan. Corizon anticipates that this performance measure will be compliant for the month of December.

## Update as of February 18, 2020:

**Basis for Non-Compliance:**
Providers are reviewing but not consistently acting on the recommendations of the specialty provider within the allotted timeframe for various reasons.

**Corrective Action Plan:**
The HDF provided training during the monthly provider meeting showing all Tucson providers, especially the new ones, an easy way to review consult documents and address them.

## Update as of April 17, 2020:

**Basis for Non-Compliance:**
Reports were identified and not reviewed with the correct verbiage.

**Corrective Action Plan:**
The SMD and providers had a meeting on 03/10/2020 and discussed correct verbiage and best practice for reviewing consults. This education should shore up any misunderstandings about this measure.

# PM 52

*Are specialty consultation reports being reviewed and acted on by a provider within seven (7) calendar days of receiving the report?*

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Provider failed to review medical report(s) within the compliance timeframe.

**Corrective Action Plan:**
The SMD's assistant pulls upcoming reports daily and emails to all providers, SMD, AFHA, and FHA any deficiencies. SMD alerted when last day of compliance is reached to take immediate action to assign to provider to review.

# PM 55

*Are disease management guidelines implemented for chronic diseases?*



**Basis for Non-Compliance:**
The root cause of the deficiencies identified at the Eyman Complex are still being investigated at this time.  While Corizon's analysis is still ongoing, a significant backlog pertaining to chronic care patients has been identified and is under review.

**Corrective Action Plan:**
Upon completing the root cause analysis, Corizon's Compliance team will review its findings with site leadership and devise a thorough remediation plan.

**Supplemental Information as of November 6, 2017:**
Corizon is implementing the Corrective Action Plan for PM 54 into the Corrective Action Plan for PM 55.  The Corrective Action Plan for PM 54 is set forth below.

1. The Provider diagnoses inmate with a chronic care condition and adds it to the inmate's problem list in eOMIS.

2. Provider CNA schedules inmate to be seen within 21 days of identifying the chronic care diagnosis in eOMIS.

3. Chronic Care Nurse (CCN) runs Pentaho report to verify if visit is scheduled.
    a.   If not seen, CCN schedules at next Provider line.

4. The Provider sees inmate to determine when follow-up is needed or as chronic care guidelines dictate.  The dates seen will be determined by the timeframe entered by Provider as follows:
    a.   Provider/CC guidelines – Inmate to be seen in 30 days, then schedule inmate to be seen by day 21.

# PM 55

*Are disease management guidelines implemented for chronic diseases?*

    b. Provider/CC guidelines – Inmate to be seen in 60 days, then schedule inmate to be seen by day 50.

    c. Provider/CC guidelines – Inmate to be seen in 90 days, then schedule inmate to be seen by day 76.

    d. Provider/CC guidelines - Inmate to be seen in 120 days, then schedule inmate to be seen by day 99.

    e. Provider/CC guidelines – Inmate to be seen in 180 days, then schedule inmate to be seen by day 150.

5. CCN utilizes the chronic care log to determine if an inmate has been seen by identified day and monitors compliance.

    a. CCN notifies the SMD and FHA by corresponding day if report shows no completed appointment by associated date:

        i. Day 26 (30)

        ii. Day 56 (60)

        iii. Day 85 (90)

        iv. Day 109 (120)

        v. Day 159 (180)

    b. CCN notifies the FHA that the CC appointment still has not been completed by identified date:

        i. Day 27 (30)

        ii. Day 57 (60)

        iii. Day 87 (90

        iv. Day 114 (120)

        v. Day 170 (180)

    c. The FHA and SMD elevate to RMD and regional leadership the need for additional Provider assistance to meet required timeframes.

**Supplemental Information as of December 15, 2017:**

**Basis of Noncompliance:**
The Eyman facility has experienced a substantial backlog of chronic care patients.

**Corrective Action Plan:**
See Corrective Action Plan for the Eyman Facility for Performance Measure 54.

**Update as of January 8, 2018:**
The November compliance levels were linked to a backlog of chronic care patients. That backlog has been alleviated and, as a result, Corizon expects this number will improve in the coming months. Going forward, Corizon will reduce the amount of time between appointments for chronic care patients based upon the acuity level of the patient in an effort to gain compliance within the timeframes provided in this performance measure.

# PM 55

*Are disease management guidelines implemented for chronic diseases?*

**Update as of February 14, 2018:**

There has been some improvement with this measure, which is tied to the backlog of patients.  Corizon will continue with the current plan to see if compliance increases.

**Update as of August 29, 2018:**

**Basis for Non-Compliance:**

A backlog was created by technical difficulties experienced in May which led to non-compliance.

**Corrective Action Plan:**

Additional telemedicine lines and Provider lines were able to clear the backlog as of June 29.

**Update as of August 8, 2019:**

**Basis for Non-Compliance:**

Due to a large volume of chronic care inmates and limited provider availability, there was a backlog at Eyman.

**Corrective Action Plan:**

Telemedicine and provider lines have been increased and the backlog eliminated as of August 8, 2019.

**Update as of September 19, 2019:**

**Basis for Noncompliance:**

Inappropriate scheduling of Chronic Care conditions outside of time frames yielded noncompliance.  We also found some Providers were not addressing all Chronic Care conditions. Timeframes for follow ups related to conditions were also not being regarded.

**Corrective Action Plan:**

The Chronic Care nurse will forecast and send out Lists of Patients to be scheduled weekly to the unit nursing assistants to ensure encounter dates are within compliance. Additional Chronic Care telehealth have been scheduled to keep the units at a zero backlog. Spot checks will be performed to ensure all conditions are addressed.

# PM 55
*Are disease management guidelines implemented for chronic diseases?*

**Update as of December 19, 2019:**

**Basis for Noncompliance:**
Inappropriate scheduling of Chronic Care conditions outside of timeframes yielded noncompliance.  We also found some Providers were not addressing all Chronic Care conditions. Timeframes for follow ups related to conditions were also not being regarded.

**Corrective Action Plan:**
The nursing assistants are sent a list of the upcoming chronic care encounters that need to be held. The nursing assistants will be required to schedule the encounters.  Telemed lines are also being held to assist with meeting the timeframes.

**Update as of April 17, 2020:**

**Basis for Non-compliance:**
Inappropriate scheduling of Chronic Care conditions outside of timeframes yielded noncompliance.

**Corrective Action Plan:**
The nursing assistants are sent a list of the upcoming chronic care encounters that need to be held. Eyman has also hired a MA who started on April 6, 2020 to track Chronic Care measures.   Notifications of upcoming appointments will be sent to all CNAs and unit ADONs.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
1. Follow-up appointments are not being scheduled, or not being scheduled within the appropriate timeframe
2. Labs are not available at the time of the appointment
3. Eye exams are not being done within timeframe
4. Refusal not scanned into chart
5. Patients not seen for all diagnoses due

**Corrective Action Plan:**
Appointments are being scheduled daily, when the notes are signed off by the nurse. As a secondary measure, the Chronic Care nurse is rechecking that appointments and timeframes are appropriate when she reviews the chronic care notes to update the master log.

The SMD has instructed all providers to order labs for the next appointment at the time of the visit. In addition, a tracker has been added to the master log to assist in tracking labs. If labs have not been ordered, the Chronic Care nurse will order prior to appointment.

# PM 55 *Are disease management guidelines implemented for chronic diseases?*

The Chronic Care nurse will track annual eye exams for all diabetic patients, to ensure they are performed within the stated timeframes. Chronic Care nurse will monitor daily lines to make sure refusals are sent with appointment sheets. Process already in place to ensure that refusals are scanned into chart.

Chronic Care nurse will schedule appointments, multiple when necessary, for all diagnoses. When reviewing notes, nurse will ensure that all appropriate conditions were seen. If not, patient(s) will be placed back on the provider line.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
1. Chronic Care appointments were not scheduled in the periods needed.
2. Follow-up appointments were not completed consistently.

**Corrective Action Plan:**
The HDF is running a diagnosis report weekly from SQL.  This identifies inmates to add to the master chronic care list.
1.  The Chronic Care MA is sending the list out to the units for scheduling. The chronic care list is updated daily.
2. The nurse reviewing the nursing orders is responsible for ensuring the follow-up appointment is scheduled as well as ensuring all conditions are included in the appointment notes.

**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
   Current labs were not available at the time of the encounter.
1. Movement was compartmentalized due to COVID, which affected the number of inmates that could be seen during the provider hours.
2. Chronic Care appointments are not being scheduled in the timeframes needed.

**Corrective Action Plan:**
1. A new nurse assigned to Chronic Care and training completed in January.
2. A meeting with lab techs held on 2/11/2021 to discuss proper line scheduling to ensure labs are available for chronic care.
3. All upcoming appointments are to be reviewed by the Chronic Care nurse who will ensure they are scheduled within the applicable timeframe.

# PM 55

*Are disease management guidelines implemented for chronic diseases?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
1. Current labs were not available at the time of the encounter.
2. Chronic Care appointments are not being scheduled in the timeframes needed.

**Corrective Action Plan:**
1. The assigned CNA will review the upcoming appointments and verify labs were completed prior to the appointment and the encounter is scheduled within timeframes.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
1. Current labs were not available at the time of the encounter.
2. Chronic Care appointments are not being scheduled in the timeframes needed.

**Corrective Action Plan:**
1. The assigned RN will review the upcoming appointments and verify labs were completed prior to the appointment and the encounter is scheduled within timeframes.

**Updated as of May 17, 2021:**

**Basis for Non-Compliance:**
- **Chronic care appointments' completion occurred outside the recommended chronic care guidelines due to a provider backlog at Eyman.**

**Corrective Action Plan:**
1. **Eyman has brought all chronic care encounters into compliance with the timeframes and no longer has a provider backlog.**
2. **The assigned RN will continue to review the upcoming appointments and verify labs' completion prior to the appointment scheduled within guidelines.**

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Basis for non-compliance:**
The Florence infirmary rounding schedule was reformatted from 72 hours to 48 hours as the expected frequency. Florence also lost one of the infirmary Providers.

**Corrective Action Plan:**
Starting in June 2017, medical Providers complete rounds every 48 hours, including weekends, to ensure that inmates are seen well within the 72-hour timeframe. Additionally, a new locum Provider has been hired and started in September 2017.

**Supplemental Information as of October 6, 2017:**
This facility recently lost a Provider. A replacement Provider was hired on September 5, 2017.

**Supplemental Information as of November 6, 2017:**

1.    For all Patients in the infirmary, the Provider will conduct provider rounds on Monday before noon, Wednesday, and Friday after noon each week.

    a.    The CNA rounds with Provider to assist Provider with rounds. CNA will complete checklist on all patients.
    b.    If Patient refuses to be seen, document patient refusal with form.

2.    ADON assigned to IPC will check IPC documentation daily for accuracy. If there is a discrepancy, site leadership (DON/FHA) will be notified.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

3.      The ADON to use the daily census from eOMIS to ensure the 72-hour compliance timeframe is met.

     a.      ADON will note inmates that are over 48 hours from last assessment from Provider. ADON will notify site leadership (SMD) if any discrepancy.

     b.      If next day is scheduled for Provider rounding, then ADON alerts rounding Provider to see inmate closest to out-of-compliance first.

     c.      On Saturday morning if the report shows a patient was missed and will not make it until Monday scheduled rounding, then FHA/SMA/on-call Provider notified.

     d.      On-call Provider to come into the facility to complete.

