FRANKIE RODRIGUEZ
140309 · RAST MAX
ASPC - LEWIS
P.O BOX 3600
BUCKEYE, AZ 85326

☒ FILED ☐ LODGED

**May 28 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

U.S DISTRICT COURT
DISTRICT OF AZ

| | |
|---|---|
| VICTOR PARSONS, ET AL PLAINTIFFS, | CASE NO. CV 12-00601-PHX-DJH |
| V. | NOTICE TO THE COURT AND REQUEST FOR CLARIFICATION & INTERVENTION |
| CHARLES RYAN, ET AL DEFENDANTS. | |

COMES NOW PLAINTIFF CLASS MEMBER, FRANKIE RODRIGUEZ, NOTIFYING THE COURT THAT THE DEFENDANTS ARE INTENTIONALLY ABUSING THE PARSONS v RYAN STIPULATION AND KNOWINGLY USING IT TO RETALIATE AGAINST PLAINTIFF CLASS MEMBERS.

THE DEFENDANTS ARE DELIBERATELY IGNORING SECTION II. SUBSTANTIVE PROCEDURES, SUBSECTION B. MAXIMUM CUSTODY PRISONERS, PARAGRAPH 22 WHICH STATES "ADC MAXIMUM CUSTODY PRISONERS ... IN NO EVENT SHALL BE OFFERED LESS THAN 6 HOURS PER WEEK OF OUT-OF-CELL EXERCISE." THEY ARE, IN

VIOLATION OF THE STIPULATION & POLICY & LAW , SUSPENDING OUR OUT-OF-CELL EXERCISE TIME FOR 30 TO 90 DAYS AT A TIME FOR NON-VIOLENT & NON-DANGEROUS BEHAVIOR — DENYING US ANY OUT-OF-CELL TIME AT ALL IN RETALIATION FOR ANY NUISANCE BEHAVIOR . THE DEFENDANTS ARE CITING PARSONS AS THEIR JUSTIFICATION , SPECIFICALLY SECTION II. , SUBSECTION B. , PARAGRAPH 26 . THEY ARE USING THIS SECTION OF PARSONS BY SUBMITTING "CONFIDENTIAL" REPORTS LABELING US AS SIGNIFICANT SECURITY RISKS , WITHOUT ANY CORROBORATING EVIDENCE NOR CERTIFICATION BY THE WARDEN AND NO OVERSIGHT OF ANY PROCEDURES.

I AM REQUESTING THE COURT CLARIFY THAT OUT-OF-CELL TIME AND OUT-OF-CELL EXERCISE ARE <u>NOT</u> SYNONYMOUS AND NOT THE SAME . I AM REQUESTING THE COURT INTERVENE BY ORDERING THE DEFENDANTS TO CEASE AND DESIST 30 TO 90 DAY OUT-OF-CELL EXERCISE SUSPENSIONS AND REQUIRE THEY ADHERE TO THE 6 HOURS A WEEK MINIMUM .

RESPECTFULLY SUBMITTED THIS 28TH DAY OF MAY , 2021

FRANKIE RODRIGUEZ