Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
       carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

[ADDITIONAL COUNSEL LISTED BELOW]

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

[ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF DAVID C. FATHI** |

152674503.1

**I, DAVID C. FATHI, DECLARE:**

1. I am an attorney licensed to practice before the courts of the State of Washington and admitted to this Court *pro hac vice*. I am the Director of the ACLU National Prison Project and co-lead counsel for the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. I have personally reviewed the entries in eOMIS (Defendants' electronic medical record system) pertaining to the mental health encounters received on December 14, 17, 19, 20, and 21, 2020 by the patient who has previously been identified as Patient 1, who died by suicide in January 2021. [*See* Doc. 3901-3 at 3-4 (January 15, 2021 letter from Plaintiffs to Defendants regarding mental health encounters received by Patient 1 prior to his suicide)]

3. None of these encounters were conducted by Bobbie Pennington-Stallcup, and there is no indication in the eOMIS entries for these encounters that Dr. Pennington-Stallcup was present.

4. The entries for the December 14, 19, 20, and 21, 2020 encounters use identical language to state the duration of the encounter: "This writer met with Pt for a total of 10 minutes with staff consultation and record review."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2021 at Washington, DC.

                                         s/ David C. Fathi
                                         David C. Fathi

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Maria V. Morris (D.C. 1697904)** |
| | | Eunice Hyunhye Cho (Wash. 53711)* |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| | | 915 15th Street N.W., 7th Floor |
| 4 | | Washington, D.C. 20005 |
| | | Telephone: (202) 548-6603 |
| 5 | | Email: dfathi@aclu.org |
| | | mmorris@aclu.org |
| 6 | | echo@aclu.org |
| 7 | | *Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 8 | | **Admitted *pro hac vice* |
| 9 | | Corene T. Kendrick (Cal. 226642)* |
| | | **ACLU NATIONAL PRISON PROJECT** |
| 10 | | 39 Drumm Street |
| | | San Francisco, California 94111 |
| 11 | | Telephone: (202) 393-4930 |
| | | Email: ckendrick@aclu.org |
| 12 | | |
| 13 | | *Admitted *pro hac vice* |
| 14 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 15 | | Rita K. Lomio (Cal. 254501)* |
| | | **PRISON LAW OFFICE** |
| 16 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 17 | | Telephone: (510) 280-2621 |
| | | Email: dspecter@prisonlaw.com |
| 18 | | ahardy@prisonlaw.com |
| | | snorman@prisonlaw.com |
| 19 | | rlomio@prisonlaw.com |
| 20 | | *Admitted *pro hac vice* |
| 21 | | Daniel C. Barr (Bar No. 010149) |
| | | Amelia M. Gerlicher (Bar No. 023966) |
| 22 | | John H. Gray (Bar No. 028107) |
| | | **PERKINS COIE LLP** |
| 23 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 24 | | Telephone: (602) 351-8000 |
| | | Email: dbarr@perkinscoie.com |
| 25 | | agerlicher@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 26 | | |
| 27 | | |
| 28 | | |

152674503.1

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
         carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
         jrico@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

152674503.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-

152674503.1