Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**JOINT REPORT REGARDING PARTIES' MEET AND CONFER EFFORTS ON PLAINTIFFS' OBJECTIONS TO DEFENDANTS' COMPLIANCE PLAN REGARDING PARAGRAPH 14 OF THE STIPULATION (DKTS. 3880, 3899)** |

The parties, through their respective counsel, provide this Court with a Status Report regarding their meet and confer efforts on Plaintiffs' Objections to Defendants' Compliance Plan Regarding Paragraph 14 of the Stipulation, and request additional time for Defendants to file any necessary response to Plaintiffs' Objections through July 13, 2021.

As background, Defendants filed their Compliance Plan regarding Paragraph 14 of the Stipulation on March 26, 2021, and Plaintiffs filed their Objections on May 5, 2021. (Dkts. 3880, 3899.) Defendants (with agreement by Plaintiffs) then requested an extension to June 9, 2021, to file a response to Plaintiffs' Objections so that the parties could meet

and confer to attempt to reduce or eliminate issues presented by Plaintiffs' Objections. (Dkt. 3904.)  The Court granted Defendants' request.  (Dkt. 3905.)

On June 3, 2021, the parties participated in a productive meet and confer to address issues raised by Plaintiffs' Objections, and Defendants are exploring proposals made by Plaintiffs to include:  (1) enhancements to eOMIS functionality for identification of inmates who are not fluent in English; (2) enhancements to eOMIS functionality to document the need for, availability, and/or unavailability of interpretation services; and (3) measures to enhance language identification, among other proposals.

So that the parties can continue with productive meet and confer efforts and exchange of information to aid in considering and implementing proposals discussed, the parties jointly request an additional period of time to attempt to reach resolution of issues, with Defendants filing any necessary response to Plaintiffs' Objections on or before July 13, 2021.

DATED this 9th day of June, 2021.

| **STRUCK, LOVE, BOJANOWSKI, & ACEDO, PLC** | **PRISON LAW OFFICE** |
|---|---|
| By: s/Rachel Love | By:  s/Rita Lomio |
| Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@strucklove.com<br>    rlove@strucklove.com<br>  tbojanowski@strucklove.com<br>    nacedo@strucklove.com | Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Rita K. Lomio (Cal. 254501)*<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone:  (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>   ahardy@prisonlaw.com<br>   snorman@prisonlaw.com<br>   rlomio@prisonlaw.com |
|  | *Admitted *pro hac vice* |

*Attorneys for Defendants*

|     |                                                          |
| --- | -------------------------------------------------------- |
| 1   | **ACLU NATIONAL PRISON PROJECT**                         |
| 2   | By:   s/Corene Kendrick                                  |
|     | David C. Fathi (Wash. 24893)*                            |
| 3   | Maria V. Morris (Cal. 223903)*                           |
|     | Eunice Hyunhye Cho (Wash. 53711)*                        |
| 4   | 915 15th Street N.W., 7th Floor                          |
|     | Washington, D.C. 20005                                   |
| 5   | Telephone:  (202) 548-6603                               |
|     | Email:    dfathi@aclu.org                                |
| 6   |           mmorris@aclu.org                               |
|     |           echo@aclu.org                                  |
| 7   |                                                          |
|     | *Admitted *pro hac vice*. Not admitted in                |
| 8   | DC; practice limited to federal courts.                  |
| 9   | Corene T. Kendrick (Cal. 226642)*                        |
|     | ACLU NATIONAL PRISON PROJECT                             |
| 10  | 39 Drumm Street                                          |
|     | San Francisco, CA  94111                                 |
| 11  | Telephone: (202) 393-4930                                |
|     | Email:    ckendrick@aclu.org                             |
| 12  |                                                          |
|     | *Admitted *pro hac vice*                                 |
| 13  |                                                          |
|     | Jared Keenan (Bar No. 027068)                            |
| 14  | Casey Arellano (Bar No. 031242)                          |
|     | **ACLU FOUNDATION OF ARIZONA**                           |
| 15  | 3707 North 7th Street, Suite 235                         |
|     | Phoenix, Arizona 85013                                   |
| 16  | Telephone:  (602) 650-1854                               |
|     | Email:    jkeenan@acluaz.org                             |
| 17  |           carellano@acluaz.org                           |
| 18  | Daniel C. Barr (Bar No. 010149)                          |
|     | Amelia M. Gerlicher (Bar No. 023966)                     |
| 19  | John H. Gray (Bar No. 028107)                            |
|     | **PERKINS COIE LLP**                                     |
| 20  | 2901 N. Central Avenue, Suite 2000                       |
|     | Phoenix, Arizona 85012                                   |
| 21  | Telephone:  (602) 351-8000                               |
|     | Email:    dbarr@perkinscoie.com                          |
| 22  |           agerlicher@perkinscoie.com                     |
|     |           jhgray@perkinscoie.com                         |
| 23  |                                                          |
| 24  | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez;* |
| 25  | *Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on* |
| 26  | *behalf of themselves and all others similarly situated* |
| 27  |                                                          |
| 28  |                                                          |

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/Maya Abela
  Rose A. Daly-Rooney (Bar No. 015690)
  J.J. Rico (Bar No. 021292)
  Maya Abela (Bar No. 027232)
  **ARIZONA CENTER FOR DISABILITY LAW**
  177 North Church Avenue, Suite 800
  Tucson, Arizona 85701
  Telephone:  (520) 327-9547
  Email:  rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

  Asim Dietrich (Bar No. 027927)
  5025 East Washington St., Ste. 202
  Phoenix, Arizona 85034
  Telephone: (602) 274-6287
   Email:  adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love

5