1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

9
10

Victor Parsons, *et al.*, on behalf of themselves
and all others similarly situated; and Arizona
Center for Disability Law,

NO. 2:12-cv-00601-ROS

11

Plaintiffs,

12

v.

13
14
15

David Shinn, Director, Arizona Department of
Corrections; and Richard Pratt, Interim
Division Director, Division of Health Services,
Arizona Department of Corrections, in their
official capacities,

16

Defendants.

**ORDER GRANTING
UNOPPOSED REQUEST TO
EXTEND THE DEADLINE FOR
DEFENDANTS TO RESPOND TO
PLAINTIFFS' OBJECTIONS TO
DEFENDANTS' COMPLIANCE
PLAN REGARDING PARAGRAPH
14 OF THE STIPULATION
(DKTS. 3880, 3899)**

17
18
19
20
21
22
23

    The Court, having reviewed the parties' Joint Report Regarding Parties' Meet and
Confer Efforts on Plaintiffs' Objections to Defendants' Compliance Plan Regarding
Paragraph 14 of the Stipulation (Dkts. 3880, 3899), and the parties' joint request for an
extension of time through July 13, 2021 for Defendants to file any necessary response to
Plaintiffs' Objections, and good cause appearing,

24
25
26

    IT IS ORDERED granting the parties' request.  Defendants' Response to Plaintiffs'
Objections to Defendants' Compliance Plan Regarding Paragraph 14 of the Stipulation is
due on or before July 13, 2021.

27
28