Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**NOTICE OF AUTHORITY CLARIFICATION RE: DEFENDANTS' SUPPLEMENTAL RESPONSE TO ORDER TO SHOW CAUSE**<br>**(DKT. 3881)** |

In Defendants' Supplemental Response to Order to Show Cause (Dkt. 3881 at 22:4–8), there is an explanatory parenthetical accompanying the citation to *McClendon v. City of Albuquerque*, No. 95 CV 024 JAP/KBM, 2017 WL 4041588, at *4 (D.N.M. Sept. 11, 2017), which states that the *McClendon* court "den[ied] civil contempt where prison officials substantially complied with agreement to provide 40 hours pre-service and annual in-service mental health training to security employees even though only half of employees received the 40-hours pre-service training but all employees received 8 hours of in-service training." Defendants clarify and replace the citation and explanatory parenthetical as follows:

*McClendon v. City of Albuquerque*, No. 95 CV 024 JAP/KBM, 2017 WL 4041588, at *9, 12 (D.N.M. Sept. 11, 2017) (denying request for an order to show cause why prison officials should not be held in contempt for violating a settlement agreement, despite officials' deficient performance).

DATED this 11th day of June, 2021.

        STRUCK LOVE BOJANOWSKI & ACEDO, PLC

        By /s/Daniel P. Struck
          Daniel P. Struck
          Rachel Love
          Timothy J. Bojanowski
          Nicholas D. Acedo
          3100 West Ray Road, Suite 300
          Chandler, Arizona 85226

        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Amelia M. Gerlicher: | agerlicher@perkinscoie.com;docketPHX@perkinscoie.com, kleach@perkinscoie.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| Casey Arellano | carellano@acluaz.org |
| Maria V. Morris | mmorris@aclu.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck