**EXHIBIT 1**

**EXHIBIT 1**

# I Speak... Language Identification Guide

## A
**Amharic**
እኔ የምናገረው አማርኛ ነው።

**Arabic**
انا اتكلم العربية

**Armenian**
Ես խոսում եմ հայերեն

## B
**Bengali**
আমি বাংলা বলতে পারি

**Bosnian**
Ja govorim bosanski

**Bulgarian**
Аз говоря български

**Burmese**
ကျွန်တော်/ကျွန်မ မြန်မာ လို ပြောတတ် ပါတယ်။

## C
**Cambodian**
ខ្ញុំនិយាយភាសាខ្មែរ

**Cantonese**
我講廣東話   (Traditional)
我讲广东话   (Simplified)

**Catalan**
I parlo català

**Croatian**
Govorim hrvatski

**Czech**
Mluvím česky

## D
**Danish**
Jeg taler dansk

**Dari**
من دری حرف می زنم

**Dutch**
Ik spreek het Nederlands

## E
**Estonian**
Ma räägin eesti keelt

## F
**Finnish**
Puhun suomea

**French**
Je parle français

## G
**German**
Ich spreche Deutsch

**Greek**
Μιλώ τα ελληνικά

**Gujarati**
હુ ગુજરાતી બોલુ છુ

## H
**Haitian Creole**
M pale kreyòl ayisyen

**Hebrew**
אני מדבר עברית

**Hindi**
मैं हिंदी बोलता हूँ ।

**Hmong**
Kuv hais lus Hmoob

**Hungarian**
Beszélek magyarul

## I
**Icelandic**
Ég tala íslensku

**Indonesian**
Saya berbicara bahasa Indonesia

**Ilocano**
Agsaonak ti Ilocano

**Italian**
Parlo italiano

## J
**Japanese**
私は日本語を話す

## K
**Korean**
한국어 합니다

**Kurdish**
min azanim Ba Kurdi Qsa bkam

**Kurmanci**
as zanim eb kurmanji baxvim

## L
**Laotian**
ຂ້ອຍປາກພາສາລາວ

**Latvian**
Es runāju latviski

**Lithuanian**
Aš kalbu lietuviškai

## M
**Mandarin**
我講國語   (Traditional)
我讲国语/普通话   (Simplified)

**Mongolian**
би монгол хэл ярьдаг

## N
**Norwegian**
Jeg snakker norsk

## P
**Persian**
من فارسی صحبت می کنم.

**Polish**
Mówię po polsku

**Portuguese**
Eu falo português do Brasil (for Brazil)

Eu falo português de Portugal (for Portugal)

**Punjabi**
ਮੈਂ ਪੰਜਾਬੀ ਬੋਲਦਾ ਹਾਂ।

## R
**Romanian**
Vorbesc românește

**Russian**
Я говорю по-русски

## S
**Serbian**
Ја говорим српски

**Sign Language (American)**

I, ME        SIGN, SIGN LANGUAGE

**Slovak**
Hovorí slovenská

**Slovenian**
Govorim slovensko

**Somali**
Waxaan ku hadlaa af-Soomaali

**Spanish**
Yo hablo español

**Swahili**
Ninaongea Kiswahili

**Swedish**
Jag talar svenska

## T
**Tagalog**
Marunong akong mag-Tagalog

**Tamil**
நான் தமிழ் பேசுகிறேன்

**Thai**
พูดภาษาไทย

**Turkish**
Türkçe konuşurum

## U
**Ukrainian**
Я розмовляю українською мовою

**Urdu**
میں اردو بولتا ہوں

## V
**Vietnamese**
Tôi nói tiếng Việt

## W
**Welsh**
Dwi'n siarad Cymraeg

## X
**Xhosa**
Ndithetha isiXhosa

## Y
**Yiddish**
איך רעד יידיש

**Yoruba**
Mo ńsọ Yorùbá

## Z
**Zulu**
Ngiyasikhuluma isiZulu

---

Human trafficking is a form of modern-day slavery and involves the use of force, fraud, or coercion to exploit men, women or children and subject them into some type of labor or commercial sex act. Any minor exploited for commercial sex is a victim of human trafficking, even if not induced by force, fraud, or coercion.

Trafficking victims can be any age, race, gender, or nationality. Victims can find themselves in a foreign country and may not speak the language.

Report human trafficking to the U.S. Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Tip line at 1-866-347-2423 or online at www.ice.gov/tips. The HSI Tip line is available 24/7 with language capability in over 300 languages and dialects. If calling from outside the United States, please call the non-toll free worldwide number of 802-872-6199."

To get help from the National Human Trafficking Resource Center (NHTRC) call 1-888-373-7888 or text HELP or INFO to BeFree (233733). The NHTRC is a national, toll-free hotline available to answer calls from anywhere in the country, 24 hours a day, 7 days a week, every day of the year with language capability in over 170 languages. The NHTRC is not a law enforcement or immigration authority and is operated by a nongovernmental organization funded by the federal government.

To get digital copies of this poster or "I Speak" booklet, visit www.dhs.gov/blue-campaign or contact the DHS Blue Campaign at BlueCampaign@hq.dhs.gov.



**BLUE CAMPAIGN**
One Voice. One Mission. End Human Trafficking.

www.dhs.gov/blue-campaign
Email: BlueCampaign@hq.dhs.gov
Report suspicious activity to
1-866-347-2423

---

*I Speak* is provided by the Department of Homeland Security Office for Civil Rights and Civil Liberties (CRCL). Other resources are available at www.lep.gov. Special thanks to the Department of Justice Bureau of Justice Assistance and the Ohio Office of Criminal Justice Services for inspiration and permission to use their *I Speak* guide. Permission may be required for the use of Ohio Office of Criminal Justice Services information other than as included in this booklet.

Version BC 2.1 March. 2015