1  Jared G. Keenan (Bar No. 027068)
   Casey Arellano (Bar No. 031242)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: jkeenan@acluaz.org
           carellano@acluaz.org
5
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
6  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
7  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
8  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
   PAGE]**
9
   Asim Dietrich (Bar No. 027927)
10 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
11 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
12 Email: adietrich@azdisabilitylaw.org
13 *Attorneys for Plaintiff Arizona Center for Disability Law*
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
14 PAGE]**
15              UNITED STATES DISTRICT COURT
16                  DISTRICT OF ARIZONA
17 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
18 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph     **JOINT PROPOSED
19 Hefner; Joshua Polson; and Charlotte Wells, on       SCHEDULE FOR
   behalf of themselves and all others similarly         DISCOVERY AND
20 situated; and Arizona Center for Disability Law,     PREPARATION FOR TRIAL**
                                                        (Doc. 3921)
21              Plaintiffs,
22         v.
23 David Shinn, Director, Arizona Department of
   Corrections, Rehabilitation and Reentry; and Larry
24 Gann, Assistant Director, Medical Services Contract
   Monitoring Bureau, Arizona Department of
25 Corrections, Rehabilitation and Reentry, in their
   official capacities,
26
                Defendants.
27
28

Pursuant to the Court's Order that "the parties must confer and submit a proposed schedule for discovery and preparation for trial, which must result in both sides being ready for trial no later than November 1, 2021" (Doc. 3921), the parties hereby submit the following:

The parties have exchanged proposals, and met-and-conferred telephonically on July 23 and July 26, 2021.

1.     The parties jointly request that this Court schedule a telephonic hearing as soon as practicable to discuss the anticipated dates for the trial (so as to schedule witnesses), and the parties' proposed length of the trial, and to resolve any disputed issues.

2.     The parties have agreed upon the following pre-trial schedule:

| Dates/Deadline | Description |
| --- | --- |
| Aug. 1 – Oct. 8 | Expert tours |
| Sept. 10 | Initial disclosures of anticipated fact witnesses and documents to be used at trial |
| Oct. 13-27 | Depositions of plaintiffs' experts |
| Oct. 15 | Close of all fact discovery, fact witness depositions, and 30(b)(6) depositions |
| Oct. 25 | Deadline for final supplementation of all discovery |
| Oct. 25-28 | Depositions of defendants' experts |
| Oct. 28 | Exchange of exhibits and delivery to Court |
| Oct. 29 | Submission of Joint Pre-Trial Order |
| TBD by the Court | Final pretrial conference with the Court |
| TBD by the Court | Trial commences |
| After trial, TBD by the Court | Submission of Proposed Findings of Fact and Conclusions of Law |

3.     The parties are at an impasse regarding the scheduling of the disclosure of experts' written reports.

***Plaintiffs' Position:***

**Plaintiffs' expert reports due October 11, 2021; Defendants' expert reports due October 22, 2021.**

As noted in Paragraph 4 below, the parties have agreed to provide one another with the names of class members whose records will be reviewed by their experts on a rolling

basis, to begin as soon as file reviews begin.  This was to address a concern raised by Defendants that their experts will need to review the files of class members discussed by Plaintiffs' experts.

In light of that agreement, Plaintiffs proposed that they provide their experts' reports to Defendants no later than Monday, October 11, 2021, and that Defendants provide their experts' reports on Friday, October 22, 2021, one business day before the depositions of Defendants' experts is to commence (on Monday, October 25). The last date anticipated for Plaintiffs' experts' tours is October 8, and accordingly that would provide the weekend of October 9-10 for Plaintiffs' experts to finalize their reports.

Defendants' counterproposal was that their experts' reports not be provided to Plaintiffs until Monday, October 25, 2021, the same day that the depositions of those experts are anticipated to commence.  Plaintiffs do not believe Defendants' proposal gives Plaintiffs sufficient time to prepare to depose Defendants' experts.

