THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVL 5.4
(Rule Number/Section)

Christopher J Henson
ADC # 183226
PO Box 5000
Florence Az 85132



UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Victor Parsons, et al., Plaintiff, | Case No: CV-12-00601-ROS- |
|---|---|
| v. | MOTION FOR AN ORDER FINDING THE UMBRELLA DOCTRINE BARS THE ATTORNEY GENERAL, STRUCK WIENEKE, RENAUD DRURY, BROENING OBERG, QUINTAIROS PRIETO, FOR THEY VIOLATE THE EIGHTH AMENDMENT AS APPLIED |
| David Shinn, et al., Defendants | |

As every Arizona Federal Judge is a victim — I ask this court to grant me leave to proceed, as these lawyers are inflicting cruel and unusual punishment and prohibiting meaningful access to courts. The purpose of 42 USC 1983 is to provide for a remedy for violations of Federal Rights.

Shinn / Ryan / Corizon / Centurion / Wexford

①

have instructed their employees, that as long as they deny inmates treatment for their serious medical needs, these employees shall be protected.

These lawyers have adopted a policy for implementing this protection as I discuss below.

These employees have no fear of repercussions for their actions, as I describe below.

### What They Have Done In This Court

① Sarah Barnes represents Centurion and its employees. In Shank v. Corizon, Sarah Barnes went to Dr. Wendy Orm of Centurion. She had Dr. Wendy Orm submit a declaration, in which she lied, that emails are not used to discuss inmate healthcare.

② Quinteiros Prieto, advised this court that emails are not used to discuss inmate healthcare. Eric Janice told this Judge otherwise and Quintairos Prieto fired him. Ellen Bruno and Valerie Baccero tried to cover this up. Valerie

Baccero has since left the firm.

③ Michael Gottfried did exactly the samething. With knowledge that there are reports and emails - that Sarah Barnes - Quintairos Prieto were lying - Gottfried did not notify the Courts.

④ Struck Wieneke concealed reports that contradict Gottfried, Barnes + Quintairos Prieto.

⑤ In Day v Unknown Party, Bearup v Corizon, Conoboy v. Centurion, Escalera v. Centurion, Funk v. Centurion, Tripati v. Corizon, Grande v. Centurion, Goff v. Wexford, Henson v Corizon, These lawyers did exactly the samething they did in Shank's case.

⑥ In, <u>United States v. Hodge + Zweig</u>, 548 F.2D 1347 (9th Cir. 1977), the Court stated when - to ensure wrongful conduct continue - an entity states that, Participants will be taken care of, if sued, the Umbrella Doctrine may apply.

⑦ To ensure that there is continuing illegalities the following misconduct, as to inmates, have

been continuing - because of Counsel:
(a) Shinn / Ryan / Wexford / Corizon / Centurion have assured their employees that - as long as - their employees - violate inmate rights to healthcare and retaliation - they shall be protected - provided Lawyers.

⑧ Daniel Struck, through the Struck Lawfirm has made sure that - for compensation - His Firm - conceals "all documents that are inculpatory evidence, that inmates are being denied healthcare.

⑨ In this regards, His office has concealed emails and reports of wrong-doings.

⑩ Michael Gottfried has directed his staff to make sure - all emails - documents - that are relevant to show there is a violation of the 8th Amendment and retaliation.

⑪ His staff have done exactly just that.

<u>How This Applies To Me —
The Policies Adopted By These
Lawyers Outside the Adversarial
Process — As Applied — The
Representation By A Single Law firm —
Of Every ADOC / Wexford / Corizon /
Centurion Employee Violates The
First and Eighth Amendment.</u>

(12) Shinn / Ryan / Wexford / Corizon / Centurion have directed their employees to do all that is necessary to deprive inmates of their right from cruel and unusual punishment and access to the courts.

(13) They have informed their employees that they shall be provided with Lawyers.

(14) Michael Gottfried and the Arizona Attorney Generals Office, Anthony Fernandez with Quintairos, Prieto Woods & Boyer, Sarah Barnes with Broening Oberg Wood & Wilson, Daniel Struck with Struck Wieneke, Joseph Conlon with Renaud Drury are these Lawyers.

(15) These lawyers — under — direct supervision

of Gottfried / Fernandez / Barnes / Struck / and Conlon, have adopted the policy - to treat inmate litigation - as a war.

(16) They have adopted the policies of:
  (a) Conceal / falsify evidence.
  (b) Obtain Declarations that are materially false.

(17) Because of the policies these lawyers — under the direct directives of — Gottfried / Fernandez / Barnes / Struck / Conlon - have adopted:
  (a) The Parsons stipulation's have been breached.
  (b) Walter Jordan, Lewis Harry, Spencer Clinton, and many other's have died.
  (c) Igwe, Adams, Powell, Robertson, Headstream, Stewart, Kary among multiple other providers across the state, have been denying inmates treatment.

(18) These Lawyers — just obtain false declarations and prevail on summary judgement.

⑲ Williams v Marinelli, 987 F.3D 188 (2nd Cir. 2021) found that the Recoupment Practice is in violation of 1983.

⑳ The concealing and falsifying evidence — Pursuant to policies — is so repugnant, That they cannot be reconciled with the right to not be deprived Treatment for serious medical needs, Right to have federal Judges review inmate Claims.

㉑ This practice encourages ADCRR/Wexford/Corizon/Centurion employees to abuse prisoners by denying inmates Treatment for serious medical needs, and using retaliation Tactics without fear of repercussions.

㉒ This is malicious and reckless.

㉓ The purpose of the misconduct is to ensure the offenders have no consequences and incentivises employees to violate inmate rights.

㉔ The actions have been Taken with Deliberate Indifference to the serious medical needs —

⑦

serious physical injury, pain and suffering.

### Relief Requested

I ask That:

(i) An order be issued That Ryan/Shinn return all monies They have charged inmates for Their healthcare.

(ii) Stop charging inmates until The issues are corrected.

(iii) Return all monies They have charged inmates for legal mail / legal copies / legal supplies for litigation - stop charging for future litigation until the Constitutional violations are corrected.

(iv) Ryan/Shinn/Wexford/Corizon/Centurion Renaud Dowry / Struck Wieneke / Quintairos Prieto / Broening Oberg / Sarah Barnes / Arizona Attorney General review every litigation That Their firm have been involved in - Release To inmates all documents.

(v) In every case that the named lawfirms in (iv) have been involved in - to review the concealed documents - and in the event the concealed documents may have changed the outcome - to notify the courts.

(vi) As to the Struck Lawfirm - in the matter of every inmate about when they were contacted - to review the medical records and and advise counsel - if any documents have been concealed.

Respectfully submitted this 23 day of July 2021

_____
Christopher J Henson