THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CvLR 5.4
(Rule Number/Section)

July 20, 2021

Roslyn Silver, Judge
U.S. District Court
401 West Washington Street
Suite 130, SPC-1
Phoenix, Arizona 85003-2118

___ FILED  ___ LODGED
___ RECEIVED  ___ COPY
JUL 23 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CV-12-601-PHX-ROS

RE: AZ DOC Intercepting Mail re: Medical Malfeasance

Dear Judge Silver:

The Department of Corrections in the State of Arizona does not want medical complaints to leave the institution, and are intercepting sealed outgoing legal mail to ensure this does not happen. Due to your recent decision to order a trial in the Ryan v. Parsons case, you need to know about this (if I can get it out).

I sent the attached complaint to the Arizona Medical Board (see Attachment 1), complete with grievances (having written to them in advance to learn the requirements). And they wrote back (Attachment 2), stating my complaint couldn't be processed because I didn't include the grievances.

The point is that the DOC is so desperate to contain dissemination of medical malfeasance that they will break the law in order that no one know about it. The mail room opened sealed outgoing legal mail to remove my grievances, rendering my complaint useless.

SCANNED

-2-

There is more, of course. Applications for commutation of sentence never arrive at the Board of Commutations and Parole. And the DOC Central Office has never received a grievance from the Yuma Complex. The forms are not available (inmates are told that Complex is the final authority), and if a form is smuggled in from another institution and submitted, it is intercepted in the mail and disappears. Subsequent inquiries to the DOC Central Office are futile -- they say they never received it.

We essentially have no medical department. Grievous wounds are left untreated and old men die rather than seek help from medical. A prisoner will pay if he goes to medical for any reason. It is a horrible thing to see a diabetic go into a coma because he was afraid to go ask for insulin.

I doubt whether this will make it to you, but on the chance that it might I send it to you. It's worse than you think here.

Sincerely,

Dana Charles DeVoe, ADC 287445
ASPC Yuma: Cibola Unit (7-D-7)
Post Office Box 8909
San Luis, Arizona   85349-8909

ENCL.

FILE

July 8, 2021

Arizona Medical Board
1740 West Adams Street
Suite 4000
Phoenix, Arizona 85007

RE: Complaint Against Prison Doctor Jauregui

Dear Board Members:

I would like to file an official complaint against prison medical doctor Jauregui for medical malpractice and deliberate medical indifference. This woman is harming a lot of prisoners, and it needs to be brought to your attention so it can be stopped. Emergency federal injunctive relief will be sought from the United States District Court contemporaneous with this complaint.

Mine is but one example amongst many, as I said, but it is perhaps a typical example of this physician's malfeasance. I have a damaged right foot, caused by deformity, dislocations and a snapped tendon. This condition was exacerbated by a gunshot wound in the same foot, surgically repaired with pins and plates but with continued nerve damage and resultant neuropathy. I live with daily pain.

Dr. Jauregui decided to take me off pain meds. I have been taking pain meds for years to deal with this foot prior to coming to prison, but

this didn't matter to her. She has done this to dozens of prisoners. Instead, she prescribed physical therapy. I underwent physical therapy with a therapist named Fraley, who quickly discontinued therapy because he said it was ineffective and no progress was being made. When I asked for pain meds again because of this, Dr. Juaregui declared that I had refused physical therapy. When I brought physical therapist Fraley to her personally to refute this, she called me a trouble maker and threw me out of the medical department.

Doctor Juaregui works for Trinity, and I believe she has been ordered by her employer to discontinue medications in order to reduce costs. I say this because dozens -- indeed hundreds -- of prisoners are being similarly treated, and suffering as a result. Profits are being prioritized over patient's medical needs.

I ask that you look into this and take appropriate action. Medical malpractice is being committed in this prison, and the men are needlessly suffering as a result. Please let me hear from you soon.

Sincerely,

[signature]

David Charles DeVoe, ADC 287445
ASPC Yuma: Cibola Unit (7-D-7)
Post Office Box 8909
San Luis, Arizona 85349-8909

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Informal Complaint Resolution**

Complaints are limited to one page and one issue.
Please print all information. 3/24/2021
21-028169

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| DEVOE, DANA C. | 259445 | ASPC YUMA CIBOLA | 3/24/21 |

| TO | LOCATION |
|---|---|
| CO III De La Hoya | ASPC Yuma Cibola 7C-D |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

On 3/23/21 I was informed that my pain medication "Gabapentin" was to be cut and then stopped entirely. I take this for severe nerve damage due to Causalgia and Neuropathy as a result of a gun-shot wound and more recent car accident. On 3/23/21 I was informed of this change by Ms Mesa of Centurion health, She stated "the doctor doesn't think you need it." However I've never been examined by the new Doctor or sent out to a Neurologist to determine the extent of my Nerve damage. This is a 20 year medical situation, I was initially medicated for this during my detention at Maricopa County Jail, Alhambra intake continued the Meds, and I've been re-issued the Meds prescription numerous times in the year I've been here at ASPC YUMA CIBOLA. Centurion is doing this to many patients here on CIBOLA unit without explanation or examination.

