☒ FILED ☐ LODGED

**Jul 29 2021**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

FRANKIE RODRIGUEZ
140309 · RAST MAX
ASPC - LEWIS
P.O BOX 3600
BUCKEYE, AZ 85326

U.S DISTRICT COURT
DISTRICT OF AZ

| | |
|---|---|
| VICTOR PARSONS, ET AL<br>PLAINTIFFS, | CASE NO. CV 12-00601-PHX-DJH |
| v. | NOTICE TO THE COURT<br>AND REQUEST FOR<br>CLARIFICATION &<br>INTERVENTION |
| CHARLES RYAN, ET AL<br>DEFENDANTS. | |

COMES NOW PLAINTIFF CLASS MEMBER, FRANKIE RODRIGUEZ, NOTIFYING THE COURT THAT THE DEFENDANTS ARE INTENTIONALLY ABUSING THE PARSONS v RYAN STIPULATION AND KNOWINGLY USING IT TO RETALIATE AGAINST PLAINTIFF CLASS MEMBERS.

THE DEFENDANTS ARE DELIBERATELY IGNORING SECTION II. SUBSTANTIVE PROCEDURES, SUBSECTION B. MAXIMUM CUSTODY PRISONERS, PARAGRAPH 22 WHICH STATES " ADC MAXIMUM CUSTODY PRISONERS ... IN NO EVENT SHALL BE OFFERED LESS THAN 6 HOURS PER WEEK OF OUT-OF-CELL EXERCISE." THEY ARE, IN

VIOLATION OF THE STIPULATION & POLICY & LAW , SUSPENDING
OUR OUT-OF-CELL EXERCISE TIME FOR 30 TO 90 DAYS AT
A TIME FOR NON-VIOLENT & NON-DANGEROUS BEHAVIOR —
DENYING US ANY OUT-OF-CELL TIME AT ALL IN RETALIATION
FOR ANY NUISANCE BEHAVIOR. THE DEFENDANTS ARE
CITING PARSONS AS THEIR JUSTIFICATION , SPECIFICALLY
SECTION II. , SUBSECTION B. , PARAGRAPH 26 . THEY ARE
USING THIS SECTION OF PARSONS BY SUBMITTING "CONFIDENTIAL"
REPORTS LABELING US AS SIGNIFICANT SECURITY RISKS , WITHOUT
ANY CORROBORATING EVIDENCE NOR CERTIFICATION BY THE WARDEN
AND NO OVERSIGHT OF ANY PROCEDURES.

I AM REQUESTING THE COURT CLARIFY THAT OUT-OF-
CELL TIME AND OUT-OF-CELL EXERCISE ARE NOT SYNONYMOUS
AND NOT THE SAME . I AM REQUESTING THE COURT
INTERVENE BY ORDERING THE DEFENDANTS TO CEASE AND
DESIST 30 TO 90 DAY OUT-OF-CELL EXERCISE SUSPENSIONS
AND REQUIRE THEY ADHERE TO THE 6 HOURS A WEEK
MINIMUM .

RESPECTFULLY SUBMITTED THIS 29TH DAY OF JULY , 2021

FRANKIE RODRIGUEZ