| | |
|---|---|
| 1 | Victoria Lopez (Bar No. 330042) |
| 2 | Jared G. Keenan (Bar No. 027068) |
|   | **ACLU FOUNDATION OF ARIZONA** |
| 3 | 3707 North 7th Street, Suite 235 |
|   | Phoenix, Arizona 85013 |
| 4 | Telephone: (602) 650-1854 |
| 5 | Email: vlopez@acluaz.org |
|   | Email: jkeenan@acluaz.org |

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR THE PLAINTIFFS** |

Pursuant to Local Rule 83.3, notice is hereby given that Victoria Lopez of the ACLU Foundation of Arizona hereby enters her appearance as co-counsel of record for all of the Plaintiffs except the Arizona Center for Disability Law.

Dated: August 3, 2021

**ACLU FOUNDATION OF ARIZONA**

By: */s/ Victoria Lopez*
   Victoria Lopez (Bar No. 330042)
   Jared G. Keenan (Bar No. 027068)
   3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
   Telephone: (602) 650-1854

**ACLU NATIONAL PRISON PROJECT**
   David C. Fathi (Wash. 24893)**
   Maria V. Morris (D.C. 1697904)
   Eunice Hyunhye Cho (Wash. 53711)**
   915 15th Street N.W., 7th Floor
   Washington, D.C. 20005
   Telephone: (202) 548-6603
   Email:   dfathi@aclu.org
             mmorris@aclu.org
             echo@aclu.org

*Admitted *pro hac vice*. Not admitted in DC;
 practice limited to federal courts.
**Admitted *pro hac vice*

**ACLU NATIONAL PRISON PROJECT**
   Corene Kendrick (Cal. 226642)*
   39 Drumm Street
   San Francisco, California 94111
   Telephone: (202) 393-4930
   Email:   ckendrick@aclu.org

*Admitted *pro hac vice*

**PRISON LAW OFFICE**
   Donald Specter (Cal. 83925)*
   Alison Hardy (Cal. 135966)*
   Sara Norman (Cal. 189536)*
   Rita K. Lomio (Cal. 254501)*
   1917 Fifth Street
   Berkeley, California 94710
   Telephone: (510) 280-2621
   Email:   dspecter@prisonlaw.com

ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

**PERKINS COIE LLP**
  Daniel C. Barr (Bar No. 010149)
  John H. Gray (Bar No. 028107)
  Austin C. Yost (Bar No. 034602)
  Karl J. Worsham (Bar No. 035713)
  Kathryn E. Boughton (Bar No. 036105)
  Mikaela N. Colby (Bar No. 035667)
  Kelly Soldati (Bar No. 036727)
  2901 N. Central Avenue, Suite 2000
  Phoenix, Arizona 85012
  Telephone: (602) 351-8000
  Email: dbarr@perkinscoie.com
     jhgray@perkinscoie.com
     ayost@perkinscoie.com
     kworsham@perkinscoie.com
     kboughton@perkinscoie.com
     mcolby@perkinscoie.com
     ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*s/ Victoria Lopez*
Victoria Lopez

-3-