1  Victoria Lopez (Bar No. 330042)
2  Jared G. Keenan (Bar No. 027068)
   **ACLU FOUNDATION OF ARIZONA**
3  3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
4  Telephone: (602) 650-1854
   Email: vlopez@acluaz.org
5  Email: jkeenan@acluaz.org
6

7  *Attorneys for Plaintiffs Shawn Jensen, Stephen
8  Swartz, Sonia Rodriguez, Christina Verduzco,
   Jackie Thomas, Jeremy Smith, Robert Gamez,
9  Maryanne Chisholm, Desiree Licci, Joseph Hefner,
   Joshua Polson, and Charlotte Wells, on behalf of
10 themselves and all others similarly situated*

11
   **[ADDITIONAL COUNSEL LISTED ON
12 SIGNATURE PAGE]**

13

14
                    UNITED STATES DISTRICT COURT
15
                         DISTRICT OF ARIZONA
16
17 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
   |---|---|
   | | **NOTICE OF WITHDRAWAL OF COUNSEL FOR THE PLAINTIFFS** |
   | Plaintiffs, | |
   | v. | |
   | David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Division Director, Division of Health Services, Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities, | |
   | Defendants. | |

Pursuant to Local Rule 83.3 (b), notice is hereby given that Casey Arellano is no longer with the ACLU Foundation of Arizona and as such, is no longer counsel for the Plaintiffs. Plaintiffs will continue to be represented by Victoria Lopez and Jared G. Keenan of the ACLU Foundation of Arizona and co-counsel of record for all of the Plaintiffs except the Arizona Center for Disability Law.

Dated: August 3, 2021

**ACLU FOUNDATION OF ARIZONA**

By: */s/ Victoria Lopez*
    Victoria Lopez (Bar No. 330042)
    Jared G. Keenan (Bar No. 027068)
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
    Telephone: (602) 650-1854

**ACLU NATIONAL PRISON PROJECT**
    David C. Fathi (Wash. 24893)**
    Maria V. Morris (D.C. 1697904)
    Eunice Hyunhye Cho (Wash. 53711)**
    915 15th Street N.W., 7th Floor
    Washington, D.C. 20005
    Telephone: (202) 548-6603
    Email:   dfathi@aclu.org
               mmorris@aclu.org
               echo@aclu.org

    *Admitted *pro hac vice*. Not admitted in DC;
     practice limited to federal courts.
    **Admitted *pro hac vice*

**ACLU NATIONAL PRISON PROJECT**
    Corene Kendrick (Cal. 226642)*
    39 Drumm Street
    San Francisco, California 94111
    Telephone: (202) 393-4930
    Email:   ckendrick@aclu.org

    *Admitted *pro hac vice*

**PRISON LAW OFFICE**
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Rita K. Lomio (Cal. 254501)*

1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
    ahardy@prisonlaw.com
    snorman@prisonlaw.com
    rlomio@prisonlaw.com

*Admitted *pro hac vice*

**PERKINS COIE LLP**
Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
    jhgray@perkinscoie.com
    ayost@perkinscoie.com
    kworsham@perkinscoie.com
    kboughton@perkinscoie.com
    mcolby@perkinscoie.com
    ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2021, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

*s/ Victoria Lopez*
Victoria Lopez