Larry Joe Prince
ILDOC# Y34429
(ADCRR# 058251)
Stateville CC
P.O. Box 112
Joliet, Illinois 60434



July 27, 2021

The Honorable Roslyn O. Silver
Judge of the United States District
Court for the District of Arizona
401 West Washington St.
Phoenix, Arizona 85003

CV-12-601-PHX-ROS

Re: Parsons v. Shinn; Supplement to Letter Dated June 28, 2021

Your Honor:

Upon conferring with counsel and discussing my prior communique of June 28, 2021, please allow me the brief follow up.

Subsequent to my February 22, 2016, motion to intervene being denied, I also continued to communicate with class counsel to provide any assistance on the continued quest to enforce the Parsons agreement. Class counsel utilized my information in, I believe, motions filed in 2017-18, and Judge Duncan cited to my information in a prior ruling. In 2018 I was asked by class counsel to sign a declaration. I did so and agreed to testify to said facts. Approximately one week before my January 29, 2019, compact transfer, Plaintiff class counsel was touring Browning Unit and asked to speak with me. I was put on standby to see counsel, but the Browning Unit SSU staff made up an excuse making me unavailable. I never did get to speak with class counsel.

During this time period, the Defendants were also attempting to settle and enforce Rudisill v. Ryan. I recently discovered that Rudisill was also before Your Honor's court. In that case the SSU and STG units, operating by Defendants, began advising validated STG members in the Browning STG Unit to write prisoners in the General Population ("GP") demanding cooperation with Rudisill and the (integration) housing assignments in DO 704. When that system was failing, SSU/STG staff arranged direct phone calls between the same STG members and prisoners in the GP to enforce Rudisill and DO 704.

When I was approached for these tactics, upon returning from my Browning Unit classes, I first found a letter of October 2018, from a GP prisoner sitting on my bed advising me "staff are telling us which race we will live with and demanding my signature under threat of punishment, what do we do(?)." SSU staff are the only staff that handle validated STG members' mail.

1

I then discovered the author of the letter was asking me also on behalf of my young cousin. I specifically advised them to read the DO 704 provisions and the housing form. The instructions were clear and if staff were operating outside those provisions, then, file a grievance.

I was then asked to make the phone calls. I said, "no way." I was concerned SSU was using STG prisoners as cover if the whole enforcement went awry. There was simply no provisions in Rudisill for these activities involving validated STG members to enforce a Federal Court Order. I was transferred out of state about one month later.

Respectfully,
//s//Larry Joe Prince

Larry Joe Prince
ILDOC # Y34429
ADCRR # 058251
Stateville CC
P.O. Box 112
Joliet, IL 60434

PHOENIX AZ 852
27 JUL 2021 PM 4 L

The Honorable Roslyn O. Silver
Judge of the United States District
Court for the District of Arizona
401 W. Washington St.
Phoenix, AZ 85003

85003-21309S


FOREVER
849810714104043