Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

153426064.1

1  Notice is hereby given that on August 10, 2021, Plaintiffs served the following
2  discovery via email:
3  (1) Plaintiffs' First Set of Requests for Production of Documents to Defendants.

| | |
|---|---|
| Dated: August 10, 2021 | **ACLU NATIONAL PRISON PROJECT** |
| | By: s/ Corene T. Kendrick |
| | David C. Fathi (Wash. 24893)** |
| | Maria V. Morris (D.C. 1697904)* |
| | Eunice Hyunhye Cho (Wash. 53711)** |
| | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| | Telephone: (202) 548-6603 |
| | Email: dfathi@aclu.org |
| | mmorris@aclu.org |
| | echo@aclu.org |
| | |
| | Corene Kendrick (Cal. 226642)* |
| | **ACLU NATIONAL PRISON PROJECT** |
| | 39 Drumm Street |
| | San Francisco, California 94111 |
| | Telephone: (202) 393-4930 |
| | Email: ckendrick@aclu.org |
| | |
| | *Admitted *pro hac vice* |
| | **Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| | |
| | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| | Sara Norman (Cal. 189536)* |
| | Rita K. Lomio (Cal. 254501)* |
| | **PRISON LAW OFFICE** |
| | 1917 Fifth Street |
| | Berkeley, California 94710 |
| | Telephone: (510) 280-2621 |
| | Email: dspecter@prisonlaw.com |
| | ahardy@prisonlaw.com |
| | snorman@prisonlaw.com |
| | rlomio@prisonlaw.com |
| | |
| | *Admitted *pro hac vice* |

153426064.1

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
jhgray@perkinscoie.com
ayost@perkinscoie.com
kworsham@perkinscoie.com
kboughton@perkinscoie.com
mcolby@perkinscoie.com
ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:  s/ Maya Abela |
| 4 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 5 | Telephone:  (602) 274-6287<br>Email:   adietrich@azdisabilitylaw.org |
| 6 | |
| 7 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292)<br>Maya Abela (Bar No. 027232) |
| 8 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone:  (520) 327-9547<br>Email: |
| 11 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 12 | mabela@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

-3-

153426064.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-

153426064.1