UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PRESENT DIRECT EXPERT TESTIMONY BY DECLARATION** |

The Court, having reviewed Plaintiffs' Motion to Present Direct Expert Testimony by Declaration, and good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Motion to Present Direct Expert Testimony by Declaration.

**IT IS FURTHER ORDERED** that both parties shall submit direct expert testimony, as defined in Plaintiffs' Motion to Present Direct Expert Testimony by Declaration, via written declaration, which shall be filed and exchanged no later than close-of-business four court days before the witness's scheduled appearance. With

153428909.1

1 respect to each witness offering expert testimony, the Court will allow the parties 90
2 minutes of live direct testimony and 180 minutes of cross-examination.