Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF CORENE KENDRICK IN SUPPORT OF PLAINTIFFS' MOTION TO PRESENT DIRECT EXPERT TESTIMONY BY DECLARATION** |

153431525.1

I, Corene T. Kendrick, declare:

1.      I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*.  I am a deputy director at the ACLU National Prison Project, and an attorney of record to the plaintiff class in this litigation.  If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      On July 26, 2021, counsel for the parties met-and-conferred regarding discovery and trial dates.  The day before our meeting, I emailed Defendants' counsel and proposed that the parties stipulate and jointly request that the Court "permit submission of expert testimony by writing with one hour of direct and no more than three hours of cross[-examination]."  Attached as **Exhibit 1** is a true and correct copy of my email dated July 25, 2021.

3.      On July 26, 2021, prior to our meeting, Daniel Struck, counsel for Defendants, responded and stated that "For the same reasons that we objected to this procedure before the trial setting, we cannot agree to providing substantive testimony of an expert provided by counsel."  [Ex. 1 at 2]  Mr. Struck did not provide a counter-proposal to Plaintiffs' proposal.

4.      The parties met-and-conferred later on July 26, 2021.  Counsel for Plaintiffs again explained that we anticipated calling for our case in chief five experts to testify about systemic problems in the delivery of health care to more than 30,000 class members and in the management of people incarcerated in isolation units in multiple prisons (in addition to calling other fact witnesses). Given the Court's firm start and end dates for trial, the fact that this is a bench trial, and the voluminous facts that the experts will review and opine upon, it is Plaintiffs' counsel's experience from litigating similar systemic class action cases to trial that presenting expert testimony via written declaration supplemented by limited live testimony is the most efficient way to present information to the Court.

5.      I was counsel of record in this matter in 2014 when it was set for trial prior to its settlement.  Counsel of Plaintiffs sought a similar order at the time from Judge Humetewa, who denied our motion and encouraged the parties to stipulate to the admissibility of the experts' testimony.

6.      I do not believe that similar efficiencies can be accomplished via stipulation here. Moreover, I do not believe that Defendants would so stipulate to any efficiencies related to expert reports or testimony. Counsel for Plaintiffs proposed to Defendants that the parties stipulate to the admissibility of all experts' reports.   Attached herein as **Exhibit 2** is a true and correct copy of an email I sent Mr. Struck on August 5, 2021, where such a proposal was made.  [*See* Ex. 2 at 3]

7.      The parties met-and-conferred again on August 6, 2021, where we discussed Plaintiffs' proposal regarding submitting expert testimony in writing with limited live questioning.   Counsel for Defendants again rejected our proposal, and offered no counterproposal.   Counsel for Defendants also refused to stipulate regarding the admissibility of experts' reports.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 11, 2021, in San Francisco, California.

                                          s/ Corene T. Kendrick
                                        Corene T. Kendrick

**ADDITIONAL COUNSEL:**                David C. Fathi (Wash. 24893)**
                                       Maria V. Morris (D.C. 1697904)*
                                       Eunice Hyunhye Cho (Wash. 53711)**
                                       **ACLU NATIONAL PRISON PROJECT**
                                       915 15th Street N.W., 7th Floor
                                       Washington, D.C. 20005
                                       Telephone:  (202) 548-6603
                                       Email:      dfathi@aclu.org
                                                   mmorris@aclu.org
                                                   echo@aclu.org

153431525.1

Corene T. Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:        ckendrick@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in
DC; practice limited to federal courts.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:        dspecter@prisonlaw.com
                 ahardy@prisonlaw.com
                 snorman@prisonlaw.com
                 rlomio@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email: dbarr@perkinscoie.com
          jhgray@perkinscoie.com
          ayost@perkinscoie.com
          kworsham@perkinscoie.com
          kboughton@perkinscoie.com
          mcolby@perkinscoie.com
          ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

-3-

153431525.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
           jrico@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

153431525.1

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on August 11, 2021, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

10

11

12

13

14

15

16

17

*Attorneys for Defendants*

18

s/ D. Freouf

19

20

21

22

23

24

25

26

27

28

-5-