Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendant(s)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the Defendants in the above-named case appeal to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on July 16, 2021 (Dkt. 3921).

/ / /

/ / /

/ / /

DATED this 16th day of August, 2021.

                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                    By /s/ Daniel P. Struck
                        Daniel P. Struck
                        Rachel Love
                        Timothy J. Bojanowski
                        Nicholas D. Acedo
                        3100 West Ray Road, Suite 300
                        Chandler, Arizona 85226

                    *Attorneys for Defendant(s)*

# REPRESENTATION STATEMENT

**Counsel for Defendants-Appellants David Shinn and Richard Pratt:**

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1696
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

**Counsel for Plaintiffs-Appellees Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated:**

Victoria Lopez
Jared G. Keenan
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, AZ 85014-5077
Telephone: (602) 650-1854
Fax: (602) 650-1376
vlopez@acluaz.org
jkeenan@acluaz.org

David C. Fathi
Eunice H. Cho
Maria V. Morris
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, DC 20005-2313
Telephone: (202) 548-6603
Fax: (202) 393-4931
dfathi@ aclu.org
echo@ aclu.org
mmorris@aclu.org

Donald Specter
Alison Hardy
Sara Norman
Rita K. Lomio
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com

John H. Gray
Daniel C. Barr
Austin C. Yost
Karl J. Worsham
Kathryn E. Boughton
Mikaela N. Colby
Kelly Soldati
**PERKINS COIE LLP**
2901 N. Central Ave., Ste. 2000
Phoenix, AZ 85012-2740
Telephone: (602) 351-8000
Fax: (602) 648-7000
Telephone: (602) 351-8000
dbarr@perkinscoie.com
jhgray@perkinscoie.com
ayost@perkinscoie.com
kworsham@perkinscoie.com
kboughton@perkinscoie.com

mcolby@perkinscoie.com
ksoldati@perkinscoie.com

Corene Kendrick
ACLU National Prison Project
39 Drumm Street
San Francisco, CA 94111
Telephone: (202)393-4930
Email: ckendrick@aclu.org

**Counsel for Plaintiffs-Appellees Arizona Center for Disability Law:**

| | |
|---|---|
| Asim Dietrich<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>5025 East Washington Street, #202<br>Phoenix, AZ 85034-7439<br>Telephone: (602) 274-6287<br>Fax: (602) 274-6779<br>adietrich@azdisabilitylaw.org | Rose A. Daly-Rooney<br>J.J. Rico<br>Maya Abela<br>**ARIZONA CENTER FOR DISABILITY LAW**<br>177 North Church Avenue, Suite 800<br>Tucson, AZ 85701<br>Telephone: (520) 327-9547<br>Fax: (520) 884-0992<br>rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck