Kevin Chapman #320107
ASPC-Florence, East Unit
PO Box 5000 EAST UNIT
Florence, AZ 85132

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, et al., Plaintiffs | CV-12-00601-PHX-ROS |
| v. | MEDICAL EMERGENCY |
| Charles Ryan, et al Defendants | |

## DECLARATION

① On 8-26-21, I had approximately 30 seizures in my housing location.

② It took approximately 1 hour before I received any medical attention.

③ By the time paramedics arrived, my heart stopped, I had to be revived, then I was sent via helicopter to the hospital.

④ The reason I suffered the seizures and almost died was because N.P. Karanja-Adams changed my seizure medication against my will.

⑤ I used to take Topamax (100 mg), Debaco (250 mg), and gabapentin (1100 mg) which worked great for my seizures.

⑥ N.P. Karanja-Adams, against my will, changed my gabapentin medication to Keppra, despite me telling her changing my meds will cause me serious issues.

⑦ Despite me telling Karanja-Adams of the foreseeable medical issues, she ignored my concerns and almost killed me.

⑧ The hospital told me I have frontal lobe damage to my brain due to my heart stopping and having to be revived.

⑨ The hospital ordered I be put back on my previous seizure meds: Gabapentin, Topamax, and Debaco.

⑩ Since returning from the hospital, N.P. Karanja-Adams has refused to follow the recommendations of the hospital.

⑪ I am in imminent threat of continued seizures and possible death.

⑫ I am respectfully asking for help from this court and an order for N.P. Karanja-Adams to follow the specialists/hospital orders so I don't have to suffer further injury or possible death.

I, Kevin Chapman, declare under the penalty of perjury the above is true and correct to the best of my knowledge.

Kevin Chapman                               8-31-21
Kevin Chapman                                 Date