IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Richard Pratt, et al., | |
| Defendants. | |

Unnamed class members Frankie Rodriguez filed multiple motions requesting that Defendants be held in contempt for their failure to comply with the Stipulation and requesting intervention to prevent Defendants from retaliating against class members (Docs. 3924, 3925, 3929, and 3930). Unnamed class member Christopher Henson also seeks an order directing a refund to all prisoners for the charges they have incurred for their healthcare (Doc. 3927). The motions must be denied because both prisoners are represented by class counsel and cannot file motions on their own behalf. The Court will, however, send both prisoners the requisite forms to file a civil action on their own behalf.

…

…

…

…

…

…

**IT IS THEREFORE ORDERED** that the Motion for Contempt, Motion for Clarification and Intervention, Motion for Order, Motion for Contempt, and Motion to Intervene (Docs. 3924, 3925, 3927, 3929, 3930) are **DENIED**. The Clerk of Court must mail Mr. Rodriguez and Mr. Henson court-approved forms for filing a civil rights complaint by a prisoner and Applications to Proceed In Forma Pauperis (Prisoner).

Dated this 2nd day of September, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge