# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Shawn Jensen, et al.,

    Plaintiffs,

v.

Richard Pratt, et al.,

    Defendants.

No. CV-12-00601-PHX-ROS

**ORDER**

    Unnamed class member Kevin Chapman filed a motion seeking emergency injunctive relief (Doc. 3951). Mr. Chapman stated that his seizure medication regimen was abruptly changed by Nurse Practitioner Karanja-Adams and, as a result, he suffered thirty seizures in one day, did not receive medical attention for approximately one hour following his seizures, had to be resuscitated because his heart stopped, and was ultimately airlifted to the hospital. While in the hospital, Mr. Chapman indicated that he was ordered restored to his prior seizure medications, but the prison refused to follow the hospital's recommendation. As a result, Plaintiff claims he is in imminent danger from further seizures. The Court will direct the Clerk of Court to open the Motion as a new civil action (Doc. 3951).

…

…

…

…

1   **IT IS THEREFORE ORDERED** that pursuant to the Court's January 29, 2019 Order (Doc. 3125), the Motion for Emergency Relief filed at Doc. 3951 is **denied without prejudice**. The Clerk of Court must open it as a new civil action directly assigned to the undersigned.

Dated this 2nd day of September, 2021.

                            Honorable Roslyn O. Silver
                            Senior United States District Judge