1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
          jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
7  Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy
   Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,
   Joseph Hefner, Joshua Polson, and Charlotte Wells, on
8  behalf of themselves and all others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*

15 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **AMENDED NOTICE OF 30(b)(6) DEPOSITION** |

153813530.1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and pursuant to the parties' agreements and the Court's Orders regarding depositions, Plaintiffs will take the oral and video recorded deposition of the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR"), on October 5, 2021, beginning at 9:00 am Arizona Standard Time, and continuing thereafter by adjournment until the same is completed. ADCRR is hereby requested and required, pursuant to Rule 30(b)(6), to designate and produce a witness or witnesses to testify on its behalf on the topics identified in **ATTACHMENT A** to this Notice.

Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition will be taken by remote means using remote deposition technology through Zoom, for the convenience of the parties and the witness, and because of the COVID-19 pandemic. The deposition will be recorded stenographically by a court reporter and also by sound and videographic recording using the remote deposition technology employed during the deposition. The place of each deposition is where the deponent is located when he or she answers questions. *Id*. The deposition, answers, and documents referenced during the deposition may be read and used in evidence at the trial of this case in accordance with the Federal Rules of Civil Procedure. Login information for the Zoom remote technology link will be provided to counsel separately.

Dated: September 9, 2021           **PRISON LAW OFFICE**

By: s/ Alison Hardy
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

153813530.1

| | |
|---|---|
| 1 | David C. Fathi (Wash. 24893)** |
| | Maria V. Morris (D.C. 1697904)* |
| 2 | Eunice Hyunhye Cho (Wash. 53711)** |
| | **ACLU NATIONAL PRISON** |
| 3 | **PROJECT** |
| | 915 15th Street N.W., 7th Floor |
| 4 | Washington, D.C. 20005 |
| | Telephone:  (202) 548-6603 |
| 5 | Email:    dfathi@aclu.org |
| | mmorris@aclu.org |
| 6 | echo@aclu.org |
| 7 | Corene Kendrick (Cal. 226642)* |
| | **ACLU NATIONAL PRISON** |
| 8 | **PROJECT** |
| | 39 Drumm Street |
| 9 | San Francisco, California 94111 |
| | Telephone:  (202) 393-4930 |
| 10 | Email:    ckendrick@aclu.org |
| 11 | *Admitted *pro hac vice* |
| | **Admitted *pro hac vice*. Not admitted in |
| 12 | DC; practice limited to federal courts. |
| 13 | Victoria López (Bar No. 330042)* |
| | Jared G. Keenan (Bar No. 027068) |
| 14 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 15 | Phoenix, Arizona 85013 |
| | Telephone:  (602) 650-1854 |
| 16 | Email:    vlopez@acluaz.org |
| | jkeenan@acluaz.org |
| 17 | |
| 18 | *Admitted pursuant to Ariz. Sup. Ct. |
| | R. 38(d) |
| 19 | Daniel C. Barr (Bar No. 010149) |
| | John H. Gray (Bar No. 028107) |
| 20 | Austin C. Yost (Bar No. 034602) |
| | Karl J. Worsham (Bar No. 035713) |
| 21 | Kathryn E. Boughton (Bar No. 036105) |
| | Mikaela N. Colby (Bar No. 035667) |
| 22 | Kelly Soldati (Bar No. 036727) |
| | **PERKINS COIE LLP** |
| 23 | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012 |
| 24 | Telephone:  (602) 351-8000 |
| | Email:    dbarr@perkinscoie.com |
| 25 | jhgray@perkinscoie.com |
| | ayost@perkinscoie.com |
| 26 | kworsham@perkinscoie.com |
| | kboughton@perkinscoie.com |
| 27 | mcolby@perkinscoie.com |
| | ksoldati@perkinscoie.com |
| 28 | |

153813530.1


*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Maya Abela
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone:  (602) 274-6287
   Email:   adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Maya Abela (Bar No. 027232)
   **ARIZONA CENTER FOR DISABILITY LAW**
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone:  (520) 327-9547
   Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-3-

153813530.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

153813530.1

# ATTACHMENT A

Pursuant to Rules 30(b)(6) of the Federal Rules of Civil Procedure, the Arizona Department of Corrections, Rehabilitation, and Reentry (ADCRR) shall designate one or more officers, directors, or managing agents, or other person who consent to testify on its behalf, to testify on the topics identified below.

## DEFINITIONS

1. "ADCRR" means the Arizona Department of Corrections, Rehabilitation, and Reentry, including all subdivisions, agents, employees, contractors, and attorneys.

2. "ASPC" means Arizona State Prison Complex and refers to the ten ADCRR-operated state prison facilities: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

3. "CENTURION" means Centurion of Arizona, LLC, the entity currently contracted with ADCRR to provide HEALTH CARE to class members incarcerated at the ASPCs.

4. "CHRONIC CARE" means HEALTH CARE needs arising from a long-lasting or persistent medical condition and includes but is not limited to the needs of persons with arthritis, autoimmune diseases, cancer, dementia, diabetes, epilepsy, Hepatitis C, HIV/AIDS, hypertension, kidney disease, neurodegenerative diseases and other similarly long-term conditions.

