1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
           jkeenan@acluaz.org
5  *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

6  *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
   Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy
7  Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,
   Joseph Hefner, Joshua Polson, and Charlotte Wells, on
8  behalf of themselves and all others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
   PAGE]**

10 Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
15 PAGE]**

16              UNITED STATES DISTRICT COURT

17                   DISTRICT OF ARIZONA

18 Victor Parsons; Shawn Jensen; Stephen Swartz;      No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
19 Verduzco; Jackie Thomas; Jeremy Smith; Robert
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph   **NOTICE OF INTENT TO
20 Hefner; Joshua Polson; and Charlotte Wells, on     SERVE SUBPOENAS**
   behalf of themselves and all others similarly
21 situated; and Arizona Center for Disability Law,

22                   Plaintiffs,

23        v.

24 David Shinn, Director, Arizona Department of
   Corrections, Rehabilitation and Reentry; and
25 Larry Gann, Assistant Director, Medical Services
   Contract Monitoring Bureau, Arizona Department
26 of Corrections, Rehabilitation and Reentry, in their
   official capacities,
27
                     Defendants.
28

153813901.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

3  Procedure, Plaintiffs give notice that they intend to serve the attached subpoenas:

4         1.     Subpoena to Testify at a Deposition in a Civil Action to Ashley Pelton,

5  Regional Mental Health Director for Centurion (Exhibit 1); and

6         2.     Subpoena to Testify at a Deposition in a Civil Action to Wendy Orm,

7  Regional Medical Director for Centurion (Exhibit 2); and

8         3.     Subpoena to Testify at a Deposition in a Civil Action to Larry P. Fisher

9  (Exhibit 3).

10  Dated: September 9, 2021              **ACLU NATIONAL PRISON PROJECT**

11
                                         By:  s/ David C. Fathi
12                                            David C. Fathi (Wash. 24893)**
                                             Maria V. Morris (D.C. 1697904)*
13                                            Eunice Hyunhye Cho (Wash. 53711)**
                                             915 15th Street N.W., 7th Floor
14                                            Washington, D.C. 20005
                                             Telephone:  (202) 548-6603
15                                            Email:    dfathi@aclu.org
                                                       mmorris@aclu.org
16                                                     echo@aclu.org

17                                            Corene Kendrick (Cal. 226642)*
                                             **ACLU NATIONAL PRISON**
18                                            **PROJECT**
                                             39 Drumm Street
19                                            San Francisco, California 94111
                                             Telephone:  (202) 393-4930
20                                            Email:    ckendrick@aclu.org

21                                            *Admitted *pro hac vice*
                                             **Admitted *pro hac vice*. Not admitted in
22                                            DC; practice limited to federal courts.

23

24

25

26

27

28

153813901.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         rlomio@prisonlaw.com

*Admitted *pro hac vice*

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   vlopez@acluaz.org
         jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         jhgray@perkinscoie.com
         ayost@perkinscoie.com
         kworsham@perkinscoie.com
         kboughton@perkinscoie.com
         mcolby@perkinscoie.com
         ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

-2-

153813901.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-3-

153813901.1

1

**<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on September 9, 2021, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6      Michael E. Gottfried
       Lucy M. Rand
7      Assistant Arizona Attorneys General
       Michael.Gottfried@azag.gov
8      Lucy.Rand@azag.gov

9      Daniel P. Struck
       Rachel Love
10     Timothy J. Bojanowski
       Nicholas D. Acedo
       Ashlee B. Hesman
11     Jacob B. Lee
       Timothy M. Ray
12     Anne M. Orcutt
       STRUCK LOVE BOJANOWSKI & ACEDO, PLC
13     dstruck@strucklove.com
       rlove@strucklove.com
14     tbojanowski@strucklove.com
       nacedo@strucklove.com
15     ahesman@strucklove.com
       jlee@strucklove.com
16     tray@strucklove.com
       aorcutt@strucklove.com
17

18     *Attorneys for Defendants*

19

20                          s/ D. Freouf

21

22

23

24

25

26

27

28

-4-

153813901.1