Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**AMENDED NOTICE OF DEPOSITION OF BOBBIE PENNINGTON-STALLCUP** |

153830621.1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and pursuant to the parties' agreements and the Court's Orders regarding depositions, Plaintiffs will take the oral and video recorded deposition of Bobbie Pennington-Stallcup on September 27, 2021, beginning at 9:00 a.m. Arizona Standard Time, and continuing thereafter by adjournment until the same is completed.

Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition will be taken by remote means using remote deposition technology through Zoom, for the convenience of the parties and the witness, and because of the COVID-19 pandemic.  The deposition will be recorded stenographically by a court reporter and also by sound and videographic recording using the remote deposition technology employed during the deposition.  The place of each deposition is where the deponent is located when he or she answers questions.  *Id*.  The deposition, answers, and documents referenced during the deposition may be read and used in evidence at the trial of this case in accordance with the Federal Rules of Civil Procedure.  Login information for the Zoom remote technology link will be provided to counsel separately.

Dated: September 10, 2021

**ACLU NATIONAL PRISON PROJECT**

By:  s/ David C. Fathi
   David C. Fathi (Wash. 24893)**
   Maria V. Morris (D.C. 1697904)*
   Eunice Hyunhye Cho (Wash. 53711)**
   915 15th Street N.W., 7th Floor
   Washington, D.C. 20005
   Telephone:  (202) 548-6603
   Email: dfathi@aclu.org
      mmorris@aclu.org
      echo@aclu.org

   Corene Kendrick (Cal. 226642)*
   **ACLU NATIONAL PRISON PROJECT**
   39 Drumm Street
   San Francisco, California 94111
   Telephone:  (202) 393-4930
   Email: ckendrick@aclu.org

   *Admitted *pro hac vice*
   **Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(d)

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

153830621.1

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By: s/ Maya Abela

4

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202

5

Phoenix, Arizona 85034
Telephone:  (602) 274-6287

6

Email:    adietrich@azdisabilitylaw.org

7

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

8

Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**

9

**DISABILITY LAW**
177 North Church Avenue, Suite 800

10

Tucson, Arizona 85701
Telephone:  (520) 327-9547

11

Email:
    rdalyrooney@azdisabilitylaw.org

12

        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

13

*Attorneys for Arizona Center for Disability Law*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

153830621.1

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on September 10, 2021, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

6                               Michael E. Gottfried
                                   Lucy M. Rand
7                        Assistant Arizona Attorneys General
                             Michael.Gottfried@azag.gov
8                               Lucy.Rand@azag.gov

9                                Daniel P. Struck
                                   Rachel Love
10                            Timothy J. Bojanowski
                                Nicholas D. Acedo
11                              Ashlee B. Hesman
                                   Jacob B. Lee
12                               Timothy M. Ray
                                  Anne M. Orcutt
13              STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                              dstruck@strucklove.com
14                             rlove@strucklove.com
                            tbojanowski@strucklove.com
15                             nacedo@strucklove.com
                              ahesman@strucklove.com
16                              jlee@strucklove.com
                               tray@strucklove.com
17                             aorcutt@strucklove.com

18                        *Attorneys for Defendants*

19

20                                    s/ D. Freouf

21

22

23

24

25

26

27

28

-4-

153830621.1