Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Defendants, through counsel, give notice that on September 15, 2021, they served upon Plaintiffs' counsel their First Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents to Defendants.

DATED this 16th day of September, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on September 16, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

3

4

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |

5

6

| | |
|---|---|
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |

7

| | |
|---|---|
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |

8

| | |
|---|---|
| Corene T. Kendrick: | ckendrick@aclu.org |

9

| | |
|---|---|
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |

10

| | |
|---|---|
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |

11

| | |
|---|---|
| Donald Specter: | dspecter@prisonlaw.com |

12

| | |
|---|---|
| Eunice Cho | ECho@aclu.org |

13

| | |
|---|---|
| Jared G. Keenan | jkeenan@acluaz.org |

14

| | |
|---|---|
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |

15

| | |
|---|---|
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |

16

| | |
|---|---|
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |

17

| | |
|---|---|
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |

18

| | |
|---|---|
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |

19

| | |
|---|---|
| Maria V. Morris | mmorris@aclu.org |

20

| | |
|---|---|
| Maya Abela | mabela@azdisabilitylaw.org |

21

| | |
|---|---|
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |

22

| | |
|---|---|
| Rita K. Lomio: | rlomio@prisonlaw.com |

23

| | |
|---|---|
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |

24

| | |
|---|---|
| Sara Norman: | snorman@prisonlaw.com |

25

| | |
|---|---|
| Victoria Lopez: | vlopez@acluaz.org |

26

27

28

1    I hereby certify that on this same date, I served the attached document by U.S. Mail,
2  postage prepaid, on the following, who is not a registered participant of the CM/ECF
   System:

3        N/A

4                                    /s/Daniel P. Struck

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28