1  Michael J. Cohn #289721
2  ASPC Florence/East
3  P.O. Box 5000
4  Florence, AZ 85132

FILED ___ LODGED ___ RECEIVED ___ COPY ___ SEP 17 2021 CLERK U S DISTRICT COURT DISTRICT OF ARIZONA BY _____ DEPUTY

5              UNITED STATES DISTRICT COURT
6                    ARIZONA - Div. 1

7  Michael J. Cohn,                )
8      Plaintiff, Pro Se            )    2:12CV601-ROS
9           vs.                     )    Request for Emergency
10 Richard Pratt                    )    Relief
11     Defendant/Respondent         )
12                                  )

14  I, Michael J. Cohn, Petitioner in the above captioned case
15  from East Unit - ADOCRR - is taking inmates who have
16  serious medical needs and moving us to units where we
17  are seriously assaulted.

19  Four inmates just got seriously assaulted - A8 COIV Debra
20  Larson - moved them to Kingman.

22  I have multiple medical problems including a mass of the
23  sacrum that has been treated with radiation.

25  I fear I will be moved and become a victim of
26  assault.

28  I asked ask this practice be ordered stopped.

Page 1 of 2 page(s)

ADCRR must be ordered to:
a) screen where inmates are being sent.
b) If there is a remote possibility of assault, we not be sent there.

Elderly inmates like me (70 y.o.) with serious medical needs are the victims - and in litigation.

Filing grievances (Internal remedies) is useless as CO IV Larson starts harassing us when we grieve.

Before one of us dies or is permanently injured, this must stop!!!

Respectfully submitted,

Michael J. Cohn, Ed.D.

Dr. Michael J. Cohn
Plaintiff