```
1  Michael J. Cohn #289721
2  ASPC Florence/East
3  P.O. Box 5000
4  Florence, AZ 85132
```

FILED ___ LODGED ___
RECEIVED ___ COPY ___
SEP 17 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
ARIZONA - Div. 1

| Michael J. Cohn, | ) | |
|---|---|---|
| Plaintiff, Pro Se | ) | 2:12CV601-ROS |
| vs. | ) | Request for Emergency |
| Richard Pratt | ) | Relief |
| Defendant/Respondent | ) | |

I, Michael J. Cohn, Petitioner in the above captioned case from East Unit - ADOCRR - is taking inmates who have serious medical needs and moving us to units where we are seriously assaulted.

Four inmates just got seriously assaulted - ACE COIV Debra Larson - moved them to Kingman.

I have multiple medical problems including a mass of the sacrum that has been treated with radiation.

I fear I will be moved and become a victim of assault.

I ~~asked~~ ask this practice be ordered stopped.

1. ADCRR must be ordered to:
2. a) screen where inmates are being sent.
3. b) If there is a remote possibility of assault, we
4. not be sent there.

6. Elderly inmates like me (70 y.o.) with serious medical
7. needs are the victims - and in litigation.

9. Filing grievances (Internal remedies) is useless as CO IV
10. Larson starts harassing us when we grieve.

12. Before one of us dies or is permanently injured, this
13. must stop!!!

15. Respectfully submitted,
16. *Michael J. Cohn, Ed.D.*
17. Dr. Michael J. Cohn
18. Plaintiff

Page 2 of 2 page(s)