Antony T. Murrell Jr #280653
Name and Prisoner/Booking Number

ASPC-Florence East B·6·11
Place of Confinement

PO Box 5000
Mailing Address

Florence Az 85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Antony T. Murrell Jr.,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Karanga Grace Adams,
(Full Name of Defendant)

(2) Debra Larson,

(3) Centurion of Arizona,

(4) Micheal Gottfried,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CIV 12 - 0601 PHX ROS
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Florence Complex Florence

Revised 3/11/16

1

**550/555**

1-A

5) Janah Barreras
6) Loresca Perdue
7) Roger Hall
8) Joseph Scott Conlon
9) Renaud Drury Cook and Boyer PA
10) Anthony J. Fernandez
11) David Shinn
12) Struck Love Bojanowski & Acedo PLC
13) Broenig O'berg Woods & Wilson Law Firm
14) Sarah Barnes
15) Daniel Struck
16) Corizon.

## B. DEFENDANTS

1. Name of first Defendant: _Karanga Grace Adams_. The first Defendant is employed as: _Medical Provider_ at _Florence East Unit_.
(Position and Title) (Institution)

2. Name of second Defendant: _Debra Larson_. The second Defendant is employed as: _Correctional Officer IV_ at _Florence East Unit_.
(Position and Title) (Institution)

3. Name of third Defendant: _Centurion of Arizona_. The third Defendant is employed as: _Medical / Health Care_ at _Arizona State Prisons_.
(Position and Title) (Institution)

4. Name of fourth Defendant: _Micheal Gottfried_. The fourth Defendant is employed as: _Assistant Attorney General_ at _State of Arizona_.
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _Unknown_  Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

B. Defendants

5) Name of fifth Defendant Janah Barrera's. The fifth Defendant is employed as ADOC at Central Office.

6) Name of sixth Defendant Loresca Perdue. The sixth Defendant is employed as _____ at _____

7) Name of seventh Defendant Roger Hall. The seventh Defendant is employed as Assistant Attorney General at State of Arizona

8) Name of eighth Defendant Joseph Scott Conlon. The eighth Defendant is employed as Attorney

9) Name of Ninth Defendant Renaud Drury Cook and Boyer PA. The Ninth Defendant is employed as Attorney

10) Name of Tenth Defendant Anthony J. Fernandez. The Tenth Defendant is employed as Attorney

11) Name of Eleventh Defendant David Shinn. The Eleventh Defendant is employed as Director of ADOC at Central Office.

12) Name of twelveth Defendant Stuck Love Bojanowski & Acedo PLC. The twelveth Defendant is employed as Attorney.

B. Defendant

13) Name of Thirteenth Defendant Broening O'Berg Woods & Wilson Law firm. The Thirteenth Defendant is employed as Attorney.

14) Name of Fourteenth Defendant Sarah Barnes. The Fourteenth defendant is employed as Attorney.

15) Name of Fifteenth Defendant Daniel Struck. The Fifteenth defendant is employed as Attorney.

16) Name of Sixteenth Defendant Corizon. The Sixteenth Defendant is employed as Former Health Care/Medical

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __8th Amendment__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was Injuried. Upon seeing the Provider Karango G. Adams for the extreme Pain I endured in my Left Knee from being Kicked in it twice, my Elbow injuried from an unknown source and lower back injuried from an Assault from 2017 but was only given an Ex-Ray. I explained only an MRI will see severe soft tissue damage like the Medical Report from Valley Pain Consultant Confirms. I told her when I seen her another time the medication she is given don't work for the pain and I feel she is working on my liver. So I Grieved this issue so I was issued Lidocaine Patches and I went to see the provider at the end of August 2021 and I explained that I should be able to get the patches KOP and the Provider Adams said it was the Rules and I asked can I see them or even have them for my own records which she ignored and I told her I think me coming to the window for a non-narcotic Patch is done out of Retaliation for accessing the Grievance Process. I also told her that whatever she shot me in the knee wore off and she asked me again about the shot and I repeated what I said to her and told her she was not paying me any attention and she refused me Medical treatment and Kicked me out of Medical and failed to treat my injuries as usual. I grieved this issue and still nothing has been done about the pain.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Im still in pain

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

### D. Cause Of Action Count 1

Janah Barreras, Loresca-Perdue, Hall, Gottfried, Joseph Scott Conlon, Renaud Drury Cook and Boyer PH, Anthony J. Fernandez Corizon acting in accordance with the policies in paragraph 2-16 concealed evidence and emails as to Diane Bohaserwicz destroying Grievance Records they then submitted false declarations upon the Directives of Gottfried in accordance with there practice

# COUNT II

1. State the constitutional or other federal civil right that was violated: __1st Amendment__

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I was Retaliated Against and Denied Medical treatment for accessing the Grievance Process

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I am still in pain

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: _____

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each **Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   _____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I request appropriate Relief, Costs, Fees, and Treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 14 2021
DATE

Antony J Musrell Jr
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6