Info on applying for court order Centurion to follow A.D.O.C. policys.

9/15/21

Judge Silver

Re: Parson v Ryan

CV-12-601-PHX-ROS

I'm an inmate at A.D.O.C. And have been for decades now. This Centurion Healthcare Services here just wont follow A.D.O.C. grievance policys Appovals they say they dont have to due what DOC says or ACLU - Attorney for us. In my Situation Aclu wont get involved in this dispute as its on my life saving medication for my Crohns Disease. I'm on Appoval Since 2015 through 2021 on max unit med unit where I was, I now comp to min unit and ADW Revera is trying to help me get the medical staff to honor my medication status of Appoval to keep my medication on hand as my medication must Be taken on the on Set of Pain, tremors, cramping not as a prevention. This unit will not honor my status And the Dr went in the computer and changed my script to fix his pill call 3 - his needs the hell with my well being. I never seen him beyer Dr johnson died this. It was changed on 8/4/21 I hadnt seen him for the first time untill 8/24/21 Thats Illegal and wrong. these are Life Saving medication for me.

Anyway I want to due a Motion to get the Centurion to Abide By A.D.O.C. grievance policys Can I file a motion under Parson v Ryan

with all my paper work and all grievance approvals for a Court order (Since your over the Prison.) (They don't have the staff to comply w/ my medication.) Can you send me info I need to do this? form? Please. (I'm sick need my medications) My D.O.J. complaint # 21OCR1269 I'm filing complaint w/ Az Board Nursing/Physicians.

Just so you know this medical (Centurion is getting worse day by day. Dr Yang is A.T.P. Everyone's testing

My case Dr April ordered CT Scan for my head I've been sick since Jan 21 (Still to this day I AM) I've had 7 infections since march still medical won't give me my CT scan I exhausted staff still unresolved.

These People Are Killing us.
Please Send info on how to apply for Court order for centurion to follow A.D.O.C. Policys - grievance Approvals (were expected to follow Policy as 3rd Party Contact There suppose follow Policy.   Thank you
Robin Fahr #133059
ASPC Perryville
San Carlos C1-103
PO Box 3200
Goodyear AZ 85338