1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
          jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
7  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
8  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*
15 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

16                UNITED STATES DISTRICT COURT
17                    DISTRICT OF ARIZONA

18 | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **AMENDED NOTICE OF 30(b)(6) DEPOSITION** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

153736548.3

1     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and pursuant to the parties' agreements and the Court's Orders regarding depositions, Plaintiffs will take the oral and video recorded deposition of the Arizona Department of Corrections, Rehabilitation, and Reentry ("ADCRR"), on October 13, 2021, beginning at 1:00 p.m. Arizona Standard Time, and continuing through October 14, 2021 beginning at 9:00 a.m., and thereafter by adjournment until the same is completed. ADCRR is hereby requested and required, pursuant to Rule 30(b)(6), to designate and produce a witness or witnesses to testify on its behalf on the topics identified in **ATTACHMENT A** to this Notice.

    Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition will be taken by remote means using remote deposition technology through Zoom, for the convenience of the parties and the witness, and because of the COVID-19 pandemic. The deposition will be recorded stenographically by a court reporter and also by sound and videographic recording using the remote deposition technology employed during the deposition. The place of each deposition is where the deponent is located when he or she answers questions. *Id*. The deposition, answers, and documents referenced during the deposition may be read and used in evidence at the trial of this case in accordance with the Federal Rules of Civil Procedure. Login information for the Zoom remote technology link will be provided to counsel separately.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

153736548.3

| | | |
|---|---|---|
| 1 | Dated: September 23, 2021 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ Daniel C. Barr |
| | | Daniel C. Barr (Bar No. 010149) |
| 4 | | John H. Gray (Bar No. 028107) |
| | | Austin C. Yost (Bar No. 034602) |
| 5 | | Karl J. Worsham (Bar No. 035713) |
| | | Kathryn E. Boughton (Bar No. 036105) |
| 6 | | Mikaela N. Colby (Bar No. 035667) |
| | | Kelly Soldati (Bar No. 036727) |
| 7 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 8 | | Telephone: (602) 351-8000 |
| | | Email:   dbarr@perkinscoie.com |
| 9 | |            jhgray@perkinscoie.com |
| | |            ayost@perkinscoie.com |
| 10 | |            kworsham@perkinscoie.com |
| | |            kboughton@perkinscoie.com |
| 11 | |            mcolby@perkinscoie.com |
| | |            ksoldati@perkinscoie.com |
| 12 | |            docketphx@perkinscoie.com |
| 13 | | Victoria Lopez (Bar No. 330042)* |
| | | Jared G. Keenan (Bar No. 027068) |
| 14 | | **ACLU FOUNDATION OF ARIZONA** |
| 15 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 16 | | Telephone: (602) 650-1854 |
| | | Email:   vlopez@acluaz.org |
| 17 | |            jkeenan@acluaz.org |
| 18 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(d) |
| 19 | | Donald Specter (Cal. 83925)* |
| 20 | | Alison Hardy (Cal. 135966)* |
| | | Sara Norman (Cal. 189536)* |
| 21 | | Rita K. Lomio (Cal. 254501)* |
| | | **PRISON LAW OFFICE** |
| 22 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 23 | | Telephone: (510) 280-2621 |
| | | Email:   dspecter@prisonlaw.com |
| 24 | |            ahardy@prisonlaw.com |
| | |            snorman@prisonlaw.com |
| 25 | |            rlomio@prisonlaw.com |
| 26 | | *Admitted *pro hac vice* |
| 27 | | |
| 28 | | |

-2-

153736548.3

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
mmorris@aclu.org
echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

153736548.3

| | |
|---|---|
| 1 | Rose A. Daly-Rooney (Bar No. 015690) |
| 2 | J.J. Rico (Bar No. 021292) |
| | Maya Abela (Bar No. 027232) |
| 3 | **ARIZONA CENTER FOR** |
| | **DISABILITY LAW** |
| 4 | 177 North Church Avenue, Suite 800 |
| | Tucson, Arizona 85701 |
| 5 | Telephone: (520) 327-9547 |
| | Email: |
| 6 | rdalyrooney@azdisabilitylaw.org |
| | jrico@azdisabilitylaw.org |
| 7 | mabela@azdisabilitylaw.org |
| 8 | *Attorneys for Arizona Center for Disability Law* |

153736548.3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

153736548.3

**ATTACHMENT A**

Pursuant to Rules 30(b)(6) of the Federal Rules of Civil Procedure, the Arizona Department of Corrections (ADC) shall designate one or more officers, directors, or managing agents, or other person who consent to testify on its behalf, to testify on the topics identified below.

