IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Richard Pratt, et al., | |
| Defendants. | |

Two class members filed motions for relief. Michael Cohn filed a motion seeking emergency injunctive relief (Doc. 3985). Mr. Cohn states that prisoners with serious medical needs from the Florence East Unit have been transferred and subsequently assaulted. He further indicates that he has a sacral mass that was treated with radiation and he fears being transferred and assaulted. Anthony Murrell also filed a motion for relief and attached a proposed civil rights complaint alleging denial of treatment for his knee and shoulder injuries (Doc. 3986). The Court will direct the Clerk of Court to open both motions as new civil actions.[1]

///
///
///
///

---

[1] The proposed Complaint attached to the motion at Doc. 3986 must be filed in Mr. Murrell's new civil action.

**IT IS THEREFORE ORDERED** that pursuant to the Court's January 29, 2019 Order (Doc. 3125), the Motion for Emergency Relief (Doc. 3985) and the Motion for Relief (Doc. 3986) are **denied without prejudice**. The Clerk of Court must open both motions as new civil actions.

Dated this 21st day of September, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge