# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| Richard Pratt, et al., | |
| Defendants. | |

Class member Robin Fahr filed a notice to the Court, explaining that her new prison unit will not honor her prescription to treat her Crohn's disease and that she has not received a CT scan that was ordered in January (Doc. 3989). The Court will direct the Clerk of Court to open the Notice as a new civil action (Doc. 3989).

**IT IS THEREFORE ORDERED** that pursuant to the Court's January 29, 2019 Order (Doc. 3125), the Clerk of Court must open the Notice filed by Robin Fahr at Doc. 3989 as a new civil action.

Dated this 23rd day of September, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge