Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **AMENDED NOTICE OF DEPOSITION OF LORI STICKLEY** |

153806835.2

1    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and

2 pursuant to the parties' agreements and the Court's Orders regarding depositions,

3 Plaintiffs will take the oral and video recorded deposition of Deputy Warden Lori Stickley

4 (Eyman SMU I) on October 12, 2021, beginning at 9:00 a.m. Arizona Standard Time, and

5 continuing thereafter by adjournment until the same is completed.

6    Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition

7 will be taken by remote means using remote deposition technology through Zoom, for the

8 convenience of the parties and the witness, and because of the COVID-19 pandemic.  The

9 deposition will be recorded stenographically by a court reporter and also by sound and

10 videographic recording using the remote deposition technology employed during the

11 deposition.  The place of each deposition is where the deponent is located when he or she

12 answers questions. *Id.*  The deposition, answers, and documents referenced during the

13 deposition may be read and used in evidence at the trial of this case in accordance with the

14 Federal Rules of Civil Procedure.  Login information for the Zoom remote technology

15 link will be provided to counsel separately.

16 Dated: September 27, 2021              **ACLU NATIONAL PRISON PROJECT**

17

18                                       By: s/ Maria V. Morris
                                           David C. Fathi (Wash. 24893)**
                                           Maria V. Morris (D.C. 1697904)*
19                                         Eunice Hyunhye Cho (Wash. 53711)**
                                           915 15th Street N.W., 7th Floor
20                                         Washington, D.C. 20005
                                           Telephone:  (202) 548-6603
21                                         Email:    dfathi@aclu.org
                                                     mmorris@aclu.org
22                                                   echo@aclu.org

23                                         Corene Kendrick (Cal. 226642)*
                                           **ACLU NATIONAL PRISON**
24                                         **PROJECT**
                                           39 Drumm Street
25                                         San Francisco, California 94111
                                           Telephone:  (202) 393-4930
26                                         Email:    ckendrick@aclu.org

27                                         *Admitted *pro hac vice*
                                           **Admitted *pro hac vice*. Not admitted in
28                                         DC; practice limited to federal courts.

153806835.2

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct.
R. 38(d)

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

-2-

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By:  s/ Maya Abela

4

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034

5

Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

6

7

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)

8

**ARIZONA CENTER FOR DISABILITY LAW**

9

177 North Church Avenue, Suite 800
Tucson, Arizona 85701

10

Telephone:  (520) 327-9547
Email:

11

rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org

12

mabela@azdisabilitylaw.org

13

*Attorneys for Arizona Center for Disability Law*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2        I hereby certify that on September 27, 2021, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6                                Michael E. Gottfried
                                Lucy M. Rand
7                        Assistant Arizona Attorneys General
                            Michael.Gottfried@azag.gov
8                              Lucy.Rand@azag.gov

9                                Daniel P. Struck
                                  Rachel Love
10                            Timothy J. Bojanowski
                               Nicholas D. Acedo
11                              Ashlee B. Hesman
                                  Jacob B. Lee
12                              Timothy M. Ray
                                Anne M. Orcutt
13              STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                            dstruck@strucklove.com
14                            rlove@strucklove.com
                          tbojanowski@strucklove.com
15                          nacedo@strucklove.com
                           ahesman@strucklove.com
16                            jlee@strucklove.com
                             tray@strucklove.com
17                          aorcutt@strucklove.com

18                          *Attorneys for Defendants*

19

20                                   s/ D. Freouf

21

22

23

24

25

26

27

28

-4-

153806835.2