Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
      jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>        Plaintiffs,<br><br>    v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>        Defendants. | No. CV 12-00601-PHX-ROS<br><br>**MOTION TO ADD ADDITIONAL NAMED PLAINTIFFS AND AMEND CAPTION**<br><br>**(Expedited Consideration Requested)** |

154063373.3

Pursuant to Federal Rule of Civil Procedure 21, courts have the authority to add parties "at any stage of the action and on such terms as are just." Fed. R. Civ. P. 21; *see, e.g.*, *Boudreaux v. Sch. Bd. of St. Mary Parish*, 405 F. Supp. 3d 652, 664-67 (6th Cir. 2019) (granting motion to substitute named plaintiffs in decades-old school desegregation case); *Graves v. Walton Cnty. Bd. of Educ.*, 686 F.2d 1135, 1138 (5th Cir. 1982) (affirming district court's decision to allow substitution of additional plaintiffs after original named plaintiffs' claims became moot); *cf. Bain v. Cal. Teachers Ass'n*, 891 F.3d 1206, 1217 (9th Cir. 2018) (explaining that in cases where a class has been certified, courts have "authority to replace a party with a new one once [an original plaintiff's] case becomes moot"). Additions of "named plaintiff[s] making allegations substantially similar to those of the original plaintiffs" is "a routine amendment" in class actions. *See* 2 McLaughlin on Class Actions § 12:3 (17th ed. 2020).

Seven of the original 14 named plaintiffs for the *Parsons* class are no longer in the custody of the Arizona Department of Corrections, Rehabilitation, and Reentry (ADCRR).[1] Although counsel for Defendants have stated that they believe that the existing named plaintiffs adequately cover all of the class's health care claims and subclass's isolation claims, Plaintiffs are entitled to add class members to ensure that their interests are adequately represented at trial. As such, on September 17, 2021, Plaintiffs' counsel wrote to counsel for Defendants and identified class members Kendall Johnson (189644), Laura Redmond (166546), Ronald Slavin (142019), Jason Johnson (161509), Jonathan Gonzalez (247947), and Dustin Brislan (164993) as proposed additional named class representatives. [*See* Exhibit A (9/17/21 Letter from Hardy to Struck)][2] These individuals are longstanding members of the *Parsons* class who have deep familiarity with

---

[1] Named Plaintiffs Victor Parsons, Stephen Swartz, Jackie Thomas, Desiree Licci, Maryanne Chisholm, Joseph Hefner, and Charlotte Wells are no longer in Defendants' custody.

[2] In the case of Mr. Brislan, he was an original named plaintiff when the case was filed, and in 2013 was certified by this Court to be a class and subclass representative, [Doc. 372 at 23] He subsequently was released from Defendants' custody, but has been reincarcerated in ADCRR custody since 2017.

the relevant issues in this case and are willing to represent the class. [*See* Exhibits B–G (declarations from the proposed additional named plaintiffs)]

Defendants have declined to stipulate to Plaintiffs' request to add these class members as named plaintiffs, citing an increased discovery burden. [*See* Exhibit H (9/27/21 Email from Struck to Plaintiffs' Counsel)] However, Plaintiffs disclosed the six individuals proposed to be added as named plaintiffs as fact witnesses in their Initial Trial Disclosure Statement, served on September 10, 2021. It is unclear how the addition of previously disclosed fact witnesses as named plaintiffs creates any additional burden for Defendants.[3]

Moreover, the addition of these individuals as named plaintiffs is appropriate and "just" under Rule 21. This is a certified class action wherein "a controversy still exists between" the parties, and the proposed six additional named plaintiffs share the same claims and concerns about Defendants' health care system and conditions in isolation represented by the original named plaintiffs. *See Bain*, 891 F.3d at 1217; *Mathis v. Bess*, 761 F. Supp. 1023, 1026-27 (S.D.N.Y. 1991) (finding defendants were not prejudiced by addition of named plaintiff in § 1983 class action because new named plaintiff's claims "arise from the same conduct, transactions and occurrences").[4]

Accordingly, Plaintiffs respectfully request that the Court enter an order adding class members Kendall Johnson, Laura Redmond, Ronald Slavin, Jason Johnson, Jonathan Gonzalez, and Dustin Brislan as additional named plaintiffs in this ongoing class action pursuant to Rule 21 of the Federal Rules of Civil Procedure. Plaintiffs also request that the caption be amended to add the newly added named plaintiffs, and remove the former named plaintiffs.

---

[3] Defendants previously deposed Mr. Brislan prior to settlement of the case.
[4] Moreover, these putative class representatives do not have to exhaust their relevant claims under the Prison Litigation Reform Act, because this Court held that then-Defendant Charles Ryan had agreed to waive any affirmative defense related to the PLRA exhaustion waiver via a Tolling Agreement. [*See* Doc. 175 at 6-9]

154063373.3

| | | |
|---|---|---|
| 1 | Dated: September 29, 2021 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: s/ Daniel C. Barr |
| | | Daniel C. Barr (Bar No. 010149) |
| | | John H. Gray (Bar No. 028107) |
| 4 | | Austin C. Yost (Bar No. 034602) |
| | | Karl J. Worsham (Bar No. 035713) |
| 5 | | Kathryn E. Boughton (Bar No. 036105) |
| | | Mikaela N. Colby (Bar No. 035667) |
| 6 | | Kelly Soldati (Bar No. 036727) |
| | | 2901 N. Central Avenue, Suite 2000 |
| 7 | | Phoenix, Arizona 85012 |
| | | Telephone: (602) 351-8000 |
| 8 | | Email: dbarr@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 9 | | ayost@perkinscoie.com |
| | | kworsham@perkinscoie.com |
| 10 | | kboughton@perkinscoie.com |
| | | mcolby@perkinscoie.com |
| 11 | | ksoldati@perkinscoie.com |
| | | docketphx@perkinscoie.com |
| 12 | | |
| | | Victoria Lopez (Bar No. 330042)* |
| 13 | | Jared G. Keenan (Bar No. 027068) |
| | | **ACLU FOUNDATION OF** |
| 14 | | **ARIZONA** |
| | | 3707 North 7th Street, Suite 235 |
| 15 | | Phoenix, Arizona 85013 |
| | | Telephone: (602) 650-1854 |
| 16 | | Email: vlopez@acluaz.org |
| | | jkeenan@acluaz.org |
| 17 | | |
| | | *Admitted pursuant to Ariz. Sup. Ct. |
| 18 | | R. 38(d) |
| 19 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 20 | | Sara Norman (Cal. 189536)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 21 | | **PRISON LAW OFFICE** |
| | | 1917 Fifth Street |
| 22 | | Berkeley, California 94710 |
| | | Telephone: (510) 280-2621 |
| 23 | | Email: dspecter@prisonlaw.com |
| | | ahardy@prisonlaw.com |
| 24 | | snorman@prisonlaw.com |
| | | rlomio@prisonlaw.com |
| 25 | | |
| | | *Admitted *pro hac vice* |
| 26 | | |
| 27 | | |
| 28 | | |

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
mmorris@aclu.org
echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

154063373.3

**ARIZONA CENTER FOR DISABILITY LAW**


By: <u>  s/ Maya Abela                </u>
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Maya Abela (Bar No. 027232)
   **ARIZONA CENTER FOR DISABILITY LAW**
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone: (520) 327-9547
   Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

154063373.3

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

154063373.3