**Index of Exhibits to**
**Motion to Add Additional Named Plaintiffs**
**and Amend Caption**

| Exhibit | Description |
|---|---|
| A | 9/17/21 Letter from A. Hardy to D. Struck |
| B | Declaration of Kendall Johnson |
| C | Declaration of Laura Redmond |
| D | Declaration of Ronald Slavin |
| E | Declaration of Jason Johnson |
| F | Declaration of Jonathan Gonzalez |
| G | Declaration of Dustin Brislan |
| H | 9/27/21 Email from D. Struck to Plaintiffs' Counsel |

# EXHIBIT A



# PRISON LAW OFFICE

General Delivery, San Quentin, CA 94964
Telephone (510) 280-2621 ○ Fax (510) 280-2704

*Director:*
Donald Specter

*Managing Attorney:*
Sara Norman

*Staff Attorneys:*
Rana Anabtawi
Laura Bixby
Patrick Booth
Steven Fama
Alison Hardy
Sophie Hart
Jacob Hutt
Rita Lomio
Margot Mendelson

September 17, 2021

*By Email Only*

Dan Struck
Struck, Love, Bojanowski & Acedo PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
Dstruck@strucklove.com

Re:   *Parsons v. Shinn*: Plaintiffs' Request for Stipulation Regarding Addition of Named Plaintiffs

Dear Dan:

We write to request that Defendants stipulate to the addition of six new named plaintiffs in the *Parsons* case.

Federal Rule of Civil Procedure 21 provides that "[p]arties may be dropped or added by order of the court on motion of any party or of its own initiative at any stage of the action and on such terms as are just." Fed. R. Civ. P. 21. In longstanding civil rights class action cases such as this one, courts commonly grant leave to add or substitute additional named plaintiffs pursuant to this Rule. See, e.g., *Boudreaux v. Sch. Bd. of St. Mary Parish*, 405 F. Supp. 3d 652, 664-67 (6th Cir. 2019) (granting motion to substitute named plaintiffs in decades-old school desegregation case); *Graves v. Walton Cnty. Bd. of Educ.*, 686 F.2d 1135, 1138 (5th Cir. 1982) (affirming district court's decision to allow substitution of additional plaintiffs for original named plaintiffs in school desegregation case); *Mathis v. Bess*, 761 F. Supp. 1023, 1026-27 (S.D.N.Y. 1991) (finding defendants were not prejudiced by addition of named plaintiff in §1983 class action because new named plaintiff's claims "arise from the same conduct, transactions and occurrences"). [1]

---

[1] Cf. *Bain v. Cal. Teachers Ass'n*, 891 F.3d 1206, 1217 (9th Cir. 2018) (explaining that in cases where a class has been certified, courts have "authority to replace a party with a new one once the case becomes moot"); *Flores v. EP2, Inc*., No. CV 09-07872 DDP (FMOx), 2011 WL 13213898, at *1 (C.D. Cal. May 20, 2011) ("[I]n the event a named plaintiff is no longer able to serve as a class representative, courts have granted a plaintiff leave to substitute a new representative."); *Bowens v. Atl. Maint. Corp.*, 546 F. Supp. 2d 55, 76 (E.D.N.Y. 2008) ("It is settled law that once a class has been certified, the entire action is not mooted simply because the class representative's claim is mooted." (citing

**Board of Directors**
Harlan Grossman, President and Treasurer ○ Christiane Hipps, Vice President
Vanita Gaonkar • Nick Gregoratos ○ Michael Marcum • Jean Lu
Claire McDonnel • Ruth Morgan ○ Seth Morris ○ Adrienne Yandell

Dan Struck
September 17, 2021
Page 2

Here, it is "just" under Rule 21 to add additional named plaintiffs. This is a certified class action wherein "a controversy still exists between" the parties, and, as discussed below, the proposed six additional named plaintiffs share the same claims and concerns about Defendants' health care system and conditions in isolation represented by the original named plaintiffs. See *Bain*, 891 F.3d at 1217; *Mathis*, 761 F. Supp. at 1027. In the almost ten years since we filed the complaint, seven of the original fourteen named plaintiffs have been released or have died. We therefore request that Defendants agree to stipulate to the addition of four named plaintiffs to the *Parsons* case.

