1
2
3
4
5

6                           UNITED STATES DISTRICT COURT
7                                  DISTRICT OF ARIZONA

| | |
|---|---|
| 8  Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ADD ADDITIONAL NAMED PLAINTIFFS AND AMEND CAPTION** |

This Court, having reviewed Plaintiffs' Motion to Add Additional Named Plaintiffs and Amend Caption, hereby **GRANTS** the Motion. The following plaintiffs are added as named plaintiffs: Kendall Johnson (189644), Laura Redmond (166546), Ronald Slavin (142019), Jason Johnson (161509), Jonathan Gonzalez (247947), and Dustin Brislan (164993).

It is further **ORDERED** that the Clerk of the Court shall amend the caption to read as follows:

//

//

154068973.1

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | Shawn Jensen; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jeremy Smith; Robert Gamez; Joshua Polson; Kendall Johnson; Laura Redmond; Ronald Slavin; Jason Johnson; and Jonathan Gonzalez, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| 5 | Plaintiffs, | |
| 6 | v. | |
| 7<br>8<br>9<br>10 | David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| 11 | Defendants. | |

154068973.1