Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE OF INTENT TO SERVE SUBPOENA** |

154079846.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

3  Procedure, Plaintiffs give notice that they intend to serve the attached subpoenas:

4      1.   Subpoena to Testify at a Deposition in a Civil Action to Centurion of

5  Arizona, LLC for a 30(b)(6) deposition (Exhibit 1).

6  Dated: September 29, 2021           **PERKINS COIE LLP**

           By: s/ Daniel C. Barr
               Daniel C. Barr (Bar No. 010149)
               John H. Gray (Bar No. 028107)
               Austin C. Yost (Bar No. 034602)
               Karl J. Worsham (Bar No. 035713)
               Kathryn E. Boughton (Bar No. 036105)
               Mikaela N. Colby (Bar No. 035667)
               Kelly Soldati (Bar No. 036727)
               2901 N. Central Avenue, Suite 2000
               Phoenix, Arizona 85012
               Telephone: (602) 351-8000
               Email:  dbarr@perkinscoie.com
                       jhgray@perkinscoie.com
                       ayost@perkinscoie.com
                       kworsham@perkinscoie.com
                       kboughton@perkinscoie.com
                       mcolby@perkinscoie.com
                       ksoldati@perkinscoie.com
                       docketphx@perkinscoie.com

           Victoria Lopez (Bar No. 330042)*
           Jared G. Keenan (Bar No. 027068)
           **ACLU FOUNDATION OF ARIZONA**
           3707 North 7th Street, Suite 235
           Phoenix, Arizona 85013
           Telephone: (602) 650-1854
           Email:  vlopez@acluaz.org
                   jkeenan@acluaz.org

           *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

154079846.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
mmorris@aclu.org
echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

154079846.1

1
2
                      **ARIZONA CENTER FOR DISABILITY LAW**

3            By:   s/ Maya Abela
4                 Asim Dietrich (Bar No. 027927)
                5025 East Washington Street, Suite 202
5                 Phoenix, Arizona 85034
                Telephone: (602) 274-6287
6                 Email: adietrich@azdisabilitylaw.org

7                 Rose A. Daly-Rooney (Bar No. 015690)
                J.J. Rico (Bar No. 021292)
8                 Maya Abela (Bar No. 027232)
                **ARIZONA CENTER FOR DISABILITY LAW**
9                 177 North Church Avenue, Suite 800
                Tucson, Arizona 85701
10                Telephone: (520) 327-9547
                Email:
11                   rdalyrooney@azdisabilitylaw.org
                  jrico@azdisabilitylaw.org
12                   mabela@azdisabilitylaw.org

13           *Attorneys for Arizona Center for Disability Law*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

154079846.1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-

154079846.1