Victoria López (Bar No. 330042)
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**STATEMENT OF DISCOVERY DISPUTE**<br><br>**CERTIFICATION OF MEET AND CONFER PURSUANT TO LOCAL RULE 7.2(j)** |

LEGAL23774493.1

Pursuant to Local Rule 7.2(j) and the Court's Discovery Dispute Instructions, the parties certify they met and conferred by telephone about this matter on August 26 and 27 2021, September 17, 2021, and September 27, 2021, as well as attempting to resolve the dispute through emails on August 17 and 25, and September 12, 13, 15 and 16, 2021. Ex. 1 (8/17/2021, Letter from Kendrick to Struck); Ex. 2 (8/25/2021, Email from Kendrick to Hesman); Ex. 3 (9/13/2021, Email exchange between Kendrick and Hesman), Ex. 4 (9/16/2021 Email exchange between Morris, Hesman and Love), Ex. 5 (9/27/2021 Email exchange between Morris and Hesman), Ex. 6 (Written Discovery Propounded by Plaintiffs to Date). If directed by the Court, the parties can submit further briefing.

**RFP No. 59**: All COMMUNICATIONS from January 1, 2020 to the present, sent to or from ADCRR Director David Shinn, Deputy Director Joseph Profiri, Deputy Director Frank Strada, Assistant Director Lance Hetmer, any ADCRR Regional Operations Director, or any ASPC Warden; regarding (1) vacant CORRECTIONAL OFFICER positions assigned to work at DETENTION UNITS at any ASPC or at any maximum custody unit at ASPC-Eyman, ASPC-Florence, or ASPC-Lewis, or (2) cancellation of out-of-cell time for people in DETENTION UNITS or any maximum custody unit due to inadequate numbers of staff.

**Plaintiffs' Position:**

Plaintiffs served RFP 59 on August 17, 2021. Ex. 1. Plaintiffs identified custodians and search terms (including connectors) when they served the RFP. *Id*. Defendants objected to the RFP, stating the search returned over 150,000 documents, but later admitted that they ran the search without connectors.[1] Plaintiffs provided revised custodians and search terms. Ex. 2. Defendants ran the revised search, applying the connectors and removing duplicates, resulting in just 119 documents. Ex. 3. Defendants asserted that no document returned in the search "[(staff OR officer OR "CO ") /s ((unfill! OR short! OR vacan!)] AND (detention OR max OR seg!) AND (out-of-cell OR cancel!

---

[1] Plaintiffs' proposed searches required that multiple terms appear in the same sentence for a document to be responsive to the search. *See* Ex. 1 at 2. Because the searches were run without the connectors, if any one of the search terms appeared in a document, the document was counted as responsive to the search.

LEGAL23774493.1

OR curtail!)" was responsive to the RFP 59.[2] Plaintiffs asked Defendants to run the initial search with connectors as originally requested, though with fewer custodians. Ex. 5 at 3. This search returned 11,271 documents. *Id*. at 1. Defendants object on burden and refuse to review the documents for relevance or produce them. The documents are highly relevant: Defendants' 30(b)(6) designee testified that short staffing is "a big [reason]" out-of-cell time is cancelled.[3] *See also* Doc. 3635 at 3-4. No documents have been produced.

**Defendants' Position:**

On August 24, 2021, Defendants objected to Plaintiffs' RFP 59 (1 of Plaintiffs' 4 ESI requests), noting that the search was still processing, but that the current total yielded was "a minimum of 150,428 documents." The next day, Plaintiffs' counsel sent a revised proposal containing narrowed search parameters for RFP 59. On August 26, 2021, the parties participated in a meet and confer. During the meet and confer, Defense counsel informed Plaintiffs' counsel that she had just learned the reason the initial search was so high was due to ADCRR's inability to run terms and connectors.[4] As a result, all emails that contained the proposed search terms were pulled. **Even after being apprised of this, Plaintiffs' counsel elected to move forward with the narrowed search she proposed on August 25, 2021.** Defendants agreed to review all 119 documents for responsiveness.

It was not until Defendants informed Plaintiffs that none of the 119 files were responsive to RFP 59, that they reneged on their revised search proposal and demanded Defendants run a third search for RFP 59. Preserving objections, but in the interest of negotiating in good faith, Defendants agreed to run the third search, which after deduplication, yielded 11,271 documents. Because Defendants are in the process of

---

[2] The extra space in "CO " was deliberate in order to only obtain documents where that was used as an abbreviation for "correctional officer" and to avoid hitting on any document that had the two letters together.

[3] The deposition was taken on September 27, 2021 and the final transcript is not yet available.

[4] Given the truncated 7-day deadline by which Defendants must object to Plaintiffs' discovery requests, this was the most accurate information Defendants could provide given the accelerated period.

