# Exhibit 1

August 17, 2021

**<u>VIA EMAIL ONLY</u>**

Mr. Dan Struck
Struck, Love, Bojanowski, & Acedo
3100 W. Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com

      RE:   *Parsons v. Shinn*
               Plaintiffs' Second Set of RFPDs

Dear Dan:

Enclosed are Plaintiffs' second set of Requests for Production of Documents, which seek communications, including electronically-stored information. In the interest of expediting the meet and confer process, this letter includes our proposed search terms and custodians for the communications, so that the parties have a sense of the scope of these requests, and we can discuss alternative search terms or different custodians if you wish. The RFPDs and our proposed search terms are as follows:

**REQUEST NUMBER 58**
All COMMUNICATIONS from January 17, 2019 to the present, between (1) ADCRR Director Charles Ryan, ADCRR Director David Shinn, ADCRR Assistant Director Richard Pratt, or ADCRR Assistant Director Larry Gann; and (2) any employee or agent of CENTURION regarding compliance with the Stipulation or with any Order of the Court regarding compliance with any provision of the Stipulation.

*Proposed custodians and search terms:*
- Any of the four listed custodians + recipient/sender anyone with Centurion email extension
- Stipulation
- (Parsons OR Silver OR ACLU) /s (Settlement OR Requirement! OR Order! OR Agreement! OR compl!)
- (Performance /2 Measure!) OR "PM "
- "Paragraph 12"
- "Paragraph 14" OR "language interpretation"
- "Paragraph 15"
- "Paragraph 16"



National Prison Project
915 15th Street, NW
7th floor
Washington, DC 20005
(202) 393-4930
aclu.org

David C. Fathi
*Director*
*Attorney at law\**

*\*Not admitted in DC; practice limited to federal courts*

Corene Kendrick
*Deputy Director*
*Attorney at law*
National Prison Project
39 Drumm St.
San Francisco, CA 94111

1

Mr. Dan Struck<br>
RE: Parsons – 2nd RFPD<br>
August 17, 2021

- CGAR
- "Corrective Action Plan" OR "Corrective Action Plans"
- "Basis for Noncompliance" OR "Basis for Non-compliance"

**REQUEST NUMBER 59**

All COMMUNICATIONS from January 1, 2020 to the present, sent to or from ADCRR Director David Shinn, Deputy Director Joseph Profiri, Deputy Director Frank Strada, Assistant Director Lance Hetmer, any ADCRR Regional Operations Director, or any ASPC Warden; regarding (1) vacant CORRECTIONAL OFFICER positions assigned to work at DETENTION UNITS at any ASPC or at any maximum custody unit at ASPC-Eyman, ASPC-Florence, or ASPC-Lewis, or (2) cancellation of out-of-cell time for people in DETENTION UNITS or any maximum custody unit due to inadequate numbers of staff.



*Proposed custodians and search terms:*
- Any custodian listed above
- [(staff OR officer OR "CO ") /s ((unfill! OR short! OR vacan!) AND (detention OR max))][1]
- [(staff OR officer OR "CO ") /s (out-of-cell OR cancel!)]

**REQUEST NUMBER 60**

All COMMUNICATIONS from January 1, 2020 to the present, between ADCRR Director David Shinn and any member of the Arizona Legislature or legislative staff regarding CORRECTIONAL OFFICER vacancies, recruitment, and salaries.

*Proposed custodians and search terms:*
- Custodian: Defendant Shinn, to/from anyone with email azleg.gov
- [(staff OR officer OR "CO ") /s (unfill! OR short! OR vacan! OR recrui! OR salar!)]

**REQUEST NUMBER 61**

All COMMUNICATIONS from January 1, 2020 to the present, between ADCRR Director David Shinn, and Governor Douglas Ducey or

---



[1] The extra space after CO is intentional so that it does not capture every word that contains the letters "co" within them.

Mr. Dan Struck<br>
RE: Parsons – 2nd RFPD<br>
August 17, 2021

Governor's staff regarding CORRECTIONAL OFFICER vacancies, recruitment, and salaries.

*Proposed custodians and search terms:*
- Custodian: Defendant Shinn, to/from anyone with email azgovernor.gov
- [(staff OR officer OR "CO ") /s (unfill! OR short! OR vacan! OR recrui! OR salar!)]

We look forward to speaking with you about these requests.



Sincerely yours,

*[signature]*

Corene Kendrick
Deputy Director
ACLU National Prison Project