# Exhibit 2

| | |
|---|---|
| **From:** | Corene Kendrick |
| **To:** | Ashlee Hesman; Elaine Percevecz; External - Delana Freouf; External - PLO AZ; Alison Hardy; David Fathi; Maria Morris; Eunice Cho; Jessica Carns; Samantha Weaver; External - Maya Abela; Jared Keenan; Gloria Torres; Victoria Lopez; Daniel Barr |
| **Cc:** | Lucy Rand; Michael E. Gottfried; "mary.beke@azag.gov"; StruckLoveParsonsTeam |
| **Subject:** | RE: Parsons v. Shinn; No. CV 12-00601-PHX-ROS |
| **Date:** | Wednesday, August 25, 2021 1:03:47 PM |
| **Attachments:** | image001.png |

Hi Ashlee,

Alison, Maya, and I are available anytime between 12 and 1 tomorrow.

On request #59, we propose narrowing request to remove the Regional Operations Directors, and to narrow the search terms to:
[(staff OR officer OR "CO ") /s ((unfill! OR short! OR vacan!)] AND (detention OR max OR seg!) AND (out-of-cell OR cancel! Or curtail!)

Also, please let us know when we will hear from Rachel with regard to Defendants' objections to our first RFPD for information related to detention units and uses of force.  If the objections stand, we will need to queue this up to Judge Silver.

Thanks,
Corene

Corene Kendrick
Deputy Director
ACLU National Prison Project
39 Drumm St.
San Francisco, CA 94111
ckendrick@aclu.org

---

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Wednesday, August 25, 2021 8:15 AM
**To:** Corene Kendrick <ckendrick@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; External - Delana Freouf <dfreouf@perkinscoie.com>; External - PLO AZ <PLO-AZ@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Victoria Lopez <vlopez@acluaz.org>; Daniel Barr <DBarr@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn; No. CV 12-00601-PHX-ROS

Hi Corene,

We are available between 11–1 or 3–5 (PST) tomorrow.  Will either of those times work for your team?  I am in depositions today.  I may have time later this afternoon, but I cannot say for sure how long they will go.

Ashlee

**From:** Corene Kendrick <ckendrick@aclu.org>
**Sent:** Wednesday, August 25, 2021 7:02 AM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; External - PLO AZ <PLO-AZ@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Victoria Lopez <vlopez@acluaz.org>; Daniel Barr <DBarr@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn; No. CV 12-00601-PHX-ROS

Thanks, Elaine. Ashlee, can you let us know when you might be available today or tomorrow to discuss the objections and us narrowing the requests?

Corene Kendrick
Deputy Director
ACLU National Prison Project
39 Drumm St.
San Francisco, CA 94111
ckendrick@aclu.org

**From:** Elaine Percevecz <EPercevecz@strucklove.com>
**Sent:** Tuesday, August 24, 2021 8:45 PM
**To:** External - Delana Freouf <dfreouf@perkinscoie.com>; External - PLO AZ <PLO-AZ@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Corene Kendrick <ckendrick@aclu.org>; Victoria Lopez <vlopez@acluaz.org>; Daniel Barr <DBarr@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn; No. CV 12-00601-PHX-ROS

Counsel,

At Ashlee Hesman's request, I've attached Defendants' Objections to Plaintiffs' Second Set of

Requests for Production to Defendants.

Sincerely,

Elaine

Elaine Percevecz
Legal Assistant to Timothy J. Bojanowski & Kevin L. Nguyen

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
480.420.1619 | epercevecz@strucklove.com | STRUCKLOVE.com

**From:** Freouf, Delana (Perkins Coie) <DFreouf@perkinscoie.com>
**Sent:** Tuesday, August 10, 2021 5:19 PM
**To:** StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Michael E. Gottfried <Michael.Gottfried@azag.gov>; 'mary.beke@azag.gov' <mary.beke@azag.gov>; PLO-Arizona Team <plo-az@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; 'David Fathi' <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; 'Eunice Cho' <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; 'Jared Keenan' <JKeenan@acluaz.org>; 'Gloria Torres' <GTorres@acluaz.org>; Corene Kendrick <ckendrick@aclu.org>; vlopez@acluaz.org; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>
**Subject:** Parsons v. Shinn; No. CV 12-00601-PHX-ROS

Counsel,

Attached are Plaintiffs' First Set of Requests for Production of Documents to Defendants.

Thank you.

**Delana Freouf, Certified PLS** | **Perkins Coie LLP**
**LEGAL SECRETARY TO:**
**Jordan Green | Christopher Coleman**
**P. Derek Petersen | Stephen Brookman**
**Kristie Beaudoin | Barry Stratford**
2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8394
F. +1.602.648.7000
E. DFreouf@perkinscoie.com



   Please consider the environment before printing this email. Thank you.



NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.