# Exhibit 4

| | |
|---|---|
| **From:** | Ashlee Hesman |
| **To:** | Maria Morris; Yvette Tepper; Corene Kendrick; Alison Hardy; David Fathi; Eunice Cho; Jessica Carns; Samantha Weaver; External - Maya Abela; External - Delana Freouf; Jared Keenan; Casey Arellano; Gloria Torres; Don Specter; Rita Lomio; Amber Norris; Tania Amarillas; Ilian Meza-Pena; Gabriela Pelsinger; Juliette Mueller; Christina Gutierrez; Stemmler, Alexa (Perkins Coie) |
| **Cc:** | Lucy Rand; Elaine Percevecz; StruckLoveParsonsTeam |
| **Subject:** | RE: Parsons v. Shinn - Defendants" Responses to Plaintiffs" Second Requests for Production |
| **Date:** | Thursday, September 16, 2021 8:46:19 PM |
| **Attachments:** | image001.png<br>image002.png |

Maria,

None of the documents that were pulled in response to RFP 59 were responsive to your request. As such, there are no documents to produce. While the documents are also privileged, because they are not responsive, no privilege log will be produced. We will supplement our response to make that clear.

Thanks,

Ashlee

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Thursday, September 16, 2021 5:22 PM
**To:** Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Ashlee Hesman <ahesman@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Rachel and Ashlee,
Will we be receiving the privilege log today?
Thank you,
Maria

**From:** Maria Morris
**Sent:** Wednesday, September 15, 2021 7:21 PM
**To:** Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <ECho@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela

<mabela@azdisabilitylaw.org>; External - Delana Freouf <DFreouf@perkinscoie.com>; Jared Keenan <JKeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Ashlee Hesman <ahesman@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Rachel and Ashlee,
I write regarding the supplemental response to RFP 59.
You state that after applying Plaintiffs' search terms, there were 150,428 documents.  However, we offered revised search terms and revised custodians, and you informed us that the revised search returned 119 documents.   You also informed us on September 13, 2021, that you would complete production of documents responsive to RFP 59 on September 14, 2021.  On September 14, you stated that no responsive documents were being produced, and that a privilege log would follow.  In your prior responses to RFP 59, you did not assert any privilege.  Please provide the basis for the assertion of privilege and the privilege log no later than tomorrow, September 16, 2021.
Thank you,
Maria


**From:** Yvette Tepper <YTepper@strucklove.com>
**Sent:** Wednesday, September 15, 2021 1:32 AM
**To:** Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Maria Morris <MMorris@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela <mabela@azdisabilitylaw.org>; External - Delana Freouf <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Ashlee Hesman <ahesman@strucklove.com>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Counsel:

Attached is Defendants' First Supplemental Response to Plaintiffs' Second Request for

Production.  I have posted the following production volume to our SharePoint:

Current

Volume:  **20210914 PRODUCTION (ESI002)**

Document Count: 2,860

Page Count:  9,026

Native Count: 268

Please be aware that only the people addressed in this email have access to these documents.  These documents will be available for download for two weeks at which time the share will be removed.

Please let me know if you have any questions.

Best regards,

Yvette Tepper


Yvette M. Tepper
Litigation Paralegal

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 W. Ray Road | Suite 300 | Chandler AZ 85226

480.420.1626 | ytepper@strucklove.com | STRUCKLOVE.COM

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.