# Exhibit 5

| | |
|---|---|
| **From:** | Ashlee Hesman |
| **To:** | Maria Morris; Yvette Tepper; Corene Kendrick; Alison Hardy; David Fathi; Eunice Cho; Jessica Carns; Samantha Weaver; External - Maya Abela; External - Delana Freouf; Jared Keenan; Casey Arellano; Gloria Torres; Don Specter; Rita Lomio; Amber Norris; Tania Amarillas; Ilian Meza-Pena; Gabriela Pelsinger; Juliette Mueller; Christina Gutierrez; Stemmler, Alexa (Perkins Coie) |
| **Cc:** | Lucy Rand; Elaine Percevecz; StruckLoveParsonsTeam |
| **Subject:** | RE: Parsons v. Shinn - Defendants" Responses to Plaintiffs" Second Requests for Production |
| **Date:** | Friday, September 24, 2021 4:34:27 PM |
| **Attachments:** | image001.png<br>image002.png |

Maria,

Plaintiffs third search for RFP 59 (after deduplication and application of terms/connectors) yielded **11,271** documents.  Defendants therefore object to Plaintiffs' third search request as overbroad, unduly burdensome, and not proportional to the needs of the case.  This is particularly so where Plaintiffs' previous search produced no responsive documents.  As such, Plaintiffs' request is also irrelevant.  Defendants incorporate the same specific burden and proportionality objections outlined in response to Plaintiffs' first proposed search for RFP 59, which is included in the objections Defendants served on September 7, 2021.

Thank you,

Ashlee

**From:** Ashlee Hesman
**Sent:** Monday, September 20, 2021 4:56 PM
**To:** Maria Morris <MMorris@aclu.org>; Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Maria,

On August 24, 2021, Defendants provided Plaintiffs with their objections to the ESI requests Plaintiffs propounded on August 17, 2021.  For RFP 59, Defendants noted that the search was still processing, but that the current total yielded was "a minimum of 150,428 documents."  The next day, Plaintiffs' counsel sent a revised proposal containing narrowed search parameters for RFP 59.  On August 26, 2021, the parties participated in a meet and confer.  During the meet and confer, Defense counsel

informed Plaintiffs' counsel that Defense counsel had just learned the reason the initial search was so high was due to ADCRR's inability to run terms and connectors.  As a result, all emails that contained the proposed search terms were pulled.  Even after being apprised of this, Plaintiffs' counsel elected to move forward with the narrowed search she proposed on August 25, 2021.  That search (before applying the terms and connectors) yielded 338 files.  After deduplication, 119 files were returned.  Defendants agreed to review all documents for responsiveness.

Now, because none of the 119 files were responsive, Plaintiffs are requesting that Defendants run a third search (listed below) for RFP 59.  As such, our deadline to object to the new search is September 24, 2021.  (Dkt. 3940 at 2.)  Again, ADCRR does not have the capability to work with proximity limiters or multiple wildcard expanders. Today, we instructed ADCRR to run the following search:

((staff OR officer OR "CO") AND ((unfill OR unfilled OR short OR shortage OR vacant OR vacancy OR vacancies) AND (detention OR max)) OR ("out-of-cell" OR cancel*))

It yielded **50,388 email families**.  (An email family is a single parent email, including any and all attachments).  ADCRR is currently collecting those email families and preparing them for export to our office.  Plaintiffs' precise search logic will need to be separately applied by our vendor.  Our vendor will then need to deduplicate the files.

While we do not have an exact number, because terms and connectors need to be applied and the files need to be deduplicated, the current number of 50,388 email families is overbroad, unduly burdensome, and not proportional to the needs of this case.   As soon as we have the data from ADCRR, we can re-visit these objections.

Thank you,

Ashlee

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Friday, September 17, 2021 3:03 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>; Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Ashlee,

This email is to follow up from our call this afternoon.  As discussed, because the initial search was run without applying the connectors or de-duping, we are asking that you run the search we originally requested, applying all connectors and de-duping.  As agreed, we are not asking you to include the Regional Operations Directors in this search.  Thus, the search we are requesting is:

Custodians:  ADCRR Director David Shinn, Deputy Director Joseph Profiri, Deputy Director Frank Strada, Assistant Director Lance Hetmer, all ASPC Wardens
Search terms:

      1.      [(staff OR officer OR "CO ") /s ((unfill! OR short! OR vacan!) AND (detention OR max))]
      2.      [(staff OR officer OR "CO ") /s (out-of-cell OR cancel!)]

Please note, the extra space after CO is intentional in an attempt to avoid capturing all words that contain the letters "co".

You agreed that you would get back to us on Monday, to let us know how long it will take to provide us information about the results.  You also stated that your position is that you should have 7 days from today to object to the RFP, based on the request to re-run the original search terms.

As discussed, we do not agree that our attempt to narrow the search terms in response to the inaccurate information that the search on our original search terms returned 150,000 documents means that the objection period restarts when we ask you to run the search we originally requested, as opposed to a search run without the connectors and without de-duping.

Once we hear from you on Monday, we will let you know whether we believe the dispute is ripe for bringing to the Court.

Thank you,
Maria

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Friday, September 17, 2021 1:45 PM
**To:** Maria Morris <MMorris@aclu.org>; Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela <mabela@azdisabilitylaw.org>; External - Delana Freouf <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller

<juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

That works.  Elaine will circulate call-in information.

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Friday, September 17, 2021 10:03 AM
**To:** Ashlee Hesman <ahesman@strucklove.com>; Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Could we do 1 PST?

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Friday, September 17, 2021 12:25 PM
**To:** Maria Morris <MMorris@aclu.org>; Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela <mabela@azdisabilitylaw.org>; External - Delana Freouf <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Hi Maria,

We are available today between 1 –3 p.m. (PST).  Let us know if that works for you.

Thanks,

Ashlee

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Friday, September 17, 2021 6:13 AM
**To:** Ashlee Hesman <ahesman@strucklove.com>; Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa (Perkins Coie) <AStemmler@perkinscoie.com>
**Cc:** Lucy Rand <Lucy.Rand@azag.gov>; Elaine Percevecz <EPercevecz@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Parsons v. Shinn - Defendants' Responses to Plaintiffs' Second Requests for Production

Ashlee,
We would like to meet and confer regarding the response to RFP 59 today.  This request has been the subject of considerable back and forth, and just during this week there have been contradictory statements regarding what will be produced or withheld and why.  Please let me know when we can talk.
Thank you,
Maria

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Thursday, September 16, 2021 8:46 PM
**To:** Maria Morris <MMorris@aclu.org>; Yvette Tepper <YTepper@strucklove.com>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; David Fathi <dfathi@aclu.org>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela <mabela@azdisabilitylaw.org>; External - Delana Freouf <dfreouf@perkinscoie.com>; Jared Keenan <jkeenan@acluaz.org>; Casey Arellano <CArellano@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Don Specter <dspecter@prisonlaw.com>; Rita Lomio <rlomio@prisonlaw.com>; Amber Norris <anorris@prisonlaw.com>; Tania Amarillas <tania@prisonlaw.com>; Ilian Meza-Pena <ilian@prisonlaw.com>; Gabriela Pelsinger <gabriela@prisonlaw.com>; Juliette Mueller <juliette@prisonlaw.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>; Stemmler, Alexa