Anant Kumar Tripati
10201 Boy 5000
Florence, AZ 85732

FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 29 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

United States District Court
District of Arizona

| Anston Ana Parsons vs Richard Pratt et al | CIV12-00601 PHX RDS MOTION TO ORDER ALL ADOC Employees Vaccinated. |

Too many of us are dying.

This is a class action for our medical care.

ADOC Employees bring COVID into prison.

Most are not vaccinated. Most wear no masks.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LR Civ 5.4
(Rule Number/Section)

— 1 —

David Shinn has the authority and duty to issue orders.

He has the duty to protect us. He must make sure we are safe.

Maricopa County Superior Court Judge Katherine Cooper – On Sept 27th, 2021 – has declared Governor Duceys mask blocking mandates are blocked.

The Federal Judge in Sacramento has today ordered that all CDC employees get vaccinated. The court has also ordered that inmates with Religious/Medical exemptions – get visits

## Conclusion

For our protection:

(a) All Prison employees

—2—

be ordered vaccinated;

(b) All Prison employees wear masks as directed by CDC.

(c) All inmates be vaccinated.

(d) All inmates wear masks

Respectfully,

9/27/21