**EXHIBIT 2**

**[REDACTED]**

**EXHIBIT 2**

**[REDACTED]**

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' INITIAL TRIAL DISCLOSURE STATEMENT** |

Pursuant to Court Order (Docs. 3931, 3936), Plaintiffs submit the following initial disclosure statement of anticipated fact witnesses, anticipated expert witnesses, and anticipated documents to be used at trial:

## I.   ANTICIPATED FACT WITNESSES

Because discovery is ongoing, Plaintiffs reserve the right to supplement this disclosure with additional fact witnesses and/or to remove fact witnesses from this list. Subject to that reservation, Plaintiffs anticipate that they may call the following fact witnesses at trial. All class members should be contacted via Plaintiffs' counsel:

███████████████████████
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

███████████████████████
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

███████████████████████
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

███████████████████████
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

███████████████████████
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

███████████████████████
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

███████████████████████
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

███████████████████████
ASPC Perryville, Santa Cruz Unit
P. O. Box 3200
Goodyear, AZ 85338

153733867.1

1
2
ASPC Perryville, Santa Cruz Unit
P. O. Box 3200
Goodyear, AZ 85338
3

4
ASPC Perryville, San Pedro Unit
P. O. Box 3100
5
Goodyear, AZ 85338

6
ASPC Perryville, Lumley Unit
7
P. O. Box 3300
Goodyear, AZ 85338
8

9
ASPC Perryville, Lumley Unit
P. O. Box 3300
10
Goodyear, AZ 85338

11
ASPC Lewis, Barchey Unit
12
P. O. Box 3200
Buckeye, AZ 85326
13

14
ASPC Lewis, Buckley Unit
P. O. Box 3400
15
Buckeye, AZ 85326

16
ASPC Lewis, Buckley Unit
17
P. O. Box 3400
Buckeye, AZ 85326
18

19
ASPC Lewis, Barchey Unit
P. O. Box 3200
20
Buckeye, AZ 85326

21
ASPC Lewis, Rast Unit
22
P. O. Box 3600
Buckeye, AZ 85326
23

24
ASPC Lewis, Stiner Unit
P. O. Box 3100
25
Buckeye, AZ 85326

26
ASPC Florence, South Unit
27
P. O. Box 8400
Florence, AZ 85132
28

-2-

153733867.1

1

2
ASPC Florence, South Unit
P. O. Box 8400
3
Florence, AZ 85132

4
ASPC Florence, Central Unit
P. O. Box 8200
5
Florence, AZ 85132

6
ASPC Florence, Central Unit
7
P. O. Box 8200
Florence, AZ 85132
8

9
ASPC Florence, East Unit
P. O. Box 5000
10
Florence, AZ 85132

11
ASPC Florence, East Unit
12
P. O. Box 5000
Florence, AZ 85132
13

14
ASPC Florence, East Unit
P. O. Box 5000
15
Florence, AZ 85132

16
ASPC-Eyman, Cook Unit
17
P. O. Box 3200
Florence, AZ 85132
18

19
ASPC-Eyman, Cook Unit
P. O. Box 3200
20
Florence, AZ 85132

21
ASPC Eyman, SMU I Unit
22
P. O. Box 4000
Florence, AZ 85132
23

24
ASPC-Eyman, SMU-I Unit
P. O. Box 4000
25
Florence, AZ 85132

26
ASPC-Eyman, Meadows Unit
27
P. O. Box 3500
Florence, AZ 85132
28

-3-

153733867.1

1

█████████████████
ASPC-Eyman, Browning Unit
P. O. Box 3500
Florence, AZ 85132

2

3

████████████████
ASPC Phoenix, Flamenco Males
P.O. Box 52109
Phoenix, AZ 85072

4

5

6

████████████████
ASPC Tucson, Rincon Unit
P.O. Box 24403
Tucson, AZ 85734

7

8

A██████ Coleman
Deputy Warden, Lewis Rast
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

9

10

11

Larry Gann
Assistant Director, Medical Services Contract Monitoring Bureau, ADCRR
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

12

13

14

David Shinn
Director, Arizona Department of Corrections, ADCRR
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

15

16

17

Bobbie Pennington-Stallcup
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

18

19

20

Ashley Pelton
Regional Mental Health Director, Centurion
c/o Sarah L. Barnes
Broening Oberg Woods & Wilson, PC.
2800 N. Central Ave, Suite 1600
Phoenix, Arizona 85004

21

22

23

L██Stickley
Deputy Warden, Eyman SMU I
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

24

25

26

27

28

153733867.1

1

L███Fisher
Physician's Assistant, Centurion

2

c/o Sarah L. Barnes
Broening Oberg Woods & Wilson, PC.

3

2800 N. Central Ave, Suite 1600
Phoenix, Arizona 85004

4

5

T███Scott
Deputy Warden, Eyman Browning
c/o Stuck Love Bojanowski & Acedo, PLC

6

3100 W. Ray Road, Suite 300
Chandler, AZ 85226

7

8

Wendy Orm
Regional Medical Director, Centurion
c/o Sarah L. Barnes

9

Broening Oberg Woods & Wilson, PC.
2800 N. Central Ave, Suite 1600

10

Phoenix, Arizona 85004

11

Dr. Grant Phillips
c/o Stuck Love Bojanowski & Acedo, PLC

12

3100 W. Ray Road, Suite 300
Chandler, AZ 85226

13

14

David Robertson, DO
DMG
2525 E Roosevelt St

15

Phoenix, AZ 85008

16

All witnesses disclosed by Defendants

17

**II.    ANTICIPATED EXPERT WITNESSES**

18

Plaintiffs reserve the right to remove expert witnesses from this list. Subject to that

19

caveat, Plaintiffs anticipate that they may call the following expert witnesses at trial:

20

Pablo Stewart, M.D.
Psychiatric Consultant

21

3021 La Pietra Circle
Honolulu, HI 96815

22

23

Martin F. Horn
201 E. 87th Street, Apt. 7H
New York, NY 10128

24

25

Craig Haney, Ph.D., J.D.
Professor of Psychology
Co-Director, UC Criminal Justice & Health Consortium

26

University of California
317 Ocean View Ave.

