**EXHIBIT 3**

**EXHIBIT 3**

| | |
|---|---|
| **From:** | Ashlee Hesman <ahesman@strucklove.com> |
| **Sent:** | Monday, September 13, 2021 4:22 PM |
| **To:** | Corene Kendrick; Alison Hardy; David Fathi; Sara Norman; Maya Abela; Maria Morris; Parsons Trial; Freouf, Delana (PHX); Daniel Barr; Don Specter; External - PLO AZ |
| **Cc:** | StruckLoveParsonsTeam |
| **Subject:** | Parsons - Plaintiffs' Deficient Disclosure |

Counsel,

We write regarding Plaintiffs' deficient disclosure statement.  Pursuant to Rule 26(a)(1)(A), in addition to identifying individuals likely to have discoverable information, parties *must* disclose "the subjects of that information."  Plaintiffs' disclosure lists 44 fact witnesses, but fails to list any subject matter they will testify to.  This hampers Defendants' ability to determine whether to depose these individuals and prevents them for making informed decisions for trial.  See *Brinkman v. Ryan*, No. CV1502027PHXROSBSB, 2017 WL 11453550, at *2 (D. Ariz. Nov. 21, 2017) (disclosures that fail to disclose the subjects of the information witnesses are likely to possess are deficient because they are "insufficient to assist defendant[s] in focusing and prioritizing [their] organization of discovery.").

Please be prepared to discuss this during the meet and confer regarding the mental health 30(b)(6) deposition tomorrow, so that we may promptly bring this issue to the Court's attention if necessary.

Thanks,

Ashlee



Ashlee B. Hesman
Partner

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1631 | ahesman@strucklove.com | STRUCKLOVE.COM