**EXHIBIT 4**

**[REDACTED]**

**EXHIBIT 4**

**[REDACTED]**

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' FIRST SUPPLEMENT TO THEIR INITIAL TRIAL DISCLOSURE STATEMENT** |

Pursuant to Court Order (Docs. 3931, 3936, 3940), Plaintiffs submit the following supplement to their initial trial disclosure statement of anticipated fact witnesses, anticipated expert witnesses, and anticipated documents to be used at trial:

## I.   ANTICIPATED FACT WITNESSES

Because discovery is ongoing, Plaintiffs reserve the right to supplement this disclosure statement with additional fact witnesses and/or to remove fact witnesses from this list. Subject to that reservation, Plaintiffs anticipate that they may call the following fact witnesses at trial. All class members should be contacted through Plaintiffs' counsel:

███████████████
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

If Plaintiffs call ███████████, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

███████████████
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

If Plaintiffs call ████████████ then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville, including the challenges that she has experienced accessing care as a Deaf person.

██████████████
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

If Plaintiffs call ████████, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

██████████████
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

If Plaintiffs call ██████████ then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

██████████████

ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

If Plaintiffs call ████████, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

██████████████

ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

If Plaintiffs call ████████, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

██████████████████

ASPC Perryville, Santa Cruz Unit
P. O. Box 3200
Goodyear, AZ 85338

If Plaintiffs call ████████████, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

████████████

ASPC Perryville, Santa Cruz Unit
P. O. Box 3200
Goodyear, AZ 85338

If Plaintiffs call ████████ then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

██████████████

ASPC Perryville, San Pedro Unit
P. O. Box 3100
Goodyear, AZ 85338

If Plaintiffs call ████████████, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

███████████████

ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

If Plaintiffs call ████████████ then she may testify regarding her experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

1

2

███████████████

ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

3

4

If Plaintiffs call ██████████ then she may testify regarding her experiences

seeking and receiving health care while confined at ASPC-Perryville.

5

6

███████████████

ASPC Lewis, Buckley Unit
P. O. Box 3400
Buckeye, AZ 85326

7

8

If Plaintiffs call ██████████ then he may testify regarding his experiences seeking

9

and receiving health care while confined in ADC.

10

███████████████

ASPC Lewis, Buckley Unit
P. O. Box 3400
Buckeye, AZ 85326

11

12

If Plaintiffs call ██████████, then he may testify regarding his experiences

13

seeking and receiving health care while confined in ADC.

14

███████████████

ASPC Lewis, Barchey Unit
P. O. Box 3200
Buckeye, AZ 85326

15

16

17

If Plaintiffs call ████████, then he may testify regarding his experiences seeking

18

and receiving health care while confined in ADC.

19

███████████████

P. O. Box 3600
Buckeye, AZ 85326

20

21

If Plaintiffs call ████████, then he may testify regarding his experiences seeking

22

and receiving health care while confined in ADC, and regarding the conditions of

23

confinement in isolation.

24

███████████████it

P. O. Box 8400
Florence, AZ 85132

25

26

27

If Plaintiffs call ██████████ then he may testify regarding his experiences

28

seeking and receiving health care while confined in ADC.

1

2   ASPC Florence, South Unit
    P. O. Box 8400
3   Florence, AZ 85132

4   If Plaintiffs call ██████, then he may testify regarding his experiences seeking

    and receiving health care while confined in ADC.
5

6   ASPC Florence, Central Unit
    P. O. Box 8200
7   Florence, AZ 85132

8   If Plaintiffs call ██████ then he may testify regarding his experiences seeking

9   and receiving health care while confined in ADC.

10

11  ASPC Florence, East Unit
    P. O. Box 5000
12  Florence, AZ 85132

    If Plaintiffs call ██████ then he may testify regarding his experiences seeking
13
    and receiving health care while confined in ADC.
14

15  ASPC Florence, East Unit
    P. O. Box 5000
16  Florence, AZ 85132

17  If Plaintiffs call ██████, then he may testify regarding his experiences seeking

18  and receiving health care while confined in ADC.

19

20  P. O. Box 3200
    Florence, AZ 85132
21
    If Plaintiffs call ██████, then he may testify regarding his experiences seeking
22
    and receiving health care while confined in ADC.
23

24  ASPC-Eyman, Cook Unit
    P. O. Box 3200
25  Florence, AZ 85132

26  If Plaintiffs call ██████ then he may testify regarding his experiences seeking

27  and receiving health care while confined in ADC.

28

                                    -4-

██████████████

ASPC Eyman, SMU I Unit
P. O. Box 4000
Florence, AZ 85132

If Plaintiffs call ████████ then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

██████████████

ASPC-Eyman, SMU-I Unit
P. O. Box 4000
Florence, AZ 85132

If Plaintiffs call ████████then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

██████████████

ASPC-Eyman, Meadows Unit
P. O. Box 3500
Florence, AZ 85132

If Plaintiffs call ████████, then he may testify regarding his experiences seeking and receiving health care while confined in ADC, including the challenges that he has experienced accessing care as a Deaf person.

