**EXHIBIT 5**

**[REDACTED]**

**EXHIBIT 5**

**[REDACTED]**

| | |
|---|---|
| **From:** | Ashlee Hesman <ahesman@strucklove.com> |
| **Sent:** | Wednesday, September 8, 2021 9:01 AM |
| **To:** | David Fathi; Elaine Percevecz; Maya Abela; Freouf, Delana (PHX); External - Austin Yost; External - Kelly Soldati; External - Mikaela Colby; External - Kathryn Boughton; Daniel Barr; Christina Gutierrez |
| **Cc:** | External - PLO AZ; 'Alison Hardy'; Corene Kendrick; Maria Morris; Jessica Carns; Samantha Weaver; Jared Keenan; StruckLoveParsonsTeam |
| **Subject:** | RE: Request for Information |

David,

Centurion's Regional Director of Mental Health is Dr. Ashley Pelton.

Ashlee

**From:** Ashlee Hesman
**Sent:** Tuesday, September 7, 2021 3:51 PM
**To:** David Fathi <dfathi@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; External - Austin Yost <ayost@perkinscoie.com>; External - Kelly Soldati <ksoldati@perkinscoie.com>; External - Mikaela Colby <mcolby@perkinscoie.com>; External - Kathryn Boughton <kboughton@perkinscoie.com>; Daniel Barr <DBarr@perkinscoie.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>
**Cc:** External - PLO AZ <PLO-AZ@prisonlaw.com>; 'Alison Hardy' <ahardy@prisonlaw.com>; Corene Kendrick <ckendrick@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Jared Keenan <jkeenan@acluaz.org>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Request for Information

David,

We are still waiting for confirmation of Centurion's statewide mental health director. We will provide that when we receive it. With respect to your other questions, the answers are below in red.

Thanks,

Ashlee

**From:** Ashlee Hesman
**Sent:** Tuesday, September 7, 2021 7:58 AM
**To:** David Fathi <dfathi@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; External - Austin Yost <ayost@perkinscoie.com>; External - Kelly Soldati <ksoldati@perkinscoie.com>; External - Mikaela Colby <mcolby@perkinscoie.com>; External - Kathryn Boughton <kboughton@perkinscoie.com>; Daniel Barr <DBarr@perkinscoie.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>
**Cc:** External - PLO AZ <PLO-AZ@prisonlaw.com>; 'Alison Hardy' <ahardy@prisonlaw.com>; Corene Kendrick <ckendrick@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Jared Keenan <jkeenan@acluaz.org>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Request for Information

David,

Yes, we will provide this information to you today.

Thanks,

Ashlee

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Friday, September 3, 2021 7:26 AM
**To:** Elaine Percevecz <EPercevecz@strucklove.com>; Maya Abela <mabela@azdisabilitylaw.org>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; External - Austin Yost <ayost@perkinscoie.com>; External - Kelly Soldati <ksoldati@perkinscoie.com>; External - Mikaela Colby <mcolby@perkinscoie.com>; External - Kathryn Boughton <kboughton@perkinscoie.com>; Daniel Barr <DBarr@perkinscoie.com>; Christina Gutierrez <cgutierrez@azdisabilitylaw.org>
**Cc:** External - PLO AZ <PLO-AZ@prisonlaw.com>; 'Alison Hardy' <ahardy@prisonlaw.com>; Corene Kendrick <ckendrick@aclu.org>; Maria Morris <MMorris@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Jared Keenan <jkeenan@acluaz.org>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** Request for Information

Counsel:

We have two questions we hope you can answer without the need for formal discovery:

1. Could you kindly provide the name of Centurion's Arizona statewide mental health director, and names of the Deputy Wardens of Lewis-Rast Max, Eyman-Browning, and Eyman-SMU 1?

   The Deputy Warden at Lewis-Rast is R▮▮▮▮ Evans; the DW at Eyman-Browning is T▮▮ Scott; and the DW at Eyman-SMU is L▮ Stickley.

2. Could you please confirm that the version of the Mental Health Technical Manual posted on the ADCRR website, dated December 24, 2019, is the most recent and the currently operative version of this document?

   That is correct.

https://corrections.az.gov/sites/default/files/documents/PDFs/tech_manuals/adc-mentalservicestechnicalmanual_042120.pdf

Thanks very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
Pronouns: he, him, his

*Not admitted in DC; practice limited to federal courts

2