**EXHIBIT 6**

**EXHIBIT 6**

| | |
|---|---|
| **From:** | Anne Orcutt |
| **Sent:** | Wednesday, September 22, 2021 11:46 AM |
| **To:** | Barr, Daniel (Perkins Coie); Gray, John H. (Perkins Coie) |
| **Cc:** | David Fathi; Corene Kendrick; Alison Hardy; External - Sara Norman; Maya Abela; Maria Morris; Parsons Trial; Freouf, Delana (PHX); Don Specter; External - PLO AZ |
| **Subject:** | Parsons - Plaintiffs' Disclosures and Plaintiffs' Objections to Defendants' First Set of Interrogatories and RFPs |

Dan/John,

We have reviewed Plaintiffs' First Supplement to their Initial Trial Disclosure Statement. The subject matter disclosures for Plaintiffs' proposed witnesses remain deficient. Merely stating that an inmate "may testify regarding his experiences seeking and receiving health care while confined in ADC" or "may testify . . . regarding the conditions of confinement in isolation" is not sufficient to permit Defendants to determine which inmates to depose. This is particularly problematic when Plaintiffs have already met with more than half of the 28 inmates listed within the past few weeks for either a legal visit or during an expert tour and clearly have additional information regarding these inmates' anticipated testimony that has not been disclosed to Defendants. Withholding that information essentially amounts to trial by ambush. We ask that you further supplement your disclosures to provide greater specificity as to the subjects of the inmates' anticipated testimony. Additionally, since Plaintiffs will be unable to call all 28 inmates within the time allotted for trial, we request that you consider dividing the inmates into two categories – will call and may call – like Defendants did with our witnesses.

Please confirm that you will meaningfully supplement your disclosures to identify the specific subjects of each inmate's testimony and provide the supplemental disclosure to us no later than close of business on **September 24, 2021**, or will we be forced to raise this issue with the Court.

Please also let us know your availability today or tomorrow for a meet-and-confer on Plaintiffs' objections to Defendants' First Set of Interrogatories and First Set of Requests for Production.

Thanks,
Anne



Anne M. Orcutt
Of Counsel

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1624 | aorcutt@strucklove.com | STRUCKLOVE.COM