Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**PLAINTIFFS' SECOND SUPPLEMENT TO THEIR INITIAL TRIAL DISCLOSURE STATEMENT** |

153970567 1

Pursuant to Court Order (Docs. 3931, 3936, 3940), Plaintiffs submit the following supplement to their initial trial disclosure statement of anticipated fact witnesses, anticipated expert witnesses, and anticipated documents to be used at trial:

**I.    ANTICIPATED FACT WITNESSES**

Because discovery is ongoing, Plaintiffs reserve the right to supplement this disclosure statement with additional fact witnesses and/or to remove fact witnesses from this list. Subject to that reservation, Plaintiffs anticipate that they may call the following fact witnesses at trial. All class members should be contacted through Plaintiffs' counsel:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

If Plaintiffs call ▇▇▇▇▇▇▇▇, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

If Plaintiffs call ▇▇▇▇▇▇▇▇ then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville, including the challenges that she has experienced accessing care as a Deaf person.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

If Plaintiffs call ▇▇▇▇▇▇▇ then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

If Plaintiffs call ▇▇▇▇▇▇▇, then she may testify regarding her experiences seeking and receiving health care while confined at ASPC-Perryville.

1   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ASPC Perryville, Lumley Unit
2   P. O. Box 3300
    Goodyear, AZ 85338
3
        If Plaintiffs call ▇▇▇▇▇▇▇, then she may testify regarding her experiences seeking
4
    and receiving health care while confined at ASPC-Perryville.
5
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
6   ASPC Perryville, Lumley Unit
    P. O. Box 3300
7   Goodyear, AZ 85338

8       If Plaintiffs call ▇▇▇▇▇▇▇▇, then she may testify regarding her experiences

9   seeking and receiving health care while confined at ASPC-Perryville.

10  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ASPC Perryville, Santa Cruz Unit
11  P. O. Box 3200
    Goodyear, AZ 85338
12
        If Plaintiffs call ▇▇▇▇▇▇▇▇▇▇, then she may testify regarding her experiences
13
    seeking and receiving health care while confined at ASPC-Perryville.
14
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15  ~~ASPC Perryville, Santa Cruz Unit~~
    ~~P. O. Box 3200~~
16  ~~Goodyear, AZ 85338~~

17      ~~If Plaintiffs call ▇▇▇▇▇▇▇ then she may testify regarding her experiences seeking~~

18  ~~and receiving health care while confined at ASPC-Perryville.~~

19  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ASPC Perryville, San Pedro Unit
20  P. O. Box 3100
    Goodyear, AZ 85338
21
        If Plaintiffs call ▇▇▇▇▇▇▇ez, then she may testify regarding her experiences
22
    seeking and receiving health care while confined at ASPC-Perryville.
23
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24  ASPC Perryville, Lumley Unit
    P. O. Box 3300
25  Goodyear, AZ 85338

26      If Plaintiffs call ▇▇▇▇▇▇▇▇, then she may testify regarding her experiences

27  seeking and receiving health care while confined in ADC, and regarding the conditions of

28  confinement in isolation.

153970567.1

1  █████████
   ASPC Perryville, Lumley Unit
2  P. O. Box 3300
   Goodyear, AZ 85338
3
        If Plaintiffs call ████████, then she may testify regarding her experiences
4
   seeking and receiving health care while confined at ASPC-Perryville.
5
   ████████████
6  ASPC Lewis, Buckley Unit
   P. O. Box 3400
7  Buckeye, AZ 85326

8       If Plaintiffs call ████████ then he may testify regarding his experiences seeking

9  and receiving health care while confined in ADC.

10 ████████████
   ASPC Lewis, Buckley Unit
11 P. O. Box 3400
   Buckeye, AZ 85326
12
        If Plaintiffs call ████████ then he may testify regarding his experiences
13
   seeking and receiving health care while confined in ADC.
14
   ██████████
15 ASPC Lewis, Barchey Unit
   P. O. Box 3200
16 Buckeye, AZ 85326

17      If Plaintiffs call ██████ then he may testify regarding his experiences seeking

18 and receiving health care while confined in ADC.

19 ████████████
   ASPC Lewis, Rast Unit
20 P. O. Box 3600
   Buckeye, AZ 85326
21
        If Plaintiffs call ████████ then he may testify regarding his experiences seeking
22
   and receiving health care while confined in ADC, and regarding the conditions of
23
   confinement in isolation.
24
   ████████████
25 ASPC Florence, South Unit
   P. O. Box 8400
26 Florence, AZ 85132

27      If Plaintiffs call ████████████, then he may testify regarding his experiences

28 seeking and receiving health care while confined in ADC.

