**EXHIBIT 8**

**EXHIBIT 8**

| | |
|---|---|
| **From:** | Gray, John H. (Perkins Coie) <JHGray@perkinscoie.com> |
| **Sent:** | Friday, September 24, 2021 3:46 PM |
| **To:** | Anne Orcutt |
| **Cc:** | David Fathi; Corene Kendrick; Alison Hardy; External - Sara Norman; Maya Abela; Maria Morris; Parsons Trial; Freouf, Delana (PHX); Don Specter; External - PLO AZ; Barr, Daniel (Perkins Coie) |
| **Subject:** | RE: Parsons - Plaintiffs' Disclosures and Plaintiffs' Objections to Defendants' First Set of Interrogatories and RFPs |

Anne,

To the extent Judge Silver's order required disclosure of the "subjects of [] information" for witness testimony as stated in Rule 26 (although such a requirement is far from clear in the order), Plaintiffs have already done so. And we did so as a courtesy on an artificially quick timeline unilaterally imposed by Defendants. Neither Judge Silver's order nor Rule 26, however, require that the parties provide a play-by-play of their planned witness testimony. Further, Plaintiffs were intentionally over-inclusive on their disclosure statement so that Defendants would know the universe of potential witnesses. We have not yet finalized our trial presentation and thus we are not in a position to divide witnesses into "will" or "may" call categories. Nor do Judge Silver's order nor Rule 26 require Plaintiffs to do so. In any event, as a further show of good faith, we have re-reviewed our disclosure statement and omitted names that we are able to say now that we are unlikely to call. An amended disclosure with those deletions, as well as one addition, is being provided to you today.

Relatedly, we anticipate being in touch soon on significant deficiencies in Defendant's disclosure statement. We hope that our explanation resolves your concerns about Plaintiffs' disclosures. But to the extent Plaintiffs would like to meet-and-confer regarding disclosure statements, we can discuss all of those issues together.

Best,
John

**John Gray | Perkins Coie LLP**
1.602.351.8092
JHGray@perkinscoie.com

---

**From:** Anne Orcutt <AOrcutt@strucklove.com>
**Sent:** Wednesday, September 22, 2021 11:46 AM
**To:** Barr, Daniel (PHX) <DBarr@perkinscoie.com>; Gray, John H. (PHX) <JHGray@perkinscoie.com>
**Cc:** David Fathi <dfathi@aclu.org>; Corene Kendrick <ckendrick@aclu.org>; Alison Hardy <ahardy@prisonlaw.com>; External - Sara Norman <snorman@prisonlaw.com>; Maya Abela <mabela@azdisabilitylaw.org>; Maria Morris <MMorris@aclu.org>; Parsons Trial <ParsonsTrial@aclu.org>; Freouf, Delana (PHX) <DFreouf@perkinscoie.com>; Don Specter <dspecter@prisonlaw.com>; External - PLO AZ <PLO-AZ@prisonlaw.com>
**Subject:** Parsons - Plaintiffs' Disclosures and Plaintiffs' Objections to Defendants' First Set of Interrogatories and RFPs

Dan/John,

We have reviewed Plaintiffs' First Supplement to their Initial Trial Disclosure Statement. The subject matter disclosures for Plaintiffs' proposed witnesses remain deficient. Merely stating that an inmate "may testify regarding his experiences seeking and receiving health care while confined in ADC" or "may testify . . . regarding the conditions of confinement in isolation" is not sufficient to permit Defendants to determine which inmates to depose. This is particularly problematic when Plaintiffs have already met with more than half of the 28 inmates listed within the past few weeks for either a legal visit or during an expert tour and clearly have additional information regarding these inmates' anticipated

testimony that has not been disclosed to Defendants. Withholding that information essentially amounts to trial by ambush. We ask that you further supplement your disclosures to provide greater specificity as to the subjects of the inmates' anticipated testimony. Additionally, since Plaintiffs will be unable to call all 28 inmates within the time allotted for trial, we request that you consider dividing the inmates into two categories – will call and may call – like Defendants did with our witnesses.

Please confirm that you will meaningfully supplement your disclosures to identify the specific subjects of each inmate's testimony and provide the supplemental disclosure to us no later than close of business on **September 24, 2021**, or will we be forced to raise this issue with the Court.

Please also let us know your availability today or tomorrow for a meet-and-confer on Plaintiffs' objections to Defendants' First Set of Interrogatories and First Set of Requests for Production.

Thanks,
Anne



Anne M. Orcutt
Of Counsel

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1624 | aorcutt@strucklove.com | STRUCKLOVE.COM

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.