**EXHIBIT 9**

**EXHIBIT 9**

| | |
|---|---|
| **From:** | Sarah L. Barnes |
| **To:** | David Fathi |
| **Cc:** | StruckLoveParsonsTeam; Parsons Trial |
| **Subject:** | RE: Dr. Pelton |
| **Date:** | Friday, September 17, 2021 12:45:38 PM |

She is now in that position, but I think she is fairly new to it – within the last couple of months.

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Friday, September 17, 2021 12:36 PM
**To:** Sarah L. Barnes <slb@bowwlaw.com>
**Cc:** StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** Dr. Pelton

Sarah,

Would you kindly confirm that Dr. Pelton is currently Centurion's Regional Mental Health Director for Arizona - that is, Dr. Orm's counterpart? It appears that as recently as April of this year, Stefanie Platt was in that position.

Thanks very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
Pronouns: he, him, his
*Not admitted in DC; practice limited to federal courts