**EXHIBIT 1**

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Colby, Mikaela  (Perkins Coie) <MColby@perkinscoie.com> |
| **Sent:** | Wednesday, September 22, 2021 3:35 PM |
| **To:** | Anne Orcutt; Yost, Austin C. (Perkins Coie) |
| **Cc:** | Tim Bojanowski; StruckLoveParsonsTeam; Barr, Daniel (Perkins Coie); Mart, Debbie (Perkins Coie); Boughton, Kathryn (Perkins Coie); Gray, John H. (Perkins Coie) |
| **Subject:** | RE: Parsons - Staffing 30(b)(6) |

Anne,

1. We will re-notice the 30(b)(6) staffing deposition to start on October 13 at 1 pm with the understanding that it will begin after Mr. Gann's individual deposition that morning.  The amended notice will include the new topics referenced previously.
2. We do not agree that only our staffing expert will need to amend his deposition and therefore cannot agree to those terms. Mr. Gann is a named defendant; his testimony may be relevant to all of our experts' reports.
3. We also do not agree to send the amended report within 3 days of the staffing 30(b)(6) transcript. Our experts also may need to amend their reports in response to Defendants' expert reports.  The court set the date for final disclosures the week of October 25.  We will send any amended reports to you by then.

Thank you,
Mikaela

**Mikaela Colby** | **Perkins Coie LLP**
ASSOCIATE
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8013
F. +1.602.648.7113
E. MColby@perkinscoie.com

**From:** Anne Orcutt <AOrcutt@strucklove.com>
**Sent:** Wednesday, September 22, 2021 11:45 AM
**To:** Colby, Mikaela (PHX) <MColby@perkinscoie.com>; Yost, Austin C. (PHX) <AYost@perkinscoie.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (PHX) <DBarr@perkinscoie.com>; Mart, Debbie (SDO) <DMart@perkinscoie.com>; Boughton, Kathryn (PHX) <KBoughton@perkinscoie.com>; Gray, John H. (PHX) <JHGray@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Mikaela,

Thanks for agreeing to combine the two depositions. Mr. Gann will be available on October 14th if needed to continue the 30(b)(6) deposition, but we request that you start it on the afternoon of October 13th so that he is not required to block out two full days on his calendar. We understand that your staffing expert may need to amend his report following the staffing 30(b)(6), and we will agree to such an amendment for <u>his report only</u>, provided that you send us the amended report no later than 3 business days after receipt of the staffing 30(b)(6) transcript. Please send the amended deposition notice to cover the new items from your Monday email as soon as possible so that we can verify that Mr. Gann will be the designee for the additional topic(s).

Thanks,
Anne

1

**From:** Colby, Mikaela (Perkins Coie) <MColby@perkinscoie.com>
**Sent:** Tuesday, September 21, 2021 2:40 PM
**To:** Anne Orcutt <AOrcutt@strucklove.com>; Yost, Austin C. (Perkins Coie) <AYost@perkinscoie.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Mart, Debbie (Perkins Coie) <DMart@perkinscoie.com>; Boughton, Kathryn (Perkins Coie) <KBoughton@perkinscoie.com>; Gray, John H. (Perkins Coie) <JHGray@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Anne,

As a courtesy to Defendants and their witnesses, we approve your request to combine the staffing 30(b)(6) and Mr. Gann's individual deposition on a few conditions:

- We will depose Mr. Gann for a maximum of 11 total hours over 2 days, as you previously confirmed
- The individual and 30(b)(6) depositions will be taken by separate attorneys
- Mr. Gann's individual fact deposition will be scheduled on October 13
- We have a mutual understanding that our staffing expert will more than likely need to amend his report after reading the deposition transcripts

Please let us know if Mr. Gann is available on 10/12 or 10/14 for the 30(b)(6) deposition. Additionally, we plan to amend our deposition topics shortly to include those mentioned in my earlier email.

