**EXHIBIT 2**

**EXHIBIT 2**

| | |
|---|---|
| **From:** | Gray, John H. (Perkins Coie) <JHGray@perkinscoie.com> |
| **Sent:** | Monday, September 27, 2021 4:52 PM |
| **To:** | Ashlee Hesman; Dan Struck |
| **Cc:** | StruckLoveParsonsTeam; Parsons Trial |
| **Subject:** | Parsons: motion to continue & expert reports |

Ashlee and Dan,

You asked for our position on two additional issues during Thursday's meet-and-confer.

- <u>Motion to Continue</u>: Defendants asked for our position on continuing the trial date by 90 days. Plaintiffs do not agree with this proposal. We believe the schedule that Judge Silver has set gives Defendants a reasonable opportunity to prepare their case for trial, and a 90-day extension is unnecessary and would risk further delaying relief for our clients.

- <u>Expert Reports</u>: We disagree with Defendants' position that any depositions must be taken before the date that expert reports are due. The result would be that experts could not consider evidence after October 9, even though Judge Silver's order contemplates fact discovery after October 9. Doc. 3931 at 2. It also would allow *Defendants'* experts to consider evidence during all of fact discovery, but would preclude Plaintiffs' experts from doing so. We intend to supplement our expert reports within a reasonable time after additional information becomes available. Alternatively, we are open to discussing whether the parties' experts can simply state any additional opinions or support based on new evidence at trial. Let us know which you prefer.

**John Gray | Perkins Coie LLP**
PARTNER
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
D. +1.602.351.8092
F. +1.602.648.7054
E. <u>JHGray@perkinscoie.com</u>

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.