1   Victoria Lopez (Bar No. 330042)*
    Jared G. Keenan (Bar No. 027068)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email:  vlopez@acluaz.org
            jkeenan@acluaz.org
5   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

6   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia
    Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy
7   Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,
    Joseph Hefner, Joshua Polson, and Charlotte Wells, on
8   behalf of themselves and all others similarly situated*

9   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10  Asim Dietrich (Bar No. 027927)
    **ARIZONA CENTER FOR DISABILITY LAW**
11  5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
12  Telephone:  (602) 274-6287
    Email: adietrich@azdisabilitylaw.org
13

    *Attorneys for Plaintiff Arizona Center for Disability Law*
14
    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                  UNITED STATES DISTRICT COURT

17                       DISTRICT OF ARIZONA

18  Victor Parsons; Shawn Jensen; Stephen Swartz;          No. CV 12-00601-PHX-ROS
    Dustin Brislan; Sonia Rodriguez; Christina
19  Verduzco; Jackie Thomas; Jeremy Smith; Robert
    Gamez; Maryanne Chisholm; Desiree Licci; Joseph        **NOTICE OF SERVICE OF**
20  Hefner; Joshua Polson; and Charlotte Wells, on         **PLAINTIFFS' THIRD**
    behalf of themselves and all others similarly          **SUPPLEMENTAL TO THEIR**
21  situated; and Arizona Center for Disability Law,       **TRIAL DISCLOSURE**
                                                           **STATEMENT**
22                  Plaintiffs,

23          v.

24  David Shinn, Director, Arizona Department of
    Corrections, Rehabilitation and Reentry; and Larry
25  Gann, Assistant Director, Medical Services Contract
    Monitoring Bureau, Arizona Department of
26  Corrections, Rehabilitation and Reentry, in their
    official capacities,
27
                    Defendants.
28

154114422.1

1    PLEASE TAKE NOTICE that on October 1, 2021, Plaintiffs' counsel in the above-

2  captioned matter, served on Defendants, by e-mail, Plaintiffs' Third Supplement to Their

3  Initial Trial Disclosure Statement.

4  Dated:  October 1, 2021                    **PERKINS COIE LLP**

5

6                                             By:   s/ Daniel C. Barr
                                                   Daniel C. Barr (Bar No. 010149)
7                                                  John H. Gray (Bar No. 028107)
                                                   Austin C. Yost (Bar No. 034602)
8                                                  Karl J. Worsham (Bar No. 035713)
                                                   Kathryn E. Boughton (Bar No. 036105)
                                                   Mikaela N. Colby (Bar No. 035667)
9                                                  Kelly Soldati (Bar No. 036727)
                                                   2901 N. Central Avenue, Suite 2000
10                                                 Phoenix, Arizona 85012
                                                   Telephone:  (602) 351-8000
11                                                 Email:    dbarr@perkinscoie.com
                                                             jhgray@perkinscoie.com
12                                                           ayost@perkinscoie.com
                                                             kworsham@perkinscoie.com
13                                                           kboughton@perkinscoie.com
                                                             mcolby@perkinscoie.com
14                                                           ksoldati@perkinscoie.com
                                                             docketphx@perkinscoie.com
15
                                                   Victoria Lopez (Bar No. 330042)*
16                                                 Jared G. Keenan (Bar No. 027068)
                                                   **ACLU FOUNDATION OF**
17                                                 **ARIZONA**
                                                   3707 North 7th Street, Suite 235
18                                                 Phoenix, Arizona 85013
                                                   Telephone:  (602) 650-1854
19                                                 Email:      vlopez@acluaz.org
                                                               jkeenan@acluaz.org
20
                                                   *Admitted pursuant to Ariz. Sup. Ct.
21                                                 R. 38(d)

22

23

24

25

26

27

28

154114422.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
            ahardy@prisonlaw.com
            snorman@prisonlaw.com
            rlomio@prisonlaw.com
            sophieh@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
            mmorris@aclu.org
            echo@aclu.org

*Admitted *pro hac vice*; not admitted
  in DC; practice limited to federal
  courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:     ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

-2-

154114422.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:    adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

154114422.1

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on October 1, 2021, I electronically transmitted the above

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

Michael E. Gottfried
6                                            Lucy M. Rand
Assistant Arizona Attorneys General
7                                  Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov
8
Daniel P. Struck
9                                            Rachel Love
Timothy J. Bojanowski
10                                         Nicholas D. Acedo
Ashlee B. Hesman
11                                           Jacob B. Lee
Timothy M. Ray
12                                          Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
13                                  dstruck@strucklove.com
rlove@strucklove.com
14                             tbojanowski@strucklove.com
nacedo@strucklove.com
15                                 ahesman@strucklove.com
jlee@strucklove.com
16                                   tray@strucklove.com
aorcutt@strucklove.com
17
*Attorneys for Defendants*
18

19
                                         s/ D. Freouf
20

21

22

23

24

25

26

27

28

-4-