1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
           jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
7  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
8  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

14 *Attorneys for Plaintiff Arizona Center for Disability Law*
15 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**NOTICE OF INTENT TO SERVE SUBPOENA** |

154122821.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs give notice that they intend to serve the attached subpoenas:

    1.    Amended Subpoena to Testify at a Deposition in a Civil Action to Dr. Stefanie Platt (Exhibit 1).

Dated: September 23, 2021         **ACLU NATIONAL PRISON PROJECT**

By: s/ Corene Kendrick
David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
Eunice Hyunhye Cho (Wash. 53711)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
        mmorris@aclu.org
        echo@aclu.org

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:   dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        rlomio@prisonlaw.com

*Admitted *pro hac vice*

154122821.1

| | |
|---|---|
| 1 | Victoria López (Bar No. 330042)* |
| | Jared G. Keenan (Bar No. 027068) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email:   vlopez@acluaz.org |
| |            jkeenan@acluaz.org |
| 5 | |
| | *Admitted pursuant to Ariz. Sup. Ct. |
| 6 | R. 38(d) |
| 7 | Daniel C. Barr (Bar No. 010149) |
| | John H. Gray (Bar No. 028107) |
| 8 | Austin C. Yost (Bar No. 034602) |
| | Karl J. Worsham (Bar No. 035713) |
| 9 | Kathryn E. Boughton (Bar No. 036105) |
| | Mikaela N. Colby (Bar No. 035667) |
| 10 | Kelly Soldati (Bar No. 036727) |
| | **PERKINS COIE LLP** |
| 11 | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012 |
| 12 | Telephone: (602) 351-8000 |
| | Email:   dbarr@perkinscoie.com |
| 13 |            jhgray@perkinscoie.com |
| |            ayost@perkinscoie.com |
| 14 |            kworsham@perkinscoie.com |
| |            kboughton@perkinscoie.com |
| 15 |            mcolby@perkinscoie.com |
| |            ksoldati@perkinscoie.com |
| 16 | |
| 17 | *Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated* |

154122821.1

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By: s/ Maya Abela |
| 4 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 5 | Telephone: (602) 274-6287<br>Email: adietrich@azdisabilitylaw.org |
| 6 |   |
| 7 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292)<br>Maya Abela (Bar No. 027232) |
| 8 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone: (520) 327-9547<br>Email: |
| 11 | rdalyrooney@azdisabilitylaw.org<br>jrico@azdisabilitylaw.org |
| 12 | mabela@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

-3-

154122821.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

154122821.1