THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 54
(Rule Number/Section)

John David Lloyd
ADC # 246737
Arizona State Prison Complex - Eyman
Cook Unit
PO Box 3200
Florence, Az 85132

Honorable Judge Roslyn O. Silver
Senior United States District Judge
401 W. Washington, #10
Phoenix, Arizona 85003

Re: No. CV-12-00601-PHX-ROS

Hello;

    Hopefully this is the same Honorable Judge who wrote the Order in Shawn Jensen, et al., Plaintiffs, v. Richard Pratt, et al., Defendants. Most likely, it is not appropriate or desired for the inmates to write the Judge of a class action case. However, after reading your Order, I know and concur with this. I found myself compelled and driven to seek your address for correspondence. I just have seen too many people die because they were not given proper medical care, plus what I have endured with my own experiences. If this is in error contacting you, please forgive me and disregard this letter.

    Yes, DOC was fined over a million dollars, twice, if not more with little to no change of operation know as, "The DOC Way." I have observed legal professionals want to stay focused on the case at hand, relevance. To find the motivation behind DOC's noncompliance, one only needs to look at Arizona in general, it is always about money. The problem is far larger than DOC, it

is State wide, and in other states. The News media ABC15 has exposed the total disregard for human life all over the State. Involving the Governor on down. It shocked me of how much case law there is just in legal mail disappearing in Arizona DOC's Property/Mail Room. Which deprived inmates of the appeals process. Mail to the News media has been found in the dumpster in the back behind the chowhall.

When Charles Ryan was forced to resign, most of his inner circle resigning soon after, it was discovered there was 750 plus million dollars missing from DOC. What is 2 to 3 million dollars compared to 3/4 of a billion dollars? My question is, how many billions of dollars has Arizon's Government made disappear over the decades from Governor on down? ABC15 has done a multitude of stories about Long Term Care Facilities and the connect to the Governor. Which leads me to believe the State Government is protecting the Police, DOC, State Employees, State Representatives and the Corporations hired by the State. Allowing them to get away with their criminal acts.

Like the story of Governor Ducey taking a campaigne donation of $430K from Corrections Corporation of America. After the election he awarded them two contracts, 1,000 prison bed on the first one, 2,000 on the second. Next a reporter interviewed a State Representative who wanted to know how the Governor was going to pay for the prison beds, since there were no funds available in the buget for them. Then the story soon after of people protesting because funding for colleges was cut. Hardest hit, I think was the law schools, not having much of a buget for the Innocence Projects. Now, anyone going to college in Arizona must pay more and 3,000 people incarcerated

legally or not, so Ducey get a $430K campaigne donation. Really? Were the 3,000 prison beds necessary?

Then the stories about passing unconstitutional laws. Law for body cams on police officers, only releasing the video if it shows the suspects crimes, if it shows police misconduct it won't be released. The latest, making it legal for prosecutors to blur the video before releasing it to defense attorneys. Is that tampering with evidence?

One set of stories about a Phoenix Police Officer that falsified data on kidnapping cases to swindle the Federal Government out of a 100 million dollar grant for starting up a Kidnapping Task Force. His punishment, retire, given another job for 90 days and retire again, a second retirement check. What is 2 to 3 million dollars compared to 100 million dollars. Arizona State comes out 97 million dollars to the black.

Then all the stories of Police Officers abusing or excuting suspects unnessarily as long as they use plausible deniability (I feared for my life). Making false arrests for political reasons, or having issues with someone, and/or anyone who speaks out against Police, Agencies, or government.

I am just thankful the Department of Justice is currently investigating the Phoenix Police for illegally arresting protestors. A Harvard grad, a nurse, and a photographer in the wrong place at the wrong time. Political Action stories of ABC15. The Police claimed they were dangerous gang members, more dangerous than Bloods, Cripps, or Hell's Angel's? With the involvement of the FBI?

Page 3 of 8

When the FBI is involved with local authorities, where does a citizen report their crimes? This has been going on since the 1960's, I can remember, the Black Panthers.

It appears the Politicians and authorities wants the public to be submissive to their tyranny, ignoring Civil Right and the Constitution. What better way to cover up government crimes than lock them up. Then once in prison, "let 'em drop dead," Dr. Watson exposed. While they squeeze the citizens for all the tax money they can. About every 10 years the voters have to vote away something to get K through 12 schools refinanced. One was the State Lottery, recently public land for commercial use.

Sadly for myself, I made the mistake of helping an attorney to defend his disabled client falsely accused of bank robbery. I was the only one in town that had the equipment to make photos from video tape. The client was on security cameras at his own bank at the same time the other bank, in another town was robbed. He was a amputee, how could he run from the bank to the get away car, as described by witnesses, with only one leg, and be in two towns at the same time? Later on I found out he was speaking out about the authorities, like I do.

