Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

1     PLEASE TAKE NOTICE that, on October 5, 2021, Plaintiffs' counsel in the

2 above-captioned matter served on Defendants' counsel, by e-mail, Plaintiffs' Responses to

3 Defendants' First Set of Interrogatories and First Set of Requests for Production.

4

5 Dated:  October 5, 2021                         **PERKINS COIE LLP**

6

7                             By:   s/ Austin C. Yost
                                 Daniel C. Barr (Bar No. 010149)

8                                  John H. Gray (Bar No. 028107)
                                 Austin C. Yost (Bar No. 034602)

9                                  Karl J. Worsham (Bar No. 035713)
                                 Kathryn E. Boughton (Bar No. 036105)

10                                  Mikaela N. Colby (Bar No. 035667)
                                 Kelly Soldati (Bar No. 036727)

11                                  2901 N. Central Avenue, Suite 2000
                                 Phoenix, Arizona 85012

12                                  Telephone:  (602) 351-8000
                                 Email:    dbarr@perkinscoie.com

13                                               jhgray@perkinscoie.com
                                              ayost@perkinscoie.com

14                                               kworsham@perkinscoie.com
                                              kboughton@perkinscoie.com

15                                               mcolby@perkinscoie.com
                                              ksoldati@perkinscoie.com

16                                               docketphx@perkinscoie.com

17                                Victoria Lopez (Bar No. 330042)*
                               Jared G. Keenan (Bar No. 027068)

18                                **ACLU FOUNDATION OF**
                               **ARIZONA**

19                                3707 North 7th Street, Suite 235
                               Phoenix, Arizona 85013

20                                Telephone:  (602) 650-1854
                               Email:     vlopez@acluaz.org

21                                                jkeenan@acluaz.org

22                                *Admitted pursuant to Ariz. Sup. Ct.
                               R. 38(d)

23

24

25

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com
          sophieh@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

*Admitted *pro hac vice*; not admitted
  in DC; practice limited to federal
  courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

4

5

6

By:   s/ Maya Abela

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

7

8

9

10

11

12

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
          jrico@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

13

14

*Attorneys for Arizona Center for Disability Law*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**Certificate of Service**

2        I certify that, on October 5, 2021, I electronically transmitted the above document

3   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4   Electronic Filing to the following CM/ECF registrants:

5

6                         Michael E. Gottfried
                          Lucy M. Rand
7                    Assistant Arizona Attorneys General
                       Michael.Gottfried@azag.gov
8                         Lucy.Rand@azag.gov

9                          Daniel P. Struck
                           Rachel Love
10                      Timothy J. Bojanowski
                         Nicholas D. Acedo
11                        Ashlee B. Hesman
                           Jacob B. Lee
12                        Timothy M. Ray
                          Anne M. Orcutt
13            STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                       dstruck@strucklove.com
14                      rlove@strucklove.com
                   tbojanowski@strucklove.com
15                     nacedo@strucklove.com
                      ahesman@strucklove.com
16                       jlee@strucklove.com
                        tray@strucklove.com
17                     aorcutt@strucklove.com

18                     *Attorneys for Defendants*

19

20                         s/ D. Freouf

21

22

23

24

25

26

27

28