Judge Roslyn O. Silver  
401 West Washington St. #10  
Phonix, AZ 85003

October 4, 2021  
RE: ADOC Trial

CV-12-00601-PHX-ROS

___ FILED   ___ LODGED  
___ RECEIVED   ___ COPY

OCT 0 6 2021

CLERK U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY _____ DEPUTY

Your Honor,

    I am writing you regarding some of my concerns about current conditions at the ASPC Eyman-Cook unit.

    I have outlined five areas of concern; Medical, overcrowding, run conditions, enclosure, and nutrition.

    I hope that this information will be of some help in the upcoming trial.

1. Medical
   a. The medical unit has long lines at least three times a day, just for meds.
   b. There are daily lines for K.O.P. (Keep On Person) meds. Inmates may have to make several trips on various days that could be done all at one time. Reduce lines.
   c. Inmates often have to wait to see the provider. They take our I.D.'s, bring us in to take our vitals, then we have to wait outside to be called. You don't have your I.D. so you can't leave. We have to wait outside several hours with little or no protection from the elements. They are in the

Page 1 OF 5

process of installing a fence so we cannot leave the area, and to keep others out.
   d. Everything stops if there is a medical emergency anywhere in the unit.
   e. If they don't see you by count, they either put you on out-count and make you wait outside, or send you to your building and tell you to come back after count and lunch, and then wait longer yet.
   f. I was issued a waiver that required me to be housed on a lower bunk. This was issued by Joseph Spizzirri-PA during a tele-med on July 28, 2020. All he did was look at my medical file on computer to approve the waiver. When it came up for renewal a year later, Siji Thomas-NP denied the renewal. I am still on a lower bunk, but can be moved at any time. I am 67, have frequent leg cramps at night, have asthma, swelling in my ankles, shoulder pain, and sometimes unsteady on my feet. I can't climb up and down the upper bunk safely. There should be no upper bunks anyway. (Overcrowding)

2. Overcrowding
   a. About 80% of the bunks in Cook are double.
   b. The medical unit, chowhalls, yard, library, bathrooms, education classrooms and visitation are all designed for the original population of approximately 800. We

now house approximately 1400 inmates. Cook unit was never designed to handle this many inmates.

3. <u>Living Conditions</u>
   a. Poor, thin, hard, flat mattresses.
   b. No flow control on any water. Major water waste.
   c. Drains always getting plugged. Old plumbing
   d. Dryer vents plugged and/or vent hoses off. Lint all over. Air quality issues.
   e. Not enough tables in the dayrooms.
   f. Very difficult to get state issued clothing items exchanged. We are only allowed two of an item to exchange, when we were issued three, and only can do any exchange every six months. This does not follow department orders.
   g. All state issued pants are too long, (36") and Supply Bay will not hem them. This is a trip hazard. If we hem our own pants, we face a ticket for destruction of state property.
   h. Most cable channels are gone. We are not allowed to have antennas to pick up broadcast channels.
   i. We are supposed to have five building officers in each building. We usually only have one, and often that one covers two or three buildings. Sometimes there is no officer in a building for 1/2 hour or more. There is no emergency coverage with no officer present.

4. <u>Fencing (Enclosure)</u>
   a. They are in the process of enclosing (fence) the recreation fields on the North and South sections. There will be two areas on each section so that four buildings can be out at the same time, but seperated.
   b. They say the separation is for our safety, to help prevent fighting, stealing, extortion and such. This is supposed to be a level three custody yard, not a four or five. Sex offender yards can be no lower than a three, regardless of your charge. Not allowing us to be a lower than three is discrimination. Plus, it places us in jepardy. There are fours, fives and GP inmates on this yard.
   c. The fencing will make this a four or five yard. D.O. 704-12 specifies this type enclosure is for "Maximum, Custody, Detention, Mental Health Units". This yard is not one of those with level three inmates present. This yard is designed to be an open yard.

5. <u>Nutrition</u>
   a. I personally have no knowledge pertaining to the nutritional level of the food service here at Cook.
   b. We get a LOT of bread, since the bread (wheat) is baked at the Meadows unit. We also get a lot of rice,

processed turkey (T-ham, T-Balogna, T-Salami) and something that looks like meat, sort of. We usually get over or under cooked frozen vegetables, raw cabbage, some canned fruit and cookies or pudding. Most of the bread, and most of the other portions get thrown out, or some make their own meals from items purchased at the store here. The "unknown" meat is made into sausage, burgers, meatloaf, salisbury steak and put into various mixes to make things like sloppy joes. We occasionally get chicken pieces, that often have pieces of bone in them. We rarely get chicken on the bone. Is it fit for human consumption? Weekdays we get two meals in the chow hall, and a "sack" evenings. On the weekends, we get breakfast and dinner. No lunch.

c. There is no nutrition information posted in a common area to view.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
Dated: October 4, 2021   Signature: [signature]
Brian G. Hoyle #325079
ASPC Eyman - Cook
P.O. Box 3200
Florence, AZ 85132

Page 5 of 5

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate: Brian G. Hoyle
ADC #: 325079
Arizona State Prison Complex: Eyman-Cook
Unit: 6C10-L
P.O. Box 3200
City: Florence  AZ  85132

(For Institutional Use Only)

U.S. District Court
Judge Roslyn O. Silver
401 W. Washington St. #10
Phoenix, AZ 85003



FILED ___  LODGED ___
RECEIVED ___  COPY ___

OCT 06 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

U.S. POSTAGE >> PITNEY BOWES
ZIP 85132 $ 000.53⁰
0001403942 OCT. 05. 2021