Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' STATEMENT RE: DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITIONS (DOC. 4027)** |

LEGAL23774493.1

Plaintiffs do not oppose Defendants' motion for leave to take depositions of incarcerated witnesses if certain conditions are met:

- Defendants work with Plaintiffs' counsel to allow counsel to meet with witnesses at their prisons in-person prior to the day of the deposition in order to prepare the witness;
- While Plaintiffs do not object to Defendants conducting the depositions by Zoom or other video platform, Plaintiffs' counsel may be present for the deposition in-person with the incarcerated witness at their prison;[1]
- Defendants certify that they will not retaliate against witnesses in any way related to their depositions, testimony, or participation in this litigation (which is consistent with this Court's previous anti-retaliation order, Doc. 2209);
- Defendants will make reasonable accommodations to allow the full and fair participation of witnesses with disabilities, or with serious medical or mental health conditions; and,
- Any person(s) present in the deposition room with the witness must be fully vaccinated for COVID-19 and wear a face mask.[2]

Indeed, Defendants first raised the prospect of deposing any class members on Friday, October 1, 2021. Counsel for Plaintiffs responded the same day, indicating that they would consent to the Motion, if Defendants agreed to the above conditions, which Counsel thought would be common-sense and noncontroversial. *See* Ex. 1. Plaintiffs heard nothing in response from Defendants regarding these conditions, nor are these proposed conditions addressed in Defendants' filing.

Therefore, Plaintiffs respectfully request that any order granting Defendants'

---

[1] Counsel for Defendants or for Centurion have to date been in person, unmasked, in the same room with their client witnesses during Plaintiffs' Zoom depositions.

[2] Any Plaintiffs' counsel who visits an incarcerated witness and/or is present in person for any deposition will be fully vaccinated for COVID-19 and wear a facemask during the deposition. Counsel will provide proof of vaccination upon request.

LEGAL23774493.1

motion include these requested conditions to facilitate the full participation of incarcerated witnesses.[3]

Dated: October 6, 2021

**ACLU NATIONAL PRISON PROJECT**

By: s/ Corene T. Kendrick
David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
Eunice Hyunhye Cho (Wash. 53711)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
mmorris@aclu.org
echo@aclu.org

Corene T. Kendrick (Cal. 226642)*
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com
sophieh@prisonlaw.com

*Admitted *pro hac vice*

---

[3] Indeed, another federal court ordered similar protocols and protections for preparing for depositions of incarcerated witnesses in October 2020, **before** COVID-19 vaccines were available. See Ex. 2 (*Armstrong v. Newsom*, Case No. C94-2307-CW, Doc. 3135, Stipulation and Order Regarding Depositions, Safety Precautions, Further Briefing, and Hearing, (N.D. Cal. Oct. 14, 2020)) at Ex. B.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)

**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By:  s/ Maya Abela
    Asim Dietrich (Bar No. 027927)
    5025 East Washington Street, Suite 202
    Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
    Email:   adietrich@azdisabilitylaw.org

    Rose A. Daly-Rooney (Bar No. 015690)
    J.J. Rico (Bar No. 021292)
    Maya Abela (Bar No. 027232)
    **ARIZONA CENTER FOR DISABILITY LAW**
    177 North Church Avenue, Suite 800
    Tucson, Arizona 85701
    Telephone:  (520) 327-9547
    Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021 I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　s/ C. Kendrick