Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE OF INTENT TO SERVE SUBPOENAS** |

154150192.1

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil
3  Procedure, Plaintiffs give notice that they intend to serve the attached subpoenas:

4      1.    Subpoena to Testify at a Deposition in a Civil Action to Joseph V. Penn,
5  M.D., CCHP, F.A.P.A. (Exhibit 1); and

6      2.    Subpoena to Testify at a Deposition in a Civil Action to Owen Murray,
7  D.O., MBA (Exhibit 2).

Dated: October 7, 2021        **ACLU NATIONAL PRISON PROJECT**

By: s/ Corene Kendrick
David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
Eunice Hyunhye Cho (Wash. 53711)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
       mmorris@aclu.org
       echo@aclu.org

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
       ahardy@prisonlaw.com
       snorman@prisonlaw.com
       rlomio@prisonlaw.com

*Admitted *pro hac vice*

154150192.1

1   Victoria López (Bar No. 330042)*
    Jared G. Keenan (Bar No. 027068)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone: (602) 650-1854
4   Email:   vlopez@acluaz.org
             jkeenan@acluaz.org
5
    *Admitted pursuant to Ariz. Sup. Ct.
6   R. 38(d)

7   Daniel C. Barr (Bar No. 010149)
    John H. Gray (Bar No. 028107)
8   Austin C. Yost (Bar No. 034602)
    Karl J. Worsham (Bar No. 035713)
9   Kathryn E. Boughton (Bar No. 036105)
    Mikaela N. Colby (Bar No. 035667)
10  Kelly Soldati (Bar No. 036727)
    **PERKINS COIE LLP**
11  2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012
12  Telephone: (602) 351-8000
    Email:   dbarr@perkinscoie.com
13           jhgray@perkinscoie.com
             ayost@perkinscoie.com
14           kworsham@perkinscoie.com
             kboughton@perkinscoie.com
15           mcolby@perkinscoie.com
             ksoldati@perkinscoie.com
16
    *Attorneys for Plaintiffs Shawn Jensen;*
17  *Stephen Swartz; Sonia Rodriguez; Christina*
    *Verduzco; Jackie Thomas; Jeremy Smith;*
18  *Robert Gamez; Maryanne Chisholm; Desiree*
    *Licci; Joseph Hefner; Joshua Polson; and*
19  *Charlotte Wells, on behalf of themselves and*
    *all others similarly situated*

20

21

22

23

24

25

26

27

28

154150192.1

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Maya Abela (Bar No. 027232)
   **ARIZONA CENTER FOR DISABILITY LAW**
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone: (520) 327-9547
   Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-3-

154150192.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-

154150192.1