Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO TAKE DEPOSITIONS** |

Rule 30 does not require consent from the opposing party to take depositions of incarcerated persons. Defendants nonetheless sought consent from Plaintiffs prior to filing their Motion, but they would only do so contingent upon Defendants agreeing to a lengthy set of conditions. Obviously, Defendants do not oppose making reasonable accommodations needed for inmates to fully participate in the depositions, but the remaining conditions appear to have been designed to make it so burdensome to Defendants that they be unable to take any depositions of inmate witnesses. One of the conditions, that Defendants certify they will not retaliate against anyone who is deposed, is both unnecessary and insulting. Some of the other conditions would have the effect of making it

impossible for Defendants to conduct all of the inmate depositions during the fact discovery period. Defendants had planned to run back-to-back depositions to fit them into the remaining time, but having to accommodate in-person legal visits commencing immediately prior to each deposition would preclude Defendants from doing that. It is also unnecessary, given that Plaintiffs have already met with their clients within the last several weeks, presumably in preparation for their testimony at deposition and trial, and have the ability to discuss any additional matters with them through legal calls prior to the depositions. Having Plaintiffs' counsel attend the depositions in person will require additional security staff to be present, pulling them away from their regular duties, and will add additional time to the process, again making it difficult for Defendants to conduct the depositions within the allotted time for fact discovery. Plaintiffs' condition that all individuals present in the room during the deposition wear masks appears to prevent the witness from removing their mask during their testimony, which will likely prevent them from being heard by other participants over Zoom. Plaintiffs' condition that any person in the room during the deposition be fully vaccinated is also problematic. While it is highly encouraged and the majority of inmates have elected to be vaccinated, ADCRR does not require inmates to be vaccinated against COVID-19. Additionally, ADCRR does not require staff vaccinations, and indeed, Arizona law prohibits the imposition of vaccine mandates for State employees.

Defendants have already had to forgo taking the depositions of all of the inmates listed on Plaintiffs' disclosures due to time constraints, which prejudices Defendants in their ability to prepare for trial given Plaintiffs' repeated refusals – either in their disclosures or in their responses to Defendants' Interrogatory No. 1 – to provide the specific topics on which their clients are expected to testify,[1] but Plaintiffs' additional conditions will make it

---

[1] Plaintiffs served supplemental disclosures on October 7, 2021 which address some of the specific topics on which Defendants requested supplementation pursuant to the Court's Order (Dkt. 4019) on the discovery dispute regarding fact witness disclosures, but still fail to provide any specifics regarding anticipated testimony on conditions of confinement and for some witnesses provide only vague statements regarding their health conditions and concerns as to health care delivery.

overly burdensome for Defendants to take even the depositions of the six named Plaintiffs. For these reasons, Defendants ask that the Court grant their Motion and allow Defendants to take the depositions of the named Plaintiffs without the burden of complying with Plaintiffs' demands.

DATED this 7th day of October, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 7, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck