1  Victoria Lopez (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
          jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
7  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
8  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*

9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' MOTION TO ENFORCE COURT ORDER, DOC. 3982** <br><br> **EXPEDITED CONSIDERATION REQUESTED** |

23774493.1

On September 20, 2021, the Court ordered Defendants to produce the documents responsive to Requests for Production ("RFP") 10, 46, 47, and 57.  The large majority of the documents have not been produced.

## FACTUAL AND PROCEDURAL BACKGROUND

Plaintiffs served a set of RFPs, including RFPs 10, 46, 47, and 57, on Defendants on August 10, 2021.  Defendants' responses and productions were due on August 31, 2021. (Doc. 3940 at 2)

The parties had a dispute regarding RFPs 10, 46, 47, and 57.[1]  The dispute was submitted to the Court on September 16, 2021. (Doc. 3979) On September 20, 2021, the Court ordered that all the requested documents be produced.  (Doc. 3982)

To date, the production of responsive documents for these four RFPs is as follows:

**RFP 10:** All videos and documentation relating to the use of force on persons classified as SMI from ASPC-Eyman SMU-I, ASPC-Eyman Browning, ASPC-Lewis Rast Max, and ASPC-Florence Kasson, from March 1, 2021, to the present.

On October 4, 2021, Defendants produced Information Reports regarding the use of force at ASPC-Florence Kasson and ASPC-Eyman Browning.[2] Defendants have produced no documents from ASPC-Eyman SMU I or ASPC-Lewis Rast Max, and Defendants have produced no responsive videos from any of the locations.

**RFP 46:** All Incident Reports from ASPC-Eyman SMU-I, ASPC-Eyman Browning, ASPC-Lewis Rast Max, and ASPC-Florence Kasson reflecting the use of force from January 1, 2021, to the present.

Defendants assert that the same documents mentioned above as responsive to RFP 10 are also responsive to RFP 46.  As with RFP 10, the documents produced are limited to

---

[1] Prior to the submission of the dispute, Defendants produced documents and videos relating to the use of chemical agents on persons classified as SMI at Eyman-SMU I in March and May 2021, at ASPC-Florence Kasson in March, April and May, 2021, ASPC-Lewis Rast Max in April 2021 in response to RFP 10.  In response to RFP 46, Defendants directed Plaintiffs to earlier productions of Maximum Custody Notebooks, which include the documents and videos relating to the use of chemical agents on persons classified as SMI at the four Maximum Custody housing units.

[2] Defendants cited a range of Bates numbers of documents purporting to be responsive to RFP 10.  However, many of the documents within the range do not relate to persons classified as SMI and reflect incidents that occurred before March 1, 2021.

23774493.1

Information Reports regarding the use of force at ASPC-Florence Kasson and ASPC-Eyman Browning. Defendants have produced no documents from ASPC-Eyman SMU I or ASPC-Lewis Rast Max, and Defendants have produced no responsive videos from any of the locations.

> **RFP 47:** All videos and documentation relating to the use of force on persons on MENTAL HEALTH WATCH from January 1, 2021, to the present

On October 8, 2021, Defendants produced documents relating to the use of force on people on mental health watch at ASPC-Perryville and ASPC-Yuma.  Defendants have produced no documents relating to the use of force on people on mental health watch at any of the other ADCRR prisons, nor have Defendants produced any videos.

> **RFP 57:** All videos and DOCUMENTS relating to the uses of force on Rahim Muhammad, 215306, from August 1, 2020, to the present.

Defendants have not produced any responsive documents or videos. Mr. Muhammad has been subjected to the use of force at least forty times during the period covered by this request.

Plaintiffs have repeatedly asked Defendants to produce the documents the Court ordered produced on September 20, 2021.  *See* Exhibit 1 to Declaration of Maria V. Morris (Email exchange between Morris and Love)  Defendants unilaterally decided that they were not required to produced the documents until three weeks after the September 20, 2021 order. *Id.* at 3-4.

**ARGUMENT**

Defendants' obligation to comply with the Court's order is beyond dispute:

> We begin with the basic proposition that all orders and judgments of courts must be complied with promptly. If a person to whom a court directs an order believes that order is incorrect the remedy is to appeal, but, absent a stay, he must comply promptly with the order pending appeal. Persons who make private determinations of the law and refuse to obey an order generally risk criminal contempt even if the order is ultimately ruled incorrect.

-2-

23774493.1

*Maness v. Meyers*, 419 U.S. 449, 458 (1975). Faced with Defendants' defiance of its order, the Court has ample power to enter further orders to ensure compliance. *See Armstrong v. Brown*, 768 F.3d 975, 986 (9th Cir. 2014) ("The ongoing, intractable nature of this litigation affords the district court considerable discretion in fashioning relief").

Trial starts in three weeks. Plaintiffs are prejudiced by not timely receiving the documents that have been properly requested and ordered produced by the Court.

## CONCLUSION

The Court should not permit Defendants to continue to flout the Court's orders. Because Defendants have now delayed production of the documents responsive to RFPs 10, 46, 47, and 57 until 41 days after they were due and 20 days after the Court ordered them produced, Plaintiffs request that Defendants be ordered to produce the responsive documents no later than Thursday, October 14, 2021. Plaintiffs further request that the Court sanction Defendants with an adverse inference that each incident for which Defendants do not produce the documents and video by the date above was an excessive use of force.

Dated: October 11, 2021

Respectfully submitted,

**ACLU NATIONAL PRISON PROJECT**

By: *s/ Maria V. Morris*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
           mmorris@aclu.org
           echo@aclu.org

-3-

23774493.1

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
            jhgray@perkinscoie.com
            ayost@perkinscoie.com
            kworsham@perkinscoie.com
            kboughton@perkinscoie.com
            mcolby@perkinscoie.com
            ksoldati@perkinscoie.com
            docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    vlopez@acluaz.org
            jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
| | Rita K. Lomio (Cal. 254501)* |
| 3 | Sophie Hart (Cal. 321663)* |
| | **PRISON LAW OFFICE** |
| 4 | 1917 Fifth Street |
| | Berkeley, California 94710 |
| 5 | Telephone: (510) 280-2621 |
| | Email: dspecter@prisonlaw.com |
| 6 | ahardy@prisonlaw.com |
| | snorman@prisonlaw.com |
| 7 | rlomio@prisonlaw.com |
| | sophieh@prisonlaw.com |
| 8 | |
| | *Admitted *pro hac vice.* |
| 9 | |

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**


By: _s/ Maya Abela_
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Maya Abela (Bar No. 027232)
   **ARIZONA CENTER FOR DISABILITY LAW**
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone: (520) 327-9547
   Email:
      rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-5-

23774493.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

  *s/ Maria V. Morris*