UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE COURT ORDER, DOC. 3982 AND REQUEST FOR EXPEDITED CONSIDERATION** |

The Court, having reviewed Plaintiffs' Motion to Enforce Court Order, Doc. 3982, and Request for Expedited Consideration, and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Enforce.

**IT IS ORDERED:**

1. Defendants are ordered to produce all the documents and videos that were the subject of the September 20, 2021 Order, Doc. 3982, no later than October 14, 2021.

2. Should Defendants fail to comply with this Order, the Court shall sanction Defendants with an adverse inference that each incident for which Defendants

LEGAL23774493.1

| | |
|---|---|
| 1 | do not produce the documents and video by the date above was an excessive |
| 2 | use of force. |

LEGAL23774493.1                                                  -2-