1   Victoria Lopez (Bar No. 330042)*
    Jared G. Keenan (Bar No. 027068)
2   **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
3   Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
4   Email:  vlopez@acluaz.org
                jkeenan@acluaz.org
5
    *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
    *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
7   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
    *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
8   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
    *behalf of themselves and all others similarly situated*
9   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
    PAGE]**
10
    Asim Dietrich (Bar No. 027927)
11  **ARIZONA CENTER FOR DISABILITY LAW**
    5025 East Washington Street, Suite 202
12  Phoenix, Arizona 85034
    Telephone:  (602) 274-6287
13  Email: adietrich@azdisabilitylaw.org

14  *Attorneys for Plaintiff Arizona Center for Disability Law*

    **[ADDITIONAL COUNSEL LISTED ON SIGNATURE
15  PAGE]**

16              UNITED STATES DISTRICT COURT

17                   DISTRICT OF ARIZONA

18  | | |
    | --- | --- |
    | Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

154196876.1

1        PLEASE TAKE NOTICE that, on October 9, 2021, Plaintiffs' counsel in the

2    above-captioned matter served on Defendants' counsel, by e-mail, the following:

3        (1)    Expert Report of Robert Joy;

4        (2)    Expert Report of Craig Haney, Ph.D., J.D.;

5        (3)    Expert Report of Martin Horn;

6        (4)    Expert Report of Dr. Pablo Stewart, M.D.; and

7        (5)    Confidential Report of Todd Randall Wilcox, M.D., M.B.A.

8    Dated:  October 11, 2021          **PERKINS COIE LLP**

9

10                           By:   s/ Daniel C. Barr
                                Daniel C. Barr (Bar No. 010149)

11                                John H. Gray (Bar No. 028107)
                                Austin C. Yost (Bar No. 034602)

12                                Karl J. Worsham (Bar No. 035713)
                                Kathryn E. Boughton (Bar No. 036105)

13                                Mikaela N. Colby (Bar No. 035667)
                                Kelly Soldati (Bar No. 036727)

14                                2901 N. Central Avenue, Suite 2000
                                Phoenix, Arizona 85012

15                                Telephone:  (602) 351-8000
                                Email:    dbarr@perkinscoie.com

16                                              jhgray@perkinscoie.com
                                            ayost@perkinscoie.com

17                                              kworsham@perkinscoie.com
                                            kboughton@perkinscoie.com

18                                              mcolby@perkinscoie.com
                                            ksoldati@perkinscoie.com

19                                              docketphx@perkinscoie.com

20                              Victoria Lopez (Bar No. 330042)*
                              Jared G. Keenan (Bar No. 027068)

21                              **ACLU FOUNDATION OF**
                              **ARIZONA**

22                              3707 North 7th Street, Suite 235
                              Phoenix, Arizona 85013

23                              Telephone:  (602) 650-1854
                              Email:     vlopez@acluaz.org

24                                              jkeenan@acluaz.org

25                              *Admitted pursuant to Ariz. Sup. Ct.
                              R. 38(d)

26

27

28

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com
          sophieh@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

154196876.1

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By:   s/ Maya Abela

4

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

5

6

7

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
               jrico@azdisabilitylaw.org
               mabela@azdisabilitylaw.org

8

9

10

11

12

13

*Attorneys for Arizona Center for Disability Law*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

154196876.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certificate of Service**

I certify that, on October 11, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-