Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **RESPONSIVE BRIEF IN SUPPORT OF MOTION TO ADD ADDITIONAL NAMED PLAINTIFFS AND AMEND CAPTION** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

1    Pursuant to the Court's Order (Doc. 4021 at 3), Plaintiffs submit this responsive

2    brief in support of Plaintiffs' Motion to Add Additional Named Plaintiffs and Amend

3    Caption.

4    The Court has discretion to add named plaintiffs "at any time" on "just terms." Fed.

5    R. Civ. P. 21. While the addition of named Plaintiffs will not impact trial presentation,

6    Plaintiffs seek this addition to protect against possible future jurisdictional challenges

7    regarding standing that undergirds the entire litigation. This Court correctly observed in

8    its initial Order that there is no prejudice to adding named plaintiffs who will participate

9    in and testify at trial. Defendants' supplemental brief (Doc. 4040), changes nothing, and

10   the prudent course is to guard the trial and possible judgment against later attacks on

11   standing.

12   Contrary to Defendants' contention that Plaintiffs did not identify any reason for

13   adding named plaintiffs (Doc. 4040 at 2), Plaintiffs seek the addition of these new named

14   plaintiffs to protect the class and subclass from any future challenge to the adequacy of

15   the class / subclass representatives. Despite Defendants' current position that "Plaintiffs

16   have adequate class representatives by the way of the six named Plaintiffs" (Doc. 4040 at

17   2), Defendants previously sought summary judgment on the premise that Plaintiffs lacked

18   standing due to inadequate representation. [Doc. 902 at 3] Defendants' representations as

19   to their current position with regard to standing are worthless, as they can raise the issue

20   in any future briefing. Moreover, the jurisdictional issue of standing is one that could be

21   raised at any time, not only by Defendants, in this Court or on appeal, but also by any

22   court *sua sponte*. Thus, Plaintiffs seek to ensure that their class representatives

23   demonstrate widespread injury, and that the class does not encounter jurisdictional

24   challenges during the pendency of this suit. *See Lewis v Casey*, 518 U.S. 343, 357 (1996)

25   ("That a suit may be a class action . . . adds nothing to the question of standing, for even

26   named plaintiffs who represent a class must allege and show that they personally have

27   been injured, not that injury has been suffered by other, unidentified members of the class

28

to which they belong and which they purport to represent.") (internal quotation marks, citations omitted).

Defendants fail to explain how they would be prejudiced by the addition of six named plaintiffs, who have already been identified as trial witnesses. Instead, they provide a myriad of reasons why they are not prepared for trial, nearly all of which are brought on by their own delays and approach to pretrial preparation. Defendants allege that Plaintiffs have refused to provide adequate disclosures, that Defendants' own experts do not know what to do, and that substantial document production, the prisons' poor Wi-Fi, and a list of conditions "calculated to make it impossible for Defendants to [depose Plaintiffs' clients]" have greatly interfered their ability to prepare. [Doc. 4040 at 2-3]

As Defendants did not diligently pursue their defense or their discovery, they cannot now claim undue prejudice as a result. Defendants had notice of the putative named plaintiffs as anticipated fact witnesses over a month ago in Plaintiffs' September 10, 2021 initial trial disclosure statement. [Exhibit A (Plaintiffs' Initial Trial Disclosure Statement)] Yet Defendants waited until last Friday, October 8 to bother to notice the deposition of *any* class member or class representative, and to date have not noticed depositions for any of the proposed new named plaintiffs or incarcerated witnesses. (Of note, the Court's order [Doc. 4021], indicates that parties should notice fact depositions at least 10 days before the actual requested date.)

While Plaintiffs have willingly made their clients available for depositions despite Defendants waiting until the eleventh hour, this is not the normal case in which the depositions of the plaintiffs will suddenly uncover new information. Rather, as Defendants themselves pointed out, this case "has been ongoing for nearly a decade," (Doc. 4015 at 1) and they have been represented by the same counsel throughout. Moreover, Defendants have held and continue to hold all the information in putative named plaintiffs' central file records and medical records in their possession.  Some of the information is not actually in Plaintiffs' counsel's possession.  [Docs. 3979, 3982, 4009, 4013, 4048]

154193064.2

1    In regard to Defendants' additional excuses for being unprepared, they, too, fall

2    flat.  Plaintiffs' proposed deposition conditions in no way sought to increase Defendants'

3    burden, only to ensure prisoners' safety and adequate representation—with which

4    Defendants seem unconcerned. Moreover, if Defendants' Wi-Fi at their prisons is not

5    adequate to conduct multiple remote depositions contemporaneously, a fact that

6    Defendants have presumably known throughout trial preparation, the solution to that

7    problem has been and continues to be completely in their control. Defendants' argument

8    that they lack time is a self-inflicted injury and, as such, does not entitle them to a finding

9    that they would be prejudiced by the addition of named plaintiffs whose information has

10   always been and continues to be in Defendants' possession. *See, e.g.*, *Haley v. Tchrs. Ins.*

11   *& Annuity Ass'n of Am.*, 337 F.R.D. 462, 479 (S.D.N.Y. 2020) (granting a motion to add

12   new named plaintiffs and observing that Defendants "made no showing regarding how

13   such [additional] discovery will be more than *de minimis*, as most of the relevant

14   documents are in its control and it will have the opportunity to depose" the new named

15   plaintiffs)  Nonetheless, were the Court to grant Plaintiffs' motion, Plaintiffs are willing to

16   stipulate to allow depositions of the named plaintiffs after the October 15 fact discovery

17   deadline.

