# EXHIBIT A

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **PLAINTIFFS' INITIAL TRIAL DISCLOSURE STATEMENT** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

Pursuant to Court Order (Docs. 3931, 3936), Plaintiffs submit the following initial disclosure statement of anticipated fact witnesses, anticipated expert witnesses, and anticipated documents to be used at trial:

## I.     ANTICIPATED FACT WITNESSES

Because discovery is ongoing, Plaintiffs reserve the right to supplement this disclosure with additional fact witnesses and/or to remove fact witnesses from this list. Subject to that reservation, Plaintiffs anticipate that they may call the following fact witnesses at trial. All class members should be contacted via Plaintiffs' counsel:

Starr-nesha Branch, 299790
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

Toni Dejarnatt, 314740
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

Laura Redmond, 166546
ASPC Perryville, San Carlos Unit
P. O. Box 3700
Goodyear, AZ 85338

Lauren Ford, 279516
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

Tanika Gary, 314819
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

Kandi Hylton, 155406
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

Kendall Johnson, 189644
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

Valerie Manar-Zapata, 128811
ASPC Perryville, Santa Cruz Unit
P. O. Box 3200
Goodyear, AZ 85338

1
2
3

Krystal Davis, 233531
ASPC Perryville, Santa Cruz Unit
P. O. Box 3200
Goodyear, AZ 85338

4
5

Sonia Rodriguez, 103830
ASPC Perryville, San Pedro Unit
P. O. Box 3100
Goodyear, AZ 85338

6
7
8

Christina Verduzco, 205576
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

9
10

Rosalva Trevino, 252096
ASPC Perryville, Lumley Unit
P. O. Box 3300
Goodyear, AZ 85338

11
12
13

Barry Raff, 107828
ASPC Lewis, Barchey Unit
P. O. Box 3200
Buckeye, AZ 85326

14
15

Joshua Polson, 187716
ASPC Lewis, Buckley Unit
P. O. Box 3400
Buckeye, AZ 85326

16
17
18

Alfredo Zambada, 340097
ASPC Lewis, Buckley Unit
P. O. Box 3400
Buckeye, AZ 85326

19
20

Matthew Taris, 77085
ASPC Lewis, Barchey Unit
P. O. Box 3200
Buckeye, AZ 85326

21
22
23

Jeremy Smith, 129438
ASPC Lewis, Rast Unit
P. O. Box 3600
Buckeye, AZ 85326

24
25

Warren Scott, 320114
ASPC Lewis, Stiner Unit
P. O. Box 3100
Buckeye, AZ 85326

26
27
28

Jason Robinson, 284001
ASPC Florence, South Unit
P. O. Box 8400
Florence, AZ 85132

153733867.1

William Upton, 128149
ASPC Florence, South Unit
P. O. Box 8400
Florence, AZ 85132

John Green, 135999
ASPC Florence, Central Unit
P. O. Box 8200
Florence, AZ 85132

Aaron Dias, 130917
ASPC Florence, Central Unit
P. O. Box 8200
Florence, AZ 85132

Jeffrey Lahner, 187813
ASPC Florence, East Unit
P. O. Box 5000
Florence, AZ 85132

Shawn Jensen, 32465
ASPC Florence, East Unit
P. O. Box 5000
Florence, AZ 85132

Shaka
ASPC Florence, East Unit
P. O. Box 5000
Florence, AZ 85132

Michael Dobson, 287619
ASPC-Eyman, Cook Unit
P. O. Box 3200
Florence, AZ 85132

Ronald Slavin, 142019
ASPC-Eyman, Cook Unit
P. O. Box 3200
Florence, AZ 85132

Robert Gamez, 131401
ASPC Eyman, SMU I Unit
P. O. Box 4000
Florence, AZ 85132

Jason Johnson, 161509
ASPC-Eyman, SMU-I Unit
P. O. Box 4000
Florence, AZ 85132

William Denny, 311288
ASPC-Eyman, Meadows Unit
P. O. Box 3500
Florence, AZ 85132

153733867.1

1    Jonathan Gonzalez, 247947
     ASPC-Eyman, Browning Unit
2    P. O. Box 3500
     Florence, AZ 85132
3
     Rahim Muhammad, 215306
4    ASPC Phoenix, Flamenco Males
     P.O. Box 52109
5    Phoenix, AZ 85072

6    Dustin Brislan, 164993
     ASPC Tucson, Rincon Unit
7    P.O. Box 24403
     Tucson, AZ 85734
8
     Anthony Coleman
9    Deputy Warden, Lewis Rast
     c/o Stuck Love Bojanowski & Acedo, PLC
10   3100 W. Ray Road, Suite 300
     Chandler, AZ 85226
11
     Larry Gann
12   Assistant Director, Medical Services Contract Monitoring Bureau, ADCRR
     c/o Stuck Love Bojanowski & Acedo, PLC
13   3100 W. Ray Road, Suite 300
     Chandler, AZ 85226
14
     David Shinn
15   Director, Arizona Department of Corrections, ADCRR
     c/o Stuck Love Bojanowski & Acedo, PLC
16   3100 W. Ray Road, Suite 300
     Chandler, AZ 85226
17
     Bobbie Pennington-Stallcup
18   c/o Stuck Love Bojanowski & Acedo, PLC
     3100 W. Ray Road, Suite 300
19   Chandler, AZ 85226

20   Ashley Pelton
     Regional Mental Health Director, Centurion
21   c/o Sarah L. Barnes
     Broening Oberg Woods & Wilson, PC.
22   2800 N. Central Ave, Suite 1600
     Phoenix, Arizona 85004
23
     Lori Stickley
24   Deputy Warden, Eyman SMU I
     c/o Stuck Love Bojanowski & Acedo, PLC
25   3100 W. Ray Road, Suite 300
     Chandler, AZ 85226
26

27

28

-4-

153733867.1

Larry P. Fisher
Physician's Assistant, Centurion
c/o Sarah L. Barnes
Broening Oberg Woods & Wilson, PC.
2800 N. Central Ave, Suite 1600
Phoenix, Arizona 85004

Travis Scott
Deputy Warden, Eyman Browning
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

Wendy Orm
Regional Medical Director, Centurion
c/o Sarah L. Barnes
Broening Oberg Woods & Wilson, PC.
2800 N. Central Ave, Suite 1600
Phoenix, Arizona 85004

Dr. Grant Phillips
c/o Stuck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, AZ 85226

David Robertson, DO
DMG
2525 E Roosevelt St
Phoenix, AZ 85008

All witnesses disclosed by Defendants

## II.    ANTICIPATED EXPERT WITNESSES

Plaintiffs reserve the right to remove expert witnesses from this list. Subject to that

caveat, Plaintiffs anticipate that they may call the following expert witnesses at trial:

Pablo Stewart, M.D.
Psychiatric Consultant
3021 La Pietra Circle
Honolulu, HI 96815

Martin F. Horn
201 E. 87th Street, Apt. 7H
New York, NY 10128

Craig Haney, Ph.D., J.D.
Professor of Psychology
Co-Director, UC Criminal Justice & Health Consortium
University of California
317 Ocean View Ave.
Santa Cruz, California 95062

153733867.1

1

2

3

Robert Joy
Carbone Joy Consulting, LLC
3621 Loma Drive
Shingle Springs, CA 95682

4

5

6

Todd Randall Wilcox, M.D., M.B.A., C.C.H.P.-A.
Chief Executive Officer, Wellcon, Inc.
Medical Director, Salt Lake County Jail System
4760 S. Highland Drive, # 105
Salt Lake City, UT 84117

7

**III.   ANTICIPATED DOCUMENTS TO BE USED AT TRIAL**

8        Because discovery is ongoing, Plaintiffs reserve the right to supplement this

9    disclosure with any documents produced in response to Plaintiffs' requests for production.

10   Subject to that caveat, Plaintiffs anticipate that they may rely on the following documents

11   at trial:

12        • Class Member Medical Examiner Reports

13          ○ A spreadsheet cataloging these reports (and their corresponding bates
             numbers) is attached as Exhibit A.

14

15        • Mortality Reviews

16          ○ A spreadsheet cataloging these reviews (and their corresponding
             bates numbers) is attached as Exhibit B.

17        • Advocacy letters sent by Plaintiffs' counsel from January 1, 2015 to present

18          ○ A document listing the file names of the advocacy letters previously
             sent to Defendant's counsel is attached as Exhibit C.

19

20        • Miscellaneous documents

21          ○ A document listing these documents (and their corresponding bates
             numbers where available) is attached as Exhibit D.

