1 | Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
2 | Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
3 | STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
4 | Chandler, Arizona  85226
Telephone:  (480) 420-1600
5 | Fax:  (480) 420-1695
dstruck@strucklove.com
6 | rlove@strucklove.com
tbojanowski@strucklove.com
7 | nacedo@strucklove.com

8 | *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-ROS |
| Plaintiffs, | **NOTICE OF SERVICE** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

Defendants, through counsel, give notice that on October 12, 2021 they served upon Plaintiffs' counsel the following:

1.  Defendants' Ninth Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents to Defendants;

2.  Defendants' Fourth Supplemental Responses to Plaintiffs' Second Set of Requests for Production of Documents to Defendants; and

3.  Defendants' First Supplemental Responses to Plaintiffs' Third Set of Requests for Production of Documents to Defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED this 13th day of October, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
   Daniel P. Struck
   Rachel Love
   Timothy J. Bojanowski
   Nicholas D. Acedo
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:            ahardy@prisonlaw.com

Asim Dietrich:           adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Austin C. Yost:          ayost@perkinscoie.com; docketPHX@perkinscoie.com

Corene T. Kendrick:      ckendrick@aclu.org

Daniel Clayton Barr:     DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:       dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:          dspecter@prisonlaw.com

Eunice Cho               ECho@aclu.org

Jared G. Keenan          jkeenan@acluaz.org

John Howard Gray:        jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:      jrico@azdisabilitylaw.org

Karl J. Worsham:         kworsham@perkinscoie.com; docketphx@perkinscoie.com

Kathryn E. Boughton:     kboughton@perkinscoie.com; docketphx@perkinscoie.com

Kelly Soldati            ksoldati@perkinscoie.com; docketphx@perkinscoie.com

Maria V. Morris          mmorris@aclu.org

Maya Abela               mabela@azdisabilitylaw.org

Mikaela N. Colby:        mcolby@perkinscoie.com; docketphx@perkinscoie.com

Rita K. Lomio:           rlomio@prisonlaw.com

Rose Daly-Rooney:        rdalyrooney@azdisabilitylaw.org

Sara Norman:             snorman@prisonlaw.com

Sophie Jedeikin Hart     sophieh@prisonlaw.com

Victoria Lopez:          vlopez@acluaz.org

1

2   I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF
3   System:

4       N/A

5                                                    /s/Daniel P. Struck

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4