Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants. | NO. 2:12-cv-00601-ROS <br><br> **AMENDED NOTICE OF DEPOSITION OF SHAWN JENSEN** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and pursuant to the parties' agreements and the Court's Orders regarding depositions, Defendants will take the oral and videorecorded deposition of Shawn Jensen on October 15, 2021, beginning at 9:00 AM Arizona Standard Time, and continuing thereafter by adjournment until the same is completed.

Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition will be taken by remote means using remote deposition technology through Google Meet, for the convenience of the parties and the witness, and because of the COVID-19 pandemic. The deposition will be recorded stenographically by a court reporter and also by sound and

1  videographic recording using the remote deposition technology employed during the
2  deposition. The place of each deposition is where the deponent is located when he or she
3  answers questions. The deposition, answers, and documents referenced during the
4  deposition may be read and used in evidence at the trial of this case in accordance with the
5  Federal Rules of Civil Procedure. Login information for the Google Meet remote
6  technology link will be provided to counsel separately.

DATED this 13th day of October, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/ Daniel P. Struck
　　Daniel P. Struck
　　Rachel Love
　　Timothy J. Bojanowski
　　Nicholas D. Acedo
　　3100 West Ray Road, Suite 300
　　Chandler, Arizona 85226

　　*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | | |
|---|---|---|
| Alison Hardy: | ahardy@prisonlaw.com | |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org | |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com | |
| Corene T. Kendrick: | ckendrick@aclu.org | |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com | |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org | |
| Donald Specter: | dspecter@prisonlaw.com | |
| Eunice Cho | ECho@aclu.org | |
| Jared G. Keenan | jkeenan@acluaz.org | |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com | |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org | |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com | |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com | |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com | |
| Maria V. Morris | mmorris@aclu.org | |
| Maya Abela | mabela@azdisabilitylaw.org | |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com | |
| Rita K. Lomio: | rlomio@prisonlaw.com | |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org | |
| Sara Norman: | snorman@prisonlaw.com | |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com | |
| Victoria Lopez: | vlopez@acluaz.org | |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck