1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
5  Fax:  (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

9
                    **UNITED STATES DISTRICT COURT**
10
                           **DISTRICT OF ARIZONA**
11

12 | Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-ROS |
   |---|---|
   | Plaintiffs, | **AMENDED NOTICE OF DEPOSITION OF JEREMY SMITH** |
   | v. | |
   | David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
   | Defendants. | |

19     PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and
20  pursuant to the parties' agreements and the Court's Orders regarding depositions,
21  Defendants will take the oral and videorecorded deposition of Jeremy Smith on October 18,
22  2021, beginning at 9:00 AM Arizona Standard Time, and continuing thereafter by
23  adjournment until the same is completed.
24     Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition
25  will be taken by remote means using remote deposition technology through Google Meet,
26  for the convenience of the parties and the witness, and because of the COVID-19 pandemic.
27  The deposition will be recorded stenographically by a court reporter and also by sound and
28

1  videographic recording using the remote deposition technology employed during the
2  deposition. The place of each deposition is where the deponent is located when he or she
3  answers questions.  The deposition, answers, and documents referenced during the
4  deposition may be read and used in evidence at the trial of this case in accordance with the
5  Federal Rules of Civil Procedure.  Login information for the Google Meet remote
6  technology link will be provided to counsel separately.

    DATED this 13th day of October, 2021.

                                STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                                By /s/ Daniel P. Struck
                                   Daniel P. Struck
                                   Rachel Love
                                   Timothy J. Bojanowski
                                   Nicholas D. Acedo
                                   3100 West Ray Road, Suite 300
                                   Chandler, Arizona 85226

                                   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck