**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs plan on calling numerous in-custody class members as witnesses. Given existing limitations on the number of individuals in courtrooms, and the availability of videoconferencing, in-custody witnesses will not appear in-person. However, the Court has limited videoconferencing technology. To ensure the technology is available for the in-custody witnesses to testify, the parties will be required to confer and file a statement providing information regarding those witnesses.

Finally, Plaintiffs will be required to file a reply in support of their Motion to Enforce. (Doc. 4048).

Accordingly,

**IT IS ORDERED** no later than **October 18, 2021**, the parties shall file a joint list identifying the in-custody witnesses to be called, the date and time each witness will appear, and the location of each witness. The parties should also provide the name and contact information of the individual at each location who will be available to work with court personnel to arrange the videoconferences.

1      **IT IS FURTHER ORDERED** no later than **noon** on **October 18, 2021**, Plaintiffs

2 shall file a reply in support of their motion to enforce.  (Doc. 4048).  Before filing, the

3 parties must confer again and discuss the amount of responsive material that has not yet

4 been produced and the precise date such material will be produced.  Plaintiffs' reply must

5 set forth the date certain identified by Defendants that production of all material will be

6 complete.

7      DATED this 14th day of October, 2021.

8

9

10                            Honorable Roslyn O. Silver

11                            Senior United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28