1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona  85226
    Telephone:  (480) 420-1600
5   Fax:  (480) 420-1695
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9

                **UNITED STATES DISTRICT COURT**
10
                    **DISTRICT OF ARIZONA**
11

12  Victor Parsons, *et al.*, on behalf of themselves       NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
    Center for Disability Law,
13
                                                            **NOTICE OF SERVICE**
                                      Plaintiffs,
14
            v.
15
    David Shinn, Director, Arizona Department of
16  Corrections; and Richard Pratt, Interim
    Division Director, Division of Health Services,
17  Arizona Department of Corrections, in their
    official capacities,
18
                                     Defendants.

19       Defendants, through counsel, give notice that on October 15, 2021 they served upon

20  Plaintiffs' counsel their Second Supplemental Pretrial Disclosure Statement.

21

22

23

24

25

26

27

28

1       DATED this 18th day of October, 2021.

2                                                 STRUCK LOVE BOJANOWSKI & ACEDO, PLC

3

4                                        By /s/ Daniel P. Struck

5                                          Daniel P. Struck
                                     Rachel Love

6                                        Timothy J. Bojanowski
                                     Nicholas D. Acedo

7                                        3100 West Ray Road, Suite 300
                                     Chandler, Arizona 85226

8                                        *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
3
    I hereby certify that on October 18, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4  Alison Hardy:           ahardy@prisonlaw.com

5  Asim Dietrich:          adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

6
7  Austin C. Yost:         ayost@perkinscoie.com; docketPHX@perkinscoie.com

   Corene T. Kendrick:     ckendrick@aclu.org
8
   Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com
9

10 David Cyrus Fathi:      dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

11 Donald Specter:         dspecter@prisonlaw.com

12 Eunice Cho              ECho@aclu.org

13 Jared G. Keenan         jkeenan@acluaz.org

14 John Howard Gray:       jhgray@perkinscoie.com; slawson@perkinscoie.com

15 Jose de Jesus Rico:     jrico@azdisabilitylaw.org

16 Karl J. Worsham:        kworsham@perkinscoie.com; docketphx@perkinscoie.com

17 Kathryn E. Boughton:    kboughton@perkinscoie.com; docketphx@perkinscoie.com

18 Kelly Soldati           ksoldati@perkinscoie.com; docketphx@perkinscoie.com

19 Maria V. Morris         mmorris@aclu.org

20 Maya Abela              mabela@azdisabilitylaw.org

21 Mikaela N. Colby:       mcolby@perkinscoie.com; docketphx@perkinscoie.com

22 Rita K. Lomio:          rlomio@prisonlaw.com

23 Rose Daly-Rooney:       rdalyrooney@azdisabilitylaw.org

24 Sara Norman:            snorman@prisonlaw.com

25 Sophie Jedeikin Hart    sophieh@prisonlaw.com

26 Victoria Lopez:         vlopez@acluaz.org

27

28

3

1

2    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF

3    System:

4        N/A

5                                            /s/Daniel P. Struck

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28