Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **JOINT LIST IDENTIFYING IN-CUSTODY WITNESSES TO BE CALLED AT TRIAL (Doc. 4060)** |

23774493.1

On October 14, 2021, the Court ordered the parties to "file a joint list identifying the in-custody witnesses to be called, the date and time each witness will appear, and the location of each witness. The parties should also provide the name and contact information of the individual at each location who will be available to work with court personnel to arrange the videoconferences." (Doc. 4060 at 1.) That information is set forth below.

**MONDAY, NOVEMBER 1**

9:00 am   Kendall Johnson, 189644, ASPC-Perryville

12:30 pm  Christina Verduzco, 205576, ASPC-Perryville

**TUESDAY, NOVEMBER 2**

12:30 pm  Ronald Slavin, 142019, ASPC-Eyman

3:00 pm   Laura Redmond, 166546, ASPC-Perryville*

          * Ms. Redmond will require a sign language interpreter.

**WEDNESDAY, NOVEMBER 3**

9:00 am   Dustin Brislan, 164993, ASPC-Tucson

1:00 pm   Rahim Muhammad, 215306, ASPC-Tucson

**MONDAY, NOVEMBER 8**

9:00 am   Jason Johnson, 161509, ASPC-Eyman

**TUESDAY, NOVEMBER 9**

9:00 am   Jason Robinson, 284001, ASPC-Florence

. . . .

. . . .

23774493.1

Below is the name and contact information of the individual at each location who will be available to work with court personnel to arrange for videoconferencing if in-custody witnesses do not appear in person:

**ASPC-Perryville/Lumley re Christina Verduzco (205576) & Kendall Johnson (189644)**

DW Joseph Bendel

jbendel@azadc.gov

623-853-0304; ext. 24600


[backup] ADW Purdy

rpurdy@azadc.gov

623-853-0304; ext. 04601


**ASPC-Eyman/Cook re Ronald Slavin (142019)**

Sgt. Laurel Sanderson-McCabe

lmccabe@azadc.gov

520-868-0201; ext. 84143



**ASPC-Perryville/San Carlos re Laura Redmond (166546)**

DW Robert Gierke

rgierke@azadc.gov

623-853-0304; ext. 25100


[backup] ADW David Revere

drevere@azadc.gov

623-853-0304; ext. 25101

-2-

23774493.1

**ASPC-Tucson re Dustin Brislan (164993) & Rahim Muhammad (215306)**

DW Jorge Martinez

jmartinez1@azadc.gov

520-574-0024; ext. 38200


**ASPC-Eyman/SMU re Jason Johnson (161509)**

Sgt. Tal Winkley

twinkley@azadc.gov

520-868-0201; ext. 86173


**ASPC-Florence re Jason Robinson (284001)**

COIII Vince Rowley

vrowley@azadc.gov

520-868-4011; ext. 25607


[backup] COIII Patricia Barr

pbarr@azadc.gov

520-868-4011; ext. 25630

-3-

23774493.1

Dated: October 18, 2021

| | |
|---|---|
| **STRUCK LOVE BOJANOWSKI & ACEDO, PLC**<br><br>By: s/(by permission)<br>Daniel P. Struck<br>Rachel Love<br>Timothy J. Bojanowski<br>Nicholas D. Acedo<br>3100 W. Ray Road, Ste. 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>Email: dstruck@strucklove.com<br>       rlove@strucklove.com<br>       tbojanowski@strucklove.com<br>       nacedo@strucklove.com<br><br>*Attorneys for Defendants Pratt and Shinn* | **PRISON LAW OFFICE**<br><br>By:   s/ *Alison Hardy*<br>   Donald Specter (Cal. 83925)\*<br>   Alison Hardy (Cal. 135966)\*<br>   Sara Norman (Cal. 189536)\*<br>   Rita K. Lomio (Cal. 254501)\*<br>   Sophie Hart (Cal. 321663)\*<br>   1917 Fifth Street<br>   Berkeley, California 94710<br>   Telephone: (510) 280-2621<br>   Email:   dspecter@prisonlaw.com<br>         ahardy@prisonlaw.com<br>         snorman@prisonlaw.com<br>         rlomio@prisonlaw.com<br>         sophieh@prisonlaw.com<br><br>\*Admitted *pro hac vice*<br><br>Daniel C. Barr (Bar No. 010149)<br>John H. Gray (Bar No. 028107)<br>Austin C. Yost (Bar No. 034602)<br>Karl J. Worsham (Bar No. 035713)<br>Kathryn E. Boughton (Bar No. 036105)<br>Mikaela N. Colby (Bar No. 035667)<br>Kelly Soldati (Bar No. 036727)<br>**PERKINS COIE LLP**<br>2901 N. Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br>Telephone: (602) 351-8000<br>Email:   dbarr@perkinscoie.com<br>      jhgray@perkinscoie.com<br>      ayost@perkinscoie.com<br>      kworsham@perkinscoie.com<br>      kboughton@perkinscoie.com<br>      mcolby@perkinscoie.com<br>      ksoldati@perkinscoie.com<br>      docketphx@perkinscoie.com |

23774493.1

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:    vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

23774493.1

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/
   Asim Dietrich (Bar No. 027927)
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org

   Rose A. Daly-Rooney (Bar No. 015690)
   J.J. Rico (Bar No. 021292)
   Maya Abela (Bar No. 027232)
   **ARIZONA CENTER FOR DISABILITY LAW**
   177 North Church Avenue, Suite 800
   Tucson, Arizona 85701
   Telephone: (520) 327-9547
   Email:
     rdalyrooney@azdisabilitylaw.org
     jrico@azdisabilitylaw.org
     mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-6-

23774493.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　s/Alison Hardy

23774493.1