Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF AUSTIN C. YOST** |

I, Austin C. Yost, declare as follows:

1. I am over 18 years old, and I have personal knowledge of the matters in this declaration.

2. I am counsel of record for Plaintiffs in this case.

3. I submit this declaration in support of Plaintiffs' Motion for Reconsideration Regarding Testimony of In-Custody Witnesses.

4. On October 13, 2021, I defended two depositions of class members at ASPC Perryville—Sonia Rodriguez (#103830) and Christina Verduzco (#205576).

5. Technological issues affected both depositions.

6. In the deposition of Sonia Rodriguez, it took ADC until about 30 minutes after the deposition was supposed to start to troubleshoot technological issues. Ultimately, the deposition set-up involved Ms. Rodriguez looking at a small tablet because the tablet had a camera that allowed opposing counsel and the court reporter to see her. But the tablet's screen size was quite small, and so it made it difficult for Ms. Rodriguez to see who was talking and any exhibits that were presented to her. I sat next to Ms. Rodriguez at a table with a computer. Neither opposing counsel nor the court reporter could see me at any time during the deposition because there was no camera on the computer. After the deposition started, there were no more technological issues, but planes flew over our location every 20 minutes or so, and the planes were loud enough that the deposition had to pause while they were flying because nobody could reasonably be heard while talking.

7. In the deposition of Christina Verduzco, the deposition set-up similarly involved Ms. Verduzco looking at a small tablet because the tablet had a camera that allowed opposing counsel and the court reporter to see her. I sat across the table from Ms. Verduzco at a computer. Neither opposing counsel nor the court reporter could see me at any time during the deposition because there was no camera on the computer. Technological issues permeated the deposition. The internet connection stalled several times, and so we had to repeatedly request that opposing counsel repeat her questions

1 | because she froze on our end and we could not hear her. Opposing counsel also asked Ms.
2 | Verduzco to repeat her answers multiple times because we apparently froze on her end
3 | and she could not hear us. Beyond that, the internet connection appeared to completely
4 | fail multiple times because we were involuntarily removed from the Google Meets session
5 | and had to rejoin. These technological issues occurred throughout the deposition.
6 |     I declare under penalty of perjury that the foregoing is true and correct to the best
7 | of my knowledge.

10 | Executed on October 19, 2021          *s/ Austin C. Yost*
                                           Austin C. Yost