Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF ALISON HARDY** |

I, Alison Hardy, hereby declare:

1. I am over 18 years old and have personal knowledge of the matters in this declaration. I am counsel of record for Plaintiffs in this matter.

2. I have visited plaintiff Kendall Johnson on two occasions, on July 13, 2021 and on August 31, 2021 at ASPC- Perryville. I also interviewed Ms. Johnson by telephone on October 15, 2021.

3. My first visit was scheduled to monitor Defendants' compliance with the *Parsons* Stipulation. On the second visit, I was accompanying Plaintiffs' expert, Dr. Todd Wilcox as part of his review of care in preparation for the trial in this action.

4. During both visits, I spent about 20 minutes speaking with Ms. Johnson.

5. Ms. Johnson suffers from multiple sclerosis, and it appears to impact her speech. When I interviewed her at the prison, I have noticed that it can be difficult to understand her speech. Specifically, Ms. Johnson sometimes struggles to speak, and she speaks slowly and haltingly. However, speaking to her in person, I was able to understand her answers, and I could perceive when she was trying to talk and when she was finished.

6. During our recent telephone call, I noticed that that it was harder to understand her slow and halting speech than it had been when I interviewed her in person at the prison. I had to ask her several times to repeat her answers to my questions, and I was not entirely sure I had fully understood her answers. I was also not sure when I should ask questions, because it was hard to tell whether she was finished responding to my previous question.

7. I asked Ms. Johnson if she was willing to come to the courthouse to testify. She stated that she very much wants to testify in the case in person at the courthouse.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 19th day of October, 2021, at Berkeley, California.

                                             /s/ *Alison Hardy*
                                             Alison Hardy