UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER REGARDING TESTIMONY BY IN-CUSTODY WITNESSES** |

The Court having reviewed Plaintiffs' Motion for Reconsideration Regarding Testimony of In-Custody Witnesses (Dkt. _____), and good cause appearing, IT IS ORDERED that Defendants shall produce in-custody witnesses for trial consistent with the schedule set forth in the parties' Joint List Identifying In-Custody Witnesses to Be Called at Trial (Dkt. 4064).

DATED this _____ day of October, 2021.

_____
Honorable Roslyn O. Silver
Senior United States District Judge

LEGAL23774493.1