Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITIONS OF ADDITIONAL NAMED PLAINTIFFS**<br><br>**(Expedited Consideration Requested)** |

Defendants, through counsel and pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), seek leave of Court to take the depositions of five of the additional named Plaintiffs added by the Court's October 14, 2021 Order: Kendall Johnson, Laura Redmond, Ronald Slavin, Jason Johnson, and Dustin Brislan.  (Dkt. 4061 at 3.)  These depositions are necessary because Plaintiffs just identified them as five of the six inmate witnesses they will call at trial[1] and Defendants had planned to take the named Plaintiffs' depositions from the full list of anticipated witnesses originally submitted by Plaintiffs in their Initial Trial

---

[1] Defendants have already deposed the sixth, Christina Verduzco, on October 13, 2021. Defendants took the deposition of the other named Plaintiffs as well, but Plaintiffs are only calling Ms. Verduzco out of the original group.

Disclosure on September 10, 2021. Moreover, these depositions are necessary as Plaintiffs have not sufficiently disclosed their testimony in response to Defendants' Interrogatory No. 1, which seeks specific details regarding the substance of their testimony. For example, Plaintiffs identified Ronald Slavin's testimony as follows: "If Plaintiffs call Mr. Slavin, then he may testify regarding his experiences seeking and receiving health care while confined in ADC. Mr. Slavin is classified as SMI and is currently diagnosed with unspecified psychosis. He previously was diagnosed with bipolar disorder, schizophrenia, and major depression. Mr. Slavin can testify regarding the mental health care he has received, and the failure to place him in a more intensive inpatient mental health setting, despite recommendations of his treating clinician that he was in need of such placement."

The depositions will be taken via Zoom or a similar video platform.

Plaintiffs do not object to these depositions if they are taken under the same circumstances as the other named Plaintiff depositions.

DATED this 20th day of October, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck