1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-ROS |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO TAKE DEPOSITIONS OF ADDITIONAL NAMED PLAINTIFFS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, | |
| Defendants. | |

The Court, having reviewed Defendants' Motion for Leave to Take Depositions of Additional Named Plaintiffs, and good cause appearing,

IT IS ORDERED granting the Motion.