1    Victoria López (Bar No. 330042)*
     Jared G. Keenan (Bar No. 027068)
2    **ACLU FOUNDATION OF ARIZONA**
     3707 North 7th Street, Suite 235
3    Phoenix, Arizona 85013
     Telephone: (602) 650-1854
4    Email: vlopez@acluaz.org
           jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
7    *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
     *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
8    *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
     *behalf of themselves and all others similarly situated*
9
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
10
   Asim Dietrich (Bar No. 027927)
11   **ARIZONA CENTER FOR DISABILITY LAW**
     5025 East Washington Street, Suite 202
12   Phoenix, Arizona 85034
     Telephone: (602) 274-6287
13   Email: adietrich@azdisabilitylaw.org

14   *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                 UNITED STATES DISTRICT COURT

17                  DISTRICT OF ARIZONA

| | |
|---|---|
| 18   Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| | **NOTICE OF DEPOSITION OF DEFENDANTS' EXPERT GRANT PHILLIPS** |

22              Plaintiffs,

23        v.

24   David Shinn, Director, Arizona Department of
     Corrections, Rehabilitation and Reentry; and
25   Larry Gann, Assistant Director, Medical Services
     Contract Monitoring Bureau, Arizona Department
26   of Corrections, Rehabilitation and Reentry, in their
     official capacities,

27              Defendants.

28

154336601.1

1       PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and

2 pursuant to the parties' agreements and the Court's Orders regarding depositions,

3 Plaintiffs will take the oral and video recorded deposition of Dr. Grant Phillips, Medical

4 Director, on October 28, 2021, beginning at 9:00 a.m. Arizona Standard Time, and

5 continuing thereafter by adjournment until the same is completed.

6       Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition

7 will be taken by remote means using remote deposition technology through Zoom, for the

8 convenience of the parties and the witness, and because of the COVID-19 pandemic.  The

9 deposition will be recorded stenographically by a court reporter and also by sound and

10 videographic recording using the remote deposition technology employed during the

11 deposition.  The place of each deposition is where the deponent is located when he or she

12 answers questions.  *Id*.  The deposition, answers, and documents referenced during the

13 deposition may be read and used in evidence at the trial of this case in accordance with the

14 Federal Rules of Civil Procedure.  Login information for the Zoom remote technology

15 link will be provided to counsel separately.

16 Dated: October 21, 2021          **ACLU NATIONAL PRISON PROJECT**

17

18                By:  s/ Corene T. Kendrick
                    David C. Fathi (Wash. 24893)**

19                    Maria V. Morris (D.C. 1697904)*
                    Eunice Hyunhye Cho (Wash. 53711)**

20                    915 15th Street N.W., 7th Floor
                    Washington, D.C. 20005

21                    Telephone:  (202) 548-6603
                    Email:    dfathi@aclu.org

22                           mmorris@aclu.org
                           echo@aclu.org

23

24

25

26

27

28

154336601.1

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:     ckendrick@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com

*Admitted *pro hac vice*

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

154336601.1

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm; Desiree*
*Licci; Joseph Hefner; Joshua Polson; and*
*Charlotte Wells, on behalf of themselves and*
*all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:  s/ Maya Abela
     Asim Dietrich (Bar No. 027927)
     5025 East Washington Street, Suite 202
     Phoenix, Arizona 85034
     Telephone:  (602) 274-6287
     Email:   adietrich@azdisabilitylaw.org

     Rose A. Daly-Rooney (Bar No. 015690)
     J.J. Rico (Bar No. 021292)
     Maya Abela (Bar No. 027232)
     **ARIZONA CENTER FOR DISABILITY LAW**
     177 North Church Avenue, Suite 800
     Tucson, Arizona 85701
     Telephone:  (520) 327-9547
     Email:
        rdalyrooney@azdisabilitylaw.org
           jrico@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

-3-

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-