1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
        jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
   *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
7  *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
   *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
8  *behalf of themselves and all others similarly situated*
9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
   **PAGE]**
10
   Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE**
15 **PAGE]**

16              UNITED STATES DISTRICT COURT

17                  DISTRICT OF ARIZONA

18 Victor Parsons; Shawn Jensen; Stephen Swartz;        No. CV 12-00601-PHX-ROS
   Dustin Brislan; Sonia Rodriguez; Christina
19 Verduzco; Jackie Thomas; Jeremy Smith; Robert        **NOTICE OF INTENT TO**
   Gamez; Maryanne Chisholm; Desiree Licci; Joseph      **SERVE SUBPOENAS**
20 Hefner; Joshua Polson; and Charlotte Wells, on
   behalf of themselves and all others similarly
21 situated; and Arizona Center for Disability Law,

22              Plaintiffs,

23        v.

24 David Shinn, Director, Arizona Department of
   Corrections, Rehabilitation and Reentry; and
25 Larry Gann, Assistant Director, Medical Services
   Contract Monitoring Bureau, Arizona Department
26 of Corrections, Rehabilitation and Reentry, in their
   official capacities,
27
                Defendants.
28

154337304.1

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil

3    Procedure, Plaintiffs give notice that they intend to serve the attached subpoenas:

4         1.    Subpoena to Testify at a Deposition in a Civil Action to Tom Dolan,

5    Centurion Vice President of Operations, Arizona (Exhibit 1);

6         2.    Subpoena to Testify at a Deposition in a Civil Action to Dr. Wendy Orm,

7    Centurion Regional Medical Director (Exhibit 2);

8         3.    Subpoena to Testify at a Deposition in a Civil Action to Dr. Antonio Carr,

9    Centurion Regional Psychiatric Director (Exhibit 3);

10        4.    Subpoena to Testify at a Deposition in a Civil Action to Dr. Ashley Pelton,

11   Centurion Regional Mental Health Director (Exhibit 4);

12        5.    Subpoena to Testify at a Deposition in a Civil Action to Dr. Kendrick Gray,

13   Centurion Regional Dental Director (Exhibit 5);

14        6.    Subpoena to Testify at a Deposition in a Civil Action to Dr. J. Wu,

15   Centurion Chief Clinical Officer (Exhibit 6);

16        7.    Subpoena to Testify at a Deposition in a Civil Action to Dr. J.S. Wilson,

17   Centurion Vice President of Behavioral Health Services (Exhibit 7);

18        8.    Subpoena to Testify at a Deposition in a Civil Action to Dr. J. May,

19   Centurion Chief Medical Officer (Exhibit 8);

20        9.    Subpoena to Testify at a Deposition in a Civil Action to Dr. D. Griffin,

21   Centurion Chief Psychiatric Officer (Exhibit 9);

22        10.   Subpoena to Testify at a Deposition in a Civil Action to Dr. J. Bueno,

23   Centurion Regional Director of Pharmacy (Exhibit 10); and

24        11.   Subpoena to Testify at a Deposition in a Civil Action to L. Donnelly, Trinity

25   Services Group, Regional Dietician (Exhibit 11).

26   . . .

27   . . .

28   . . .

154337304.1

Dated: October 21, 2021

**ACLU NATIONAL PRISON PROJECT**

By:  s/ Corene Kendrick
  David C. Fathi (Wash. 24893)\*\*
  Maria V. Morris (D.C. 1697904)\*
  Eunice Hyunhye Cho (Wash. 53711)\*\*
  915 15th Street N.W., 7th Floor
  Washington, D.C. 20005
  Telephone:  (202) 548-6603
  Email: dfathi@aclu.org
     mmorris@aclu.org
     echo@aclu.org

  Corene Kendrick (Cal. 226642)\*
  **ACLU NATIONAL PRISON PROJECT**
  39 Drumm Street
  San Francisco, California 94111
  Telephone:  (202) 393-4930
  Email: ckendrick@aclu.org

  \*Admitted *pro hac vice*
  \*\*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

  Donald Specter (Cal. 83925)\*
  Alison Hardy (Cal. 135966)\*
  Sara Norman (Cal. 189536)\*
  Rita K. Lomio (Cal. 254501)\*
  **PRISON LAW OFFICE**
  1917 Fifth Street
  Berkeley, California 94710
  Telephone:  (510) 280-2621
  Email: dspecter@prisonlaw.com
     ahardy@prisonlaw.com
     snorman@prisonlaw.com
     rlomio@prisonlaw.com

  \*Admitted *pro hac vice*

  Victoria López (Bar No. 330042)\*
  Jared G. Keenan (Bar No. 027068)
  **ACLU FOUNDATION OF ARIZONA**
  3707 North 7th Street, Suite 235
  Phoenix, Arizona 85013
  Telephone:  (602) 650-1854
  Email: vlopez@acluaz.org
     jkeenan@acluaz.org

  \*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

154337304.1

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen;*
*Stephen Swartz; Sonia Rodriguez; Christina*
*Verduzco; Jackie Thomas; Jeremy Smith;*
*Robert Gamez; Maryanne Chisholm; Desiree*
*Licci; Joseph Hefner; Joshua Polson; and*
*Charlotte Wells, on behalf of themselves and*
*all others similarly situated*

**ARIZONA CENTER FOR DISABILITY**
**LAW**


By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:    adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR**
      **DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
         rdalyrooney@azdisabilitylaw.org
         jrico@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability*
*Law*

154337304.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

154337304.1