# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Defendants have filed a Motion for Leave to Take Depositions of Additional Named Plaintiffs (Expedited Consideration Requested) (Doc. 4067). Plaintiffs do not object if the depositions are taken under the same circumstances as the other named Plaintiff depositions.

Accordingly,

**IT IS ORDERED** Defendants' Motion for Leave to Take Depositions of Additional Named Plaintiffs (Doc. 4067) is **GRANTED**. The additional depositions must occur under the same circumstances required for the previous named Plaintiff depositions.

Dated this 21st day of October, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge