# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br><br>      Plaintiff,<br><br>v.<br><br>David Shinn,<br><br>      Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

The Court required the parties file opening briefs no later than October 29, 2021. (Doc. 3931). The Court would appreciate receiving those briefs earlier. However, given the existing demands on counsel, the Court will not require earlier filing.

Accordingly,

**IT IS ORDERED** if possible, the parties should file their opening briefs by **October 27, 2021**.

Dated this 22nd day of October, 2021.

                              Honorable Roslyn O. Silver
                              Senior United States District Judge