1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
5  Fax:  (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

9
                    **UNITED STATES DISTRICT COURT**
10
                         **DISTRICT OF ARIZONA**
11

12  Victor Parsons, *et al.*, on behalf of themselves   NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
    Center for Disability Law,
13
                                                        **NOTICE OF DEPOSITION OF**
                                            Plaintiffs,  **JONATHAN GONZALEZ**
14
             v.
15
    David Shinn, Director, Arizona Department of
16  Corrections; and Richard Pratt, Interim
    Division Director, Division of Health Services,
17  Arizona Department of Corrections, in their
    official capacities,
18
                                            Defendants.

19        PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and

20  pursuant to the parties' agreements and the Court's Orders regarding depositions,

21  Defendants will take the oral and videorecorded deposition of Jonathan Gonzalez on

22  October 26, 2021, beginning at 2:00 PM Arizona Standard Time, and continuing thereafter

23  by adjournment until the same is completed.

24        Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition

25  will be taken by remote means using remote deposition technology through Google Meet,

26  for the convenience of the parties and the witness, and because of the COVID-19 pandemic.

27  The deposition will be recorded stenographically by a court reporter and also by sound and

28

1  videographic recording using the remote deposition technology employed during the

2  deposition. The place of each deposition is where the deponent is located when he or she

3  answers questions.   The deposition, answers, and documents referenced during the

4  deposition may be read and used in evidence at the trial of this case in accordance with the

5  Federal   Rules   of Civil Procedure.   Login information for the Google Meet remote

6  technology link will be provided to counsel separately.

7       DATED this 24th day of October, 2021.

8                                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

9

10                               By /s/ Daniel P. Struck
                                    Daniel P. Struck
11                                   Rachel Love
                                    Timothy J. Bojanowski
12                                   Nicholas D. Acedo
                                    3100 West Ray Road, Suite 300
13                                   Chandler, Arizona 85226

14                                   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy:        ahardy@prisonlaw.com

Asim Dietrich:       adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Austin C. Yost:      ayost@perkinscoie.com; docketPHX@perkinscoie.com

Corene T. Kendrick:  ckendrick@aclu.org

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:   dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:      dspecter@prisonlaw.com

Eunice Cho           ECho@aclu.org

Jared G. Keenan      jkeenan@acluaz.org

John Howard Gray:    jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico:  jrico@azdisabilitylaw.org

Karl J. Worsham:     kworsham@perkinscoie.com; docketphx@perkinscoie.com

Kathryn E. Boughton: kboughton@perkinscoie.com; docketphx@perkinscoie.com

Kelly Soldati        ksoldati@perkinscoie.com; docketphx@perkinscoie.com

Maria V. Morris      mmorris@aclu.org

Maya Abela           mabela@azdisabilitylaw.org

Mikaela N. Colby:    mcolby@perkinscoie.com; docketphx@perkinscoie.com

Rita K. Lomio:       rlomio@prisonlaw.com

Rose Daly-Rooney:    rdalyrooney@azdisabilitylaw.org

Sara Norman:         snorman@prisonlaw.com

Sophie Jedeikin Hart sophieh@prisonlaw.com

Victoria Lopez:      vlopez@acluaz.org

3

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck