1   Daniel P. Struck, Bar No. 012377
    Rachel Love, Bar No. 019881
2   Timothy J. Bojanowski, Bar No. 022126
    Nicholas D. Acedo, Bar No. 021644
3   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
    3100 West Ray Road, Suite 300
4   Chandler, Arizona  85226
    Telephone:  (480) 420-1600
5   Fax:  (480) 420-1695
    dstruck@strucklove.com
6   rlove@strucklove.com
    tbojanowski@strucklove.com
7   nacedo@strucklove.com

8   *Attorneys for Defendants*

9

# UNITED STATES DISTRICT COURT

10

## DISTRICT OF ARIZONA

11

| | |
|---|---|
| 12  Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | NO. 2:12-cv-00601-ROS |
| 13 | |
| | **NOTICE OF DEPOSITION OF** |
| 14  Plaintiffs,  v. | **KENDALL JOHNSON** |
| 15  David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim | |
| 16  Division Director, Division of Health Services, Arizona Department of Corrections, in their | |
| 17  official capacities, | |
| 18  Defendants. | |

19      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 30, and

20   pursuant to the parties' agreements and the Court's Orders regarding depositions,

21   Defendants will take the oral and videorecorded deposition of Kendall Johnson on October

22   27, 2021, beginning at 9:00 AM Arizona Standard Time, and continuing thereafter by

23   adjournment until the same is completed.

24      Pursuant to Fed. R. Civ. P. 30(b)(4) the parties have stipulated that the deposition

25   will be taken by remote means using remote deposition technology through Google Meet,

26   for the convenience of the parties and the witness, and because of the COVID-19 pandemic.

27   The deposition will be recorded stenographically by a court reporter and also by sound and

28

1   videographic recording using the remote deposition technology employed during the

2   deposition. The place of each deposition is where the deponent is located when he or she

3   answers questions.    The deposition, answers, and documents referenced during the

4   deposition may be read and used in evidence at the trial of this case in accordance with the

5   Federal   Rules   of Civil Procedure.   Login information for the Google Meet remote

6   technology link will be provided to counsel separately.

7           DATED this 24th day of October, 2021.

8                                           STRUCK LOVE BOJANOWSKI & ACEDO, PLC

9

10                                          By /s/ Daniel P. Struck
                                               Daniel P. Struck
11                                             Rachel Love
                                               Timothy J. Bojanowski
12                                             Nicholas D. Acedo
                                               3100 West Ray Road, Suite 300
13                                             Chandler, Arizona 85226

14                                             *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on October 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4   Alison Hardy:          ahardy@prisonlaw.com

5   Asim Dietrich:         adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

6

7   Austin C. Yost:        ayost@perkinscoie.com; docketPHX@perkinscoie.com

    Corene T. Kendrick:    ckendrick@aclu.org

8

9   Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

10  David Cyrus Fathi:     dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

11  Donald Specter:        dspecter@prisonlaw.com

12  Eunice Cho             ECho@aclu.org

13  Jared G. Keenan        jkeenan@acluaz.org

14  John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com

15  Jose de Jesus Rico:    jrico@azdisabilitylaw.org

16  Karl J. Worsham:       kworsham@perkinscoie.com; docketphx@perkinscoie.com

17  Kathryn E. Boughton:   kboughton@perkinscoie.com; docketphx@perkinscoie.com

18  Kelly Soldati          ksoldati@perkinscoie.com; docketphx@perkinscoie.com

19  Maria V. Morris        mmorris@aclu.org

20  Maya Abela             mabela@azdisabilitylaw.org

21  Mikaela N. Colby:      mcolby@perkinscoie.com; docketphx@perkinscoie.com

22  Rita K. Lomio:         rlomio@prisonlaw.com

23  Rose Daly-Rooney:      rdalyrooney@azdisabilitylaw.org

24  Sara Norman:           snorman@prisonlaw.com

25  Sophie Jedeikin Hart   sophieh@prisonlaw.com

26  Victoria Lopez:        vlopez@acluaz.org

27

28

1    I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF

2    System:

3    N/A

4    /s/ Daniel P. Struck

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28