# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

As the Court prepares for trial to commence next week, and to ensure the reliability of Defendants' Videoconferencing Technology, the Court will require each facility to engage in testing of its equipment and bandwidth. Each facility containing a testifying witness must conduct testing with the Court's Systems Technology staff on Tuesday October 26, 2021 between 9:30 a.m. and 1:00 p.m. The facility contacts—identified in Doc. 4064—should have received communications from Court staff to facilitate this testing and must respond and coordinate as directed.

Accordingly,

**IT IS ORDERED** that each facility must contact the Court's Systems Technology staff no later than Monday, **October 25, 2021**, and each facility must conduct testing on Tuesday, **October 26, 2021**, between **9:30 a.m. and 1:00 p.m.** as described herein.

…

…

…

**IT IS FURTHER ORDERED** counsel for Defendants must file a statement no later than **5:00 p.m.** on **October 26, 2021**, confirming the testing was performed and that technological and non-technological issues (*e.g.*, excessive noise, pepper spray) identified as arising during recent prisoner depositions will not recur during trial.

Dated this 25th day of October, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge