Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
         jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' UPDATED LIST IDENTIFYING IN-CUSTODY WITNESSES TO BE CALLED AT TRIAL (Doc. 4060)** |

23774493.1

On October 14, 2021, the Court ordered the parties to "file a joint list identifying the in-custody witnesses to be called, the date and time each witness will appear, and the location of each witness." (Doc. 4060 at 1.) The parties submitted their list on October 18, 2021. (Doc. 4064.) Plaintiffs have made a few changes to the list as set forth below.

**MONDAY, NOVEMBER 1**

9:00 am     Kendall Johnson, 189644, ASPC-Perryville

12:30 pm    Christina Verduzco, 205576, ASPC-Perryville

**TUESDAY, NOVEMBER 2**

12:30 pm    Ronald Slavin, 142019, ASPC-Eyman

3:00 pm     Laura Redmond, 166546, ASPC-Perryville*

\* Ms. Redmond will require a sign language interpreter.

**WEDNESDAY, NOVEMBER 3**

~~9:00 am~~ **2:00 pm**    Dustin Brislan, 164993, ASPC-Tucson

~~1:00 pm     Rahim Muhammad, 215306, ASPC-Tucson~~

**THURSDAY, NOVEMBER 4**

**1:00 pm     Rahim Muhammad, 215306, ASPC-Tucson**

**MONDAY, NOVEMBER 8**

9:00 am     Jason Johnson, 161509, ASPC-Eyman

**TUESDAY, NOVEMBER 9**

~~9:00 am     Jason Robinson, 284001, ASPC-Florence~~

**9:00 am     Shawn Jensen, 032465, ASPC-Florence**

23774493.1

| | | |
|---|---|---|
| 1 | Dated: October 26, 2021 | **PRISON LAW OFFICE** |

By:  s/ Rita K. Lomio
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com
sophieh@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email: dbarr@perkinscoie.com
jhgray@perkinscoie.com
ayost@perkinscoie.com
kworsham@perkinscoie.com
kboughton@perkinscoie.com
mcolby@perkinscoie.com
ksoldati@perkinscoie.com
docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         mmorris@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

23774493.1

**ARIZONA CENTER FOR DISABILITY LAW**

By: <u>  s/ Maya Abela                      </u>
  Asim Dietrich (Bar No. 027927)
  5025 East Washington Street, Suite 202
  Phoenix, Arizona 85034
  Telephone:  (602) 274-6287
  Email:    adietrich@azdisabilitylaw.org

  Rose A. Daly-Rooney (Bar No. 015690)
  J.J. Rico (Bar No. 021292)
  Maya Abela (Bar No. 027232)
  **ARIZONA CENTER FOR DISABILITY LAW**
  177 North Church Avenue, Suite 800
  Tucson, Arizona 85701
  Telephone:  (520) 327-9547
  Email:
    rdalyrooney@azdisabilitylaw.org
    jrico@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

23774493.1

# CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ Rita K. Lomio

23774493.1