Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
         jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**REQUEST FOR STATUS CONFERENCE** |

154370211.2

1        Plaintiffs respectfully request that the Court convene a status conference on or before October 29, 2021 pursuant to Fed. R. of Civ. P. 16(a)(4). The trial begins on November 1, less than one week away, and Plaintiffs respectfully submit that clarification on the following unresolved matters would help both parties more efficiently prepare for trial and present their cases at trial:

     1.      Whether any incarcerated witnesses will be permitted to testify in-person, for example, if a particular witness has a special need to present in-person;

     2.      The availability of audio-video conferencing and live stream video capabilities within the courtroom to facilitate meaningful remote participation for certain witnesses and counsel while maintaining safe distancing consistent with local and national guidelines related to the COVID-19 pandemic;

     3.      The availability of live stream video of the trial, as a trial of great public concern, to allow interested members of the public to view and listen to the proceedings without having to attend the trial in-person;

     4.      How the parties will manage and present exhibits from the eOMIS electronic medical record system. Due to the configuration of eOMIS there is not one mechanism to print out a paper copy of any patient's complete healthcare record. Each patient's record contains a couple dozen tabs that contain different information about a patient's care and condition, and within each tab there often are additional links to other pages and documents, each of which would need to be printed separately. The parties therefore have agreed that they may access the eOMIS system directly during trial to display various healthcare records.

     5.      General logistics to assist in the orderly presentation of exhibits and other evidence for the Court.

       The resolution of these questions before trial will save Court resources as well as valuable trial time for its intended use—prosecution of the case based on the merits.

154370211.2

1  Defendants have agreed in meet-and-confers that a status conference would be
2  fruitful.

3  Dated: October 26, 2021              **PERKINS COIE LLP**

5  By: _s/ Daniel C. Barr_
   Daniel C. Barr (Bar No. 010149)
   John H. Gray (Bar No. 028107)
6  Austin C. Yost (Bar No. 034602)
   Karl J. Worsham (Bar No. 035713)
7  Kathryn E. Boughton (Bar No. 036105)
   Mikaela N. Colby (Bar No. 035667)
8  Kelly Soldati (Bar No. 036727)
   Alisha Tarin-Herman (Bar No. 037040)
9  2901 N. Central Avenue, Suite 2000
   Phoenix, Arizona 85012
10 Telephone: (602) 351-8000
   Email:   dbarr@perkinscoie.com
11           jhgray@perkinscoie.com
             ayost@perkinscoie.com
12           kworsham@perkinscoie.com
             kboughton@perkinscoie.com
13           mcolby@perkinscoie.com
             ksoldati@perkinscoie.com
14           docketphx@perkinscoie.com

15 Victoria Lopez (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
16 **ACLU FOUNDATION OF ARIZONA**
17 3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
18 Telephone: (602) 650-1854
   Email:   vlopez@acluaz.org
19           jkeenan@acluaz.org

20 *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

154370211.2

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
| | Rita K. Lomio (Cal. 254501)* |
| 3 | Sophie Hart (Cal. 321663)* |
| | **PRISON LAW OFFICE** |
| 4 | 1917 Fifth Street |
| | Berkeley, California 94710 |
| 5 | Telephone: (510) 280-2621 |
| | Email:   dspecter@prisonlaw.com |
| 6 |          ahardy@prisonlaw.com |
| |          snorman@prisonlaw.com |
| 7 |          rlomio@prisonlaw.com |
| |          sophieh@prisonlaw.com |
| 8 | |
| | *Admitted *pro hac vice* |
| 9 | |
| | David C. Fathi (Wash. 24893)* |
| 10 | Maria V. Morris (D.C. 1697904)** |
| | Eunice Hyunhye Cho (Wash. 53711)* |
| 11 | **ACLU NATIONAL PRISON PROJECT** |
| 12 | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| 13 | Telephone: (202) 548-6603 |
| | Email:   dfathi@aclu.org |
| 14 |          mmorris@aclu.org |
| |          echo@aclu.org |
| 15 | |
| | *Admitted *pro hac vice*; not admitted |
| 16 |   in DC; practice limited to federal |
| |   courts |
| 17 | **Admitted *pro hac vice* |
| 18 | Corene Kendrick (Cal. 226642)* |
| | **ACLU NATIONAL PRISON PROJECT** |
| 19 | 39 Drumm Street |
| 20 | San Francisco, California 94111 |
| | Telephone: (202) 393-4930 |
| 21 | Email:   ckendrick@aclu.org |
| 22 | *Admitted *pro hac vice*. |
| 23 | *Attorneys for Plaintiffs Shawn Jensen;* |
| | *Stephen Swartz; Sonia Rodriguez; Christina* |
| 24 | *Verduzco; Jackie Thomas; Jeremy Smith;* |
| | *Robert Gamez; Maryanne Chisholm;* |
| 25 | *Desiree Licci; Joseph Hefner; Joshua* |
| | *Polson; and Charlotte Wells, on behalf of* |
| 26 | *themselves and all others similarly situated* |

154370211.2

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:   s/ Maya Abela |
| 4 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 5 | Telephone: (602) 274-6287<br>Email: adietrich@azdisabilitylaw.org |
| 6 | |
| 7 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292) |
| 8 | Maya Abela (Bar No. 027232)<br>**ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone: (520) 327-9547<br>Email: |
| 11 |   rdalyrooney@azdisabilitylaw.org<br>  jrico@azdisabilitylaw.org |
| 12 |   mabela@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

-4-

154370211.2

**Certificate of Service**

I certify that, on October 26, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

-5-

154370211.2