1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona  85226
   Telephone:  (480) 420-1600
5  Fax:  (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF ARIZONA**

11

12  Victor Parsons, *et al.*, on behalf of themselves        NO. 2:12-cv-00601-ROS
    and all others similarly situated; and Arizona
13  Center for Disability Law,
                                                             **DEFENDANTS' RESPONSE TO**
14                                          Plaintiffs,      **PLAINTIFFS' REQUEST FOR**
                                                             **STATUS CONFERENCE**
        v.                                                        **(DKT. 4089)**
15
    David Shinn, Director, Arizona Department of
16  Corrections; and Richard Pratt, Interim
    Division Director, Division of Health Services,
17  Arizona Department of Corrections, in their
    official capacities,
18
                                           Defendants.

19          Defendants agree that a telephonic status conference to resolve several outstanding

20  issues before trial would greatly benefit the parties and the Court.  In addition to the topics

21  raised by Plaintiffs,[1] Defendants believe that the following matters should be discussed:

22          1.      Over Defendants' objection, Plaintiffs have stated that they intend to present

23  nearly all Centurion and ADCRR witness testimony via deposition, despite the witnesses'

24  availability and a prior order precluding this trial tactic (*see* Dkt 1167);

25          2.      Logistics, including the Court's courtroom COVID-19 protocols, that will be

26  in place during the trial; and

27  _____

28          [1] For a variety of reasons, Defendants object to Plaintiffs' request to "live stream
    video" the trial.

1     3.     The availability to live stream the trial in an overflow courtroom (as was done

2  in a recent trial).

3     DATED this 27th day of October, 2021.

4                                                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC

5

6                                          By /s/ Daniel P. Struck
7                                             Daniel P. Struck
                                              Rachel Love
8                                             Timothy J. Bojanowski
                                              Nicholas D. Acedo
9                                             3100 West Ray Road, Suite 300
                                              Chandler, Arizona 85226
10
                                              *Attorneys for Defendants*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Asim Dietrich: adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Austin C. Yost: ayost@perkinscoie.com; docketPHX@perkinscoie.com

Corene T. Kendrick: ckendrick@aclu.org

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

Eunice Cho: ECho@aclu.org

Jared G. Keenan: jkeenan@acluaz.org

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico: jrico@azdisabilitylaw.org

Karl J. Worsham: kworsham@perkinscoie.com; docketphx@perkinscoie.com

Kathryn E. Boughton: kboughton@perkinscoie.com; docketphx@perkinscoie.com

Kelly Soldati: ksoldati@perkinscoie.com; docketphx@perkinscoie.com

Maria V. Morris: mmorris@aclu.org

Maya Abela: mabela@azdisabilitylaw.org

Mikaela N. Colby: mcolby@perkinscoie.com; docketphx@perkinscoie.com

Rita K. Lomio: rlomio@prisonlaw.com

Rose Daly-Rooney: rdalyrooney@azdisabilitylaw.org

Sara Norman: snorman@prisonlaw.com

Sophie Jedeikin Hart: sophieh@prisonlaw.com

Victoria Lopez: vlopez@acluaz.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/      Daniel P. Struck