1  Daniel P. Struck, Bar No. 012377
   Rachel Love, Bar No. 019881
2  Timothy J. Bojanowski, Bar No. 022126
   Nicholas D. Acedo, Bar No. 021644
3  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
4  Chandler, Arizona 85226
   Telephone: (480) 420-1600
5  Fax: (480) 420-1695
   dstruck@strucklove.com
6  rlove@strucklove.com
   tbojanowski@strucklove.com
7  nacedo@strucklove.com

8  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**NOTICE OF SERVICE** |

Defendants, through counsel, give notice that on October 25, 2021 they served upon Plaintiffs' counsel Defendants' Second Supplemental Responses to Plaintiffs' Fourth Set of Requests for Production of Documents to Defendants; and on October 26, 2021 they served upon Plaintiffs' counsel Defendants' Response to Plaintiffs' Subpoena Duces Tecum to Joseph V. Penn.

DATED this 27th day of October, 2021.

                                  STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                                  By /s/ Daniel P. Struck
                                       Daniel P. Struck
                                       Rachel Love
                                       Timothy J. Bojanowski
                                       Nicholas D. Acedo
                                       3100 West Ray Road, Suite 300
                                       Chandler, Arizona 85226

                                  *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | | |
|---|---|---|
| Alison Hardy: | ahardy@prisonlaw.com | |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org | |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com | |
| Corene T. Kendrick: | ckendrick@aclu.org | |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com | |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org | |
| Donald Specter: | dspecter@prisonlaw.com | |
| Eunice Cho | ECho@aclu.org | |
| Jared G. Keenan | jkeenan@acluaz.org | |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com | |
| Jose de Jesus Rico: | jrico@azdisabilitylaw.org | |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com | |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com | |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com | |
| Maria V. Morris | mmorris@aclu.org | |
| Maya Abela | mabela@azdisabilitylaw.org | |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com | |
| Rita K. Lomio: | rlomio@prisonlaw.com | |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org | |
| Sara Norman: | snorman@prisonlaw.com | |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com | |
| Victoria Lopez: | vlopez@acluaz.org | |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck