Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to L.R.C.P. 83.3, attorney J.J. Rico withdraws as counsel of record for Plaintiff Arizona Center for Disability Law in the above-captioned matter. Mr. Rico respectfully requests that service and all electronic filing notices be terminated as to him.

Rose Daly-Rooney, Maya Abela, and Asim Dietrich and will continue as counsel of record for Plaintiff Arizona Center for Disability Law. Plaintiff Arizona Center for Disability Law respectfully requests that the Court continue to serve all correspondence, pleadings, and other documents and papers on the remaining attorneys of record.

DATED this 27th day of October, 2021.


**ARIZONA CENTER FOR DISABILITY LAW**


By:  s/ *Maya Abela*
Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:   rdalyrooney@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

**ARIZONA CENTER FOR DISABILITY LAW**


*Attorneys for Arizona Center for Disability Law*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 27, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel C. Barr
John H. Gray
Austin C. Yost
Karl J. Worsham
Kathryn E. Boughton
Mikaela N. Colby
Kelly Soldati
Alisha Tarin-Herman
PERKINS COIE LLP
dbarr@perkinscoie.com
jhgray@perkinscoie.com
ayost@perkinscoie.com
kworsham@perkinscoie.com
kboughton@perkinscoie.com
mcolby@perkinscoie.com
ksoldati@perkinscoie.com
atarinherman@perkinscoie.com
docketphx@perkinscoie.com

David C. Fathi
Corene Kendrick
Maria V. Morris
Eunice Hyunhye Cho
ACLU NATIONAL PRISON PROJECT
dfathi@aclu.org
ckendrick@aclu.org
mmorris@aclu.org
echo@aclu.org

Victoria Lopez
Jared G. Keenan
ACLU FOUNDATION OF ARIZONA
vlopez@acluaz.org
jkeenan@acluaz.org

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
PRISON LAW OFFICE
dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree*

*Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@strucklove.com

*Attorneys for Defendants*

s/ *Charlie Estrada*