1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
          jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

   Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
   Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*

   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

153425929.1

Notice is hereby given that Plaintiffs served the following discovery via email on October 25, 2021:

(1) Plaintiffs' Objections and Responses to Subpoena Duces Tecum to Martin Horn Dated October 8, 2021;

And the following on October 27, 2021:

(2) Plaintiffs' Objections and Responses to Defendants' Subpoena Duces Tecum to Craig Haney, J.D., Ph.D., Dated October 8, 2021;

(3) Plaintiffs' Objections and Responses to Defendants' Subpoena Duces Tecum to Pablo Stewart, M.D., Dated October 8, 2021.

Dated: October 27, 2021              **ACLU NATIONAL PRISON PROJECT**

By: s/ Maria V. Morris
David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
Eunice Hyunhye Cho (Wash. 53711)**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

Corene Kendrick (Cal. 226642)*
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

153425929.1

| | |
|---|---|
| 1 | Donald Specter (Cal. 83925)* |
| | Alison Hardy (Cal. 135966)* |
| 2 | Sara Norman (Cal. 189536)* |
| | Rita K. Lomio (Cal. 254501)* |
| 3 | **PRISON LAW OFFICE** |

1 Donald Specter (Cal. 83925)*
  Alison Hardy (Cal. 135966)*
2 Sara Norman (Cal. 189536)*
  Rita K. Lomio (Cal. 254501)*
3 **PRISON LAW OFFICE**
  1917 Fifth Street
4 Berkeley, California 94710
  Telephone: (510) 280-2621
5 Email:   dspecter@prisonlaw.com
           ahardy@prisonlaw.com
6          snorman@prisonlaw.com
           rlomio@prisonlaw.com
7
  *Admitted *pro hac vice*
8
  Victoria López (Bar No. 330042)*
9 Jared G. Keenan (Bar No. 027068)
  **ACLU FOUNDATION OF ARIZONA**
10 3707 North 7th Street, Suite 235
   Phoenix, Arizona 85013
11 Telephone: (602) 650-1854
   Email:   vlopez@acluaz.org
12          jkeenan@acluaz.org

13 *Admitted pursuant to Ariz. Sup. Ct.
   R. 38(d)
14
   Daniel C. Barr (Bar No. 010149)
15 John H. Gray (Bar No. 028107)
   Austin C. Yost (Bar No. 034602)
16 Karl J. Worsham (Bar No. 035713)
   Kathryn E. Boughton (Bar No. 036105)
17 Mikaela N. Colby (Bar No. 035667)
   Kelly Soldati (Bar No. 036727)
18 **PERKINS COIE LLP**
   2901 N. Central Avenue, Suite 2000
19 Phoenix, Arizona 85012
   Telephone: (602) 351-8000
20 Email:   dbarr@perkinscoie.com
            jhgray@perkinscoie.com
21          ayost@perkinscoie.com
            kworsham@perkinscoie.com
22          kboughton@perkinscoie.com
            mcolby@perkinscoie.com
23          ksoldati@perkinscoie.com

24 *Attorneys for Plaintiffs Shawn Jensen;
   Stephen Swartz; Sonia Rodriguez; Christina*
25 *Verduzco; Jackie Thomas; Jeremy Smith;
   Robert Gamez; Maryanne Chisholm; Desiree*
26 *Licci; Joseph Hefner; Joshua Polson; and
   Charlotte Wells, on behalf of themselves and*
27 *all others similarly situated*

28

|   |   |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 |   |
| 3 | By:  s/ Maya Abela |
| 4 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202<br>Phoenix, Arizona 85034 |
| 5 | Telephone:  (602) 274-6287<br>Email:    adietrich@azdisabilitylaw.org |
| 6 |   |
| 7 | Rose A. Daly-Rooney (Bar No. 015690)<br>J.J. Rico (Bar No. 021292)<br>Maya Abela (Bar No. 027232) |
| 8 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone:  (520) 327-9547<br>Email: |
| 11 |   rdalyrooney@azdisabilitylaw.org |
| 12 |   jrico@azdisabilitylaw.org<br>  mabela@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |

153425929.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ J. Carns

153425929.1