Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' SUPPLEMENT TO MOTION FOR RECONSIDERATION REGARDING TESTIMONY OF IN-CUSTODY WITNESSES (Doc. 4060)** |

23774493.1

1    Plaintiffs previously requested that the Court allow in-custody witnesses to appear

2    in-person at trial. *See* Doc. 4066. The Court ordered that Defendants "file a statement no

3    later than **5:00 p.m.** on **October 26, 2021**, confirming the [Court-ordered] testing was

4    performed and that technological and non-technological issues (*e.g.*, excessive noise,

5    pepper spray) identified as arising during recent prisoner depositions will not recur during

6    trial." Doc. 4085 at 2. Defendants did not file a statement by that time.

7    Plaintiffs hereby supplement their previous request in light of significant

8    technological and non-technological disruptions that occurred during remote depositions

9    of in-custody witnesses yesterday. In particular, Plaintiffs' counsel Alisha Tarin-Herman

10   defended the depositions of three named plaintiffs at ASPC-Eyman, two of whom are

11   expected to testify at trial. *See* Declaration of Alisha Tarin-Herman, filed herewith.

12   Ms. Tarin-Herman and the named plaintiffs experienced significant technological

13   disruptions, which precluded one named plaintiff from being able to view an exhibit. *Id.*

14   ¶¶ 6-48; *see also id.* ¶ 26 ("Connectivity was poor during the deposition and Defendants'

15   counsel video and/or audio feed broke up or lagged over 15 times."). In addition, the

16   connectivity was so poor that Ms. Tarin-Herman could not confer by telephone with co-

17   counsel during breaks. *Id.* ¶ 54. Finally, the first deposition of the day was interrupted

18   when a live scorpion entered the room where Ms. Tarin-Herman and the named plaintiff

19   were and had to be removed. *Id.* ¶¶ 11-12.

20   The continued technological disruptions raise concerns about the ability of in-

21   custody witnesses to testify fully. Plaintiffs previously noted that some in-custody

22   witnesses have significant disabilities. *See* 4066 at 4-5. In addition, in-custody witnesses

23   may need to review exhibits, including videos, during their testimony. For example,

24   Rahim Muhammad, is expected to testify regarding the contents of certain videos of uses

25   of force against him while on mental health watch. It will be difficult if not impossible for

26   Mr. Muhammad to view the videos simultaneously with the people in the courtroom, and

27   testify at the same time.

28

1    To avoid needless delays and disruptions during the upcoming trial, and to allow

2    the Plaintiff class to meaningfully participate in the trial, Plaintiffs request that the Court

3    allow the eight in-custody witnesses to appear in-person.

4

5    Dated:  October 27, 2021                    **PRISON LAW OFFICE**

6
                                                 By:   s/ Rita K. Lomio
7                                                      Donald Specter (Cal. 83925)*
                                                       Alison Hardy (Cal. 135966)*
8                                                      Sara Norman (Cal. 189536)*
                                                       Rita K. Lomio (Cal. 254501)*
9                                                      Sophie Hart (Cal. 321663)*
                                                       1917 Fifth Street
10                                                     Berkeley, California 94710
                                                       Telephone:  (510) 280-2621
11                                                     Email:    dspecter@prisonlaw.com
                                                                 ahardy@prisonlaw.com
12                                                               snorman@prisonlaw.com
                                                                 rlomio@prisonlaw.com
13                                                               sophieh@prisonlaw.com

14                                                     *Admitted *pro hac vice*

15                                                     Daniel C. Barr (Bar No. 010149)
                                                       John H. Gray (Bar No. 028107)
16                                                     Austin C. Yost (Bar No. 034602)
                                                       Karl J. Worsham (Bar No. 035713)
17                                                     Kathryn E. Boughton (Bar No. 036105)
                                                       Mikaela N. Colby (Bar No. 035667)
18                                                     Kelly Soldati (Bar No. 036727)
                                                       **PERKINS COIE LLP**
19                                                     2901 N. Central Avenue, Suite 2000
                                                       Phoenix, Arizona 85012
20                                                     Telephone:  (602) 351-8000
                                                       Email:    dbarr@perkinscoie.com
21                                                               jhgray@perkinscoie.com
                                                                 ayost@perkinscoie.com
22                                                               kworsham@perkinscoie.com
                                                                 kboughton@perkinscoie.com
23                                                               mcolby@perkinscoie.com
                                                                 ksoldati@perkinscoie.com
24                                                               docketphx@perkinscoie.com

25                                                     David C. Fathi (Wash. 24893)*
                                                       Maria V. Morris (D.C. 1697904)**
26                                                     Eunice Hyunhye Cho (Wash. 53711)*
                                                       **ACLU NATIONAL PRISON
27                                                     PROJECT**
                                                       915 15th Street N.W., 7th Floor
28                                                     Washington, D.C. 20005

Telephone:  (202) 548-6603
Email:      dfathi@aclu.org
            mmorris@aclu.org
            echo@aclu.org

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:      ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY
LAW**


By:   s/ Maya Abela
      Asim Dietrich (Bar No. 027927)
      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287
      Email:    adietrich@azdisabilitylaw.org

      Rose A. Daly-Rooney (Bar No. 015690)
      J.J. Rico (Bar No. 021292)
      Maya Abela (Bar No. 027232)
      **ARIZONA CENTER FOR
      DISABILITY LAW**
      177 North Church Avenue, Suite 800
      Tucson, Arizona 85701
      Telephone:  (520) 327-9547
      Email:
        rdalyrooney@azdisabilitylaw.org
              jrico@azdisabilitylaw.org
              mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability
Law*

23774493.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 27, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ Rita K. Lomio

-4-

23774493.1