Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' NOTICE TO THE COURT REGARDING TECHNOLOGY TESTING FOR IN-CUSTODY WITNESSES** |

Pursuant to the Court's Order (Dkt. 4085), Defendants provide notice with respect to the technology tests conducted on October 26, 2021 pertaining to videoconference testimony of the in-custody witnesses. Defendants provided contact information for staff at all of the facilities housing the in-custody witnesses who will be testifying at trial to Stacy Verkayk, Systems Technology Division Manager for the District Court. Ms. Verkayk and/or her staff contacted the individuals at the facilities and arranged and conducted these tests on October 26, 2021. It is important to note that the technology that will be used during trial testimony is not Google Meets on a tablet, which has apparently been the source of some of the technical difficulties during the recent depositions. Rather, the witnesses

will be escorted to a location with a computer equipped with a camera and a microphone, and will be able to connect with the court's technology directly for their testimony. Although defense counsel was not present during these tests, it is our understanding from the facility contacts that the tests were conducted without any issues. Ms. Verkayk, however, would be the best person to assess whether there were issues, as it was she and her staff who were in the courtroom during these tests.

DATED this 27th day of October, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alison Hardy: ahardy@prisonlaw.com

Asim Dietrich: adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Austin C. Yost: ayost@perkinscoie.com; docketPHX@perkinscoie.com

Corene T. Kendrick: ckendrick@aclu.org

Daniel Clayton Barr: DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi: dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter: dspecter@prisonlaw.com

Eunice Cho ECho@aclu.org

Jared G. Keenan jkeenan@acluaz.org

John Howard Gray: jhgray@perkinscoie.com; slawson@perkinscoie.com

Jose de Jesus Rico: jrico@azdisabilitylaw.org

Karl J. Worsham: kworsham@perkinscoie.com; docketphx@perkinscoie.com

Kathryn E. Boughton: kboughton@perkinscoie.com; docketphx@perkinscoie.com

Kelly Soldati ksoldati@perkinscoie.com; docketphx@perkinscoie.com

Maria V. Morris mmorris@aclu.org

Maya Abela mabela@azdisabilitylaw.org

Mikaela N. Colby: mcolby@perkinscoie.com; docketphx@perkinscoie.com

Rita K. Lomio: rlomio@prisonlaw.com

Rose Daly-Rooney: rdalyrooney@azdisabilitylaw.org

Sara Norman: snorman@prisonlaw.com

Sophie Jedeikin Hart sophieh@prisonlaw.com

Victoria Lopez: vlopez@acluaz.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Daniel P. Struck