UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY** |

The Court, having reviewed Plaintiffs' Motion to Exclude Certain Testimony (Doc. \_\_\_\_\_), and good cause appearing,

**IT IS ORDERED** granting Plaintiffs' Motion to Exclude Certain Testimony.

**IT IS FURTHER ORDERED** that:

1. Defendants' witnesses may not testify regarding the health care treatment of individuals whom the witnesses did not personally treat, or about treatment of individuals that the witnesses did not personally provide;

2. Defendants may not offer expert opinions that were not properly disclosed under Federal Rule of Civil Procedure 26;

154406295.1

3. Defendants may not offer testimony regarding potential changes to the Arizona Department of Corrections, Rehabilitation and Reentry or Centurion's policies or *modus operandi* occurring after October 15, 2021.