1  Victoria Lopez (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
          jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
7
8
9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
10
   Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
15 **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

16                    UNITED STATES DISTRICT COURT
17                         DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

154406175.1

1  Pursuant to LRCiv 5.6, Plaintiffs move for an order directing the Clerk to file under
2  seal certain documents associated with Plaintiffs' Motion to Exclude Certain Testimony.
3  Specifically, Plaintiffs move to seal Exhibit H to the Declaration of Daniel C. Barr.

4  Plaintiffs move to seal this Exhibit because it is Defendants' expert report, which
5  Defendants have designated as confidential pursuant to paragraph 3 of the Amended
6  Protective Order.

7  Dated: October 27, 2021

**PERKINS COIE LLP**

By: s/ Daniel C. Barr
　　Daniel C. Barr (Bar No. 010149)
　　John H. Gray (Bar No. 028107)
　　Austin C. Yost (Bar No. 034602)
　　Karl J. Worsham (Bar No. 035713)
　　Kathryn E. Boughton (Bar No. 036105)
　　Mikaela N. Colby (Bar No. 035667)
　　Kelly Soldati (Bar No. 036727)
　　Alisha Tarin-Herman (Bar No. 037040)
　　2901 N. Central Avenue, Suite 2000
　　Phoenix, Arizona 85012
　　Telephone: (602) 351-8000
　　Email:　dbarr@perkinscoie.com
　　　　　　jhgray@perkinscoie.com
　　　　　　ayost@perkinscoie.com
　　　　　　kworsham@perkinscoie.com
　　　　　　kboughton@perkinscoie.com
　　　　　　mcolby@perkinscoie.com
　　　　　　ksoldati@perkinscoie.com
　　　　　　atarinherman@perkinscoie.com
　　　　　　docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:　vlopez@acluaz.org
　　　　 jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

154406175.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
         ahardy@prisonlaw.com
         snorman@prisonlaw.com
         rlomio@prisonlaw.com
         sophieh@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
         mmorris@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

154406175.1

1
2  **ARIZONA CENTER FOR DISABILITY LAW**
3
4  By:   s/ Maya Abela
        Asim Dietrich (Bar No. 027927)
        5025 East Washington Street, Suite 202
5       Phoenix, Arizona 85034
        Telephone:  (602) 274-6287
6       Email:    adietrich@azdisabilitylaw.org

7       Rose A. Daly-Rooney (Bar No. 015690)
        Maya Abela (Bar No. 027232)
        **ARIZONA CENTER FOR**
8       **DISABILITY LAW**
        177 North Church Avenue, Suite 800
9       Tucson, Arizona 85701
        Telephone:  (520) 327-9547
10      Email:
          rdalyrooney@azdisabilitylaw.org
11           mabela@azdisabilitylaw.org

12      *Attorneys for Arizona Center for Disability Law*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

154406175.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

s/ D. Freouf

-4-

154406175.1