Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victor Parsons, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>                              Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>                              Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' SUPPLEMENTAL NOTICE TO THE COURT REGARDING TECHNOLOGY TESTING FOR IN-CUSTODY WITNESSES** |

Defendants, through counsel, pursuant to the court's order at Dkt. 4098, submit the following notice supplementing the notice filed at Dkt. 4098. Defendants have confirmed with all ADCRR contacts at the facilities in which remote testimony will occur, that successful testing of the AV equipment and connectivity to the court occurred on October 26, 2021. Undersigned counsel has contacted the Court's Systems Technology Division Manager to find out how the tests went on Tuesday from her perspective, and whether there is anything else that ADCRR can do to ensure that the testimony goes smoothly. As of yet, we have not heard back from her, but we will implement any improvements in the event she has suggestions. In addition, undersigned counsel has contacted all of the ADCRR

personnel responsible for coordinating this testimony and stressed the importance of preventing any technical or non-technical issues from disrupting the in-custody witness testimony.

Undersigned counsel takes full responsibility for not having filed a statement as directed on October 26, 2021.  Due to the concerns about getting the testing arranged in time to meet the court's order, and volume of activity on this case, including trial preparation and taking and defending six depositions on October 26, defense counsel failed to note the second page of the Court's order requiring filing a confirming statement with the Court.  It was not until Plaintiffs filed their supplemental pleading that we became aware that a notice regarding the testing needed to have been filed, prompting the filing of the notice at Dkt. 4097.  Counsel undersigned apologizes to the court for the oversight.

DATED this 28th day of October, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

<pre>
</pre>

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

1   I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

3   N/A

4   /s/   Daniel P. Struck