# APPENDIX G

# Tour Photos

# ASPC-Lewis

# September 13-14, 2021



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158722



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158723



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158724



*ATTENTION ALL*

Beginning 06/01/2020, All Inmates and their Cells shall be in 704 Compliance before Inmates will be allowed to go to Recreation.  Also, the Inmates will be awake and ready to exit the cell when the officers arrive.  Failure to be in compliance, or failure to be ready to submit to the strip search or any unreasonable delay once the officer arrives will be considered a refusal of Recreation and will be documented on the DO812 forms as such.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158725



EVERY SINGLE INMATE ON THIS
UNIT REGARDLESS OF STEP WILL
BE HANDCUFFED AT ALL TIMES
WHEN OUT OF THEIR CELLS.

Effective Immediately, all step 3 inmates at Rast Max (305 included) will be
handcuffed when they leave their cells. This includes recreation for step 3
inmates in both 3B5 and max custody with the exception of porters.

# Face Coverings

We have given out 1 face covering to EVERY inmate at Rast
Max.  Inmates will wear these face coverings any time they leave
their cell.  This includes recreation, showers, classes, medical,
etc.

A REFUSAL TO WEAR A MASK WILL
BE CONSIDERED A REFUSAL OF
THAT ACTIVITY

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158726



EVERY SINGLE INMATE ON THIS
UNIT REGARDLESS OF STEP WILL
BE HANDCUFFED AT ALL TIMES
WHEN OUT OF THEIR CELLS.

Effective immediately, all step 3 inmates at Rast Max (3B5 included) will be
handcuffed when they leave their cells. This includes recreation for step 3
inmates in both 3B5 and max custody with the exception of porters.

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158727

## EVERY SINGLE INMATE ON THIS UNIT REGARDLESS OF STEP WILL BE HANDCUFFED AT ALL TIMES WHEN OUT OF THEIR CELLS.

Effective immediately, all step 3 inmates at Rast Max (3B5 included) will be handcuffed when they leave their cells. This includes recreation for step 3 inmates in both 3B5 and max custody with the exception of porters.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158728



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158729



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158730



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158731



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158732



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158733



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158734



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158735



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158736



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158737



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158738



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158739



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158740



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158741



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158742



NO PERSONAL PROPERTY IS ALLOWED IN THE
WATCH POD.

Inmates on Watch are ONLY allowed a change of clothes &
state issued hygiene in their cubby.

No PERSONAL ITEMS such as: No Reading Materials, Photos,
Mail, Etc. allowed period!!!

All Inmates Personal Property is to be inventoried and kept
in the property room.

Exceptions
# NO ACCEPTIONS TO THE
RULE!!!

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158743

IF AN INMATE THAT IS ON A CONSTANT OR A 10 MINUTE WATCH AND NEEDS TO GO TO ACI MEDICAL OR COMPLEX MEDICAL HUB, THE STAFF WILL MAKE SURE THE FOLLOWING HAPPENS.

- INMATE WILL WEAR HIS SUICIDE SMOCK AND SHOWER SHOES

- INMATE WILL BE PLACED IN BELLYCHAINS AND LEG IRONS

- THE ESCORTING STAFF WILL HOLD ONTO THE INMATES ID

 - AT NO TIME WILL THE INMATE BE PLACED IN HIS ORANGE CLOTHING, BOXER, SOCKS, OR SHOES

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER PARSONS V. SHINN, USDC CV12-00601

ADCRR00158744



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158745



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158746



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158748



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158749



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158750



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PARSONS V. SHINN, USDC CV12-00601

ADCRR00158751



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158752



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158753



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158754



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158755



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158756



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158757



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158759



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158760



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158761



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158762



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158763



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158764



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158765



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158766



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158767



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158768



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158769



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158770



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PARSONS V. SHINN, USDC CV12-00601

ADCRR00158771



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158773

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158775



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158776



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158777



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158778



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158779



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158780



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158781



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158782