Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**DEFENDANTS' ANTICIPATED WITNESS LIST** |

Pursuant to the Court's October 29, 2021 Order (Dkt. 4112), Defendants submit the following list of witnesses who they intend to call at trial, including estimated times for direct, cross (which Plaintiffs provided), and redirect examination.[1] Defendants reserve the right to withdraw any of these witnesses or call additional witness they have listed in the proposed Final Pretrial Order for Bench Trial, depending on the evidence elicited during Plaintiffs' case-in-chief. The estimated examination times may also fluctuate depending on the evidence elicited during Plaintiffs' case-in-chief and the scope of their cross examinations.

---

[1] Pursuant to the Court's Order, Defendants provided Plaintiffs with the amount of time for cross-examination of their witnesses.

## DEFENDANTS' WITNESSES

|  | **Direct** | **Cross** | **Redirect** |
|---|---|---|---|
| Dr. Antonio Carr | 1 hour | 45 minutes | 15 minutes |
| Tom Dolan | 45 minutes | 30 minutes | 15 minutes |
| Larry Gann | 1.5 hours | 1 hour | 30 minutes |
| Dr. Kendrick Gray | 45 minutes | 15 minutes | 15 minutes |
| Dr. Elijah Jordan | 45 minutes | 30 minutes | 30 minutes |
| Warden James Kimble | 1 hour | 30 minutes | 15 minutes |
| Dr. Stephanie Leonard | 30 minutes | 20 minutes | 10 minutes |
| Katie Masters | 30 minutes | 15 minutes | 10 minutes |
| Jackie Miller | 30 minutes | 15 minutes | 10 minutes |
| Bianca Mocha | 30 minutes | 15 minutes | 10 minutes |
| Dr. Owen Murray | 45 minutes | 2 hours | 1 hour |
| Dr. Wendy Orm | 1 hour | 30 minutes | 30 minutes |
| Dr. Joseph Penn | 45 minutes | 1.5 hours | 1.5 hours |
| Dr. Grant Phillips | 1 hour | 30 minutes | 30 minutes |
| Dr. Abel Salazar | 45 minutes | 30 minutes | 30 minutes |
| ADW Kaci Schwestak | 45 minutes | 30 minutes | 15 minutes |
| Dr. Josephine Sharr | 40 minutes | 30 minutes | 10 minutes |
| Director David Shinn | 40 minutes | 45 minutes | 15 minutes |
| Dr. Bobbie Pennington-Stallcup | 2 hours | 1 hour | 30 minutes |
| DD Frank Strada | 45 minutes | 30 minutes | 45 minutes |
| Warden Jeff Van Winkle | 1.5 hours | 1 hour | 15 minutes |
| Dr. Johnny Wu | 45 minutes | 15 minutes | 15 minutes |

DATED this 31st day of October, 2021.

                STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                By /s/ Daniel P. Struck
                   Daniel P. Struck
                   Rachel Love
                   Timothy J. Bojanowski
                   Nicholas D. Acedo
                   3100 West Ray Road, Suite 300
                   Chandler, Arizona 85226

                *Attorneys for Defendants*

3

# CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

1   I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/   Daniel P. Struck