Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **PLAINTIFFS' REVISED WITNESS SCHEDULE** |

23774493.1

1       Plaintiffs hereby file a revised witness schedule listing the amount of time

2   Plaintiffs expect to spend on direct and redirect examination, and the amount of time

3   Defendants expect to spend on cross examination, of Plaintiffs' witnesses. *See* Doc. 4112.

4   **PLAINTIFFS' REVISED WITNESS SCHEDULE**

5

| | Direct | Cross | Redirect |
|---|---|---|---|
| Monday, November 1 | | | |
| Kendall Johnson | 1.5 hours | 10 minutes | 15 minutes |
| Robert Joy | 1 hour | 2 hours | 2 hours |
| Tuesday, November 2 | | | |
| Ronald Slavin | 1 hour | 30 minutes | 15 minutes |
| Laura Redmond | 1.5-2 hours | 20 minutes | 30 minutes |
| Travis Scott | 1.5 hours | 1 hour | 15 minutes |
| Wednesday, November 3 | | | |
| Dr. Pablo Stewart[1] | 1 hour | 3.5 hours | 2 hours |
| Dustin Brislan | 1.5 hours | 30 minutes | 15 minutes |
| Jessica Carns[2] | 15 minutes | 10 minutes | 15 minutes |
| Thursday, November 4 | | | |
| Dr. Craig Haney | 1 hour | 3 hours | 2 hours |
| Rahim Muhammad | 1.5 hours | 35 minutes | 15 minutes |
| Friday, November 5 | | | |
| Dr. Stefanie Platt | 2 hours | 45 minutes | 30 minutes |
| Lori Stickley | 1 hour | 1 hour | 15 minutes |
| Anthony Coleman | 1 hour | 1 hour | 15 minutes |
| Monday, November 8 | | | |
| Jason Johnson | 1 hour | 30 minutes | 15 minutes |
| Martin Horn | 1 hour | 2.5 hours | 2 hours |

---

[1] If necessary, Dr. Stewart will continue his testimony on Thursday, November 4 (3-5 pm), or Friday, November 5 (9-11 am).

[2] Ms. Carns is available to testify in the afternoon any day the first week.

| Tuesday, November 9 | | | |
|---|---|---|---|
| Shawn Jensen | 45 minutes | 20 minutes | 15 minutes |
| Gabriela Pelsinger | 15 minutes | 10 minutes | 15 minutes |
| Dr. Todd Wilcox[3] | 1 hour | 4.5 hours | 2 hours |
| Wednesday, November 10 | | | |
| Tania Amarillas | 15 minutes | 10 minutes | 15 minutes |
| Ronald Hochrine | 1 hour | 30 minutes | 15 minutes |

Dated:  October 31, 2021                     **PRISON LAW OFFICE**

By:   s/ Rita K. Lomio
Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
              ahardy@prisonlaw.com
              snorman@prisonlaw.com
              rlomio@prisonlaw.com
              sophieh@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
              jhgray@perkinscoie.com
              ayost@perkinscoie.com
              kworsham@perkinscoie.com

---

[3] If necessary, Dr. Wilcox will continue his testimony on Wednesday, November 10.

-2-

23774493.1

kboughton@perkinscoie.com
mcolby@perkinscoie.com
ksoldati@perkinscoie.com
docketphx@perkinscoie.com

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
            mmorris@aclu.org
            echo@aclu.org

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
        Asim Dietrich (Bar No. 027927)
        5025 East Washington Street, Suite 202
        Phoenix, Arizona 85034
        Telephone: (602) 274-6287
        Email:   adietrich@azdisabilitylaw.org

        Rose A. Daly-Rooney (Bar No. 015690)
        J.J. Rico (Bar No. 021292)
        Maya Abela (Bar No. 027232)
        **ARIZONA CENTER FOR**

-3-

23774493.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
        jrico@azdisabilitylaw.org
        mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

23774493.1

1

**CERTIFICATE OF SERVICE**

2

   I hereby certify that on October 31, 2021, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand

7

Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov

8

Lucy.Rand@azag.gov

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski

10

Nicholas D. Acedo
Ashlee B. Hesman

11

Jacob B. Lee
Timothy M. Ray

12

Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

13

dstruck@strucklove.com
rlove@strucklove.com

14

tbojanowski@strucklove.com
nacedo@strucklove.com

15

ahesman@strucklove.com
jlee@strucklove.com

16

tray@strucklove.com
aorcutt@strucklove.com

17

*Attorneys for Defendants*

18

19

                        s/ Rita K. Lomio

20

21

22

23

24

25

26

27

28

-5-

23774493.1