MAGISTRATE JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA –

**U.S. Senior United States District Judge:** Roslyn O. Silver    **Date:** November 1, 2021

**Case Number:** CV-12-00601-PHX-ROS

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Dan Specter | Timothy Bojanowski |
| | Maya Abela | Rachel Love |
| | Daniel Barr | Ashlee Hesman |
| | David Fathi | Daniel Struck |
| | Alison Hardy | Timothy Ray |
| | Corene Kendrick | |
| | Kathryn Boughton | |
| | Mikaela Colby | |
| | Maria Morris | |

### BENCH TRIAL-DAY ONE

8:50 a.m. Court is in session. Plaintiffs are not present. Warden Jeffery Van Winkle, Client Representative for Defendants, is present. Defendant Larry Gann is present. Preliminary trial issues discussed. Plaintiff moves to invoke the Rule of Exclusion and that motion is granted. 8:59 a.m. Court stands in recess.

9:11 a.m. Court resumes. Same parties present. Kendall Johnson, appearing via video teleconference, is sworn, examined, and cross-examined. Plaintiff's Exhibits 2380, 2381, 2382, 2383, 2384, 2385, 2386 are admitted under seal. Defense counsel raises objections to Robert Joy's testimony. Argument heard. 10:21 a.m. Court stands in recess.

10:45 a.m. Court resumes. Same parties present. Further argument made regarding defense's objections as to Robert Joy's testimony. The Court preliminarily overrules the objections but will rule on further objections as they are raised during Mr. Joy's testimony. Robert Joy is sworn and examined. 12:06 p.m. Court stands in recess.

1:07 p.m. Court resumes. Same parties are present. Robert Joy is sworn, cross-examined and questioned by the Court. Defendant's Exhibit 3053 is admitted. Defendant's Exhibit 5624 is admitted. Defendant's impeachment Exhibit 5625 is identified. Defendant's impeachment Exhibit 5626 is admitted. 3:11 p.m. Court stands in recess.

3:31 pm Court resumes. Same parties are present. Counsel argue to the Court regarding a discovery dispute. The Court will give Plaintiffs additional time to take the deposition of Dr. Joseph Penn. Plaintiffs shall, in good faith, try to complete the deposition within the 7-hour time frame. Robert Joy resumes the stand and is examined on re-direct, cross-examined, questioned by the Court and excused. Jessica Carns, appearing via video teleconference, is sworn, examined, cross-examined and excused. Plaintiff's Exhibits 1980 and 1981 are admitted over Defendant's objection.

**CV-12-00601-PHX-ROS**  November 1, 2021
**Parsons et al v. Ryan et al**  Page 2 of 2

4:33 p.m. Court stands in recess until 8:30 a.m. on Tuesday, November 2, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Linda Schroeder-Willis (AM)
　　　　　　　Tricia Lyons (PM)

**Bench Tr: 5h 47m**
**Start:  8:50 am**
**Stop:   4:33 pm**