# Exhibit A

November 10, 2020

**BY ELECTRONIC MAIL ONLY**

Tim Bojanowski
Struck, Love, Bojanowski & Acedo, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
tbojanowski@strucklove.com

      Re:    *Parsons v. Shinn* – **patient in urgent need of mental health treatment**
               **Ronald Slavin, ADC No. 142019, ASPC-Eyman, Cook**



National Prison Project
915 15th Street, NW
7th floor
Washington, DC 20005
(202) 393-4930
aclu.org

David C. Fathi
*Director*
*Attorney at law\**

*\*Not admitted in DC; practice limited to federal courts*

Dear Mr. Bojanowski:

Plaintiffs write regarding Ronald Slavin, ADC No. 142019, a class member in urgent need of adequate mental health care who is currently housed at ASPC-Eyman, Cook.

Mr. Slavin is diagnosed with bipolar disorder, schizophrenia, major depression, and anxiety. He is classified as SMI. He carries a mental health score of MH-3A. He is currently prescribed Wellbutrin.

Mr. Slavin reports having auditory hallucinations. He has been recognized by staff as seeming depressed and anxious. (*See* Individual Counseling note, 10/15/20) The psychologist who has seen him most recently found that he "appears to need more mental health resources than are available at this location" and that he is "a good candidate for referral to the MTU." (*Id*.)

Despite the serious nature of Mr. Slavin's diagnoses, his ongoing symptoms, and the recognition by mental health staff that he needs more treatment than he is receiving, he mental health care since the beginning of August has consisted of just two individual counseling sessions and an encounter with the psychiatrist. (*See* Individual Counseling note, 10/15/20; Individual Counseling note, 8/27/20; Psychiatry Progress Note, 8/27/20) None of Mr. Slavin's recent mental health encounters have satisfied the Court's order in this matter (*see* Doc. 3518):

| Individual Counseling note, 10/15/20 | 25 minutes |
|---|---|
| Individual Counseling note and Treatment Plan Review, 8/27/20 | 10 minutes |
| Psychiatry Progress Note, 8/27/20 | 10-20 minutes for "face to face appointment and Clinical preparation" |

PLTFS002131



Additionally, there are two notes in Mr. Slavin's record that he was to be seen for mental health care on October 5 and October 29, but that on these two dates, he was not seen because "he [was] under COVID-19 quarantine lockdown." (*See* Non-Clinical Contact Note, 10/5/20; Non-Clinical Contact Note, 10/29/20)  During the same time period, there is nothing in Mr. Slavin's notes indicating that he was sick with COVID-19, and he was seen by medical staff on several occasions. (*See, e.g.,* Medical Provider Follow Up Care, 10/29/20; Medical Provider Follow Up Care, 10/6/20) His scheduled mental health care should have occurred.

We ask that Mr. Slavin be transferred to a location where he can access the mental health treatment he needs on an urgent basis.  If a determination is made that it is not safe to transfer Mr. Slavin immediately because of concerns relating to COVID-19, he should be closely followed by a psychiatrist or doctoral-level psychologist, and receive regular, confidential, and out-of-cell meetings with mental health staff that comply with Court-ordered minimum durations until he is transferred (see Doc. 3518).  The transfer should be effected as soon as possible.

Sincerely,

Maria Morris

cc:     All counsel