# Exhibit B

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

Timothy J. Bojanowski
480.420.1604
tbojanowski@strucklove.com

November 24, 2020

***VIA EMAIL ONLY***
Maria Morris
American Civil Liberties Union
Legal Department
NATIONAL PRISON PROJECT
915 15th Street, NW
7th Floor
Washington, DC 20005-2112

**Re: *Parsons v. Shinn***
**Ronald Slavin (142019) ASPC-Eyman//Cook**

Dear Maria:

We write in response to your letter of November 10, 2020 regarding inmate Ronald Slavin. Inmate Slavin is housed in an open yard and has shown the ability to work, socialize, and function within this setting. His numerous encounters with medical and mental health staff document his ability to describe symptoms, identify coping skills, identify goals, and show his awareness of his medical comorbidities. He has been offered coping skills training and psychotherapy to improve his personal insight. However, he has refused the offered services, and instead requested "Psychodrama" therapy. The goals of Psychodrama therapy can be achieved with current available mental health services at Eyman.

Inmate Slavin routinely reports the benefits of his current psychotropic medications. At this time, based upon his description of his hallucinations, lack of delusions, and lack of disorganized speech or behavior, further pharmacological treatment is not indicated.

Inmate Slavin has access to psychological, psychiatric, and various other mental health and medical services. He has shown the ability to use health services requests to address his health care needs. Further, he is living in an environment that offers various mental health wellness opportunities. An interdisciplinary treatment team assessed his treatment and condition on November 20, 2020 and determined that inmate Slavin has access to appropriate mental health services to manage his conditions. The Eyman mental health team will continue to assess inmate Slavin's mental illness and identify and implement indicated services.

Finally, the length of individual mental health treatment sessions does not directly correlate to their quality. Treatment sessions that fall below the amount of time prescribed by the Stipulation are reviewed to determine whether they meet substantive clinical standards. Here, there is no evidence that inmate Slavin's sessions fell below the standard of care.

Please let us know if you have any further questions.

Regards,

Timothy J. Bojanowski

TJB/KLH/eap
cc: Counsel of Record