CV-12-601-PHX-ROS
CV-12-0066-PHX-ROS
Parsons v. Ryan - Shinn.

October 30th, 2021, Friday

Bradley W. Kennedy, D.D.S., aka formally dba ABLE FAMILY DENTISTRY P.C.
ADOCR&R No. 211800 Eyman-Cook Unit 5A15 Upper
4374 E. Butte Ave., P.O. Box 3200, Florence, AZ 85132. PH: 520.868.0201

| | | |
|---|---|---|
| Centurion of Arizona | Judge Roslyn A. Silver | Gov. Douglas A. Ducey |
| Legal E/O Malpractice Claim | U.S. Dist. Ct. of Arizona | Kyle Smith Attorney Assoc. |
| 1850 W. Rio Salado Pwk Way | 401 W. Washington St. | 1700 W. Washington St. 9th Fl. |
| Suite 209 | Phoenix, AZ 85003 | Phoenix, AZ 85007 |
| Tempe, AZ 85281 | PH: 602.322.7520 | PH: 602.542-4331 |
| PH: 480.877.9152 | www.azd.uscourts.gov | www.az.governor.gov |

FILED ___ LODGED
___ RECEIVED ___ COPY

NOV 01 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

RE: 1) Request Centurion of AZ contractor psychologist Error-Omission malpractice policy & claim forms, 2) be witness & evidence at trial, and 3) pardon request #6 be granted by Gov. Ducey in

DNA Don't Lie
But Bad Prosecutors Do
Block and Mock Justice ©
Eye-opening series Part 6

State v. Kennedy, Case No. CR2003-031405, MCSCt.
Kennedy v. Judge Patrick Irvine, 1CA-SA-12-0016, abruptly resigned
Parsons v. Ryan-Shinn, etal., USDCt AZ, Case# CV-12-0066-PHX-ROS
Kennedy, State Bar AZ, Case No. 20-1228, W.G. Montgomery; Converts $4.6 million Rape Kit test, block DNA test - fraud; 1903 bullet, 6 pubic hairs of 3 pedeophiles

Greetings Centurian of AZ, Judge Silver, Gov. Ducey and parties with standing,

Please intervene. Relief from this Court, Governor and federal agencys is urgently needed.

September 14, 2021, my letter to testify & evidence at November 1st, 2021, Parsons trial, and pardon request failed to be answered.

Second, October 22, 2021, Centurion of Arizona ("COA") failed to produce 2006 to 2011, mental health records. Also, 2012 to present, psychologist names appear who claim to have seen diagnose or treated me; when infact many never saw me. They created false psychological records. In violation of court-ordered compliance measures in a settlement agreement - Contract, Parsons v. Ryan-Shinn, etal.

Please provide Error-Omission ("EO") malpractice psychologist policy, and rider-tail and claim forms for:

1. M. Knowintin, psychologist
2. Linda Magellen, psych. associate
3. M. Marks, psychologist, clerk
4. Darte Krystle, MA clerk
5. Amber Ornelas, COAMA
6. Able Erin, psych. associate
7. Ruth M. Tenrreiro, psychologist
8. Crystal Tart, psychologist
9. L. Soriano, psychologist

Thank you for your consideration.   Respectfully, /s/- Bradley W. Kennedy, D.D.S.

Enclosure:
CC: Merrick Garland, AG, USDOJ, & Gurbir Grewal, Director, Securities & Exchange Commission SEC
    950 Pennsylvania Ave., N.W. Washington DC 20530, SEC to shift Its Policy on Accountability, Companies would again have to admit wrongdoing when settling certain cases, WSJ, by David Michaels, 10/14/2021.
Diego Rodriguez, Att'y, Martin Quezada. Att'y, AZ State Capital Complex, 1700 W. Washington St. PHX AZ 85007.
Greg Stanton Att'y, Ruben Gallego, U.S. House of Rep.   MCBOS, 301 W. Jefferson St. PHX AZ 85003; Media investigators.
21YC18:10/29/2021

September 14th, 2021 Tuesday

Bradley W. Kennedy, D.D.S., aka formally dba ABLE FAMILY DENTISTRY PC
ADOC R&R No. 211800  Eyman-Cook Unit, 5A13 Upper
4374 E. Butte Ave., P.O. Box 3200, Florence, AZ 85132, PH: 520.868.0201

Governor Douglas A. Ducey
1700 W. Washington St. 9th Floor
Phoenix, AZ 85007
PH: 602.542.4331
www.azgovernor.gov

Judge Roslyn O. Silver
U.S.D. CT. of Arizona
401 W. Washington St.
Phoenix, AZ 85003
PH: 602.322.7520

Merrick Garland A.G.
U.S.D.O.J.
950 Pennsylvania Ave.
N.W. Washington, D.C. 20530
PH: 202.514.2000  SLD
Ref: 168-8-01667750

RE: 5th Pardon Request & investigate-oust Librarian Ms. T. Dixon and Sycophant co-conspirators - Murdered Joel K. Barr, Prison Rape Elimination Act "PREA", thieft, blocked invocations et al.

