# EXHIBIT 5



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158406



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158407



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158408



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158409



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158410



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158411



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158412



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158413



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PARSONS V. SHINN, USDC CV12-00601

ADCRR00158414



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158415



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158417



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158418



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158419



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158420



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158421



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158422



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158423



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158424



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS V. SHINN, USDC CV12-00601**

**ADCRR00158425**

EVERY SINGLE INMATE ON THIS
UNIT REGARDLESS OF STEP WILL
BE HANDCUFFED AT ALL TIMES
WHEN OUT OF THEIR CELLS.

Effective immediately, all step 3 inmates at Rast Max (3B5 included) will be
handcuffed when they leave their cells. This includes recreation for step 3
inmates in both 3B5 and max custody with the exception of porters.

# Face Coverings

We have given out 1 face covering to EVERY inmate at Rast
Max.  Inmates will wear these face coverings any time they leave
their cell.  This includes recreation, showers, classes, medical,
etc.

A REFUSAL TO WEAR A MASK WILL
BE CONSIDERED A REFUSAL OF
THAT ACTIVITY

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158426

# Face Coverings

We have given out 1 face covering to EVERY inmate at Rast Max. Inmates will wear these face coverings any time they leave their cell. This includes recreation, showers, classes, medical, etc.

## A REFUSAL TO WEAR A MASK WILL BE CONSIDERED A REFUSAL OF THAT ACTIVITY

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158427

# EVERY SINGLE INMATE ON THIS UNIT REGARDLESS OF STEP WILL BE HANDCUFFED AT ALL TIMES WHEN OUT OF THEIR CELLS.

Effective immediately, all step 3 inmates at Rast Max (3B5 included) will be handcuffed when they leave their cells. This includes recreation for step 3 inmates in both 3B5 and max custody with the exception of porters.

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS V. SHINN, USDC CV12-00601**

**ADCRR00158428**



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158429



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158432



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158433



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158434



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158435



**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**
**PARSONS V. SHINN, USDC CV12-00601**

**ADCRR00158436**

# ARIZONA DEPARTMENT OF CORRECTIONS

## Observation Record



| Inmate Name (Last, First M.I.) | | ADC Number | | Facility/Unit | | Date |
|---|---|---|---|---|---|---|
| Jackson | | 263798 | | | | 9-2 |

| Activated by | | | Date | | Time | |
|---|---|---|---|---|---|---|
| | | | 9-19-21 | | 0508 | |

| Canceled by | | | Date | | | |
|---|---|---|---|---|---|---|

| Type of Observation | | Restraint Method | | Time Check |
|---|---|---|---|---|
| 10 min | | 3A6-021 | | Every 1-10 |

| Date | Time | Codes | Signature | Date | Time | Codes | Signature |
|---|---|---|---|---|---|---|---|
| 9-20 | 0640 | x | MB | 9/20 | 0900 | x | SR |
| 9-20 | 0650 | x | SS | 09-20 | 0910 | x | TL |
| 9-20 | 0700 | x | SS | 09-20 | 0920 | x | TL |
| 9-20 | 0710 | x | SS | | | | |
| 9-20 | 0920 | x | SS | | | | |
| 9-20 | 0930 | t | SS | | | | |
| 9-20 | 0740 | y | MB | | | | |
| 9-20 | 0750 | y | MB | | | | |
| 9/20/21 | 0700 | x | Sgt ( )sen | | | | |
| 9/20/21 | 0601 | E | Sgt Doan | | | | |
| 9/20 | 0810 | x | SS | | | | |
| 9/20 | 0820 | x | SS | | | | |
| 9/20 | 0830 | t | SS | | | | |
| 9/20 | 0840 | t | SS | | | | |
| 9/20 | 0850 | x | SS | | | | |

Shift Commander's Signature

CODE DEFINITIONS:
- a. Fluid Ingested
- b. Meals Served
- c. Medication Given
- d. Health care staff check
- e. Shift commander check
- f. Program staff check
- g. Toilet
- h. Bath
- i. Exercise

- j. Restraints released/massaged
- k. Circulation adequate
- l. Yelling
- m. Crying
- n. Laughing
- o. Threatening
- p. Mumbling incoherently
- q. Hallucinating

- r. Delusional
- s. Confused
- t. Quiet
- u. Beating on door
- v. Walking
- w. Standing still
- x. Lying or Sitting
- y. Sleeping
- z. Moving about in bed
- aa. Restraints removed

Distribution:
White - Institutional File

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158437

# WATCH POD
# GUIDELINES

- At no time will inmates be given ANYTHING that is not explicitly authorized by the watch order. Inmates shall NEVER be given prohibited items to avoid "issues".

- All food items will be removed from their packaging and given to the inmate on a piece of paper towel. NO PLASTIC WRAP OR PAPER BAGS ARE TO ENTER THE CELL. All trash will be picked up within 1 hour of food delivery.

- Observation logs will never be "pre" filled.

- If an inmate is observed with prohibited material in his cell it is YOUR responsibility to retrieve the material from the inmate or call the ICS if the inmate refuses to comply.

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158438

# NO PERSONAL PROPERTY IS ALLOWED IN THE WATCH POD.

Inmates on Watch are ONLY allowed a change of clothes & state issued hygiene in their cubby.

No PERSONAL ITEMS such as: No Reading Materials, Photos, Mail, Etc. allowed period!!!

All Inmates Personal Property is to be inventoried and kept in the property room.

# NO ACCEPTIONS TO THE RULE!!!

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158439



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158440



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158441



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158442



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158443



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158444



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158445