

09/21/2021 09:31

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158528



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158529



09/21/2021  09:35

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158530



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158531



09/21/2021  09:35

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158532



09/21/2021 09:36

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158533



09/21/2021  09:40

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158534



09/21/2021  09:42

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158535



09/21/2021 09:43

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158536



09/21/2021  09:43

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158537



09/21/2021 09:44

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158538



09/21/2021  09:44

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158539



09/21/2021  09:46

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158540



09/21/2021  09:47

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158541



09/21/2021 09:47

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158542



09/21/2021  09:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158543



09/21/2021 09:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158544



09/21/2021  09:59

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158545



09/21/2021 09:59

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158546



09/21/2021  09:59

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158547



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158548



09/21/2021  10:05

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158549



09/21/2021  10:05

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158550



09/21/2021 10:17

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158551



09/21/2021  10:18

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158552



09/21/2021 10:18

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158553



09/21/2021  10:20

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158554



09/21/2021  10:25

**CONFIDENTIAL - SUBJECT TO**
**PROTECTIVE ORDER**
**PARSONS V. SHINN, USDC CV12-00601**

**ADCRR00158555**



09/21/2021 10:25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158556



09/21/2021  10:25

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158557



09/21/2021  10:28

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158558



09/21/2021  10:28

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158559



09/21/2021 10:30

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158560





**ARIZONA DEPARTMENT**

**ADC**

**OF CORRECTIONS**

## PARSONS V. RYAN – D.O. 812

### WHAT HAPPENED?

Parsons V. Ryan is a lawsuit that was filed by inmates in Arizona prisons that challenges conditions of confinement for max custody inmates. As a result of this lawsuit, ADC has created and implemented D.I. 326. Stipulations of the lawsuit granted inmates increased out of cell time, recreation, classroom and psyche education to be offered.

### YOUR DAILY IMPACT – *SUCCESS STARTS WITH YOU!*

Success in fulfilling these stipulations is contingent on the housing unit officers. ALL staff bear the responsibility of accurately documenting, in real time, the inmate's out of cell times and refusals on the out-of-cell tracking forms (OOCT). Every month these documents are presented to the courts for review to evaluate compliance with the stipulations. Prior to being submitted to the courts, a team of D.I. 326 supervisors (1st level) review and return errors for corrections. Deputy Wardens (2nd level) gather to review the forms afterward, again returning any errors for corrections. A panel of Wardens (3rd Level) then reviews and returns the forms for any needed corrections. Finally, ADC's legal team scrutinizes the forms prior to submitting them for court review.

#### General Responsibilities and Standards
- Legibility is a MUST.
- Escort Officers, to include the floor officer, are responsible for documenting out-of-cell activities in real time, as the activities are happening.
- Recreation teams are responsible for accurately logging non-chute recreation times in and out.
- Programs or education classes do not get entered under the "OTHER" column, this column is for things like work assignments.
- Assigned Staff MUST fill in their name and badge number within the first 30 minutes of shift after their initial walk or when assuming post.

#### Proper Cancellation Procedures
- If an activity is cancelled it must be marked on the front of the sheet with a "C" in the time column. In the comments section on the back, an IR number must be provided next to the reason(s) for cancellation.
- The shift commander is to document any cancellations in an Information Report.

#### Detailed Programs Entries
- Names of programs classes must be documented in the comments section on the back page of the form for both refused and attended classes.

#### Preventing Overlapping Times
An inmate cannot be scheduled for two activities at the same time, even if they refuse one.
- For example, an inmate cannot show a refusal for recreation at the same time he attended psych education. This is viewed as we are forcing the inmate to pick between the two activities.

#### Proper Wording and Phrases
Late entries are acceptable when necessary. The phrase "Late Entry" must be included in the comments section when a late entry is made.
- If an inmate is a pod porter and wants to refuse recreation but work during his offered recreation time, it is allowable but only when documented with the phrase "Inmate refused rec, but requested to work. Permission granted" in the comments section on the back of the OOCT form. This is the only allowable instance of Overlapping Times.

#### Accurate Refusals
- An "R" must be entered in the time in column, with the time of refusal in the time out column + type of activity in the letter column if applicable.
- Any refusals must be logged on the back of the form with comments explaining what activity was refused and a minimum of 1 staff signature.
- If you sign for a refusal, you must have witnessed/heard the refusal from the inmate. 2 signatures (2 witnesses) are the goal when feasible.
- If a supervisor notices a pattern of refusals a brief interview with the inmate should be conducted to determine if further action is warranted. Any explanations given by the inmate should be documented on the back of the form in the comments section i.e. "Inmate was asked why he is refusing rec, he stated 'it is too cold outside' (include name and badge #).

