

09/22/2021 14:12

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158676



CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158677



09/22/2021  14:12

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158678



09/22/2021  14:14

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158679



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158680



09/22/2021 14:18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158681



09/22/2021 14:18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158682



09/22/2021 14:18

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158683



09/22/2021 14:18

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158684



**CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601**

**ADCRR00158685**



09/22/2021 14:19

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158686



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158687



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158688



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

PARSONS V. SHINN, USDC CV12-00601

ADCRR00158689



09/22/2021 14:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158690



09/22/2021  14:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158691



09/22/2021  14:52

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158692



09/22/2021  14:56

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158693



09/22/2021 14:56

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158694



09/22/2021 14:57

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158695



09/22/2021 14:57

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158696



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158697



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158698



09/22/2021 14:57

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158699



09/22/2021 14:57

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158700



CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158701



09/22/2021  15:08

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158702



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158703



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158704



09/22/2021 15:18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158705



09/22/2021 15:18

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158706



09/22/2021  15:18

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158707



09/22/2021  15:20

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158708



09/22/2021  15:20

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158709



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158710



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158711



09/22/2021 15:37

CONFIDENTIAL - SUBJECT TO
PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158712



09/22/2021  15:38

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158713



09/22/2021 15:38

CONFIDENTIAL - SUBJECT TO PROTECTIVE
ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158714



09/22/2021  15:40

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158715



09/22/2021 15:41

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
PARSONS V. SHINN, USDC CV12-00601

ADCRR00158716

# EXHIBIT 6

REDACTED AND FILED UNDER SEAL

Martin F. Horn



**EXPERIENCE**

Distinguished Lecturer
John Jay College of Criminal Justice

City University of New York September 2009-January 2020

Executive Director
New York State Sentencing Commission New York State Unified Court System October 2010-October 2018 (as assignment John Jay College)

Commissioner of Corrections City of New York Department of Corrections January 2003-August 2009

Commissioner of Probation City of New York Department of Probation January 2002-August 2009 (Simultaneous appointments by the Mayor)

Secretary of Administration Governor's Office of Administration Commonwealth of Pennsylvania January 2011-December 2011

Secretary of Corrections Department of Corrections Commonwealth of Pennsylvania March 2005-December 2010

Executive Director
New York State Division of Parole August 1991-February 1995

Director of Parole Operations New York State Division of Parole April 1985-August 1991

Superintendent
Hudson Correctional Facility
New York State Department of Correctional Services April 1984-April 1985

Assistant Commissioner
New York State Department of Correctional Services December 1980-April 1984

Assistant to the Commissioner
New York State Department of Correctional Services December 1978-December 1980

<u>Director, Temporary Release Programs</u>
New York State Department of Correctional Services June 1977-December 1978

<u>Assistant Professor</u>, Criminal Justice State University of New York College at Utica-Rome
January 1975-June 1977

<u>Parole Officer, Senior Parole Officer</u> New York State Division of Parole June 1969-January 1975

**EDUCATION**

**Master of Arts, Criminal Justice** | June 1974 John Jay College of Criminal Justice
City University of New York

**Bachelor of Arts, Government** | May 1969 Franklin and Marshall College, Lancaster, PA

**PUBLICATIONS**

Bonacum, William T., Farmer, Michael T., Fein, Scott N., and Horn, Martin F. Crime and Justice in New York: **Proceedings of the Governor's Conference on Crime. Albany: Office of the Governor**, 1982.

Dvoskin, J. and Horn, M. (July August 1994). *Parole Mental Health Evaluations*, **Community Corrections Report**, 1(6), 5-6.

Greifinger, R.B., Horn, M. *Quality Improvement through Care Management,* chapter in Puisis, M. (Ed.), **Clinical Practice in Correctional Medicine**, St. Louis: Mosby, 1998.
Horn, M. (1999, Feb.-March). *Avoiding 20-20 Hindsight by Getting Back to*

Horn, M. *Basics: Lessons Learned From a Major Escape.* **Correctional Security Report**, 1(1), 1-2, 13.

Horn, M. (1999, winter). *Change and Challenge: Pennsylvania's Prison System.* **Corrections: The Newsletter of the Pennsylvania Bar Association Committee on the Corrections System**, 1(3), 1-4.

Horn, M. *Rethinking Sentencing.* **Corrections Management Quarterly**, (2001, summer). 5(3), 34-40.

2

Smith, D. and Horn, M, *Public Safety Policy in New York State*. Chapter in Benjamin, G. (Ed.), **Oxford Handbook of New York State Politics**, New York: Oxford University Press, 2012.

Horn, M. F. *Corrections in the 21st Century*. Chapter in Carlson, Peter (Ed.), **Prison and Jail Administration: Theory and Practice** (3 ed.) (2013). Sudbury, MA: Jones and Bartlett.

