**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

| | |
|---|---|
| U.S. Senior United States District Judge: Roslyn O. Silver | Date: November 3, 2021 |
| Case Number: CV-12-00601-PHX-ROS | |
| Parsons et al v. Ryan et al | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Donald Specter | Timothy Bojanowski |
| | Maya Abela | Rachel Love |
| | Corene Kendrick | Ashlee Hesman |
| | David Fathi | Daniel Struck |
| | Maria Morris | Timothy Ray |

### BENCH TRIAL-DAY THREE

8:45 a.m. Court is in session. Plaintiffs are not present. Dr. Bobbie Stallcup, Client Representative for Defendants, is present. Defendant Larry Gann is present. Discussion held regarding admission of Plaintiff's Exhibits. Over Defendant's objection, Plaintiff's Exhibits 137-529 are admitted. Plaintiff's object to Dr. Bobbie Stallcup being present and identified as the Defendant's Client Representative. Argument heard. IT IS ORDERED Defendants may only have their previously designated Client Representative Jeffery Van Winkle present during trial. Dr. Bobbie Stallcup is excluded from the courtroom. Dr. Pablo Stewart, appearing via video teleconference, is sworn and examined. Plaintiff moves to admit Exhibit 2074. Defendant objects. 10:26 am Court stands in recess.

10:45 a.m. Court resumes. Same parties present. Further discussion held regarding Plaintiff's Exhibit 2074. Plaintiff's Exhibit 2074 is admitted over Defendant's objection. Dr. Pablo Stewart is further examined and cross-examined. Plaintiff's Exhibits 821 and 2125 are admitted. Defendant's impeachment Exhibit 5627 is admitted. Defendant's impeachment Exhibits 5628, 5629, and 5630 are marked for identification. 12:35 p.m. Court stands in recess.

1:18 p.m. Court resumes. Same parties present. Dr. Pablo Stewart is further cross-examined. Defendant's impeachment Exhibit 5631 is marked for identification. Defendant's Exhibit 3333 is admitted. Defendant's Exhibits 5629 and 5630 are admitted. Defendant's Exhibit 5315(a) is admitted over Plaintiff's objection. Defendant's Exhibits 5033(a), 5033(b), 5033(c) are admitted. 3:04 p.m. Court stands in recess.

3:27 p.m. Court resumes. Same parties present. Defendant's Client Representative Jeffery Van Winkle now present. Dr. Pablo Stewart is further cross-examined and examined on redirect. Defendant's Exhibits 5480(b) and 5480(c) are admitted. Defendant's Exhibits 3006, 3013, 3028, 3602, 4901, 4022, 4024, 4026, 4030, 4032, 4048, 4054, 3604, 3606, 4002 and Plaintiff's Exhibits 1305-1323, 2131, 1216-1219, 1296-1303, 1734-1744, 1681-1688, 2265-2373, and 1066 are admitted upon stipulation of the parties. Travis Scott, previously sworn, resumes the stand and is examined. Plaintiff's Exhibits 1220-1223, 2134, and 2135 are admitted. Further discussion held regarding Plaintiff's Exhibit 635. Plaintiffs have agreed to

**CV-12-00601-PHX-ROS**  **November 3, 2021**

**Parsons et al v. Ryan et al** Page 2 of 2

dismiss the dental claims. Trial schedule discussed. Trial will not be held on Friday, November 12, 2021. Trial will be extended through Monday, November 22, 2021.

4:58 p.m. Court stands in recess until 8:30 a.m. on Thursday, November 4, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM)
             Linda Schroeder-Willis (PM)

**Bench Tr: 6h 48m**
**Start:  8:45 am**
**Stop:   4:58 pm**