UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO RECONSIDER ALLOWING DEPOSITION TESTIMONY** |

Having considered Plaintiffs' Motion to Reconsider Allowing Testimony by Deposition (Doc. ___), and good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**. Plaintiffs may present the following deposition testimony at trial:

- Defendant Shinn
- Defendant Gann
- ADCRR Rule 30(b)(6) designees (Phillips, Stallcup)
- Centurion Rule 30(b)(6) designees (Carr, Orm, Pelton, Dolan)
- The following fact witnesses: Wilson, Coleman, Scott, Stickley.

154494263.1