**AMENDED MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:  Roslyn O. Silver     Date: November 2, 2021**

**Case Number: CV-12-00601-PHX-ROS**

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | **Donald Specter** | **Timothy Bojanowski** |
| | **Maya Abela** | **Rachel Love** |
| | **Daniel Barr** | **Ashlee Hesman** |
| | **Corene Kendrick** | **Daniel Struck** |
| | **Rita Lomio** | **Timothy Ray** |
| | **Austin Yost** | |
| | **David Fathi** | |
| | **Maria Morris** | |

### BENCH TRIAL-DAY TWO

8:39 a.m. Court is in session. Plaintiffs are not present. Warden Jeffery Van Winkle, Client Representative for Defendants, is present. Defendant Larry Gann is present. The parties discuss various objections raised in the Final Pretrial Order (Doc. 4116).  Robert Slavin, appearing via video teleconference, is sworn, examined, cross-examined and excused. Plaintiff's Exhibits 2387, 2388 and 2389 are admitted under seal. Plaintiff's Exhibit 635 is offered but not admitted.  The Court raises three issues related to the testimony of Robert Joy. The Plaintiff is directed to file Findings of Fact and Conclusions of Law addressing those three issues. Defendants shall file a responsive Findings of Fact and Conclusion of Law. 10:21 pm Court stands in recess.

11:37 p.m. Court resumes. Same parties present.  Plaintiffs next witness is not available until 12:30 p.m. due to scheduling issues. Further argument made regarding Plaintiff's Exhibit 635. 11:58 a.m. Court stands in recess.

12:34 p.m. Court resumes. Same parties present. Discussion held regarding Defense's witness schedule. Defense counsel shall file a schedule for their anticipated witnesses by close of business on November 3, 2021. Laura Redmond, appearing via video teleconference and being assisted by ASL Interpreters Marie Tavormina and Cindy Volk, is examined, cross-examined. Plaintiff's Exhibits 2392, 2393, 2391 are admitted. Defendant's Exhibits 5454(a)-5454(cc) are admitted. 3:07 p.m. Court stands in recess.

3:27 p.m. Court resumes. Same parties present. Laura Redmond is further cross-examined and examined on redirect. Defendant's Exhibits 5454dd, 5454ee, 5454ff, 5454gg, 5454hh, 5454ii, 5454jj are admitted. Plaintiff's Exhibits 934 is provisionally admitted. Travis Scott is sworn and examined. Plaintiff's Exhibits 1049-1063 are admitted on stipulation of the parties. Plaintiff's Exhibits 1290 and 1318 are admitted.

**CV-12-00601-PHX-ROS**  **November 2, 2021**
**Parsons et al v. Ryan et al**  Page 2 of 2

4:33 p.m. Court stands in recess until 8:30 a.m. on Wednesday, November 3, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM)
                Elva Cruz-Lauer (PM)   **Bench Tr: 5h 48m**
  **Start:  8:39 am**
  **Stop:   4:40 pm**

(amended on 11/4/21 to fix date on page 2 and to reflect trial would reconvene on November 3, 2021)