# APPENDIX A

Redacted and Filed Under Seal

# Todd Randall Wilcox, MD, MBA, FACCP

ADDRESS:

EMPLOYMENT:  **Chief Executive Officer**, Wellcon, Inc.
May 1996 to present

**Medical Director**, Salt Lake County Jail System
May 1996 to present

**Attending Physician**, After Hours Medical
August 2001 to present

**Senior Consultant**, Phase 2 Consulting
January 2003 to December 2009

**Medical Director**, Maricopa County Jail System
November 2004 to February 2006

**Attending Physician,** Wasatch Physician Services
July 1996 to January 2000

**Attending Physician**, State of Utah Department of Corrections
August 1997 to January 1999

**Staff Physician**, Salt Lake County Jail
June 1994 to May 1996

EDUCATION:  M. B. A.
**University of Utah David Eccles School of Business**
Salt Lake City, UT
September 1996 to June 1998

Residency in Orthopaedic Surgery
**University of Utah**
July 1993 to July 1996

Internship in General Surgery
**University of Utah**
    July 1992 to June 1993

M.D.
**Vanderbilt University School of Medicine**
    Nashville, TN
    August 1988 to May 1992

B.S.
**Duke University**
    Durham, NC
    Major:  Biological Psychology
    August 1984 to May 1988

MEDICAL
LICENSURE:    Utah
    Arizona

BOARD
CERTIFICATIONS:  American Board of Urgent Care Medicine—certification by exam 2006, recertified by exam 2014 and 2020

ADVANCED
CERTIFICATIONS:  Fellow, American College of Correctional Physicians--2015
American Academy of HIV Medicine—2009, 2013 recertified by exam
Advanced Certified Correctional Health Care Provider (CCHP-A)—certification by exam 2007, recertified 2015
Advanced Certified Correctional Health Care Physician (CCHP-P)—certification by exam 2015
Buprenorphine certified--2013

FACULTY
APPOINTMENTS:  Medical School Admissions Committee, University of Utah School of Medicine
Faculty Instructor, Correctional Crisis Intervention Team Academy, Salt Lake County, UT
Adjunct Instructor of Medicine, University of Utah School of Medicine
Adjunct Professor of Chemistry, Salt Lake Community College
Faculty Instructor, University of Utah School of Nursing

PROFESSIONAL
APPOINTMENTS:  Past-President, American College of Correctional Physicians, 2017-present

President, American College of Correctional Physicians, 2015-2017

Chairman, Physician Certification Committee, National Commission on Correctional Health Care, 2012-2013

Board of Directors, National Commission on Correctional Health Care—Certified Correctional Healthcare Professional Board

Chairman, Electronic Medical Records Taskforce for the National Commission on Correctional Healthcare, 2002

Treasurer, Society of Correctional Physicians, 2012

Medical School Admissions Committee, University of Utah School of Medicine, 2012-13

HONORS:
Armond Start Award from American College of Correctional Physicians, 2019

Medical Director for National Commission on Correctional Healthcare Facility of the Year, 2001

Angier B. Duke Memorial Scholarship

Boettcher Foundation Scholar

Jostens Foundation Scholar

PROFESSIONAL MEMBERSHIPS:
American Medical Association

American College of Emergency Physicians

American Jail Association

Society of Correctional Physicians

American Correctional Health Services Association

American Academy of Urgent Care Medicine

American Academy of HIV Medicine

CORRECTIONAL CONSULTING:
American Jail Association

National Institute of Corrections

California Department of Corrections

Maricopa County Correctional Health Care, AZ

Pima County Department of Institutional Health, Tucson, AZ

Santa Clara County Jail System, CA

Washington County Jail, UT

Utah County Jail, UT

Seattle-King County Jail System, WA

Mississippi Department of Corrections

National Commission on Correctional Healthcare

PUBLICATIONS:        Wilcox, TR.  President's Column.  *Corrdocs*.  Chicago:  American
                     College of Correctional Physicians, Spring 2016.  19:1, 2.

                     Wilcox, TR.  How I Practice:  Assessing Weight Loss in
                     Correctional Facilities.  *Corrdocs*.  Chicago:  American College of
                     Correctional Physicians, Spring 2016.  19:1, 8.

                     Wilcox, TR.  Poising the College for Continued Success.
                     *Corrdocs*.  Chicago:  American College of Correctional
                     Physicians, Winter 2015.  18:4, 4.

                     Wilcox, TR.  How I Practice:  Managing Diabetics on Commissary
                     Day.  *Corrdocs*.  Chicago:  American College of Correctional
                     Physicians, Winter 2015.  18:4, 9.

                     Wilcox, TR.  Dealing with Orthopedic Hardware.  *Corrdocs*.
                     Chicago:  Society of Correctional Physicians, Fall 2014.  17:3, 4-5.

                     Wilcox TR.  Critical Commandments in Correctional Health Care:
                     Part 3.  *CorrectCare*.  Chicago:  National Commission on
                     Correctional Health Care, Fall 2013.  27:4, 16.

                     Wilcox TR.  Critical Commandments in Correctional Health Care:
                     Part 2.  *CorrectCare*.  Chicago:  National Commission on
                     Correctional Health Care, Summer 2013.  27:3, 19.

                     Wilcox TR.  Critical Commandments in Correctional Health Care:
                     Part 1.  *CorrectCare*.  Chicago:  National Commission on
                     Correctional Health Care, Spring 2013.  27:2, 20.

                     Wilcox TR.  Developing an Effective Alcohol Withdrawal
                     Protocol.  *Correctional Health Care Report*.  Civic Research
                     Institute, Inc., May 2003:  49-50, 63-64.

                     Goble EM, Kane SM, Wilcox TR, Doucette SA.  Meniscal
                     Allografts.  In:  McGinty JB, ed. *Operative Arthroscopy*.
                     Philadelphia:  Lippincott-Raven Press; 1996:  317-31.

                     Goble EM, Kane SM, Wilcox TR, Olsen RE.  Advanced
                     Arthroscopic Instrumentation.  In:  McGinty JB, ed.  *Operative
                     Arthroscopy*.  Philadelphia:  Lippincott-Raven Press; 1996:  7-12.

                     Wilcox TR, Goble EM.  Indications for meniscal allograft
                     reconstruction.  *American J of Knee Surgery* 9:  35-6, 1996.

<u>Wilcox TR</u>, Goble EM, Doucette SA.  Goble technique of meniscus transplantation.  *American J of Knee Surgery* 9:  37-42, 1996.

Goble EM, Downey DJ, <u>Wilcox TR</u>.  Positioning of the tibial tunnel for ACL reconstruction.  *J Arthroscopy*  12:  415-18, 1995.

Morris JA, <u>Wilcox TR</u>, Reed GW, et al.  Safety of the blood supply:  surrogate testing and transmission of hepatitis C in patients after massive transfusion.  *Annals of Surgery*  219:  517-26, 1994.

<u>Wilcox TR</u>, Morris JA, Green NE.  Case report:  Pediatric ankle fractures.  *Tennessee Medical Journal*.  85:  217-19, 1992.

Morris JA, <u>Wilcox TR</u>, Frist WH.  Pediatric organ donation:  the paradox of organ shortage despite the remarkable willingness of families to donate.  *Pediatrics*  89:  411-15, 1992.

Morris JA, <u>Wilcox TR</u>, Noreuil T, and Frist WH.  Organ donation:  a university hospital experience.  *Southern Medical Journal* 83:  884-88, 1990.

Cogbill TH, Moore EE, Feliciano DV, <u>Wilcox TR</u>, et al.  Conservative management of duodenal trauma:  a multicenter perspective.  *Journal of Trauma*  30:  1469-75, 1990.

Morris JA, Moore EE, Feliciano DV, <u>Wilcox TR</u>, et al.  Post-traumatic renal failure:  a multicenter study.  *Journal of Trauma* 31:  1584-90, 1991.

<u>Wilcox TR</u>, contributing author to <u>The Admissions Essay</u> by Helen W. Power and Robert DiAntonio.  Lyle Stuart, Inc., Seacausus, NJ, 1987, pp. 116-7, 197, 206-8, 219-20.

