Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections; and Richard Pratt, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**DEFENDANTS' WITNESS SCHEDULE** |

Defendants hereby file a witness schedule listing the amount of time Defendants expect to spend on direct and redirect examination, and the amount of time Plaintiffs expect to spend on cross-examination of Defendants' witnesses. (*See* Dkt. 4112.)

## DEFENDANTS' WITNESSES

| | **Direct** | **Cross** | **Redirect** |
|---|---|---|---|
| Monday, November 15, 2021 | | | |
| Director David Shinn | 40 minutes | 45 minutes | 15 minutes |
| Larry Gann | 1.5 hours | 1 hour | 30 minutes |
| Dr. Bobbie Pennington-Stallcup | 2 hours | 1 hour | 30 minutes |

| | Tuesday, November 16, 2021 | | |
|---|---|---|---|
| Dr. Stallcup | *Continued if necessary* | | |
| Warden Jeffrey Van Winkle | 1.5 hours | 1 hour | 15 minutes |
| Dr. Elijah Jordan | 45 minutes | 30 minutes | 15 minutes |
| Dr. Grant Phillips | 45 minutes | 30 minutes | 15 minutes |
| | Wednesday, November 17, 2021 | | |
| Dr. Antonio Carr | 1 hour | 45 minutes | 15 minutes |
| Dr. Stephanie Leonard | 30 minutes | 20 minutes | 10 minutes |
| Warden Kimble | 1 hour | 30 minutes | 15 minutes |
| Jackie Miller *(by video)* | 30 minutes | 15 minutes | 10 minutes |
| | Thursday, November 18, 2021 | | |
| Dr. Josephine Shaar | 40 minutes | 30 minutes | 10 minutes |
| Dr. Wendy Orm | 45 minutes | 30 minutes | 30 minutes |
| ADW Kacie Schwestak | 45 minutes | 30 minutes | 15 minutes |
| DD Frank Strada | 45 minutes | 30 minutes | 30 minutes |
| | Friday, November 19, 2021 | | |
| Dr. Johnny Wu *(by video)* | 45 minutes | 15 minutes | 15 minutes |
| Dr. Owen Murray | 45 minutes | 2 hours | 1 hour |
| Tom Dolan *(by video)* | 45 minutes | 30 minutes | 15 minutes |
| | Monday, November 22, 2021 | | |
| Katie Masters | 30 minutes | 15 minutes | 10 minutes |
| Bianca Mocha | 30 minutes | 15 minutes | 10 minutes |
| Dr. Joseph Penn | 1 hour | 1.5 hours | 45 minutes |

DATED this 5th day of November, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/     Daniel P. Struck