**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:** Roslyn O. Silver    **Date:** November 4, 2021

**Case Number:** CV-12-00601-PHX-ROS

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Donald Specter | Timothy Bojanowski |
| | Maya Abela | Rachel Love |
| | Corene Kendrick | Ashlee Hesman |
| | David Fathi | Daniel Struck |
| | Maria Morris | Timothy Ray |

## BENCH TRIAL-DAY FOUR

8:40 a.m. Court is in session. Plaintiffs are not present. Jeffery Van Winkle, Client Representative for Defendants, is present. Discussion held regarding Plaintiff's Exhibit 635. Plaintiff's Exhibit 934 is admitted. The Court clarifies that all medical records shall be admitted under seal. Dr. Craig Haney is sworn and examined. Plaintiff's Exhibits 2214-2218 are admitted under Rule 803(18) over Defendant's objection. 10:09 am Court stands in recess.

10:32 a.m. Court resumes. Same parties present. Dr. Craig Haney is further examined, questioned by the Court, and cross-examined. 12:07 p.m. Court stands in recess.

1:05 p.m. Court resumes. Same parties present. Dr. Craig Haney is further cross-examined, Defendant's impeachment Exhibit 5632 is marked for identification. 2:12 p.m. Court stands in recess.

2:16 p.m. Court resumes. Same parties present. As to Plaintiff's Motion to Reconsider Testimony by Deposition (Doc. 4136), Plaintiffs shall file an updated motion identifying those excerpts that Plaintiff intends to use during trial. Defendants may file a response. Rahim Muhammad, appearing via video teleconference, is sworn, examined and cross-examined. Defendant's Exhibit 3627(a) is admitted. Plaintiff's Exhibits 1105, 2395 and 2396 are admitted. Further argument heard on Plaintiff's Exhibit 635. Defendants provide their tentative witness schedule. 4:32 p.m. Court stands in recess. Parties advise court staff that there is an issue with witness scheduling. 4:35 p.m. Court resumes. Discussion held. Dr. Haney shall be present on Friday, November 5, 2021 for continued cross-examination.

4:37 p.m. Court stands in recess until 8:30 a.m. on Friday, November 5, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM)
        Linda Schroeder-Willis (PM)

**Bench Tr: 6h 29m**
**Start:  8:40 am**
**Stop:   4:37 pm**