Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**SUPPLEMENTAL WITNESS DISCLOSURE OF PATRICIA BORDEN** |

154504583.1

At the Court's request, Plaintiffs submit the following supplemental witness disclosure of Patricia Borden.

**PATRICIA BORDEN**

Ms. Borden is a Registered Nurse who was formerly employed by Centurion. She may testify about the following points:

- She will discuss her professional background, including that she has been a registered nurse for 30 years and previously worked for Centurion in Arizona prisons (predominantly the Alhambra Unit, which serves as the intake facility for the Arizona prison system).

- She will discuss her resignation in September 2021 from her position with Centurion due to her concerns relating to poor health care and administrative impropriety. When she resigned, she wrote: "I had hoped I would have had the opportunity to improve patient care, but I can no longer continue to work under the constraints imposed on me, including understaffing and a standard of care which is considerably below average." "I can no longer risk my license as I watch failed quality measurements and the harm it is causing to my patients."

- She will explain her typical work and job activities performing health care in Arizona prisons.

- She will explain that she saw countless examples of poor health care and denial of care in Arizona prisons, as well as administrative impropriety. She saw a troubling pattern of denial of patient care and poor administrative decisions.

- For example, her boss called her into the office in 2020 after an inmate returned from offsite and no one had properly done a return-from-offsite visit report, the purpose of which is to make sure any new doctor's orders for a patient would be implemented. That report had not been completed for a prisoner. But the director of nursing wanted Ms. Borden to document it as a late entry, as though Ms. Borden actually saw the patient for that purpose, even though Ms. Borden had not seen the patient. Ms. Borden agreed to do so at her director's urging. In

154504583.1

response, the director told her thank you and that she would be saving Centurion $100,000.

- While working at Centurion, each new boss would bring in new policies and procedures that they would come up with on the fly, yet things were often not documented properly.

- She observed a trend in denying specialty care referrals to prisoners based on her experience processing hundreds of prisoners per week at Alhambra. When an incarcerated patient needs services beyond the capabilities of the prison health care center, they are supposed to be sent out to a facility that can perform the treatment. However, Centurion was reluctant to allow such referrals because it would cost the company more. Ms. Borden and her fellow nurses were pressured by administrators to tell their patients to request specialty care referrals after leaving Alhambra, at the next prison that would become their permanent housing.

- She observed many witnesses staying at Alhambra for weeks without proper care. Nurses would write instructions for treatment to be sought "At Next Yard," "At Next Complex," or "At Next Facility," so that the patients did not receive care at Alhambra and would not receive care until they arrived at another facility, sometimes much later.

- Centurion knew that the practice of delaying care violated its obligations. But instead of encouraging quicker treatment, Centurion instructed nurses in ADC facilities, for example in a January 25, 2021 email, to simply word the medical records differently so that it did not appear that a violation had occurred. Nurses were told to say "appointment scheduled to occur in 2-3 weeks" or "appointment scheduled to occur within 30 days."

- These delays caused problems. For example, one patient had a bad infection that needed immediate surgery. But he was told that he had to wait for treatment.

154504583.1

- She was mocked by colleagues for trying to get patients more timely health care. For instance, in defiance of the pressure from Centurion, Borden continued to advocate for her patients to receive specialty care. Outside transfers required the approval of the prison doctor, known as the "Provider." So Borden became known among her colleagues for an often repeated saying, which they memorialized by hanging a sign in the office. "It said 'Call the provider'" she recalled, but she says it was spelled in a way to ridicule her thick, Brooklyn accent: "P-r-o-v-i-d-a-h."
- Ms. Borden will explain that she observed another provider providing substandard care, saying "no" to many treatments," and another provider failing to properly conduct prisoner intakes, for example by saying that inmates were simply lying about their health care needs and ordering them only a portion of the medication they needed. Ms. Borden brought her concerns to an administrator and 2021 and told the director of nursing these problems. But nothing changed.
- Ms. Borden will discuss her process for deciding to become a whistleblower and to shed light on the poor treatment and administrative malfeasance and mismanagement she observed.
- She will testify that she has been asked to falsify health care reports and records.
- She will testify consistent with this article, which was published on October 15, 2021: https://www.azcentral.com/story/news/local/arizona/2021/10/15/arizona-prison-nurse-pat-borden-says-centurion-directed-her-falsify-report/8446942002/.

. . .

. . .

. . .

. . .

-3-

154504583.1

| | | |
|---|---|---|
| 1 | Dated: November 5, 2021 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By:   s/ John H. Gray |
| | | Daniel C. Barr (Bar No. 010149) |
| | | John H. Gray (Bar No. 028107) |
| 4 | | Austin C. Yost (Bar No. 034602) |
| | | Karl J. Worsham (Bar No. 035713) |
| 5 | | Kathryn E. Boughton (Bar No. 036105) |
| | | Mikaela N. Colby (Bar No. 035667) |
| 6 | | Kelly Soldati (Bar No. 036727) |
| | | Alisha Tarin-Herman (Bar No. 037040) |
| 7 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 8 | | Telephone:  (602) 351-8000 |
| | | Email:    dbarr@perkinscoie.com |
| 9 | |              jhgray@perkinscoie.com |
| | |              ayost@perkinscoie.com |
| 10 | |              kworsham@perkinscoie.com |
| | |              kboughton@perkinscoie.com |
| 11 | |              mcolby@perkinscoie.com |
| | |              ksoldati@perkinscoie.com |
| 12 | |              atarinherman@perkinscoie.com |
| | |              docketphx@perkinscoie.com |
| 13 | | |
| | | Victoria Lopez (Bar No. 330042)* |
| 14 | | Jared G. Keenan (Bar No. 027068) |
| | | **ACLU FOUNDATION OF ARIZONA** |
| 15 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 16 | | Telephone:  (602) 650-1854 |
| | | Email:    vlopez@acluaz.org |
| 17 | |              jkeenan@acluaz.org |
| 18 | | *Admitted pursuant to Ariz. Sup. Ct. |
| | | R. 38(d) |
| 19 | | |
| 20 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 21 | | Sara Norman (Cal. 189536)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 22 | | Sophie Hart (Cal. 321663)* |
| | | **PRISON LAW OFFICE** |
| 23 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 24 | | Telephone:  (510) 280-2621 |
| | | Email:    dspecter@prisonlaw.com |
| 25 | |              ahardy@prisonlaw.com |
| | |              snorman@prisonlaw.com |
| 26 | |              rlomio@prisonlaw.com |
| | |              sophieh@prisonlaw.com |
| 27 | | *Admitted *pro hac vice* |
| 28 | | |

154504583.1

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         mmorris@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

154504583.1

**ARIZONA CENTER FOR DISABILITY LAW**

By: s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
rdalyrooney@azdisabilitylaw.org
jrico@azdisabilitylaw.org
mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

154504583.1

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

                                          s/ D. Freouf

154504583.1