Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |

154522502.1

Under LRCiv Rule 5.6, Plaintiffs file this motion for an order directing the Clerk to file under seal certain documents associated with Plaintiffs' Notice of Filing Objections to Defendants' Exhibits ("Notice"). Specifically, Plaintiffs move to seal Exhibit 1 to the Notice.

Plaintiffs move to seal Exhibit 1 to the Notice because it discloses confidential medical information of individuals incarcerated by the Arizona Department of Corrections, Rehabilitation and Reentry; makes medical information identifiable to a given individual; or contains information that Defendants have designated as confidential under Paragraph 3 of the Amended Protective Order (Doc. 454).

Dated:  November 7, 2021

**PERKINS COIE LLP**

By:   s/ John H. Gray
Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          jhgray@perkinscoie.com
          ayost@perkinscoie.com
          kworsham@perkinscoie.com
          kboughton@perkinscoie.com
          mcolby@perkinscoie.com
          ksoldati@perkinscoie.com
          atarinherman@perkinscoie.com
          docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:      vlopez@acluaz.org
            jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com
           sophieh@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           mmorris@aclu.org
           echo@aclu.org

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:     ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm; Desiree
Licci; Joseph Hefner; Joshua Polson; and
Charlotte Wells, on behalf of themselves and
all others similarly situated*

154522502.1

1

2

**ARIZONA CENTER FOR DISABILITY LAW**

3    By:   s/ Maya Abela

4         Asim Dietrich (Bar No. 027927)
         5025 East Washington Street, Suite 202
5         Phoenix, Arizona 85034
         Telephone:  (602) 274-6287
6         Email:    adietrich@azdisabilitylaw.org

7         Rose A. Daly-Rooney (Bar No. 015690)
         Maya Abela (Bar No. 027232)
8         **ARIZONA CENTER FOR**
         **DISABILITY LAW**
9         177 North Church Avenue, Suite 800
         Tucson, Arizona 85701
10        Telephone:  (520) 327-9547
         Email:
11            rdalyrooney@azdisabilitylaw.org
                    mabela@azdisabilitylaw.org

12    *Attorneys for Arizona Center for Disability Law*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

154522502.1

1

**Certificate of Service**

2      I hereby certify that on November 7, 2021, I electronically transmitted the above

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6                          Michael E. Gottfried
                            Lucy M. Rand
                    Assistant Arizona Attorneys General
7                    Michael.Gottfried@azag.gov
                     Lucy.Rand@azag.gov
8

9                          Daniel P. Struck
                            Rachel Love
                       Timothy J. Bojanowski
10                       Nicholas D. Acedo
                         Ashlee B. Hesman
11                        Jacob B. Lee
                         Timothy M. Ray
12                       Anne M. Orcutt
                         Eden G. Cohen
13         STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                      dstruck@strucklove.com
14                    rlove@strucklove.com
                    tbojanowski@strucklove.com
15                   nacedo@strucklove.com
                     ahesman@strucklove.com
16                    jlee@strucklove.com
                      tray@strucklove.com
17                   aorcutt@strucklove.com
                     ecohen@struclove.com
18

19                      *Attorneys for Defendants*

20

21                          s/ D. Freouf

22

23

24

25

26

27

28

154522502.1