**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:  Roslyn O. Silver     Date: November 5, 2021**

**Case Number: CV-12-00601-PHX-ROS**

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Donald Specter | Timothy Bojanowski |
| | Maya Abela | Rachel Love |
| | Corene Kendrick | Ashlee Hesman |
| | David Fathi | Daniel Struck |
| | Maria Morris | Timothy Ray |

**BENCH TRIAL-DAY FIVE**

8:38 a.m. Court is in session. Plaintiffs are not present. Jeffery Van Winkle, Client Representative for Defendants, is present. The Court notes that Plaintiffs filed a sealed Motion in *Limine* and directs Defendants to file their response under seal and address the issues outlined on the record. Dr. Craig Haney, previously sworn, resumes the stand and is further cross-examined, examined on re-direct and questioned by the Court. Defendant's Exhibits 5244(a), 5291(a) are admitted. Defendant's impeachment Exhibits 5633, 5634, 5635 are admitted. Plaintiffs ordered to immediately provide Defendants with a list of any objections to Defendants exhibits. 10:18 am Court stands in recess.

10:42 a.m. Court resumes. Same parties present. Sidebar held to discuss the scope of Defense Counsel's cross-examination of Stefanie Platt. Dr. Stefanie Platt is sworn and examined.  Plaintiff's Exhibit 2126 is admitted. 11:59 a.m. Court stands in recess.

1:05 p.m. Court resumes. Same parties present. Stefanie Platt is further examined and cross-examined. Travis Scott, previously sworn, resumes the stand and is further examined. Plaintiff's Exhibit 2136 is admitted. Plaintiff's Exhibits 1292-1295 are admitted over Defendant's objection. 2:22 p.m. Court stands in recess.

2:43 p.m. Court resumes. Same parties present.  Travis Scott is further examined and cross-examined. Defendant's Exhibit 4004 is admitted. Lori Stickley is sworn and examined.

4:23 p.m. Court stands in recess until 8:30 a.m. on Monday, November 8, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM/PM)                              **Bench Tr: 5h 34m**
        Linda Schroeder-Willis (PM)                              **Start:  8:38 am**
                                                                                                 **Stop:   4:23 pm**