**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:  Roslyn O. Silver    Date: November 8, 2021**

**Case Number: CV-12-00601-PHX-ROS**

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Daniel Barr | Timothy Bojanowski |
| | Maya Abela | Rachel Love |
| | Corene Kendrick | Ashlee Hesman |
| | David Fathi | Daniel Struck |
| | Maria Morris | Timothy Ray |
| | Kelly Soldati | |

### BENCH TRIAL-DAY SIX

8:33 a.m. Court is in session. Plaintiffs are not present. Jeffery Van Winkle, Client Representative for Defendants, is present. The parties discuss Plaintiffs Notice of Filing Deposition Designations (Doc. 4146). Defendants shall file a response by November 9, 2021 and Plaintiffs may file a reply. The parties are directed to meet and confer regarding the deposition designations. Jason Johnson, appearing via video teleconference, is sworn, examined, questioned by the Court and cross-examined. Defendant's impeachment Exhibit 5636 is identified. 10:11 a.m. Court stands in recess.

10:28 a.m. Court resumes. Same parties present. Jason Johnson is further cross-examined, examined on re-direct and questioned by the Court. Defendant's Exhibits 5277(a), 5277(b) and 5277(c) are marked for identification. Dustin Brislan, appearing via video teleconference, is sworn and examined. 11:51 a.m. Court stands in recess.

1:00 p.m. Court resumes. Same parties present. Dustin Brislan is cross-examined. 1:12 p.m. Court stands in recess.

1:19 p.m. Court resumes. Same parties present.  Martin Horn is sworn and examined. 2:22 p.m. Court stands in recess.

2:41 p.m. Court resumes. Same parties present. Martin Horn is further examined and questioned by the Court. 3:40 p.m. Court stands in recess.

3:52 p.m. Court resumes. Martin Horn is further examined and questioned by the Court. Discussion held regarding deposition designations.

4:52 p.m. Court stands in recess until 8:30 a.m. on Tuesday, November 9, 2021.

**CV-12-00601-PHX-ROS**  November 8, 2021
**Parsons et al v. Ryan et al**  Page 2 of 2

Deputy Clerk: Molly Frasher  **Bench Tr: 6h 15m**
Court Reporter: Elva Cruz-Lauer (AM/PM)  **Start: 8:33 am**
                Tricia Lyons (PM)  **Stop:  4:52 pm**