**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:** Roslyn O. Silver   **Date:** November 9, 2021

**Case Number:** CV-12-00601-PHX-ROS

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Corene Kendrick | Rachel Love |
| | David Fathi | Ashlee Hesman |
| | Maria Morris | Daniel Struck |
| | Allison Hardy | Timothy Ray |
| | Sophie Hart | |
| | Rita Lomio | |
| | Donald Specter | |

**BENCH TRIAL-DAY SEVEN**

8:34 a.m. Court is in session. Plaintiffs are not present. Jeffery Van Winkle, Client Representative for Defendants, is present. Defendant Larry Gann is present. IT IS ORDERED that Plaintiff may offer deposition testimony of Dr. Ashley Pelton and Dr. John S. Wilson. Plaintiffs shall provide deposition testimony to Defendants, if they have not already done so. Defendant's Exhibits 4034, 4036, 4038, 4044, 4040, 4084, 4098, 4100, 4108 are admitted. Martin Horn resumes the stand and is further examined, questioned by the Court and cross-examined. Defendant's impeachment Exhibit 5637 is admitted. Defendants request permission to file a written motion to exclude Martin Horn's testimony based upon violations of Rule 615. Defendant's impeachment Exhibit 5638 is admitted. 10:02 a.m. Out of the presence of Martin Horn, discussion held regarding the Rule of Exclusion. The Court will not exclude the testimony of Mr. Horn unless Defendants can establish collusion by Plaintiff's counsel. 10:06 a.m. Court stands in recess.

10:29 a.m. Court resumes. Same parties present. Martin Horn is further cross-examined. Defendant's Exhibit 3031 is admitted. 11:52 a.m. Court stands in recess.

1:04 p.m. Court resumes. Same parties present. Martin Horn is further cross-examined and examined on re-direct. Defendant's impeachment Exhibit 5639 is admitted. Defendant's Exhibit 3530 is admitted. Plaintiff's Exhibit 1304 is admitted. 2:29 p.m. Court stands in recess.

2:51 p.m. Court resumes. Same parties present. Todd Wilcox is sworn and examined.

3:56 p.m. Court stands in recess until 8:30 a.m. on Wednesday, November 10, 2021.

**CV-12-00601-PHX-ROS**  November 9, 2021

**Parsons et al v. Ryan et al**  Page 2 of 2

| | |
|---|---|
| Deputy Clerk: Molly Frasher | **Bench Tr: 5h 25m** |
| Court Reporter: Tricia Lyons (AM) | **Start: 8:34 am** |
| Elva Cruz-Lauer (PM) | **Stop: 3:56 pm** |