**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

During trial, disputes have arisen regarding the proper use of expert reports and declarations, including reports and declarations prepared years ago. Generally, expert reports and declarations are not independently admissible at trial. *See Arizona, Dep't of L., C.R. Div. v. ASARCO*, L.L.C., 844 F. Supp. 2d 957, 965 (D. Ariz. 2011) (noting expert report was inadmissible because it was "'classic' hearsay"). An expert may, however, "testify to all the relevant portions of his report from personal knowledge . . . or at the very least use the report to refresh his recollection." *Stonefire Grill, Inc. v. FGF Brands, Inc.*, 987 F. Supp. 2d 1023, 1039 (C.D. Cal. 2013). Thus, absent additional developments previous reports and declarations will not be admitted into evidence during this trial, but counsel may still use those reports and declarations in presenting evidence.

DATED this 10th day of November, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge