**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:** Roslyn O. Silver    **Date:** November 10, 2021

**Case Number:** CV-12-00601-PHX-ROS

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Corene Kendrick | Rachel Love |
| | David Fathi | Ashlee Hesman |
| | Maria Morris | Daniel Struck |
| | Allison Hardy | Timothy Ray |
| | Rita Lomio | |
| | Donald Specter | |

**BENCH TRIAL-DAY EIGHT**

8:36 a.m. Court is in session. Plaintiffs are not present. Defendant Larry Gann is present. Plaintiff's Exhibits 915, 1255-1271, 1305, 1634, 2102 are admitted. Dr. Todd Wilcox, previously sworn, resumes the stand and is further examined. 9:56 a.m. Court stands in recess.

10:21 a.m. Court resumes. Same parties present. Dr. Todd Wilcox is further examined, questioned by the Court and cross-examined. Defendant's impeachment Exhibits 5640 and 5641 are marked for identification. Plaintiff's Exhibits 1227 is admitted. 11:58 a.m. Court stands in recess.

1:04 p.m. Court resumes. Same parties present. Dr. Todd Wilcox is further cross-examined. Defendant's impeachment Exhibit 5642 is marked for identification. 2:52 p.m. Court stands in recess.

3:09 p.m. Court resumes. Same parties present. Dr. Todd Wilcox is further cross-examined and questioned by the Court. Defendant's impeachment Exhibit 5643 is marked for identification.

4:34 p.m. Court stands in recess until 8:30 a.m. on Monday, November 15, 2021.

| | |
|---|---|
| Deputy Clerk: Molly Frasher | **Bench Tr: 6h 10m** |
| Court Reporter: Tricia Lyons (AM) | **Start:  8:36 am** |
| Elva Cruz-Lauer (PM) | **Stop:   4:34 pm** |