THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLL 5.4
(Rule Number/Section)

Felipe Sandoval
ADC# 137471
PO Box 5000
Florence AZ 85132

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| Shawn Jensen, et al., Plaintiffs, v. Richard Pratt, et al., Defendants. | Case No: CV-12-00601-PHX-ROS<br><br>NOTICE OF ENDANGERMENT |
|---|---|

① I am on dialysis and Judge Cindy Jorgensen has denied Shinn summary judgement in my case - CV-16-00728-TUC-CJ.

② From October to now, Centurion has caused my Creatin levels to increase to 11.8 - because - to save money - they are giving all of us on dialysis smaller filters - 200 to 180.

③ They are placing my life in danger.

①

Respectfully Submitted this 7 day of
November 2021

11/8/21

_F. Sandoval_
Felipe Sandoval

②