**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

In its September 2, 2021, Order, the Court noted each side would be allotted 50 hours of trial time. (Doc. 3952 at 3). That Order also noted the Court would "make adjustments, as necessary." The current trial schedule contemplates the parties close on November 22, 2021.[1] However, closing that day would likely mean the parties had used less than 50 hours each.

Based on the Court's other mandatory scheduled obligations, as well as the manner the parties have used their allotted trial time so far, the Court will adjust the total hours for each side such that the trial will end on November 19.[2] That end date, however, would mean each side had used only approximately 37 hours of trial time. However, if the parties decide they need more trial time, the trial will recommence on December 7, 2021, and continue the immediately following days. The parties are to confer to reach agreement and inform the Court the morning of November 15, 2021, whether they agree

---

[1] And it is has come to the Court's attention the Plaintiffs anticipate calling "rebuttal" witnesses that week and possibly on November 23, though not approved by the Court.
[2] And November 22 will not be a trial date as originally scheduled.

to end the trial on November 19 or whether they deem it necessary to continue the trial on December 7.

Accordingly,

**IT IS ORDERED** the parties must confer and be prepared to inform the court on **November 15, 2021**, whether the trial should continue the week of December 7, 2021.

Dated this 12th day of November, 2021.

_____
Honorable Roslyn O. Silver
Senior United States District Judge