Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF MARIA V. MORRIS IN SUPPORT OF MOTION TO EXCLUDE EVIDENCE** |

154287147.2

I, MARIA V. MORRIS, declare:

1. I am an attorney licensed to practice in the District of Columbia. I am a Senior Staff Attorney at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of a string of emails between myself and Rachel Love.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Transcript of the September 24, 2021 Deposition of Warden Jeffrey Van Winkle pursuant to Federal Rule of Civil Procedure 30(b)(6). I am attaching the entire deposition transcript because the limiting responses appear on a large number of the pages.

4. Attached hereto as Exhibit 3 is a set of two charts that I created. The first chart is arranged by topic in the 30(b)(6) Deposition Notice, and identifies responses in Warden Van Winkle's deposition when he did not know the answer to a question, limited his response to his personal knowledge or experience, or qualified his answer by limiting it to his own awareness of a particular issue. I have bolded the language limiting the response or indicating that someone within ADCRR might know the requested information. The second chart identifies responses in Warden Van Winkle's deposition when he gave an answer but it was demonstrably incorrect. The citations to the evidence that Warden Van Winkle's responses were inaccurate are also included.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Transcript of the October 12, 2021 Deposition of Deputy Warden Lori Stickley.

6. Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of the Transcript of the October 14, 2021 Deposition of Deputy Warden Anthony Coleman.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of November, 2021 in Phoenix, Arizona.

Respectfully submitted,

154287147.2

```
 1
 2
```

                *s/ Maria V. Morris*
                Maria V. Morris

| **ADDITIONAL COUNSEL** | **PERKINS COIE LLP** |
|---|---|
| | Daniel C. Barr (Bar No. 010149) |
| | John H. Gray (Bar No. 028107) |
| | Austin C. Yost (Bar No. 034602) |
| | Karl J. Worsham (Bar No. 035713) |
| | Kathryn E. Boughton (Bar No. 036105) |
| | Mikaela N. Colby (Bar No. 035667) |
| | Kelly Soldati (Bar No. 036727) |
| | 2901 N. Central Avenue, Suite 2000 |
| | Phoenix, Arizona 85012 |
| | Telephone: (602) 351-8000 |
| | Email: dbarr@perkinscoie.com |
| | jhgray@perkinscoie.com |
| | ayost@perkinscoie.com |
| | kworsham@perkinscoie.com |
| | kboughton@perkinscoie.com |
| | mcolby@perkinscoie.com |
| | ksoldati@perkinscoie.com |
| | docketphx@perkinscoie.com |

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

-2-

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com
           sophieh@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:     dfathi@aclu.org
           mmorris@aclu.org
           echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

154287147.2

**ARIZONA CENTER FOR DISABILITY LAW**
Maya Abela (Bar No. 027232)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
      jrico@azdisabilitylaw.org
      mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-4-

154287147.2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

*s/ Maria V. Morris*

154287147.2