| | |
|---|---|
| **From:** | Rachel Love |
| **To:** | Maria Morris; David Fathi; Elaine Percevecz; External - Delana Freouf; External - PLO AZ; Alison Hardy; Eunice Cho; Jessica Carns; Samantha Weaver; External - Maya Abela; Jared Keenan; Gloria Torres; Corene Kendrick; Victoria Lopez; Daniel Barr |
| **Cc:** | StruckLoveParsonsTeam |
| **Subject:** | RE: Defendants" objections to Plaintiffs" Requests for Production |
| **Date:** | Tuesday, September 21, 2021 9:10:42 PM |
| **Attachments:** | image003.png |

Maria,

I inadvertently missed your letter dated 9/17 on the depo notice. The letter is sufficient and we do not need an amended notice. I will report back tomorrow on topics 7-12.

- Rachel

**From:** Maria Morris <MMorris@aclu.org>
**Sent:** Tuesday, September 21, 2021 6:02 PM
**To:** Rachel Love <RLove@strucklove.com>; David Fathi <dfathi@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; Freouf, Delana (PHX) <dfreouf@perkinscoie.com>; External - PLO AZ <PLO-AZ@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Eunice Cho <echo@aclu.org>; Jessica Carns <jcarns@aclu.org>; Samantha Weaver <sweaver@aclu.org>; Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Gloria Torres <GTorres@acluaz.org>; Corene Kendrick <ckendrick@aclu.org>; Victoria Lopez <vlopez@acluaz.org>; Daniel Barr <DBarr@perkinscoie.com>
**Cc:** StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Defendants' objections to Plaintiffs' Requests for Production

Rachel,

Is there something that you think needs to be amended in the notice. Most of the discussion was just clarifying terms and providing more examples of specific items that would be included in subjects that were described as "including but not limited to". Let me know if there is something that you think needs to be amended to comport with our meet and confer.

Thank you for letting me know about the change in designee. Please also get back to us on the question of who is being designated for which portions of Topics 7-12.

Maria

**From:** Rachel Love <RLove@strucklove.com>
**Sent:** Tuesday, September 21, 2021 12:52 PM
**To:** Maria Morris <MMorris@aclu.org>; David Fathi <dfathi@aclu.org>; Elaine Percevecz <EPercevecz@strucklove.com>; External - Delana Freouf <dfreouf@perkinscoie.com>; External - PLO AZ <PLO-AZ@prisonlaw.com>; Alison Hardy <ahardy@prisonlaw.com>; Eunice Cho <echo@aclu.org>; Jessica Carns <JCarns@aclu.org>; Samantha Weaver <SWeaver@aclu.org>; External - Maya Abela <mabela@azdisabilitylaw.org>; Jared Keenan <jkeenan@acluaz.org>; Gloria

Torres <GTorres@acluaz.org>; Corene Kendrick <ckendrick@aclu.org>; Victoria Lopez <vlopez@acluaz.org>; Daniel Barr <DBarr@perkinscoie.com>
**Cc:** StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Subject:** RE: Defendants' objections to Plaintiffs' Requests for Production

Maria,

Will Plaintiffs be amending the Rule 30(b)(6) depo notice regarding the Subclass to comport with the clarifications we discussed during the meet and confer last week?

Additionally, Warden Van Winkle will the be designee deponent versus Deputy Director Strada, as previously notified.

- Rachel