160

1   Journal?

2       A.      For your control room officer, yes.

3       Q.      Okay.  Is there any policy on what's supposed

4   to be included in the Correctional Service Journal?

5       A.      There is, but if I recall, it's vague, and I

6   believe it's a post order.

7       Q.      Okay.  A post order for the control officer?

8       A.      Correct.

9       Q.      Okay.  The housing unit control officer?

10      A.      And it could even be placed within the general

11  post order, as well, because there are more journals than

12  just the control room officer.  You know, we've got

13  journals in medical and -- so I know that there are

14  specific criteria that's supposed to be at the beginning

15  and ending of journals, and of course there is verbiage

16  talking about entering information anytime an individual

17  enters your unit and exits your -- or not unit, but area.

18              So, for instance, if the deputy warden

19  walked into medical, then it should be logged in the

20  Correctional Service Journal for the medical officer to

21  put deputy warden so-and-so was here at this time, deputy

22  warden so-and-so left at this time.

23      Q.      But people coming and going from a cell but not

24  leaving a pod might or might not get into a journal?

25      A.      So because they have designated shower times in

161

1  those pods, I have seen in -- because administration

2  reviews those journal entries every day.  I have seen where

3  staff have placed actual showers of actual specific inmates

4  going from the cell to the shower and back to their cell in

5  the Correctional Service Journals, and that's hit or miss.

6      Q.    Okay.  All right.  You mentioned earlier table

7  time.  Can you explain what table time is?

8      A.    So we have placed tables inside the pods.  And

9  what we have done is allowed inmates to come out of their

10 cell and sit at the table, and whether it be doing their

11 homework, or doing activities in their programming class,

12 or sitting down and eating, or just doing any activity,

13 maybe an activity that our CO 3 gave to him, we've allowed

14 designated times for inmates to come out and sit at the

15 tables.

16              It depends on their step level on how they

17 sit at the table.  So a step 3 can come out and sit at the

18 table without restraints.  A step 2 could come out and sit

19 at the table and be restrained to the table as well as a

20 step 1.

21     Q.    Okay.  Is the step 2 restrained at their hands

22 and their legs at the table?

23     A.    No.  So their hands are free.

24     Q.    Their hands are free?

25     A.    Their leg would be tethered to the table.

162

1        Q.     Okay.  And that's the same for step 1?

2        A.     Yes, ma'am.  Step 1 may also have one of their

3    hands tethered to table, as well, if I remember the policy

4    correctly.

5        Q.     Does everyone in max custody get table time?

6    I'm sorry.  In general population max custody.  Let's

7    start there.

8        A.     I'm not exactly sure if they're giving general

9    population inmates table time or not.  I know for a fact

10   that table time is given to inmates at BMU, inmates that

11   are in the mental health program.  I'm not sure if it's

12   given to general population inmates currently.  I know

13   early on it was.  I'm not sure if that's the current

14   practice.

15       Q.     Okay.  Do you know if people with an SMI in

16   enhanced management get table time?

17       A.     SMIs do get table time, yes.

18       Q.     Okay.  Regardless of the type of max custody?

19       A.     I have not seen an SMI placed in enhanced

20   security.  That's not to say it hasn't happened.  I have

21   not seen that, but they would be allowed table time if

22   they're in there.  That's a requirement of this particular

23   case.

24       Q.     Okay.  And is that true for all of the statuses

25   of max custody?

163

1    A.    For SMI inmates, yes, ma'am.

2    Q.    Okay.  Do people in enhanced management who are

3  not SMI get table time?

4    A.    I know at one point they were allowing that.  I

5  don't know if that has continued.

6    Q.    Okay.  Is that the same for restrictive status?

7    A.    Yes, ma'am, it would be.

8    Q.    Is that the same for STG units?

9    A.    I'm not sure about that.  STGs are treated

10  exactly the same as general population.  It's just a

11  designated code that they're a validated STG, but they get

12  all the same privileges that a general population inmate

13  gets.

14    Q.    All right.  Do people in detention with an SMI

15  get table time?

16    A.    I don't believe they do, no.

17    Q.    Okay.  Do people in detention who don't have an

18  SMI get table time?

19    A.    No, ma'am.

20    Q.    Do people in close management who have an SMI

21  get table time?

22    A.    I'm not aware of that.

23    Q.    Do people who don't have an SMI in close

24  management get table time?

25    A.    I am also not aware of that.

164

1      Q.    And when you say you're not aware of that, I'm

2  understanding that you're saying that you don't think that

3  happens; am I right?

4      A.    I'm just not sure.  I haven't been over at Eyman

5  complex for a while.  I've been a deputy warden of

6  operations and the warden at Florence for the past little

7  over five years now.  So I haven't been over there in a

8  little while.

9      Q.    So you don't know one way or the other?

10      A.    No, ma'am, I don't.

11      Q.    All right.  Do people in general population max

12  custody, are they allowed to go to the library or law

13  library?

14      A.    I believe in maximum custody they have to

15  request the materials and the materials are sent to them.

16      Q.    Okay.  How do they know what they can request?

17      A.    The library puts out a listing of what they have

18  available.

19      Q.    Okay.  Is that the same in enhanced management?

20      A.    It's all of Browning unit or SMU 1, the max

21  custodies.

22      Q.    Okay.  So all statuses of max custody, that's

23  the way they access the library or law library?

24      A.    Yes, ma'am.

25      Q.    And that includes pleasure reading as well as

165

1    legal materials?

