# In The Matter Of:
*Parsons vs.*
*Shinn*

*Lori Stickley*
*October 12, 2021*

*Glennie Reporting Services, LLC*
*1555 East Orangewood Avenue*
*Phoenix, Arizona  85020*
*602.266.6535 Office    877.266.6535 Toll Free*
*www.glennie-reporting.com    office@glennie-reporting.com*

Original File 101221LS_1.txt
**Min-U-Script®**

1    the inmate flat out says, "No, I'm not going to house,"
2    then yes, that's when it would become a refuse to house.
3         Q.    Can you tell me what the average max custody
4    census, or roughly what the census for max custody at SMU
5    is?
6         A.    What do you mean by "census"?
7         Q.    The number of people.
8         A.    Oh, like the population?
9         Q.    Yeah, yeah.
10        A.    So like in A08, I have, like, 300 -- I think
11   like 354 right now.  I'm trying to remember from Friday's
12   numbers, because I don't work over the weekend.  And then
13   in A38, which is the max custody sex offenders, I want to
14   say I have like 158-ish.
15        Q.    So about 500, maybe a little more?
16        A.    Well, and then statewide detention, even though
17   they could be different custody levels, they're treated
18   as max, because the max facility in -- as the highest
19   level, so we're at like 3- -- statewide detention, like,
20   174 right now.
21        Q.    I don't know if it was just in error when you
22   were talking, but you started by saying "3-."
23        A.    Well, because I was looking at what I can
24   house, but I have 170-some vacancies, so I have, like,
25   174 actually there.  So I was doing math in my head

1   Because it would be hard to treat, you know, if you have
2   20 inmates and they're all different custody levels, he
3   gets to do this, he gets to do that, he gets to do this,
4   where everybody's the same.
5           They come in, property's the same, escorting is
6   the same, the meal's the same.  Because policy across the
7   board, based on minimum, medium, close has different
8   privileges or different incentives or different things
9   they have access to.  But when you go to detention, it
10  would be hard to run all of those different issues
11  related to each custody level, so it's treated as one
12  level, one unit.
13          And it's temporary.  It's not their housing
14  location.  It's not their end home.  It's a temporary
15  break or step aside from their normal everyday life,
16  because of whatever issue happened, whether it's an 805,
17  whether it's a refuse to house, whether it's
18  investigation, it's a temporary stay.  Finish that
19  process and then get them back into their forever home
20  again.
21      Q.    Okay.
22      A.    While with us they're with us, not forever.
23      Q.    Okay.  You gave me the number of people that
24  you think were in A08 and A38 and detention last Friday.
25  Are those fairly typical numbers?

1    A.    Yes, it fluctuates, though.  Really the only
2    one that fluctuates a lot is statewide detention.  The
3    other numbers are pretty stagnant based off of sentence
4    because there's really no other place.  In the max
5    custody facility, that's where they're at until they get
6    out.
7    Q.    Okay. All right.  What is a health and welfare
8    check?
9    A.    So a health and welfare check is a doctor doing
10   their -- between 30, to not exceed 59 minutes, walking
11   every pod, every one, to make sure everybody's doing
12   okay.  I think policy classifies it as, you know,
13   visually alive, breathing, making sure nothing's going on
14   and happening.
15   Q.    So what -- withdrawn.
16         Are those also called security checks?
17   A.    They -- yes.  They're interchangeable.
18   Q.    Okay.
19   A.    But health and welfare and security checks,
20   yes, every -- they can be interchangeable word choice,
21   but it all means the same, yes.
22   Q.    Okay.  And then does living, breathing flesh
23   check, also mean the same thing?
24   A.    It's all written within like the post orders,
25   yes, because even for count, whether it's informal or

1      Q.    Do you understand the step program as having
2   any role in people getting out of max custody?
3      A.    From the way I look at it, there -- they run
4   parallel, they don't interchange, because max custody is
5   based off of a classification in their sentence that they
6   were sentenced to, and because of their scores, where
7   they might not ever go low enough to get out of max
8   custody, depending on their sentence.
9            The step in phases is behavioral, based on
10  their -- if they -- or everyday interaction with the
11  inmate population, with staff, and their individual
12  behaviors that moves them up or down within the step
13  phase program.  They're -- they're not connected.
14     Q.    Are all people in max custody in the step
15  program at SMU?
16     A.    At some level, yes.
17     Q.    And when you say at some level, they're at
18  Step 1, 2, or 3?
19     A.    Correct.  At some level, yes, Step 1, 2, or 3.
20     Q.    Okay.  Do you have any role in reviewing the
21  step level of people at SMU?
22     A.    I -- yes and no.  So we have a committee, and
23  we meet every Thursday and so either between the ADW or
24  myself, so it's not -- I'm not at every committee review,
25  because I have different things going on, but I go

```
 1   to -- I frequent them often, yes.
 2        Q.    Okay.  So it would be either you or the
 3   associate deputy attorney [sic]?
 4        A.    The associate deputy warden --
 5        Q.    Warden, sorry.
 6        A.    -- correctional officer fours, the captain, so
 7   yes, so there is a committee of multiple different people
 8   from different disciplines within SMU that go to the
 9   committee review.
10        Q.    When did those meetings happen?
11        A.    Every Thursday.
12        Q.    What time?
13        A.    12:00.
14        Q.    And when do they go until?
15        A.    Depending on how many inmates, it could go
16   30 minutes, it could go 45, it could go an hour, just
17   depends on how many inmates, because we have to review
18   100 percent a month.  So we break it up every week and so
19   it just depends on -- and it depends on how lengthy the
20   discussions go, and based off the inmates' discipline
21   if -- or so -- or programming.  So sometimes we have
22   in-depth discussions and sometimes it goes very quick.
23        Q.    Is there review of documents as part of that
24   review process?
25        A.    It could be.  Usually it's more on the
```