# In The Matter Of:

*Parsons vs.*
*Shinn*

*Anthony R. Coleman*
*October 14, 2021*

*Glennie Reporting Services, LLC*
*1555 East Orangewood Avenue*
*Phoenix, Arizona  85020*
*602.266.6535 Office     877.266.6535 Toll Free*
*www.glennie-reporting.com    office@glennie-reporting.com*

Original File 101421 AC.txt
**Min-U-Script®**

```
                                                                  16
 1    management at Rast"?
 2         A.    Yes, we do.
 3         Q.    Okay.  And you mentioned that there are people
 4    on mental health watch at Rast as well; right?
 5         A.    Yes.
 6         Q.    There aren't currently any STG enhanced
 7    management or restricted status housing program units at
 8    Rast, are there?
 9         A.    We don't have enhanced management at Rast.
10         Q.    Do you have any STG units at Rast?
11         A.    No.  When they're coming to Rast, they -- well,
12    yes.  We would have them if they're stepping down and
13    trying to come to close.
14         Q.    Do you have any units at Rast that are managed
15    like an STG unit?
16         A.    No.
17               MS. LOVE:  Object to form and foundation.
18         Q.    (By Ms. Abela) I'm sorry.  Could you repeat your
19    answer?
20         A.    "No."
21         Q.    Okay.  Do you have any restricted status housing
22    programs at Rast?
23         A.    No.
24         Q.    Was there ever a restricted status housing
25    program at Rast?
```