UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY AND EVIDENCE AND REQUEST FOR EXPEDITED CONSIDERATION** |

The Court, having reviewed Plaintiffs' Motion to Exclude Certain Testimony and Evidence, and Request for Expedited Consideration, and finding good cause, hereby **GRANTS** Plaintiffs' Motion to Exclude.

**IT IS ORDERED:**

1. Defendants shall not be permitted to introduce testimonial or other evidence that would be covered by Topics 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 12, and 15 of the Rule 30(b)(6) Deposition Notice on Isolation.

2. Defendants shall not be permitted to introduce testimonial or other evidence that would be covered by Topics 13 or 14 of the Rule 30(b)(6) Deposition

LEGAL23774493.1

1 | Notice on Isolation, to the extent such evidence relates to how staffing is
2 | managed at ASPC-Lewis Rast.