1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen
Swartz, Sonia Rodriguez, Christina Verduzco,
Jackie Thomas, Jeremy Smith, Robert Gamez,
Maryanne Chisholm, Desiree Licci, Joseph Hefner,
Joshua Polson, and Charlotte Wells, on behalf of
themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability
Law*

**[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.; and<br>Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of<br>Corrections, Rehabilitation and Reentry; and Larry<br>Gann, Assistant Director, Medical Services Contract<br>Monitoring Bureau, Arizona Department of<br>Corrections, Rehabilitation and Reentry, in their<br>official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**STATEMENT OF<br>DISCOVERY DISPUTE**<br><br>**(EXPEDITED<br>CONSIDERATION<br>REQUESTED)** |

154644210.1

**Plaintiffs' Position**

In their Request for Production No. 21, Plaintiffs sought:

> For each ASPC, DOCUMENTS SUFFICIENT TO SHOW, for the period from January 1, 2020, to the present, the number of people placed on MENTAL HEALTH WATCH, the total number of days for each person was placed on MENTAL HEALTH WATCH, and the mean, median and maximum duration length of stay on MENTAL HEALTH WATCHES.

[Ex. 1]   Defendants responded that, except for the files of individual prisoners, no responsive documents existed:

> OBJECTION: This request is overbroad, unduly burdensome, and not proportional to the needs of the case as it would require an individual review of every inmate's file (many of whom may have been on watch multiple times during a month) who was placed on watch for a nearly two-year time period and would require Defendants to create a document which Rule 34 does not require. Without waiving these objections, see Defendants' Response to Request for Production 21 [sic].

[*Id.*][1]

However, on November 5, 2021, Dr. Stefanie Platt, Centurion's former statewide mental health director, testified that ADCRR and Centurion began collecting data on length of stay on suicide/mental health watch in the fall or winter of 2020:

> Q. In addition to reduction of self-harm numbers by 75 percent, you testified in your deposition that suicide watches and length of stay on watch also drastically decreased, correct?
> A. Correct.
> Q. Explain that a little bit please.
> A. *We would monitor the suicide watch numbers for length of stay. We started collecting data on that to ensure that we were highly attentive to people that were on watch for more of a prolonged period of time.*
> * * *
> Q. And the two of you also implemented a tracking for individuals who stayed on suicide watch for more than 14 days, right?
> A. The regional mental health team with Centurion implemented that, but Dr. Stallcup from my recollection was in support.

[11/5/21 Rough Tran. at 6:22 - 7:17 (Ex. 2) (emphasis added); *see also id.* at 17:16-18:12]

---

[1] Assuming that Defendants intended to refer to Request for Production 20, the documents produced in response to that Request consisted of "Mental Health Watch logs for each ASPC watch unit and other housing locations from January 1, 2020 to the present." [*Id.*] These documents are merely lists of patients who have been on watch, with no other length of stay data.

Plaintiffs have requested the documents identified by Dr. Platt; Defendants have declined to produce them. [Ex. 3] Pursuant to their obligation to supplement their discovery responses under Rule 26(e), Defendants should be ordered to produce these documents, which Plaintiffs requested on the first business day after Dr. Platt's testimony, no later than November 15, so that they may be used to cross-examine Defendants' witnesses.

Defendants' unsupported contention that Plaintiffs have somehow waived their entitlement to these documents is meritless.  "Federal Rule of Civil Procedure 26(e) places litigants under an affirmative duty to supplement non-deposition discovery responses, even after the discovery cut-off date." *Hernandez v. Polanco Enters., Inc.*, 19 F. Supp. 3d 918, 933 (N.D. Cal. 2013).  And their claim that these documents "do not show the length of time on watch" cannot be squared with Dr. Platt's testimony that "we would monitor the suicide watch numbers for length of stay."

