**EXHIBIT 1**

October 1, 2021

CURRICULUM VITAE
**JOSEPH V. PENN, MD CCHP FAPA**

Business Address:        University of Texas Medical Branch (UTMB)
                         Correctional Managed Care (CMC)
                         Mental Health Services
                         200 River Pointe Drive, Suite 200
                         Conroe, Texas 77304
Business Telephone:      (936) 494-4183
Business Fax:            (936) 494-4194
E-mail:                  jopenn@utmb.edu

## EDUCATION

Undergraduate      1987 B.S. in Biology
                   University of the Incarnate Word (formerly Incarnate Word College), San
                   Antonio, Texas
                   Honors: Alpha Chi, Academic All-American, Who's Who in American
                   Universities & Colleges, Graduated Summa Cum Laude

Medical School     1992 M.D.
                   University of Texas Medical Branch, Galveston, Texas
                   Honors: Who's Who in American Colleges/Universities, Junior Marshal

## POSTGRADUATE EDUCATION

                   2014 Management Certificate
                   Physician Leadership Academy
                   University of Houston Clear Lake &
                   University of Texas Medical Branch, Galveston, Texas

## POSTGRADUATE TRAINING

Residency       1992-1996    General Psychiatry
                1995-1996    Chief Resident
                Department of Psychiatry and Human Behavior,
                Brown University, Providence, Rhode Island

Residency       1996-1998    Child and Adolescent Psychiatry
                Department of Psychiatry and Human Behavior,
                Brown University, Providence, Rhode Island

Fellowship      1998-1999    Forensic Psychiatry
                Department of Psychiatry
                Yale University, New Haven, Connecticut

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## POSTGRADUATE HONORS AND AWARDS

| | |
|---|---|
| 1994 | ACNP Program for Minority Research Training in Psychiatry |
| 1994 | Center for Mental Health Services Scholarship |
| 1995 | Mead Johnson Fellow, Association for Academic Psychiatry |
| 1995 | Laughlin Fellow, American College of Psychiatrists |
| 1996 | Outstanding Young Men of America |
| 1996 | Chester M. Pierce, M.D., Sc.D. Resident Research Award |
| 1997 | Lebensohn Award, American Association of General Hospital Psychiatrists |
| 1997 | Rappeport Fellow, American Academy of Psychiatry & the Law |
| 1999 | Presidential Scholar, American Academy of Child & Adolescent Psychiatry |
| 2000 | Pilot Research Award, American Academy of Child & Adolescent Psychiatry |
| 2001 | America's Registry of Outstanding Professionals |
| 2002 | Who's Who in Medicine and Healthcare |
| 2003 | Who's Who in America |
| 2003 | Who's Who in Science and Engineering |
| 2003 | Junior Faculty Development Award, Association for Academic Psychiatry |
| 2004 | Brown Medical School Teaching Recognition Award |
| 2004 | Distinguished Alumnus, University of the Incarnate Word |
| 2004 | Strathmore's Professional Honor Society |
| 2005- | Best Doctors in America |
| 2006 | Madison Who's Who |
| 2006 | Fellow, American Psychiatric Association |
| 2007 | Who's Who Among Executives and Professionals |
| 2007 | Fellow, The Lloyd Society |
| 2008 | Member, American College of Psychiatrists |
| 2011 | Cambridge Who's Who Registry among Executives and Professionals in the Field of Research, Medicine, and Healthcare |

## MILITARY SERVICE        None

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

| | |
|---|---|
| 1993 | Rhode Island Medical License # 8849 |
| 1997 | Diplomate, American Board of Psychiatry & Neurology # 43847 |
| 1998 | Additional Certification, Child and Adolescent Psychiatry # 4583 |
| 1998 | Connecticut Medical License # 36678 |
| 1999 | Texas Medical License # K7081 |
| 1999 | Massachusetts Medical License # 161086 |
| 2003 | Additional Certification, Forensic Psychiatry # 1438 |
| 2004 | Certified Correctional Health Care Professional (CCHP), National Commission on Correctional Health Care |
| 2007 | Re-Certification, American Board of Psychiatry & Neurology # 43847 |
| 2013 | Re-Certification, Forensic Psychiatry, American Board of Psychiatry & Neurology #1438 |
| 2017 | Re-Certification, General Psychiatry, American Board of Psychiatry & Neurology #43847 |
| 2017 | Re-Certification, Child and Adolescent Psychiatry, American Board of Psychiatry & Neurology #4583 |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| 1995-1996 | Assistant Instructor in Psychiatry |
| 1998-2007 | Clinical Assistant Professor of Psychiatry, Department of Psychiatry and Human Behavior, Brown University School of Medicine, Providence, Rhode Island |
| 2007-2012 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Human Behavior, Warren Alpert Medical School of Brown University, Providence, Rhode Island |
| 2009-2013 | Clinical Associate Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |
| 2014- | Clinical Professor of Psychiatry, Department of Psychiatry and Behavioral Sciences, UTMB Medical School, Galveston, Texas |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1994-1997 | Psychiatric House Officer, Landmark Medical Center, Woonsocket, RI |
| 1994-1998 | Psychiatric House Officer, St. Joseph Center for Psychiatric Services, Providence, RI |
| 1999-2008 | Medical Staff, Rhode Island Hospital, Providence, RI |
| 1999-2008 | Medical Staff, Emma Pendleton Bradley Hospital, East Providence, RI |
| 1999-2008 | Director, Child and Adolescent Forensic Psychiatry, Rhode Island Hospital, Providence, RI |
| 2008- | Director, Mental Health Services, University of Texas Medical Branch (UTMB), Correctional Managed Care (CMC), Conroe, Texas |
| 2013-2014 | Acting Clinical Director, Texas Department of Criminal Justice, Skyview/Hodge Units, Rusk, Texas |
| 2018-2020 | Consulting Psychiatrist, River Oaks Hospital and Clinics, Houston, Texas |
| 2019-2020 | Acting Clinical Director, Texas Department of Criminal Justice, Jester IV Unit, Richmond, Texas |

## OTHER APPOINTMENTS

| | |
|---|---|
| 1995- | Reviewer, Hospital Physician |
| 1996 | Reviewer, Academic Psychiatry |
| 1996 | Reviewer, Journal of Nervous and Mental Disease |
| 1997 | Reviewer, Journal of Clinical Psychiatry |
| 1997 | Staff Psychiatrist, Kent County Mental Health Center, Warwick, RI |
| 1998-2001 | Consultant, New Haven State's Attorney Office, New Haven, CT |
| 1998-2000 | Consultant, Capital Defense and Trial Services Unit, Office of the Chief Public Defender, Hartford, CT |
| 1998-2001 | Consultant, Office of the Public Defender, Bridgeport, CT |
| 1998-1999 | Psychiatrist, New Haven Court Clinic, New Haven, CT |
| 1998-1999 | Consultant, Disabilities Clinic, Yale Law School, New Haven, CT |
| 1998-1999 | Psychiatric Expert Witness, Trial Practice Course, Yale Law School, New Haven, CT |

3

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 1998-1999 | Consultant, Special Populations Unit, CT Department of Mental Health and Addictions Services, Hartford, CT |
| 1998-1999 | Genesis Group Co-leader and Individual Therapist, Whiting Forensic Institute, Middletown, CT |
| 1998-1999 | Child Custody and Placement Clinic, Yale Child Study Center, New Haven, CT |
| 1998-2001 | Consultant, Superior Court, Juvenile Matters, Stamford, CT |
| 1999 | Consultant, Psychiatric Security Review Board, Middletown, CT |
| 1999 | Consultant, United States Department of State, Washington, DC |
| 1999-2001 | Staff Child Psychiatrist, The Family Health Center at SSTAR Program, Fall River, MA |
| 1999-2008 | Director of Psychiatric Services, Rhode Island Training School, Cranston, RI |
| 1999-2008 | Consultant, Rhode Island Family Court |
| 1999-2008 | Consultant, Rhode Island Department of Children, Youth, and Families |
| 1999-2008 | Consultant, RI Department of Disability Determination Services, Providence, RI |
| 1999-2000 | Consultant, Providence Police Department, Kid's INC. Program, Providence, RI |
| 1999-2001 | Consultant, Office of the Attorney General, Providence, RI |
| 2000-2001 | Consultant, Superior Court, Juvenile Matters, Hartford, CT |
| 2000-2001 | Consultant, United States Attorney, District of Rhode Island, Providence, RI |
| 2001 | Consultant, Butler Hospital, Providence, RI |
| 2001 | Consultant, Northwest Special Education Region, Scituate, RI |
| 2001 | Consultant, Qualidigm, Middletown, CT |
| 2001-2003 | Consultant, Town of Narragansett, Narragansett, RI |
| 2001-2002 | Consultant, Office of the Public Defender, Enfield, CT |
| 2001-2002 | Consultant, Medical Consultants Network, Seattle, WA |
| 2001-2002 | Advisory Board, HELP Mental Health and Wellness Initiative, Providence, RI |
| 2002 | Consultant, Yarmouth Police Department, Yarmouth, MA |
| 2002-2003 | Consultant, Office of the Mental Health Advocate, Cranston, RI |
| 2002 | Consultant, Commonwealth of Massachusetts, Committee for Public Council, Boston, MA |
| 2002- | Editorial Board, Hospital Physician |
| 2002- | Reviewer, Journal of Correctional Health Care |
| 2003- | Consultant, Bradley Hospital, East Providence, RI |
| 2003- | Representative, American Academy of Child & Adolescent Psychiatry to the National Commission on Correctional Health Care, Chicago, Illinois |
| 2003- | Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2003 | Advisory Panel, ADHD in Correctional Institutions, National Commission on Correctional Health Care, Chicago, Illinois |
| 2004 | Consultant, Town of West Warwick, RI, Pension Board |
| 2004 | Consultant, Rhode Island Department of Corrections |
| 2004 | Reviewer, Journal of the American Medical Women's Association |
| 2004- | Editorial Board, Psychiatry |
| 2005 | Consultant, Florida Department of Juvenile Justice |
| 2005-2008 | Consultant, Office of the Public Defender, Providence, RI |
| 2005 | Consultant, Bradley School, Portsmouth, RI |
| 2005-2006 | Consultant, Office of the Attorney General, Hartford, CT |
| 2006-2007 | Consultant, Phoenix House, New York, NY |
| 2006- | Editorial Board, Correctional Health Report |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2006-2008 | Consultant, Physicians and Lawyers for National Drug Policy |
| 2006-2008 | Board of Directors, Academy of Correctional Health Care Professionals |
| 2007-2009 | Consultant, Town of East Providence, RI, Police Department |
| 2007-2009 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Various Correctional Facilities, Valhalla, New York |
| 2007-2010 | Chair (Chair-Elect, Chair, Immediate Past), Board of Directors, National Commission on Correctional Health Care, Chicago, Illinois |
| 2008 | Consultant, National Institute of Mental Health (NIMH), Bethesda, MD |
| 2009 | Consultant, Kansas Department of Juvenile Corrections |
| 2009 | Consultant, Philadelphia Department of Behavioral Health and Mental Retardation Services |
| 2009 | Reviewer, Ambulatory Pediatrics |
| 2009- | Board of Directors, Society of Correctional Physicians (SCP) |
| 2011- | Editorial Board, Journal of Correctional Health Care |
| 2011 | Technical Assistance Project Consultant, U.S. Department of Justice, National Institute of Corrections (NIC) |
| 2011 | Consultant, Rhode Island Department of Corrections |
| 2011- | Consultant, Agency for Health Research and Quality's (AHRQ) Effective Health Care (EHC) Program |
| 2011 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2011 | Consultant, Vermont Department of Corrections |
| 2012 | Technical Assistance Project Consultant, National Commission on Correctional Health Care, Idaho Department of Corrections |
| 2012 | Consultant, National Commission on Correctional Health Care, US Immigration and Customs Enforcement (ICE) San Diego Contract Detention Facility, San Diego, California |
| 2012 | Surveyor, National Commission on Correctional Health Care, Orleans Parish Criminal Sheriff's Office, New Orleans, Louisiana |
| 2012 | Surveyor, National Commission on Correctional Health Care, Hudson County Correctional Center, Kearny, New Jersey |
| 2012 | Reviewer, Academic Pediatrics |
| 2012-2013 | Consultant, Office of the Attorney General, Providence, Rhode Island |
| 2013- | Consultant, Polk County Juvenile Detention Center/Polk County Jail, Bartow, Florida |
| 2013-2016 | Member, Council on Psychiatry and Law, American Psychiatric Association, Arlington, Virginia |
| 2013 | Surveyor, National Commission on Correctional Health Care, Harris County Jail, Houston, Texas |
| 2013 | Surveyor, National Commission on Correctional Health Care, Rio Grande Detention Center, Laredo, Texas |
| 2013-2014 | Consultant, Juvenile Justice Commission (JJC) State of New Jersey, and the University of Medicine and Dentistry of New Jersey (UMDNJ)-University Behavioral HealthCare/University Correctional HealthCare, Trenton, New Jersey |
| 2013- | Consultant, J Allen and Associates of Texas, Friendswood, Texas |
| 2013- | Reviewer, Suicide and Life-Threatening Behavior |
| 2013- | Consultant, Division of Health Services, Arizona Department of Corrections, Phoenix, Arizona |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2013 | Surveyor, National Commission on Correctional Health Care, El Paso Service Processing Center, El Paso, Texas |
| 2013-2014 | Consultant to Special Master, *Coleman v. Brown*, *Governor of California, et al.,* United States Court of Appeals, Ninth Circuit, Pasadena, California. |
| 2015-2017 | Chair, Council on Children, Adolescents and Their Families, American Psychiatric Association, Arlington, Virginia |

