TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE **CIVL 5.4**
(Rule Number/Section)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
NOV 1 2 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Christopher Henson
ADC # 183226
PO Box 5000
Florence Az 85132

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., Plaintiffs, v. Richard Pratt, et al., Defendants. | Case No: CV-12-00601-ROS  NOTICE OF BID RIGGING |

① I ask this court to take notice that both Corizon and Centurion have been involved in Bid Rigging.

② Under Arizona law, their contracts at all times are void, because, if there is evidence of bid rigging in another state, Arizona Procurement rules, require full investigation of the local bids.

③ As Corizon and Centurion have given plush high paying jobs to ADCRR and Attorney

①

General staff, and as prisoners are involved, they have been paid to look the other way.

④ Because their fees are paid by Corizon and Centurion, Shinn, Gottfried, Struck Firm, Quintairos Firm, Barnes Firm, refuse to blow the whistle as it implicates them as well, the guardians of a bad cattle operation.

Respectfully Submitted this 9 day of November 2021.

_____
Christopher J Henson

# Tennessee Department of Corrections Rebids $123 Million Health Care Contract After Corizon Accuses It and Centurion of Bid Rigging

### by Matt Clarke

On May 10, 2021, the Tennessee Department of Corrections (DOC) announced that it would rebid the $123 million contract it had awarded to Centurion to provide behavioral health services—including psychiatric and addiction services—to prisoners in DOC prisons. The move came after Corizon accused the DOC and Missouri-based Centurion of bid rigging in a federal court filing.

In April 2021, Corizon filed an amended complaint in federal court alleging former DOC chief financial officer Wesley Landers sent internal DOC emails related to the contract to a home Gmail account, then forwarded them to Centurion Vice President Jeffery Wells. Landers used a program that automatically scrubbed the emails from his computer. Wells and Landers also allegedly communicated using the encrypted messaging service WhatsApp.

Some of the emails were recovered from Centurion. One was a draft of the request for proposals sent to Wells nearly two months before it was made public. The suit alleges Landers received a "cushy" job with a Centurion affiliate in Georgia in exchange for the information. The suit also alleges that the performance bond for the contract was changed from $1 million to $118 million, putting the contract out of reach for Corizon, which is smaller than Centurion. This allegedly happened just as Landers was being hired by Centurion. Corizon had won the two previous bids of the behavioral health services contract in 2012 and 2016. The lawsuit also alleges that the contract award was increased from $118 million to $123 million after it was awarded to Centurion to cover the increased costs of the larger performance bond and ensure Centurion's profits.

Centurion fired Landers and Wells in February 2021. The DOC said it decided to reissue the contract after receiving information about bidding irregularities but Centurion would continue to provide behavioral health services to its prisoners until the matter was resolved. The DOC would not say whether Centurion would be allowed to bid on the new contract.

Corizon's lawsuit demands compensation for lost profits and triple damages from Centurion and Landers. It also requests an injunction against several DOC and state procurement office officials to prevent violations of federal antitrust laws. See: *Corizon, LLC v. Wainwright*, USDC Middle Dist. Tenn., Case No. 3:20-cv-00892.

A September 22 report from the *Tennessean* newspaper stated that bidders "vying to provide behavioral health services to Tennessee's inmates must obtain a $120.8 million performance bond to be considered for the contract, a price tag a competitor fears may steer the contract unfairly toward companies with sizable financial backing." This requirement was detailed in a new request for bids by the DOC. In response, Corizon spokesperson Charles Siegel stated the bond could "discourage competitors from participating."

Additional sources: *apnews.com, tennessean.com*

# Death, Neglect and Despair in U.S. Tribal Jails

### by Daniel A. Rosen

An investigation conducted by the Mountain West News Bureau and NPR recently found that at least 19 men and women have died in the past five years in tribal jails overseen by the Interior Department, among other serious problems in the detention centers.

The Bureau of Indian Affairs (BIA) oversees more than 70 tribal detention centers spread across the U.S. Officials there have known about the mistreatment of prisoners, in-custody deaths, inhumane conditions, attempted suicides, and other problems at least since 2004, when a federal investigation revealed the issues. The Interior Department's own inspector general called the prisons a "national disgrace."

Several of the 19 deaths in just the past five years came after guards failed to provide timely medical care. And many of the

## Great lawyers get results.

**Matthew Pinix**

### A History of Success in Wisconsin

| | |
|---|---|
| Appeals: | Homicide overturned, 2014 |
| Postconviction: | 37.5-year sentence vacated, 2015 |
| Habeas: | Homicide overturned, 2020 |
| Civil Rights: | $2.4 mil on guard's sex assault, 2019 |

Pinix Law, LLC | 1200 East Capitol Drive, Suite 360 | Milwaukee, WI 53211 | (414) 963-6164 | info@pinixlaw.com