**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

U.S. Senior United States District Judge: Roslyn O. Silver    Date: November 15, 2021

Case Number: CV-12-00601-PHX-ROS

Parsons et al v. Ryan et al

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Corene Kendrick | Rachel Love |
| | David Fathi | Ashlee Hesman |
| | Maria Morris | Daniel Struck |
| | Allison Hardy | |
| | Donald Specter | |

### BENCH TRIAL-DAY NINE

8:35 a.m. Court is in session. Plaintiffs are not present. Defendant Larry Gann is present. Trial schedule is discussed. Dr. Todd Wilcox, previously sworn and appearing via video teleconference, resumes the stand and is further cross-examined. Defendant's impeachment Exhibits 5644 and 5645 are marked for identification. 9:56 a.m. Court stands in recess.

10:22 a.m. Court resumes. Same parties present. Client Representative Jeff Van Winkle now present. Defendant's Exhibits 5037(a), 5058(a), 5060(a), 5080(a), 5120(a), 5154(a), 5157(a), 5194(a), 5204(a), 5231(a), 5327(a), 5348(a), 5386(a), 5396(a), 5424(a), 5444(a), 5467(a), 5483(a), 5502(a), 5577(a) are all admitted upon stipulation of the parties. Dr. Todd Wilcox is further cross-examined, examined on re-direct, and questioned by the Court. Defendant's impeachment Exhibit 5646 is marked for identification. Defendant's Exhibit 4453 is admitted. Plaintiff's Exhibits 1233, 1236 and 942 are admitted. Defendant's impeachment Exhibit 5647 is marked for identification. 11:52 a.m. Court stands in recess.

12:55 p.m. Court resumes. Same parties present. Plaintiff's Exhibits 656-914 are admitted. Plaintiff's Exhibits 998, 1064, 1065, 1084, 1085, 1165, 1166, 1173, 1175, 1176, 1187-1196, 1199-1202, 1204-1207 are admitted upon stipulation of the parties. Lori Stickley, previously sworn, resumes the stand and is further examined. Plaintiff's Exhibits 1693-1701 are admitted over Defendant's objection. 2:24 p.m. Court stands in recess.

2:45 p.m. Court resumes. Same parties present. Lori Stickley is further examined, cross-examined and questioned by the Court. Defense counsel requests leave to call Lori Stickley in their case-in-chief. Plaintiff's counsel objects. The Court denies defense counsel's request but may reconsider the request at a later time. Anthony Coleman is sworn, examined, questioned by the Court, and cross-examined. Plaintiff's Exhibits 2054 and 2062 are admitted. Discussion held regarding trial matters.

5:00 p.m. Court stands in recess until 8:30 a.m. on Tuesday, November 16, 2021.

**CV-12-00601-PHX-ROS**   November 15, 2021

**Parsons et al v. Ryan et al**   Page 2 of 2

Deputy Clerk: Molly Frasher   **Bench Tr: 6h 35m**
Court Reporter: Tricia Lyons (AM)   **Start: 8:35 am**
                  Linda Schroeder (PM)   **Stop:  5:00 pm**