**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Shawn Jensen,

      Plaintiff,

v.

David Shinn,

      Defendant.

No. CV-12-00601-PHX-ROS

**ORDER**

On November 14, 2021, the parties filed a discovery dispute involving Plaintiffs' Request for Production 21.  (Doc. 4171).  That request sought documents regarding the number of prisoners on mental health watch and their length of stay.  In response, Defendants produced "monthly suicide watch logs." (Doc. 4171 at 3).  Defendants did not, however, produce documents ultimately mentioned by Dr. Stephanie Platt during her testimony.  Dr. Platt explained that she created documents which identified, among other things, the prisoners who "were on watch for more of a prolonged period of time." (Doc. 4171 at 2).  Plaintiffs now believe they are entitled to the documents referenced by Dr. Platt while Defendants disagree.  The documents are responsive to RFP 21, should have been produced earlier, and Defendants will be required to produce them immediately.

Based on the Court's preexisting and unavoidable commitments, the dates for the remainder of trial are the following, if necessary: November 16, 17, 18, 19; December 7, 13, 14, and 15.

Accordingly,

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS ORDERED** Defendants shall produce the documents referenced by Dr. Platt no later than **noon** on **November 17, 2021**.

**IT IS FURTHER ORDERED** the remaining dates for the trial are November 16, 17, 18, 19; December 7, 13, 14, and 15.

Dated this 16th day of November, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge