Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
      jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**DECLARATION OF MARIA V. MORRIS ON REPLY IN SUPPORT OF MOTION TO EXCLUDE EVIDENCE** |

154287147.2

I, MARIA V. MORRIS, declare:

1. I am an attorney licensed to practice in the District of Columbia. I am a Senior Staff Attorney at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of correspondence between myself and Rachel Love regarding the scope of the 30(b)(6) deposition. Ms. Love acknowledged receipt in the email that was attached to my declaration of November 12, 2021 as Exhibit 1.

3. Attached hereto as **Exhibit 2** is a true and correct excerpt of Defendants' initial disclosures relating to Deputy Director Frank Strada's anticipated testimony, served on September 10, 2021.

4. Attached hereto as **Exhibit 3** and filed under seal is a true and correct copy of the detailed disclosure statement regarding Deputy Director Frank Strada's anticipated testimony, served on October 22, 2021.

5. I took the deposition of Deputy Director Strada on October 26, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of an email exchange between myself and Rachel Love regarding the instant motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of November, 2021 in Phoenix, Arizona.

Respectfully submitted,

*s/ Maria V. Morris*
Maria V. Morris

154287147.2

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)** |
| 2 | | Maria V. Morris (D.C. 1697904)* |
| | | Eunice Hyunhye Cho (Wash. 53711)** |
| 3 | | **ACLU NATIONAL PRISON PROJECT** |
| 4 | | 915 15th Street N.W., 7th Floor |
| | | Washington, D.C. 20005 |
| 5 | | Telephone:  (202) 548-6603 |
| | | Email:    dfathi@aclu.org |
| 6 | |         mmorris@aclu.org |
| | |         echo@aclu.org |
| 7 | | Corene T. Kendrick (Cal. 226642)* |
| 8 | | 39 Drumm Street |
| | | San Francisco, California 94111 |
| 9 | | Telephone:  (202) 393-4930 |
| | | Email:    ckendrick@aclu.org |
| 10 | | *Admitted *pro hac vice* |
| 11 | | **Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts. |
| 12 | | |
| 13 | | Donald Specter (Cal. 83925)* |
| | | Alison Hardy (Cal. 135966)* |
| 14 | | Sara Norman (Cal. 189536)* |
| | | Rita K. Lomio (Cal. 254501)* |
| 15 | | Sophie Hart (Cal. 321663)* |
| | | **PRISON LAW OFFICE** |
| 16 | | 1917 Fifth Street |
| | | Berkeley, California 94710 |
| 17 | | Telephone:  (510) 280-2621 |
| | | Email:    dspecter@prisonlaw.com |
| 18 | |         ahardy@prisonlaw.com |
| | |         snorman@prisonlaw.com |
| 19 | |         rlomio@prisonlaw.com |
| | |         sophieh@prisonlaw.com |
| 20 | | *Admitted *pro hac vice* |
| 21 | | Victoria López (Bar No. 330042)* |
| 22 | | Jared G. Keenan (Bar No. 027068) |
| | | **ACLU FOUNDATION OF ARIZONA** |
| 23 | | 3707 North 7th Street, Suite 235 |
| | | Phoenix, Arizona 85013 |
| 24 | | Telephone:  (602) 650-1854 |
| | | Email:    vlopez@acluaz.org |
| 25 | |         jkeenan@acluaz.org |
| 26 | | *Admitted pursuant to Ariz. Sup. Ct. R. 38(d) |
| 27 | | |
| 28 | | |

-2-

154287147.2

|   |   |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | John H. Gray (Bar No. 028107) |
|   | Austin C. Yost (Bar No. 034602) |

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
         jhgray@perkinscoie.com
         ayost@perkinscoie.com
         kworsham@perkinscoie.com
         kboughton@perkinscoie.com
         mcolby@perkinscoie.com
         ksoldati@perkinscoie.com
         atarinherman@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
         mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

-3-

154287147.2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns

-4-

154287147.2