1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, hereby GRANTS the motion and instructs the Clerk of the Court to seal the document as set forth in the motion: Exhibit 3 to the Declaration of Maria V. Morris on Reply in Support of Motion to Exclude Evidence, the detailed disclosure statement regarding Deputy Director Frank Strada's anticipated testimony.

LEGAL23774493.1