**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge: Roslyn O. Silver     Date: November 16, 2021**

**Case Number: CV-12-00601-PHX-ROS**

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Corene Kendrick | Rachel Love |
| | David Fathi | Ashlee Hesman |
| | Maria Morris | Daniel Struck |
| | Allison Hardy | |
| | Donald Specter | |

### BENCH TRIAL-DAY TEN

8:33 a.m. Court is in session. Plaintiffs are not present. Client Representative Jeff Van Winkle is present. Defendant Larry Gann is present. David Shinn is sworn, examined, and cross-examined. Plaintiff's Exhibit 2174 is admitted. 9:51 a.m. Court stands in recess.

10:10 a.m. Court resumes. Same parties present. David Shinn is further cross-examined, examined and questioned by the Court. Plaintiff's Exhibits 2175, 2176, 2168, 2177, 2178, 2179, 2180, 2165(a) are admitted. Larry Gann is examined. 11:57 a.m. Court stands in recess.

1:09 p.m. Court resumes. Same parties present. Larry Gann is further examined. Plaintiff's Exhibits 1702-1732 are admitted. Defendant's Exhibit 3051 is admitted over Plaintiff's objection. Plaintiff's Exhibit 535 is admitted over Defendant's objection. Defendant's Exhibit 3301 is admitted. 2:57 p.m. Court stands in recess.

3:26 p.m. Court resumes. Same parties present. Larry Gann is further examined and cross-examined. Plaintiff's Exhibits 2072, 2074, 2167, 2085 are admitted. Plaintiff's Exhibits 2076, 2067, 2068, 2078, 2079 are admitted over Defendant's objection.

5:03 p.m. Court stands in recess until 8:30 a.m. on Wednesday, November 17, 2021.

| | |
|---|---|
| Deputy Clerk: Molly Frasher | Bench Tr: 6h 30m |
| Court Reporter: Elva Cruz-Lauer (AM) | Start: 8:33 am |
| Tricia Lyons (PM) | Stop: 5:03 pm |