FILED

NOV 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHAWN JENSEN; et al.,<br><br>    Plaintiffs-Appellees,<br><br>and<br><br>VICTOR ANTONIO PARSONS; DUSTIN BRISLAN,<br><br>    Plaintiffs,<br><br> v.<br><br>DAVID SHINN, Director; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities,<br><br>    Defendants-Appellants. | No.   20-17021<br>         21-15589<br><br>D.C. No. 2:12-cv-00601-ROS<br>District of Arizona,<br>Phoenix<br><br>ORDER |

     Appellants' motion for voluntary dismissal of this appeal (Docket Entry No. 19) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

     This order served on the district court shall act as and for the mandate of this court.

SH/MOATT

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Susan Hidalgo
Deputy Clerk
Ninth Circuit Rule 27-7

SH/MOATT                              2