UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND VIOLATION OF COURT ORDER (DOC. 3940)** |

The Court, having reviewed Plaintiffs' Motion for Sanctions for Spoliation of Evidence and Violation of Court Order (Doc. 3940), (Dkt. \_\_\_\_), and good cause appearing, hereby GRANTS the motion. Specifically, given the sworn testimony of Defendants' mental health expert, Dr. Joseph Penn, that he failed to preserve his notes, the Court ORDERS and FINDS as follows:

1. The Court will not consider any testimony by Dr. Penn, either in his written declaration, Doc. 4172, or his in-court testimony, regarding any observations he made, or the alleged content of any conversations he held with Defendants' or Centurion's employees, during his prison tours in preparation for this trial.

154702307.1

2. The Court will draw an adverse inference that the destroyed documents would have been harmful to Defendants' litigation position.

3. Defendants are hereby ordered to pay Plaintiffs' counsel, within 30 days of this Order, all attorneys' fees and costs incurred in the filing of this motion. Additionally, Defendants may not seek reimbursement or payment from Plaintiffs for any of Dr. Penn's time testifying at his deposition.

IT IS SO ORDERED.

-2-

154702307.1