1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
           jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
7
8
9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED BELOW]**

15                    UNITED STATES DISTRICT COURT
16                          DISTRICT OF ARIZONA

| | |
|---|---|
| 17  Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and<br>18  Arizona Center for Disability Law,<br>19             Plaintiffs,<br>20       v.<br>21  David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and<br>22  Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department<br>23  of Corrections, Rehabilitation and Reentry, in their official capacities,<br>24<br>25             Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF CORENE T. KENDRICK IN SUPPORT OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND VIOLATION OF COURT ORDER (DOC. 3940)** |

I, Corene T. Kendrick, do declare as follows.

1. I am counsel of record to the Plaintiff class in the above-captioned matter.

2. Attached herein as Exhibit 1 is a true and correct copy of an email that I sent to Defendants' counsel Dan Struck on August 5, 2021, requesting that the parties stipulate to an agreement that all experts preserve all notes. In this email, I referenced Dr. Joseph Penn's 2014 testimony under oath that he had not been instructed to preserve his notes, and that he had destroyed some of them. [*See* Ex. 1 at 3] I also notified Mr. Struck that if "Defendants' experts fail to preserve their notes, we will seek a spoliation order." [*Id.*]

3. The parties agreed to this stipulation regarding the preservation of all experts' notes, and informed the Court of the agreement. [Doc. 3936 at 13]

4. Attached herein as Exhibit 2 is a true and correct copy of an excerpt of the deposition transcript of Dr. Penn from April 11, 2014.

5. Attached herein as Exhibit 3 is a true and correct copy of an excerpt of the deposition transcript of Dr. Penn from November 17, 2021.

6. Attached herein as Exhibit 4 are the documents Defendants produced in response to Plaintiffs' subpoena duces tecum, that were purportedly all notes taken by Dr. Penn during his tours of various Arizona State Prison Complexes on September 20-24, 2021.

I swear under penalty of perjury that the foregoing is correct.

Sworn this 18th day of November, 2021, in Phoenix, Arizona.

        *s/ Corene T. Kendrick*
        Corene T. Kendrick

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)\*\*
Maria V. Morris (D.C. 1697904)\*
Eunice Hyunhye Cho (Wash. 53711)\*\*
ACLU NATIONAL PRISON PROJECT
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email: dfathi@aclu.org
       mmorris@aclu.org
       echo@aclu.org

154699906.1

Corene T. Kendrick (Cal. 226642)*
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email: ckendrick@aclu.org

*Admitted *pro hac vice*
**Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email: dspecter@prisonlaw.com
 ahardy@prisonlaw.com
 snorman@prisonlaw.com
 rlomio@prisonlaw.com
 sophieh@prisonlaw.com

*Admitted *pro hac vice*

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
 jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

154699906.1

| | |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | John H. Gray (Bar No. 028107) |
| | Austin C. Yost (Bar No. 034602) |
| 3 | Karl J. Worsham (Bar No. 035713) |
| | Kathryn E. Boughton (Bar No. 036105) |
| 4 | Mikaela N. Colby (Bar No. 035667) |
| | Kelly Soldati (Bar No. 036727) |
| 5 | Alisha Tarin-Herman (Bar No. 037040) |

**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
  jhgray@perkinscoie.com
  ayost@perkinscoie.com
  kworsham@perkinscoie.com
  kboughton@perkinscoie.com
  mcolby@perkinscoie.com
  ksoldati@perkinscoie.com
  atarinherman@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen, et al., on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:  adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:  rdalyrooney@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

154699906.1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ D. Freouf

154699906.1