Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE AND VIOLATION OF COURT ORDER (DOC. 3940)** |
| David Shinn, et al., | |
| Defendants. | |

Plaintiffs filed their Motion for Sanctions at approximately 1:30 p.m., accusing Defendants of deliberately destroying evidence. (Dkt. 4187.) The Court ordered Defendants to respond today. The Motion should be denied for the following reasons.[1]

1. Defendants agreed to "instruct their experts" to preserve the notes they take during their prison tours "if Plaintiffs did the same." (Dkt. 3936 at 13.) The Court ordered the parties to comply with their agreement. (Dkt. 3940 at 3-4.) Defendants did. Defense counsel instructed all their experts to preserve their tour notes, in compliance with their agreement and the Court's order.

---

[1] Considering the short turn-around time, Defense counsel are prepared to further argue their position at the outset of trial on November 19, 2021.

2. Plaintiffs' counsel received Dr. Penn's tour notes. As he explained during his deposition yesterday afternoon, Dr. Penn provided the tour notes he took on his computer to a transcriptionist "to make them nicer to where they would read as sentences, as opposed to just kind of random, you know, observations or things to follow up on" and to clean up "grammatical errors and spelling and punctuations, and that sort of thing." (Dkt. 4188-1 at 28.) The transcriptionist did not make substantive changes to the content of Dr. Penn's tour notes. Dr. Penn reviewed the transcribed notes (*id.*) and provided them to defense counsel, who then produced them to Plaintiffs' counsel.

3. Defense counsel did not know that a "rough" pre-transcription draft of Dr. Penn's tour notes existed until Dr. Penn stated so yesterday at his deposition. Defense counsel then undertook to recover the "rough" draft notes, which they were able to secure at approximately 2:15 p.m. today. Defense counsel promptly produced them to Plaintiffs' counsel at 2:23 p.m.[2]

4. Thus, Plaintiffs have the original version of the notes that they contend are destroyed. The Motion is therefore moot. Moreover, Defendants did not act willfully or in bad faith and fully complied with their agreement and the Court's order. Instead of preparing an 8-page motion accusing Defendants of deliberate destruction and flouting court orders, they could have—and should have—either inquired during the deposition or separately contacted defense counsel to see if any steps were being taken to recover the notes. They did not. Finally, Plaintiffs have not been prejudiced in any way, as they did receive Dr. Penn's notes on October 26, 2021. The notes provided today are identical in substance. Defendants, however, will be severely prejudiced if the Court were to entertain any of their requested sanctions.

Plaintiffs' Motion should be denied.

---

[2] Defendants have asked Plaintiffs to withdraw their motion. They have not responded.

DATED this 18th day of November, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By   /s/ Daniel P. Struck
    Daniel P. Struck
    Rachel Love
    Timothy J. Bojanowski
    Nicholas D. Acedo
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/     Daniel P. Struck