**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:** Roslyn O. Silver    **Date:** November 17, 2021

**Case Number:** CV-12-00601-PHX-ROS

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Corene Kendrick | Rachel Love |
| | David Fathi | Ashlee Hesman |
| | Rita Lomio | Daniel Struck |
| | Maria Morris | |
| | Allison Hardy | |
| | Donald Specter | |

**BENCH TRIAL-DAY ELEVEN**

8:35 a.m. Court is in session. Plaintiffs are not present. Defendant Larry Gann is present. Larry Gann, previously sworn, resumes the stand and is further examined. Defendant's Exhibit 3025 is admitted upon stipulation of the parties. Dr. Bobbie Pennington-Stallcup is sworn, examined. Defendant's Exhibit 3326 is admitted. 9:57 a.m. Court stands in recess.

10:21 a.m. Court resumes. Same parties present. Dr. Bobbie Pennington-Stallcup is examined and cross-examined. Defendant's Exhibit 3353 is admitted. Plaintiff's Exhibits 2141, 2142, 2143, 2148(a), 2145 are admitted. 11:57 a.m. Court stands in recess.

1:07 p.m. Court resumes. Same parties present. Dr. Bobbie Pennington-Stallcup is cross-examined. 1:33 p.m. Court stands in recess.

1:44 p.m. Court resumes. Same parties present. Dr. Bobbie Pennington-Stallcup is cross-examined, examined and questioned by the Court. Plaintiff's impeachment Exhibits 2398, 2399, 2400 and 2401 are admitted. 2:23 p.m. Court stands in recess.

2:48 p.m. Court resumes. Same parties present. Dr. Elijah Jordan is sworn, examined, cross-examined and questioned by the Court. Plaintiff's Exhibits 1674, 1203, 1198, 1197 and Defendant's Exhibits 5636, 3109, 3028, 3512-3521, 4416, 4417, 4418, 4406, 4402, 4901, 4902, 4904, and 4905 are admitted upon stipulation of the parties. Jeffery Van Winkle is sworn and examined.

4:59 p.m. Court stands in recess until 8:30 a.m. on Thursday, November 18, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM)
              Elva Cruz-Lauer(PM)

**Bench Tr: 6h 14m**
**Start:  8:35 am**
**Stop:   4:59 pm**