**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:  Roslyn O. Silver     Date: November 18, 2021**

**Case Number: CV-12-00601-PHX-ROS**

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Sophie Hart | Rachel Love |
| | Maria Morris | Ashlee Hesman |
| | Donald Specter | Daniel Struck |

**BENCH TRIAL-DAY TWELVE**

8:34 a.m. Court is in session. Plaintiffs are not present. Jeffery Van Winkle resumes the stand and is further examined. 9:24 a.m. Court stands in recess.

9:42 a.m. Court resumes. Same parties present. Jeffery Van Winkle is examined, cross-examined, and questioned by the Court. 11:19 a.m. Court stands in recess.

11:34 a.m. Court resumes. Same parties present.  Jeffery Van Winkle is questioned by the Court and cross-examined. 12:09 p.m. Court stands in recess.

1:03 p.m. Court resumes. Same parties present. Jeffery Van Winkle is cross-examined and examined. Dr. Grant Phillips is sworn and examined. Plaintiff's Exhibit 2259 is admitted. 2:58 p.m. Court stands in recess.

3:24 p.m. Court resumes. Dr. Grant Phillips is further examined.

4:27 p.m. Court stands in recess until 8:30 a.m. on Friday, November 19, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM)
                Linda Schroeder-Willis (PM)                **Bench Tr: 6h 14m**