**MAGISTRATE JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA –**

**U.S. Senior United States District Judge:** Roslyn O. Silver    **Date:** November 19, 2021

**Case Number:** CV-12-00601-PHX-ROS

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Rachel Love |
| | Corene Kendrick | Ashlee Hesman |
| | Maria Morris | Daniel Struck |
| | Donald Specter | |

**BENCH TRIAL-DAY THIRTEEN**

8:31 a.m. Court is in session. Plaintiffs are not present. Discussion held regarding Plaintiff's Motion for Sanctions (Doc. 4187). Argument heard. IT IS ORDERED denying Plaintiff's Motion for Sanctions. (Doc. 4187). Dr. Joseph Penn is sworn, examined and questioned by the Court. Defendant's Exhibit 4906 is admitted. 10:05 a.m. Court stands in recess.

10:26 a.m. Court resumes. Same parties present. Trial schedule discussed. Trial dates will be held on December 7, 2021, December 8, 2021 and, if necessary, December 13, 2021. Dr. Joseph Penn is further examined, cross-examined and questioned by the Court. 12:00 p.m. Court stands in recess.

1:08 p.m. Court resumes. Same parties present. Dr. Joseph Penn is further cross-examined and questioned by the Court. 2:24 p.m. Court stands in recess.

2:40 p.m. Court resumes. Same parties present. Dr. Joseph Penn is further cross-examined and questioned by the Court. Plaintiff's Exhibit 2262 is admitted over Defendant's objection. xx p.m. Court stands in recess.

4:30 p.m. Court stands in recess until 8:30 a.m. on Tuesday, December 7, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM)
             Elva Cruz-Lauer (PM)                                                **Bench Tr: 6h 14m**