| ≋AO 435　　　　 | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| AZ Form (Rev. 10/2018) | **AMENDED TRANSCRIPT ORDER** | | **DUE DATE:** |

| 1. NAME　Daniel C. Barr | 2. PHONE NUMBER　602-351-8085 | | 3. DATE　November 23, 2021 | |
|---|---|---|---|---|
| 4. FIRM NAME　Perkins Coie LLP | | | | |
| 5. MAILING ADDRESS　2901 N. Central Avenue, Suite 2000 | 6. CITY　Phoenix | | 7. STATE　Arizona | 8. ZIP CODE　85012 |
| 9. CASE NUMBER　CV-12-00601-PHX-ROS | 10. JUDGE　Roslyn O. Silver | DATES OF PROCEEDINGS | | |
| | | 11. November 1-19, 2021 | 12. December 7-8 and 13, 2021 | |
| 13. CASE NAME　Jensen v. Shinn | | LOCATION OF PROCEEDINGS | | |
| | | 14. Phoenix | 15. STATE　Arizona | |

16. ORDER FOR
- ☐ APPEAL　　☐ CRIMINAL　　☐ CRIMINAL JUSTICE ACT　　☐ BANKRUPTCY
- ☐ NON-APPEAL　　☑ CIVIL　　☐ IN FORMA PAUPERIS　　☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify)　Trial - all proceedings | November 1-19, 2021 |
| ☐ SENTENCING | | | December 7, 8, and 13, 2021 |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☑ | ☐ | | | |
| 7 DAYS (expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS　dbarr@perkinscoie.com; dfreouf@perkinscoie.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE　s/ Daniel C. Barr

20. DATE　November 23, 2021

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**　　COURT COPY　　TRANSCRIPTION COPY　　ORDER RECEIPT　　ORDER COPY