**FILED**

NOV 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWN JENSEN; et al., <br><br> Plaintiffs-Appellees, <br><br> and <br><br> VICTOR ANTONIO PARSONS; DUSTIN BRISLAN, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID SHINN, Director; RICHARD PRATT, Interim Division Director, Division of Health Services, Arizona Department of Corrections, in their official capacities, <br><br> Defendants-Appellants. | No. 21-16397 <br><br> D.C. No. 2:12-cv-00601-ROS District of Arizona, Phoenix <br><br> ORDER |

The appellants' motion (Docket Entry No. 7) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 11/08/2021/Pro Mo