FILED ✓   LODGED
RECEIVED ___   COPY

DEC 0 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

11/26/2021

ROS

In re: Jensen v. Ryan   CV 12-601-PHX-DKD

Attn: Judge Silver

I am writing to this Court again to ask may I
testify on Behalf of the Inmates including myself
against Corizon, & Centurion Staff. I have to wear
Glasses because I was given a high Dose of Trileptal which
has cause me to loose sight in my Eyes. I Reported it to CO
LeJohn who failed to write an IR (Incident Report). I
came to prison with a Injuried Lumbard & syatic Nerve
Damage which my Medication was strip from me without
cause. I was told by Corizon/Centurion Staff they do not
give Inmates Gabapentin but during this 5 years I am
serving I watched Medical Staff give this Medication
to inmates. I was an still have been left to suffer with
unbearable pain. My finger has been broken for about
a Month and a Half which is deformed due to
Medical Neglect. I was issued Tongue Depressors &
some type of tape and was told to make a Spling,
But Corizon & Centurion Staff has in the computer
they gave me a spling. When I went to see provider
Adams at East Unit She told me she don't have to see
me for my finger since I was being moved back to
out of Retaliation for filing Law suits & Grievances

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT

REFERENCE ____5, 4____ (Rule Number/Section)

against Medical, ADOC, Shinn, Corizon, Centurion
Ryan, etc,. I have Pending Cases in the 9th
Circuit on this Exact issues. I will Like to testify
against these Defendant. Please & Thank you

Antony J. Murrell Jr.

INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate _Anthony Murcell_

ADC # _280653_

Arizona State Prison Complex _Yuma_

Unit _Cibola C-7-17 Low_

_PO Box 8909_

City _San Luis_ AZ _85349_

(INDIGENT MAIL)

Legal Mail

08000-212430

NEOPOST      FIRST-CLASS MAIL
11/29/2021
US POSTAGE $000.53°
ZIP 85349
041M11460574

FILED _____ LODGED _____
RECEIVED _____ COPY 85²

30 NOV 2021 PM 5 L

DEC 0 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

U.S. Court
401 West Washington Street
SPC-1 Suite 130
Phoenix AZ 85003