**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Defendants filed Dr. Owen Murray's unredacted trial declaration on December 2, 2021 (Doc. 4201), in compliance with the Court's September 2, 2021 Order (Doc. 3952). In reviewing the declaration, the Court observed inconsistencies in the redacted information. Although this list is not exhaustive, several prisoners' ADCRR numbers were not redacted, and several prisoners' last names were inconsistently redacted, oftentimes within the same paragraph. To prevent the disclosure of prisoners' personal information, the Court has prophylactically sealed this document, but Defendants will be required to carefully review Dr. Murray's Declaration and file a corrected, redacted version on an expedited basis.

…

…

…

…

…

**IT IS THEREFORE ORDERED** sealing the Declaration of Dr. Owen Murray at Doc. 4201. Defendants must review the Declaration carefully for personal information and file a corrected, redacted version of Dr. Murray's Declaration no later than December 4, 2021.

Dated this 3rd day of December, 2021.

Honorable Roslyn O. Silver
Senior United States District Judge