# Index of Exhibits Expert Trial Declaration of Owen J. Murray, D.O.

| Exhibit | Description |
|---|---|
| 1 | CV – O. Murray [REDACTED/UNDER SEAL] |
| 2 | List of documents reviewed by O. Murray [REDACTED/UNDER SEAL] |
| 3 | J. Baillargeon Report |
| 4 | CV – J. Leonardson [REDACTED/UNDER SEAL] |
| 5 | CV – J. Pulvino [REDACTED/UNDER SEAL] |
| 6 | CV – E. Freeman |

# EXHIBIT 1

# (REDACTED)

# CURRICULUM VITAE

**NAME:** Owen J. Murray, D.O., MBA

**PRESENT POSITION AND ADDRESS:**

| | |
|---|---|
| 07/2009 - Present | Vice President, Offender Health Services<br>Correctional Managed Care<br>University of Texas Medical Branch at Galveston<br>301 University Boulevard<br>Galveston, Texas 77555-1008 |

**BIOGRAPHICAL:**

Office Phone: 936-494-4170
Cell Phone: ▮
Email: ojmurray@utmb.edu

**EDUCATION:**

| | |
|---|---|
| 9/1979 – 5/1983 | B.S. (Biology), Boston College, Chestnut Hill, Massachusetts |
| 8/1984 – 6/1988 | D.O., Chicago College of Osteopathic Medicine, Chicago, Illinois |
| 7/1988 – 6/1989 | Internship (Osteopathy), Chicago Osteopathic Hospital, Chicago, Illinois |
| 7/1989 – 6/1991 | Residency (Family Practice), Borgess Medical Center, Michigan State University Kalamazoo Center for Medical Studies, Kalamazoo, Michigan |
| 8/1997 – 8/1999 | MBA, University of Houston–Clear Lake, Houston, Texas |

**BOARD CERTIFICATION:**

American Board of Family Medicine, July 12, 1991–present

Certified Correctional Health Professional (National Commission on Correctional Health Care), 1996–2000

**LICENSURE INFORMATION:**

Texas Medical Board: License no. J8070 (Expiration date: 08/31/2021)

**PROFESSIONAL WORK HISTORY AND TEACHING EXPERIENCE:**

| | |
|---|---|
| 1983–1984 | Postgraduate Research Assistant (Molecular Biology)<br>Northwestern University, Chicago, Illinois |
| 1989–1991 | Emergency Department Physician<br>Pipp Community Hospital, Plainwell, Michigan |
| 1989–1991 | Coverage Physician<br>Kalamazoo Neuro Imaging, Kalamazoo, Michigan |
| 1991–1992 | Division Physician<br>Cook County Department of Corrections, Chicago, Illinois |
| 1992–1993 | Medical Director<br>Pontiac Correctional Center, Illinois Department of Corrections, Pontiac, Illinois |
| 1991–1995 | Medical Director<br>Western Illinois Correctional Center, Illinois Department of Corrections, Mt. Sterling, Illinois |
| 1993–1994 | Medical Director<br>Robinson Correctional Center, Illinois Department of Corrections, Robinson, Illinois |
| 1995–2005 | Medical Director<br>Correctional Managed Care, University of Texas Medical Branch at Galveston |
| 1996–2001 | Instructor in Institutional and Correctional Health<br>Department of Preventive Medicine and Community Health<br>University of Texas Medical Branch at Galveston |
| 2001–present | Assistant Professor (N-T Trk Clin)<br>Department of Preventive Medicine and Community Health<br>University of Texas Medical Branch at Galveston |
| 2005–2009 | Executive Director for Clinical Services & Chief Physician Executive, Correctional Managed Care<br>University of Texas Medical Branch at Galveston |
| 2009–present | Vice President, Offender Health Services<br>Correctional Managed Care, University of Texas Medical Branch at Galveston |

## RESEARCH ACTIVITIES:

### A. Major Research Interests

- Medical and psychiatric disorders in the correctional setting
- Correctional health care utilization and delivery

### B. Extramural Funding

| | |
|---|---|
| 2006 | Genzyme. CMC Operations. "SYNVISC Joint Injection Teaching." Project Director. |
| 2012–2013 | Texas Department of State Health Services/HRSA Subcontract. CMC Operations. "Texas DSHS Contract for Discharge Planning." Project Director, $120,000.00/1yr. |

## COMMITTEE RESPONSIBILITIES:

| | |
|---|---|
| 1996 | Committee to Revise Standards, National Commission on Correctional Health Care |
| 1996–2001 | UTMB-CMC Utilization Review Committee |
| 1996–1998 | Chairman, UTMB-CMC Pharmacy & Therapeutics Committee |
| 1996–2008 | Chairman, UTMB-CMC Physician Peer Review Committee |
| 1997–1999 | UTMB Telemedicine Committee |
| 1997–1998 | Work Group on HIV/AIDS Education Programs (UTMB) |
| 2002–2005 2009–2011 | Chairman, UTMB-CMC System Leadership Council |
| 2010–present | UTMB Strategic Executive Council |
| 2014–2015 | UTMB 340B Compliance Committee |
| 2015–2017 | Steering Committee, UTMB Training Council |

## OTHER PROFESSIONAL ACTIVITIES:

Consultant, Cermak Health Services of Cook County Survey, National Commission on Correctional Health Care, Chicago, IL, January 1997.

