# EXHIBIT 2

# (REDACTED)

Documents Made Available for Review

**Other documents**

1.  November 11, 2013 Confidential Report of Todd Randall Wilcox (with appendices)

2.  January 31, 2014 Rebuttal Report of Todd Randall Wilcox (with appendices)

3.  April 2, 2014 Supplemental Report of Todd Randall Wilcox

4.  July 8, 2018 Second Supplemental Report of Todd Randall Wilcox

5.  Stipulation, Exhibit C – Health Care Performance Measures Protocol (Doc. 1185-1, pages 16-36)

6.  October 2, 2019 Report of Marc F. Stern (Doc. 3379).

7.  October 9, 2021 Confidential Report of Todd Randall Wilcox (with appendices), along with documents numbered WILCOX000001-WILCOX000123.

8.  October 18, 2021 Confidential Supplemental Report of Todd Randall Wilcox, along with documents numbers WILCOX000209-WILCOX001062.

**Documents produced by Defendants.**

1.  Centurion CQI Meeting Minutes for meetings held in July 2019 at all ten ADCRR complexes at issue (ADCM1580583-1580644).

2.  Centurion CQI Meeting Minutes for meetings held in August 2019 at all ten ADCRR complexes at issue (ADCM1584160-1584227 and ADCM1585554-1585566).

3.  Centurion CQI Meeting Minutes for meetings held in September 2019 at all ten ADCRR complexes at issue (ADCM1589601-1589676).

4.  Centurion CQI Meeting Minutes for meetings held in October 2019 at all ten ADCRR complexes at issue (ADCM1589677-1589749).

5.  Centurion CQI Meeting Minutes for meetings held in November 2019 at all ten ADCRR complexes at issue (ADCM1595858-1595932).

6.    Centurion CQI Meeting Minutes for meetings held in December 2019 at all ten ADCRR complexes at issue (ADCM1597300-1597379).

7.    Centurion CQI Meeting Minutes for meetings held in January 2020 at all ten ADCRR complexes at issue (ADCM1603718-1603803).

8.    Centurion CQI Meeting Minutes for meetings held in February 2020 at all ten ADCRR complexes at issue (ADCM1603804-1603876).

9.    Centurion CQI Meeting Minutes for meetings held in March 2020 at all ten ADCRR complexes at issue (ADCM1608328-1608399).

10.   Centurion CQI Meeting Minutes for meetings held in April 2020 at all ten ADCRR complexes at issue (ADCM1610440-1610510).

11.   Centurion CQI Meeting Minutes for meetings held in May 2020 at all ten ADCRR complexes at issue (ADCM1618005-1618082).

12.   Centurion CQI Meeting Minutes for meetings held in June 2020 at all ten ADCRR complexes at issue (ADCM1623103-1623179).

13.   Centurion CQI Meeting Minutes for meetings held in July 2020 at all ten ADCRR complexes at issue (ADCM1662175-1642251).

14.   Centurion CQI Meeting Minutes for meetings held in August 2020 at all ten ADCRR complexes at issue (ADCM1644166-1644236).

15.   Centurion CQI Meeting Minutes for meetings held in September 2020 at all ten ADCRR complexes at issue (ADCM1656911-1656985).

16.   Centurion CQI Meeting Minutes for meetings held in October 2020 at all ten ADCRR complexes at issue (ADCM1658032-1658113).

17.   Centurion CQI Meeting Minutes for meetings held in November 2020 at all ten ADCRR complexes at issue (ADCM16699715-1669794).

18.   Centurion CQI Meeting Minutes for meetings held in December2020 at all ten ADCRR complexes at issue (ADCRRM0001668-0001745).

19.   Centurion CQI Meeting Minutes for meetings held in January 2021 at all ten ADCRR complexes at issue (ADCRRM0013328-0013421).

20.   Centurion CQI Meeting Minutes for meetings held in February 2021 at all ten ADCRR complexes at issue (ADCRRM0018501-0018595).

21. Centurion CQI Meeting Minutes for meetings held in March 2021 at all ten ADCRR complexes at issue (ADCRRM0019418-0019513).

22. Centurion CQI Meeting Minutes for meetings held in April 2021 at all ten ADCRR complexes at issue (ADCRRM0024115-0024208).

23. Centurion CQI Meeting Minutes for meetings held in May 2021 at all ten ADCRR complexes at issue (ADCRRM0025060-0025163).

24. Centurion CQI Meeting Minutes for meetings held in June 2021 at all ten ADCRR complexes at issue (ADCRR00061590-00062151).

25. Centurion Chronic Care List, January 2021 (ADCRRM0004705-0005522).

26. Centurion Chronic Care List, February 2021 (ADCRRM0016136-0016952).

27. Centurion Chronic Care List, March 2021 (ADCRRM0018608-0019417).

28. Centurion Chronic Care List, April 2021 (ADCRRM0023395-0024114).

29. Centurion Chronic Care List, May 2021 (ADCRRM0024286-0025059).

30. Centurion Chronic Care List, produced in response to RFP # 17 (ADCRR00058368).

31. Centurion Chronic Care List, August 2021 (ADCRR00210343).

32. Centurion Chronic Care Patent Data Export, with summary of number of diagnoses by patient (ADCRR00098845).

33. Medical Examiner's Autopsy Report regarding in-custody death of ███ ████████ (ADCM1582448-1584236).

34. ADCRR Mortality Review, Psychological Autopsy, and Medical Examiner's Autopsy Report regarding in-custody death of █████ ████ (ADCM1585574-1585603).

35. ADCRR Mortality Review, Psychological Autopsy, and Medical Examiner's Autopsy Report regarding in-custody death of █████ ████ (ADCM1588568-1588594).

36. ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of █████ █████ (ADCM1610511-1610518 and ADCRRM0000063-0000068).

37. ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████████, ████████ (ADCM1618291-1618295 and ADCM1618561-1618579).

38. ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████████████ (ADCM1623198-1623202 and ADCM1624350-1624363).

39. ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████████(ADCM1669325-1669328, ADCRRM0000078-0000088, and ADCRR00137343-00137357).

40. ADCRR Mortality Review, Medical Examiner's Report and Psychological Autopsy regarding in-custody death of ██████████████ (ADCM1669339-1669342, ADCRRM0000069-0000077, ADCRR00137249-00137294).

41. ADCRR Mortality Review regarding in-custody death of ██████████ (ADCRRM0005585-0005588).

42. ADCRR Mortality Review regarding in-custody death of ██████████(ADCRRM0012739-0012742).

43. ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of █████████████(ADCRRM0026154-0026181).

44. ADCRR Mortality Review regarding in-custody death of ████████████ (ADCRRM0026199-0026202).

45. ADCRR Mortality Review regarding in-custody death of ██████████████ (ADCRRM0026203-0026206).

46. ADCRR Mortality Review regarding in-custody death of ███████████ (ADCRRM0026215-0026218).

47. ADCRR Mortality Review regarding in-custody death of ██████████████ (ADCRR00000041-00000044).

48. ADCRR Mortality Review regarding in-custody death of ██████████████████ (ADCRR00000106-00000109).

49. Psychological Autopsy regarding in-custody death of ████████████ (ADCRR00137186-00137194).

50.   ADCRR Mortality Review and Psychological Autopsy regarding in-custody death of ███████████████ (ADCRR00137295-00137318).

