# EXHIBIT 3

C

In re: Parsons et al v. Shinn et al.

**Confidential Report of Jacques Baillargeon, Ph.D.**

**Dated:  October 21, 2021**

C

I.      **Assignment**

I am submitting this report in connection with litigation concerning Parsons et al v. Shinn et al.  My report is focused on the methodology described in the report submitted by Dr. Todd Wilcox on the current medical care delivery system in the ADCRR.

II.     **Qualifications**

I am a Professor of Epidemiology with tenure and the Vice Chair for Education in the Department of Preventive Medicine and Population Health at the University of Texas Medical Branch in Galveston. I am the Director of Epidemiology and Outcomes Research in the Division of Correctional Managed Care and a Senior Epidemiologist in the Office of Biostatistics at the University of Texas Medical Branch. My CV is attached as Exhibit A.

Over the past 25 years, I have conducted a wide range of epidemiologic research studies.  An area of particular concentration has been correctional epidemiology and healthcare. I have published a total of 150 articles in peer-reviewed journals; on approximately one-third of these, I am the first author. Many of these studies have been published in high-impact journals. For example, I have been the first or senior author of articles published in *JAMA, JAMA Internal Medicine*, *Lancet, American Journal of Medicine, Clinical Infectious Diseases, American Journal of Psychiatry, Cancer, International Journal of Oncology,* and *Mayo Clinic Proceedings*. For the past 20 years, I have taught five graduate courses focused on epidemiology and research design. In addition, I have mentored over 25 graduate students and post-doctoral fellows in the fields of epidemiology. I have served as the principal investigator of five federally funded

grants and as a co-investigator of eight federally funded grants. I have served as a reviewer for several high-impact journals, including *JAMA, American Journal of Public Health, American Journal of Psychiatry, Annals of Epidemiology,* and *Cancer*.  A copy of my CV is attached.

### III.     Review by Dr Wilcox

In his review of the current health care delivery system of the ADCRR, Dr. Todd Wilcox examined 94 of 322 inmates who died in ADCRR custody from January 1, 2019, through September 26, 2021, with particular focus on the most recent deaths. Additionally, he reviewed the records of a select group of patients who had expressed concerns regarding the healthcare they had received.

To conduct a rigorous and representative analysis of the ADCRR health care system, it is critically important to select a random and representative sample of all inmates who received health care over the period of interest.  At a minimum, I would recommend examining a representative sample of a subset of inmates with known health conditions, such as chronic conditions. Focusing exclusively on inmates who died or who voiced complaints about their care while in custody would likely result in a biased assessment and would substantially limit one's ability to make any generalizable inferences about the healthcare received by the entire ADCRR population.

**IV.     Review by Dr Murray and Centurion Quality and Outcomes Group**

A chart review conducted by the Centurion Quality and Outcomes Group examined HEDIS scores, using eOMIS electronic health records, of all ADCRR inmates with diagnoses of hypertension, diabetes, and comorbid hypertension/diabetes who received a minimum of 6 months treatment in 2021.  HEDIS refers to a widely used set of performance measures in the managed care industry. HEDIS is managed by the National Committee for Quality Assurance (NCQA), a private, non-profit organization that accredits and certifies health care organizations.  HEDIS measures permit comparison of health plan performance to other plans and to national or regional benchmarks.  This recent review of HEDIS measures showed that ADCRR exceeded national community-based standards.

To confirm the HEDIS findings, Dr. Owen Murray and his team conducted an assessment of ADCRR data based on an approximate stratified random sample of 80 (10 inmates per unit). To identify their sample, Dr. Murray obtained a list of all inmates who attended the ADCRR chronic disease clinic for a minimum of 6 months in 2021. He then stratified this list by prison unit (8).  Next, within each prison unit, he stratified inmates by total number of chronic conditions (1, 2-3, 4-5, >5).  Within each stratum, he randomly selected 2 patients, for a total of 10 inmates per unit.  Although the overall sample size was small (n=80), the sampling approach is likely to have yielded a reasonable representative sample.