# EXHIBIT 4

# (REDACTED)

# Jane E. Leonardson, M.D.

▪Texas Medical License: J8069

## EDUCATION

**NORTHWESTERN UNIVERSITY DEPARTMENT OF MEDICINE** — Chicago, IL

- Residency – Internal Medicine-Primary Care Track — July 1988 - June 1991

**NORTHWESTERN UNIVERSITY-FEINBERG SCHOOL OF MEDICINE** — Chicago, IL

- Doctor of Medicine — September 1984 - June 1988

**AUGUSTANA COLLEGE** — Rock Island, IL

- Bachelor of Arts in Pre-Medical Studies, magna cum laude — September 1980 – June 1984

## CERTIFICATIONS

**AMERICAN BOARD OF PREVENTIVE MEDICINE/DIPLOMATE** — January 2016 - Current

- Specialty in Clinical Informatics

**AMERICAN BOARD OF INTERNAL MEDICINE/DIPLOMATE** — September 1991 - Current

**VILLANOVA UNIVERSITY LEAN SIX SIGMA GREEN BELT** — December 2012

## PROFESSIONAL WORK EXPERIENCE

**UTMB CORRECTIONAL MANAGED CARE** — Conroe, Texas

**Chief Medical Information Officer** — August 2014-present

- Director of EHR design and modification
    - Promote desired behavior by users
    - Allow data mining
    - Decrease user burnout
    - Improve legal defensibility of care
    - Promote patient safety
    - Prevent errors in patient care
    - Improve patient outcomes
- Prioritizer of IT projects to align with organizational needs
    - Report development
    - Dashboard development
- Liaison between IT group and leadership
- Medico-legal advisor for development of IT assets
- Process reviser and designer, using the support of the EHR and other IT assets

**Region III Interim Medical Director**

- Interim Director of healthcare at 25 prison sites in Southeastern Texas                    May 2013 – August 2014

**Region III Medical Director**

- Director of healthcare at 25 prison sites in Southeastern Texas                    August 2011 – May 2013

**Houston District Medical Director**                                                                  August 2010 – August 2011

- Director of healthcare at the 18 prison sites in the Houston area

**Medical Director, Pam Lychner State Jail/Joe Kegans State Jail**                    August 2001-June 2013

**Attending Physician, Pam Lychner State Jail/Joe Kegans State Jail**                    August 1995-August 2001

**LEGAL CONSULTING AGENCIES**                                                                  Various Locations, USA

**Medicolegal Consultant and Witness**                                                              April 2011 – Current

- Review charts involved in litigation
- Provide expert opinions and testimony as to the quality and constitutionality of healthcare in the correctional environment
- Conducts audits (onsite and through chart inspection) of Correctional Institutions to determine the level of compliance to standards and benchmarks

**UTMB CORRECTIONAL MANAGED CARE: EL PASO COUNTY JAIL**                    El Paso, TX

**Interim Medical Director**                                                                                  November 2015 – January 2016

- *Served as the EHR expert on site during the early implementation period*
- *Reviewed workflows and realigned them with EHR capabilities in conjunction with jail leadership*
- *Hired and trained nursing and medical personnel*

**U.S. ANTARCTIC PROGRAM/UTMB POLAR MEDICINE**                                McMurdo Station, Antarctica

**Lead Physician**                                                                                                    Sept. – Oct. 2014

- Provided healthcare for population of station
- Oversaw clinic staff at largest medical outpost on the continent

**CARLE CLINIC, DIVISION OF ADULT MEDICINE**                                              Bloomington, IL

**Attending Physician**                                                                                          July 1993 – December 1994

- Attended patients in the outpatient clinic and in 2 area hospitals

**COOK COUNTY DEPARTMENT OF CORRECTIONS**                                        Chicago, IL

**Attending Physician**                                                                                                    June 1991 – June 1993

- Provided medical care for patients in the Medical Dorm
- Chaired the QA Committee using Deming's principles
- Provided oversight of midlevel providers
- Served as teaching attending at Cook County Hospital

# COMMITTEES AND OTHER PROFESSIONAL ACTIVITIES_____

- Chair, Joint Electronic Health Record Working Group, Aug 2014-present
- Member, UTMB CMC Process Improvement Team, Aug. 2013 – Sept. 2014
- Member, UTMB CMC, TTUHSC, & TDCJ Pharmacy and Therapeutics Committee, Sept. 2012
- Member, UTMB CMC Physician Peer Review Committee, 2012 – 2014
- Supervisor of UTMB CMC virology clinics Centers of Excellence within the TDCJ prison system, 2012 – 2014
- Physician supervisor of UTMB CMC clinics providing physical medicine and rehabilitation, physical and occupational therapy, and orthotics and prosthetics services within the TDCJ prison system, 2012 – 2014
- Consultant and assistant in a NASA Glenn Research Center project aboard NASA's C-9 "Vomit Comet" microgravity aircraft to evaluate mixing intravenous fluids in a zero-G environment, 2007
- Physician advisor to UTMB CMC Communicable Infectious Disease Committee, 2007 – 2014
- Member, UTMB CMC Continuing Medical Education Committee, 2007 – 2009
- Principal physician advisor to UTMB CMC Electronic Medical Record Steering Committee, 1999-2014
- Member, UTMB CMC Corrective Action Teams for Labs, Cancer, Intake, and Electronic Medical Records, 2006 – 2007
- Member, UTMB CMC, TTUHSC, & TDCJ Mortality and Morbidity Committee, 2005 – 2008
- Instructor, Chicago City-Wide Colleges Physician Assistant Program, Chicago, Illinois, 1992
- Member, Cook County Tuberculosis Task Force, Chicago, Illinois, 1992 – 1993
- Teaching Attending Physician, Cook County Hospital, Department of Internal Medicine, Chicago, Illinois, 1991 – 1993
- Chair, Quality Assurance Committee, Cermak Health Services, Cook County Department of Corrections, Chicago, Illinois, 1991 – 1993

# PUBLICATIONS_____

Baillargeon J, Pulvino JS, Leonardson JE, Linthicum LC, Williams B, Penn J, Williams RS, Baillargeon G, Murray OJ. The changing epidemiology of HIV in the criminal justice system. International Journal of STDs & AIDS. [published online: April 27, 2017]

# POSTGRADUATE COURSES_____

**OREGON HEALTH & SCIENCE UNIVERSITY, SCHOOL OF MEDICINE, DEPARTMENT OF MEDICAL INFORMATICS & CLINICAL EPIDIMIOLOGY**

| | |
|---|---|
| 2016 | Clinical Research Informatics (BMI 523) |
| 2015 | Organizational Behavior and Management in Informatics (BMI 517) |
| 2015 | Project Management (BMI 518) |
| 2015 | Public Health Informatics (BMI 521) |
| 2014 | Clinical Information Systems (BMI 512) |

| | | |
|---|---|---|
| | 2014 | American Medical Informatics Association 10x10 with OHSU (Introduction to Biomedical and Health Informatics) |

**VILLANOVA UNIVERSITY**

| | | |
|---|---|---|
| | 2012 | Certification, Lean Six Sigma Green Belt |
| | 2013 | Certification, Lean Six Sigma |