# EXHIBIT 5

# (REDACTED)

# John S. Pulvino PA



**EXPERTISE AND ACHIEVEMENTS:**

- Currently provides an executive leadership role for The University of Texas Medical Branch Department of Correctional Managed Care (UTMB-CMC) in the development and operations of a university based correctional healthcare delivery system.
- Implemented a UTMB-CMC Department of Research and Clinical Outcomes recognized nationally as a leader in correctional clinical investigation. (See attached bibliography).
- Assisted in the design and start-up of an indigent healthcare model for the University of Texas Medical Branch resulting in decreased emergency department costs and increased health awareness in the indigent population.
- Assisted in the development and implementation of a system wide electronic medical record system for UTMB-CMC linking more than 90 freestanding prison clinics.
- Provided primary care to offender patients in the Texas prison system and county jails developing an excellent understanding of the unique practice environment and challenges within the correctional setting.

**PROFESSIONAL EXPERIENCE:**

*Ongoing*  Currently provide technical consulting services in the area of correctional health care delivery systems. Recent services through John Allen and Associates and OJM Consulting including the Vermont DOC, the District of Columbia DOC, and the California DOC.

*May 2009 to Present*  **The University of Texas Medical Branch**                                   Galveston, TX
<u>Senior Director of Quality, Research and Risk Management</u>

UTMB-CMC is one of the largest University based correctional healthcare system in the country with 3300 employees and 300 direct care providers in 90 clinics across eastern and southern Texas. The Senior Director of Quality and Research directs initiatives related to healthcare quality including identification of clinical outcomes, measurement systems and quality improvement processes. Since the inception of the program, CMC has successfully reached or surpassed industry and Medicare standards for clinical outcomes and has achieved accreditation by the American Correctional Association healthcare division. This position also directs the research activities of a senior epidemiologist, a senior biostatistician, a clinical technical writer and three data analysts in the publishing of articles designed to improve and extend patient health from prison into the public healthcare systems. CMC research has been highly prolific and is recognized as a leading authority in correctional studies. Additional responsibilities include leadership in the Lean Six Sigma performance improvement process.

.

| | | |
|---|---|---|
| *September 1993 to May 2009* | **University of Texas Medical Branch** <br> Senior Director of Outcomes, Research and Utilization Management | **Huntsville, TX** |

As a precursor to the currently held position, responsibilities included building the infrastructure for assessing clinical outcomes, implementing case management and infirmary management, and creating a liaison function between UTMB-CMC and the Texas Department of Criminal Justice, the state parole division and UTMB campus specialty services. Assisted in redesign activities associated with initiating managed care concepts including utilization management, offsite care management, and specialty services management. Integral in the research, selection, design and implementation of a system wide electronic medical record and data Management systems. This position required advanced knowledge of managed care concepts, proficiency in data systems and analysis, advanced communication and interpersonal skills and excellent leadership skills.

| | | |
|---|---|---|
| *July 1989 to August 1993* | **Texas Department of Corrections** <br> Clinical Systems Coordinator | **Huntsville, TX** |

Assisted the Medical Director for TDC in developing a review system for specialty consults and review of offsite hospitalizations. Assisted with legislative affairs through data collection and reporting. Represented health services in matters of security operations, patient transportation and offender assignments based on medical need. Designed a county based medical information sharing system through the Texas State Judges Association. Designed and implemented the initial infirmary bed management system. Expanded resources in preparation for an unprecedented offended population growth from 60,000 to more than 120,000. Assisted with the transition from a prison administered healthcare system to a university-based system. This transition was faced with enormous challenges requiring development of advanced communication and interpersonal skills.

| | | |
|---|---|---|
| *December 1986 to June 1989* | **Texas Department of Corrections** <br> Physician Assistant | **Huntsville, TX** |

Responsible for primary, acute and emergent care of offenders at the Eastham, Diagnostic and Walls units for TDC. Communicated with free world hospitals and specialty physicians arranging patient services as needed. Member of the facility quality management team. Advised security on housing and work assignments for offenders based on health related issues. Performed initial intake evaluations of offenders arriving from county jails. Served as infection control officer for these facilities.

