# EXHIBIT 6

# Erin G. Freeman, PA-C

Physician Assistant

## Education

**Master of Medical Science in Physician Assistant Studies    January 2007 to May 2009**

Our Lady of the Lake College

- Physician Assistant National Certifying Exam score in 99th percentile

## Professional Experience

**Clinical Outcomes Specialist                                September 2021-present**

University of Texas Medical Branch Correctional Managed Care (CMC)

- Responsible for implementation of clinical best practices within the organization
- Review clinical referral patterns to identify areas for improvement
- Provide guidance as needed to the Utilization Review Specialist
- Collaborate with Information Services to assist with electronic process improvement
- Conduct and present reviews of inmate deaths as a member of the Morbidity and Mortality Committee

**Medical Consultant                                November 2017-September 2018**

J. Allen Associates Correctional Healthcare Management

- Conducted independent case reviews of healthcare services provided to inmates housed at the California Department of Corrections and Rehabilitation

**Utilization Review Specialist                                July 2017-September 2021**

University of Texas Medical Branch Correctional Managed Care (CMC)

- Reviewed all specialty referrals submitted from units within the organization
- Provided guidance to unit medical providers on appropriate imaging and specialist referrals for their patients
- Represented CMC at the ACA accreditation panel hearings

1

**Physician Assistant, Virology**                        **January 2016-July 2017**

University of Texas Medical Branch Correctional Managed Care (CMC)

- Treated inmates with HIV, Hepatitis B, and/or Hepatitis C via telehealth

- Ensured continuity of medical care by completing medical certifications for the Texas HIV Medication Program


**Physician Assistant, Correctional Unit Provider**          **October 2011 to January 2016**

University of Texas Medical Branch Correctional Managed Care (CMC)

- Provided medical care to inmates at the Ramsey units (2011-2016)

- Participated in the Correctional Managed Care Wound Care Committee


**Physician Assistant, Internal Medicine**               **August 2009 to September 2011**

Kalu I. Ogbonnaya, MD, PA

- Conducted house calls to geriatric patients and to patients residing at residential treatment centers


## Professional Affiliations and Certifications

- Texas Physician Assistant Licensure

- Physician Assistant Certification through the National Commission on Certification of Physician Assistants

- Lean Six Sigma Green Belt Certified

- CPR Certified

2