UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen; Dustin Brislan; Sonia Rodriguez; Ronald Slavin; Christina Verduzco; Jackie Thomas; Jeremy Smith; Stephen Swartz; Robert Gamez; Maryanne Chisholm; Jonathan Gonzalez, Desiree Licci; Joseph Hefner; Jason Johnson; Kendall Johnson; Joshua Polson; Laura Redmond; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>    Plaintiffs,<br><br>  v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>    Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DR. OWEN MURRAY'S WRITTEN DIRECT TESTIMONY** |

The Court, having reviewed Plaintiffs' Motion to Strike Portions of Dr. Owen Murray's Written Direct Testimony (Doc. _____), and good cause appearing,

IT IS ORDERED that Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED that:

1. Paragraphs 206, 1034, 1036, 1037, and 1038 of Dr. Murray's written direct testimony (Doc. 4201) be stricken in their entirety;

2. The last sentence of paragraph 1018 of Dr. Murray's written direct testimony (Doc. 4201) be stricken; and

1    3.   Dr. Murray may not offer oral direct testimony on the information contained in the stricken portions of his written direct testimony.