1  Victoria Lopez (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
            jkeenan@acluaz.org
5
   *Admitted under Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz,*
7  *Sonia Rodriguez, Christina Verduzco, Jackie Thomas,*
   *Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree*
8  *Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells,*
   *on behalf of themselves and all others similarly situated*
9  **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

10 Asim Dietrich (Bar No. 027927)
11 **ARIZONA CENTER FOR DISABILITY LAW**
   5025 East Washington Street, Suite 202
12 Phoenix, Arizona 85034
   Telephone: (602) 274-6287
13 Email: adietrich@azdisabilitylaw.org

   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**
15

16                    UNITED STATES DISTRICT COURT

17                        DISTRICT OF ARIZONA

| | |
|---|---|
| 18  Shawn Jensen; Dustin Brislan; Sonia Rodriguez; Ronald Slavin; Christina Verduzco; Jackie Thomas; Jeremy Smith; Stephen Swartz; Robert Gamez; Maryanne Chisholm; Jonathan Gonzalez, Desiree Licci; Joseph Hefner; Jason Johnson; Kendall Johnson; Joshua Polson; Laura Redmond; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF RITA K. LOMIO** |

I, Rita K. Lomio, hereby declare:

1.  I am an attorney licensed to practice before the courts of the State of California, and admitted to this Court *pro hac vice*. I am a staff attorney at the Prison Law Office, and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.  Attached hereto as **Exhibit A and filed under seal** is a true and correct copy of the Expert Report of Dr. Owen Murray, dated October 22, 2021.

3.  Attached hereto as **Exhibit B** are true and correct excerpts from the Deposition of Dr. Owen Murray, dated October 26, 2021.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of December, 2021, at Berkeley, California.

*/s Rita K. Lomio*
Rita K. Lomio

**Certificate of Service**

I hereby certify that on December 6, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

s/ Marie van Olffen

78204.0001\155006460.1

-2-