| | |
|---|---|
| 1 | Victoria Lopez (Bar No. 330042)* |
| | Jared G. Keenan (Bar No. 027068) |
| 2 | **ACLU FOUNDATION OF ARIZONA** |
| | 3707 North 7th Street, Suite 235 |
| 3 | Phoenix, Arizona 85013 |
| | Telephone: (602) 650-1854 |
| 4 | Email: vlopez@acluaz.org |
| | jkeenan@acluaz.org |
| 5 | *Admitted under Ariz. Sup. Ct. R. 38(d) |
| 6 | *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated* |
| 7 | |
| 8 | |
| 9 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** |
| 10 | Asim Dietrich (Bar No. 027927) |
| 11 | **ARIZONA CENTER FOR DISABILITY LAW** |
| | 5025 East Washington Street, Suite 202 |
| 12 | Phoenix, Arizona 85034 |
| | Telephone: (602) 274-6287 |
| 13 | Email: adietrich@azdisabilitylaw.org |
| 14 | *Attorneys for Plaintiff Arizona Center for Disability Law* |
| 15 | **[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]** |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen; Dustin Brislan; Sonia Rodriguez; Ronald Slavin; Christina Verduzco; Jackie Thomas; Jeremy Smith; Stephen Swartz; Robert Gamez; Maryanne Chisholm; Jonathan Gonzalez, Desiree Licci; Joseph Hefner; Jason Johnson; Kendall Johnson; Joshua Polson; Laura Redmond; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

1  Pursuant to LRCiv 5.6, Plaintiffs move this Court for an order directing the Clerk to file under seal Exhibit A to the Declaration of Rita K. Lomio in Support of Plaintiffs' Motion to Strike Portions of Dr. Owen Murray's Written Direct Testimony (Doc. 4201) because the exhibit contains confidential information that is protected from public disclosure by the Amended Protective Order (Doc. 454) entered in this case.

Dated: December 6, 2021

**PRISON LAW OFFICE**

By:   s/ Rita K. Lomio
    Donald Specter (Cal. 83925)*
    Alison Hardy (Cal. 135966)*
    Sara Norman (Cal. 189536)*
    Rita K. Lomio (Cal. 254501)*
    Sophie Hart (Cal. 321663)*
    1917 Fifth Street
    Berkeley, California 94710
    Telephone: (510) 280-2621
    Email:  dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com
           sophieh@prisonlaw.com

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
        jhgray@perkinscoie.com
        ayost@perkinscoie.com
        kworsham@perkinscoie.com
        kboughton@perkinscoie.com
        mcolby@perkinscoie.com
        ksoldati@perkinscoie.com
        docketphx@perkinscoie.com

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:   dfathi@aclu.org
         mmorris@aclu.org
         echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:   s/ Maya Abela |
| 4 |     Asim Dietrich (Bar No. 027927)<br>    5025 East Washington Street, Suite 202 |
| 5 |     Phoenix, Arizona 85034<br>    Telephone:  (602) 274-6287 |
| 6 |     Email:  adietrich@azdisabilitylaw.org |
| 7 |     Rose A. Daly-Rooney (Bar No. 015690)<br>    J.J. Rico (Bar No. 021292) |
| 8 |     Maya Abela (Bar No. 027232)<br>    **ARIZONA CENTER FOR** |
| 9 |     **DISABILITY LAW**<br>    177 North Church Avenue, Suite 800 |
| 10 |     Tucson, Arizona 85701<br>    Telephone:  (520) 327-9547 |
| 11 |     Email:<br>      rdalyrooney@azdisabilitylaw.org |
| 12 |       jrico@azdisabilitylaw.org<br>      mabela@azdisabilitylaw.org |
| 13 | *Attorneys for Arizona Center for Disability Law* |


**Certificate of Service**

I hereby certify that on December 6, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

s/ Marie van Olffen

78204.0001\155007821.1