UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen; Dustin Brislan; Sonia Rodriguez; Ronald Slavin; Christina Verduzco; Jackie Thomas; Jeremy Smith; Stephen Swartz; Robert Gamez; Maryanne Chisholm; Jonathan Gonzalez, Desiree Licci; Joseph Hefner; Jason Johnson; Kendall Johnson; Joshua Polson; Laura Redmond; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>            Plaintiffs,<br><br>   v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>            Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL** |

1   This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal,
2   hereby GRANTS the motion and instructs the clerk of the Court to seal the document as
3   set forth in the Motion:
4       • Exhibit A to the Declaration of Rita K. Lomio in Support of Plaintiffs'
5   Motion to Strike Portions of Dr. Owen Murray's Written Direct Testimony (Doc. 4201).