1

2

3

4

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8

| Shawn Jensen; Dustin Brislan; Sonia Rodriguez; Ronald Slavin; Christina Verduzco; Jackie Thomas; Jeremy Smith; Stephen Swartz; Robert Gamez; Maryanne Chisholm; Jonathan Gonzalez, Desiree Licci; Joseph Hefner; Jason Johnson; Kendall Johnson; Joshua Polson; Laura Redmond; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO STRIKE REBUTTAL WITNESS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

9

10

11

12

13

14

15

16

17

18

19

20

        The Court, having reviewed Defendants' Motion to Preclude Plaintiffs' Rebuttal

21

Witness (Doc. 4205), and good cause appearing,

22

        IT IS ORDERED that Defendants' Motion is DENIED.

23

24

25

26

27

28

78204.0001\155014281.1