1  Victoria Lopez (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
              jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia*
7  *Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy*
   *Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci,*
8  *Joseph Hefner, Joshua Polson, and Charlotte Wells, on*
   *behalf of themselves and all others similarly situated*
9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14 **[ADDITIONAL COUNSEL LISTED BELOW]**

15                  UNITED STATES DISTRICT COURT

16                       DISTRICT OF ARIZONA

17 | Shawn Jensen; Dustin Brislan; Sonia Rodriguez; | No. CV 12-00601-PHX-ROS |
   Ronald Slavin; Christina Verduzco; Jackie Thomas;
18 Jeremy Smith; Stephen Swartz; Robert Gamez;
   Maryanne Chisholm; Jonathan Gonzalez, Desiree  | **DECLARATION OF**
19 Licci; Joseph Hefner; Jason Johnson; Kendall     | **DANIEL C. BARR IN**
   Johnson; Joshua Polson; Laura Redmond; and      | **SUPPORT OF RESPONSE**
20 Charlotte Wells, on behalf of themselves and all | **TO DEFENDANTS' MOTION**
   others similarly situated; and Arizona Center for| **TO PRECLUDE**
21 Disability Law,                                  | **PLAINTIFFS' REBUTTAL**
                                                    | **WITNESS**
22                Plaintiffs,

23         v.

24 David Shinn, Director, Arizona Department of
   Corrections, Rehabilitation and Reentry; and Larry
25 Gann, Assistant Director, Medical Services Contract
   Monitoring Bureau, Arizona Department of
26 Corrections, Rehabilitation and Reentry, in their
   official capacities,
27
                  Defendants.
28

I, Daniel C. Barr, hereby declare:

1. I am an attorney licensed to practice in the State of Arizona. I am an attorney at Perkins Coie LLP, and an attorney of record for the plaintiff class in this case. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct excerpt of the rough transcript from the trial on the morning of November 16, 2021. The excerpt contains the testimony of David Shinn.

3. Attached hereto as **Exhibit B** is a true and correct copy of Defendants' revised witness schedule, dated November 17, 2021. This excerpt contains the testimony of Dr. Bobbie Pennington-Stallcup.

4. Attached hereto as **Exhibit C** is a true and correct excerpt of the rough transcript from the trial on the afternoon of November 16, 2021. This excerpt contains the testimony of Larry Gann.

5. Attached hereto as **Exhibit D** is a true and correct excerpt of the rough transcript from the trial on the afternoon of November 17, 2021. This excerpt contains the testimony of Dr. Pennington-Stallcup.

6. Attached hereto as **Exhibit E** is a true and correct excerpt of the rough transcript from the trial on the afternoon of November 18, 2021. This excerpt contains the testimony of Dr. Grant Phillips.

7. Attached hereto as **Exhibit F and filed under seal** is a true and correct copy of the Expert Report of Grant C. Phillips, M.D., dated October 22, 2021.

8. Attached hereto as **Exhibit G** is a true and correct excerpt of the rough transcript from the trial on the morning of November 3, 2021.

9. Attached hereto as **Exhibit H** is a true and correct excerpt of Defendants' Second Supplemental Pretrial Disclosure Statement, dated October 15, 2021.

10. Attached hereto as **Exhibit I** is a true and correct excerpt of the final transcript from the trial on the morning of November 19, 2021.

1    11.  Attached hereto as **Exhibit J** is a Curriculum Vitae of Catherine M. Knox MN, RN, CCHP-RN.

2    12.  Attached hereto as **Exhibit K** is an email dated December 1, 2021 from Dan Struck, attorney for Defendants.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of December, 2021 at Phoenix, Arizona.

                                            s/ Daniel C. Barr
                                            Daniel C. Barr

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

s/ Marie van Olffen

-3-

155012171.1