UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen; Dustin Brislan; Sonia Rodriguez; Ronald Slavin; Christina Verduzco; Jackie Thomas; Jeremy Smith; Stephen Swartz; Robert Gamez; Maryanne Chisholm; Jonathan Gonzalez, Desiree Licci; Joseph Hefner; Jason Johnson; Kendall Johnson; Joshua Polson; Laura Redmond; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>    Plaintiffs,<br><br> v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>    Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION IN LIMINE** |

  The Court, having reviewed Plaintiffs' Motion in Limine (Doc. _____), and good cause appearing,

  IT IS ORDERED that Plaintiffs' Motion is GRANTED;

  IT IS FURTHER ORDERED that: Plaintiffs Exhibits 1640, 1642, 1644, 1645, 1648, 1652, 1654, 1655, 1660, 1661, 1665-1667, 1669-1671, 1842, 1843, 1849, 1850, 1854-1858, 1860, 1867, 1870-1875, 1878, 1879, 1899-1914, 1925-1930, 1928, 1939, 1940, 1946, 1948-1950, 1951, 1954-1958, 1960-1962, 1968, 1971-1973 , and the as-yet

unnumbered documents related to suicide watch, which are Bates numbered ADCRR00236451-236485 shall be admitted into evidence.