DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**U.S. Senior United States District Judge:  Roslyn O. Silver    Date: December 7, 2021**

**Case Number: CV-12-00601-PHX-ROS**

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Alison Hardy | Rachel Love |
| | Corene Kendrick | Ashlee Hesman |
| | David Fathi | Timothy Ray |
| | Donald Specter | Daniel Struck |

### BENCH TRIAL-DAY FOURTEEN

8:40 a.m. Court is in session. Plaintiffs are not present. Defendant Larry Gann is present. Dr. Joseph Penn, previously sworn, resumes the stand and is further cross-examined. 9:50 a.m. Court stands in recess.

10:14 a.m. Court resumes. Same parties present. Dr. Joseph Penn is further cross-examined and questioned by the Court. Plaintiff's Exhibit 2403 is admitted over Defendant's objection. Portions of Exhibit 2190 are read into the record. Plaintiff's impeachment Exhibit 2404 is marked for identification. Plaintiff's Exhibit 2405 is admitted. 12:08 p.m. Court stands in recess.

1:09 p.m. Court resumes. Same parties present.  Dr. Joseph Penn is further cross-examined. 1:45 p.m. Court stands in recess.

1:59 p.m. Court resumes. Same parties present. Dr. Joseph Penn is further cross-examined, examined and questioned by the Court. Plaintiff's Exhibit 2201 is admitted, with the redactions stated on the record, over Defendant's objection. Defendant's Exhibits 3304-3325 are admitted over Defendant's objection. Dr. Owen Murray is sworn and examined. Argument heard regarding Defendant's Motion to Preclude Plaintiff's Rebuttal Witness (Doc. 4205). IT IS ORDERED granting Defendant's Motion to Preclude Plaintiff's Rebuttal Witness (Doc. 4205).

4:36 p.m. Court stands in recess until 8:30 a.m. on Wednesday, December 8, 2021.

Deputy Clerk: Molly Frasher
Court Reporter: Tricia Lyons (AM)
              Elva Cruz-Lauer (PM)                                    **Bench Tr: 6h 17m**