1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Shawn Jensen, et al.,

                        Plaintiffs,

     v.

David Shinn, et al.,

                     Defendants.

NO. CV-12-00601-PHX-ROS

**ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' EXPERTS' DECLARATIONS**

      The Court, having reviewed Defendants' Motion to Strike Portions of Plaintiffs' Experts' Declarations, and good cause appearing,

      IT IS ORDERED that Defendants' Motion to Strike is GRANTED. The inadmissible portions of Plaintiffs' experts' declarations are stricken.