DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**U.S. Senior United States District Judge: Roslyn O. Silver**    **Date: December 8, 2021**

**Case Number: CV-12-00601-PHX-ROS**

**Parsons et al v. Ryan et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Maya Abela | Timothy Bojanowski |
| | Alison Hardy | Rachel Love |
| | Sophie Hart | Timothy Ray |
| | Corene Kendrick | Daniel Struck |
| | David Fathi | |
| | Donald Specter | |

**BENCH TRIAL-DAY FIFTEEN**

8:37 a.m. Court is in session. Plaintiffs are not present. Defendant Larry Gann is present. Counsel argue re: Plaintiff's Motion to Strike (Doc. 4207). IT IS ORDERED granting in part and denying in part Plaintiff's Motion to Strike (Doc. 4207), as stated on the record. Dr. Owen Murray, previously sworn, is further examined. 9:47 a.m. Court stands in recess.

10:08 a.m. Court resumes. Same parties present. Dr. Owen Murray, previously sworn, is further examined, cross-examined and questioned by the Court. 11:18 a.m. Court stands in recess.

11:36 a.m. Dr. Owen Murray is cross-examined, examined, and questioned by the Court. 12:33 p.m. Court stands in recess.

1:37 p.m. Court resumes. Same parties present. Discussion held regarding Plaintiff's Exhibit 2166. Tom Dolan is sworn, examined, cross-examined, and questioned by the Court. Plaintiff's Exhibit 2166 is admitted over Defendant's objection. Grant Phillips, previously sworn, is examined and cross-examined. 3:51 p.m. Court stands in recess.

4:06 p.m. Court resumes. Same parties present. Grant Phillips is cross-examined and examined. As to Plaintiff's Motion in Limine (Doc. 4215) and Defendant's Motion to Strike Portions of Plaintiffs' Experts' Declarations (Doc. 4219), each party shall file a response to the opposing motion by **December 15, 2021** and a reply shall be filed by **December 20, 2021**. The parties shall advise the Court, in writing, no later than **December 15, 2021** whether or not there are any other disputes regarding exhibits. Responses, if necessary, shall be filed by **December 22, 2021**. Each party shall file simultaneous Findings of Fact and Conclusions of Law by **January 21, 2022**. Responses are due **February 11, 2022**. The Court will set oral argument, if necessary. Objections to deposition designations shall be filed by **December 15, 2021**. Responses shall be filed by **December 22, 2021**, and replies shall be filed by

**December 29, 2021**.

4:45 p.m. Court stands in recess.

 Deputy Clerk: Molly Frasher
 Court Reporter: Tricia Lyons (AM)
               Elva Cruz-Lauer (PM)     **Bench Tr: 6h 10m**