FILED ____ LODGED
RECEIVED ____ COPY
DEC 10 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Dec-7th, 2021

United States District Court

CV-12-601-PHX-ROS

Honorable Roselyn Silver

In the presiding Trial - Nov 1st 2021 - against the Centurion, medical provider, for Arizona Department of Corrections

Edward P Panks #195949 - from Mohave County CR-2011-00853, and Alhambra Reception, May 2nd 2012 - physical evaluation, and disabilitys Head injury Sept-29th 2007 - and CT-scan July 9th 2008, Maricopa Medical Center, Van Buren, Phoenix Az Neck-pain and X-rays Feb-2011- Beverly emerging center Kingman Az Lower back injury Oct-1998, X-rays in 2005- Alhambra Reception, center CR-2005-0377- Mohave county case, walk on crutches- 4½ yrs- due to right foot, circulation, from Hart condition, 500 miligram- F-B-propohene Needed for sleep Reason's, Been with out, now sense March 2021- medical neglect, is getting worse by the day, this Nov 1st trial- was needed to bring in new provider, for inmates

Edward P Panks Dec-7th 2021

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _jm_

NOV 24 '21 PM 5:22

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADC NUMBER/NÚMERO DE ADC | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| PARKS Edward F. | 195949 | 11-22-21 |

| CELL/BED NUMBER | UNIT/UNIDAD | P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADC |
|---|---|---|---|
| A-56 | 1 | 24402 | Whet-Tuc-AZ |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

## SECTION/SECCIÓN II

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médico  [ ] Dental  [X] FHA
[ ] Pharmacy/Farmacia  [ ] Mental Health/Salud Mental  [ ] Eyes/Ojos  [ ] Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

September 29th, provider visit, chronic clinic, I ask about new prescription for I-B-profiler, she's saying put HNR in, Oct-26th saw the telemed's nurse, she approved it, she will contact N-P Warren to order it, where is it.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee for the visit that I am herein requesting.

**INMATE SIGNATURE/FIRMA DEL PRISIONERO**
Edward F Parks         Nov-22nd 21

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III/SECCION III

**REFERRAL BY MEDICAL STAFF:** [ ] Medical  [ ] Dental  [ ] Pharmacy  [ ] FHA
[X] Pharmacy/Farmacia  [ ] Mental Health  [ ] Eyes  [ ] Other

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| jm | | NOV 24 '21 PM 5:22 |

## SECTION/SECCIÓN IV

**PLAN OF ACTION/PLAN DE ACCION**

Ibuprofen may be purchased through commissary

| STAFF SIGNATURE STAMP | DATE/FECHA | TIME/HORA |
|---|---|---|
| jm | | NOV 24 '21 PM 5:22 |

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución: White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisionero

1101-10ES
12/13/16

SECTION 4, HNR

EJ Parks 195949
A-S-P Tucson Whetstone
PO Box 24402 - Uucc
Tucson AZ 85734

Legal Mail

FILED ___ LODGED
RECEIVED ___ COPY

DEC 10 2021

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PHOENIX AZ 852
8 DEC 2021 PM 1 L

LEGAL MAIL

quadient
FIRST-CLASS MAIL
$000.53
12/08/2021 ZIP 85756
043M31213396
US POSTAGE

Honorable, Roslyn Silver
United States District Court
401 Washington St, Street 130
Phoenix Arizona, 85003-2118