1  Victoria Lopez (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
          jkeenan@acluaz.org
5
   *Admitted under Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
7

8

9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14

15 **[ADDITIONAL COUNSEL LISTED BELOW]**

16                UNITED STATES DISTRICT COURT

17                     DISTRICT OF ARIZONA

18 | Shawn Jensen, et al.; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
19 | | |
20 | Plaintiffs, | **DECLARATION OF DANIEL C. BARR IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO STRIKE PORTIONS OF PLAINTIFFS' EXPERTS' DECLARATIONS** |
21 | v. | |
22 | David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
23 | | |
24 | | |
25 | Defendants. | |

I, Daniel C. Barr, declare as follows:

1. I am an attorney licensed to practice in the State of Arizona. I am a Partner at Perkins Coie LLP, and I am an attorney of record for the plaintiff class in this case. If called as a witness, then I could and would testify competently to the facts stated below, all of which are within my personal knowledge.

2. Defendants noticed depositions for each of Plaintiffs' experts, including Robert Joy. I flew to Berkeley shortly before the date that Defendants noticed Mr. Joy's deposition in order to prepare Mr. Joy and to defend his deposition. After I had flown to Berkeley, Defendants cancelled Mr. Joy's deposition.

3. Attached as **Exhibit A** is a copy of an email that I received on October 18 from Defendants' counsel, cancelling Mr. Joy's deposition that was scheduled for the following day.

4. Attached as **Exhibit B** is a copy of an email that I received from Defendants' counsel, cancelling Dr. Stewart's and Dr. Haney's depositions.

5. Attached as **Exhibit C** is a copy of an email that I received from Defendants' counsel, cancelling Mr. Horn's deposition.

6. Attached as **Exhibit D** is a copy of an email that I received from Defendants' counsel, cancelling Dr. Wilcox's deposition.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December, 2021 in Phoenix, Arizona.

                                              s/ Daniel C. Barr
                                              Daniel C. Barr

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL** | Daniel C. Barr (Bar No. 010149) |
| 2 | | John H. Gray (Bar No. 028107) |
| | | Austin C. Yost (Bar No. 034602) |
| 3 | | Karl J. Worsham (Bar No. 035713) |
| | | Kathryn E. Boughton (Bar No. 036105) |
| 4 | | Mikaela N. Colby (Bar No. 035667) |
| | | Kelly Soldati (Bar No. 036727) |
| 5 | | Alisha Tarin-Herman (Bar No. 037040) |
| | | **PERKINS COIE LLP** |
| 6 | | 2901 N. Central Avenue, Suite 2000 |
| | | Phoenix, Arizona 85012 |
| 7 | | Telephone: (602) 351-8000 |
| | | Email:    dbarr@perkinscoie.com |
| 8 | | jhgray@perkinscoie.com |
| | | ayost@perkinscoie.com |
| 9 | | kworsham@perkinscoie.com |
| | | kboughton@perkinscoie.com |
| 10 | | mcolby@perkinscoie.com |
| | | ksoldati@perkinscoie.com |
| 11 | | atarinherman@perkinscoie.com |
| | | docketphx@perkinscoie.com |

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:    vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com
          sophieh@prisonlaw.com

*Admitted *pro hac vice*

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
        mmorris@aclu.org
        echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:  ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
   rdalyrooney@azdisabilitylaw.org
   mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**Certificate of Service**

I certify that, on December 15, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

                              s/ D. Freouf

-5-

155229493.1