# EXHIBIT A

| | |
|---|---|
| **From:** | Dan Struck <DStruck@strucklove.com> on behalf of Dan Struck |
| **Sent:** | Monday, October 18, 2021 11:24 AM |
| **To:** | Rita Lomio |
| **Cc:** | StruckLoveParsonsTeam; Parsons Trial; Parsons Case |
| **Subject:** | Robert Joy Deposition and Subpoena Duces Tecum. |

Rita,

After reviewing Mr. Joy's report and in light of the short period of time that we have to prepare for trial, we are not going to go forward with his deposition. We are not, however, releasing this witness with respect to the documents request via subpoena, and expect those documents to be produced tomorrow.

If you have any questions, please feel free to contact me.

Dan Struck

# **EXHIBIT B**

| | |
|---|---|
| **From:** | Dan Struck <DStruck@strucklove.com> on behalf of Dan Struck |
| **Sent:** | Tuesday, October 26, 2021 5:04 PM |
| **To:** | Rita Lomio; StruckLoveParsonsTeam |
| **Cc:** | Parsons Trial |
| **Subject:** | RE: Updated List of In-Custody Witness Appearances |

Rita,

We do not need to take the depositions of Craig Haney PhD, or Pablo Stewart, MD.  We are not releasing them from the SDT, however.  Please let me know if you have any questions.

Dan

# EXHIBIT C

| | |
|---|---|
| **From:** | Rachel Love <RLove@strucklove.com> on behalf of Rachel Love |
| **Sent:** | Sunday, October 24, 2021 8:45 AM |
| **To:** | Maria Morris |
| **Cc:** | Elaine Percevecz; Yvette Tepper; Corene Kendrick; Alison Hardy; David Fathi; Eunice Cho; Jessica Carns; Samantha Weaver; Maya Abela; Freouf, Delana (PHX); Jared Keenan; Casey Arellano; Gloria Torres; Don Specter; Rita Lomio; Amber Norris; Tania Amarillas; Ilian Meza-Pena; Gabriela Pelsinger; Juliette Mueller; Christina Gutierrez; Stemmler, Alexa (Perkins Coie); Lucy Rand; Ashlee Hesman; StruckLoveParsonsTeam |
| **Subject:** | Re: Parsons v. Shinn - Defendants' Response to Plaintiffs Fourth Requests for Production |

Counsel,

We are cancelling Mr. Horn's deposition. He is still subject to the document subpoena, however. This email serves as the deposition cancellation.

Rachel

Sent from my iPhone

# EXHIBIT D

|         |                                                                                 |
|---------|---------------------------------------------------------------------------------|
| **From:**    | Dan Struck <DStruck@strucklove.com> on behalf of Dan Struck            |
| **Sent:**    | Wednesday, October 20, 2021 4:49 PM                                    |
| **To:**      | Rita Lomio; StruckLoveParsonsTeam                                      |
| **Cc:**      | Parsons Trial; Parsons Case                                            |
| **Subject:** | RE: Scheduling In-Custody Witnesses                                    |

Counsel,
]
Based upon our review of Todd Wilcox's report, we do not need to take his deposition tomorrow.  We are not releasing him from the SDT, and request that the documents be provided tomorrow.  We do want to put you on notice, though, that we will ask the court to strike any information included in the declarations that you are filing in court that were not included in their 26(a)(2)(B) reports.  Finally, both Dr. Stewart and Dr. Wilcox are fond of hyperbole, which is completely improper and has no place in their declarations.  If plaintiffs include any of this inflammatory language in their statements, we will move to strike that as well.

Dan



Daniel P. Struck
Attorney

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 W. Ray Road | Suite 300 | Chandler AZ 85226
p: 480.420.1601 | dstruck@strucklove.com | strucklove.com