Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**STIPULATIONS AND JOINT MOTION TO ADMIT EXHIBITS** |

The parties hereby jointly stipulate to and request the admission of the following exhibits:

1. Ex. 916
2. Ex. 917
3. Ex. 927
4. Ex. 929
5. Ex. 932
6. Ex. 938
7. Ex. 940
8. Ex. 945
9. Exs. 1001-1017
10. Ex. 1232
11. Exs. 1324-1325
12. Ex. 1356
13. Ex. 1358
14. Exs. 1365-1366
15. Exs. 1461-1488
16. Ex. 1491
17. Exs. 1493-1496
18. Exs. 1499-1502
19. Exs. 1505-1509
20. Exs. 1515, 1516, 1518-1522, 1524
21. Exs. 1531-1533
22. Exs. 1539-1541
23. Ex. 1543
24. Exs. 1552-1556
25. Exs. 1558-1568
26. Exs. 1600-1606

27. Exs. 1745-1795

28. Ex. 1976

29. Ex. 2012

30. Exs. 2374-2379

31. Ex. 3018

32. Ex. 3020

33. Ex. 3022

34. Ex. 3026

35. Ex. 3039

36. Ex. 3101-3105

37. Ex. 3112, 3114, 3116, 3118, 3120, 3122

38. Ex. 3438

39. Exs. 3441-3442

40. Ex. 3531

41. Ex. 3632

42. Ex. 3666

43. Ex. 3675

44. Ex. 4083

45. Ex. 4097

46. Ex. 4099

47. Ex. 4107

48. Ex. 4414

49. Ex. 5001

The parties further jointly stipulate to and request the admission of the following exhibits with modifications that have been agreed upon by the parties and will be provided to the Court forthwith upon the parties compiling and final approving the same:

1. Ex. 918, with the addition of medical records sent by Defendants to Plaintiffs on December 13, 2021

2. Ex. 919, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

3. Ex. 920, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

4. Ex. 921, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

5. Ex. 922, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

6. Ex. 923, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

7. Ex. 924, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

8. Ex. 925, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

9. Ex. 926, with the addition of medical records sent by Defendants to Plaintiffs on December 13, 2021

10. Ex. 928, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

11. Ex. 930, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

12. Ex. 931, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

13. Ex. 933, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

14. Ex. 936, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

15. Ex. 937, with the addition of medical records sent by Defendants to Plaintiffs on December 15, 2021

16. Ex. 939, except for the final six pages, which are Bates stamped PLTFS005582-87

17. Ex. 5454, except for PDF pages 170-177, 178-187, and 199-208

The parties further jointly stipulate to and request withdrawal of the following exhibits because they are duplicative of and less clear than several of the exhibits the parties are requesting to be admitted:

1. Exs. 3514-3517

2. Exs. 3520-3521

Based upon the Court's December 8, 2021 Minute Entry, Doc. 4220, the parties will file separate statements regarding any additional exhibits they seek to admit with a summary explanation of the basis for why each exhibit should be admitted, with any responses thereto filed by December 22, 2021.

1

2

Dated:  December 15, 2021

3

4

**STRUCK LOVE BOJANOWSKI
& ACEDO, PLC**

**ACLU NATIONAL PRISON
PROJECT**

5

By: s/ Rachel Love (by permission)

By:   s/ Maria V. Morris

6

7

8

9

10

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 W. Ray Road, Ste. 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Email: dstruck@strucklove.com
        rlove@strucklove.com
        tbojanowski@strucklove.com
        nacedo@strucklove.com

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

11

12

13

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

*Attorneys for Defendants Pratt and Shinn*

Corene Kendrick (Cal. 226642)*
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

14

15

16

*Admitted *pro hac vice*

17

18

19

20

21

22

23

24

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com
          sophieh@prisonlaw.com

25

*Admitted *pro hac vice*

26

27

28

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          jhgray@perkinscoie.com
          ayost@perkinscoie.com
          kworsham@perkinscoie.com
          kboughton@perkinscoie.com
          mcolby@perkinscoie.com
          ksoldati@perkinscoie.com
          atarinherman@perkinscoie.com
          docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    vlopez@acluaz.org
          jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

1

2

                **ARIZONA CENTER FOR DISABILITY LAW**

3

4

By:  s/ *Maya Abela*

      Asim Dietrich (Bar No. 027927)

5

      5025 East Washington Street, Suite 202
      Phoenix, Arizona 85034
      Telephone:  (602) 274-6287

6

      Email:    adietrich@azdisabilitylaw.org

7

      Rose A. Daly-Rooney (Bar No. 015690)
      Maya Abela (Bar No. 027232)

8

      **ARIZONA CENTER FOR DISABILITY LAW**
      177 North Church Avenue, Suite 800

9

      Tucson, Arizona 85701
      Telephone:  (520) 327-9547

10

      Email:
        rdalyrooney@azdisabilitylaw.org

11

        mabela@azdisabilitylaw.org

12

*Attorneys for Arizona Center for Disability Law*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on December 15, 2021, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

7

8

9

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

10

11

12

13

14

15

16

17

18

*Attorneys for Defendants*

19

20

*s/ Maria V. Morris*

21

22

23

24

25

26

27

28