UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br>Plaintiffs, <br><br>v. <br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br>Defendants. | No. CV 12-00601-PHX-ROS <br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION REGARDING ADMISSION OF EXHIBITS** |

The Court having reviewed the parties' Stipulation and Joint Motion to Admit Exhibits (Dkt. _____), and good cause appearing, IT IS ORDERED:

1. The following exhibits are admitted:

    a. Ex. 916

    b. Ex. 917

    c. Ex. 927

    d. Ex. 929

    e. Ex. 932

    f. Ex. 938

    g. Ex. 940

    h. Ex. 945

LEGAL23774493.1

| | | |
|---|---|---|
| 1 | i. | Exs. 1001-1017 |
| 2 | j. | Ex. 1232 |
| 3 | k. | Exs. 1324-1325 |
| 4 | l. | Ex. 1356 |
| 5 | m. | Ex. 1358 |
| 6 | n. | Exs. 1365-1366 |
| 7 | o. | Exs. 1461-1488 |
| 8 | p. | Ex. 1491 |
| 9 | q. | Exs. 1493-1496 |
| 10 | r. | Exs. 1499-1502 |
| 11 | s. | Exs. 1505-1509 |
| 12 | t. | Exs. 1515, 1516, 1518-1522, 1524 |
| 13 | u. | Exs. 1531-1533 |
| 14 | v. | Exs. 1539-1541 |
| 15 | w. | Ex. 1543 |
| 16 | x. | Exs. 1552-1556 |
| 17 | y. | Exs. 1558-1568 |
| 18 | z. | Exs. 1600-1606 |
| 19 | aa. | Exs. 1745-1795 |
| 20 | bb. | Ex. 1976 |
| 21 | cc. | Ex. 2012 |
| 22 | dd. | Exs. 2374-2379 |
| 23 | ee. | Ex. 3018 |
| 24 | ff. | Ex. 3020 |
| 25 | gg. | Ex. 3022 |
| 26 | hh. | Ex. 3026 |
| 27 | ii. | Ex. 3039 |
| 28 | jj. | Ex. 3101-3105 |

1  kk. Ex. 3112, 3114, 3116, 3118, 3120, 3122
2  ll.  Ex. 3438
3  mm.   Exs. 3441-3442
4  nn. Ex. 3531
5  oo. Ex. 3632
6  pp. Ex. 3666
7  qq. Ex. 3675
8  rr.  Ex. 4083
9  ss.  Ex. 4097
10  tt.  Ex. 4099
11  uu. Ex. 4107
12  vv. Ex. 4414
13  ww.   Ex. 5001
14  2.  The following revised exhibits are admitted:
15  a. Ex. 918, with the addition of medical records sent by Defendants to Plaintiffs on December 13, 2021
17  b. Ex. 919, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021
19  c. Ex. 920, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021
21  d. Ex. 921, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021
23  e. Ex. 922, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021
25  f. Ex. 923, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021
27  g. Ex. 924, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

      h. Ex. 925, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

      i. Ex. 926, with the addition of medical records sent by Defendants to Plaintiffs on December 13, 2021

      j. Ex. 928, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

      k. Ex. 930, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

      l. Ex. 931, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

      m. Ex. 933, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

      n. Ex. 936, with the addition of medical records sent by Defendants to Plaintiffs on December 14, 2021

      o. Ex. 937, with the addition of medical records sent by Defendants to Plaintiffs on December 15, 2021

      p. Ex. 939, except for the final six pages, which are Bates stamped PLTFS005582-87

      q. Ex. 5454, except for PDF pages 170-177, 178-187, and 199-208

3. The following previously admitted exhibits are withdrawn from the record:
      a. Exs. 3514-3517
      b. Exs. 3520-3521