Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
         jkeenan@acluaz.org

*Admitted under Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Victor Parsons; Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' MOTION IN LIMINE TO ADMIT EXHIBITS 556 AND 941** |

1  This Court encouraged the parties "to stipulate to the admissibility of evidence to expedite the completion of trial." Doc. 3931 at 2. The parties have reached agreement on the admission of a number of exhibits, identified in a stipulation and joint motion for admission filed today. The Court also directed the parties to advise the Court today if "there are any other disputes regarding exhibits," beyond those included in the pending motion in limine (Doc. 4215), and set a deadline of December 22, 2021, for any responses. Doc. 4220 at 1. Plaintiffs hereby seek the admission of two exhibits that Defendants would not agree to.

**Exhibit 556: September 2021, Arizona Auditor General's Performance Audit and Sunset Review of the Arizona Department of Corrections, Rehabilitation and Reentry, Report 21-119**

The Arizona Auditor General published the Performance Audit and Sunset Review (the "Audit"), marked as Exhibit 556, in September 2021. The Audit is relevant to claims made in the case and is directly responsive to testimony by Defendants' expert Dr. Joseph Penn.

Dr. Penn testified about the grievance process. Doc. 4172 at ¶ 106. Among other things, he testified that "[t]he CO IV Grievance Coordinator will … ensure a timely response, and ensure that all grievance records are directed to the Bureau." *Id.* The Audit directly contradicts this testimony. The Audit discusses significant problems with the grievance process. Ex. 556 at PLTFS001681-1682. According to the Audit, Defendants do not "have a reliable process for tracking and monitoring compliance with its time frames" at the facility level or centrally. *Id.* As a result, Defendants "cannot ensure that inmate grievance information, including time frames, is accurate, and without accurate information, cannot identify and address potential issues related to processing grievances within required time frames." *Id.* Defendants agreed with these findings. *Id.* at PLTFS001694.

1  The Audit is a self-authenticating public record under Federal Rule of Evidence 902(1). It bears the seal of the State of Arizona and is signed by the state's Auditor General. Ex. 556 at PLTFS001660.

The Audit also falls within the public records exception to the Hearsay Rule, Federal Rule of Evidence 803(8). It is a report of the activities of the Auditor General, namely an audit of the ADCRR, and it provides "factual findings from a legally authorized investigation." Fed. R. Evid. 803(8)(1). Defendants will be hard pressed to make a showing of lack of trustworthiness, as the document, on its face, indicates that they agree with its findings. Ex. 556 at PLTFS001694; *cf.* Fed. R. Evid. 803(8)(2).

**Exhibit 941: Excerpt of Electronic Medical Records for Class Member**

The parties have reached agreement on admission of medical record excerpts for a number of class members (*see, e.g.*, Exhibits 917-934, 936-940, 5001, 5037A, 5058A, 5060A, 5080A, 5120A, 5154A, 5157A, 5194A, 5204A, 5231A, 5454). The sole exception is Exhibit 941, which consists of medical record excerpts for a class member that are relevant to provision of language interpretation during healthcare encounters. Defendants have not objected to the relevance or general admissibility of these medical records. Instead, Defendants now state that they will stipulate to admission of that exhibit only if Plaintiffs add a medical record for the class member for a healthcare encounter held on December 7, 2021. That, of course, is well beyond the discovery cut-off date of October 15, 2021. And Defendants themselves successfully objected at trial to admission of medical records after that time:

> MR. FATHI: Okay. Let's go to his November 8th, 2021 encounter, which I believe is the most recent in the record.
>
> Your Honor, I move for admission of this entry as plaintiffs' next in order.
>
> MS. HESMAN: Objection, Your Honor, it's past the time for the discovery cut off.
>
> THE COURT: That's correct.

-2-

>     MR. FATHI: Okay. Let's go back to the list of encounters and we'll pick one that is not.
>
>     THE COURT: I am sure that the defendants would like for you to admit that, and then I can go back and admit everything beyond October 15th.
>
>     MS. HESMAN: No objection.
>
>     THE COURT: So we would be in trial for the next six months.

11/17/21 p.m. Tr. at 35:8-22.

Furthermore, Defendants disclosed the new medical record to Plaintiffs only yesterday, December 14, 2021, well after trial, two weeks after Plaintiffs informed Defendants that they intended to move the exhibit into evidence, and the day before the Court's deadline for admission of exhibits.

## Conclusion

This Court should admit Exhibits 556 and 941 into evidence.

| | | |
|---|---|---|
| 1 | Dated:  December 15, 2021 | **ACLU NATIONAL PRISON PROJECT** |
| 2 | | |
| 3 | | By:  s/ Maria V. Morris |

David David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
          mmorris@aclu.org
          echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

*Admitted *pro hac vice*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:    dbarr@perkinscoie.com
          jhgray@perkinscoie.com
          ayost@perkinscoie.com
          kworsham@perkinscoie.com
          kboughton@perkinscoie.com
          mcolby@perkinscoie.com
          ksoldati@perkinscoie.com
          atarinherman@perkinscoie.com
          docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:   vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted under Ariz. Sup. Ct. R. 38(d)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:   dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com
           sophieh@prisonlaw.com

*Admitted *pro hac vice.*

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By:   s/ Maya Abela |
| 4 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202 |
| 5 | Phoenix, Arizona 85034<br>Telephone: (602) 274-6287<br>Email: adietrich@azdisabilitylaw.org |
| 6 | |
| 7 | Rose A. Daly-Rooney (Bar No. 015690)<br>Maya Abela (Bar No. 027232) |
| 8 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone: (520) 327-9547<br>Email: |
| 11 |   rdalyrooney@azdisabilitylaw.org<br>  mabela@azdisabilitylaw.org |
| 12 | *Attorneys for Arizona Center for Disability Law* |

**Certificate of Service**

I hereby certify that on December 15, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　s/ Maria Morris