1 Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
2 Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
3 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
4 Chandler, Arizona 85226
Telephone: (480) 420-1600
5 Fax: (480) 420-1695
dstruck@strucklove.com
6 rlove@strucklove.com
tbojanowski@strucklove.com
7 nacedo@strucklove.com

8 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br><br>                    Plaintiffs,<br>v.<br>David Shinn, et al.,<br><br>                    Defendants. | NO. 2:12-cv-00601-ROS<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE (Doc. 4215)** |

Pursuant to LRCiv 5.6, Defendants move for an order directing the Clerk to file under seal the unredacted version of Exhibit 1 to Defendants' Response to Plaintiffs' Motion in Limine (Doc. 4215), as it contains confidential information that is protected from public disclosure by the Amended Protective Order entered in this case. (Dkt. 454.)

1  DATED this 15th day of December, 2021.

                                    STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                                    By /s/ Daniel P. Struck
                                       Daniel P. Struck
                                       Rachel Love
                                       Timothy J. Bojanowski
                                       Nicholas D. Acedo
                                       3100 West Ray Road, Suite 300
                                       Chandler, Arizona 85226

                                       *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

1   I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/   Daniel P. Struck