1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12- 00601-PHX-ROS |
| Plaintiffs, | |
| v. | |
| David Shinn, et al., | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 1 TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION IN LIMINE (Doc. 4215)** |
| Defendants. | |

The Court, having reviewed Defendants' Motion for Leave to File Under Seal, and good cause appearing,

IT IS ORDERED that the Motion for Leave to File Under Seal is GRANTED.

IT IS FURTHER ORDERED directing the Clerk's Office to file under seal Exhibit 1 to Defendants' Response to Plaintiffs' Motion in Limine (Doc. 4215).