Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
            jkeenan@acluaz.org

*Admitted under Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED BELOW]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED BELOW]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.; and Arizona Center for Disability Law,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>　　　　　　Defendants. | No. CV 12-00601-PHX-ROS<br><br>**DECLARATION OF DAVID C. FATHI** |

I, DAVID C. FATHI, DECLARE:

1. I am an attorney licensed to practice before the courts of the state of Washington and admitted *pro hac vice* in this matter, in which I serve as co-lead counsel for the plaintiff class.

2. Attached hereto as **Exhibit 1** is a November 10-13, 2021 email exchange between Defendants' counsel Ashlee Hesman and myself, regarding Plaintiffs' request for Defendants' portion of a discovery dispute statement, and Defendants' initial refusal to provide their portion.

3. On November 16, 2021, the Court ordered Defendants to produce documents regarding length of stay on mental health watch no later than noon on November 17. [Doc. 4178 at 2] Defendants produced some responsive documents, Bates numbered ADCRR00236451-485, shortly before noon on November 17.

4. The documents were produced in Excel spreadsheet format. Immediately upon receiving the documents, I worked with Perkins Coie ESS Project Manager Charles Campbell to download and print the documents. These documents, as produced by Defendants on November 17 and printed the same day, are attached hereto as **Exhibit 2** and **filed under seal**. We were unable to print pages ADCRR00236475-78 and ADCRR00236481 on November 17; those pages are accordingly not attached.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of December, 2021, at Washington, D.C.

s/ David C. Fathi
David C. Fathi

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | David C. Fathi (Wash. 24893)* |
| 2 | | Maria V. Morris (D.C. 1697904)** |
| | | Eunice Hyunhye Cho (Wash. 53711)* |

**ADDITIONAL COUNSEL:**

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
        mmorris@aclu.org
        echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:  ckendrick@aclu.org

*Admitted *pro hac vice*

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
        ahardy@prisonlaw.com
        snorman@prisonlaw.com
        rlomio@prisonlaw.com
        sophieh@prisonlaw.com

*Admitted *pro hac vice*

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted under Ariz. Sup. Ct. R. 38(d)

|   |   |
|---|---|
| 1 | Daniel C. Barr (Bar No. 010149) |
| 2 | John H. Gray (Bar No. 028107) |
|   | Austin C. Yost (Bar No. 034602) |
| 3 | Karl J. Worsham (Bar No. 035713) |
|   | Kathryn E. Boughton (Bar No. 036105) |
| 4 | Mikaela N. Colby (Bar No. 035667) |
|   | Kelly Soldati (Bar No. 036727) |
| 5 | Alisha Tarin-Herman (Bar No. 037040) |

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
     jhgray@perkinscoie.com
     ayost@perkinscoie.com
     kworsham@perkinscoie.com
     kboughton@perkinscoie.com
     mcolby@perkinscoie.com
     ksoldati@perkinscoie.com
     atarinherman@perkinscoie.com
     docketphx@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone: (520) 327-9547
Email:
  rdalyrooney@azdisabilitylaw.org
  mabela@azdisabilitylaw.org

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:   adietrich@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

          s/ D. Freouf

155315419.1