**Index of Exhibits to the Declaration of David C. Fathi**

| Exhibit | Description |
|---------|-------------|
| 1 | November 10-13, 2021 email exchange between Defendants' counsel Ashlee Hesman and Plaintiffs' counsel David Fathi |
| 2 | Documents ADCRR00236451-485 produced by Defendants (Filed Under Seal) |

EXHIBIT 1

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Saturday, November 13, 2021 4:05 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>; StruckLoveParsonsTeam
<StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** Re: Plaintiffs' RFP 21 - length of stay on suicide watch

Ashlee:

The portion of Plaintiffs' statement describing the dispute complies with the fourteen-line limit; the remainder of the text consists of relevant quotations from Plaintiffs' request, Defendants' objections, and Dr. Platt's testimony, which are essential to present the dispute to the Court.

Moreover, we note that Defendants have routinely exceeded the fourteen-line limit in their portion of discovery dispute statements:

**Doc. 3979 (9/16/21)**
Dispute # 1
Plaintiffs' statement – 21 lines
Defendants' statement – 40 lines

Dispute # 2
Plaintiffs' statement – 10 lines
Defendants' statement – 41 lines

**Doc. 4009 (9/29/21)**
Plaintiffs' statement – 14 lines
Defendants' statement -32 lines

**Doc. 4011 (10/1/21)**
Defendants' statement – 30 lines
Plaintiffs' statement – 27 lines

**Doc. 4126 (11/1/21)**
Plaintiffs' statement – 26 lines
Defendants' statement – 29 lines

We are puzzled by your new-found concern for strict compliance with this rule.

Please provide your portion of the statement no later than **10 a.m. Arizona time on Sunday, November 14.**  If we have not received your portion by then, we will submit our portion to the Court and note your refusal to participate in the process.  *See* **Doc. 3556 at 1-2:**

"The Court must begin with disabusing Defendants of the belief that they alone can decide what constitutes a discovery dispute and independently choose whether to participate in the Court's

process. […] The Court will not be diverted from the substance of this dispute, but both sides are advised they *must* cooperate in the submission of future disputes." (emphasis in original)

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
Pronouns: he, him, his

*Not admitted in DC; practice limited to federal courts

---

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Saturday, November 13, 2021 2:57 PM
**To:** David Fathi <dfathi@aclu.org>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** RE: Plaintiffs' RFP 21 - length of stay on suicide watch

David,

Plaintiffs' position does not comply with the Court's discovery dispute process which states the "joint statement is not to exceed 14 lines per issue for each party unless an enlargement has been approved by the Court."  Once Plaintiffs provide a statement that complies with this requirement, we will provide our position.

Thanks,

Ashlee
**From:** David Fathi <dfathi@aclu.org>
**Sent:** Saturday, November 13, 2021 7:43 AM
**To:** Ashlee Hesman <ahesman@strucklove.com>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** Re: Plaintiffs' RFP 21 - length of stay on suicide watch

Ashlee,

May we please have Defendants' portion of this statement of discovery dispute?

Thank you.

David C. Fathi*
Director, ACLU National Prison Project

915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
Pronouns: he, him, his

*Not admitted in DC; practice limited to federal courts

---

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Wednesday, November 10, 2021 7:20 PM
**To:** Ashlee Hesman <ahesman@strucklove.com>; StruckLoveParsonsTeam
<StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** Re: Plaintiffs' RFP 21 - length of stay on suicide watch

Thank you.  Attached is Plaintiffs' statement of discovery dispute; please provide Defendants'
portion as soon as possible.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
Pronouns: he, him, his

*Not admitted in DC; practice limited to federal courts

---

**From:** Ashlee Hesman <ahesman@strucklove.com>
**Sent:** Wednesday, November 10, 2021 6:17 PM
**To:** David Fathi <dfathi@aclu.org>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** RE: Plaintiffs' RFP 21 - length of stay on suicide watch

David,

Defendants have produced documents that are "sufficient to show" the information requested in RFP
21.  The additional documents Dr. Platt referenced in her deposition and trial testimony are not
responsive to Plaintiffs' request.

