Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, <br><br> Defendants. | No. CV 12-00601-PHX-ROS <br><br> **DECLARATION OF MARIA V. MORRIS IN OPPOSITION TO DEFENDANTS' REQUEST TO ADMIT EXHIBITS** |

I, MARIA V. MORRIS, declare:

1.  I am an attorney licensed to practice in the District of Columbia. I am a Senior Staff Attorney at the ACLU National Prison Project and an attorney of record to the plaintiff class in this litigation. If called as a witness, I could and would testify competently to the facts stated herein, all of which are within my personal knowledge.

2.  On August 10, 2021, Plaintiffs served their First Set of Requests for Production of Documents to Defendants. Request for Production ("RPD") 11 asked for one year's worth of out-of-cell-time tracking forms and the complete disciplinary and classification files of fourteen Isolation Subclass members. Attached hereto as **Exhibit 1** is a true and correct copy of an excerpt of Plaintiffs' First Set of Requests for Production of Documents to Defendants.

3.  Defendants responded to the first set of requests on August 31, 2021. In response to RPD 11, they produced out-of-cell time tracking forms and Classification Results and Rules Violation Summaries for the fourteen Subclass members. The Classification Results and Rules Violation Summaries for ▮▮▮ ▮▮▮ ▮▮▮ and ▮▮▮ have been admitted as Exhibits 1188, 1191, and 1194. Attached hereto as **Exhibit 2** is a true and correct excerpt of Defendants' August 31, 2021 Responses to Plaintiffs' First Set of Requests for Production of Documents to Defendants.

4.  After a meet and confer and multiple emails on the subject, Defendants produced the institutional files for the fourteen Subclass members. The institutional files of ▮▮▮ ▮▮▮ ▮▮▮ and ▮▮▮ have been admitted as Exhibits 1189, 1192 and 1195. Attached hereto as **Exhibit 3** is a true and correct set of emails about the documents responsive to RPD 11.

5.  On November 17, 2021, Defendants supplemented their responses to Plaintiffs' First Set of Requests for Production of Documents to Defendants. Defendants' supplemental responses are cumulative, showing all the documents that have been produced in response to each RPD over the course of discovery, with newly produced documents referenced in bold print. The November 17, 2021 supplement does not reflect the

1  production of the documents Defendants have designated as Exhibits 3673, 3675, 3680, 3688, 3696, and 3700.  Attached hereto as **Exhibit 4** is the relevant excerpt of a true and correct copy of Defendants' Thirteenth Supplemental Responses to Plaintiffs' First Set of Requests for Production of Documents to Defendants.

6.  Defendants did produce the documents that they now seek to have admitted as Exhibits 3673, 3675, 3680, 3688, 3696, and 3700.  The documents were produced on October 27, 2021 in conjunction with Defendants' Fourth Supplemental Pretrial Disclosure Statement.  As with the responses to the document requests, the Pretrial Disclosure Statements are cumulative, with newly produced documents bolded.  There was no reference to the fact that these documents were responsive to RPD 11 and should have already been produced.  Attached hereto as **Exhibit 5** is the relevant excerpt of a true and correct copy of Defendants' Fourth Supplemental Pretrial Disclosure Statement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of December, 2021 in Rockville, Maryland.

Respectfully submitted,

                                   *s/ Maria V. Morris*
                                   Maria V. Morris

154287147.2

| | | |
|---|---|---|
| 1 | **ADDITIONAL COUNSEL:** | Daniel C. Barr (Bar No. 010149) |
| 2 | | John H. Gray (Bar No. 028107) |
| | | Austin C. Yost (Bar No. 034602) |
| 3 | | Karl J. Worsham (Bar No. 035713) |
| | | Kathryn E. Boughton (Bar No. 036105) |
| 4 | | Mikaela N. Colby (Bar No. 035667) |
| | | Kelly Soldati (Bar No. 036727) |

**PERKINS COIE LLP** 2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:  dbarr@perkinscoie.com
  jhgray@perkinscoie.com
  ayost@perkinscoie.com
  kworsham@perkinscoie.com
  kboughton@perkinscoie.com
  mcolby@perkinscoie.com
  ksoldati@perkinscoie.com
  docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:  vlopez@acluaz.org
  jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
  ahardy@prisonlaw.com
  snorman@prisonlaw.com
  rlomio@prisonlaw.com
  sophieh@prisonlaw.com

*Admitted *pro hac vice*

-3-

154287147.2

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:  dfathi@aclu.org
        mmorris@aclu.org
        echo@aclu.org

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
**Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:  ckendrick@aclu.org

*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

-4-

154287147.2

Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**
**DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:
    rdalyrooney@azdisabilitylaw.org
       jrico@azdisabilitylaw.org
       mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

154287147.2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com

*Attorneys for Defendants*

s/ Maria V. Morris

154287147.2