1

2

3

4

5

6                     UNITED STATES DISTRICT COURT

7                           DISTRICT OF ARIZONA

| | |
|---|---|
| 8 | Shawn Jensen; Stephen Swartz; Dustin Brislan; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |

Shawn Jensen; Stephen Swartz; Dustin Brislan;
Sonia Rodriguez; Christina Verduzco; Jackie
Thomas; Jeremy Smith; Robert Gamez; Maryanne
Chisholm; Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated; and
Arizona Center for Disability Law,

No. CV 12-00601-PHX-ROS

**[PROPOSED] ORDER
GRANTING MOTION FOR
LEAVE TO FILE UNDER
SEAL**

                              Plaintiffs,

                 v.

David Shinn, Director, Arizona Department of
Corrections, Rehabilitation and Reentry; and Larry
Gann, Assistant Director, Medical Services Contract
Monitoring Bureau, Arizona Department of
Corrections, Rehabilitation and Reentry, in their
official capacities,

                              Defendants.

        This Court, having reviewed Plaintiffs' Motion for Leave to File Under Seal, hereby

**GRANTS** the motion and instructs the Clerk of the Court to seal the documents as set forth

in the Motion: the Declaration of Maria V. Morris, and Exhibits 1-2 and 4-5 to the

Declaration of Maria V. Morris.

154522506.1