# EXHIBIT 1

## EX0941 – Defendants' Addition of Medical Records Excerpt

# [Filed Under Seal]