Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al.,<br>Plaintiffs,<br>v.<br>David Shinn, et al.,<br>Defendants. | NO. CV-12-00601-PHX-ROS<br><br>**DEFENDANTS' NOTICE OF FILING OBJECTIONS TO PLAINTIFFS' DEPOSITION DESIGNATIONS & RESPONSES TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' DEPOSITION DESIGNATIONS** |

Pursuant to the Court's Order (Dkt. 4220), Defendants file their objections to Plaintiffs' counter-designations for the following depositions:

- Robert Gamez (Exhibit 2)
- Jonathan Gonzalez (Exhibit 3)
- Shawn Jensen (Exhibit 4)
- Joshua Polson (Exhibit 5)
- Sonia Rodriguez (Exhibit 6)
- Jeremy Smith (10/13/21) (Exhibit 7)
- Jeremy Smith (10/18/21) (Exhibit 8)
- Christina Verduzco (Exhibit 9)

These exhibits also include Defendants' responses to Plaintiffs' objections to Defendants' designations. In accordance with the Court's deposition designation procedures, Plaintiffs' designations are noted in yellow and Defendants' designations are noted in blue. Additionally, as required by the Court's procedures, Defendants placed their responses to Plaintiffs' objections "next to the proposed testimony in the margins."

**Plaintiffs' Objections to the Entirety of Class Representative Plaintiff J. Gonzalez's Deposition Designations**

Defendants note that Plaintiffs object to Defendants' deposition designations for the entirety of party-representative Plaintiff J. Gonzalez's deposition. Defendants oppose. Through the declaration of counsel, Alisha Tarin-Herman, Plaintiffs argue that Gonzalez's deposition designations offered by Defendants should not be considered by the Court because Plaintiff appeared to be [REDACTED] during the deposition and that Plaintiff also stated he was [REDACTED]. (Dkts. 4227 at 2-3, ¶¶ 6-10; 4226-1 at Exh. 3, 69-87.) Plaintiffs' counsel asked Plaintiff follow-up questions during the deposition regarding whether he was [REDACTED] [REDACTED] but never moved to exclude the testimony either during the deposition or prior to trial. (Id. at 2, ¶ 7; 4226-1 at 85-85; Dkt. 4226-1 at 70 - 84.)

In support of their objections, Plaintiffs submitted excerpts of Plaintiff Gonzalez's medical records for dates surrounding the October 16, 2021 deposition to argue that he was [REDACTED] [REDACTED] and therefore his deposition testimony should be disregarded. (Id. at 2, ¶ 2 & 4227-1, Exh. A.) Plaintiff Gonzalez, however, was seen by mental health on the date of the deposition, [REDACTED] [REDACTED]. (Dkt. 4227-1 at 2.) The same is true for his encounter the following day where he reported [REDACTED] (Id. at 5.) It was not until two days after the deposition that Plaintiff Gonzalez first reported [REDACTED] [REDACTED] (Id. at 8.)

Where Plaintiffs did not make any record that Plaintiff was allegedly experiencing [REDACTED] [REDACTED], and there is no medical evidence to substantiate

the same, Plaintiffs' objections should be overruled. Plaintiff Gonzalez's deposition testimony is relevant to establish that even though he is a party representative, he wished not to give "confidential information" (medical/mental health) during the deposition and thus provided no testimony to support Plaintiffs' claims in this case. Therefore, Plaintiff Gonzalez, as a party-representative, has no evidence to make a fact or claim in this case more or less probable than it would be without the evidence. This lack of facts is "of consequence in determining the action." Fed.R.Evid. 401. Because Plaintiff Gonzalez's testimony is relevant to establish the lack of evidence to support any of Plaintiffs' class or subclass claims and constitutes admissions of an opposing party, the testimony should be admitted in support of Defendants' defense. Fed.R.Evid. 401, 402, 801(d)(2). For the foregoing reasons, Defendants respectfully request this Court overrule Plaintiffs' objections to the entirety of Defendants' deposition designations for Plaintiff Gonzalez.

DATED this 22nd day of December, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By /s/ Rachel Love

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Mikaela N. Colby: | mcolby@perkinscoie.com; docketphx@perkinscoie.com |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Rachel Love