1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone: (602) 650-1854
4  Email: vlopez@acluaz.org
          jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
7
8
9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone: (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED BELOW]**

15                    UNITED STATES DISTRICT COURT

16                         DISTRICT OF ARIZONA

| | |
|---|---|
| 17  Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and<br>18  Arizona Center for Disability Law,<br>19                    Plaintiffs,<br>20        v.<br>21  David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and<br>22  Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department<br>23  of Corrections, Rehabilitation and Reentry, in their official capacities,<br>24<br>25                    Defendants. | No. CV 12-00601-PHX-ROS<br><br>**PLAINTIFFS' NOTICE OF FILING RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS AND REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS**<br>**(Doc. 4252, 4252-1)** |

155257793.1

1  Pursuant to the Court's Order (Doc. 4220) and standing orders, Plaintiffs file their
2  responses to Defendants' objections to Plaintiffs' counter-designations for the following
3  Named Plaintiffs' depositions:
4  - Robert Gamez (Exhibit 1)
5  - Jonathan Gonzalez (Exhibit 2)
6  - Shawn Jensen (Exhibit 3)
7  - Joshua Polson (Exhibit 4)
8  - Sonia Rodriguez (Exhibit 5)
9  - Jeremy Smith (10/13/21) (Exhibit 6)
10 - Jeremy Smith (10/18/21) (Exhibit 7)
11 - Christina Verduzco (Exhibit 8)
12   In accordance with the Court's procedures, Plaintiffs have placed their responses to
13 Defendants' objections to Plaintiffs' counter-designations in the margins of the PDFs.
14                                              * * * *
15 **Plaintiffs' Reply In Support of Their Objections to Defendants' Designations of**
16 **Named Plaintiff Jonathan Gonzalez (Docs. 4226, 4227)**
17   Plaintiff Jonathan Gonzalez was not competent to testify on the day of his
18 deposition, as required by Fed. R. Evid. 601, and Defendants have misread or misstated
19 the record.
20   First, Defendants claim the record shows that Mr. Gonzalez did not have mental
21 health concerns until two days after his deposition, on October 28th. [Doc. 4252 at 2]
22 However, Mr. Gonzalez reported the day after the deposition, on October 27th, that he had
23 not slept for three days. [Doc 4227-1 at 8] While this entry was made on October 28th, it
24 was clearly noted that the entry pertained to a conversation with Mr. Gonzalez had
25 occurred on October 27th ("***LATE ENTRY FOR 10/27/2021***"). *Id.* This means, at
26 the very least, that Mr. Gonzalez had not slept the night before the deposition—and
27 possibly two nights. Additionally, Mr. Gonzalez's suicide attempt just three days after his
28 deposition is clear evidence of the state of his mental health at the time of deposition.

155257793.1

The question of competency should also be viewed in the light of the fact that Mr. Gonzalez is seriously mentally ill and Defendants classify him as such. This is not the case of a mentally healthy person having a bad day. Mr. Gonzalez is diagnosed, per ADCRR records, as having schizoaffective disorder, bipolar type, and multiple personality disorders. [4227-1 at 3] While Defendants claim that Plaintiffs did not make any record that Mr. Gonzalez was experiencing a mental health crisis, Plaintiff's counsel asked him during the deposition if he was suffering from a mental health problem at that moment and he said he was. Declaration of Alisha Tarin-Herman, filed herewith, "Herman Decl.," Ex. A at 14:9-14:23. This was supported by the fact that Plaintiff's counsel noticed a high level of paranoia at the beginning of the deposition, and by the fact that Mr. Gonzalez started laughing hysterically during the deposition several times for no reason. These facts were contained in Plaintiffs' counsel's declaration previously filed with the Court, and were not contradicted by Defendants. [Doc. 4227 at 2-3]

As noted in previous declarations, the technology set up for Mr. Gonzalez's deposition was also problematic. The faulty technology allowed only the Plaintiff or Plaintiff's counsel to be heard at once by the court reporter or Defense counsel, and these technological issues were documented immediately following the deposition, along with Mr. Gonzalez's mental state. [Doc. 4096-1 at 4-5]

The claim that Mr. Gonzalez did not want to give medical/mental health information is disingenuous at best. His claims of confidentiality were not regarding his medical or mental health records. He also believed, based on his mental state, that he did not have proper representation at the time. Herman Decl., Ex. A at 6:6-7:15. Multiple times, Mr. Gonzalez specifically requested to resume the deposition at a time that he was competent, which Defendants chose not to do. *Id.* at 13:23-14:7. Defendants were well-aware of his mental state and lack of competence at the time and thus chose to end the deposition. Defendants seek to take advantage of Mr. Gonzalez's mental crisis by having his testimony admitted, and they should not be allowed to under Fed. R. Evid. 601.

//

1  Respectfully submitted,

2  Dated: December 29, 2921            **PERKINS COIE LLP**

3

4                                      By:  s/ Alisha Tarin-Herman
                                            Daniel C. Barr (Bar No. 010149)
5                                           John H. Gray (Bar No. 028107)
                                            Austin C. Yost (Bar No. 034602)
6                                           Karl J. Worsham (Bar No. 035713)
                                            Kathryn E. Boughton (Bar No. 036105)
7                                           Mikaela N. Colby (Bar No. 035667)
                                            Kelly Soldati (Bar No. 036727)
8                                           Alisha Tarin-Herman (Bar No. 037040)
                                            2901 N. Central Avenue, Suite 2000
9                                           Phoenix, Arizona 85012
                                            Email:   dbarr@perkinscoie.com
10                                                   jhgray@perkinscoie.com
                                                     ayost@perkinscoie.com
11                                                   kworsham@perkinscoie.com
                                                     kboughton@perkinscoie.com
12                                                   mcolby@perkinscoie.com
                                                     ksoldati@perkinscoie.com
13                                                   atarinherman@perkinscoie.com

14                                          David C. Fathi (Wash. 24893)**
                                            Maria V. Morris (D.C. 1697904)*
15                                          Eunice Hyunhye Cho (Wash. 53711)**
                                            **ACLU NATIONAL PRISON PROJECT**
16                                          915 15th Street N.W., 7th Floor
                                            Washington, D.C. 20005
17                                          Telephone:  (202) 548-6603
                                            Email:   dfathi@aclu.org
18                                                   mmorris@aclu.org
                                                     echo@aclu.org

19                                          Corene T. Kendrick (Cal. 226642)*
                                            **ACLU NATIONAL PRISON PROJECT**
20                                          39 Drumm Street
                                            San Francisco, California 94111
21                                          Telephone:  (202) 393-4930
                                            Email:   ckendrick@aclu.org
22
                                            *Admitted *pro hac vice*
23                                          **Admitted *pro hac vice*. Not admitted in
                                            DC; practice limited to federal courts.
24

25

26

27

28

-3-

155257793.1

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:     dspecter@prisonlaw.com
           ahardy@prisonlaw.com
           snorman@prisonlaw.com
           rlomio@prisonlaw.com
           sophieh@prisonlaw.com

*Admitted *pro hac vice*

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:     vlopez@acluaz.org
           jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, et al., on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:     rdalyrooney@azdisabilitylaw.org
           mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

155257793.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ M. van Olffen

155257793.1
78204.0001\155396278.1