1  Victoria López (Bar No. 330042)*
   Jared G. Keenan (Bar No. 027068)
2  **ACLU FOUNDATION OF ARIZONA**
   3707 North 7th Street, Suite 235
3  Phoenix, Arizona 85013
   Telephone:  (602) 650-1854
4  Email: vlopez@acluaz.org
           jkeenan@acluaz.org
5
   *Admitted pursuant to Ariz. Sup. Ct. R. 38(d)
6
   *Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*
7
8
9  **[ADDITIONAL COUNSEL LISTED BELOW]**

10 Asim Dietrich (Bar No. 027927)
   **ARIZONA CENTER FOR DISABILITY LAW**
11 5025 East Washington Street, Suite 202
   Phoenix, Arizona 85034
12 Telephone:  (602) 274-6287
   Email: adietrich@azdisabilitylaw.org
13
   *Attorneys for Plaintiff Arizona Center for Disability Law*
14
   **[ADDITIONAL COUNSEL LISTED BELOW]**

15                     UNITED STATES DISTRICT COURT

16                         DISTRICT OF ARIZONA

17  Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and                | No. CV 12-00601-PHX-ROS
18  Arizona Center for Disability Law,
19                         Plaintiffs,                                                                    | **DECLARATION OF ALISHA TARIN-HERMAN IN SUPPORT OF RESPONSES TO DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DEPOSITION COUNTER-DESIGNATIONS AND REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS**
20         v.
21  David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and
22  Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department
23  of Corrections, Rehabilitation and Reentry, in their official capacities,
24
25                         Defendants.

155396502.1

1  I, Alisha Tarin-Herman, do declare as follows.

2  1.  I am an attorney licensed to practice in the State of Arizona. I am an attorney at Perkins Coie LLP, and I am counsel of record to the Plaintiff class in the above-captioned matter.

2.  Attached hereto as **Exhibit A** is a true and correct excerpt of the final transcript of the deposition of Jonathan Gonzalez on October 26, 2021.

Sworn this 29th day of December, 2021, in Phoenix, Arizona.

        s/ Alisha Tarin-Herman
        Alisha Tarin-Herman

**ADDITIONAL COUNSEL:**

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Email:   dbarr@perkinscoie.com
           jhgray@perkinscoie.com
           ayost@perkinscoie.com
           kworsham@perkinscoie.com
           kboughton@perkinscoie.com
           mcolby@perkinscoie.com
           ksoldati@perkinscoie.com
           atarinherman@perkinscoie.com
David C. Fathi (Wash. 24893)**
Maria V. Morris (D.C. 1697904)*
Eunice Hyunhye Cho (Wash. 53711)**
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:   dfathi@aclu.org
           mmorris@aclu.org
           echo@aclu.org

Corene T. Kendrick (Cal. 226642)*
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:   ckendrick@aclu.org

*Admitted *pro hac vice*

155396502.1

\*\*Admitted *pro hac vice*. Not admitted in DC; practice limited to federal courts.

Donald Specter (Cal. 83925)\*
Alison Hardy (Cal. 135966)\*
Sara Norman (Cal. 189536)\*
Rita K. Lomio (Cal. 254501)\*
Sophie Hart (Cal. 321663)\*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Email:    dspecter@prisonlaw.com
          ahardy@prisonlaw.com
          snorman@prisonlaw.com
          rlomio@prisonlaw.com
          sophieh@prisonlaw.com

\*Admitted *pro hac vice*

Victoria López (Bar No. 330042)\*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:    vlopez@acluaz.org
          jkeenan@acluaz.org

\*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, et al., on behalf of themselves and all others similarly situated*

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email:    adietrich@azdisabilitylaw.org

Rose A. Daly-Rooney (Bar No. 015690)
Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR DISABILITY LAW**
177 North Church Avenue, Suite 800
Tucson, Arizona 85701
Telephone:  (520) 327-9547
Email:    rdalyrooney@azdisabilitylaw.org
          mabela@azdisabilitylaw.org

*Attorneys for Arizona Center for Disability Law*

155396502.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2021, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com

*Attorneys for Defendants*

s/ Marie van Olffen

155396502.1