# Exhibit A

```
 1         A.    Yes.
 2         Q.    Are you on any medications today that
 3   would prevent you from giving truthful and honest
 4   testimony?
 5         A.    No.
 6         Q.    What have you done to prepare for this
 7   deposition today?
 8         A.    Study research.
 9         Q.    And what do you mean by "study research"?
10         A.    Confidential.
11         Q.    And what is the confidentiality based on?
12         A.    It's confidential.
13         Q.    I don't think I quite understand.  Is it
14   something that you did with your attorney, or is it
15   something you did separately?
16         A.    That's confidential.  I would rather not
17   -- who is representing that I'm speaking to at this
18   moment in time?
19               MS. TARIN-HERMAN:  The defendants.
20               THE WITNESS:  What is the attorney's
21   name?
22               MS. TARIN-HERMAN:  Tim Ray.
23               THE WITNESS:  Okay.  So, Tim, again, I'm
24   going to refrain from that question that you asked me
25   due to the fact that I practiced confidentiality at
```

```
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF ARIZONA

 3
    Victor Parsons, et al., on behalf    )
 4  of themselves and all others         )
    similarly situated; and Arizona      )
 5  Center for Disability Law,           )
                                         )
 6              Plaintiffs,              )
                                         )
 7  vs.                                  ) Case No.
                                         ) 2:12-cv-00601-ROS
 8  David Shinn, Director, Arizona       )
    Department of Corrections; and       )
 9  Richard Pratt, Interim Division      )
    Director, Division of Health         )
10  Services; Arizona Department of      )
    Corrections, in their official       )
11  capacities,                          )
                                         )
12              Defendants.              )
                                         )
13

14

15           DEPOSITION OF JONATHAN SCOTT GONZALEZ
                (Videoconference via Google Meets)
16

17                     Florence, Arizona
                       October 26, 2021
18                        2:18 p.m.

19

20

21

22

23
    REPORTED BY:
24  Kristy A. Ceton, RPR
    AZ Certified Court Reporter No. 50200
25
```

```
 1   this moment in time.
 2        Q.    BY MR. RAY:  Well, this is my opportunity
 3   to learn what you -- what your issues are and what
 4   you've done to prepare, so it's something you have to
 5   answer.
 6        A.    I understand that.
 7        Q.    And are you going to answer?
 8        A.    It's confidential.
 9        Q.    Why is it confidential?
10        A.    Again, I don't have my proper attorney
11   present at this moment in time.
12        Q.    You don't have your what?  I'm sorry.  I
13   didn't catch that.
14        A.    I do not have a proper attorney at this
15   moment in time.
16              MS. TARIN-HERMAN:  Can I -- can we take a
17   break for a moment?
18              MR. RAY:  Yes.
19           (A break was taken at 2:22 p.m.)
20        Q.    BY MR. RAY:  All right.  As I asked
21   before, what -- what kind of research did you do in
22   preparation for this deposition?
23        A.    Confidential.
24        Q.    And what is the basis of the
25   confidentiality?
```

 1   have the court reporter read the last question and
 2   answer.
 3          (The record was read back, as requested.)
 4             THE WITNESS:  Who are you speaking to at
 5   this moment?
 6             THE COURT REPORTER:  I'm speaking to Mr.
 7   Ray.
 8             THE WITNESS:  I'm going to need a
 9   representative to -- I'm going to need a
10   representative to assist me to be competent to
11   continue this case to testify.
12      Q.   BY MR. RAY:  I'm sorry.  Can you repeat
13   that?
14      A.   At this moment in time -- Tim, right?
15   Your name is Tim -- Tim Ray, right?
16      Q.   Yes.
17      A.   Okay.  Tim Ray, right at this moment, I'm
18   incompetent, and I'm going to need a representative
19   to assist me to become competent in the near future
20   so that I can continue to testify in this case.
21      Q.   So are you a -- are you willing to
22   continue this deposition today?
23      A.   I'm incompetent at this time.  I don't
24   think I can continue.  I would like to continue when
25   I'm competent, but at this moment in time, I don't

1   believe I'm competent.
2         Q.   So that --  Let me just make sure I'm
3   clear.  So are you saying that you -- I just need to
4   know if you are wanting to discontinue this
5   deposition based on that information.
6         A.   No.  I request and demand that I can
7   continue this case when I'm competent.
8         Q.   Okay.
9              MS. TARIN-HERMAN:  Are you feeling like
10  you're having mental health issues at this moment?
11             THE WITNESS:  Yeah.  You know what, at
12  this moment in time, I believe I am due to the --
13  yeah.  Yes, I'm actually suffering from a mental
14  illness at this moment in time.  And, again, it's
15  caused me to be incompetent.  But again, I would like
16  to continue this case, but on behalf of my
17  incompetency again, I'm going to ask for a
18  representative at this moment in time.
19             But I'm not discontinuing the disposition
20  (sic) in the future.  I'm requesting that I have a
21  proper representative and a mental health attorney.
22  So that I can be competent in this case.  I'm
23  suffering from a mental illness.
24             MS. TARIN-HERMAN:  Tim, how would you
25  feel about rescheduling?