# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen,<br>    Plaintiff,<br>v.<br>David Shinn,<br>    Defendant. | No. CV-12-00601-PHX-ROS<br><br>**ORDER** |

Juan Carlos Soto sent a letter directly to the Court. Class members should communicate with class counsel and not directly with the Court.

**IT IS ORDERED** the Clerk of Court shall send a copy of this Order to Juan Carlos Soto, ADC# 245767, Bachman Unit 2-A-21, P.O Box 3500, Buckeye AZ 85326.

**IT IS FURTHER ORDERED** the Clerk of Court must mail Juan Carlos Soto a court-approved form for filing a civil rights complaint by a prisoner and an Application to Proceed In Forma Pauperis (Prisoner).

Dated this 4th day of January, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge