UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REDACT PORTIONS OF TRIAL TRANSCRIPT OF NOVEMBER 5, 2021 (DOC. 4264)** |

The Court, having reviewed Plaintiffs' Motion to Redact Portions of Trial Transcript of November 5, 2021 (Doc. 4264), Doc. ____, and good cause appearing.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Transcript Monitor and Court Reporter redact certain portions of the transcript for November 5, 2021 (Day 5), morning session of the bench trial. [Doc. 4264]

Specifically, the Court ORDERS that the November 5, 2021 trial transcript be redacted from page 1020, line 13, through page 1025, line 5, as that section of the transcript reflects a bench conference held by the Court with counsel.