1
2
3
4
5
6
7          **UNITED STATES DISTRICT COURT**

8              **DISTRICT OF ARIZONA**

9    Shawn Jensen, et al.,                    NO. 2:12-cv-00601-ROS

10                          Plaintiffs,    **ORDER GRANTING MOTION FOR**
                                           **LEAVE TO FILE UNDER SEAL**
11            v.                            **UNOPPOSED MOTION FOR**
                                           **EXTENSION OF TIME TO FILE**
12   David Shinn, et al.,                   **PROPOSED FINDINGS OF FACT**
                                           **AND CONCLUSIONS OF LAW**
13                          Defendants.     **AND RESPONSES**

14

15         The Court, having reviewed Defendants' Motion for Leave to File Under Seal, and

16   good cause appearing,

17         IT IS ORDERED that the Motion for Leave to File Under Seal is GRANTED.

18         IT IS FURTHER ORDERED directing the Clerk's Office to file under seal the

19   lodged Unopposed Motion for Extension of Time to File Proposed Findings of Fact and

20   Conclusions of Law and Responses.

21
22
23
24
25
26
27
28