# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
|     Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
|     Defendants. | |

    Defendants seek to file under seal a Motion for Extension of Time. (Doc. 4301). As explained in the motion to seal, Defendants' motion "contained private healthcare information." The motion to seal will be granted as will the request for an extension of time.

    The parties have filed numerous other requests to file documents under seal as well as a request to redact a portion of the trial transcript. The documents at issue, as well as the transcript, contain medical information or other private information that should be sealed or redacted.

    Accordingly,

    **IT IS ORDERED** the Motion to Seal (Doc. 4301) is **GRANTED**. The Clerk of Court must change the filing lodged at Doc. 4302 to filed under seal. This Order shall not be sealed.

    **IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 4302) is **GRANTED**. The deadline to file proposed Findings of Fact and Conclusions of Law is

extended to **January 28, 2022**.  The deadline to file responses is extended to **February 18, 2022**.

**IT IS FURTHER ORDERED** the parties' Motions to Seal (Docs. 4173, 4181, 4202, 4209, 4213, 4229, 4232, 4235, 4237, 4241, 4245, 4248, 4251, 4254, and 4293) are **GRANTED**.  The Clerk of Court must change the filings lodged at Docs. 4174, 4182, 4203, 4210, 4214, 4230, 4233, 4236, 4227, 4242, 4246, 4249, 4252, 4255, and 4294 to filed under seal.

**IT IS FURTHER ORDERED** the Motion to Testify on Behalf of Inmates from Antony Murrell (Doc. 4200) is **DENIED**.

**IT IS FURTHER ORDERED** the Motion to Redact (Doc. 4300) is **GRANTED**.  The following portions of the November 5, 2021 trial transcript are redacted: page 1020, line 13, through page 1025, line 5.  The Clerk of Court shall send a copy of this Order to azddb_appealtranscriptrequest@azd.uscourts.gov.

Dated this 12th day of January, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge