Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email: vlopez@acluaz.org
       jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Stephen Swartz, Sonia Rodriguez, Christina Verduzco, Jackie Thomas, Jeremy Smith, Robert Gamez, Maryanne Chisholm, Desiree Licci, Joseph Hefner, Joshua Polson, and Charlotte Wells, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.; and Arizona Center for Disability Law,<br><br>               Plaintiffs,<br><br>    v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>               Defendants. | No. CV 12-00601-PHX-ROS<br><br>**STIPULATION AND JOINT MOTION TO REDACT PORTIONS OF TRIAL TRANSCRIPTS OF NOVEMBER 3, 5, 10, AND 19, 2021 (DOCS. 4260, 4261, 4264, 4270, and 4283)** |

The parties hereby jointly stipulate to and request the redaction of the trial transcripts as follows:

| Transcript Page | Date | Docket No. | Redaction |
|---|---|---|---|
| Page 436:16-18 | Nov. 3, 2021 (am) | 4260 | Remove ADCRR number |
| Page 582:9-13 | Nov. 3, 2021 (pm) | 4261 | Remove patient names |
| Page 951:20-22 | Nov. 5, 2021 (am) | 4264 | Remove patient name |
| Page 951:22-24 | Nov. 5, 2021 (am) | 4264 | Remove patient name and ADCRR number |
| Page 1665:13-14 | Nov. 10, 2021 (am) | 4270 | Remove patient name and ADCRR number |
| Page 3075:19 | Nov. 19, 2021 (pm) | 4283 | Remove patient name |
| Page 3187:7 and 3187:9 | Nov. 19, 2021 (pm) | 4283 | Remove patient name |

The parties further stipulate that the redactions are necessary to prevent the unauthorized disclosure of protected health information.

Dated this 13th day of January, 2022.


**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

By:  s/ *Dan Struck* (with permission)
　　Daniel P. Struck (Bar No. 012377)
　　Rachel Love (Bar No. 019881)
　　Timothy J. Bojanowski (No. 022126)
　　Nicholas D. Acedo (Bar No. 021644)
　　Ashlee B. Hesman (Bar No. 028874)
　　3100 W. Ray Road, Suite 300
　　Chandler, Arizona 85226
　　Telephone:  (480) 420-1600
　　Email:    dstruck@ strucklove.com
　　　　　　rlove@ strucklove.com
　　　　tbojanowski@strucklove.com
　　　　　　nacedo@ strucklove.com
　　　　　　ahesman@strucklove.com

**PRISON LAW OFFICE**

By:   s/ *Alison Hardy*
　　Donald Specter (Cal. 83925)*
　　Alison Hardy (Cal. 135966)*
　　Sara Norman (Cal. 189536)*
　　Rita K. Lomio (Cal. 254501)*
　　1917 Fifth Street
　　Berkeley, California 94710
　　Telephone:  (510) 280-2621
　　Email:    dspecter@prisonlaw.com
　　　　　　ahardy@prisonlaw.com
　　　　　　snorman@prisonlaw.com
　　　　　　rlomio@prisonlaw.com

　　*Admitted *pro hac vice*

Arizona Attorney General Mark Brnovich
**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
Michael E. Gottfried (Bar No. 010623)
Lucy M. Rand (Bar No. 026919)
Assistant Attorneys General
1275 W. Washington Street
Phoenix, Arizona 85007-2926

*Attorneys for Defendants*

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Mikaela N. Colby (Bar No. 035667)
Kelly Soldati (Bar No. 036727)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:  (602) 351-8000
Email:      dbarr@perkinscoie.com
            jhgray@perkinscoie.com
            ayost@perkinscoie.com
            kworsham@perkinscoie.com
            kboughton@perkinscoie.com
            mcolby@perkinscoie.com
            ksoldati@perkinscoie.com
            docketphx@perkinscoie.com

Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:      vlopez@acluaz.org
            jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

1
2

David C. Fathi (Wash. 24893)*
Maria V. Morris (D.C. 1697904)**
Eunice Hyunhye Cho (Wash. 53711)*
**ACLU NATIONAL PRISON
PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone:  (202) 548-6603
Email:    dfathi@aclu.org
             mmorris@aclu.org
             echo@aclu.org

3
4
5
6
7
8

*Admitted *pro hac vice*; not admitted
 in DC; practice limited to federal
 courts
**Admitted *pro hac vice*

9
10
11
12

Corene Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON
PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone:  (202) 393-4930
Email:    ckendrick@aclu.org

13

*Admitted *pro hac vice*.

14
15
16
17

*Attorneys for Plaintiffs Shawn Jensen;
Stephen Swartz; Sonia Rodriguez; Christina
Verduzco; Jackie Thomas; Jeremy Smith;
Robert Gamez; Maryanne Chisholm;
Desiree Licci; Joseph Hefner; Joshua
Polson; and Charlotte Wells, on behalf of
themselves and all others similarly situated*

18
19
20
21
22
23
24
25
26
27
28

1    **ARIZONA CENTER FOR DISABILITY**
     **LAW**

2

3    By: _s/ *Maya Abela*
     _____
4        Asim Dietrich (Bar No. 027927)
         5025 East Washington Street, Suite 202
         Phoenix, Arizona 85034
5        Telephone:  (602) 274-6287
         Email:    adietrich@azdisabilitylaw.org
6

7        Rose A. Daly-Rooney (Bar No. 015690)
         J.J. Rico (Bar No. 021292)
         Maya Abela (Bar No. 027232)
8        **ARIZONA CENTER FOR**
         **DISABILITY LAW**
9        177 North Church Avenue, Suite 800
         Tucson, Arizona 85701
10       Telephone:  (520) 327-9547
         Email:
11           rdalyrooney@azdisabilitylaw.org
                     jrico@azdisabilitylaw.org
12                   mabela@azdisabilitylaw.org

13   *Attorneys for Arizona Center for Disability*
     *Law*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on January 13, 2022, I electronically transmitted the above

3

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

7

8

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

9

10

11

12

13

14

15

16

17

18

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

19

*Attorneys for Defendants*

20

21

s/ A. Hardy

22

23

24

25

26

27

28

155525884.1