UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al.; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>David Shinn, Director, Arizona Department of Corrections; and Larry Gann, Division Director, Division of Health Services Contract Monitoring Bureau, Arizona Department of Corrections, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO REDACT PORTIONS OF TRIAL TRANSCRIPTS OF NOVEMBER 3, 5, 10, AND 19, 2021 (DOCS. 4260, 4261, 4264, 4270, and 4283)** |

The Court, having reviewed the Stipulation and Joint Motion to Redact Portions of Trial Transcripts of November 3, 5, 10 and 19, 2021, and good cause appearing,

**IT IS SO ORDERED** that the Stipulation and Joint Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Transcript Monitor and Court Reporter redact certain portions of the transcripts for November 3, 5, 10 and 19, 2021.

Specifically, the Court **ORDERS** that the trial transcripts be redacted as follows:

| Transcript Page | Date | Docket No. | Redaction |
|---|---|---|---|
| Page 436:16-18 | Nov. 3, 2021 (am) | 4260 | Remove ADCRR number |
| Page 582:9-13 | Nov. 3, 2021 (pm) | 4261 | Remove patient names |
| Page 951:20-22 | Nov. 5, 2021 (am) | 4264 | Remove patient name |
| Page 951:22-24 | Nov. 5, 2021 (am) | 4264 | Remove patient name and ADCRR number |
| Page 1665:13-14 | Nov. 10, 2021 (am) | 4270 | Remove patient name |

155526719.1

|  |  |  | and ADCRR number |
|---|---|---|---|
| Page 3075:19 | Nov. 19, 2021 (pm) | 4283 | Remove patient name |
| Page 3187:7 and 3187:9 | Nov. 19, 2021 (pm) | 4283 | Remove patient name |

-2-

155526719.1