1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**

8            **DISTRICT OF ARIZONA**

9   Shawn Jensen, et al.,                    NO. 2:12-cv-00601-ROS

10                          Plaintiffs,    **ORDER GRANTING MOTION FOR
                                            LEAVE TO FILE UNDER SEAL
11          v.                               UNOPPOSED MOTION FOR
                                            EXTENSION OF TIME TO FILE
12  David Shinn, et al.,                     RESPONSES TO FINDINGS OF
                                            FACT AND CONCLUSIONS OF
13                          Defendants.              LAW**

14

15         The Court, having reviewed Defendants' Motion for Leave to File Under Seal, and

16  good cause appearing,

17         IT IS ORDERED that the Motion for Leave to File Under Seal is GRANTED.

18         IT IS FURTHER ORDERED directing the Clerk's Office to file under seal the

19  lodged Unopposed Motion for Extension of Time to File Responses to Findings of Fact and

20  Conclusions of Law.

21
22
23
24
25
26
27
28