# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., <br>     Plaintiffs, <br> v. <br> David Shinn, et al., <br>     Defendants. | No. CV-12-00601-PHX-ROS <br> **ORDER** |

Defendants seek an extension of time for the parties to file their responses to the Findings of Fact and Conclusions of Law. Plaintiffs do not oppose. Good cause appearing,

**IT IS ORDERED** the Motion to Seal (Doc. 4310) is **GRANTED**. The Clerk of Court must change the filing lodged at Doc. 4311 to filed under seal. This Order shall not be sealed.

**IT IS FURTHER ORDERED** the Motion for Extension of Time (Doc. 4311) is **GRANTED**. The deadline to file responses to the Findings of Fact and Conclusions of Law is **February 25, 2022**.

Dated this 11th day of February, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge