THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE **CIVLR 54**
(Rule Number/Section)

CV-12-601-PHX-ROS

To – JUDGE ROSLYN SILVER

I AM ADVISED YOU ARE ALLOWING THE MEDICAL CARE FOR INMATES TO BE PUT OUT FOR BID AGAIN...

# WHY!!!

ALL PRISON MEDICAL CARE COMPANIES ARE SCAM COMPANIES – ALL GET FIRED FOR REFUSING TO PROVIDE MEDICAL CARE

ARE YOU REALLY GOING TO "ALLOW" MORE ARIZONA INMATES TO BE DENIED MEDICAL CARE AND TO BE MEDICAL NEGLECT MURDERED JUST SO SOME RICH PEOPLE CAN MAKE A FEW MORE CENTS PROFIT...

I HAD TO CUT THE SKIN CANCER OUT OF MY ARM MYSELF CAUSE ADC MEDICAL REFUSED TO DO IT

IT IS HARD TO BELIEVE YOU ARE GOING TO CONTINUE TO "ALLOW" INMATES TO LIVE AND DIE IN HORROR AND NO MEDICAL CARE

PLEASE RESPOND Kemp

KEMP – HORTON – 202496
PO BOX – 24403
TUCSON – AZ
85734

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 03 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate: KEMP HORTON
ADC #: 202496
Arizona State Prison Complex
Unit: PO BOX 24403
City: TUCSON  AZ  85734

(For Use Only)

RECEIVED
MAR 03 2022
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

JUDGE-ROSLYN-SILVER
US DISTRICT COURT
DISTRICT ARIZONA
401-W-WASHINGTON-ST
PHX AZ
85003

PHOENIX AZ 852
1 MAR 2022 PM 3 L

quadient
FIRST-CLASS MAIL
IMI
$000.53
03/01/2022 ZIP 85756
043M31213386
US POSTAGE