# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

The parties request the Court redact the following portions of the trial transcript to protect the privacy of several ADCRR prisoners' personal information.

Good cause appearing,

**IT IS THEREFORE ORDERED** the Joint Motion to Redact (Doc. 4305) is **GRANTED**. The following portions of the trial transcript are redacted.

a. November 3, 2021 (am), page 436, lines 16-18 (ADCRR prisoner number)
b. November 3, 2021 (pm), page 582, lines 9-13 (Prisoner patient names)
c. November 5, 2021 (am), page 951, lines 20-24 (Prisoner patient names and ADCRR number)
d. November 10, 2021 (am), page 1665, lines 13-14 (Prisoner patient name and ADCRR number)
e. November 19, 2021 (pm), page 3075, line 19 (Prisoner patient name)
f. November 19, 2021 (pm), page 3187, line 7 and line 9 (Prisoner patient name)

**IT IS FURTHER ORDERED** The Clerk of Court shall send a copy of this Order to azddb_appealtranscriptrequest@azd.uscourts.gov.

Dated this 28th day of March, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge