Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email: vlopez@acluaz.org
jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law,<br><br>Plaintiffs,<br><br>v.<br><br>David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities,<br><br>Defendants. | No. CV 12-00601-PHX-ROS<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

LEGAL23774493.1

On April 20, 2022, the Civil Rights Division of the United States Department of Justice ("DOJ") issued the report of its findings regarding conditions at the Mississippi State Penitentiary (Parchman).  The DOJ concluded that numerous conditions at Parchman violate the Eighth and Fourteenth Amendment rights of persons incarcerated there, including the failure by the Mississippi Department of Corrections ("MDOC") to meet their serious mental health needs, MDOC's failure to take adequate suicide prevention measures, and MDOC's use of prolonged restrictive housing.  United States Department of Justice, Civil Rights Division, *Investigation of the Mississippi State Penitentiary (Parchman)*, April 20, 2022 (filed herewith as Exhibit 1) at 2-3.  The report marks the first time that the DOJ has "concluded that a prison's use of restricted housing violated the constitutional rights of persons *without* serious mental illness."  Prepared Remarks of Assistant Attorney General Kristen Clarke Regarding Parchman Investigation Findings, April 20, 2022 (filed herewith as Exhibit 2) at 2 (emphasis added).

Several of the DOJ's findings are directly relevant to the issues currently before the Court:

- When a prison system "fails to properly identify and refer incarcerated persons in need of mental health services for care, those persons go untreated and suffer actual harm in the form of further deterioration of their mental health status, which often leads to behaviors that result in the persons facing disciplinary action and restrictive housing, heightened risk of harm from other incarcerated individuals, and self-injurious behavior." Ex. 1 at 27.

- Inadequate assessments by mental health staff result in misdiagnoses, delay in or denial of necessary mental health treatment, and relegation of mental health crisis symptoms to security staff to address as behavioral concerns instead of mental health concerns.  *Id*. at 27-30.

- Individualized treatment plans and interdisciplinary treatment teams are a necessary part of adequate mental health care, *id*. at 32-33, and deficient "Crisis Treatment Plans" increase the risk of serious harm.  *Id*. at 41-42.

LEGAL23774493.1

- Mental health care consisting of "gathering and documenting the incarcerated person's view of how he is doing; giving the incarcerated person a puzzle or some type of pamphlet; and then, if it appears to be indicated, passing on any complaints that the incarcerated person might have in a referral to the prescriber" is not adequate mental health treatment. *Id*. at 32.
- Inadequate mental health staffing, including the use of unlicensed staff, results in a failure to meet the needs of incarcerated people with mental illness, subjecting them to a risk of serious harm. *Id*. at 36-37.
- Inadequate suicide screening, and suicide screening by inadequately trained staff, subjects incarcerated persons to a risk of serious harm. *Id*. at 37-39.
- Inadequate supervision of people on suicide watch subjects incarcerated persons to a risk of serious harm. *Id*. at 40-42.
- "The frequency and duration of segregation in restrictive housing, without access to showers or outside recreation, combined with egregious environmental conditions, lack of human interaction, and denial of access to adequate medical or mental health care, compound the substantial risk of serious harm." *Id*. at 44.
- "The following examples show the harm that prolonged restrictive housing under … harsh conditions may cause, even among those with no prior history of mental illness." *Id*. at 47.
- "[B]rief, cell-side encounters during which mental health staff simply ask incarcerated individuals if they are 'OK'" are not sufficient to assess individuals' mental status. The "failure to assess individuals with serious mental illness who are languishing in restrictive housing—even after significant incidents of self-harm or attempted suicide—amounts to deliberate indifference to the serious mental health needs of those in their custody." *Id*. at 51.

| | |
|---|---|
| Dated: April 22, 2022 | **ACLU NATIONAL PRISON PROJECT** |
| | By: s/ David C. Fathi |
| | David C. Fathi (Wash. 24893)* |
| | Maria V. Morris (D.C. 1697904)** |
| | Eunice Hyunhye Cho (Wash. 53711)* |
| | 915 15th Street N.W., 7th Floor |
| | Washington, D.C. 20005 |
| | Telephone: (202) 548-6603 |
| | Email:  dfathi@aclu.org |
| | mmorris@aclu.org |
| | echo@aclu.org |

*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts.

**Admitted *pro hac vice*.

Corene T. Kendrick (Cal. 226642)*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:  ckendrick@aclu.org

*Admitted *pro hac vice*.

Donald Specter (Cal. 83925)*
Alison Hardy (Cal. 135966)*
Sara Norman (Cal. 189536)*
Rita K. Lomio (Cal. 254501)*
Sophie Hart (Cal. 321663)*
**PRISON LAW OFFICE**
1917 Fifth Street
Berkeley, California 94710
Telephone: (510) 280-2621
Email:  dspecter@prisonlaw.com
ahardy@prisonlaw.com
snorman@prisonlaw.com
rlomio@prisonlaw.com
sophieh@prisonlaw.com

*Admitted *pro hac vice*.

Victoria López (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone: (602) 650-1854
Email:   vlopez@acluaz.org
         jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d).

Daniel C. Barr (Bar No. 010149)
John H. Gray (Bar No. 028107)
Austin C. Yost (Bar No. 034602)
Karl J. Worsham (Bar No. 035713)
Kathryn E. Boughton (Bar No. 036105)
Kelly Soldati (Bar No. 036727)
Alisha Tarin-Herman (Bar No. 037040)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 351-8000
Email:   dbarr@perkinscoie.com
         jhgray@perkinscoie.com
         ayost@perkinscoie.com
         kworsham@perkinscoie.com
         kboughton@perkinscoie.com
         ksoldati@perkinscoie.com
         atarinherman@perkinscoie.com
         docketphx@perkinscoie.com

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriguez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

| | |
|---|---|
| 1 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 2 | |
| 3 | By: s/ Maya Abela |
| 4 | Asim Dietrich (Bar No. 027927)<br>5025 East Washington Street, Suite 202 |
| 5 | Phoenix, Arizona 85034<br>Telephone: (602) 274-6287<br>Email: adietrich@azdisabilitylaw.org |
| 6 | |
| 7 | Rose A. Daly-Rooney (Bar No. 015690)<br>Maya Abela (Bar No. 027232) |
| 8 | **ARIZONA CENTER FOR DISABILITY LAW** |
| 9 | 177 North Church Avenue, Suite 800<br>Tucson, Arizona 85701 |
| 10 | Telephone: (520) 327-9547<br>Email: |
| 11 | rdalyrooney@azdisabilitylaw.org<br>mabela@azdisabilitylaw.org |
| 12 | *Attorneys for Arizona Center for Disability Law* |

LEGAL23774493.1

-5-

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael E. Gottfried
Lucy M. Rand
Assistant Arizona Attorneys General
Michael.Gottfried@azag.gov
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@strucklove.com

*Attorneys for Defendants*

s/ Jessica Carns