Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, et al., <br><br> Defendants. | NO. CV-12-00601-PHX-ROS <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br> **(Dkt. 4324)** |

Titled a "Notice of Supplemental Authority," Plaintiffs submit a "report" prepared by the Department of Justice ("DOJ") relating to its investigation into the Mississippi State Penitentiary (Parchman) and "remarks" from an Assistant Attorney General commenting on the investigation. (Dkt. 4324, 4324-1.) The Notice contends that several of DOJ's "findings" are relevant to the issues before the Court.

"The purpose of a Notice of Supplemental Authority is to inform the Court of a newly decided *case* that is relevant to the dispute before it; it is not a venue for submission of additional argument or factual evidence." *Myers v. Freed*, No. CV-19-05683-PHX-SMB, 2020 WL 6048327, at *1 (D. Ariz. Oct. 13, 2020), *aff'd*, No. 20-17120, 2021 WL 3783098 (9th Cir. Aug. 26, 2021) (emphasis added); *see also Doe v. Blue Cross Blue Shield of Illinois*, 492 F. Supp. 3d 970, 980 (D. Ariz. 2020) ("additional argument" in a notice of

1  supplemental authority is "inappropriate"). "Evidence of action taken by the federal
2  government" is not supplemental authority. *Trans-Sterling, Inc. v. Bible*, 804 F.2d 525, 528
3  (9th Cir. 1986); *see also Ctr. for Env't Health v. Vilsack*, 2022 WL 658965, at *4 n.4 (N.D.
4  Cal. Mar. 4, 2022) ("[A] government brief is not authority of any kind.").

5        The DOJ report and remarks are not judicial opinions. They are (untested)
6  government findings concerning another corrections system.  To the extent they can even
7  be construed as "evidence," the submission of evidence in this matter has long been closed.
8  The Court should reject Plaintiffs' improper attempt to "bring new evidence through the
9  back door," *Trans-Sterling*, 804 F.2d at 528, and strike the Notice.[1]

10        DATED this 29th day of April, 2022.

                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                              By /s/ Daniel P. Struck
                                  Daniel P. Struck
                                  Rachel Love
                                  Timothy J. Bojanowski
                                  Nicholas D. Acedo
                                  3100 West Ray Road, Suite 300
                                  Chandler, Arizona 85226

                                *Attorneys for Defendants*

---

[1] Defendants note that DOJ also stated in the report that restrictive housing "is not per se cruel and unusual," and "[n]o court has demarked a timeframe whereby solitary confinement becomes per se unconstitutional." (Dkt. 4324-1 at 48–49.)

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Alisha Tarin-Herman | atarinherman@perkinscoie.com |
| Alison Hardy: | ahardy@prisonlaw.com |
| Asim Dietrich: | adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org |
| Austin C. Yost: | ayost@perkinscoie.com; docketPHX@perkinscoie.com |
| Corene T. Kendrick: | ckendrick@aclu.org |
| Daniel Clayton Barr: | DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com |
| David Cyrus Fathi: | dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org |
| Donald Specter: | dspecter@prisonlaw.com |
| Eunice Cho | ECho@aclu.org |
| Jared G. Keenan | jkeenan@acluaz.org |
| John Howard Gray: | jhgray@perkinscoie.com; slawson@perkinscoie.com |
| Karl J. Worsham: | kworsham@perkinscoie.com; docketphx@perkinscoie.com |
| Kathryn E. Boughton: | kboughton@perkinscoie.com; docketphx@perkinscoie.com |
| Kelly Soldati | ksoldati@perkinscoie.com; docketphx@perkinscoie.com |
| Maria V. Morris | mmorris@aclu.org |
| Maya Abela | mabela@azdisabilitylaw.org |
| Rita K. Lomio: | rlomio@prisonlaw.com |
| Rose Daly-Rooney: | rdalyrooney@azdisabilitylaw.org |
| Sara Norman: | snorman@prisonlaw.com |
| Sophie Jedeikin Hart | sophieh@prisonlaw.com |
| Victoria Lopez: | vlopez@acluaz.org |

1  I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

2  N/A

                          /s/ Daniel P. Struck