21 APRIL 2022

TO - JUDGE ROSLYN SILVER

WE HAVE NO HEALTH CARE NOW

FILE A GRIEVANCE

IS NOW THE HEALTH CARE ANSWER TO ANY HEALTH CARE NEED

WHY?   IS THIS NOT IN RECEIVERSHIP YET

PLEASE RESPOND - I HAD TO CUT MY SKIN CANCER SORE OUT OF MY ARM MYSELF BECAUSE MEDICAL WOULD NOT DO IT

KEMP HORTON 202496
PO BOX 24403
TUCSON AZ 85734