INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS

Inmate KEM HORTON

ADC # 202496

Arizona State Prison Complex TUCSON

Unit RINCON

City TUCSON     AZ 85734

PObok 24403

(For International Use Only)

85003-213099

PHOENIX AZ 852

26 APR 2022 PM 5 L

quadient

FIRST-CLASS MAIL
IMI

$000.53°

04/27/2022 ZIP 85756
043M31213386

US POSTAGE

RECEIVED

TO JUDGE - ROSLYN APR 29 2022
US DISTRIC COURT          CLERK OF THE COURT
A2dISTRICT          UNITED STATES DISTRICT COURT
401-W-WASHINGTON-ST      FOR THE DISTRICT OF ARIZONA
PHX-A2
85003