THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civil 54
(Rule Number/Section)

FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 31 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Gerald Richardson #337823
P.O. Box 8909 - Yuma - Cibola
San Luis, Arizona. 85349

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen | CIV 12-0601-ROS |
| v. | MOTION FOR EMERGENCY RELIEF |
| Charles Ryan | |

I am respectfully requesting emergency relief, medically due to I am 61 years of age in a wheelchair that is broken and causing me severe pain.

The metal frame of the seat in the wheelchair is protruding into my buttocks in a stabbing fashion and Centurion Medical Provider refuses to replace the wheelchair on the Yuma-Cibola Arizona Department of Corrections complex, and I'm in pain constantly. Please assist me in gaining relief, and have the wheelchair replaced by medical provider.

Certificate of Service

I certify the foregoing is true and correct with the penalty of perjury. All parties of interest have been served of interest on this day. May 26th. 2022.

Respectfully Submitted:

Gerald Richardson

Signed: *Gerald Richardson*

Dated: 5-25-2022


TO: Arizona Federal District Court
    401 W. Washington - SPC-1

    Phoenix, Arizona.        85003-2118


TO: Arizona Department of Corrections Director. David Shinn
    1601 W. Jefferson
    Phoenix, Arizona.                              85007

# Arizona Department of Corrections
# Rehabilitation and Reentry
## Health Needs Request (HNR)

Date: _____
Time: _____
Initials: _____

## SECTION/SECCIÓN I

| INMATE NAME/NOMBRE (Last, First M.I.) | ADCRR NUMBER/NÚMERO DE ADCRR | DATE/FECHA (mm/dd/yyyy) |
|---|---|---|
| Richardson Gerald | 337823 | 5-23-2022 |

| CELL/BED NUMBER/CELDA/NÚMERO DE CAMA | UNIT/UNIDAD |
|---|---|
| 5B26L | Yu9 Cibola 5B26L |

| P.O. BOX/APARTADO POSTAL | INSTITUTION/INSTALACIÓN: ADCRR |
|---|---|
|  | Yu9 Yuma |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action.

## SECTION/SECCIÓN II

AREA OF INTEREST (Check only one block below): [X] Medical/Médico   [ ] Dental   [ ] Pharmacy/Farmacia   [ ] Mental Health/Salud Mental   [ ] Other (specify)

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below.

APPT at Intergrated medical Services CARDIOLOGY 623-433-0202 is NOT associated with MCKesson wheelchair INJURY TO MY BACK, Legs, Nerve, Hips + Grievance/Medical filed. I still have NOT been seen by a Nuerologist for Injury to my disc, and other medical body Parts effected. Also MRI for DISC Injury

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Services fee (excluding exemptions granted by statute) for the visit that I am herein requesting.

INMATE SIGNATURE/FIRMA DEL PRISIONERO: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III/SECCION III

REFERRAL BY MEDICAL STAFF/REFERENCIA MEDICA: [ ] Medical/Médico   [ ] Dental   [ ] Pharmacy/Farmacia   [ ] Pharmacy/Farmacia   [ ] Mental Health/Salud Mental   [ ] Other (specify)

STAFF SIGNATURE STAMP: [signature]   DATE: 5/24/22   TIME: 0630

## SECTION/SECCIÓN IV

PLAN OF ACTION/PLAN DE ACCION:

The provider has not ordered an MRI or neurologist consult. You have been seen by the provider several times for this back pain

STAFF SIGNATURE STAMP: [signature]   DATE: 5/24/22   TIME: 1510

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

Distribution/Distribución:  White/Blanca – Health Unit/Unidad de Salud
Canary, Pink & Goldenrod – Inmate/Amarillo Canario, Rosa y Amarillo Obscur - Prisonero

1101-10ES
6/2/21

SECTION 4, HNR