**INMATE MAIL: ARIZONA DEPARTMENT OF CORRECTIONS**

Inmate: GERALD Richardson
ADC #: 337823
Arizona State Prison Complex Yuma/LaBelle SB26L
Unit: P.O. Box 8909
City: San Luis   AZ 85349

**LEGAL MAIL**
**LEGAL MAIL**

ARIZONA FEDERAL DISTRICT COURT
401 W. WASHINGTON - SPC-1
PHOENIX, ARIZONA 85003-2118

RECEIVED
MAY 31 2022
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

NEOPOST
05/26/2022
US POSTAGE $000.53⁰
FIRST-CLASS MAIL
ZIP 85349
041M11460574