# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Unnamed class member Gerald Richardson filed a motion seeking emergency injunctive relief. (Doc. 4327). Mr. Richardson states he is confined to a broken wheelchair where the metal frame is "protruding into [his] buttocks in a stabbing fashion" and causing severe pain. He further claims Centurion refuses to replace the broken wheelchair. The Court will direct the Clerk of Court to open the Motion as a new civil action.

**IT IS THEREFORE ORDERED** that pursuant to the Court's January 29, 2019 Order (Doc. 3125), the Motion for Emergency Relief filed at Doc. 4327 is **denied without prejudice**. The Clerk of Court must open it as a new civil action.

Dated this 2nd day of June, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge