MARK BRNOVICH
ATTORNEY GENERAL

Lucy M. Rand, Bar No. 026919
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004-1592
Telephone:   (602) 542-1645
Fax:         (602) 542-7670
E-mail:      Lucy.Rand@azag.gov

Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 22126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:   (480) 420-1600
Fax:         (480) 420-1695
dstruck@swlfirm.com
rlove@swlfirm.com
tbojanowski@swlfirm.com
nacedo@swlfirm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., <br><br> Plaintiffs, <br><br> v. <br><br> David Shinn, et al., <br><br> Defendants. | No. CV12-00601-PHX-DKD <br><br> **NOTICE OF SUBSTITUTION** |

The Arizona Attorney General's Office hereby provides notice that Assistant Attorney General Lucy M. Rand substitutes for Michael E. Gottfried as counsel of record.

Lucy M. Rand
Arizona Attorney General's Office
2005 N. Central Ave./LMS
Phoenix, AZ 85004
(602) 542-7683
Lucy.Rand@azag.gov

#10428847

RESPECTFULLY SUBMITTED this 6th day of June, 2022.

MARK BRNOVICH
ATTORNEY GENERAL

s/ Lucy M. Rand_____
Lucy M. Rand
Assistant Attorney General

STRUCK LOVE BOJANOWSKI & ACEDO PLLC
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
s/_____
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I certify that on June 6, 2022, I electronically transmitted the attached document to the Clerk of the Court using the ECF System.  This document and the Notice of Electronic Filing were automatically served on the same date to the following, who are registered participants of the CM/ECF System:

**PRISON LAW OFFICE**
Alison Hardy:            ahardy@prisonlaw.com
Sophie Jedeikin Hart     sophieh@prisonlaw.com
Rita K. Lomio            rlomio@prisonlaw.com
Sara Norman:             snorman@prisonlaw.com
Donald Specter:          dspecter@prisonlaw.com

**ACLU**
Eunice Cho               ECho@aclu.org
Jared G. Keenan          jkeenan@acluaz.org
Corene T. Kendrick:      ckendrick@aclu.org
Victoria Lopez           vlopez@acluaz.org
James Duff Lyall:        jlyall@acluaz.org
Maria V. Morris          mmorris@aclu.org
Daniel Joseph Pochoda:   dpochoda@acluaz.org

#10428847                              2

**ACLU NATIONAL PRISON PROJECT**
David Cyrus Fathi:      dfathi@npp-aclu.org; astamm@aclu.org; hkrase@npp-aclu.org
Amy Fettig:             afettig@npp-aclu.org
Ajmel A. Quereshi       aquereshi@npp-aclu.org

**ACDL**
Maya Abela             mabela@azdisabilitylaw.org
Rose Daly-Rooney       rdalyrooney@azdisabilitylaw.org
Asim Dietrich          adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

**PERKINS COIE, LLP**
Daniel Clayton Barr:   DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com
John Howard Gray:      jhgray@perkinscoie.com; slawson@perkinscoie.com
Kathryn E. Boughton    kboughton@perkinscoie.com; docketphx@perkinscoie.com
Kelly Soldati          ksoldati@perkinscoie.com; docketphx@perkinscoie.com
Alisha Tarin-Herman    atarinherman@perkinscoie.com
Karl J. Worsham        kworsham@perkinscoie.com; docketphx@perkinscoie.com
Austin C. Yost         ayost@perkinscoie.com; docketphx@perkinscoie.com

s/ T. Izelo
Senior Paralegal to Lucy M. Rand

#10428847                                3