FILED ✓     LODGED
RECEIVED ___ COPY

DEC - 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### CIVIL WITNESS LIST

_____ Preliminary Injunction    _____ TRO    __X__ Non-Jury Trial    _____ Jury

TrialCase Number **CV 12-00601-PHX-ROS**    Judge Code _____    Date **11/01/2021**

__X__ Plaintiff/Petitioner       _____ Defendant/Respondent

| NAME | SWORN | APPEARED |
|------|-------|----------|
| Dustin Brislan | 11/8/21 | 11/8/21 |
| Craig Haney, Ph.D., J.D. | 11/4/21 | 11/4/21, 11/5/21 |
| Martin F. Horn | 11/8/21 | 11/8/21, 11/9/21 |
| Shawn Jensen | | |
| Kendall Johnson | 11/1/21 | 11/1/21 |
| Robert Joy | 11/1/21 | 11/1/21 |
| Jason Johnson | 11/8/21 | 11/8/21 |
| Rahim Muhammad | 11/4/21 | 11/4/21 |
| Stefanie Platt, Psy.D | 11/5/21 | 11/5/21 |
| Laura Redmond | 11/2/21 | 11/2/21 |
| Ronald Slavin | 11/2/21 | 11/2/21 |
| Pablo Stewart, M.D. | 11/3/21 | 11/3/21 |

| NAME | SWORN | APPEARED |
|---|---|---|
| Todd Randall Wilcox, M.D., M.B.A., C.C.H.P.-A. | 11/9/21 | 11/9/21, 11/10/21, 11/15/21 |
| Ronald Hochrine | | |
| Patricia Borden | | |
| Gabriela Pelsinger | | |
| Tania Amarillas | | |
| Jessica Carns | 11/1/2021 | 11/1/2021 |
| Anthony Coleman | 11/15/2021 | 11/15/21 |
| Larry Gann | | |
| David Shinn | | |
| Bobbie Pennington-Stallcup, Ph.D. | | |
| Ashley Pelton, Ph.D. | | |
| Lori Stickley | 11/5/21 | 11/5/21, 11/15/21 |
| Travis Scott | 11/2/21 | 11/2/21, 11/3/21 11/5/21 |
| Wendy Orm, M.D. | | |
| Grant Phillips, M.D. | | |
| Dr. John S. Wilson | | |

154436591.1

| NAME | SWORN | APPEARED |
|---|---|---|
| ADCRR or Centurion Custodian of Records | | |
| Any other ADCRR or Centurion witness needed to establish the authenticity of or lay the foundation for documents produced by ADCRR or Centurion | | |
| Any other witnesses necessary for rebuttal | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

154436591.1