FILED ✓ / LODGED
RECEIVED / COPY

DEC - 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEP.

# UNITED STATE DISTRICT COURT
## DISTRICT OF ARIZONA

## CIVIL WITNESS LIST

☐ Preliminary Injunction      ☐ TRO      ☒ Non-Jury Trial      ☐ Jury Trial

Case Number: 2:12-cv-00601-ROS        Judge Code:_____        Date: November 1, 2021

*Shawn Jensen, et al. vs. David Shinn, et al.*

☐ Plaintiff/Petitioner                    ☒ Defendant/Respondent

| NAME | SWORN | APPEARED |
|------|-------|----------|
| Branum, Kim | | |
| Brislan, Dustin (164993) | | |
| Bucio, Jose | | |
| Bueno, James, Pharm.D. | | |
| Cardogan, Richard | | |
| Carr, Antonio, M.D. | | |
| Cerillo, Adalia | | |
| Coleman, Anthony | | |
| Corliss, Jamie | | |
| Coronado, Oyuki, NP | | |
| DeBartolo, Karen, R.N. | | |
| Diaz, Michelle | | |
| Dolan, Tom | 11/8/21 | 11/8/21, 12/8/21 |

| NAME | SWORN | APPEARED |
|---|---|---|
| Donnelly, Laura | | |
| Fife, Stacey | | |
| Gahris, Jennine | | |
| Gamez, Robert (131401) | | |
| Gann, Larry, Jr., R.N., CCHP | 11/16/21 | 11/16/21, 11/17/21, |
| Gonzalez, Jonathan (247947) | | |
| Gray, Kendrick, D.D.S. | | |
| Griffin, D., M.D. | | |
| Haldane, Mark | | |
| Hofer, Brian | | |
| Horn, January | | |
| Ibrahim, Steve, D.O. | | |
| Jensen, Shawn (032465) | | |
| Johnson, Jason (161509) | | |
| Johnson, Kendall (189644) | | |
| Jordan, Elijah, M.D. | 11/17/21 | 11/17/21 |
| Kabongo, Claudine | | |
| Kelly, Patricia, Dr. | | |
| Kimble, James | | |
| Leonard, Stephanie, Psy.D. | | |
| Mahn, Jonathon, D.O. | | |

| NAME | SWORN | APPEARED |
|---|---|---|
| Masters, Katie | | |
| May, John, M.D., FACP | | |
| Merrill, Rachael, RN | | |
| Miller, Jackie | | |
| Mocha, Bianca | | |
| Moore, Rachell | | |
| Murray, Owen, D.O., MBA | 12/7/21 | 12/7/21, 12/8/21 |
| Myers, Carli | | |
| Olmstead, Pamela, NP | | |
| Orm, Wendy, M.D. | | |
| Pelton, Ashley, PhD | | |
| Penn, Joseph, M.D., CCHP, F.A.P.A. | 11/19/21 | 11/19/21, 12/7/21 |
| Pennington-Stallcup, Bobbie, Ph.D. | 11/17/21 | 11/17/21 |
| Phillips, Amy | | |
| Phillips, Grant, M.D. | 11/18/21 | 11/18/21, 12/8/21 |
| Polson, Joshua (187716) | | |
| Redmond, Laura (166546) | | |
| Renna, Veronica | | |
| Rodriguez, Sonja (103830) | | |
| Salazar, Abel, M.D. | | |
| Schwestak, Kaci | | |

| NAME | SWORN | APPEARED |
|---|---|---|
| Sharr, Josephine, Ph.D. | | |
| Shinn, David | 11/16/21 | 11/16/21 |
| Slavin, Ronald (142019) | | |
| Smith, Jeremy (129438) | | |
| Smith, Matilde | | |
| Stewart, Rodney, M.D. | | |
| Strada, Frank | | |
| Todd, Jessica | | |
| Towles, Ronald | | |
| Van Winkle, Jeffrey | 11/17/21 | 11/17/21, 11/18/21 |
| Verduzco, Christina (205576) | | |
| Wilson, John S., Ph.D. CCHP-MH, CCHP | | |
| Williams, Nancy | | |
| Wu, Johnny, M.D., FACP, FACCP, CCHP-P, EVP | | |
| Young, Murray, M.D. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |