Raymond C. Diaz #037263
Arizona State Prison
P.O.B 3300, A4
Florence, AZ. 85132
Class Action

1/9

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Jensen
Plaintiff(s)

v.

David Shinn, et al.,

No. CV12-00601-PHX-ROS ( )

PLAINTIFF(S) EXHIBITS
NOTICE TO THE COURT

Class Action Plaintiff ("Raymond C. Diaz") respectfully gives Notice to this Honorable Court of the Defendants refusal to provide Plaintiff Raymond C. Diaz "ANY" Dental care, Raymond C. Diaz in connection with the Jensen case submits Exhibits for this Honorable Court to evaluate the inhumaine "Treatment" or lack-therof causing Plaintiff serious pain which will lead to permanent damage (pain levels are 8/10).

Respectfully submitted this 10th day of June 2022

By /s/ Raymond C. Diaz
Raymond C. Diaz
Class Action Plaintiff

ATTACHMENTS                    2/9

Jensen CV12-00601-PHX-ROS ( )

1) Informal    03.31.22
2) Informal response (No. #22-038344) 05.16.22
3) Grievance 04.25.22 ( " " )
~~Informal Grievance~~
~~Grievance response 04.20.22~~
4) Informal response 04.20.22 ( " " )
5) Grievance Appeal 05.17.22
6) Grievance Supplemental " " ( " " )
7) Inmate Grievance Response 05.31.22 ( " " )


By: _____
    Raymond C. Diaz

2



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Informal Complaint Resolution

Complaints are limited to one page and one issue. Please print all information. 22-038344

| INMATE NAME (Last, First M.I.) | ADC NUMBER | INSTITUTION/UNIT SA1 | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Diaz, Raymond C | 037263 | Eyman - Cook | 03-31-22 |

| TO | LOCATION |
|---|---|
| COIII Woods | ASPC Eyman Meadows building (5) |

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm attempting to informally resolving issue and problem. Today 03-31-22 at approximate time 07:30 AM I was seen by by Meadows unit Dental, where I was not given the constitutional standard of dental care similar to that of the community at Large, I was not given appropriate dental health standards and practices according to current American Dental Association guidelines and the Arizona State Board of Dental Examiner requirements, under Dental Procedures - 440.1, Dental Refuse to repair my broken 3 way bridge, you need 2 stem to hold my 3 way bridge where had broken off, the dentist informed that the best he could do was pull the remainder 2 teeth that were holding my 3 way bridge, he said his supervisor would not allow him to fix my teeth, or rather my broken 3 way bridge, by dental denying to fix my bridge can cause me substantial medical harm, very serious medical harm, I'm unable to eat I'm unable to chew my food properly, provide me with the Emergency Dental Treatment that I need, Health Services clearly states that ADCRR medical must provide professional oral health care services, with excellence as our standard, to patients within the Arizona Department of Corrections Court decisions resulting from inmate litigation have declared that unreasonable deprivation for medical and dental care is unconstitutional.

| INMATE SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|
| Raymond C Diaz | 03-31-22 |

Have you discussed this with institution staff?  ☒ Yes  ☐ No
If yes, give the staff member name: Meadows Dental    4/1/2022

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14



# Inmate Grievance/Formal Response Notice
## Medical

**Inmate Name:** RAYMOND DIAZ

**ADC#:** 37263

**Prison/Unit:** EYMAN/EYMAN MEADOWS

**Bldg/Bed:** A44 05ABA01L

### Case #:22-038344

## Formal Grievance

**Type:** Formal Response

**Date Received:** 04/01/2022 02:56:00 PM

**Response Author:** Veronica Renna

**Responded On:** 05/16/2022 03:53:29 PM

**Decision:** Resolved

## Case Details

**Case Number:** 22-038344

**Grievance Status:** Resolved

## Case Data

**Prison of Complaint:** EYMAN

**Opened Date:** 04/01/2022 02:56:00 PM

**Grievance Category:** Health Care/Medical

**Unit of Complaint:** EYMAN MEADOWS

**Grievance Stage:** Formal Answered

## Formal Grievance Response

**Responder Name:** Veronica Renna

**Due Date:** 05/17/2022 12:20:15 PM

**Date/Time:** 05/16/2022 03:53:29 PM

**Result:** Resolved

**Response:** Your dental record evidences that you were seen in Dental on March 31, 2022 at an urgent encounter due to your discomfort with your U-anterior bridge. You stated that the bridge was loose. Exam and x-ray of your teeth showed that teeth #8 and #10 were fractured off at the gum line and are not restorable. These are the teeth that your bridge was attached to, and thus the bridge cannot be cemented back on. Dental bridges are supported by natural teeth or implants, and it is mandatory that your remaining surrounding teeth be strong and healthy. The dentist recommended extraction of teeth #8 and #10, and explained to you that the bridge cannot be re-cemented back on. There is no necessity of a face to face encounter as the dental record is clear as to the prognosis of your dental visit. Be advised that DOC does not provide implants. There is no evidence of violation of your Federal rights. You are advised to follow up with dental per HNR for continuance of your dental plan of care. This grievance is resolved. Please submit an HNR for future health needs.

