Miguel A. Garfias, ADC #230786
A.S.P.C. LEWIS
P.O. Box 3600
Buckeye, Arizona 85326

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JUN 2 7 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jensen, Class Members, Plaintiff, v. David Shinn, Defendant. | Case No. 2:12-CV-00601-DKD (Formerly: Parsons v. Ryan) MOTION REQUESTING ADMISSION OF NEW EVIDENCE AND/OR TESTIMONY (HONORABLE Roslyn Silver) |

Class/Subclass Member, Miguel A. Garfias, respectfully requests this Honorable Court for admission of new evidence and/or his testimony concerning inadequate medical/mental health care and unlawful use of isolation-super max facilities. Garfias asserts that admission of testimonial, video, and documentary evidence would further shed light on ADCRR/Centurion's unlawful policies and practices that: has led to inhumane living conditions; incidents of serious self mutilation/harm; reported PREA violations and unnecessary use of excessive force; and could help contribute to "findings of facts and conclusions of law" (assuming there is time). The motion is accompanied by an declaration and supporting exhibits.

Respectfully executed on this 22nd day of June 2022.

x _____
Miguel A. Garfias

DECLARATION          Executed on this 22nd day of June, 2022.

I, Miguel A. Barfius, sound in mind and judgement hereby declare the following:

I'm SMI, with extensive history of mental health problems attributed to tragic loss, abuse, and traumatic experience. Specifically, I survived brutal ambush by a prison gang and a lawsuit ensued (see Ex. A). In March of 2020, after being released, I was unable to overcome PTSD and depression so I tried to kill myself after work (see Ex. B).

When I returned to prison on Feb. 11, 2021, after being spotted by my enemies and my life being threatened, I reported it to supervisors. Without procedural Due Process, I was punished and placed, per DO. 704, under "RTH" (Refuse to House) status and sanctions (loss of visits, phone calls, books, store, electronics...; see Ex. C). Records reflect that between March and August, 2021, without tickets or investigative effort, I remained in 24 hour lockdown with nothing when I'm the victim. After receiving 8 major tickets for refusing to house where ADC "ACIS" system shows substantial risk of serious harm exists, I was recommended for Max custody placement but denied in April, 2020 (Ex. D). It's been 16 months and I remain in RTH status; mental symptoms have exacerbated.

In the past 16 months of severe punishment, it has subjected me to physical and psychological torture. I have been maced twice without legitimate justification (both June 25 and Aug. 16, 2021 videos, show self-inflicted head injuries, mutilations, if the torture caused by the mace and inhumane conditions). I was maced while in suicide watch for cutting my scalp with blades and busting my nose. I did not receive proper medical/mental health care but instead, was videotaped in a state of undress and placed in a strip cell 100% in the nude with genitalia fully exposed - to be observed by staff in mental health watch. No one took action. No one reported misconduct. No one reported PREA violations (see Ex. E).

I wrote and send grievances to ACLU and Prison Law Office to no avail. I declare under the penalty of perjury the foregoing is true and correct.

x _____

Gartias v. Charles Ryan et al.                                EXHIBIT "A"

he had previously fought a ranking member of the STG Border Brothers while assigned to Cimarron Unit; however, Plaintiff's PC file showed that when Plaintiff left Cimarron Unit in October 2012, he had only minor injuries and was, at that time, unable to identify who he had fought with. (*Id.*) As to the current assault, Plaintiff stated he was approached by prisoners at Winchester Unit and questioned about what happened at Cimarron Unit, and after these prisoners called other yards, they told Plaintiff they had confirmed that he had fought a ranking member of the Border Brothers while at Cimarron Unit and he needed to "step into HU6B to receive a 'hot one' (minor assault)." (*Id.*) About six other prisoners then joined in and assaulted Plaintiff, and he lost consciousness and was unable to remember what happened from that point on. (*Id.*) Plaintiff was taken to the University Medical Center (UMC) for treatment of his injuries and then brought back to ASPC-Tucson to await the outcome of the PC process. (*Id.*)

A report from the UMC shows that Plaintiff had "extensive right-sided scalp contusions"; "a left lateral periorbital facial/scalp laceration without underlying facial fracture;" and "[m]inimally displaced nasal bone fractures." (Doc. 185-1 at 6.)

