

# Arizona Department of Corrections Rehabilitation and Reentry
## Inmate Informal Complaint Resolution

*Complaints are limited to one page and one issue.*

*Please print all information.*

| INMATE NAME (Last, First M.I.) (Please print) | ADC NUMBER | INSTITUTION/UNIT | DATE (mm/dd/yyyy) |
|---|---|---|---|
| Garfias, Miguel A. | 230780 | Lewis/Rast | Nov. 16, 2021 |

**TO:** CO III Daniels

**LOCATION:**

State briefly but completely the problem on which you desire assistance. Provide as many details as possible.

I'm willing to resolve the following issue: Due to ADC policy 704, I have been subjected to psychological, physical, and emotional torture (exacerbating my mental illness, causing serious self-mutilation / self-inflicted head injuries) I'm S.M.I. with history of suicide attempts, bipolar, depression, panic attacks, etc.). For the past 11 continuous months, ADC has relied on unlawful use of solitary confinement as punishment for reporting death threats depriving me from institutional activities, rights, and privileges and mental health programming when culprits go unpunished. ADC records show I survived a murder attempt and my life remains at risk. In fact, on Feb. 11, 2021, I reported to Sgt. Webster, Sgt. Cohn, death threats and without a hearing, I was placed in 22 hour lockdown where severe restrictions and sanctions were imposed. Between March, 2021 and August, 2021, without any ticket, I was kept on lockdown with heavy restrictions due to ADC's failure to take necessary and required actions to protect my safety. Though grievances were filed with attachments and reviewed by ADW Williams, COIV Dukes, and investigator SSU Brinkley, (case# 21-028-420) zero action was taken. Consequently, I have suffered panic attacks, I hear voices way more often & I have seriously hurt myself because I can potentially be transferred where my enemies are at. I have smashed my head against block walls; I have slid my scalp with blades and have busted my nose and lips (I've been in suicide watch various times). Not only does ADC officials have documents that prove substantial risk of serious harm exists, but they know that policy 704 violates Due process and First, and Eighth Amendment (deprivation of visits, law library books, phone calls, religious activities, etc), and know that I am denied of privileges and entitlements afforded to general population. I am a victim and yet it is evident that ADC established 704 to inflict malicious cruelty acting w/ culpable state of mind showing some form of intent. I will resolve this upon restoration of privileges and upon transfer to residential mental health unit.

**INMATE SIGNATURE:** [signature]

**DATE:** Nov. 16, 2021

Have you discussed this with institution staff? ☒ Yes ☐ No

If yes, give the staff member name: Psychiatrists: Stowater, Perryman; Psych associates: Anderson, Church, CO III Daniels, CO IV Graf

Distribution: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance Coordinator File

802-11
6/25/14

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance

EXHIBIT C
704/S.M.I

RECEIVED BY: Dominguez
TITLE: COI
BADGE NUMBER: 10040
DATE: 12-10-22

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice

INMATE NAME: Garfias, Miguel A.
ADC NUMBER: 230786
DATE: December 1, 2021
INSTITUTION/FACILITY: Lewis/RAST
CASE NUMBER: N/A (Issue was ignored)
TO: GRIEVANCE COORDINATOR

**Description of Grievance:** On ___ I filed an informal complaint concerning psychological torture (exacerbating mental illnesses) as a direct result of unlawful use of solitary confinement under D.O. 704; no response was issued. ACIS shows/proves that ADC officials have knowledge that inmates who tried to kill me in county jail I was housed with here in Barchey and threatened to kill me (but no action was taken against them but punished me). Without an initial disciplinary hearing, I was placed in 22 hour lockdown and immediately denied privileges such as: TV, radio, store, shoes, library books, hot water, mental health programming (I'm S.M.I.), visitation, tablet, phone calls and even legal notes. In other words, ADC, through 704, took everything for me reporting death threats. For the past 330 days, as a victim (culprits went unpunished), per D.O. 704, I am placed in solitary when for 5 months, I had zero tickets. My life remains at risk.

**Proposed Resolution:** Since I am deprived of rights & I'm close custody, I will resolve this once override to Max. I'm going crazy & deprived of sanity and subjected to substantial risk of continued pain and suffering, decompensation, self-injurious behavior, and thought of suicide. I have addressed these issues to mental health staff and ADW Williams, ADW Coleman, ADW Mutos, ADW Swayne, SSU Brickhay and many others to no avail. I even spoke to COIV Jackson - whom resolve housing issues. I will resolve this upon restoration of privileges & upon transfer to residential MH unit.

