# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, | No. CV-12-00601-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, | |
| Defendant. | |

The Court has identified errors in two tables in the June 30, 2022 Order. Before issuing an Amended Order, however, the parties will be required to file a joint statement setting forth whether either side believes aspects of the June 30, 2022 Order should be redacted, such as the names of deceased prisoners. The Court relied on mortality reviews for most of the detailed information regarding prisoners' medical care. The parties should further indicate if those mortality reviews are subject to disclosure to the public.

Accordingly,

**IT IS ORDERED** no later than **July 12, 2022**, the parties shall file a joint statement indicating which portions, if any, of the June 30, 2022 Order should be redacted and whether mortality reviews are subject to disclosure to the public.

Dated this 6th day of July, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge