Victoria Lopez (Bar No. 330042)*
Jared G. Keenan (Bar No. 027068)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85013
Telephone:  (602) 650-1854
Email:  vlopez@acluaz.org
        jkeenan@acluaz.org

*Admitted pursuant to Ariz. Sup. Ct. R. 38(d)

*Attorneys for Plaintiffs Shawn Jensen, Dustin Brislan, Robert Gamez, Jonathan Gonzalez, Jason Johnson, Kendall Johnson, Joshua Polson, Laura Redmond, Sonia Rodriquez, Ronald Slavin, Jeremy Smith, and Christina Verduzco, on behalf of themselves and all others similarly situated*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

Asim Dietrich (Bar No. 027927)
**ARIZONA CENTER FOR DISABILITY LAW**
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone:  (602) 274-6287
Email: adietrich@azdisabilitylaw.org

*Attorneys for Plaintiff Arizona Center for Disability Law*

**[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, *et al.*, on behalf of themselves and all others similarly situated; and Arizona Center for Disability Law, | No. CV 12-00601-PHX-ROS |
| Plaintiffs, | **PLAINTIFFS' NOMINATIONS OF PROPOSED EXPERTS** |
| v. | |
| David Shinn, Director, Arizona Department of Corrections, Rehabilitation and Reentry; and Larry Gann, Assistant Director, Medical Services Contract Monitoring Bureau, Arizona Department of Corrections, Rehabilitation and Reentry, in their official capacities, | |
| Defendants. | |

157543359.1

On June 30, 2022, this Court invited the parties "to nominate proposed experts to assist the Court with crafting an injunction that complies with 18 U.S.C. § 3626(a)(1)(A)." [Doc. 4335 at 180] For purposes of assisting the Court with crafting an injunction to remedy unconstitutional medical and mental health care, Plaintiffs nominate the Honorable Thelton E. Henderson, who has considerable experience overseeing and remedying constitutional violations in complex institutional reform litigation, including related to the provision of health care and maximum custody conditions in a large state prison system. Plaintiffs also nominate Dr. Homer D. Venters and Dr. Michael Puisis, who have experience directing, overseeing, and reforming health care services in correctional settings. For purposes of assisting the Court with crafting an injunction to remedy unconstitutional conditions of confinement for subclass members in isolated housing units, Plaintiffs nominate Eldon Vail, Dan Pacholke, and Martin Horn, who have experience directing, overseeing, and reforming use of solitary confinement in correctional settings.

The consulting expert(s) should be permitted to communicate *ex parte* with the Court and with the parties. Both parties also should be given an opportunity to propose remedies to the Court and the expert(s). *See generally Graves v. Arpaio*, 623 F.3d 1043, 1046-47 (9th Cir. 2010); *Lewis v. Casey*, 518 U.S. 343, 362-63 (1996).

**The Honorable Thelton E. Henderson** was nominated by President Jimmy Carter in 1980 to the United States District Court for the Northern District of California, where he served for 37 years before assuming inactive senior status in 2017. Judge Henderson has significant experience remedying constitutional violations in institutional reform litigation. This includes *Madrid v. Gomez*, a class action involving use of force, medical and mental health care, and conditions of solitary confinement in a state prison, *see id.*, 889 F. Supp. 1146 (N.D. Cal. 1995); *Plata v. Newsom*, a class action regarding provision of medical care to patients in a large state prison system, *see Plata v. Schwarzenegger*, No. C01-1351, 2005 WL 2932253 (N.D. Cal. Oct. 3, 2005) (appointment of a receiver); *Brown v. Plata*, 563 U.S. 493 (2011) (affirming order of three-judge court on which

157543359.1

1    Judge Henderson sat to remedy Eighth Amendment violations in medical and mental

2    health care in California prisons); and *Allen v. City of Oakland* (N.D. Cal. No. C00-4599),

3    a case regarding misconduct, officer brutality, and lack of accountability in the Oakland,

4    California Police Department (OPD), *see* City of Oakland, OPD Independent Monitoring

5    Team       Monthly,       Quarterly,       and       Annual       Reports,

6    https://www.oaklandca.gov/resources/opd-independent-monitoring-team-imt-monthly-

7    reports-2 (last updated Apr. 26, 2022).

