# EXHIBIT A

# Dr. Homer D. Venters

███████████

**Health Administrator**          **Physician**          **Epidemiologist**

## *Professional Profile*

○ Award winning epidemiologist focused on the intersection of health, criminal justice and human rights.
○ Leader in provision and improvement of health services to patients with criminal justice involvement.
○ Successful implementer of nations' first electronic health record, performance dashboards and health information exchange among pre-trial patients.
○ Human rights leader with experience using forensic science, epidemiology and public health methods to prevent and document human rights abuses.

## *Professional Experience*

**Medical/Forensic Expert**, 3/2016-present
○ Independent correctional health monitor
> ➤ Fluvanna Women's Correctional Center, VA (ongoing). Serve as independent, court-appointed health services monitor in a women's prison.
> ➤ Santa Barbara County Jail, CA (ongoing). Serve as independent, court-appointed monitor of health services in a County Jail Complex.
> ➤ HI Department of Corrections (COVID-19 only 9/2021-3/2022)
> ➤ CT Corrections Department (COVID only, 2020). Oversee and report on the adequacy of COVID-19 responses with other monitoring panel members throughout CT DOC combined jail/prison system.
> ➤ VI Department of Corrections (ongoing). Serve as independent, court-appointed monitor of health services in 2 detention facilities.
○ U.S. Department of Justice, Civil Rights Investigations medical expert, 2019-present. Work with the USDOJ to investigate correctional health conditions and provide recommendations for addressing.
○ Review COVID-19 policies and procedures in congregate settings including in-person inspections in;
> ➤ MDC Brooklyn (BOP), NY
> ➤ MCC Manhattan (BOP), NY
> ➤ FCI Danbury (BOP), CT
> ➤ Cook County Jail, IL
> ➤ Broome County Jail, NY
> ➤ Sullivan County Jail, NY
> ➤ Shelby County Jail, TN
> ➤ Farmville Detention Center (ICE), VA
> ➤ Lompoc Prison (BOP), CA
> ➤ Southern Mississippi Correctional Facility, MS
> ➤ Central Mississippi Correctional Facility, MS
> ➤ FDC Philadelphia (BOP), PA
> ➤ Osborn Correctional Institution, CT
> ➤ Robinson Correctional Institution, CT

- ➢ Hartford Correctional Center, CT
- ➢ Dallas County Jail, TX
- ➢ Cheshire Correctional Institution, CT
- ➢ Calhoun County Jail, MI
- ➢ York Correctional Institution, CT
- ➢ Chesapeake Detention Facility Re-inspection, MD
- ➢ Pender Correctional Institution, NC
- ➢ Craven Correctional Institution, NC
- ➢ Central Prison, NC
- ➢ North Carolina Correctional Institution for Women, NC
- ➢ Chesapeake Detention Facility Re-inspection, MD
- ➢ Broward County Jail, FL
- ➢ Lompoc Prison Re-inspection (BOP), CA
- ➢ Maricopa County Jail, AZ
- ➢ Northeast Florida State Hospital, FL
- ➢ Florida State Hospital, FL
- ➢ Western Regional Jail, WV
- ➢ Northern Regional Jail, WV
- ➢ Tygart Regional Jail, WV
- ➢ Women's Community Correctional Center, HI
- ➢ Halawa Correctional Facility, HI
- ➢ Oahu Community Correctional Center, HI
- ➢ Maui Community Correctional Center, HI
- ➢ Kauai Community Correctional Center, HI
- ➢ Clayton County Jail, GA
- ➢ Cummings Unit Prison, AK
- ➢ Varner Unit Prison, AK
- ➢ Ouachita Unit Prison, AK
- ➢ East Arkansas Regional Unit, AK
- ➢ Southern Regional Jail, WV
- ➢ North Central Regional Jail, WV
- ➢ Eastern Regional Jail, WV
- ➢ Lompoc Prison Re-inspection (BOP), CA

- o Conduct analysis of health services and outcomes in detention settings.
- o Conduct site inspections and evaluations in detention settings.
- o Produce expert reports, testimony regarding detention settings.

**Member, Biden-Harris COVID-19 Health Equity Task Force,** 2/26/21-10/31/21
- ➢ Work with Task Force members to provide President Biden with interim recommendations to address COVID-19 Health inequities.
- ➢ Work with Task Force and Federal partners to produce final report, recommendations and implementation plan for reducing inequities in COVID-19 and other pandemic responses.

**President**, Community Oriented Correctional Health Services (COCHS), 1/1/2020-4/30/20.
- o Lead COCHS efforts to provide technical assistance, policy guidance and research regarding correctional health and justice reform.
- o Oversee operations and programmatic development of COCHS
- o Serve as primary liaison between COCHS board, funders, staff and partners.

**Senior Health and Justice Fellow**, Community Oriented Correctional Health Services (COCHS), 12/1/18-12/31/2018

○      Lead COCHS efforts to expand Medicaid waivers for funding of care for detained persons relating to Substance Use and Hepatitis C.

○      Develop and implement COCHS strategy for promoting non-profit models of diversion and correctional health care.

**Director of Programs,** Physicians for Human Rights, 3/16-11/18.

○      Lead medical forensic documentation efforts of mass crimes against Rohingya and Yazidi people.

○      Initiate vicarious trauma program.

○      Expand forensic documentation of mass killings and war crimes.

○      Develop and support sexual violence capacity development with physicians, nurses and judges.

○      Expand documentation of attacks against health staff and facilities in Syria and Yemen.

**Chief Medical Officer/Assistant Vice President**, Correctional Health Services, NYC Health and Hospitals Corporation 8/15-3/17.

○      Transitioned entire clinical service (1,400 staff) from a for-profit staffing company model to a new division within NYC H + H.

○      Developed new models of mental health and substance abuse care that significantly lowered morbidity and other adverse events.

○      Connected patients to local health systems, DSRIP and health homes using approximately $5 million in external funding (grants available on request).

○      Reduced overall mortality in the nation's second largest jail system.

○      Increased operating budget from $140 million to $160 million.

○      Implemented nation's first patient experience, provider engagement and racial disparities programs for correctional health.

**Assistant Commissioner,** Correctional Health Services, New York Department of Health and Mental Hygiene, 6/11-8/15.

○      Implemented nation's first electronic medical record and health information exchange for 1,400 staff and 75,000 patients in a jail.

○      Developed bilateral agreements and programs with local health homes to identify incarcerated patients and coordinate care.

○      Increased operating budget of health service from $115 million to $140 million.

○      Established surveillance systems for injuries, sexual assault and mental health that drove new program development and received American Public Health Association Paper of the Year 2014.

○      Personally care for and reported on over 100 patients injured during violent encounters with jail security staff.

**Medical Director,** Correctional Health Services, New York Department of Health and Mental Hygiene, 1/10-6/11.

○      Directed all aspects of medical care for 75,000 patients annually in 12 jails, including specialty, dental, primary care and emergency response.

○      Direct all aspects of response to infectious outbreaks of H1N1, Legionella,

Clostridium Difficile.
o        Developed new protocols to identify and report on injuries and sexual assault among patients.

**Deputy Medical Director,** Correctional Health Services, New York Department of Health and Mental Hygiene, 11/08-12/09.
o        Developed training program with Montefiore Social internal medicine residency program.
o        Directed and delivered health services in 2 jails.

**Clinical Attending Physician,** Bellevue/NYU Clinic for Survivors of Torture, 10/07-12/11.

**Clinical Attending Physician,** Montefiore Medical Center Bronx NY, Adult Medicine, 1/08-11/09.

## Education and Training

**Fellow, Public Health Research,** New York University 2007-2009. MS 6/2009
Projects: Health care for detained immigrants, Health Status of African immigrants in NYC.
**Resident, Social Internal Medicine**, Montefiore Medical Center/Albert   Einstein University7/2004- 5/2007.
**M.D.,** University of Illinois, Urbana, 12/2003.
**M.S.** Biology, University of Illinois, Urbana, 6/03.
**B.A.** International Relations, Tufts University, Medford, MA, 1989**.**

## Academic Appointments, Licensure

Adjunct Faculty, New York University College of Global Public Health, 5/18-present.

Clinical Instructor, New York University Langone School of Medicine, 2007-2018.

M.D.   New York (2007-present).

## Print articles and public testimony

Testimony: United States House of Representatives Subcommittee on Crime, Terrorism, and Homeland Security, Judiciary Committee 1/21/22.

Oped: Four ways to protect our jails and prisons from coronavirus. The Hill 2/29/20.

Oped: It's Time to Eliminate the Drunk Tank. The Hill 1/28/20.

Oped: With Kathy Morse. A Visit with my Incarcerated Mother. The Hill 9/24/19.

Oped: With Five Omar Muallim-Ak. The Truth about Suicide Behind Bars is Knowable. The Hill 8/13/19.

Oped: With Katherine McKenzie. Policymakers, provide adequate health care in prisons and detention centers. CNN Opinion, 7/18/19.

Oped: Getting serious about preventable deaths and injuries behind bars. *The Hill*, 7/5/19.

Testimony: Access to Medication Assisted Treatment in Prisons and Jails,  New York State Assembly Committee on Alcoholism and Drug Abuse, Assembly Committee on Health, and Assembly Committee on Correction. NY, NY, 11/14/18.

Oped: Attacks in Syria and Yemen are turning disease into a weapon of war, *STAT News*, 7/7/17.

Testimony: Connecticut Advisory Committee to the U.S. Commission on Civil Rights: Regarding the use of solitary confinement for prisoners. Hartford CT, 2/3/17.

Testimony: Venters HD, New York Advisory Committee to the U.S. Commission on Civil Rights: Regarding the use of solitary confinement for juveniles in New York. July 10, 2014. NY NY.

Testimony: New York State Assembly Committee on Correction with the Committee on Mental Health: Regarding Mental Illness in Correctional Settings. November 13, 2014. Albany NY.
Testimony: New York State Assembly Committee on Correction with the Committee on Mental Health: Regarding Mental Illness in Correctional Settings. November 13, 2014. Albany NY.

Oped: Venters HD and Keller AS, The Health of Immigrant Detainees. Boston Globe, April 11, 2009.

Testimony: U.S. House of Representatives, House Judiciary Committee's Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law: Hearing on Problems with Immigration Detainee Medical Care, June 4, 2008.


## Peer Reviewed Publications

Parmar PK, Leigh J, **Venters H**, Nelson T. Violence and mortality in the Northern Rakhine State of Myanmar, 2017: results of a quantitative survey of surviving community leaders in Bangladesh. Lancet Planet Health. 2019 Mar;3(3):e144-e153.

**Venters H.** Notions from Kavanaugh hearings contradict medical facts. *Lancet*. 10/5/18.

Taylor GP, Castro I, Rebergen C, Rycroft M, Nuwayhid I, Rubenstein L, Tarakji A, Modirzadeh N, **Venters H**, Jabbour S. Protecting health care in armed conflict: action towards accountability. *Lancet*. 4/14/18.

