Daniel P. Struck, Bar No. 012377
Rachel Love, Bar No. 019881
Timothy J. Bojanowski, Bar No. 022126
Nicholas D. Acedo, Bar No. 021644
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
Fax:  (480) 420-1695
dstruck@strucklove.com
rlove@strucklove.com
tbojanowski@strucklove.com
nacedo@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Shawn Jensen, et al., | NO. CV-12-00601-PHX-ROS |
| Plaintiffs, | |
| v. | **DEFENDANTS' PROPOSED EXPERTS IN RESPONSE TO COURT ORDER (Dkt. 4335)** |
| David Shinn, et al., | |
| Defendants. | |

Defendants David Shinn and Larry Gann, through counsel, hereby propose the following experts to assist with crafting an injunction in accordance with 18 U.S.C. § 3626(a)(1)(A). (Dkt. 4335 at 179-180).

**I.     Medical Care Experts.**

Defendants propose Dr. David L. Thomas, MD, JD, EDD, and Dr. Marc Stern, MD, MPH, FACP, to assist the Court with crafting an injunction regarding provision of medical care at ADCRR facilities. (Dkt. 4335 at 180.)

Dr. Thomas's curriculum vitae is attached hereto as Exh. 1 and Dr. Stern's curriculum vitae is attached as Exh. 2.

/ / /

/ / /

/ / /

**Dr. David L. Thomas, MD, JD, EDD**

Dr. Thomas has been a board-certified physician in ophthalmology since 1977. He attended and graduated from the University of Miami School of Medicine in 1970. He also attended and graduated from law school at Stetson University College of Law in 1995. He is currently engaged in the private practice of medicine and law. Dr. Thomas dedicates the majority of his medical practice to advancing correctional healthcare. Currently, he serves as the Professor and Chairman for the Division of Correctional Medicine, which is a part-time appointment. In this position, he collaborates with federal programs, including the Health Resources Financing Administration and the Centers for Disease Control, to highlight and research the unique aspects of correctional healthcare. Prior to that appointment, Dr. Thomas held positions with the Florida Department of Corrections as the Secretary for Health Services and Director of Health Services from 1998 to 2003, Assistant Secretary for Health Services and Chief of Health Services from 1995 to 1998, Regional Health Services Director in 1995, and Medical Executive Director from 1994 to 1995.

Dr. Thomas has published or co-authored numerous publications regarding correctional medicine, including Advanced Directives in the Correctional Setting, Accreditation and You - Why Correctional Systems Need Independent Accrediting Bodies to Evaluate Their Services; HIPPA - Do Correctional Facilities Need to Address Health Insurance Portability and Accountability Act?; Legal Aspects of Correctional Medical Care, The Future of Correctional Health Care-Correctional Health Care Reporter; and Research in Corrections-Infectious Disease in Corrections Report. He has also provided expert testimony in numerous cases involving correctional medicine.

In 2015, Dr. Thomas was awarded the Armond Start Award – the highest honor presented by the American College of Correctional Physicians.  Dr. Thomas's expansive experience and dedication to the delivery of quality health care to inmate populations across the county, coupled with his appreciation for such populations' complex medical histories and treatment challenges, will provide this Court and the parties with valuable guidance in crafting an injunction regarding the delivery of medical care at ADCRR.

**Dr. Marc F. Stern, MD, MPH, FACP**

The Court is familiar with Dr. Stern's credentials as it previously appointed him in this case to (1) evaluate ADCRR's methodology for monitoring health care performance measures governing the delivery of medical and mental health care in the ADCRR system; and (2) analyze ADCRR's delivery of certain components of health care to include access to prescription medications, diagnostic testing, routine and specialty physician consultations, treatment for chronic health care conditions, and access to emergency care. (Dkt. 3089).

Dr. Stern attended and graduated from the University of Buffalo's medical school in 1982 and completed his residency in internal medicine in 1985. He is currently a Correctional Health Care Consultant, and has been since 2009, where he consults in the design, management, and operation of health services in correctional settings. In this position, he is engaged as a Member of the Expert Advisory Committee for the development of national guidelines for jails on the management of substance use withdrawal, a Co-Chair for the Re-Entry Workgroup commissioned by the Washington State Legislature, a Senior Medical Advisor for the National Sheriffs Association, a Medical Director for the American Jail Association, a Medical Advisor for the Washington Association of Sheriffs and Police Chiefs, and a Consultant to the United States Department of Justice-Civil Rights Division.

Dr. Stern has also served as the Project Director for the COVID-19 Vaccination Acceptance Project for Correctional Populations, a Consultant to Human Rights Watch to evaluate medical care of immigrants in the custody of Homeland Security, and a jointly appointed consultant to the parties in *Flynn v. Walker*, a class action involving alleged violations of female inmates' Eighth Amendment rights, where he was responsible for monitoring compliance with the medical component of the settlement agreement. Additionally, and earlier in his medical career, he served as the Assistant Secretary for Health Services/Health Services Director for the Washington State Department of Corrections from 2002 to 2008, the Regional Medical Director of the New York State

1    Department of Correctional Services from 2001 to 2002, and the Regional Medical Director

2    for Correctional Medical Services, Inc. (now Corizon) from 2000 to 2001.