**Supplemental Information as of December 15, 2017:**

**Basis for Non-compliance:**
While infirmary rounding is occurring within the required 72-hour timeframe, Providers were not fully documenting their rounds.

**Corrective Action Plan:**
Corizon staff were educated on November 29, 2017 concerning the need to ensure that there are no informational blanks within a patient's chart and that all patient charting is complete moving forward.

**Update as of January 8, 2018:**
The Florence facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
For purposes of this performance measure, the three IPC units in Florence are covered over alternating days. There was a miscommunication one weekend in February when a Provider was on vacation. The Provider filling in misunderstood which day came up in the rotation, resulting in one unit getting missed that weekend.

**Corrective Action Plan**
As of April 1, the Providers' IPC schedule is clearly reflected in a written chart, showing which units must be seen on which days to alleviate any confusion.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Update as of May 8, 2018:**

**Basis of Non-Compliance:**
There was confusion between Providers as to which inmates each Provider believed they were responsible for seeing.

**Corrective Action Plan:**
See updated action plan dated April 9, 2018. This plan will continue to be utilized because the effects of the plan are not reflected in the March data, as it was not yet in place.

**Update as of June 11, 2018:**

**Basis for noncompliance:**
Providers are doing rounds every 48 hours to ensure compliance. However, encounters for inmates that are at other appointments when the rounds occur require additional scheduling, which has caused encounters to be delayed beyond the 72-hour window.

**Corrective Action Plan:**
The facility is interviewing a candidate to serve as the Healthcare Delivery Facilitator. Once hired and on boarded, that person will be responsible for tracking this performance measure daily.

**Update as of September 25, 2018:**

**Basis for Noncompliance:**
Noncompliance resulted from an insufficient number of Providers due to ongoing vacancies. Corizon has approved 4.2 FTEs, but Florence currently has only 1.7 FTEs for advanced practicioners. If all positions were filled, there would be sufficient Providers. Recruiting is ongoing, but has been challenging. With only one Provider covering certain cell blocks, that Provider has had less time to do rounds in the IPC because of the need to deal with ICS.

**Corrective Action Plan:**
A new Site Medical Director began on August 13, 2018 and has been in training since that time. That training is coming to an end, and the new SMD will be working in full capacity by the end of September. Therefore, the SMD will be providing additional facility support. Additionally, Florence is utilizing a telehealth Provider to assist and increase the capacity of onsite Providers. Further, the Healthcare Delivery Facilitator began tracking this measure on July 27, 2018 to assist with compliance.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Update as of October 24, 2018:**

**Basis of Non-Compliance:**
The prior plan is not reflected in the August numbers because the newly hired providers had not yet started.

**Corrective Action Plan:**
Corizon will continue to utilize the existing corrective action plan because the effect of the new hires has not yet been realized in the performance measure numbers. The new Site Medical Director started on August 13, 2018. One new Nurse Practicioner started on October 8, 2018. This person is currently a temporary employee, only working for 90 days, but may become full-time thereafter. Additionally, another new Nurse Practioner started working full time on October 15, 2018. Finally, another nurse practicioner may start at the end of October.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 24, 2018 update was not completed until October and was therefore not realized in September's data.

**Corrective Action Plan:**
As noted above, the corrective action plan for this performance measure indicated that two new NPs were hired in mid-October and another would likely start in late October. As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.

Further, beginning at the end of October, the HDF started tracking this performance measure daily Monday through Friday. Within 12 hours of any inmate needing to be seen, the information concerning that need is sent to the SMD and FHA. On Friday, if a patient needs to be seen before Monday, a report will be sent out to ensure that the patient is seen. The week of November 12, the ADON also started receiving access to start tracking this performance measure.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
The reasons for noncompliance remain as previously reported.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Corrective Action Plan:**

Because the referenced employees did not begin working until the first two weeks of October and the end of October respectively, their inclusion did not impact the October results. In addition, because the referenced tracking did not begin until the end of October and the week of November 12 respectively, they also did not impact October numbers. Corizon will wait to see how the referenced employees and tracking impact the November numbers before determining whether to take additional corrective measures.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**

The prior corrective action plan for this performance measure indicated that a new process for tracking compliance began on November 12, 2018. As such, the November numbers do not fully reflect the impact of the corrective actions. Additionally, the facility currently has no Site Medical Director and has a new IPC Nurse Practitioner that only recently began making rounds independently, leading to a lack of Provider coverage.

**Corrective Action Plan:**

Corizon is continuing with ongoing recruiting efforts. In the interim, the facility is sharing a Site Medical Director with the Eyman facility. The new IPC Nurse Practitioner has also started to take over doing rounds and other responsibilities in the IPC that will allow the Eyman Site Medical Director to assist on other tasks while at the Florence facility.

**Update as of February 21, 2019:**

**Basis for Non-compliance**:

A scheduling error occurred when a provider was off.

**Corrective Action Plan**:

The schedule has been corrected and the IPC has an additional provider.

**Update as of March 21, 2019:**

**Basis for Non-compliance:**

A scheduling error occurred when a provider was off that impacted both December and January audits.

**Corrective Action Plan:**

The site will continue with the current CAP as the score has increased by 40%. The schedule has been corrected, and the IPC has an additional provider.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
A provider completed the round within the correct timeframe but did not complete the documentation in the chart.

**Corrective Action Plan:**
The provider was identified and the issue brought to their attention. Chart reviews are now being completed on this provider's IPC encounters daily by the HDF to ensure they are completed.

**Update as of May 21, 2019:**

**Basis for Noncompliance:**
A provider completed the round within the correct timeframe but did not complete the documentation in the chart.

**Corrective Action Plan:**
An additional provider will be added to the IPC for rounding starting June 2019. The Tucson HDF will track IPC measures and notify the SMD and FHA of rounds needing to be completed.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
A provider completed the round within the correct timeframe but did not complete the documentation in the chart.

**Corrective Action Plan:**
Continue with the current CAP as the score has increased by 20%. An additional provider will be added to the IPC for rounding starting June 2019. The Tucson HDF will track IPC measures and notify the SMD and FHA of rounds needing to be completed.

**Update as of July 16, 2019:**

**Basis for Noncompliance**:
An additional provider was needed to complete the high volume of IPC patients requiring 72hr rounding.

# PM 66
*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Corrective Action Plan:**
An NP will be added to the IPC for rounding the middle of June. The Tucson HDF will track all IPC measures statewide as of May 15th. SMD and FHA will be notified and provide oversite of the issue of rounds being completed.

**Update as of August 8, 2019:**

**Basis for non-compliance:**
Florence complex has historically failed this measure as a direct result of lack of consistent staffing.

**Corrective Action Plan:**
At the beginning of July, Florence complex hired an additional Nurse Practitioner who had worked the IPC previously.  This provider works MWF and rounds exclusively on the non-sheltered housing patients located in the IPC who would fall under this measure. Additionally, we have interviewed two locum MD candidates.

**Update as of January 17, 2020:**

**Basis for non-compliance:**
The MD went on vacation in November 2019, and the acting SMD did not make complete notes.

**Corrective Action Plan:**
The MD has returned and a new SMD for Florence has been hired and completed training in December 2019.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
The IPC Provider failed to see patients within the required timeframe.

**Corrective Action Plan:**
The Tucson HDF is sending out the list of inmates daily that need to be seen and by what time.  The SMD will review this list prior to starting any other tasks for the day and will complete IPC roundings first thing in the morning.

**Updated as of July 21, 2020:**

**Basis for Noncompliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

the HSTM.  The providers did not complete rounding every 72 hours, as this is not required for sheltered housing patients, resulting in the noncompliance.

**Corrective Action Plan:**
The IPC providers were sent, via email on 7/21/2020, pages 251-255 of the HSTM that cover the criteria of the status of patients in the HSTM. The IPC providers will review all sheltered housing patients and determine the status of the patient based off the criteria in the HSTM. A medical provider will round and document on all patients identified by the provider as inpatient every 72 hours.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Rounding is not occurring within timeframes based on the health conditions as outlined in the HSTM.

**Corrective Action Plan:**
The SMD, in collaboration with the IPC ADON and DON, have gone through the HSTM and identified those that should be considered sheltered vs non-sheltered housing patients. The providers will continue to assess and evaluate each patient's condition and house as they feel appropriate based on the medical decision in conjunction with the HSTM guidelines.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
72-hour rounds not completed on patients the provider deemed met sheltered housing criteria after assessment.

**Corrective Action Plan:**
Medical provider encounters at a minimum of 72 hours will occur on all patients in IPC, HU8, and HU10, regardless of sheltered or non-sheltered status.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
IPC providers did not complete the 72-hour rounding on all patients housed in the IPC.

**Corrective Action Plan:**
Medical provider encounters, at a minimum of 72 hours, will occur on all patients in IPC, HU8, and HU10.  The HDF verifies and reports daily the deficiencies related to admissions and upcoming encounters. The IPC ADON is notified and addresses these deficiencies with the IPC provider to avoid delays in care and non-compliant findings.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
Providers were not entering the start time of the rounding within the body of the encounter and were completing their charting outside of the 72-hour timeframe. Therefore, it looked like the encounter occurred outside of the 72-hour timeframe even though the inmates were seen within the timeframe.

**Corrective Action Plan:**
The IPC Provider received additional education about the requirements of this performance measure by a member of the regional compliance team. In addition, this performance measure was discussed at the September 20, 2018 CQI meeting.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
Further inquiry and inspection confirmed the rounding was being performed within the 72-hour timeframe but that it was not being documented within that timeframe.

**Corrective Action Plan:**
Beginning December 2, 2018, the Healthcare Delivery Facilitator (HDF) will track the rounding daily and notify the Site Medical Director (SMD) 12 hours before the end of the 72-hour timeframe to allow all Providers to complete any rounding that still needs to occur. The HDF will then follow up afterward to make sure the completed rounding is then documented.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

In addition, the SMD had a meeting on December 7, 2018 with the Providers to remind them about the requirements and deadlines imposed by this performance measure.

**Updated as of July 21, 2020:**

**Basis for Noncompliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM.  The providers did not complete rounding every 72 hours, as this is not required for sheltered housing patients, resulting in the noncompliance.

**Corrective Action Plan:**
The IPC providers were sent, via email on 7/21/2020, pages 251-255 of the HSTM that cover the criteria of the status of patients in the HSTM. The IPC providers will review all sheltered housing patients and determine the status of the patient based off the criteria in the HSTM. A medical provider will round and document on all patients identified by the provider as inpatient every 72 hours.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Rounding is not occurring within timeframes based on the health conditions as outlined in the HSTM.

**Corrective Action Plan:**
The SMD, in collaboration with the IPC ADON and DON, have gone through the HSTM and identified those that should be considered sheltered vs non-sheltered housing patients. The providers will continue to assess and evaluate each patient's condition and house as they feel appropriate based on the medical decision in conjunction with the HSTM guidelines.

# PM 66
*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*



**Basis for non-compliance:**
This performance measure specifically states that an encounter must "occur at a minimum every 72 hours." Some Providers have understood this performance measure to mean that they must perform their encounters within three days. On certain Mondays for example, a Provider may document an encounter on the third day, but more than 72 hours are documented between encounters which is a non-conforming condition.

**Corrective Action Plan:**
Starting in mid-June 2017, the Providers will complete later rounds on Fridays and earlier rounds on Mondays.

**Supplemental Information as of October 6, 2017:**
This facility recently lost one (1) Provider in late August 2017 and lost three (3) additional Providers in late September 2017. One (1) Nurse Practitioner was hired on September 18, 2017 and another Nurse Practitioner was hired on September 30, 2017. A part-time MD has also been hired.