***Defendants' Position:***

Defendants request a minimum of two weeks from the date Plaintiffs disclose their expert reports to prepare Defendants' expert reports.  A two-week period is necessary, given that (under either parties' proposal) Plaintiffs will have over a month after the initial disclosure deadline, and possibly over two months after their experts have toured the facilities, to prepare their reports.  Even with the agreement that the parties provide names of class members whose records will be reviewed by their experts on a rolling basis, Defendants will need sufficient time to review, analyze, and rebut the opinions of Plaintiffs' experts.  Indeed, while Defendants may know the class members who will be discussed, the actual opinions of Plaintiffs' experts will be unknown until the submission of their report.  As such, Defendants propose one of two options:

Option 1:  Plaintiffs' expert reports on October 8, 2021; Defendants' expert reports on October 22, 2021;

Option 2:  Plaintiffs' expert reports on October 11, 2021; Defendants' expert reports on October 25, 2021.

4.     The parties have also agreed to the following to streamline and expedite discovery:

     a. Both parties will provide each other with the names and ADC numbers of class members reviewed for expert reports on a rolling basis, to begin as soon as file reviews begin.

     b. Plaintiffs' experts' tours / inspections of prison facilities will be scheduled by agreement between the parties, with at least seven days' notice. Plaintiffs will endeavor to provide proposed dates as soon as possible, and will try to coordinate multiple experts' on-site visits to the extent possible given their schedules.

     c. Depositions will be conducted virtually to the extent possible, in light of the ongoing pandemic and to minimize expense and travel time for parties, counsel, witnesses, and experts.

     d. Counsel for Defendants will ensure that Centurion's counsel will cooperate and abide by all agreements made by the parties, or ordered by the Court, that relate to discovery.

5.     Disputed matters regarding the scope of discovery:

***Plaintiffs' Position***

The Court ordered Defendants to provide Plaintiffs' counsel and their experts access to class members' medical records electronically through eOMIS. Doc. 1582 at 1 (May 18, 2016 Minute Order). The Court's July 16, 2021 order did not vacate this previous order. Ongoing access to eOMIS pursuant to the Court's order permits class counsel to continue to advocate for individual class members and the class, pursuant to the Court's appointment, and allows for more expedited and streamlined on-site inspections by Plaintiffs' experts.

Plaintiffs believe that it is premature to agree to numerical limits on discovery in part because they are still in the process of identifying the experts who will be used for trial and those experts' information needs. Plaintiffs are willing to agree to reasonable

limits, subject to the right of either party to seek leave of Court to exceed those limits. However, to the extent that almost all information (other than that contained in individual class members' medical records) is in the sole possession of Defendants and their health care vendor Centurion, Plaintiffs cannot at this time agree to numerical limits.

### Defendants' Position

Defendants have allowed Plaintiffs and their experts to continue to access all inmates' medical records electronically through eOMIS. This will greatly alleviate the need for paper discovery and allow Plaintiffs' experts ample time to prepare their reports.

Defendants believe that a short scheduling conference will also help streamline discovery by reducing excessive depositions and written discovery, particularly if, at the conference, the Court provides the parties with the anticipated length of trial. With respect to expert depositions, the parties agree that each deposition will not exceed 7 hours. Defendants approached Plaintiffs regarding the following additional proposals: (1) limiting depositions of fact and 30(b)(6) witnesses to no more than 15 and no longer than four hours each (with the agreement that Plaintiffs could revisit the limit for good cause); (2) no more than 50 discrete requests for production; and (3) no more than 15 discrete interrogatories. Plaintiffs were not in a position to respond to Defendants' proposals, partially due to not knowing the anticipated length of trial.

6. The parties will continue to meet and confer in an attempt to reach additional agreements regarding the parameters and limits on the scope of discovery.