Please re-instate my full dosage as prescribed for the past year. 900 mg twice daily.

Thank you

INMATE SIGNATURE: /s/   DATE: 3/24/21

Have you discussed this with institution staff? [X] Yes [ ] No
If yes, give the staff member name: Medical Staff Ms Mesa



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Formal Grievance Response**

For distribution: Copy of Corresponding Informal complaint resolution must be attached to this response. 3/30/21

| INMATE NAME (Last, First M I) (Please print) | ADCRR NUMBER |
|---|---|
| Devoe, Dana C. | 287445 |
| INSTITUTION/UNIT | CASE NUMBER |
| ASPC-Yuma Cibola | 21-028169 |

**SUMMARY OF COMPLAINT**

This repsonse is to the medical grievance received on 03/25/2021. This grievance is in regards to your Gabapentin dose being lowered. You state you have nueropathy as a result of a gun shot wound. You state that your Gabapentin dose was lowered and advised by medical staff that the provider is tapering you off and will eventually take you off of it completely. You are requesting for your dose of 900mg twice daily to be re-instated.

**INMATE PROPOSED RESOLUTION**

You are requesting for your Gabapentin dose to be re-instated to 900mg twice daily.

**INVESTIGATIVE ACTION**

I have fully reviewed your electronic medical record. You were originally seen on 02/11/2020 by chronic care provider NP Smalley and she originally prescribed your Gabapentin. You have been taking Gabapentin 900mg twice daily since 02/11/2020. You were recently evaluated and assessed by provider Jauregui on 03/23/2021 for neuropathy pain to right foot secondary to injury. Provider Jauegui reports a high dose of Gabapentin for nerve pain is being administered and would like to taper you off your Gabapentin until completely off of your medication. You are still currently on the same dosage as you are taking Gabpaentin 600mg three times a day with an expiration date of 04/26/2021.

**FINDINGS & DECISION**

Mr. Devoe, you have been scheduled on provider Jauregui's appointment line to be re evaluated for your neuropathy and discuss your Gabapentin medication adjustment changes. If you develop any new symptoms or have further concerns, please use the HNR process so that you can be re-evaluated by medical for your concerns.

In accordance with Department Order 802, Inmate Grievance Procedure the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department.

| STAFF NAME (Last, First M I) (Please print) | SIGNATURE | DATE (mm/dd/yyy) |
|---|---|---|
| MMeza | Marcela Meza RN | 03/26/2021 |

802-2
2/7/21



**ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate Grievance

RECEIVED BY: D0(a)(a)(a,5)
TITLE: COIII
BADGE NUMBER: 6489
DATE: 4/2/2021

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First MI) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| DEVOE, DANA. C | 287445 | 4/1/21 |
| INSTITUTION/FACILITY | | CASE NUMBER |
| ASPC-YUMA - CIBOLA | | 21-028164 |
| TO: GRIEVANCE COORDINATOR | | |

**Description of Grievance** (To be completed by the Inmate)

On 2/11/2020 I was seen by chronic care provider NP Smalley for Nerve damage/pain resulting "Causalgia" and "Neuropathy" pain in Nerves from Gunshot wound and car accident injury to right foot and ankle and prescribed Gabapentin (continuing prescription from Maricopa County Jail) On 3/24/21 I was advised by RN Meza that Provider Jauregui was going to lower, Taper, and remove me from medication. Medication was interrupted, then medication times changed from twice daily to three times daily, as of 4/1/21 medication has been interrupted again and now dose is to be lowered and times of dose changed again. I have severe nerve damage due to 9mm gunshot wound that left pins, screws and plate in right ankle, and a snapped tendon in second toe causing dislocation deformity in toe joint, nerves in toe are damaged, as well as nerves in bottom of foot that run up back of leg

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Filed informal 3/24/21 w/ COS Dr. Kitzyu #1481, RN MEZA replied with form 802-2 on 3/30/21. I have no agreement with Meds given 3 times daily. My solution is for Centurion to continue my Medication at the prescribed dosage. 5th and 14th amendments perfect process right to be free from abuse of discretion, 8th Amdt protects right to be free of civil/criminal punishment, chronic pain complaint is "continuing violation" and is not barred by any statute of limitation as long as medical neglect continues should decide mistake in discretion please.

| INMATE'S SIGNATURE | DATE | GRIEVANCE COORDINATOR'S | DATE |
|---|---|---|---|
| /s/ | 4/1/21 | CUIII Martin, Beatriz | 04/02/21 |

Action taken by                                   Documentation of Resolution or Attempts at Resolution.

STAFF MEMBER'S SIGNATURE            BADGE NUMBER            DATE



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Formal Grievance Response**

*For distribution:* Copy of Corresponding Informal complaint resolution must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER |
|---|---|
| Devoe, Dana | 287445 |
| INSTITUTION/UNIT | CASE NUMBER |
| ASPC/Yuma Cibola 7C43L | 21-028169 |

**SUMMARY OF COMPLAINT**

You state on 02/11/2020 you were seen by the NP for nerve damage and you were advised by RN Meza that provider Jaueraqui would be lowering your Gabapentin then tapering you off Gabapentin. You state medication was interrupted and changed to a lower dose.

**INMATE PROPOSED RESOLUTION**

You are requesting to continue your Gabapentin at the higher dose

**INVESTIGATIVE ACTION**

Review of your electronic health records, provider appointments and medication orders

**FINDINGS & DECISION**

I have reviewed your concerns and medical records. You were seen on 03/23/2021 by the onsite provider for right foot pain. Your recent podiatry appointment was discussed and you were advised that conservative management recommended by Ortho, surgical option was not recommended. You were also advised that the Gabapentin would be renewed at a lower dose with a goal to eventually be off the Gabapentin in the future. You were also advised you would need to be re-evaluated next visit, a detailed history and complete Physical Exam related to reported neuropathy. On 04/01/2021 your Gabapentin was changed form 600mg 3 times/day to 600mg 2 times/day. I do not see where there was an interruption in medication. On 04/01/2021 you were seen by the same provider for a follow up that was discussed in previous visit regarding full history and physical exam to determine need of Gabapentin. During this appointment you refused to be evaluated, requestng the provider fill out papers written by you. You continued to refused to be evaluated stating you only wanted answers. You were unwilling to discuss other treatment options or alternatives. You were advised in order to be able to determine need and correct dosing of Gabapentin the full evaluation would need to be completed and you were made aware this Gabapentin order expires at the end of April. You are currently scheduled for a 3 week follow up for a full evaluation. Please be willing to work with the provider so the correct medication and dosage can be determined for your medical concerns. If at any time before your next appointment there is a change to your condition please utilize the HNR process to be evaluated by medical.

In accordance with Department Order 802, Inmate Grievance Procedure the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department.

| STAFF NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyy) |
|---|---|---|
| Myers, Carli | Carli Myers  RN DON | 04/21/2021 |

Carli Myers RN
Director of Nursing

802-2
2/7/21

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

Received By: Tallahala
Title: COIII
Badge #: 6489
Date: (mm/dd/yyyy) 04/23/2021

Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)

**Please Print**

INMATE'S NAME (Last, First M.I.) (please print): Devoe, Dana C.
ADC NUMBER: 289445
DATE (mm/dd/yyyy): 4/23/21
INSTITUTION: ASPC-Yuma-Cibola
CASE NUMBER: 21-028169

TO: Contract Facility Health administrator, Dr Jordan MD, Dakota Unit

I am appealing the decision of Carli Myers RN, Dr Jauregui MD, Anaela Meza RN for the following reasons:

Please reinstate my prescription for Gabapentin at original dosage. I suffer from Nerve damage causalgia and Neuropathy in right foot from several injuries. Medication prescribed at Maricopa Cty Jail and continued at DOC. On 4/1/21 officer Zuniga was present as I asked Dr Jauregui why I was being taken off medication, no exam was being conducted, I did not refuse any exam, CO Zuniga and a nurse were present. Dr Jauregui advised that "all doctor practice medicine differently" and "I don't think I need the medication". RN Meza then saw me 4/6/21 as present at CO practice, again no exam, no refusal of exam, and no clear answer to what changed in diagnosis except "I don't think I need medication." I have deformity, dislocation, scarred tendons in 2nd toe that explained nerve damage/ causalgia, Every joint crushed, waiting to repair Ankle (with hardware). Request meeting, no known past violation. 5th, 8th, 14th amendment

INMATE'S SIGNATURE: [signature]
DATE (mm/dd/yyyy): 4/23/21
GRIEVANCE COORDINATOR'S SIGNATURE: COIII Martin, B #7075
DATE (mm/dd/yyyy): 4/23/21

RESPONSE TO INMATE BY: 
LOCATION:

STAFF SIGNATURE:
DATE (mm/dd/yyyy):

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
              Pink – Inmate
              FINAL: White – Inmate
                     Canary – Grievance File

602-3
12/12/13



**Arizona Department of Corrections
Rehabilitation and Reentry**

Inmate ~~Formal~~ Grievance Response
*Appeal*

*For distribution:* Copy of Corresponding Informal complaint resolution must be attached to this response.

| INMATE NAME (Last, First M.I.) (Please print) | ADCRR NUMBER |
|---|---|
| De Voe, Dana | 287445 |
| INSTITUTION/UNIT | CASE NUMBER |
| Cibola 7D/07L | ~~20-028169~~ 21-028169 |

**SUMMARY OF COMPLAINT**
You have submitted an appeal to have your Gabapentin medication re-prescribed your orignal amount of Gabapentin.

**INMATE PROPOSED RESOLUTION**
Prescribe Gabapentin at 3 tabs of 300mg TID.

**INVESTIGATIVE ACTION**
Review of electronic medical records, to include consults, medications, scanned documents and provider notes

**FINDINGS & DECISION**
I have reviewed your medical records as described. I have reviewed your consults and see that you have gotten Physical therapy on site and have your follow up appointment this week. You are currently still prescribed Gabapentin at 1 tab 400mg BID. After reviewing the proivder's notes the last encounter she still was unable to fully evaluate you. You do have an upcoming appintment with the proivder to re-evaluate and review you pain management. You also have your upcoming physical thearpy appointment.

In accordance with Department Order 802, <u>Inmate Grievance Procedure</u> the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department.

| STAFF NAME (Last, First M.I.) (Please print) | SIGNATURE | DATE (mm/dd/yyy) |
|---|---|---|
| Bryn Hoter FHA | [signature] | 5-24-21 |

802-2
2/7/21



# Arizona Medical Board

1740 W. Adams St., Suite, Phoenix, Arizona  85007  •  website: www.azmd.gov
Phone (480) 551-2700  •  Toll Free (877) 255-2212  •  Fax (480) 551-2702

**Governor**

**Douglas A. Ducey**

**Members**

**R. Screven Farmer, M.D**
Chair
Physician Member

**James Gillard, M.D., M.S.**
Vice-Chair
Physician Member

**Lois E. Krahn, M.D.**
Secretary
Physician Member

**Jodi Bain, Esq.**
Public Member

**Bruce A. Bethancourt, MD**
Physician Member

**David Beyer, MD**
Physician Member

**Laura Dorrell, M.S.N., R.N.**
Public Member/RN

**Gary R. Figge, M.D.**
Physician Member

**Pamela E. Jones**
Public Member

**Eileen M. Oswald, M.P.H.**
Public Member

**Executive Director**

**Patricia E. McSorley**

July 13, 2021

Arizona Department of Corrections
Inmate: Dana Charles DeVoe
ADC# 287445
ASPC: Yuma
Unit: Cibola (7-D-7)
P.O. Box 8909
San Luis, AZ   85349-8909

**Re:  Recent complaint.**

Dear Ms. DeVoe:

The Board has received your complaint against a licensed Medical Doctor/Physician Assistant.  We must inform you that we cannot process your complaint at this time because you have not provided us with documentation establishing that you have exhausted all internal Department of Corrections' grievance procedures.  A.R.S. §31-241 requires you to exhaust all of those procedures and provide appropriate documentation to that effect before you may file a complaint with this Board.  Therefore, we are returning your complaint to you with a copy of the statute.

If you complete all internal Corrections Department's grievance procedures and wish to pursue your complaint after completing that process, please re-file your complaint along with a copy of the final department grievance response attached.  If we receive both of those documents, the Board will conduct an appropriate investigation and take appropriate action.  Thank you.

Respectfully,

Ida Eskava
Intake Officer
Arizona Medical Board

2

Prior to submitting a complaint, please make sure you have exhausted all internal grievance procedures. The Arizona Medical Board is restricted by statute from investigating a complaint from an inmate unless proper procedures have been done. If you have exhausted all internal grievance procedures, you must provide the final letter from the Director indicating such. Thank you.

**31-241. Inmate complaints to boards; procedure**
A. An inmate shall exhaust all internal department grievance procedures before filing a complaint with any of the following boards:
1. The state dental board established by section 32-1203.
2. The Arizona regulatory board of physician assistants established by section 32-2502.
3. The Arizona medical board established by section 32-1402.
4. The state board of nursing established by section 32-1602.
5. The board of occupational therapy examiners established by section 32-3402.
6. The Arizona board of osteopathic examiners in medicine and surgery established by section 32-1801.
7. The Arizona state board of pharmacy established by section 32-1902.
8. The state board of psychologist examiners established by section 32-2062.
9. The medical radiologic technology board of examiners established by section 32-2802.
B. If an inmate files a complaint with a board pursuant to subsection A of this section, the inmate shall attach a copy of the final department grievance response to the complaint.