5. "CORRECTIONAL STAFF" means staff employed or paid by the ADCRR to serve in a security or operational capacity.

6. "DETENTION UNITS" refers to any unit within an ASPC that is used for detaining persons for investigatory, classification, or disciplinary purposes, and as the term "DETENTION UNIT" is used by ADCRR in Department Orders 803, 804, and/or 807, *inter alia*.

7. "DOCUMENT" and "DOCUMENTS" have the same scope used in Rule 34(a)(1) of the Federal Rules of Civil Procedure and shall encompass every writing or record of every type and description and every tangible thing that is or has been in the

153813530.1

1    possession, custody, or control of Defendants and ADCRR, to which they have access, or
2    of which they have knowledge, including, but not limited to, newspaper articles, magazine
3    articles, news articles, correspondence, letters, contracts, electronic mail, memoranda,
4    stenographic notes, handwritten notes, drafts, studies, publications, books, pamphlets,
5    catalogs, purchase orders, receipts, advertisements, direct mail solicitations, point-of-sale
6    and point-of-purchase materials, notebooks, diaries, models, devices, pictures,
7    photographs, films, audiotapes, videotapes, computer records, voice recordings, maps,
8    reports, surveys, minutes, data compilations, and statistical compilations, regardless of
9    whether a particular DOCUMENT is privileged or confidential, and regardless of the form
10   of storage (including, but not limited to, paper, microfiche, magnetic tape, magnetic disk
11   (hard disk or floppy disk), CD-ROM, DVD, optical disk, or electronic storage device).

12       8.    "HEALTH CARE" means the provision of care to address and treat the
13   medical, dental, or mental health needs of a person, whether those needs arise as a result
14   of injury, illness, disease, or other trauma; or care provided for diagnostic or preventative
15   purposes.

16       9.    "HEALTH CARE STAFF" means all persons employed by CENTURION
17   to provide HEALTH CARE to class members at ASPCs, on either a permanent or *locum*
18   *tenens* basis.

19       10.   "INCARCERATED PERSON" means a person incarcerated by ADCRR.

20       11.   "POLICIES AND PROCEDURES" means policies, procedures, criteria, or
21   practices, whether written or established through custom or use, including but not limited
22   to policy and procedure manuals, directors' orders, protocols, directives, flowcharts,
23   institution post orders, and any other DOCUMENTS designed to direct the actions of
24   ADC personnel, ADC contractors, and/or INCARCERATED PERSONS.

25       12.   "REFERRAL" means a recommendation that an INCARCERATED
26   PERSON obtain HEALTH CARE at ADCRR or non ADCRR facilities, whether or not
27   such HEALTH CARE is in fact ever provided.

28

153813530.1

13. "SPECIALTY CARE" means any HEALTH CARE treatment provided by specialists or a higher level of care than can be provided at ASPCs by HEALTH CARE STAFF.

**TOPICS**

1. POLICIES AND PROCEDURES for health screening and intake when INCARCERATED PERSONS are initially received into ADCRR custody.

2. POLICIES AND PROCEDURES for providing INCARCERATED PERSONS timely access to HEALTH CARE.

3. POLICIES AND PROCEDURES for providing timely emergency response and emergency medical treatment.

4. POLICIES AND PROCEDURES regarding language interpretation services provided to INCARCERATED PERSONS who are not fluent in English in HEALTH CARE encounters.

5. POLICIES AND PROCEDURES for access to SPECIALTY CARE providers, including provisions for second opinions.

6. POLICIES AND PROCEDURES for determining when to approve REFERRALS to SPECIALTY CARE, and when to respond with an "alternate treatment plan."

7. POLICIES AND PROCEDURES for tracking what treatment is ultimately provided to patients for whom an alternate treatment plan is assigned.

8. POLICIES AND PROCEDURES regarding CENTURION'S approved formulary, including but not limited to the process by which prescription medications are included on or excluded from the formulary, and the process by which HEALTH CARE providers can prescribe medication not included on the formulary.

9. POLICIES AND PROCEDURES for in-house infirmary care, including intake, discharge, and any protocols for determining acuity levels for patients and the monitoring required by RNs, advanced level practitioners such as PAs and APNs, and MDs for each patient acuity level.

153813530.1

10. POLICIES AND PROCEDURES for providing care to patients with chronic illnesses or conditions; the number of people enrolled in CHRONIC CARE clinics; and the number diagnosed with chronic diseases.

11. POLICIES AND PROCEDURES for diagnosing, treating, and preventing the spread of infectious diseases, including COVID-19.

12. POLICIES AND PROCEDURES for quality assurance and quality improvement, including, but not limited to, reviews of deaths and sentinel events.

13. Reports, evaluations and statistical data regarding the provision of and need for medical care.

14. POLICIES AND PROCEDURES for prescribing, ordering, delivering, repairing and replacing health care appliances and/or assistive devices to INCARCERATED PERSONS, including any changes planned or implemented by CENTURION compared to the POLICIES AND PROCEDURES of ADCRR.