**DEFINITIONS**

1. "ADCRR" means the Arizona Department of Corrections, Rehabilitation, and Reentry, including all subdivisions, agents, employees, contractors, and attorneys.

2. "ASPC" means Arizona State Prison Complex and refers to the ten ADCRR-operated state prison facilities: Douglas, Eyman, Florence, Lewis, Perryville, Phoenix, Safford, Tucson, Winslow, and Yuma.

3. "CENTURION" means Centurion of Arizona, LLC, the entity currently contracted with ADCRR to provide HEALTH CARE to class members incarcerated at the ASPCs.

4. "CORRECTIONAL STAFF" means staff employed or paid by the ADCRR to serve in a security or operational capacity.

5. "DETENTION UNITS" refers to any unit within an ASPC that is used for detaining persons for investigatory, classification, or disciplinary purposes, and as the term "DETENTION UNIT" is used by ADCRR in Department Orders 803, 804, and/or 807, *inter alia*.

6. "HEALTH CARE" means the provision of care to address and treat the medical, dental, or mental health needs of a person, whether those needs arise as a result of injury, illness, disease, or other trauma; or care provided for diagnostic or preventative purposes.

7. "HEALTH CARE STAFF" means all persons employed or contracted by CENTURION to provide on-site HEALTH CARE to class members at ASPCs, on either a permanent, temporary or *locum tenens* basis.

8. "INCARCERATED PERSON" means a person incarcerated by ADCRR.

153736548.3

9. "POLICIES AND PROCEDURES" means policies, procedures, criteria, or practices, whether written or established through custom or use, including but not limited to policy and procedure manuals, directors' orders, protocols, directives, flowcharts, institution post orders, and any other DOCUMENTS designed to direct the actions of ADC personnel, ADC contractors, and/or INCARCERATED PERSONS.

**TOPICS**

1. The development and maintenance of the current models determining HEALTH CARE STAFF levels and the allocation of HEALTH CARE STAFF across the ten APSCs under the CENTURION contract.

2. The requirements of POLICIES AND PROCEDURES with respect to specific types and quantities of HEALTH CARE STAFF across the ten ASPCs under the CENTURION contract.

3. The requirements of POLICIES AND PROCEDURES with respect to HEALTH CARE STAFF levels across the ten ASPCs under the CENTURION contract.

4. How POLICIES AND PROCEDURES and community HEALTH CARE standards impact specific types and quantities of HEALTH CARE STAFF across the ten ASPCs under the CENTURION contract.

5. How POLICIES AND PROCEDURES and community HEALTH CARE standards impact the levels of HEALTH CARE STAFF across the ten ASPCs under the CENTURION contract.

6. How demands for specific types of HEALTH CARE services are determined based on various INCARCERATED PERSONS' clinical, demographic and security characteristics across the ten ASPCs under the CENTURION contract, including how the medical and mental health level of service scoring (i.e., M-1 to M-5, MH-1 to MH-5) impacts HEALTH CARE service demand and HEALTH CARE STAFF allocations.

7. POLICIES AND PROCEDURES related to the recruitment and retention of HEALTH CARE STAFF at the ten ASPCs.

153736548.3

8. The type of licensure requirements for each classification of HEALTH CARE AND MENTAL HEALTH CARE staff.

9. The average number of holidays and paid leave available for each HEALTH CARE AND MENTAL HEALTH CARE staff member.

10. The inputs of the HEALTH CARE staffing schedules, such as the inclusion of paid or unpaid leave.