We do not believe Defendants will suffer any prejudice by the addition of new named plaintiffs. The individuals we have identified as proposed additional class representatives—Kendall Johnson (189644), Laura Redmond (166546), Ronald Slavin (142019), Jason Johnson (161509), Jonathan Gonzalez (247947), and Dustin Brislan (164993), are longstanding members of the *Parsons* class who have deep familiarity with the relevant issues in this case and are willing to represent the class.

Ms. Johnson has been incarcerated since 2004, requires medical care for, among other things, multiple sclerosis, and has also participated in the mental health program.  Ms. Redmond has been periodically incarcerated since 2002, most recently since early 2020; she is designated seriously mentally ill (SMI) and requires mental health care, and also requires medical care for, among other conditions, a seizure disorder, asthma, and hepatitis C. Mr. Slavin has been periodically incarcerated since 1999; he is classified as SMI, and diagnosed with bipolar disorder, schizophrenia, and major depression.  Mr. Johnson has been incarcerated intermittently since 2001; he is classified as SMI, and diagnosed with major depressive disorder and bipolar disorder.  Mr. Gonzalez has been periodically incarcerated since 2009; he is classified as SMI and diagnosed with schizoaffective disorder, bipolar type.  Mr. Brislan was previously a named plaintiff in this case but was dismissed after his release from prison; he has been re-incarcerated in ADC since 2017.  He is classified as SMI and diagnosed with schizophrenia and post-traumatic stress disorder, chronic.

Please let us know if you have questions or concerns about this proposal. To further the process, we have prepared a draft stipulation for your review and feedback. Thank you in advance for your consideration of this request.

Sincerely,

/s/

Alison Hardy

---

*Cnty. of Riverside v. McLaughlin*, 500 U.S. 44, 51-52 (1991)).

# EXHIBIT B

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
            jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **DECLARATION OF KENDALL JOHNSON** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

1    I, Kendall Johnson, hereby swear and declare:

2    1.    I am incarcerated at ASPC-Perryville, Lumley Special Needs Unit, and my

3  ADC number is 189644. If called as a witness, I could and would testify competently to

4  the facts stated herein, all of which are within my personal knowledge.

5    2.    I am diagnosed with Multiple Sclerosis.

6    3.    I have been referred to a Multiple Sclerosis clinic, but that consult has not

7  been scheduled.

8    4.    I understand the responsibilities and am prepared to serve as a class

9  representative in this matter.

10    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

11  is true and correct.

12

13    EXECUTED this _2_ day of _September_, 2021, in _Goodyear_, Arizona.

14

15    _____
        Kendall Johnson

16

17

18

19

20

21

22

23

24

25

26

27

28

153678874.1

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

*Admitted *pro hac vice*; not admitted
in DC; practice limited to federal
courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

153678874.1

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:      dbarr@perkinscoie.com
            jhgray@perkinscoie.com
            ayost@perkinscoie.com
            kworsham@perkinscoie.com
            kboughton@perkinscoie.com
            mcolby@perkinscoie.com
            ksoldati@perkinscoie.com
            docketphx@perkinscoie.como

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

153678874.1

# EXHIBIT C

I, LAURA J. REDMOND, hereby swear and declare:

1.      I am incarcerated at ASPC-Perryville, San Carlos Unit, and my ADC number is 166546. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      I have been deaf since I was a very young child and my primary language is American Sign Language (ASL).

3.      I have been diagnosed with seizure disorder, asthma, chronic low back pain, and hepatitis C.

4.      I have also been diagnosed with bipolar disorder, schizoaffective disorder, schizophrenia, post-traumatic stress disorder, and adjustment disorder with mixed anxiety and depressed mood.

5.      I am designated as Seriously Mentally Ill (SMI), and I am prescribed mental health medications. Despite being prescribed these medications, I experience symptoms of mental illness, including recently depression at a level of 8/10, anxiety, and auditory hallucinations. I have also recently had difficulty sleeping.

6.      Generally I am not provided with an ASL interpreter for my healthcare appointments. In the past I have had to attempt to communicate with healthcare providers by trying to            lip-read.

7.      I understand the responsibilities and am prepared to serve as a class representative in this matter.

8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED September 3, 2021, in Goodyear, Arizona.

LAURA J. REDMOND

1

1    I, SANDRA SOLOMON, hereby swear and declare:

2         1.    I am a sign language interpreter, employed by Arizona Freelance

3    Interpreting Services. I am over the age of 18 and if called as a witness, I could and would

4    testify competently to the facts stated herein, all of which are within my personal

5    knowledge.

6         2.    I am a licensed sign language interpreter in the state of Arizona, and hold a

7    Legal-A License issued by the Arizona Commission for the Deaf and the Hard of Hearing.

8    My license is current through January 21, 2022, and my license number is 59250 11 952

9         3.    On September 3, 2021, I provided sign language interpretation services for

10   Laura J. Redmond, who communicates using American Sign Language as her primary

11   method of communication, when she met with Maya Abela, attorney at the Arizona

12   Center for Disability Law (ACDL).

13        4.    I interpreted during ACDL's interview of Ms. Redmond, and

14   communicated the contents of Ms. Redmond's declaration to Ms. Redmond by translating

15   the declaration from English into American Sign Language.

16        5.    I affirm that I interpreted the interview and the declaration accurately,

17   completely, and impartially following the guidelines for legal interpreting.

18        6.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

19   foregoing is true and correct.

20

21        EXECUTED September 3, 2021, in Goodyear, Arizona.

22

23        _____

24        SANDRA SOLOMON

25

26

27

28

                                    1

# EXHIBIT D

1   Victoria Lopez (Bar No. 330042)*
    Jared G. Keenan (Bar No. 027068)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
4   Email: vlopez@acluaz.org
            jkeenan@acluaz.org
5
    *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
    *Attorneys for Plaintiffs Shawn Jensen, Stephen
7   Swartz, Sonia Rodriguez, Christina Verduzco,
    Jackie Thomas, Jeremy Smith, Robert Gamez,
8   Maryanne Chisholm, Desiree Licci, Joseph
    Hefner, Joshua Polson, and Charlotte Wells, on
9   behalf of themselves and all others similarly
    situated*
10
    **[ADDITIONAL COUNSEL LISTED**
11  **BELOW]**

12

13                  UNITED STATES DISTRICT COURT

14                       DISTRICT OF ARIZONA

15  Victor Parsons; Shawn Jensen; Stephen Swartz;     No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
16  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph   **DECLARATION OF**
17  Hefner; Joshua Polson; and Charlotte Wells, on    **RONALD SLAVIN**
    behalf of themselves and all others similarly
18  situated; and Arizona Center for Disability Law,

19                       Plaintiffs,

20       v.

21  David Shinn, Director, Arizona Department of
    Corrections, Rehabilitation and Reentry; and Larry
22  Gann, Assistant Director, Medical Services Contract
    Monitoring Bureau, Arizona Department of
23  Corrections, Rehabilitation and Reentry, in their
    official capacities,
24
                         Defendants.
25

26

27

28

153677430.1

1    I, Ronald Slavin, hereby swear and declare:

2    1.    I am incarcerated at ASPC-Eyman, Cook Unit, and my ADC number is

3    142019. If called as a witness, I could and would testify competently to the facts stated

4    herein, all of which are within my personal knowledge.

5    2.    I am categorized as Seriously Mentally Ill (SMI), and have in the past been

6    diagnosed with bipolar disorder, schizophrenia, major depression, and anxiety. I am

7    prescribed mental health medications.

8    3.    Despite being prescribed these medications, I experience symptoms of

9    mental illness, including auditory hallucinations, depression, and anxiety.  In October

10   2020, I asked mental health staff if I could be referred to a designated housing unit for

11   people with mental illness where I can be provided more intensive treatment and therapy.

12   The psychologist told me that I was a good candidate for the MTU program, but I have

13   not been moved.

14   4.    I understand the responsibilities and am prepared to serve as a class

15   representative in this matter.

16   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

17   is true and correct.

18

19   EXECUTED this 31 day of 8 , 2021, in FloRANCE, Arizona.

20

21                                                 Ronald Slavin

22

23

24

25

26

27

28

153677430.1

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           mmorris@aclu.org
           echo@aclu.org

*Admitted *pro hac vice*; not admitted
  in DC; practice limited to federal
  courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:     ckendrick@aclu.org

*Admitted *pro hac vice*.

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com
           docketphx@perkinscoie.como

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

# EXHIBIT E

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
         jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen
Swartz, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez,
Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on
behalf of themselves and all others similarly
situated*

**[ADDITIONAL COUNSEL LISTED
BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br><br> **DECLARATION OF JASON JOHNSON** |

153677325.1

I, Jason Johnson, hereby swear and declare:

1.      I am incarcerated at ASPC-Eyman, SMU-I Unit, and my ADC number is 161509. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      I am categorized as Seriously Mentally Ill (SMI), and have in the past been diagnosed with major depressive disorder and paranoid schizophrenia. I am prescribed mental health medications.

3.      I was moved to Eyman-SMU-I in October 2020 from ASPC-Florence Kasson Unit.

4.      I understand the responsibilities and am prepared to serve as a class representative in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 31 day of August, 2021, in Florence, Arizona.

Jason Johnson

153677325.1

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
            mmorris@aclu.org
            echo@aclu.org

*Admitted *pro hac vice*; not admitted
  in DC; practice limited to federal
  courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

153677325.1

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com
           docketphx@perkinscoie.como

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

153677325.1

# EXHIBIT F

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen
Swartz, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez,
Maryanne Chisholm, Desiree Licci, Joseph
Hefner, Joshua Polson, and Charlotte Wells, on
behalf of themselves and all others similarly
situated*

**[ADDITIONAL COUNSEL LISTED
BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **DECLARATION OF JONATHAN GONZALEZ** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

153678415.1

I, Jonathan Gonzalez, hereby swear and declare:

1.      I am incarcerated at ASPC-Florence, Kasson Unit, and my ADC number is 247947. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.      I am diagnosed with Schizoaffective disorder, bipolar type.

3.      I have been placed on suicide watch about a dozen times in the last year.

4.      I have been in Kasson Unit since July 2019.

5.      I understand the responsibilities and am prepared to serve as a class representative in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this **21** day of **September** 2021, in **2021**, Arizona.

_____
Jonathan Gonzalez

153678415.1

**ADDITIONAL COUNSEL:**

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
              mmorris@aclu.org
              echo@aclu.org

*Admitted *pro hac vice*; not admitted
  in DC; practice limited to federal
  courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

153678415.1

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
             jhgray@perkinscoie.com
             ayost@perkinscoie.com
             kworsham@perkinscoie.com
             kboughton@perkinscoie.com
             mcolby@perkinscoie.com
             ksoldati@perkinscoie.com
             docketphx@perkinscoie.como

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

# EXHIBIT G

I, Dustin Brislan, hereby swear and declare:

1.     I am incarcerated at ASPC-Tucson, Rincon Mental Health Unit, and my ADC number is 164993. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.     I am categorized as Seriously Mentally Ill (SMI) both in prison and in the community, with an assigned mental health classification of MH-4. and have in the past been diagnosed with chronic post-traumatic stress disorder, borderline personality disorder, mood disorder, and delusional disorder. I am currently prescribed mental health medications. I have in the past engaged in acts of self-harm.

3.     I was moved to Tucson Rincon Mental Health Unit from ASPC-Florence Kasson Unit's mental health program on September 7, 2021. I have a max custody security classification.

4.     I understand the responsibilities and am prepared to serve as a class representative in this matter. I previously served as a class representative in this case when it was filed in 2012, but was dismissed as a named plaintiff when I was out of ADCRR custody.

5.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


EXECUTED September 9, 2021, in Tucson, Arizona.

Dustin Brislan

# EXHIBIT H

**From:** Dan Struck <DStruck@strucklove.com>
**Sent:** Monday, September 27, 2021 2:54 PM
**To:** Alison Hardy
**Cc:** Elaine Percevecz; Jessica Carns; Parsons Case; David Fathi; Maria Morris; Eunice Cho; Corene Kendrick; Samantha Weaver; Maya Abela; Jared Keenan; Gloria Torres; Victoria Lopez; Barr, Daniel (PHX); Tim Ray; Lucy Rand; mary.beke@azag.gov; StruckLoveParsonsTeam; Parsons Trial
**Subject:** Re: Adding named plaintiffs

Alison,

Defendants believe that there are sufficient class reps, even given the fact that some of the original plaintiffs are no longer class members, for plaintiffs to proceed to trial.  Adding six additional class representatives on the eve of trial, when the defendants are already being overwhelmed by plaintiffs' discovery requests, does result in prejudice by adding to the burden of responding to significant discovery on an abbreviated schedule, thereby increasing the burden on defendants to mount a defense for a trial that is starting in a month.   By contrast, we fail to see any prejudice at all if plaintiffs stand pat with their current representatives.

Please feel free to give me a call if you would like to discuss further.

Dan

Sent from my iPad

> On Sep 24, 2021, at 6:21 PM, Alison Hardy <ahardy@prisonlaw.com> wrote:
>
> Hi Dan,
>
> As you know, some of the original plaintiffs aren't in prison anymore and we want to ensure that there are competent representatives of the class for these proceedings.  So, we are asking for a stipulation allowing substitution.  Please let us know by Monday morning whether we can agree on this.
>
> Thanks,
> Alison
>
> Alison Hardy
> Sr. Staff Attorney
> **Prison Law Office**
> 1917 Fifth Street
> Berkeley, CA 94710
> Office:  (510) 280-2621
> Cell:  (510) 292-0549
> Pronouns: She/her

**From:** Dan Struck <DStruck@strucklove.com>
**Sent:** Friday, September 24, 2021 3:46 PM
**To:** Alison Hardy <ahardy@prisonlaw.com>; Elaine Percevecz <EPercevecz@strucklove.com>; Jessica Carns <jcarns@aclu.org>; Parsons Case <PLO-AZ@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Eunice Cho <echo@aclu.org>; Corene Kendrick <ckendrick@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Victoria Lopez <vlopez@acluaz.org>; Daniel Barr <DBarr@perkinscoie.com>; Tim Ray <TRay@strucklove.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** RE: Adding named plaintiffs

Alison,

We aren't really understanding the necessity of plaintiffs to add named plaintiffs on the eve of trial, when you already have representatives for the class and subclasses who are still class members. If you could provide further explanation as to why you folks need to be doing this, it would help inform our position.

Dan

**From:** Alison Hardy <ahardy@prisonlaw.com>
**Sent:** Wednesday, September 22, 2021 2:54 PM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Jessica Carns <jcarns@aclu.org>; Parsons Case <PLO-AZ@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Eunice Cho <echo@aclu.org>; Corene Kendrick <ckendrick@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Victoria Lopez <vlopez@acluaz.org>; Daniel Barr <DBarr@perkinscoie.com>; Tim Ray <TRay@strucklove.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; mary.beke@azag.gov; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Dan Struck <DStruck@strucklove.com>; Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** RE: Adding named plaintiffs

Dear Dan,

Could you please let us know whether or not Defendants are willing to stipulate regarding the additional named plaintiffs, as we proposed last Friday? I have attached the letter that we sent you last week, as well as a proposed Stipulation and Order. We would appreciate a response by closed of business Friday, September 24.

Appreciate your help,
Alison

Alison Hardy
Sr. Staff Attorney
**Prison Law Office**
1917 Fifth Street
Berkeley, CA 94710
Office: (510) 280-2621
Cell: (510) 292-0549

Pronouns: She/her

---

**From:** Alison Hardy <ahardy@prisonlaw.com>
**Sent:** Friday, September 17, 2021 2:56 PM
**To:** 'Elaine Percevecz' <EPercevecz@strucklove.com>; 'Jessica Carns' <jcarns@aclu.org>; 'Parsons Case'
<PLO-AZ@prisonlaw.com>; 'David Fathi' <dfathi@aclu.org>; 'Maria Morris' <MMorris@aclu.org>;
'Eunice Cho' <echo@aclu.org>; 'Corene Kendrick' <ckendrick@aclu.org>; 'Samantha Weaver'
<sweaver@aclu.org>; 'Maya Abela' <mabela@azdisabilitylaw.org>; 'Jared Keenan'
<jkeenan@acluaz.org>; 'Gloria Torres' <GTorres@acluaz.org>; 'Victoria Lopez' <vlopez@acluaz.org>;
'Daniel Barr' <DBarr@perkinscoie.com>; 'tray@strucklove.com' <tray@strucklove.com>
**Cc:** 'Lucy Rand' <Lucy.Rand@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>;
'StruckLoveParsonsTeam' <StruckLoveParsonsTeam@strucklove.com>; 'Dan Struck'
<DStruck@strucklove.com>; 'Parsons Trial' <ParsonsTrial@aclu.org>
**Subject:** Adding named plaintiffs

Dear Dan,

I've attached our letter requesting that Defendants stipulate to the addition of six more named
plaintiffs, as a number of the original named plaintiffs are no longer incarcerated.  I look forward to
discussing with you.

Thanks,
Alison

Alison Hardy
Sr. Staff Attorney
**Prison Law Office**
1917 Fifth Street
Berkeley, CA 94710
Office:  (510) 280-2621
Cell:  (510) 292-0549
Pronouns: She/her

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo,
PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use
by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful
interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments
are believed to be free of any virus or other defect that might affect any computer system into which it is
received and opened, it is the responsibility of the recipient to ensure that it is virus free and no
responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you
have received this message in error, please notify the sender immediately by telephone (480) 420-1600.
Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.