1  responding to 95 written discovery requests,[5] have had to accompany Plaintiffs on twelve
2  facility tours, and are preparing to defend 15 depositions[6] Plaintiffs noticed, it is unduly
3  burdensome and not proportional to the needs of the case to review and produce an
4  additional 11,271 documents. *See In re Nat'l Ass'n of Music Merchants, Musical*
5  *Instruments & Equip. Antitrust Litig.,* No. MDL 2121, 2011 WL 6372826, at *4 (S.D. Cal.
6  Dec. 19, 2011) (denying plaintiffs' request that defendants re-run ESI search terms where
7  they failed to request new search terms despite prior opportunities to do so, finding it was
8  "unreasonable for Defendant to re-search documents they have already searched" during
9  the case's "limited discovery period."). This is particularly so where: (1) Plaintiffs'
10 previous proposed search yielded no responsive results; (2) Plaintiffs propounded other
11 discovery requests, that Defendants have already responded to, for this same information[7];
12 (3) relevance and proportionality are attenuated at best where Plaintiffs' 77-page
13 Complaint contains one allegation—that *exercise* is *sometimes* canceled due to staffing
14 issues—related to alleged cancelation of out-of-cell time or correctional staffing shortages
15 (Dkt. 1 at 52); (5) Plaintiffs waived the ability to object after they proceeded with
16 narrowed search parameters instead of requesting Defendants first apply terms/connectors
17 to their original search; and (4) Defendants will be unable to mount and prepare for the
18 defense of this case if they are required to review and produce these additional documents.

---

[5] Ex. 6. To date, Defendants have produced 8,589 documents (46,722 pages) in response to Plaintiffs' ESI requests and an additional 7,244 documents (122,710 pages) in response to Plaintiffs' other requests for production. Today, Plaintiffs served a Fourth Set of Requests for Production, which requests thousands of additional documents.
[6] Defendants anticipate another 30–35 depositions will occur in the next 3–4 weeks.
[7] Ex. 6 at Plaintiffs' Requests for Production Nos 11, 45, 59–61, 66–69.

Dated: September_29, 2021

Respectfully submitted,

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**<br>By: s/ (by permission) Daniel P. Struck<br>Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>3100 W. Ray Road, Ste. 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@strucklove.com<br>rlove@strucklove.com<br>tbojanowski@strucklove.com<br>nacedo@strucklove.com<br>*Attorneys for Defendants Shinn and Gann* | **ACLU NATIONAL PRISON PROJECT**<br>By:   s/ Maria V. Morris<br>David C. Fathi (Wash. 24893)**<br>Maria V. Morris (D.C. 1697904)*<br>Eunice Hyunhye Cho (Wash. 53711)**<br>915 15th Street N.W., 7th Floor<br>Washington, D.C. 20005<br>Telephone: (202) 548-6603<br>Email:   dfathi@aclu.org<br>          mmorris@aclu.org<br>          echo@aclu.org<br><br>*Admitted pro hac vice<br>**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.<br><br>Corene Kendrick (Cal. 226642)*<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (202) 393-4930<br>Email:   ckendrick@aclu.org<br><br>*Admitted *pro hac vice*<br><br>Donald Specter (Cal. 83925)*<br>Alison Hardy (Cal. 135966)*<br>Sara Norman (Cal. 189536)*<br>Rita K. Lomio (Cal. 254501)*<br>**PRISON LAW OFFICE**<br>1917 Fifth Street<br>Berkeley, California 94710<br>Telephone: (510) 280-2621<br>Email:   dspecter@prisonlaw.com<br>          ahardy@prisonlaw.com<br>          snorman@prisonlaw.com<br>          rlomio@prisonlaw.com<br><br>*Admitted *pro hac vice* |

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | John H. Gray (Bar No. 028107) |
|   | Austin C. Yost (Bar No. 034602) |
| 3 | Karl J. Worsham (Bar No. 035713) |
|   | Kathryn E. Boughton (Bar No. 036105) |
| 4 | Mikaela N. Colby (Bar No. 035667) |
|   | Kelly Soldati (Bar No. 036727) |

**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
  jhgray@perkinscoie.com
  ayost@perkinscoie.com
  kworsham@perkinscoie.com
  kboughton@perkinscoie.com
  mcolby@perkinscoie.com
  ksoldati@perkinscoie.com

Victoria López (Bar No. 330042)
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  vlopez@acluaz.org
  jkeenan@acluaz.org

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

LEGAL23774493.1               -5-

**ARIZONA CENTER FOR DISABILITY LAW**


By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
 rdalyrooney@azdisabilitylaw.org
  jrico@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Maria V. Morris