27

Santa Cruz, California 95062

28

-5-

Robert Joy
Carbone Joy Consulting, LLC
3621 Loma Drive
Shingle Springs, CA 95682

Todd Randall Wilcox, M.D., M.B.A., C.C.H.P.-A.
Chief Executive Officer, Wellcon, Inc.
Medical Director, Salt Lake County Jail System
4760 S. Highland Drive, # 105
Salt Lake City, UT 84117

III.    **ANTICIPATED DOCUMENTS TO BE USED AT TRIAL**

Because discovery is ongoing, Plaintiffs reserve the right to supplement this disclosure with any documents produced in response to Plaintiffs' requests for production. Subject to that caveat, Plaintiffs anticipate that they may rely on the following documents at trial:

- Class Member Medical Examiner Reports
  - A spreadsheet cataloging these reports (and their corresponding bates numbers) is attached as Exhibit A.
- Mortality Reviews
  - A spreadsheet cataloging these reviews (and their corresponding bates numbers) is attached as Exhibit B.
- Advocacy letters sent by Plaintiffs' counsel from January 1, 2015 to present
  - A document listing the file names of the advocacy letters previously sent to Defendant's counsel is attached as Exhibit C.
- Miscellaneous documents
  - A document listing these documents (and their corresponding bates numbers where available) is attached as Exhibit D.
- All documents disclosed and produced by Defendants including but not limited to the documents listed in Exhibit E.
- All documents previously filed or entered into evidence in this case
- All documents produced by Defendants in discovery in this case after July 16, 2021
- All photos, videos, documents from all prison tours

153733867.1

1   Dated:  September 10, 2021                    **PERKINS COIE LLP**

2

3                                                By:   s/ Daniel C. Barr
                                                     Daniel C. Barr (Bar No. 010149)
4                                                    John H. Gray (Bar No. 028107)
                                                     Austin C. Yost (Bar No. 034602)
5                                                    Karl J. Worsham (Bar No. 035713)
                                                     Kathryn E. Boughton (Bar No. 036105)
6                                                    Mikaela N. Colby (Bar No. 035667)
                                                     Kelly Soldati (Bar No. 036727)
7                                                    2901 N. Central Avenue, Suite 2000
                                                     Phoenix, Arizona 85012
8                                                    Telephone:  (602) 351-8000
                                                     Email:    dbarr@perkinscoie.com
9                                                              jhgray@perkinscoie.com
                                                              ayost@perkinscoie.com
10                                                            kworsham@perkinscoie.com
                                                              kboughton@perkinscoie.com
11                                                            mcolby@perkinscoie.com
                                                              ksoldati@perkinscoie.com
12                                                            docketphx@perkinscoie.com

13                                                   Victoria Lopez (Bar No. 330042)*
                                                     Jared G. Keenan (Bar No. 027068)
14                                                   **ACLU FOUNDATION OF
                                                     ARIZONA**
15                                                   3707 North 7th Street, Suite 235
                                                     Phoenix, Arizona 85013
16                                                   Telephone:  (602) 650-1854
                                                     Email:    vlopez@acluaz.org
17                                                            jkeenan@acluaz.org

18                                                   *Admitted pursuant to Ariz. Sup. Ct.
                                                     R. 38(d)
19
                                                     Donald Specter (Cal. 83925)*
20                                                   Alison Hardy (Cal. 135966)*
                                                     Sara Norman (Cal. 189536)*
21                                                   Rita K. Lomio (Cal. 254501)*
                                                     **PRISON LAW OFFICE**
22                                                   1917 Fifth Street
                                                     Berkeley, California 94710
23                                                   Telephone:  (510) 280-2621
                                                     Email:    dspecter@prisonlaw.com
24                                                            ahardy@prisonlaw.com
                                                              snorman@prisonlaw.com
25                                                            rlomio@prisonlaw.com

26                                                   *Admitted *pro hac vice*

27

28

                                                -7-

153733867.1

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
              mmorris@aclu.org
              echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

153733867.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
    Email:    adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone:  (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

153733867.1

1

## **<u>CERTIFICATE OF SERVICE</u>**

2          I hereby certify that on September 10, 2021, I electronically transmitted the above

3 document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4 Notice of Electronic Filing to the following CM/ECF registrants:

5

6
Michael E. Gottfried
Lucy M. Rand

7
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski

10
Nicholas D. Acedo
Ashlee B. Hesman

11
Jacob B. Lee
Timothy M. Ray

12
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

13
dstruck@strucklove.com
rlove@strucklove.com

14
tbojanowski@strucklove.com
nacedo@strucklove.com

15
ahesman@strucklove.com

16
jlee@strucklove.com
tray@strucklove.com

17
aorcutt@strucklove.com

18          *Attorneys for Defendants*

19

20                              s/ D. Freouf
                    _____

21

22

23

24

25

26

27

28

153733867.1

# EXHIBIT A

| Bates Range | Description |
|---|---|
| MER000001-6 |  |
| MER000007-10 | |
| MER000011-14 | |
| MER000015-18 | |
| MER000019-27 | |
| MER000028-32 | |
| MER000033-37 | |
| MER000038-41 | |
| MER000042-50 | |
| MER000051-59 | |
| MER000060-70 | |
| MER000071-74 | |
| MER000075-88 | |
| MER000089-104 | |
| MER000105-108 | |
| MER000109-122 | |
| MER000123-134 | |
| MER000135-148 | |
| MER000149-168 | |
| MER000169-172 | |
| MER000173-182 | |
| MER000183-187 | |
| MER000188-192 | |
| MER000193-196 | |
| MER000197-199 | |
| MER000200-204 | |
| MER000205-207 | |
| MER000208-212 | |
| MER000213-228 | |
| MER000229-241 | |
| MER000242-246 | |
| MER000247-255 | |
| MER000256-259 | |
| MER000260-265 | |
| MER000266-270 | |
| MER000271-274 | |
| MER000275-285 | |
| MER000286-288 | |
| MER000289-300 | |
| MER000301-305 | |
| MER000306-310 | |
| MER000311-316 | |
| MER000317-321 | |
| MER000322-324 | |
| MER000325-329 | |
| MER000330-337 | |
| MER000338-345 | |
| MER000346-349 | |
| MER000350-354 | |
| MER000355-365 | |
| MER000366-371 | |
| MER000372-375 | |



MER000376-378
MER000379-384
MER000385-401
MER000402-407
MER000408-411
MER000412-415
MER000416-418
MER000419-434
MER000435-441
MER000442-450
MER000451-454
MER000455-458
MER000459-471
MER000472-475
MER000476-479
MER000480-483
MER000484-487
MER000488-491
MER000492-495
MER000496-500
MER000501-505
MER000506-509
MER000510-513
MER000514-516
MER000517-519
MER000520-525
MER000526-533
MER000534-542
MER000543-546
MER000547-553
MER000554-558
MER000559-563
MER000564-577
MER000578-581
MER000582-585
MER000586-589
MER000590-593
MER000594-596
MER000597-600
MER000601-604
MER000605-609
MER000610-613
MER000614-617
MER000618-621
MER000622-625
MER000626-629
MER000630-635
MER000636-639
MER000640-649
MER000650-653
MER000654-660
MER000661-664
MER000665-668
MER000669-672
MER000673-677

MER000678-681
MER000682-685
MER000686-689
MER000690-693
MER000694-697
MER000698-701
MER000702-705
MER000706-709
MER000710-718
MER000719-722
MER000723-726
MER000727-730
MER000731-734
MER000735-739
MER000740-743
MER000744-747
MER000748-756
MER000757-761
MER000762-765
MER000766-776
MER000777-780
MER000781-784
MER000785-788
MER000789-792
MER000793-796
MER000797-801
MER000802-806
MER000807-816



# EXHIBIT B

| Bates Range | Description |
|---|---|
| ADCM1651459-1651462 | ███ Mortality Review ADC ███ |
| | ADC ███ Mortality |
| ADCM1643914-1643917 | Review |
| ADCRRM0019592-0019596 | ADC ███ Mortality Review |
| ADCM1578098-1578102 | ADC ███ Mortality Review |
| ADCM1643918-1643922 | ADC ███ Mortality Review |
| ADCM1623194-1623197 | ADC ███ Mortality Review |
| | |
| ADCM1608400-1608406 | ███ ADC ███ Mortality Review |
| | |
| ADCM1603877-1603880 | ADC ███ Mortality Review |
| ADCM1615615-1615618 | ADC ███ Mortality Review |
| ADCRRM0004654-0004657 | ADC ███ Mortality Review |
| ADCM1578103-1578107 | ADC ███ Mortality Review |
| ADCM1589770-1589775 | ADC ███ Mortality Review |
| ADCM1655851-1655854 | ADC ███ Mortality Review |
| ADCM1669312-1669315 | ADC ███ Mortality Review |
| ADCM1578108-1578112 | ADC ███ Mortality Review |
| | |
| ADCM1580645-1580652 | ADC ███ Mortality Review |
| ADCRR00000001-4 | ADC ███ Mortality Review |
| ADCRR00000005-8 | ADC ███ Mortality Review |
| ADCRRM0019597-0019600 | ADC ███ Mortality Review |
| ADCRRM0026142-26145 | ADC ███ Mortality Review |
| | |
| ADCRR00000009-12 | ADC ███ Mortality Review |
| ADCM1643923-1643926 | ADC ███ Mortality Review |
| ADCM1591245-1591250 | ADC ███ Mortality Review |
| | |
| ADCRR00000033-36 | ███ ADC ███ Mortality Review |
| | |
| ADCRRM0012707-0012710 | ADC ███ Mortality Review |
| ADCM1610511-1610518 | ADC ███ Mortality Review |
| ADCRRM0000063-0000068 | ADC ███ Psych Autopsy |
| ADCM1643927-1643932 | ADC ███ Mortality Review |
| ADCRRM0012711-0012714 | ADC ███ Mortality Review |
| | |
| ADCM1652229-1652234 | ADC ███ Mortality Review |
| | ADC ███ Mortality |
| ADCRRM0026146-0026149 | Review |
| ADCM1568679-1568682 | ADC ███ Mortality Review |
| ADCRRM19601-0019604 | ADC ███ Mortality Review |
| ADCM1608407-1608410 | ADC ███ Mortality Review |
| ADCM1618260-1618264 | ADC ███ Mortality Review |
| ADCRRM0004693-4696 | ADC ███ Mortality Review |
| ACDM1578079-1578082 | ADC ███ Mortality Review |
| ADCM1608411-1608420 | ADC ███ Mortality Review |
| ADCM1651463-1651466 | ADC ███ Mortality Review |
| | |
| ADCRR00000013-16 | ADC ███ Mortality Review |
| ADCRRM0019605-19608 | ADC ███ Mortality Review |
| ADCM1655855-1655858 | ADC ███ Mortality Review |





ADCRR00000017-20    ADC    Mortality Review
ADCM1578113-1578117    ADC    Mortality Review
ADCRRM0004658-4661    ADC    Mortality Review

ADCRR00000021-24    ADC    Mortality Review
ADCRRM0026150-26153    ADC    Mortality Review
ADCRRM0026154-26177    ADC    Psych Autopsy
ACRRM0026178-26181    ADC    Mortality Review
ADCM1608421-1608427    ADC    Mortality Review
ADCRR00000025-28    ADC    Mortality Review
ADCM1643933-1643936    ADC    Mortality Review
ADCM1578118-1578125    ADC    Mortality Review
ADCRRM0026182-26185    ADC    Mortality Review
ADCM1643937-1643940    ADC    Mortality Review
ADCM1618265-1618268    ADC    Mortality Review
ADCM1589776-1589779    ADC    Mortality Review
ADCRRM0000001-4    ADC    Mortality Review
ADCRR00000029-32    ADC    Mortality Review
ADCRRM0019609-19612    ADC    Mortality Review

ADCM1603881-1603884    ADC    Mortality Review

ADCM1608428-1608431    ADC    Mortality Review
ADCRRM0019613-19616    ADC    Mortality Review

ADCRRM0026186-26189    ADC    Mortality Review
ADCM1623198-1623202    ADC    Mortality Review
ADCM1624350-1624363    ADC    Psych Autopsy
ADCRRM0000026-29    ADC    Mortality Review

ADCRRM0012715-12718    ADC    Mortality Review
ADCM1615619-1615623    ADC    Mortality Review
ADCM1651467-1651470    ADC    Mortality Review
ADCM1615624-1615627    ADC    Mortality Review
ADCM1584290-1584293    ADC    Mortality Review
ADCM1643941-1643944    ADC    Mortality Review
ADCM1618269-1618272    ADC    Mortality Review
ADCM1584294-1584299    ADC    Mortality Review
ADCRRM0005573-5576    ADC    Mortality Review
ADCRRM0019617-19620    ADC    Mortality Review
ADCRRM0026194    Replacement Page
ADCRRM0026195-26198    ADC    Mortality Review

ADCRR00000037-40    ADC    Mortality Review
ADCRR00000041-43    ADC    Mortality Review
ADCRR00000122-132    ADC    Psych Autopsy
ADCRRM0019621-19624    ADC    Mortality Review
ADCM1589780-1589784    ADC    Mortality Review
ADCM1575445-1575448    ADC    Mortality Review

ADCM1570572-1570576 ▮▮▮▮ ADC ▮▮▮ Mortality Review
ADCRRM0026199-26202 ▮▮▮ ADC ▮ Mortality Review
ADCRR00000133-140 ▮▮▮ ADC ▮ Psych Autopsy
ADCRRM0004697-4700 ▮▮▮ ADC ▮ Mortality Review
ADCM1584237-1584241 ▮▮▮▮ ADC ▮▮ Mortality Review
ADCM1589785-1589788 ▮▮▮▮ ADC ▮▮ Mortality Review
ADCRR00000045-48 ▮▮▮ ADC ▮ Mortality Review

ADCM1603885-1603893 ▮▮▮ ADC ▮▮ Mortality Review

ADCM1608432-1608440 ▮▮▮ ADC ▮▮ Mortality Review

ADCM1580653-1580656 ▮▮▮ ADC ▮▮ Mortality Review
ADCRRM0019625-19628 ▮▮▮ ADC ▮▮ Mortality Review
ADCM1669316-1669319 ▮▮▮ ADC ▮ Mortality Review
ADCM1589789-1589793 ▮▮▮▮ ADC ▮ Mortality Review
ADCRRM0012723-12726 ▮▮▮ ADC ▮ Mortality Review
ADCM1578071-1578074 ▮▮▮ ADC ▮ ME Report
ADCM1578083-1578089 ▮▮▮ ADC ▮ Mortality Review
ADCM1578122-1578129 ▮▮▮ ADC ▮ Psych Autopsy

ADCM1578130-1578131 ▮▮▮ ADC ▮ Toxicology Report

ADCRRM0012727-12730 ▮▮▮▮ ADC ▮ Mortality Review
ADCM1603894-1603899 ▮▮▮ ADC ▮ Mortality Review
ADCM1603900-1603903 ▮▮▮ ADC ▮ Mortality Review
ADCM1578126-1578130 ▮▮▮ ADC ▮ Mortality Review
ADCM1578131-1578134 ▮▮▮ ADC ▮ Mortality Review
ADCM1643945-1643948 ▮▮▮ ADC ▮ Mortality Review
ADCRRM0012731-12734 ▮▮▮ ADC ▮ Mortality Review
ADCRRM0019629-19632 ▮▮▮ ADC ▮ Mortality Review

ADCM1598069-1598073 ▮▮▮▮ ADC ▮ Mortality Review
ADCM1655859-1655863 ▮▮▮ ADC ▮ Mortality Review
ADCM1584242-1584245 ▮▮▮ ADC ▮ Mortality Review
ADCM1615628-1615631 ▮▮▮▮ ADC ▮ 
ADCRRM0000034-37 ▮▮▮ ADC ▮ Mortality Review
ADCM1589794-1589798 ▮▮▮ ADC ▮ Mortality Review
ADCRRM0000042-45 ▮▮▮ ADC ▮ Mortality Review

ADCRRM0026203-26206 ▮▮▮▮ ADC ▮▮ Mortality Review

ADCRRM0000141-148 ▮▮▮▮ ADC ▮ Psych Autopsy
ADCM1655864-1655868 ▮▮▮ ADC ▮ Mortality Review
ADCM1608441-1608444 ▮▮▮ ADC ▮ Mortality Review
ADCM1603904-1603907 ▮▮▮ ADC ▮ Mortality Review
ADCRR00000049-52 ▮▮▮ ADC ▮▮ Mortality Review

ADCM1575241-1575246 ▮▮▮ ADC ▮ Mortality Review
ADCM1669320-1669324 ▮▮▮ ADC ▮ Mortality Review





ADCM1610519-1610524  ADC  Mortality Review
ADCM1669325-1669328  ADC  Mortality Review
ADCRRM0000078-88  ADC  Psych Autopsy
ADCRRM0000030-33  ADC  Mortality Review

ADCM1585570-1585573  ADC  Mortality Review
ADCM1578090-1578094  ADC  Mortality Review
ADCRRM00005581-5584  ADC  Mortality Review
ADCM1623203-1623209  ADC  Mortality Review
ADCM1584300-1584303  ADC  Mortality Review
ADCM1580657-1580660  ADC  Mortality Review
ADCM1575247-1575250  ADC  Mortality Review

ADCM1578135-1578138  ADC  Mortality Review
ADCM1578095-1578098  ADC  Mortality Review
ADCM1643949-1643953  ADC  Mortality Review
ADCRRM00004662-4665  ADC  Mortality Review
ADCM1651471-1651474  ADC  Mortality Review
ADCM1615632-1615637  ADC  Mortality Review
ADCM1617730-1617735  (replaces ADCM1615632-1615637)
ADCM1578139-1578142  ADC  Mortality Review
ADCM1618273-1618278  ADC  Mortality Review

ADCRRM0000018-21  ADC  Mortality Review
ADCRRM0000050-53  ADC  Mortality Review
ADCRRM0019633-19636  ADC  Mortality Review
ADCM1651475-1651478  ADC  Mortality Review

ADCM1575449-1575454  ADC  Mortality Review
ADCM1575455-1575458  ADC  Mortality Review
ADCM1603908-1603913  ADC  Mortality Review
ADCM1588568-1588575  ADC  ME Report
ADCM1588576-1588588  ADC  Psych Autopsy
ADCM1588589-1588594  ADC  Mortality Review
ADCM1568696-1568701  ADC  Mortality Review
ADCRRM0019637-19640  ADC  Mortality Review
ADCM1669329-1669334  ADC  Mortality Review
ADCM1651479-1651482  ADC  Mortality Review
ADCM1598074-1598078  ADC  Mortality Review
ADCRR00000053-56  ADC  Mortality Review
ADCM1603914-1603918  ADC  Mortality Review
ADCM1603919-1603924  ADC  Mortality Review
ADCM1595933-1595936  ADC  Mortality Review
ADCM1575459-1676463  ADC  Mortality Review
ADCRRM0012735-12738  ADC  Mortality Review
ADCRR00000057-60  ADC  Mortality Review
ADCM1651483-1651487  ADC  Mortality Review
ADCM1643954-1643957  ADC  Mortality Review

ADCM1643958-1643963  ADC  Mortality Review
ADCM1608445-1608448  ADC  Mortality Review
ADCRRM0000022-25  ADC  Mortality Review



ADCM1568702-1568705                                     ADC          Mortality Review

ADCM1570724-1570728                                     ADC          Mortality Review

ADCRR00000061-64                                        ADC          Mortality Review
ADCRR00000065-68                                    ADC          Mortality Review
ADCM1610530-1610534                                ADC          Mortality Review
ADCM1570729-1570732                                ADC          Mortality Review
ADCM1598079-1598082                                ADC          Mortality Review
ADCRRM0019641-19644                               ADC          Mortality Review
ADCRRM0000046-49                                   ADC          Mortality Review
ADCM1575464-1575467                                ADC          Mortality Review
ADCRRM0000059-62                                 ADC          Mortality Review

ADCM1603925-1603928                                     ADC          Mortality Review
ADCRR00000069-72                                   ADC          Mortality Review

ADCM1651488-1651493                                    ADC          Mortality Review
ADCRR00000073-76                                   ADC          Mortality Review
ADCM1603929-1603932                                ADC          Mortality Review
ADCM1603933-1603936                                ADC          Mortality Review
ADCRRM0026207-26210                                     ADC          Mortality
Review

ADCRRM0026211-26214                                     ADC          Mortality Review

ADCRR00000077-80                                        ADC          Mortality Review

ADCRRM0004666-4669                                      ADC          Mortality Review

ADCM1555023-1555035                                     ADC          Mortality Review

ADCM1651494-1651497                                     ADC          Mortality Review

ADCRRM0000005-8                                     ADC          Mortality Review
ADCM1643964-1643970                                ADC          Mortality Review

ADCM1570585-1570590                                    ADC          Mortality Review
ADCM1578143-1578146                                ADC          Mortality Review
ADCRR00000081-84                                        ADC          Mortality
Review
ADCM1623210-1623213                                ADC          Mortality Review
ADCRR00000085-88                                   ADC          Mortality Review

ADCRRM0019645-19648                                    ADC          Mortality Review
ADCM1560851-1560854                                ADC          Mortality Review
ADCM1584246-1584249                                ADC          Mortality Review

ADCRR00000089-92                                       ADC          Mortality Review
ADCRR00000093-97                                   ADC          Mortality Review
ADCM1595937-1595941                                ADC          Mortality Review
ADCM1578099-1578102                                ADC          Mortality Review
ADCRRM0019649-19652                                ADC          Mortality Review



ADCRRM0019653-19656 ADC Mortality Review
ADCM1610535-1610538 ADC Mortality Review

ADCRRM0019657-19660 ADC Mortality Review
ADCRRM0012739-12742 ADC Mortality Review
ADCRR00000149-155 ADC Psych Autopsy
ADCRR00000149-155 ADC Mortality Review,
ADCM1585574-1585603 Psych Autopsy, and ME Report
ADCM1669335-1669338 ADC Mortality Review
ADCRR00000098-101 ADC Mortality Review
ADCM1623214-1623217 ADC Mortality Review
ADCM1608449-1608456 ADC Mortality Review

ADCRRM0019661-19664 ADC Mortality Review
ADCRRM0026215-26218 ADC Mortality Review
ADCM1598083-1598086 ADC Mortality Review
ADCRRM0005585-5588 ADC Mortality Review
ADCRR00000156-169 ADC Psych Autopsy

ADCRRM0004670-4673 ADC Mortality Review
ADCM1578108-1578111 ADC Mortality Review
ADCRRM0000013-17 ADC Mortality Review
ADCM1578147-1578152 ADC Mortality Review
ADCM1578836-1578855 ADC Psych Autopsy

ADCM1603937-1603940 ADC Mortality Review
ADCRR00000102-105 ADC Mortality Review
ADCM1589799-1589802 ADC Mortality Review
ADCM1618279-1618283 ADC Mortality Review
ADCM1584228-1584236 ADC ME Report
ADCM1584250-1584255 ADC Mortality Review
ADCM1584786-1584793 ADC Psych Autopsy
ADCM1643971-1643974 ADC Mortality Review
ADCM1643975-1643980 ADC Mortality Review

ADCRRM0019665-19668 ADC Mortality Review
ADCM1669339-1669342 ADC Mortality Review
ADCRRM0000069-77 ADC Psych Autopsy
ADCM1651498-1651502 ADC Mortality Review
ADCRRM0019669-19672 ADC Mortality Review

ADCM1615638-1615641 ADC Mortality Review
ADCM1603941-1603944 ADC Mortality Review
ADCM1618284-1618290 ADC Mortality Review
ADCM1575468-1575471 ADC Mortality Review
ADCRRM0012743-12746 ADC Mortality Review

ADCM1669343-1669346 ADC Mortality Review
ADCRR00000170-183 ADC Psych Autopsy
ADCM1588595-1588600 ADC Mortality Review
ADCM1651503-1651506 ADC Mortality Review
ADCRRM0019673-19676 ADC Mortality Review
ADCRRM0026223-26226 ADC Mortality Review



ADCM1595942-1595946      █████████ ADC ████ Mortality Review
ADCM1589803-1589808      ███████ ADC ████ Mortality Review
ADCM1595947-1595954      ███████ ADC ████ Mortality Review

ADCM1613849-1613852      █████████ ADC ████ Mortality Review

ADCRRM0026227-26230      ███████ ADC ████ Mortality Review
ADCRRM0026231-26234      ██████ ADC ████ Mortality Review
ADCRR00000106-109        █████████ ADC ████ Mortality Review

ADCRR00000184-193        █████████ ADC ████ Psych Autopsy

ADCM1618291-1618295      ████████ ADC ████ Mortality Review

ADCM1618561-1618579      ███████ ADC ████ Psych Autopsy
ADCRRM0026235-26238      ██████ ADC ████ Mortality Review
ADCM1608457-1608460      ██████ ADC ████ Mortality Review
ADCM1643981-1643984      ██████ ADC ████ Mortality Review
ADCM1669347-1669351      ███████ ADC ████ Mortality Review
ADCM1589809-1589812      ██████ ADC ████ Mortality Review
ADCRRM0026239-26242      █████ ADC ████ Mortality Review
ADCRRM0019677-19681      █████ ADC ████ Mortality Review
ADCM1643985-1643988      ██████ ADC ████ Mortality Review
ADCRRM0004674-4677       █████ ADC ████ Mortality Review
ADCRRM0000038-41         ██████ ADC ████ Mortality Review
ADCM1568706-1568709      █████ ADC ████ Mortality Review
ADCM1561831-1561835      █████ ADC ████ Mortality Review
ADCM1623218-1623223      █████ ADC ████ Mortality Review
ADCM1603945-1603948      █████ ADC ████ Mortality Review
ADCRRM0004701-4704       █████ ADC ████ Mortality Review
ADCM1589813-1589820      █████ ADC ████ Mortality Review
ADCRRM0019682-19685      █████ ADC ████ Mortality Review

ADCM1615642-1615645      ██████ ADC ████ Mortality Review
ADCM1608461-1608465      █████ ADC ████ Mortality Review
ADCM1643989-1643994      █████ ADC ████ Mortality Review

ADCRR00000110-113        ██████ ADC ████ Mortality Review
ADCM1575251-1575254      █████ ADC ████ Mortality Review
ADCRR00000114-117        █████ ADC ████ Mortality Review

ADCM1643995-1643998      ████████ ADC ████ Mortality Review

ADCM1595955-1595959      ██████ ADC ████ Mortality Review
ADCM1578112-1578117      █████ ADC ████ Mortality Review
ADCRRM0026243-26246      █████ ADC ████ Mortality Review
ADCRRM0019686-19689      █████ ADC ████ Mortality Review
ADCM1578118-1578121      █████ ADC ████ Mortality Review



ADCRR00000118-121 ADC ████ Mortality Review
ADCM1603949-1603955 ADC ████ Mortality Review
ADCRRM0000009-12 ADC ████ Mortality Review
ADCM1570595-1570598 ADC ████ Mortality Review
ADCM1584256-1584285 ADC ████ Mortality Review, Psych Autopsy and ME Report
ADCM1643999-1644002 ADC ████ Mortality Review
ADCM1578153-1578158 ADC ████ Mortality Review
ADCM1575472-1575475 ADC ████ Mortality Review
ADCRRM0005589-5592 ADC ████ Mortality Review
ADCM1598087-1598094 ADC ████ Mortality Review
ADCM1644003-1644006 ADC ████ Mortality Review
ADCM1575476-1575479 ADC ████ Mortality Review
ADCM1578075-1578078 ADC ████ Mortality Review
ADCRRM0026247-26250 ADC ████ Mortality Review
ADCM1584304-1584309 ADC ████ Mortality Review
ADCM1568714-1568721 ADC ████ Mortality Review
ADCM1644007-1644010 ADC ████ Mortality Review
ADCM1644011-1644014 ADC ████ Mortality Review
ADCM1610539-1610545 ADC ████ Mortality Review
ADCM1584286-1584289 ADC ████ Mortality Review
ADCRRM0000054-58 ADC ████ Mortality Review
ADCM1589821-1589824 ADC ████ Mortality Review
ADCM1575255-1575258 ADC ████ Mortality Review
ADCM1629761-1629766 ADC ████ Mortality Review
ADCM1598095-1598101 ADC ████ Mortality Review
ADCM1615646-1615649 ADC ████ Mortality Review
ADCM1608466-1608470 ADC ████ Mortality Review
ADCRRM0026251-26254 ADC ████ Mortality Review

# EXHIBIT C



1.   2021.08.09 Letter re ██████████████ Perryville-Complex Ward
2.   2021.08.09 Letter re ██████████████ Perryville-Complex MHW
3.   2021.07.13 Morris to Bojanowski re ████████████
4.   2021.04.22 Letter re ██████████████ Lewis Rast
5.   2021.04.01 Morris to Bojanowski re █████████
6.   2021.03.01 Morris to Bojanowski re █████████
7.   2021.02.22 Morris to Bojanowski re █████████
8.   2021.02.02 Morris to Bojanowski re █████████
9.   2021.02.02 Morris to Bojanowski re █████████
10.  2021.01.25 Morris to Bojanowski re █████████
11.  2021.01.21 Morris to Bojanowski re █████████
12.  2021.01.15 Morris to Bojanowski re █████████
13.  2020.12.03 Morris to Bojanowski re █████████
14.  2020.11.10 Morris to Bojanowski re █████████
15.  2020.10.23 Morris to Bojanowski re █████████
16.  2020.10.23 Morris to Bojanowski re █████████
17.  2020.10.05 Letter re ██████████████, Perryville-Santa Cruz
18.  2020.09.24 Letter re ██████████████, ASPC-F Kasson MHU
19.  2020.09.18 Letter re ██████████████, ASPC-T Santa Rita
20.  2020.09.17 Letter re █████████████, Eyman-SMU
21.  2020.09.08 Letter re █████████, Tucson-Rincon
22.  2020.09.03 Letter re ████████████, Tucson-Rincon
23.  2020.09.02 Letter re ████████ Tucson-Rincon
24.  2020.09.02 Letter re █████████ Tucson-Rincon
25.  2020.09.02 Letter re ████████ Tucson-Rincon
26.  2020.08.06 Letter re █████████ Florence-Kasson
27.  2020.07.16 Letter re ████████████████
28.  2020.07.16 Letter re ████████████████
29.  2020.06.11 Letter re ████████████, ASPC-PHX FLAMENCO
30.  2020.06.09 Letter re ██████████████, ASPC-Phoenix
31.  2020.05.04 Letter re ██████████████, ASPC-Phoenix (with attachment)
     FINAL
32.  2020.05.04 Letter re ████████████, ASPC-Lewis
33.  2020.03.30 Letter re █████████, Florence-Kasson
34.  2020.03.30 Letter re ████████ Florence-Kasson
35.  2020.03.30 Letter re █████████, Florence-Kasson
36.  2020.03.23 Letter re █████████ Florence-Kasson
37.  2020.03.03 Letter re ████████ Tucson CDU
38.  2020.02.28 Letter re ██████████, Tucson-Rincon
39.  2020.01.21 Letter re ████████ Eyman SMU
40.  2020.01.16 Letter re ████████ Eyman SMU
41.  2020.01.03 Patient in need of mental health treatment ████████████
42.  2019.12.20 Letter re patient in need of mental health care ██████████

43.   2019.12.13 Letter re patient in need of mental health care █████████████████
44.   2019.12.12 Letter re deficient mental health treatment - ███████████████████
      ████████
45.   2019.11.25 Letter re █████████████████████ Yuma
46.   2019.11.25 Letter re deficient MH treatment - ████████████████
47.   2019.11.25 eOMIS Attachments re ████████████
48.   2019.11.15 Letter re ████████████████████ Yuma-La Paz
49.   2019.11.14 Letter re █████████████████, Yuma-La Paz
50.   2019.11.06 Letter re ███████████████ Yuma-Cibola
51.   2019.11.06 Letter re ████████████ Yuma-Dakota
52.   2019.10.02 Letter re ██████████████ Lewis-Rast MHW
53.   2019.09.16 Letter re █████████████
54.   2019.09.04 Letter to T. Bojanowski re Extreme Heat
55.   2019.09.04 Exhibits - Extreme Heat Letter
56.   2019.08.15 ████████████, ASPC-L Rast MHW
57.   2019.08.08 Letter to T. Bojanowski re ███████████
58.   2019.07.29 Suicide of ████████████
59.   2019.07.18 Urgent Letter Re Medication Disruption at ADC Facilities
60.   2019.07.11 █████████████ ASPC-Yuma
61.   2019.07.08 Letter re Perryville Suicide
62.   2019.07.08 Letter from D. Fathi re Suicide at Perryville
63.   2019.07.03 Letter re ██████████████████ (ASPC-L Rast Max)
64.   2019.05.22 Letter to T. Kartchner from D. Fathi
65.   2019.05.17 Letter to T. Bojanowski from D. Fathi re Class Member Suicide
66.   2019.05.17 Letter from D. Fathi re ██████████ suicide
67.   2019.05.17 ████████████████████, ASPC-E Browning MHW
68.   2019.05.03 ███████████████████, ASPC-T Rincon MH
69.   2019.05.01 ██████████████████, ASPC-PHX Flamenco
70.   2019.04.23 ████████████████ ASPC-PHX Baker
71.   2019.04.04 Letter to T. Bojanowski from D. Fathi-████████████
72.   2019.03.14 █████████████████ ASPC-Eyman Meadows
73.   2019.02.26 ██████████████████ ASPC Eyman-Browning
74.   2019.02.19 Letter to T. Bojanowski from D. Fathi (Tucson MH care)
75.   2019.01.31 Letter to T. Bojanowski from D. Fathi
76.   2019.01.29 Letter to T. Bojanowski from D. Fathi
77.   2018.12.18 Letter to T. Bojanowski - ████████████ Florence, Kasson
78.   2018.07.03 Advocacy Letter for █████████████
79.   2018.07.03 Advocacy Letter for █████████████
80.   2018.01.10 Letter to T. Bojanowski re advocacy letter for ████████ - FINAL
81.   2017.11.18 - LF T. Bojanowski to D. Fathi in resp to 10-20 LT re █████████ suicide
82.   2017.10.23 Letter to T. Bojanowski re suicide of ████████ - REVISED - FINAL
83.   2016.06.30 Advocacy letter re ████████████ - FINAL.doc
84.   2016.06.28 Advocacy letter re ████████████ - FINAL.doc

| 85. | 2016.04.22 | ███████████ Advocacy Ltr |
| 86. | 2015.09.15 | ██████████████ Adv. letter 9-9-15 |
| 87. | 2015.08.06 | ███████████████████ adv ltr |
| 88. | 2015.06.11 | ████████████████ adv ltr |
| 89. | 2015.06.11 | ███████████████████ adv ltr |

# EXHIBIT D

1. All psych autopsies and/or mortality reviews of people who have died by suicide since 2014

2. ADC Mental Health Technical Manual, December 24, 2019 (ADCM1610068-1610161 - RFP 56 - ADCRR MH Technical Manual - Rev. 12-24-2019)

3. 19.02.06 Kendrick to Bojanowski re Tucson tour issues

4. 2019.01.29 Letter to T. Bojanowski from D. Fathi

5. 2019.01.31 Letter to T. Bojanowski from D. Fathi

6. 2019.04.22 Notice of Noncompliance - Perryville MH drive-bys (with attachments)

7. 2019.05.01 Notice of Noncompliance - Eyman MH drive-bys (with attachments)

8. 2019.05.03 Notice of Noncompliance - Florence MH drive-bys (with attachments)

9. 2019.05.14 Notice of Noncompliance - Phoenix MH drive-bys (with attachments)

10. 2019.05.17 Notice of Noncompliance - Lewis MH drive-bys (with attachments)

11. All the documents filed in the Motion to Enforce the Max Custody Performance Measures (opening brief & exhibits, response, reply, supplemental reply, and order)

12. All Max Custody Notebooks from January 2019 through May 2021 (April for Lewis):

    - ADCM1568916-1575228 – 1/19
    - ADCM1573974-1575228 – 2/19
    - ADCM1576224-1577112 – 3/19
    - ADCM1578402-1579438 – 4/19
    - ADCM1582332-1583611 – 5/19
    - ADCM1585901-1587112 – 6/19
    - ADCM1592061-1593453 – 7/19
    - ADCM1608012- ADCM1608292, ADCM1600213-1601325 – 8/19
    - ADCM1611159-1612429 – 9/19
    - ADCM1612443-1613817 – 10/19
    - ADCM1616184-1617729 – 11/19
    - ADCM1619366-1620569, ADCM1638271-1638624 – 12/19
    - ADCM1636983-1638185, ADCM1652735-1653143 – 1/20
    - ADCM1653146-1654419, ADCM1659937-1660105 – 2/20

1

- ADCM1654420-1655844, ADCM1660106-1660167 – 3/20
- ADCM1660168-1661814 – 4/20
- ADCM1661815-1663537 – 5/20
- ADCM1663538-1665112 – 6/20
- ADCM1665112-1666699 – 7/20
- ADCM1666700-1668141 – 8/20
- ADCRRM0003335-0004647, ADCRRM0022093-0022483 – 9/20
- ADCRRM0028193-0029708 – 10/20
- ADCRRM0007914-0009394 – 11/20
- ADCRRM0029712-0031199 – 12/20
- ADCRRM0031202-0032569 – 1/21
- ADCRRM0032573-0034074 – 2/21
- ADCRRM0031202-32569, ADCRRM0032573-34074
- ADCRR00066087-69736 (March-May: Eyman-Browning, Eyman-SMU I, Florence-Kasson; March & April: Lewis-Rast)

13.   EIP & Traffic History of People in Max Custody and Analysis – ADCM164434-1651458, ADCRRM0009410-12706; ADCM1629048-1629150; ADCM1620662-1621072

14.   Inmate Net Growth Projections - ADCRR00061547-61552

Policies

1.   DO 801 – Inmate Classification

2.   DO 803 – Inmate Disciplinary Procedure

3.   DO 806 – STGs

4.   DO 807 – Inmate Suicide Prevention, Mental Health Watches, and Progressive Mental Health Restraints

5.   DO 809 - Earned Incentive Program

6.   DO 812 - Inmate Maximum Custody Management and Incentive System

7.   DO 813 – Close Management

8.   DO 906 – Inmate Recreation/Arts & Crafts

9.   DO 704 – Inmate Regulations

10.   801-TM-OPS – Objective Classification: Custody & Internal Risk Technical Manual

2

Staffing related documents

1. Hiring Reports for ASPC-Eyman, ASPC-Lewis-Rast Max, ASPC-Florence - ADCRR00055817-56119; ADCM1625603-1626683; ADCM1628120-1628154; ADCM1629023-1629036; ADCM1620611-1620614; ADCM1620632-1620635; ADCM1620657-1620661;

2. Post Charts ASPC-Eyman, ASPC-Lewis-Rast Max, ASPC-Florence - ADCM1630344-1630394

3. Post Priority Charts ASPC-Eyman, ASPC-Lewis-Rast Max, ASPC-Florence - ADCM1626684-1626730; ADCM1628155-1628226; ADCM1629037-1629047

4. Daily Post Sheets ADCM1625189-1629022; ADCM1628227-1628284

5. Curtailment Reports for ASPC-Eyman and ASPC-Florence-Kasson – ADCRR00052183-55816.

Out-of-Cell-Time Tracking Forms, Classification Results and Rules Violation Summaries for:



1. 

2. 

3. 

4. 

5. 

6. 

7. 

8. 

9. 

10. 

11. 

12. 

13.

14.   ▮▮▮▮▮▮▮▮▮▮▮▮▮

ADCRR00050604-50713, ADCRR00050722-51822, ADCRR00051837-51884, ADCRR00051901-51950, ADCRR00051961-52018, ADCRR00052037-52056, ADCRR00052075-52182.

Training materials:

1.   PowerPoint, received from Defendants March 2019

2.   Max Custody Standard of Work Poster, received from Defendants March 2019

3.   Max Custody Standard of Work Memo, 2.14/2019

Additional documents:

1.   Dr. Marc Stern's Report (Doc. 3379)

2.   Deposition of Leonel Urdaneta, M.D., Dec. 10, 2019

3.   ADC Inmate Assault, Self-Harm, & Mortality Data Reports since 7/31/2018

4.   Perryville - Interpreter Services Report (ADCRRM0034605-34606)

5.   Florence - Request 6 Interpreter Services (ADCM1622863-1622866)

6.   AZ Deaf Patients March 2019 (ACDM1564103-1564107)

7.   RFP #99 – 2019-03 – All Deaf and Hard of Hearing List (ACDM1561791)

8.   Expert Report of Eldon Vail, with Exhibits (no Bates Nos.)

9.   Expert Report of Richard P. Seiter, with Exhibits (no Bates Nos.)

10.   Rebuttal Report of Eldon Vail, with Exhibits (no Bates Nos.)

11.   Supplemental Report of Eldon Vail (no Bates Nos.)

12.   Supplemental Report of Richard P. Seiter, with Exhibits, ADC261884-261913

13.   2nd Supplemental Report of Richard P. Seiter, with Exhibits, ADC448360-448453

14.   Mental health watch logs produced by Defendants prior to monitoring tours since January 1, 2019

15.     Mental health watch logs produced by Defendants in response to RFP Request 20

16.     Self-harm logs produced by Defendants in response to RFP Request 40

17.     ADCRR Medical Technical Manual (available at adcrr-healthservicestechnicalmanual_060321.pdf (az.gov))

18.     Department Orders Chapter 1100 – Inmate Health Services (available at Department Orders Index | Arizona Department of Corrections, Rehabilitation and Reentry (az.gov))

19.     Documents showing class members who are not fluent in English, including their names, ADC numbers, ASPC and location unit, and how language interpretation was provided for health care encounters from April 1, 2021, through the date of the report. (ADCRR00059616-60923)

5

# EXHIBIT E

Document disclosure with Bates ranges
(January 1, 2020 to present)

Monthly Document Requests
January 17, 2020: ADCM1597300-1600212
March 19, 2020: ADCM1603718-1607125
April 22, 2020: ADCM1608343-1609379
May 1, 2020: ADCM1609380-1610247
May 8, 2020: ADCM1610440-161147
June 5, 2020: ADCM1617730-1617958
June 19, 2020: ADCM1618005-1619358
July 15, 2020: ADCM1623101-1625077
July 31, 2020: ADCM1625183-1626140
August 27, 2020: ADCM1638643-1642980
September 4, 2020: ADCM1643070-1644014
September 11, 2020: ADCM1644015-1644933
September 29, 2020: ADCM1651459-1652734
October 9, 2020: ADCM1655845-1656765
October 19, 2020: ADCM1656766-1657676
November 9, 2020: ADCM1657160-1658115
November 13, 2020: ADCM1658116-1659639
December 7, 2020: ADCM1668142-1669351
January 22, 2021: ADCRRM0000001-3119
January 28, 2021: ADCRRM0004686-5572
February 12, 2021: ADCRRM0005573-5874
February 26, 2021: ADCRRM0006360-7414
March 12, 2021: ADCRRM0007914-9400
March 19, 2021: ADCRRM0012707-16952
April 29, 2021:ADCRRM0017448-21158
June 11, 2021: ADCRRM0022484-28192

Tour Productions (Pre-Tour Docs and Post-Tour Photos)
February 2020 Tucson Tour: ADCM1601369-1601594, ADCM1602100-1602248
March 2020 Florence Tour: ADCM1602422-1603717
July 2020 Florence Tour: ADCM1621595-1623098, ADCM1625080-1625182
August 2020 Tucson Tour: ADCM1638204-1639019, ADCM1642981-1643057
July 2021 Perryville Tour: ADCRRM0034579-34870, ADCRRM0034579-34644