██████████████

P. O. Box 3500
Florence, AZ 85132

If Plaintiffs call ████████ then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

██████████████

ASPC Phoenix, Flamenco Males
P.O. Box 52109
Phoenix, AZ 85072

If Plaintiffs call ████████, then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

██████████████
ASPC Eyman, SMU I  Unit
P.O. Box 24403
Tucson, AZ 85734

If Plaintiffs call ████████ then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

L████Fisher
17021 N. Joshua Tree Ct.
Sun City, AZ 85373

Mr. Fisher is a Physicians' Assistant who was formerly employed by Centurion. If Plaintiffs call Mr. Fisher, then he may testify regarding the letter he submitted to the Court and that was filed under seal pursuant the Court's Order (Doc 3949).

David Robertson, DO
DMG
2525 E Roosevelt St
Phoenix, AZ 85008

Dr. Robertson is a Physician who was formerly employed by Centurion. If Plaintiffs call Dr. Robertson, then he may testify regarding the delivery of health care to class members in ADC.

**Defendants and Defendants' Employees and Agents**

Defendants know the scope of knowledge of their own employees and agents, as well as others associated with or in coordination with Defendants. That said, Plaintiffs anticipate that the following witnesses may testify regarding the scope of their work, responsibilities, and knowledge related to health care and conditions in isolation among the Plaintiff class.

A████Coleman
Deputy Warden, Lewis Rast
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

Larry Gann
Assistant Director, Medical Services Contract Monitoring Bureau, ADCRR
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

1  David Shinn
   Director, Arizona Department of Corrections, ADCRR
2  c/o Stuck Love Bojanowski & Acedo, PLC
   3100 W. Ray Road, Suite 300
3  Chandler, AZ 85226

4  Bobbie Pennington-Stallcup
   c/o Stuck Love Bojanowski & Acedo, PLC
5  3100 W. Ray Road, Suite 300
   Chandler, AZ 85226
6
   Ashley Pelton
7  Regional Mental Health Director, Centurion
   c/o Sarah L. Barnes
8  Broening Oberg Woods & Wilson, PC.
   2800 N. Central Ave, Suite 1600
9  Phoenix, Arizona 85004

10  L███Stickley
    Deputy Warden, Eyman SMU I
11  c/o Stuck Love Bojanowski & Acedo, PLC
    3100 W. Ray Road, Suite 300
12  Chandler, AZ 85226

13  T███Scott
    Deputy Warden, Eyman Browning
14  c/o Stuck Love Bojanowski & Acedo, PLC
    3100 W. Ray Road, Suite 300
15  Chandler, AZ 85226

16  Wendy Orm
    Regional Medical Director, Centurion
17  c/o Sarah L. Barnes
    Broening Oberg Woods & Wilson, PC.
18  2800 N. Central Ave, Suite 1600
    Phoenix, Arizona 85004
19
    Dr. Grant Phillips
20  c/o Stuck Love Bojanowski & Acedo, PLC
    3100 W. Ray Road, Suite 300
21  Chandler, AZ 85226

22  All witnesses disclosed by Defendants

23  **II.    ANTICIPATED EXPERT WITNESSES**

24      Plaintiffs reserve the right to remove expert witnesses from this list. Subject to that

25  caveat, Plaintiffs anticipate that they may call the following expert witnesses at trial.

26  Plaintiffs intend to disclose the details of the expert witnesses' opinions in accordance

27  with the Court's scheduling order relating to expert witnesses. All expert witnesses should

28  be contacted through Plaintiffs' counsel:

1   Pablo Stewart, M.D.
    Psychiatric Consultant
2   3021 La Pietra Circle
    Honolulu, HI 96815
3
    Dr. Stewart may testify regarding the provision of mental health care to class
4
members and the effects of isolation on class members.
5
    Martin F. Horn
6   201 E. 87th Street, Apt. 7H
    New York, NY 10128
7
    Mr. Horn may testify regarding custodial and correctional operations practices
8
related to isolation units.
9
    Craig Haney, Ph.D., J.D.
10  Professor of Psychology
    Co-Director, UC Criminal Justice & Health Consortium
11  University of California
    317 Ocean View Ave.
12  Santa Cruz, California 95062
13  Dr. Haney may testify regarding the psychological impact of isolation on class
14  members.
15  Robert Joy
    Carbone Joy Consulting, LLC
16  3621 Loma Drive
    Shingle Springs, CA 95682
17
    Mr. Joy may testify regarding staffing of employees providing health care or
18
mental health care to class members.
19
    Todd Randall Wilcox, M.D., M.B.A., C.C.H.P.-A.
20  Chief Executive Officer, Wellcon, Inc.
    Medical Director, Salt Lake County Jail System
21  4760 S. Highland Drive, # 105
    Salt Lake City, UT 84117
22
    Dr. Wilcox may testify regarding the provision of medical care to class members
23
and the effects of isolation on class members.
24
III.    **ANTICIPATED DOCUMENTS TO BE USED AT TRIAL**
25
    Because discovery is ongoing, Plaintiffs reserve the right to supplement this
26
disclosure with any documents produced in response to Plaintiffs' requests for production.
27

28

Subject to that caveat, Plaintiffs anticipate that they may rely on the following documents at trial:

- Class Member Medical Examiner Reports
  - A spreadsheet cataloging these reports (and their corresponding bates numbers) was attached to Plaintiffs' initial trial disclosure statement as Exhibit A.

- Mortality Reviews
  - A spreadsheet cataloging these reviews (and their corresponding bates numbers) was attached to Plaintiffs' initial trial disclosure statement as Exhibit B.

- Advocacy letters sent by Plaintiffs' counsel from January 1, 2015 to present
  - A document listing the file names of the advocacy letters previously sent to Defendant's counsel was attached to Plaintiffs' initial trial disclosure statement as Exhibit C.

- Miscellaneous documents
  - A document listing these documents (and their corresponding bates numbers where available) was attached to Plaintiffs' initial trial disclosure statement as Exhibit D.

- All documents disclosed and produced by Defendants including, but not limited to, the documents that are listed in the document that was attached to Plaintiffs' initial trial disclosure statement as Exhibit E.

- All documents previously filed or entered into evidence in this case

- All documents produced by Defendants in discovery in this case after July 16, 2021

- All photos, videos, documents from all prison tours

1   Dated:  September 17, 2021                    **PERKINS COIE LLP**

2

3                                                 By:   s/ Daniel C. Barr
                                                      Daniel C. Barr (Bar No. 010149)
4                                                     John H. Gray (Bar No. 028107)
                                                      Austin C. Yost (Bar No. 034602)
5                                                     Karl J. Worsham (Bar No. 035713)
                                                      Kathryn E. Boughton (Bar No. 036105)
6                                                     Mikaela N. Colby (Bar No. 035667)
                                                      Kelly Soldati (Bar No. 036727)
7                                                     2901 N. Central Avenue, Suite 2000
                                                      Phoenix, Arizona 85012
8                                                     Telephone:  (602) 351-8000
                                                      Email:    dbarr@perkinscoie.com
9                                                               jhgray@perkinscoie.com
                                                              ayost@perkinscoie.com
10                                                            kworsham@perkinscoie.com
                                                              kboughton@perkinscoie.com
11                                                            mcolby@perkinscoie.com
                                                              ksoldati@perkinscoie.com
12                                                            docketphx@perkinscoie.com

13                                                    Victoria Lopez (Bar No. 330042)*
                                                      Jared G. Keenan (Bar No. 027068)
14                                                    **ACLU FOUNDATION OF
                                                      ARIZONA**
15                                                    3707 North 7th Street, Suite 235
                                                      Phoenix, Arizona 85013
16                                                    Telephone:  (602) 650-1854
                                                      Email:    vlopez@acluaz.org
17                                                            jkeenan@acluaz.org

18                                                    *Admitted pursuant to Ariz. Sup. Ct.
                                                      R. 38(d)
19
                                                      Donald Specter (Cal. 83925)*
20                                                    Alison Hardy (Cal. 135966)*
                                                      Sara Norman (Cal. 189536)*
21                                                    Rita K. Lomio (Cal. 254501)*
                                                      **PRISON LAW OFFICE**
22                                                    1917 Fifth Street
                                                      Berkeley, California 94710
23                                                    Telephone:  (510) 280-2621
                                                      Email:    dspecter@prisonlaw.com
24                                                            ahardy@prisonlaw.com
                                                              snorman@prisonlaw.com
25                                                            rlomio@prisonlaw.com

26                                                    *Admitted *pro hac vice*

27

28

-10-

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
              mmorris@aclu.org
              echo@aclu.org

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:     ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1
2

**ARIZONA CENTER FOR DISABILITY LAW**

3    By:  s/ Maya Abela

4         Asim Dietrich (Bar No. 027927)
         5025 East Washington Street, Suite 202
         Phoenix, Arizona 85034
5        Telephone:  (602) 274-6287
         Email:     adietrich@azdisabilitylaw.org
6
         Rose A. Daly-Rooney (Bar No. 015690)
7        J.J. Rico (Bar No. 021292)
         Maya Abela (Bar No. 027232)
8        **ARIZONA CENTER FOR DISABILITY LAW**
9        177 North Church Avenue, Suite 800
         Tucson, Arizona 85701
10       Telephone:  (520) 327-9547
         Email:
11           rdalyrooney@azdisabilitylaw.org
                 jrico@azdisabilitylaw.org
12               mabela@azdisabilitylaw.org

13    *Attorneys for Arizona Center for Disability Law*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Certificate of Service**

I certify that, on September 17, 2021, I emailed the above document to the parties listed below:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ Susan Carnall