-3-

153970567.1

1   ▮▮▮▮▮▮▮▮▮▮▮▮▮
    ~~ASPC Florence, South Unit~~
2   ~~P. O. Box 8400~~
    ~~Florence, AZ 85132~~
3
        ~~If Plaintiffs call ▮▮▮▮▮▮ then he may testify regarding his experiences seeking~~
4
    ~~and receiving health care while confined in ADC.~~
5
    ▮▮▮▮▮▮▮▮▮▮▮▮▮
6   ASPC Florence, Central Unit
    P. O. Box 8200
7   Florence, AZ 85132

8       If Plaintiffs call ▮▮▮▮▮▮, then he may testify regarding his experiences seeking

9   and receiving health care while confined in ADC.

10  ▮▮▮▮▮▮▮▮▮▮▮▮▮
    ASPC Florence, East Unit
11  P. O. Box 5000
    Florence, AZ 85132
12
        If Plaintiffs call ▮▮▮▮▮▮, then he may testify regarding his experiences seeking
13
    and receiving health care while confined in ADC.
14
    ▮▮▮▮▮▮▮▮
15  ASPC Florence, East Unit
    P. O. Box 5000
16  Florence, AZ 85132

17      If Plaintiffs call ▮▮▮▮▮▮ then he may testify regarding his experiences seeking

18  and receiving health care while confined in ADC.

19  ▮▮▮▮▮▮▮▮▮▮▮▮▮
    ASPC-Eyman, Cook Unit
20  P. O. Box 3200
    Florence, AZ 85132
21
        If Plaintiffs call ▮▮▮▮▮▮, then he may testify regarding his experiences seeking
22
    and receiving health care while confined in ADC.
23
    ▮▮▮▮▮▮▮▮▮▮▮▮▮
24  ASPC-Eyman, Cook Unit
    P. O. Box 3200
25  Florence, AZ 85132

26      If Plaintiffs call ▮▮▮▮▮▮, then he may testify regarding his experiences seeking

27  and receiving health care while confined in ADC.

28

153970567.1

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC Eyman, SMU I Unit
P. O. Box 4000
Florence, AZ 85132

If Plaintiffs call ▇▇▇▇▇▇▇, then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC-Eyman, SMU-I Unit
P. O. Box 4000
Florence, AZ 85132

If Plaintiffs call ▇▇▇▇▇▇▇, then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC-Eyman, Meadows Unit
P. O. Box 3500
Florence, AZ 85132

If Plaintiffs call ▇▇▇▇▇▇▇ then he may testify regarding his experiences seeking and receiving health care while confined in ADC, including the challenges that he has experienced accessing care as a Deaf person.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC-Eyman, Browning Unit
P. O. Box 3500
Florence, AZ 85132

If Plaintiffs call ▇▇▇▇▇▇▇ then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
ASPC Phoenix, Flamenco Males
P.O. Box 52109
Phoenix, AZ 85072

If Plaintiffs call ▇▇▇▇▇▇▇, then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

153970567.1

▇▇▇▇▇▇▇▇
ASPC Tucson, Rincon Unit
P.O. Box 24403
Tucson, AZ 85734

If Plaintiffs call ▇▇▇▇▇▇ then he may testify regarding his experiences seeking and receiving health care while confined in ADC, and regarding the conditions of confinement in isolation.

L▇▇▇▇ Fisher
17021 N. Joshua Tree Ct.
Sun City, AZ 85373

Mr. Fisher is a Physicians' Assistant who was formerly employed by Centurion. If Plaintiffs call Mr. Fisher, then he may testify regarding the letter he submitted to the Court and that was filed under seal pursuant the Court's Order (Doc 3949).

David Robertson, DO
DMG
2525 E Roosevelt St
Phoenix, AZ 85008

Dr. Robertson is a Physician who was formerly employed by Centurion. If Plaintiffs call Dr. Robertson, then he may testify regarding the delivery of health care to class members in ADC.

**Stefanie Platt, Psy.D**
**2201 W. Fairview St., #1**
**Chandler, AZ  85224**

**Dr. Platt is a psychologist who was formerly employed by Centurion. If Plaintiffs call Dr. Platt, then she may testify regarding the delivery of mental health care to class members in ADC.**

**Defendants and Defendants' Employees and Agents**

Defendants know the scope of knowledge of their own employees and agents, as well as others associated with or in coordination with Defendants. That said, Plaintiffs anticipate that the following witnesses may testify regarding the scope of their work,

153970567 1

responsibilities, and knowledge related to health care and conditions in isolation among the Plaintiff class.

A▉ Coleman
Deputy Warden, Lewis Rast
c/o Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

Larry Gann
Assistant Director, Medical Services Contract Monitoring Bureau, ADCRR
c/o Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

David Shinn
Director, Arizona Department of Corrections, ADCRR
c/o Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

Bobbie Pennington-Stallcup
c/o Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

Ashley Pelton
Regional Mental Health Director, Centurion
c/o Sarah L. Barnes
Broening Oberg Woods & Wilson, PC.
2800 N. Central Ave, Suite 1600
Phoenix, Arizona 85004

L▉ Stickley
Deputy Warden, Eyman SMU I
c/o Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

T▉ Scott
Deputy Warden, Eyman Browning
c/o Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

Wendy Orm
Regional Medical Director, Centurion
c/o Sarah L. Barnes
Broening Oberg Woods & Wilson, PC.
2800 N. Central Ave, Suite 1600
Phoenix, Arizona 85004

Dr. Grant Phillips
c/o Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300

-7-

Chandler, AZ 85226

All witnesses disclosed by Defendants

## II. ANTICIPATED EXPERT WITNESSES

Plaintiffs reserve the right to remove expert witnesses from this list. Subject to that caveat, Plaintiffs anticipate that they may call the following expert witnesses at trial. Plaintiffs intend to disclose the details of the expert witnesses' opinions in accordance with the Court's scheduling order relating to expert witnesses. All expert witnesses should be contacted through Plaintiffs' counsel:

Pablo Stewart, M.D.
Psychiatric Consultant
3021 La Pietra Circle
Honolulu, HI 96815

Dr. Stewart may testify regarding the provision of mental health care to class members and the effects of isolation on class members.

Martin F. Horn
201 E. 87th Street, Apt. 7H
New York, NY 10128

Mr. Horn may testify regarding custodial and correctional operations practices related to isolation units.

Craig Haney, Ph.D., J.D.
Professor of Psychology
Co-Director, UC Criminal Justice & Health Consortium
University of California
317 Ocean View Ave.
Santa Cruz, California 95062

Dr. Haney may testify regarding the psychological impact of isolation on class members.

Robert Joy
Carbone Joy Consulting, LLC
3621 Loma Drive
Shingle Springs, CA 95682

Mr. Joy may testify regarding staffing of employees providing health care or mental health care to class members.

Todd Randall Wilcox, M.D., M.B.A., C.C.H.P.-A.

Chief Executive Officer, Wellcon, Inc.
Medical Director, Salt Lake County Jail System
4760 S. Highland Drive, # 105
Salt Lake City, UT 84117

Dr. Wilcox may testify regarding the provision of medical care to class members and the effects of isolation on class members.

### III.    ANTICIPATED DOCUMENTS TO BE USED AT TRIAL

Because discovery is ongoing, Plaintiffs reserve the right to supplement this disclosure with any documents produced in response to Plaintiffs' requests for production. Subject to that caveat, Plaintiffs anticipate that they may rely on the following documents at trial:

- Class Member Medical Examiner Reports
    - A spreadsheet cataloging these reports (and their corresponding bates numbers) was attached to Plaintiffs' initial trial disclosure statement as Exhibit A.
- Mortality Reviews
    - A spreadsheet cataloging these reviews (and their corresponding bates numbers) was attached to Plaintiffs' initial trial disclosure statement as Exhibit B.
- Advocacy letters sent by Plaintiffs' counsel from January 1, 2015 to present
    - A document listing the file names of the advocacy letters previously sent to Defendant's counsel was attached to Plaintiffs' initial trial disclosure statement as Exhibit C.
- Miscellaneous documents
    - A document listing these documents (and their corresponding bates numbers where available) was attached to Plaintiffs' initial trial disclosure statement as Exhibit D.
- All documents disclosed and produced by Defendants including, but not limited to, the documents that are listed in the document that was attached to Plaintiffs' initial trial disclosure statement as Exhibit E.
- All documents previously filed or entered into evidence in this case
- All documents produced by Defendants in discovery in this case after July 16, 2021
- All photos, videos, documents from all prison tours

-9-

153970567 1

| | | |
|---|---|---|
| 1 | Dated: September 17, 2021 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ Daniel C. Barr |
| | | Daniel C. Barr (Bar No. 010149) |
| | | John H. Gray (Bar No. 028107) |
| 4 | | Austin C. Yost (Bar No. 034602) |
| | | Karl J. Worsham (Bar No. 035713) |
| 5 | | Kathryn E. Boughton (Bar No. 036105) |
| | | Mikaela N. Colby (Bar No. 035667) |
| 6 | | Kelly Soldati (Bar No. 036727) |
| | | 2901 N. Central Avenue, Suite 2000 |
| 7 | | Phoenix, Arizona 85012 |
| | | Telephone: (602) 351-8000 |
| 8 | | Email:   dbarr@perkinscoie.com |
| | | jhgray@perkinscoie.com |
| 9 | | ayost@perkinscoie.com |
| | | kworsham@perkinscoie.com |
| 10 | | kboughton@perkinscoie.com |
| | | mcolby@perkinscoie.com |
| 11 | | ksoldati@perkinscoie.com |
| | | docketphx@perkinscoie.com |

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com

*Admitted *pro hac vice*

153970567.1

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
         mmorris@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

153970567 1

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email: rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

153970567.1

**Certificate of Service**

I certify that, on September 17, 2021, I emailed the above document to the parties listed below:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ Susan Carnall

-13-

153970567 1