Thank you,
Mikaela

**Mikaela Colby | Perkins Coie LLP**
ASSOCIATE
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8013
F. +1.602.648.7113
E. MColby@perkinscoie.com

**From:** Anne Orcutt <AOrcutt@strucklove.com>
**Sent:** Tuesday, September 21, 2021 8:16 AM
**To:** Yost, Austin C. (PHX) <AYost@perkinscoie.com>; Colby, Mikaela (PHX) <MColby@perkinscoie.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (PHX) <DBarr@perkinscoie.com>; Mart, Debbie (SDO) <DMart@perkinscoie.com>; Boughton, Kathryn (PHX) <KBoughton@perkinscoie.com>; Gray, John H. (PHX) <JHGray@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Austin,

We were told by David that other counsel would be in touch to schedule the staffing 30(b)(6), not that you were denying our request to combine the two depositions. Are you, in fact, denying our request?

1. Mr. Gann will be the designee for all 6 of your current topics as stated in the 30(b)(6) notice and clarified during last week's meet and confer.
2. Friday the 24th will not work.

Thanks,

Anne



Anne M. Orcutt
Of Counsel

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1624 | aorcutt@strucklove.com | STRUCKLOVE.COM

---

**From:** Yost, Austin C. (Perkins Coie) <AYost@perkinscoie.com>
**Sent:** Monday, September 20, 2021 7:06 PM
**To:** Anne Orcutt <AOrcutt@strucklove.com>; Colby, Mikaela (Perkins Coie) <MColby@perkinscoie.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Mart, Debbie (Perkins Coie) <DMart@perkinscoie.com>; Boughton, Kathryn (Perkins Coie) <KBoughton@perkinscoie.com>; Gray, John H. (Perkins Coie) <JHGray@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Hi Anne—We replied earlier today that "the 30(b)(6) staffing deposition will be scheduled separately." You did not answer the other questions below. Thanks.

1. Are you still planning to designate Mr. Gann for the 30(b)(6) topics? If so, will he testify for all 6 topics?
2. Is Mr. Gann available this Friday? If not, does he have availability early next week?

**Austin Yost | Perkins Coie LLP**
ASSOCIATE
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8460
E. AYost@perkinscoie.com

---

**From:** Anne Orcutt <AOrcutt@strucklove.com>
**Sent:** Monday, September 20, 2021 6:59 PM
**To:** Colby, Mikaela (PHX) <MColby@perkinscoie.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (PHX) <DBarr@perkinscoie.com>; Mart, Debbie (SDO) <DMart@perkinscoie.com>; Boughton, Kathryn (PHX) <KBoughton@perkinscoie.com>; Yost, Austin C. (PHX) <AYost@perkinscoie.com>; Gray, John H. (PHX) <JHGray@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Hi Mikaela,

We have made multiple requests to combine Larry Gann's individual deposition with the staffing 30(b)(6) like Plaintiffs agreed to do with Dr. Phillips and the medical 30(b)(6) and with Dr. Stallcup and the mental health 30(b)(6), but we still have not received a response. We repeat our request again now.

With regard to the new items you have included below relating to licensure, holidays/paid leave for healthcare staff, and staffing schedules, you did not raise those during the meet and confer last week as areas in which you would seek testimony, and we do not believe that they are covered by your current topics.

Thanks,
Anne

3



Anne M. Orcutt
Of Counsel

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road | Suite 300 | Chandler AZ 85226
480.420.1624 | aorcutt@strucklove.com | STRUCKLOVE.COM

---

**From:** Colby, Mikaela (Perkins Coie) <MColby@perkinscoie.com>
**Sent:** Monday, September 20, 2021 5:58 PM
**To:** Anne Orcutt <AOrcutt@strucklove.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Mart, Debbie (Perkins Coie) <DMart@perkinscoie.com>; Boughton, Kathryn (Perkins Coie) <KBoughton@perkinscoie.com>; Yost, Austin C. (Perkins Coie) <AYost@perkinscoie.com>; Gray, John H. (Perkins Coie) <JHGray@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Hi Anne,

We currently have the 30(b)(6) staffing deposition scheduled for this Friday, September 24 at 9:00 a.m. We would like to confirm a few action items with you:

1. Are you still planning to designate Mr. Gann for the 30(b)(6) topics? If so, will he testify for all 6 topics?
2. Is Mr. Gann available this Friday? If not, does he have availability early next week?
3. We plan to ask the 30(b)(6) staffing designee questions related to licensure requirements for health care staff, holidays and paid leave for health care staff, and staffing schedules. Although we believe our current 6 topics cover these areas, we want to confirm with you first. If you disagree, we will amend our deposition notice.

We look forward to hearing from you.

Thanks,
Mikaela

**Mikaela Colby | Perkins Coie LLP**
ASSOCIATE
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8013
F. +1.602.648.7113
E. MColby@perkinscoie.com

**From:** Anne Orcutt <AOrcutt@strucklove.com>
**Sent:** Friday, September 17, 2021 10:18 AM
**To:** Colby, Mikaela (PHX) <MColby@perkinscoie.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (PHX) <DBarr@perkinscoie.com>; Mart, Debbie (SDO) <DMart@perkinscoie.com>; Boughton, Kathryn (PHX) <KBoughton@perkinscoie.com>; Yost, Austin C. (PHX) <AYost@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Mikaela,

Thanks for confirming our understanding of the scope of the topics. We agree that Judge Silver's order would allow for up to 11 hours.

Thanks,
Anne

---

**From:** Colby, Mikaela (Perkins Coie) <MColby@perkinscoie.com>
**Sent:** Friday, September 17, 2021 10:03 AM
**To:** Anne Orcutt <AOrcutt@strucklove.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (Perkins Coie) <DBarr@perkinscoie.com>; Mart, Debbie (Perkins Coie) <DMart@perkinscoie.com>; Boughton, Kathryn (Perkins Coie) <KBoughton@perkinscoie.com>; Yost, Austin C. (Perkins Coie) <AYost@perkinscoie.com>
**Subject:** RE: Parsons - Staffing 30(b)(6)

Anne,

Thank you for the follow-up.  We agree with your understanding of the topics.

We are still internally discussing whether we agree to combine the individual deposition of Larry Gann with the 30(b)(6) on staffing.  On that note, does your team agree that we would be able to depose Mr. Gann for a total of 11 hours over two days?  Judge Silver's discovery order allows for 4 hours for fact witness depositions and 7 hours for 30(b)(6) depositions. Let us know.

Thanks,
Mikaela

**Mikaela Colby** | **Perkins Coie LLP**
ASSOCIATE
2901 North Central Avenue Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8013
F. +1.602.648.7113
E. MColby@perkinscoie.com

---

**From:** Anne Orcutt <AOrcutt@strucklove.com>
**Sent:** Friday, September 17, 2021 9:43 AM
**To:** Colby, Mikaela (PHX) <MColby@perkinscoie.com>
**Cc:** Tim Bojanowski <TBojanowski@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>; Barr, Daniel (PHX) <DBarr@perkinscoie.com>; Mart, Debbie (SDO) <DMart@perkinscoie.com>; Boughton, Kathryn (PHX) <KBoughton@perkinscoie.com>; Yost, Austin C. (PHX) <AYost@perkinscoie.com>
**Subject:** Parsons - Staffing 30(b)(6)

Mikaela,

Thanks for a productive meet and confer today regarding the 30(b)(6) on staffing. At a high level, you are interested in how ADCRR determines healthcare staffing allocations across the 10 ASPCs, which is covered by your Topic 1. Topics 2-5 are intended to explore whether there are specific policies and procedures or standards that impact staffing allocations. Topic 6 is intended to explore whether/to what extent medical and medical mental health scores, security classifications, inmate demographics (e.g., age), and inmate medical needs impact staffing allocations across the 10 ASPCs. You confirmed that the focus of the 30(b)(6) will be on staffing allocations, not hiring, which you recognize is done by Centurion, not ADCRR.

Please let us know if our understanding of the scope of these topics is correct or if there is anything additional that you are looking to obtain testimony regarding. Please also let us know what you determine with regard to combining the individual deposition of Larry Gann with the 30(b)(6) on staffing.

Thanks,
Anne



Anne M. Orcutt
Of Counsel

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

3100 West Ray Road | Suite 300 | Chandler AZ 85226

480.420.1624 | aorcutt@strucklove.com | STRUCKLOVE.COM

---

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.