When the authorities came after me for helping that attorney, they took my children away from me and tried to reunite them with their mother. Their mentally ill and unstable mother who recently married a fellow patient with the same illness and condition, Dependency Action MO98-0607, if I remember correctly. I tried to warn the authorities when they arranged visitation, she

Page 4 of 8

threatened to kill my children if they said anything about the abuse from their mother and new husband. My son ended up requiring plastic surgery to get his ear fixed. The Police and CPS tried to hide what happen from me. I found out from my brother, who threatened CPS with an attorney to have visitation, and he finally told me many weeks later. The authorities refused to return my children, I had to give them to my brother, and never locked up their mother for making good on her threat. I would not, could not, keep silent about it after finding out. Nothing prepared me for what I found out after the illegal conviction, to what happed in full. The Detention Officers withheld my legal mail 30 days until after the conviction. The cover letter was dated July 1st, 2009, they used a blue ball point pen to change the date to "30." I still could see the st on it. The legal mail was already open when the brought it to me.

    To incarcerate me, they use a criminal case from another county, of a Yavapai Apache man. One my exwife had contact with, through his niese, before his crimes against my son in 1997. The authorities of town fabricated the criminal case against me, illegally accessed my disability records to provide the exwife with my address, phone #, and disability status. The exwife knew I approved for disability and how much money everyone was receiving before SSD notified me 30 days after. For the Apache man, he was lucky the Yavapai Deputy arrived at the location before I did. A laundry mat where babysitter was doing the family's laundry, as described by the alleged evidence against me and the Yavapai Sheriff's Department Report. I was not arrested until 2007. The authorities in California found out the Arizona authorities tried to reunite the my children with their mother 3 more

times in a motel room in California. Where the mother was prostituting herself. Some one in California listened and checked out my complaint of the Arizona authorities. ABC15 exposed a long history of CPS trying to reunite children with their unfit mothers that ended up kill the children, as far back as the 1990s I know of.

So yes, I have a personal issue with Arizona authorities and politicians. I think any parent would put through the same situation. I am a Veteran of the Navy Seabees (Combat Construction). Awarded Federal Disability in 1997 while living in Seligman, Yavapai County, Arizona. Been through 2 psych evals; 1997 for Disability and 1998 my own request for the Dependency Action. No mental health issues noted, only documenting the residual effects from a Tramatic Brain Injury (TBI). Seizures (two types) absence and uncontrollable muscle twitching that is painful, migraines, limitation of short term memory which has me depending on long term memory.

I anticipated the CPS worker would submit false evidence to the Court and countered it, or atleast tried. My evidence was sealed, that is when I discovered citizens are not allowed to defend themselves in the Arizona Courts. Contacting an attorney about this he said it costs $100,000 to fight a case against the State to receive a fair trial. He broke it down to $30,000 to the Judge, $30,000 to the State's attorney, $10,000 to work the case, and $30,000 for the attorney to defend himself, when the State comes after them. We have an attorney on the yard that would go against the State and lost. He would not violate attorney/client confidentiality. Giving credability to the first attorney. All assigned attorneys sold me out. From Dependency Action to Criminal, they did not even bother to read the case files.

Comes now, dealing with DOC and Corizon since 2019, I never received the wheelchair that was prescribed and ordered for me. Prison Law Office managed having a junk one 4 months later. ADA status repeatedly denied by NP Thomas/ Dr. Stewart. They never gave the neurosurgeon the MRI images before the appointment or after he requested them while I was in his office, via electronically. The back brace ordered one size too small, now I have the 2X after a short time waiting. Lastly NP Thomas said I won't be seen again by a neurosurgeon, the only doctor that could possible fix my spine.

After puting on the back support belt 2X (brace), the relief of the pain was instant, reduced it to tolerable, increased the amount of mobility a little. My stability issue due to nerve damage is still there, it could have been prevented if I had received this device 2 years ago when it was requested. Then I would not have stretched my spinal cord when spine buckled a total of 5 times. I have a problem with one vertebrea sliding off of the one below it, hard enough to where it feels like the spinal cord is being yanked out of the tail bones. Never want to experience that again.

All n' all, I have more information and would enjoy testifying for your Court, but I already risked my well being with what I have written so far. I would like to live long enough to see my illegal and wrongful conviction overturned. It is already bad enough I am receiving rough van rides when returning from road trips. Hopefully I have not written too much where an unfortunate situation will be arranged for me. The only way I can safely testify is never be in custody of any State again. So I will be looking forward to what happens in your Court in November!

The fine of $100,000 per violation is a good idea, however, 50% of that should go to the inmate that was harmed or violated against, as restitution. Arizona State Staff don't care as long as the inmates continue to suffer. If the inmates were able to receive part of the fine, compliance with Court Orders and Settlements will come quickly most likely. Also, would like to see criminal charges brought against Dr. Stewart and NP Thomas as in the case at a Virgina Long Term Care VA Facility I think it was. The nurse gave lethal doses of insuline to 6 Veterans, she received 6 life sentences. The CEOs and his inner circle was charge with 70 plus counts of wanton neglect. The medical licenses of Dr. Stewart and NP Thomas be revoked permenantly and barred from working in the medical feild within the United States. NP Thomas has been caught by multiple inmates using "google MD" to perform her job? Frightening thought, our medical care is being done by "google MD."

Respectfully,

*John D Lloyd*
John David Lloyd