18   For all of these reasons, this Court should grant Plaintiffs' motion to add named

19   plaintiffs and amend the caption.

20   . . .

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28   . . .

154193064.2

1    Dated:  October 12, 2021          **PERKINS COIE LLP**

2

3                               By:  s/ Daniel C. Barr
                                  Daniel C. Barr (Bar No. 010149)

4                                   John H. Gray (Bar No. 028107)
                                  Austin C. Yost (Bar No. 034602)

5                                   Karl J. Worsham (Bar No. 035713)
                                  Kathryn E. Boughton (Bar No. 036105)

6                                   Mikaela N. Colby (Bar No. 035667)
                                  Kelly Soldati (Bar No. 036727)

7                                   2901 N. Central Avenue, Suite 2000
                                  Phoenix, Arizona 85012

8                                   Telephone:  (602) 351-8000
                                  Email:    dbarr@perkinscoie.com

9                                              jhgray@perkinscoie.com
                                             ayost@perkinscoie.com

10                                              kworsham@perkinscoie.com
                                             kboughton@perkinscoie.com

11                                              mcolby@perkinscoie.com
                                             ksoldati@perkinscoie.com

12                                              docketphx@perkinscoie.com

13                                   Victoria Lopez (Bar No. 330042)*
                                  Jared G. Keenan (Bar No. 027068)

14                                   **ACLU FOUNDATION OF**
                                  **ARIZONA**

15                                   3707 North 7th Street, Suite 235
                                  Phoenix, Arizona 85013

16                                   Telephone:  (602) 650-1854
                                  Email:    vlopez@acluaz.org

17                                              jkeenan@acluaz.org

18                                   *Admitted pursuant to Ariz. Sup. Ct.
                                  R. 38(d)

19                                   Donald Specter (Cal. 83925)*

20                                   Alison Hardy (Cal. 135966)*
                                  Sara Norman (Cal. 189536)*

21                                   Rita K. Lomio (Cal. 254501)*
                                  Sophie Hart (Cal. 321663)*

22                                   **PRISON LAW OFFICE**
                                  1917 Fifth Street

23                                   Berkeley, California 94710
                                  Telephone:  (510) 280-2621

24                                   Email:    dspecter@prisonlaw.com
                                             ahardy@prisonlaw.com

25                                              snorman@prisonlaw.com
                                             rlomio@prisonlaw.com

26                                              sophieh@prisonlaw.com

27                                   *Admitted *pro hac vice*

28

154193064.2

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           mmorris@aclu.org
           echo@aclu.org

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:     ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

154193064.2

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3

By: s/ Maya Abela

4
          Asim Dietrich (Bar No. 027927)
          5025 East Washington Street, Suite 202
          Phoenix, Arizona 85034

5
          Telephone:  (602) 274-6287
          Email:     adietrich@azdisabilitylaw.org

6

7
          Rose A. Daly-Rooney (Bar No. 015690)
          J.J. Rico (Bar No. 021292)
          Maya Abela (Bar No. 027232)

8
          **ARIZONA CENTER FOR**
          **DISABILITY LAW**

9
          177 North Church Avenue, Suite 800
          Tucson, Arizona 85701

10
          Telephone:  (520) 327-9547
          Email:

11
               rdalyrooney@azdisabilitylaw.org
                    jrico@azdisabilitylaw.org

12
                    mabela@azdisabilitylaw.org

13
          *Attorneys for Arizona Center for Disability*
          *Law*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

154193064.2

-6-

1

**CERTIFICATE OF SERVICE**

2       I certify that, on October 12, 2021, I electronically transmitted the above document

3   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of

4   Electronic Filing to the following CM/ECF registrants:

5

6                            Michael E. Gottfried
                             Lucy M. Rand
7                   Assistant Arizona Attorneys General
                         Michael.Gottfried@azag.gov
8                           Lucy.Rand@azag.gov

9                            Daniel P. Struck
                              Rachel Love
10                        Timothy J. Bojanowski
                           Nicholas D. Acedo
11                          Ashlee B. Hesman
                             Jacob B. Lee
12                          Timothy M. Ray
                            Anne M. Orcutt
13              STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                         dstruck@strucklove.com
14                        rlove@strucklove.com
                      tbojanowski@strucklove.com
15                        nacedo@strucklove.com
                         ahesman@strucklove.com
16                          jlee@strucklove.com
                           tray@strucklove.com
17                        aorcutt@strucklove.com

18                       *Attorneys for Defendants*

19

20                                  s/ D. Freouf

21

22

23

24

25

26

27

28

-7-

154193064.2