22        • All documents disclosed and produced by Defendants including but not
          limited to the documents listed in Exhibit E.

23

24        • All documents previously filed or entered into evidence in this case

25        • All documents produced by Defendants in discovery in this case after
          July 16, 2021

26        • All photos, videos, documents from all prison tours

27

28

153733867.1

1   Dated:  September 10, 2021          **PERKINS COIE LLP**

2

3                                      By:   s/ Daniel C. Barr
                                           Daniel C. Barr (Bar No. 010149)
4                                          John H. Gray (Bar No. 028107)
                                           Austin C. Yost (Bar No. 034602)
5                                          Karl J. Worsham (Bar No. 035713)
                                           Kathryn E. Boughton (Bar No. 036105)
6                                          Mikaela N. Colby (Bar No. 035667)
                                           Kelly Soldati (Bar No. 036727)
7                                          2901 N. Central Avenue, Suite 2000
                                           Phoenix, Arizona 85012
8                                          Telephone:  (602) 351-8000
                                           Email:    dbarr@perkinscoie.com
9                                                    jhgray@perkinscoie.com
                                                     ayost@perkinscoie.com
10                                                   kworsham@perkinscoie.com
                                                     kboughton@perkinscoie.com
11                                                   mcolby@perkinscoie.com
                                                     ksoldati@perkinscoie.com
12                                                   docketphx@perkinscoie.com

13                                         Victoria Lopez (Bar No. 330042)*
                                           Jared G. Keenan (Bar No. 027068)
14                                         **ACLU FOUNDATION OF**
                                           **ARIZONA**
15                                         3707 North 7th Street, Suite 235
                                           Phoenix, Arizona 85013
16                                         Telephone:  (602) 650-1854
                                           Email:    vlopez@acluaz.org
17                                                   jkeenan@acluaz.org

18                                         *Admitted pursuant to Ariz. Sup. Ct.
                                           R. 38(d)
19
                                           Donald Specter (Cal. 83925)*
20                                         Alison Hardy (Cal. 135966)*
                                           Sara Norman (Cal. 189536)*
21                                         Rita K. Lomio (Cal. 254501)*
                                           **PRISON LAW OFFICE**
22                                         1917 Fifth Street
                                           Berkeley, California 94710
23                                         Telephone:  (510) 280-2621
                                           Email:    dspecter@prisonlaw.com
24                                                   ahardy@prisonlaw.com
                                                     snorman@prisonlaw.com
25                                                   rlomio@prisonlaw.com

26                                         *Admitted *pro hac vice*

27

28

153733867.1

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
              mmorris@aclu.org
              echo@aclu.org

*Admitted *pro hac vice*; not admitted
  in DC; practice limited to federal
  courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

153733867.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ARIZONA CENTER FOR DISABILITY LAW**


By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:     adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
            jrico@azdisabilitylaw.org
            mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-9-

153733867.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

153733867.1

# EXHIBIT A

| Bates Range | Description |
|---|---|
| MER000001-6 | Abebaw Feleke, ADC 132272 |
| MER000007-10 | Alfonso Salazar, ADC 66369 |
| MER000011-14 | Alphonso Martinez, ADC 143560 |
| MER000015-18 | Alphonso Martinez, ADC 143560, amended report |
| MER000019-27 | Andre Black, ADC 88178 |
| MER000028-32 | Andrew Barnhart, ADC 330350 |
| MER000033-37 | Angelino Buccheri-Bianca, ADC 19112 |
| MER000038-41 | Arthur Juarez, ADC 300508 |
| MER000042-50 | Austin Georgatos, ADC 346726 |
| MER000051-59 | Barbara Hudson, ADC 270623 |
| MER000060-70 | Brandy Brents, ADC 92862 |
| MER000071-74 | Bruce McCullough, ADC 313823 |
| MER000075-88 | Cardinel Barnes, ADC 169588 |
| MER000089-104 | Charles Coffelt, ADC 86850 |
| MER000105-108 | Charles Trask, ADC 188597 |
| MER000109-122 | Christopher Christean, ADC 340772 |
| MER000123-134 | Dale Hoover, ADC 332711 |
| MER000135-148 | Danny Enriquez, ADC 57956 |
| MER000149-168 | Danny Wise, ADC 286665 |
| MER000169-172 | David Castillo, ADC 161135 |
| MER000173-182 | Dennis Rizzo, ADC 331306 |
| MER000183-187 | Dirk Vandeveer, ADC 312224, toxicology report |
| MER000188-192 | Edward Gum, ADC 45380 |
| MER000193-196 | Frank Tapp, ADC 312626 |
| MER000197-199 | Franklin Macato, ADC 317331 |
| MER000200-204 | Fred Metzner, ADC 94152 |
| MER000205-207 | George Gill, ADC 62474 |
| MER000208-212 | Geronimo Villalobos, ADC 94151 |
| MER000213-228 | Gregory Valenzuela, ADC 304312 |
| MER000229-241 | Jake McGowan, ADC 320080 |
| MER000242-246 | James Champlin, ADC 141824 |
| MER000247-255 | James Edwards, ADC 312218 |
| MER000256-259 | James Honeycutt, ADC 44758 |
| MER000260-265 | James Morris, ADC 340017 |
| MER000266-270 | James Simpson, ADC 50106 |
| MER000271-274 | Janice Braren, ADC 53799 |
| MER000275-285 | Jason Rothlisberger, ADC 321298 |
| MER000286-288 | Jerry Allgood, ADC 76672 |
| MER000289-300 | Jerry Davis, ADC 322004 |
| MER000301-305 | Jerry Hubbard, ADC 140843 |
| MER000306-310 | Jesus Medina, ADC 282468 |
| MER000311-316 | John Agee, ADC 212828 |
| MER000317-321 | John Allen, ADC 168873 |
| MER000322-324 | John Palmer, ADC 45441 |
| MER000325-329 | Jose Robles, ADC 30270 |
| MER000330-337 | Jose Torres, ADC 289267 |
| MER000338-345 | Kara Finn, ADC 228030 |
| MER000346-349 | Keith Lewis, ADC 87820 |
| MER000350-354 | Kevin Blaise, ADC 143400 |
| MER000355-365 | Larry Brown, aka Michael Smith, ADC 284416 |
| MER000366-371 | Lawrence Hull, ADC 173878 |
| MER000372-375 | Larry Ladwig, ADC 152526 |

| | |
|---|---|
| MER000376-378 | Lawrence Cardwell, ADC 164175 |
| MER000379-384 | Luis Chavez, ADC 246643 |
| MER000385-401 | Macario Vela, ADC 106150 |
| MER000402-407 | Manuel Sanchez Garcia ADC 326505 |
| MER000408-411 | Marjorie Turner, ADC 340055 |
| MER000412-415 | Martin Canez, ADC 57400 |
| MER000416-418 | Marvin Tabron, ADC 60527 |
| MER000419-434 | Matthew Ariens, ADC 290460 |
| MER000435-441 | Michael Martinez, ADC 309613 |
| MER000442-450 | Michael Poirier, ADC 332320 |
| MER000451-454 | Michael Voden, ADC 303291 |
| MER000455-458 | Norma Coverdale, ADC 340560 |
| MER000459-471 | Patrick Pruitt, ADC 308796 |
| MER000472-475 | Paul Garza, ADC 283632 |
| MER000476-479 | Pedro Rojas, ADC 103714 |
| MER000480-483 | Pedro Rojas, ADC 103714, amended report |
| MER000484-487 | Perry Brenkman, ADC 40909 |
| MER000488-491 | Richard Resa, ADC 105054 |
| MER000492-495 | Richard Robles, ADC 330041 |
| MER000496-500 | Richard Washington, ADC 39492 |
| MER000501-505 | Ricky Lyon, ADC 58339 |
| MER000506-509 | Robert Armadillo, ADC 22986 |
| MER000510-513 | Robert Carnochan, ADC 322451 |
| MER000514-516 | Robert Cronan, ADC 204577 |
| MER000517-519 | Robert Oldfield, ADC 188129 |
| MER000520-525 | Rodney Schaffer, ADC 93359 |
| MER000526-533 | Ronald Cousin, ADC 100032 |
| MER000534-542 | Rueben Neal, ADC 265762 |
| MER000543-546 | Samuel Rosthenhausler, ADC 29781 |
| MER000547-553 | Samuel Rotondo, ADC 102015 |
| MER000554-558 | Sittingdown, ADC 52179 |
| MER000559-563 | Steven Moore, ADC 318489 |
| MER000564-577 | Ta Ni, ADC 191345 |
| MER000578-581 | Thomas Michaels, ADC 81119 |
| MER000582-585 | Tommy Sanchez, ADC 299118 |
| MER000586-589 | Vester Fry, ADC 295402 |
| MER000590-593 | Virgil Fosjord, ADC 313627 |
| MER000594-596 | Walter Lowe, ADC 200141 |
| MER000597-600 | Walter Nusz, ADC 103801 |
| MER000601-604 | William Beltran, ADC 319997 |
| MER000605-609 | William Stragey, ADC 197012 |
| MER000610-613 | Ylario Raizola, ADC 231912 |
| MER000614-617 | Ylario Raizola, ADC 231912, amended report |
| MER000618-621 | Angelo Dunlap, ADC 257732 |
| MER000622-625 | Augustine Reyes, ADC 236135 |
| MER000626-629 | Christopher Albaugh, ADC 319432 |
| MER000630-635 | Christopher Mata, 233470 |
| MER000636-639 | Cyrus Pool, 339924 |
| MER000640-649 | Jesus Jurado, ADC 343570 |
| MER000650-653 | Johnny Black, ADC 191874 |
| MER000654-660 | Dirk Vandeveer, ADC 312224 |
| MER000661-664 | Donald Tomlinson, ADC 229631 |
| MER000665-668 | Duane Principale, ADC 340542 |
| MER000669-672 | Erick Hollstein, ADC 284770 |
| MER000673-677 | Gabriel Figueroa, ADC 258371 |

| | |
|---|---|
| MER000678-681 | Gregory Murphy, ADC 344716 |
| MER000682-685 | Harvey James, ADC 68237 |
| MER000686-689 | James McInroe, ADC 286368 |
| MER000690-693 | Justin Branum, ADC 152817 |
| MER000694-697 | Kevin Smith, ADC 80294 |
| MER000698-701 | Larry Klevenow, ADC 245601 |
| MER000702-705 | Lawrence Apodaca, ADC 331490 |
| MER000706-709 | Michael Degroat, ADC 52417 |
| MER000710-718 | Michael Ring, ADC 39090 |
| MER000719-722 | Pedro Avila, ADC 47094 |
| MER000723-726 | Pedro Bella, ADC 279045 |
| MER000727-730 | Richard Sheff, ADC 276388 |
| MER000731-734 | Sean Adie, ADC 286463 |
| MER000735-739 | Stephen Cofield, ADC 46955 |
| MER000740-743 | Tony Wilson, ADC 311480 |
| MER000744-747 | Warren Summerlin, ADC 45318 |
| MER000748-756 | Aaron Berry, ADC 288327 |
| MER000757-761 | Kenneth Burns, ADC 74533 |
| MER000762-765 | Caroline Hurley, ADC 161506 |
| MER000766-776 | Charles Lake, ADC 91038 |
| MER000777-780 | Louis Elvira, ADC 310577 |
| MER000781-784 | Melvin Yarbor, ADC 42063 |
| MER000785-788 | Pamela England, ADC 142291 |
| MER000789-792 | Roger Gibbs, ADC 114178 |
| MER000793-796 | Samuel Martinez, ADC 79764 |
| MER000797-801 | Sylvester Smith, ADC 38883 |
| MER000802-806 | Tony Mills, ADC 42711 |
| MER000807-816 | Shari Tobyne, ADC 281121 |

# EXHIBIT B

| Bates Range | Description |
|---|---|
| ADCM1651459-1651462 | Adie, Sean Mortality Review ADC 286463 |
| ADCM1643914-1643917 | Albaugh, Christopher ADC 319432 Mortality Review |
| ADCRRM0019592-0019596 | Allen, John ADC 168873 Mortality Review |
| ADCM1578098-1578102 | Allen, Roy ADC 251888 Mortality Review |
| ADCM1643918-1643922 | Allen, Roy ADC 251888 Mortality Review |
| ADCM1623194-1623197 | Allgood, Jerry ADC 76672 Mortality Review |
| ADCM1608400-1608406 | Almanza, Sergio ADC 197025 Mortality Review |
| ADCM1603877-1603880 | Alvarez, Michael ADC 110260 Mortality Review |
| ADCM1615615-1615618 | Alvarez, Ruben ADC 133808 Mortality Review |
| ADCRRM0004654-0004657 | Ambler, Andy ADC 150172 Mortality Review |
| ADCM1578103-1578107 | Amis, Richard ADC 34014 Mortality Review |
| ADCM1589770-1589775 | Andrews, Mark ADC 40810 Mortality Review |
| ADCM1655851-1655854 | Apodaca, Larry ADC 331490 Mortality Review |
| ADCM1669312-1669315 | Apodaca, Larry ADC 331490 Mortality Review |
| ADCM1578108-1578112 | Ariens, Matthew ADC 290460 Mortality Review |
| ADCM1580645-1580652 | Armadillo, Robert ADC 221986 Mortality Review |
| ADCRR00000001-4 | Arrieta, Jose ADC 143577 Mortality Review |
| ADCRR00000005-8 | Ashing, Timothy ADC 285611 Mortality Review |
| ADCRRM0019597-0019600 | Assyd, Joseph ADC 120372 Mortality Review |
| ADCRRM0026142-26145 | Aston, Melvin ADC 58641 Mortality Review |
| ADCRR00000009-12 | Atherton, Jeremi ADC 188916 Mortality Review |
| ADCM1643923-1643926 | Avila, Pedro ADC 47094 Mortality Review |
| ADCM1591245-1591250 | Barker, Kenneth ADC 331006 Mortality Review |
| ADCRR00000033-36 | Barnes, Cardinel ADC 169588 Mortality Review |
| ADCRRM0012707-0012710 | Barnhart, Andrew ADC 330350 Mortality Review |
| ADCM1610511-1610518 | Beck, Gene ADC 173474 Mortality Review |
| ADCRRM0000063-0000068 | Beck, Gene ADC 173474 Psych Autopsy |
| ADCM1643927-1643932 | Bello, Pedra ADC 279045 Mortality Review |
| ADCRRM0012711-0012714 | Beltran, William ADC 319997 Mortality Review |
| ADCM1652229-1652234 | Bencome, Miguel ADC 270089 Mortality Review |
| ADCRRM0026146-0026149 | Benedetto, Christopher ADC 199162 Mortality Review |
| ADCM1568679-1568682 | Black, Andre ADC 88178 Mortality Review |
| ADCRRM19601-0019604 | Black, Johnny ADC 191874 Mortality Review |
| ADCM1608407-1608410 | Black, Kenneth ADC 223685 Mortality Review |
| ADCM1618260-1618264 | Blaise, Kevin ADC 143400 Mortality Review |
| ADCRRM0004693-4696 | Bloom, Michael ADC 204041 Mortality Review |
| ACDM1578079-1578082 | Bociung, Kyle ADC 266999 Mortality Review |
| ADCM1608411-1608420 | Boldrey, Jesse ADC 79547 Mortality Review |
| ADCM1651463-1651466 | Bole, William ADC 92243 Mortality Review |
| ADCRR00000013-16 | Boston, Georsha ADC 346890 Mortality Review |
| ADCRRM0019605-19608 | Boro, Wally ADC 328287 Mortality Review |
| ADCM1655855-1655858 | Boyd, Robert ADC 151564 Mortality Review |

| | |
|---|---|
| ADCRR00000017-20 | Branson, Carl ADC 143921 Mortality Review |
| ADCM1578113-1578117 | Branum, Justin ADC 152817 Mortality Review |
| ADCRRM0004658-4661 | Braren, Janice ADC 53799 Mortality Review |
| | |
| ADCRR00000021-24 | Braswell, Stewart ADC 292189 Mortality Review |
| ADCRRM0026150-26153 | Brenkman, Perry ADC 40909 Mortality Review |
| ADCRRM0026154-26177 | Brents, Brandy ADC 92862 Psych Autopsy |
| ACRRM0026178-26181 | Brents, Brandy ADC 92862 Mortality Review |
| ADCM1608421-1608427 | Brister, James ADC 52267 Mortality Review |
| ADCRR00000025-28 | Brooks, Michael ADC 036259 Mortality Review |
| ADCM1643933-1643936 | Brown, Larry ADC 284416 Mortality Review |
| ADCM1578118-1578125 | Brown, Michael ADC 117743 Mortality Review |
| ADCRRM0026182-26185 | Brown, Tamera ADC 183905 Mortality Review |
| ADCM1643937-1643940 | Buccheri-Bianca, Angelino ADC 19112 Mortality Review |
| ADCM1618265-1618268 | Bush, Charles ADC 40758 Mortality Review |
| ADCM1589776-1589779 | Caballero, Luis ADC 89383 Mortality Review |
| ADCRRM0000001-4 | Caddeo, Peter ADC 332940 Mortality Review |
| ADCRR00000029-32 | Calvin, Johnny ADC 121504 Mortality Review |
| ADCRRM0019609-19612 | Canez, Martin ADC 57400 Mortality Review |
| | |
| ADCM1603881-1603884 | Carabajal, Joseph ADC 51836 Mortality Review |
| | |
| ADCM1608428-1608431 | Cardenas, Eugene ADC 294313 Mortality Review |
| ADCRRM0019613-19616 | Cardwell, Lawrence ADC 161475 Mortality Review |
| | |
| ADCRRM0026186-26189 | Carnochan, Robert ADC 322451 Mortality Review |
| ADCM1623198-1623202 | Carr, Ashley ADC 341959 Mortality Review |
| ADCM1624350-1624363 | Carr, Ashley ADC 341959 Psych Autopsy |
| ADCRRM0000026-29 | Castillo, David ADC 161135 Mortality Review |
| | |
| ADCRRM0012715-12718 | Champlin, James ADC 141824 Mortality Review |
| ADCM1615619-1615623 | Chavez, Luis ADC 246643 Mortality Review |
| ADCM1651467-1651470 | Christean, Christopher ADC 340772 Mortality Review |
| ADCM1615624-1615627 | Clark, Mark ADC 106077 Mortality Review |
| ADCM1584290-1584293 | Cloud, Philip ADC 272655 Mortality Review |
| ADCM1643941-1643944 | Coffelt, Charles ADC 86850 Mortality Review |
| ADCM1618269-1618272 | Cofield, Stephen ADC 46955 Mortality Review |
| ADCM1584294-1584299 | Cook, Daniel ADC 320399 Mortality Review |
| ADCRRM0005573-5576 | Cordell, Gregory ADC 283540 Mortality Review |
| ADCRRM0019617-19620 | Coulter, Everett ADC 340616 Mortality Review |
| ADCRRM0026194 | Coulter, Everett ADC 340616 Mortality Review Replacement Page |
| ADCRRM0026195-26198 | Cousin, Ronald ADC 100032 Mortality Review |
| | |
| ADCRR00000037-40 | Coverdale, Norma ADC 340560 Mortality Review |
| ADCRR00000041-43 | Crawford, David ADC 193652 Mortality Review |
| ADCRR00000122-132 | Crawford, David ADC 193652 Psych Autopsy |
| ADCRRM0019621-19624 | Cronan, Robert ADC 204577 Mortality Review |
| ADCM1589780-1589784 | Curley, RIchard ADC 56332 Mortality Review |
| ADCM1575445-1575448 | Davis, Jerry ADC 322004 Mortality Review |

| | |
|---|---|
| ADCM1570572-1570576 | Dawson, Lawrence ADC 65408 Mortality Review |
| ADCRRM0026199-26202 | Dean, Jason ADC 112850 Mortality Review |
| ADCRR00000133-140 | Dean, Jason ADC 112850 Psych Autopsy |
| ADCRRM0004697-4700 | DeLong, Eldon ADC 298802 Mortality Review |
| ADCM1584237-1584241 | Dominguez, Armando ADC 267981 Mortality Review |
| ADCM1589785-1589788 | Dominguez, Francisco ADC 152633 Mortality Review |
| ADCRR00000045-48 | Dunlap, Angelo ADC 257732 Mortality Review |
| ADCM1603885-1603893 | Edwards, James ADC 312218 Mortality Review |
| ADCM1608432-1608440 | Edwards, James ADC 312218 Mortality Review |
| ADCM1580653-1580656 | Edwards, Rocky ADC 120150 Mortality Review |
| ADCRRM0019625-19628 | Enriquez, Danny ADC 57956 Mortality Review |
| ADCM1669316-1669319 | Ersery, Vincent ADC 56041 Mortality Review |
| ADCM1589789-1589793 | Escobar, Augustine 94197 Mortality Review |
| ADCRRM0012723-12726 | Estrada, John ADC 108351 Mortality Review |
| ADCM1578071-1578074 | Feleke, Abebaw ADC 132272 ME Report |
| ADCM1578083-1578089 | Feleke, Abebaw ADC 132272 Mortality Review |
| ADCM1578122-1578129 | Feleke, Abebaw ADC 132272 Psych Autopsy |
| ADCM1578130-1578131 | Feleke, Abebaw ADC 132272 Toxicology Report |
| ADCRRM0012727-12730 | Figueroa, Gabriel ADC 258371 Mortality Review |
| ADCM1603894-1603899 | Finn, Kara ADC 228030 Mortality Review |
| ADCM1603900-1603903 | Flewellen, Craig ADC 39694 Mortality Review |
| ADCM1578126-1578130 | Foley, Rick ADC 72158 Mortality Review |
| ADCM1578131-1578134 | Foley, Rick ADC 72158 Mortality Review |
| ADCM1643945-1643948 | Foley, Rick ADC 72158 Mortality Review |
| ADCRRM0012731-12734 | Foose, Patrick ADC 33655 Mortality Review |
| ADCRRM0019629-19632 | Fosjord, Virgil ADC 313627 Mortality Review |
| ADCM1598069-1598073 | Frederick, Dan Lee ADC 322870 Mortality Review |
| ADCM1655859-1655863 | Fry, Vester ADC 295402 Mortality Review |
| ADCM1584242-1584245 | Gaines, Robert ADC 82914 Mortality Review |
| ADCM1615628-1615631 | Gambardella, Dennis ADC 85624 |
| ADCRRM0000034-37 | Garcia, Mark ADC 113903 Mortality Review |
| ADCM1589794-1589798 | Garrison, Terry ADC 207531 Mortality Review |
| ADCRRM0000042-45 | Garza, Paul ADC 283632 Mortality Review |
| ADCRRM0026203-26206 | Georgatos, Austin ADC 346726 Mortality Review |
| ADCRRM0000141-148 | Georgatos, Austin ADC 346726 Psych Autopsy |
| ADCM1655864-1655868 | Gill, George ADC 62474 Mortality Review |
| ADCM1608441-1608444 | Gillin, Ricky ADC 107255 Mortality Review |
| ADCM1603904-1603907 | Gold, Tyler ADC 258485 Mortality Review |
| ADCRR00000049-52 | Gonzales, Valentino ADC 297488 Mortality Review |
| ADCM1575241-1575246 | Gross, Sylvester ADC 193367 Mortality Review |
| ADCM1669320-1669324 | Gum, Edward ADC 45380 Mortality Review |

| | |
|---|---|
| ADCM1610519-1610524 | Gunter, Lanny ADC 216459 Mortality Review |
| ADCM1669325-1669328 | Haag, Eric ADC 286490 Mortality Review |
| ADCRRM0000078-88 | Haag, Eric ADC 286490 Psych Autopsy |
| ADCRRM0000030-33 | Haley, Kenneth ADC 129606 Mortality Review |
| | |
| ADCM1585570-1585573 | Hardwick, Arvine ADC 104698 Mortality Review |
| ADCM1578090-1578094 | Harrod, James ADC 136270 Mortality Review |
| ADCRRM00005581-5584 | Hayes, George ADC 162202 Mortality Review |
| ADCM1623203-1623209 | Heidelbach, Rich ADC 80269 Mortality Review |
| ADCM1584300-1584303 | Heil, Anthony ADC 252652 Mortality Review |
| ADCM1580657-1580660 | Helenick, Rudy ADC 39768 Mortality Review |
| ADCM1575247-1575250 | Hernandez, Raymond ADC 188890 Mortality Review |
| ADCM1578135-1578138 | Hersum, Daniel ADC 279400 Mortality Review |
| ADCM1578095-1578098 | Hollenback, Ray ADC 79834 Mortality Review |
| ADCM1643949-1643953 | Hollstein, Erick ADC 284770 Mortality Review |
| ADCRRM00004662-4665 | Homer, Travis ADC 275629 Mortality Review |
| ADCM1651471-1651474 | Honeycutt, Travis ADC 44758 Mortality Review |
| ADCM1615632-1615637 | Hostler, Gilbert ADC 30476 Mortality Review |
| ADCM1617730-1617735 | Hostler, Gilbert ADC 30476 Mortality Review (replaces ADCM1615632-1615637) |
| ADCM1578139-1578142 | Howardell, Matthew ADC 185716 Mortality Review |
| ADCM1618273-1618278 | Hubbard, Jerry ADC 140843 Mortality Review |
| | |
| ADCRRM0000018-21 | Hudson, Barbara ADC 270623 Mortality Review |
| ADCRRM0000050-53 | Hull, Larry ADC 173878 Mortality Review |
| ADCRRM0019633-19636 | Hurst, Everett ADC 30105 Mortality Review |
| ADCM1651475-1651478 | Jernigan, Steve ADC 54777 Mortality Review |
| | |
| ADCM1575449-1575454 | Jimenez, Mariano ADC 70263 Mortality Review |
| ADCM1575455-1575458 | Johnson, James ADC 122594 Mortality Review |
| ADCM1603908-1603913 | Johnson, Marvin ADC 157126 Mortality Review |
| ADCM1588568-1588575 | Johnson, Sadie ADC 273402 ME Report |
| ADCM1588576-1588588 | Johnson, Sadie ADC 273402 Psych Autopsy |
| ADCM1588589-1588594 | Johnson, Sadie ADC 273492 Mortality Review |
| ADCM1568696-1568701 | Johnson, Steven ADC 50856 Mortality Review |
| ADCRRM0019637-19640 | Jones, Grady ADC 66682 Mortality Review |
| ADCM1669329-1669334 | Juarez, Arthur ADC 300508 Mortality Review |
| ADCM1651479-1651482 | Kearney, Larry ADC 168173 Mortality Review |
| ADCM1598074-1598078 | Kelly, Timothy ADC 117044 Mortality Review |
| ADCRR00000053-56 | King, Germaine ADC 093004 Mortality Review |
| ADCM1603914-1603918 | King, James ADC 312231 Mortality Review |
| ADCM1603919-1603924 | King, Jon ADC 336503 Mortality Review |
| ADCM1595933-1595936 | King, Richard ADC 39036 Mortality Review |
| ADCM1575459-1676463 | Kisto, Darrell ADC 76769 Mortality Review |
| ADCRRM0012735-12738 | Klevenow, Larry ADC 245601 Mortality Review |
| ADCRR00000057-60 | Knesel, Michael ADC 322319 Mortality Review |
| ADCM1651483-1651487 | Konie, David ADC 334539 Mortality Review |
| ADCM1643954-1643957 | Kroger, Delbert ADC 219928 Mortality Review |
| | |
| ADCM1643958-1643963 | Kurtenback, Erika ADC 218110 Mortality Review |
| ADCM1608445-1608448 | Laclair, Juan ADC 301472 Mortality Review |
| ADCRRM0000022-25 | Ladwig, Larry ADC 152526 Mortality Review |

| | |
|---|---|
| ADCM1568702-1568705 | Langeneckert, Lisa ADC 278255 Mortality Review |
| ADCM1570724-1570728 | Lauersdorf, David ADC 248527 Mortality Review |
| ADCRR00000061-64 | Lawson, Michael ADC 250436 Mortality Review |
| ADCRR00000065-68 | Leal, Miguel ADC 241025 Mortality Review |
| ADCM1610530-1610534 | LeClair, Jeffrey ADC 73337 Mortality Review |
| ADCM1570729-1570732 | Lemon, Tommy ADC 31831 Mortality Review |
| ADCM1598079-1598082 | Lewis, Darrell ADC 110548 Mortality Review |
| ADCRRM0019641-19644 | Lewis, Keith ADC 87820 Mortality Review |
| ADCRRM0000046-49 | Lowe, Walter ADC 200141 Mortality Review |
| ADCM1575464-1575467 | Lucero, Edward ADC 279621 Mortality Review |
| ADCRRM0000059-62 | Lujan, Ray ADC 282754 Mortality Review |
| ADCM1603925-1603928 | Lunsford, Kenneth ADC 193183 Mortality Review |
| ADCRR00000069-72 | Lyon, Ricky ADC 058339 Mortality Review |
| ADCM1651488-1651493 | Macato, Franklin ADC 317331 Mortality Review |
| ADCRR00000073-76 | Malone, Jack ADC 095919 Mortality Review |
| ADCM1603929-1603932 | Manthey, Bruce ADC 205135 Mortality Review |
| ADCM1603933-1603936 | Marsh, Michael ADC 58426 Mortality Review |
| ADCRRM0026207-26210 | Martinez, Alphonso ADC 143560 Mortality Review |
| ADCRRM0026211-26214 | Martinez, Michael ADC 309613 Mortality Review |
| ADCRR00000077-80 | Mata, Christopher ADC 233470 Mortality Review |
| ADCRRM0004666-4669 | Matthews, Michael ADC 25788 Mortality Review |
| ADCM1555023-1555035 | McBride, Herman ADC 122627 Mortality Review |
| ADCM1651494-1651497 | McCullough, Bruce ADC 313823 Mortality Review |
| ADCRRM0000005-8 | McGrath, Michael ADC 33961 Mortality Review |
| ADCM1643964-1643970 | McInroe, James ADC 286368 Mortality Review |
| ADCM1570585-1570590 | McKnelly, Patrick ADC 158707 Mortality Review |
| ADCM1578143-1578146 | Meachum, Mark ADC 33556 Mortality Review |
| ADCRR00000081-84 | Mendez-Lovio, Jose ADC 337807 Mortality Review |
| ADCM1623210-1623213 | Metzner, Fred ADC 94152 Mortality Review |
| ADCRR00000085-88 | Meza, Joseph ADC 173826 Mortality Review |
| ADCRRM0019645-19648 | Michaels, Thomas ADC 81119 Mortality Review |
| ADCM1560851-1560854 | Miller, Rick ADC 35695 Mortality Review |
| ADCM1584246-1584249 | Miranda, Jose ADC 69566 Mortality Review |
| ADCRR00000089-92 | Miranda, Joseph ADC 286226 Mortality Review |
| ADCRR00000093-97 | Molina, Gilbert ADC 242463 Mortality Review |
| ADCM1595937-1595941 | Moody, Robert ADC 120103 Mortality Review |
| ADCM1578099-1578102 | Moore, Keith ADC 99204 Mortality Review |
| ADCRRM0019649-19652 | Moore, Steven ADC 318489 Mortality Review |

| | |
|---|---|
| ADCRRM0019653-19656 | Morris, James ADC 340017 Mortality Review |
| ADCM1610535-1610538 | Mungia, James ADC 266507 Mortality Review |
| | |
| ADCRRM0019657-19660 | Murphy, Gregory ADC 344716 Mortality Review |
| ADCRRM0012739-12742 | Neal, Rueben ADC 265762 Mortality Review |
| ADCRR00000149-155 | Neal, Rueben ADC 265762 Psych Autopsy |
| | Neville, David ADC 313762 Mortality Review, |
| ADCM1585574-1585603 | Psych Autopsy, and ME Report |
| ADCM1669335-1669338 | Ni, Ta ADC 191345 Mortality Review |
| ADCRR00000098-101 | Nusz, Walter ADC 103801 Mortality Review |
| ADCM1623214-1623217 | Ochoa, Michael ADC 109017 Mortality Review |
| ADCM1608449-1608456 | Oliver, Michael ADC 68972 Mortality Review |
| | |
| ADCRRM0019661-19664 | Olmeda, Francisco ADC 309892 Mortality Review |
| ADCRRM0026215-26218 | Ortega, Juan ADC 203057 Mortality Review |
| ADCM1598083-1598086 | Osti, Joseph ADC 270423 Mortality Review |
| ADCRRM0005585-5588 | Otero, Tracie ADC 151002 Mortality Review |
| ADCRR00000156-169 | Otero, Tracie ADC 151002 Psych Autopsy |
| | |
| ADCRRM0004670-4673 | Pace, Christopher ADC 119360 Mortality Review |
| ADCM1578108-1578111 | Pacheco, Juan ADC 242010 Mortality Review |
| ADCRRM0000013-17 | Palmer, John ADC 45441 Mortality Review |
| ADCM1578147-1578152 | Pantastico, Kurt ADC 295169 Mortality Review |
| ADCM1578836-1578855 | Pantastico, Kurt ADC 295169 Psych Autopsy |
| | |
| ADCM1603937-1603940 | Peachay, Clayton ADC 139016 Mortality Review |
| ADCRR00000102-105 | Perez, Adrian ADC 322757 Mortality Review |
| ADCM1589799-1589802 | Pike, Aaron ADC 273766 Mortality Review |
| ADCM1618279-1618283 | Pitzer, Terry ADC 91992 Mortality Review |
| ADCM1584228-1584236 | Poirier, Michael ADC 332320 ME Report |
| ADCM1584250-1584255 | Poirier, Michael ADC 332320 Mortality Review |
| ADCM1584786-1584793 | Poirier, Michael ADC 332320 Psych Autopsy |
| ADCM1643971-1643974 | Polaski, Ronald ADC 314917 Mortality Review |
| ADCM1643975-1643980 | Pool, Cyrus ADC 339924 Mortality Review |
| | |
| ADCRRM0019665-19668 | Principale, Duane ADC 340542 Mortality Review |
| ADCM1669339-1669342 | Pruitt, Patrick ADC 308796 Mortality Review |
| ADCRRM0000069-77 | Pruitt, Patrick ADC 308796 Psych Autopsy |
| ADCM1651498-1651502 | Qualls, William ADC 181381 Mortality Review |
| ADCRRM0019669-19672 | Raizola, Ylario ADC 231912 Mortality Review |
| | |
| ADCM1615638-1615641 | Rautenberg, Debra ADC 91702 Mortality Review |
| ADCM1603941-1603944 | Ray, Richard ADC 50898 Mortality Review |
| ADCM1618284-1618290 | Reed, Robert ADC 247269 Mortality Review |
| ADCM1575468-1575471 | Remy, Charles ADC 85151 Mortality Review |
| ADCRRM0012743-12746 | Resa, Richard ADC 105054 Mortality Review |
| | |
| ADCM1669343-1669346 | Reyes, Augustine ADC 236135 Mortality Review |
| ADCRR00000170-183 | Ring, Michael ADC 039090 Psych Autopsy |
| ADCM1588595-1588600 | Rios, James ADC 143856 Mortality Review |
| ADCM1651503-1651506 | Rizzo, Dennis ADC 331306 Mortality Review |
| ADCRRM0019673-19676 | Robles, Jose ADC 30270 Mortality Review |
| ADCRRM0026223-26226 | Robles, Richard ADC 330041 Mortality Review |

| | |
|---|---|
| ADCM1595942-1595946 | Rodriguez, Daniel ADC 92410 Mortality Review |
| ADCM1589803-1589808 | Rojas, Pedro ADC 103714 Mortality Review |
| ADCM1595947-1595954 | Romero, Efren ADC 314345 Mortality Review |
| ADCM1613849-1613852 | Rosario, Francisco ADC 184091 Mortality Review |
| ADCRRM0026227-26230 | Roscoe, Charles ADC 140590 Mortality Review |
| ADCRRM0026231-26234 | Ross, Michael ADC 55098 Mortality Review |
| ADCRR00000106-109 | Rothlisberger, Jason ADC 321298 Mortality Review |
| ADCRR00000184-193 | Rothlisberger, Jason ADC 321298 Psych Autopsy |
| ADCM1618291-1618295 | Rotondo, Samuel ADC 102015 Mortality Review |
| ADCM1618561-1618579 | Rotondo, Samuel ADC 102015 Psych Autopsy |
| ADCRRM0026235-26238 | Rubio, Seferino ADC 238957 Mortality Review |
| ADCM1608457-1608460 | Ruskowsky, Kenneth ADC 107275 Mortality Review |
| ADCM1643981-1643984 | Salazar, Alfonso ADC 66369 Mortality Review |
| ADCM1669347-1669351 | Sanchez-Garcia, Manuel ADC 326505 Mortality Review |
| ADCM1589809-1589812 | Santillana, Noe ADC 216586 Mortality Review |
| ADCRRM0026239-26242 | Santori, John ADC 311768 Mortality Review |
| ADCRRM0019677-19681 | Satala, Robert ADC 32274 Mortality Review |
| ADCM1643985-1643988 | Schaffer, Rodney ADC 93359 Mortality Review |
| ADCRRM0004674-4677 | Scheall, Leon ADC 139903 Mortality Review |
| ADCRRM0000038-41 | Schumacher, Philip ADC 343893 Mortality Review |
| ADCM1568706-1568709 | Shreve, Joseph ADC 309533 Mortality Review |
| ADCM1561831-1561835 | Slovekosky, James ADC 122147 Mortality Review |
| ADCM1623218-1623223 | Smith, Kevin ADC 80294 Mortality Review |
| ADCM1603945-1603948 | Smith, Roger ADC 44755 Mortality Review |
| ADCRRM0004701-4704 | Smith, Timothy ADC 341364 Mortality Review |
| ADCM1589813-1589820 | Solo, Kamaka ADC 265437 Mortality Review |
| ADCRRM0019682-19685 | Stites, James ADC 176078 Mortality Review |
| ADCM1615642-1615645 | Stragey, William ADC 197012 Mortality Review |
| ADCM1608461-1608465 | Stuard, Joe ADC 125108 Mortality Review |
| ADCM1643989-1643994 | Sublett, Horace ADC 157946 Mortality Review |
| ADCRR00000110-113 | Sweeney, Thomas ADC 183582 Mortality Review |
| ADCM1575251-1575254 | Taff, James ADC 33619 Mortality Review |
| ADCRR00000114-117 | Teter, Melvin ADC 274376 Mortality Review |
| ADCM1643995-1643998 | Thomas, Joseph ADC 323425 Mortality Review |
| ADCM1595955-1595959 | Thomas, Michael ADC 265890 Mortality Review |
| ADCM1578112-1578117 | Thran, Adam ADC 257951 Mortality Review |
| ADCRRM0026243-26246 | Tobyne, Shari ADC 281121 Mortality Review |
| ADCRRM0019686-19689 | Torres, Jose ADC 289267 Mortality Review |
| ADCM1578118-1578121 | Torres, Martin ADC 158092 Mortality Review |

| | |
|---|---|
| ADCRR00000118-121 | Trask, Charles ADC 188597 Mortality Review |
| ADCM1603949-1603955 | Tubbs, Arlie ADC 36465 Mortality Review |
| ADCRRM0000009-12 | Turner, Marjorie ADC 340055 Mortality Review |
| ADCM1570595-1570598 | Valenzuela, Gregory ADC 304312 Mortality Review |
| ADCM1584256-1584285 | Vandeveer, Dirk ADC 312224 Mortality Review, Psych Autopsy and ME Report |
| ADCM1643999-1644002 | Vasquez, Juan ADC 239226 Mortality Review |
| ADCM1578153-1578158 | Vela, Macario ADC 106150 Mortality Review |
| ADCM1575472-1575475 | Vigil, George ADC 273028 Mortality Review |
| ADCRRM0005589-5592 | Villalobos, Geronimo ADC 94151 Mortality Review |
| ADCM1598087-1598094 | Voden, Michael ADC 303291 Mortality Review |
| ADCM1644003-1644006 | Vogt, Thomas ADC 29337 Mortality Review |
| ADCM1575476-1575479 | Waite, Thomas ADC 64352 Mortality Review |
| ADCM1578075-1578078 | Waite, Thomas ADC 64352 Mortality Review |
| ADCRRM0026247-26250 | Ware, Gary, ADC 207216 Mortality Review |
| ADCM1584304-1584309 | Warner, Terry ADC 256215 Mortality Review |
| ADCM1568714-1568721 | Washington, Richard ADC 39493 Mortality Review |
| ADCM1644007-1644010 | West, Edward ADC 64428 Mortality Review |
| ADCM1644011-1644014 | Wilcox, James ADC 320434 Mortality Review |
| ADCM1610539-1610545 | Williams, Demitris ADC 300282 Mortality Review |
| ADCM1584286-1584289 | Williams, Derek ADC 170963 Mortality Review |
| ADCRRM0000054-58 | Williams, Gregory ADC 339201 Mortality Review |
| ADCM1589821-1589824 | Wilson, Alan ADC 160624 Mortality Review |
| ADCM1575255-1575258 | Wilson, George ADC 104162 Mortality Review |
| ADCM1629761-1629766 | Wilson, Tony ADC 311480 Mortality Review |
| ADCM1598095-1598101 | Winters, Donald ADC 15220 Mortality Review |
| ADCM1615646-1615649 | Wise, Danny ADC 286665 Mortality Review |
| ADCM1608466-1608470 | Wludyka, Peter ADC 225901 Mortality Review |
| ADCRRM0026251-26254 | Yeager, Christopher ADC 182011 Mortality Review |

# EXHIBIT C

1. 2021.08.09 Letter re K. Mansfield 333991 Perryville-Complex Ward
2. 2021.08.09 Letter re B. Gonzales 345189 Perryville-Complex MHU
3. 2021.07.13 Morris to Bojanowski re R Muhammad 215306
4. 2021.04.22 Letter re A. Rodriguez 147996 Lewis Rast
5. 2021.04.01 Morris to Bojanowski re R. Muhammad 215306
6. 2021.03.01 Morris to Bojanowski re R Muhammad 215306
7. 2021.02.22 Morris to Bojanowski re B Brents 092862
8. 2021.02.02 Morris to Bojanowski re J Gutierrez 169610
9. 2021.02.02 Morris to Bojanowski re A Georgatos, # 346726
10. 2021.01.25 Morris to Bojanowski re B McDermott 277716
11. 2021.01.21 Morris to Bojanowski re C Arter 170304
12. 2021.01.15 Morris to Bojanowski re Jason Dean 112850
13. 2020.12.03 Morris to Bojanowski re D Snead 261246
14. 2020.11.10 Morris to Bojanowski re R. Slavin 142019
15. 2020.10.23 Morris to Bojanowski re R Muhammad, 215306
16. 2020.10.23 Morris to Bojanowski re J Anderson, 181700
17. 2020.10.05 Letter re Otero, ADC No. 151002, Perryville-Santa Cruz
18. 2020.09.24 Letter re Fowler, ADC No. 321940, ASPC-F Kasson MHU
19. 2020.09.18 Letter re Eric Haag, ADC No. 286490, ASPC-T Santa Rita
20. 2020.09.17 Letter re Neal, ADC No. 265762, Eyman-SMU
21. 2020.09.08 Letter re Lee, ADC No. 324196, Tucson-Rincon
22. 2020.09.03 Letter re K. Pennington, ADC No. 212491, Tucson-Rincon
23. 2020.09.02 Letter re Yard ADC No. 32559 Tucson-Rincon
24. 2020.09.02 Letter re Medina ADC No. 199626 Tucson-Rincon
25. 2020.09.02 Letter re Martin ADC No. 297756 Tucson-Rincon
26. 2020.08.06 Letter re Angeles ADC No. 259366 Florence-Kasson
27. 2020.07.16 Letter re Angeles, ADC No. 259366
28. 2020.07.16 Letter re Anderson, ADC No. 221513
29. 2020.06.11 Letter re Jesse Wozniak, ADC No. 129673, ASPC-PHX FLAMENCO
30. 2020.06.09 Letter re Jesse Wozniak, ADC No. 129673, ASPC-Phoenix
31. 2020.05.04 Letter re Jesse Wozniak, ADC No. 129673, ASPC-Phoenix (with attachment) FINAL
32. 2020.05.04 Letter re Jerry Ramos, ADC No. 049155, ASPC-Lewis
33. 2020.03.30 Letter re Santillana 232830, Florence-Kasson
34. 2020.03.30 Letter re Salantri 264663, Florence-Kasson
35. 2020.03.30 Letter re Murrieta 276175, Florence-Kasson
36. 2020.03.23 Letter re Horton ADC No. 202496 Florence-Kasson
37. 2020.03.03 Letter re Hernandez 046112 Tucson CDU
38. 2020.02.28 Letter re Martinez, ADC No. 112755, Tucson-Rincon
39. 2020.01.21 Letter re Munoz 323233 Eyman SMU
40. 2020.01.16 Letter re Towarnyckyj 254528 Eyman SMU
41. 2020.01.03 Patient in need of mental health treatment (Theron Debusk 314173)
42. 2019.12.20 Letter re patient in need of mental health care (Brandy Brents 092862)

43.  2019.12.13 Letter re patient in need of mental health care (Miguel Coronado 128532)
44.  2019.12.12 Letter re deficient mental health treatment - Mendez, 323111, Debusk, 314173
45.  2019.11.25 Letter re Palacios, ADC No. 223988 Yuma
46.  2019.11.25 Letter re deficient MH treatment - Mata, 338034
47.  2019.11.25 eOMIS Attachments re Palacios, ADC No. 223988
48.  2019.11.15 Letter re ALFORD ADC No. 336405 Yuma-La Paz
49.  2019.11.14 Letter re ALFORD, ADC No. 336405, Yuma-La Paz
50.  2019.11.06 Letter re SATCHELL ADC No. 264363 Yuma-Cibola
51.  2019.11.06 Letter re MUNOZ ADC No. 206386 Yuma-Dakota
52.  2019.10.02 Letter re Malave Kim 181689 Lewis-Rast MHW
53.  2019.09.16 Letter re Olanzo 334963
54.  2019.09.04 Letter to T. Bojanowski re Extreme Heat
55.  2019.09.04 Exhibits - Extreme Heat Letter
56.  2019.08.15 COTTRELL, Paul, 252339, ASPC-L Rast MHW
57.  2019.08.08 Letter to T. Bojanowski re Naranjo 102381
58.  2019.07.29 Suicide of David Neville
59.  2019.07.18 Urgent Letter Re Medication Disruption at ADC Facilities
60.  2019.07.11 ADAMS Michael 331039 ASPC-Yuma
61.  2019.07.08 Letter re Perryville Suicide
62.  2019.07.08 Letter from D. Fathi re Suicide at Perryville
63.  2019.07.03 Letter re ANDERSON, Tyson, ADC No. 221513 (ASPC-L Rast Max)
64.  2019.05.22 Letter to T. Kartchner from D. Fathi
65.  2019.05.17 Letter to T. Bojanowski from D. Fathi re Class Member Suicide
66.  2019.05.17 Letter from D. Fathi re Poirier suicide
67.  2019.05.17 AGUILAR, Tonatihu, ADC No. 164186, ASPC-E Browning MHW
68.  2019.05.03 ANDERSON, Tyson, ADC No. 221513, ASPC-T Rincon MH
69.  2019.05.01 BURLEW, Jessica ADC No. 305151, ASPC-PHX Flamenco
70.  2019.04.23 CABALLERO, Israel ADC No. 296699 ASPC-PHX Baker
71.  2019.04.04 Letter to T. Bojanowski from D. Fathi- Rowan, 311541 PV
72.  2019.03.14 WLUDYKA, Peter ADC No. 225901 ASPC-Eyman Meadows
73.  2019.02.26 ESPINOZA Adrien ADC No. 212698 ASPC Eyman-Browning
74.  2019.02.19 Letter to T. Bojanowski from D. Fathi (Tucson MH care)
75.  2019.01.31 Letter to T. Bojanowski from D. Fathi
76.  2019.01.29 Letter to T. Bojanowski from D. Fathi
77.  2018.12.18 Letter to T. Bojanowski - Valles 114004, Florence, Kasson
78.  2018.07.03 Advocacy Letter for David Reynolds 124127
79.  2018.07.03 Advocacy Letter for David Gonzalez 073816
80.  2018.01.10 Letter to T. Bojanowski re advocacy letter for J. Thomas - FINAL
81.  2017.11.18 - LF T. Bojanowski to D. Fathi in resp to 10-20 LT re IM J. Krauss suicide
82.  2017.10.23 Letter to T. Bojanowski re suicide of J. Krauss - REVISED - FINAL
83.  2016.06.30 Advocacy letter re J. Magnuson - FINAL.doc
84.  2016.06.28 Advocacy letter re D. Hrbenic - FINAL.doc

85.    2016.04.22 DOSS Daniel Advocacy Ltr
86.    2015.09.15 Samocki 168305 Adv. letter 9-9-15
87.    2015.08.06 HRBENIC Denijal 260775 adv ltr
88.    2015.06.11 RIVAS Stephen 212540 adv ltr
89.    2015.06.11 BALDWIN Garrene 238311 adv ltr

# EXHIBIT D

1.  All psych autopsies and/or mortality reviews of people who have died by suicide since 2014

2.  ADC Mental Health Technical Manual, December 24, 2019 (ADCM1610068-1610161 - RFP 56 - ADCRR MH Technical Manual - Rev. 12-24-2019)

3.  19.02.06 Kendrick to Bojanowski re Tucson tour issues

4.  2019.01.29 Letter to T. Bojanowski from D. Fathi

5.  2019.01.31 Letter to T. Bojanowski from D. Fathi

6.  2019.04.22 Notice of Noncompliance - Perryville MH drive-bys (with attachments)

7.  2019.05.01 Notice of Noncompliance - Eyman MH drive-bys (with attachments)

8.  2019.05.03 Notice of Noncompliance - Florence MH drive-bys (with attachments)

9.  2019.05.14 Notice of Noncompliance - Phoenix MH drive-bys (with attachments)

10. 2019.05.17 Notice of Noncompliance - Lewis MH drive-bys (with attachments)

11. All the documents filed in the Motion to Enforce the Max Custody Performance Measures (opening brief & exhibits, response, reply, supplemental reply, and order)

12. All Max Custody Notebooks from January 2019 through May 2021 (April for Lewis):

    - ADCM1568916-1575228 – 1/19
    - ADCM1573974-1575228 – 2/19
    - ADCM1576224-1577112 – 3/19
    - ADCM1578402-1579438 – 4/19
    - ADCM1582332-1583611 – 5/19
    - ADCM1585901-1587112 – 6/19
    - ADCM1592061-1593453 – 7/19
    - ADCM1608012- ADCM1608292, ADCM1600213-1601325 – 8/19
    - ADCM1611159-1612429 – 9/19
    - ADCM1612443-1613817 – 10/19
    - ADCM1616184-1617729 – 11/19
    - ADCM1619366-1620569, ADCM1638271-1638624 – 12/19
    - ADCM1636983-1638185, ADCM1652735-1653143 – 1/20
    - ADCM1653146-1654419, ADCM1659937-1660105 – 2/20

- ADCM1654420-1655844, ADCM1660106-1660167 – 3/20
- ADCM1660168-1661814 – 4/20
- ADCM1661815-1663537 – 5/20
- ADCM1663538-1665112 – 6/20
- ADCM1665112-1666699 – 7/20
- ADCM1666700-1668141 – 8/20
- ADCRRM0003335-0004647, ADCRRM0022093-0022483 – 9/20
- ADCRRM0028193-0029708 – 10/20
- ADCRRM0007914-0009394 – 11/20
- ADCRRM0029712-0031199 – 12/20
- ADCRRM0031202-0032569 – 1/21
- ADCRRM0032573-0034074 – 2/21
- ADCRRM0031202-32569, ADCRRM0032573-34074
- ADCRR00066087-69736 (March-May: Eyman-Browning, Eyman-SMU I, Florence-Kasson; March & April: Lewis-Rast)

13. EIP & Traffic History of People in Max Custody and Analysis – ADCM164434-1651458, ADCRRM0009410-12706; ADCM1629048-1629150; ADCM1620662-1621072

14. Inmate Net Growth Projections - ADCRR00061547-61552

Policies

1. DO 801 – Inmate Classification

2. DO 803 – Inmate Disciplinary Procedure

3. DO 806 – STGs

4. DO 807 – Inmate Suicide Prevention, Mental Health Watches, and Progressive Mental Health Restraints

5. DO 809 - Earned Incentive Program

6. DO 812 - Inmate Maximum Custody Management and Incentive System

7. DO 813 – Close Management

8. DO 906 – Inmate Recreation/Arts & Crafts

9. DO 704 – Inmate Regulations

10. 801-TM-OPS – Objective Classification: Custody & Internal Risk Technical Manual

Staffing related documents

1.  Hiring Reports for ASPC-Eyman, ASPC-Lewis-Rast Max, ASPC-Florence - ADCRR00055817-56119; ADCM1625603-1626683; ADCM1628120-1628154; ADCM1629023-1629036; ADCM1620611-1620614; ADCM1620632-1620635; ADCM1620657-1620661;

2.  Post Charts ASPC-Eyman, ASPC-Lewis-Rast Max, ASPC-Florence - ADCM1630344-1630394

3.  Post Priority Charts ASPC-Eyman, ASPC-Lewis-Rast Max, ASPC-Florence - ADCM1626684-1626730; ADCM1628155-1628226; ADCM1629037-1629047

4.  Daily Post Sheets ADCM1625189-1629022; ADCM1628227-1628284

5.  Curtailment Reports for ASPC-Eyman and ASPC-Florence-Kasson – ADCRR00052183-55816.

Out-of-Cell-Time Tracking Forms, Classification Results and Rules Violation Summaries for:

1.  Storm Collins, 334615

2.  Jesus Jimenez, 66145

3.  Brandon Moschel, 249078

4.  Douglas Ross, 264301

5.  Eric Jones, 142262

6.  Steven Mora, 336469

7.  Brice Lupe, 318001

8.  Victor Semaan, 162908

9.  Mykel Cooper, 314524

10. Eric Caicedo-Caneloz, 228215

11. Eric Jones, 299556

12. Damien Young, 312740

13. Tyson Anderson, 221513

3

14. Mulugeta Micael, 192669

ADCRR00050604-50713, ADCRR00050722-51822, ADCRR00051837-51884, ADCRR00051901-51950, ADCRR00051961-52018, ADCRR00052037-52056, ADCRR00052075-52182.

Training materials:

1. PowerPoint, received from Defendants March 2019

2. Max Custody Standard of Work Poster, received from Defendants March 2019

3. Max Custody Standard of Work Memo, 2.14/2019

Additional documents:

1. Dr. Marc Stern's Report (Doc. 3379)

2. Deposition of Leonel Urdaneta, M.D., Dec. 10, 2019

3. ADC Inmate Assault, Self-Harm, & Mortality Data Reports since 7/31/2018

4. Perryville - Interpreter Services Report (ADCRRM0034605-34606)

5. Florence - Request 6 Interpreter Services (ADCM1622863-1622866)

6. AZ Deaf Patients March 2019 (ACDM1564103-1564107)

7. RFP #99 – 2019-03 – All Deaf and Hard of Hearing List (ACDM1561791)

8. Expert Report of Eldon Vail, with Exhibits (no Bates Nos.)

9. Expert Report of Richard P. Seiter, with Exhibits (no Bates Nos.)

10. Rebuttal Report of Eldon Vail, with Exhibits (no Bates Nos.)

11. Supplemental Report of Eldon Vail (no Bates Nos.)

12. Supplemental Report of Richard P. Seiter, with Exhibits, ADC261884-261913

13. 2nd Supplemental Report of Richard P. Seiter, with Exhibits, ADC448360-448453

14. Mental health watch logs produced by Defendants prior to monitoring tours since January 1, 2019

4

15. Mental health watch logs produced by Defendants in response to RFP Request 20

16. Self-harm logs produced by Defendants in response to RFP Request 40

17. ADCRR Medical Technical Manual (available at adcrr-healthservicestechnicalmanual_060321.pdf (az.gov))

18. Department Orders Chapter 1100 – Inmate Health Services (available at Department Orders Index | Arizona Department of Corrections, Rehabilitation and Reentry (az.gov))

19. Documents showing class members who are not fluent in English, including their names, ADC numbers, ASPC and location unit, and how language interpretation was provided for health care encounters from April 1, 2021, through the date of the report. (ADCRR00059616-60923)

# EXHIBIT E

Document disclosure with Bates ranges
(January 1, 2020 to present)

Monthly Document Requests
January 17, 2020: ADCM1597300-1600212
March 19, 2020: ADCM1603718-1607125
April 22, 2020: ADCM1608343-1609379
May 1, 2020: ADCM1609380-1610247
May 8, 2020: ADCM1610440-161147
June 5, 2020: ADCM1617730-1617958
June 19, 2020: ADCM1618005-1619358
July 15, 2020: ADCM1623101-1625077
July 31, 2020: ADCM1625183-1626140
August 27, 2020: ADCM1638643-1642980
September 4, 2020: ADCM1643070-1644014
September 11, 2020: ADCM1644015-1644933
September 29, 2020: ADCM1651459-1652734
October 9, 2020: ADCM1655845-1656765
October 19, 2020: ADCM1656766-1657676
November 9, 2020: ADCM1657160-1658115
November 13, 2020: ADCM1658116-1659639
December 7, 2020: ADCM1668142-1669351
January 22, 2021: ADCRRM0000001-3119
January 28, 2021: ADCRRM0004686-5572
February 12, 2021: ADCRRM0005573-5874
February 26, 2021: ADCRRM0006360-7414
March 12, 2021: ADCRRM0007914-9400
March 19, 2021: ADCRRM0012707-16952
April 29, 2021:ADCRRM0017448-21158
June 11, 2021: ADCRRM0022484-28192

Tour Productions (Pre-Tour Docs and Post-Tour Photos)
February 2020 Tucson Tour: ADCM1601369-1601594, ADCM1602100-1602248
March 2020 Florence Tour: ADCM1602422-1603717
July 2020 Florence Tour: ADCM1621595-1623098, ADCM1625080-1625182
August 2020 Tucson Tour: ADCM1638204-1639019, ADCM1642981-1643057
July 2021 Perryville Tour: ADCRRM0034579-34870, ADCRRM0034579-34644