DNA Don't Lie
But Bad Librarians' Do
Block and Mock Justice©

Eye-opening Part 5

Precedent-Stare Decis- DNA Actual Innocence Cases.
See Arizona v. Youngblood, 488 U.S. 51 (1988), and
State of AZ v. Ray Krone, Case No. CR92-00212, twice convicted,
April 2, 2002, DNA freedom after 10 years wrongfully imprison
Read Jingle Jangle, ©2007 by Jim Rix, Krone's "Snaggle Tooth Murder." Forensic Files TV Show on Krone's ordeal.
State v. Kennedy, Case No. CR2003-031405-001SE; Parsons v. Ryan-Shinn, ADOC et al, U.S.D. CT AZ, No. CV-12-0066-PHX-ROS
Kennedy v. Thompson - Mark Brnovich et al, U.S.D.CT. AZ Case No CV-17-04300 PHX-EMS-ESW.

Greeting Gov. Ducey, Judge Silver, and A.G. Garland,

Please investigate forecited ADOC R&R librarian-stakeholders' bad acts, violations and murder.

March 28, 2018, head stomped former AZ governor candidate Joel K. Barr, ADOC #180015, was "green-lighted for retalitation assault" by librarians, para-legal, legal access Monitor Ms. Purdean, and staff, who were the subject of his lawsuit. Killing Joel stopped his lawsuit. Deceased Joel a former MENSA, 1st Amendment whistleblower, owned & published the Phoenix Grape Vine, a bi-weekly newspaper. ADOC's culpable parties ignored Joel's plea for help, denied-delayed treatment - brain bleed killed him. Staff escaped prosecution and pretended his murder never happened, but an untenable video should exist.

August 17, 2021, over 60 PREA complaints were made to ADOC R&R director David Shinn or his subordinates. Over 200 prisoners were stripped down to boxer underwear and sandals, herded outside, forced to sit on dirt or a curb. Next they were paraded across the prison yard in view of T. Dixon, then forced to squat, spread their buttocks against a chain link fence as an unmuzzled dangerous dog growled at their rectums, all on untenable video. Also, 9/7/21, T. Dixon left word for auditor to block copys to Gov. Ducey.

Judge Silver, I request to testify, in Parson's case, how ADOC treated me with skin lotion, waiting years for a biopsy, only to be diagnosed with two (2) cancers, followed by surgery and disfiguring scars.

Gov. Ducey ousted former ADOC director C. Ryan, who served at his pleasure, til media video exposed Ryan's bad acts. Please purge-oust librarian Murders, and vet Clemency Board. And grant my pardon with certificate of Innocence, via, Precedent, Youngblood, Krone, Stare Decis cases, DNA doesn't Lie But Bad Prosecutors & Librarians Do.

Thank you for your consideration.  Respectfully -/S/- Bradley W. Kennedy D.D.S.
Enclosures: State v. Kennedy AUG. 7, 2015, Motion... Hearing... Injunctive Relief... THEFT of Mail.... Pardon
CC, ACLU, Attorneys & Media  ARS.§13-4240(K), per Gov. D. Ducey, or President Barack Obama, at page 2, paragraph 8 ¶ :"
21VA128: 09/14/21

[handwritten top margin:] B25 ... Pol#: 401-615-65-21 / National Union Fire Insurance Company of Pittsburgh, PA. for THE STATE OF ARIZONA, ITS AGENCIES, UNIVERSITIES, BOARDS AND COMMISSIONS. DMW /7/15 [BANDY JOHNSON Supervisor]



# ARIZONA DEPARTMENT OF PUBLIC SAFETY
## SCIENTIFIC EXAMINATION REPORT

DR NO. 1999064314

Page 1 of 1

AGENCY: Maricopa County Sheriff's Office
FILE NO.: 9925075
OFFICER: BAILEY, #1148
DATE: July 12, 2005
NAME(S): KENNEDY, BRADLEY

**ITEMS:**

#100.    Apparent hairs and fibers

**EXAMINATION REQUESTED:**

DNA

**RESULTS and CONCLUSIONS:**

Human DNA was isolated from Item #100. The DNA was characterized using the polymerase chain reaction (PCR) at amelogenin and the short tandem repeat (STR) loci D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX and CSF1PO.

Inconclusive or no results were obtained from Item #100A (one hair) at all 13 STR loci. Results obtained at amelogenin indicate the contributor is a female.

The partial DNA profiles obtained from Items #100B (three hairs) and #100C (two hairs) are mixtures. Item #306 (Bradley W. Kennedy*) can be excluded as a contributor to these mixtures.

Portions of Item #100 have been retained in laboratory frozen storage.

*See AZ DPS report dated March 31, 2003.

*Stacie R. Raymond*

CUSTODY OF EVIDENCE

RECEIVED      D.P.S. Property
DISPOSITION   D.P.S. Property

STACIE R. RAYMOND, #6379
Criminalist
Central Regional Crime Laboratory
(602) 223-2848

*Accredited by the ASCLD Laboratory Accreditation Board*

*Any notes, photographs, charts, or graphs generated during the examination are retained in the laboratory.*

[handwritten bottom margin:] "18 U.S.C. §3600 A(f) Criminal penalty.— Whoever knowingly and intentionally destroys, alters or tampers with biological evidence that is required to be preserved under this section with the intent to prevent that evidence from being subject to DNA testing or prevent the production or use of that evidence in an official proceeding shall be fined under this title, imprisoned for not more than 5 years, or both." Innocence Protection Act of 2004. (Eff. Oct. 30, 2004); See also 18 U.S.C. § 241

[handwritten left margin:] "Liability therefore attaches" - A.R.S. §§ 38-259, 38-2(b), 41-621(1)(1)(2), Employee dishonesty, losses arising out of contractual breaches", R.T. 8/21/2011 at p.156, Violation 18 U.S.C. § 3600A(f) re: Kennedy, R.T. 8/21/2011 at p.156. 1999 DNA cold case, untested evidence or concealed DNA reports upon exclusion Dr. Kennedy. Concealment of Exculpatory Evidence, AZ DPS DNA UNIT PHONE MESSAGE LOG(s) R.T. 8/21/2006 at p. 78 ; 1999 to 2013

[handwritten right margin:] Note, DNA hair profiles of 3 perpetrators, 1 female 2 males, were knowingly concealed, kept from being added to FBI national data base – the Combined DNA Index System (CODIS). A.R.S. §§ 41-2401, 41-2418. STAKEholders – concealed any CODIS "hit" or "match" or AAFIS hit or match. They failed investigate DNA evidence, failed to use DNA as a tool to identify, locate, prosecute the guilty and a method to exonerate wrongfully convicted. Concealed; CODIS takes 2 to 3 minutes, once uploaded in system to generate a "hit" or "match" RT-8/21/06 at p. 78. A "hit" or "match" is followed by CODIS with Confirmation, e-mail, 2) Confirmation letter, and 3) Confirmation phone call. They concealed AZ DPS DNA UNIT PHONE MESSAGE LOG(s) RT-8/21/2006 at p.78. DNA reveals the truth. "State concealed likely perpetrators DNA in CODIS, State v Christopher G. Shark case no. 1994-DI44316 or plead guilty Sache child porno; or were clear link evidence, public officers use position of trust to cover-up child rape, abduction, murder of children in their neighborhood, Mikelle Biggs, RT-8/21/2006 at p.156.

[handwritten far left:] B5/

BRADLEY Wm. KENNEDY, D.D.S.
A.D.C. No. 211800
A.S.P.C., Eyman Cook Unit
4374 E. Butte Ave.
P.O. Box 3200
Florence, AZ 85132-3200
PH:(520) 868-0201
Pro persona.



AUG 07 2015
MICHAEL K JEANES, CLERK
J. HARBOUR
DEPUTY CLERK

IN THE SUPERIOR COURT
COUNTY OF MARICOPA STATE OF ARIZONA

| STATE OF ARIZONA, | Case No. CR2003-031405 001 SE |
|---|---|
| Respondent, | MOTION FOR EXTENSION TO FILE REPLY TO STATE'S RESPONSE TO APPLICATION PURSUANT TO A.R.S. §13-4240 FOR TESTING DNA COLD CASE EVIDENCE & |
| VS. | HEARING TO RECTIFY HIDDEN EXCLUPATORY AZ DPS DNA REPORTS BRADY/GIGLIO EVIDENCE THAT DEMONSTRATE DR. KENNEDY'S ACTUAL INNOCENCE - WRONGFUL CONVICTION & |
| | VACATE CONVICTION WITH PREJUDICE - ACQUITTAL WITH CERTIFICATE OF INNOCENCE & SPEEDIER PRISON RELEASE.... (A.R.S. §13-4240(K)) |
| BRADLEY WILLIAM KENNEDY, | MOTION A.R.S. §44-1408(B) ORDER INJUNCTIVE RELIEF - CEASE & DESIST ILLEGAL CENSORSHIPS DELAY, THEFT, OF INCOMING & OUT GOING MAIL, RETURN STOLEN DOCUMENTS, BY NOTARY PUBLIC - PRISON STAFF'S RETALIATORY - REPRISAL - PRACTICE. |
| Petitioner, | Telephonic Evidentary Hearing Requested A.R.S. §13-4238 Assigned to Judge Danielle J. Viola |

STATE OF ARIZONA } ss
COUNTY OF PINAL }

¶1. Petitioner (here-in "Dr. Kennedy") moves this Court for extension to file reply, to States response. And also, moves this Court A.R.S. §44-1408(B) order injunctive relief cited above, See Nordstrom v. Ryan, 762 F.3d 903 (2014), made in good faith and not for delay, and supported by memorandum of points and authorities, submitted this 6th day, August 2015, to ADC Staff "U.S. mail personal.

MEMORANDUM OF POINTS AND AUTHORITIES

¶2. ISSUE ILLEGAL CENSORSHIP, Delay of Incomming & Out Going Mail, Theft of Documents, Retaliation - Reprisal by Arizona Department of Corrections (DOC) personnel, & Notary Public's, Prison Officials read Dr. Kennedy's legal mail. They Claim Entitlement to do so, And that His Right to Private Consultation with Counsel has Been Chilled State a Sixth Amendment Claim. Nordstrom Supra at [14] See Enclosure. This Issue was litigated & Relief Granted 9th Cir. App. Ct. August 11, 2014. Rule 201(d) Ariz. R. Evidence, judicial notice mandatory request

PAGE 1 of 7

DNA ACTUAL Innocen

# I  FACTUAL AND PROCEDURAL BACKGROUND

### Who-Dun-It 16 Year-Old Cold Case - Hidden Exonerating DPS, DNA Reports & Phone Logs

¶3 The Threat Unit detectives of MCSO Joe Arpaio, and prosecutors DNA tested only evidence they choose to te When DNA tests excluded Dr. Kennedy and implicated 3 people - 1 female & 2 males, by their DNA hair profiles as the true perpetrators, and corroborated by fingerprints, surveillance video and hundreds pages of hidden reports & evidence.   Prosecutors & Threat Unit dets. actively hide DPS, DNA UNIT PHONE MESSAGE LOG(s), saliva, hair & fiber evidence reports.   They kept the 3 perpetrators DNA hair profiles from being added to, and checked/ran against profiles in the FBI's CODIS & NDIS's 11.6 million offender profile/unsolved cases, & Arizona's SMALL POND's 350,000 offender/convict DNA data bases.

¶4 DPS, DNA hair profiles of 3 perpetrators, failed to be converted to sets of numbers that can be put into CODIS - that lets agencies easily compare DNA profiles they obtain to those cases, and other offender data bases, and has the potential to pinpoint suspects, convict perpetrators and exonerate wrongfully convicted, i.e., actually innocent Dr. Kennedy.

¶5 Illogical - Non-sequitur, unless jury knows Threat Unit detective(s) are boyfriends to ex-wife of Dr. Kennedy. Detectives, who hide exculpatory DNA, fingerprint reports & surveillance video and perjured theirselves before grand & trial jurys, with prosecutors in concert. Ex-wife boyfriend Det. Alan Romer 1/29, 30/2003 burglarized Dr. Kennedy's dental office safes of: $756,501.⁰⁰ deeds, $250,000 Realestate, $100,000.⁰⁰ cash, DEA narcotics, ⊕ heirlooms & other property. They    had records sealed, for their own benefit,   & hide exculpatory DNA reports.

¶6 Jurys never saw Exculpatory DPS DNA UNIT PHONE MESSAGE LOG(s), saliva, hair & fiber, reports that excluded Dr. Kennedy, 1 in 37 quadrillion Caucasions, 1 in 8.3 quadrillion African-Americans, and 1 in 99 quadrillion Hispanics, June 20, 2006 DPS DNA Report. Newly discovered facts that would have changed the sentence by clear & convincing evidence, that no reasonable fact-trier would have found Dr. Kennedy guilty, Rule 32.1(e)(g)(h), & Rule 32.4(a) Ariz. R. Criminal Procedure, & A.R.S. § 13-4240 (K).

¶7 9/30/2009 unpublised, Appellant Div. 2, ct., opinion. Failed to cite Exculpatory DNA, fingerprint & surveillance video evidence   and affirmed (wrongful) conviction.   Rule 201(d) Ariz. R. Evidence. DNA is not cited once in their opinion.

¶8 Dr. Kennedy has exercised due diligence in securing hidden exonerating exculpatory DPS, DNA reports, and is entitled to relief, A.R.S. §13-4240 (K), and pardon per Gov. Doug Ducey or President Barack Obama.

Dr. Kennedy claims Arizona Department of Corrections (ADC) Director Charles Ryan and his employees/staff/ notary publics)/ librarian(s)/ paralegal, has policy and practices of delay, censorship, theft, of outgoing/incoming legal mail, deny access to statutes, failure to intervene & failure to interceed, failing to supervise, failing to discipline, ratifying & acquiescing in unconstitutional conduct, 1st, 4th, 5th, 6th, 14th Amend, rights violation & retaliatory/reprisal practices, for blowing the whistle on their illegal acts, to Attorney General Civil Rights Enforcement Division, AZ Inspector General Brian Cusomano, & local authorites. Retal

## JURISDICTION

¶9 Under Uniform State Anti-trust Act A.R.S. §§44-1401 to 44-1426 (eff. 9/9/1974), this Court has jurisdiction in which the events had an effect §44-1406(b).   And, §44-1406(c), upon motion by Dr. Kennedy and good cause shown, the court Judge Danielle Viola, may make any further orders in the proceeding that justice requires to protect Dr. Kennedy from unreasonable, annoyance, embarassment, oppression, burden or expense.   A wrongful conviction is an oppressive burden.

Rule 201(d) Ariz. R. Evid. ie, Ray Krone's DNA. Actual Innocence Exoneration

PAGE 2 of 7

¶10  An extension of 30 days to file Reply to State's Response, as a direct and proximate result ADC Director Ryan's failed his duty to intervene, and prevent his employees' illegal censorship, tampering with, delaying incoming & outgoing legal mail and theft of US mail, so Dr. Kennedy asks in good faith and not to delay. Always entitled to injunctive relief for good cause, and Ryan's flagrant violation A.R.S. §44-1408(B). Prejudice ensued Dr. Kennedy.

¶11  The following facts are undisputed:

a. August 11, 2014, (8/11/14) Nordstrom v. Ryan, 762 F.3d 903 (9th Cir. App.Ct. 2014) was decided and Injunctive Relief granted. Ryan & his staff guilty Sixth Amendment claim-illegal censorship read Nordstrom's outgoing legal mail. See Enclosure. Rule 201(d) Arizona Rules of Evidence.

b. 4/14/2015, ADC-notary Public, librarian, T. Dixon read confidential outgoing legal mail to DNA lawyers-Neufeld, Scheck & Brustin, L.L.P. (NS&B), and stole a document/exhibits. See AFFIDAVIT-Case No. CR2003-031405 00/SE. Declaration of Dr. Kennedy. Rule 201(d) Ariz. R. Evid.

c. 4/20/15, T. Dixon admits taking documents (theft ARS §13-1801, 13-1802) after upon "scanning the documents" [illegal censorship] See Inmate Disciplinary Report-enclosed. Rule 201(d) Ariz. R. Evid. - retaliation & reprisal by Dixon.

d. 6/26/15, 7/1/15, and 7/10/15 incoming legal correspondence, opened outside prisoner-Dr. Kennedy's presence, * Marked by ADC "NON LEGAL MAIL, INSPECTED BY #8, #13 EYMAN COMPLEX" from Wisconsin Law School, NS&B, and Human Defense Center. See enclosure. Rule 201(d) Ariz. R. Evid.

e. 4/27/15, ADC's Cpt. Schitter #2850, wrote "Forfeit Contraband Items", Loss of 30 ERC's, 5 days Disciplinary Detention, & 90 Days Prole CIS III, 30 Hours Extra Duty, 30 Days Loss of Priviledge... (see enclosure) "Results of Disciplinary Hearing". Schitter refused to return control of stolen documents, ie. - FORSHEY's List ... A.R.S.§ 44-1406. Schitter's in violation of Nordstrom, Supra Rule 201(d) Ariz. R. Evid.

f. 7/1/15, 7/4/15, and 7/27/15, Outgoing confidential legal letters to nine (9) attorneys, were illegally censored by notary Commission-librarian-ADC employee-Terry Hernandez. Hernandez read "Confidential Attorney" Letters. She wrote Lawyers' names on, Request Authorization for Non-Qualified/Non-Legal Copying. See enclosure; 1) (Janet) Napolitano, 2) (Tom) Crowe, 3) (Ray) Krone-AZ Justice Project, 4) (Lori L.) Voepal, 5) Edward Shean (billionair), 6) Craig Gillespie, 7) Jean Jacques Cabou, 8) Jared Hoth Blanchard, and 9) Melinda Elkins, Ohio Innocence Project." RULE 201(d) Ariz. R. Evid.

g. Fore cited attorneys & organizations and Dr. Kennedy, did not consent to illegal censorship by Hernandez. She's bolstered by Ryan's failed Comply w/ Injunctive Relief in Nordstrom supra. 2006 to Present Hernandez read Dr. Kennedy's outgoing Confidential legal mail. Prejudice ensued. Now she & Ryan, pursuant A.R.S. §44-1406(B)(1) should be adjudged in contempt of Court, Nordstrom, supra.

h. Both Nordstrom and Dr. Kennedy's Violation 6th Amend. Right occurred at ADC Eyman Complex. RULE 201(d) Ariz. R. Evidence. Hernandez and Ryan failed follow Law, and should be held in contempt, or issue warrant, or suspend/forfeit insurance policy/bond, for contempt acts.

PAGE 3 OF 7

i. 6/24/15 ADC notary public, librarian, employee, Victor Ruboyianes wrote, "Disapproved Ineligible Material" to Dr. Kennedy's Request/Authorization for "Non-Qualified/Non-Legal Copy", relevant, A.R.S. Rules of Criminal Procedure-Supplemental Vol. I May 2015 at pages 9, 10, 11 (Pocket Part) and A.R.S. Rules of Criminal Procedure 2015 at p. 427, 428, 429, 430, 431, Relevant Judge Danielle J. Viola order." See enclosure, Rule 201(d) Ariz. R. Evid.

Prejudice ensued Dr. Kennedy's lack of access to statutes/court.

j. Ruboyianes did this on multiple occasions, and refused to sign or create a paper trail of his acts. However, surveillance cameras in library will corroborate Dr. Kennedy's claims. Ruboyianes, illegally reads confidential attorney letters Dr. Kennedy burok, 2006 to present. He delays, denys, or "writes conflict of interest" upon request for notarization. (only exception see 5/15/15) Prejudice ensued Dr. Kennedy, as a direct and proximate result of Ryan & Ruboyianes acts, no acts, errors/omissions and violation of laws and Constitution. Rule 201(d) Ariz. R. Evid.

k. 5/27/15 Dr. Kennedy's complaint to Deputy Warden C. Squires, regarding her staff's theft, retaliatory reprisal practice(s) are prohibited, and proposed resolution. See enclosure. Rule 201(d) Ariz. R. Evid.

l. 6/8/15 ADC's COIII's Richardson & Ford, "consider this complaint resolved" See enclosure. Rule 201(d) Ariz. R. Evidence.
Ford omitted, he rejected complaint, told Dr. Kennedy, "to re-write it and leave out all that legal mumbo-jumbo", He "could not understand it." "Nor would he forward it Deputy Warden Squires."

m. 5/15/15 Dr. Kennedy sent letter to Attorney General's Office- Karen-Hurtman-Tellez -Civil Rights Compliance Division. Requesting AG's intervention, citing Nordstrom, letter available upon request.

n. 5/28/15, AG Civil Rights Division responded... claimed "does not have jurisdiction to investigate... AG's Office provides legal representation to the State, its agencies & state officials acting in their official capacities..." See enclosure Rule 201(d) Ariz. R. Evid. Theft is not an official capacity, by ADC. AG acquiescing to ADC's theft, tampering with legal mail, retaliatory-reprisal practices. Rule 201(d) Az. R. Evid.

o. 7/14/15 "CONFIDENTIAL AND PRIVILEGED LEGAL MAIL" by Lance Weber, attorney for Human Rights Defense Center" was opened by ADC, outside Dr. Kennedy's presence & read.
Topic: DOC's theft of Prison Legal News (PLN), & pattern of persistent illegal censorship of mail, and not provide notice to senders of censored mail, such as PLN. Rule 201(d) Ariz. R. Evidence
ADC's been stealing/not delivering PLN several issues to Dr. Kennedy, despite Dr. Kennedy's 7 year subscription.

p. 7/18/15 ADC-Health Needs Request (HNR) See enclosure- see issue & staff's response. Rule 201(d) Ariz. R. Evid.

Insurance Policies for Public Employee Dishonesty/Theft/In OFFICIAL CAPACITIES

q. 7/18/12. $25,000,000 for State officers & employees for faithful performance of duty, bond, dishonesty limited. Ray DiCiccio State Risk Manager to Secretary of State Ken Bennett.

r. 4/01/14 to 4/01/15, $35,000,000. State of AZ. Crime Insurance Program Summary - includes all employees.

s. 4/09/15, "$55,000,000.00 insurance coverage; Companies to cover sheriff-related claims and non-sheriff related claims". Botched MCSO case to cost $3M Agency disregarded (DNA) evidence of molestation, The Republic. AZ central. com, By Kody Acevedo, Front Page above fold, p. 10 A. Rule 201(d) Ariz. R. Evidence.

t. Numerous Eyman Complex ADC prisoners have mirrored 42 U.S.C. §1983 claims and issues pending in many courts, of ADC's illegal censorship, delay, denial access to courts, statutes, law materials, electronic filing by Ryan, and his staff, notary publics, Dixon Ruboyianes, Hernandez, Pillsbury-par legal and others unnamed. This is systemic problem, 6th Amend Right violation-Nordstrom Supra.
R. Swanda #5255 mail clerk defers to Hernandez, rather than US. Postmaster General.

PAGE 4 OF 7

## II LAW AND ARGUMENT

¶11 A  Pursuant to Rule 32.4(c) of Arizona Rules of Criminal Procedure, Dr. Kennedy in propria person requests an extension to file reply to States response for 30 days for good cause. State v. Brown, 194 Ariz. 340, 982 P.2d 815 (1991), and Nordstrom, supra.

¶12 B  Dr. Kennedy has a constitutional right to have his legal mail delivered to him timely, uncensored, unread, & outgoing or incoming, and exhibit/documents not stolen from mail. See Sixth Amendment Right to Counsel, Gideon v. WainWright, 372 U.S. 335, 342-43, 83 S.Ct. 792, 9 L.ED.2d 799 (1963), Lemon v. Dugger, 931 F.2d 1465, 1468 (11th Cir. 1991), Peterson v. Arpaio, No. CV04-2276-PHX-SMM-LOA, 2006 WL 3736060 at *4 (D. Ariz. Nov. 21, 2006); Nordstrom supra.

¶13  This issue was addressed even earlier. 2014, the 9th Cir. App. Ct. held:

"... We emphasize that nothing prevents the ADC from inspecting an inmates outgoing mail, in his presence, to make sure that it does not contain, for example, a map of the prison yard, the time of guards' shift changes, escape plan or contraband. What the Constitution does not permit is reading outgoing attorney client correspondence. And, by the way, neither does the ADC's own regulation. Order 902.11.1.4.2.2 specifically states that "all outgoing letters to an inmate's attorney... Shall not be read or censored but shall be inspected for contraband & sealed in the presence of the inmate." While a prison regulation does not equate to a constitutional right, it just goes to show that even the ADC understands that legal mail should not be messed with unnecessarily.

Were Nordstrom challenging a conviction following an improper intrusion into the attorney-client relationship, we would examine whether the violation caused prejudice requiring the reversal of the conviction. See Weatherford v. Bursey, 429 U.S. 545, 558, 97 S.Ct. 837, 51 L.Ed.2d 30 (1977);

... In sum, Nordstrom's allegations that prison official read his legal mail, that they claim entitlement to do so, & that his right to private consultation with counsel has been chilled state a 6th Amend., claim.

**IV. Injunctive Relief** [15] Nordstrom's allegation also support a claim for injunctive relief. A plaintiff seeking prospective injunctive relief "must demonstrate 'that he is realistically threatened by a repetition of [the violation].'" Armstrong v. Davis, 275 F.3d 849, 860-61 (9th Cir. 2001); A threat of repetition can be shown "at least two ways," First, a plaintiff may show that the defendant had, at the time of the injury, a written policy, and that that the injury "stems from" that policy." Id.;

Second, the plaintiff may demonstrate that the harm is a part of a pattern of officially sanctioned... behavior violative of the plaintiffs' [federal] rights,'" Id. (quoting LaDuke v. Nelson, 762 F.2d 1318, 1324 (9th Cir. 1985)).

Nordstrom alleges that the ADC has a policy & practice of reading his outgoing legal mail. He supports this allegation with the grievance appeal response from Director Ryan that states that the "staff is ... not prohibited from reading the mail to establish the absence of contraband and ensure the content of the mail is of legal subject matter." This statement signed by Director Ryan himself, supports Nordstrom's allegations;

that Hawthorne's conduct was not simply a one-time mistake or confusion over the contours of the ADC policy. Inasmuch as Nordstrom remains incarcerated and alleges the ADC Director has personally informed him that prison officials are permitted to <u>read</u> his <u>legal mail</u>, he has adequately alleged the threatened repetition of the alleged <u>Sixth Amendment</u> violation.   CONCLUSION
We REVERSE the district court's dismissal for failure to state a claim and REMAND for further proceedings." <u>Nordstrom v. Charles Ryan</u>, 762 F.3d 903 (2014).

¶14 C. Return Stolen document - "Forshey's List" to Dr. Kennedy, A.R.S.§44-1406 @ the Court may order;

¶15 D. <u>SPECIAL LEGAL MONITOR</u>   REQUEST -   JUSTICE Sandra Day O'Connor
<u>Parsons v Ryan</u> U.S.D.C. of AZ Case no. CV-12-0061-PHX-DJH, ADC's health care system is so flawed that it caused deaths & preventable injury that allow <u>ACLU attorneys</u> & their experts to conduct 20 tours on ADC annually to make sure STIPULATION/ORDER dated 10/09/14, is being enforced at $18M cost. Ryan is failing. Special Monitor Robert Warshaw-oversee MCSO, Joe Arpaio's 7-year-old racial profiling lawsuit, at $34 Million. Former Justice <u>Sandra Day O'Connor</u> & <u>Law College</u> that bears her name, has expressed interest in prisoners' rights/access to courts/Should be an excellent <u>ADC Legal Monitor</u>, so Sources informed Dr. Kennedy. $55 Million insurance policy/bond available under A.R.S.§ 44-1406(c), 44-1408(@) for Ryan's flagrant violations, <u>Nordstrom</u> - <u>supra</u> ordered 8/14/14. Ryan and staff continue illegal censorship, delay, tamper with incoming & outgoing legal mail

## III   CONCLUSION

¶16   The court should grant 30 day extension to file reply to States response for good cause show. Also, order ADC return stolen documents, ORDER ADC TO pay Dr. Kennedy's cost, Order Cease & Desist illegal mail censorships. Order violators, to self-report their criminal activity to proper authorities, resign their offices or post, consent forfeiture their surety Bond/insurance policies per Dr. Kennedy's 5/27/15 Complaint Resolution. Further, the court may make any further order that justice requires to protect Dr. Kennedy from unreasonable annoyance, embarrassment, burden or expense §44-1406(c), 13-4240(k), appoint special ADC Legal monitor or Certificate of DNA Actual Innocence, and notify Governor Doug Ducey/President Barack Obama for Pardon/Commutation.

RESPECTFULLY SUBMITTED 6th day August 2015.    Bradley Wm Kennedy DDS   Hon. Sandra Day O'Connor
BRADLEY WILLIAM KENNEDY DDS    U.S. Supreme Ct., 1 1st St. NE, Washington DC 20543-0001, PH: 202-479-3000

Copy/original of foregoing mail - to ADC employees this 6th day August 2015 to be mailed/delivered to:

Michael K. Jeans
<u>Clerk</u> of the Superior Court
Maricopa County
201 W. Jefferson
Phoenix, Arizona 85003

Hon. Danielle J. Viola
Maricopa County Superior Court
Northeast Regional Center
18380 N. 40th St., Phoenix AZ 85032
PH: (602) 506-3442
viola d @ superior court.maricopa.gov

Diane M. Meloche, Attorney MCAO, Deputy
301 W. Jefferson St, Fl 2,
Phoenix AZ 85009   melochea@maricopa.gov
PH: (602) 506-7530   MCAO.

John Pressley Todd, Cert. Criminal Specialist
Office of Attorney General
1275 W. Washington St, Phx AZ 85007
john.todd@az ag.gov
PH: (602) 542-4849

David Fathi
ACLU, National Prison Project
915 15th St., N.W. 7th Floor
Washington DC, 20005
PH: (202) 548-6603
dfathi@npp-aclu.org
RE <u>Parsons v. Ryan</u>

Daniel Pochoda
ACLU Foundation of Arizona
3707 N. 7th St, Suite 235,
Phoenix AZ - 85013
PH: (602) 650-1854
dpochoda@acluaz.org

Dr. Bradley Kennedy # 211800
ADOC, Eyman, Cook Complex
P.O. Box 3200, Florence AZ
85321-

Lance T. Weber, General Counsel
Human Rights Defense Center / & PLN
P.O. Box 1151, Lake Worth, FL 33460
Lweber@humanrightsdefensecenter.org

<u>Federal Bureau Investigation</u>
Civil Rights Compliance Division
Public Officials Corruption Unit
1970 E. Pram Rd
Richmond VA 23228

Lynn Mann, Executive Director
AZ Peace Officer Standards & Training Board
2643 East University Drive,
Phoenix AZ 85034

Robert Warshaw, Special Monitor oversees MCSO/Joe Arpaio's racial discrimination/profiling 7-year-old Law suit

Page 6 of 6 plus Enclosures; atos

Case No. CR2003-031405-001 SE
DNA Cold Case - 16 year-old Hidden OPS Exoneration
(& posts)

# INDEX OF ENCLOSURES

Enclosure

a. August 11, 2014. <u>Nordstrom v. Ryan</u>, 762 F.3d 903 (2014 9th Cir. App. Ct.) Ruling Conclusion

b. 4/14/15 AFFIDAVIT - Case No. CR2003-031405-001 SE Declaration of Bradley Kennedy re Seized Exhibit

c. 4/20/15 ADC Inmate Disciplinary Report, T. Dixon admitted "taking 2 pages (per se theft) documents

d. 6/26/15, 7/1/15 Incoming LEGAL CORRESPONDENCE opened, read by ADC & marked "NON LEGAL" Wisconsin Law School, Neofeld Scheck & Brustin L.L.P. - Renowned DNA attorneys, & Human Rights Defense Center, Prison Legal News.

e. 4/27/15, ADC's Capt. Schitter's Results of Disciplinary hearing. (Forfeit) documents T. Dixon stole.

f. 7/1/15, 7/9/15 & 7/23/15, Terry Hernandez read 9 to lawyers outgoing-Confidental legal mail. 2 pages

i. 6/29/15. Notary Public Victor Rubovianes - denyed statutes relevant Judge Danielle Viola's Order.

k. 5/27/15 Dr. Kennedy's Complaint to Depty Warden C. Squires, re Theft, Retaliation "Reprisal" & Resolution w/ DPS DNA Saliva & hair & fibers Reports, & Prison Legal News Feb. 2013 - DNA exoneration article

l. 6/8/15, ADC's COI, Richardson & FORD reply to Endorsement Stolen/by T. Dixon

n. 5/28/15 AZ A.G. OFFICE Civil Rights Division response. They will defent/represent state theft, dishonesty

o. 7/14/15 "Human Rights Defense Center Letter re ADC's pattern of illegal censorship by prison staff in AZ

p. 7/18/15 ADC - Health Needs Request (HNR), Failure to follow CDC body Fluids guidelines protocol & PREA. *

### Insurance Policies Public Employees Dishonesty/Theft

q. 7/18/12 $25,000,000.00 bond/insurance policy - per Ray DiCiccio + Secretary of State Ken Bennett

r. $35,000,000.00, 4/01/14 to 4/01/15 AZ Crime Insurance Program Summary Policy # 02-588-59-60 for The STATE of Arizona, Its Agencies, UNIVERSITIES, BOARDS and COMMISSIONS.

s. $55,000,000.00 in insurance coverage for the County... administrators also decided to use two new insurance companies to cover "Sheriff related claims" and "non-Sheriff related claims" 4/9/15 Botched MCSO Case to cost $3M Agency disregarded (DNA) evidence of molestation. - THE REPUBLIC, AZ CENTRAL.com KODY ACEVEDO.

## VERIFICATION 28 U.S.C. §1746

I. I BRADLEY WILLIAM KENNEDY, D.D.S., am the Petitioner in foregoing action. for DNA testing Untested evidence.

II. I have read the foregoing Motions and know of their contents there of.

III. The same is true of my own personal knowledge except to those statements made upon information and belief and as to those I know to be true; and

IV. I verify under penalty of perjury that the foregoing is true and correct, 28 U.S.C. §1746; Rule 80(i) AZ R. Civil Procedure. EXECUTED on this 3rd day August 2015. Note Prison locked down & drape Lry is closed, and ADC - Hernandez knows of August 6, 2015 deadline by Judge Viola ✱

BRADLEY WILLIAM KENNEDY, D.D.S.

Page 7 of 7

Mom - big game Lion hunter Dentist
However got framed by MCSO Threat Unit,
ex-wife boyfriends - Detectives Alan Romer, Bruce Tucker, Steve Bailey, David Hendershott et al