#### Clear Corrections
- If an error is made, line the error out a single time and initial next to it.

**WHAT WE NEED TO SUCCEED**

-General Responsibilities and Procedures

-Proper Cancellation Procedures

-Detailed Programs Entries

-Preventing Overlapping Times

-Proper Wording and Phrases

-Accurate Refusals

-Clear Corrections

09/21/2021  10:32

**CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER**

**PARSONS V. SHINN, USDC CV12-00601**

**ADCRR00158561**





# PARSONS V. RYAN – D.O. 812

## WHAT HAPPENED?

Parsons V. Ryan is a lawsuit that was filed by Inmates in Arizona prisons that challenges conditions of confinement for max custody Inmates. As a result of this lawsuit, ADC has created and implemented D.I. 326. Stipulations of the lawsuit granted Inmates increased out of cell time; recreation, classroom and psyche education to be offered.

## YOUR DAILY IMPACT – *SUCCESS STARTS WITH YOU!*

Success in fulfilling these stipulations is contingent on the housing unit officers. ALL staff bear the responsibility of accurately documenting, in real time, the Inmate's out of cell times and refusals on the out-of-cell tracking forms (OOCT). Every month these documents are presented to the courts for review to evaluate compliance with the stipulations. Prior to being submitted to the courts, a team of D.I. 326 supervisors (1st level) review and return errors for corrections. Deputy Wardens (2nd level) gather to review the forms afterward, again returning any errors for corrections. A panel of Wardens (3rd Level) then reviews and returns the forms for any needed corrections. Finally ADC's legal team scrutinizes the forms prior to submitting them for court review.

### General Responsibilities and Standards
- Legibility is a **MUST**.
- Escort Officers, to include the floor officer, are responsible for documenting out-of-cell activities in real time, as the activities are happening.
- Recreation teams are responsible for accurately logging non-chute recreation times in and out.
- Programs or education classes do not get entered under the "OTHER" column, this column is for things like work assignments.
- Assigned Staff **MUST** fill in their name and badge number within the first 30 minutes of shift after their initial walk or when assuming post.

### Proper Cancellation Procedures
- If an activity is canceled, it must be marked on the front of the sheet with a "C" in the time column. In the comments section on the back, an IR number must be provided next to the reason(s) for cancellation.
- The shift commander is to document any cancellations in an Information Report.

### Detailed Programs Entries
- Names of programs classes must be documented in the comments section on the back page of the form for both refused and attended classes.

### Preventing Overlapping Times
- An inmate cannot be scheduled for two activities at the same time, **even if they refuse one.**
  - For example, an inmate cannot show a refusal for recreation at the same time he attended psych education. This is viewed as we are forcing the inmate to pick between the two activities.

### Proper Wording and Phrases
- Late entries are acceptable when necessary. The phrase *"Late Entry"* must be included in the comments section when a late entry is made.
- If an inmate is a pod porter and wants to refuse recreation but work during his offered recreation time, it is allowable but only when documented with the phrase "Inmate refused rec, but requested to work. Permission granted" in the comments section on the back of the OOCT form. This is the only allowable instance of Overlapping Times.

### Accurate Refusals
- An "R" must be entered in the time in column, with the time of refusal in the time out column, + type of activity in the letter column if applicable.
- Any refusals must be logged on the back of the form with comments explaining what activity was refused and a minimum of 1 staff signature.
- If you sign for a refusal, you must have witnessed/heard the refusal from the inmate. 2 signatures (2 witnesses) are the goal when feasible.
- If a supervisor notices a pattern of refusals a brief interview with the inmate should be conducted to determine if further action is warranted. Any explanation given by the inmate should be documented on the back of the form in the comments section i.e. "Inmate was asked why he is refusing rec, he stated 'it is too cold outside'" (include name and badge #).

### Clear Corrections
- If an error is made, line the error out a single time and initial next to it.

-General Responsibilities and Procedures

-Proper Cancellation Procedures

-Detailed Programs Entries

-Preventing Overlapping Times

-Proper Wording and Phrases

-Accurate Refusals

-Clear Corrections

09/21/2021  10:32

**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601**

**ADCRR00158562**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158563