Horn, M.F. and Moser, R.J. (Winter 2014) *NYC FUSE Reentry Housing: A Scalable, Data-Driven Solution for a "Wicked Issue*," **Government Law and Policy Journal**, 16:2. New York State Bar Association and Albany Law School.

**PAPERS PRESENTED**

Horn, M. "Project Zero: Pathway to Reform," a paper presented at the Disproportionate Minority Confinement Conference of the Franklin H. Williams Judicial Commission on Minorities, New York State Judicial Institute, White Plains NY (September 18, 2006);

"Overall Systems Management in Corrections," A paper presented at the US Dept of State Latin America Regional Workshop, Bridgetown, Barbados October 23, 2009;

"Creating Safe Correctional Environments," A paper presented at the AGM of the International Corrections and Prisons Association, Bridgetown Barbados, October 27,2009;

" Practitioner Reflections on the Use of Evidence in Management of Correctional Facilities," Fall Research Conference of the Association for Policy Analysis and Management Washington, DC November 6, 2009;

"Using Performance Measurement to Improve Human Rights in Prisons and Jails," A Paper presented at the 9th Biennial International Conference, John Jay College of Criminal Justice, Marrakech, Morocco June 4.2010;

"Acts of Violence, Death and Suicide in the Context of Prisons" A paper presented at the IId Latin American Regional Corrections Seminar, Buenos Aires, Argentina, June 9, 2010;

"Safe Lawful and Ethical Correctional Environments and Human Rights," a paper presented at Conferencia Regional Penitenciaria Sur-Sureste de Mexico, Sistema Penitenciario Federal Mexico, Quintana Roo, Mexico, Non- Academic, International, Invited. (May 6, 2012).

"Creating A Jail Reentry Program in a Large Urban Setting," a paper presented at the Annual General Meeting and Conference, International Corrections and Prisons Association, Singapore. (September 13, 2012).

"Determining Readiness to Undertake Prison Reform: A Modest Proposal," a paper presented with Gabriela Perez Garcia at the Annual General Meeting of the International Corrections and Prisons Association, Colorado Springs, CO. October 30, 2013.

Horn, M. "Prison Reform: Problematic Necessity," The Human Dignity Lecture presented at the Center for Church Life, University of Notre Dame, October 8, 2014, South Bend, IN.

**EXPERT WITNESS**

Jeanette Perez v State of New York, et. Al New York State Court of Claims, Claim No. 108710 (2010) (Testified as Expert in New York Court of Claims on behalf of respondent Defendant State of New York)

Alan Newton v. City of New York et. Al SDNY 07-CV6211SAS (2010) (Prepared report on behalf of respondent defendant City of New York)

Tamarra Sowell, (as personal representative,) administrator for the Estate, and on behalf of the heirs of Adekunle Odumabo v. Roy Dominguez, individually and in his official capacity as sheriff of Lake County, Indiana; Northern District Indiana, Hammond, 2:09-CV-0047 (Prepared report and provided deposition on behalf of plaintiff)

Israel Bornstein as Administrator v County of Monmouth, Monmouth County Sheriff's Office, et. Al U. S. District Court District of New Jersey 3:11-cv-05336- PGS-DEA (Testified as expert on behalf of plaintiff Israel Bornstein, US District Court, District of New Jersey.)

Farris v. Franklin County, 14-cv-05083 Eastern District of Washington (report for plaintiff assessing overall jail conditions and recommendations for improvement)

Ellis Walker, v. Deborah Schult, et. Al Civil Action No. 11-CV-00287 (LEK-RFT) United States District Court for the Northern District of New York (report, deposition, testimony for plaintiff)

State v Daniel Charles, resentencing hearing, Meade Co. South Dakota October 22, 2015, (report and testified as expert for defendant Daniel Charles)

Sheppard v Zavis, 1:11-cv-02398-NLH-KMW, United States District Court for the District of New Jersey, deposition. (report and deposition for plaintiff)

Bradley Peterson v Christopher Holmes; James Kiel, Captain R. Ortiz, et. Al 11-cv-02594, United States District Court for the District of New Jersey, deposition. (report, deposition and court appearance for plaintiff)

Reginald Potts v John Manos et. Al, 11-cv-3952, United States District Court, Northern District of Illinois, (report and deposition for defendant)

Reginald Potts v Daniel Moreci et. Al, 11-cv-5310, United States District Court, Northern District of Illinois, (report and deposition for defendant)

Mark Duke, et al v Jefferson Dunn, et. Al, 4:14-CV-1952 VEH, United States District Court, Northern District of Alabama, report and deposition (for plaintiff)

Arthur Johnson v. John Wetzel, et. Al, 1:16-cv-00863-CCC-MCC, United States District Court, Middle District of Pennsylvania, (testified as expert for plaintiff)

Lillyan Ryan, as Administrator, of the Estate Bartholomew Ryan, deceased, and Lillyann Ryan, individually v. County of Nassau, et al. 12-CV-5343, United States District Court, Eastern District of New York (expert trial testimony for plaintiff)

Charles Gifford v. Orlando Harper, et. Al, 2:15-cv-00613, United States District Court for the Western District of Pennsylvania (report and trial testimony for plaintiff)

Kalvin Donnell Howard v. A. David Robinson, et. Al 1:10-cv-147 (LMB/TRJ) United States District Court for the Eastern District of Virginia (report and expert trial testimony for plaintiff)

Kendrid Hamlin, petitioner v William J. Smith, et. Al respondents Case No. 2015 CF3 9721, Case No. 2015 CF 18179 Superior Court of the District of Columbia, Criminal Division. (Report and testimony for petitioner)

Mary Jane Rivas v. WA State Dept of Corrections, Dick Morgan, Bernie Warner, Dan Pacholke, Donna Zavislan, Margaret Gilbert, George Gilbert, Superior Court of Washington, County of Thurston (October 2017 Report for Defendant State employees)

Elliot Cortes v. Correctional Officers Donovan Bynum, Terrell Felts, et. Al Court of Common Pleas, Philadelphia PA Docket 000744 (report for plaintiff December 2017)

P.D. (a pseudonym) v Middlesex Co. Superior Court of the State of New Jersey, Law Division: Middlesex Co. MID-L-3811-14 (report and deposition for respondent County)

Reynolds v. Arnone, et. Al United States District Court, District of Connecticut CV3: 13: CV 1465 (SRU) (report and deposition for plaintiff)

Carol Ann Conforti, Individually and as Administratrix ad Prosequendum of the Estate of Kenneth Conforti and as Parent, Natural Guardian and Guardian ad Litem of A.C., a minor, Plaintiff, v. County of Ocean; Ocean County Board of Chosen Freeholders (in their individual and official capacities); Ocean County Department of Corrections; Warden Theodore J. Hutler (in his individual and official capacity); et. Al, Defendants. Superior Court of New Jersey, Law Division: Ocean County Docket No.: OCN-L-2340- 15 (consolidated with Docket No. OCN-L-1215-15) (report and testimony for plaintiff)

Antoine Miles v. David Guice, et al., 5:13-CT-3193-FL, United States District Court, Eastern District of North Carolina (report for plaintiff)

Johnny Morgan v. United States of America, 14 Civ. 7921 (DCF) United States District Court, Southern District of New York (report, deposition and trial testimony for plaintiff)

MATTHEW ANDERSON v. LIEUTENANT JOHN BONNEWELL, individually, SERGEANT BRUCE TAYLOR, individually, CORRECTIONAL OFFICER ZACHARY PETTYJOHN, individually, CORRECTIONAL OFFICER EDGAR VERDE, individually, and CORRECTIONAL OFFICER JOHN BUNTING, individually C.A. No. N17C-02-080 FWW, SUPERIOR COURT OF THE STATE OF DELAWARE (report and deposition for plaintiff)

Walker v City of St Ann, Case No. 4:16-cv-1302 United States District Court Eastern District of Missouri Eastern Division (report and deposition for plaintiff)

Kelvin A. Alexander, plaintiff v. Willis J. Fowler et. Al. No. 16 CVS 13337 General Court of Justice Superior Court Division, State of North Carolina, County of Wake (report for plaintiff)

<u>Anthony Reid, et. Al, plaintiffs v John Wetzel</u>, et. Al No. 18-CV-0176 United States District Court Middle District of Pennsylvania (report for plaintiff)

<u>Clay, et al. v. Cuyahoga County, et al</u>. U.S. District Court N.D. Ohio Case No. 1:18-cv-02929 Parties' Joint Consulting Correctional Expert (ongoing to prepare reports and recommendations concerning conditions of the Cuyahoga County Jail)

<u>Lisa M. Montgomery v. William P. Barr</u>, United States Court for the District of Columbia, No. 1:20-cv-03214-TNM, (Declaration for plaintiff)

<u>Parsons v Shinn</u>, United States Court for District of Arizona No. CV-12-00601-PHX-ROS (report for plaintiff)


**DOMESTIC AND INTERNATIONAL CONSULTING**

- Morocco Juvenile Corrections Project- consultant to Government of Morocco through KeyPoint Government Solutions under their subcontract with BlueLaw International, as part of an initiative funded by the US State Department Bureau of International Narcotics and Law Enforcement Affairs. I assisted in the development of standards for Child Protection Centers, advised on creation of inspection services and provided training of their first inspectors.
- Training consultant to the Federal Penitentiary Service United States of Mexico 2010-2012
- Developed Corrections Needs Assessment Methodology for Inter-American Development Bank, Washington, D.C. November 2013. Contract purchase order 72524
- Consultant to Gartner Consulting 2012-2016
  - Las Vegas, Nev. Jail Management System Operational Assessment
- Correctional Education Centers, Delaware County PA, George W. Hill Correctional Facility-consultancy to evaluate admission and release procedures through KeyPoint Government Solutions 2010.