PRESENTATIONS:   National Commission on Correctional Healthcare Jail Standards Course
Abdominal Pain
Chronic Disease Management in Correctional Facilities
Pain Management in Correctional Healthcare
Alcohol Withdrawal Syndrome
Drug Withdrawal Syndromes
Effective Correctional Medical / Mental Health Intake Screening
Endocrine Emergencies
Excited Delirium and Sudden In-Custody Death Syndrome
Hematologic Emergencies

Safe Restraint and Intensive Medical Management Practices
Medical Effects of Mental Health Medications
Neurological Emergencies
Effective Nursing Triage in Correctional Settings
Orthopedic Emergencies
Point of Care Laboratory in Correctional Healthcare
Managing Hypertension in Correctional Healthcare
Seizure Assessment and Treatment
How To Work Well with EMS
Effective Wound Care Practices in Correctional Healthcare
14-day Assessments in Corrections
Electronic Health Records for Institutional Medicine

EXPERT
PANELS:         Rand Corporation Expert for Modified Delphi Process to
                Determine Quality Measures for Correctional Healthcare—June
                2009

                American Jail Association / National Institute of Corrections
                Expert for Mental Health in Jails Focus Group and National
                Satellite Broadcast—June 2009

PATENTS:        United States Patent 5,681,289
                Chemical Dispensing System
                Issued October 28, 1997

                United States Patent 5,891,101
                Chemical Dispensing System Methodology
                Issued April 17, 1999

                United States Patent 5,895,375
                Chemical Dispensing System Components
                Issued April 17, 1999

# APPENDIX B

**Confidential Report of Dr. Todd Wilcox**
**Appendix B**

List of Expert Testimony, 2017-Present

| Case | Date | Location | Topic | Role |
|---|---|---|---|---|
| *Parenti v. CFMG* | 2017 | CA | Respiratory failure | Plaintiff Expert |
| *Mosqueda v. GA DOC* | 2017 | GA | Pancreatitis / DKA | Plaintiff Expert |
| *Neuroth v. Mendocino County* | 2018 | CA | Mental Health use of force | Plaintiff Expert |
| *Bennett (Manos) v. Carter County et al.* | 2018 | OK | Mental health neglect | Plaintiff expert |
| *Estes v. Corizon* | 2018 | AZ | Chronic disease mgmt/system issues | Plaintiff expert |
| *Wright v. Wexford* | 2018 | AZ | Opiate withdrawal / sudden death | Plaintiff expert |
| *Barrier v. Beauzile* | 2019 | FL | Opiate overdose | Defense Expert |
| *Buchanan v. Turnkey Health* | 2019 | OK | Epidural abscess | Plaintiff Expert |
| *Ellis v. Ottawa County* | 2019 | OK | Pneumonia | Plaintiff Expert |
| *Wright v. Wexford (trial)* | 2019 | AZ | Opiate withdrawal / sudden death | Plaintiff Expert |
| *Bowles v. ACH* | 2019 | KY | Sepsis / brain abscess | Defense Expert |
| *Nadeau v. Shipman* | 2020 | ND | Suicide | Defense Expert |
| *Floyd v. Corizon* | 2021 | AZ | Sudden cardiac death | Plaintiff Expert |
| *Clemons v. Wexford* | 2021 | IL | Bunions and shoes | Defense Expert |

# APPENDIX C

Redacted and Filed Under Seal

**Expert Declaration of Dr. Todd Wilcox**
**Appendix C**

<u>Medical Records</u>

Laura Redmond 166546

Kendall Johnson 189644

Mortality Reviews and Medical Examiner Reports

| ADCM1608400-1608406 | Mortality Review |
| --- | --- |
| ADCM1615615-1615618 | Mortality Review |
| ADCM1589770-1589775 | Mortality Review |

| | |
|---|---|
| ADCM1580645-1580652 | Mortality Review |
| MER000506-509 | ME Report |
| ADCRR00000001-4 | Mortality Review |
| ADCRR00000005-8 | Mortality Review |
| ADCM1591245-1591250 | Mortality Review |
| ADCRR00000033-36 | Mortality Review |
| MER000075-88 | ME Report |
| ADCM1652229-1652234 | Mortality Review |
| ADCRRM0026146-26149 | Mortality Review |
| ADCM1608411-1608420 | Mortality Review |
| ADCM1651463-1651466 | Mortality Review |
| ADCRR00088395-88402 | Mortality Review and ME Report |
| ADCRR00000013-16 | Mortality Review |
| ADCRRM0026150-26153 | Mortality Review |
| MER000484-487 | ME Report |
| ADCRR00000025-28 | Mortality Review |
| ADCM1578118-1578125 | Mortality Review |
| ADCRR00000029-32 | Mortality Review |
| ADCRRM0000026-29 | Mortality Review |
| MER000169-172 | ME Report |
| ADCRRM0012715-12718 | Mortality Review |
| MER000242-246 | ME Report |
| ADCRR00088403-88410 | Mortality Review and ME Report |

3

| ADCM1615624-1615627 | Mortality Review |
|---|---|
| ADCM1584294-1584299 | Mortality Review |
| ADCRRM0019617-19620 | Mortality Review |
| ADCRRM0026194 | Mortality Review Replacement Page |
| ADCRRM0026195-26198 | Mortality Review |
| MER000526-533 | ME Report |
| ADCRR00000037-40 | Mortality Review |
| MER000455-458 | ME Report |
| ADCRR00088414-88420 | Mortality Review and ME Report |
| MER000706-709 | ME Report |
| ADCM1603885-1603893 | Mortality Review |
| ADCM1608432-1608440 | Mortality Review |
| MER000247-255 | ME Report |
| ADCRRM0012719-12722 | Mortality Review |
| MER000777-780 | ME Report |
| ADCM1615628-1615631 | |
| ADCM1669320-1669324 | Mortality Review |
| MER000188-192 | ME Report |
| ADCRRM00005581-5584 | Mortality Review |
| ADCM1623203-1623209 | Mortality Review |
| ADCM1575247-1575250 | Mortality Review |
| ADCM1651471-1651474 | Mortality Review |
| MER000256-259 | ME Report |

| | |
|---|---|
| ADCRRM0004662-4665 | Mortality Review |
| ADCRRM0000018-21 | Mortality Review |
| MER000051-59 | ME Report |
| ADCM1575449-1575454 | Mortality Review |
| ADCM1603908-1603913 | Mortality Review |
| ADCRRM0019637-19640 | Mortality Review |
| ADCM1575459-1676463 | Mortality Review |
| ADCRRM0012735-12738 | Mortality Review |
| MER000698-701 | ME Report |
| ADCM1570724-1570728 | Mortality Review |
| ADCRR00000061-64 | Mortality Review |
| ADCRR00088293-88300 | Mortality Review and ME Report |
| ADCM1575464-1575467 | Mortality Review |
| ADCM1603925-1603928 | Mortality Review |
| ADCRR00088421-88436 | Mortality Review and ME Report |
| ADCM1603929-1603932 | Mortality Review |
| ADCRRM0026207-26210 | Mortality Review |
| MER000011-14 | ME Report |
| MER000015-18 | Amended ME Report |
| ADCRRM0026211-26214 | 09613 Mortality Review |
| MER000435-441 | ME Report |
| ADCRR00088437-88444 | Mortality Review and ME Report |

| ADCRR00088445-88461 | Mortality Review and ME Report |
| --- | --- |
| MER000229-241 | ME Report |
| ADCRR00088462-88469 | Mortality Review and ME Report |
| ADCM1623210-1623213 | Mortality Review |
| MER000200-204 | ME Report |
| ADCRR00088320-88323 | Mortality Review |
| ADCRR00088324-88328 | ME Report |
| MER000802-806 | ME Report |
| ADCM1584246-1584249 | Mortality Review |
| ADCRR00000093-97 | Mortality Review |
| ADCRRM0019657-19660 | Mortality Review |
| MER000678-681 | ME Report |
| ADCM1669335-1669338 | Mortality Review |
| MER000564-577 | ME Report |
| ADCRR00000098-101 | Mortality Review |
| MER000597-600 | ME Report |
| ADCRRM0019661-19664 | Mortality Review |
| ADCM1618279-1618283 | Mortality Review |
| ADCM1615638-1615641 | Mortality Review |
| ADCM1618284-1618290 | Mortality Review |
| ADCM1669343-1669346 | Mortality Review |
| MER000622-625 | ME Report |
| ADCRR00000170-183 | Psychological Autopsy |

| | |
|---|---|
| MER000710-718 | ME Report |
| ADCRRM0019673-19676 | Mortality Review |
| MER000325-329 | ME Report |
| ADCM1589803-1589808 | Mortality Review |
| MER000476-479 | ME Report |
| MER000480-483 | Amended ME Report |
| ADCM1613849-1613852 | Mortality Review |
| ADCRRM0026227-26230 | Mortality Review |
| ADCRRM0026231-26234 | Mortality Review |
| ADCR00088489-88496 | Mortality Review and ME Report |
| MER000543-546 | ME Report |
| ADCRRM0026235-26238 | Mortality Review |
| ADCR000088497-88504 | Mortality Review and ME Report |
| MER000582-585 | ME Report |
| ADCM1589813-1589820 | Mortality Review |
| ADCRRM0019682-19685 | Mortality Review |
| ADCRR00000110-113 | Mortality Review |
| ADCRR00088505-88511 | Mortality Review and ME Report |
| MER000416-418 | ME Report |
| ADCRR00088542-88545 | Mortality Review |
| MER000193-196 | ME Report |
| ADCRR00000114-117 | Mortality Review |
| ADCM1578112-1578117 | Mortality Review |

| ADCRR00088512-88519 | Mortality Review and ME Report |
| --- | --- |
| ADCRRM0026243-26246 | Mortality Review |
| MER000807-816 | ME Report |
| ADCRR00000118-121 | Mortality Review |
| MER000105-108 | ME Report |
| ADCM1603949-1603955 | Mortality Review |
| ADCRRM0000009-12 | Mortality Review |
| ADCM1578153-1578158 | Mortality Review |
| MER000385-401 | ME Report |
| ADCRRM0005589-5592 | Mortality Review |
| MER000208-212 | ME Report |
| ADCM1598087-1598094 | Mortality Review |
| MER000451-454 | ME Report |
| ADCRR00088520-88526 | Mortality Review and ME Report |
| ADCRR00088527088541 | Mortality Review and ME Report |
| ADCM1629761-1629766 | Mortality Review |
| MER000740-743 | ME Report |
| ADCM1598095-1598101 | Mortality Review |

CQI Meeting Minutes

| ADCRR00098881-98921 | ASPC-Douglas, January 2020 |
| --- | --- |
| ADCRR00098922-98966 | ASPC-Eyman, January 2020 |
| ADCRR00098967-99120 | ASPC-Florence, January 2020 |

| ADCRR00099121-99282 | ASPC-Lewis, January 2020 |
| --- | --- |
| ADCRR00099283-99320 | ASPC-Perryville, January 2020 |
| ADCRR00099321-99339 | ASPC-Phoenix, January 2020 |
| ADCRR00099340-99432 | ASPC-Safford, January 2020 |
| ADCRR00099433-99493 | ASPC-Tucson, January 2020 |
| ADCRR00099494-99503 | ASPC-Winslow, January 2020 |
| ADCRR00099504-99601 | ASPC-Yuma, January 2020 |
| ADCRR00099602-99638 | ASPC-Douglas, February 2020 |
| ADCRR00099639-99667 | ASPC-Eyman, February 2020 |
| ADCRR00099668-99733 | ASPC-Florence, February 2020 |
| ADCRR00099734-99779 | ASPC-Lewis, February 2020 |
| ADCRR00099780-99791 | ASPC-Perryville, February 2020 |
| ADCRR00099792-99808 | ASPC-Phoenix, February 2020 |
| ADCRR00099809-99877 | ASPC-Safford, February 2020 |
| ADCRR00099879-99954 | ASPC-Tucson, February 2020 |
| ADCRR00099955-99963 | ASPC-Winslow, February 2020 |
| ADCRR00099964-100005 | ASPC-Yuma, February 2020 |
| ADCRR00148470-148508 | ASPC-Douglas, March 2020 |
| ADCRR00148509-148627 | ASPC-Eyman, March 2020 |
| ADCRR00148628-148682 | ASPC-Florence, March 2020 |
| ADCRR00148683-148723 | ASPC-Lewis, March 2020 |
| ADCRR00148724-148730 | ASPC-Perryville, March 2020 |
| ADCRR00148731-148742 | ASPC-Phoenix, March 2020 |
| ADCRR00148743-148788 | ASPC-Safford, March 2020 |

| ADCRR00148789-148859 | ASPC-Tucson, March 2020 |
| ADCRR00148860-148868 | ASPC-Winslow, March 2020 |
| ADCRR00148869-148896 | ASPC-Yuma, March 2020 |
| ADCRR00100006-100040 | ASPC-Douglas, April 2020 |
| ADCRR00100041-100139 | ASPC-Eyman, April 2020 |
| ADCRR00100140-100186 | ASPC-Florence, April 2020 |
| ADCRR00100187-100244 | ASPC-Lewis, April 2020 |
| ADCRR00100245-100259 | ASPC-Perryville, April 2020 |
| ADCRR00100260-100271 | ASPC-Phoenix, April 2020 |
| ADCRR00100272-100354 | ASPC-Safford, April 2020 |
| ADCRR00100335-100481 | ASPC-Tucson, April 2020 |
| ADCRR00100482-100490 | ASPC-Winslow, April 2020 |
| ADCRR00100491-100497 | ASPC-Yuma, April 2020 |
| ADCRR00100498-100539 | ASPC-Douglas, May 2020 |
| ADCRR00100540-100656 | ASPC-Eyman, May 2020 |
| ADCRR00100657-100702 | ASPC-Florence, May 2020 |
| ADCRR00100703-100749 | ASPC-Lewis, May 2020 |
| ADCRR00100750-100757 | ASPC-Perryville, May 2020 |
| ADCRR00100758-100777 | ASPC-Phoenix, May 2020 |
| ADCRR00100778-100834 | ASPC-Safford, May 2020 |
| ADCRR00100835-100952 | ASPC-Tucson, May 2020 |
| ADCRR00100953-100961 | ASPC-Winslow, May 2020 |
| ADCRR00100962-100992 | ASPC-Yuma, May 2020 |
| ADCRR00100993-101008 | ASPC-Douglas, June 2020 |

| | |
|---|---|
| ADCRR00101009-101015 | ASPC-Eyman, June 2020 |
| ADCRR00101016-101029 | ASPC-Florence, June 2020 |
| ADCRR00101030-101080 | ASPC-Lewis, June 2020 |
| ADCRR00101081-101089 | ASPC-Perryville, June 2020 |
| ADCRR00101090-101105 | ASPC-Phoenix, June 2020 |
| ADCRR00101106-101160 | ASPC-Safford, June 2020 |
| ADCRR00101161-101245 | ASPC-Tucson, June 2020 |
| ADCRR00101246-101257 | ASPC-Winslow, June 2020 |
| ADCRR00101258-101291 | ASPC-Yuma, June 2020 |
| ADCRR00101292-101339 | ASPC-Douglas, July 2020 |
| ADCRR00101340-101391 | ASPC-Eyman, July 2020 |
| ADCRR00101392-101481 | ASPC-Florence, July 2020 |
| ADCRR00101482-101525 | ASPC-Lewis, July 2020 |
| ADCRR00101526-101533 | ASPC-Perryville, July 2020 |
| ADCRR00101534-101560 | ASPC-Phoenix, July 2020 |
| ADCRR00101561-101603 | ASPC-Safford, July 2020 |
| ADCRR00101604-101688 | ASPC-Tucson, July 2020 |
| ADCRR00101689-101701 | ASPC-Winslow, July 2020 |
| ADCRR00101702-101785 | ASPC-Yuma, July 2020 |
| ADCRR00101786-101815 | ASPC-Douglas, August 2020 |
| ADCRR00101816-101899 | ASPC-Eyman, August 2020 |
| ADCRR00101900-101951 | ASPC-Florence, August 2020 |
| ADCRR00101952-102008 | ASPC-Lewis, August 2020 |
| ADCRR00102009-102017 | ASPC-Perryville, August 2020 |

| ADCRR00102018-102048 | ASPC-Phoenix, August 2020 |
|---|---|
| ADCRR00102049-102097 | ASPC-Safford, August 2020 |
| ADCRR00102098-102165 | ASPC-Tucson, August 2020 |
| ADCRR00102166-102175 | ASPC-Winslow, August 2020 |
| ADCRR00102176-102204 | ASPC-Yuma, August 2020 |
| ADCRR00102205-102323 | ASPC-Douglas, September 2020 |
| ADCRR00139237-139314 | ASPC-Eyman, September 2020 |
| ADCRR00139315-139376 | ASPC-Florence, September 2020 |
| ADCRR00102483-102548 | ASPC-Lewis, September 2020 |
| ADCRR00102549-102556 | ASPC-Perryville, September 2020 |
| ADCRR00102557-102609 | ASPC-Phoenix, September 2020 |
| ADCRR00102610-102650 | ASPC-Safford, September 2020 |
| ADCRR00102651-102820 | ASPC-Tucson, September 2020 |
| ADCRR00102821-102830 | ASPC-Winslow, September 2020 |
| ADCRR00102831-102918 | ASPC-Yuma, September 2020 |
| ADCRR00102919-102954 | ASPC-Douglas, October 2020 |
| ADCRR00102955-103209 | ASPC-Eyman, October 2020 |
| ADCRR00103210-103283 | ASPC-Florence, October 2020 |
| ADCRR00103284-103342 | ASPC-Lewis, October 2020 |
| ADCRR00103343-103350 | ASPC-Perryville, October 2020 |
| ADCRR00103351-103362 | ASPC-Phoenix, October 2020 |
| ADCRR00103363-103422 | ASPC-Safford, October 2020 |
| ADCRR00103423-103519 | ASPC-Tucson, October 2020 |
| ADCRR00103520-103541 | ASPC-Winslow, October 2020 |

| ADCRR00103542-103571 | ASPC-Yuma, October 2020 |
|---|---|
| ADCRR00103572-103109 | ASPC-Douglas, November 2020 |
| ADCRR00103610-103617 | ASPC-Eyman, November 2020 |
| ADCRR00103618-103688 | ASPC-Florence, November 2020 |
| ADCRR00103689-103729 | ASPC-Lewis, November 2020 |
| ADCRR00103730-103743 | ASPC-Perryville, November 2020 |
| ADCRR00103744-103766 | ASPC-Phoenix, November 2020 |
| ADCRR00103767-103820 | ASPC-Safford, November 2020 |
| ADCRR00103821-103899 | ASPC-Tucson, November 2020 |
| ADCRR00103900-103909 | ASPC-Winslow, November 2020 |
| ADCRR00103910-103935 | ASPC-Yuma, November 2020 |
| ADCRR00103936-103947 | ASPC-Douglas, December 2020 |
| ADCRR00103948-103957 | ASPC-Eyman, December 2020 |
| ADCRR00103958-103970 | ASPC-Florence, December 2020 |
| ADCRR00103971-103975 | ASPC-Lewis, December 2020 |
| ADCRR00103976-103983 | ASPC-Perryville, December 2020 |
| ADCRR00103984-103991 | ASPC-Phoenix, December 2020 |
| ADCRR00103992-103997 | ASPC-Safford, December 2020 |
| ADCRR00103998-104001 | ASPC-Tucson, December 2020 |
| ADCRR00104002-104017 | ASPC-Winslow, December 2020 |
| ADCRR00104018-104023 | ASPC-Yuma, December 2020 |
| ADCRR00104024-104077 | ASPC-Douglas, January 2021 |
| ADCRR00104078-104167 | ASPC-Eyman, January 2021 |
| ADCRR00104168-107303 | ASPC-Florence, January 2021 |

| ADCRR00104304-104360 | ASPC-Lewis, January 2021 |
| ADCRR00104361-104406 | ASPC-Perryville, January 2021 |
| ADCRR00104407-104424 | ASPC-Phoenix, January 2021 |
| ADCRR00104425-104473 | ASPC-Safford, January 2021 |
| ADCRR00104474-104644 | ASPC-Tucson, January 2021 |
| ADCRR00104645-104668 | ASPC-Winslow, January 2021 |
| ADCRR00104669-104775 | ASPC-Yuma, January 2021 |
| ADCRRM0018501-18514 | ASPC-Douglas, February 2021 |
| ADCRRM0018515-18531 | ASPC-Eyman, February 2021 |
| ADCRRM0018532-18543 | ASPC-Florence, February 2021 |
| ADCRRM0018544-18551 | ASPC-Lewis, February 2021 |
| ADCRRM0018552-18559 | ASPC-Perryville, February 2021 |
| ADCRRM0018560-18568 | ASPC-Phoenix, February 2021 |
| ADCRRM0018569-18574 | ASPC-Safford, February 2021 |
| ADCRRM0018575-18582 | ASPC-Tucson, February 2021 |
| ADCRRM0018583-18588 | ASPC-Winslow, February 2021 |
| ADCRRM0018589-18595 | ASPC-Yuma, February 2021 |
| ADCRR00105160-105192 | ASPC-Douglas, March 2021 |
| ADCRR00105193-105469 | ASPC-Eyman, March 2021 |
| ADCRR00105470-105606 | ASPC-Florence, March 2021 |
| ADCRR00105607-105673 | ASPC-Lewis, March 2021 |
| ADCRR00105674-105729 | ASPC-Perryville, March 2021 |
| ADCRR00105730-105760 | ASPC-Phoenix, March 2021 |
| ADCRR00105761-105789 | ASPC-Safford, March 2021 |

| | |
|---|---|
| ADCRR00105790-106006 | ASPC-Tucson, March 2021 |
| ADCRR00106007-106017 | ASPC-Winslow, March 2021 |
| ADCRR00106018-106057 | ASPC-Yuma, March 2021 |
| ADCRR00106058-106099 | ASPC-Douglas, April 2021 |
| ADCRR00106100-106129 | ASPC-Eyman, April 2021 |
| ADCRR00106130-106184 | ASPC-Florence, April 2021 |
| ADCRR00106185-106323 | ASPC-Lewis, April 2021 |
| ADCRR00106324-106368 | ASPC-Perryville, April 2021 |
| ADCRR00106369-106389 | ASPC-Phoenix, April 2021 |
| ADCRR00106390-106418 | ASPC-Safford, April 2021 |
| ADCRR00106419-106456 | ASPC-Tucson, April 2021 |
| ADCRR00106457-106466 | ASPC-Winslow, April 2021 |
| ADCRR00106467-106473 | ASPC-Yuma, April 2021 |
| ADCRR00056228-56263 | ASPC-Douglas, May 2021 |
| ADCRR00056264-56304 | ASPC-Eyman, May 2021 |
| ADCRR00056305-56464 | ASPC-Florence, May 2021 |
| ADCRR00056465-56506 | ASPC-Lewis, May 2021 |
| ADCRR00056507-56540 | ASPC-Perryville, May 2021 |
| ADCRR00056541-56587 | ASPC-Phoenix, May 2021 |
| ADCRR00056588-56663 | ASPC-Safford, May 2021 |
| ADCRR00056664-56719 | ASPC-Tucson, May 2021 |
| ADCRR00056720-56730 | ASPC-Winslow, May 2021 |
| ADCRR00056731-56771 | ASPC-Yuma, May 2021 |
| ADCRR00061590-61619 | ASPC-Douglas, June 2021 |

| ADCRR00061620-61741 | ASPC-Eyman, June 2021 |
|---|---|
| ADCRR00061742-61821 | ASPC-Florence, June 2021 |
| ADCRR00061822-61873 | ASPC-Lewis, June 2021 |
| ADCRR00061874-61886 | ASPC-Perryville, June 2021 |
| ADCRR00061887-61957 | ASPC-Phoenix, June 2021 |
| ADCRR00061958-61999 | ASPC-Safford, June 2021 |
| ADCRR00062000-62031 | ASPC-Tucson, June 2021 |
| ADCRR00062032-62042 | ASPC-Winslow, June 2021 |
| ADCRR00062043-62151 | ASPC-Yuma, June 2021 |
| ADCRR00062152-62183 | ASPC-Douglas, July 2021 |
| ADCRR00062184-62288 | ASPC-Eyman, July 2021 |
| ADCRR00062289-62464 | ASPC-Florence, July 2021 |
| ADCRR00062465-62538 | ASPC-Lewis, July 2021 |
| ADCRR00062539-62550 | ASPC-Perryville, July 2021 |
| ADCRR00062551-62576 | ASPC-Phoenix, July 2021 |
| ADCRR00062577-62612 | ASPC-Safford, July 2021 |
| ADCRR00000856-883 | ASPC-Tucson, July 2021 |
| ADCRR00062613-62623 | ASPC-Winslow, July 2021 |
| ADCRR00062624-62630 | ASPC-Yuma, July 2021 |
| ADCRR00136543-136577 | ASPC-Douglas, August 2021 |
| ADCRR00136578-136697 | ASPC-Eyman, August 2021 |
| ADCRR00136698-136803 | ASPC-Florence, August 2021 |
| ADCRR00136804-136931 | ASPC-Lewis, August 2021 |
| ADCRR00136932-136942 | ASPC-Perryville, August 2021 |

| ADCRR00136943-136958 | ASPC-Phoenix, August 2021 |
| ADCRR00136959-137005 | ASPC-Safford, August 2021 |
| ADCRR00137006-137040 | ASPC-Tucson, August 2021 |
| ADCRR00137041-137052 | ASPC-Winslow, August 2021 |
| ADCRR00137053-137139 | ASPC-Yuma, August 2021 |

Court Orders and Filings

| 946-1, Ex. 1 | 6/18/14 | Confidential Report of Todd Randall Wilcox, November 8, 2013 (Under Seal) |
| 946-1, Ex. 3 | 6/18/14 | Confidential Supplemental Report of Todd Randall Wilcox, April 2, 2014 (Under Seal) |
| 1105 | 9/9/14 | Notice of Service of Supplemental Expert Reports |
| 1185 | 10/14/14 | Stipulation |
| 1185-1 | 10/14/14 | Exhibits to Stipulation |
| 1539 (redacted) 1558 (sealed) | 4/11/16 | Declaration of Todd R. Wilcox |
| 1670 | 9/2/16 | Declaration of Todd R. Wilcox, M.D. |
| 2103 | 6/9/17 | Declaration of Todd R. Wilcox, M.D., M.B.A. |
| 2496 | 12/18/17 | Declaration of Dr. Todd R. Wilcox, M.D., M.B.A. |
| 3379 | 10/4/19 | Report to the Court in the Matter of *Parsons v. Ryan, et al.*, Marc F. Stern, MD, MPH, Federal Rule 706 Expert |
| 3718 | 8/24/20 | Rebuttal Declaration of Amy June Rowley, Ph.D. |
| 3861 | 2/24/21 | Order |
| 3916-1 | 6/21/21 | Defendants' Performance Measure Charts Regarding April 2021 Compliance |

| 3920 | 7/13/21 | Defendants' Response to Plaintiffs' Objections to Defendants' Compliance Plan Regarding Paragraph 14 of the Stipulation and Submission of Revised Compliance Plan |
|---|---|---|
| 3920-1 | 7/13/21 | Exhibit 1, Language Identification Guide |
| 4006-1, Ex. C | 9/29/21 | Declaration of Laura Redmond (166546) |

## Expert Reports Not Filed with Court

| WILCOX000001-96 | Second Supplemental Report of Todd Randall Wilcox, M.D. (9/8/14) |
|---|---|
| WILCOX000848-925 | Expert Report of Robert Joy, 10/9/21 |

## Information Summaries

| WILCOX000108 | Table of Performance Measure 11 CGAR Scores (January-July 2021) |
|---|---|
| WILCOX000109 | Table of Performance Measure 13 CGAR Scores (January-July 2021) |
| WILCOX000110 | Table of Performance Measure 35 CGAR Scores (January-July 2021) |
| WILCOX000111 | Table of Performance Measure 37 CGAR Scores (January-July 2021) |
| WILCOX000112 | Table of Performance Measure 44 CGAR Scores (January-July 2021) |
| WILCOX000113 | Table of Performance Measure 46 CGAR Scores (January-July 2021) |
| WILCOX000114 | Table of Performance Measure 47 CGAR Scores (January-July 2021) |
| WILCOX000115 | Table of Performance Measure 48 CGAR Scores (January-July 2021) |

| | |
|---|---|
| WILCOX000116 | Table of Performance Measure 50 CGAR Scores (January-July 2021) |
| WILCOX000117 | Table of Performance Measure 51 CGAR Scores (January-July 2021) |
| WILCOX000118 | Table of Performance Measure 52 CGAR Scores (January-July 2021) |
| WILCOX000119 | Table of Medical Scores of Patients Before Death |
| WILCOX000120 | Table of Medical Scores of Patients Housed in the IPC at ASPC-Florence |
| WILCOX000121 | Table of Medical Scores of Patients Housed in the IPC at ASPC-Lewis |
| WILCOX000122 | Table of Medical Scores of Patients Housed in the IPC at ASPC-Tucson |
| WILCOX000123 | Table of Medical Scores of Patients Housed in the SNU at ASPC-Perryville |

Photographs and Videorecordings

| | |
|---|---|
| ADCRR00108128 | Videorecording of                                    from 9/8/21 ASPC-Florence Site Visit |
| ADCRR00108126 | Photograph of Urine in Collection Bag of                    from 9/8/21 ASPC-Florence Site Visit |
| ADCRR00108125 | Photograph of Inner Thigh of                                    from 9/8/21 ASPC-Florence Site Visit |
| ADCRR00108124 | Photograph of Foot of                                    from 9/8/21 ASPC-Florence Site Visit |
| ADCRR00108123 | Photograph of Bottom of Foot of                                    from 9/8/21 ASPC-Florence Site Visit |
| WILCOX000107 | Photograph of Bottom of Foot of                                    from 9/8/21 ASPC-Florence Site Visit (ADCRR00108123) **with Annotations by Dr. Wilcox** |

19

| ADCRR00108122 | Photograph of                               from 9/8/21 ASPC-Florence Site Visit |
| ADCRR00108134 | RN Exam Room from 9/1/21 ASPC-Lewis Site Visit |
| ADCRR00108135 | RN Exam Room from 9/1/21 ASPC-Lewis Site Visit |
| ADCRR00108148 | Videorecording of                          from 9/9/21 ASPC-Tucson Site Visit |
| ADCRR00108146 | Photograph of Stump of                   from 9/9/21 ASPC-Tucson Site Visit |
| WILCOX000106 | Photograph of Stump of                   from 9/9/21 ASPC-Tucson Site Visit (ADCRR00108146) **with Annotations by Dr. Wilcox** |

ADCRR Policies and Procedures

- ADCRR, Medical Services Technical Manual (Oct. 4, 2021), https://corrections.az.gov/sites/default/files/documents/PDFs/tech_manuals/adcrr-healthservicestechnicalmanual_100421.pdf

- Department Order 1101, Inmate Access to Health Care (amended Oct. 17, 2018), https://corrections.az.gov/sites/default/files/policies/1100/1101_032519.pdf

- Department Order 1104, Inmate Medical Records (Oct. 29, 2020), https://corrections.az.gov/sites/default/files/policies/1100/1104_103020.pdf

- Department Order 1104, Inmate Medical Records (effective Oct. 27, 2021), https://corrections.az.gov/sites/default/files/policies/1100/1104b_effective_102721.pdf

Statutes, Regulations, Rules, and Executive Orders

| A.R.S. § 12-351 | Costs of compliance with subpoena for production of documentary evidence; payment by requesting party; definitions |

| A.R.S. § 32-2531 | Physician assistant scope of practice; health care tasks; supervising physician duties; civil penalty |
|---|---|
| 67 Fed. Reg. 41,455 | U.S. Dep't of Justice, Guidance to Federal Financial Assistance Recipients Regarding Title VI Prohibition Against National Origin Discrimination Affecting Limited English Proficient Persons (June 18, 2002) |
| 45 C.F.R. § 164.524 | Access of individuals to protected health information |
| Arizona Executive Order 2020-10 | Delaying Elective Surgeries to Conserve Personal Protective Equipment Necessary to Test and Treat Patients with COVID-19, https://azgovernor.gov/governor/executive-order/2020-10 |
| Arizona Executive Order 2020-32 | Requesting Exemption From Executive Order 2020-10 — Elective Surgeries, https://azgovernor.gov/governor/executive-order/2020-32 |
| R4-19-508 | Standards Related to Registered Nurse Practitioner Scope of Practice (June 3, 2019), https://www.azbn.gov/sites/default/files/2020-03/RULES.Effective.June3_.2019.pdf |

Deposition Transcripts

- Dr. Grant Phillips (Oct. 4, 2021)

- Dr. Grant Phillips (Oct. 5, 2021)

- Dr. Wendy Orm (Oct. 13, 2021)

- Larry Gann, Jr. (Oct. 13, 2021)

Other

| ADCRR00021949 | ADCRR's June 2021 Staffing Variance Report |
|---|---|
| ADCRR00096790-96818 | Centurion - Arizona DOC Drug Formulary (July 2021) |

| ADCRR00049644-49645 | Inmate Grievance and Inmate Formal Grievance Response for |
|---|---|
| WILCOX000097-105 | Letter from Corene Kendrick & Gabriela Pelsinger, Prison Law Office, to Timothy Bojanowski, Struck, Love, Bojanowski & Acedo, PLC, *Parsons v. Shinn*, 2:12-CV-00601, Class Member in Need of Medical Care, Florence - Central IPC, Notice of Noncompliance (Paragraph 8 of the Stipulation) (Aug. 16, 2020) |
| Pltfs' Trial Exh. 1976 | Defendants' 10/13/21 responses to Plaintiffs' First Set of Requests for Admission |
| Online | Indomethacin: Drug Information from Lexicomp, UptoDate.com (last visited Oct. 2, 2021), https://www.uptodate.com/contents/indomethacin-drug-information?search=indomethacin%20Lexicomp&source=search_result&selectedTitle=1~150&usage_type=default&display_rank=1 |
| Online | Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12, U.S. Department of Justice Programs, Bureau of Justice Statistics (rev. Oct. 4, 2016), https://bjs.ojp.gov/content/pub/pdf/mpsfpji1112.pdf |
| Online | U.S. Preventive Services Task Force, Final Recommendation Statement, Hepatitis C Virus Infection in Adolescents and Adults: Screening (Mar. 2, 2020), https://www.uspreventiveservicestaskforce.org/uspstf/recommendation/hepatitis-c-screening |
| Online | U.S. Food & Drug Administration, Information About Medication-Assisted Treatment (MAT) (Feb. 14, 2019), https://www.fda.gov/drugs/information-drug-class/information-about-medication-assisted-treatment-mat |

| Online | U.S. Dep't of Health & Human Services, How to Find Opioid Treatment Programs? (Apr. 19, 2018), https://www.hhs.gov/opioids/treatment/index.html |
|---|---|
| Online | Nat'l Institutes of Health, Policy Brief: Effective Treatments for Opioid Addiction (Nov. 2016), https://www.drugabuse.gov/publications/effective-treatments-opioid-addiction |
| Online | Office of Nat'l Drug Control Policy, National Treatment Plan for Substance Use Disorder 2020 (Feb. 2020), https://trumpwhitehouse.archives.gov/wp-content/uploads/2020/02/2020-NDCS-Treatment-Plan.pdf |
| Online | U.S. Dep't of Health & Human Services, Substance Abuse and Mental Health Services Administration, Medication-Assisted Treatment (MAT) (Oct. 7, 2021), https://www.samhsa.gov/medication-assisted-treatment |
| Online | Traci C. Green, PhD, MSc, Jennifer Clarke, MD, and Lauren Brinkley-Rubinstein, PhD, Postincarceration Fatal Overdoses After Implementing Medications for Addiction Treatment in a Statewide Correctional System, JAMA Psychiatry 75(4) (2018), https://jamanetwork.com/journals/jamapsychiatry/fullarticle/2671411 |
| Online | ADCRR, Admissions, Release, Confined Population Fact Sheet, https://corrections.az.gov/sites/default/files/REPORTS/Inmate_Population/inmate_popfacts_sheet_2019.pdf |
| Online | U.S. Dep't of Health & Human Services, Individuals' Right under HIPAA to Access their Health Information 45 CFR § 164.524 (Jan. 31, 2020), https://www.hhs.gov/hipaa/for-professionals/privacy/guidance/access/index.html |

# APPENDIX D

Redacted and Filed Under Seal

MEDICAL SCORES OF SELECT PATIENTS AT TIME OF DEATH

| Name | No. | Score | Name | No. | Score | Name | No. | Score |
|------|-----|-------|------|-----|-------|------|-----|-------|
|  |  | 1 |  |  | 2 |  |  | 3 |
|  |  | 1 |  |  | 2 |  |  | 3 |
|  |  | 1 |  |  | 2 |  |  | 3 |
|  |  | 1 |  |  | 2 |  |  | 3 |
|  |  | 2 |  |  | 2 |  |  | 4 |
|  |  | 2 |  |  | 2 |  |  | 4 |
|  |  | 2 |  |  | 2 |  |  | 4 |
|  |  | 2 |  |  | 3 |  |  | 4 |
|  |  | 2 |  |  | 3 |  |  | 5 |

Source:    The "Administrative – Health Records Lock" encounter entry in the eOMIS patient record. For those patients listed with an asterisk (*), that encounter entry did not list a medical score. For those patients, the score listed in the table above is from the last encounter before their death.

**WILCOX000119**

MEDICAL SCORES OF PATIENTS HOUSED IN IPC AT ASPC-FLORENCE

| Name | No. | Score | Name | No. | Score | Name | No. | Score |
|------|-----|-------|------|-----|-------|------|-----|-------|
|      |     | 1     |      |     | 3     |      |     | 3     |
|      |     | 1     |      |     | 3     |      |     | 4     |
|      |     | 2     |      |     | 3     |      |     | 4     |
|      |     | 2     |      |     | 3     |      |     | 4     |
|      |     | 2     |      |     | 3     |      |     | 4     |
|      |     | 2     |      |     | 3     |      |     | 5     |
|      |     | 2     |      |     | 3     |      |     |       |

Source:    Medical score listed in eOMIS patient records as of 9/29/21. Mr.                    listed above with an asterisk (*), died before
9/29/21; the score listed for him was his score at the time of his death.

WILCOX000120

MEDICAL SCORES OF PATIENTS HOUSED IN IPC AT ASPC-LEWIS

| Name | No. | Score | Name | No. | Score | Name | No. | Score |
|------|-----|-------|------|-----|-------|------|-----|-------|
|      |     | 2     |      |     | 2     |      |     | 4     |
|      |     | 2     |      |     | 3     |      |     | 4     |
|      |     | 2     |      |     | 3     |      |     | 4     |

Source:     Medical score listed in eOMIS patient records as of 9/29/21.

WILCOX000121

MEDICAL SCORES OF PATIENTS HOUSED IN IPC AT ASPC-TUCSON

| Name | No. | Score | Name | No. | Score | Name | No. | Score |
|------|-----|-------|------|-----|-------|------|-----|-------|
|  |  | 1 |  |  | 3 |  |  | 4 |
|  |  | 2 |  |  | 3 |  |  | 4 |
|  |  | 2 |  |  | 3 |  |  | 4 |
|  |  | 2 |  |  | 3 |  |  | 4 |
|  |  | 2 |  |  | 4 |  |  | 5 |
|  |  | 3 |  |  | 4 |  |  | 5 |
|  |  | 3 |  |  | 4 |  |  | 5 |

Source:    Medical score listed in eOMIS patient records as of 9/29/21. Mr.          and Mr.          listed above with an asterisk (*), were both out to hospital on 9/29/21. Mr.          and Mr.          listed above with an asterisk (*), were both out to hospital on 9/29/21. Mr.          listed above with a double asterisk (**), was released from custody before 9/29/21. The score listed for him is the score listed in his last healthcare encounter entry before his release.

**WILCOX000122**

MEDICAL SCORES OF PATIENTS HOUSED IN SNU AT ASPC-PERRYVILLE

| Name | No. | Score | Name | No. | Score | Name | No. | Score |
|------|-----|-------|------|-----|-------|------|-----|-------|
|      |     | 2     |      |     | 3     |      |     | 3     |
|      |     | 3     |      |     | 3     |      |     |       |

Source:       Medical score listed in eOMIS patient records as of 9/29/21.

WILCOX000123

# APPENDIX E

Redacted and Filed Under Seal





RECEIVED
DEC 0 5 2019
ASPC-LEWIS
HEALTHCARE

## Practitioner Consultation Report

| Auth #:   OP1783852032 | | Date of Service:  12/4/2019 | |
|---|---|---|---|
| Patient: | Inmate ID: | | DOB: |
| Facility: ASPC LEWIS | SERVICE TYPE:   General Surgery | | Phone: 623-386-6160 |
| Practitioner:   NP Morales | Practitioner Type: | | Location: Stiner |

**\*\*\* See Attached Consultation Request for Health Services Authorized\*\*\***

For security reasons inmates must NOT be informed of recommended treatment or possible hospitalization. Due to security considerations, all recommended tests and treatments are to be scheduled by Centurion.

Review of Case (chief complaint, exam findings, etc.):

*- Patient is a 58 year old [?] who is referred with [?] hernia. Patient is seeking repair.*

Diagnosis and Prescription Suggestions (To be reviewed by Centurior Provider):

*- [?] hernia*

Can equivalent Medication substitituion be used?        Yes    NO            Follow up Needed:   Yes    NO

If Follow up neeeded, explain:

*- Patient needs [?] hernia repair.*

| Richard J. Whitman JR M | [signature] | 12/4/19 |
|---|---|---|
| Practitioner Name | Practitioner signature | Date: |

### To be Completed by Centurion Provider

| Action(s) Needed/ Implemented: | | |
|---|---|---|
| | | |
| Centurion Provider Signature | Centurion Provider Stamp/Name | Date: |

WILCOX001078



# centurion

| PATIENT NAME | ADC/ID# | DOB |
|---|---|---|

FACILITY: Win
ASPC-TUCSON COMPLEX          PHONE #: 520-574-0024 EXT 36375/38285

PROVIDER: Talley Wiese     CONSULT TYPE: Rheumatology     LOCATION: 3535 E Roosevelt Rd

AUTHORIZATION #: OP2635586502          DATE OF SERVICE: 9/14/21

***SEE ATTACHED CONSULTATION REQUEST FOR HEALTH SERVICES AUTHORIZED***
FOR SECURITY REASONS, INMATES MUST NOT BE INFORMED OF RECOMMENDED
TREATMENT OR POSSIBLE HOSPITALIZATION. DUE TO SECURITY CONSIDERATIONS, ALL
RECOMMENDED TESTS AND TREATMENTS ARE TO BE SCHEDULED BY CENTURION.

REVIEW OF CASE (CHIEF COMPLAINT, EXAM FINDING, ETC.)

Pt with 8 mos. of progressive skin thickening to B/L UE, chest, torso, face assoc. c̄ Raynauds and some SOB along c̄ superficial digital ulceration.

DIAGNOSIS AND PRESCRIPTION SUGGESTIONS:
CAN EQUIVALENT MEDICATION SUBSITUTION BE USED?     YES     NO

Recc ordering labs to better clarify dx, confirm suspicion of scleroderma. — will then recommend med./ Norvasc/ poss. Cellcept.

IS FOLLOW UP APPT NEEDED? (YES)     NO
IF FOLLOW UP NEEDED, EXPLAIN:

2 mos.

PT SHOULD STOP PREDNISONE

PROVIDER NAME  Sheetal Chhaya-po     PROVIDER SIGNATURE  Chhaya-po     9-14-2021

## TO BE COMPLETED BY CENTURION PRACTITIONER

RECOMMENDATION AFTER REVIEW OF CONSULTANT'S REPORT:

| NO FURTHER ACTION NEEDED | IMPLEMENT THE FOLLOWING |
|---|---|

IMPLEMENTS:

CENTURION PROVIDER NAME _____     SIGNATURE _____

RECEIVED
DATE:
SEP 1 5 2021
ASPC -Tucson
Health Services

| DATE RECEIVED: | DATE SCANNED: |
|---|---|

FULL Progress note to follow. Will Fax to you. Tnx — 8

WILCOX001079



# centurion.

| PATIENT NAME | ADC/ID# | DOB |
|---|---|---|

| FACILITY: CIM<br>ASPC-TUCSON COMPLEX | PHONE #:<br>520-574-0024 EXT 36375/38285 |
|---|---|

| PROVIDER: Dr Khan | CONSULT TYPE: GI Eval | LOCATION: 525 N 18th<br>Street Pho, AZ |
|---|---|---|

| AUTHORIZATION #: OP2614613333 | DATE OF SERVICE: 9/3/21 |
|---|---|

***SEE ATTACHED CONSULTATION REQUEST FOR HEALTH SERVICES AUTHORIZED***
FOR SECURITY REASONS, INMATES MUST NOT BE INFORMED OF RECOMMENDED
TREATMENT OR POSSIBLE HOSPITALIZATION. DUE TO SECURITY CONSIDERATIONS, ALL
RECOMMENDED TESTS AND TREATMENTS ARE TO BE SCHEDULED BY CENTURION.

REVIEW OF CASE (CHIEF COMPLAINT, EXAM FINDING, ETC.)

*[handwritten notes]*

**RECEIVED**
SEP 07 2021
ASPC -Tucson
Health Services

DIAGNOSIS AND PRESCRIPTION SUGGESTIONS:
CAN EQUIVALENT MEDICATION SUBSITUTION BE USED?    YES    NO

*Dysphagia; Aspiration*

IS FOLLOW UP APPT NEEDED? (YES)   NO   ① PEG Sch for 9/28/21 @
IF FOLLOW UP NEEDED, EXPLAIN: 12:00 now ② he needs PEG earlier than
that & I am out of town

PROVIDER NAME _____   PROVIDER SIGNATURE _____

## TO BE COMPLETED BY CENTURION PRACTITIONER

RECOMMENDATION AFTER REVIEW OF CONSULTANT'S REPORT:

| NO FURTHER ACTION NEEDED | IMPLEMENT THE FOLLOWING |
|---|---|

IMPLEMENTS:

CENTURION PROVIDER NAME _____   SIGNATURE _____ DATE: _____

| DATE RECEIVED: | DATE SCANNED: |
|---|---|



| Reference # | | Date of Service |
|---|---|---|
| OP 18866 8 0016 | | 4/15/2020 |

| Patient: | Patient ID: | DOB: |
|---|---|---|
| | | |

| Facility: | Facility ID: | Phone: |
|---|---|---|
| Florence | South | |

| Practitioner: Dr. Olafsson | Practitioner Type: | Location: |
|---|---|---|
| Dr. Kincade - Banner | General Surgery | STV |

### ***See Attached Consultation Request for Health Services Authorized***

For security reasons, inmates must NOT be informed of recommended treatment or possible hospitalization.
Due to security considerations, all recommended tests and treatments are to be scheduled by Centurion.

**Review of Case (Chief complaint, exam finding, etc.):**

H/o right inguinal hernia since 2018

**Diagnosis and Prescription Suggestions (To be reviewed by Centurion Medical Director):**

Right inguinal hernia, Surgery recommended

| Can equivalent medication substitution be used? | Yes   No | Follow Up Needed? | Yes   No |
|---|---|---|---|
| No | | | |

**If follow up needed, explain:**

| A. Olafsson | | 4/15/2020 |
|---|---|---|
| Practitioner Name (Print) | Practitioner Signature | Date |

### To Be Completed by Centurion Practitioner

| Recommendation after review of consultants' report: | No Further Action   Implement the following |
|---|---|
| Implement: | |

| | | |
|---|---|---|
| Centurion Practitioner Name (Print) | Centurion Practitioner Signature | Date |

WILCOX001081



## INSTRUCTIONS TO PRACTITIONER

**********************************************************************

### THIS PATIENT IS AN INMATE WITH THE

### ARIZONA DEPARTMENT OF CORRECTIONS

### FOR SECURTIY REASONS:

DO NOT allow the inmate to overhear any discussion about

Recommended treatments, medications or follow-up appointments

DO NOT give the inmate medication samples!

*Notate recommended medications on the attached Consultation Report Form*

The Centurion provider will review the recommendation and obtain a patient specific prescription from our pharmacy.

Upon completion of today's appointment, please seal the complete Consultation Report and all associated paperwork in the manila envelope.

Give the envelope directly to the Corrections Officer.

Within 5 business days, please fax the dictated notes to the Clinical Coordinator's office:

FAX: 520-868-8530

Andrew Snyder, Clinical Coordinator
Phone: 520-868-0201 ext. 83737
Email: asnyder1@TeamCenturion.com

Terri Espinoza, Clinical Scheduler
Phone: 520-868-0201 ext. 86819
Email: tespinoza1@TeamCenturion.com

Robin Hernandez, Administrative Assistant
Phone: 520-868-0201 ext. 83740
Email: rhernandez1@TeamCenturion.com

WILCOX001082

# APPENDIX F

Redacted and Filed Under Seal



Hgt: 5' 2"
Wgt: 175 lbs
Rce: Caucasian
Gen: Female
DOB:
Age: 53

**Name: REDMOND, LAURA J.**
Facility: ASPC-PV SAN CARLOS     Area | Bed: *C11 | *67L     Medical Grade: 2
Admission: 04/13/2020     SMI: Yes     Dental Grade: 3
Discharge: None     SMIC: Yes     MH Status: Acute Distress or Outpatient SMI

ADC #: 166546   PID #: 0128865
PPD Date | Result: 06/23/2021 | Negative
CXR Date | Result: None Found
Interpreter Needed: Yes

  

**PATIENT**

---

CHSS001 - Patient Record Synopsis

○ PID  ● ADC  ○ Name

166546  ▼ ➡

| Active Orders | Allergies | Appointments | Consults | Current Health Status | Dental | Encounters | HSR | Health Problems | Labs | Medications | Precautions |

| Special Needs | Transfer Holds | Vitals | X-Ray Orders | Other... |

**Personal Favorites**

**Admin**

Password Change

**Help Desk**

**Build Information**

**Dashboards**

Inmate File Jacket

Inmate Synopsis/Chronological Reco

**Patient Description**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADC#: | 166546 | | Inmate Name: | REDMOND, LAURA J. | | SSN: | |
| Race/Sex: | Caucasian   Female | | DOB: | | | Age: 53 | Status: Active |
| Location: | ASPC-PV SAN CARLOS | | Bed: | *C11   *67L | | Custody: | Minimum |
| Medical Grade: | 2 | | | | | | |
| Admission Date: | 04/13/2020 | | Job Assignment: | Unassigned | | Earliest Release: | |

**Current Health Problem/Conditions** (1 - 64 of 64)

| ID# | Category | Type | National HIE Code(s) | Diagnosis Code | Reaction | Severity | Onset Date | Last Encounter Date |
|---|---|---|---|---|---|---|---|---|
| 065 | Other Diagnosis | Other Diagnosis | SNOMED: 16386004 - Dry skin (finding) | Xerosis cutis [L85.3] | | | 09/30/2021 | 09/30/2021 |
| 064 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | | | 09/22/2021 | 09/22/2021 |

**WILCOX001062**

Hgt: 5' 2"
Wgt: 175 lbs
Rce: Caucasian
Gen: Female
DOB:
Age: 53

**Name: REDMOND, LAURA J.**
    Facility: ASPC-PV SAN CARLOS
    Admission: 04/13/2020
    Discharge: None

Area | Bed: *C11 | *67L
SMI: Yes
SMIC: Yes

Medical Grade: 2
Dental Grade: 3
MH Status: Acute Distress or Outpatient SMI

**ADC #: 166546   PID #: 0128865**
PPD Date | Result: 06/23/2021 | Negative
CXR Date | Result: None Found
Interpreter Needed: No

**PATIENT**



     CHSS001 - Patient Record Synopsis



○ PID  ● ADC  ○ Name

166546 ▼ ➡

**Personal Favorites**

**Admin**

**Dashboards**

Inmate File Jacket

Inmate Synopsis/Chronological Record

| Active Orders | Allergies | Appointments | Consults | Current Health Status | Dental | Encounters | HSR | Health Problems | Labs | Medications | Precautions | Special Needs | Transfer Holds | Vitals |
| X-Ray Orders | Other... |

**Patient Description**

| | | | |
|---|---|---|---|
| ADC#: 166546 | Inmate Name: REDMOND, LAURA J. | SSN: | |
| Race/Sex: Caucasian    Female | DOB: | Age: 53 | Status: Active |
| Location: ASPC-PV SAN CARLOS | Bed: *C11   *67L | Custody: Minimum | |
| Medical Grade: 2 | | | |
| Admission Date: 04/13/2020 | Job Assignment: Unassigned | Earliest Release: | |

**Current Health Problem/Conditions** (1 - 64 of 64)

| ID# | Category | Type | National HIE Code(s) | Diagnosis Code | Reaction | Severity | Onset Date | Last Encounter Date |
|---|---|---|---|---|---|---|---|---|
| 065 | Other Diagnosis | Other Diagnosis | SNOMED: 16386004 - Dry skin (finding) | Xerosis cutis [L85.3] | | | 09/30/2021 | 09/30/2021 |
| 064 | Mental Health | Mental Health | SNOMED: 46206005 - Mood disorder (disorder) | Unspecified mood [affective] disorder [F39] | | | 09/22/2021 | 09/22/2021 |
| 063 | Other Diagnosis | Other Diagnosis | SNOMED: 249932008 - Lower facial weakness (finding) | Facial weakness [R29.810] | | | 08/19/2021 | 08/19/2021 |
| 062 | Other Diagnosis | Other Diagnosis | SNOMED: 279039007 - Low back pain (finding) | Low back pain [M54.5] | | | 06/08/2021 | 06/08/2021 |
| 061 | Mental Health | Mental Health | SNOMED: 698693004 - Adjustment disorder with anxious mood in remission (disorder) | Adjustment disorder with mixed anxiety and depressed mood [F43.23] | | | 04/26/2021 | 04/26/2021 |
| 060 | Other Diagnosis | Other Diagnosis | SNOMED: 22253000 - Pain (finding) | Pain, unspecified [R52] | | | 09/02/2020 | 09/02/2020 |
| 059 | Other Diagnosis | Other Diagnosis | SNOMED: 54586004 - Lower abdominal pain (finding) | Lower abdominal pain, unspecified [R10.30] | | | 06/16/2020 | 06/16/2020 |
| 058 | Other Diagnosis | Other Diagnosis | SNOMED: 21543000 - Acute actinic otitis externa (disorder) | Acute actinic otitis externa, unspecified ear [H60.519] | | | 05/26/2020 | 05/26/2020 |
| | | | SNOMED: 47505003 - Posttraumatic stress... | Post-traumatic stress disorder, unspecified... | | | | |

WILCOX001061