2         A.    Yes, ma'am.

3         Q.    Is that the same for the people in detention?

4         A.    It would be.  Yes, ma'am.

5         Q.    And for people in close management?

6         A.    It would be.  Yes, ma'am.

7         Q.    What about for people on mental health watch?

8         A.    That material would have to be approved from

9    mental health staff.  So in order for them to have a book

10   it would have to be approved by mental health staff.  If

11   mental health staff approved it, then yes, it would have

12   it.

13        Q.    And if mental staff approved it, it would

14   happen in the same manner?

15        A.    Yes, ma'am.

16        Q.    Okay.  The same manner as the other isolation

17   statuses that we've been discussing?

18        A.    Yes, ma'am, if it is approved.

19        Q.    Okay.  In general population max custody

20   what percent of people have jobs?

21        A.    I do not know the exact percentage, but I can

22   tell you that there are porter jobs that are given to

23   maximum custody inmates.

24        Q.    Do you think as many as 20 percent of the

25   people have jobs?

166

1      A.     Again, ma'am, I don't know the percentage.  I

2  don't want to give you wrong information.

3      Q.     All right.  So the jobs are porter jobs, you

4  said?

5      A.     Yes, ma'am.

6      Q.     Are there any other jobs that people in max

7  custody can do?

8      A.     Currently, the only jobs that I have been made

9  aware of by the deputy warden at Browning, SMU 1, and Rast

10  are porter position jobs.

11      Q.     If a porter was assigned, for example, for

12  housing unit cleaning, how many pods would that porter be

13  responsible for cleaning?

14      A.     Normally, they assign porters per pod.  You

15  would have an inmate that's assigned to porter in pod 1, an

16  inmate assigned to porter in pod 2, and so on and so forth.

17      Q.     In general, would the person who is assigned to

18  be the porter in pod 1 be someone who lived in pod 1?

19      A.     Correct.

20      Q.     Okay.  All right.  And generally only one

21  person per pod would be assigned to be a porter at a time?

22      A.     You could potentially have up to three porters

23  in that pod.  You could have a pod porter, you could have a

24  shower porter, you could have a recreation area porter.

25      Q.     Okay.  All right.  Do you know whether, in

1   fact, most units have three porters per pod?

2       A.    I don't know that for a fact.  However, I could

3   tell you that Browning and SMU 1 do it that way.  I'm not

4   certain about Rast.  We usually share the same model.  So I

5   would be pretty confident in saying that that's how they're

6   doing it.

7       Q.    Okay.  About how many hours a week does a

8   porter work as a porter?

9       A.    That could depend, actually.  It could depend on

10  staffing issues that happen, emergencies within the unit,

11  that kind of stuff.  It could vary.

12      Q.    Okay.  If everything was smooth sailing, which

13  I realize is an unusual event, but if everything was going

14  along in the way that it was scheduled, how much would a

15  porter work during a week?

16      A.    You could look at a porter in a max custody

17  facility working potentially up to, oh, gosh, anywhere

18  between 20 and 30 hours a week, potentially.

19      Q.    Does ADCRR track how many people in max custody

20  units have jobs?

21      A.    The particular unit does.

22      Q.    The unit does, okay.  Do the units also track

23  how many hours they're working?

24      A.    They do.  They're all paid through our work

25  incentive program, our WIP program.  All of that is

1  documented on pay sheets and those have to be signed by the

2  supervisors to be turned in and the inmates are paid

3  accordingly.  The hours are logged on that pay sheet.

4      Q.    Earlier I asked you about religious services,

5  and you told me that people in maximum custody cannot go

6  to religious services.  Can people in detention go to

7  religious services?

8      A.    No, they can not.

9      Q.    Can people in close management go to religious

10  services?

11      A.    Not that I'm aware of, no.  They can request to

12  see a chaplain.  Any inmate within the facility can request

13  to see a chaplain at any time, but they do not currently

14  have religious services in maximum custody.

15      Q.    Okay.  Can people on mental health watch go to

16  religious services?

17      A.    I have not seen that happen.  That actually

18  would be up to a mental health provider, but usually the

19  mental health watches are in maximum custody facilities,

20  and, again, they don't have religious services in those

21  areas, so --

22      Q.    Okay.  Let's talk a little bit about

23  cancellations of out-of-cell time.

24              What are reasons that out-of-cell time get

25  canceled?

169

1      A.     Staffing is a big one, especially in the

2   Florence/Eyman area where our staffing levels are extremely

3   low.  So I have seen cancellations in regards to staffing.

4   I've seen cancellations in regards to emergency situations,

5   ICSs that are happening within the units.  Those are the

6   two big ones as to why a cancellation would occur.

7      Q.     All right.  Is there any sort of priority or

8   ranking as to what activities will be curtailed if there

9   is a need to cut back on the out-of-cell time?

10      A.     Priority number one, anytime we have to curtail

11   any activities is -- and it's getting out for medical.  If

12   they have medical appointments, mental health appointments,

13   those take priority over everything.  After that, any kind

14   of education or programming classes -- and, of course, rec

15   is usually the first one that's canceled.  And, of course,

16   we had makeup dates at all the units.  We attempt to make

17   up those cancellations as best we can, so --

18      Q.     How are efforts to make up canceled activities

19   recorded?

20      A.     They're actually recorded on the out-of-cell

21   tracking form.  Also, anytime there's a cancellation we

22   complete in the information report basically outlining when

23   the cancellation took place, who it affected, and why that

24   cancellation happened.  Usually, that IR is reviewed by the

25   unit administration.  And at that point they make efforts

170

1    to make that up on the makeup day.  If we have the staff to

2    do it, if we don't have other things on the schedule that

3    need to be completed, they will attempt to get it done at

4    that time.  And then as they go out for that particular

5    activity it's recorded on the out-of-cell tracking form.

6         Q.    When you say "the makeup day," are you saying

7    that there's a day that is assigned week after week as:

8    If we need a makeup, this is the day the makeup happens?

9         A.    Yeah.  So each unit will look at their 24-hour

10   clock and what they have going on in a particular unit.

11   And if they have an open spot then they will try and fit

12   that activity into that area.  Does that make sense?

13        Q.    Yeah, yeah.  Does ADCRR track cancellations of

14   different activities?

15        A.    We do.  Like I said, an information report is

16   generated and we keep that on file.  We also track that

17   cancellation on an out-of-cell tracking form for the

18   individuals that it affects.

19        Q.    So those forms, they show -- one out-of-cell

20   tracking form shows one person and the things that were

21   canceled for that person, right, for one week?

22        A.    Yes.

23        Q.    And the incident report form, the information

24   report for the cancellation talks about whatever was

25   canceled in a particular unit on a particular day, right?

1      A.    Yes, ma'am.

2      Q.    So those are individual points of data.  Is

3   there any effort in ADCRR to know how many activities are

4   being canceled to, like, compile that into any kind of

5   database or report?

6      A.    So at this point there is no system that I am

7   aware of in place for that.  However, gathering that

8   information would be pretty easy because you would simply

9   have to gather those information reports that are

10  generated.  So you could easily do it that way.  Have all

11  of the units start gathering that information through the

12  information report.

13     Q.    But to your knowledge, ADCRR has not done that?

14     A.    No, ma'am.

15     Q.    Okay.  Similarly, does ADCRR do anything to

16  track how many cancellations are actually made up?

17     A.    No.  But, again, that's information that they

18  could gather simply by looking at the documentation I just

19  mentioned that that stuff would be located on.  People do

20  it that way, but there's no formal system in place that

21  shows that information currently.

22     Q.    Okay.  Great.  People in max custody sometimes

23  refuse to go to rec or to some other out-of-cell activity,

24  correct?

25     A.    Yes, ma'am.

172

1       Q.      Does ADCRR track the refusal rate in max

2   custody for recreation?

3       A.      They don't track the refusal rate, but, again,

4   it's very similar to what we just discussed.  That

5   information is placed on out-of-cell tracking forms.  So it

6   could be tracked through the out-of-cell tracking forms.

7       Q.      Okay.  And that would also be true for refusals

8   for other types of out-of-cell time, correct?

9       A.      That's correct.

10      Q.      Do you know the reasons that people have for

11  refusing out-of-cell time are?

12      A.      Most of my experience is with the mental health

13  inmates that were at Kasson.  I have personally gone over

14  and talked to a few of them that habitually refuse to go

15  out.  And I've heard reasons range from, I just don't feel

16  like it, it's too cold out, it's too hot out.  And some of

17  them won't respond at all.  So there's a large list of

18  reasons why they don't go out.

19              We usually try and encourage them to go

20  out.  Shift supervisors, when they see our usual

21  inmates -- and it's usually around the same ones that are

22  doing it.  They will go and talk to them, and the

23  responses are usually the same.

24      Q.      If a person isn't ready to go right at the

25  moment that the officer comes and says:  Do you want to go

1    to rec, or do you want to go to the shower, maybe they're

2    not dressed yet, or they're using the bathroom or doing a

3    birdbath, does that count as a refusal?

4         A.    At the time that they're asking, if they say

5    that they're not going out, at that point it is recorded as

6    a refusal.  If we've started that turnout and they all of a

7    sudden change their mind and we've already moved out of

8    that area, more than likely we are not going to allow that

9    individual out.  If we're in the area still and we're still

10   continuing to bring inmates out of that area and they want

11   to go and they change their mind, I've seen that happen

12   where officers will say:  Okay, we'll change the form and

13   let them go out.

14              But as far as going back to allow somebody

15   to go out after they've changed their mind and initially

16   refused, we try not to get in the habit of doing that

17   because it creates an operational nightmare for us.

18        Q.    Okay.  But let's say the person is taking a

19   birdbath -- which is what I've been told it's called when

20   they essentially shower in their sink -- when the officer

21   comes around and says, rec, and they say:  Yes, I want to

22   go to rec but I have to get my clothes on, and, therefore,

23   that's going to take a couple minutes, is that considered

24   a refusal?

25        A.    No, because they have other inmates that they

30(b)(6) Deposition of ADCRR (Warden Jeffrey Van Winkle) - 09/24/2021

174

1   need to get out in that pod.  And so they will take care of

2   those individuals first and come back for that individual.

3   At least that's what I've seen historically done.

4        Q.    Do you know if policy would consider that a

5   refusal?

6        A.    I don't believe there's anything in policy that

7   would call that a refusal, no.

8        Q.    If a person has got something like a towel

9   hanging up in their cell to dry, and is, therefore, not in

10  compliance, is that considered a refusal?

11       A.    No.  That would potentially lead to a

12  disciplinary ticket for 704 compliance, but if the inmate

13  says they want to go to rec, then I don't know why a towel

14  hanging in their cell would constitute a refusal, no.

15       Q.    Okay.  Has ADCRR done anything to address the

16  rate of refusals?

17       A.    Other than the conversations I spoke about

18  earlier, going all the way up, like I said, to the warden

19  level, I'm trying to talk to these guys and figure out why

20  they're not going out, or if we could convince them

21  otherwise, that's what's been done.

22       Q.    Let's talk a little bit about commissary.  The

23  amount of commissary that people are allowed in the

24  different types of max custody is all set out in 812,

25  correct?

175

1      A.    Yes, ma'am.

2      Q.    And for close management in 813, correct?

3      A.    Yes, ma'am.

4      Q.    For people in detention is there a specific

5  amount of commissary they're allowed?

6      A.    Yes, ma'am.  That would be in the matrix for

7  detention.  Yes, ma'am.

8      Q.    I'm not sure there is a matrix for detention.

9      A.    May I look at the policy, ma'am?

10      Q.    Sure.

11            (Exhibit 6 identified for the record.)

12      Q.    BY MS. MORRIS:  So we're going to look at

13  Exhibit 6, Isolation Exhibit 6.

14            MS. LOVE:  Is that 804?

15            MS. MORRIS:  Yes.

16            MS. LOVE:  Okay.

17      Q.    BY MS. MORRIS:  Can you see my screen?

18      A.    Yes, ma'am, I can.

19      Q.    Okay.  I'm just scrolling through it slowly,

20  but --

21      A.    I actually have a hard copy here, ma'am.

22      Q.    Oh, okay.  All right.

23      A.    Actually, it looks like, if you look at page 4,

24  1.2.11, it states that inmate store purchases are outlined

25  in department order 909, inmate property.

176

1      Q.    Okay.  So that's where the amount of commissary

2   that they're allowed would be?

3      A.    Yes, ma'am.

4      Q.    Okay.  All right.  For a person in max custody

5   do they order their commissary purchases on a tablet?

6      A.    No, they do not.  We have not transitioned to

7   the tablets for store purchases as of yet.

8      Q.    Okay.  So how do they place orders?

9      A.    So there is a bubble sheet that is distributed

10  weekly to them and they order what they want on that bubble

11  sheet according to their step level, and that is turned in

12  into our contracted service through Keefe, and they place

13  the order that way, and then the store is delivered to the

14  inmates by the officers.

15     Q.    Okay.  And how long does it take for orders to

16  come back to a person once they turn that in?

17     A.    Once they turn that in they get the order the

18  next week.

19     Q.    Okay.  Is it ten days?

20     A.    Yeah, I guess it could potentially be that.

21  They have set days that they do store on each unit.  So if

22  you turn in a bubble sheet -- and you have to have the

23  bubble sheet in on a specific date, as well -- if you get

24  it in on time, then that next week on the designated day

25  for, say, Browning unit, the store is distributed and you

1  would get your store that day.

2      Q.    Okay.  And is that the same for detention and

3  close management as well as all of the max custody

4  statuses?

5      A.    That's department-wide, ma'am.

6      Q.    And for people on mental health watch, is that

7  all dependent on what mental health staff say?

8      A.    It is.  Yes, ma'am.

9      Q.    All right.  What hygiene supplies are provided

10  to people in max custody?

11      A.    When they come in, like I said, they get issued

12  standard bedding, their clothing, they get soap, they get

13  shampoo, they get a towel, they get a wash cloth.  Let me

14  see what else.  Toothbrush, toothpaste.  I know I'm missing

15  something here, but --

16      Q.    Toilet paper?

17      A.    Toilet paper.  Yes, ma'am.

18      Q.    And you said they get clothing.  How many sets

19  of clothing do they receive?

20      A.    So they will come in with what they have on

21  their back, usually pants and a T-shirt, boxers, socks.

22  And then in that first pack they're given an additional

23  set.  And as they get moved to their cell then they will

24  get a property sheet that they can fill out and they get up

25  to the limit that's allowed per the policy.  They can have

178

1  up to seven T-shirts, seven boxers, seven socks.  I believe

2  it's two pairs of pants.  I think it's one blanket, sheet,

3  pillowcase, towel, wash cloth.  And I think that's it.

4       Q.    Okay.  Is that the same in all max custody

5  statuses?

6       A.    Yes, ma'am.  It is.

7       Q.    Is that the same for detention?

8       A.    That's the same for detention.  Yes, ma'am.

9       Q.    Is that the same for close management?

10      A.    Yes, ma'am.

11      Q.    So if a person was told they could only get a

12  sheet in close management once they get to phase 2, that

13  would be against policy, correct?

14      A.    In addition to the sheet that was already issued

15  to them, is that what we're talking about?

16      Q.    Yes, a sheet at all.

17      A.    So when they come in they should be issued a

18  sheet.

19      Q.    Okay.  And if they're not, that is contrary to

20  policy?

21      A.    Yes, they should be issued a sheet.  The only

22  difference to that, of course, is mental health watches.

23      Q.    Right.  And that is going to depend on the

24  mental health staff and what they say?

25      A.    That's correct.

179

1      Q.    Okay.  All right.  Are the controls for light
2   fixtures in max custody cells inside or outside of the
3   cells?
4      A.    The controls are outside of the cells.  They are
5   controlled by the control room officer.
6      Q.    Okay.  Can the person who is inside a cell ask
7   to have it turned on and off, or off?
8      A.    They have designated times when lights are on
9   and lights are off.  So each cell has a security light in
10  it.  And per the policy, and I believe it's department
11  order 704, dictates when lights are on in the morning and
12  when lights are off on weekdays and weekends.
13     Q.    Okay.  Is the security light the light that's
14  above the toilet/sink thing?
15     A.    Yes, ma'am, it is.  So you have the regular
16  light in the cell, and then that security light is above
17  that light, if I remember correctly.
18     Q.    Okay.  So there's the big light above the
19  toilet/sink combination and then a smaller light above
20  that that's the security light?
21     A.    Yes, ma'am.
22     Q.    And the security light stays on at night?
23     A.    It stays on at all times.  Yes, ma'am.
24     Q.    Do you know if there are any light fixtures in
25  max custody that are currently broken?

180

1    A.    I'm not aware of that, ma'am, no.  As officers

2  are going through during their security checks at night and

3  they notice that a light is out, then they're to do a work

4  order and information report on that so that we can get it

5  fixed immediately.  That's a security device.

6    Q.    Okay.  Has ADCRR done anything to determine how

7  much natural light is getting into the max custody cells

8  in the different units?

9    A.    Not that I'm aware of.  I know that there was a

10  lighting initiative that was started a couple years ago

11  where we were trying to switch out all the lights to LED

12  lights, but that's the only thing I'm aware of in regards

13  to the lighting.

14    Q.    Okay.  And what was discussed about lighting in

15  max custody units, is that the same in detention cells?

16    A.    Yes, ma'am.

17    Q.    And in close management cells?

18    A.    Yes, ma'am.

19    Q.    What is the lighting situation in mental health

20  watch cells?

21    A.    Those lights would always be on.

22    Q.    Both the main light and the security light or

23  just the security light?

24    A.    Both of those lights would be on so that the

25  officers can observe the inmates.

1      Q.     Okay.  What are the policies about having a TV
2  in max custody?
3      A.     If an inmate can afford to buy a television then
4  they are authorized to buy the television.  And we do
5  have -- in the mental health program we have a lot of
6  inmates that are not able to afford them, and we do have a
7  loaner television program where we can loan televisions
8  out, as long as we have them, to inmates that are indigent
9  and cannot afford a television.
10     Q.     Okay.  So I'm going to come back to the loaner
11 television program.  For people in max custody can anyone
12 in any status of max custody, if they can afford it, get a
13 television?
14     A.     To my knowledge, yes, as long as they meet the
15 qualifications on their matrix.  I'm not sure if TV is
16 still on the matrix or not, but I'm not aware of anybody
17 that's not authorized other than on a mental health watch.
18     Q.     Okay.  And on the loaner program you said
19 people in the mental health program can get a loaner TV if
20 there is one available and they're indigent?
21     A.     Yes, ma'am.
22     Q.     Is that people who are in specific mental
23 health units, or is it people who are designated as having
24 mental health needs?  Who are the people who are eligible
25 for that loaner program?

1      A.    So I can specifically speak to the BMU program

2   and the residential mental health program that was at

3   Kasson.  And that program basically was picked up and taken

4   down to Tucson Rincon unit, and I believe they have adopted

5   the same procedures and policies that we have at Kasson.

6   So if we have inmates that are unable to afford televisions

7   and they are indigent status and we have televisions in our

8   loaner program that we can loan out, then we will loan them

9   to those inmates.

10      Q.    Okay.  What is the policy on having a tablet in

11   max custody?

12      A.    Tablets were given out to all inmates with the

13   exception of inmates in the BMU program, I believe.

14      Q.    Why not in the BMU program?

15      A.    These inmates are known for very poor

16   self-injurious behavior.  There was a fear that they would

17   utilize those tablets to cut themselves or hurt themselves

18   or swallow pieces of that tablet.  It's just placed on

19   hold, to my knowledge.  They have not made the decision to

20   give those tablets to the BMU inmates as of yet.

21      Q.    All right.  Is there any kind of loaner program

22   regarding the tablets?

23      A.    There's not only because every inmate is

24   entitled to have the tablet.

25      Q.    If a tablet gets broken does it get replaced?

1      A.    It does, and that is going to be dependent on

2    how it's broken.  For instance, if a CO sees an inmate just

3    take the tablet and throw it down and break it, then

4    there's going to be a period of time before that inmate

5    gets another tablet, to my knowledge.

6              But just a regular broken tablet, one

7    that's not working when an inmate is trying to do his work

8    or do something on the tablet and it's just not working,

9    then that information is provided to our contract partner,

10   JPay.  We have a liaison at every one of the complexes.

11   They'll go in and assess the situation.  If they can't fix

12   it then they'll be issued a new tablet.

13     Q.    How many meals per day do people get in max

14   custody?

15     A.    Max custody gets three meals a day, two of which

16   are given in a MegaSack and a hot meal.

17     Q.    And is that the same on weekends and weekdays?

18     A.    Yes, it is.  There's an exception, I believe, on

19   holidays where they get an enhanced meal.

20     Q.    I'm sorry.  They get a what?

21     A.    An enhanced meal.

22     Q.    Okay.  What does that mean?

23     A.    Meaning that they get -- it's different than

24   what's on the menu.

25     Q.    Okay.  Are there any differences among the

184

1    different statuses of max custody regarding their food,

2    their meals?

3        A.    No, not that I'm aware of, other than we would

4    be careful about utensils and that kind of stuff that's

5    handed out to mental health inmates -- I'm sorry -- inmates

6    on watch.

7        Q.    Okay.  What about people in detention and close

8    management?  Do they all get the same food as the people

9    in max custody?

10       A.    Yes, ma'am, they do.

11       Q.    Looking at Exhibit 6, Isolation Exhibit 6,

12   which is DO 804, Section 1.9 says, sanitation inspections.

13   So this is for people in detention.  The policy requires

14   there be a sanitation inspection during each shift,

15   correct?

16       A.    Yes, ma'am.

17       Q.    And that sanitation deficiencies need to be

18   documented and corrected as quickly as possible?

19       A.    Yes, ma'am.

20       Q.    What is a sanitation deficiency?

21       A.    For instance, if the inmate has trash on the

22   floor in their cell, their general hygiene is poor within

23   the cell.  They could have feces or urine that's inside

24   their toilet that has not been flushed.  Basically, just

25   making sure that the cell is in good order and the inmate

185

1   is keeping up on his sanitation within the cell.

2        Q.    Things that are not in the cell, can they be

3   sanitation deficiencies?

4                MS. LOVE:  Form.

5                THE WITNESS:  Clarify that, please.

6        Q.    BY MS. MORRIS:  So, for example, a dirty

7   shower, would that be a sanitation deficiency?

8        A.    If the inmate just took a shower and left it in

9   poor condition, meaning there's shampoo all over the walls

10  or something of that nature, it could potentially lead to a

11  disciplinary ticket on that inmate, yes.

12       Q.    So a sanitation inspection and sanitation

13  deficiencies are things that attach to inmates, not to the

14  pod; is that what I'm understanding from you?

15       A.    Yes, ma'am.

16       Q.    Okay.  So, for example, there being mice in the

17  pod is not a sanitation deficiency?

18       A.    That is a unit sanitation deficiency that needs

19  to be reported so that we can get exterminator services in

20  there immediately.

21       Q.    Okay.  And that's what should happen if there's

22  mice?

23       A.    Absolutely.

24       Q.    And should that happen if there's rats?

25       A.    Anything of that nature, yes, should be reported

1    immediately so that we can get that taken care of

2    immediately.

3          Q.    And what if there's roaches?

4          A.    Same.  Our pest control service should be

5    contacted through the business office and pest control

6    services should come out and spray those areas.

7          Q.    What about mold?

8          A.    Again, reported.  And what happens with reports

9    of mold, we have our occupational safety consultant come in

10   and evaluate to find out if it is, in fact, mold.  If it is

11   determined to be mold then we need to take the appropriate

12   action to get somebody out to take care of it.  If it's

13   not, then we need to sanitize that area.

14         Q.    Okay.  But the things that we've just been

15   discussing, the bugs, mice, rats, those kind of things,

16   those are not what's being inspected for in the sanitation

17   inspection described in Section 1.9 of DO 804; is that

18   correct?

19         A.    The one that we're referring to is a security

20   and sanitation inspection -- not security, but a sanitation

21   inspection, as you stated, in the detention area.  The

22   officers, however, as they assume a post, are required to

23   do a sanitation inspection of the post.  So, yes, it's two

24   different things.  However, a sanitation inspection of both

25   areas has to occur during that shift.

187

1      Q.      So where is it in the policy that officers have

2  to do a sanitation inspection of the post?

3      A.      That would be within that post order we spoke

4  about earlier in regards to the information that needs to

5  be entered into the Correctional Service Journal.

6      Q.      Okay.  Do they also have to do sanitation

7  inspections of the post in max custody?

8      A.      All posts that an officer assumes, there should

9  be a sanitation inspection completed of that area.

10     Q.      Okay.  Earlier you mentioned that officers do

11 security checks.  It was in response to my question about

12 if there's an emergency how do people get the attention of

13 the officer.

14     A.      Yes, ma'am.

15     Q.      Could you explain what a security check is?

16     A.      It's a security health and welfare check where

17 they're going through, they are looking for living,

18 breathing flesh on inmates, making sure that everyone is

19 alive and well, addressing concerns as they come up.  They

20 are required to do these every 30 minutes but no later than

21 every 59 minutes on every single inmate within the

22 facility.

23     Q.      What does it mean every 30 minutes but no later

24 than every 59 minutes?

25     A.      It means that they have to conduct that check

188

1   within that time period.

2        Q.    But that's two different time periods.

3        A.    It's a range within that time period that they

4   need to conduct that check.  So no later than that

5   59-minute mark can that security check be conducted without

6   the supervisor being notified.

7        Q.    So, essentially, they have to do a security

8   check every hour --

9        A.    Yes, ma'am.

10       Q.    -- is that accurate?

11       A.    Within that time frame given, and it's very

12   specific in the policy.

13       Q.    Within 59 minutes?

14       A.    Yes.

15       Q.    Okay.  What policy is that?

16       A.    And it might actually be a post order, and that

17   would be the floor officer post order, housing unit post

18   order.

19       Q.    But you're not sure?

20       A.    It is in the post order.  I'm not sure which

21   exact one it is.  It might be in the general order.

22       Q.    How is temperature monitored in max custody

23   units?

24       A.    We're required to do a temperature check during

25   the months of April through the end of October, October

1    31st, or if the temperature is above 100 degrees during any

2    other month we're also required to do temperature checks,

3    but they're to be done twice a day.  They're done at 11:00

4    and 1500 hours.  And what the staff do is they have a set

5    schedule and set areas that they go in with an anemometer

6    and they take the temperatures in those areas.  And the

7    different areas, of course, are in a max custody setting or

8    a cell setting or an open dorm-style setting.  In a maximum

9    custody setting they're taking temperatures inside the

10   cells.  And they have to do a bottom run and a top run in

11   those particular pods and that is all logged.  An open

12   dorm-style setting, taking those at the front of the run

13   and the back of the run of those particular runs within an

14   open-dorm setting.  And it's all being logged at the 11:00

15   hour and the 1500 hour throughout the month.

16        Q.    I'm going to talk now about topic 3.  Can you

17   tell us what types of programming -- what type of classes

18   are available to people in max custody?

19        A.    As you've seen by the matrixes we've looked at,

20   you can see that there are various programming.  Most of

21   them revolve around cognitive restructuring programming,

22   socialization programming.  We do have cultural diversity

23   programming, and we also have pre-release programming, as

24   well, for inmates that are 18 months before they're

25   released.

190

1    Q.    I'm going to show you in Exhibit 3, attachment

2  G, where it says, Browning mandatory programs.

3    A.    Yes, ma'am.

4    Q.    Are these programs that you're talking about?

5    A.    Yes, ma'am.

6    Q.    Okay.  Are there any others besides what's

7  included in the Browning mandatory programs?

8    A.    We do have some other programs that are offered.

9  I think there's a money management.  I'm not sure if that's

10  listed there or not.

11    Q.    I think that's listed in the close management

12  one.  Money management is in Exhibit 5, DO 813.

13    A.    I see it.  Yes, ma'am.

14    Q.    Is it available to people in max custody if

15  it's not on that list?

16    A.    If it's not on that list that would be a

17  decision by the deputy warden to start that program.  And,

18  obviously, there would have to be availability of CO 3s to

19  teach that program, and there would have to be interest by

20  the inmate population to take that program.  So if all of

21  that meshed together and worked out really well, then there

22  would be a possibility for that, but you'd have to have a

23  trained CO 3 to teach that class, however, as well.

24    Q.    Okay.  So are the classes that are available

25  the classes that are listed in the matrix for the Browning

1    mandatory programs and the close management matrix?

2        A.    So, yes, those programs would be taught by

3    correctional officer 3s in those areas, yes.

4        Q.    Are there other classes that are taught by

5    CO 3s in any of the statuses that we've been talking

6    about?

7        A.    Not that I am aware of at this point, no.

8        Q.    So, again, looking at 812, so, for example,

9    looking at the step-level 2 initial placement there's a

10   self-control class and the Hazelden Socialization Workbook

11   parts 1 and 2.  Do you see that?

12       A.    Yes, ma'am.

13       Q.    If a person has already done those programs and

14   they are still in step 2, would they be required to do

15   them again in order to be considered to be programming?

16       A.    So just to clarify your question, they were

17   already a step 2 at one point, completed the classes, moved

18   down, and then became a step 2, again, is that --

19       Q.    No, no.  That was not it.  They just haven't

20   moved yet.  They have not been moved to step 3.

21       A.    They would only need to take those classes once.

22   They wouldn't be required to take them twice in order to

23   move to step 3 if they remained in step 2.  They just need

24   to take them the one time.

25       Q.    Okay.  But then if something happens and they

1   get moved down a step and then they have to start back up

2   they would have to do that class again?

3       A.    Yes, ma'am, because it's part of the matrix and

4   that would be a requirement.

5       Q.    Okay.  What kinds of rehabilitative services

6   are there offered to people in maximum custody, if any?

7       A.    As far as rehabilitation, there are just the

8   classes that you see in the matrix unless, of course, like

9   I said, the deputy warden authorized any other classes

10  because they had the availability to do that.  But as it

11  stands, the rehabilitation classes are usually given as

12  they decrease from maximum custody.

13      Q.    Okay.  So is there any programming available in

14  isolation other than the classes listed in the matrix for

15  the Browning mandatory programs in 812 and the close

16  management program matrix in 813?

17                MS. LOVE:  Form.

18                THE WITNESS:  Not that I'm aware of, no.

19      Q.    BY MS. MORRIS:  Okay.  We're going to go to

20  topic 4, which is about length of stay in isolation,

21  including mean, median, and maximum lengths of confinement

22  in each isolation unit.  How long do people spend, on

23  average, in max custody?

24      A.    That's actually going to vary by the inmate,

25  their behavior, whether or not they're doing what they're

193

1    supposed to do as far as programming, disciplinary, that

2    kind of stuff like we talked about earlier.

3         Q.    Well, the average isn't going to change per

4    person because that's the way averages are, including all

5    people, right?

6         A.    I'm sorry.  Could you repeat that?

7         Q.    The question was:  How long do people spend, on

8    average, in max custody?

9         A.    I don't have that information, ma'am.

10        Q.    Okay.  What is the longest time anyone in ADCRR

11   custody has spent in max custody?

12        A.    I don't have that information, ma'am.

13        Q.    Would it be possible to know that?

14        A.    I'm not exactly sure if that's information that

15   we would have on hand.

16        Q.    Okay.  What is the longest time that anyone

17   currently in max custody has spent in max custody?

18        A.    Now, we have a condemned row in max custody, and

19   I can speak to that population.  I know we have an inmate

20   on condemned row that's been incarcerated since 1978.  Now,

21   he, however, has, within the last three or four years,

22   moved down to close custody, but at the time I would

23   probably put him up against anybody else.

24        Q.    How long do people spend, on average, at step 1

25   of max custody?

194

1          A.     I don't have that information, ma'am.

2          Q.     How long do people spend, on average, at step 2

3    of max custody?

4          A.     I do not have that information, ma'am.

5          Q.     How long do people spend, on average, at step 3

6    of max custody?

7          A.     I also do not have that information, ma'am.

8          Q.     Does ADCRR do anything to track the amount of

9    time people spend in max custody?

10         A.     Not that I'm aware of at this point.

11         Q.     Does ADCRR do anything to track the amount of

12   time people spend in any of the steps in max custody?

13         A.     Not that I'm aware of at this time, ma'am.

14         Q.     Would there be a way to track how long people

15   spend in max custody?

16         A.     I am not aware of that information.

17         Q.     Okay.  What percent of men sentenced to life

18   have their custody reduced to close custody in less than

19   two years?

20         A.     I do not have that information either, ma'am.

21         Q.     Once a person is reclassified to close custody

22   from max custody, how long do people spend, on average, in

23   max custody awaiting rehousing?

24         A.     I'm sorry.  Could you repeat that?

25         Q.     Once a person is reclassified to close custody

1     from max custody, how long do people spend, on average, in

2     max custody awaiting rehousing?

3          A.     I don't have those averages, ma'am.

4          Q.     What is the longest time anyone in ADCRR

5     custody has spent in max custody after having been

6     reclassified to close custody?

7          A.     Again, I do not have that information, ma'am.

8          Q.     How long, on average, do people spend in STG

9     status in max custody?

10         A.     I do not have that average, ma'am.

11         Q.     Does ADCRR do anything to track the amount of

12    time people spend in STG status in max custody?

13         A.     Not that I'm aware of.

14         Q.     What's the longest time anyone in ADCRR custody

15    has spent in STG status max custody?

16         A.     I do not have that information, ma'am.

17         Q.     What's the longest time anyone currently in STG

18    status in max custody has spent in STG status in max

19    custody?

20         A.     Again, I do not have that information, ma'am.

21         Q.     Once a person is approved to be removed from an

22    STG status, how long do people spend, on average, in STG

23    status awaiting rehousing?

24         A.     That would be dependent upon housing.  And like

25    I said earlier, it's usually a fairly quick process, but I

196

1    do not have an average on that.

2         Q.    Okay.  What's the longest time anyone in ADCRR

3    custody has spent in STG status after having been

4    reclassified to max custody?

5         A.    I do not have that information, ma'am.

6         Q.    How many people have been reclassified out of

7    STG since the new policy came into effect in April

8    allowing people to be removed based on 24 months of no

9    documented STG activity?

10        A.    I also do not have that information, ma'am.

11        Q.    How long, on average, do people spend in

12   enhanced management in max custody?

13        A.    I also do not have that information, ma'am.

14        Q.    Does ADCRR do anything to track the amount of

15   time people spend in enhanced management in max custody?

16        A.    I am not aware of that.

17        Q.    You're not aware of them doing that, or that

18   means you don't know one way or the other?

19        A.    I'm not aware of them tracking that, ma'am.

20        Q.    Okay.  Does that mean you think they do not

21   track it or you just don't know?

22        A.    I just don't know.

23        Q.    Okay.  Thank you.

24              MS. LOVE:  And I can state for the record,

25   as we've previously communicated about both on the record

197

1  and in pleadings and in confers [sic] that none of the

2  statistics that you're asking about for tracking max,

3  minimum, median, average lengths of time in any location

4  defined by the classification order as constituting --

5        MS. MORRIS:  I'm going to stop you.  I

6  think that would be a speaking objection that you're

7  making right now.

8        MS. LOVE:  Right, but, I mean, you have

9  your seven hours to use today, and I'm just trying to

10 shorten it up because, as I've previously communicated,

11 ADC is not tracking those statistics.

12    Q.    BY MS. MORRIS:  What's the longest time anyone

13 in ADCRR custody has spent in enhanced management in max

14 custody?

15    A.    I do not have that information, ma'am.

16    Q.    Once a person is approved to be removed from

17 enhanced management, how long do people spend, on average,

18 in enhanced management awaiting rehousing?

19    A.    As I stated earlier, that's a pretty quick

20 process, but I do not have that average, ma'am.

21    Q.    How long, on average, do people spend in

22 restrictive housing program status in max custody?

23    A.    I do not have that average, ma'am.

24    Q.    What's the longest time anyone in ADCRR custody

25 has spent in restrictive housing program status in max

198

1    custody?

2         A.    I also do not have that information, ma'am.

3         Q.    Once a person is approved to be removed from

4    restricted status housing program, how long do people

5    spend, on average, before being rehoused?

6         A.    I don't have that information, ma'am.

7         Q.    How long, on average, do people spend in a

8    behavioral management unit or in a mental health unit in

9    max custody?

10        A.    I do not have that average, ma'am.

11        Q.    What's the longest amount of time anyone in

12   ADCRR custody has spent in a behavioral management unit or

13   mental health unit in max custody?

14        A.    I also do not have that information, ma'am.

15        Q.    Once a person is approved to be removed from

16   the behavioral management unit, how long do people spend,

17   on average, in the BMU awaiting rehousing?

18        A.    As I stated before, it's a pretty quick process,

19   but I don't have that average, ma'am.

20        Q.    You don't actually know how long it is?

21        A.    No, ma'am.

22        Q.    Okay.  How long, on average, do people spend in

23   close management status?

24        A.    I do not have that information, ma'am.

25        Q.    What's the longest time anyone in ADCRR custody

199

1  has spent in close management status?

2      A.     I also do not have that information, ma'am.

3      Q.     How long, on average, do people spend in

4  detention status?

5      A.     I do not have that information, ma'am.

6      Q.     What's the longest time anyone in ADCRR custody

7  has spent in detention status?

8      A.     I do not have that information, ma'am.

9      Q.     People classified as max custody can seek

10  administrative review of that classification, right?

11      A.     Yes, ma'am.

12      Q.     And that process takes about 45 days or up to

13  45 days?

14      A.     Yes, ma'am.

15      Q.     What percentage of people classified as max

16  custody seek an administrative review of that

17  classification?

18      A.     I also do not have that information, ma'am.

19      Q.     Do you know what percent of administrative

20  reviews result in a change to the max custody

21  classification?

22      A.     I do not know that, ma'am.

23      Q.     People classified as max custody can also

24  appeal the classification, correct?

25      A.     Yes, ma'am.