**Defendants' Position**

In response to Plaintiffs' RFP No. 21, Defendants produced the monthly suicide watch logs. *See* Exhibit 4 (July 2021 Suicide Watch Log for Florence).  Despite Plaintiffs' claim that the logs provide "no other length of stay data," these logs show the start and end dates for all watches, and therefore provide the information requested in Plaintiffs' RFP No. 21.  Because Plaintiffs only requested documents "sufficient to show," production of the watch logs satisfied Defendants' obligation in responding to RFP 21.[2]  On October 15, 2021, Dr. Platt testified during her deposition that she had "[c]reated and started tracking the watches and looking at anyone that's been on watch for an extended period of time." *See* Exhibit 5 (Deposition of Dr. Platt) at 109:8–110:4.  If Plaintiffs believed these additional documents were responsive to RFP 21, they should have raised it then.  They did not.  Instead, they waited until she testified to the same thing at trial—twenty-one days later and after discovery had closed—to raise it.  Despite being untimely, the Court should also deny Plaintiffs' request because the additional documents referenced by Dr. Platt are not

---

[2] Indeed, Defendants produced the logs in native Excel format which allows Plaintiffs to calculate items like length of time on watch and the median.

responsive to RFP 21.  Indeed, these logs track only inmates who have been on watch for 14 days or longer and do not show the length of time on watch.  They are weekly snapshots that show who, for that week, has been on watch for 14 days or longer.  This is not what RFP 21 requested.  The monthly watch logs Defendants produced in response to RFP 21 are "sufficient to show" the information requested by Plaintiffs.  Plaintiffs' request should be denied because:  (1) it is untimely; (2) Defendants have already provided the information requested in RFP 21; and (3) the additional documents Plaintiffs seek are not responsive to RFP 21.

Dated November 14, 2021

**STRUCK LOVE BOJANOWSKI**
**& ACEDO, PLC**

By: s/ Ashlee Hesman (by permission)
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 W. Ray Road, Ste. 300
    Chandler, Arizona 85226
    Telephone: (480) 420-1600
    Email: dstruck@strucklove.com
    rlove@strucklove.com
    tbojanowski@strucklove.com
    nacedo@strucklove.com

*Attorneys for Defendants Pratt and Shinn*

**ACLU NATIONAL PRISON PROJECT**

By:  s/ David C. Fathi
    David C. Fathi (Wash. 24893)*
    Maria V. Morris (D.C. 1697904)**
    Eunice Hyunhye Cho (Wash. 53711)*
    915 15th Street N.W., 7th Floor
    Washington, D.C. 20005
    Telephone:  (202) 548-6603
    Email:   dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

    Corene Kendrick (Cal. 226642)**
    39 Drumm Street
    San Francisco, California 94111
    Telephone:  (202) 393-4930
    Email:   ckendrick@aclu.org

    *Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
    **Admitted *pro hac vice*

    Victoria Lopez (Bar No. 330042)*
    Jared G. Keenan (Bar No. 027068)
    **ACLU FOUNDATION OF ARIZONA**
    3707 North 7th Street, Suite 235
    Phoenix, Arizona 85013
    Telephone:  (602) 650-1854
    Email:   vlopez@acluaz.org
          jkeenan@acluaz.org

    *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

154644210.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com
           sophieh@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:     dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com
           atarinherman@perkinscoie.com
           docketphx@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen, et al.,
on behalf of themselves and all others
similarly situated*

-4-

1

**ARIZONA CENTER FOR DISABILITY LAW**

2

By: _ s/ Maya Abela _____

3
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
4
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
5
Email:     adietrich@azdisabilitylaw.org

6
Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
7
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
8
Telephone:  (520) 327-9547
Email:    mabela@azdisabilitylaw.org
9
rdalyrooney@azdisabilitylaw.org

10
*Attorneys for Arizona Center for Disability Law*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

154644210.1

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on November 14, 2021, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand

7

Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

8

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski

10

Nicholas D. Acedo
Ashlee B. Hesman

11

Jacob B. Lee
Timothy M. Ray

12

Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC

13

dstruck@strucklove.com
rlove@strucklove.com

14

tbojanowski@strucklove.com
nacedo@strucklove.com

15

ahesman@strucklove.com
jlee@strucklove.com

16

tray@strucklove.com
aorcutt@strucklove.com

17

18

*Attorneys for Defendants*

19

 s/ D. Freouf

20

21

22

23

24

25

26

27

28

-6-

154644210.1