## ADDITIONAL INFORMATION

| | |
|---|---|
| 2007-2011 | Contributor and Consultant to the American Academy of Child and Adolescent Psychiatry (AACAP) Work Group on Quality Issues. Practice Parameter for Child and Adolescent Forensic Evaluations. J Am Acad Child Adolesc Psychiatry 2011; 50:1299-1312 |

## HOSPITAL COMMITTEES

| | |
|---|---|
| 1994-96 | Pharmacy and Therapeutics Committee, Butler Hospital, Providence, RI |
| 1995-96 | Outpatient Specialty Program Directors Group, Butler Hospital, Providence, RI |

## UNIVERSITY COMMITTEES

Brown University Department of Psychiatry and Human Behavior

| | |
|---|---|
| 1992-96 | Policy Committee, Residency Training Program |
| 1992-96 | Selection Committee, Residency Training Program |
| 1994 | Residency Recruitment Coordination Committee |
| 1994-96 | SDDS/Primary Care Psychiatry Research Committee |
| 1994 | Search Committee, Director of General Psychiatry Residency Training Program |
| 1998 | Selection Committee, Child and Adolescent Psychiatry Residency Program |

Brown University School of Medicine

| | |
|---|---|
| 2000-2002 | Search Committee, Department of Pediatrics |
| 2003-2007 | Search Committee, Post-Doctoral Training Program in Juvenile Forensic Psychology |

University of Texas Medical Branch Correctional Managed Care

| | |
|---|---|
| 2008- | Continuing Medical Education (CME) Committee |
| 2008-2010 | County Jail Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Services Policy Committee |
| 2008- | Quality Council |
| 2008- | Mental Health Inpatient Leadership Group (Chair) |
| 2009-2011 | Medical Executive Committee (Chair) |
| 2009- | Executive Council |

## NATIONAL COMMITTEES

Academy of Correctional Health Care Professionals

| | |
|---|---|
| 2003-2004 | Education Committee |
| 2005-2008 | Membership Committee |
| 2006-2008 | Board of Directors |
| 2007-2008 | Education Committee |

American Academy of Child and Adolescent Psychiatry

| | |
|---|---|
| 1997-2000 | Television and the Media Committee |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 1999- | Rights and Legal Matters Committee |
| 1999-2002 | Task Force on Juvenile Justice Reform |
| 2002-2006 | Committee on Juvenile Justice Reform |
| 2016- | Children and the Law Committee |

American Board of Psychiatry and Neurology

| | |
|---|---|
| 1998- | 2001Psychiatry Re-Certification Committee |
| 2001-2004 | Re-appointed, Psychiatry Re-Certification Committee |
| 2006 | Examiner, Part II General Psychiatry Examination Committee |
| 2001-2006 | Examiner, Child and Adolescent Psychiatry Examination Committee |
| 2007-2014 | Forensic Psychiatry Examination Committee |

American Academy of Psychiatry and the Law

| | |
|---|---|
| 1998- | Rappeport Fellowship Committee |
| 2006- | Suicidology Committee |
| 2010-12 | Institutional and Correctional Psychiatry |
| 2011- | (Chair) Suicidology Committee |

American College of Psychiatrists

| | |
|---|---|
| 2014-2017 | Committee on the Education Award |

American Correctional Association

| | |
|---|---|
| 2013- | Health Care Committee |
| 2013- | Mental Health Committee |

American Psychiatric Association

| | |
|---|---|
| 2012-2014 | Workgroup on Persons with Mental Illness in the Criminal Justice System |
| 2014- | Workgroup on Mental Illness and Criminal Justice |

Association for Academic Psychiatry

| | |
|---|---|
| 2003-2004 | Program Committee |

Coalition for Juvenile Justice

| | |
|---|---|
| 2001-2002 | Membership Committee |

National Commission on Correctional Health Care

| | |
|---|---|
| 2003- | Juvenile Health Committee |
| 2003-2004 | Standards Revision Task Force, Standards for Health Services in Juvenile Detention and Confinement Facilities |
| 2005 | Program Committee |
| 2005 | (Chair) Clinical Guidelines Monitoring Subcommittee |
| 2006-2007 | (Vice-Chair) Clinical Guidelines Monitoring Subcommittee |
| 2006-2010 | Executive Committee, Member At-Large |
| 2007-2008 | (Chair) Juvenile Health Committee |
| 2007-2008 | Clinical Guidelines Monitoring Subcommittee |
| 2008-2010 | Finance Committee |
| 2011-2014 | (Chair) Juvenile Health Committee |
| 2011- | Executive Committee |
| 2011- | Accreditation Committee |
| 2012-2014 | (Vice Chair) Accreditation Committee |
| 2013 | Standards Revision Task Force, Standards for Health Services in Jails and Prisons |
| 2014- | (Chair) Accreditation Committee |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

| | |
|---|---|
| 2014- | Certified Correctional Health Professional-Mental Health (CCHP-MH) Committee |
| 2014- | Mental Health Standards Revision Task Force, Standards for Mental Health Services in Correctional Facilities |
| 2016 | Standards Revision Task Force, Standards for Health Services in Jails and Prisons |

## STATE AND LOCAL COMMITTEES

Rhode Island Psychiatric Society

| | |
|---|---|
| 1995-1996 | Executive Committee |
| 2006-2008 | (Chair) Public Affairs Committee |

Rhode Island Training School

| | |
|---|---|
| 2000-2001 | Health, Mental Health, and Suicide Prevention Work Group |
| 2002 | Resocialization Steering Committee |
| 2003-2008 | Pharmacy and Therapeutics Committee |
| 2004-2008 | Risk Management Committee |
| 2004-2008 | Suicide Prevention Work Group |

Rhode Island Department of Children, Youth, and Families

| | |
|---|---|
| 2003 | Article 23 Committee and Subcommittee |
| 2004 | Psychotropic Medications and Chemical Restraints |

Rhode Island Department of Health

| | |
|---|---|
| 2006-2008 | Suicide Prevention Subcommittee |

Texas Department of Criminal Justice

| | |
|---|---|
| 2008- | Correctional Managed Care Pharmacy and Therapeutics Committee |
| 2008- | Psychiatry Subcommittee |
| 2008-2009 | Drug Withdrawal/Benzodiazepine Discontinuation Subcommittee |
| 2008- | Joint Suicide Prevention Operational Workgroup |
| 2008- | Joint Mental Health Committee |
| 2008- | Suicide Prevention Working Group |
| 2008- | System Leadership Council |
| 2009-2011 | Joint Mental Health Work Group (Chair) |
| 2012-2017 | Joint Gender Identity Disorder Committee |
| 2012- | Integrated Mental Health Procedure Committee |
| 2014-2016 | Joint Mental Health Work Group (Chair) |
| 2017- | Joint Gender Identity Disorder Committee (Co-Chair) |
| 2017- | Correctional Managed Care Pharmacy and Therapeutics Committee (Chair) |

Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI)

| | |
|---|---|
| 2009-2014 | Advisory Committee |

Texas Juvenile Justice Department (formerly known as the Texas Youth Commission)

| | |
|---|---|
| 2008- | Youth Health Services Leadership Council |
| 2008- | Youth Services Pharmacy and Therapeutics Committee |
| 2008- | Mental Health Subcommittee |
| 2008- | Psychiatry Subcommittee |
| 2016- | (Chair) Youth Services Pharmacy and Therapeutics Committee |

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Texas Society of Psychiatric Physicians

| | |
|---|---|
| 2009- | Government Affairs Committee |
| 2009-2012 | Public Mental Health Services Committee |
| 2009- | Strategic Planning and Coordinating Committee |
| 2012-2013 | (Vice-Chair) Forensic Psychiatry Committee |
| 2013- | Continuing Medical Education Committee |
| 2013- | (Chair) Forensic Psychiatry Committee |
| 2013- | Executive Council |
| 2018-2019 | President |

## MEMBERSHIP IN SOCIETIES

| | |
|---|---|
| 1987-99 | American Medical Association |
| 2002-2003 | American Medical Association |
| 1992- | Theta Kappa Psi Medical Fraternity Alumni |
| 1992- | American Psychiatric Association |
| 1993-2008 | Rhode Island Psychiatric Society |
| 1995- | American Academy of Child and Adolescent Psychiatry |
| 1996-2004 | Association for Academic Psychiatry |
| 1996-98 | Rhode Island Medical Society |
| 1997-98 | American Association of General Hospital Psychiatrists |
| 1997-98 | Brown University Housestaff Association |
| 1999-2008 | Rhode Island Council of Child and Adolescent Psychiatry |
| 1997- | American Academy of Psychiatry and the Law |
| 1998-99 | Connecticut Psychiatric Society |
| 2002- | Academy of Correctional Health Professionals |
| 2008- | Texas Society of Psychiatric Physicians |
| 2008- | Texas Society of Child and Adolescent Psychiatry |
| 2009- | American College of Psychiatrists |
| 2011- | American College of Physician Executives |

## PUBLICATIONS

1. Jenkins M, Malloy P, Cohen R, Salloway S, Neeper R, **Penn JV**, Chang K. Attentional and Learning Dysfunction Among Adults with History of Childhood ADHD Journal of the International Neuropsychological Society 1996;2:209.

2. **Penn JV**, Boland RJ, McCartney JR, Kohn R, Mulvey T. Recognition and Treatment of Depressive Disorders by Internal Medicine Residents and Attendings General Hospital Psychiatry 1997;19:179-184.

3. Jenkins M, Cohen R, Malloy P, Salloway S, Gillard E, **Penn JV**, Marcotte A. Neuropsychological Measures which Discriminate Among Adults with Residual Attention Deficit Disorder and Other Attentional Complaints Clin Neuropsychologist 1998;12:74-83.

4. **Penn JV**, Esposito CL, Schaeffer LE, Fritz GK, Spirito A. Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility J Am Acad Child Adolesc Psychiatry 2003; 7:762-769.

5. Zonfrillo MR, **Penn JV**, Leonard HL. Pediatric Psychotropic Polypharmacy. Psychiatry 2005 2005; 8:14-19.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

6. Stein, LAR, Lebeau-Craven, R, Martin R, Colby SM, Barnett, NP, Golembeske, C, **Penn, JV**. Use of the Adolescent SASSI in a Juvenile Correctional Setting. Assessment 2005, 12:384-394.

7. **Penn JV**, Thomas CR. AACAP Work Group on Quality Issues. Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities. J Am Acad Child Adolesc Psychiatry 2005; 10:1085-1098.

8. **Penn JV**, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles. J Correctional Health Care 2006; Volume 11, Issue 4: 333-346.

9. Cascade EF, Kalali AH, **Penn JV**, Feifel D. Recent Changes in Prescriptions for Antipsychotics in Children and Adolescents. Psychiatry (Edgmont). 2006 Volume 3, Issue 9:18-20.

10. Esposito-Smythers CL, **Penn JV**, Stein LAR, Lacher-Katz M, Spirito A. A Test of Problem Behavior and Self-Medication Theories in Incarcerated Adolescent Males. J Child Adol Substance Abuse 2008; Volume 17, Issue 4: 41-56.

11. Baillargeon J, Binswanger IA, **Penn JV**, Williams BA, Murray OJ. Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door. The American Journal of Psychiatry 2009; Volume 166, Issue 1:103-109.

12. Baillargeon J, **Penn JV**, Thomas CR, Temple JR, Baillargeon G, Murray OJ. Suicide in America's Largest Prison System. Journal of the American Academy of Psychiatry and the Law 2009; Volume 37, Number 2: 188-193.

13. Garvey KA, **Penn JV,** Campbell AL, Esposito-Smythers CL, Spirito A. Contracting For Safety with Patients: Clinical Practice and Forensic Implications. Journal of the American Academy of Psychiatry and the Law 2009; Volume 37, Number 3: 363-370.

14. Ochoa KC, Pleasants GL, **Penn JV**, Stone DC. Disparities in Justice and Care: Persons With Severe Mental Illnesses in the U.S. Immigration Detention System. Journal of the American Academy of Psychiatry and the Law 2010; Volume 38, Number 3: 392-399.

15. Baillargeon J, Hoge SK, **Penn JV**. Addressing the Challenge of Community Reentry among Released Inmates with Serious Mental Illness. American Journal of Community Psychology 2010; Volume 46, Number 3-4: 361-375.

16. Baillargeon J, **Penn JV**, Knight K, Harzke AJ, Baillargeon G, Becker EA. Risk of Reincarceration among Prisoners with Co-occurring Severe Mental Illness and Substance Use Disorders. Adm Policy Ment Health 2010; Volume 37, Number 4:367-74.

17. Harzke, AJ, Baillargeon J, Baillargeon G, Henry J, Olvera R, Torrealday O., **Penn, JV**, Parikh, R. Prevalence of Psychiatric Disorders in the Texas Juvenile Correctional System. Journal of Correctional Health Care 2012; Volume 18, Number 2: 143-157.

18. Harzke AJ, Baillargeon J, Baillargeon G, Olvera R, Torrealday O, **Penn JV**, Parikh R. Co-occurrence of Substance Use Disorders with Other Psychiatric Disorders in the Texas Juvenile Correctional system. International Journal of Prisoner Health 2011; 7, 4-16.

19. Hilliard WT, Barloon L, Farley P, **Penn JV,** Koranek A. Bupropion Diversion and Misuse in the Correctional Facility. Journal of Correctional Health Care 2013; Volume 19, Number 3: 211-217.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

20. McKee J, **Penn JV**, Koranek A.  Psychoactive Medication Use and Misadventuring Issues in Correctional Healthcare – What all Clinicians Should Know. Journal of Correctional Health Care 2014; 20(3):249-260.

21. Trestman, RL (Chair), **Penn JV**, et al. Psychiatric Services in Correctional Facilities: Third Edition A Work Group Report of the American Psychiatric Association. American Psychiatric Publishing 2015.

22. Tamburello A, Metzner J, Ferguson E, Champion M, Ford E, Glancy G, Appelbaum K, **Penn J,** Burns K, Ourada J.  The American Academy of Psychiatry and the Law Practice Resource for Prescribing in Corrections.    J  Am  Acad  Psychiatry  Law  46:242-43,  2018. DOI:10.29158/JAAPL.003762-18

## OTHER PEER-REVIEWED PUBLICATIONS

1. Chang K, Neeper R, Jenkins M, **Penn JV**, Bollivar L, Israeli L, Malloy P, Salloway SP. Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:400-1.

2. **Penn JV**, Salloway SP. Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder (Abstract) Journal of Neuropsychiatry and Clinical Neurosciences 1995;7:406-7.

3. **Penn JV**, Child and Adolescent Forensic Psychiatry, Medicine and Health Rhode Island 2005;9:310-317.

## OTHER NON-PEER REVIEWED PUBLICATIONS

1. **Penn JV**, Martini J, Radka D. Weight Gain Associated with Risperidone (Letter to Editor) Journal of Clinical Psychopharmacology 1996;16:259-260.

2. **Penn JV**, Leonard HL, March J: OCD in Children and Adolescents.  In M.T. Pato, G Steketee (eds.), OCD Across the Life Cycle, Annual Review of Psychiatry, Volume 16. Washington, DC: American Psychiatric Press, 1997, pp 7-53.

3. **Penn JV**, Hagino 0: Child and Adolescent Psychiatry.  In R.J. Goldberg, Practical Guide to the Care of the Psychiatric Patient, 2nd Edition. St. Louis: Mosby, 1998, pp 340-374.

4. **Penn, JV**, Casoli-Reardon M. Antisocial and Violent Youth (Book Review) Shamsie Lugus et al., Journal of the American Academy of Child and Adolescent Psychiatry 2001;12:1483-1484.

5. **Penn, JV**, Casoli-Reardon M. Antisocial and Violent Youth (Book Review) Shamsie Lugus et al., Journal of Developmental and Behavioral Pediatrics 2001; 22: 258-259.

6. **Penn  JV**.  Attention-Deficit/Hyperactivity  Disorder:  Review  Questions.  Hospital Physician 2001; 6:27-28.

7. **Penn JV**. Quick to Cry? Parenting 2001; 4:185.

8. **Penn JV**, Leonard HL: Diagnosis and Treatment of Obsessive-Compulsive Disorder in Children and Adolescents.  In M.T. Pato, J. Zohar (eds.), Current Treatments of Obsessive-Compulsive Disorder, 2nd Edition. Washington, DC: American Psychiatric Press, 2001, pp. 109-132.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

9.  **Penn JV**. Justice for Youth? A History of the Juvenile and Family Court. <u>The Brown University Child and Adolescent Behavior Letter</u> 2001; 9:1-4.

10. **Penn JV**. Child and Adolescent Depression: Review Questions. <u>Hospital Physician</u> 2002; 1:39-40.

11. Thomas CR, **Penn JV**: Juvenile Justice Mental Health Services, In <u>Child and Adolescent Psychiatric Clinics of North America</u>. Edited by Haller L. Philadelphia: WB Saunders, 2002, pp 731-748.

12. **Penn JV**: Use of Psychotropic Medications with Incarcerated Youth. <u>Standards for Health Services in Juvenile Detention and Confinement Facilities</u> National Commission on Correctional Health Care, 2004, 263-265.

13. Carlsen AB, **Penn JV** <u>Kids Who Commit Adult Crimes: Serious Criminality by Juvenile Offenders</u> (Book Review) Flowers RB, Journal of Developmental & Behavioral Pediatrics 2005; 26:390-391.

14. Kraus LJ, **Penn JV**: Standards for Juvenile Detention and Confinement Facilities. <u>In Recommendations for Juvenile Justice Reform</u>. (Monograph) 2nd Edition. American Academy of Child and Adolescent Psychiatry Committee on Juvenile Justice Reform, 2005, p.40-47.

15. Masters KJ, **Penn JV**: Seclusion and Restraint: Juvenile Justice Plus Restrictive Interventions Equals Fragmentation. <u>AACAP News</u>, 2005, p. 164, 172.

16. **Penn JV**: Safe Use of Psychotropic Medications with Confined Youth. <u>Correct Care</u>, 2005, Volume 19, Issue 2, p. 12.

17. Murakami S, Rappaport N, **Penn JV**: An Overview of Juveniles and School Violence. In <u>Psychiatric Clinics of North America</u>. Edited by Scott C. Philadelphia: Elsevier, 2006, pp. 725-741.

18. **Penn JV**: Expert Commentary: Antipsychotic Use Among Children and Adolescents. <u>Psychiatry 2006</u>. 2006; 9:19.

19. **Penn JV**: Child and Adolescent Psychiatry.  In R.J. Goldberg, <u>Practical Guide to the Care of the Psychiatric Patient</u>, 3rd Edition. Elsevier: Philadelphia, PA, 2007, pp 389-441.

20. Romero L, **Penn JV**. Ethical Issues of Youthful Offenders: Confidentiality, Right to and Right to Refuse Treatment, Seclusion and Restraint.  In C. Kessler and L. Kraus, <u>The Mental Health Needs of Young Offenders,</u> Cambridge University Press, Cambridge, UK, 2007, pp. 401-422.

21. **Penn JV**, Thomas CR. Mental Health Care in Juvenile Detention Facilities: A Review (Letter to Editor) <u>Journal of the American Academy of Psychiatry and the Law</u>. 2006; 34:570-571.

22. Faille L, Clair M, **Penn JV**.  Special Risk Management Issues in Child and Adolescent Psychiatry. <u>Psychiatric Times</u>. 2007; 7:64-67.

23. **Penn JV**. Invited Editorial: "Psychotropic Medications in Incarcerated Juveniles: Over versus Under-Prescribed?" <u>Arch Pediatr Adolesc Med</u>. 2008 Mar;162(3):281-3.

24. Baillargeon J, Paar DP, **Penn JV** Psychiatric Disorders and HIV/Hepatitis Coinfection <u>CorrDocs</u>. Volume 11, Issue 3:12.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

25. Baillargeon J, **Penn JV**, (Letter to Editor) <u>The American Journal of Psychiatry</u> 2009; 166:490.

26. **Penn JV**. Suicide Prevention Strategies for Juveniles in Correctional Settings. In <u>Condotte Suicidarie: Un'analisi Nel Sistema Degli Istituti Penali Minorili (Suicide Behavior: An Analysis of the Juvenile Justice/Correctional System).</u> Numeri Pensati: Gangemi Editore, Rome, Italy, 2010, pp 66-76.

27. Clair M, Faille L, **Penn JV.** Prevention and Treatment of Violent Offending/Offenders. In Ferguson CJ, <u>Violent Crime: Clinical and Social Implications</u>, Sage Publications, Thousand Oaks, CA, 2010, 351-372.

28. **Penn JV**. Standards and Accreditation for Jails, Prisons, and Juvenile Facilities, In <u>Oxford Textbook of Correctional Psychiatry</u>. Edited by Trestman R, Appelbaum K, and Metzner J. Oxford University Press, New York, NY, 2015, pp 359-365.

29. McGlasson T, Champion MK, **Penn JV**. Geriatric Offenders: Evaluation and Treatment within Correctional Settings, In <u>Oxford Textbook of Geriatric Forensic Psychiatry</u>. Edited by Holzer J, Kohn R, Recupero P, and Ellison, J. Oxford University Press, New York, NY (in press).

30. **Penn JV**, Weinstein HC. Correctional Psychiatry, In Kaplan & Sadock's Comprehensive Textbook of Psychiatry 10th edition.  Edited by Sadock BJ, Sadock VA and Ruiz P, Lippincott Williams & Wilkins, Philadelphia, PA (in press).

## **ABSTRACTS**

1. Penn JV, Phillips KA. (1995). Body Dysmorphic Disorder and Social Phobia, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting, Miami, Florida.

2. Penn JV, Boland RJ, McCartney JR. (1995). Recognition and Treatment of Depressive Disorders Among Internists, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting.  Miami, Florida.

3. Penn JV, Salloway SP. (1995). Development of Multiple Sclerosis in a Patient with Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

4. Chang K, Neeper R, Jenkins M, Penn JV, Bollivar L, Israeli L, Malloy P, Salloway SP. (1995). Clinical Profile of Patients Referred for Evaluation of Adult Attention-Deficit Hyperactivity Disorder, Poster Session, American Neuropsychiatric Association Annual Meeting. Pittsburgh, Pennsylvania.

5. Penn JV, Zimmerman M, Mattia J. (1996). Screening for Psychiatric Disorders in Medical Outpatients: A Patient Acceptance Study, Young Investigator's Poster Session, American Psychiatric Association Annual Meeting. New York, New York.

6. Jenkins M, Malloy P, Cohen R, Salloway SP, Neeper R, Penn JV, Chang K. (1996). Attentional and Learning Dysfunction among Adults with History of Childhood ADHD, Poster Session, International Neuropsychological Society Annual Mid-Year Meeting. Veldhoven, The Netherlands.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

7.  Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Annual Chester M. Pierce, M.D., Sc.D., Resident and Medical Student Research Symposium, National Medical Association 101st Scientific Assembly, Chicago, Illinois.

8.  Penn JV, Boland RJ, McCartney JR.  (1996). Recognition and Treatment of Depressive Disorders by Internal Medicine Attendings and Housestaff, Poster Session, Annual Lifespan Hospitals Research Celebration, Providence, Rhode Island.

9.  Penn JV, Holden P, Hendren RL.  (1997). Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes? Workshop Presentation and Poster Session, Annual Meeting Association for Academic Psychiatry, Albuquerque, New Mexico.

10. Leonard HL, Penn JV, March J. (1997). OCD in Children and Adolescents, Review of Psychiatry, Obsessive-Compulsive Disorder Across the Life Cycle, American Psychiatric Association Annual Meeting. San Diego, California.

11. Penn JV, Esposito C, Spirito A.  (2001). Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional Facility, Poster Session, American Academy of Child and Adolescent Psychiatry Annual Meeting. Honolulu, Hawaii.

12. Penn JV, Esposito CL, Stein LAR, Lacher-Katz M, Spirito A. (2003) Juvenile Correctional Workers' Perceptions of Suicide Risk Factors and Mental Health Issues of Incarcerated Juveniles, Poster Session, American Academy of Psychiatry and the Law Annual Meeting, San Antonio, Texas.

13. Penn JV. (2005) AACAP Practice Parameter for the Assessment and Treatment of Youth in Juvenile Detention and Correctional Facilities, Symposium, Emerging Frontier of Psychiatry: Juvenile Justice, American Psychiatric Association Annual Meeting, Atlanta, Georgia.

14. Penn JV. (2005) Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies, Symposium, Juvenile Justice and Mental Health, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Paris, France.

15. Merideth P, Janofsky J, Penn JV. Phillips RTM, Recupero P. (2005) Difficult Case? Consult Your Colleagues, Workshop, American Academy of Psychiatry and the Law Annual Meeting, Montreal, Canada.

16. Chen JT, Hunt J, Penn JV, Spirito A. (2006) Psychiatric Differences Among Adolescents in a Psychiatric Hospital Versus a Juvenile Correctional Facility, Poster Session, American Psychiatric Association, Institute on Psychiatric Services, New York, New York.

17. Penn JV. (2006) Suicide Attempts and Self-Mutilative Behavior in a Juvenile Correctional Facility, Symposium, Recent Developments in the Research of Juvenile Offenders, American Academy of Child and Adolescent Psychiatry Annual Meeting. San Diego, California.

18. Penn JV. (2007) Acting Out: How to Manage Difficult Adolescents in Correctional Settings, Symposium (Chair), Novel Approaches to the Evaluation and Treatment of Juvenile Offenders, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Padua, Italy.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

19. Garvey KA, Penn JV. (2007) Contracting for Safety with Adolescents: Is This an Empirically-Based Practice? Poster Session, American Academy of Psychiatry and the Law Annual Meeting, Miami, Florida.

20. Ryan E, Penn JV. (2007) Juvenile Sexual Offenders: Update on Clinical and Forensic Evaluation Strategies, Workshop Presentation, American Academy of Child and Adolescent Psychiatry Annual Meeting. Boston, Massachusetts.

21. Baillargeon J, Penn JV. (2008) The Prevalence and Treatment of Psychiatric Disorders in a State Prison System, Academic and Health Policy Conference on Correctional Health, Quincy, Massachusetts.

22. Garvey KA, Penn JV, Campbell AL, Esposito-Smythers CL, Spirito A. (2008) Contracting for Safety: Clinical Practice and Forensic Implications, Paper Session, American Academy of Psychiatry and the Law Annual Meeting, Seattle, Washington.

23. Baillargeon J, Penn JV, (2009) Psychiatric Disorders and Repeat Incarcerations: The Revolving Prison Door, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, New York, New York.

24. Baillargeon J, Penn JV, (2009) Psychiatric Disorder and Parole Revocation Among Texas Prison Inmates, Academic and Health Policy Conference on Correctional Health, Fort Lauderdale, Florida.

25. Dingle AD, Zito JM, Sharma S, Zima BT, Varley CK, Carlson GA, Penn JV. (2010) Psychotropic Medication Use in Vulnerable Child and Adolescent Populations, Symposium, American Academy of Child and Adolescent Psychiatry Annual Meeting, New York, New York.

26. Penn JV, (2011) Framework of Correctional Managed Care Models: Formulary Development and Implementation, Symposium, International Academy of Law and Mental Health, International Congress on Law and Mental Health, Berlin, Germany.

27. Ochoa K, Penn JV, Venters H, Hustings E, Mehta S, Belous L. (2011) Seriously Mentally Ill Persons in U.S. Immigration Detention, Panel, American Academy of Psychiatry and the Law Annual Meeting, Boston, Massachusetts.

28. Penn JV, Harzke AJ, Baillargeon J, (2012) Risk of Reincarceration among Prisoners with Co-Occurring Serious Mental Illness and Substance Use Disorders, Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia.

29. Penn JV, (2012) Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry, Symposium, Forensic Psychiatry: Informing Clinical Practice, American Psychiatric Association Annual Meeting, Philadelphia, Pennsylvania.

30. Torrealday O, Penn JV, (2013) Juveniles Behind Bars: Meeting Treatment Needs Through a Statewide Academic and Correctional Managed Care Partnership, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

31. Penn JV, (2013) Psychiatric Services in Jails and Prisons: An Update on the APA Guidelines, American Psychiatric Association Annual Meeting, San Francisco, California.

32. Penn JV, (2013) Psychiatric Comorbidity in Secure Juvenile Settings: How Complex an Issue is It Really? International Academy of Law and Mental Health, International Congress on Law and Mental Health, Amsterdam, The Netherlands.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

33. Torrealday O. Penn JV, Parikh R, (2014) Meeting Complex Mental Health Needs of Youthful Offenders, Academic and Health Policy Conference on Correctional Health, Houston, Texas.

34. Parikh R, Torrealday O, Penn JV, (2014) Save Money and Get Better Care? Cost Effective Health Care Delivery in Juvenile Corrections, Academic and Health Policy Conference on Correctional Health, Chicago, Illinois.

35. Torrealday O, Penn JV, (2015) Grievances: Strategies to Reduce Grief and Grievances While Improving Patient Care, Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts.

36. Appelbaum K, Ford E, Metzner J, Penn JV, Trestmant R, (2015) The New APA Guidelines on Correctional Psychiatry, Panel Presentation, American Academy of Psychiatry and the Law Annual Meeting, Fort Lauderdale, Florida.

## <u>INVITED PRESENTATIONS</u>

1. "Cognitive Behavioral Treatment of Panic Disorder," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1993.

2. "Social Phobia: An Overview of Treatment Strategies," Rhode Island Hospital, Department of Psychiatry, General Hospital Psychiatry Continuing Education Series, Providence, Rhode Island, 1994.

3. "Paraphilias and Sexual Deviations," Butler Hospital, Outpatient Department Case Conference, Providence, Rhode Island, 1995.

4. "Cultural Competence in the Delivery of Mental Health Services," Rhode Island Psychological Association 1995 Annual Convention, Providence, Rhode Island, 1995.

5. "Can You Teach Child and Adolescent Psychopharmacology from Somebody Else's Lecture Notes?" Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

6. "Consulting to the Community: A Challenge for the Child and Adolescent Psychiatrist," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1997.

7. "A School-Based Approach to Selective Mutism," Elmhurst Elementary School, Portsmouth, Rhode Island, 1977.

8. "Moodiness and Depression in Children and Adolescents," WLNE ABC Channel 6, Providence, Rhode Island, 1997.

9. "Moodiness and Depression in Adolescents," Mount Hope High School, Bristol, Rhode Island, 1997.

10. "Moodiness and Depression in Children and Adolescents," Lifespan Health Connection, Speaking of Kids, Parenting Education Series, Bradley Hospital, East Providence, Rhode Island, 1997.

11. "Career Opportunities in Child and Family Psychiatry," Junior Explorers, Miriam Hospital, Providence, Rhode Island, 1998.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

12. "The Crisis of School Violence: How Do We Help Our Children," Testimony before the Congressional Children's Caucus, Washington, District of Columbia, 1999.

13. "Assessment of Violent Behavior in Adolescents," Department of Pediatrics, Division of Adolescent Medicine, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 1999.

14. "Overview of Child Psychiatric Consultation at the Rhode Island Training School to the Rhode Island Family Court," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 1999.

15. "The New Law and Psychiatry Service at Brown," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 1999.

16. "Violent Threats Made by Adolescents: An Approach to Assessment and Treatment," The Family Health Center at SSTAR Program, Fall River, Massachusetts, 1999.

17. "Introduction to Child and Adolescent Psychopharmacology," Miriam Hospital, Rhode Island Nursing Association, Clinical Nurse Specialists Continuing Education Seminar, Providence, Rhode Island, 2000.

18. "What We Don't Want to Happen to Our Youth," Adolescent Mental Health and School Success Conference, Rhode Island Department of Health, Providence, Rhode Island, 2000.

19. "Psychiatric and Abuse Issues Affecting Incarcerated Youth," Justice for All Youth Conference, Rhode Island Office of the Child Advocate, Warwick, Rhode Island, 2000.

20. "Juvenile Violence," Grand Rounds, Newport Hospital, Newport, Rhode Island, 2000.

21. "Demystifying the Courts and the Legal Process for Juveniles," Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2000.

22. "Warning Signs in Adolescents: A Practical Guide for Families and Educators," Lifespan Health Connection, Parenting Matters, Parenting Education Series, Tollgate High School, Warwick, Rhode Island, 2000.

23. "Mood Dysregulation and Mood Disorders in Incarcerated Youth," Grand Rounds, Judge Baker Children's Center, Boston, Massachusetts, 2001.

24. "The Crisis of School Violence: How Do We Help Our Children," Grand Rounds, Department of Psychiatry, State University of New York, Buffalo, New York, 2001.

25. "Mental Health Evaluation and Treatment of Incarcerated Youth," Child Psychiatry Fellowship Seminar Series, New England Medical Center, Boston, Massachusetts, 2001.

26. "Mood, Substance Abuse, and Other Mental Disorders in Violent Youth," St. Anne's Hospital, Fall River, Massachusetts, 2001.

27. "Teen Violence: Risk Management and Malpractice Issues" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

28. "Mental Health Needs of Incarcerated Youth" Annual Conference, National Organization of Forensic Social Workers, Philadelphia, Pennsylvania, 2001.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

29. "Children's Mental Health Issues in Rhode Island: Problems and Solutions" Testimony before Congressional Committee Hearing, Rhode Island State House, Providence, Rhode Island, 2001.

30. "Mental Health Evaluation and Treatment of Incarcerated Youth," Sixth New England Correctional Health Conference, Sturbridge, Massachusetts, 2001.

31. "When Psychotherapies Are Not Enough: Medical Management of Aggression," Pediatric Psychopharmacology: An Update for Primary Care Practitioners, Providence, Rhode Island, 2001.

32. "Mental Health Evaluation and Treatment of Incarcerated Juveniles," The Providence Center, Providence, Rhode Island, 2001.

33. "School Shootings and Youth Violence," Truman Taylor Show, WLNE ABC, Channel 6, Providence, Rhode Island, 2001.

34. "Juveniles Presenting with Violent or Threatening Behaviors" Greater Fall River Child Protection Council and St. Anne's Hospital Lecture Series, Fall River, Massachusetts, 2001.

35. "School Shootings and Youth Violence," Healthwatch, NBC, WJAR Channel 10, Providence, Rhode Island, 2001.

36. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2001, Toll Gate High School, Warwick, Rhode Island, 2001.

37. "School Violence: Strategies for Schools and Families," N.A. Ferry Middle School, Johnston, Rhode Island, 2001.

38. "School Violence: Strategies for Schools and Families" CBS, WPRI, Channel 12, Providence, Rhode Island, 2001.

39. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2001.

40. "Bullying, Beatings & Beyond: Assessment and Treatment of Youth Violence," Rhode Island Psychological Society, Pawtucket, Rhode Island, 2001.

41. "Psychiatric Services for Incarcerated Juveniles," Annual Meeting, National Commission on Correctional Health Care (NCCHC), Albuquerque, New Mexico, 2001.

42. "Assessment and Treatment of Juvenile Sexual Offenders," (Discussant) Grand Rounds, Rhode Island Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, Providence, Rhode Island, 2001.

43. "Re-Defining the Use of Psychotropic Medications in Children and Adolescents," Rhode Island Training School, Clinical Staff In-Service, Cranston, Rhode Island, 2002.

44. "Youth Violence: Evaluation and Treatment Approaches," University of Texas Medical Branch, Department of Psychiatry, Psychiatry Resident's Journal Club, Galveston, Texas, 2002.

45. "Youth Violence: Practical Strategies for Clinicians," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2002.

46. "Redefining the Use of Psychotropic Medications in Juvenile Justice Populations," 7th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2002.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

47. "Profile of a Columbine Type Perpetrator: What to Look for and What to do About it," Annual Juvenile Probation and Justice Management Conference (Juvenile Probation Track): National Council of Juvenile and Family Court Judges Conference, Tucson, Arizona, 2002.

48. "Conduct Disorder: Evaluation and Treatment Approaches," Plymouth, Massachusetts, 2002.

49. "Conduct Disorder: Evaluation and Treatment Approaches," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

50. "Redefining the Use of Psychotropic Medications in Children and Adolescents," Kent County Mental Health Center, Warwick, Rhode Island, 2002.

51. "The Project Hope Experience: Evaluation and Treatment of Mental Health Issues in Incarcerated Juveniles," Children's Mental Health - A System of Care Approach, American Academy of Child and Adolescent Psychiatry, Boston, Massachusetts, 2002.

52. "Clinical Challenges in Child and Adolescent Psychiatry," Beaumont, Texas, 2002.

53. "Recognizing Other Psychiatric Disorders" American Academy of Pediatrics: DB:PREP An Intensive Review Course of Developmental and Behavioral Pediatrics, Providence, Rhode Island, 2002.

54. "Youth Violence: Practical Strategies for Clinicians," Family Service Association of Greater Fall River, Inc., Fall River, Massachusetts, 2002.

55. "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2002.

56. "Psychotropic Medications:   What They Do, What They Don't Do," Annual Rhode Island Family Court Judges' Conference, Narragansett, Rhode Island, 2002.

57. "Recognition and Management Strategies of Youth Violence for Mental Health Professionals," Child and Adolescent Psychiatry Grand Rounds, Taunton State Hospital, Taunton, Massachusetts, 2002.

58. "Suicide Prevention in Juvenile Correctional Facilities," Staff Training Program, Rhode Island Training School, Cranston, Rhode Island, 2002.

59. "The Elephant in the Room: How the Legal System Can Impact Therapy," (Discussant) Grand Rounds, Bradley Hospital, Brown University Department of Psychiatry, Division of Child and Adolescent Psychiatry, East Providence, Rhode Island, 2003.

60. "Youth Violence," Bradley/Hasbro Hospitals: Parenting Matters 2003, Toll Gate High School, Warwick, Rhode Island, 2003.

61. "Identification and Treatment of Mental Health Issues in Incarcerated Youth," 8th Northeast Correctional Health Care Conference, Sturbridge, Massachusetts, 2003.

62. "Missed Opportunities and Challenges: Identifying Mental Health and Substance Abuse Issues in Today's Youth," Physician Leadership on National Drug Policy Conference: Adolescent Substance Abuse and Mental Health: A Public Health Priority, Providence, Rhode Island, 2003.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

63. "Evaluation and Treatment of Incarcerated Juveniles with Mental Health Issues: Challenges, Frustrations, and Solutions," Butler Hospital, Child and Adolescent Services Program Lecture Series, Providence, Rhode Island, 2003.

64. "Surviving the Challenges of Juvenile Corrections: Suicide Prevention Strategies," National Conference on Correctional Health Care, Austin, Texas, 2003.

65. "Redefining the Use of Psychotropic Medications in Children," Annual Meeting of the RI Chapter of the American Academy of Pediatrics, Providence, Rhode Island, 2003.

66. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Brown University, Behavioral Misadventures Symposium, Providence, Rhode Island, 2003.

67. "Understanding and Defusing Explosive Kids," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

68. "Mixing Legal and Street Drugs: A Cocktail for Disaster," Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

69. "Promising Programs: Suicide Prevention/Good Practices," 23 rd Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Nashville, Tennessee, 2004.

70. "Challenging Youths, Families & Systems: Implementing Psychiatric Strategies and Risk Management Principles," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

71. "Acting Out Youths: Practical Evaluation & Treatment Strategies," Problems in Pediatrics Conference, Colby College, Waterville, Maine, 2004.

72. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics PREP Course: Costa Mesa, California, 2004.

73. "Risky Behavior: How to Keep Youth Safe in Inpatient and Community Settings," Grand Rounds, Department of Pediatrics, Hasbro/Rhode Island Hospital, Providence, Rhode Island, 2004.

74. "ADHD Co-Morbidity: Practical Evaluation and Treatment Approaches," 2004 Fall CME Conference, New York State Society of Physician Assistants, Albany, New York, 2004.

75. "Behavioral Health Issues for Juvenile Offenders," 3rd Annual Behavioral Health in Corrections Conference, University of Rhode Island, Kingston, Rhode Island, 2004.

76. "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

77. "Surviving Juvenile Corrections: Timely Suicide Prevention Strategies," National Conference on Correctional Health Care, New Orleans, Louisiana, 2004.

78. "How Young People Become Criminals: Their Developmental Trajectories Before and After," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2004.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

79. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Miami, Florida, 2005.

80. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Office of the Public Defender, Providence, Rhode Island, 2005.

81. "Juvenile Suicide Risk in Congregate Care Settings, "Suicide Prevention Promises and Practices – Focus on Youth Conference, Rocky Hill, Connecticut, 2005.

82. "Profile of a Columbine-Type Juvenile: What to Look for and What to Do About It," Juvenile Courts Association of Georgia 2005 Annual Seminar, Pineisle Resort at Lake Lanier, Georgia, 2005.

83. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: PREP Course: Portland, Oregon, 2005.

84. Various Presentations in Developmental/Behavioral Pediatrics, American Academy of Pediatrics: Practical Pediatrics Course: Beaver Creek, Colorado, 2005.

85. "Strategies for Resident Advocacy at the State Legislature," 2nd Northeast Pediatric Resident Advocacy Conference, Hasbro Children's Hospital, Brown Medical School, Providence, Rhode Island, 2005.

86. Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2005.

87. "Suicide Prevention/Intervention Training," Staff Training Seminar Series, Rhode Island Training School, Cranston, Rhode Island, 2006.

88. "ADHD and Juvenile Delinquency," Annual Meeting, American Society for Adolescent Psychiatry, Miami, Florida, 2006.

89. "Forensic Mental Health Evaluations," Continuing Legal Education Program, Criminal Division, Office of the Attorney General, Providence, Rhode Island, 2006.

90. "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, San Diego, California, 2006.

91. "Berber v. Mellott, MD: Lessons from a Medical Malpractice Mock Trial," Continuing Medical Education Program, Professional Risk Management Services, Inc., Providence, Rhode Island, 2006.

92. "How to Respond to Mentally Ill and Substance-Abusing Youth in the Juvenile Justice System," 25th Annual Juvenile Probation and Justice Management Conference, National Council of Juvenile and Family Court Judges, Providence, Rhode Island, 2006.

93. "Acting Out: How To Manage Difficult Adolescents," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

94. "You Be the Judge:  A Mock Trial Involving an Inmate's Claim," National Conference on Correctional Health Care, Atlanta, Georgia, 2006.

95. "Assessment and Treatment of Court-Involved Youth in Juvenile Corrections and Other Settings: Challenges, Frustrations, and Solutions," Contemporary Social Work Practice, Bradley Hospital Educational Series, Bradley Hospital, East Providence, Rhode Island, 2006.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

96.  "Mental Health Services for Juvenile Offenders," Grand Rounds, Department of Psychiatry, Maine Medical Center, Portland, Maine, 2007.

97.  "Strategies to Avoid the Courtroom – The Case for Thorough Medical Documentation," UNAP/Rhode Island Health Care Education Trust Seminar Series, Rhode Island Hospital, Providence, Rhode Island, 2007.

98.  "Suicide Prevention Strategies for Juveniles in Correctional Settings," Congress: Prevention of Suicidal Conduct in Incarcerated Minors, Campidoglio, Sala Della Protomoteca, Rome, Italy, 2007.

99.  "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," National Conference on Correctional Health Care, Las Vegas, Nevada, 2007.

100.  "Civil Commitment of Adolescents," Rhode Island/Hasbro Hospitals Department of Pediatric Emergency Medicine, Case Conference, Providence, Rhode Island, 2007.

101.  "Emerging Issues in Forensic Psychiatry," St. Luke's Hospital, Department of Psychiatry, Grand Rounds, New Bedford, Massachusetts, 2007.

102.  Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2007.

103.  "Redefining the Use of Psychotropic Medications for Incarcerated Juveniles," National Conference on Correctional Health Care, Nashville, Tennessee, 2007.

104.  "Lessons Learned from Inside the Fence:  Juvenile Offenders, the RI Training School and Family Court Systems," Rhode Island Psychiatric Society, Providence, Rhode Island, 2007.

105.  "Use of Psychotropic Medications for Incarcerated Youth," Updates in Correctional Health Care, National Conference on Correctional Health Care, San Antonio, Texas, 2008.

106.  "Mentally Ill Juveniles," American Correctional Association, New Orleans, Louisiana, 2008.

107.  "Identification and Management of Juvenile Mental Disorders," National Conference on Correctional Health Care, Chicago, Illinois, 2008.

108.  "Identification and Management of Juvenile and Adult Mental Disorders," Texas Corrections Association, Austin, Texas, 2008.

109.  "Use of Psychotropic Medications Within Correctional Settings," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2008.

110.  Various Presentations in Forensic Psychiatry, Forensic Science Course, Law School, Universidad Francisco Marroquin, Guatemala City, Guatemala, 2008.

111.  "Mental Health Services within the Texas Correctional System," National Institute of Mental Health (NIMH) and UTMB: Mental Illness, Incarceration and Community Re-Entry: Telepsychiatry and Continuity of Mental Health Care, Austin, Texas, 2008.

112.  "Essentials of Correctional Juvenile Health Care," Updates in Correctional Health Care: Transforming Principles to Practice, Las Vegas, NV.

113.  "Preventing Suicide in Corrections: Timely Collaboration Between Administration, Custody, and Clinical Staff," UTMB CMC Annual Conference, Galveston, Texas, 2009.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

114.  "Psychotropic Medication Education for Non-Psychiatrists," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

115.  "Malingering: Practical Evaluation and Management Approaches," UTMB CMC Mental Health Services Conference, Huntsville, Texas, 2009.

116.  "Assessment and Treatment of Adolescent Substance Use Disorders in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

117.  "Rational Approach to Psychotropic Medications in Correctional Settings," Academy of Correctional Health Professionals Regional Seminar, Austin, Texas, 2009.

118.  "Behind the Bars and Razor Wire: Mental Health Disorders Within Correctional Settings," Texas Department of Criminal Justice (TDCJ) Community Justice Assistance Division (CJAD) Skills Conference, Austin, Texas, 2009.

119.  "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Orlando, Florida, 2009.

120.  "Evaluation and Treatment of Personality Disorders," Mental Health Managers Conference, UTMB CMC Mental Health Services, Huntsville, Texas, 2009.

121.  "Mental Health Issues of the Female Offender," Texas Corrections Association Annual Conference, Galveston, Texas, 2010.

122.  "Identification and Management of Adult and Juvenile Mental Health Disorders in Correctional Settings, National Conference on Correctional Health Care, Boston, Massachusetts, 2010.

123.  "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

124.  "Essentials of Correctional Juvenile Health Care," National Conference on Correctional Health Care, Las Vegas, Nevada, 2010.

125.  "Mental Health Formulary and Disease Management Guidelines Development and Utilization with the Texas Department of Criminal Justice," Mental Health Conference, United States Bureau of Prisons-Health Services Division, Oklahoma City, Oklahoma, 2010.

126.  "Competency to Assist in Immigration/Deportation Hearings: Application of Existing Competency Evaluation Models to Immigration Context (Non-Citizens with Mental Disabilities)," United States Immigration and Customs Enforcement (ICE)/Office for Civil Rights and Civil Liberties (CRCL) Mental Health Roundtable, Washington, D.C., 2010.

127.  "Mental Health Systems of Care, Formulary and Disease Management Guidelines Development and Utilization within the Texas Department of Criminal Justice," Forensic Best Practices Conference, Houston, Texas, 2010.

128.  "Juvenile Waiver and Transfer to Criminal Court," Conference Update on Juvenile Forensic Evaluations, Capacity for Justice, Austin, Texas, 2010.

129.  "Practicing Behind Bars: Challenges and Opportunities Within Correctional Psychiatry" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2010.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

130. "Behind the Bars and Razor Wire: Mental Health Disorders within Correctional Settings" University of Texas Arlington, Annual Psychiatric Nursing Symposium, Arlington, Texas, 2011.

131. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Phoenix, Arizona, 2011.

132. "Medical Conditions That Can Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

133. "An In-Depth Look at NCCHC's New Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Baltimore, Maryland, 2011.

134. "Containing Your Psychotropic Medication Expenses: Strategies for Formulary Development and Implementation," American Correctional Association, Phoenix, Arizona, 2012.

135. "Child and Adolescent Forensic Psychiatry," International Conference on Forensic Psychiatry, Santiago, Chile, 2012.

136. "An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

137. "Acting Out" Offenders: Implementing Mental Health/Psychiatric Strategies and Risk Management Principles, National Conference on Correctional Health Care, San Antonio, Texas, 2012.

138. "Save Pharmacy Dollars: Contain Your Psychotropic Medication Use and Expenses" American Correctional Association, Denver, Colorado, 2012.

139. "Practicing Behind Bars: Challenges and Opportunities within Correctional Psychiatry" Grand Rounds, Keck School of Medicine of the University of Southern California, Department of Psychiatry, Los Angeles, California, 2012.

140. "Review of NCCHC's Standards for Health Services in Juvenile Facilities," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

141. "Medical Conditions That Present as 'Psychiatric' in Nature," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

142. "Mad Versus Bad Offenders: Implementing Mental Health Strategies and Risk Management Principles," National Conference on Correctional Health Care, Las Vegas, Nevada, 2012.

143. "Contain Your Psychotropic Medication Use and Expenses," American Correctional Association, Houston, Texas, 2013.

144. "Evaluation and Management of Juvenile Offenders," American Correctional Association, Houston, Texas, 2013.

145. "Integrating Mental Health and Medical Issues in the Complex Environment of Corrections," Society of Correctional Physicians, Denver, Colorado, 2013.

146. "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Advocacy Center, Columbia, South Carolina, 2013.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

147. "Identification and Prevention of Suicide and Self Injurious Behaviors in Correctional Settings," American Association of Suicidology, Austin, Texas 2013.

148. "'Acting Out' Adolescents: Pearls for Effective Evaluation and Management," American Correctional Association, National Harbor, Maryland, 2013.

149. "Preventing Suicide Behind Bars: Real World Approaches," American Correctional Association, National Harbor, Maryland, 2013.

150. "DSM-5: An Overview and Its Impact on Correctional Mental Health," UTMB CMC Annual Conference, Galveston, Texas, 2013.

151. "Overview of UTMB CMC Mental Health Services," Texas Correctional Office on Offenders with Medical or Mental Impairments (TCOOMMI) Advisory Committee, Austin, Texas, 2013.

152. "An In-Depth Look at NCCHC's 2014 Standards for Health Services in Prisons," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

153. "Institutional Self-Injury: Managing the Self-Destructive Juvenile," National Conference on Correctional Health Care, Nashville, Tennessee, 2013.

154. "Medical Conditions That Present as Psychiatric in Nature," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

155. "Guidelines for Treatment of Adolescents with ADHD," National Conference on Correctional Health Care, Atlanta, Georgia, 2014.

156. "Correctional Psychiatry: The Final Frontier of Psychiatry," Psychiatry Grand Rounds, John Peter Smith (JPS) Health Network, Fort Worth, Texas, 2014.

157. "DSM 5: What Pediatricians Need to Know," "Psychopharmacology in Primary Care: Practical Strategies," "Adolescent Substance Abuse," and "Adolescent Suicide and Self-Injurious Behaviors," American Academy of Pediatrics: Practical Pediatrics CME Course, Hilton Head, South Carolina, 2014.

158. "Mental Health Issues of Female Offenders," and "Update on NCCHC Standards," National Institute on Corrections (NIC), U.S. Department of Justice, State Directors of Mental Health Network meeting, National Corrections Academy, Aurora, Colorado, 2014.

159. "Correctional Psychiatry: The Final Frontier of Psychiatry?" Grand Rounds, UTMB Department of Psychiatry and Behavioral Sciences, Galveston, Texas, 2014.

160. "Mental Health Issues of the Female Offender," American Correctional Association, Salt Lake City, 2014.

161. "Strategies to Improve Patient Safety and Professional Satisfaction," National Conference On Correctional Health Care, Las Vegas, Nevada, 2014.

162. "Risk Management: How is Your Jail Liable?" National Conference on Correctional Health Care, Las Vegas, Nevada, 2014.

163. Various Topics in Child and Adolescent Psychiatry, 25th Annual Pediatric Symposium, Joe DiMaggio Children's Hospital at Memorial, Fort Lauderdale, Florida, 2014.

164. "Breaking Bad: Timely Strategies for Offenders with Mental Illness," Mid-Winter Workshop, Texas Corrections Association, Austin, Texas, 2014.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

165. "Assessment & Prevention of Suicide and Self-Injurious Behaviors:  Correctional Best Practices," American Correctional Association, Long Beach, California, 2015.

166. "Diagnosing Mental Illness Using DSM-5," American Correctional Association, Indianapolis, Indiana, 2015.

167. "An In-Depth Look at NCCHC's 2015 Standards for Health Services in Juvenile Detention and Confinement Facilities," National Conference on Correctional Health Care, Dallas, Texas, 2015.

168. "Medical Conditions That Present as Psychiatric in Nature." National Conference on Correctional Health Care, Dallas, Texas, 2015.

169. "Demystifying Mental Illness: It's Not All in Your Head." Texas Department of Criminal Justice (TDCJ) Health Services Division Annual Conference, Huntsville, Texas, 2015.

170. "PTSD in Corrections, Diagnostic and Treatment Issues." American Correctional Association, New Orleans, Louisiana, 2016.

171. "The Development of a University-Based Specialty Program for State Prisoners with Gender Dysphoria." American Correctional Association, New Orleans, Louisiana, 2016.

172. "Acting Out Youths: Timely Forensic and Correctional Approaches." Presidential Symposia, "Issues for Child and Adolescent Psychiatry in the 21st Century." American Psychiatric Association, Atlanta, Georgia, 2016.

173. "Use of Telepsychiatry Within Correctional Settings." American Correctional Association, Boston, Massachusetts, 2016.

174. "LGBT Offenders: Critical Issues in Gender Dysphoria." Coalition of Correctional Health Authorities, All Health Authority Training, National Institute of Corrections, Washington, D.C., 2016.

175. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

176. "Epidemiology of Suicide." Texas Society of Psychiatric Physicians Conference, Austin, Texas.

177. "The Assessment and Management of Suicide Risk, Tex Med Conference, San Antonio, Texas May 2018.

178. "The Assessment and Management of Violence Risk, Tex Med Conference, San Antonio, Texas May 2018.

179. "Guidelines for Treating ADHD in Adolescents," NCCHC, Las Vegas, Nevada, October 2018.

180. "Mental Health: Finding a Way Past Trauma and Violence," UTMB Health Virtual Winter Series, Galveston, Texas, March 2021.

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

## GRANTS

1. Penn (PI)                                                     01/01/2002-01/01/2003
   "Incidence of Suicide Attempts and Self-Injurious Behavior in a Juvenile Correctional
   Facility." Source: American Academy of Child and Adolescent Psychiatry, Eli Lilly and
   Company. $ 9,000.
   Role: Principal Investigator

2. Penn (PI)                                                     01/01/2003-05/31/2004
   "Correlates of Suicidal Behavior in Incarcerated Juveniles." Source: Lifespan
   Developmental Grant, Lifespan. $ 29,451.
   Role: Principal Investigator

3. Penn (PI)                                                     06/30/2004-12/31/2005
   "Liability Prevention for Hasbro Hospital Staff: Practical Strategies for Youths with
   Mental Health and Substance Abuse Issues." Source: Lifespan Risk Management,
   Lifespan. $12,200.
   Role: Principal Investigator

4. 5K23DA021532 (PI: Tolou-Shams, Ph.D.)                        02/01/2008-01/13/2013
   "HIV Prevention in the Family Drug Court." Source: National Institute of Drug Abuse
   (NIDA)
   Role: Consultant

## UNIVERSITY TEACHING ROLES

Brown University, Residency in Psychiatry, 1995: "Effective Documentation and Medical
Record Strategies for Psychiatrists," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Antipsychotics: An Introduction and
Rational Clinical Approach," New Residents' Seminar Series (single seminar).

Brown University, Residency in Psychiatry, 1995: "Cultural Psychiatry," PG-3 Seminar Series,
Seminar Leader (weekly seminars).

Brown Medical School, 1997: "Biomed 278: Introduction to Clinical Psychiatry," Small Group
Leader, (weekly meetings).

Brown University, Residency in Psychiatry, 1997: " PG-2 Seminar: Mood Disorders in Children
and Adolescents" (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1998: "Children's Testimony
in Court: Roles of the Expert Witness and Videotaped Interviews," Child and Adolescent
Forensic Psychiatry Seminar Series, (single seminar).

Yale University Law School, Disabilities Clinic, 1999: "Introduction to Child and Adolescent
Psychopharmacology," (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Risk
Assessment of Youth Violence," Child Psychiatry Boot Camp Seminar Series, (single
seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: "Rhode Island
Mental Health Law," Child Psychiatry Boot Camp Seminar Series, (single seminar).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

Brown University Residency in Psychiatry, 1999: "Introduction to Child and Adolescent Forensic Psychiatry," PG-3 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 1999: Community Mental Health Center Rotation, Family Health Center at SSTAR, Fall River, Massachusetts, Clinical Supervisor, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 1999-2008: Clinical Supervisor, Brown University Child Psychiatry Forensic Psychiatry Elective, (weekly supervision).

Brown University Residency in Psychiatry, 2000-2001: "Disruptive Disorders, Antisocial Behaviors, and Legal Issues," PG-2 Resident Seminar, (single seminar).

Brown University, Residency in Child and Adolescent Psychiatry, 2000-2008: "Child and Adolescent Forensic Psychiatry" Seminar Leader, (four seminars).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2002: Clinical Supervisor, Community Mental Health Center Rotation, Kent County Mental Health Center, Warwick, Rhode Island, (weekly clinic and supervision).

Brown University, Residency in Child and Adolescent Psychiatry, 2001-2008: Clinical Supervisor, Forensic/Juvenile Justice Rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown Medical School, 2002-2008: Clinical Supervisor for 3rd and 4th year medical students, Longitudinal elective, 4th year elective, and psychiatry rotation, Rhode Island Training School, Cranston, Rhode Island, (daily and weekly clinics and supervision).

Brown University Residency in Psychiatry, 2002-2003: Tutor-Advisor to Nada Milosavljevic, M.D., J.D., PG-2 Psychiatry Resident.

Brown University Residency in Psychiatry, 2003: "Bullying, Beatings, and Beyond: Assessment and Treatment of Youth Violence," Noon Seminar, (single seminar).

Brown University Post-Doctoral Juvenile Forensic Psychology Training Program, 2003-2008: Core Supervisor and Seminar Leader.

Brown University Psychology Intern and Post-Doctoral Fellowship Training Program, Child Track Seminar Series Presenter, 2004-2008: "The Law and Psychiatry/Psychology" (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Risk Assessment of Potentially Violent Juveniles," PG-3 Resident Seminar, (single seminar).

Brown University Residency in Psychiatry, 2004-2008: "Divorce, Custody and Visitation Issues: The Psychiatrist Facing Court Systems," PG-2 Resident Seminar, (single seminar).

Brown University Residency in Child and Adolescent Psychiatry, 2005-2008: "Evaluation and Treatment of Conduct Disorder," Child and Adolescent Psychiatry Developmental Psychopathology Seminar Series, (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2008-present: "Opportunities and Challenges within Correctional and Forensic Psychiatry," (single seminar).

Joseph V. Penn, MD CCHP FAPA Curriculum Vitae

UT Health Science Center at Houston, Department of Psychiatry and Behavioral Sciences, Residency in Child Psychiatry, 2008-present: "Juvenile Correctional Mental Health Services in Texas," (single seminar).

UTMB Department of Psychiatry and Behavioral Sciences, Residency in Psychiatry, 2010-present: "Suicide Prevention and Litigation: Timely Risk Management Approaches," Forensic Psychiatry Seminar Series, (single seminar).

## HOSPITAL TEACHING ROLES

Butler Hospital, 1993-1996: Seminar Leader, Various Psychiatry Topics, Brown University Medical Students' Psychiatry Clerkship, (multiple seminars).

Rhode Island Hospital, 1995: Psychiatry Preceptor and Consultant to Internal Medicine Housestaff Clinic, (twice weekly clinic).

E. P. Bradley Hospital, 1997: Adolescent Program Training, "The Use of Antipsychotics in Adolescents," (one seminar).

# EXHIBIT 2

Redacted

and filed under seal

**Exhibit 2:  Documents Provided for Review**

1.  Centurion CQI Meeting Minutes for meetings held in July 2019 at all ten ADCRR complexes at issue (ADCM1580583-1580644).

2.  Centurion CQI Meeting Minutes for meetings held in August 2019 at all ten ADCRR complexes at issue (ADCM1584160-1584227 and ADCM1585554-1585566).

3.  Centurion CQI Meeting Minutes for meetings held in September 2019 at all ten ADCRR complexes at issue (ADCM1589601-1589676).

4.  Centurion CQI Meeting Minutes for meetings held in October 2019 at all ten ADCRR complexes at issue (ADCM1589677-1589749).

5.  Centurion CQI Meeting Minutes for meetings held in November 2019 at all ten ADCRR complexes at issue (ADCM1595858-1595932).

6.  Centurion CQI Meeting Minutes for meetings held in December 2019 at all ten ADCRR complexes at issue (ADCM1597300-1597379).

7.  Centurion CQI Meeting Minutes for meetings held in January 2020 at all ten ADCRR complexes at issue (ADCM1603718-1603803).

8.  Centurion CQI Meeting Minutes for meetings held in February 2020 at all ten ADCRR complexes at issue (ADCM1603804-1603876).

9.  Centurion CQI Meeting Minutes for meetings held in March 2020 at all ten ADCRR complexes at issue (ADCM1608328-1608399).

10.  Centurion CQI Meeting Minutes for meetings held in April 2020 at all ten ADCRR complexes at issue (ADCM1610440-1610510).

11.  Centurion CQI Meeting Minutes for meetings held in May 2020 at all ten ADCRR complexes at issue (ADCM1618005-1618082).

12.  Centurion CQI Meeting Minutes for meetings held in June 2020 at all ten ADCRR complexes at issue (ADCM1623103-1623179).

13.  Centurion CQI Meeting Minutes for meetings held in July 2020 at all ten ADCRR complexes at issue (ADCM1662175-1642251).

14.  Centurion CQI Meeting Minutes for meetings held in August 2020 at all ten ADCRR complexes at issue (ADCM1644166-1644236).

15.  Centurion CQI Meeting Minutes for meetings held in September 2020 at all ten ADCRR complexes at issue (ADCM1656911-1656985).

1

16. Centurion CQI Meeting Minutes for meetings held in October 2020 at all ten ADCRR complexes at issue (ADCM1658032-1658113).

17. Centurion CQI Meeting Minutes for meetings held in November 2020 at all ten ADCRR complexes at issue (ADCM16699715-1669794).

18. Centurion CQI Meeting Minutes for meetings held in December2020 at all ten ADCRR complexes at issue (ADCRRM0001668-0001745).

19. Centurion CQI Meeting Minutes for meetings held in January 2021 at all ten ADCRR complexes at issue (ADCRRM0013328-0013421).

20. Centurion CQI Meeting Minutes for meetings held in February 2021 at all ten ADCRR complexes at issue (ADCRRM0018501-0018595).

21. Centurion CQI Meeting Minutes for meetings held in March 2021 at all ten ADCRR complexes at issue (ADCRRM0019418-0019513).

22. Centurion CQI Meeting Minutes for meetings held in April 2021 at all ten ADCRR complexes at issue (ADCRRM0024115-0024208).

23. Centurion CQI Meeting Minutes for meetings held in May 2021 at all ten ADCRR complexes at issue (ADCRRM0025060-0025163).

24. Centurion CQI Meeting Minutes for meetings held in June 2021 at all ten ADCRR complexes at issue (ADCRR00061590-00062151).

25. Heat Intolerance Log for the period from September 2019 to October 2019 (ADCM1591243-1591244).

26. Heat Intolerance Log for the period from October 2019 to June 2020 (ADCM1623101-1623102).

27. Heat Intolerance Log for the period from October 2019 to July 2020 (ADCM1630341-1630343).

28. Heat Intolerance Log for the period from October 2019 to August 2020 (ADCM1643300-1643304).

29. Heat Intolerance Log for the period from October 2019 to September 2020 (ADCM1655845-1655849).

30. Heat Intolerance Log for the period from November 2019 to October 2020 (ADCM1657160-1657164).

31. Heat Intolerance Log for November 2020 (ADCM1669310).

32. Heat Intolerance Log for the period from December 2020 to May 2021 (ADCRRM0025164).

33. Centurion Mental Health Staff Roster with Licensure, generated February 2020 (ADCM1601364-1601368).

34. Centurion Mental Health Staff Roster with Licensure, through December 2020 (ADCRRM0005523-0005526).

35. Centurion Mental Health Staff Roster with Licensure, generated March 2021 (ADCRRM0013422-0013425).

36. Centurion Mental Health Staff Roster with Licensure, generated April 2021 (ADCRRM0019588-0019591)

37. ADC MH Levels Statistical Summary as of October 17, 2019 (ADCM1588561-1688566).

38. Report of Inmates on Psychotropic Meds, generated May 25, 2020 (ADCM1617737-1617935).

39. Redacted ADC MH Levels Statistical Summary as of May 25, 2020 (ADCM1617936-1617947).

40. Redacted ADC MH Levels Statistical Summary as of June 29, 2020 (ADCM1623181-1623193).

41. ADCRR Mental Health Statistical Summary as of July 15, 2020 (ADCM1625078-1625079).

42. ADCRR Mental Health Statistical Summary as of August 31, 2020 (ADCM1644932-1644933).

43. ADCRR Mental Health Statistical Summary as of September 30, 2020 (ADCM1657675-1657676).

44. October 2020 ADCRR Mental Health Statistical Summary (ADCM1658116-1658117).

45. November 2020 ADCRR Mental Health Statistical Summary (ADCM1669368-1669369).

46. December 2020 ADCRR Mental Health Statistical Summary (ADCRRM0001746-0001747).

47. January 2021 ADCRR Mental Health Statistical Summary (ADCRRM0013426-0013427).

48.   February 2021 ADCRR Mental Health Statistical Summary (ADCRRM0013429-0013430).

49.   March 2021 ADCRR Mental Health Statistical Summary (ADCRRM0018603-0018604).

50.   April 2021 ADCRR Mental Health Statistical Summary (ADCRRM0023392-0023393).

51.   May 2021 ADCRR Mental Health Statistical Summary (ADCRRM0024284-0024285).

52.   Medical Examiner's Autopsy Report regarding in-custody death of ███████████, #███████ (ADCM1582448-1584236).

53.   ADCRR Mortality Review, Psychological Autopsy, and Medical Examiner's Autopsy Report regarding in-custody death of ███████████ #███████ (ADCM1585574-1585603).

54.   ADCRR Mortality Review, Psychological Autopsy, and Medical Examiner's Autopsy Report regarding in-custody death of ███████████, #███████ (ADCM1588568-1588594).

55.   ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████, #███████ (ADCM1610511-1610518 and ADCRRM0000063-0000068).

56.   ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████████, #███████ (ADCM1618291-1618295 and ADCM1618561-1618579).

57.   ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████, #███████ (ADCM1623198-1623202 and ADCM1624350-1624363).

58.   ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████, ███████ (ADCM1669325-1669328, ADCRRM0000078-0000088, and ADCRR00137343-00137357).

59.   ADCRR Mortality Review, Medical Examiner's Report and Psychological Autopsy regarding in-custody death of ███████████, #███████ (ADCM1669339-1669342, ADCRRM0000069-0000077, ADCRR00137249-00137294).

60.   ADCRR Mortality Review regarding in-custody death of ███████ ███████, #███████ (ADCRRM0005585-0005588).

4

61.     ADCRR Mortality Review regarding in-custody death of ██████████, #████████ (ADCRRM0012739-0012742).

62.     ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ██████████, #███████ (ADCRRM0026154-0026181).

63.     ADCRR Mortality Review regarding in-custody death of ██████████, #████████ (ADCRRM0026199-0026202).

64.     ADCRR Mortality Review regarding in-custody death of █████████████, #███████ (ADCRRM0026203-0026206).

65.     ADCRR Mortality Review regarding in-custody death of █████████, #████████ (ADCRRM0026215-0026218).

66.     ADCRR Mortality Review regarding in-custody death of ███████████, #████████ (ADCRR00000041-00000044).

67.     ADCRR Mortality Review regarding in-custody death of ██████████████, #███████ (ADCRR00000106-00000109).

68.     Psychological Autopsy regarding in-custody death of ██████████, #████████ (ADCRR00137186-00137194).

69.     ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ██████████, #████████ (ADCRR00137295-00137318).

70.     May 26, 2017 Corizon Memorandum from Lynn Calcote, Ph.D. regarding Update: Suicide Prevention Strategy (ADCM1572574-1572575).

71.     July 7, 2017 Corizon Memorandum from Lynn Calcote, Ph.D. regarding Detention Reviews (ADCM1572576).

72.     October 21, 2017 Corizon Memorandum from Lynn Calcote, Ph.D. regarding Mental Health Protocols (ADCM1572577-1572581).

73.      April 1, 2018 Updated Corizon Memorandum from Lynn Calcote, Ph.D. regarding Mental Health Protocols (ADCM1572569-1572573).

74.     ADCRR Duty Specific Post Order 36 for Watch Security Officer, effective at ASPC-Yuma on October 15, 2019 (ADCM1620598-1620610).

75.     ADCRR Duty Specific Post Order 36 for Watch Security Officer, effective at ASPC-Yuma on March 19, 2020 (ADCM1620585-1620597).

76.     Summary Report of Prescribed Psychotropic Mediations, during the period from May 26, 2020 through July 8, 2020 (ADCM1622922).

77. Summary Report of Prescribed Psychotropic Medications, updated July 9, 2020 (ADCM1623180).

78. Summary Report of Prescribed Psychotropic Medications, during the period from July 10, 2020 through August 31, 2020 (ADCM1643305).

79. Summary Report of Prescribed Psychotropic Medications, during September 2020 (ADCM1655850).

80. Summary Report of Prescribed Psychotropic Medications, during October 2020 (ADCM1658115).

81. Summary Report of Prescribed Psychotropic Medications, during November 2020 (ADCM1669388).

82. Summary Report of Prescribed Psychotropic Medications, during December 2020 (ADCRRM0001748).

83. Summary Report of Prescribed Psychotropic Medications, during January 2021 (ADCRRM0013428).

84. Summary Report of Prescribed Psychotropic Medications, during February 2021 (ADCRRM0013431).

85. Summary Report of Prescribed Psychotropic Medications, during March 2021 (ADCRRM0019578).

86. Summary Report of Prescribed Psychotropic Medications, during April 2021 (ADCRRM0024276).

87. Summary Report of Prescribed Psychotropic Medications, during May 2021 (ADCRRM0025225).

88. Centurion Statewide Staffing Report, as of November 15, 2019 (ADCM1589750-1589769).

89. Centurion Staffing Variance Report, through July 26, 2019 (ADCM1582320-1582331).

90. Centurion Staffing Variance Report, dated August 9, 2019 (ADCM1584871-1584882).

91. Centurion Staffing Variance Report, dated August 23, 2019 (ADCM1584883-1584894).

92. Centurion Staffing Variance Report, dated September 9, 2019 (ADCM1584895-1584906).

93. Centurion Staffing Variance Report, dated September 25, 2019 (ADCM1584907-1584918).

94. Centurion Staffing Variance Report, dated October 7, 2019 (ADCM1595647-1595658).

95. Centurion Staffing Variance Report, dated October 21, 2019 (ADCM1595659-1595669).

96. Centurion Staffing Variance Report, dated October 31, 2019 (ADCM1595670-1595681).

97. Centurion Staffing Variance Report, dated November 26, 2019 (ADCM1595682-1595688).

98. Centurion Staffing Variance Report, dated December 12, 2019 (ADCM1600201-1600212).

99. Centurion Staffing Variance Report, dated January 2, 2020 (ADCM1600190-1600200).

100. Centurion Staffing Variance Report, dated January 23, 2020 (ADCM1607084-1607094).

101. Centurion Staffing Variance Report, dated February 3, 2020 (ADCM1607095-1607125).

102. Centurion Staffing Variance Report, dated March 2, 2020 (ADCM1611148-1611158).

103. Centurion Staffing Variance Report, dated April 1, 2020 (ADCM1609358-1609368).

104. Centurion Staffing Variance Report, dated April 14, 2020 (ADCM1609369-1609379).

105. Centurion Staffing Variance Report, for the period from March 29, 2020 to April 25, 2020 (ADCM1625045-1625055).

106. Centurion Staffing Variance Report, for the period from April 26, 2020 to May 23, 2020 (ADCM1625056-1625066).

107. Centurion Staffing Variance Report, for the period from May 10, 2020 to June 6, 2020 (ADCM1625067-1625077).

108. Centurion Actual v Contract Variance Report, June 2020 (ADCM162750-162760).

109. Centurion Actual v Contract Variance Report, July 2020 (ADCM1642168-1642174).

110. Centurion Actual v Contract Variance Report, August 2020 (ADCM1652222-1652228).

111. Centurion Actual v Contract Variance Report, September 2020 (ADCM1658025-1658031).

112. Centurion Actual v Contract Variance Report, October 2020 (ADCM1669298-1669309).

113. Centurion Actual v Contract Variance Report, November 2020 (ADCRRM0001654-0001660).

114. Centurion Actual v Contract Variance Report, December 2020 (ADCRRM0001661-0001667).

115. Centurion Actual v Contract Variance Report, January 2021 (ADCRRM0013321-0013327).

116. Centurion Actual v Contract Variance Report, February 2021 (ADCRRM0018596-0018602).

117. Centurion Actual v Contract Variance Report, March 2021 (ADCRRM0019579-0019585).

118. Centurion Actual v Contract Variance Report, April 2021 (ADCRRM0024277-0024283).

119. Centurion Variance Report by Facility, May 2021 (ADCRR-00069737).

120. Centurion Variance Report by Facility, June 2021 (ADCRR-00069738).

121. Centurion Actual v Contract Variance Report, June 2021 (ADCRR00021976).

122. Centurion Variance Report by Facility, July 2021 (ADCRR-00069739).

123. Centurion Variance Report by Facility, August 2021 (ADCRR00175195 and ADCRR00175198).

124. Centurion Monthly Clinical Data Reports, for July 2019 through August 2021 (ADCRR00056772-00058260; ADCRR-00069938-00069956, ADCRR00137854-00137859; and, ADCRR00175186).

125. ADC Mental Health Technical Manual, revised December 24, 2019 (ADCRR00138110-00138203).

126. ADCRR Inmate Assault, Self-Harm, & Mortality Data, as of June 30, 2021 (ADCRR00138204-00138207).

127. Bureau of Justice Statistics, Mortality in State and Federal prisons, 2001-2018 – Statistical Tables (ADCRR00138208-00138241).

128. July 11, 2019 letter from ████████ regarding ██████████, ADC No. ██████, ASPC-Yuma (Released July 2, 2019).

129. July 24, 2019 letter from Corene Kendrick regarding ████████████, ██████, Lewis – Stiner (ADCRR00138274-00138285).

130. October 23, 2020 letter from Maria Morris regarding ████████████, ADC No. ██████, ASPC-Florence IPC (ADCR00138286-00138287).

131. November 17, 2020 letter to Maria Morris regarding ████████████ (██████), ASPC-Florence IPC (ADCRR00138288).

132. July 8, 2019 letter from David Fathi regarding Suicide by handing of ████████ ██████, ADC No. ██████ ASPC-Perryville, July 2, 2019 (ADCRR00138289-00138292).

133. July 26, 2019 letter to David Fathi regarding Suicide – ████████████ (██████ ASPC-Perryville, July 2, 2019 (ADCRR00138293).

134. September 19, 2019 letter from Curtis Harris regarding ████████, ADC No. ██████, ASPC-E SMU I CDU (ADCRR00138294-00138295).

135. September 25, 2020 letter to Curtis Harris regarding ████████ (██████), ASPC-E/SUM-I CDU (ADCRR00138296).

136. July 29, 2019 letter from David Fathi regarding Suicide of ████████, ADC No. ██████, ASPC-Tucson (ADCRR00138297-00138318).

137. August 9, 2019 letter to David Fathi regarding Suicide of ████████████ (██████) – ASPC-Tucson (ADCRR00138319).

138. June 19, 2021 letter from Allison Hardy regarding Inadequate Emergency Response to Class Member Suicide (PM 25) (ADCRR00138320-00138321).

139. July 1, 2021 letter to Allison Hardy regarding Inadequate response to Class Member suicide (PM 25) (ADCRR00138322).

140. May 17, 2019 letter from David Fathi regarding Class Member Suicide (ADCRR00138323-00138337).

141. May 28, 2019 letter to David Fathi regarding Class Member Suicide, ███ █████ ADC ████ (ADCRR00138228-00138340).

142. Centurion Mental Health Roster, with licensure types, June 2021 (ADCRR00138341-00138344).

143. ADCRR NCCHC Accreditation Listing and certificates of accreditation, as of August 2, 2021 (ADCRR00138345-00138357).

144. ADCRR NCCHC Accreditation Listing, updated August 18, 2021 (ADCRR00138358).

145. Exhibit 14, to Solicitation No. ADOC18-0008264, NCCHC Information (ADCRR00138359).

146. February 8, 2019 NCCHC Accreditation Report for ASPC-Douglas (ADCRR00138360-00138417).

147. October 2016 NCCHC Certificate of Accreditation for ASPC-Eyman (ADCRR00138418).

148. October 23, 2016 NCCHC Accreditation Report for ASPC-Eyman (ADCRR00138419-00138440).

149. July 18, 2017 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138441-00138451).

150. October 20, 2017 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138452-00138458).

151. May 29, 2020 NCCHC Accreditation Report for ASPC-Eyman (ADCRR00138459-00138522).

152. November 9, 2020 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138523-00138543).

153. January 15, 2021 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138544-00138549).

154. June 2017 NCCHC Certificate of Accreditation for ASPC-Florence (ADCRR00138550).

155. June 30, 2017 NCCHC Accreditation Report for ASPC-Florence (ADCRR00138551-00138572).

156. January 16, 2018 NCCHC Accreditation Update Report for ASPC-Florence (ADCRR00138551-00138588).

157.  March 29, 2018 NCCHC Update Accreditation Report for ASPC-Florence (ADCRR00138589-00138593).

158.  April 30, 2021 NCCHC Accreditation Report for ASPC-Florence (ADCRR00138594-00183652).

159.  August 9, 2021 correspondence from NCCHC regarding Accreditation of ASPC-Florence (ADCRR00210540-00210542).

160.  September 9, 2021 NCCHC Accreditation Update Report for ASPC-Florence (ADCRR00210534-00210550).

161.  January 16, 2016 NCCHC Focused Survey Report for ASPC-Lewis (ADCRR00138653-00138661).

162.  June 22, 2018 NCCHC Accreditation Report for ASPC-Lewis (ADCRR00138662-00138686).

163.  February 8, 2019 NCCHC Accreditation Update Report for ASPC-Lewis (ADCRR00138687-00138703).

164.  July 19, 2019 NCCHC Accreditation Update Report for ASPC-Lewis (ADCRR00138704-00138714).

165.  November 2, 2016 NCCHC Accreditation Update Report for ASPC-Perryville (ADCRR00138715-00138721).

166.  February 8, 2019 NCCHC Accreditation Report for ASPC-Perryville (ADCRR00138722-00138777).

167.  July 25, 2019 NCCHC Accreditation Update Report for ASPC-Perryville (ADCRR00138778-00138784).

168.  December 4, 2019 NCCHC Accreditation Update Report for ASPC-Perryville (ADCRR00138785).

169.  December 15, 2016 NCCHC Accreditation Update Report for ASPC-Phoenix (ADCRR00138786-00138793).

170.  November 16, 2018 NCCHC Accreditation Report for ASPC-Phoenix (ADCRR00138794-00138811).

171.  May 23, 2019 NCCHC Accreditation Update Report for ASPC-Phoenix (ADCRR00138812-00138816).

172.  October 15, 2019 NCCHC Accreditation Update Report for ASPC-Phoenix (ADCRR00138817-00138818).

173. August 18, 2016 NCCHC Accreditation Update Report for ASPC-Safford – Fort Grant Unit (ADCRR00138819-00138823).

174. February 8, 2019 NCCHC Accreditation Report for ASPC-Safford – Fort Grant Unit (ADCRR00138824-00138877).

175. February 8, 2019 NCCHC Accreditation Report for ASPC-Safford (ADCRR00138878-00138931).

176. February 24, 2017 NCCHC Accreditation Update Report for ASPC-Tucson (ADCRR00138932-00138945).

177. August 29, 2017 NCCHC Accreditation Update Report for ASPC-Tucson (ADCRR00138946-00138950).

178. July 19, 2019 NCCHC Accreditation Report for ASPC-Tucson (ADCRR00138951-00139011).

179. December 17, 2019 NCCHC Accreditation Update Report for ASPC-Tucson (ADCRR0139012-00139024).

180. May 11, 2017 NCCHC Accreditation Update Report for ASPC-Winslow (ADCRR00139024-00139034).

181. July 18, 2017 NCCHC Accreditation Update Report for ASPC-Winslow (ADCRR00139035-00139050).

182. May 3, 2019 NCCHC Accreditation Report for ASPC-Winslow – Apache Unit (ADCRR00139051-00139099).

183. May 3, 2019 NCCHC Accreditation Report for ASPC-Winslow (ADCRR00139100-00139149).

184. October 24, 2019 NCCHC Accreditation Update Report for ASPC-Winslow – Apache Unit (ADCRR00139150-00139156).

185. October 24, 2019 NCCHC Accreditation Update Report for ASPC-Winslow (ADCRR00139157-00139162 and ADCRR00210552-00210556).

186. February 20, 2020 NCCHC Accreditation Award for ASPC-Winslow (ADCRR00210551).

187. November 25, 2014 NCCHC Accreditation Update Report for ASPC-Yuma (ADCRR00139163-00139167).

188. March 1, 2018 NCCHC Accreditation Update Report for ASPC-Yuma (ADCRR00139168-00139172).

189. August 5, 2021 NCCHC Accreditation Report for ASPC-Yuma (ADCRR00139173-00139232).

190. ADCRR summaries comparing mental health staffing by complex in 2012 and 2021 (ADCRR00139233-00139234).

191. Distribution of ADCRR population by Mental Health Score, for the week beginning September 15, 2021 (ADCRR00139235-00139236).

192. ADCRR 3-day Mental Health Training materials (ADCRR00176100-00177005).

193. Arizona Department of Health Services Licensing data relating to ASPC-Perryville (ADCRR00177006-00177009 and ADCRR00177013).

194. Arizona Department of Health Services Licensing data relating to ASPC-Phoenix (ADCRR00177010-00177012 and ADCRR00177014).

195. Count for Mental Health Units, October 5, 2021 (ADCRR00177015).

196. Report detailing housing location and MH-Score, for all ADCRR inmates with a Mental Health Score of MH-3 or above, housed in corridor complexes as of October 3, 2021 (ADCRR00177016).

197. Summary of Mental Health programming offered at Eyman, Phoenix, Perryville, Lewis, and Tucson (ADCRR00177017-00177021).

198. Diamond Pharmacy report of mental health medications in August 2021 (ADCRR00177022-00177023).

199. Mental Health Activity Summary reports, by Unit, for the period from July 2019 to June 2020 (ADCRR00177024-00177903).

200. Mental Health Activity Summary reports, by Unit, for the period from July 2018 to June 2019 (ADCRR00177904-00178883).

201. Comparisons of Centurion Mental Health Staffing, during the period from 2019 to 2021 (ADCRR00178884-00178885).

202. Comparison of Corizon Mental Health Staffing, during the period from 2013 to 2018 (ADCRR00178886).

203. Distribution of ADCRR population by Mental Health Score, for the week beginning September 20, 2021 (ADCRR00178887-00139236).

204. Comparison of Mental Health Staffing Levels by Complex, from 2012 and 2021 (ADCRR00178888).

13

205. ADCRR monthly data relating to incidents of self-injurious behavior, during the period from January 2020 to August 2021 (ADCRR00178889).

206. Report of in-custody suicides from 2016 through September 2021 (ADCRR00178890).

207. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Douglas (ADCRR00178891-00178911).

208. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Eyman (ADCM1600252-1600262; ADCM1600540-1600543, ADCM1666753-1666762; ADCM1667055-1667059; ADCRR00178912-00178977; and, ADCRR00210142-00210151).

209. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Florence (ADCM1600748; ADCM1667374; ADCRR00178978-00178996; and, ADCRR00210152).

210. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Lewis (ADCM1608040-1608042; ADCM1667820-1667822, ADCRR001789997-00179050; and, ADCRR00210153-00210155).Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Perryville (ADCRR00179051-00179090).

211. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Phoenix (ADCRR00179091-00179120).

212. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Safford (ADCRR00179121-00179150).

213. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Winslow (ADCRR00179151-00179186).

214. Exemplar 2019, 2020, and 2021 Unit Clocks from ASPC-Yuma (ADCRR00179187-00179208).

215. Programming history report for ███████████, #████ (ADCRR00172395-00172396).

216. Programming history report for ██████, #█████ (ADCRR00172397).

217. Programming history report for █████████, #█████ (ADCRR00172399).

218. Programming history report for ████████, #█████ (ADCRR00172401).

219. Programming history report for █████████, #██████ (ADCRR00172402).

220. Centurion Monthly New Hire Reports, for August 2021 (ADCRR00175193).

221. Centurion Monthly Termination Reports, August 2021 (ADCRR00175194).

222. Medical Services Contract Monitoring Bureau organizational chart (ADCRR00175196).

223. November 10, 2020 letter from David Fathi regarding ███████, ADC No. █████, ASPC-Eyman, Cook (ADCRR00175231-00175232).

224. Letters from David Fathi regarding ███████, ADC No. █████, ASPC-Florence, Kasson (ADCRR00175233-00175244).

225. May 4, 2020 letter from David Fathi regarding ███████, ADC █████ (ADCRR00175365-00175366).

226. Letters from Plaintiffs' counsel regarding ███████, ADC █████ (ADCRR00175493-00175494 and ADCRR00175500-00175501).

227. January 15, 2021 letter from David Fathi regarding ███████, █████ (ADCRR00175536-00175537).

228. October 5, 2020 letter from David Fathi regarding ███████, ADC No. █████, ASPC-Perryville Santa Cruz (ADCRR00175684-00175688).

229. March 14, 2019 letter from David Fathi regarding ███████, ADC No. █████, ASPC-Eyman, Meadows (ADCRR00175803-00175816).

230. January 29, 2019 letter from David Fathi regarding Patients in need of mental health/medical care relating to ███████, ADC █████ (ADCRR00175878-00175879).

231. September 18, 2020 letter from David Fathi regarding ███████, ADC No. █████, ASPC-T Santa Rita (ADCRR00175932-00175933).

232. February 2, 2021 letter from David Fathi regarding ███████, ADC No. █████ (ADCRR00176083-00176099).

233. ADCRR Departmental Order 804 – Inmate Behavior Control (ADCRR00098846-00098879).

234. March 23, 2021 Memorandum from Kevin Curran and Juli Roberts to ADCRR Wardens regarding Standardized Temperature Checks (ADCRR00172370-00172372).

235. 1989 APA Guidelines regarding Mental Health Staffing (ADCRR00210557).

236. Treating Biopolar Disorder:  A Quick Reference Guide (ADCRR00210558-00210581).

237. October 2021 BJS Report, Suicide in Local Jails and Stated and Federal Prisons, 2000-2019 – Statistical Tables (ADCRR00210582-00210617).

238. Compilations of Monthly Mental Health Data from monthly Clinical Data Reports (ADCRR00210618 and ADCRR00210705).

239. 2018 AAPL Practice Resource for Prescribing in Corrections (ADCRR00210619-00210668).

240. 2013 Journal of Correctional Health Care article, Bupropion Diversion and Misused in the Correctional Facility (ADCRR00210669-00210676).

241. Treating Major Depressive Disorder:  A Quick Reference Guide (ADCRR00210677-00210704).

242. 2013 JAAPL article, A Longitudinal Study of Administrative Segregation (ADCRR00210706-00210717).

243. 2017 NIJ Journal article, Reflections on Colorado's Administrative Segregation Study (ADCRR00210717-00210725).

244. Trileptal (Oxcarbazepine) product monograph, revised June 4, 2021 (ADCRR00210726-00210794).

### **Additional Case Materials and Public Records**

245. Expert Report of Craig Haney, October 9, 2021 (with all appendices and additional documents produced therewith, marked HANEY000001-000006).

246. Supplemental Expert Report of Craig Haney, October 18, 2021.

247. Expert Report of Dr. Pablo Stewart, October 9, 2021 (with all exhibits, appendices, and documents produced therewith, marked STEWART0000001-000004).

248. Supplemental Expert Report of Dr. Pablo Stewart, October 18, 2021.

249. Transcript of October 12, 2021 Rule 30(b)(6) deposition of ADCRR (represented by Bobbie Pennington-Stallcup).

250. Transcript of October 15, 2021 deposition of Bobbie Pennington-Stallcup.

251. My December 18, 2013 Confidential Expert Report in this matter.

252. My March 26, 2014 Supplemental Expert Report in this matter.

253. My September 19, 2014 Second Supplemental Expert Report in this matter.

254. My Declaration filed in this matter on December 5, 2017 (Doc. 2484-3).

255. My Declaration filed in this matter on February 28, 2020 (Doc. 3508-1).

256. My July 27, 2020 Declaration and report filed under seal in this matter (Doc. 3675).

257. My September 11, 2020 Declaration filed under seal in this matter (Doc. 3741).

258. July 10, 2020 Declaration of David Shinn (Doc. 3649-1).

259. July 10, 2020 Declaration of Larry Gann (Doc. 3649-2).

260. July 10, 2020 Declaration of Tom Dolan (Doc. 3649-3).

261. July 10, 2020 Declaration of Jennine Gahris, filed under seal (Doc. 3651).

262. March 26, 2021 Supplemental Declaration of David Shinn (Doc. 3881-1).

263. March 26, 2021 Supplemental Declaration of Larry Gann (Doc. 3881-2).

264. March 26, 2021 Supplemental Declaration of Tom Dolan (Doc. 3881-3).

265. March 26, 2021 Supplemental Declaration of Jennine Gahris (Doc. 3881-4).

266. ADCRR Directors Instruction #358 – Mental Health Transition Program (https://corrections.az.gov/sites/default/files/policies/DI/di_358_110117.pdf)

267. ADCRR Departmental Order 704 – Inmate Regulations (https://corrections.az.gov/sites/default/files/policies/700/0704_050520.pdf)

268. ADCRR Departmental Order 802 – Inmate Grievance Procedure (https://corrections.az.gov/sites/default/files/policies/800/0802_020721.pdf)

269. ADCRR Departmental Order 804 – Inmate Behavior Control (ADCRR00098846-00098879).

270. ADCRR Departmental Order 807 – Inmate Suicide Prevention, Mental Health Watches, and Progressive Mental Health Restraints (https://corrections.az.gov/sites/default/files/policies/800/0807_071320.pdf)

271. ADCRR Departmental Order 809 – Earned Incentive Program (https://corrections.az.gov/sites/default/files/policies/800/0809-032519.pdf)

272. ADCRR Departmental Order 812 – Inmate Maximum Custody Management and Incentive System (https://corrections.az.gov/sites/default/files/policies/800/0812-051220.pdf)

273. ADCRR Departmental Order 813 – Close Management
     (https://corrections.az.gov/sites/default/files/policies/800/0813-051220.pdf)

274. ADCRR Departmental Order 1101 – Inmate Access to Health Care
     (https://corrections.az.gov/sites/default/files/policies/1100/1101_032519.pdf)

275. ADCRR Departmental Order 1103 – Inmate Mental Health Care, Treatment and
     Programs
     (https://corrections.az.gov/sites/default/files/policies/1100/1103_032519.pdf)

# EXHIBIT 3

# (FILED UNDER SEAL)

# EXHIBIT 4

# FILED UNDER SEAL