Member, Focus Group on Prison Health Care, National Institute of Corrections, U.S. Department of Justice, Washington, DC, August 1997.

Consultant, HIV Education Behind Bars, Meeting the Challenges in the Year 2000. World Health Direct, November 1999

Course Director and Moderator, Managing HIV in the Correctional Setting [Series of CME-Accredited Conference Calls], World Health Direct, Ft. Lauderdale, FL, November 1999.

Consultant, J Allen Correctional Healthcare Management, LLC, 2013–present.

Elected to seat on American Correctional Association Commission on Accreditation for Corrections (Health Care) 2017–2021

**MEMBERSHIP IN SCIENTIFIC SOCIETIES/PROFESSIONAL ORGANIZATIONS**:

American Academy of Family Physicians

American Correctional Association

Texas Osteopathic Medical Association

**HONORS:**

Chief Resident, Family Practice Residency, Michigan State University Kalamazoo Center for Medical Studies, Borgess Medical Center (1990–1991)

Resident Director of Recruiting, Family Practice Residency, Michigan State University Kalamazoo Center for Medical Studies, Borgess Medical Center (1989–1991)

Illinois Department of Public Health Medical Student Scholarship, Chicago College of Osteopathic Medicine (1986–1989)

**PUBLISHED:**

**A.   Articles in Peer-Reviewed Journals**

1. Baillargeon J, Contreras S, Grady JJ, Black SA, **Murray O**. Compliance with antidepressant medication among prison inmates with depressive disorders. *Psychiatric Services* 51:1444–1446; 2000.

2. Baillargeon J, Ducate S, Pulvino J, Bradshaw P, **Murray O**, Olvera R. The association of psychiatric disorders and HIV infection in the correctional setting. *Annals of Epidemiology* 13:606–612; 2003.

3. Baillargeon J, Black SA, Leach CT, Jenson H, Pulvino J, Bradshaw P, **Murray O**. The infectious disease profile of Texas prison inmates. *Preventive Medicine* 38:607–612; 2004.

4. Baillargeon J, Soloway RD, Paar D, Giordano TP, **Murray O**, Grady J, Williams B, Pulvino JS, Raimer BG. End-stage liver disease in a state prison population. *Annals of Epidemiology* 17:808–813; 2007.

5. Baillargeon J, Paar DP, Wu ZH, Giordano TP, **Murray OJ**, Raimer BG, Avery EN, Diamond PM, Pulvino JS. Psychiatric disorders, HIV infection, and HIV/hepatitis co-infection in the correctional setting. *AIDS Care* 20:124–129; 2008.

6. Baillargeon J, Thomas CR, Williams B, Begley CE, Sharma S, Pollock BH, **Murray OJ**, Pulvino JS, Raimer B. Medical emergency department utilization patterns among uninsured patients with psychiatric disorders. *Psychiatric Services* 59:808–811; 2008.

7. **Murray OJ**. Assessing demand for wheelchair use. *Virtual Mentor* 10:84–87; 2008.

8. Harzke AJ, Baillargeon J, Paar DP, Pulvino J, **Murray OJ**. Chronic liver disease mortality among male prison inmates in Texas, 1989–2003. *American Journal of Gastroenterology* 104:1414–1419; 2009.

9. Baillargeon J, Penn JV, Thomas CR, Temple JR, Baillargeon G, **Murray OJ**. Psychiatric disorders and suicide in the nation's largest state prison system. *Journal of the American Academy of Psychiatry and the Law* 37:188–193; 2009.

10. Baillargeon J, Binswanger IA, Penn JV, Williams BA, **Murray OJ**. Psychiatric disorders and repeat incarcerations: The revolving prison door. *American Journal of Psychiatry* 166:103–109; 2009.

11. Raimer BG, **Murray OJ**, Pulvino JS. Health care in the Texas prison system: A looming fiscal crisis. *Texas Public Health Journal* 62(4):12–17; 2010.

12. Schneider BC, Harzke AJ, Ivanitskaya L, **Murray OJ**. Prioritization of inpatient hospital services to prisoners: A method for justifying care and costs. *Journal of Health Care for the Poor and Underserved* 25:863–876; 2014

B. **Other Publications**

1. **Murray OJ**. Hurricane Rita leaves lessons in its wake [Guest Editorial]. *CorrectCare* 20(1):3; 2006.

2. **Murray OJ**, Pulvino J, Baillargeon J, Paar D, Raimer BG. Managing hepatitis C in our prisons: Promises and challenges. *CorrectCare* 21(2):1, 16–17; 2007.

3. **Murray OJ,** Pulvino J, Baillargeon J, Paar D, Raimer BG. Treating all prisoners with hepatitis C may not be feasible. In: Langwith J, ed. *Hepatitis: Perspectives on Diseases and Disorders*. Farmington Hills, MI: Greenhaven Press; 2009: pp. 74–81.

C. **Abstracts**

1. Li H, Dang M, Johnson CW, Appel DJ, Pulvino JS, **Murray OJ**, Johnson L, Chao GC, Calhoun JH, Clements LM, Raimer BG. Evaluation of preferences and attitudes toward telemedicine evaluation of diabetic retinopathy. *Telemedicine Journal and e-Health* 7(2):147; 2001.

2. Li HK, Dang M, Uwaydat S, Horna J, Appel DJ, Pulvino JS, **Murray OJ**, Johnson L, Chao GC, Clements LM, Raimer BG. Operational challenges and outcomes of store-and-forward telemedicine evaluation of diabetic retinopathy in a prison health care system. *Telemedicine Journal and e-Health* 7(2):182; 2001.

3. Baillargeon J, **Murray O**, Pulvino J. Applying epidemiologic methods to the study of Texas prison inmates. Abstracts of the National Symposium on Correctional Health Care, Houston, Texas, September 2002.

4. Baillargeon J, Ducate S, **Murray O**, Pulvino, J. The association of HIV infection and psychiatric disorders among Texas prison inmates. Abstracts of the National Symposium on Correctional Health Care, Houston, Texas, September 2002.

5. Garza−Gutierrez G, Sharma G, Cardenas V, Baillargeon G, **Murray O**, Williams B, Baillargeon J. Use of intensive care at the end of life among a state prison population. *American Journal of Respiratory and Critical Care Medicine* 179:2009; A5226.

6. Raimer B, **Murray O**. Health care in the Texas prison system: A looming fiscal crisis. Proceedings of the 4th Academic and Health Policy Conference on Correctional Health, Boston, Massachusetts, March 10–11, 2011.

7. Tong EK, Zepeda SD, Gonzalez J, Sandmann RM, Fisher DR, **Murray O**, Khan J. Effectiveness of switching virologically suppressed HIV-infected patients from emtricitabine and emtricitabine-containing products to lamivudine. Presented at the Alcalde XXVII Southwestern Leadership Conference, San Marcos, Texas, April 24–25, 2013.

**INVITED PRESENTATIONS:**

Comprehensive correctional pharmaceutical program. 1st Annual Health Care Education Program for Pharmaceutical Companies, Houston, Texas, November 1995

Correctional managed health care. 19th National Conference on Correctional Health Care, Washington, DC, November 13–15, 1995.

Fast food mentality in a managed care world. American Correctional Health Services Association Multidisciplinary Training Conference, Houston, Texas, February 1996.

Correctional managed health care. 21st National Conference on Correctional Health Care, San Antonio, Texas, November 10–12, 1997.

Primary approach to managing depression in a correctional environment. Prime Works Symposium, Houston, Texas, January 1998.

Correctional managed health care. 22nd National Conference on Correctional Health Care, Long Beach, California, November 2–4, 1998.

Improving care and lowering cost in a correctional medical facility. American Correctional Association Winter Conference, San Antonio, Texas, January 19–21, 1998.

CyberCare: The virtual physician's office. The National Healthcare Congress, Miami, Florida, November 6, 1999.

CyberCare: The correctional medical delivery systems of the future. 23rd National Conference on Correctional Health Care, Fort Lauderdale, Florida, November 8–10, 1999.

HIV care in the Texas Department of Criminal Justice. Texas/Oklahoma AIDS Education and Training Center (AETC) HIV Conference, Austin, Texas, October 2003.

Chronic care/disease case management. American Correctional Health Services Association Multidisciplinary Training Conference, Houston, Texas, March 25–28, 2004.

HIV care in the Texas Department of Criminal Justice. Texas Department of State Health Services 14th Texas HIV-STD Conference, Austin, Texas, December 13–17, 2004.

Addressing end stage liver disease. Hepatitis Summit (Sponsors: Texas Board of Criminal Justice & Correctional Managed Health Care Committee), Houston, Texas, September 7, 2006.

Texas Department of Criminal Justice healthcare and HIV programs. Department of State Health Services HIV/STD Program 15th Texas HIV-STD Conference, Austin, Texas, December 11–15, 2006.

Correctional health: Disaster management preparedness [moderator & speaker]. American Correctional Association 2007 Winter Conference, Tampa, Florida, January 20–24, 2007.

Developing a critical incident medical plan - from the healthcare administrator's perspective [moderator]. American Correctional Association 2007 Winter Conference, Tampa, Florida, January 20–24, 2007.

*In omnia paratus*—"Ready for anything" [moderator]. American Correctional Association 2007 Summer Conference, Kansas City, Missouri, August 11–15, 2007.

Cracks: Finding and fixing unintended and unfortunate places our patients fall. National Conference on Correctional Health Care. Chicago, Illinois, October 18–22, 2008.

Telemedicine: Not just a subspecialty tool [with Stephen R. Smock and Glenn Hammack]. National Commission on Correctional Health Care Updates in Correctional Health Care Conference, San Antonio, TX, May 19–22, 2012.

Life in the big house: A look at medicine behind bars. UTMB Healthy Health Policy Lunch & Lecture Series, Galveston, TX, November 28, 2012.

Cost savings and care innovations for prisoner health [with Matt McKillop and Aaron Edwards]. National Conference of State Legislatures Webinar, November 1, 2013.

Telehealth innovations–Transforming medical practice models [panel discussion with Kirk Gillis and Monica Fernandez]. American Osteopathic Association of Medical Informatics Conference, Seattle, WA, October 26, 2014.

Tele-Health: Pioneering new models for care [moderator]. American Correctional Association 146th Congress of Correction, Boston, MA, August 6, 2016.

## INVITED TESTIMONY

UTMB Correctional Managed Care [joint presentation with William R. Elger]. Texas Senate Committee on Finance, Austin, TX, February 21, 2011.

House Bill 25, correctional health care cost containment. Texas House of Representatives Corrections Committee, Austin, TX, June 7, 2011.

UTMB Correctional Managed Care update. Texas Senate Committee on Finance, Austin, TX, July 9, 2012.

Correctional Managed Health Care system. Texas House of Representatives Appropriations Subcommittee on Articles I, IV & V. Austin, TX, August 24, 2012.

House Bill 512, relating to the eligibility of certain inmates for release on medically recommended intensive supervision. Texas House Corrections Committee, Austin, TX, March 13, 2013.

Correctional Managed Health Care population and cost trends. Texas House of Representatives Appropriations Subcommittee on Articles I, IV & V and House Corrections Committee Joint Hearing, Austin, TX, May 29, 2014.

Telemedicine in Correctional Managed Care & the UT System Virtual Health Network. Senate Committee on Health & Human Services, Austin, TX, June 16, 2016.

## LITIGATION

Vice President UTMB CMC Cases: Deposed

1. McCollum v. Livingston U.S.D.C. (S.D. Texas), Case No. 4:14-cv-03253; 2017 U.S. Dist. LEXIS 19602 2018
2. Roppollo v. Linthicum U.S.D.C. (S.D. Tex.), Case No. 2:19-cv-00262
3. Kazee, Inc. v Callender CIVIL ACTION NO. 4:19-CV-31-SDJ

Expert Witness Cases: Deposed
4. Ashker v. Brown 4:09-cv-05796 (N.D. Cal.) 2018
5. Lippert v. Ghosh, U.S.D.C. (N.D. Ill.), Case No. 1:10-cv-04603; 2017 U.S. Dist. LEXIS 646
6. Kelvin Hernandez Roman, et al., v Chad F. Wolf, et al Case No. 5:20-cv-00768

Owen J. Murray, D.O.                                                                                                   8

7. Patrick Gayle, et al., v. Michael W. Meade et al. Case No. 20-21553-Civ-COOKE/GOODMAN

General Expert Witness Litigation Work

8. Plata v. Newsom No. 4:01-cv-01351-JST
9. Victor Antonio Parsons v. Charles L. Ryan No. 18-16358
10. Estate of Gerardo Cruz-Sanchez v. United States of America Case No. 17-cv-569-AJB-NLS
11. Jeremy Laintz v. Correctional Health Partners LLC, et al. Civil Action No. 18-cv-02122-RM-STV
12. Ray Carpenter Jr. v. CoreCivic of Tennessee LLC. CV-19-16-GF-BMM
13. Aristoteles Sanchez Martinez, et al., v. Michael Donahue Case No. 7:20-cv-00062 CDL-MSH
14. Kelvin Hernandez Roman, et al., v. Chad F. Wolf et al. Case No. 5:20-cv-00768
15. Veenaben Dhirubhai Patel, et al., v. William P. Barr et al. Case No. CV-20-00709-PHX-DLR
16. Janet Malam, v. Rebecca Adducci, et al. Civil No. 20-10829
17. United States of America v. Miami Dade County Case No. 13-21570-CIV ZLOCH
18. NAACP v. Cooper, No. 20 CVS 500110
19. Favian Busby, et al. V. Floyd Bonner Jr. et al. Case No. 2:20-cv-02359