51.   Centurion Statewide Staffing Report, as of November 15, 2019 (ADCM1589750-1589769).

52.   Centurion Staffing Variance Report, through July 26, 2019 (ADCM1582320-1582331).

53.   Centurion Staffing Variance Report, dated August 9, 2019 (ADCM1584871-1584882).

54.   Centurion Staffing Variance Report, dated August 23, 2019 (ADCM1584883-1584894).

55.   Centurion Staffing Variance Report, dated September 9, 2019 (ADCM1584895-1584906).

56.   Centurion Staffing Variance Report, dated September 25, 2019 (ADCM1584907-1584918).

57.   Centurion Staffing Variance Report, dated October 7, 2019 (ADCM1595647-1595658).

58.   Centurion Staffing Variance Report, dated October 21, 2019 (ADCM1595659-1595669).

59.   Centurion Staffing Variance Report, dated October 31, 2019 (ADCM1595670-1595681).

60.   Centurion Staffing Variance Report, dated November 26, 2019 (ADCM1595682-1595688).

61.   Centurion Staffing Variance Report, dated December 12, 2019 (ADCM1600201-1600212).

62.   Centurion Staffing Variance Report, dated January 2, 2020 (ADCM1600190-1600200).

63.   Centurion Staffing Variance Report, dated January 23, 2020 (ADCM1607084-1607094).

64.   Centurion Staffing Variance Report, dated February 3, 2020 (ADCM1607095-1607125).

65. Centurion Staffing Variance Report, dated March 2, 2020 (ADCM1611148-1611158).

66. Centurion Staffing Variance Report, dated April 1, 2020 (ADCM1609358-1609368).

67. Centurion Staffing Variance Report, dated April 14, 2020 (ADCM1609369-1609379).

68. Centurion Staffing Variance Report, for the period from March 29, 2020 to April 25, 2020 (ADCM1625045-1625055).

69. Centurion Staffing Variance Report, for the period from April 26, 2020 to May 23, 2020 (ADCM1625056-1625066).

70. Centurion Staffing Variance Report, for the period from May 10, 2020 to June 6, 2020 (ADCM1625067-1625077).

71. Centurion Actual v Contract Variance Report, June 2020 (ADCM162750-162760).

72. Centurion Actual v Contract Variance Report, July 2020 (ADCM1642168-1642174).

73. Centurion Actual v Contract Variance Report, August 2020 (ADCM1652222-1652228).

74. Centurion Actual v Contract Variance Report, September 2020 (ADCM1658025-1658031).

75. Centurion Actual v Contract Variance Report, October 2020 (ADCM1669298-1669309).

76. Centurion Actual v Contract Variance Report, November 2020 (ADCRRM0001654-0001660).

77. Centurion Actual v Contract Variance Report, December 2020 (ADCRRM0001661-0001667).

78. Centurion Actual v Contract Variance Report, January 2021 (ADCRRM0013321-0013327).

79. Centurion Actual v Contract Variance Report, February 2021 (ADCRRM0018596-0018602).

80. Centurion Actual v Contract Variance Report, March 2021 (ADCRRM0019579-0019585).

81. Centurion Actual v Contract Variance Report, April 2021 (ADCRRM0024277-0024283).

82. Centurion Variance Report by Facility, May 2021 (ADCRR-00069737).

83. Centurion Variance Report by Facility, June 2021 (ADCRR-00069738).

84. Centurion Actual v Contract Variance Report, June 2021 (ADCRR00021976).

85. Centurion Variance Report by Facility, July 2021 (ADCRR-00069739).

86. Centurion Variance Report by Facility, August 2021 (ADCRR00175195 and ADCRR00175198).

87. ADCRR Mortality Review regarding in-custody death of ███████████ ████████ (ADCM1580653-1588600).

88. ADCRR Mortality Review regarding in-custody death of ███████████ ██████ (ADCM1580657-1580660).

89. ADCRR Mortality Review regarding in-custody death of ██████████ ████████████████ (ADCM1584237-15847241).

90. ADCRR Mortality Review regarding in-custody death of ███████████ ██████ (ADCM158242-1584245).

91. ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCM1584246-4584249).

92. ADCRR Mortality Review regarding in-custody death of ██████████ ███████ (ADCM1584290-1584293).

93. ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCM1584294-1584299).

94. ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCM1584300-1584303).

95. ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCM1584304-1584309).

96.  ADCRR Mortality Review regarding in-custody death of █████████, ███████ (ADCM1585570-1585573).

97.  ADCRR Mortality Review regarding in-custody death of ██████████ ███████ (ADCM1588595-1588600).

98.  ADCRR Mortality Review regarding in-custody death of ████████████ ██████(ADCM1589770-1589775).

99.  ADCRR Mortality Review regarding in-custody death of ██████████, ███████ (ADCM1589776-1589779).

100.  ADCRR Mortality Review regarding in-custody death of █████ █████ ███████ (ADCM1589780-1589784).

101.  ADCRR Mortality Review regarding in-custody death of ██████ ████████████████████(ADCM1589785-1589788).

102.  ADCRR Mortality Review regarding in-custody death of ███████ █████████(ADCM1589789-1589793).

103.  ADCRR Mortality Review regarding in-custody death of ████ ██████ ███████ (ADCM1589797-1589798).

104.  ADCRR Mortality Review regarding in-custody death of ██████████ ███████ (ADCM1589799-1589802).

105.  ADCRR Mortality Review regarding in-custody death of ██████████ ███████ (ADCM1589803-1589808).

106.  ADCRR Mortality Review regarding in-custody death of ██████████ ███████ (ADCM1589809-1589812).

107.  ADCRR Mortality Review regarding in-custody death of ██████████ ███████ (ADCM1589813-1589820).

108.  ADCRR Mortality Review regarding in-custody death of █████████ ███████ (ADCM1589821-1589824).

109.  ADCRR Mortality Review regarding in-custody death of ██████████ ███████ (ADCM1591245-1591250).

110.  ADCRR Mortality Review regarding in-custody death of █████████ ███████ (ADCM1595933-1595936).



111. ADCRR Mortality Review regarding in-custody death of ███████████, ███████ (ADCM1595937-1595941).

112. ADCRR Mortality Review regarding in-custody death of ██████████████ ██████ (ADCM1595942-1595946).

113. ADCRR Mortality Review regarding in-custody death of ████████████, ██████ (ADCM1595947-1595954).

114. ADCRR Mortality Review regarding in-custody death of ██████████████ ██████ (ADCM1595955-1595959).

115. ADCRR Mortality Review regarding in-custody death of ████████ █████████████ (ADCM1598069-1598073).

116. ADCRR Mortality Review regarding in-custody death of ████████████ ██████ (ADCM1598074-1598078).

117. ADCRR Mortality Review regarding in-custody death of ███████████ ██████ (ADCM1598079-1598082).

118. ADCRR Mortality Review regarding in-custody death of ███████████ ██████ (ADCM1598083-1598086).

119. ADCRR Mortality Review regarding in-custody death of ██████████████ █████ (ADCM1598087-1598094).

120. ADCRR Mortality Review regarding in-custody death of ██████████████ ██████ (ADCM1598094-1598101).

121. ADCRR Mortality Review regarding in-custody death of ██████████████ ██████ (ADCM1603877-1603880).

122. ADCRR Mortality Review regarding in-custody death of ████ █████ ██████ (ADCM1603881-1603884).

123. ADCRR Mortality Review regarding in-custody death of █████ ██████ ██████ (ADCM1603885-1603893).

124. ADCRR Mortality Review regarding in-custody death of ████ █████ ██████ (ADCM1603894-1603899).

125. ADCRR Mortality Review regarding in-custody death of ███████████, ██████ (ADCM1603900-1603903).

126. ADCRR Mortality Review regarding in-custody death of ███████ ███████ (ADCM1603904-1603907).

127. ADCRR Mortality Review regarding in-custody death of ████████ ███████ (ADCM1603908-1603913).

128. ADCRR Mortality Review regarding in-custody death of ██████ ███████ (ADCM1603914-1603918).

129. ADCRR Mortality Review regarding in-custody death of ██████ ███████ (ADCM1603919-1603924).

130. ADCRR Mortality Review regarding in-custody death of █████ █████████ (ADCM1603925-1603928).

131. ADCRR Mortality Review regarding in-custody death of ███████, ███████ (ADCM1603929-1603932).

132. ADCRR Mortality Review regarding in-custody death of ███████, █████ (ADCM1603933-1603936).

133. ADCRR Mortality Review regarding in-custody death of ███████, █████ (ADCM1603937-1603940).

134. ADCRR Mortality Review regarding in-custody death of ██████ █████ (ADCM1603941-1603944).

135. ADCRR Mortality Review regarding in-custody death of ██████, █████ (ADCM1603945-1603948).

136. ADCRR Mortality Review regarding in-custody death of ██████, █████ (ADCM1603949-1603955).

137. ADCRR Mortality Review regarding in-custody death of ████████ █████ (ADCM1608400-1608406).

138. ADCRR Mortality Review regarding in-custody death of ███████, █████ (ADCM1608407-1608410).

139. ADCRR Mortality Review regarding in-custody death of ██████, █████ (ADCM1608411-1608420).

140. ADCRR Mortality Review regarding in-custody death of ██████, █████ (ADCM1608421-1608427).



141.  ADCRR Mortality Review regarding in-custody death of █████████, ██████ (ADCM1608428-1608431).

142.  ADCRR Mortality Review regarding in-custody death of █████████, ██████ (ADCM1608432-1608440).

143.  ADCRR Mortality Review regarding in-custody death of █████████ (ADCM1608441-1608444).

144.  ADCRR Mortality Review regarding in-custody death of █████████, ██████ (ADCM1608445-1608448).

145.  ADCRR Mortality Review regarding in-custody death of █████████ (ADCM1608449-1608456).

146.  ADCRR Mortality Review regarding in-custody death of ████ █████████████ (ADCM1608457-1608460).

147.  ADCRR Mortality Review regarding in-custody death of ███████ ██████ (ADCM1608461-1608465).

148.  ADCRR Mortality Review regarding in-custody death of █████████ (ADCM1608466-1608470).

149.  ADCRR Mortality Review regarding in-custody death of █████████ (ADCM1610519-1610524).

150.  ADCRR Mortality Review regarding in-custody death of █████████, ██████ (ADCM1610525-1610529).

151.  ADCRR Mortality Review regarding in-custody death of █████████, ██████ (ADCM1610530-1610534).

152.  ADCRR Mortality Review regarding in-custody death of █████████ (ADCM1610535-1610538).

153.  ADCRR Mortality Review regarding in-custody death of ████ █████████████ (ADCM1610539-1610545).

154.  ADCRR Mortality Review regarding in-custody death of █████████ (ADCM1613843-1613848).

155.  ADCRR Mortality Review regarding in-custody death of ████ █████████████ (ADCM1613849-1613852).

156. ADCRR Mortality Review regarding in-custody death of ████████████, ████████ (ADCM1613853-1613856).

157. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1615615-1615618).

158. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1615619-1615623).

159. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1615624-1615627).

160. ADCRR Mortality Review regarding in-custody death of ████████ ████████████████ (ADCM1615628-1615631).

161. ADCRR Mortality Review regarding in-custody death of ██████ ████████████████ (ADCM1615638-1615641).

162. ADCRR Mortality Review regarding in-custody death of ██████████████ ████ (ADCM1615642-1615645).

163. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1615646-1615649).

164. ADCRR Mortality Review regarding in-custody death of ████████████, ████ (ADCM1617730-1617735).

165. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1618260-1618264).

166. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1618265-1618268).

167. ADCRR Mortality Review regarding in-custody death of ████████████, ████ (ADCM1618269-1618272).

168. ADCRR Mortality Review regarding in-custody death of ████████████, ████████ (ADCM1618273-1618278).

169. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1618279-1618283).

170. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCM1618284-1618290).



171. ADCRR Mortality Review regarding in-custody death of ███████, ████ (ADCM1623194-1623197).

172. ADCRR Mortality Review regarding in-custody death of ████████, ████ (ADCM1623203-1623209).

173. ADCRR Mortality Review regarding in-custody death of ███████, ████ADCM1623210-1623213).

174. ADCRR Mortality Review regarding in-custody death of ████████, ████ (ADCM1623214-1623217).

175. ADCRR Mortality Review regarding in-custody death of ██████, ████ (ADCM1623218-1623223).

176. ADCRR Mortality Review regarding in-custody death of ██████, ████ (ADCM1629761-1629766).

177. ADCRR Mortality Review regarding in-custody death of █████ ████████ (ADCM1643914-1643917).

178. ADCRR Mortality Review regarding in-custody death of ██████ ████ (ADCM1643918-1643922).

179. ADCRR Mortality Review regarding in-custody death of ██████ ████ (ADCM1643923-1643926).

180. ADCRR Mortality Review regarding in-custody death of ██████, ████ (ADCM1643927-1643932).

181. ADCRR Mortality Review regarding in-custody death of ██████ ████ (ADCM1643933-1643936).

182. ADCRR Mortality Review regarding in-custody death of █████ ████████████ (ADCM1643937-1643940).

183. ADCRR Mortality Review regarding in-custody death of ██████, ████ (ADCM1643941-1643944).

184. ADCRR Mortality Review regarding in-custody death of █████, ████ (ADCM1643945-1643948).

185. ADCRR Mortality Review regarding in-custody death of ███████ ████ (ADCM1643949-1643953).



186.  ADCRR Mortality Review regarding in-custody death of ███████████ ████████ (ADCM1643954-1643957).

187.  ADCRR Mortality Review regarding in-custody death of ███████████, ████████ (ADCM1643958-1643963).

188.  ADCRR Mortality Review regarding in-custody death of ███████████, ████████ (ADCM1643964-1643970).

189.  ADCRR Mortality Review regarding in-custody death of ███████████ ████████ (ADCM1643971-1643974).

190.  ADCRR Mortality Review regarding in-custody death of ███████, ████████ (ADCM1643975-1643980).

191.  ADCRR Mortality Review regarding in-custody death of ███████████, ████ ADCM1643981-1643984).

192.  ADCRR Mortality Review regarding in-custody death of █████████████ ████ (ADCM1643984-1643988).

193.  ADCRR Mortality Review regarding in-custody death of █████████tt, ████████ (ADCM1643989-1643994).

194.  ADCRR Mortality Review regarding in-custody death of ███████████, ████████ (ADCM1643995-1643998).

195.  ADCRR Mortality Review regarding in-custody death of ██████████, ████████ (ADCM1643999-1644002).

196.  ADCRR Mortality Review regarding in-custody death of █████████ ████████ (ADCM1644003-1644006).

197.  ADCRR Mortality Review regarding in-custody death of ██████████, ████████ (ADCM1644007-1644010).

198.  ADCRR Mortality Review regarding in-custody death of ███████████ ████████ (ADCM1644011-1644014).

199.  ADCRR Mortality Review regarding in-custody death of █████████ ████████ (ADCM1651459-1651462).

200.  ADCRR Mortality Review regarding in-custody death of ██████████ ████████ (ADCM1651463-1651466).

201. ADCRR Mortality Review regarding in-custody death of ███████ ███████ (ADCM1651467-1651470).

202. ADCRR Mortality Review regarding in-custody death of ███████, ███ (ADCM1651471-1651474).

203. ADCRR Mortality Review regarding in-custody death of ███████ ███ (ADCM1651475-1651478).

204. ADCRR Mortality Review regarding in-custody death of ██████, ███ ADCM1651479-1651482).

205. ADCRR Mortality Review regarding in-custody death of █████, ███ (ADCM1651483-1651487).

206. ADCRR Mortality Review regarding in-custody death of ███████ ███ (ADCM1651488-1651493).

207. ADCRR Mortality Review regarding in-custody death of ███ ███████ (ADCM1651494-1651497).

208. ADCRR Mortality Review regarding in-custody death of ██████ ███ (ADCM1651498-1651502).

209. ADCRR Mortality Review regarding in-custody death of █████ ███(ADCM 1651503-1651506).

210. ADCRR Mortality Review regarding in-custody death of ███████, ███ (ADCM1652229-1652234).

211. ADCRR Mortality Review regarding in-custody death of ██████, ███ (ADCM1655855-1655858).

212. ADCRR Mortality Review regarding in-custody death of █████ ███ ADCM1655859-1655863).

213. ADCRR Mortality Review regarding in-custody death of █████ ███ (ADCM1655864-1655868).

214. ADCRR Mortality Review regarding in-custody death of ██████, ███ (ADCM1669312-1669315).

215. ADCRR Mortality Review regarding in-custody death of █████ ███ (ADCM1669316-1669319).

216.  ADCRR Mortality Review regarding in-custody death of ██████████ ████ (ADCM1669320-1669324).

217.  ADCRR Mortality Review regarding in-custody death of ██████████, ████ (ADCM1669329-1669334).

218.  ADCRR Mortality Review regarding in-custody death of ██████████ (ADCM1669335-1669338).

219.  ADCRR Mortality Review regarding in-custody death of ██████████, ████ (ADCM1669343-1669346).

220.  ADCRR Mortality Review regarding in-custody death of ██████████ ████ (ADCM1669347-1669351).

221.  ADCRR Mortality Review regarding in-custody death of ██████ ████ (ADCRRM0004654-0004657).

222.  ADCRR Mortality Review regarding in-custody death of ██████ ████ (ADCRRM0004658-0004661).

223.  ADCRR Mortality Review regarding in-custody death of ██████ ████ (ADCRRM0004662-0004665).

224.  ADCRR Mortality Review regarding in-custody death of ████ ████ (ADCRRM0004666-0004669).

225.  ADCRR Mortality Review regarding in-custody death of ██████████, ████ (ADCRRM0004670-0004673).

226.  ADCRR Mortality Review regarding in-custody death of ██████ ████ (ADCRRM0004674-0004677).

227.  ADCRR Mortality Review regarding in-custody death of ██████████ ████ (ADCRRM0004693-0004696).

228.  ADCRR Mortality Review regarding in-custody death of ██████████ ████ (ADCRRM0004697-0004700).

229.  ADCRR Mortality Review regarding in-custody death of ██████████ ████ (ADCRRM0004701-0004704).

230.  ADCRR Mortality Review regarding in-custody death of ██████████, ████ (ADCRRM0005573-0005576).

231.  ADCRR Mortality Review regarding in-custody death of ███████, ███████ (ADCRRM0005577-0005580).

232.  ADCRR Mortality Review regarding in-custody death of ████████, ██████ (ADCRRM0005581-0005584).

233.  ADCRR Mortality Review regarding in-custody death of █████ ████████████ (ADCRRM0005589-0005592).

234.  ADCRR Mortality Review regarding in-custody death of ████████████ ██████ (ADCRRM0012707-0012710).

235.  ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCRRM0012711-0012714).

236.  ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCRRM0012715-0012718).

237.  ADCRR Mortality Review regarding in-custody death of ████████, ██████ (ADCRRM0012719-0012722).

238.  ADCRR Mortality Review regarding in-custody death of ████████ ███████ (ADCRRM0012723-0012726).

239.  ADCRR Mortality Review regarding in-custody death of ██████████, ██████ (ADCRRM0012727-0012730).

240.  ADCRR Mortality Review regarding in-custody death of █████████, ██████ (ADCRRM0012731-0012734).

241.  ADCRR Mortality Review regarding in-custody death of █████████, ███████ (ADCRRM0012735-0012738).

242.  ADCRR Mortality Review regarding in-custody death of ████████, ██████ (ADCRRM0012743-0012746).

243.  ADCRR Mortality Review regarding in-custody death of ██████, ███████ (ADCRRM0019592-0019596).

244.  ADCRR Mortality Review regarding in-custody death of ████████ ██████ (ADCRRM0019597-0019600).

245.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRRM0019601-0019604).

246. ADCRR Mortality Review regarding in-custody death of █████ ████ (ADCRRM0019605-0019608).

247. ADCRR Mortality Review regarding in-custody death of █████ ████(ADCRRM0019609-0019612)

248. ADCRR Mortality Review regarding in-custody death of ████ ████████ (ADCRRM0019613-0019616).

249. ADCRR Mortality Review regarding in-custody death of ████ ████(ADCRRM0019617-0019620); █████████ replacement page 1 (ADCRRM0026194).

250. ADCRR Mortality Review regarding in-custody death of ████ ████ (ADCRRM0019621-0019624).

251. ADCRR Mortality Review regarding in-custody death of ██████████ ████ (ADCRRM0019625-0019628).

252. ADCRR Mortality Review regarding in-custody death of █████ ████ (ADCRRM0019629-0019632).

253. ADCRR Mortality Review regarding in-custody death of █████ ████(ADCRRM0019633-0019636).

254. ADCRR Mortality Review regarding in-custody death of █████ ████ (ADCRRM0019637-0019640).

255. ADCRR Mortality Review regarding in-custody death of ████, ████ (ADCRRM0019641-0019644).

256. ADCRR Mortality Review regarding in-custody death of ████ ██████████ (ADCRRM0019645-0019648).

257. ADCRR Mortality Review regarding in-custody death of █████, ████ (ADCRRM0019649-0019652).

258. ADCRR Mortality Review regarding in-custody death of █████ ████ (ADCRRM0019653-0019656).

259. ADCRR Mortality Review regarding in-custody death of ██████, ████ (ADCRRM0019657-0019660).

260. ADCRR Mortality Review regarding in-custody death of ████ ██████████ (ADCRRM0019661-0019664).

261.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0019665-0019668).

262.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0019669-0019672).

263.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0019673-0019676).

264.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0019677-0019681).

265.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0019682-0019685).

266.  ADCRR Mortality Review regarding in-custody death of ████████, ████████ (ADCRRM0019686-0019689).

267.  ADCRR Mortality Review regarding in-custody death of ████████, ████████ (ADCRRM0026142-0026145).

268.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0026146-0026149).

269.  ADCRR Mortality Review regarding in-custody death of ████████, ████████ (ADCRRM0026150-0026153).

270.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0026182-0026185).

271.  ADCRR Mortality Review regarding in-custody death of ████ ████████ (ADCRRM0026186-0026189).

272.  ADCRR Mortality Review regarding in-custody death of ████████, ████████ (ADCRRM0026190-0026193).

273.  ADCRR Mortality Review regarding in-custody death of ████████, ████████ (ADCRRM0026195-0026198).

274.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0026199-0026202).

275.  ADCRR Mortality Review regarding in-custody death of ████████ ████████ (ADCRRM0026207-0026210).

276. ADCRR Mortality Review regarding in-custody death of █████████ ███████████ (ADCRRM0026211-0026214).

277. ADCRR Mortality Review regarding in-custody death of ███████████, ██████ (ADCRRM0026215-0026218).

278. ADCRR Mortality Review regarding in-custody death of ████████████, ██████ (ADCRRM0026219-0026222).

279. ADCRR Mortality Review regarding in-custody death of ████████████, █████ (ADCRRM0026223-0026226).

280. ADCRR Mortality Review regarding in-custody death of ██████████coe, █████ (ADCRRM0026227-0026230).

281. ADCRR Mortality Review regarding in-custody death of ████████████ █████ (ADCRRM0026231-0026234).

282. ADCRR Mortality Review regarding in-custody death of ████████████, █████ (ADCRRM0026235-0026238).

283. ADCRR Mortality Review regarding in-custody death of ███████████ ████████ ADCRRM0026239-0026242).

284. ADCRR Mortality Review regarding in-custody death of ████████████, █████ (ADCRRM0026243-0026246).

285. ADCRR Mortality Review regarding in-custody death of ████████████ █████ (ADCRRM0026247-0026250).

286. ADCRR Mortality Review regarding in-custody death of ███████████ ████████████ (ADCRRM0026251-0026254).

287. ADCRR Mortality Review regarding in-custody death of ████████████ █████(ADCRR00000001-00000004).

288. ADCRR Mortality Review regarding in-custody death of █████████████ █████(ADCRR00000005-00000008).

289. ADCRR Mortality Review regarding in-custody death of ████████████ █████(ADCRR00000009-00000012).

290. ADCRR Mortality Review regarding in-custody death of █████████████ █████(ADCRR00000013-00000016).

291.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000017-00000020).

292.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000021-00000024).

293.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000025-00000028).

294.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000029-00000032).

295.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000033-00000036).

296.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000037-00000040).

297.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000041-00000044).

298.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000045-00000048).

299.  ADCRR Mortality Review regarding in-custody death of █████████ ███████████████ (ADCRR00000049-00000052).

300.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000053-00000056).

301.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000057-00000060).

302.  ADCRR Mortality Review regarding in-custody death of █████████ ██████ (ADCRR00000061-00000064).

303.  ADCRR Mortality Review regarding in-custody death of ████████ ██████ ADCRR00000065-00000068).

304.  ADCRR Mortality Review regarding in-custody death of ████████ ██████ (ADCRR00000069-00000072).

305.  ADCRR Mortality Review regarding in-custody death of ████████ ██████ (ADCRR00000073-00000076).

306.  ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCRR0000077-00000080).

307.  ADCRR Mortality Review regarding in-custody death of ██████ ██████████(ADCRR00000081-00000084).

308.  ADCRR Mortality Review regarding in-custody death of ██████████ ██████ (ADCRR00000085-00000088).

309.  ADCRR Mortality Review regarding in-custody death of ██████████ ██████(ADCRR00000089-00000092).

310.  ADCRR Mortality Review regarding in-custody death of ██████ ██████(ADCRR00000093-00000097).

311.  ADCRR Mortality Review regarding in-custody death of ██████ ██████(ADCRR00000098-00000102).

312.  ADCRR Mortality Review regarding in-custody death of ██████ ██████(ADCRR00000102-00000105).

313.  ADCRR Mortality Review regarding in-custody death of ██████ ██████████(ADCRR00000110-00000113).

314.  ADCRR Mortality Review regarding in-custody death of ██████ ██████(ADCRR00000114-00000117).

315.  ADCRR Mortality Review regarding in-custody death of ██████████ ██████(ADCRR00000118-00000121).

316.  ADCRR Significant Incident Report regarding in-custody death of ██████████████(ADCRR00000566-00000567).

317.  ADCRR Mortality Review and Medical Examiner's Autopsy Report regarding in-custody death of ██████████████ (ADCRR00088421-000088436).

318.  ADCRR Significant Incident Report regarding in-custody death of ██████ ██████████(ADCRR00000626-00000628).

319.  ADCRR Mortality Review regarding in-custody death of ██████████ ██████(ADCRR00088329-00088332).

320.  ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ██████████(ADCRR00137156-00137168).

321. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ███████████████████ (ADCRR00137169-00137177).

322. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of █████████████ (ADCRR00137178-00137185).

323. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ███████████████████ (ADCRR00137195-00137203).

324. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ████████████████ (ADCRR00137204-00137217).

325. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ████████████ (ADCRR00137218-00137232).

326. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ████████████████ (ADCRR00137233-00137240).

327. ADCRR Mortality Review regarding death of ████████████ ████████ while in U.S. Marshals Service Custody (ADCRR00137241-00137244).

328. ADCRR Mortality Review regarding in-custody death of ████████████ ████████ (ADCRR00137245-00137248).

329. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ███████████████ (ADCRR00137319-00137326).

330. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ████████████████ (ADCRR00137327-00137334).

331. ADCRR Mortality Review and Medical Examiner's Report regarding in-custody death of ████████████ (ADCRR00137335-00137342).

332. ADCRR Mortality Review regarding in-custody death of ████████████, ████████

333. Centurion Quarterly Chronic Conditions Reports for the period from Q3-2019 through Q2-2021 at all ten ADCRR complexes at issue (ADCRR00043627-00044905).

334. Centurion Chronic Conditions Report, August 2021 (ADCRR00098845).

335. June 2021 ADCRR Medical Services Contract Monitoring Bureau presentation made by Grant Phillips, M.D. on Chronic Care Visits and Referrals (ADCRR00137360-00137380).

336. June 3, 2021 ADCRR Medical Services technical Manual (ADCRR00137381-00137853).

337. Centurion Monthly Clinical Data Reports, for July 2019 through August 2021 (ADCRR00056772-00058260; ADCRR-00069938-00069956, ADCRR00137854-00137859; and, ADCRR00175186).

338. Centurion Monthly Dental Utilization Reports, for July 2019 through August 2021 (ADCRR00137860-00137883 and ADCRR00175187).

339. Corizon Monthly Hepatitis C Reports, for January 2019 through February 2019 (ADCRR00137884-00137885).

340. Centurion Monthly Hepatitis C Reports, for January 2019 through August 2021 (ADCRR00137886-00137907 and ADCRR00175188).

341. Centurion Monthly Hospitalization Reports, for July 2019 through August 2021 (ADCRR00137909-00137931 and ADCRR00175189).

342. Centurion Monthly Intake Reports, for July 2019 through August 2021 (ADCRR00137932-00137955 and ADCRR00175190).

343. Centurion Monthly Emergency Medical Transports Reports, for July 2019 through August 2021 (ADCRR00137956-00137979 and ADCRR00175191).

344. Centurion Monthly Outpatient Medical Transports Reports, for July 2019 through August 2021 (ADCRR00137980-00138003 and ADCRR00175192).

345. Centurion Monthly New Hire Reports, for July 2019 through August 2021 (ADCRR00138004-00138027 and ADCRR00175193).

346. Centurion Monthly Termination Reports, for July 2019 through June 2021 (ADCRR00138028-00138051 and ADCRR00175194).

347. Centurion Quarterly Chronic Conditions Reports, for Q3 2019 to Q2, 2021 (ADCRR00138052-00138059).

348. Centurion Quarterly Utilization Review Reports, for Q3 2019 to Q2 2021 (ADCRR00138061-00138067).

349. August 19, 2021 azfamily.com article, "Travel nurses help with Arizona's nurse shortage, but only in the short term" (ADCRR00138068-00138070).

350. September 10, 2021 azfamily.com article "Valleywise shortages so dire mass emails going out to recruit nurses, staff" (ADCRR00138071-00138072).

351. Centurion Employee Roster, as of November 5, 2019 (ADCRR00138073).

352. Historical CGAR Results Summary, as of December 2, 2019 with preliminary data for October 2019 (ADCRR00138074).

353. COVID-19 Vaccination Reports, for the period from April 13, 2021 through October 15, 2021 (ADCRR00138075-00138095; ADCRR00174690-00174691; and, ADCRR00210332-00210335).

354. Inmate Population Data from ADCRR FY 2022 Operating Budget Request (ADCRR00138096-00138102).

355. Master Scorecard Performance Data from ADCRR FY 2022 Operating Budget Request (ADCRR00138103-00138104).

356. Centurion Report of Pending Specialty Appointments, July 2021 (ADCRR00138105).

357. Centurion Report of Pending Utilization Review Requests, July 2021 (ADCRR00138106).

358. ADCRR Institutional Count Sheet, August 2, 2021 (ADCRR00138107-00138109).

359. ADCRR NCCHC Accreditation Listing and certificates of accreditation, as of August 2, 2021 (ADCRR00138345-00138357).

360. ADCRR NCCHC Accreditation Listing, updated August 18, 2021 (ADCRR00138358).

361. Exhibit 14, to Solicitation No. ADOC18-0008264, NCCHC Information (ADCRR00138359).

362. February 8, 2019 NCCHC Accreditation Report for ASPC-Douglas (ADCRR00138360-00138417).

363. October 2016 NCCHC Certificate of Accreditation for ASPC-Eyman (ADCRR00138418).

364. October 23, 2016 NCCHC Accreditation Report for ASPC-Eyman (ADCRR00138419-00138440).

365. July 18, 2017 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138441-00138451).

366. October 20, 2017 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138452-00138458).

367. May 29, 2020 NCCHC Accreditation Report for ASPC-Eyman (ADCRR00138459-00138522).

368. November 9, 2020 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138523-00138543).

369. January 15, 2021 NCCHC Accreditation Update Report for ASPC-Eyman (ADCRR00138544-00138549).

370. June 2017 NCCHC Certificate of Accreditation for ASPC-Florence (ADCRR00138550).

371. June 30, 2017 NCCHC Accreditation Report for ASPC-Florence (ADCRR00138551-00138572).

372. January 16, 2018 NCCHC Accreditation Update Report for ASPC-Florence (ADCRR00138551-00138588).

373. March 29, 2018 NCCHC Update Accreditation Report for ASPC-Florence (ADCRR00138589-00138593).

374. April 30, 2021 NCCHC Accreditation Report for ASPC-Florence (ADCRR00138594-00183652).

375. August 9, 2021 correspondence from NCCHC regarding Accreditation of ASPC-Florence (ADCRR00210540-00210542).

376. September 9, 2021 NCCHC Accreditation Update Report for ASPC-Florence (ADCRR00210534-00210550).

377. January 16, 2016 NCCHC Focused Survey Report for ASPC-Lewis (ADCRR00138653-00138661).

378. June 22, 2018 NCCHC Accreditation Report for ASPC-Lewis (ADCRR00138662-00138686).

379. February 8, 2019 NCCHC Accreditation Update Report for ASPC-Lewis (ADCRR00138687-00138703).

380. July 19, 2019 NCCHC Accreditation Update Report for ASPC-Lewis (ADCRR00138704-00138714).

381. November 2, 2016 NCCHC Accreditation Update Report for ASPC-Perryville (ADCRR00138715-00138721).

382. February 8, 2019 NCCHC Accreditation Report for ASPC-Perryville (ADCRR00138722-00138777).

383. July 25, 2019 NCCHC Accreditation Update Report for ASPC-Perryville (ADCRR00138778-00138784).

384. December 4, 2019 NCCHC Accreditation Update Report for ASPC-Perryville (ADCRR00138785).

385. December 15, 2016 NCCHC Accreditation Update Report for ASPC-Phoenix (ADCRR00138786-00138793).

386. November 16, 2018 NCCHC Accreditation Report for ASPC-Phoenix (ADCRR00138794-00138811).

387. May 23, 2019 NCCHC Accreditation Update Report for ASPC-Phoenix (ADCRR00138812-00138816).

388. October 15, 2019 NCCHC Accreditation Update Report for ASPC-Phoenix (ADCRR00138817-00138818).

389. August 18, 2016 NCCHC Accreditation Update Report for ASPC-Safford – Fort Grant Unit (ADCRR00138819-00138823).

390. February 8, 2019 NCCHC Accreditation Report for ASPC-Safford – Fort Grant Unit (ADCRR00138824-00138877).

391. February 8, 2019 NCCHC Accreditation Report for ASPC-Safford (ADCRR00138878-00138931).

392. February 24, 2017 NCCHC Accreditation Update Report for ASPC-Tucson (ADCRR00138932-00138945).

393.   August 29, 2017 NCCHC Accreditation Update Report for ASPC-Tucson (ADCRR00138946-00138950).

394.   July 19, 2019 NCCHC Accreditation Report for ASPC-Tucson (ADCRR00138951-00139011).

395.   December 17, 2019 NCCHC Accreditation Update Report for ASPC-Tucson (ADCRR0139012-00139024).

396.   May 11, 2017 NCCHC Accreditation Update Report for ASPC-Winslow (ADCRR00139024-00139034).

397.   July 18, 2017 NCCHC Accreditation Update Report for ASPC-Winslow (ADCRR00139035-00139050).

398.   May 3, 2019 NCCHC Accreditation Report for ASPC-Winslow – Apache Unit (ADCRR00139051-00139099).

399.   May 3, 2019 NCCHC Accreditation Report for ASPC-Winslow (ADCRR00139100-00139149).

400.   October 24, 2019 NCCHC Accreditation Update Report for ASPC-Winslow – Apache Unit (ADCRR00139150-00139156).

401.   October 24, 2019 NCCHC Accreditation Update Report for ASPC-Winslow (ADCRR00139157-00139162 and ADCRR00210552-00210556).

402.   February 20, 2020 NCCHC Accreditation Award for ASPC-Winslow (ADCRR00210551).

403.   November 25, 2014 NCCHC Accreditation Update Report for ASPC-Yuma (ADCRR00139163-00139167).

404.   March 1, 2018 NCCHC Accreditation Update Report for ASPC-Yuma (ADCRR00139168-00139172).

405.   August 5, 2021 NCCHC Accreditation Report for ASPC-Yuma (ADCRR00139173-00139232).

406.   ADCRR Medical Services Technical Manual, updated October 4, 2021 (ADCRR00174692-00175184).

407.   Extracted summary of inmates diagnosed and receiving treatment for HIV, IDDM, and Cancer for the period from January-June 2021 (ADCRR00175185).

408. Medical Services Contract Monitoring Bureau organizational chart (ADCRR00175196).

409. Extracted summary of outside consultations by Complex, for the period from July 2018 through August 2021 (ADCRR00175197).

410. Letters from Plaintiffs' counsel regarding ███████████████, Florence – East (ADCRR00175199-00175226).

411. July 6, 2021 letter from Tania Amarillas regarding ███████████ ██████ Lewis-Rast (ADCR00175227-00175230).

412. November 10, 2020 letter from David Fathi regarding ████████ ████████, ASPC-Eyman, Cook (ADCRR00175231-00175232).

413. Letters from David Fathi regarding ████████████████ ASPC-Florence, Kasson (ADCRR00175233-00175244).

414. September 29, 2021 letter from Tania Amarillas regarding ███████ ████████, Florence-South (ADCR00175245).

415. July 9, 2021 letter from Juliette Mueller and Alison Hardy regarding ██████ ████████████ Perryville-Lumley (ADCRR00175246-00175247).

416. January 3, 2019 letter from Tania Amarillas and Corene Kendrick regarding ████████████████ Florence – North (ADCRR00175248-00175249).

417. May 20, 2020 letter from Corene Kendrick regarding Management of Positive COVID-19 Patients at Tucson and Florence (ADCRR00175250-00175257).

418. Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175258-00175268).

419. Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175267-00175273).

420. Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175274-00175317).

421. Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175318-00175337).

422. Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175338-00175346).

423.  June 17, 2021 letter from Gabriela Pelsinger and Alison Hardy regarding Inadequate Response to Class Member Suicide (PM25) relating to ████████ ████████████████ (ADCRR00175347-00175348).

424.  Letters from Plaintiffs' counsel regarding ████████████████████ (ADCRR00175349-00175356).

425.  Letters from Plaintiffs' counsel regarding ██████████████ (ADCRR00175357-00175362).

426.  Letters from Plaintiffs' counsel regarding ██████████████ (ADCRR00175363-00175366).

427.  April 27, 2021 letter from Jordan Payne regarding ██████████ ██████ Florence – East (ADCRR00175367-00175369).

428.  Letters from Plaintiffs' counsel regarding ██████████████ (ADCRR0175370-00175375).

429.  Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175376-00175386).

430.  Letters from Plaintiffs' counsel regarding ██████████████, (ADCRR00175387-00175392).

431.  Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175393-00175398).

432.  March 30, 2020 letter from Amber Norris and Corene Kendrick regarding ████████████████ Florence – North (ADCRR0175399-00175400).

433.  December 18, 2015 letter from Corene Kendrick regarding ADC Prisoners in Need of Immediate Medical, Dental, and/or Mental Health Care, including ████████████████████ (ADCRR00175401-00175412).

434.  September 13, 2017 letter from Alison Hardy regarding ██████████████ ████████, Tucson – Rincon (ADCRR00175413-00175414).

435.  Letters from Plaintiffs' counsel regarding ██████████████ (ADCRR00175415-00175428).

436.  December 7, 2018 letter from Tania Amarillas and Rita Lomio regarding ████████████████, Florence – Central (ADCRR00175429-00175430).

437.   Letters from Plaintiffs' counsel regarding ███████████████
       (ADCRR00175431-00175443).

438.   April 7, 2020 letter from Corene Kendrick and Gabriela Pelsinger regarding
       Class Member with Differential Diagnosis of COVID-19 Prior to Death
       relating to ███████████████ (ADCRR00175444-00175447).

439.   September 13, 2019 letter from Amber Norris and Thomas Nosewicz
       regarding ███████████████ Eyman – Cook
       (ADCRR00175448-00175449).

440.   Letters from Plaintiffs' counsel regarding ███████████████
       (ADCRR00175450-00175455).

441.   March 11, 2020 letter from Gabriela Pelsinger and Alison Hardy regarding
       ███████████████ Tucson – Manzanita (ADCRR00175456-
       00175459).

442.   Letters from Plaintiffs' counsel regarding ███████████████
       ████████ (ADCRR00175157460-00175473).

443.   October 1, 2019 letter from Ilian Meza-Pena and Corene Kendrick
       regarding ███████████████ Lewis – Bachman
       (ADCRR00175474-00175476).

444.   December 18, 2015 letter from Corene Kendrick regarding ADC Prisoners
       in Need of Immediate Medical, Dental, and/or Mental Health Care, relating
       to ███████████████ (ADCRR00175477-00175488).

445.   Letters from Plaintiffs' counsel regarding ███████████████
       (ADCRR00175489-00175490).

446.   December 21, 2018 letter from Thomas Nosewicz regarding ███████████
       ███████████████ Eyman – Cook (ADCRR00175491-00175492).

447.   Letters from Plaintiffs' counsel regarding ███████████████
       (ADCRR00175493-00175501).

448.   Letters from Plaintiffs' counsel regarding ███████████████
       (ADCRR00175502-00175511).

449.   Letters from Plaintiffs' counsel regarding ███████████████
       (ADCRR00175512-0017515).

450.  Letters from Plaintiffs' counsel regarding ███████████████ (ADCRR00175516-00175520).

451.  October 18, 2019 letter from Juliette Mueller and Corene Kendrick regarding ███████████████ Lewis – Rast (ADCRR00175521-00175522).

452.  December 5, 2017 letter from Corene Kendrick regarding ███████████, ██████████, Tucson – Manzanita (ADCRR0175523-00175524).

453.  December 5, 2017 letter from Corene Kendrick regardin ████████████ ██████████ Tucson – Rincon Health Unit (ADCRR00175525-00175527).

454.  April 23, 2021 letter from Juliette Mueller and Alison Hardy regarding ███████████████(ADCRR00175528-00175529).

455.  March 30, 2020 letter from Amber Norris and Alison Hardy regarding ████ ███████████, Florence – Central (ADCRR00175530-00175531).

456.  March 27, 2020 letter from Amber Norris and Alison Hardy regarding ████████████████ Florence – East (ADCRR00175532-00175535).

457.  January 15, 2021 letter from David Fathi regarding ██████████████ (ADCRR00175536-00175537).

458.  Letters from Plaintiffs' counsel regarding ███████████████ (ADCRR00175538 -00175580).

459.  January 30, 2019 letter from Amber Norris and Thomas Nosewicz regarding ██████████████Eyman – Meadows (ADCRR00175581-00175585).

460.  Letters from Plaintiffs' counsel regarding ████████████ (ADCRR00175586-00175596).

461.  Letters from Plaintiffs' counsel regarding ███████████████ (ADCRR00175597-00175602).

462.  April 8, 2020 letter from Corene Kendrick and Gabriela Pelsinger regarding ████████████████(ADCRR00175603-00175607).

463.  Letters from Plaintiffs' counsel regarding ██████████████ (ADCRR00175608-00175643).

464.  December 13, 2013 letter from Corene Kendrick regarding █████████ █████████ Eyman – Browning (ADCRR00175644-00175645).

465.  March 27, 2020 letter from Amber Norris and Corene Kendrick regarding █████████████████████ Florence – East (ADCRR00175646-00175649).

466.  Letters from Plaintiffs' counsel regarding ████████████████ █████████(ADCRR00175650-00175654).

467.  Letters from Plaintiffs' counsel regarding ████████████████ (ADCRR00175655-00175683).

468.  October 5, 2020 letter from David Fathi regarding ███████████ █████ ASPC-Perryville Santa Cruz (ADCRR00175684-00175688).

469.  January 3, 2018 letter from Rita Lomio and Sarah Hopkins regarding ████████████████████, Tucson – Rincon (ADCRR00175689-00175691).

470.  January 2, 2018 letter from Corene Kendrick regarding ███████████ ██████████, Tucson – Manzanita (ADCRR00175692-00175693).

471.  April 9, 2021 letter from Gabriela Pelsinger regarding ██████████ ██████████, Tucson – Whetstone (ADCRR00175691-00175696).

472.  August 27, 2019 letter from Amber Norris and Thomas Nosewicz regarding ████████████████████ Eyman – SMU I (ADCRR00175697-00175699).

473.  Letters from Plaintiffs' counsel regarding ████████████████ (ADCRR00175700-00175705).

474.  Letters from Plaintiffs' counsel regarding ███████████████ (ADCRR00175706-00175710).

475.  March 30, 2020 letter from Tania Amarillas and Rita Lomio regarding ████████████████████ Florence – South (ADCRR00175711-00175712).

476.  Letters from Plaintiffs' counsel regarding ███████████████████ (ADCRR00175713-00175752).

477. July 20, 2020 letter from Amber Norris and Corene Kendrick regarding ██████████████████ Eyman – Meadows (ADCRR00175753-00175755).

478. July 9, 2016 letter from Corene Kendrick regarding ████████████ Florence – South (ADCRR00175756-00175769).

479. Letters from Plaintiffs' counsel regarding ██████████████ (ADCRR00175770-00175782).

480. April 5, 2019 letter from Thomas Nosewicz regarding ████████████ ██████, Tucson – Rincon (ADCRR00175783-00175785).

481. October 8, 2019 letter from Gabriela Pelsinger and Corene Kendrick regarding ████████████████ Tucson – Manzanita (ADCRR00175786-00175787).

482. April 1, 2021 letter from Ilian Meza-Pena and Rita Lomio regarding ██ ████████████████ Lewis Bachman (ADCRR00175788-00175789).

483. Letters from Plaintiffs' counsel regarding ██████████████ (ADCRR00175790-00175800).

484. September 25, 2020 letter from Juliette Mueller and Corene Kendrick regarding ████████████████ Lewis – Rast (ADCRR00175801-00175802).

485. March 14, 2019 letter from David Fathi regarding ████████████ ████████, ASPC-Eyman, Meadows (ADCRR00175803-00175816).

486. December 11, 2015 letter from Alison Hardy regarding ADC Prisoners In Need of Immediate Care, relating to ██████████████ (ADCRR00175817-00175827).

487. July 21, 2017 letter from Corene Kendrick regarding ████████████ ██████ Safford – Tonto (ADCRR00175828-00175829).

488. March 25, 2019 letter from Corene Kendrick regarding ████████████ ██████████, Tucson – Rincon (ADCRR00175830-00175350).

489. June 2, 2020 letter from Amber Norris and Corene Kendrick regarding ████████████████, Perryville – Santa Cruz (ADCRR00175851-00175852).

490. February 4, 2020 letter from Tania Amarillas and Rita Lomio regarding  Florence – South (ADCRR00175853-00175854).

491. Letters from Plaintiffs' counsel regarding ████████████████ (ADCRR00175855-00175866).

492. Letters from Plaintiffs' counsel regarding ████████████████ (ADCRR00175867-00175869).

493. Letters from Plaintiffs' counsel regarding ████████████████ (ADCRR00175870-00175877).

494. January 29, 2019 letter from David Fathi regarding Patients in need of mental health/medical care relating to ████████████ (ADCRR00175878-00175879).

495. January 9, 2020 letter from Corene Kendrick regarding ██████████ Tucson – Rincon (ADCRR00175880-00175886).

496. July 13, 2018 letter from Tania Amarillas and Corene Kendrick regarding ████████████████ Yuma – Dakota (ADCRR00175887).

497. September 17, 2020 letter from David Fathi regarding ██████████ ADC No. ██████ ASPC-E SMU I CDU (ADCRR00175888-00175889).

498. February 14, 2020 letter from Amber Norris and Rita Lomio regarding ████ ██████████████, Eyman – Cook (ADCRR00175890-00175892).

499. July 8, 2019 letter from David Fathi regarding ████████████ ASPC-Perryville (ADCRR00175893-00175896).

500. September 13, 2018 letter from Corene Kendrick regarding ██████████ ██████████, Tucson – Rincon (ADCRR00175897-00175906).

501. December 20, 2018 letter from Tania Amarillas and Corene Kendrick regarding ████████████████ Florence – South (ADCRR00175907-00175909).

502. Letters from Plaintiffs' counsel regarding ████████████████ (ADCRR00175910-00175929).

503. April 26, 2019 letter from Amber Norris and Rita Lomio regarding ████ ████████████ Florence – Central (ADCRR00175930-00175931).

504.  September 18, 2020 letter from David Fathi regarding ███████████
      ███████ ASPC-T Santa Rita (ADCRR00175932-00175933).

505.  Letters from Plaintiffs' counsel regarding ████████████████
      (ADCRR00175934-00175943).

506.  Letters from Plaintiffs' counsel regarding ████████████████
      (ADCRR001759447-00175955).

507.  Letters from Plaintiffs' counsel regarding ██████████████
      ██████(ADCRR00175956-00175968).

508.  Letters from Plaintiffs' counsel regarding ████████████████
      (ADCRR00175969-00175970).

509.  Letters from Plaintiffs' counsel regarding ███████████████
      (ADCRR00175971-00175982).

510.  January 24, 2019 letter from Alison Hardy regarding ███████████
      ██████ Eyman – Browning (ADCRR00175983-00175984).

511.  Letters from Plaintiffs' counsel regarding ██████████████
      ██████(ADCRR00175985-00176000).

512.  January 2, 2019 letter from Tania Amarillas and Rita Lomio regarding
      █████████████████████ Florence – Central (ADCRR00176001-A

513.  August 19, 2019 letter from Amber Norris and Thomas Nosewicz regarding
      ████████████████████ Eyman – Meadows (ADCRR00176003-
      00176005).

514.  December 20, 2018 letter from Tania Amarillas and Rita Lomio regarding
      ████████████████████ Florence – Central (ADCRR00176006-
      00176007).

515.  April 1, 2020 letter from Ilian Meza-Pena and Alison Hardy regarding
      ████████████████████, Florence – Central (ADCRR00176008-
      00176012).

516.  July 29, 2019 letter from David Fathi regarding █████████████
      ██████ ASPC-Tucson (ADCRR00176013-00176034).

517.  Letters from Plaintiffs' counsel regarding ████████████████
      (ADCRR00176035 -00176040).

518. Letters from Plaintiffs' counsel regarding ███████████████
    (ADCRR00176041-00176045).

519. Letters from Plaintiffs' counsel regarding █████████████████
    (ADCRR00176046-00176050).

520. Letters from Plaintiffs' counsel regarding ███████████████
    (ADCRR00176051-00176054).

521. April 29, 2021 letter from Juliette Mueller and Alison Hardy regarding ████
    ████████████████, Lewis – Stiner (ADCRR00176055-00176056).

522. January 17, 2019 letter from Amber Norris and Corene Kendrick regarding
    ███████████████████████████Tucson – Rincon
    (ADCRR00176057-00176058).

523. May 17, 2019 letter from David Fathi relating to ██████████████████
    ██████(ADCRR00176059-00176073).

524. Letters from Plaintiffs' counsel regarding ████████████████
    (ADCRR00176074-00176079).

525. September 16, 2020 letter from Gabriela Pelsinger and Corene Kendrick
    regarding ████████████████████Tucson – Whetstone
    (ADCRR00176080-00176082).

526. February 2, 2021 letter from David Fathi regarding ████████████████
    ████████(ADCRR00176083-00176099).

527. Excerpted medical records for ████████████████████
    (ADCRR00210156-00210331).

528. Excerpted section 1.23 from Request for Proposal, Solicitation No.
    BMP003905, Inmate Correctional Healthcare (ADCRR00210336-
    00210342).

529. August 2021 Report of Chronic Care Patients (ADCRR00210343).

530. Summary of ADCRR Current Population (ADCRR00210344).

531. HEDIS Data Collection Methods (ADCRR00210345-00210346).

532. HEDIS Average of Most Recent A1C for Diabetic Patients
    (ADCRR00210347-00210350).

533.  HEDIS Average of Most Recent Blood Pressure Data for Cardiovascular/Hypertension Patients (ADCRR00210351).

534.  HEDIS Average of Most Recent Blood Pressure Data for Diabetic Patients (ADCRR00210352).

535.  Centurion HCV Treatment Up-Date, August 31, 2021 (ADCRR00210353-00210359).