**EDUCATION:**

| | | |
|---|---|---|
| *1985* | **The University of Texas Medical Branch** <br> Bachelor of Science Physician Assistant Studies | **Galveston, TX** |
| *1980* | **North Texas State University** <br> Bachelor of Science Biology | **Denton, TX** |

**LICENSES:**

- Texas physician assistant license: Texas State Board of Medical Examiners - license #PA00296

Attachment 1

**UTMB Correctional Managed Care
Department of Outcomes and Research
Division of Epidemiology and Outcomes**

**PUBLICATIONS**
August 2007 — Present

**Published Peer-Reviewed Journal Articles**

1. **Baillargeon J**, Soloway RD, **Paar D**, Giordano TP, **Murray O**, Grady J, Williams B, **Pulvino J**, **Raimer BG**. End-stage liver disease in a state prison population. <u>Annals of Epidemiology</u> 2007 Oct;17(10):808–813 [Epub: Aug 6, 2007].

2. **Baillargeon JG**, **Paar DP**, Wu H, Giordano TP, **Murray O**, **Raimer BG**, Avery EN, Diamond PM, **Pulvino JS**. Psychiatric disorders, HIV infection and HIV/hepatitis co-infection in the correctional setting. <u>AIDS Care</u> 2008 Jan;20 (1):124–129.

3. **Baillargeon J**, Thomas CR, Williams B, Begley CE, Sharma S, Pollock BH, **Murray OJ**, **Pulvino JS**, **Raimer B**. Medical emergency department utilization patterns among uninsured patients with psychiatric disorders. <u>Psychiatric Services</u> 2008 Jul;59(7):808–811.

4. **Baillargeon J**, **Paar D**, Giordano TP, Zachariah B, Rudkin LL, Wu ZH, **Raimer BG**. Emergency department usage by uninsured patients in Galveston County, Texas. <u>Baylor University Medical Center Proceedings</u> 2008 Jul;21(3):236–242.

5. **Paar D**, Bova C, **Baillargeon J**, Mazur W, Boly L. Infectious disease in correctional health care: Pursuing a research agenda. <u>Journal of Correctional Health Care</u> 2008 Oct;14(4):263–268.

6. **Baillargeon J**, Binswanger IA, **Penn JV**, Williams BA, **Murray OJ**. Psychiatric disorders and repeat incarcerations: the revolving prison door. <u>American Journal of Psychiatry</u> 2009 Jan;166(1):103–109. [Epub: Dec 1, 2008].

7. **Baillargeon J**, Snyder N, Soloway RD, **Paar D**, **Baillargeon G**, Spaulding AC, Pollock BH, Arcari CM, Williams BA, Raimer BG. Hepatocellular carcinoma prevalence and mortality in a state prison population. <u>Public Health Reports</u> 2009 Jan;124(1):120–126.

8. **Baillargeon J**, Giordano TP, Rich JD, Wu ZH, Wells K, Pollock BH, **Paar DP**. Accessing antiretroviral medication following release from prison. <u>Journal of the American Medical Association</u> 2009 Feb;301(8):848–857.

9. **Baillargeon J**, **Penn JV**, Thomas CR, Temple JR, **Baillargeon G**, **Murray OJ**. Psychiatric disorders and suicide in the nation's largest state prison system. <u>Journal of the American Academy of Psychiatry and the Law</u> 2009 Jun;37(2):188–193.

10. **Harzke AJ**, **Baillargeon J**, **Paar DP**, **Pulvino J**, **Murray OJ**. Chronic liver disease mortality among male prison inmates in Texas, 1989–2003. <u>American Journal of Gastroenterology</u> 2009 Jun;103(6):1412–1419 [Epub: Apr 21, 2009].

11. Williams BA, Lindquist K, Hill T, **Baillargeon J**, Mellow J, Greifinger R, Walter LC. Caregiving behind bars: Correctional officer reports of disability among geriatric prisoners. <u>Journal of the American Geriatrics Society</u> 2009 Jul;57(7):1286–1292.

12. **Harzke AJ**, **Baillargeon JG**, Goodman KJ, Pruitt SL. Liver cancer mortality among male prison inmates in Texas, 1992–2003. <u>Preventive Medicine</u> 2009 Jun;48(6):588–592 [Epub: Mar 13, 2009]

13. **Harzke AJ**, **Baillargeon JG**, Kelley MF, Diamond PM, Goodman KJ, **Paar DP**. HCV-related mortality among male prison inmates in Texas, 1994–2003. <u>Annals of Epidemiology</u> 2009 Aug;19(8):582–589 [Epub: May 13, 2009].

14. **Harzke AJ**, Goodman KJ, Mullen PD, **Baillargeon J**. Heterogeneity in hepatitis B virus (HBV) seroprevalence estimates from U.S. adult incarcerated populations. <u>Annals of Epidemiology</u> 2009 Sep;19(9):647–650. [Epub: July 11, 2009].

15. **Baillargeon J**, Williams BA, Mellow J, **Harzke AJ**, Hoge SK, **Baillargeon G**, Greifinger RB. Parole revocation among prison inmates with psychiatric and substance use disorders. <u>Psychiatric Services 2009 Nov;60(11):</u>1516–1521.

16. Williams BA, **Baillargeon JG**, Lindquist K, Walter LC, Covinsky KE, Whitson HE, Steinman MA. Medication prescribing practices for older prisoners in the Texas prison system. American Journal of Public Health [Epub ahead of print: Sep 17, 2009].

17. **Baillargeon J**, **Penn JV**, Knight K, **Harzke AJ**, **Baillargeon G**, Becker EA. Risk of reincarceration among prisoners with co-occurring severe mental Illness and substance use disorders. Administration and Policy in Mental Health [Epub ahead of print: Oct 29, 2009].

18. **Baillargeon JG**, Giordano TP, **Harzke AJ**, **Baillargeon G**, Rich JD, **Paar DP**. Enrollment in outpatient care among newly released prison inmates with HIV infection. Public Health Reports 2010;125(supplement 1):64–71.

19. Baillargeon J, Hoge SK, Penn JV. Addressing the challenge of community reentry among released inmates with serious mental illness. American Journal of Community Psychology. 24 September 2010

20. Baillargeon J, Hoge SK, Penn JV. Addressing the challenge of community reentry among released inmates with serious mental illness. American Journal of Community Psychology. 24 September 2010

21. **Baillargeon J**, Hoge SK, **Penn JV**. Addressing the challenge of community reentry among released inmates with serious mental illness. American Journal of Community Psychology. 24 September 2010

22. **Harzke AJ**, **Baillargeon J**, Pruitt SL, **Paar DP**, **Pulvino J**. Prevalence of chronic medical conditions among inmates in the Texas prison system. Journal of Urban Health. 2010 May;87(3):486-503.

23. **Baillargeon J**, Giordano TP, **Harzke AJ**, Spaulding AC, Wu ZH, Grady JJ, **Baillargeon G**, **Paar DP**. Predictors of reincarceration and disease progression among released HIV-infected inmates. AIDS Patient Care and STDs. 2010 Jun;24(6):389-94.

24. **Harzke AJ**, Goodman KJ, Mullen PD, **Baillargeon J**. Sources of heterogeneity in hepatitis B virus (HBV) seroprevalence estimates from U.S. adult incarcerated populations: A systematic review and meta-regression analysis. Ann Epidemiol. 2009 Sep; 19(9): 647–650.

**Other Publications**
1. **Murray OJ**, **Pulvino J**, **Baillargeon J**, **Paar D**, **Raimer BG**. Managing hepatitis C in our prisons: promises and challenges. CorrectCare 2007 Spring;21(2): 1, 16–17.

2. **Baillargeon J**, **Paar DP**, **Penn JV**. Psychiatric disorders and HIV/hepatitis coinfection. CorrDocs (Newsletter of the Society of Correctional Physicians) 2008 Summer;11(3):12.

3. **Baillargeon J**, **Penn JV**. Psychiatric disorders and repeat incarcerations: Is there an epidemic? [Reply to letter to the editor]. American Journal of Psychiatry 2009 Apr;166(4):490.

4. **Baillargeon J**. The revolving prison door: Psychiatric disorders and repeat incarceration. Abstracts of the XXXIst International Congress on Law and Mental Health. New York: New York University Law School, June 28 – July 3, 2009; page 356.

5. **Baillargeon J**, **Paar DP**, Rich JD. Treatment for individuals with HIV/AIDS following release from prison [Reply to letters to the editor]. Journal of the American Medical Association 2009 Jul;302(2):148.

6. **Harzke AJ**, **Baillargeon J**, Kelley MF, Pruitt SL, **Paar DP**. Leading causes of mortality among male prisoners in Texas, 1992–2003. Journal of Correctional Health Care.

7. Fazel S, **Baillargeon J**. The health of prisoners. Lancet 2011 Mar;(12):956-65.

8. Williams BA, McGuire J, Lindsay R, **Baillargeon J**, Stijacic I, Lee SJ, Kushel M. Coming home: Health status and homelessness risk of geriatric pre-release prisoners. Journal of General Internal Medicine 2010 Oct 25(10):1038-44.