Thanks,

Ashlee

**From:** Ashlee Hesman
**Sent:** Wednesday, November 10, 2021 6:52 AM
**To:** David Fathi <dfathi@aclu.org>; StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** RE: Plaintiffs' RFP 21 - length of stay on suicide watch

Hi David,

We believe we have satisfied our obligations with respect to responding to Plaintiffs' RFP 21, but I will have a formal response to you later today.

Thanks,

Ashlee
**From:** David Fathi <dfathi@aclu.org>
**Sent:** Tuesday, November 9, 2021 2:38 PM
**To:** StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** Re: Plaintiffs' RFP 21 - length of stay on suicide watch

Counsel:

May we please have a response to this request?

Thank you.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
Pronouns: he, him, his

*Not admitted in DC; practice limited to federal courts

---

**From:** David Fathi <dfathi@aclu.org>
**Sent:** Monday, November 8, 2021 11:34 AM
**To:** StruckLoveParsonsTeam <StruckLoveParsonsTeam@strucklove.com>
**Cc:** Parsons Trial <ParsonsTrial@aclu.org>
**Subject:** Plaintiffs' RFP 21 - length of stay on suicide watch

Counsel:

In their Request for Production No. 21 (attached), Plaintiffs sought:

"For each ASPC, DOCUMENTS SUFFICIENT TO SHOW, for the period from January 1, 2020, to the present, the number of people placed on MENTAL HEALTH WATCH, the total number of days for each person was placed on MENTAL HEALTH WATCH, and the mean, median and maximum duration length of stay on MENTAL HEALTH WATCHES."

Defendants responded:

"OBJECTION: This request is overbroad, unduly burdensome, and not proportional to the needs of the case as it would require an individual review of every inmate's file (many of whom may have been on watch multiple times during a month) who was placed on watch for a nearly two-year time period and would require Defendants to create a document which Rule 34 does not require. Without waiving these objections, see Defendants' Response to Request for Production 21 [sic]."

The documents produced in response to RFP 20 were "Mental Health Watch logs for each ASPC watch unit and other housing locations from January 1, 2020 to the present."

However, on November 5, Dr. Platt testified that ADCRR and Centurion began tracking length of stay on suicide/mental health watch in November or December 2020.  Thus, it appears that documents responsive to Plaintiffs' RFP 21 existed at the time of Defendants' response.

Please produce all documents responsive to RFP 21 no later than Friday, November 12, so that they are available for cross-examination of Defendants' witnesses the week of November 15.

Thanks very much.

David C. Fathi*
Director, ACLU National Prison Project
915 15th St. N.W., 7th Floor
Washington, DC  20005
(202) 548-6603
dfathi@aclu.org
@DavidCFathi
Pronouns: he, him, his

*Not admitted in DC; practice limited to federal courts

This electronic mail transmission contains information from the law firm Struck Love Bojanowski & Acedo, PLC that may be confidential or privileged. Such information is solely for the intended recipient, and use by any other party is not authorized. If you are not the intended recipient, be aware that any disclosure,

copying, distribution or use of this message, its contents or any attachments is prohibited. Any wrongful interception of this message is punishable as a Federal Crime. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this message in error, please notify the sender immediately by telephone (480) 420-1600. Thank you.

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

# EXHIBIT 2

**FILED UNDER SEAL**

=MID(CELL("filename"),SEARCH("[",CELL("filename"))+1, SEARCH("]",CELL("filename"))-SEARCH("[",CELL("filename"))-1)

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | | DAYS ON WATCH | CURRENT COMPLEX |
|-------|-------------|-----------------------------------------------|-----------|---------------|-----------------|
|       |             | 12/25/2020 | 1/20/2021 | 26 | EYMAN |
|       |             | 1/3/2021 | 1/20/2021 | 17 | EYMAN |
|       |             |  |  |  |  |
|       | #N/A | 12/4/2020 | 1/20/2021 | 47 | FLORENCE |
|       |             | 12/4/2020 | 1/20/2021 | 47 | FLORENCE |
|       |             | 10/23/2020 | 1/20/2021 | 89 | FLORENCE |
|       |             |  |  | 0 |  |
|       |             | 10/15/2020 | 1/20/2021 | 97 | LEWIS |
|       |             | 12/3/2020 | 1/20/2021 | 48 | LEWIS |
|       |             |  |  |  |  |
|       |             | 1/5/2021 | 1/20/2021 | 15 | TUCSON |
|       |             | 1/4/2021 | 1/20/2021 | 16 | TUCSON |
|       |             | 12/30/2020 | 1/20/2021 | 21 | TUCSON |
|       |             | 12/19/2020 | 1/20/2021 | 32 | TUCSON |

ADCRR00236451 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| ███████ | | 05/25/21 | 22 | Eyman | |
| | | | | | |
| ███████ | | 04/21/21 | 56 | Lewis | |
| | | 05/18/21 | 29 | Lewis | |
| | | 05/20/21 | 27 | Lewis | |
| | | 05/24/21 | 23 | Lewis | |
| | | | | | |
| ███████ | | 05/21/21 | 26 | Phoenix | |
| | | | | | |
| ███████ | | 05/18/21 | 29 | Perryville | |
| | | | | | |
| ███████ | | 05/06/21 | 41 | Tucson | |
| | | | | | |
| ███████ | | 06/01/21 | 15 | Yuma | |

ADCRR00236452 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | CURRENT COMPLEX |
|-------|-------------|------------------------------------------------|---------------|-----------------|
| ██████ | ████████████ | 10/15/2020 | 105 | LEWIS |
| | | 12/3/2020 | 56 | LEWIS |
| | | | | |
| ██████ | ████████████ | 1/7/2021 | 21 | PERRYVILLE |
| | | | | |
| ██████ | ████████████ | 1/4/2021 | 24 | TUCSON |
| | | 1/5/2021 | 23 | TUCSON |
| | | 1/14/2021 | 14 | TUCSON |

ADCRR00236453 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | | DAYS ON WATCH | CURRENT COMPLEX |
|---|---|---|---|---|---|
| | | 1/19/2021 | 2/4/2021 | 16 | Florence |
| | | | | | |
| | | 12/3/2020 | 2/4/2021 | 63 | Lewis |
| | | 1/15/2021 | 2/4/2021 | 20 | Lewis |
| | | 1/17/2021 | 2/4/2021 | 18 | Lewis |
| | | 1/19/2021 | 2/4/2021 | 16 | Lewis |
| | | | 2/4/2021 | | |
| | | 1/19/2021 | 2/4/2021 | 16 | Perryville |
| | | | | | |
| | | 1/5/2021 | 2/4/2021 | 30 | Tucson |
| | | 1/21/2021 | 2/4/2021 | 14 | Tucson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ADCRR00236454 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | CURRENT COMPLEX |
|---|---|---|---|---|
| ██████████ | | 01/27/21 | 14 | Perryville |
| | | | | |
| ██████████ | | 12/3/2020 | 69 | Lewis |
| ██████████ | | 1/22/2021 | 19 | Lewis |
| | | | | |
| ██████████ | | 1/21/2021 | 20 | Tucson |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ADCRR00236455 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | | DAYS ON WATCH | CURRENT COMPLEX |
|---|---|---|---|---|---|
| ███ | | 01/29/21 | 02/17/21 | 19 | Eyman |
| | | | | | |
| ███ | | 12/3/2020 | 02/17/21 | 76 | Lewis |
| | | 1/22/2021 | 02/17/21 | 26 | Lewis |
| | | | | | |
| ███ | | 1/27/2021 | 02/17/21 | 21 | Perryville |
| | | 2/2/2021 | 02/17/21 | 15 | Perryville |
| | | 2/3/2021 | 02/17/21 | 14 | Perryville |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ADCRR00236456 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer in On Watch Date | days on watch | CURRENT COMPLEX |
|---|---|---|---|---|
| ▮ | ▮ | 2/22/2021 | 16 | Lewis |
| | | | | |
| ▮ | ▮ | 2/3/2021 | 35 | Perryville |
| ▮ | | 2/24/2021 | 14 | Perryville |
| | | | | |
| ▮ | ▮ | 2/22/2021 | 16 | Yuma |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ADCRR00236457 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| ███████ | | 2/3/2021 | 51 | Perryville | Currently on a CSW |

ADCRR00236458 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| | | 3/17/2021 | 14 | Florence | Out ot the Hospital since 3/20/21 |
| | | | | | |
| | | 2/3/2021 | 56 | Perryville | On a CSW |

ADCRR00236459 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
|  |  | 03/17/21 | 21 | Florence |  |
|  |  | 03/17/21 | 21 | Florence |  |
|  |  |  |  |  |  |
|  |  | 3/19/2021 | 19 | Lewis |  |
|  |  | 3/24/2021 | 14 | Lewis |  |
|  |  |  |  |  |  |
|  |  | 02/03/21 | 63 | Perryville | Still on CSW |
|  |  |  |  |  |  |
|  |  | 03/24/21 | 14 | Yuma |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

ADCRR00236460 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| | | 03/26/21 | 19 | Florence | |
| | | 03/30/21 | 15 | Florence | |
| | | | | | |
| | | 3/30/2021 | 15 | Tucson | |
| | | 3/24/2021 | 21 | Tucson | |
| | | | | | |
| | | 03/24/21 | 21 | Yuma | |

ADCRR00236461 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|---|
| | | 04/01/21 | 04/21/21 | 20 | Lewis | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ADCRR00236462 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | Watch level | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|-------|-------------|-----------------------------------------------|-------------|---------------|-----------------|----------|
|  |  | 04/14/21 | 30 | 15 | Eyman |  |
|  |  |  |  | 0 |  |  |
|  |  | 04/15/21 | CSW | 14 | Phoenix |  |
|  |  |  |  | 0 |  |  |
|  |  | 04/13/21 | 10 | 16 | Tucson |  |
|  |  | 03/30/21 | 30 | 30 | Tucson |  |
|  |  | 03/24/21 | 30 | 36 | Tucson |  |

ADCRR00236463 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | Watch level | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|---|
| | | 04/14/21 | 30 | 28 | Eyman | |
| | | | | | | |
| | | 04/20/21 | N/A | 22 | Florence | Out ot the Hospital |
| | | | | | | |
| | | 04/21/21 | 10 | 21 | Lewis | |
| | | | | | | |
| | | 04/15/21 | 30 | 27 | Phoenix | |
| | | | | | | |
| | | 03/30/21 | 30 | 43 | Tucson | |
| | | 04/24/21 | CSW | 18 | Tucson | Out ot the Hospital |

ADCRR00236464 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| | | 04/14/21 | 35 | Eyman | |
| | | 05/03/21 | 16 | Eyman | |
| | | 05/04/21 | 15 | Eyman | |
| | | | | | |
| | | 04/20/21 | 29 | Florence | Out ot the Hospital |
| | | | | | |
| | | 04/21/21 | 28 | Lewis | |
| | | | | | |
| | | 04/24/21 | 25 | Tucson | Out ot the Hospital |

ADCRR00236465 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | DAYS ON WATCH | | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|---|
| | | 05/06/21 | 20 | 5/26/2021 | Eyman | |
| | | | | | | |
| | | 04/20/21 | 36 | 5/26/2021 | Florence | Returned from the Hospital on 5/24 - CSW |
| | | 05/11/21 | 15 | 5/26/2021 | Florence | |
| | | | | | | |
| | | 05/12/21 | 14 | 5/26/2021 | Phoenix | |
| | | | | | | |
| | | 05/06/21 | 20 | 5/26/2021 | Tucson | |
| | | 05/07/21 | 19 | 5/26/2021 | Tucson | |
| | | 04/24/21 | 32 | 5/26/2021 | Tucson | Out to the Hospital |

ADCRR00236466 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| | | 05/06/21 | 27 | Eyman | |
| | | | | | |
| | | 04/20/21 | 43 | Florence | |
| | | 05/11/21 | 22 | Florence | out to court |
| | | | | | |
| | | 05/06/21 | 27 | Tucson | |
| | | 05/14/21 | 19 | Tucson | |
| | | 04/24/21 | 39 | Tucson | |
| | | | | | |
| | | 04/21/21 | 42 | Lewis | |
| | | 05/18/21 | 15 | Lewis | |
| | | | | | |
| | | 05/18/21 | 15 | Perryville | |

ADCRR00236467 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|-------|-------------|---------------------|---------------|-----------------|----------|
| | | 06/16/21 | 22 | Florence | |
| | | 06/16/21 | 22 | Florence | |
| | | 06/20/21 | 18 | Florence | |
| | | | | | |
| | | 05/20/21 | 49 | Lewis | |
| | | 06/21/21 | 17 | Lewis | |
| | | 06/24/21 | 14 | Lewis | |
| | | | | | |
| | | 06/01/21 | 37 | Yuma | |

ADCRR00236468 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| | | 06/27/21 | 17 | Eyman | |
| | | 06/27/21 | 17 | Eyman | |
| | | | | | |
| | | 06/16/21 | 28 | Florence | |
| | | 06/28/21 | 16 | Florence | Out to Hospital |
| | | 05/11/21 | 64 | Florence | Out to Court |
| | | | | | |
| | | 05/20/21 | 55 | Lewis | |
| | | 06/21/21 | 23 | Lewis | |
| | | 06/24/21 | 20 | Lewis | |
| | | 06/27/21 | 17 | Lewis | |

ADCRR00236469 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|---|
| | | 06/16/21 | 07/23/21 | 37 | Florence | |
| | | | | | | |
| | | 05/20/21 | 07/23/21 | 64 | Lewis | |
| | | 06/21/21 | 07/23/21 | 32 | Lewis | |
| | | 06/24/21 | 07/23/21 | 29 | Lewis | |
| | | 06/27/21 | 07/23/21 | 26 | Lewis | |
| | | 07/04/21 | 07/23/21 | 19 | Lewis | |
| | | | | | | |
| | | 07/09/21 | 07/23/21 | 14 | Perryville | |

ADCRR00236470 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| | | 07/13/21 | 17 | Florence | |
| | | 07/15/21 | 15 | Florence | |
| | | | | | |
| | | 05/20/21 | 71 | Lewis | |
| | | 06/24/21 | 36 | Lewis | |
| | | 07/04/21 | 26 | Lewis | |
| | | 07/13/21 | 17 | Lewis | |
| | | | | | |
| | | 07/09/21 | 21 | Phoenix | |

ADCRR00236471 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
|  |  | 07/15/21 | 27 | Florence |  |
|  |  | 07/24/21 | 18 | Florence |  |
|  |  |  |  |  |  |
|  |  | 05/20/21 | 83 | Lewis |  |
|  |  | 06/24/21 | 48 | Lewis |  |
|  |  | 07/04/21 | 38 | Lewis |  |
|  |  | 07/13/21 | 29 | Lewis |  |
|  |  | 07/27/21 | 15 | Lewis |  |
|  |  |  |  |  |  |
|  |  | 07/22/21 | 20 | Tucson |  |
|  |  |  |  |  |  |
|  |  | 07/25/21 | 17 | Yuma |  |
|  |  | 07/20/21 | 22 | Yuma |  |
|  |  | 07/25/21 | 17 | Yuma |  |
|  |  | 07/27/21 | 15 | Yuma |  |
|  |  | 07/27/21 | 15 | Yuma |  |

ADCRR00236472 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|-------|-------------|---------------------|---|---------------|-----------------|----------|
| | | 07/15/21 | 08/18/21 | 34 | Florence | |
| | | 07/31/21 | 08/18/21 | 18 | Florence | |
| | | | | | | |
| | | 07/27/21 | 08/18/21 | 22 | Lewis | |
| | | 07/30/21 | 08/18/21 | 19 | Lewis | |
| | | 07/29/21 | 08/18/21 | 20 | Lewis | |
| | | 08/04/21 | 08/18/21 | 14 | Lewis | |
| | | | | | | |

ADCRR00236473 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|
| ████ | ████████████ | 08/06/21 | 19 | Eyman | |
| | | | | | |
| ████ | █████████████ | 07/15/21 | 41 | Florence | |
| | | | | | |
| ████ | ███████████ | 07/29/21 | 27 | Lewis | |
| | | | | | |
| ████ | ██████████ | 07/30/21 | 26 | Phoenix | |
| | | 08/11/21 | 14 | Phoenix | |
| | | | | | |
| ████ | ████████ | 08/08/21 | 17 | Tucson | |
| | | | | | |

ADCRR00236474 - CONFIDENTIAL.xlsx

| ADC # | Inmate Name | Date Placed On Watch | | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|---|
| ██ | ██████ | 08/29/21 | 10/21/21 | 53 | Tucson | |
| ██ | ██████ | 09/21/21 | 10/21/21 | 30 | Tucson | |
| ██ | ██████ | 09/21/21 | 10/21/21 | 30 | Tucson | |
| | | | | | | |
| ██ | ██████ | 09/07/21 | 10/21/21 | 44 | Lewis | |
| ██ | ██████ | 09/09/21 | 10/21/21 | 42 | Lewis | |
| ██ | ██████ | 09/28/21 | 10/21/21 | 23 | Lewis | |
| ██ | ██████ | 10/04/21 | 10/21/21 | 17 | Lewis | |
| ██ | ██████ | 10/04/21 | 10/21/21 | 17 | Lewis | |

ADCRR00236479

| ADC # | Inmate Name | Date Placed On Watch | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|-------|-------------|----------------------|---------------|-----------------|----------|
| ████ ██ | ████████ | 08/29/21 | 57 | Tucson | |
| ████ ██ | ████████ | 09/21/21 | 34 | Tucson | |
| | | | | | |
| ████ ██ | ████████ | 09/07/21 | 48 | Lewis | |
| ████ ██ | ████████ | 09/28/21 | 27 | Lewis | |
| ████ ██ | ████████ | 10/04/21 | 21 | Lewis | |
| ████ ██ | ████████ | 10/04/21 | 21 | Lewis | |
| ████ ██ | ████████ | 10/10/21 | 15 | Lewis | |

ADCRR00236480

| ADC # | Inmate Name | Date Placed On Watch | | DAYS ON WATCH | CURRENT COMPLEX | Comments |
|---|---|---|---|---|---|---|
| ███ | ███████ | 10/24/21 | 11/08/21 | 15 | Eyman | |
| | | | 11/08/21 | | | |
| ███ | ████████ | 10/04/21 | 11/08/21 | 35 | Lewis | |
| ███ | ████████ | 10/10/21 | 11/08/21 | 29 | Lewis | |
| ███ | ████████ | 10/15/21 | 11/08/21 | 24 | Lewis | |
| ███ | █████████ | 10/16/21 | 11/08/21 | 23 | Lewis | |
| ███ | ████████ | 10/25/21 | 11/08/21 | 14 | Lewis | |
| | | | 11/08/21 | | | |
| ███ | ██████ | 10/15/21 | 11/08/21 | 24 | Tucson | |
| ███ | ███████ | 10/19/21 | 11/08/21 | 20 | Tucson | |
| ███ | ███████ | 10/20/21 | 11/08/21 | 19 | Tucson | |

ADCRR00236482

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | | DAYS ON WATCH | CURRENT COMPLEX | Location | BLDG | BED | MH Score |
|---|---|---|---|---|---|---|---|---|---|
| ████ | ████████ | 10/15/2020 | 12/2/2020 | 48 | LEWIS | L39 | HU3A | 614L | 3 |
| ████ | ████████ | 10/20/2020 | 12/2/2020 | 43 | LEWIS | L39 | HU3A | 607L | 3 |
| ████ | ████████ | 10/23/2020 | 12/2/2020 | 40 | LEWIS | L39 | HU3A | 609L | 3 |
| ████ | ████████████ | 11/4/2020 | 12/2/2020 | 28 | LEWIS | L39 | HU3A | 606L | 3 |
| ████ | ██████████ | 11/11/2020 | 12/2/2020 | 21 | LEWIS | L39 | HU3A | 611L | 3 |
| ████ | ████████ | 11/15/2020 | 12/2/2020 | 17 | LEWIS | L39 | HU3A | 603L | 3 |
| ████ | ████████ | 11/18/2020 | 12/2/2020 | 14 | LEWIS | L39 | HU3A | 602L | 2 |
| | | | 12/2/2020 | | | | | | |
| ████ | ████████ | 11/5/2020 | 12/2/2020 | 27 | PERRYVILLE | | | | |
| ████ | ████████ | 11/16/2020 | 12/2/2020 | 16 | PERRYVILLE | | | | |
| | | | 12/2/2020 | 44167 | | | | | |
| ████ | ████████ | 11/16/2020 | 12/2/2020 | 16 | Phoenix | | | | |
| | | | | 0 | | | | | |
| ████ | ████████ | 11/12/2020 | 12/2/2020 | 20 | Tucson | | | | |
| ████ | ████████ | 10/19/2020 | 12/2/2020 | 44 | Tucson | | | | |
| ████ | ████████ | 10/24/2020 | 12/2/2020 | 39 | Tucson | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

ADCRR00236483

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | | DAYS ON WATCH | CURRENT COMPLEX | Location | BLDG | BED | MH Score |
|---|---|---|---|---|---|---|---|---|---|
| ███ | ████████ | 10/15/2020 | 12/16/2020 | 62 | LEWIS | L39 | HU3A | 611L | 3 |
| ███ | ████████ | 10/23/2020 | 12/16/2020 | 54 | LEWIS | L39 | HU3A | 605L | 3 |
| ███ | ████████ | 11/15/2020 | 12/16/2020 | 31 | LEWIS | L39 | HU3A | 601L | 3 |
| | | | | 0 | | | | | |
| ███ | ████████ | 12/1/2020 | 12/16/2020 | 15 | TUCSON | C29 | HU-8 | C13B | 4 |
| ███ | ████████ | 10/24/2020 | 12/16/2020 | 53 | TUCSON | C29 | HU-8 | B12B | 4 |
| | | | | | | | | | |

ADCRR00236484

| ADC # | Inmate Name | Date Placed On Watch/Transfer In On Watch Date | | DAYS ON WATCH | CURRENT COMPLEX | Location | BLDG | BED | MH Score |
|---|---|---|---|---|---|---|---|---|---|
| ███ | ██████████ | 12/5/2020 | 12/23/2020 | 18 | EYMAN | | | | |
| ███ | ██████ | 12/9/2020 | 12/23/2020 | 14 | EYMAN | | | | |
| | | | | | | | | | |
| ███ | ████████ | 10/15/2020 | 12/23/2020 | 69 | LEWIS | | | | |
| ███ | ███████ | 10/23/2020 | 12/23/2020 | 61 | LEWIS | | | | |
| ███ | ██████ | 11/15/2020 | 12/23/2020 | 38 | LEWIS | | | | |
| ███ | █████████ | 12/3/2020 | 12/23/2020 | 20 | LEWIS | | | | |
| ███ | ██████████ | 12/4/2020 | 12/23/2020 | 19 | LEWIS | | | | |
| | | | | | | | | | |
| ███ | ████████ | 12/7/2020 | 12/23/2020 | 16 | PERRYVILLE | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| ███ | █████████ | 12/1/2020 | 12/23/2020 | 22 | TUCSON | | | | |
| ███ | ███████ | 12/21/2020 | 12/23/2020 | 2 | TUCSON | | | | |
| ███ | ██████ | 12/21/2020 | 12/23/2020 | 2 | TUCSON | | | | |
| ███ | ██████ | 10/24/2020 | 12/23/2020 | 60 | TUCSON | | | | |
| ███ | █████████ | 12/16/2020 | 12/23/2020 | 7 | TUCSON | | | | |
| ███ | ██████████ | 12/19/2020 | 12/23/2020 | 4 | TUCSON | | | | |
| | | | | | | | | | |

ADCRR00236485