☐ Override ☐ Data Input Error ☐ Unprocessed ☐ Extension

**RestitutionRecommended:** No

**Notice:** You may elect to appeal the decision of the Deputy Warden to the Director (Grievance Appeal form 802-3 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by
•Ensuring the grievance procedure within their assigned unit and institution has been exhausted.



# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

| RECEIVED BY | M/L |
|---|---|
| TITLE | CO III |
| BADGE NUMBER | 737C |
| DATE (mm/dd/yyyy) | 4/25/22 |

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|
| Diaz, Raymond C | 037263 | 04-25-22 |

| INSTITUTION/FACILITY | CASE NUMBER |
|---|---|
| Eyman Meadows 5A1 | #22-038344 |

TO: GRIEVANCE COORDINATOR

**Description of Grievance** (To be completed by the Inmate)

Inadequate Dental Care, the investigation conducted by Cody Neiswonger was inadequate and one sided, Cody Neiswonger went by my medical record, and never did a face to face interview, Dental procedure - 440.1 was not followed, no dental treatment was signed by me the patient, If I refuse any treatment I need to sign a Refusal of such Treatment was not done, being that Dental Care is one of the most important medical needs of inmates, Arizona Department of correction Rehabilitation and Reentry is allowing Dental to pick and choose what type of dental care they are going to provide, that leads to —

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Inmate Informal Complaint Resolution, provide me with the names of the following staff members at dental at meadows the dentist and the 2 dental assistance, provide me with my dental needs Fix my 3 way bridge, replace it with my dental needs.

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Raymond C Diaz | 04-25-22 | [signature] | 4-25-22 |

| Action taken by | Documentation of Resolution or Attempts at Resolution. |
|---|---|

| STAFF MEMBER'S SIGNATURE | BADGE NUMBER | DATE (mm/dd/yyyy) |
|---|---|---|

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy - Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13



# Inmate Grievance/Informal Response Notice
## Medical

**Inmate Name:** RAYMOND DIAZ

**ADC#:** 37263

**Prison/Unit:** EYMAN/EYMAN MEADOWS

**Bldg/Bed:** A44 05ABA01L

### Case #:22-038344

## Informal Complaint

**Type:** Informal Response
**Date Received:** 04/01/2022 02:56 PM
**Response Author:** NEISWONGER, CODY
**Responded On:** 04/20/2022 10:58:00 AM
**Decision:**

## Case Details

**Case Number:** 22-038344

**Grievance Status:** Open

## Case Data

**Prison of Complaint:** EYMAN
**Opened Date:** 04/01/2022 02:56 PM
**Grievance Category:** Health Care/Medical

**Unit of Complaint:** EYMAN MEADOWS
**Grievance Stage:** Informal Answered

## Informal Grievance Response

**Grievance Date:** 04/01/2022 12:00:00 AM
**Response Due:** 04/22/2022 02:56 PM

**Issue:** Dental Treatment
**Responder:** NEISWONGER, CODY

**Response:** Investigation into your issue included a review of your medical record. Per your medical record you were evaluated by the Medical Provider on March 31, 2011 for an urgent dental visit resulting from your March 27 HNR stating that your front three way bridge was lose. Exam was conducted and you were educated that both teeth #8 and #10 were fractured off at the gum line, are not restorable, and could not be cemented back on. The dentist recommended removal of the fractured teeth. There does not appear to be any violation of your constitutional rights to dental care. . Please submit an HNR for future health needs.

☐Unprocessed

**Responder's Name:** CODY NEISWONGER

**Notice:** If you are dissatisfied with the Informal Complaint Response, you may file a formal grievance (form 802-1 Inmate Grievance, and/or form 802-7 GF Supplement) within five (5) workdays from receipt of the above response to the Grievance Coordinator by:
• Placing a single complaint on a single inmate Grievance form.

**NOTE: If multiple unrelated issues are on a single form or if a duplicate complaint is filed, the grievance shall be rejected and returned unprocessed.**

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: M. Miller
Title: CO III
Badge #: 7326
Date: (mm/dd/yyyy) 5/18/22

**Please Print**

INMATE'S NAME (Last, First M.I.) (please print): Diaz, Raymond C
ADC NUMBER: 037263
DATE (mm/dd/yyyy): 05-17-22

INSTITUTION: ASPC Eyman Meadows
CASE NUMBER: #22-038344

TO: Director David Shinn

I am appealing the decision of Veronica Renna, No Dental Plan for the following reasons: was ever signed or given to me by Dental, I Am Not being provided professional oral health care services, with excellence The Arizona Department of Corrections is Fully responsible For All my Oral/Dental Needs, At This Time I'm declaring unreasonable deprivation of my dental care, a True Violation of my rights As a prisoner, provide me with my dental needs or I will Allow the United States District Court, For the Failure to provide me with adequate dental services, I'm requesting that my Dental Records be release to KATYA SCHWENK reporter For the phoenix News Times.

INMATE'S SIGNATURE: Raymond C Diaz
DATE: 05-17-22
GRIEVANCE COORDINATOR'S SIGNATURE: [signature]
DATE: 5-19-2022

RESPONSE TO INMATE BY:
LOCATION:

STAFF SIGNATURE:
DATE (mm/dd/yyyy):

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance – GF Supplement

vw 7/25/22

| INMATE'S NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/FACILITY | CASE NUMBER |
|---|---|---|---|
| Diaz, Raymond C | 037263 | SA1 Eyman Meadows | 22-038344 |

Inadequate Dental Care, Dental doesn't provide the type of care or standard of dental care to similar to that of the community at large, Dental is more concern about the cost than the Dental need, Just like in my case my upper 3 way bridge become lose and broken, during my oral examination the dental assistan handed me a paper towel and had me pull out my 3 way bridge that was partialy attached to my tooth, she had me brake it off, I qualifie for replacement being that I have so many teeth missing caused by Dental that consisted of pulling my teeth rather than saving them, Cody Neiswanger is not a Federal united states Judge to make a finding of any violations of my constitutional rights to recieve proper dental care, This is to inform you that I will be filing a 1983 law suit for violations of my Federal Right to adequate dental care,

SIGNATURE: Raymond C Diaz
DATE (mm/dd/yyyy): 04-25-22

INITIAL DISTRIBUTION: GF Supplement – White and Canary or Copies - Grievance Coordinator
Pink, or Copy - Inmate

FINAL DISTRIBUTION: White or Copy – Inmate
Canary or Copy – Grievance File

802-7
12/12/13



**Arizona Department of Corrections
Rehabilitation and Reentry**

**Inmate Grievance Response**

*For distribution: Copy of Corresponding Informal complaint resolution must be attached to this response.*

| INMATE PRINTED NAME (Last, First M.I.) | ADCRR NUMBER |
|---|---|
| Diaz, Raymond C. | 037263 |
| INSTITUTION/UNIT | CASE NUMBER |
| Eyman/ Meadows Building 05AB / A01L | 22-038344 Appeal |

### SUMMARY OF COMPLAINT
This is in response to your Inmate Grievance Appeal dated May 17, 2022 and received at Eyman Health on May 19, 2022 in which you state that you are not receiving professional oral health care services which is a violation of your rights as a prisoner.

### INMATE PROPOSED RESOLUTION
To receive dental care according to my needs, and to furnish my medical records to a reporter for the Phoenix News Times.

### INVESTIGATIVE ACTION
Investigation into your issue included a review of your medical record and your complaint file.

### FINDINGS & DECISION
Per your Inmate Grievance dated April 25, 2022 and received at Health Services via ACIS on April 26, 2022 you allege inadequate dental care as the dentist refused to fix or replace your three way bridge. As evidenced by the dental records you were seen in Dental at an urgent encounter on March 31, 2022 as the result of your March 27th HNR stating that your front bridge was lose and you were unable to bite down and eat. X-rays were taken and an exam was completed. You were informed that both teeth #8 and # 10 (the two teeth that your bridge are attached to) were fractured at the gum line and are not restorable.  The dentist recommended extraction of teeth #8 and #10, and explained to you that the bridge cannot be re-cemented back on. There is no evidence of violation of your rights as an Arizona Department of Corrections detainee. You may receive dental care per DOC Dental Policy and are encouraged to submit an HNR if you wish follow up with further dental care.  You are advised to follow DOC Policy in regard to release of your medical records.  Your appeal stating you are not receiving adequate dental care is denied.   Please submit an HNR for future health needs.

In accordance with Department Order 802, Inmate Grievance Procedure the decision of the Contract Facility Health Administrator is final and constitutes exhaustion of all remedies within the Department.

| STAFF PRINTED NAME (Last, First M.I.) | SIGNATURE | DATE (mm/dd/yyy) |
|---|---|---|
| Trina Randall, FHA | *Randall* | 05/31/2022 |

802-2
3/2/22