During its investigation, SSU interviewed prisoners assigned to Winchester Unit and "was advised by confidential sources, to include high profile Mexican National Inmates, that [Plaintiff] was assaulted due to fighting a high ranking member of the STG Border Brothers." (Doc. 171-6 at 9.)

Plaintiff's Protective Custody Decision Worksheet shows that DW Linda Vega recommended PC placement, stating

> [t]here is definitely a threat. Multiple Border Brother suspects were identified as assaulting [Plaintiff] on 12/05/2014 causing head trauma and requiring transport to UMC. Issue claimed to be from 2012 fight with a ranking Border Brother at Cimarron. [Plaintiff] claimed upon arrival he told the inmates his history in order to come clean.

(*Id.* at 14.) Vega's rationale for recommending PC was that

> [t]his is the second time [Plaintiff] has been observed with injuries consistent with a physical altercation over fighting a Border Brother. [Plaintiff] is likely to continue to tell inmates

Pg. 3 of 8                           - 14 -

As to count seven, in Maricopa County, on March 19, 2020, Miguel Garfias, knowing or having reason to know the victim was a peace officer, placed the victim in reasonable apprehension of imminent physical injury by taking or attempting to exercise control over a peace officer's firearm.

### IV. Mitigation

Mr. Garfias is Severely Mentally Ill ("SMI") and is case managed by Terros. He has a long history of mental illness, which can be traced back to his childhood. Mr. Garfias suffers from Post-Traumatic Stress Disorder, Panic Disorder with Agoraphobia, Bipolar I Disorder, Anxiety, and Depression (see Appendix A). He is prescribed several medications for these ailments. *Id*. Mr. Garfias met with Terros one month prior to this incident and discussed with his team that he believed his medications were not working sufficiently. *Id*.

Simply stated, Mr. Garfias suffered a psychotic break prior to committing these offenses. Mr. Garfias believed former inmates from DOC were attempting to murder him. Mr. Garfias became so fearful and paranoid, he attempted suicide by ingesting excess psychiatric medication, which caused him to be placed in the ICU and on suicide watch. When he did not overdose, Mr. Garfias abandoned his car out of fear and began walking in Phoenix. The charged offenses occurred at the height of Mr. Garfias psychotic episode. The body worn camera of responding officers clearly demonstrates Mr. Garfias' paranoia. In one recording, Mr. Garfias explains to officers that "they tried to kill me yesterday". In another recording, he explained to police that he was in fear of his life and suicidal. He repeatedly asks for assurance from the officers, saying "Am I safe with you?" or "can I

**Commented [KN(5)]:** Long history of mental illness, starting at age 14, after he was present when his brothers deceased body from a lake

Jesus Garfias March 20 1996.

This was in the news.

Need to get news article.

Three brothers dies 1992, 1994, 1996

Was there when scuba diver pulled the body out of the water and his body was purple.

**Commented [KN(6)]:** Mental health episode… doesn't like the term psychotic

**Commented [KN(7)]:** It is important to note that Mr. Garias was a victim of violent attack at DOC prior to this in 2015 that left him hospitalized and with permanent metal plates in head.

Tucson Yard at the time.

**Commented [KN(8)]:** Excess prescribed phycological medication and pain medication. Landing in ICU 4th suicide watch

**Commented [KN(9)]:** Was inside the truck closed the door handed back the keys, that is when cops were already there and that is when he pulled the knife out.

**Commented [KN(10)]:**

**Commented [KN(11)]:** And he was going to kill himself