Inmate's Signature: [signed]
Date: Dec. 10, 2021

DISTRIBUTION: INITIAL: White and Canary or Copies – Grievance Coordinator; Pink or Copy – Inmate
FINAL: White – Inmate; Canary – Grievance File

802-1
12/12/13

# ARIZONA DEPARTMENT OF CORRECTIONS
## Inmate Grievance Appeal

EXHIBIT C

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

*Please type or print in black or blue ink. (To be completed by staff member initially receiving appeal)*

Received By: **Pietrasik**
Title: **COII**
Badge #: **2543**
Date: (mm/dd/yyyy) **01-06-2022**

**Please Print**

INMATE'S NAME (Last, First M.I.) (please print): **Garcias, Miguel A.**
ADC NUMBER: **230786**
DATE (mm/dd/yyyy): **Jan 6, 2022**
INSTITUTION: **Lowis/Rast/3-B-3-22**
CASE NUMBER: **N/A (issue never addressed)**

TO: **ADCRR Director, David Shinn**

I am appealing the decision of **N/A I submitted both informal and formal** for the following reasons: **grievance about unlawful use of solitary confinement, per D.O. 704, disregarding my S.M.I. status. For 11 months I have been in 22 hour lockdown for reporting death threats and for "refusing" to house despite evidence that my life is in grave danger - but ignored. For 5 months, without tickets or hearings, I remained under harsh restrictions (no electronics, visits, calls, emails, books...) Between Feb, 2021 and Jan. 2022; I have been deprived of human interaction; I've been subjected to physical/psychological torture; been maced twice (once, when forced by force to house where danger exists and when I was left naked in suicide watch); I was sexually abused by staff and PREA claims were covered up. I experience self-mutilations, self-injures, irrational anger, audio hallucinations, suicidal thoughts... I don't want to die! Help!!!**

INMATE'S SIGNATURE: [signature]
DATE (mm/dd/yyyy): **Jan 6 2022**

GRIEVANCE COORDINATOR'S SIGNATURE:
DATE (mm/dd/yyyy):

RESPONSE TO INMATE BY:
LOCATION:

STAFF SIGNATURE:
DATE (mm/dd/yyyy):

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13



Arizona Department of Corrections
Rehabilitation and Reentry

## Maximum Custody Placement Recommendation/Approval

*Recommended by: COIV Jackson*
*Hand delivered by: COIII Sauter*
*on: 4-19-22*

*EXHIBIT D*

| INMATE NAME (Last, First M.I) (Please print) | ADCRR NUMBER | UNIT | HEARING DATE (mm/dd/yyyy) |
|---|---|---|---|
| Garfias, Miguel | 230786 | Barchey | 4-19-22 |

The inmate ☐ was ☐ was **not** present for the hearing *(if not provide reason):*

The inmate ☐ did ☐ did **not** submit a written statement, if so, is the statement attached? ☐ Yes ☐ No

The inmate ☐ did ☐ did **not** request witnesses, if so, was the Witness Request form(s) completed? ☐ Yes ☐ No

Present at the hearing were:

**Purpose of Hearing:** To determine whether the inmate should be placed at a maximum custody institution based on already proven conduct, in conjunction with an assessment of the inmate's overall record, which constitutes a threat to the safety and security of the institution. In addressing this issue, the Classification Officer will determine whether the behavior falls within any of the categories below:

**Behavior Categories:** Indicate *(with a check)* which of the following behavioral categories apply.

☐ 1. The inmate has demonstrated physical or sexually assaultive behavior resulting in either serious physical injury or death to any person, or in an attempt to sexually assault any person, or to cause serious physical injury or death to any person, or if the inmate has conspired in the planning any of the mentioned. Such demonstrated assaultive behavior may or may not involve the use of a weapon.

☐ 2. The nature of criminal offense(s) committed prior to incarceration constitutes a current threat to the security and orderly operation of the institution and to the safety of others; for example, assaults against law enforcement, participation in gang activity or actions indicating an escape risk.

☐ 3. The inmate was an active participant in, organized, or incited a disturbance or riot that resulted in the taking of a hostage, loss of life, property damage, or physical harm to others.

☐ 4. The inmate has conspired or attempted to convey, introduce or possess contraband, which posses a threat or danger to the security of the institution. Such items of contraband may include, but are not limited to weapons, drugs, ammunition, communication devices, or escape material.

☐ 5. The inmate functions as a leader, enforcer, recruiter, or member of a validated Security Threat Group.

☐ 6. The inmate escaped, attempted escape or committed acts to facilitate an escape from custody.

☒ 7. The inmate, through repetitive and/or seriously disruptive behavior, has demonstrated a chronic inability to adjust to a lower custody unit, as evidenced by repeated guilty findings by the Disciplinary Hearing Officer (DHO).

**Recommendation**

Max Custody

**Rationale**

Inmate Garfias was reclassed to close custody on 9/16/2021 since this time Inmate Garfias has received four major disciplinary violations. 21-LW6-001225 25B- Resisiting or disobeying a verbal or written order, 21-LW6-001412 25B-Resisting or disobeying a verbal or written order, 21-LW6-001454 25B- Resisting or disobeying a verbal or written order, and 22-LW6-000269 25B- Resisting or disobeying a verbal or written order. All four major violations were written due to the inmate continuously refusing to house at either Buckley Unit or Barchey Unit. Inmate Garfias consistently refuses to house at both medium and close custody yards demonstrating his need for a more secure and structured environment. Therefore, maximum custody is recommended at this time.

**ARIZONA DEPARTMENT OF CORRECTIONS**
**Inmate Grievance**

Note: You may appeal the Grievance Coordinator's decision to the Warden/Deputy Warden/Administrator by filing form 802-3, within 10 calendar days of receipt of this notice.

| Received By | DEAN |
|---|---|
| Title | SGT |
| Badge Number | 7124 |
| Date | 9/22/2021 |

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Garcias, Miguel A | 230786 | 9-21-21 |
| Institution/Facility | Case Number | 21-03269G New # 21-033968 |
| Lewis/East/3-B-2-2 | N/A | |

To: Grievance Coordinator

**Description of Grievance** (To be completed by the inmate)

On 9-29-21, I filed an informal complaint concerning inadequate mental health care but did not receive a response on time. Per D.O. 807.01.1.1, all COII series employees received suicide prevention training/mental health instruction and per D.O.125.10.0, all staff signed a PREA Training class acknowledgement form (125-3). Video footages prove that on 8-16-21, this training was not implemented when in suicide watch I busted my head open & busted my nose. Without warning I was mased, dragged and strapped to a safety chair; was videotaped (by COII Myers) half naked; hosed down with water; was placed and kept in a cell 100% nude without anything while bleeding and burning all over. I did not have an evaluation/assessment when M. health staff, Parrow was present. My genitalia, anus, buttocks, groin was exposed till the next day while digitally recorded when all staff seen me naked and heard me screaming in pain. I was tortured physically, psychologically, and emotionally. I begged for help. No one took action. No one reported PREA violations or misconduct required per ~~I am told to see psychiatrist/psychologist.~~ D.O.s 501.06.1.3 & 125.4.1.1.1.

**Proposed Resolution** (What informal attempts have been made to resolve the problem? What action(s) would resolve the problem?)

Since I was burning and suffering naked on a bare mat, I couldn't sleep (my head bled through the night) and I felt sexually violated and humiliated and degraded. I spoke to Psych A. Ruiz and Sarah & told them I was scared and that I wanted to file a PREA. No action was taken. I spoke to P.A. Russell and she reported sexual harassment/abuse to COII Stroode, but took no action. I expressed all the above to P.A. Church and reported it to Sgt. Vargas and Garcia. I was tortured for being S.M.I. while in suicide watch. I will resolve this once I am transferred to a mental health unit where my condition will be taken serious.

| Inmate's Signature | Date | Grievance Coordinator's Signature | Date |
|---|---|---|---|
| MG | 9-21-21 | COII S Graf | 10/18/21 |

Action taken by COII Graf — Documentation of Resolution or Attempts at Resolution.

Forwarded to next step

| Staff Member's Signature | Badge Number | Date |
|---|---|---|
| L. Dean | 7124 | 9/22/2021 |

Initial Distribution - White and Canary - Grievance Coordinator; Pink - Inmate
Final Distribution - White - Inmate, Canary - Grievance File

802-1
7/13/09

EXHIBIT E

Mental Health/PREA

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Grievance Appeal    EXHIBIT E

The inmate may appeal the Warden's, Deputy Warden's or Administrator's decision to the Director by requesting the appeal on this form.

| Received By: | Santiago |
|---|---|
| Title: | COII |
| Badge #: | 9773 |
| Date: (mm/dd/yyyy) | 10/18/21 |

**Please Print**

| INMATE'S NAME (Last, First M.I.): | Garcias, Miguel A. |
| ADC NUMBER: | 230786 |
| DATE (mm/dd/yyyy): | 10-18-21 |
| INSTITUTION: | Lewis/Rast 13-B-2-2 |
| CASE NUMBER: | N/A |

TO: Contract Facility Health Administrator

I am appealing the decision of N/A (a witnesses' declaration is attached) for the following reasons:

on 8/29/21, I filed an informal complaint to C.A. Director of Nursing and a formal grievance on 9/22/21 to C. Director of Nursing concerning inadequate mental healthcare (and serious violation of DOC policies and state statutes) but did not receive a response from neither. Video, witnesses, etc. prove that I was subjected to physical, psychological, & emotional torture while in mental health watch for cutting myself (blood was everywhere) and no one followed policy - medical/mental health procedure. Cameras, video, and secs' show: 1) no assessment was done by "P.A. Parson" after injury; 2) no face to face evaluation by Parson prior to M.H Watch placement; 3) staff were unaware of repeated head injuries; 4) I was placed nude/naked with no blankets, smocks, etc.; 5) staff deprived me of clothing/blanket; 6) no safety helmet provided; 7) staff took 10-20 mins to show up; 8) male/female staff seeing me naked and

| INMATE'S SIGNATURE | DATE (mm/dd/yyyy) | GRIEVANCE COORDINATOR'S SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|---|---|
| [signature] | 10/18/21 | | |

| RESPONSE TO INMATE BY | LOCATION |
|---|---|
| | |

| STAFF SIGNATURE | DATE (mm/dd/yyyy) |
|---|---|

DISTRIBUTION: INITIAL: White & Canary – Grievance Coordinator
Pink – Inmate
FINAL: White – Inmate
Canary – Grievance File

802-3
12/12/13

RAUL MENDEZ, #241489
A.S.P.C. LEWIS
P.O. BOX 3600
BUCKEYE, AZ 85326

Case 2:12-cv-00601-ROS   Document 4334-1   Filed 06/27/22   Page 8 of 9

EXHIBIT E

DECLARATION

I, RAUL MENDEZ, ADC# 241489, HEREBY DECLARE THE FOLLOWING:
ON 8/16/21, I WAS IN SUICIDE WATCH (3-A-6-15) IN EAST UNIT TWO CELLS AWAY FROM MIGUEL GARFIAS (WHOM I LATER MET WHEN WE WERE NEIGHBORS IN 3-B-3-05). SOMETIME AFTER 2PM, I LOOKED OUT MY DOOR & SEEN LT. CURTIS PRETTY MUCH DRAGGING GARFIAS DOWN THE STAIRS FROM THE TOP TIER. GARFIAS, DRESSED IN BOXERS ONLY, WAS BLEEDING A LOT AND WAS COVERED IN BLOOD AND MACE. IT WAS CLEAR, BLOOD WAS RUNNING DOWN FROM THE TOP OF HIS HEAD AND NOSE AND THAT HE NEEDED MEDICAL ATTENTION. BUT YET, HE WAS STRAPPED ON TO A WHEELCHAIR WHILE NO ONE AROUND HIM DID ANYTHING. MEDICAL STAFF TOOK 10-20 MINS TO ARRIVE. GARFIAS WAS SHAKING & TWISTING AND I COULD TELL HE SERIOUSLY INJURED HIMSELF & HE WAS IN PAIN. THE ENTIRE TIME HE WAS IN 3-A-6, HE WAS NOT EXAMINED & NO ONE COVERED HIM UP SINCE HE WAS EXPOSED IN FRONT OF FEMALE GUARDS AND NURSES. GARFIAS' EYES REMAINED CLOSED THE WHOLE TIME.

THIS IS VERY UPSETTING BECAUSE IN MY EXPERIENCE IN SUICIDE WATCH, WE ARE ONLY OBSERVED BY GUARDS, NOT MENTAL HEALTH STAFF. THESE GUARDS HAVE NO EXPERIENCE AND OUR SERIOUS MENTAL CONDITION IS NOT TAKEN SERIOUS & WE ARE TREATED POORLY. IN FACT, NO ONE OBSERVED GARFIAS AS HE REPEATEDLY SLAMMED HIS HEAD AGAINST A METAL DOOR WHILE IN SUICIDE WATCH! AND HE WAS MACED FOR IT.

I, RAUL MENDEZ, ADC# 241489, HEREBY DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 31st DAY OF AUGUST, 2021.

PAGE 5 OF 7

X _____ (DECLARANT)

I hereby certify that copies of the foregoing document was mailed this June 22, 2022 to:

- U.S. District Court Clerk
- Honorable Judge Ruslyn Silver
- Defendants

at:

    U.S. District Court Clerk
    U.S. Courthouse, Suite 130
    401 West Washington Street, SPC 10
    Phoenix, Arizona 85003-2119

x _____
(Miguel A. Garcias)