8         Judge Henderson's many awards include the American Bar Association's

9    Thurgood Marshall Award, the Distinguished Service Award from the National Bar

10   Association, and the Lewis F. Powell, Jr. Award for Professionalism and Ethics from the

11   American Inns of Court.

12        **Dr. Homer D. Venters** serves as the court-appointed health care monitor in

13   litigation regarding correctional facilities in Virginia, California, and the U.S. Virgin

14   Islands. He also assists the United States Department of Justice in investigating and

15   recommending improvements to provision of health care in correctional settings. He

16   previously directed medical care for 75,000 patients annually in twelve jails in New York.

17   His CV is attached as **Exhibit A**.

18        **Dr. Michael Puisis** has served as the court-appointed medical monitor in litigation

19   regarding correctional facilities in Alabama, California, Illinois, Maryland, and Texas. He

20   also has served as the Regional Medical Director for the State of New Mexico,

21   Correctional Medical Services; the Medical Director for the Illinois Department of

22   Corrections; and the Chief Operating Officer, Cermak Health Services, Cook County Jail.

23   His CV is attached as **Exhibit B**.

24        **Eldon Vail** has extensive experience working in corrections, including as the

25   Secretary of the Washington Department of Corrections, where he oversaw reduction of

26   violence by over 30%. He has served as an expert witness or correctional consultant in

27   litigation regarding correctional facilities across the country, including Alabama, Arizona,

28   California, Georgia, Illinois, Michigan, Mississippi, Montana, Nebraska, New Jersey,

-2-

1    New York, North Carolina, Oregon, Texas, U.S. Virgin Islands, Virginia, and

2    Washington. His CV is attached as **Exhibit C**. Mr. Vail served as Plaintiffs' expert earlier

3    in this litigation. [*See* Expert Report (Nov. 8, 2013), Doc. 949-1, Ex. 1 (under seal),

4    Doc. 1104-7, Ex. 14 (redacted); Expert Rebuttal Report (Jan. 31, 2014), Doc. 949-1, Ex. 2

5    (under seal), Doc. 1104-7, Ex. 15 (redacted); Supplemental Expert Report (Feb. 24, 2014),

6    Doc. 949-1, Ex. 3 (under seal), Doc. 1104-7, Ex. 16 (redacted)]

7        **Dan Pacholke** has extensive experience working in corrections, and served in the

8    Washington Department of Corrections for 33 years, starting as a correctional officer and

9    retiring as the Secretary, and oversaw reduction in the number of people held in long-term

10   administrative segregation by over 50%. He has served as a consultant in correctional

11   litigation, including as a consultant to the United States Department of Justice reviewing

12   use of restricted housing and suicide watch procedures in the Massachusetts Department

13   of Corrections.[1] His CV is attached as **Exhibit D**.

14       The Court summarized the relevant background of **Martin Horn** in its June 30,

15   2022 order. [Doc. 4335 at 125-26; *see also* Doc. 4130-9 at 42-49 (Horn CV)]

16       All of these experts have expressed their willingness to assist the Court in this

17   matter. Plaintiffs' counsel will contact the Clerk of Court separately to provide the

18   experts' contact information.

19   . . .

20   . . .

21   . . .

22   . . .

23   . . .

24   . . .

25   . . .

26

27       [1] *See* United States Department of Justice, Investigation of the Massachusetts
     Department of Correction (Nov. 17, 2020), https://www.justice.gov/opa/press-
28   release/file/1338071/download.

-3-

157543359.1

Dated:  July 14, 2022

**PRISON LAW OFFICE**

By:   s/ Rita K. Lomio
　　　Donald Specter (Cal. 83925)*
　　　Alison Hardy (Cal. 135966)*
　　　Sara Norman (Cal. 189536)*
　　　Rita K. Lomio (Cal. 254501)*
　　　Sophie Hart (Cal. 321663)*
　　　1917 Fifth Street
　　　Berkeley, California 94710
　　　Telephone:  (510) 280-2621
　　　Email:    dspecter@prisonlaw.com
　　　　　　　ahardy@prisonlaw.com
　　　　　　　snorman@prisonlaw.com
　　　　　　　rlomio@prisonlaw.com
　　　　　　　sophieh@prisonlaw.com

　　　*Admitted *pro hac vice*

　　　Daniel C. Barr (Bar No. 010149)
　　　John H. Gray (Bar No. 028107)
　　　Austin C. Yost (Bar No. 034602)
　　　Karl J. Worsham (Bar No. 035713)
　　　Kathryn E. Boughton (Bar No. 036105)
　　　Kelly Soldati (Bar No. 036727)
　　　Alisha Tarin-Herman (Bar No. 037040)
　　　**PERKINS COIE LLP**
　　　2901 N. Central Avenue, Suite 2000
　　　Phoenix, Arizona 85012
　　　Telephone:  (602) 351-8000
　　　Email:    dbarr@perkinscoie.com
　　　　　　　jhgray@perkinscoie.com
　　　　　　　ayost@perkinscoie.com
　　　　　　　kworsham@perkinscoie.com
　　　　　　　kboughton@perkinscoie.com
　　　　　　　ksoldati@perkinscoie.com
　　　　　　　atarinherman@perkinscoie.com
　　　　　　　docketphx@perkinscoie.com

　　　Victoria Lopez (Bar No. 330042)*
　　　Jared G. Keenan (Bar No. 027068)
　　　**ACLU FOUNDATION OF ARIZONA**
　　　3707 North 7th Street, Suite 235
　　　Phoenix, Arizona 85013
　　　Telephone:  (602) 650-1854
　　　Email:    vlopez@acluaz.org
　　　　　　　jkeenan@acluaz.org

　　　*Admitted pursuant to Ariz. Sup. Ct.
　　　R. 38(d)

-4-

157543359.1

David C. Fathi (Wash. 24893)\*
Maria V. Morris (D.C. 1697904)\*\*
Eunice Hyunhye Cho (Wash. 53711)\*
**ACLU NATIONAL PRISON PROJECT**
915 15th Street N.W., 7th Floor
Washington, D.C. 20005
Telephone: (202) 548-6603
Email:     dfathi@aclu.org
               mmorris@aclu.org
               echo@aclu.org

\*Admitted *pro hac vice*; not admitted in DC; practice limited to federal courts
\*\*Admitted *pro hac vice*

Corene Kendrick (Cal. 226642)\*
**ACLU NATIONAL PRISON PROJECT**
39 Drumm Street
San Francisco, California 94111
Telephone: (202) 393-4930
Email:     ckendrick@aclu.org

\*Admitted *pro hac vice*.

*Attorneys for Plaintiffs Shawn Jensen; Stephen Swartz; Sonia Rodriguez; Christina Verduzco; Jackie Thomas; Jeremy Smith; Robert Gamez; Maryanne Chisholm; Desiree Licci; Joseph Hefner; Joshua Polson; and Charlotte Wells, on behalf of themselves and all others similarly situated*

**ARIZONA CENTER FOR DISABILITY LAW**

By:   s/ Maya Abela
Asim Dietrich (Bar No. 027927)
5025 East Washington Street, Suite 202
Phoenix, Arizona 85034
Telephone: (602) 274-6287
Email:     adietrich@azdisabilitylaw.org

-5-

157543359.1

1

Rose A. Daly-Rooney (Bar No. 015690)
J.J. Rico (Bar No. 021292)

2

Maya Abela (Bar No. 027232)
**ARIZONA CENTER FOR**

3

**DISABILITY LAW**
177 North Church Avenue, Suite 800

4

Tucson, Arizona 85701
Telephone:  (520) 327-9547

5

Email:
  rdalyrooney@azdisabilitylaw.org

6

    jrico@azdisabilitylaw.org
    mabela@azdisabilitylaw.org

7

*Attorneys for Arizona Center for Disability*

8

*Law*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

157543359.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2022, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Lucy M. Rand
Assistant Arizona Attorney General
Lucy.Rand@azag.gov

Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
Timothy M. Ray
Anne M. Orcutt
Eden G. Cohen
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com
ahesman@strucklove.com
jlee@strucklove.com
tray@strucklove.com
aorcutt@strucklove.com
ecohen@struclove.com

*Attorneys for Defendants*

  s/ D. Freouf

-7-

157543359.1