Katyal M, Leibowitz R, **Venters H**. IGRA-Based Screening for Latent Tuberculosis Infection in Persons Newly Incarcerated in New York City Jails. *J Correct Health Care*. 2018 4/18.

Harocopos A, Allen B, Glowa-Kollisch S, **Venters H**, Paone D, Macdonald R. The Rikers Island Hot Spotters: Exploring the Needs of the Most Frequently Incarcerated. *J Health Care Poor Underserved*. 4/28/17.

MacDonald R, Akiyama MJ, Kopolow A, Rosner Z, McGahee W, Joseph R, Jaffer M, **Venters H**.  Feasibility of Treating Hepatitis C in a Transient Jail Population. *Open Forum Infect Dis*. 7/7/18.

Siegler A, Kaba F, MacDonald R, **Venters H**. Head Trauma in Jail and Implications for Chronic Traumatic Encephalopathy. *J Health Care Poor and Underserved*. In Press (May 2017).

Ford E, Kim S, **Venters H**. Sexual abuse and injury during incarceration reveal the need for re-entry trauma screening. *Lancet*. 4/8/18.

Alex B, Weiss DB, Kaba F, Rosner Z, Lee D, Lim S, **Venters H,** MacDonald R. Death After Jail Release. *J Correct Health Care*. 1/17.

Akiyama MJ, Kaba F, Rosner Z, Alper H, Kopolow A, Litwin AH, **Venters H**, MacDonald R. Correlates of Hepatitis C Virus Infection in the Targeted Testing Program of the New York City Jail System. *Public Health Rep*. 1/17.

Kalra R, Kollisch SG, MacDonald R, Dickey N, Rosner Z, **Venters H**. Staff Satisfaction, Ethical Concerns, and Burnout in the New York City Jail Health System. *J Correct Health Care*. 2016 Oct;22(4):383-392.

**Venters H.** A Three-Dimensional Action Plan to Raise the Quality of Care of US Correctional Health and Promote Alternatives to Incarceration. *Am J Public Health*. April 2016.104.

Glowa-Kollisch S, Kaba F, Waters A, Leung YJ, Ford E, **Venters H**. From Punishment to Treatment: The "Clinical Alternative to Punitive Segregation" (CAPS) Program in New York City Jails. *Int J Env Res Public Health*. 2016. 13(2),182.

Jaffer M, Ayad J, Tungol JG, MacDonald R, Dickey N, Venters H. Improving Transgender Healthcare in the New York City Correctional System. *LGBT Health*. 2016 1/8/16.

Granski M, Keller A, Venters H. Death Rates among Detained Immigrants in the United States. *Int J Env Res Public Health*. 2015. 11/10/15.

Michelle Martelle, Benjamin Farber, Richard Stazesky, Nathaniel Dickey, Amanda Parsons, **Homer Venters**. Meaningful Use of an Electronic Health Record in the NYC Jail System. *Am J Public Health*. 2015. 8/12/15.

Fatos Kaba, Angela Solimo, Jasmine Graves, Sarah Glowa-Kollisch, Allison Vise, Ross MacDonald, Anthony Waters, Zachary Rosner, Nathaniel Dickey, Sonia Angell, **Homer Venters**. Disparities in Mental Health Referral and Diagnosis in the NYC Jail Mental Health Service. *Am J Public Health*. 2015. 8/12/15.

Ross MacDonald, Fatos Kaba, Zachary Rosner, Alison Vise, Michelle Skerker, David Weiss, Michelle Brittner, Nathaniel Dickey, **Homer Venters**. The Rikers Island Hot Spotters. *Am J Public*

*Health*. 2015. 9/17/15.

Selling Molly Skerker, Nathaniel Dickey, Dana Schonberg, Ross MacDonald, **Homer Venters**. Improving Antenatal Care for Incarcerated Women: fulfilling the promise of the Sustainable Development Goals. *Bulletin of the World Health Organization*.2015.

Jasmine Graves, Jessica Steele, Fatos Kaba, Cassandra Ramdath, Zachary Rosner, Ross MacDonald, Nathanial Dickey, **Homer Venters** Traumatic Brain Injury and Structural Violence among Adolescent males in the NYC Jail System *J Health Care Poor Underserved*. 2015;26(2):345-57.

Glowa-Kollisch S, Graves J, Dickey N, MacDonald R, Rosner Z, Waters A, **Venters H**. Data-Driven Human Rights: Using Dual Loyalty Trainings to Promote the Care of Vulnerable Patients in Jail. *Health and Human Rights*. Online ahead of print, 3/12/15.

Teixeira PA[1], Jordan AO, Zaller N, Shah D, **Venters H**. Health Outcomes for HIV-Infected Persons Released From the New York City Jail System With a Transitional Care-Coordination Plan. 2014. *Am J Public Health*. 2014 Dec 18.

Selling D, Lee D, Solimo A, **Venters H.** A Road Not Taken: Substance Abuse Programming in the New York City Jail System. *J Correct Health Care*. 2014 Nov 17.

Glowa-Kollisch S, Lim S, Summers C, Cohen L, Selling D, **Venters H**. Beyond the Bridge: Evaluating a Novel Mental Health Program in the New York City Jail System. *Am J Public Health*. 2014 Sep 11.

Glowa-Kollisch S, Andrade K, Stazesky R, Teixeira P, Kaba F, MacDonald R, Rosner Z, Selling D, Parsons A, **Venters H**. Data-Driven Human Rights: Using the Electronic Health Record to Promote Human Rights in Jail. *Health and Human Rights*. 2014. Vol 16 (1): 157-165.

MacDonald R, Rosner Z, **Venters H**. Case series of exercise-induced rhabdomyolysis in the New York City Jail System. *Am J Emerg Med*. 2014. Vol 32(5): 446-7.

Bechelli M, Caudy M, Gardner T, Huber A, Mancuso D, Samuels P, Shah T, **Venters H.** Case Studies from Three States: Breaking Down Silos Between Health Care and Criminal Justice. *Health Affairs*. 2014. Vol. 3. 33(3):474-81.

Selling D, Solimo A, Lee D, Horne K, Panove E, **Venters H**. Surveillance of suicidal and non-suicidal self-injury in the new York city jail system. *J Correct Health Care*. 2014. Apr:20(2).

Kaba F, Diamond P, Haque A, MacDonald R, **Venters H**. Traumatic Brain Injury Among Newly Admitted Adolescents in the New York City Jail System. *J Adolesc Health*. 2014. Vol 54(5): 615-7.

Monga P, Keller A, **Venters H**. Prevention and Punishment: Barriers to accessing health services for undocumented immigrants in the United States. *LAWS*. 2014. 3(1).

Kaba F, Lewsi A, Glowa-Kollisch S, Hadler J, Lee D, Alper H, Selling D, MacDonald R, Solimo A, Parsons A, **Venters H**. Solitary Confinement and Risk of Self-Harm Among Jail Inmates. *Amer J Public Health*. 2014. Vol 104(3):442-7.

MacDonald R, Parsons A, **Venters H.** The Triple Aims of Correctional Health:   Patient   safety, Population Health and Human Rights. *Journal of Health Care for the Poor and Underserved*. 2013. 24(3).

Parvez FM, Katyal M, Alper H, Leibowitz R, **Venters H.** Female sex workers incarcerated in New York City jails: prevalence of sexually transmitted infections and associated risk behaviors. *Sexually Transmitted Infections*. 89:280-284. 2013.

Brittain J, Axelrod G, **Venters H.** Deaths in New York City Jails: 2001 – 2009. *Am J Public Health*. 2013 103:4.

Jordan AO, Cohen LR, Harriman G, Teixeira PA, Cruzado-Quinones J, **Venters H.** Transitional Care Coordination in New York City Jails: Facilitating Linkages to Care for People with HIV Returning Home from Rikers Island. *AIDS Behav. Nov.* 2012.

Jaffer M, Kimura C, **Venters H.** Improving medical care for patients with HIV in New York City jails. *J Correct Health Care*. 2012 Jul;18(3):246-50.

Ludwig A, Parsons, A, Cohen, L, **Venters H.** Injury Surveillance in the NYC Jail System, *Am J Public Health* 2012 Jun;102(6).

**Venters H**, Keller, AS. *Psychiatric Services*. (2012) Diversion of Mentally Ill Patients from Court-ordered care to Immigration Detention. Epub. 4/2012.

**Venters H**, Gany, F. *Journal of Immigrant and Minority Health* (2011) Mental Health Concerns Among African Immigrants. 13(4): 795-7.

**Venters H,** Foote M, Keller AS. *Journal of Immigrant and Minority Health.* (2010) Medical Advocacy on Behalf of Detained Immigrants. 13(3): 625-8.

**Venters H,** McNeely J, Keller AS. *Health and Human Rights.* (2010) HIV Screening and Care for Immigration Detainees. 11(2) 91-102.

**Venters H,** Keller AS. *Journal of Health Care for the Poor and Underserved*. (2009) The Immigration Detention Health Plan: An Acute Care Model for a Chronic Care Population. 20:951-957.

**Venters H**, Gany, F. *Journal of Immigrant and Minority Health* (2009) African Immigrant Health. 4/4/09.

**Venters H**, Dasch-Goldberg D, Rasmussen A, Keller AS, *Human Rights Quarterly* (2009) Into the Abyss: Mortality and Morbidity among Detained Immigrant. 31 (2) 474-491.

**Venters H**, *The Lancet* (2008) Who is Jack Bauer? 372 (9653).

**Venters H**, Lainer-Vos J, Razvi A, Crawford J, Shaf`on Venable P, Drucker EM, *Am J Public Health* (2008) Bringing Health Care Advocacy to a Public Defender's Office. 98 (11).

**Venters H**, Razvi AM, Tobia MS, Drucker E. *Harm Reduct J.* (2006) The case of Scott Ortiz: a clash between criminal justice and public health. Harm Reduct J. 3:21

Cloez-Tayarani I, Petit-Bertron AF, **Venters HD**, Cavaillon JM (2003) *Internat. Immunol.* Differential effect of serotonin on cytokine production in lipopolysaccharide-stimulated human peripheral blood mononuclear cells.15,1-8.

Strle K, Zhou JH, Broussard SR, **Venters HD**, Johnson RW, Freund GG, Dantzer R, Kelley KW, (2002) *J. Neuroimmunol.* IL-10 promotes survival of microglia without activating Akt. 122, 9-19.

**Venters HD,** Broussard SR, Zhou JH, Bluthe RM, Freund GG, Johnson RW, Dantzer R, Kelley KW, (2001) *J. Neuroimmunol.* Tumor necrosis factor(alpha) and insulin-like growth factor-I in the brain: is the whole greater than the sum of its parts? 119, 151-65.

**Venters HD,** Dantzer R, Kelley KW, (2000) *Ann. N. Y. Acad. Sci.* Tumor necrosis factor-alpha induces neuronal death by silencing survival signals generated by the type I insulin-like growth factor receptor. 917, 210-20.

**Venters HD,** Dantzer R, Kelley KW, (2000) *Trends. Neurosci.* A new concept in neurodegeneration: TNFalpha is a silencer of survival signals. 23, 175-80.

**Venters HD,** Tang Q, Liu Q, VanHoy RW, Dantzer R, Kelley KW, (1999) *Proc. Natl. Acad. Sci. USA.* A new mechanism of neurodegeneration: A proinflammatory cytokine inhibits receptor signaling by a survival peptide, 96, 9879-9884.

**Venters HD,** Ala TA, Frey WH 2nd , (1998) Inhibition of antagonist binding to human brain muscarinic receptor by vanadium compounds. *Recept. Signal. Transduct.* 7, 137142.

**Venters HD,** Tang Q, Liu Q, VanHoy RW, Dantzer R, Kelley KW, (1999) *Proc. Natl. Acad. Sci. USA.* A new mechanism of neurodegeneration: A proinflammatory cytokine inhibits receptor signaling by a survival peptide, 96, 9879-9884.

**Venters HD,** Ala TA, Frey WH 2nd , (1998) Inhibition of antagonist binding to human brain muscarinic receptor by vanadium compounds. *Recept. Signal. Transduct.* 7, 137142**.**

**Venters HD**, Bonilla LE, Jensen T, Garner HP, Bordayo EZ, Najarian MM, Ala TA, Mason RP, Frey WH 2nd, (1997) Heme from Alzheimer's brain inhibits muscarinic receptor binding via thiyl radical generation. *Brain. Res.* 764, 93100.

Kjome JR, Swenson KA, Johnson MN, Bordayo EZ, Anderson LE, Klevan LC, Fraticelli AI, Aldrich SL, Fawcett JR, **Venters HD**, Ala TA, Frey WH 2nd (1997) Inhibition of antagonist and agonist binding to the human brain muscarinic receptor by arachidonic acid. *J. Mol. Neurosci.* 10, 209217.

## *Honors and Presentations (past 10 years)*

**Invited presentation,** COVID-19 and Carceral Health, Stanford University Schools of Engineering and Public Health, 2/23/22.

**Invited presentation,** Screening and treatment for sexually transmitted infections in justice. National Academy of Sciences Committee on Law and Justice, remote,

September14th, 2020.
**Invited presentation,** Screening and treatment for sexually transmitted infections in justice. National Academy of Sciences Committee on Law and Justice, remote, September14th, 2020.

**Invited presentation,** Vaccination for COVID-19 in correctional settings. National Academy of Sciences Committee on Law and Justice, remote, August 20th, 2020.

**Invited Presentation,** Documenting Deaths in Custody, National Association for Civilian Oversight of Law Enforcement (NACOLE), remote, August 3rd, 2020.

**Invited Presentation,** Decarceration and Health. Radcliffe Institute/Harvard University. Policy Series. Remote. 6/23/20.

**Invited presentation,** COVID-19 in correctional settings. Briefing for U.S. Senate Staff, sponsored by The Sentencing Project, remote, May 29, 2020

**Invited presentation,** COVID-19 in correctional settings. Briefing for Long Island Voluntary Organizations Active in Disaster , sponsored by The Health & Welfare Council of Long Island, remote, May 29, 2020.

**Invited presentation,** COVID-19 in correctional settings. National Academy of Sciences Committee on Law and Justice, remote, May 12, 2020.

**Invited presentation,** COVID-19 in correctional settings. National Association of Counties, Justice and Public Safety Committee, remote, April 1, 2020.

**Keynote Address**, Academic Correctional Health Conference, April 2020, Chapel Hill, North Carolina, postponed.

**TedMed Presentation**, Correctional Health, Boston MA, March 15, 2020.

**Finalist, Prose Award for Literature**, Social Sciences category for *Life and Death in Rikers Island*, February, 2020.

**Keynote Address,** John Howard Association Annual Benefit, November 2019, Chicago IL.

**Keynote Address,** Kentucky Data Forum, Foundation for a Healthy Kentucky, November 2019, Cincinnati Ohio.

**Oral Presentation,** Dual loyalty and other human rights concerns for physicians in jails an prisons. Association of Correctional Physicians, Annual meeting. 10/16, Las Vegas.

**Oral Presentation,** Clinical Alternatives to Punitive Segregation: Reducing self-harm for incarcerated patients with mental illness. American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Analysis of Deaths in ICE Custody over 10 Years . American Public Health

Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Medication Assisted Therapies for Opioid Dependence in the New York City Jail System. American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Pathologizing Normal Human Behavior: Violence and Solitary Confinement in an Urban Jail. American Public Health Association Annual Meeting, November 2014, New Orleans, LA.

**Training,** International Committee of the Red Cross and Red Crescent, Medical Director meeting 10/15, Presentation on Human Rights and dual loyalty in correctional health.

**Paper of the Year,** American Public Health Association. 2014. (Kaba F, Lewis A, Glowa-Kollisch S, Hadler J, Lee D, Alper H, Selling D, MacDonald R, Solimo A, Parsons A, Venters H. Solitary Confinement and Risk of Self-Harm Among Jail Inmates. *Amer J Public Health*. 2014. Vol 104(3):442-7.)

**Oral Presentation,** Pathologizing Normal Human Behavior: Violence and Solitary Confinement in an Urban Jail. *American Public Health Association* Annual Meeting, New Orleans LA, 2014.

**Oral Presentation,** Human rights at Rikers: Dual loyalty among jail health staff. American Public Health Association Annual Meeting, New Orleans LA, 2014.

**Poster Presentation**, Mental Health Training for Immigration Judges. American Public Health Association Annual Meeting, New Orleans LA, 2014.

**Distinguished Service Award;** Managerial Excellence. Division of Health Care Access and Improvement, NYC DOHMH. 2013.

**Oral Presentation,** Solitary confinement in the ICE detention system. American Public Health Association Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Self-harm and solitary confinement in the NYC jail system. American Public Health Association Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Implementing a human rights practice of medicine inside New York City jails. American Public Health Association Annual Meeting, Boston MA, 2013.

**Poster Presentation,** Human Rights on Rikers: integrating a human rights-based framework for healthcare into NYC's jail system. *American Public Health Association* Annual Meeting, Boston MA, 2013.

**Poster Presentation**, Improving correctional health care: health information exchange and the affordable care act. *American Public Health Association* Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Management of Infectious Disease Outbreaks in a Large Jail System. American Public Health Association Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Diversion of Patients from Court Ordered Mental Health Treatment to Immigration Detention. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation**, Initiation of Antiretroviral Therapy for Newly Diagnosed HIV Patients in the NYC Jail System. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Medical Case Management in Jail Mental Health Units. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation**, Injury Surveillance in New York City Jails. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Ensuring Adequate Medical Care for Detained Immigrants. Venters H, Keller A, American Public Health Association Annual Meeting, Denver, CO, 2010.

**Oral Presentation,** HIV Testing in NYC Correctional Facilities. Venters H and Jaffer M, *American Public Health Association,* Annual Meeting, Denver, CO, 2010.

**Oral Presentation,** Medical Concerns for Detained Immigrants. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Growth of Immigration Detention Around the Globe. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Role of Hospital Ethics Boards in the Care of Immigration Detainees. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Health Law and Immigration Detainees. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Bro Bono Advocacy Award,** Advocacy on behalf of detained immigrants. Legal Aid Society of New York, October 2009.

**Oral Presentation,** Deaths of immigrants detained by Immigration and Customs Enforcement. Venters H, Rasmussen A, Keller A, *American Public Health Association* Annual Meeting, San Diego CA, October 2008.

**Poster Presentation,** Death of a detained immigrant with AIDS after withholding of prophylactic Dapsone. Venters H, Rasmussen A, Keller A, *Society of General Internal Medicine* Annual Meeting, Pittsburgh PA, April 2008.

**Poster Presentation,** Tuberculosis screening among immigrants in New York City reveals higher rates of positive tuberculosis tests and less health insurance among African immigrants. *Society of General Internal Medicine* Annual Meeting, Pittsburgh PA, April 2008.

**Daniel Leicht Award for Achievement in Social Medicine,** Montefiore Medical Center, Department of Family and Social Medicine, 2007.

**Poster Presentation**, Case Findings of Recent Arestees. Venters H, Deluca J, Drucker E. *Society of General Internal Medicine* Annual Meeting, Toronto Canada, April 2007.

**Poster Presentation,** Bringing Primary Care to Legal Aid in the Bronx. Venters H, Deluca J,

Drucker E. *Society of General Internal Medicine* Annual Meeting, Los Angeles CA, April 2006.

**Poster Presentation**, A Missed Opportunity, Diagnosing Multiple Myeloma in the Elderly Hospital Patient. Venters H, Green E., *Society of General Internal Medicine* Annual Meeting, New Orleans LA, April 2005.

## *Grants: Program*

San Diego County: Review of jail best practices (COCHS), 1/2020, $90,000.

Ryan White Part A - Prison Release Services (PRS). From HHS/HRSA to Correctional Health Services (NYC DOHMH), 3/1/16-2/28/17 (Renewed since 2007). Annual budget $ 2.7 million.

Ryan White Part A - Early Intervention Services- Priority Population Testing. From HHS/HRSA to Correctional Health Services (NYC DOHMH), 3/1/16-2/28/18 (Renewed since 2013). Annual budget $250,000.

Comprehensive HIV Prevention. From HHS to Correctional Health Services (NYC DOHMH), 1/1/16-12/31/16. Annual budget $500,000.

HIV/AIDS Initiative for Minority Men. From HHS Office of Minority Health to Correctional Health Services (NYC DOHMH), 9/30/14-8/31/17. Annual budget $375,000.

SPNS Workforce Initiative, From HRSA SPNS to Correctional Health Services (NYC DOHMH), 8/1/14-7/31/18. Annual budget $280,000.

SPNS Culturally Appropriate Interventions. From HRSA SPNS to Correctional Health Services (NYC DOHMH), 9/1/13-8/31/18. Annual budget $290,000.

Residential substance abuse treatment. From New York State Division of Criminal Justice Services to Correctional Health Services (NYC DOHMH), 1/1/11-12/31/17. Annual budget $175,000.

Community Action for Pre-Natal Care (CAPC). From NY State Department of Health AIDS Institute to Correctional Health Services (NYC DOHMH), 1/1/05-12/31/10. Annual budget $290,000.

Point of Service Testing. From MAC/AIDS, Elton John and Robin Hood Foundations to Correctional Health Services (NYC DOHMH), 11/1/09-10/31/12. Annual budget $100,000.

Mental Health Collaboration Grant. From USDOJ to Correctional Health Services (NYC DOHMH), 1/1/11-9/30/13. Annual budget $250,000.

## *Teaching*

**Instructor,** Health in Prisons Course, Bloomberg School of Public Health, Johns Hopkins University, June 2015, June 2014, April 2019.

**Instructor**, Albert Einstein College of Medicine/Montefiore Social Medicine Program Yearly lectures on Data-driven human rights, 2007-present.

## *Other Health & Human Rights Activities*

**DIGNITY Danish Institute Against Torture**, Symposium with Egyptian correctional health staff regarding dual loyalty and data-driven human rights. Cairo Egypt, September 20-23, 2014.

**Doctors of the World,** Physician evaluating survivors of torture, writing affidavits for asylum hearings, with testimony as needed, 7/05-11/18.

**United States Peace Corps**, Draconculiasis Eradication, Togo West Africa, June 1990-December 1991.

## *Books*

**Venters H.** *Life and Death in Rikers Island*. Johns Hopkins University Press. 2/19.

## *Chapters in Books*

**Venters H.** Mythbusting Solitary Confinement in Jail. In Solitary Confinement Effects, Practices, and Pathways toward Reform. Oxford University Press, 2020.

MacDonald R. and **Venters H.** Correctional Health and Decarceration. In Decarceration. Ernest Drucker, New Press, 2017.

## *Prior Testimony and Deposition*

- Benjamin v. Horn, 75–cv–03073–LAP (S.D.N.Y.). Expert for Defendants 2015.
- Newbrough v. Piedmont Regional Jail Authority, 3:10CV867–HEH (E.D.V.A. 2011). Expert for Plaintiffs.
- Rodgers v. Martin, 2:16-cv-00216 (N.D.T.X.). Expert for Plaintiffs 10/19/2017
- Fikes v. Abernathy, 7:16-cv-00843-LSC (N.D.A.L.). Expert for Plaintiffs 10/30/20017
- Fernandez v. City of New York, 17-CV-02431 (GHW)(SN) (S.D.N.Y. 2017). Defendant in role as City Employee, 4/10/2018.
- Charleston v. Corizon Health Inc., 2:17-cv-03039-MAK (E.D. P.A.). Expert for Plaintiffs 4/20/2018.
- Atencio v. Board of Cnty. Comm. of Sante Fe Cnty., 1:17-CV-00617 WJ/KK (N.M.). Expert for Plaintiffs 7/23/2018.
- Hammonds v. Dekalb Cnty. , 4:16-cv-01558-KOB (M.D.A.L.). Expert for Plaintiffs 11/30/2018.
- Mathiasen v. Rio Arriba Cnty., 17-CV-1159 JHR/KBM (N.M.). Expert for Plaintiff 2/8/2019.
- Hutchinson v. Bates, 2:17-cv-00185-WKW-SMD (M.D.A.L.). Expert for Plaintiff 3/27/2019.
- Lewis v. East Baton Rouge Parish, 3:16-cv-00352-JWD-RLB (M.D.L.A.). Expert for Plaintiff 6/25/2019, 7/1/2019.

- Belcher v. Lopinto., 2:18-cv-07368-JTM-DPC (E.D.L.A.). Expert for Plaintiffs 12/5/2019.
- Imperati v. Semple, 3:18-cv-01847-RNC (C.T.) Expert for Plaintiffs 3/11/2020.
- Camera v. Semple, 3:18-cv-01595 (C.T.). Expert for Plaintiffs 9/23/2020.
- Staten v. Semple, 3:18-cv-01251 (VAB) (C.T.). Expert for Plaintiffs 2020.
- Woodward v. Lopinto, 2:18-cv-04236-MVL-KWR (E.D.L.A) Expert for Plaintiffs 12/1/2020.
- U.S. v. Pratt, 2:19-cr-00213-DWA (W.D.P.A.). Expert for Defendant 4/28/2020 (Video hearing).
- U.S. v. Nelson, 1:19-cr-00021-DSC (W.D.P.A.). Expert for Defendant 5/4/2020 (Video hearing).
- Chunn v. Edge, 1:20-CV-01590-RPK-RLM (E.D.N.Y.) Expert for Plaintiffs 4/30/2020 (Video deposition), 5/12/2020 (Video hearing).
- Martinez-Brooks v. Easter, 3:20-cv-569 (MPS) (C.T.). Expert for Plaintiffs 6/8/2020 (Video deposition), 6/11/2020 (Video hearing).
- Baxley v. Jividen et al. NO. 3:18-cv-01526, 7/1/21 Expert for Plaintiffs (Video Hearing).
- Busby v. Bonner, 2:20-cv-02359-SHL (W.D.T.N.). Expert for Plaintiffs 7/10/2020 (Video hearing).
- Braggs v. Dunn, 2:14-cv-601-MHT (M.D.A.L.). Expert for Plaintiffs 10/19/2020 (Audio testimony).
- Royston v. Christian, 6:19-cv-00274-RAW (E.D.O.K.). Expert for Plaintiffs 3/26/21 (Video deposition).
- Fraihat  v. U.S. Immigration and Customs Enforcement, 5:19-cv-01546-JGB-SHK (C.D.C.A.). Expert for Plaintiffs 2020.
- Torres v. Milusnic, CV 20-04450-CBM-PVC(x) (C.D.C.A). Court appointed expert 5/24/21 (Video deposition).
- Sanchez v. Brown, 20-cv-832-E (N.D.T.X.). Expert for Plaintiffs 5/25/21 (Video deposition).
- Barnett v. Tony, No 0:20-cv-61113-WPD 10/13/21 Expert for plaintiffs (Video hearing).
- Fenty, et al., v. Penzone, et al., No. 2:20-cv-01192. Expert for Plaintiffs 10/21/2021 (Video hearing).
- Scott v. Clarke 3:12CV36. Court appointed monitor. Hearing 2/7/22 (Video testimony).
- Thomas Rainey v. County of San Diego, et al., No  CASE NO. No.: 19-cv-01650-H-AGS.. 3/21/22 Expert for Plaintiffs (Video Deposition).
- Frankie Greer v. County of San Diego, et al., No  CASE NO. 19-CV-0378-GPC-DEB. 4/27/22 Expert for Plaintiffs (Video Deposition).

# EXHIBIT B

CURRICULUM VITAE

Michael Puisis



Home phone:
Cell phone:
Email:

**Personal Data:**

Born:
Married, 1 child
Excellent health

**Educational Experience:**

Quigley North High School; graduated 1968
B.S. University of Illinois at Chicago 1978
Chicago College of Osteopathic Medicine 1982

**Residency Training:**

Internal Medicine, Cook County Hospital 1985

**Board Certification:**

Diplomate Internal Medicine, American Board of Internal Medicine 1985

**Professional Activities:**

National Health Service Corps Physician assigned as staff physician to Cermak Health Service (Cook County Jail) 1985-89.

Assistant Medical Director, Cermak Health Service 1989 to 1991

Medical Director, Cermak Health Services (Cook County Jail) 1991 to 1996

Voluntary Attending Cook County Hospital, 1985 to 1996

Advanced Cardiac Life Support Instructor at Cook County Hospital 1985-89

Director of Quality Assurance at Cermak Health Service 1985-91.

Regional Medical Director, State of New Mexico for Correctional Medical Services, 1996 to 1999

Corporate Medical Director, Correctional Division, Addus HealthCare, 1999 to 2004

Consultant on correctional healthcare, 1988 to present

Director of Research and Operations, Cermak Health Services, Cook County Jail 2006-2007

Medical Director, Illinois Department of Corrections 2008

Chief Operating Officer, Cermak Health Services, Cook County Jail May, 2009 to December 2012

**Consultant Work:**

Consultant to the U.S. Department of Justice 1989 to present on conditions at a variety of prisons and jails throughout the United States including reviews and/or monitoring of the  follow programs:
- San Diego County Jail 1989
- Angola State Prison Louisiana 1992
- Simpson County Jail/ Sunflower County Jail and Jackson County Jail, Mississippi 1993
- Critteden County Jail 1994
- Gila County Jail 1994
- Maricopa County Jail 1994
- Cape Girardeau Jail 2000
- Montana State Prison 2004
- Wicomico County Jail 2004
- Baltimore City Jail 2005
- Cleveland City Jail 2005
- Augusta State Prison, Georgia, 2007
- Lake County Jail 2011
- Orange County Jail 2013 and 2017
- Nevada Department of Corrections for Disability Rights Section 2021-current

Consultant to the American Civil Liberties Union on the prison health system at the Indiana State Prison in Westville Indiana, 1988.

Consultant to the Legal Services Organization of Indianapolis regarding the prison health system at the Indiana State Prison in Michigan City and the Pendelton Reformatory in Indianapolis. 1988

Consultant to the Indiana Civil Liberties Union reviewing Pendleton Correctional Facility, April 2000.

Member of the National Commission on Correctional Health Care Task Force for the revision of the *Standards for Health Services in Jails,* 1995

Reviewer for the Centers for Disease Control for the *Prevention and Control of Tuberculosis in Correctional Facilities,* 1995

Member of the Advisory Board for the "Evaluation of the Centers for Disease Control Guidelines for TB Control in Jails", 1999

Clinical Reviews, grant review committee, Centers for Disease Control, 1999

Member of the committee to revise the correctional health care standards for the American Public Health Association, 1999

National Commission on Correctional Health Care's Physician Panel on Clinical Practice 1999.

Consultant to the United States Department of Justice to provide expert advice on the development of Standard Operating Procedures when federal inmates are confined in private prisons, September 2000.

Medical Expert for plaintiff in Schilling v. Milwaukee County Jail 2001

Expert witness for Southern Center for Human Rights in *Marshall,et al v. Whisante, et al* in review of conditions at the Madison County Jail in Madison County Alabama, 2002.

Expert witness for Legal Aid Society in *James Benjamin, et al.v. William Fraser, et al.* This resulted in a deposition in 2002 regarding medical complications in the utilization of shackles.

Expert consultant to the California Attorney General in Plata v. Davis 2002

Expert consultant to the California Attorney General on medical care provided in the California Youth Authority 2003

Committee member of the American Diabetes Association to revise the standard for diabetes care in correctional facilities 2003

Consultant to the Southern Poverty Law Center in assisting them in review of diabetes care for inmates in the Alabama Department of Corrections.

Medical Expert for Scott Ortiz plaintiff attorney in Salvadore Lucido v CMS 2005

Liason member representing the National Commission on Correctional Healthcare to the

Advisory Committee for the Elimination of Tuberculosis (ACET) 2004 to 2007

Medical Consultant to the Administration of Corrections in Puerto Rico via MGT of America in monitoring medical contract with Court Appointed medical corporation 2005 to 2007

Program Review of San Joaquin Juvenile Detention Center for San Joaquin County related to Walter Hixson et al v. Chris Hope, July-August 2007

Medical Expert, review of Fresno County Jail 2013-2022

Medical Expert, review of Monterey County Jail 2013

Medical Expert Consultant to Department of Homeland Security 2013 to present

Consultant to Maryland Attorney General's Office with respect to Duval et al v Hogan et al litigation 2015

Medical Consultant to the Southern Poverty Law Center with respect to Dunn et al v. Thomas et al with respect to the Alabama prison system medical program 2015

Medical Consultant to Promise of Justice Initiative, Advocacy Center of Louisiana, American Civil Liberties Union of Louisiana, and Cohen Milstein Sellers & Toll PLLC collectively with respect to the case Lewis et al v. Cain et al concerning medical care to prisoners at Louisiana State Prison.  2016

## **Court Appointed Monitor Assignments**

Court appointed Medical Expert in Plata v. Davis, a consent decree regarding medical care in the California Department of Corrections 2003

Court appointed Medical Monitor in *Laube et al v. Campbell* involving medical care at the Tutwiler women's prison in Alabama, 2004

Court appointed Monitor of Dallas County Jail in consent agreement between Dallas County and U.S. Department of Justice, 2007

Court appointed Medical Monitor of Consent Decree Hall v. County of Fresno in regard to Fresno County Jail 2015

Court appointed Medical Monitor for medical provisions of Duval et al v. Hogan et al Settlement Agreement 2015

Court appointed Medical Expert to evaluate IDOC health care system Lippert et al v. Ghosh et al; December 2017.

Court appointed Medical Consultant to the Monitor in Lippert et al v. Ghosh et al; July 2019

**Medical Monitoring Assignments**

Medical Monitor for California Youth Authority 2004 based on consent agreement between State of California and Prison Litigation Office

Monitor Montana State Prison 2004 based on consent agreement between US Department of Justice and State of Montana

Member of the Medical Oversight Committee, the monitoring body in a consent agreement covering the Ohio Department of Corrections and Rehabilitation, 2006

Medical Expert on monitoring team in consent agreement covering the Delaware Department of Corrections 2006

Monitor Lake County Jail 2011 based on consent agreement between US Department of Justice and Lake County, Indiana

Consultant to the Monitor *Lippert v Baldwin*

**Publications:**

Radiographic Screening for Tuberculosis is a Large Urban Jail, Puisis M, Feinglass J, Lidow E, et al: *Public Health Reports* 111:330-334,1996

Adding on Human Bites to Hepatitis B Prophylaxis; *Correct Care*, newsletter of the National Commission on Correctional Health Care, Vol.2, Issue 3, July 1988.

Editor, *Clinical Practice in Correctional Medicine,* a textbook of correctional medicine Mosby, 1998.

*Tuberculosis Screening, Overview of STDs in Correctional Facilities, & Chronic Care Management*, Chapters in the textbook *Clinical Practice in Correctional Medicine,* Mosby, 1998

Editor, *Clinical Practice in Correctional Medicine 2nd Edition,* Mosby/Elsevier, 2006

*Chronic Disease Management & Overview of Sexually Transmitted Disease,* chapters in textbook *Clinical Practice in Correctional Medicine 2nd Edition, Mosby/Elsevier* 2006

Deaths in the Cook County Jail: 10-Year Report, 1995-2004; Seijong Kim, Andrew Ting, Michael Puisis, et al; Journal of Urban Health 2006

Risk Factors for Homelessness and Sex Trade Among Incarcerated Women:A Structural Equation Model; Seijong Kim, Timothy Johnson, Samir Goswami, Michael Puisis: Journal of International Women's Studies; 2011 January; 12(1):128-148

Improving Health Care after Prison: Invited Commentary on Forced Smoking Abstinence: Not Enough for Smoking Cessation; *JAMA Intern Med* 2013; 173(9) 795-796

Progress in Human Immunodeficiency Virus Care in Prisons: Still Room for Improvement? Invited Commentary, *JAMA Internal Medicine*, published online 2014 March 31, doi 10.1001/jamainternmed.2014.521 epublished ahead of print

Improved Virologic Suppression With HIV Subspecialty Care in a Large Prison System Using Telemedicine: An Observational Study With Historic Controls: Jeremy Young, Mahesh Patel, Melissa Badowski, Mary Ellen Mackesy-Amiti, Pyrai Vaughn, Louis Shicker, Michael Puisis and Lawrence Ouellet; Clinical Infectious Diseases, May 7, 2014 [Epublished ahead of print]

## **Awards**

National Commission on Correctional Health Care Outstanding Correctional Health Care Publication of the Year for Clinical Practice in Correctional Medicine, November 1998

National Commission on Correctional Health Care B. Jaye Anno Award of Excellence in Communication for Clinical Practice in Correctional Medicine, 2nd Edition, 2006

2006 Armond Start Award of Excellence, from Society of Correctional Physicians

## **Lectures:**

*Health Care: Correctional Medicine in the 90's*
Illinois Correctional Association Fall Training Institute; October 22-23 1991.

*Quality Improvement and Ethics, Who is the Customer,* presentation at the University of Wisconsin, Madison, School of Medicine Second Annual Summer Forum, National Center for Correctional Healthcare Studies, July 1992

*Chest X-ray Screening for Tuberculosis in a Large Urban Jail,* 16th National Conference on Correctional Health Care, September, 1992

*Overview of Tuberculosis as a Public Health Issue,* National Association of Counties' public hearing of "County Government and Health Care Reform", October, 1992

*Screening for Tuberculosis,* lecture at the Comprehensive AIDS Center, Northwestern University Medical School, August, 1993

*Management of Tuberculosis in Correctional Facilities,* National Commission on Correctional Healthcare Roundtable, November, 1995

Moderator:  *Health Care Delivery in a Jails Setting,* at the 8th National Workshop on Adult and Juvenile Female Offenders, September, 1999, Chicago, Illinois

Lecturer:  Correctional Medical Services' Medical Director's Orientation, 1997-1999

Satellite broadcast, "TB Control in Correctional Facilities", Texas Department of Health, February, 1999

Presenter: *Chronic Care in Correctional Settings,* March, 2000, at a conference by Health and Medicine Policy Research Group, *Emerging Issues in Correctional Health*

Presenter:  *STD Screening, Treatment, and Early Intervention,* American Correctional Health Services Association's conference Public Health in Corrections co-sponsored by the Centers for Disease Control (CDC)  March 2001

Presenter:  *Diabetes Cases in Corrections* Fall Conference 2003, National Commission on Correctional Health Care

Presenter: *Contracting Out Medical Services* Spring Conference May, 2004, National Commission on Correctional Health Care

Lecturer:  Screening for STDs and HIV in Jails, 2005 National HIV Prevention Conference, Atlanta, Georgia

Panel with Honorable Frank Easterbrook, Chief Judge, 7th Circuit and Ben Wolfe, ACLU at the John Marshall Law School American Constitution Society on inmate rights and access to health care; 2009.


**<u>Society and Organization Affiliations</u>**:

Society of Correctional Physicians

# EXHIBIT C

**ELDON VAIL**



## WORK HISTORY

Nearly 35 years working in and administering adult and juvenile institutions, and probation and parole programs, starting at the entry level and rising to Department Secretary. Served as Superintendent of 3 adult institutions, maximum to minimum security, male and female. Served as Secretary for the Washington State Department of Corrections (WADOC) from 2007 until 2011.

- Secretary                        WADOC                              2007-2011
- Deputy Secretary                 WADOC                              1999-2006
- Assistant Deputy Secretary       WADOC                              1997-1999
- Assistant Director for Prisons   WADOC                              1994-1997
- Superintendent                   McNeil Island Corrections Center   1992-1994
- Superintendent                   WA. Corrections Center for Women   1989-1992
- Correctional Program Manager     WA. Corrections Center             1988
- Superintendent                   Cedar Creek Corrections Center     1987
- Correctional Program Manager     Cedar Creek Corrections Center     1984-1987
- Juvenile Parole Officer          Division of Juvenile Rehabilitation 1984
- Correctional Unit Supervisor     Cedar Creek Corrections Center     1979-1983
- Juvenile Institution Counselor   Division of Juvenile Rehabilitation 1974-1979

## SKILLS AND ABILITIES

- Ability to analyze complex situations, synthesize the information and find practical solutions that are acceptable to all parties.

- A history of work experience that demonstrates how a balance of strong security and robust inmate programs best improves institution and community safety.

- Leadership of a prison system with very little class action litigation based on practical knowledge that constitutional conditions are best achieved through negotiation with all parties and not through litigation.

- Extensive experience as a witness, both in deposition and at trial.

- Experience working with multiple Governors, legislators from both political parties, criminal justice partners and constituent groups in the legislative and policymaking process.

- Skilled labor negotiator for over a decade. Served as chief negotiator with the Teamsters and the Washington Public Employees Association for Collective Bargaining Agreements. Chaired Labor Management meetings with Washington Federation of State Employees.

## HIGHLIGHTS OF CAREER ACCOMPLISHMENTS

- Reduced violence in adult prisons in Washington by over 30% during my tenure as Secretary and Deputy Secretary even though the prison population became more violent and high risk during this same time period.

- Long term collaboration with the University of Washington focusing on improving treatment for the mentally ill in prison and the management of prisoners in and through solitary confinement.

- Implemented and administered an extensive array of evidence based and promising programs:

  o Education, drug and alcohol, sex offender and cognitive treatment programs.

  o Implemented sentencing alternatives via legislation and policy, reducing the prison populations of non-violent, low risk offenders, including the Drug Offender Sentencing Alternative and, as the Secretary, the Parenting Sentencing Alternative. http://www.doc.wa.gov/corrections/justice/sentencing/parenting-alternative.htm

  o Pioneered extensive family-based programs resulting in reductions in use of force incidents and infractions, as well as improved reentry outcomes for program participants.

  o Established Intensive Treatment Unit for mentally ill inmates with behavioral problems.

  o Established step-down programs for long-term segregation inmates resulting in significant reduction in program graduate returns to segregation.

- Initiated the Sustainable Prisons Project http://blogs.evergreen.edu/sustainableprisons/

- Improved efficiency in the agency by administrative consolidation, closing 3 high-cost institutions and eliminating over 1,200 positions. Housed inmates safely at lowest possible custody levels, also resulting in reduced operating costs.

- Increased partnerships with non-profits, law enforcement and community members in support of agency goals and improved community safety.

- Successful settlement of the Jane Doe class action lawsuit, a PREA case regarding female prisoners in the state's prisons for women.

- Resolved potential class action lawsuit regarding religious rights of Native Americans.
  https://www.seattletimes.com/opinion/a-precedent-for-native-americans-religious-freedom-in-washington-prisons/

- Led the nation's corrections directors to support fundamental change in the Interstate Compact as a result of the shooting of 4 police officers in Lakewood, WA.

- Dramatically improved media relations for the department by being aggressively open with journalists, challenging them to learn the difficult work performed by corrections professionals on a daily basis.

## EDUCATION AND OTHER BACKGROUND INFORMATION

- Bachelor of Arts - The Evergreen State College, Washington – 1973

- Post graduate work in Public Administration - The Evergreen State College, Washington - 1980 and 1981

- National Institute of Corrections and Washington State Criminal Justice Training Commission - various corrections and leadership training courses

- Member of the American Correctional Association

- Associate member, Correctional Leaders Association (CLA)

- Guest Speaker, Trainer and Author for the National Institute of Corrections (NIC)

- Instructor for Correctional Leadership Development for the National Institute of Corrections

- Author of *Going Beyond Administrative Efficiency—The Budget Crisis in the State of Washington*, published in Topics of Community Corrections by NIC, 2003

- Consultant for *Correctional Leadership Competencies for the 21st Century*, an NIC publication

- Consultant for Correctional Health Care Executive Curriculum Development, an NIC training program, 2012

- Commissioner, Washington State Criminal Justice Training Commission 2002-2006, 2008-2011

- Member, Washington State Sentencing Guidelines Commission 2007-2011

3

- Advisory Panel Member, *Correctional Technology—A User's Guide*

- Co-chair with King County Prosecutor Dan Satterberg, *Examining the Tool Box: A Review of Supervision of Dangerous Mentally Ill Offenders*

- Guest lecturer on solitary confinement, University of Montana Law School in 2012

- On retainer for Pioneer Human Services from July 2012 - July 2013

- On retainer for BRK Management Services from September 2012 – April 2013

- Guest Editorials, Seattle Times, February 22, 2014, and April 5th, 2019
  http://www.seattletimes.com/opinion/guest-opinions-should-washington-state-abolish-the-death-penalty/
  https://www.seattletimes.com/opinion/washington-state-is-ready-to-put-an-end-to-the-death-penalty/

- Served on the Board of Advisors for HEAL for Reentry, a non-profit supporting Native Americans' transition to the community from prison

## CURRENT ACTIVITIES

- Serve on the Board of Advisers for Huy, a non-profit group supporting Native American Prisoners during their incarceration.

- Retained as an expert witness or correctional consultant in the following:

  o ***Mitchell v. Cate***
    No. 08-CV-1196 JAM EFB
    United States District Court, Eastern District of California,
    Declarations, March 4, May 15, and June 7, 2013
    Deposed, July 9, 2013
    Case settled, October 2014

  o ***Gifford v. State of Oregon***
    No. 6:11-CV-06417-TC
    United States District Court, For the District of Oregon,
    Eugene Division,
    Expert report, March 29, 2013
    Case settled, May 2013

  o ***Ananachescu v. County of Clark***
    No. 3:13-cv-05222-BHS
    United States District Court, Western District of Tacoma
    Case settled, February 2014

- ○ ***Parsons, et al v. Ryan***
    No. CV 12-06010 PHX-NVW,
    United States District Court of Arizona
    Declarations and reports, November 8, 2013,
    January 31, February 24, and September 4, 2014
    Deposed, February 28 and September 17, 2014
    Case settled, October 2014

- ○ ***Coleman, et al v. Brown, et al***
    No. 2:90-cv-0520 LKK JMP,
    United States District Court, Eastern District of California,
    Declarations, March 14, May 29, and August 23, 2013;
    February 11, 2014
    Deposed, March 19 and June 27, 2013
    Testified, October 1, 2, 17 and 18, 2013

- ○ ***Peoples v. Fischer***
    No. 1:11-cv-02694-SAS,
    United States District Court, Southern District of New York
    Interim settlement agreement reached February 19, 2014
    Case settled, March 2016
    Continuing assignment monitoring for the Plaintiffs

- ○ ***Dockery v. Hall***
    No. 3:13-cv-326 TSL JMR,
    United States District Court for the Southern District of
    Mississippi, Jackson Division
    Reports, June 16, 2014, December 29, 2016;
    March 23, 2017; November 16, 2018
    Deposed, April 7, 2017
    Testified March 5-7, 2018

- ○ ***C.B., et al v. Walnut Grove Correctional Authority, et al***
    No. 3:10-cv-663 DPS-FKB,
    United States District Court for the Southern District of
    Mississippi, Jackson Division
    Memo to ACLU and Southern Poverty Law Center,
    March 14, 2014, filed with the court
    Reports, August 4, 2014, and February 10, 2015
    Testified, April 1, 2 and 27, 2015

- ○ ***Wright v. Annucci, et al***
    No. 13-CV-0564 (MAD)(ATB),
    United States District Court, Northern District of New York
    Reports, April 19, and December 12, 2014
    Testified, February 13, 2017

- ***Graves v. Arpaio***
  No. CV-77-00479-PHX-NVW,
  United States District Court of Arizona
  Declarations, December 15, 2013, April 1, 2016,
  December 22, 2017; February 9 and October 22, 2018;
  August 19 and 30, 2019
  Testified, March 5, 2014

- ***Corbett v. Branker***
  No. 5:13 CT-3201-BO,
  United States District Court, Eastern District of North Carolina,
  Western District
  Special Master appointment November 18, 2013
  Expert Report, January 14, 2014
  Testified, March 21, 2014

- ***Fontano v. Godinez***
  No. 3:12-cv-3042,
  United States District Court, Central District of Illinois,
  Springfield Division
  Report, August 16, 2014
  Testified June 29, 2016
  Case settled June 30, 2016

- ***Atencio v. Arpaio***
  No. CV12-02376-PHX-PGR,
  United States District Court of Arizona
  Reports, February 14, and May 12, 2014
  Deposed, July 30, 2014
  Case settled, March 2018

- ***Larry Heggem v. Snohomish County***
  No. CV-01333-RSM,
  United States District Court,
  Western District of Washington at Seattle
  Report, May 29, 2014
  Deposed, June 27, 2014

- ***Doe v. Michigan Department of Corrections***
  No. 5:13-cv-14356-RHC-RSW,
  United States District Court, Eastern District of Michigan,
  Southern Division
  Declarations, September 12, 2018, and September 30, 2019
  Deposed, October 17, 2019
  Case settled, January 2020

- o *Padilla v. Beard, et al*
  Case 2:14-at-00575,
  United States District Court, Eastern District of California,
  Sacramento Division
  Declaration, February 26, 2016
  Deposed June 3, 2016
  Testified April 19, 2017
  Case settled, April 24, 2017

- o *Braggs, et al v. Dunn, et al*
  No. 2:14-cv-00601-WKW-TFM,
  United States District Court, Middle District of Alabama
  Declarations, September 3, 2014, April 29, 2015,
  June 3, 2015
  Expert Report, July 5, 2016
  Declarations, February 9, and October 19, 2017
  Expert Report, July 1, 2018
  Deposed August 21, 2016, and April 14, 2021
  Testified, December 22, 2016, January 4, February 21, December
  5, 2017; February 13, October 23, November 29, 2018; April 3,
  2019; May 26 – 28 and June 1 and 2, 2021

- o *Sassman v. Brown*
  No. 2:14-cv-01679-MCE-KJN,
  United States District Court, Eastern District of California,
  Sacramento Division
  Declaration, August 27, 2014; Report, December 5, 2014
  Deposed, December 15, 2014

- o *Robertson v. Struffert, et al*
  Case 4:12-cv-04698-JSW,
  United States District Court, Northern District of California
  Declaration, March 16, 2015
  Deposed May 4, 2015
  Case settled, October 2015

- o *Commonwealth of Virginia v. Reginald Cornelius Latson*
  Case No: GC14008381—00,
  General District Court of the County of Stafford
  Report, January 12, 2015
  Pardon granted

- o *Disability Rights, Montana, Inc. v. Richard Opper*
  No. CV-14-25-BU-SHE,
  United State District Court for the District of Montana,
  Butte Division

7

- *Flores v. United States of America*
    Civil Action No 14-3166,
    United States District Court, Eastern District of New York
    Report, August 14, 2015

- *Latson v. Clarke*
    No. 1:16-cv-00447-GBL-MSN,
    United States District Court, Eastern District of Virginia
    Reports, November 16, 2016, and January 6, 2017
    Deposed, December 13, 2016
    Case settled, May 2, 2017

- *Latson v. Clarke*
    Civil No. 1:16-cv-00039,
    United States District Court, Western District of Virginia,
    Abingdon Division
    Report, September 29, 2017
    Deposed, December 28, 2017

- *Doe v. Wolfe*
    Case 4:15-cv-00250-DCB,
    United States District Court for the District of Arizona
    Reports, December 4, 2015; March 10, 2016;
    September 23 and November 20, 2017
    Deposed, January 5, 2018
    Testified, November 14, 2016, and January 13, 14 and 22, 2020
    Permanent Injunction, April 2020

- *Star v. Livingston*
    Case No: 4:14-cv-03037,
    United States District Court, Southern District of Texas,
    Houston Division
    Reports, March 3, 2015, and October 12, 2016
    Case settled, March 2018

- *Redmond v. Crowther*
    Civil No. 2:13-cv-00393-PMW,
    United States District Court, Central Division,
    State of Utah
    Report, April 28, 2015
    Deposed, July 28, 2015

- *State of Arizona, Appellee, v. Pete J. Van Winkle, Appellant*
    No. CR–09–0322–AP,
    Testified, March 28, 2016

- o ***Cole v. Livingston***
  Civil Action No. 4:14-cv-1698,
  United States District Court, Southern District of Texas,
  Houston Division
  Reports, August 5, 2015, and April 28, 2017
  Deposed, December 2, 2015
  Testified, June 20, 2017
  Case settled, March 2018

- o ***Fant v. The City of Ferguson***
  Case No. 415-cv-00253 E.D. MO,
  United States District Court, Eastern District of Missouri
  Report, October 21, 2020, and April 23, 2021
  Deposed, December 4, 2020

- o ***Rasho v. Godinez***
  Civil Action No. 07-CV-1298,
  United States District Court, Central Division of Illinois,
  Peoria Division
  Case settled, December 2015

- o ***Morgal v. Williams***
  No. CV 12-280-TUC-CKJ,
  United States District Court for the District of Arizona
  Report, February 1, 2016
  Deposed, February 25, 2016

- o ***Sacramento County Sheriff***
  Retained by Sacramento County Sheriff to evaluate housing units
  in the Sacramento County jails, including maximum custody,
  segregation, and protective custody
  Report, June 27, 2016
  Case settled, June 2019

- o ***Community Legal Aid Society, Inc. v. Robert M. Coupe***
  Case No. 1:15-cv-00688,
  United States District Court for the District of Delaware
  Report, March 31, 2016
  Case settled, August 2016

- o ***C-Pod Inmates of Middlesex County Adult Correction Center, et al. v.***
  ***Middlesex County***
  Civil Action No. 15-7920 (PGS),
  United States District Court for the District of New Jersey
  Report, July 29, 2016
  Case settled, September 2018

- o ***Williams v. Snohomish County***
  Case No. 15-2-22078-1 SEA,
  Superior Court for the State of Washington, King County
  Case Settled, May 2017

- o ***P.D. v. Middlesex County***
  Case No. MID-L-3811-14,
  Superior Court of New Jersey
  Report, July 29, 2016

- o ***Gould v. State of Oregon, et al***
  Case No. 2:15-cv-01152-SU,
  United States District Court for the District of Oregon
  Case settled, October 2016

- o ***Johnson v. Mason County***
  NO. 3:14-cv-05832-RBL,
  United States District Court, Western District of Washington at
  Tacoma
  Declaration, April 5, 2016
  Deposed, October 26, 2016
  Case settled, March 2017

- o ***United States Department of Justice***
  Retained by DOJ to join a team investigating conditions for
  LGBT inmates including sexual harassment, sexual abuse and
  sexual assaults by inmates and staff in the Georgia Department of
  Corrections
  Report, October 2016

- o ***Carruthers v. Israel***
  Case No. 76-6086-civ-Middlebrooks,
  United States District Court, Southern District of Florida

- o ***Daniel Evans v. Management and Training Corporation, et al***
  NO. 3:15-cv-770-DPJ-FKB,
  United States District Court, Southern District of Mississippi,
  Northern Division
  Report, October 17, 2016
  Case settled, January 2017

- o ***Holbron v. Espinda***
  Civil No. 16-1-0692-04 RAN,
  Circuit Court of the First Circuit, State of Hawai'i
  Reports, February 1, and November 20, 2017
  Testified, December 20, 2017

- o ***Webb v. Collier***
  - Civil Action NO. 6:13cv711,
  - United States District Court, Eastern District of Texas,
  - Tyler Division
  - Report, March 13, 2017
  - Deposed, May 5, 2017
  - Case settled, March 2018

- o ***Dahl v. Mason County***
  - Case 3:16-cv-05719.
  - United States District Court,
  - Western District of Washington at Tacoma
  - Report, August 21, 2017, Declaration, December 4, 2017
  - Case settled, August 2018

- o ***Adams, James, Hudson v. Livingston***
  - Civil Action No. 4:14-cv-03326,
  - United States District Court, Southern Division of Texas
  - Houston Division
  - Report, June 15, 2017
  - Case settled, March 2018

- o ***Ashker v. Governor of the State of California, et al***
  - Case No. 4:09 CV 05796 CW,
  - United States District Court, Northern District of California,
  - Oakland Division
  - Declaration, December 6, 2017

- o ***Togonidze v. Livingston***
  - Civil Action No. 3:13-cv-229,
  - United States District Court, Southern District of Texas,
  - Galveston Division
  - Report, October 3, 2017
  - Case settled, March 2018

- o ***Martone v. Livingston***
  - Civil Action No 4:13-CV-3369,
  - United States District Court, Southern Division of Texas,
  - Houston Division
  - Case settled, March 2018

- o ***Davis v. Baldwin***
  - Case No. 3:16-cv-600,
  - United States District Court, Southern Division of Illinois
  - Report, September 6, 2019
  - Deposed, November 13, 2019

11

- o ***Cody v. City of St. Louis***
  Case 4:17-cv-02707-AGF,
  United States District Court, Eastern District of Missouri,
  Eastern Division
  Affidavit, August 30, 2018, Report September 27, 2019,
  Report, May 26, 2021
  Deposed, June 10, 2020

- o ***Sabata v. Nebraska Department of Correctional Services***
  Case No. 4:17-CV-3107,
  United States District Court for the State of Nebraska
  Declarations, August 24, 2018, February 14 and
  June 26, 2019
  Deposed, April 9, 2019

- o ***Pickens v. Management & Training Corporation***
  Civil Action No. 3:16cv-913-CWR-FKB,
  United States District Court for the Southern District of
  Mississippi, Northern Division
  Report, December 19, 2018
  Case settled, January 2019

- o ***Amos v. Taylor***
  No. 4:20-cv-00007-DMB-JMV,
  United States District Court, Northern District of Mississippi,
  Greenville Division
  Declarations, January 31, February 2 and 8, June 7, 2020

- o ***Armstrong v. Newsome***
  No. C94-2307 CW
  United States District Court, Northern District of California,
  Oakland Division
  Declarations, February 24, July 13, July 28, and September 25,
  2020

- o ***Valentine v. Collier***
  Case 4:20-cv-01115
  United States District Court, Southern District of Texas,
  Houston Division
  Declarations, April 1, 2020, and June 25, 2020
  Deposed, July 9, 2020
  Testified, April 16, and July 21, 2020

- ○ ***Cullors v. County of Los Angeles***
  Case 2:20-cv-03760
  United States District Court, Central District of California
  Declaration, April 23, 2020

- ○ ***Frazier et al., v. Kelley, et al.,***
  Case No. 4:20cv434-KGB
  United States District Court, Eastern Division of Arkansas,
  Central Division,
  Declaration, May 3, 2020
  Testified May 7, 2020

- ○ ***State of Washington vs. William Lee Lembcke***
  NO: 01-1-00001-7
  Superior Court of the State of Washington, Stevens County
  Report, May 6, 2020

- ○ ***The State of Washington v. Terrance A. Weaver***
  No. 96-1-00123-9
  Superior Court of the State of Washington, Whatcom County
  Declaration, July 6, 2019

- ○ ***State of Washington vs. Russell McNeil***
  Case No.: 88-1-00428-1
  Superior Court of the State of Washington, Yakima County
  Report, March 10, 2022

- ○ ***Cody Barnett, et al., v. Gregory Tony***
  Case No. 0:20-cv-61113-WPD
  United States District Court, Southern District of Florida
  Declaration, June 16, 2020

- ○ ***Carty et al v. Bryan, et al***
  Civil Action No. 1994-78
  District Court of the Virgin Islands,
  Division of St. Thomas and St. Johns
  Declaration, March 26, 2021

# EXHIBIT D

Attachment 1

## DAN PACHOLKE

**PROFILE**

Served the Washington State Department of Corrections for 33 years, starting as a Correctional Officer and retiring as Secretary. Leader in segregation reform and violence reduction in prisons. Extensive experience in program development and implementation, facility management, and marshaling and allocating resources. Proven ability to make change.  Led efforts resulting in a 30% reduction in violence and a 52% reduction in use of segregation in Washington State Prisons. Co-founder of Sustainability in Prisons Project. Champion of humanity, hope and legitimacy in corrections.

**EMPLOYMENT HISTORY**

**Principal, Dan Pacholke Consulting, LLC.** 2018 to Present
> Offering a full range of consulting services in the field of corrections.

**New York University, Litmus at Marron Institute of Urban Management**
**Associate Director** 2016-2017
> Collaborate with researchers and practitioners to develop alternatives to segregation and transform corrections management. Advance stakeholder-led research and innovation by soliciting, supporting, and disseminating the best new strategies to create safer, more rehabilitative corrections environments.

**Washington State Department of Corrections**
**Secretary** 2015-2016
> Governor appointee providing executive oversight of the agency with a yearly operating budget of 850 million and 8,200 full time employees. Reorganized agency to allow for greater emphasis on effective reentry. Led department through response and recovery from a crisis resulting from the discovery of a sentencing calculation error that had occurred for over 13 years.

**Deputy Secretary** 2014-2015
> Oversight over operations divisions: Offender Change; Correctional Industries; Community Corrections (16 Work Releases and 150 field offices); Prisons (15 facilities); and Health Services.  These combined operations had a yearly operating budget of 700 million and 7,166 full time employees.  Emphasis on core correctional operations, violence reduction, and performance management leadership to affect positive and sustainable system wide change.

**Director, Prisons Division** 2011-2014
> Oversight over 15 institutions and contract relationships with jails and out of state institutions incarcerating approximately 18,000 offenders.  Also responsible for providing emergency response and readiness oversight to all facilities and field offices of all divisions. Advanced multi-faceted violence reduction strategy to include the development and implementation of the "Operation Ceasefire" group violence reduction strategy for application in close custody units in prisons. Expanded Sustainability in Prisons Project programs to all prison facilities. Implemented classroom-setting congregant programming in intensive management units.

**Deputy Director, Prisons Division** 2008-2011

Attachment 1

Administrator over 6 major facility prisons, multi-custody level for adult male offenders with a biennial budget of 290 million. Provided leadership and appointing authority decision making to six facility Superintendents. Through Great Recession implemented staffing reductions, offender movement alterations and cost savings initiatives while maintaining safety and security. Represented the Department in legal issues, labor relations, media, staff discipline hearings, union relations and bargaining. Oversaw statewide operations of Emergency Preparedness and Response, Intelligence & Investigations, Intensive Management Units, Offender Grievance Program, Offender Disciplinary Program, Food Service, Sustainability and Close Custody Operations. Implemented statewide system of security advisory councils and security forums to improve staff safety.

**Monroe Correctional Complex**
**Interim Superintendent** 2008

Led a 2,486-bed, multi-custody facility for adult male offenders.

**Stafford Creek Corrections Center**
**Superintendent** 2007-2008

Led a 2,000-bed, multi-custody facility for adult male offenders with a biennial budget of 39 million. Implemented Sustainability in Prisons Project initiatives to include large scale composting to include zero-waste garbage sorting. Initiated first dog training programs for male offenders.

**Cedar Creek Corrections Center**
**Superintendent** 2003-2007

Led a 400-bed, minimum-security adult male correctional facility, with a biennial budget of 7.3 million.-Directed operational and related program activities to include security and custody programs, medical services, plant maintenance, education, and food service. Co-founded the Sustainability in Prisons Project with Nalini Nadkarni, PhD.

**Monroe Correctional Complex**
**Special Assignment Deputy Superintendent** 2002

Formulated new strategic direction in order to enhance operations and security at the Complex, which consists of four separate units and houses approximately 2,300 adult male felons. Managed unit operations and security. Supervised the Intelligence Investigative Unit and Offender Grievance System. Developed and implemented capital construction initiatives at the Special Offender Unit and the Washington Reformatory Unit to enhance security of these Units.

**Headquarters**
**Performance System Administrator** 1999-2002

Led the development and implementation shift from staff training department to an organizational performance system. Administered staff performance academies, supervised five regional teams, four Program Managers and provided leadership for policy development to support this department wide program. Administered the Department's Emergency Response Plan, Emergency Operations, Officer Safety Program and Firearms Training Unit.

**Headquarters**
**Emergency Response Manager** 1995-1999

Developed and implemented statewide emergency response system. Directed the development of departmental policy, emergency response team academies and

Attachment 1

response protocols. Managed emergencies and security events. Directed Critical Incident Review Teams in the post incident analysis of critical incidents department wide. Led development of security plans for the management of high-risk operations to include 400 offenders out of state, Y2K, and execution security.

**Clallam Bay Corrections Center**
**Correctional Captain** 1989-1995

Responsible for the security management of a maximum, close, and medium custody male facility. Oversaw facility mission changes including: close custody conversion; implementation of blind feeding; facility double bunking; opening of an intensive management unit; opening of first direct supervision unit; and developed the facility's Emergency Response Plan.

**Clallam Bay Corrections Center**
**Correctional Lieutenant** 1986 -1989

**Washington Corrections Center**
**Correctional Sergeant** 1985-1986

**McNeil Island Corrections Center**
**Correctional Officer** 1982-1985

**PUBLICATIONS**

Useem, Bert, Dan Pacholke, and Sandy Felkey Mullins. "Case Study–The Making of an Institutional Crisis: The Mass Release of Inmates by a Correctional Agency." *Journal of Contingencies and Crisis Management* (2016)

Pacholke, Dan (2016, July 27). Change is relative to where you begin. Vera Institute of Justice. Think Justice Blog. https://www.vera.org/blog/addressing-the-overuse-of-segregation-in-u-s-prisons-and-jails/change-is-relative-to-where-you-begin

Pacholke, Dan and Sandy Felkey Mullins. *More Than Emptying Beds: A Systems Approach to Segregation Reform*. Washington, DC: U.S. Department of Justice, Office of Justice Programs, Bureau of Justice Assistance, 2016. NCJ 249858.

Pacholke, D. (2014, March). Dan Pacholke: How prisons can help inmates lead meaningful lives [Video file]. Retrieved from https://www.ted.com/talks/dan_pacholke_how_prisons_can_help_inmates_live_meaningful_lives?language=en

Young, C., Dan Pacholke, Devon Schrum, and Philip Young. *Keeping Prisons Safe: Transforming the Corrections Workplace*. 2014.

Aubrey, D., LeRoy, C. J., Nadkarni, N., Pacholke, D. J., & Bush, K. Rearing endangered butterflies in prison: Incarcerated women as collaborating conservation partners. 2012.

**AWARDS**

Olympia Rotary Club, Environmental Protection Award, 2013
Governor's Distinguished Managers Award, 2012
Secretary of State, Extra Mile Award, 2007

Attachment 1

Governor's Sustaining Leadership Award, 2003

**CONSULTING**

Her Majesty's Prison Service, U.K.
2020

> Presented at a summit in the U.K., toured H.M. Prison Pentonville in London, and advised prison leadership in U.S. correctional innovations.

Sustainability in Prisons Project, Co-Director
2004-2015

U.S. White House
2015

> Presented on a panel on arts, innovation, and reentry at an event hosted at the Eisenhauer Building of the White House.

Mexican Consulate
2015

> Toured and reviewed a program at the Santa Marta Penitentiary in Mexico City.

Nebraska Department of Correctional Services
2015

> With Bert Useem, PhD, provided system assessment following May 2015 disturbance at Tecumseh State Correctional Institution in which two inmates were killed. Identified underlying causal factors and provided recommendations.

National Institute of Corrections
1998-2002

> Provided training and consultation services in seventeen states, the US Commonwealth of Saipan, and the US Territory of Guam in Security Management, Entry Level Supervisions, Emergency Preparedness Assessment, Disturbance Management and Basic Security.

Defensive Technology Corporation
Senior Instructor
1995 to 1998

> Provided tactical and specialty munitions training to correctional and law enforcement personnel throughout the U.S.

Security Auditing & Critical Incident Reviews
Lead Auditor

> Completed security audits and critical incident fact finding reviews in facilities throughout the Washington State Department of Corrections and two correctional jurisdictions in other states, one of which involved multi-jurisdictional entities.

**EDUCATION:**

> The Evergreen State College, BA, Olympia, Washington

Supplemental Information: Dan Pacholke

Compensation:

- $200.00 dollars an hour for research, report writing, and all associated casework. $100.00 dollars an hour for travel and $300.00 dollars an hour for courtroom testimony and depositions.

Expert consulting experience that required a deposition or courtroom testimony:

1.  *Gregory Strange v. The District of Columbia* (Civil No. 2016 CA 001250 B. Superior Court of the District of Columbia Civil Division)—Deposition

2.  *Deon Hampton v. Jacqueline Lashbrook, et al* (Civil No. 3:17-cv-00936-DRH. United States District Court for the Southern District of Illinois)—Courtroom Testimony, twice.

3.  *Darrick Hall v. John Wetzel, et al (*Civil No. 17-CV-4738 United States District Court for the Eastern District of Pennsylvania)—Courtroom Testimony

4.  *Fransisca Flores as the Personal Representative of the Estate of Lino Flores v. Stephen Morris, et al* (No. 16-02756 (D.AZ) In the United States District Court for the District of Arizona)—Deposition

5.  *Terry White v. William Stephens, et al* (Case No. A16CV059 In the United States District Court for the Western District of Texas, Austin Division) – Courtroom Testimony

6.  *Imhotep H'Shaka v. James O'Gorman, et al* (Case No. 9:17-cv-00108-GTS-ATB In the United States District Court Northern District of New York) – Deposition 03/2019 & Courtroom Testimony

7.  *Jay F. Vermillion, Plaintiff, v. Mark E. Levenhagan*, et al., (Case No. 1:15-cv-605-RLY-TAB) Southern District Court, Southern District of Indiana, Indianapolis Division. Plaintiff's Third Amended Compliant Under Title 42 U.S.C 1983 – Deposition o5/31/19

8.  *Tay Tay v. John Baldwin,* et al., (Case No. 19-cv-501); Tate vs. Wexford Health Services, INC., et. al., Case No. 16-cv-92 In the United States District Court for The Southern District of Illinois – Deposition 12/20/19

9.  *Cordell Sanders v. Andrea Moss,* et. al., (Case No. 16-cv-01366-JBM) In the United States District Court for The Central District of Illinois – Deposition 01/17/20

10. *Janiah Monroe v. John Baldwin*, Director Illinois Department of Corrections

(Case No. 19-cv-01060). In the United States District Court for the Central District of Illinois – Deposition 01/29/20

11. *Deon Hampton v. John Baldwin,* Director Illinois Department of Corrections (Case No.: 3:18-CV-00550) *et. al.* –Deposition 08/18/20

12. *Thomas B. Fletcher v. Julian C. Whittington, et al.,* (Case No. 5:18-cv-01153-SMH-KLH (W.D. of L.A.) –Deposition 12/18/20

13. *Jac'quann (Admire) Harvard, et al., v. Mark Inch, et al.,* (Case No.: 4:19-cv-00212-mw-cas. – Courtroom Testimony 01/15/21

14. *Anthony Tellis and Bruce Charles v. James M. Le Blanc, Secretary, et al.,* Civil Action No.: 5:18-cv-00541-EEF-MLH. – Deposition 03/23/21

15. *Jac'quann (Admire) Harvard, et al., v. Mark Inch, et al.,* (Case No.: 4:19-cv-00212-mw-cas. – Deposition  07/21/21

16. *William H. Melendez v. Mark Inch et al.,* (Civil Action No.:  3:20-cv-01023) – Courtroom Testimony 1/20/22

17. *Disability Montana, Inc., vs. Gootkin & Salmonsen.,* (Civil Action No.: 2-15-cv-000-DWM) – Deposition 2/11/22

Additional expert experience- report only:

18. *Angel Goff* v. State of Arizona, Juan Ignacio Ramirez, Charles Ryan, Carson McWilliams, & Berry Larson. 9/30/18

19. *Ernest Porter v. John Wetzel, et al.,* (Civil Action No. 17-763. United States District Court, W.D. Pennsylvania) 3/27/18

20. *Shawnfaee Bridges v. John Wetzel, et al.,* 3/16/18

21. *Earl Barnes v. The District of Columbia* (CA 007305. Superior Court of the District of Columbia, Civil Division) 5/11/19

22. *Damon Thomas v. The District of Columbia* (Case No. 18-0005482. Superior Court of the District of Columbia, Civil Division) 8/9/19

23. *Marcus Hunter v. The District of Columbia* (Case No. 18-0002937. Superior Court of the District of Columbia, Civil Division) 11/28/18

24. *Timothy Finley v. Erica Huss & Susan Schroeder* (Case No. 2:18-cv-00100. The United States District Court for the Western District of Michigan, Northern Division) 9/17/19

25. *Mohamed Dirsche v. The Geo Group, Inc.* (Case No:2019CV30695. District Court Adams County Colorado) 2/17/20

26. *Tawna Z. Nealman v. Robert Maben, et al.,* (Case No. 1:15-cv-01579-CCC. In the United States District Court for the Middle District of Pennsylvania) 6/25/18

27. *Alicia Barraza v. The State of New York* (Claim No. 126830) 6/19/18

28. *Nicholas Reyes v. Harold Clarke et al.,* (Case No. 2:19-CV-00035 (W.D. Va.) 8/15/20

Investigation consultation:

29. United States of Justice, Civil Rights Division. Investigation of Massachusetts Department of Corrections. Reviewed use of restricted housing and suicide watch procedures. 11/17/20

30. United States Department of Justice, Civil Rights Division. Investigation of Mississippi State Penitentiary (MSP). 4/20/21

Attachment 3

Career Highlights

- Reduced violence in Washington State prison system by over 30% while also reducing the number of people held in long-term administrative segregation by over 50%.

- Designed and implemented congregate group programming in the intensive management units (IMU's). The programs offered included evidence based programs and other complimentary offerings. Today all IMU's in Washington State prisons offer congregate programming.

- Designed and implemented the first prison Ceasefire model. This deterrence-based model reduced serious violent incidents (assault against staff, use of a weapon and multi on single man fights) by 50% and continues to be utilized in Washington State close custody (Level IV) prison to reduce serious violence.

- Co-authored a protocol for in-custody Swift, Certain and Fair sanctioning. This deterrence-based model offers a strategy for the reduction of low-level in-custody violations.

- Implemented the Correctional Officer Pre-Service training model at Clallam Bay Corrections Center. This 10-week program offered half-time course work and half-time OJT in order to certify newly hired correctional officers. This program was implemented state wide as the CORE Program, a six-week standardized training required of all staff that work in prisons.

- Served as a lead design team member on the creation and implementation of the Correctional Officer Achievement Program (COACH), a yearlong, on-the-job training program accredited by the WA State Board for Technical and Community Colleges.

- Led the design and development of a comprehensive agency-wide Emergency Response Plan and complimentary learning academies: Emergency Response Instructor (40 hrs.); Emergency Response Team (40 hrs.); Special Emergency Response Team (40 hrs.); Crisis Negotiator (40 hrs.); Joint Operations (24 hrs.); and the Designated Incident Management Team (multiple ICS certifications).

- Co-Authored, *Keeping Prisons Safe, Transforming the Corrections Workplace* and accompanying field guide which are used in CORE and Annual In-Service Training at WA DOC.

- Co-founder and past co-director of the Sustainability In Prisons Project; this program brings nature into prison and features science education. It is recognized internationally and features programs to restore endangered species e.g., Oregon Spotted Frog, Taylor Checker spot Butterfly, Indigenous Box Turtles and over fifty different rare and endangered native prairie plants. http://sustainabilityinprisons.org.

- Offered two TEDx events in prison. These events featured inmates, staff and volunteers as TEDx speakers.

Attachment 3

- Implemented Dog retraining programs in all Washington State Prisons.