3          Dr. Stern has both published and co-authored numerous publications regarding

4    correctional medicine, including Willingness to Receive a COVID-19 Vaccination Among

5    Incarcerated or Detained Persons in Correctional and Detention Facilities — Four States,

6    Principles to Guide National Data Collection on the Health of Persons in the Criminal

7    Justice System, Cardiovascular Disease in Incarcerated Populations, and American College

8    of Correctional Physicians Calls for Caution Placing Mentally Ill in Segregation: An

9    Important Band-Aid.

10         Dr. Stern's dedication to the design, management, and operation of health services

11   in corrections settings will provide this Court and the parties with valuable guidance in

12   crafting an injunction regarding the provision of medical care at ADCRR.

13   **II.    Mental Health Care Expert.**

14         Defendants propose Dr. Joel A. Dvoskin, Ph.D., ABPP, to assist with crafting an

15   injunction  regarding provision of mental health care at ADCRR facilities. (Dkt. 4335 at

16   180.)

17         Dr. Dvoskin's curriculum vitae is attached as Exh. 3.

18   **Joel A. Dvoskin, Ph.D., ABPP**

19         Dr. Dvoskin is a board-certified psychologist dedicated to the delivery of quality

20   mental health care to various inmate populations. He attended and graduated from the

21   University of Arizona's medical school in 1978 and subsequently earned his Ph.D. in 1981.

22   Currently, Dr. Dvoskin is engaged as an independent monitor in the matter *Disability Rights*

23   *Montana, Inc. v. Gootkin, et al.* and is responsible for assessing and reporting findings

24   regarding the Montana State Prison and Montana State Department of Corrections'

25   compliance with the terms of a settlement agreement.  He is also the Co-Founder and Partner

26   of Heroes Active Bystandership Training and a Consultant and Training Instructor for the

27   Active Bystandership for Law Enforcement, organizations that provide training to law

28   enforcement officers to prevent misconduct. Additionally, Dr. Dvoskin is a consultant with

the New Orleans Police Department Ethical Policing is Courageous Project, where he assists in developing training programs to prevent law enforcement misconduct.

Dr. Dvoskin served as a Federal Court Monitor for the Michigan Department of Corrections from 2007 to 2011 where he oversaw its compliance with a settlement agreement in *MPAS v. Caruso*.  Additionally, he served as a Psychologist with the Arizona Correctional Training Center from 1982 to 1983, as well as other positions to include Acting Inmate Management Administrator at the Arizona State Prison Complex from April 1982 to July 1982; Psychologist at the Arizona State Prison Complex from 1981 to 1982; Psychology Associate at the Arizona State Prison Complex from 1980 to 1981; and a Psychological Consultant for the Massachusetts Department of Correction from August 1980 to November 1980.

Dr. Dvoskin has also provided consultation and advocacy services to the following: National Institute of Corrections; United States Department of Justice-Civil Rights Division, specifically Maricopa County Jail, Los Angeles County Jail, Harrison County Adult Detention Center, Los Angeles County Juvenile Hall, Taycheeda State Prison for Women, Huron Valley Women's Correctional Facility, and the New Orleans Police Department. Additionally, he continues to serve and has served  as a federal court's independent expert and monitor in litigation involving state departments of corrections and state hospitals/mental health institutes (Montana, Michigan, New Mexico, Colorado, Washington, and Oregon) where he oversaw compliance with settlement agreements in six different lawsuits .

Moreover, Dr. Dvoskin has published and co-authored numerous publications, articles, and/or chapters regarding correctional medicine, including A Brief History of the Criminalization of Mental Illness, Decriminalizing Mental Illness, The Oxford Textbook of Correctional Psychiatry, Using Social Science To Reduce Violent Offending, Manual of Forms and Guidelines for Correctional Mental Health, and Medical Ethics in Correctional Healthcare.

1    Dr. Dvoskin's unique and extensive experience providing direct mental health care

2    to inmate populations, coupled with his diverse experience advocating for such populations,

3    will provide this Court and the parties with valuable guidance in crafting an injunction that

4    addresses mental health care at ADCRR.

5    **III.    Conditions of Confinement Expert.**

6    Defendants propose Mr. D. Scott Dodrill to assist with crafting an injunction to

7    address recreation and socialization opportunities for subclass members as well as delivery

8    of food services.  (Dkt. 4335 at 180.)

9    Mr. Dodrill's curriculum vitae is attached as Exh. 4.

10   **<u>D. Scott Dodrill, MA, BA</u>**

11   Mr. Dodrill is a dedicated corrections professional with 33 years of prison-

12   management experience with the Federal Bureau of Prisons (BOP). He began his career

13   with  the BOP as a Correctional Officer and retired as the Assistant Director, Correctional

14   Programs Division, a Senior Executive Service Staff member. He served at nine federal

15   correctional institutions, two Regional Offices, and twice at the Central Office. He was

16   personally involved in the activation of two BOP facilities, FCI Marianna, and FCI Beckley.

17   As Regional Correctional Services Administrator in the Southeast Regional Office, he

18   provided correctional services oversight during the activations of MDC Guaynabo and FDC

19   Miami.  As Regional Director of the Northeast Region, he oversaw the activation of USP

20   Canaan, and approved the final construction plans for FCI Berlin.  As Correctional Services

21   Administrator for the BOP in Washington, D.C., he was one of three staff (next to Chief of

22   Facility Design and Chief of Facility Operations) that sat on the National Design Criteria

23   Review Committee which reviewed, investigated, and made final decisions regarding

24   suggested changes in the design of BOP facilities across the county.

25   Of particular importance here, as Assistant Director, Correctional Programs Division

26   ("CPD") for the BOP, Mr. Dodrill provided leadership and policy direction to all BOP field

27   operatives, to include 116 correctional institutions, six regional offices, and approximately

28   300 residential re-entry centers.  He developed and wrote policies and directed training

efforts in all departments overseen by the CPD.  Additionally, in this role, he directed all critical BOP inmate management and program functions.  Moreover, he provided direct supervision of Administrative Maximum, Special Management and Communication Monitoring Unit inmates as well as the delivery and development of mental health programming and inmate unit and case management, including female offender programs. He also served as Warden/Correctional Institution Administrator of numerous facilities that housed high-security inmates.

In acknowledgement for his dedicated work, Mr. Dodrill has received professional awards to include the U.S. Attorney General's Award for Excellence in Prison Management (1999); Senior Executive Service designation from the U.S. Attorney General (2002); Meritorious Rank Award by the Office of the President (2008); and the Bureau of Prisons' Distinguished Service Medal from the BOP Director (2010).

In his current corrections consulting role, he assesses and provides guidance to agency leadership regarding prison operations by conducting internal audits and inspections of correctional facilities throughout the country.  He guides corrections agencies and facility leadership in implementation of corrections industry best practices. Based upon his three-decades of service to federal inmate populations—which includes direct supervision of maximum custody and specialty population operations—Mr. Dodrill is well experienced and uniquely positioned to provide this Court and the parties with valuable guidance to increase subclass inmates' access to meaningful recreation and programming/socialization opportunities, and to provide methodology for substantiating the delivery of food services to the subclass population.

For these reasons, Defendants propose Dr. Thomas, Dr. Stern, Dr. Dvoskin, and Mr. Dodrill to assist with crafting an injunction in accordance with 18 U.S.C. § 3626(a)(1)(A). (Dkt. 4335 at 179-180).

DATED this 14th day of July, 2022.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By /s/Rachel Love
Daniel P. Struck
Rachel Love
Timothy J. Bojanowski
Nicholas D. Acedo
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 14, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alisha Tarin-Herman    atarinherman@perkinscoie.com

Alison Hardy    ahardy@prisonlaw.com

Asim Dietrich:    adietrich@azdisabilitylaw.org; emyers@azdisabilitylaw.org; phxadmin@azdisabilitylaw.org

Austin C. Yost:    ayost@perkinscoie.com; docketPHX@perkinscoie.com

Corene T. Kendrick:    ckendrick@aclu.org

Daniel Clayton Barr:    DBarr@perkinscoie.com; docketphx@perkinscoie.com; sneilson@perkinscoie.com

David Cyrus Fathi:    dfathi@npp-aclu.org; astamm@aclu.org;hkrase@npp-aclu.org

Donald Specter:    dspecter@prisonlaw.com

Eunice Cho    ECho@aclu.org

Jared G. Keenan    jkeenan@acluaz.org

John Howard Gray:    jhgray@perkinscoie.com; slawson@perkinscoie.com

Karl J. Worsham:    kworsham@perkinscoie.com; docketphx@perkinscoie.com

Kathryn E. Boughton:    kboughton@perkinscoie.com; docketphx@perkinscoie.com

Kelly Soldati    ksoldati@perkinscoie.com; docketphx@perkinscoie.com

Maria V. Morris    mmorris@aclu.org

Maya Abela    mabela@azdisabilitylaw.org

Rita K. Lomio:    rlomio@prisonlaw.com

Rose Daly-Rooney:    rdalyrooney@azdisabilitylaw.org

Sara Norman:    snorman@prisonlaw.com

Sophie Jedeikin Hart    sophieh@prisonlaw.com

Victoria Lopez:    vlopez@acluaz.org

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Rachel Love