**Supplemental Information as of November 6, 2017:**
See Corrective Action Plan for Florence.

**Update as of December 15, 2017:**
The Tucson facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan for Florence to maintain compliance and will reevaluate whether changes are needed as necessary.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Update as of May 8, 2018:**

**Basis for Noncompliance:**
Although rounds were timely completed—within the 72-hour timeframe—a Provider failed to timely document the rounds in the charts. The Provider then completed a late addendum.

**Corrective Action Plan:**
The Provider has been identified and the issue resolved through additional education provided in mid-April.

**Update as of July 31, 2018:**

**Basis for Non-Compliance:**
Issues are occurring when a patient returns from off-site care, but the Provider is not aware that the patient needs to be seen.

**Corrective Action Plan:**
The Healthcare Delivery Facilitator, who started on July 13, 2018, is reviewing the rounds done by Providers daily to ensure that rounds are being completed.  If a patient does not have rounds completed, the Healthcare Delivery Facilitator will interface with the SMD to get it completed.

**Update as of August 29, 2018:**

**Corrective Action Plan:**
The plan presented in the July 31, 2018 update was not implemented in time to impact the June findings. As such, Corizon will continue with the previous plan noted above.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
The Provider assigned to the IPC was not completing the 72-hour rounding.

In addition, there is an insufficient number of Providers due to ongoing vacancies.  Corizon has approved three FTEs, but Tucson currently has only 1.75 FTEs for advanced practitioners.

**Corrective Action Plan:**
A new Provider has been assigned to the IPC. The prior IPC Provider was re-educated at the last Provider meeting regarding the requirements of this performance measure.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

In addition, at the September 11, 2018 Provider meeting, all Providers received additional education about this performance measure and the need to document rounding in the inmate's chart when they see the inmate, not after.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
The training described in the above corrective action plan was not conducted until September 11, 2018.  As such, the August compliance score does not reflect the impact of the prior implemented plan.

**Corrective Action Plan:**
Tucson will continue with the existing plan.

**Update as of November 21, 2018:**

For the month of September, the compliance numbers are on a significant upward trajectory and close to reaching compliance.  Accordingly, Corizon will continue to utilize the corrective action plan currently in place.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
A new Provider assigned to the IPC was performing the required rounds but not documenting them within the required 72-hour timeframe.

**Corrective Action Plan:**
The referenced Provider was re-educated regarding the requirements of this performance measure during the October Provider meeting.

**Update as of January 21, 2019:**

**Basis for Non-Compliance:**
The basis for noncompliance remains the same.

**Corrective Action Plan:**
Additional training was given to Providers on December 12, 2018.  Beginning on November 1, 2018, but not fully implemented until on or around December 1, 2018, the ADON began tracking this performance measure daily.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Update as of February 21, 2019:**

**Basis for Non-compliance**:
Medical provider encounters are not being documented timely.  Training was provided in December 2018, but would not be fully reflected in the December score.

**Corrective Action Plan:**
The HDF and IPC Unit Clerk will audit the IPC daily and ensure documentation is completed as required by the measure and will notify the Site Medical Director and the IPC provider if any corrections are needed.  The HDF started in January, and this new process will be effective February 1, 2019**.**

**Update as of March 21, 2019:**

**Basis for Non-compliance:**
Medical provider encounters are not being documented timely.

**Corrective Action Plan:**
The site will continue with the current CAP as it was not implemented until February 1, 2019 and is not reflected in the January scores. The HDF and IPC Unit Clerk will audit the IPC daily and ensure documentation is completed as required by the measure and will notify the Site Medical Director and the IPC provider if any corrections are needed.  The HDF started in January, and this new process was effective February 1, 2019.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
Medical provider encounters are not being documented timely. It was also identified that the IPC census that is sent out daily did not contain accurate information.

**Corrective Action Plan:**
The HDF will audit the IPC daily and ensure documentation is completed as required by the measure and will notify the Site Medical Director and the IPC provider if any corrections are needed.  The HDF started in January, and this new process will be effective February 1, 2019. The HDF, in addition to the daily audits, has also taken over the responsibility of the daily IPC census.

**Update as of August 9, 2019:**

**Basis for Noncompliance:**
The main IPC provider was not timely with his notes.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Corrective Action Plan:**
The SMD conducted a one-on-one training session to ensure better adherence to correct timeframes.  This occurred on 07/17/2019.  A refresher email was sent on 08/09/2019.

**Updated as of July 21, 2020:**

**Basis for Noncompliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM.  The providers did not complete rounding every 72 hours, as this is not required for sheltered housing patients, resulting in the noncompliance.

**Corrective Action Plan:**
The IPC providers were sent, via email on 7/21/2020, pages 251-255 of the HSTM that cover the criteria of the status of patients in the HSTM. The IPC providers will review all sheltered housing patients and determine the status of the patient based off the criteria in the HSTM. A medical provider will round and document on all patients identified by the provider as inpatient every 72 hours.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
Rounding is not occurring within timeframes based on the health conditions as outlined in the HSTM.

**Corrective Action Plan:**
The SMD, in collaboration with the IPC ADON and DON, have gone through the HSTM and identified those that should be considered sheltered vs non-sheltered housing patients. The providers will continue to assess and evaluate each patient's condition and house as they feel appropriate based on the medical decision in conjunction with the HSTM guidelines.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Sheltered Housing patients that were previously not included on the monthly audit were found to be incorrectly classified according to the HSTM and are now included on the monthly audit.  Sheltered Housing patients were seen by the provider once a week and by the RN once a day.  When audited by the standards of an admitted patient they were noncompliant due to the number of missing rounds.

# PM 66

*Are medical provider encounters occurring at a minimum of every 72 hours for IPC inmates?*

**Corrective Action Plan:**

Beginning September 1, 2020 all patients housed in the infirmary, except for those discharged and awaiting movement by DOC, are rounded on in accordance with the HSTM: Every 72 hours by the provider and once a shift by the RN.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**

IPC providers did not complete the 72-hour rounding on all patients housed in the IPC.

**Corrective Action Plan:**

Beginning September 1, 2020, the Medical Provider encounters, at a minimum of 72 hours. will occur on all patients in the IPC.  The HDF verifies and reports daily the deficiencies related to admissions and upcoming encounters.  The IPC ADON is notified and addresses these deficiencies with the IPC Provider to avoid delays in care and noncompliant findings.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*



Above compliance threshold without interruption since September 2019 with the exception of May 2020.

**Update as of July 21, 2020:**

**Basis for Noncompliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM.  The registered nurse did not complete an assessment on the patient every shift, as this is not required for sheltered housing patients, resulting in the noncompliance.

**Corrective Action Plan:**
The IPC providers were sent, via email on 7/21/2020, pages 251-255 of the HSTM that cover the criteria of the status of patients in the HSTM. The IPC providers will review all sheltered housing patients and determine the status of the patient based off the criteria in the HSTM. All patients identified as inpatient will have an assessment documented every shift by a registered nurse.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM.  The registered nurse is not completing assessments at least once a shift, as this is not required for sheltered housing patients, resulting in the noncompliance.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift? Graveyard shift assessments can be welfare checks.*

**Corrective Action Plan:**

Effective 8/1/2020 all patients are rounded on regardless of sheltered or non-sheltered housing status a minimum of once per shift. This will be monitored by the IPC ADON to ensure compliance with this new directive and a second check will be done by the HDF responsible for Performance Measure 67.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**

RN-documented assessments were not occurring every shift, on patients the provider deemed met sheltered housing criteria after assessment.

**Corrective Action Plan:**

RN-documented assessments will occur every shift, days and graveyard, on all patients in IPC, HU8, and HU10, regardless of sheltered or non-sheltered status.  Graveyard shift's assessments are completed and documented as welfare checks on all patients, regardless of sheltered or non-sheltered status.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**

1.    Registered nurses are not conducting an assessment within the timeframe of no closer than 10 hours and no further apart than 15 hours. Assessments are being done every shift but too soon to the prior assessment or later than the allotted time.

2.    Registered nurses are not documenting specific times of when assessment was completed.

**Corrective Action Plan:**

Education has been provided to all IPC nurses on what is the correct timeframe for all patients to be rounded on for each shift, as well as proper documentation. Documenting "received report" is not sufficient documentation, and specifically stating when assessment was completed is required. Nurses will continue to monitor when patient was last rounded on when first beginning shift. HDF will continue to track each round on a daily basis and share this information with FHA, DON, SMD, and IPC nurses.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*



**Basis for Non-Compliance as of October 6, 2017:**
The deficiency identified for PM 67 at the Lewis facility is rooted in the absence of a formal procedure for monitoring the frequency of assessments for patients in the IPC.  In the IPC, a daily census is kept accounting for patients in each inpatient unit.  For every patient in the IPC to receive an assessment during each shift, the ADON must manage patient assessments following a standard procedure that includes effectively utilizing the daily census to monitor and track each assessment.

**Corrective Action Plan as of October 6, 2017:**
To remediate the recent deficiency for PM 67 at the Lewis facility, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement (or supplement an existing procedure, as applicable) a procedure for all sites that includes the action steps necessary to ensure all patients in the IPC are assessed at least once during every shift by a Registered Nurse during normal operating hours and welfare checks otherwise.  To that end, at each of the IPC units, the following shall occur: 1) at the beginning of each shift, the ADON shall update and review the daily patient census for his/her inpatient unit; 2) upon reviewing the same, the ADON will assign each qualified Registered Nurse (or other for welfare checks) his/her patients to assess before the end of the shift; 3) upon receiving his/her assigned patients, the Registered Nurse shall assess each patient consistent with all clinical standards; 4) after completing each patient assessment, the Registered Nurse will properly document the assessment in eOMIS; 5) before the conclusion of each shift, the ADON shall utilize the daily census from that day to verify each and every patient in the IPC unit has been assessed; 6) the ADON shall identify any patient who has not been assessed and immediately elevate such to site leadership so he/she may assign a Registered Nurse to complete the assessment before the conclusion of the shift.

**PM 67**  *In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

With regard to the timing of this remedial measure, Corizon shall develop and effectuate the new procedure on or before November 15, 2017 ("Effective Date").  Prior to the Effective Date, Corizon will communicate the procedure to all site leadership and site level providers via email.  Shortly thereafter, the remedial measure will be presented by site leadership at the appropriate staff meetings so that Registered Nurses have an opportunity to discuss the same.  At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees for reference on "MyCorizon" and in hard copy form at all sites upon request.  All Registered Nurse requests for a copy of the procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Corizon Registered Nurses shall be trained by site leadership (or an appropriate training designee) on the new IPC assessment procedure.  On or after December 15, 2017, Corizon compliance monitors shall review an appropriate sample from the IPC AIMS census to evaluate and assess compliance with the new procedure.  Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those Registered Nurses associated with the deficiency finding(s).

**Supplemental Information as of December 15, 2017:**

**Basis for non-compliance:**
Nurses were opening notes in the system, but they were being closed without being completed.

**Corrective Action Plan:**
Beginning in the second-to-last week of November, a checklist was created for IPC nurses to complete for every patient every day, which is signed by the nurse.  Upon completion, the senior ADONs are performing spot checks of the checklists to ensure that all notes have been properly entered.

**Update as of January 8, 2018:**
Corizon will continue with the current plan, as compliance has increased.

**Update as of April 9, 2018:**

**Basis for Non-Compliance:**
IPC nurses were not adequately documenting assessments and welfare checks.

**Corrective Action Plan:**
Starting on April 6, 2018, the DON will review IPC charts every shift twice a day to ensure completion and adequate documentation. If the DON is unavailable, an ADON will be assigned to complete the review. Also, as of April 6, 2018, the IPC nurses have been

**PM 67** *In an IPC, do registered nurses will conduct and document an assessment at least once every shift? Graveyard shift assessments can be welfare checks.*

directed to complete two assessments of the inmates, rather than allowing for a welfare check in place of an assessment.

**Update as of May 8, 2018:**

**Corrective Action Plan:**
See updated action plan dated April 9, 2018. This plan will continue to be utilized because the effects of the plan are not reflected in the March data, as it was not yet in place.

**Update as of July 31, 2018:**

**Basis for noncompliance:**
There is a small sample size for this performance measure, as there are only 13 inmates in IPC. One nurse was failing to complete the documentation despite training and meetings on the proper procedure and documentation in IPC.

**Corrective Action Plan:**
That nurse was taken off the day shift and moved to graveyard shift to allow more time to conduct and document assessments. After continued issues that nurse was let go. Currently, the facility is working on replacing that nurse; in the interim, the other nurses are covering the additional shifts. The DON will assume responsibility for daily review of the documentation to ensure compliance.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
Admitted patients in the IPC have different rounding requirements than Sheltered Housing patients. Lack of a process to track the two classifications of patients caused issues impacting compliance with this measure.

**Corrective Action Plan:**
Beginning on July 20, 2018, the IPC ADON began training staff on a new process to track Sheltered Housing patients versus Admitted patients, as they have different rounding requirements. Additionally, beginning August 1, 2018, the Healthcare Delivery Facilitator is tracking this measure daily.

**Update as of October 24, 2018:**

**Basis for Non-Compliance:**
Lewis had a small sample size for this performance measure in that there were only 13 inmates in IPC. Although the proper assessments were conducted, an RN failed to complete the appropriate documentation for one inmate.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

**Corrective Action Plan:**
The Facility Health Administrator (FHA) is creating instructions for compliance with this performance measure that will be distributed to nursing staff by the end of October.

**Update as of March 21, 2019:**

**Basis for Non-Compliance:**
A RN from another unit was floated to the IPC several times in the month of January. The RN was not fully aware of the documentation expectations and the correct encounter for IPC charting.

**Corrective Action Plan:**
The RN was identified, and education was provided on the type of encounter to choose when working in the IPC and the documentation requirements.

**Update as of April 21, 2019:**

**Basis for noncompliance:**
RNs from other units were floated to the IPC several times in the month of February. These RNS were not fully aware of the documentation expectations and the correct encounter for IPC charting.

**Corrective Action Plan:**
The RNs were identified, and education was provided on the type of encounter to choose when working in the IPC and the documentation requirements. On April 1, the Tucson HDF began tracking the IPC encounters and sending daily notifications of missed encounters and incomplete documentation.

**Update as of May 21, 2019:**

**Basis for noncompliance:**
RNs from other units were floated to the IPC. These RNS were not fully aware of the documentation expectations and the correct encounter for IPC charting.

**Corrective Action Plan:**
Continue with the current CAP, as the score has increased by 10%. The RNs were identified, and education was provided on the type of encounter to choose when working in the IPC and the documentation requirements. On April 1, 2019, the Tucson HDF began tracking the IPC encounters and sending daily notifications of missed encounters and incomplete documentation.

**PM 67** *In an IPC, do registered nurses will conduct and document an assessment at least once every shift? Graveyard shift assessments can be welfare checks.*

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Incomplete documentation and late entries by nursing caused the failure.

**Corrective Action Plan:**
The HDF has been assigned to open every encounter to verify documentation and time encounter occurred. Site leadership and IPC nursing staff will be notified of action items required for compliance.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
RNs are not documenting their assessments and welfare checks timely and correctly.

**Corrective Action Plan:**
The Lewis HDF will track daily and notify the FHA and DON of incomplete or missing documentation. The FHA and DON will work with RNs and ensure correct documentation daily for this measure.

**Updated as of July 21, 2020:**

**Basis for Noncompliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM. The registered nurse did not complete an assessment on the patient every shift, as this is not required for sheltered housing patients, resulting in the noncompliance.

**Corrective Action Plan:**
The IPC providers were sent, via email on 7/21/2020, pages 251-255 of the HSTM that cover the criteria of the status of patients in the HSTM. The IPC providers will review all sheltered housing patients and determine the status of the patient based off the criteria in the HSTM. All patients identified as inpatient will have an assessment documented every shift by a registered nurse.

**Updated as of August 18, 2020:**

**Basis for Non-Compliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM. The registered nurse is not completing assessments at least once a shift, as this is not required for sheltered housing patients, resulting in the noncompliance.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

**Corrective Action Plan:**
Effective 8/1/2020 all patients are rounded on regardless of sheltered or non-sheltered housing status a minimum of once per shift. This will be monitored by the IPC ADON to ensure compliance with this new directive and a second check will be done by the HDF responsible for Performance Measure 67.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Nursing was not documenting rounds on sheltered housing patients.

**Corrective Action Plan:**
Nursing is documenting all rounds completed on IPC patients regardless of housing status. Daily checks by the HDF are being completed to ensure compliance daily. The weekend RN will submit a daily check sheet to FHA and AFHA of completion of rounds. The HDF will report weekly compliance.

**Updated as of January 15, 2021:**

**Basis for Non-Compliance:**
1.      Registered nurses are not conducting an assessment within the timeframe of no closer than 10 hours and no further apart than 15 hours. Assessments are being done every shift but too soon to the prior assessment or later than the allotted time.

2.      Registered nurses are not documenting specific times of when assessment was completed.

**Corrective Action Plan:**
Education has been provided to all IPC nurses on what is the correct timeframe for all patients to be rounded on for each shift, as well as proper documentation. Documenting "received report" is not sufficient documentation, and specifically stating when assessment was completed is required. Nurses will continue to monitor when patient was last rounded on when first beginning shift. HDF will continue to track each round on a daily basis and share this information with FHA, DON, SMD, and IPC nurses.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift? Graveyard shift assessments can be welfare checks.*



**Update as of May 8, 2018:**

**Basis for Noncompliance:**
An RN was not conducting and documenting an assessment at least once every shift in the IPC.

**Corrective Action Plan:**
The IPC ADON conducted education during the first week of April for all IPC staff to address the specific need for the daily assessment and nightly welfare check. Attestations will be completed and questions/concerns addressed to help staff understand the needed requirements. The impact of this education will not be reflected until the April or May results.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
This was the result of residual issues with the nursing staff not conducting assessments at least once a shift.

**Corrective Action Plan:**
As noted in the May 8, 2018 Corrective Action Plan, additional training on this issue was provided the first week of April. A Healthcare Delivery Facilitator was recently hired and is currently in training. Upon completing training, the Healthcare Delivery Facilitator will be responsible for oversight of this performance measure.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

Additionally, on May 7, 2018, the ADON of IPC did additional IPC staff training concerning the steps necessary to reach compliance with this performance measure.

**Update as of July 31, 2018:**

**Basis for noncompliance:**
This measure requires significant oversight and there is a large number of new staff members.

**Corrective Action Plan:**
Corizon will continue to apply the previous corrective action plan, as it is expected to continue to help the new staff.  Additionally, the compliance facilitator is reviewing this measure daily and scheduling training and education when needed to ensure compliance.

**Update as of August 29, 2018:**

**Corrective Action Plan:**
Corizon is continuing with the previous plan presented in the July 31, 2018 update. Also, beginning on July 20, 2018, the IPC ADON began training staff on a new process to track Sheltered Housing patients versus Admitted patients for better compliance with this measure.

**Update as of September 25, 2018:**

**Basis for Non-Compliance:**
The way this performance measure is structured results in the creation of two pieces of documentation for each day of the month, or, in the alternative, the length of time that the patient is admitted.  This can result in up to 62 data points per month per patient, with a total of 620 data points based on a ten-patient sample.  If two of these data points are not compliant, based on the way the performance measure is monitored, the performance measure fails.

**Corrective Action Plan:**
On September 17, 2018, a night ADON was hired to help provide additional oversight for this measure and to ensure that documentation is reviewed daily.

**Update as of October 22, 2018:**

**Basis for Non-Compliance:**
For purposes of auditing August data, there were 31 days per chart that needed to be completed correctly twice per day.  If a single assessment is not documented per standards, or is missed, leading to 61/62 (98.4%), this is then considered a failed chart for the entire month under auditing standards.  Because auditors only pull ten (10) charts per month for

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

this measure, Tucson can only miss one chart to be in compliance with this measure.  If one nurse on one shift cannot complete an assessment due to an emergency or other issues, that will result in a failure for this performance measure for the entire month.  Also, please note Tucson's IPC is the largest in the state with 66 beds.

**Corrective Action Plan:**
Tucson is now placing an Assistant Director of Nursing (ADON) on the night shift after determining many singular misses occurred during this shift.  This ADON started September 24, 2018.  Among other things, she has been educated to check charts for all patients to ensure the required assessments are made and to provide one-on-one education for any nurse who misses documentation on a patient.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
The corrective action plan put in place relating to the October 22, 2018 update was not completed until late September and was therefore not realized in September's data.

**Corrective Action Plan:**
As noted above, the corrective action plan for this performance measure included the addition of a night ADON to assist in verification and training that did not occur until late September.  As such, the September numbers do not accurately reflect the impact of the corrective actions, and Corizon will continue to utilize the current corrective action plan.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
Further inquiry and inspection revealed failures occurred primarily during the night shift.

**Corrective Action Plan:**
As of the beginning of October, this facility has now been placing an Assistant Director of Nursing (ADON) on the night shift.  Among other things, she was trained to check charts for all patients to ensure required assessments are made and to provide one-on-one training for any nurse who misses completing the required documentation after performing the required rounding.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
The failure to reach compliance with this performance measure was amplified by a small sample size.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

**Corrective Action Plan:**
The existing corrective action plan will remain in place.  Additionally, further training was provided to nursing staff.  Beginning on November 1, 2018, but not fully implemented until on or around December 1, 2018, the ADON began tracking this performance measure daily.

**Update as of February 21, 2019:**

**Basis for Non-compliance**:
Graveyard shift assessments were not documented properly as welfare checks.

**Corrective Action Plan**:
The HDF and IPC Unit Clerk will audit this measure daily to ensure documentation has been completed and will notify the DON, ADON, and IPC staff if any corrections are needed.  The HDF started in January, and this new process will be effective February 1, 2019.

**Update as of March 21, 2019:**

**Basis for Non-compliance:**
Graveyard shift assessments were not documented properly as welfare checks.

**Corrective Action Plan:**
The site will continue with the current CAP as it was not implemented until February 1, 2019 and is not reflected in the January scores. The HDF and IPC Unit Clerk will audit this measure daily to ensure documentation has been completed and will notify the DON, ADON, and IPC staff if any corrections are needed.  The HDF started in January, and this new process was effective February 1, 2019.

**Update as of April 21, 2019:**

**Basis for Non-compliance:**
The census was not being completed accurately and some patients were incorrectly marked as sheltered housing, which means these patients are in the IPC for non-medical reasons and do not require regular rounding.  As a result, the RNs who were conducting and documenting assessments did not do so on all required patients.

**Corrective Action Plan:**
The IPC will be audited daily by the HDF to ensure documentation has been completed and will notify the DON, ADON, and IPC staff of any and all corrections needed.  The HDF now has responsibility for completing the census and distributing to IPC staff daily. These changes are effective April 22, 2019.

**PM 67** *In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

**Update as of May 21, 2019:**

**Basis for Non-compliance:**
Nursing encounters are not being documented timely. It was also identified that IPC census, which is sent out daily, did not contain accurate information.

**Corrective Action Plan:**
Continue with the current CAP. The HDF will audit the IPC daily and ensure documentation is completed as required by the measure and will notify the IPC nurses, DON, and IPC ADON if any corrections are needed.  The HDF, in addition to the daily audits, has also taken over the responsibility of the daily IPC census.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
Nursing encounters are not being documented on all IPC patients by an RN every shift.

**Corrective Action Plan:**
The Tucson HDF will track all IPC measures statewide as of May 15th. IPC audit will be performed daily by the HDF to ensure documentation is completed as required by the measure. The HDF will notify the IPC nurses, DON, and IPC ADON if any corrections are needed.

**Update as of August 9, 2019:**

**Basis for Noncompliance:**
An RN was not conducting and documenting an assessment at least once every shift in the IPC.

**Corrective Action Plan:**
Staff are well educated, but shortages in nursing during the transition in vendors caused misses in the system.  As staffing is getting corrected, we should see an increase in compliance of this measure.

**Update as of September 10, 2019:**

**Basis for Noncompliance:**
An RN was not conducting and documenting an assessment at least once every shift in the IPC.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

**Corrective Action Plan:**
Staff are well educated but shortages in nursing during the transition in vendors caused misses in the system.  This continues for night shift.  Two agency nurses have been slated for nights to help alleviate the shortage and allow time for full compliance on this measure.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
RNs on night and weekends are not documenting their welfare checks.

**Corrective Action Plan:**
The DON educated night nursing on 10/01/2019 to refocus on getting these completed. Additionally, the AFHA reinforced with night staff on 10/4/2019.  A new night ADON was hired and will start at the end of October.  This night ADON will have a priority focus on making sure these are completed daily**.**

**Update as of November 17, 2019:**

**Basis for Non-Compliance:**
RNs on night and weekends are not documenting their welfare checks.

**Corrective Action Plan:**
The DON educated night nursing on 10/01/2019 to refocus on getting these completed. Additionally, the AFHA reinforced with night staff on 10/4/2019.  A new night ADON started the end of October.  The night ADON has a priority focus on making sure these are completed daily.

**Update as of December 19, 2019:**

**Basis for Non-Compliance:**
RNs on night and weekends are not documenting their welfare checks.

**Corrective Action Plan:**
The DON educated night nursing on 10/01/2019 to refocus on getting these completed. Additionally, the AFHA reinforced with night staff on 10/4/2019.  A new night ADON was hired and will start at the end of October.  This night ADON will have a priority focus on making sure these are completed daily.  The night ADON is in place and has made this a focus for nightly review.

**February 21, 2020:**
A basis for noncompliance and corrective action plan for this measure will be provided.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

**February 24, 2020:**

**Basis for Non-Compliance:**
RNs on night and weekends are not documenting their welfare checks.

**Corrective Action Plan:**
The DON and night ADON educated night nursing on 01/15/2020.  HDF educated agency nurses via email on the correct verbiage required for Segregation visits.  A new night ADON has been hired and will start at the end of February to work the opposite schedule as the current night ADON ensuring there is always a night ADON on site.

**Updated as of March 16, 2020:**

**Basis for Non-Compliance:**
RNs are not documenting their assessments and welfare checks timely and correctly.

**Corrective Action Plan:**
A new full-time ADON specifically for IPC started 03/02/20.  Her focus will be to work with RNs and ensure correct documentation daily for this measure.

**Updated as of July 21, 2020:**

**Basis for Noncompliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM.  The registered nurse did not complete an assessment on the patient every shift, as this is not required for sheltered housing patients, resulting in the noncompliance.

**Corrective Action Plan:**
The IPC providers were sent, via email on 7/21/2020, pages 251-255 of the HSTM that cover the criteria of the status of patients in the HSTM. The IPC providers will review all sheltered housing patients and determine the status of the patient based off the criteria in the HSTM. All patients identified as inpatient will have an assessment documented every shift by a registered nurse.

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

**Update as of August 18, 2020:**

**Basis for Noncompliance:**
The medical provider admitted patients to the inpatient center as sheltered housing. The Monitoring Bureau determined that these patients were inpatient based on the criteria from the HSTM.  The registered nurse did not complete an assessment on the patients every shift, as this is not required for sheltered housing patients, resulting in the noncompliance.

**Corrective Action Plan:**
The IPC providers were sent, via email on 7/21/2020, pages 251-255 of the HSTM that cover the criteria of the status of patients in the HSTM. The IPC providers will review all sheltered housing patients and determine the status of the patients based off the criteria in the HSTM. All patients identified as inpatient will have an assessment documented every shift by a registered nurse.

In addition, the Tucson Facility will continue with the current CAP, as it was not started until the end of July or reflected in the June audit.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Sheltered Housing patients that were previously not included on the monthly audit were found to be incorrectly classified according to the HSTM and are now included on the monthly audit.  Sheltered Housing patients were seen by the provider once a week and by the RN once a day.  When audited by the standards of an admitted patient they were noncompliant due to the number of missing rounds.

**Corrective Action Plan:**
Beginning September 1, 2020 nursing is documenting all rounds completed on IPC patients regardless of housing status. Daily checks by the HDF are being completed to ensure compliance daily. The weekend RN will submit a daily check sheet to FHA and AFHA of completion of rounds. The HDF will report weekly compliance.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
The IPC RNs did not complete an assessment every shift on all patients housed in the infirmary.

**Corrective Action Plan:**
Beginning September 1, 2020, an assessment by an RN will occur on all patients housed in the IPC every shift.  The HDF verifies and reports daily the deficiencies related to missed

# PM 67

*In an IPC, do registered nurses will conduct and document an assessment at least once every shift?  Graveyard shift assessments can be welfare checks.*

assessments.  The IPC ADON is notified and addresses these deficiencies with the IPC RNs to avoid delays in care and noncompliant findings.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
The IPC ADON resigned at the beginning of the month leaving an administration vacuum at that unit.  Call-offs increased, as well as critically low staffing, making it difficult for RNs to round on patients when they were completing med passes and responding to ICSs. Tucson also experienced a power outage over the last weekend of the month, which lasted nearly 24 hours.  Paper charting was completed; however, there were several instances where the RN did not sign the paper note making it unverifiable, or the medical records clerk did not get the paper note scanned into the chart before the audit.  Short staffing also led to there being less than ten hours between rounds on several occasions.

**Corrective Action Plan:**
A new IPC ADON was hired in February and started in March, as well as four FT RNs, one FT CNA, one FT LPN days, one FT LPN nights.  In April, there are seven FT RNs starting.  The HDF sends out daily audits to assist the IPC ADON with administration.

# PM 72

*Do inmates who refuse prescribed diets for more than 3 consecutive days receive follow-up nutritional counseling by a QHCP?*



**Basis for Non-Compliance as of October 6, 2017:**

The deficiencies identified for PM 72 are the result of not having an integrated procedure to address dietary refusals. Currently, patients are required to sign a Diet Roster sheet for all meals. Security provides the Diet Roster sheet to the ADC Dietary Liaison who then reviews the Diet Roster to determine whether not the patient's signature is contained thereon. Dietary Rosters that are not signed by the patient constitute a meal refusal. In these instances, the ADC Dietary Liaison must notify the appropriate medical personnel of the refusal, if more than 3 consecutive days, so as to enable them to provide the patient with the appropriate counseling. In the event the ADC Dietary Liaison does not properly notify medical personnel of the refusal event, proper counseling cannot be provided on a timely basis.

**Corrective Action Plan as of October 6, 2017:**

To remediate the recent deficiencies for PM 72 at the Eyman facility, and to maintain compliance at the other sites currently operating without a deficiency, Corizon shall develop and implement a procedure that provides appropriate medical and ADC personnel with specific action steps to follow in instances when a patient refuses a prescribed diet for more than 3 consecutive days. Per the procedure, the ADC Dietary Liaison will be accountable for ensuring he/she is 1) notified daily by security as to all prescribed diet refusals; and 2) provided the corresponding Dietary Rosters by security.

Upon receiving them, the ADC Dietary Liaison shall maintain an accurate record of each prescribed diet refusal by inmate. Because of the integrated nature of performance under this measure, the ADC Dietary Liaison and site leadership will mutually agree as to the means for notifying medical personnel of a prescribed diet refusal, the frequency of the notification, and the appropriate recipient, all of which shall be memorialized in the procedure.

# PM 72

*Do inmates who refuse prescribed diets for more than 3 consecutive days receive follow-up nutritional counseling by a QHCP?*

Once notification is addressed procedurally, Corizon shall include action steps for its personnel to timely schedule and counsel impacted patients. At the final step in the procedure, Corizon will be required to properly enter the nutritional counseling note into eOMIS.

The procedure will be developed and implemented at all sites on or before November 1, 2017 ("Effective Date"). Prior to the Effective Date, Corizon will communicate the procedure to all site leadership, providers, nursing staff, and the appropriate ADC personnel, including the Dietary Liaison, via email. At all times subsequent to the Effective Date, the procedure will be accessible to all Corizon employees and ADC personnel, including the Dietary Liaison, for reference on "MyCorizon" and in hard copy form at all sites upon request. All staff requests for a copy of the procedure in hard copy format should be directed to site leadership.

Additionally, prior to the Effective Date, all Corizon staff and ADC Dietary Liaisons shall be trained by site leadership (or an appropriate training designee) on the meal refusal procedure. On November 15, 2017, Corizon compliance monitors shall receive notification of all meal refusals for 3 or more consecutive days. Corizon monitors will monitor and review the results for purposes of obtaining the procedure adoption rate. Any and all compliance deficiencies discovered during this monitoring exercise shall be addressed by site leadership in the form of providing additional training to those staff members and ADC personnel associated with the deficiency finding(s).

**Update as of December 15, 2017:**
The Eyman facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of June 11, 2018:**

**Basis for Non-Compliance:**
One ADON was on intermittent FMLA leave throughout April and another ADON left the Eyman facility. In addition, the sample size for this performance measure is very small, leading to large percentage fluctuations if a limited number of patients are not seen within the 24-hour timeframe.

**Corrective Action Plan:**
The food service liaison is sending out weekly reminders to ensure compliance with this measure. In addition, the medical records department has been trained to conduct quality assurance on this measure.

# PM 72

*Do inmates who refuse prescribed diets for more than 3 consecutive days receive follow-up nutritional counseling by a QHCP?*

**Update as of July 31, 2018:**

**Basis for Noncompliance:**
The month of May was part of the transition period for the new FHA who began in April. During this period of onboarding, the email that is sent daily from the Department of Corrections to site leadership was inadvertently falling through the cracks and not being reviewed by the appropriate individuals.

**Corrective Action Plan:**
One ADON has been assigned the responsibility of tracking compliance with this measure. In addition, the food service liaison is sending out weekly reminders for this measure and the medical records department is continuing to conduct quality assurance on the measure. Also, as of June 14, the site hired a Healthcare Delivery Facilitator who will assist in tracking the Performance Measure.

**Update as of August 29, 2018:**

**Basis for Noncompliance:**
The email that is sent daily from the Department of Corrections to site leadership was inadvertently not being reviewed by the appropriate individuals.

**Corrective Action Plan:**
Corizon will continue utilizing the plan presented in the July 31, 2018 update, as it did not go into place until June.  It is anticipated that significant improvement, and likely compliance, will be demonstrated in July's numbers.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
Nursing personnel were prioritizing other tasks and did not always complete counseling.

**Corrective Action Plan:**
Lewis hired additional nursing personnel, who will be trained in this measure and tasked with assisting with completing the required counseling.  They started on January 9.

**Update as of February 21, 2019:**

**Basis for Noncompliance:**
The prior CAP for this performance measure included new hires that began at the facility on January 9, 2019.  As such, the December numbers do not fully reflect the impact of the corrective actions.  Staff was not receiving notifications from the Dietary liaison in a timely manner of meal refusals.

**PM 72** *Do inmates who refuse prescribed diets for more than 3 consecutive days receive follow-up nutritional counseling by a QHCP?*

**Corrective Action Plan**:
The list of meal refusals is now being sent to the HDF to send to nursing staff to provide counseling.

**Update as of April 21, 2019:**

**Basis for Noncompliance:**
The email with meal refusals was overlooked and thought to be the dietary roster. The notification to provide the dietary counseling did not go out to nursing staff. The nursing staff was unaware of the counseling that need to be completed.

**Corrective Action Plan:**
The list of meal refusals is being sent to the HDF to send to nursing staff to provide counseling. The HDF was instructed to review every email from the dietary liaison to ensure this oversight does not occur again.

**Update as of June 21, 2019:**

**Basis for Noncompliance:**
The demand outpaced the resources available and diet counseling was not provided as required.

**Corrective Action Plan:**
The ADONs have been provided education and additional resources to complete the counseling.

**Update as of July 16, 2019:**

**Basis for Noncompliance:**
The nursing staff were not acting upon the notifications sent out weekly by the HDF to complete the diet counseling.

**Corrective Action Plan:**
The HDF sends out notifications 2 times weekly to nursing staff to provide diet counseling. Any diet counseling that has not been completed is escalated to the DON and ADONS. If the escalation to the DON and ADON is not effective it is escalated to the DO.

# PM 72

*Do inmates who refuse prescribed diets for more than 3 consecutive days receive follow-up nutritional counseling by a QHCP?*

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**

1. Diet counseling was not completed on 1 of the 3 inmates that met the requirement for diet counseling.

**Corrective Action Plan:**

1. The diet counseling will be sent to nursing staff upon receipt for completion.
2. Nursing Leadership will follow up to ensure completion within three business days.

# PM 74

*All female prisoners shall be seen by a licensed mental health clinician within five working days of return from a hospital post-partum.*



Above compliance threshold without interruption since August 2019 with the exception of May 2020.

**Update as of July 21, 2020:**

**Basis for Non-Compliance:**
Patient came back from the hospital on 5/16/20.  Patient was not seen until 12 days later by an unlicensed mental health clinician.

**Corrective Action Plan:**
MH Lead will be notified by DOC and Medical when a patient returns from the hospital. A licensed MH clinician will see the patient within five days of return.

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



**Updated as of February 17, 2021:**

**Basis for Non-Compliance:**
Some documentation findings were from November charts, with December charts being compliant. Additionally, remaining December charts found noncompliant resulted from a psychology associate struggling with 3-4 designated clinical components needed when a note does not meet the court mandated length requirement.

**Corrective Action Plan:**
The psychology associate was given specific education via walking through her noncompliant notes and audits with the Northern Regional Psychology Associate, and will continue to get daily auditing and education until in full compliance. Education, training, and auditing has taken place since noncompliant November documentation. Northern Regional Psychology Associate and MH Lead continue to audit psychology associate charts daily

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart.   Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021.  The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all*

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*

*mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*



Above compliance threshold without interruption since at least August 2016**, with the exception of March 2021**.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

# PM 80

*Are MH-3A prisoners seen a minimum of every 30 days by a mental health clinician?*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart.  Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021.  The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



Above compliance threshold without interruption since August 2016, with the exception of April 2020 **and March 2021**.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

*inmate's signature is acceptable.  The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart.  Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021.  The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Updated as of April 16, 2021:**

**Basis for Non-Compliance:**
1. The Regional Mental Health Team did not ensure the accuracy of the MH-3D log prior to providing it to the HSCMB.
2. Psychiatry did not see patients within required timeframes.

**Corrective Action Plan:**
Findings were researched by MH Lead Mocha, Regional Behavioral Health Tech Ruiz, and Regional MH Lead Raak. Psychiatry staff were educated via phone call on February 24, 2021 and via email on March 10, 2021 about the importance of ensuring an IR number is documented when inmates cannot be seen for their scheduled visits. In terms of ensuring the accuracy of the MH-3D log, Regional MH Staff will examine and audit MH-3D logs to ensure accuracy prior to sending them to ADCRR staff. Specifically, the Regional BHT will be comparing the Regional Master MH-3D Log to site-specific MH-3D logs to detect and correct any inaccuracies, prior to sending to ADCRR for review. Regional BHT will also audit MH-3D log and compare it to eOMIS to ensure accuracy prior to submission to ADCRR. Lastly, the MH staff responsible for scheduling psychiatry lines were reminded about CGAR timeframes pertaining to how often MH-3D need to be seen by psychiatry. This education will ensure all inmates on the MH-3D log are scheduled and seen according to CGAR requirements.

**PM 85**  *Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart.  Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021.  The implementation of a daily audit process began on 4/2/2021 at*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

**each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.**

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



Above compliance threshold without interruption since November 2016**, with the exception of March 2021**.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

*inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training occurred on 04/01/2021 with all of the MH Leads, and a second follow-up occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart. Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021. The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
Clinical documentation did not meet documentation standards.

**Corrective Action Plan:**
A.  Psychiatric Providers attended the meeting on 4/6/2021 @ 11am.
    a.  All psychiatric providers were required to attend
    b.  Review of the 10/30-minute Court Order
    c.  Review of meaningful encounters
        i.  Type of note
        ii.  Complexity of care
        iii.  Review/education of labs
        iv.  Review/education of medications
        v.  Review of crisis events
        vi.  Psychoeducation when appropriate
        vii.  Preventative care measures when appropriate
        viii.  Collaboration opportunities when appropriate

Clinical audit of psychiatric encounters that are less than the required 10 or 30 minutes of service was implemented for the month of April. Providers will indicate when their documentation is less than the required 10 or 30 minutes of service and will be audited with the new refusal form.

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart. Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021. The implementation of a daily audit process began on 4/2/2021 at*

**PM 85** *Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

*each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
Over 90% of the findings for PM 85 were due to poor quality documentation.

**Corrective Action Plan:**
Psychiatry provider was educated by the Psychiatry Director on documentation for PM 85.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.

The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.

Corrective Action Plan:

Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training occurred on 04/01/2021 with all of the MH Leads, and a second follow-up occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart. Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021. The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*



Above compliance threshold without interruption since at least August 2016, **with the exception of March 2021**.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

# PM 85

*Are MH-3D prisoners seen by a mental health provider within 30 days of discontinuing medications?*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart.   Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021.  The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 91

*Are MH-5 prisoners who are actively psychotic or actively suicidal being seen by a mental health clinician or mental health provider daily?*



**Basis for Non-Compliance as of October 6, 2017:**
The cause of non-compliance is under review. This will be supplemented.

**Corrective Action Plan as of October 6, 2017:**
Based on the results of the review, a Corrective Action Plan will be developed. This will be supplemented.

**Supplemental Corrective Action Plan as of November 6, 2017:**

1.   Inmate in crisis is identified.

2.   Business hours/Non-business hours
   a.   If during business hours, a MH clinician will see the inmate face to face and if warranted place the inmate on a watch. Clinician will document an individual counseling, segregation or MH-Sick call in eOMIS.
   b.   If during non-business hours, a RN will see the inmate face to face, if warranted RN will contact on-call psychologist for a watch order and placement. RN will document an ICS or sick call in eOMIS documenting they spoke to on-call provider for watch placement.

3.   Security will notify MH Lead/designee daily of inmates on a MH watch via email.

4.   The MH Lead/designee will send a list via email to the licensed MH clinician conducting daily watches with ADC number, Inmate Name, Date placed on watch, and current watch level.

5.   A licensed MH clinician will offer each inmate on watch a confidential face to face contact and document these contacts in eOMIS on the appropriate watch level

**PM 91**  *Are MH-5 prisoners who are actively psychotic or actively suicidal being seen by a mental health clinician or mental health provider daily?*

note indicating whether the inmate was seen in a confidential setting or the inmate was offered a confidential setting and the inmate refused the confidential setting. The licensed MH clinician will send an email of the subjective section of each note for all the watches completed for the day to the MH Lead/designee, VPBH, ARMHD, BHDT, PRD, and FHA.

6.    The MH Lead/designee will review and verify in eOMIS each inmate on watch contact was seen in a confidential setting or offered and refused a confidential setting by 3:00 p.m.

7.    If an inmate was not offered a confidential face to face contact, the MH lead will assign a licensed MH clinician/RN to conduct the watch in a confidential setting and verify this is done no later than 5:00 p.m.

**Update as of December 15, 2017:**
The Phoenix facility is currently in compliance with this performance measure. Corizon and the Department of Corrections are continuing to utilize the above-described Corrective Action Plan (November 6, 2017) to maintain compliance and will reevaluate whether changes are needed as necessary.

**Update as of January 8, 2018:**
A total of five patient files were reviewed for this performance measure, with two being identified as noncompliant. One patient was placed on watch by a clinician during an ICS. The clinician documented some of his observations, but he did not directly assess the patient, as he was being treated by the medical staff. No additional face-to-face clinician encounter was documented on that day. The second noncompliant finding was a result of the patient only having documentation on a Saturday by the psych nurses, but there was no documentation of a clinician contact.

The Clinical Director of Mental Health is reviewing all continuous watches to be certain that all are completed daily. In addition, Corizon is having mental health RNs review the watch list on weekends to ensure that all MH-5s on a continuous watch are seen by a clinician.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

# PM 91

*Are MH-5 prisoners who are actively psychotic or actively suicidal being seen by a mental health clinician or mental health provider daily?*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training occurred on 04/01/2021 with all of the MH Leads, and a second follow-up occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart. Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021. The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all*

**PM 91**  *Are MH-5 prisoners who are actively psychotic or actively suicidal being seen by a mental health clinician or mental health provider daily?*

**mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.**

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**
Mental Health team completed the required clinical contacts as outlined in the performance measure within correct time frames; however, documentation was not accepted, as the clinical contacts were considered too short in length and vague in content, lacking in the required clinical components.

**Corrective Action Plan:**
Findings were researched and Mental Health Lead and Regional Mental Health Lead will educate staff during the week of October 12th-16th.  Education will consist of examples of problematic notes, supplemental information/rationale regarding the importance of new requirements, description key clinical components, and examples of compliant documentation. All team members were addressed via Mental Health team meeting on 09/29/20 and 10/6/20 as to findings, need for correction, discussion of required clinical components of documentation, and how to continually receive support for improvement. Staff was notified of the centralized location of all updated training materials and Mental Health team meeting minutes.

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



Above compliance threshold without interruption since at least August 2016.

# PM 92
*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Max Custody contacts were not long enough (5 minutes) to utilize "needs met" terminology after the 3/11/2020 Court Order.

**Corrective Action Plan:**
Education was provided to all MH clinicians on 8/4/2020, 8/28/2020, and 9/8/2020 regarding encounter length times from the 3/11/2020 Court Order and refusals.

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



N/A since December 2016.

# PM 92

*Are MH-3 and above prisoners who are housed in a maximum custody seen by a mental health clinician for a 1:1 or group session a minimum of every 30 days?*



N/A since September 2016.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



**Basis for Non-Compliance:**
When the information was submitted for the September 12, 2017 status conference, it appeared there had been a computer problem where notes were input into the computer system, but the notes were not saved, leading to a perceived lack of compliance. Corizon has become aware since the September 12, 2017 status conference that the problem was not caused by a computer issue. The problem has been identified as the failure of an individual on the mental health staff to record the rounds appropriately.

**Corrective Action Plan:**
Corizon is contemplating an appropriate level of corrective action as of September 21, 2017. It is anticipated that the level of corrective action will be determined no later than the October 2017 status conference.

**Supplemental Corrective Action Plan as of November 6, 2017:**

1.    An Inmate enters Max custody.

2.    A MH Tech[1] runs a MH Segregation Visit search report.

3.    A MH Tech prints the MH Segregation Visit search report.

4.    The MH Tech conducts cell front checks cell by cell, taking brief notes on the printed MH Segregation Visit search report.

---

[1] "MH Tech" is synonymous with "MH Aid."

**PM 93**  *Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*

5.    The MH Aide conducting cell front checks cell by cell documents the cell by cell checks in eOMIS in the MH Segregation Visits.

6.    The MH Tech will notify the MH lead of the completed cell front checks by noon Friday.
   a.    If the MH Tech has not notified the MH lead of the completed rounds by noon Friday, the MH lead will designate MH Tech(s) to complete the required segregation visits.
   b.    The MH Tech to notify the MH Lead when all Segregation visits have been completed for the week.

# PM 93
*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



Above compliance threshold without interruption since at least August 2016, with the exception of September 2018.

**Update as of November 21, 2018:**

**Basis for Noncompliance:**
A staff member was out on PTO, but sufficient coverage relating to their job duties was not secured prior to departure.

**Corrective Action Plan:**
Starting on November 1, 2018, the MH Lead is charged with ensuring that coverage is secured for any staff member that is on vacation, out sick or otherwise on PTO.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



Above compliance threshold without interruption since at least August 2016.

# PM 93

*Are mental health staff (not to include LPNs) making weekly rounds of all MH-3 and above prisoners who are housed in maximum custody?*



N/A since September 2016.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Above compliance threshold without interruption since January 2017, **with the exception of March 2021**.

***Updated as of May 17, 2021:***

***Basis for Non-Compliance:***

***On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."***

***The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the***

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

*inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training occurred on 04/01/2021 with all of the MH Leads, and a second follow-up occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart. Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021. The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Above compliance threshold without interruption since June 2017 with the exception of October, November 2018, December 2019*, and March 2021*.

**Update as of December 21, 2018:**

**Basis for Non-Compliance:**
Noncompliance seemed to result from an inadvertent scheduling error.

**Corrective Action Plan:**
Further inquiry and inspection indicates this is a one-time miss that should not be repeated.

**Update as of January 21, 2019:**

**Basis for Noncompliance:**
There was a misunderstanding concerning the requisite licensing status of mental health clinicians doing mental health watches.  For example, professionals in the process of obtaining their licensure were completing mental health watches and the related paperwork was then countersigned by their supervisor, who is a licensed mental health professional.  Because the actual encounter was not being performed by a licensed individual, those encounters were not counted as compliant.

**Corrective Action Plan:**
This issue was identified on December 7, 2018.  Immediately upon identifying the issue, staff were contacted and alerted that all mental health encounters needed to be completed by a licensed mental health clinician.  Additional training was provided on December 8,

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

2018 with the Psych Lead to ensure that the schedule includes only licensed mental health clinicians.

**Update as of February 21, 2019:**

**Basis for Non-compliance**:
The nurse scheduled at this facility was directed to work at another facility, which resulted in non-compliance.

**Corrective Action Plan**:
Site leadership were counseled on the requirements of this performance measure and that a licensed clinician or RN on the weekends must complete the watch.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
There was confusion regarding a schedule change and watches were missed one day.

**Corrective Action Plan:**
MH Lead now sends the schedule out weekly.  If changes are needed, they will be personally verified by the Lead with those effected by the change.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance.  Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter.  Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112).  If the inmate refuses to begin an encounter and refused to sign the refusal in the*

**PM 94** *Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

*presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart.  Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021.  The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.*

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Above compliance threshold without interruption since February 2017.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



**Basis for non-compliance:**
A single clinician failed to appropriately document contact with inmates on suicide watch or mental health watch.

**Corrective Action Plan:**
The clinician that failed to properly document was terminated from Corizon in August 2017. Throughout May 2017, Corizon provided more training to clinicians relating to the importance of documentation. Also throughout May 2017, Corizon offered daily review of clinicians' charting to assist. The daily review proved to be not completely effective, so another level of review began in September 2017.

Corizon initiated development work for a hard stop in eOMIS that will not permit the employee to move forward absent addressing this issue. Corizon began testing of such work in September 2017 and final testing started during the week of September 18, 2017. Once the eOMIS change is completed (i.e., after final testing), then Corizon can identify an implementation date. Upon implementation, Corizon will create templates on the eOMIS system for use by clinicians and nurses. ADC Security is working to identify inmates on watch to remit the information to the Corizon mental health clinician. ADC plans on identifying the locations of the watches by first count at 11:00 a.m. Then, a second Corizon member (Facility Health Administrator) will review notes to assure proper charting.

**Supplemental Corrective Action Plan as of November 6, 2017:**

1.      Inmate in crisis is identified.

2.      Business hours/Non-business hours

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

    a.    If during business hours, a MH clinician will see the inmate face to face and, if warranted, place the inmate on a watch. Clinician will document an individual counseling, segregation or MH-Sick call in eOMIS.

    b.    If during non-business hours, a RN will see the inmate face to face and, if warranted, RN will contact on-call psychologist for a watch order and placement. RN will document an ICS or sick call in eOMIS documenting they spoke to on-call provider for watch placement.

3.    Security will notify MH Lead/designee daily of inmates on a MH watch via email.

4.    The MH Lead/designee will send a list via email to the licensed MH clinician conducting daily watches with ADC number, Inmate Name, date placed on watch, and current watch level.

5.    Weekdays/Weekends-Holidays

    a.    If during weekdays, a licensed MH clinician will offer each inmate on watch a confidential face-to-face contact and document these contacts in eOMIS on the appropriate watch level note indicating whether the inmate was seen in a confidential setting or the inmate was offered a confidential setting and the inmate refused the confidential setting. The licensed MH clinician will send an email of the subjective section of each note for all the watches completed for the day to the MH Lead/designee, VPBH, ARMHD, BHDT, PRD, and FHA.

    b.    If during weekends or holidays, a licensed MH clinician/RN will offer each inmate on watch a confidential face-to-face contact and document these contacts in eOMIS on the appropriate note indicating whether the inmate was seen in a confidential setting or the inmate was offered a confidential setting and the inmate refused the confidential setting. The licensed MH clinician/RN will send an email of the subjective section of each note for all the watches completed for the day to the MH Lead/designee, VPBH, ARMHD, BHDT, PRD, and FHA.

6.    The MH Lead/designee will review and verify in eOMIS each innate on watch was seen in a confidential setting or offered and refused a confidential setting by 3:00 p.m.

7.    If an inmate was not offered a confidential face-to-face contact, the MH lead will assign a licensed MH clinician/RN to conduct the watch in a confidential setting and verify this is done no later than 5:00 p.m.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

**Update as of February 22, 2018:**

**Basis for Noncompliance:**
There was a breakdown in seeing patients during the Christmas holiday period. Some staff did not understand that this performance measure means calendar days regardless of which days are counted as holidays (Christmas, for example). Additionally, when inmates on watch were moved to another unit, there was no communication with the Psych Associate on the new unit indicating the patient needed to be seen.

**Corrective Action Plan:**
Staffing schedules for holiday periods and high request PTO times will be developed that will ensure appropriate staffing levels will be maintained during those peak periods.

The expectations have been changed so that the originally assigned Psych Associate will follow the patient to whatever unit he/she is transferred to, to ensure no one gets missed. This appears to be effective, as the psych techs are following up daily to ensure that each inmate on watch has been seen that day by a clinician.

An attestation will be sent to every staff member doing watches indicating that the assigned clinician will follow the patient to whichever unit he/she is transferred. Additionally, an attestation will be sent to every BHT/psych tech notifying them that they are responsible daily to ensure each patient on watch has been seen. Each staff member affected will sign the attestation and return it.

These procedures were effective on February 15, 2018.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*



Above compliance threshold without interruption since April 2017, with the exception of July 2017.

**Basis for non-compliance:**
Two nurses failed to note in the file that inmate was seen when inmate was placed on watch. There was one RN on evening duty that missed two notes. A clinician failed to note the offer to be seen by mental health clinician and refusal of being seen in the notes. Corizon released the clinician the week of September 5, 2017.

**Corrective Action Plan:**
A replacement clinician was hired before the clinician was separated from Corizon. The new clinician began employment on August 14, 2017. With the change in clinicians, Corizon is fully staffed at Tucson.

**Requested Follow Up During December 20, 2017 Hearing:**
At the December 20, 2017 hearing, it was asked how the Tucson facility could be "fully staffed" with clinicians while only 75% of psychologist positions had been full. The phrase "clinician" included in the Corrective Action Plan was in reference to the "Psychology Associate" positions related to the newly hired clinician and the released clinician. At the time the Corrective Action Plan was written, the Tucson complex was at 100% fill rate for their Psychology Associate positions. Tucson maintained this 100% fill rate until a Psychology Associate who is retiring transferred to PRN status at the end of October (now working 20 hours per week until his position is filled). Another Psychology Associate was released from employment at the end of December, but there are currently five (5) applicants being interviewed for these two (2) positions.

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

In addition to the Psychology Associates, the Tucson facility has also filled all of their psychologist positions as of December 2017.

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*On February 24, 2021, Judge Silver issued an order (Doc. 3861) that requires a psychiatrist to determine if mental health encounters shorter than 10 minutes for watch encounters or 30 minutes for non-watch encounters are "meaningful and appropriate in the context of the patient's overall care."*

*The Bureau in consultation with their attorneys was advised that the only way to comply with the Stern Report recommendation and the court order is to require that the 10-minute and 30-minute time requirements be met in every instance. Effective immediately and moving forward, the mental health performance measures that require a clinical review because those time minimums were not met will be found non-compliant unless there is a properly executed refusal and an encounter that clearly indicates that the patient refused to engage with mental health staff or refused to continue the encounter. Refusals that indicate that the encounter was started, but the patient chose to end the session before the timeframe was met must have the inmate's signature (unless obtaining the signature would endanger the safety of the inmate or staff) and be documented on the Refusal to Continue Encounter form (Form 1101-112). If the inmate refuses to begin an encounter and refused to sign the refusal in the presence of the mental health staff, then a two-signature refusal in the absence of the inmate's signature is acceptable. The new refusal form is an additional (second) refusal form and supplemented, but did not replace, Form 1101-4.*

*The Refusal to Continue Encounter form was issued on 03/31/2021. The audits (performed on Centurion) are completed retrospectively and included charts from the months of February and March 2021, prior to the form being issued, and prior to Centurion staff being aware of the form or requirement. As such, a significant number of mental health contacts were noncompliant for the months of February and March 2021.*

*Corrective Action Plan:*

*Centurion Regional Mental Health Leads had a call with all Mental Health Leads statewide immediately upon the issuance of the refusal form, and the requirements. The first training  occurred on 04/01/2021 with all of the MH Leads, and a second follow-up  occurred on 04/05/2021 with all of the Mental Health Leads. The training included how and when to use the Refusal to Continue Encounter form, how it will be*

# PM 94

*Are all prisoners who are on a suicide watch or mental health watch seen daily by a licensed mental health clinician or, on weekends or holidays by a registered nurse?*

scanned in to each patient's medical records, and how it will be audited to ensure it is in the correct location of the chart.   Mental Health Leads immediately began disseminating the Refusal to Continue Encounter form, and provided training to their staff on 04/02/2021.  The implementation of a daily audit process began on 4/2/2021 at each complex to ensure Refusal to Continue Encounter form completion, titling, and scanning into the charts is correct. Throughout the first two weeks of April 2021, continuous oversite in terms of completion of the Refusal to Continue Encounter form and daily audit process training occurred at each complex. Training consisted of: How to accurately and fully complete the Refusal to Continue Encounter form, who will be scanning in Refusal to Continue Encounter forms, where are the Refusal to Continue Encounter forms scanned into the chart, who will audit to ensure Refusal to Continue Encounter forms are in the chart when needed, and other relevant details. Lastly, all mental health staff have been encouraged to see patients for the allotted timeframes and no less, when clinically appropriate.

**PM 97** *Are mental health providers treating a prisoner via telepsychiatry, provided (in advance of the telepsychiatry session), the prisoner's intake assessment, most recent mental health treatment plan, laboratory reports (if applicable), physician orders, problem list, and progress notes from the prisoner's two most recent contacts with a mental health provider?*



Above compliance threshold without interruption since January 2017.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Patient was not seen during recommended timeframe due to the inmate being transferred to another complex.

**Corrective Action Plan:**
The mental health lead will continue to communicate with the receiving facility of any outstanding requests that need to be addressed.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
Lack of psychiatric providers to see patients in a timely manner. When triaged by nursing, either not having eOMIS note to have reviewed by MH (no review) or nursing indicating a unknown person to review. Too many schedulers for psychiatry.

**Corrective Action Plan:**
New providers have been hired. Telepsychiatry providers increased. Education provided to RNs. MH Clerk hired and trained on scheduling.

**Update as of January 17, 2020:**

**Basis for Non-Compliance:**
HNR did not include a specific plan of action for the non-medication HNR, and the inmate was not seen within five business days of the HNR triage date.

**Corrective Action Plan:**
The MH Lead was educated on the criteria for compliance on a plan of action. Regional Behavioral Health Tech will be assigned to complete quality assurance checks.

**Update as of February 18, 2020:**

**Basis for Non-Compliance:**
Nursing staff did not see patients in 24 hours after receiving HNR.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*

**Corrective Action Plan:**
HNR Process at Eyman complex has changed as nursing staff is now running nurse lines at every unit at Eyman complex.  If an HNR needs to be referred to mental health or psychiatry nursing staff will notify the mental health team to schedule the patient in a timely manner.

**Updated as of July 16, 2020:**

**Basis for Non-Compliance:**
Findings due to HNRs not being triaged within time limits.

**Corrective Action Plan:**
Education will be provided to all parties involved with triaging and referring of HNRs with documented plan placed in nursing station.

**Updated as of September 14, 2020:**

**Basis for Non-Compliance:**
Findings due to HNRs not being triaged within time limit or seen by the provider within the established timeframes.   Additionally, some encounters did not have an HNR scanned in.

**Corrective Action Plan:**
The MH RN will assist with monitoring HNRs to ensure they are being triaged and referred correctly.  Further, education was sent out to staff regarding the requirement to document if the encounter was a walk-in and there will not be an HNR scanned in.

**Update as of November 19, 2020:**

**Basis for Non-Compliance:**
Nursing staff did not refer HNRs correctly to mental health causing the noncompliance

**Corrective Action Plan:**
Education was provided to all parties involved with triaging and referring of HNRs with documented plan placed in nursing station. This training has begun in email form via the DON to all nursing admin to disperse appropriately, and identified nurses with repeat incorrect referrals are being tracked, nursing admin notified, and specific individual training is scheduled.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**
The findings for this performance measure are largely due to nursing incorrectly triaging mental health HNRs, or not triaging mental health HNRs to mental health. As such, several mental health HNRs were not seen by appropriate mental health staff and were not seen within timeframes. As such, many HNRs were considered non-compliant.

**Corrective Action Plan:**
Findings were researched and audited by multiple mental health team members, including MH Lead and Psychiatric Nurse. The Eyman mental health team has determined that the Psychiatric Nurse will review Eyman's master HNR log daily to ensure mental health receives all HNRs that could be considered MH HNRs. Notably, the master HNR log consists of HNRs for every discipline. The team believes this daily review will ensure MH gets all MH HNRs and is able to see them within timeframes.

**Updated as of April 19, 2021:**

**Basis for Non-Compliance:**
The findings for this performance measure are largely due to nursing incorrectly triaging mental health HNRs, not triaging mental health HNRs to mental health, or not seeing MH HNRs for a nursing line contact within required timeframes. As such, several mental health HNRs were not seen by appropriate mental health staff and were not seen within timeframes. This led to many HNRs considered as non-compliant.

**Corrective Action Plan:**
Findings were researched and audited by multiple mental health team members, including Regional MH Lead Raak, MH Lead Abel, and Psychiatric Nurse Vergara. The Eyman mental health team has implemented two plans to achieve compliance: 1) Psychiatric Nurse Vergara will continue to review Eyman's master HNR log daily to ensure mental health receives all HNRs that could be considered MH HNRs. Notably, the master HNR log consists of HNRs for every discipline; and 2) Regional MH Lead Raak, MH Lead Abel, and Psychiatric Nurse Vergara created a simple and easy-to-follow list of instructions for correctly triaging MH HNRs. These easily understandable step-by-step instructions were printed on brightly colored paper and hung up on high-exposure nursing areas and nursing stations in early March 2021. The team believes this daily review and posted instructions will ensure MH gets all MH HNRs, and that MH HNRs will be triaged and seen within timeframes.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold without interruption since at least August 2016, with the exception of August 2019.

**Update as of October 15, 2019:**

**Basis for Non-Compliance:**
Lack of psychiatric providers to see patients in a timely manner. When triaged by nursing, either not having eOMIS note to have reviewed by MH (no review) or nursing indicating an unknown person to review. Too many schedulers for psychiatry.

**Corrective Action Plan:**
New providers have been hired. Telepsychiatry providers increased. Education provided to RNs. MH Clerk hired and trained on scheduling

**Updated as of December 15, 2020:**

**Basis for Non-Compliance:**
The Mental Health team did not complete the required clinical contacts as outlined in the performance measure within correct timeframes.  Also, some HNRs were triaged by Medical as "no further action needed" which was incorrect. Two HNRs were not penned to Mental Health correctly after being processed by Medical. One was sent to Medical Records and the second was pended to the Generic Clinic Nurse, which caused it to not be received by Mental Health. In addition, one contact was not accepted, as Mental Health did not document the refusal properly.

**PM 98** *Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*

**Corrective Action Plan:**

Findings researched, and staff that were responsible for findings identified. Notification made on 11/25/2020 via email to the FHA, AFHA, and DON where findings had Medical staff involvement, and those nurses were educated. The Mental Health Team received verbal education on 12/3/2020 by Mental Health Lead via a Zoom meeting. The discussion consisted of a review of PM 98 and a review of the importance of seeing patients within the timeframes as outlined in the PM.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



Above compliance threshold since August 2016, with one limited interruption in December 2016 and February 2020.

**Update as April 17, 2020:**

**Basis for Non-Compliance:**
Patients were not seen by nursing staff in 24 hours after receiving HNR and patients were not being seen within 14 days.

**Corrective Action Plan:**
HNR Process at Lewis complex has changed. Nursing staff are now running nurse lines at every unit at Lewis complex.  If an HNR needs to be referred to mental health or psychiatry, nursing staff will notify the mental health team to schedule the patient in a timely manner.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*

*Updated as of May 17, 2021:*

*Basis for Non-Compliance:*

*Mental health HNRs were not seen within the MH Tech Manual designated timeframes.*

*Corrective Action Plan:*

*Mental Health Lead reviewed the guideline/policy/procedures with Director of Nursing on 5/14/21. She then conveyed the information to nursing and continues to provide education. Some encounters were not sent to mental health at all or routed incorrectly. In an effort to better track all incoming and potential MH HNRs, the psychiatric nurse and healthcare delivery facilitator will review the HSR list daily and send to the Lewis MH lead and BHTs so they can more quickly route Mental Health HNRs. This additional measure should assist MH in capturing all MH HNRs sooner.*

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*



**Update as of March 21, 2019:**

**Basis for Noncompliance:**
There was not clear documentation from the mental health clinicians that, during the contact with mental health, the inmate requested to wait until he was moved to a new unit before he was seen by psychiatry; therefore, he was not referred to and seen by psychiatry.

**Corrective Action Plan:**
When patients request medication on the Health Needs Request, they will still be followed up with by psychiatry even if they tell the mental health clinician they would like to wait. The mental health clinicians were informed February 28, 2019 of the importance of including all information in the documentation and ensuring that a referral be made to psychiatry if the patient writes they want medication on the Health Needs Request.

**Update as April 17, 2020:**

**Basis for Non-Compliance:**
Patients were not seen by nursing staff in 24 hours after receiving HNR and patients were not being seen within 14 days.

# PM 98

*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*

**Corrective Action Plan:**

HNR Process at the Winslow complex has changed. Nursing staff are now running nurse lines at every unit at the Winslow complex.  If an HNR needs to be referred to mental health or psychiatry, nursing staff will notify the mental health team to schedule the patient in a timely manner.

**Updated as of October 12, 2020:**

**Basis for Non-Compliance:**

The patient's HNR requesting medication was triaged and referred in a timely manner. However, the Provider did not see the patient within timeframe.

**Corrective Action Plan:**

- All HNRs will be collected and triaged by nurses within 24 hours per policy.
    a. If HNR asks specifically for psych meds or referral for psychiatric services, or asks during encounter, nurse will document this in note and forward to the psych associate.  The psych associate will then have five business days to see the patient and determine if the patient needs a referral to psychiatry.
    b. If determined that the patient needs to be seen by psychiatry, this will occur within 14 days of the HNR written date.
    c. The FHA will check the daily log to ensure the appointment is scheduled and completed.
    d. If the inmate declines referral for psychiatric services, it will be documented in the mental health provider's note and on a refusal form completed.

**Updated as of March 18, 2021:**

**Basis for Non-Compliance:**

Inmate put in the HNR on 1/6/21 that the RN saw him on 1/6/21. He was then referred to Mental Health. The reason for the finding is the referral included the acronym MHP. The RN thought she was referring to "Mental Health Professional" not a Mental Health Provider as the tech manual indicates. In the Mental Health arena, MHP is largely used to refer to a "Mental Health Professional." The inmate was seen by the Mental Health Lead on 1/8/21 (2 days later), on 1/11/21, and on 1/12/21. He was then sent to SNU on 1/13/21. The sending note says he has a MH appointment and receiving note says receiving outpatient regular mental health. He then saw SNU MH on 1/13/21 and then the Mid-Level MH on 1/21/21. The inmate was still seen within the timeframes set forth as the PM measure indicates.

# PM 98
*Are mental health HNRs being responded to within the timeframes set forth in the Mental Health Technical Manual (MHTM) (rev. 4/18/14), Chapter 2, Section 5.0?*

**Corrective Action Plan:**
The Healthcare Delivery Facilitator sent out the mental health tech manual acronyms, and staff were educated by the Regional MH Lead after the finding. This should correct the problem, as this was an issue of an incorrect acronym used.