//

//

//

//

//

//

//

//

Respectfully submitted,

Dated: July 26, 2021

| | |
|---|---|
| **STRUCK, LOVE, BOJANOWSKI, & ACEDO** | **ACLU NATIONAL PRISON PROJECT** |
| | |
| By: _s/ Daniel Struck (*with permission*)_ | By: _s/ Corene T. Kendrick_ |
| Daniel P. Struck | Corene T. Kendrick (Cal. 226642)* |
| Rachel Love | 39 Drumm St. |
| Timothy J. Bojanowski | San Francisco, CA 94111 |
| Nicholas D. Acedo | Telephone: (202) 393-4930 |
| Ashlee B. Hesman | Email: ckendrick@aclu.org |
| Jacob B. Lee | |
| Timothy M. Ray | David C. Fathi (Wash. 24893)** |
| 3100 West Ray Rd., Ste. 300 | Maria V. Morris (D.C. 1697904)* |
| Chandler, AZ 85266 | Eunice Hyunhye Cho (Wash. 53711)** |
| Telephone: (480) 420-1601 | 915 15th St., N.W., 7th Floor |
| Email: dstruck@strucklove.com | Washington, D.C. 20005 |
| rlove@strucklove.com | Telephone: (202) 548-6603 |
| tbojanowski@strucklove.com | Email: dfathi@aclu.org |
| nacedo@strucklove.com | mmorris@aclu.org |
| ahesman@strucklove.com | echo@aclu.org |
| jlee@strucklove.com | |
| tray@strucklove.com | *Admitted *pro hac vice* |
| | **Admitted *pro hac vice*. Not admitted in |
| | DC; practice limited to federal courts. |
| | |
| | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| | Sara Norman (Cal. 189536)* |
| | Rita K. Lomio (Cal. 254501)* |
| | **PRISON LAW OFFICE** |
| | 1917 Fifth St. |
| | Berkeley, CA 94710 |
| | Telephone: (510) 280-2621 |
| | Email: dspecter@prisonlaw.com |
| | ahardy@prisonlaw.com |
| | snorman@prisonlaw.com |
| | rlomio@prisonlaw.com |
| | |
| | *Admitted *pro hac vice* |
| | |
| | Daniel C. Barr (Bar No. 010149) |
| | Amelia M. Gerlicher (Bar No. 023966) |
| | John H. Gray (Bar No. 028107) |
| | **PERKINS COIE LLP** |
| | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012 |
| | Telephone: (602) 351-8000 |
| | Email: dbarr@perkinscoie.com |
| | agerlicher@perkinscoie.com |
| | jhgray@perkinscoie.com |

Jared G. Keenan (Bar No. 027068)
Casey Arellano (Bar No. 031242)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: jkeenan@acluaz.org
carellano@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm; Desiree*
*Licci; Joseph Hefner; Joshua Polson; and*
*Charlotte Wells, on behalf of themselves and*
*all others similarly situated*

**ARIZONA CENTER FOR DISABILITY
LAW**


By: _s/ Maya S. Abela_
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone: (602) 274-6287
    Email: adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR
    DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone: (520) 327-9547
    Email:
        rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

| | |
|---|---|
| 1 | <u>**CERTIFICATE OF SERVICE**</u> |
| 2 | I hereby certify that on July 26, 2021, I electronically transmitted the above |
| 3 | document to the Clerk's Office using the CM/ECF System for filing and transmittal of a |
| 4 | Notice of Electronic Filing to the following CM/ECF registrants: |
| 5 | |
| 6 | Michael E. Gottfried<br>Lucy M. Rand |
| 7 | Assistant Arizona Attorneys General<br>Michael.Gottfried@azag.gov<br>Lucy.Rand@azag.gov |
| 8 | |
| 9 | Daniel P. Struck<br>Rachel Love |
| 10 | Timothy J. Bojanowski<br>Nicholas D. Acedo |
| 11 | Ashlee B. Hesman<br>Jacob B. Lee |
| 12 | Timothy M. Ray<br>STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| 13 | dstruck@strucklove.com<br>rlove@strucklove.com |
| 14 | tbojanowski@strucklove.com<br>nacedo@strucklove.com |
| 15 | ahesman@strucklove.com<br>jlee@strucklove.com |
| 16 | tray@strucklove.com |
| 17 | *Attorneys for Defendants* |
| 18 | s/ C. Kendrick |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |