**Exhibits to Defendants' Proposed Experts in Response to Court Order (Dkt. 4335)**

Exhibit 1    CV D. Thomas, MD, JD, EDD

Exhibit 2    CV Marc F. Stern, MD, MPH, FACP

Exhibit 3    CV J. Dvoskin, Ph.D., ABPP

Exhibit 4    CV D. Scott Dodrill

**EXHIBIT 1**

**EXHIBIT 1**

# DAVID L. THOMAS, MD, JD, EDD

---

**EDUCATION:**

UNIVERSITY OF MIAMI, Miami, FL  (A.B. 1966)

UNIVERSITY OF MIAMI SCHOOL OF MEDICINE, Miami, FL  (M.D.  1970)

Following graduation with a medical degree, several years of post-graduate residency work in General Surgery at the University of Miami was accomplished, and then I completed a full residency post graduate program in Ophthalmology  at the University of South Florida.

UNIVERSITY OF SOUTH FLORIDA COLLEGE OF MEDICINE
- From 1976 to 2000 I was a Clinical Instructor, Clinical Assistant, and then Associate Professor of Ophthalmology (part-time)
- University of South Florida Residency in Ophthalmology (1973-1976)
- Board Certified in Ophthalmology (continuously since December 11, 1977)
- Fellow - American Academy of Ophthalmology and Otolaryngology

STETSON UNIVERSITY COLLEGE OF LAW, St. Petersburg, FL  (J.D. Dec. 1995)

NOVA SOUTHEASTERN UNIVERSITY, Ft Lauderdale, FL  (Ed.D. Dec. 2013)

**EMPLOYMENT:**

Currently: Private practice of medicine and law via consultation only

**PROFESSOR & CHAIRMAN- DIVISION OF CORRECTIONAL MEDICINE (2004-present)**
This position is a part-time appointment. The Division of Correctional Medicine was created to highlight the field of correctional medicine as a recognized subspecialty of medical practice, research into the unique aspects of correctional healthcare and introduce students and physicians-in-training to the healthcare as practiced for incarcerated persons. Collaboration with Federal Programs, including the Health Resources Financing Administration (HRSA) and the Centers for Disease Control (CDC) is essential. Several grants have come to the University because of this position (2000-present). A Fellowship in Correctional Medicine and a Correctional based Psychiatry Residency are a part of this division.

**PROFESSOR OF PUBLIC HEALTH (2004-present)**
This is a joint appointment with the aforementioned position and has responsibilities for teaching, service, and research with and through the Public Health Division of the College of Osteopathic Medicine.

**PROFESSOR & CHAIRMAN- DEPARTMENT OF SURGERY NOVA SOUTHEASTERN COLLEGE OF OSTEOPATHIC MEDICINE (2003-February 1, 2019)**

This is a full time faculty position at the medical college of the eighth largest private non-profit University in the country. This position is responsible as one of the major Departments in a medical school. The Department of Surgery and its faculty are involved in all areas of the training of an osteopathic physician and attempt to create a stimulating environment which advances superb teaching, excellent research and outstanding patient care. The Department highlights the education of students in both the pre- clinical and clinical years. Students, during their clinical years, participate in a mandatory two month clerkship in surgery integrated through and overseen by the Department of Surgery. The Department of Surgery is also responsible for approved postgraduate programs at college affiliated sites.

**SECRETARY FOR HEALTH SERVICES AND DIRECTOR OF HEALTH SERVICES, FLORIDA DEPARTMENT OF CORRECTIONS (1998-2003)**

This is a statutorily named appointment with the responsibility for all of Health Services to the inmates in Florida's prison system. (At the time I held the position it was titled Assistant Secretary, but later became known as Deputy Secretary.) It includes all clinical services and administrative functions. This includes all 4600 personnel consisting of  physical health, mental health, nursing, pharmacy, medical records, administrative functions, quality management, oversight, budgetary processes, legislative interaction, hospital and managed care operations within the system and the clinical oversight of the ten institutions which have for profit providers as well as the fifty institutions which have employee providers. There are approximately 550 doctorate level people and a budget of $268 million for which I have direct responsibility. I also have a direct in-patient care responsibility, although not a direct part of my duties, I feel all physicians in administrative positions should maintain their clinical skills. This included all patients with special emphasis on difficult to diagnose and treat HIV patients and their complications, TB patients and their complications, and Hepatitis patients and their complications. (1998-2003)

**ASSISTANT SECRETARY FOR HEALTH SERVICES AND CHIEF OF HEALTH SERVICES-CLINICAL, FLORIDA DEPARTMENT OF CORRECTIONS (1995-1998)**

Total responsibility for all clinical inmate services including physical health care, mental health care, nursing operations, pharmacy operations, and medical records with Division Directors representing each of those areas reporting to me. (At the time I held the position it was known as Deputy Assistant Secretary for Health Services- Clinical.) This represents a 70,000 inmate population in 55 major institutions with a significant medical presence in each, a prison hospital of which I serve as the Chairman of the Board, a budget  exceeding 200,000 million dollars per year and interfacing with a variety of private contractors providing some services as well as overseeing the state employees delivering health care services. (Approx. 500 doctorate level personnel) I also have a direct in-patient care responsibility, although not a direct part of my duties, I feel all physicians in administrative positions should maintain their clinical skills. This included all patients with special emphasis on difficult to diagnose and treat HIV patients and their complications, TB patients and their complications, and Hepatitis patients and their complications.

2

## REGIONAL HEALTH SERVICES DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS (1995)

Total responsibility for the healthcare delivery in one of the five regions (Region IV) of the Florida Department of Corrections. There were approximately eighty doctorate level providers who reported to me and a combined budget of approximately 50 million dollars. There were both private and public providers in this region as well as some of the most medically challenged inmates including dialysis patients, females, a prison hospice, death row, and other challenges. I also have a direct in-patient care responsibility, although not a direct part of my duties, I feel all physicians in administrative positions should maintain their clinical skills. This included all patients with special emphasis on difficult to diagnose and treat HIV patients and their complications, TB patients and their complications, and Hepatitis patients and their complications.

## MEDICAL EXECUTIVE DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS (1994-1995)

Currently based at Zephyrhills Correctional Institution - Full time practice of medicine combined with the administrative and clinical responsibility for a 208 bed inpatient facility, supervising thirteen other physicians and doctoral level people, plus over two hundred total employees, and am responsible for a budget that exceeds 7 million dollars, as well as responsibilities on the statewide level for Quality Management and AIDS treatment.

## DAVID L. THOMAS, MD PA - Venice, FL.  (1976-1994)

Full time private practice of medicine specializing in Ophthalmology, diseases and surgery of the eye.

## FLORIDA HOUSE OF REPRESENTATIVES (1984-1994)

Member of the Florida House for a decade beginning in 1984. Have held the Leadership position of Republican Whip for over six years and have served on Rules and Calendar, Appropriations, Health Care, and the Judiciary Committees as well as a variety of others. Left the Florida House of Representatives in November, 1994.

Former Chairman of the Committee on Accreditation in Corrections of the American Correctional Association - designed to accredit correctional and detention facilities at minimum standards to improve the quality of corrections as a whole.

## OTHER ACADEMIC:

Completed a Straight Surgical Internship at the University of Miami Affiliated Hospitals in Miami, Florida from June 1970 until June 1971.

Began a Residency in General Surgery at the University of Miami Affiliated Hospitals immediately following Internship until drafted by the U.S. Army.

Upon completion of Military service (1971-1973) continued a General Surgery Residency Program at the University of Miami Affiliated Hospitals in Miami, Florida until beginning an Ophthalmology Residency at the University of South Florida College of Medicine.

University of South Florida College of Medicine Department of Ophthalmology, residency in ophthalmology from November 1973, until October 1976. This included a Basic Sciences Program at Stanford University at Palo Alto, California with their Department of Ophthalmology. Board Certified in Ophthalmology continuously since 1977.

Subsequently I was a faculty member at the World Congress of Ophthalmology in San Francisco. I have taken multiple and varied courses to maintain a high level of competence in Medicine.

Clinical Instructor of Ophthalmology, Clinical Assistant Professor of Ophthalmology, then Clinical Associate Professor of Ophthalmology, University of South Florida College of Medicine, 1976 until 2003.

Clinical Professor and Chairman, Division of Correctional Medicine in the Department of Rural Medicine Nova Southeastern College of Osteopathic Medicine

**Selected PUBLICATIONS from a more extensive listing, including co-authored publications:**

- Cardiac Emergencies - 1971 with Professor Abelardo Vargas at the University of Miami
- Ocular Dirofilaria - 1979 with Professors Jay Older & E. Torczynski
- Intra-ocular Lens Implants with Dr. Joseph Giovinco
- Advanced Directives in the Correctional Setting - 1999 with J. Morrissa Watson
- Accreditation and You - Why Correctional Systems Need Independent Accrediting Bodies to Evaluate Their Services - 2001 with Jacqueline A. Thomas
- HIPPA - Do Correctional Facilities Need to Address Health Insurance Portability and Accountability Act? 2003 with Jacqueline A. Thomas
- Legal Aspects of Correctional Medical Care - 2001 with Mary Scylla
- Update on Legal Aspects of Correctional Medical Care - 2002
- Managing Tough Problems in HIV in a Correctional Setting - 2001
- Sending Students to Prison - Placing Medical Students in Correctional Settings - The Student's Perspective, the School's Perspective and the Correctional Department's Perspective - The Journal of Correctional Health Care, Vol. 10, Issue 4 Winter, 2004
- Assessment – Management Tool of the Future- Corrections Today, December 2004, pp 114 et. seq.
- Spotlight – HCV - To Treat or Not to Treat, June 2004, IDCR (Infectious Diseases in Corrections Reporter)
- The Future of Correctional Health Care - Correctional Health Care Reporter, July/August 2004, pp 58-63.
- Research in Corrections - Infectious Disease in Corrections Report- September 2005- Vol. 8 Issue 9
- Letter to the Editor- IBID
- Chronic Illness Clinics in Corrections, Chapter 8 - Managing Special Populations in Prisons and Jails Vol. II Civic Research Institute ed. Stojkovic 2010
- Hospice in Prisons, Chapter 9 - Managing Special Populations in Prisons and Jails, Vol. II ed. Stojkovic 2010
- Prisoner Research- Looking Back or Looking Forward - Bioethics Vol. 24 Issue 1

January 2010
- <u>Bioethics in Corrections</u>, Correctional Health Today - Vol. 1 Issue 1 Winter 2009
- <u>The Use and Abuse of Restraints</u>, Correctional Health Care Report Vol. 8 Issue 5 July/August 2007
- <u>A Call for Ethics Committees</u> - Journal of Correctional Health Care Vol. 13 Issue 4 October 2007
- <u>The Graying of Corrections: The Management of Older Inmates</u> Managing Special Populations in Jails and Prisons  vol. I Civic Research Institute ed Stojkovic  2005
- <u>Developing a Correctional Medicine Rotation for Medical Students</u> - Journal of Correctional Health Care Vol. 10 Issue 4 2004
- <u>The Corrections Perspective of Medical Students in Prisons</u> - Journal of Correctional Health Care Vol. 10 Issue 4  2004
- <u>Outcome Based Health Care Accreditation</u> - Corrections Today Vol. 66 Issue 7 December 2004
- <u>The Future of Correctional Health Care</u> - Correctional Health Care Report - July/August 2004
- <u>HVC: To Treat or Not to Treat- That is the Question</u> - IDCR June 2004
- <u>HIPAA and You</u> - American Jails - March/April 2003
- <u>An Experiment in Bioethics in the Florida Department of Corrections</u> - Corrections Today October 2003
- <u>HIV in Corrections</u> - HIV/AIDS Primary Care Guide Section 4 Fl/Caribbean AETC, University of Florida  2003
- <u>Direct Observed Therapy vs. Self Administered Therapy in the treatment of HIV Disease</u> 2001 with Margaret Fischl, et al.
- <u>Impact of Directly Observed Therapy on the Long term treatment of HIV Disease in Clinical Trials</u> - in press-JAMA with Margaret Fischl- et al.
- <u>Clinical Trials in Correctional Settings: Right or Retrogression?</u> with Anne DeGroot et. al.
- <u>Combination Therapy in Correctional Sites for the Treatment of HIV - Inappropriate Treatment Regimens</u> - 2002 with Abe Macher-
- <u>Combination Therapy in Correctional Sites for the treatment of HIV- More  Inappropriate Combinations</u>- 2002 with Abe Macher
- <u>The Use of Fusion Inhibitors in Correctional Settings</u> - 2003 with Abe Macher
- Chapter in HIV Treatment published by Florida AETC on HIV/AIDS in Corrections- 2000 Revised for the 2004 edition of this same book.
- Chapter in Book: Correctional Management- <u>The Graying of Corrections- Managing Older Inmates</u> In Galley Proofs now
- Co-authored article on <u>Advanced Directives in the Prison System Psychology, Public Policy and the Law</u>, 1998, vol. 4 no. 3, pp. 878-900 with Dr. J. Morrissa Watson
- Co-author - <u>Direct Observed Therapy in the Treatment of HIV Disease</u> (In press- JAMA) with Margaret Fischl and others
- Sole author of two chapters in Management of Special Populations in Corrections, Vol. 2, published 2008 - one on Chronic Illnesses and the effective approach to monitoring the patients and the other is on Hospice in prisons.
- Currently in preparation  a Law Review article with Professor  Manny  Ramos on Medical Malpractice.

➢ Co-Principal Investigator with Margaret Fischl on CDC/HRSA/PHS grant concerning the follow-up care of inmates released from prison. (Five year grant 5.5 million grant PHS 99099- begun in 2000)

## RECENT CASES:

1. *Lewis, et al. v. Cain, et al.*, USDC Middle District of Louisiana, Case No. 3:15-cv-00318 (Class Action) Opinion, deposition, trial testimony;
2. *Conmed v. County of Pierce*, Washington State Court case. Opinion and trial testimony;
3. *Porter v. Southern Health Partners*, Georgia State Court case. Deposition and trial testimony;
4. *Ashworth v. State of Arizona, et al.*, USDC Arizona, Case No. 2:19-cv-02761. Opinion only;
5. *Corbett v. Perry, et.al.*, USDC Western District of North Carolina, Case No. 3:18-cv-00103. Opinion only;
6. *Dunlap v. Correct Care Solutions, et.al.*, USDC South Carolina, Case No. 9:18-cv-00365. Opinion only;
7. *Fleishman v. Berkeley County Sheriff*, South Carolina State Court case. Opinion only;
8. *Mance v. Lee, et.al.*, USDC District of South Carolina State, Case No. 4:17-cv-02179. Opinion only;
9. *Martin v. Bentley, et al.*, USDC Northern District of Georgia, Case No. 1:20-cv-00019. Opinion only;
10. *Martinez v. Irwin and Stewart Detention Centers*, USDC Georgia. Reviewed documents and advised attorney. Case dismissed by Summary Judgment;
11. *Morris v Wellpath, et.al.*, South Carolina State Court case;
12. *Woods v. MHM Health Professionals, LLC, et al.*, USDC Northern District of Mississippi, Case No. 3:19-cv-00234;
13. *Sabata, et.al. v Nebraska Department of Correctional Services*, USDC District of Nevada, Case No. 4:17-cv-03107;
14. *Colardo-Keen v. Rockdale County*, USDC Northern District of Georgia, Case No. 1:14-cv-00489. Opinion, deposition, trial testimony.

## NON-ACADEMIC AND VOCATIONAL:

Graduated in 1983 from the Florida Police Academy Training Program at Sarasota Vocational Technical Institute and am a Fully Certified Florida Law Enforcement Officer.

Certified as a Police Instructor

Served as a part-time and auxiliary police officer with the Florida Marine Patrol. During that service I had worked as a patrol officer, then a Sergeant (Investigator), a Lieutenant in charge of a shift, a Captain responsible for a Division, and as a Major responsible for a Region. I have worked misdemeanor, felony and major felony cases, and have worked in uniform as well as in plain clothes.
I have had advanced training through the Marine Patrol in a variety of areas and was a Certified Instructor. I also served as a pilot with that agency. I had several major felony cases including the

undercover purchase of illegal materials under the direct authority of Major W. Harry Harper and one under the direct supervision of Lt. Col. Cliff Kidd. I rose to the rank of Major.
Currently: Licensed Private Investigator

During my first year of Medical School I served as a Research Assistant in a clinical laboratory and a phlebotomist at the V.A. Hospital which I continued through my second year of Medical School. I did odd jobs my third and fourth years of medical school.

Private Practice of Ophthalmic Surgery in Venice, Fl and voluntary faculty responsibilities with the Department of Ophthalmology at the University of South Florida College of Medicine from 1976 until present.

## PUBLIC SERVICE:

Chairman of the Sarasota- Charlotte Bi-County Committee,
1983 Member, Florida House of Representatives, 1984 until
1994 Whip - 1988 until 1994
Chairman, Charlotte County Legislative Delegation 1986-
1992 Chairman, Sarasota County Legislative Delegation
1988-1994
Chairman, Florida's Task Force on Indigent Health Care Funding, 1987-88
Chairman, Florida's Manatee Technical Advisory Council 1985- present. (Member since the inception of this group to protect and preserve Florida's endangered Manatee in 1981)
In the decade that I served in the Florida House of Representatives I handled a wide variety of legislation and served on a wide variety of committees. I served on a variety of House Joint Conference Committees and am one of the major authors of the 1988 Tort Reform and Malpractice Act. I have served on Appropriations, Rules and Calendar, Health Care, Natural Resources, Community Affairs, Commerce, Judiciary, Agriculture and a variety of others.

## AWARDS:

➢ Bronze Star plus several other military medals and recognition's from my service in Vietnam. American Business Woman's Boss of the Year Award - 1982-1983
➢ Florida Life Care Associations Better Life Award - 1985- (for Providing Indigent Medical Care) Florida League of Conservation Voter's Environmental Honors List 1985-1986)
➢ Manatee Community College Friend of the Year Award - 1986 Manasota 88 Environmental Legislator of the Year Award- 1988
➢ Florida Society of Ophthalmology Clausen Award for Outstanding Service to the Profession and the Community - 1992
➢ Drug Enforcement Administration Award for Public Service and contribution to the DEA – 1991
➢ Armond Start Award- The highest Honor presented by the American College of Correctional Physicians- October 2015

A variety of other awards and recognition from various service and community and state groups.

**Current with or through Nova Southeastern University College of Osteopathic:**

1. Former Chairman of Faculty Council - an elected position by peers for the purpose of representing the faculty among other faculty bodies and to the administration of the College and the University (Member since 2003; Chairman since 2005- to 2010)

2. Former Chairman of Nova Southeastern University Institutional Review Board – Voting Member- protect patients enrolled in clinical trials and help assure appropriateness and safety of research studies by University Faculty or affiliates.

3. Curriculum Committee - Academic committee assigned the responsibility to review and modify the current curriculum of the College, to make considered recommendations for modification to the Chief Academic Officer (Dean), and to make recommendations to the faculty council for those items of the curriculum which requires the input of the faculty as a whole. Currently NSU-COM is addressing the entire curriculum and possibly seeking other venues for curricular enhancement. Member 2003-present; Vice Chair- 2004- present)

   a. Sub-committee on Curricular Reform- this body was created by the curriculum committee with the advice and consent of the Dean to evaluate comprehensively the college curriculum, assess other medical school curriculums, and advise to the Curriculum Committee changes and improvements to our current curriculum. (Member 2004- present)

4. Administrative Council (formerly the Council of Chairs)- This is the body that assists the Chief Administrative Officer (Dean) of the College in determining academic and administrative policy and then once the direction is determined to implement those decisions. This body serves to improve both intra- and inter-departmental communications and to develop ideas and actions to improve and enhance the education of our students and post-graduates. Member 2003- present; Vice-Chair 2004- present)

5. Continuing Education and Faculty Development Committee- This is the body that is charged with determining the direction of the growth of the College in the area of continuing medical education for physicians who are both affiliated and not affiliated

   with the COM. The other charge of this committee is to determine what needs and areas faculty, both full time and adjunct, require for the improvement in their professional life. (Member 2003- present)

6. Chairman Faculty Promotions and Credentials Committee- This body is responsible for reviewing and assuring the accuracy of the credentials of current faculty and prospective faculty to recommend to the Dean the initial faculty rank and promotion in faculty rank. (Member 2005- present)

7. Patient Safety Committee- To advise the Chief Academic/Administrative Officer (Dean) of the College on the national and state policies concerning patient safety; to examine current curriculum and offer changes to improve our student and post-graduates education in the area of patient safety and the practice of safe medical care delivery. This committee is also responsible for evaluation of the safety of the patients of the University and to make recommendations concerning improvement of care. (Co-Chair- 2004- present)

8

8. Student Progress Committee- Evaluate Student Progress and Remediation or Dismissal on an individual basis with recommendations to the Dean

9. Faculty Advisory Committee- This is a University wide Committee which enhances communication among all of the college and programs of the University, interacts with central University administration and review issues, questions, and concerns concerning the plans and initiatives of the Faculty in the overall direction and initiatives of the University and to serve as the Faculty voice to the University central administration. (Member- 2005- present- consistent with Chairmanship of Faculty Council)

10. Dean's Committee for the West Palm Beach Veteran's Administration Hospital- This committee interacts with the West Palm Beach VA and the VA system to enhance our educational opportunities and research opportunities at the VA and to share our resources and opportunities with the VA and VA system. (Member 2005- present)

11. Faculty position in the Center for Bioterrorism and Weapons of Mass Destruction Preparedness with responsibilities of direct teaching and assisting Drs. Levy and Howell in implementing state and federal grants concerning Bioterrorism and Weapons of Mass Destruction Preparedness (2004- present) As a part of this effort made various presentations around Florida including the International Emergency Management- 26th Annual International Disaster Management Meeting in Orlando, Florida (February 2005)

## OTHER ACADEMIC ACTIVITIES

1. Co-Chief Editor of a peer reviewed medical journal in Infectious Diseases in Corrections (Infectious Diseases in Corrections Report (formerly HEPP) (Editorial staff 1995- present; Co-Chief Editor- 2005- 2010)

2. Program Developer of a Fellowship Training Program in Correctional Medicine established at NSU-COM for the training of physicians involved in correctional health care enable the Fellows to become certified by a Board of Correctional Medicine and receive a Master's in Public Health degree. (2005- present)

3. Program Director and Content Expert for a yearly program entitled "Mini-Fellowship in HIV in Corrections" in combination with NSU-COM, the Florida Department of Corrections, and the Florida/ Caribbean Aids Education Teaching Centers (FlAETC) for the training of correctional physicians in the care and treatment of incarcerated persons with HIV (2003 to present- intermittently on demand)

4. Program Director and Content Expert in a yearly program in updates for the clinical care of incarcerated persons put on in collaboration with the Florida Chapter of the American Correctional Health Services Association (FlACHSA) and the Florida/ Caribbean AIDS Education Training Center (FlAETC)

5. Member (former Chairman 2002-2004) since 1998 of the Commission on Accreditation in Corrections, a body designed to improve the conditions of incarceration by a system of accreditation. This is part of a public health initiative.

6. Presentation to the Institutes of Medicine of the National Academy of Sciences in March 2005 concerning the ethics of clinical trials for their consideration and

recommendation to the Secretary of Health and Human Services for revision of 45CFR46, the Federal statute concerning human subjects in research.

7.    Adjunct Faculty for the Master of Health Law Program- a combined College of Osteopathic Medicine/College of Law program leading to a Master's degree in Health Law for non-lawyers.

8.    Bioethics Council of Southwest Florida - a combined initiative of Nova Southeastern University's College of Medicine and College of Law and the University of Miami designed to serve as a forum for the exploration of ethical issues in law and medicine and to implement ethical approaches and structures in individual patient situations  and patient care systems.

9.    Consultant to the Florida Department of Juvenile Justice for evaluation, assessment and recommendations concerning their delivery of health care to their students, detainees and inmates.

10.   Consultant to various State and County Attorney General Offices (New Jersey, North Carolina, Maricopa County, Arizona, etc.) in correctional health care in various issues concerning their delivery of health care to the incarcerated persons within their state.

11.   Consultant to several private correctional health care delivery companies to evaluate and assist them in the delivery of health care to the incarcerated population for which they are responsible.

12.   Consultant to the Department of Justice for evaluation, advocacy, interpretation and direction of  correctional health care and how it is practiced throughout the nation
       and specifically the Bureau of Justice Statistics in evaluating the impact of certain specific disease entities and other conditions as they impact corrections and how to evaluate and measure that impact. More specifically was a medical measure of the impact of the recently enacted Prison Rape Elimination Act.

13.   Special Monitor to the Court in the matter of *Southern Poverty Law Center v. U.S. Department of Homeland Security, et al.,* Case No. CV18-0760 (CKK)

14.   Faculty member for international mission trips and national and state mission trips to areas of the world, nation or state underserved in medical care- (Peru- March 2005; Clewiston and Belle Glade, Florida- February 2005-2010 continuously; Jamaica including two prisons 2007, 2008, 2009)

15.   Faculty Development Program leading to Master Teacher in Health Education (Master of Science in Health Education) (2003-2005) - Degree Awarded MS

16.   Vice Chair of the NSU Institutional Review Board

17.   Faculty Development Program leading to a Doctorate in Education in the  Health Science-in progress

**MILITARY:**

U.S. ARMY 1971-73 Served in Vietnam as Commanding Officer of 30-bed hospital unit where responsibilities included medical and surgical patient care plus supervising three other physicians and a support staff of 50. Awarded the BRONZE STAR, 1972. Rank: Permanent Captain /Temporary Major.

**OTHER HIGHLIGHTS:**

Part time and Voluntary Police Officer with the Florida Marine Patrol. Eventually achieved the rank of Major and supervised thirty officers. (1981-1992).

Had the opportunity to work a variety of serious felony cases as well as resource violations.

Hold a Commercial Pilot's License as well as Ocean Operator's License (Master) for vessels to 100 gross tons and have some facility with aviation and marine laws and regulations.

Chairman of Florida Manatee Technical Advisory Committee - helped craft administrative rules to protect endangered species.

Wrote two published novels on drug smuggling in Florida, 1980 and 1981. Published by Norton Press. Gulf Coast Run and Gulf Coast Goods.

**EXHIBIT 2**

**EXHIBIT 2**

**MARC F. STERN, M.D., M.P.H., F.A.C.P.**

July, 2022

███████

## SUMMARY OF EXPERIENCE

**CORRECTIONAL HEALTH CARE CONSULTANT**                                      **2009 – PRESENT**

Consultant in the design, management, and operation of health services in a correctional setting to assist in evaluating, monitoring, or providing evidence-based, cost-effective care consistent with constitutional mandates of quality.

Current activities include:

- Member, Expert Advisory Committee for development of national guidelines for jails on management of substance use withdrawal, National Commission on Correctional Health Care & American Society for Addiction Medicine, under COSSAP grant of U.S. Bureau of Justice Assistance (2021 - )

- Co-Chair, Re-Entry Workgroup commissioned by Washington State Legislature pursuant to Bill SB5304, Washington State Health Care Authority (Medicaid Agency), (2021 - )

- Senior Medical Advisor, National Sheriffs Association (2020 - )

- Medical Director, American Jail Association (2022 - )

- Medical Advisor, Washington Association of Sheriffs and Police Chiefs, and to various jails in Washington State on patient safety, health systems, and related health care and custody staff activities and operations, and RFP and contract generation (2014 - )

- Consultant to the US Department of Justice, Civil Rights Division, Special Litigation Section. Providing investigative support and expert medical services pursuant to complaints regarding care delivered in any US jail, prison, or detention facility. (2010 - ) (no current open cases)

- Physician prescriber/trainer for administration of naloxone by law enforcement officers for the Olympia, Tumwater, Lacey, Yelm, and Evergreen College Police Departments (2017 - )

- Consultant to the Civil Rights Enforcement Section, Office of the Attorney General of California, under SB 29, to review the healthcare-related conditions of confinement of detainees confined by Immigration and Customs Enforcement in California facilities (2017 - )

- Rule 706 Expert to the Court, US District Court for the District of Arizona, in the matter of Parsons v. Ryan (2018 - )

- Member, Training and Technical Assistance team of the University of Washington, providing consultation to Washington State Health Care Authority and individual jails to implement Medication for Opioid Use Disorder treatment programs under state-legislated funding (2022 - )

Previous activities include:

- Project Director, COVID-19 Vaccination Acceptance Project for Correctional Populations (2020 - 2021)

- Biden-Harris campaign Policy Committee volunteer (2020)

- Consultant to Human Rights Watch to evaluate medical care of immigrants in Homeland Security detention (2016 - 2018)

- Consultant to Broward County Sheriff to help develop and evaluate responses to a request for proposals (2017 - 2018)

- Member of monitoring team (medical expert) pursuant to Consent Agreement between US Department of Justice and Miami-Dade County (Unites States of America v Miami-Dade County, *et al.*) regarding unconstitutional medical care. (2013 - 2016)

- Jointly appointed Consultant to the parties in Flynn v Walker (formerly Flynn v Doyle), a class action lawsuit before the US Federal District Court (Eastern District of Wisconsin) regarding Eighth Amendment violations of the health care provided to women at the Taycheedah Correctional Institute. Responsible for monitoring compliance with the medical component of the settlement. (2010 - 2015)

- Consultant on "Drug-related Death after Prison Release," a research grant continuing work with Dr. Ingrid Binswanger, University of Colorado, Denver, examining the causes of, and methods of reducing deaths after release from prison to the community. National Institutes of Health Grant R21 DA031041-01. (2011 - 2016)

- Consultant to the US Department of Homeland Security, Office for Civil Rights and Civil Liberties. Providing investigative support and expert medical services pursuant to complaints regarding care received by immigration detainees in the custody of U.S. Immigration and Customs Enforcement. (2009 - 2014)

- Special Master for the US Federal District Court (District of Idaho) in Balla v Idaho State Board of Correction, et al., a class action lawsuit alleging Eighth Amendment violations in provision of health care at the Idaho State Correctional Institution. (2011 - 2012)

- Facilitator/Consultant to the US Department of Justice, Office of Justice Programs, Bureau of Justice Statistics, providing assistance and input for the development of the first National Survey of Prisoner Health. (2010-2011 )

- Project lead and primary author of National Institute of Corrections' project entitled "Correctional Health Care Executive Curriculum Development," in collaboration with National Commission on Correctional Health Care. NIC commissioned this curriculum for its use to train executive leaders from jails and prisons across the nation to better manage the health care missions of their facilities. Cooperative Agreement 11AD11GK18, US Department of Justice, National Institute of Corrections. (2011 - 2015 )

- Co-teacher, with Jaye Anno, Ph.D., for the National Commission on Correctional Health Care, of the Commission's standing course, *An In-Depth Look at NCCHC's 2008 Standards for Health Services in Prisons and Jails* taught at its national meetings. (2010 - 2013)

- Contributor to 2014 Editions of Standards for Health Services in Jails and Standards for Health Services in Prisons, National Commission on Correctional Health Care. (2013)

- Consultant to the California Department of Corrections and Rehabilitation court-appointed Receiver for medical operations. Projects included:
  - Assessing the Receiver's progress in completing its goal of bringing medical care delivered in the Department to a constitutionally mandated level. (2009)
  - Providing physician leadership to the Telemedicine Program Manager tasked with improving and expanding the statewide use of telemedicine. (2009)

- Conceived, co-designed, led, and instructed in American College of Correctional Physicians and National Commission on Correctional Health Care's Medical Directors Boot Camp (now called Leadership Institute), a national training program for new (Track "101") and more experienced (Track "201") prison and jail medical directors. (2009 - 2012)

- Participated as a member of a nine-person Delphi expert consensus panel convened by Rand Corporation to create a set of correctional health care quality standards. (2009)

- Convened a coalition of jails, Federally Qualified Health Centers, and community mental health centers in ten counties in Washington State to apply for a federal grant to create an electronic network among the participants that will share prescription information for the correctional population as they move among these three venues. (2009 - 2010)

- Participated as a clinical expert in comprehensive assessment of Michigan Department of Corrections as part of a team from the National Commission on Correctional Health Care. (2007)

- Provided consultation to Correctional Medical Services, Inc., St. Louis (now Corizon), on issues related to development of  an electronic health record. (2001)

- Reviewed cases of possible professional misconduct for the Office of Professional Medical Conduct of the New York State Department of Health. (1999 – 2001)

- Advised Deputy Commissioner, Indiana State Board of Health, on developing plan to reduce morbidity from chronic diseases using available databases. (1992)

- Provided consultation to Division of General Medicine, University of Nevada at Reno, to help develop a new clinical practice site combining a faculty practice and a supervised resident clinic. (1991)


**OLYMPIA BUPRENORPHINE CLINIC, OLYMPIA, WASHINGTON**                                    **2019 - PRESENT**

Volunteer practitioner at a low-barrier clinic to providing Medication Assisted Treatment (buprenorphine) to opioid dependent individuals wishing to begin treatment, until they can transition to a long-term treatment provider


**OLYMPIA FREE CLINIC, OLYMPIA, WASHINGTON**                                              **2017 - PRESENT**

Volunteer practitioner providing episodic care at a neighborhood clinic which provides free care to individuals without health insurance until they can find a permanent medical home

Marc F. Stern, M.D.                                                                                      Page 3

**OLYMPIA UNION GOSPEL MISSION CLINIC, OLYMPIA, WASHINGTON**                    **2009 – 2014**

Volunteer practitioner providing primary care at a neighborhood clinic which provides free care to individuals without health insurance until they can find a permanent medical home; my own patient panel within the practice focuses on individuals recently released jail and prison.

**WASHINGTON STATE DEPARTMENT OF CORRECTIONS**                    **2002 – 2008**

Assistant Secretary for Health Services/Health Services Director, 2005 – 2008
Associate Deputy Secretary for Health Care, 2002 – 2005

Responsible for the medical, mental health, chemical dependency (transiently), and dental care of 15,000 offenders in total confinement. Oversaw an annual operating budget of $110 million and 700 health care staff.

- As the first incumbent ever in this position, ushered the health services division from an operation of 12 staff in headquarters, providing only consultative services to the Department, to an operation with direct authority and responsibility for all departmental health care staff and budget. As part of new organizational structure, created and filled statewide positions of Directors of Nursing, Medicine, Dental, Behavioral Health, Mental Health, Psychiatry, Pharmacy, Operations, and Utilization Management.

- Significantly changed the culture of the practice of correctional health care and the morale of staff by a variety of structural and functional changes, including: ensuring that high ethical standards and excellence in clinical practice were of primordial importance during hiring of professional and supervisory staff; supporting disciplining or career counseling of existing staff where appropriate; implementing an organizational structure such that patient care decisions were under the final direct authority of a clinician and were designed to ensure that patient needs were met, while respecting and operating within the confines of a custodial system.

- Improved quality of care by centralizing and standardizing health care operations, including: authoring a new Offender Health Plan defining patient benefits based on the Eighth Amendment, case law, and evidence-based medicine; implementing a novel system of utilization management in medical, dental, and mental health, using the medical staffs as real-time peer reviewers; developing a pharmacy procedures manual and creating a Pharmacy and Therapeutics Committee; achieving initial American Correctional Association accreditation for 13 facilities (all with almost perfect scores on first audit); migrating the eight individual pharmacy databases to a single central database.

- Blunted the growth in health care spending without compromising quality of care by a number of interventions, including: better coordination and centralization of contracting with external vendors, including new statewide contracts for hospitalization, laboratory, drug purchasing, radiology, physician recruitment, and agency nursing; implementing a statewide formulary; issuing quarterly operational reports at the state and facility levels.

- Piloted the following projects: direct issuance of over-the-counter medications on demand through inmates stores (commissary), obviating the need for a practitioner visit and prescription; computerized practitioner order entry (CPOE); pill splitting; ER telemedicine.

- Oversaw the health services team that participated variously in pre-design, design, or build phases of five capital projects to build complete new health units.

**NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES**                    **2001 – 2002**

Regional Medical Director, Northeast Region, 2001 – 2002

Responsible for clinical oversight of medical services for 14,000 offenders in 14 prisons, including one (already) under court monitoring.

- Oversaw contract with vendor to manage 60-bed regional infirmary and hospice.

- Coordinated activities among the Regional Medical Unit outpatient clinic, the Albany Medical College, and the 13 feeder prisons to provide most of the specialty care for the region.

- Worked with contracting specialists and Emergency Departments to improve access and decrease medical out-trips by increasing the proportion of scheduled and emergency services provided by telemedicine.

- Provided training, advice, and counseling to practitioners and facility health administrators in the region to improve the quality of care delivered.

Marc F. Stern, M.D.                                                                                         Page 4

## CORRECTIONAL MEDICAL SERVICES, INC. (now CORIZON)                        2000 – 2001

Regional Medical Director, New York Region, 2000 – 2001

Responsible for clinical management of managed care contract with New York State Department of Correctional Services to provide utilization management services for the northeast and northern regions of New York State and supervision of the 60-bed regional infirmary and hospice.

- Migrated the utilization approval function from one of an anonymous rule-based "black box" to a collaborative evidence-based decision making process between the vendor and front-line clinicians.

## MERCY INTERNAL MEDICINE, ALBANY, NEW YORK                               1999 – 2000

Neighborhood three-physician internal medicine group practice.

Primary Care Physician, 1999 – 2000 (6 months)

Provided direct primary care to a panel of community patients during a period of staff shortage.

## ALBANY COUNTY CORRECTIONAL FACILITY, ALBANY, NEW YORK                    1998 – 1999

Acting Facility Medical Director, 1998 – 1999

Directed the medical staff  of an 800 bed jail and provided direct patient care following the sudden loss of the Medical Director, pending hiring of a permanent replacement. Coordinated care of jail patients in local hospitals. Provided consultation to the Superintendent on improvements to operation and staffing of medical unit and need for privatization.

## VETERANS ADMINISTRATION MEDICAL CENTER, ALBANY, NY                       1992 – 1998

Assistant Chief, Medical Service, 1995 – 1998
Chief, Section of General Internal Medicine and Emergency Services, 1992 – 1998

Responsible for operation of the general internal medicine clinics and the Emergency Department.

- Designed and implemented an organizational and physical plant makeover of the general medicine ambulatory care clinic from an episodic-care driven model with practitioners functioning independently supported by minimal nursing involvement, to a continuity-of-care model with integrated physician/mid-level practitioner/registered nurse/licensed practice nurse/practice manager teams.

- Led the design and opening of a new Emergency Department.

- As the VA Section Chief of Albany Medical College's Division of General Internal Medicine, coordinated academic activities of the Division at the VA, including oversight of, and direct teaching in, ambulatory care and inpatient internal medicine rotations for medical students, residents, and fellows. Incorporated medical residents as part of the general internal medicine clinics. Awarded $786,000 Veterans Administration grant ("PRIME I") over four years for development and operation of educational programs for medicine residents and students in allied health professions (management, pharmacy, social work, physician extenders) wishing to study primary care delivery.

## ERIE COUNTY HEALTH DEPARTMENT, BUFFALO, NY                               1988 – 1990

Director of Sexually Transmitted Diseases (STD) Services, 1989 – 1990
Staff Physician, STD Clinic, 1988 – 1989
Staff Physician, Lackawanna Community Health Center, 1988 – 1990

Provided leadership and patient care services in the evaluation and treatment of STDs. Successfully reorganized the county's STD services which were suffering from mismanagement and were under public scrutiny. Provided direct patient care services in primary care clinic for underserved neighborhood.

## UNION OCCUPATIONAL HEALTH CENTER, BUFFALO, NY                            1988 – 1990

Staff Physician, 1988 – 1990

Provided direct patient care for the evaluation of occupationally-related health disorders.

Marc F. Stern, M.D.                                                                                      Page 5

**VETERANS ADMINISTRATION MEDICAL CENTER, BUFFALO, NY**                        **1985 – 1990**

Chief Outpatient Medical Section and Primary Care Clinic, 1986 – 1988
VA Section Head, Division of General Internal Medicine, University of Buffalo, 1986 – 1988
- Developed and implemented a major restructuring of the general medicine ambulatory care clinic to reduce
  fragmentation of care by introduction of a continuity-of-care model with a physician/nurse team approach.
Medical Director, Anticoagulation Clinic 1986 – 1990
Staff Physician, Emergency Department, 1985 – 1986


## FACULTY APPOINTMENTS

| | |
|---|---|
| 2020 – present | Faculty Associate, Center for Human Rights, University of Washington |
| 2007 –  present | Affiliate Assistant Professor, Department of Health Services, School of Public Health, University of Washington |
| 1999 –  present | Clinical Professor, Fellowship in Applied Public Health (previously Volunteer Faculty, Preventive Medicine Residency), University at Albany School of Public Health |
| 1996 – 2002 | Volunteer Faculty, Office of the Dean of Students, University at Albany |
| 1992 – 2002 | Associate Clinical/Associate/Assistant Professor of Medicine, Albany Medical College |
| 1993 – 1997 | Clinical Associate Faculty, Graduate Program in Nursing, Sage Graduate School |
| 1990 – 1992 | Instructor of Medicine, Indiana University |
| 1985 – 1990 | Clinical Assistant Professor of Medicine, University of Buffalo |
| 1982 – 1985 | Clinical Assistant Instructor of Medicine, University of Buffalo |


## OTHER PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 2016 – present | Chair, Education Committee, Academic Consortium on Criminal Justice Health |
| 2016 – present | Washington State Institutional Review Board ("Prisoner Advocate" member) |
| 2016 – 2017 | Mortality Reduction Workgroup, American Jail Association |
| 2013 – present | Conference Planning Committee – Medical/Mental Health Track, American Jail Association |
| 2013 – 2016 | "Health in Prisons" course, Bloomberg School of Public Health, Johns Hopkins University/International Committee of the Red Cross |
| 2013 – present | Institutional Review Board, University of Washington ("Prisoner Advocate" member), |
| 2011 – 2012 | Education Committee, National Commission on Correctional Health Care |
| 2007 – present | National Advisory Committee, COCHS (Community–Oriented Correctional Health Services) |
| 2004 – 2006 | Fellow's Advisory Committee, University of Washington Robert Wood Johnson Clinical Scholar Program |
| 2004 | External Expert Panel to the Surgeon General on the "Call to Action on Correctional Health Care" |
| 2003 – present | Faculty Instructor, Critical Appraisal of the Literature Course, Family Practice Residency Program, Providence St. Peter Hospital, Olympia, Washington |
| 2001 – present | Chair/Co-Chair, Education Committee, American College of Correctional Physicians |
| 1999 – present | Critical Appraisal of the Literature Course, Preventive Medicine Residency Program, New York State Department of Health/University at Albany School of Public Health |
| 1999 | Co–Chairperson, Education Subcommittee, Workshop Submission Review Committee, Annual Meeting, Society of  General Internal Medicine |
| 1997 – 1998 | Northeast US Representative, National Association of VA Ambulatory Managers |
| 1996 – 2002 | Faculty Mentor, Journal Club, Internal Medicine Residency Program, Albany Medical College |
| 1996 – 2002 | Faculty Advisor and Medical Control, 5 Quad Volunteer Ambulance Service, University at Albany |
| 1995 – 1998 | Preceptor, MBA Internship, Union College |
| 1995 | Quality Assurance/Patient Satisfaction Subcommittee, VA National Curriculum Development Committee for Implementation of Primary Care Practices, Veterans Administration |

Marc F. Stern, M.D.                                                                                   Page 6

| | |
|---|---|
| 1994 – 1998 | Residency Advisory Committee, Preventive Medicine Residency, New York State Department of Health/School of Public Health, University at Albany |
| 1993 | Chairperson, Dean's Task Force on Primary Care, Albany Medical College |
| 1993 | Task Group to develop curriculum for Comprehensive Care Case Study Course for Years 1 through 4, Albany Medical College |
| 1988 – 1989 | Teaching Effectiveness Program for New Housestaff, Graduate Medical Dental Education Consortium of Buffalo |
| 1987 – 1990 | Human Studies Review Committee, School of Allied Health Professions, University of Buffalo |
| 1987 – 1989 | Chairman, Subcommittee on Hospital Management Issues and Member, Subcommittee on Teaching of Ad Hoc Committee to Plan Incoming Residents Training Week, Graduate Medical Dental Education Consortium of Buffalo |
| 1987 – 1988 | Dean's Ad Hoc Committee to Reorganize "Introduction to Clinical Medicine" Course |
| 1987 | Preceptor, Nurse Practitioner Training Program, School of Nursing, University of Buffalo |
| 1986 – 1988 | Course Coordinator, Simulation Models Section of Physical Diagnosis Course, University of Buffalo |
| 1986 – 1988 | Chairman, Service Chiefs' Continuity of Care Task Force, Veterans Administration Medical Center, Buffalo, New York |
| 1979 – 1980 | Laboratory Teaching Assistant in Gross Anatomy, Université Libre de Bruxelles, Brussels, Belgium |
| 1973 – 1975 | Instructor and Instructor Trainer of First Aid, American National Red Cross |
| 1972 – 1975 | Chief of Service or Assistant Chief of Operations, 5 Quad Volunteer Ambulance Service, University at Albany. |
| 1972 – 1975 | Emergency Medical Technician Instructor and Course Coordinator, New York State Department of Health, Bureau of Emergency Medical Services |

## REVIEWER/EDITOR

| | |
|---|---|
| 2019 – present | Reviewer, Criminal Justice Review |
| 2015 – present | Reviewer, PLOS ONE |
| 2015 – present | Founding Editorial Board Member and Reviewer, Journal for Evidence-based Practice in Correctional Health, Center for Correctional Health Networks, University of Connecticut |
| 2011 – present | Reviewer, American Journal of Public Health |
| 2010 – present | International Advisory Board Member and Reviewer, International Journal of Prison Health |
| 2010 – present | Grant reviewer, Langeloth Foundation |
| 2001 – present | Reviewer and Editorial Board Member (2009 – present), Journal of Correctional Health Care |
| 2001 – 2004 | Reviewer, Journal of General Internal Medicine |
| 1996 | Reviewer, Abstract Committee, Health Services Research Subcommittee, Annual Meeting, Society of General Internal Medicine |
| 1990 – 1992 | Reviewer, Medical Care |

## EDUCATION

University at Albany, College of Arts and Sciences, Albany; B.S., 1975 (Biology)

University at Albany, School of Education, Albany; AMST (Albany Math and Science Teachers) Teacher Education Program, 1975

Université Libre de Bruxelles, Faculté de Medecine, Brussels, Belgium; Candidature en Sciences Medicales, 1980

University at Buffalo, School of Medicine, Buffalo; M.D., 1982

University at Buffalo Affiliated Hospitals, Buffalo; Residency in Internal Medicine, 1985

Regenstrief Institute of Indiana University, and Richard L. Roudebush Veterans Administration Medical Center; VA/NIH Fellowship in Primary Care Medicine and Health Services Research, 1992

Indiana University, School of Health, Physical Education, and Recreation, Bloomington; M.P.H., 1992

New York Academy of Medicine, New York; Mini-fellowship Teaching Evidence-Based Medicine, 1999

Marc F. Stern, M.D.                                                                                                Page 7

## CERTIFICATIONS

Provisional Teaching Certification for Biology, Chemistry, Physics, Grades 7–12, New York State Department of Education (expired), 1975

Diplomate, National Board of Medical Examiners, 1983

Diplomate, American Board of Internal Medicine, 1985

Fellow, American College of Physicians, 1991

License: Washington (#MD00041843, active); New York (#158327, inactive); Indiana (#01038490, inactive)

"X" Waiver (buprenorphine), Department of Health & Human Services, 2018

## MEMBERSHIPS

| | |
|---|---|
| 2019 – present | Washington Association of Sheriffs and Police Chiefs |
| 2005 – 2016 | American Correctional Association/Washington Correctional Association |
| 2004 – 2006 | American College of Correctional Physicians (Member, Board of Directors, Chair Education Committee) |
| 2000 – present | American College of Correctional Physicians |

## RECOGNITIONS

B. Jaye Anno Award for Excellence in Communication, National Commission on Correctional Health Care. 2019

Award of Appreciation, Washington Association of Sheriffs and Police Chiefs. 2018

Armond Start Award of Excellence, American College of Correctional Physicians. 2010

(First) Annual Preventive Medicine Faculty Excellence Award, New York State Preventive Medicine Residency Program, University at Albany School of Public Health/New York State Department of Health. 2010

Excellence in Education Award for excellence in clinical teaching, Family Practice Residency Program, Providence St. Peter Hospital, Olympia, Washington. 2004

Special Recognition for High Quality Workshop Presentation at Annual Meeting, Society of General Internal Medicine. 1996

Letter of Commendation, House Staff Teaching, University of Buffalo. 1986

## WORKSHOPS, SEMINARS, PRESENTATIONS, INVITED LECTURES

*It's the 21st Century – Time to Bid Farewell to "Sick Call" and "Chronic Care Clinic".* Annual Conference, National Commission on Correctional Health Care. Fort Lauderdale, Florida. 2019

*HIV and Ethics – Navigating Medical Ethical Dilemmas in Corrections.* Keynote Speech, 14th Annual HIV Care in the Correctional Setting. AIDS Education and Training Program (AETC) Mountain West, Olympia, Washington. 2019

*Honing Nursing Skills to Keep Patients Safe in Jail.* Orange County Jail Special Training Session (including San Bernardino and San Diego Jail Staffs), Theo Lacy Jail, Orange, California. 2019

*What Would You Do? Navigating Medical Ethical Dilemmas.* Leadership Training Academy, National Commission on Correctional Health Care. San Diego, California. 2019

*Preventing Jail Deaths.* Jail Death Review and Investigations: Best Practices Training Program, American Jail Association, Arlington, Virginia. 2018

*How to Investigate Jail Deaths.* Jail Death Review and Investigations: Best Practices Training Program, American Jail Association, Arlington, Virginia. 2018

*Executive Manager Program in Correctional Health.* 4-day training for custody/health care teams from jails and prisons on designing safe and efficient health care systems. National Institute for Corrections Training Facility, Aurora, Colorado, and other venues in Washington State. Periodically. 2014 – present

*Medical Ethics in Corrections.* Criminal Justice 441 – Professionalism and Ethical Issues in Criminal Justice. University of Washington, Tacoma. Recurring seminar. 2012 – present

*Medical Aspects of Deaths in ICE Custody.* Briefing for U.S. Senate staffers, Human Rights Watch. Washington, D.C. 2018

Marc F. Stern, M.D.                                                                                               Page 8

*Jails' Role in Managing the Opioid Epidemic.* Panelist. Washington Association of Sheriffs and Police Chiefs Annual Conference. Spokane, Washington. 2018

*Contract Prisons and Contract Health Care: What Do We Know?* Behind Bars: Ethics and Human Rights in U.S. Prisons Conference. Center for Bioethics – Harvard Medical School/Human Rights Program – Harvard Law School. Boston, Massachusetts. 2017

*Health Care Workers in Prisons.* (With Dr. J. Wesley Boyd) Behind Bars: Ethics and Human Rights in U.S. Prisons Conference. Center for Bioethics – Harvard Medical School/Human Rights Program – Harvard Law School. Boston, Massachusetts. 2017

*Prisons, Jails and Medical Ethics: Rubber, Meet Road.* Grand Rounds. Touro Medical College. New York, New York. 2017

*Jail Medical Doesn't Have to Keep You Up at Night – National Standards, Risks, and Remedies.* Washington Association of Counties. SeaTac, Washington. 2017

*Prison and Jail Health Care: What do you need to know?* Grand Rounds. Providence/St. Peters Medical Center. Olympia, Washington. 2017

*Prison Health Leadership Conference.* 2-Day workshop. International Corrections and Prisons Association/African Correctional Services Association/Namibian Corrections Service. Omaruru, Namibia. 2016; 2018

*What Would YOU Do? Navigating Medical Ethical Dilemmas.* Spring Conference. National Commission on Correctional Health Care. Nashville, Tennessee. 2016

*Improving Patient Safety.* Spring Provider Meeting. Oregon Department of Corrections. Salem, Oregon 2016

*A View from the Inside: The Challenges and Opportunities Conducting Cardiovascular Research in Jails and Prisons.* Workshop on Cardiovascular Diseases in the Inmate and Released Prison Population. The National Heart, Lung, and Blood Institute. Bethesda, Maryland. 2016

*Why it Matters: Advocacy and Policies to Support Health Communities after Incarceration.* At the Nexus of Correctional Health and Public Health: Policies and Practice session. Panelist. American Public Health Association Annual Meeting. Chicago, Illinois. 2015

*Hot Topics in Correctional Health Care.* Presented with Dr. Donald Kern. American Jail Association Annual Meeting. Charlotte, North Carolina. 2015

*Turning Sick Call Upside Down.* Annual Conference. National Commission on Correctional Health Care. Dallas, Texas, 2015.

*Diagnostic Maneuvers You May Have Missed in Nursing School.* Annual Conference. National Commission on Correctional Health Care. Dallas, Texas. 2015

*The Challenges of Hunger Strikes: What Should We Do? What Shouldn't We Do?* Annual Conference. National Commission on Correctional Health Care. Dallas, Texas. 2015

Practical and Ethical Approaches to Managing Hunger Strikes. Annual Practitioners' Conference. Washington Department of Corrections. Tacoma, Washington. 2015

*Contracting for Health Services: Should I, and if so, how?* American Jail Association Annual Meeting. Dallas, Texas. 2014

*Hunger Strikes: What should the Society of Correctional Physician's position be?* With Allen S, May J, Ritter S. American College of Correctional Physicians (Formerly Society of Correctional Physicians) Annual Meeting. Nashville, Tennessee. 2013

*Addressing Conflict between Medical and Security: an Ethics Perspective.* International Corrections and Prison Association Annual Meeting. Colorado Springs, Colorado. 2013

*Patient Safety and 'Right Using' Nurses.* Keynote address. Annual Conference. American Correctional Health Services Association. Philadelphia, Pennsylvania. 2013

*Patient Safety: Overuse, underuse, and misuse…of nurses.* Keynote address. Essentials of Correctional Health Care conference. Salt Lake City, Utah. 2012

*The ethics of providing healthcare to prisoners-An International Perspective.* Global Health Seminar Series. Department of Global Health, University of Washington, Seattle, Washington. 2012

*Recovery, Not Recidivism: Strategies for Helping People Who are Incarcerated.* Panelist. NAMI Annual Meeting, Seattle, Washington, 2012

*Ethics and HIV Workshop.* HIV/AIDS Care in the Correctional Setting Conference, Northwest AIDS Education and Training Center. Salem, Oregon. 2011

*Ethics and HIV Workshop.* HIV/AIDS Care in the Correctional Setting Conference, Northwest AIDS Education and Training Center. Spokane, Washington. 2011

*Patient Safety: Raising the Bar in Correctional Health Care.* With Dr. Sharen Barboza. National Commission on Correctional Health Care Mid-Year Meeting, Nashville, Tennessee. 2010

*Patient Safety: Raising the Bar in Correctional Health Care.* American Correctional Health Services Association, Annual Meeting, Portland, Oregon. 2010

*Achieving Quality Care in a Tough Economy*. National Commission on Correctional Health Care Mid-Year Meeting, Nashville, Tennessee, 2010 (Co-presented with Rick Morse and Helena Kim, PharmD.)

*Involuntary Psychotropic Administration: The Harper Solution*. With Dr. Bruce Gage. American Correctional Health Services Association, Annual Meeting, Portland, Oregon. 2010

*Evidence Based Decision Making for Non-Clinical Correctional Administrators*. American Correctional Association 139th Congress, Nashville, Tennessee. 2009

*Death Penalty Debate.* Panelist. Seattle University School of Law, Seattle, Washington. 2009

*The Patient Handoff – From Custody to the Community.* Washington Free Clinic Association, Annual Meeting, Olympia, Washington. Lacey, Washington. 2009

*Balancing Patient Advocacy with Fiscal Restraint and Patient Litigation.* National Commission on Correctional Health Care and American College of Correctional Physicians "Medical Directors Boot Camp," Seattle, Washington. 2009

*Staff Management.* National Commission on Correctional Health Care and American College of Correctional Physicians "Medical Directors Boot Camp," Seattle, Washington. 2009

*Management Dilemmas in Corrections: Boots and Bottom Bunks*. Annual Meeting, American College of Correctional Physicians, Chicago, Illinois. 2008

*Public Health and Correctional Health Care.* Masters Program in community–based population focused management – Populations at risk, Washington State University, Spokane, Washington. 2008

*Managing the Geriatric Population*. Panelist. State Medical Directors' Meeting, American Corrections Association, Alexandria, Virginia. 2007

*I Want to do my own Skin Biopsies*. Annual Meeting, American College of Correctional Physicians, New Orleans, Louisiana. 2005

*Corrections Quick Topics*. Annual Meeting, American College of Correctional Physicians. Austin, Texas. 2003

*Evidence Based Medicine in Correctional Health Care.* Annual Meeting, National Commission on Correctional Health Care. Austin, Texas. 2003

*Evidence Based Medicine.* Excellence at Work Conference, Empire State Advantage. Albany, New York. 2002

*Evidence Based Medicine, Outcomes Research, and Health Care Organizations.* National Clinical Advisory Group, Integrail, Inc., Albany, New York. 2002

*Evidence Based Medicine.* With Dr. LK Hohmann. The Empire State Advantage, Annual Excellence at Work Conference: Leading and Managing for Organizational Excellence, Albany, New York. 2002

*Taking the Mystery out of Evidence Based Medicine: Providing Useful Answers for Clinicians and Patients*. Breakfast Series, Institute for the Advancement of Health Care Management, School of Business, University at Albany, Albany, New York. 2001

*Diagnosis and Management of Male Erectile Dysfunction – A Goal–Oriented Approach.* Society of General Internal Medicine National Meeting, San Francisco, California. 2000

*Study Design and Critical Appraisal of the Literature.* Graduate Medical Education Lecture Series for all housestaff, Albany Medical College, Albany, New York. 1999

*Male Impotence: Its Diagnosis and Treatment in the Era of Sildenafil.* 4th Annual CME Day, Alumni Association of the Albany–Hudson Valley Physician Assistant Program, Albany, New York. 1998

Marc F. Stern, M.D.                                                                                      Page 10

*Models For Measuring Physician Productivity.* Panelist. National Association of VA Ambulatory Managers National Meeting, Memphis, Tennessee. 1997

*Introduction to Male Erectile Dysfunction and the Role of Sildenafil in Treatment.* Northeast Regional Meeting Pfizer Sales Representatives, Manchester Center, Vermont. 1997

*Male Erectile Dysfunction.* Topics in Urology, A Seminar for Primary Healthcare Providers, Bassett Healthcare, Cooperstown, New York. 1997

*Evaluation and Treatment of the Patient with Impotence: A Practical Primer for General Internists.* Society of General Internal Medicine National Meeting, Washington D.C. 1996

*Impotence: An Update.* Department of Medicine Grand Rounds, Albany Medical College, Albany, New York. 1996

*Diabetes for the EMT First–Responder.* Five Quad Volunteer Ambulance, University at Albany. Albany, New York. 1996

*Impotence: An Approach for Internists.* Medicine Grand Rounds, St. Mary's Hospital,  Rochester, New York. 1994

*Male Impotence.* Common Problems in Primary Care Precourse. American College of Physicians National Meeting, Miami, Florida. 1994

*Patient Motivation: A Key to Success.* Tuberculosis and HIV: A Time for Teamwork. AIDS Program, Bureau of Tuberculosis Control – New York State Department of Health and Albany Medical College, Albany, New York. 1994

*Recognizing and Treating Impotence.* Department of Medicine Grand Rounds, Albany Medical College, Albany, New York. 1992

*Medical Decision Making: A Primer on Decision Analysis.* Faculty Research Seminar, Department of Family Practice, Indiana University, Indianapolis, Indiana. 1992

*Effective Presentation of Public Health Data.* Bureau of Communicable Diseases, Indiana State Board of Health, Indianapolis, Indiana. 1991

*Impotence: An Approach for Internists.* Housestaff Conference, Department of Medicine, Indiana University, Indianapolis, Indiana. 1991

*Using Electronic Databases to Search the Medical Literature.* NIH/VA Fellows Program, Indiana University, Indianapolis, Indiana. 1991

*Study Designs Used in Epidemiology.* Ambulatory Care Block Rotation. Department of Medicine, Indiana University, Indianapolis, Indiana. 1991

*Effective Use of Slides in a Short Scientific Presentation.* Housestaff Conference, Department of Medicine, Indiana University, Indianapolis, Indiana. 1991

*Impotence: A Rational and Practical Approach to Diagnosis and Treatment for the General Internist.* Society of General Internal Medicine National Meeting, Washington D.C. 1991

*Nirvana and Audio–Visual Aids.* With Dr. RM Lubitz. Society of General Internal Medicine, Midwest Regional Meeting, Chicago. 1991

*New Perspectives in the Management of Hypercholesterolemia.* Medical Staff, West Seneca Developmental Center, West Seneca, New York. 1989

*Effective Use of Audio–Visual Aids.* Nurse Educators, American Diabetes Association, Western New York Chapter, Buffalo, New York. 1989

*Management of Diabetics in the Custodial Care Setting.* Medical Staff, West Seneca Developmental Center, West Seneca, New York, 1989

*Effective Use of Audio–Visuals in Diabetes Peer and Patient Education.* American Association of Diabetic Educators, Western New York Chapter, Buffalo, New York. 1989

*Pathophysiology, Diagnosis and Care of Diabetes.* Nurse Practitioner Training Program, School of Nursing, University of Buffalo, Buffalo, New York. 1989

*Techniques of Large Group Presentations to Medical Audiences – Use of Audio–Visuals.*    New Housestaff Training Program,  Graduate Medical Dental Education Consortium of Buffalo, Buffalo, New York. 1988

Marc F. Stern, M.D.                                                                                                   Page 11

## PUBLICATIONS/ABSTRACTS

**Stern M**, Piasecki AM, Strick LB, Rajeshwar P, Tyagi E, Dolovich S, Patel PR, Fukunaga L, Furukawa NW. *Willingness to Receive a COVID-19 Vaccination Among Incarcerated or Detained Persons in Correctional and Detention Facilities — Four States, September–December 2020*. Mortality and Morbidity Weekly Report. US Department of Health and Human Services/Centers for Disease Control and Prevention April 2, 2021 70(13):473-476

Borschmann, R, Tibble, H, Spittal, MJ, … Stern, MF, Viner, KM, Wang, N, Willoughby, M, Zhao, B, and Kinner, SA. *The Mortality After Release from Incarceration Consortium (MARIC): Protocol for a multi-national, individual participant data meta-analysis.* Int. J of Population Data Science 2019 5(1):6

Binswanger IA, Maruschak LM, Mueller SR, **Stern MF**, Kinner SA*. Principles to Guide National Data Collection on the Health of Persons in the Criminal Justice System.* Public Health Reports 2019 134(1):34S-45S

**Stern M.** *Hunger Strike: The Inside Medicine Scoop.*  American Jails 2018 32(4):17-21

Grande L, **Stern M.** *Providing Medication to Treat Opioid Use Disorder in Washington State Jails.* Study conducted for Washington State Department of Social and Health Services under Contract 1731-18409. 2018.

**Stern MF**, Newlin N. *Epicenter of the Epidemic: Opioids and Jails.* American Jails 2018 32(2):16-18

**Stern MF**. *A nurse is a nurse is a nurse…NOT!* Guest Editorial, American Jails 2018 32(2):4,68

Wang EA, Redmond N, Dennison Himmelfarb CR, Pettit B, **Stern M**, Chen J, Shero S, Iturriaga E, Sorlie P, Diez Roux AV. *Cardiovascular Disease in Incarcerated Populations*. Journal of the American College of Cardiology 2017 69(24):2967-76

Mitchell A, Reichberg T, Randall J, Aziz-Bose R, Ferguson W, **Stern M.** *Criminal Justice Health Digital Curriculum*. Poster, Annual Academic and Health Policy Conference on Correctional Health, Atlanta, Georgia, March, 2017

**Stern MF**. *Patient Safety (White Paper)*. Guidelines, Management Tools, White Papers, National Commission on Correctional Health Care. http://www.ncchc.org/filebin/Resources/Patient-Safety-2016.pdf. June, 2016

Binswanger IA, **Stern MF**, Yamashita TE, Mueller SR, Baggett TP, Blatchford PJ. *Clinical risk factors for death after release from prison in Washington State: a nested case control study.* Addiction 2015 Oct 17

**Stern MF.** Op-Ed on Lethal Injections. The Guardian 2014 Aug 6

**Stern MF.** *American College of Correctional Physicians Calls for Caution Placing Mentally Ill in Segregation: An Important Band-Aid.* Guest Editorial. Journal of Correctional Health Care 2014 Apr; 20(2):92-94

Binswanger I, Blatchford PJ, Mueller SR, **Stern MF**. *Mortality After Prison Release: Opioid Overdose and Other Causes of Death, Risk Factors, and Time Trends From 1999 to 2009.* Annals of Internal Medicine 2013 Nov; 159(9):592-600

Williams B,  **Stern MF,** Mellow J, Safer M, Greifinger RB. *Aging in Correctional Custody: Setting a policy agenda for older prisoner health care.* American Journal of Public Health 2012 Aug; 102(8):1475-1481

Binswanger I, Blatchford PJ, Yamashita TE, **Stern MF.** *Drug-Related Risk Factors for Death after Release from Prison: A Nested Case Control Study*. Oral Presentation, University of Massachusetts 4th Annual Academic and Health Policy Conference on Correctional Healthcare, Boston, Massachusetts, March, 2011

Binswanger I, Blatchford PJ, Forsyth S, **Stern MF**, Kinner SA. *Death Related to Infectious Disease in Ex-Prisoners: An International Comparative Study*. Oral Presentation, University of Massachusetts 4th Annual Academic and Health Policy Conference on Correctional Healthcare, Boston, Massachusetts, March, 2011

Binswanger I, Lindsay R, **Stern MF**, Blatchford P. *Risk Factors for All-Cause, Overdose and Early Deaths after Release from Prison in Washington State Drug and Alcohol Dependence.* Drug and Alcohol Dependence Aug 1 2011;117(1):1-6

**Stern MF**, Greifinger RB, Mellow J. *Patient Safety: Moving the Bar in Prison Health Care Standards.* American Journal of Public Health November  2010;100(11):2103-2110

Strick LB, Saucerman G, Schlatter C, Newsom L, **Stern MF**. *Implementation of Opt-Out HIV testing in the Washington State Department of Corrections*. Poster Presentation, National Commission on Correctional Health Care Annual Meeting, Orlando, Florida, October, 2009

Binswanger IA, Blatchford P, **Stern MF**. *Risk Factors for Death After Release from Prison*. Society for General Internal Medicine 32nd Annual Meeting; Miami: Journal of General Internal Medicine; April 2009. p. S164-S95

**Stern MF**. Force Feeding for Hunger Strikes – One More Step. CorrDocs Winter 2009;12(1):2

Binswanger I, **Stern MF**, Deyo RA, Heagerty PJ, Cheadle A, Elmore JG, Koepsell TD. *Release from Prison – A High Risk of Death for Former Inmates*. New England Journal of Medicine 2007 Jan 11;356(2):157–165

**Stern MF**, Hilliard T, Kelm C, Anderson E. *Epidemiology of Hepatitis C Infection in the Washington State Department of Corrections.* Poster Presentation, CDC/NIH *ad hoc* Conference on Management of Hepatitis in Prisons, San Antonio, Texas, January, 2003

Phelps KR, **Stern M**, Slingerland A, Heravi M, Strogatz DS, Haqqie SS. *Metabolic and skeletal effects of low and high doses of calcium acetate in patients with preterminal chronic renal failure.* Am J Nephrol 2002 Sep–Dec;22(5–6):445–54

Goldberg L, **Stern MF,** Posner DS. *Comparative Epidemiology of Erectile Dysfunction in Gay Men.* Oral Presentation, International Society for Impotence Research Meeting,  Amsterdam, The Netherlands, August 1998. Int J Impot Res. 1998;10(S3):S41 [also presented as oral abstract Annual Meeting, Society for the Study of Impotence, Boston, Massachusetts, October, 1999. Int J Impot Res. 1999;10(S1):S65]

**Stern MF.** *Erectile Dysfunction in Older Men.* Topics in Geriatric Rehab 12(4):40–52, 1997. [republished in Geriatric Patient Education Resource Manual, Supplement. Aspen Reference Group, Eds. Aspen Publishers, Inc., 1998]

**Stern MF**, Wulfert E, Barada J, Mulchahy JJ, Korenman SG. *An Outcomes–Oriented Approach to the Primary Care Evaluation and Management of Erectile Dysfunction.*  J Clin Outcomes Management  5(2):36–56, 1998

Fihn SD, Callahan CM, Martin D, et al.; for the **National Consortium of Anticoagulation Clinics.**\*  *The Risk for and Severity of Bleeding Complications in Elderly Patients Treated with Warfarin.* Ann Int Med. 1996;124:970–979

Fihn SD, McDonell M, Martin D, et al.; for the **Warfarin Optimized Outpatient Follow–up Study Group.**\*  *Risk Factors for Complications of Chronic Anticoagulation.* Ann Int Med. 1993;118:511–520. (\*While involved in the original proposal development and project execution, I was no longer part of the group at the time of this publication)

**Stern MF**, Dittus RS, Birkhead G, Huber R, Schwartz J, Morse D.  *Cost–Effectiveness of Hepatitis B Immunization Strategies for High Risk People.* Oral Presentation, Society of General Internal Medicine National Meeting, Washington, D.C., May 1992. Clin Res 1992

Fihn SD, McDonell MB, Vermes D, Martin D, Kent DL, Henikoff JG, and the **Warfarin Outpatient Follow–up Study Group.** *Optimal Scheduling of Patients Taking Warfarin. A Multicenter Randomized Trial.* Oral Presentation, Society of General Internal Medicine National Meeting, Washington, D.C., May 1992. Clin Res 1992

Fihn SD, McDonnell MB, Vermes D, Kent DL, Henikoff JG, and the **Warfarin Anticoagulation Study Group**. *Risk Factors for Complications During Chronic Anticoagulation.* Poster Presentation, Society of General Internal Medicine National Meeting, Seattle, May 1991

Pristach CA, Donoghue GD, Sarkin R, Wargula C, Doerr R, Opila D, **Stern M**, Single G. *A Multidisciplinary Program to Improve the Teaching Skills of Incoming Housestaff.* Acad Med. 1991;66(3):172–174

**Stern MF**. *Diagnosing Chlamydia trachomatis and Neisseria gonorrhea Infections.* (letter) J Gen Intern Med. 1991;6:183

**Stern MF**, Fitzgerald JF, Dittus RS, Tierney WM, Overhage JM. *Office Visits and Outcomes of Care: Does Frequency Matter?* Poster Presentation, Society of General Internal Medicine Annual Meeting, Seattle, May 1991. Clin Res 1991;39:610A

**Stern MF**. *Cobalamin Deficiency and Red Blood Cell Volume Distribution Width.* (letter) Arch Intern Med. 1990;150:910

**Stern M**, Steinbach B. *Hypodermic Needle Embolization to the Heart.* NY State J Med. 1990;90(7):368–371

**Stern MF**, Birkhead G, Huber R, Schwartz J, Morse D. *Feasibility of Hepatitis B Immunization in an STD Clinic.* Oral Presentation,  American Public Health Association Annual Meeting, Atlanta, November 1990

## EXPERT TESTIMONY

Maney, *et al.* v. Brown, *et al.* US District Court for the District of Oregon Eugene Division, 2022 (deposition)

Maney, *et al.* v. Brown, *et al.* US District Court for the District of Oregon Eugene Division, 2020 (hearing)

Pajas v. County of Monterey, *et al.* US District Court for the Northern District of California, 2019 (trial)

Dockery, *et al.* v. Hall *et al.* US District Court for the Southern District of Mississippi Northern Division, 2018 (trial)

Benton v. Correct Care Solutions, *et al.* US District Court for the District of Maryland, 2018 (deposition)

Pajas v. County of Monterey, *et al.* US District Court Northern District of California, 2018 (deposition)

**EXHIBIT 3**

**EXHIBIT 3**

*CURRICULUM VITAE* (May 2022)

**Joel A. Dvoskin, Ph.D., ABPP**



**<u>EDUCATION</u>**:

Undergraduate:    University of North Carolina at Chapel Hill; B.A. 1973;
Majors:  English and Psychology;
Awards:
    Order of the Old Well Honorary Society
    Order of the Grail Honorary Society

    Stockholm University, Stockholm, Sweden; Diploma, 1972;
Major:  Social Science.

Graduate:    University of Arizona, Tucson, Arizona;
M.A. in Clinical Psychology, 1978
Ph.D. in Clinical Psychology, 1981;

    Dissertation:  *Battered Women: An Epidemiological Study of Spousal Violence.*

Professional:    University of Arizona College of Law, Tucson, Arizona (Doctoral Minor)

**<u>HONORS</u>**:

Diplomate in Forensic Psychology, American Board of Professional Psychology

Fellow, American Psychological Association

Fellow, American Psychology-Law Society

National Coalition for the Mentally Ill in the Criminal Justice System, Peggy Richardson Award

American Academy of Psychiatry and the Law, *Amicus* Award

Affiliate Member, International Criminal Investigative Analysis Fellowship

Distinguished Visiting Professor of Psychiatry, University of California, Davis School of
Medicine and Napa State Hospital, April 14, 2005

President, Division 18 of the American Psychological Association (APA), Psychologists in
Public Service (2000-2001)

President, American Psychology-Law Society, Division 41 of the American Psychological
Association (2006-2007)

American Psychological Association, Division 18 Special Achievement Award

Member, APA Blue Ribbon Commission on Ethics Process (2016-17)

Arizona Psychological Association, Distinguished Contribution to the Practice of
Psychology Award, 2001

Arizona Psychological Association, Distinguished Contribution to the Science of
Psychology Award, 2010

Distinguished Visiting Professor of Psychiatry, University of California, Davis School of
Medicine and Napa State Hospital, March 30, 2011

Southern Arizona Psychological Association, Peter Attarian Award for Outstanding
Contributions to the Profession of Psychology in Southern Arizona, 2014

Executive Office of the President of the United States, Member, Expert Panel to Develop a
Strategic Action Plan for African-American Males, 1995

Arizona Psychological Association, Aaron H. and Matilda B. Canter Award for
Distinguished Contributions to Professional Psychology, 2018

American Academy of Forensic Psychology Distinguished Contribution Award, 2020

American Psychological Association, Division 18 (Criminal Justice Section), Advocacy in
Criminal Justice Psychology Award, 2021

## ACADEMIC POSITIONS:

1996 - current
>  Asst. Professor (Clinical) - University of Arizona College of Medicine

1996 - 2001
>  Assistant Professor (Adjunct) - University of Arizona College of Law

2000 - 2005 (currently inactive)
>  Assistant Clinical Professor - Louisiana State University Medical Center

1986 - 1995 (currently inactive)
>  Assistant Clinical Professor - New York University Medical School

## LICENSES:

Arizona Board of Psychologist Examiners, License #0931

New Mexico State Board of Psychologist Examiners, License #0904 (inactive)

Certificate of Professional Qualifications in Psychology (CPQ), CPQ #2,439 (inactive)

Interjurisdictional Practice Certificate, ASPPB, #2439

## PROFESSIONAL EXPERIENCE:

(Planned) September 2022 – Ongoing
>  Independent Monitor, Disability Rights Montana, Inc. v. Brian M. Gootkin, et al, ,
>  Case No. CV-15-22-DWM filed in the United States District Court for the District of
>  Montana, Butte Division, and dismissed by stipulation on March 1 1 , 2022
>>  **Duties**: Assess Defendants' (Montana State Prison and the Montana
>>  Department of Corrections) compliance with the terms of the Settlement
>>  Agreement, and to report findings to the joint attention of Disability Rights
>>  Montana and the Defendants.

May 2022 – Current
>  Co-founder and Partner, Heroes Active Bystandership Training
>>  **Duties**: Manage company that provides training to state departments of
>>  corrections, local jails, and other industries. Support clients in their efforts to
>>  change organizational culture by teaching employees when and how to

intervene to prevent harm such as mistakes, misconduct, and to enhance the wellness of fellow employees.

January 2020 – Current

Consultant, Training Instructor and Psychologist, Project ABLE (Active Bystandership for Law Enforcement), part of Georgetown Law's Innovative Policing Program

**Duties**: Assist in development of curriculum to train law enforcement officers to be active bystanders and intervene to prevent fellow officers from mistakes and misconduct, and to enhance the well-being of fellow officers; provide training to police trainers who will serve as ABLE instructors.

September 1995 - Current

Full-time private practice of forensic psychology, providing expert testimony on civil and criminal matters, and consultation in the provision of mental health and criminal justice services, and workplace and community violence prevention programs.

**Duties**: Provide expert testimony, consultation, training, and public speaking services to federal, state, and local governmental agencies, corporations and attorneys, including the following areas:

- Forensic mental health evaluations
- Assessing and preventing the risk of violent behavior
- Assessment of suicide risk
- Treatment of Serious Mental Illness and Co-occurring Substance Use Disorders
- Police misconduct
- Conditions of confinement and hospitalization
- Architectural design of psychiatric, correctional, and secure psychiatric buildings
- Workplace violence prevention and crisis response ○ Working with labor organizations ○ Safely managing corporate layoffs
- Psychological autopsy – (Psychological investigation of equivocal death or suicide)
- Suicide prevention
- Mental health services in correctional and criminal justice settings
- Mental health services to juvenile correctional facilities
- Stalking
- Administration of public mental health and criminal justice services
- Conditions of confinement in sex offender treatment facilities
- Consultation to attorneys on cases involving mental health issues

August 2012 – Current
> *Pro Bono* Consultant, New Orleans Police Department EPIC (Ethical
> Policing is Courageous) Project
>> **Duties**: Assist in the development and delivery of a training program to teach
>> police officers how to prevent misconduct by fellow officers

January 2014 – April 2016
> Chairman, (Nevada) Governor's Advisory Council on Behavioral Health and
> Wellness
>> **Duties**: Provide advice to Governor Brian Sandoval regarding public
>> behavioral health; Chair statewide Advisory Council

November 2007 – May 2011
> Federal Court Monitor over the Michigan Department of Corrections **Duties**:
> Oversight of settlement agreement in *MPAS V. Caruso*

September 1995 – Current
> Senior Psychologist, Threat Assessment Group, Inc., Newport Beach,
> California.
>> **Duties**:  Provide consultation and training in workplace violence prevention
>> and crisis management to governmental and corporate organizations.

September 1995 - Current
> Associate, Park Dietz & Associates, Inc., Newport Beach, California. **Duties**:
> Forensic psychological services and expert testimony

March 1995 - August 1995
> Acting Commissioner, New York State Office of Mental Health.
>> **Duties:** Under the direct supervision of the Governor, served as C.E.O. of the
>> largest agency of its kind in the United States, with an annual budget of more
>> than $2.4 billion.  The agency employed over 24,000 people and directly
>> operated 29 institutions, including adult inpatient and outpatient psychiatric
>> facilities, children's psychiatric hospitals, forensic hospitals and research
>> institutes.  The Office of Mental Health also licensed, regulated, financed,
>> and oversaw more than 2,000 locally operated inpatient, emergency,
>> outpatient, and residential programs in collaboration with 57 counties and
>> New York City. Through an intergovernmental agreement, OMH provided
>> psychiatric and mental health services to the NY State Department of
>> Corrections.

November 1984 - March 1995
> Director, Bureau of Forensic Services (1984-1988) and Associate

Commissioner for Forensic Services (1988-1995), New York State Office of Mental Health.

> **Duties:**  Line authority for inpatient services at three large forensic hospitals and two regional forensic units, including services to civil, forensic and correctional patients; line authority for all mental health services in New York State prisons (serving more than 60,000 inmates), including 15 prison mental health units across New York; responsibility for innovative community forensic programs including suicide prevention in local jails, police mental health training, and mental health alternatives to incarceration.

December 1984 - July 1985

Acting Executive Director, Kirby Forensic Psychiatric Center.

> **Duties:**  Founding C.E.O. for new maximum security forensic psychiatric hospital in New York City.

July 1984 - November 1984

Acting Director, Office of Mental Health, Virginia Department of Mental Health and Mental Retardation (held concurrently with permanent position as Director of Forensic Services).

**Duties:**  Supervision of budget and certification of all community mental health programs statewide; statewide policy development in all program areas related to mental health; Executive Secretary to Virginia Mental Health Advisory Council.

July 1983 - November 1984

Director of Forensic Services, Virginia Department of Mental Health and Mental Retardation.

> **Duties:**  Design and coordination of statewide delivery system of institutional and community treatment and evaluation of forensic patients; management of the contract for the University of Virginia Institute of Law, Psychiatry and Public Policy; departmental liaison to Virginia Dept. of Corrections and other criminal justice agencies; develop statewide plan for delivery of mental health services to D.O.C. inmates; statewide Task Force on Mental Health Services in Local Jails.

August 1982 - July 1983

Psychologist, Arizona Correctional Training Center, Tucson, Arizona. **Duties:** Supervision of psychology department; direct clinical treatment and evaluation services.

April 1982 - July 1982
>    Acting Inmate Management Administrator, Arizona State Prison Complex, Florence, Arizona.
>    > **Duties:**  Direct supervision of inmate records office; inmate classification and movement; correctional program (counseling) services; psychology department; hiring of all new correctional officers.  (NOTE:  During this period, I also maintained all duties of my permanent position as Psychologist (below).

October 1981 - July 1982
>    Psychologist, Arizona State Prison Complex, Florence, Arizona
>    > **Duties:**  Supervision of Psychology Department for complex consisting of five prisons; direct clinical treatment and evaluation services.

November 1980 - October 1981
>    Psychology Associate, Arizona State Prison Complex, Florence, Arizona.
>    > **Duties:**  Direct clinical treatment and evaluation services.

August 1980 - November 1980
>    Psychological consultant to the Massachusetts Department of Correction.
>    > **Duties:**  Consultation to Director of Health Services; direct clinical treatment and evaluation services at Walpole and Norfolk State Prisons.

January 1980 - November 1980
>    Psychologist (non-licensed) - Tri-Cities Community Mental Health Center, Malden, Massachusetts.
>    > **Duties**: Pre-screened civil commitments for community mental health center.

August 1979 - August 1980
>    Pre-Doctoral Intern in Clinical Psychology, McLean Hospital, Belmont, Massachusetts; and Fellow in Clinical and Forensic Psychology, Harvard Medical School, Cambridge, Massachusetts, and Bridgewater (Massachusetts) State Hospital

1978-1979      Psychology Extern, Pima County (Arizona) Superior Court Clinic

1977-1978      Psychology Extern, Palo Verde Hospital, Tucson, Arizona

1976-1977      Psychology Extern, Arizona Youth Center (later Catalina Mountain School),

Tucson, Arizona

1975-1976    National Institute of Mental Health Trainee

1973-1975    United States Peace Corps Volunteer, Senegal, West Africa

1970-1995    Coach, Dean Smith's Carolina Basketball School, Chapel Hill, N.C.
             (1-3 weeks each summer)


**<u>SELECTED CONSULTATION CLIENTS</u>**:

Federal Government and Federally Funded Protection and Advocacy Services -

       National Institute of Mental Health

       United States Secret Service

       National Institute of Justice

       National Institute of Corrections

       Substance Abuse and Mental Health Services Administration

       Center for Mental Health Services

       United States Department of Justice, Civil Rights Division

              Maricopa County (AZ) Jail

              Los Angeles County (CA) Jail

              Harrison County (MS) Adult Detention Center

              Los Angeles County (CA) Juvenile Hall

              Taycheeda State Prison for Women (Wisconsin)

              Huron Valley Women's Correctional Facility (Michigan)

       Substance Abuse and Mental Health Administration
       National GAINS Center

       Department of Homeland Security – Office of Civil Rights

New Orleans Police Department (in collaboration with US Dept. of Justice)

Disability Rights Florida

Disability Rights Oregon

Alabama Disability Advocates Program

Michigan Protection and Advocacy Services

Center for Public Representation

MacArthur Justice Center

Federal Multi-Agency Task Force on National Security Implications of Y2K

State, County, and Local Governments -

Alabama

Alaska

Arizona

Arkansas

California

Colorado

Connecticut

Delaware

Dist. of Columbia

Florida

Georgia
Hawaii

Idaho

Illinois

Indiana

Iowa

Kentucky

Louisiana

Maine

Maryland

Massachusetts

Michigan

Minnesota

Missouri

Nebraska

Nevada

New Jersey

New Mexico

New York

North Carolina

Ohio

Oregon

Pennsylvania

Puerto Rico South Carolina

South Dakota

Tennessee

Texas

Utah

Vermont

Virginia

Washington

West Virginia

Wyoming

International Clients –

Province of Ontario

Correctional Service of Canada

Province of British Columbia

England and Wales – National Offender Management Service Expert Advisory Panel

American Samoa (Pago Pago)

Selected Corporate Clients –

Amazon

American Express

Amgen

Boise Cascade

Borden Foods
Chase Manhattan Bank

Corning, Incorporated

DaimlerChrysler Corporation

General Dynamics

Honeywell

Johnson and Johnson

Kraft Foods

The Law Firm of Akin Gump

Levi Strauss

Macy's

Motorola

NBA Players Association

National Basketball Association

National Semiconductor

Nationwide Insurance

Nordstrom

Oracle Corporation

Pillsbury

Ryman Hospitality ("Grand Ol' Opry")

Sony Corporation

State Farm Insurance

Texas Instruments

3M Corporation
United Auto Workers

University of Arizona

Visa

Warner-Lambert Pharmaceuticals

Pima (AZ) College

Professional Organization Clients –

American Psychological Association – Task Force on Preventing Gun Violence

American Psychological Association – Commission on Ethics Processes

American Psychiatric Association - Committee on Correctional Psychiatry

American Correctional Association

American Bar Association
        ABA-APA Task Force on Mental Illness and the Death Penalty

Council of state Governments

National Basketball Association and NBA Players Association -
        Rookie Transition Program (teaching life skills to NBA rookies)

NBA Players Association – Top 100 High School Basketball Camp

National Collegiate Athletic Association (NCAA) –
        "First Team" Mentoring Program for elite High School Basketball Players

Federal Court Independent Expert and Monitor –

Independent Expert to monitor a Federal Court settlement agreement at the
Bernalillo County (N.M.) Detention Center in Albuquerque. (Completed)

Federal Court Monitor (one of two) of a settlement agreement regarding the Institute of Forensic Psychiatry at the Colorado Mental Health Institute – Pueblo. (Completed)

Federal Court Monitor (one of two) of a settlement agreement regarding the Forensic Unit at the Western State Hospital in Tacoma, Washington. (Completed)

Federal Court Monitor (one of two) of a statewide settlement agreement between the Michigan Protection and Advocacy Program and the Michigan Department of Corrections.  (Completed)

Independent Expert to monitor settlement agreement regarding the transfer of incompetent defendants to State Hospitals in Colorado

Independent Expert to monitor settlement agreement between Disability Rights Oregon and the Oregon Department of Corrections regarding the treatment of prisoners with serious mental ill

Architectural Consultations -

Dr. Dvoskin has served as design consultant for major renovations and new construction of a number of state, federal, and territorial psychiatric facilities during his long career.  The following is a partial list of these projects:

New York - As part of his duties as Associate Commissioner of Mental Health for the state of New York, Dr. Dvoskin oversaw design of major renovations to MidHudson Psychiatric Center, a 300 bed forensic psychiatric hospital in Middletown, NY.  Completion of this project resulted in significant reductions in violent incidents at this facility.

Georgia - As part of a federal class action, plaintiffs and defendants agreed to ask Dr. Dvoskin to assess suicide hazards at six of Georgia's large state prisons, resulting in cost-effective, potentially life saving physical plant changes to rooms in which suicidal inmates were housed.

Louisiana - Again, at the request of plaintiffs and defendants, Dr. Dvoskin performed a comprehensive assessment of suicide hazards in the state's juvenile correctional facilities.

Puerto Rico - Dr. Dvoskin served as design consultant for a new correctional psychiatric center, which cost less than renovation of the existing building, which was the basis for a finding of unconstitutional conditions.

Michigan - Dr. Dvoskin assisted the state of Michigan, which was involved in constitutional litigation regarding its prison mental health system, in creating a MH care system within the Department of Mental Health.  He also served as design consultant for new beds added to a state forensic psychiatric facility.

Maryland, Florida, and Maine - Dr. Dvoskin served as consultant to Commissioners of Mental Health, including consultation on the physical plants of forensic and civil psychiatric hospitals.

Delaware - Dr. Dvoskin served as design consultant for the new forensic wing of the state's psychiatric hospital.

Colorado - Dr. Dvoskin served as design consultant for the state's new forensic psychiatric hospital; a design which combines a sense of privacy and dignity among patients without sacrificing the visibility needed in order for staff to maintain safety.

District of Columbia - Dr. Dvoskin served as consultant to two Federal Receivers, then to the Commissioner of Mental Health, in a variety of areas.  These included an assessment of the number of beds needed, then to assist in a Capital Plan for the entire DC Mental Health System.  Dr. Dvoskin served as design consultant for the creation of a brand new Saint Elizabeths Hospital, to replace the entire civil and forensic hospital campus.  The design of this facility, which is now under construction, included an innovative consumer advisory panel, facilitated by Dr. Dvoskin, which had input into every phase of the project's design.

North Carolina – Consultant to architectural renovation of forensic unit at Broughton State Hospital.

North Carolina – Consultant to Disability Rights North Carolina to assess safety and security of new Central Regional Hospital.

Harris County, Texas – Consultant to the Harris County Sheriff's Office on the construction of a new jail in Houston, Texas.

Miami–Dade County, Florida – Consultant on the capital renovation and program development for a new community forensic facility for Miami and Dade County, Florida.

Oregon Department of Corrections – Consultant to creation of large correctional complex, including mental health unit, in Junction City, Oregon.

Idaho Department of Corrections – Consultant to creation of a 300-bed mental health unit.

Missouri Department of Mental Health – Architectural Design Consultant on 300bed Secure Forensic Hospital to replace existing buildings at the Fulton State Hospital. This project was selected to receive the Distinguished Award for Architecture from the St. Louis Chapter of the American Institute of Architects.

Oregon Department of Corrections – Architectural improvements to Secure Mental Health Treatment Unit at Oregon State Penitentiary

Hawaii Department of Health -- Architectural Design Consultant for new forensic building at the Hawaii State Hospital

American Samoa – Served as design consultant for a new forensic psychiatric unit in Pago Pago

## BOARD MEMBERSHIPS:

| | |
|---|---|
| Board of Advisors | Georgetown Law School's Innovative Policing Program, Project ABLE (Active Bystandership for Law Enforcement) |
| Board of Advisors | Justice Initiative of the Meharry Medical College and the Fox Foundation |
| Board of Directors | Legislative Drafting Institute for Child Protection |
| Editorial Boards | *Journal of the American Academy of Psychiatry and Law (former)* *Journal of Mental Health Administration* *Behavioral Sciences and the Law* *Journal of Aggression, Maltreatment, and Trauma (former)* *Psychological Services (former)* *Journal of Threat Assessment (former)* *Law and Human Behavior* |
| Research Advisory Board | United States Secret Service (former) |
| Advisory Board | National Center for State Courts, Institute on Mental Disability and the Law (former) |

Member                    White House Panel on the Future of the African-American  Male
                          –1995

Member                    American Bar Association Task Force on Capital Punishment and
                          Mental Disability – Completed 2005

Member                    American Psychological Association Task Force on Reducing Gun
                          Violence – 2013

Member                    American Psychological Association Blue Ribbon Commission on
                          Ethics Processes -- 2016

## UNITED STATES SUPREME COURT *AMICUS* BRIEFS

Consultation and assistance in preparation of *Amicus Curiae* briefs submitted to the United
States Supreme Court:

*Clark v. Arizona,* 548 U.S. 735 (20060
*Graham v. Florida,* 560 U.S. 48 48 (2010)
*Miller v. Alabama*, 576 U.S. 460 (2012)
*Moore v. Texas*, 137 S. Ct. 1039 (2017)
*Panetti v. Quarterman*, 551 U.S. 930 (2007)
*Roper v. Simmons*, 543 U.S. 551 (2005)

## PUBLICATIONS:

Heilbrun, K., Kavanaugh, A., Grisso, T., Anumba, N., Dvoskin, J., & Golding, S. (in press).
        The importance of racial identity in forensic mental health assessment. *The Journal
        of the American Academy of Psychiatry and the Law.*

Dvoskin J, Knoll J, Silva M. (2021)
        A Brief History of the Criminalization of Mental Illness (Review Article). In:
        Warburton K, Stahl S, editors. Decriminalizing Mental Illness. Cambridge:
        Cambridge University Press; 2021. p. 14-29. In Warburton K, Stahl S, editors.
        *Decriminalizing Mental Illness.* Cambridge: Cambridge University Press

DeMatteo D, Hart SD, Heilbrun K, Boccaccini MK, Cunningham MD, Douglas KS, Dvoskin JA, Edens JF, Guy LS, Murrie DC, Otto RK, Packer IK, & Reidy TJ. (2020)  Death is Different: Reply to Olver et al. *Psychology, Public Policy, and Law*.

Dvoskin JA, Knoll JL, and Silva M. (2020).
A Brief History of the Criminalization of Mental Illness." In Stahl S & Warburton K. (Eds.) *Decriminalizing Mental Illness*. Cambridge: Cambridge University Press.

Dvoskin JA, Knoll JL & Silva M. (2020)
"A Brief History of the Criminalization of Mental Illness." *CNS Spectrum* 1-13.

DeMatteo D, Hart SD, Heilbrun K, Boccaccini MK, Cunningham MD, Douglas KS, Dvoskin JA, Edens JF, Guy LS, Murrie DC, Otto RK, Packer IK, & Reidy TJ. (2020)
Statement of Concerned Experts on the Use of the Hare Psychopathy Checklist – Revised in Capital Sentencing to Assess Risk for Institutional Violence. *Psychology, Public Policy, and Law*.

Canning RD and Dvoskin JA (2018)
Preventing Suicide in Detention and Correctional Facilities. In: Woolredge J and Smith P (Eds.) *The Oxford Handbook of Prisons and Imprisonment*, Oxford University Press: New York, NY

Gilfoyle N & Dvoskin JA (2017)
APA's Amicus Curiae Program: Bringing psychological research to judicial decisions. *American Psychologist*.

Brodsky, SL, Dvoskin JA, & Neal TMS (2017)
Temptations for the Expert Witness. *Journal of the American Academy of Psychiatry and the Law*. Vol 45(4): 460-463

Dvoskin JA, Brown MC, Metzner JL, Nelson EM,& Pitt SE (2017)
The Structure of Correctional Mental Health Services. In: Rosner R and Scott CL (Eds.) Principles and Practice of Forensic Psychiatry, Taylor and Francis: Boca Raton, FL.

Morgan RD, Van Horn SA, and Dvoskin JA (2017)
Correctional Settings and Prisoners' Rights. In: Gold L and Frierson R (Eds.) *Textbook of Forensic Psychiatry*, American Psychiatric Publishing: Washington DC.

Mucha Z, with Dvoskin J and MacYoung M (2016)
*Emotional Abuse: A manual for self-defense*. Chicago: Zak Mucha

Maloney MP, Metzner JL & Dvoskin JA. (2015)
    Screening and Assessments, Chapter 3.1. In: Trestman RL, Appelbaum KL, Metzner JL (Eds.), *The Oxford Textbook of Correctional Psychiatry*, New York: Oxford University Press

Dvoskin, JA. (2014)
    Report on threat assessment in the workplace. Heilbrun, K. In K. Heilbrun, D. DeMatteo, S. Brooks Holliday, and C. LaDuke (Eds.), *Forensic mental health assessment:  A casebook (2nd edition)*. New York:  Oxford Univ. Press

Dvoskin JA. (2014)
    "When specialized measures cannot be used." In K. Heilbrun, D. DeMatteo, S. Brooks Holliday, and C. LaDuke (Eds.), *Forensic mental health assessment:  A casebook (2nd edition)*.  New York:  Oxford University Press

O'Keefe, ML, Klebe, KJ, Metzner J, Dvoskin, JA, Fellner, J, & Stucker A. (2013) A Longitudinal Study of Administrative Segregation. *Journal of the American Academy of Psychiatry and the Law.* Volume 41:49–60, 2013

Desmarais SL, Sellers BG, Viljoen JL, Cruise KR, Nicholls TL, & Dvoskin JA (2012) Pilot Implementation and Preliminary Evaluation of START:AV Assessments in Secure Juvenile Correctional Facilities. *International Journal of Forensic Mental Health*. Volume 11: Issue 3. Pages 150-164.

Dvoskin, JA, Skeem, JL, Novaco RW, and Douglas KS. (Editors) (2011)
    *Using Social Science To Reduce Violent Offending*. New York: Oxford University Press. (Winner of the 2012 Book Award of the American Psychology-Law Society)

Kane, AW & Dvoskin, JA. (2011).
    *Evaluation for Personal Injury Claims*. New York: Oxford University Press

Dvoskin, JA & Morgan RD (2010)
    Correctional Psychology. In Weiner, I. & Craighead W.E. (Eds.) *Corsini Encyclopedia of Psychology* (Vol. 1: pp 417-420). Wiley: New York

Ruiz A, Dvoskin JA, Scott CL, Metzner JL.  (2010)
    *Manual of Forms and Guidelines for Correctional Mental Health*. American Psychiatric Publishing: Washington, DC

Heilbrun, K., Dvoskin, J and Heilbrun, A. (2009).
    "Toward Preventing Future Tragedies: Mass Killings on College Campuses, Public Health, and Threat/Risk Assessment." *Psychological Injury and Law*. Vol 2(2), Oct 2008, 93-99

Dvoskin, JA and Guy, LS (2008)
> "On Being an Expert Witness: It's not about you." *Psychiatry, Psychology and Law*. Vol 15(2), Oct 2008, 202-212

Dvoskin, JA (2008)
> Commentary on Elger's "Medical Ethics in Correctional Healthcare." *Journal of Clinical Ethics*. Vol. 19, No. 3, 256-259

Dvoskin. JA.  (2008)
> Book Review:  School Violence and Primary Prevention, by Thomas Miller (Ed.). *Journal of the American Medical Association*

Dvoskin JA, Bopp J, and Dvoskin JL (2008)
> Institutionalization and Deinstitutionalization. In Cutler, B (ed.) *Encyclopedia of Psychology and Law*. Sage Publications: Thousand Oaks, CA

Dvoskin, JA; Spiers EM, and Brodsky, S (2007)
> Correctional Psychology:  Law, ethics, and Practice. In Goldstein, Alan M. (Ed). *Forensic psychology: Emerging topics and expanding roles*. (pp. 605-632). Hoboken, NJ, US: John Wiley & Sons Inc.

McDermott, B.E., Dvoskin, J. and Quanbeck, C. (2007)
> Psychopathy: Towards a more reasoned understanding of the relationship to aggressive behavior. In Browne RC (Ed.) *Forensic Psychiatry Research Trends.* New York: Nova Science Publishers

Spiers EM, Pitt SE & Dvoskin JD (2006)
> Psychiatric Intake Screening. In Puisis M. (Ed.) *Clinical Practice in Correctional Medicine*. Philadelphia: Elsevier.

Dvoskin JA & Metzner JL (2006).
> Commentary:  The Physicians Torture Report.  <u>*Correctional Mental Health Report*</u>. Kingston, NJ.  Volume 8, No. 1.

Schlank A & Dvoskin JA (2006).
> Similar Statutes, Different Treatment Needs -- A  Comparison of SVP and Mentally Ill Populations.  In Schlank, A. (Ed.) *The Sexual Predator, Volume 3***:**  New York, NY:  Civic Research Institute.

American Bar Association (2006)
> Recommendations and Report on the Death Penalty and Persons with Mental Disabilities. *Mental and Physical Disability Law Reporter*, 30:5, page 668

Metzner JL & Dvoskin JA. (2006)
    Controversies Concerning Supermax Confinement and Mental Illness.  _Psychiatric
    Clinics of North America_.  Philadelphia: Elsevier.  Volume 29, No. 3.

Dvoskin JA (2005)
    Two Sides to Every Story:  The Need for Objectivity and Evidence.  _Journal of the
    American Academy of Psychiatry and the Law_.  Vol. 33, No. 4, 482-483.

Dvoskin JA, Spiers EM, & Brodsky SL.  (2007)
    Correctional Psychology:  Law, Ethics, and Practice.  In Goldstein AM (Ed.),
    Forensic _Psychology: Emerging Topics and Expanding Roles_.  Hoboken, NJ.  John
    Wiley & Sons.

Peters RH, Matthews CO & Dvoskin, JA (2005)
    Treatment in prisons and jails.  In Lowinson JH, Ruiz P, Millman RB, & Langrod JG
    (eds.)  _Substance Abuse:  A Comprehensive Textbook – Third Edition_.  Baltimore,
    MD:  Williams & Wilkins Publishers. Pages 707-722.

Metzner JL and Dvoskin JA (2004)  Psychiatry in Correctional Settings, in _Textbook of
    Forensic Psychiatry_.  Robert R. Simon MD and Lisa H. Gold, MD (editors).
    Washington, DC: American Psychiatric Publishing, Inc.

Dvoskin JA and Spiers EM (2004) On the Role of correctional Officers in Prison Mental
    Health Care.  _Psychiatric Quarterly_.

Dvoskin JA and Spiers EM (2003) Commentary: In Search of Common Ground, _Journal of
    the American Academy of Psychiatry and the Law_.  Vol. 31, No. 2. 184-188.

Glancy GD, Spiers EM, Pitt SE & Dvoskin JA. (2003)  Commentary: Models and Correlates
    of Firesetting Behavior.  _Journal of the American Academy of Psychiatry and the
    Law_. 31(1):053-057.

Dvoskin, Joel A.  (2003)
    Catch 'em doing something right.  _NFHS Coaches' Quarterly_.  National Federation
    of State High School Associations.  Indianapolis, IN.

Spiers, EM, Dvoskin, JA, and Pitt, SE (2003)
    Mental health professionals as institutional consultants and problem-solvers. In
    Fagan, T, and Ax, R (Eds) _Correctional Mental Health Handbook_. Thousand Oaks,
    CA: Sage Publications.

Dvoskin, JA, Spiers, EM, Metzner, JL, and Pitt, SE (In press)

The structure of correctional mental health services. In Rosner, R. (ed.), *Principles and Practice of Forensic Psychiatry, Second Edition*. London: Arnold Publishing.

Dvoskin, J.A. (2002)
Knowledge is Not Power – Knowledge is Obligation. *Journal of the American Academy of Psychiatry and the Law*. Vol. 30, No. 4.

Dvoskin JA, Radomski SJ, Bennett C, Olin JA, Hawkins RL, Dotson LA, Drewnicky IN. (2002)
Architectural design of a secure forensic state psychiatric hospital. *Behavioral Sciences and the Law, Vol. 20, No. 5.* Pages 481-493.

Dvoskin, J.A. and Petrila, J. (2002).
Commentary:  Behavioral Health Professionals in Class Action Litigation -- Some Thoughts on the Lawyer's Perspective. *Journal of the American Academy of Psychiatry and the Law*. 30:1

Dvoskin, JA, and Heilbrun, K. (2001)
Risk assessment and release decision-making: Toward resolving the great debate. *Journal of the American Academy of Psychiatry and the Law*  Vol. 29:6-10

Hafemeister, TL, Hall SR, and Dvoskin, JA (2000)
Administrative concerns associated with the care of adult offenders with mental illness within correctional settings.  In Ashford JB, Sales BD, and Reid W (Eds.) *Treating Adult and Juvenile Offenders with Special Needs*.  Washington, D.C.: American Psychological Association.

Dvoskin, JA. (2000) The mentally disordered inmate and the law (book review). *Psychiatric Services*. 51:397.

Pitt SE, Spiers EM, Dietz PE, & Dvoskin JA (1999)
Preserving the Integrity of the Interview: The value of videotape. *Journal of Forensic Sciences*. Vol. 44, No. 6, Pp. 1287-1291

]Dvoskin, Joel A. and Patterson, Raymond F. (1998)
Administration of Treatment Programs for Offenders with Mental Illness. In Wettstein, Robert M. (Editor), *Treatment of the Mentally Disordered Offender*.  New York:  Guilford Press. pp. 1-43.

Coggins MH, Pynchon MR, Dvoskin JA (1993) Integrating research and practice in federal
    law enforcement: Secret Service applications of behavioral science expertise to protect
    the President. *Behavioral Sciences & the Law*, Volume 16, Issue 1, pp. 51 - 70

Dvoskin, Davidman, Ferster, Miller, Montenegro, and Moody (1997)
    Should Psychologists Unionize?  A Colloquy with Labor and Management Experts.
    *Professional Psychology:  Research and Practice*. Vol. 28, No. 5.

Dvoskin, Joel A. (1997)
    Sticks and Stones: The Abuse of Psychiatric Diagnosis in Prisons.  *The Journal of the
    California Alliance for the Mentally Ill*, Vol. 8, No. 1.

Dvoskin, Joel A., Massaro, Jackie, Nerney, Michael, and Harp, Howie T. (1995)  *Safety
    Training for Mental Health Workers in the Community*.  Albany: New York State
    Office of Mental Health and The Information Exchange.

Dvoskin, Joel A., Petrila, John and Stark-Riemer, Steven (1995)
    *Powell v. Coughlin* and the Application of the Professional Judgment Rule to Prison
    Mental Health.  *Mental and Physical Disability Law Reporter*.  Vol. 19, No. 1

Dvoskin, Joel A., McCormick, C. Terence and Cox, Judith (1994)
    Services for Parolees with Serious Mental Illness. *Topics in Community Corrections*.
    1994: 14-20

Dvoskin, Joel A. and Horn, Martin F. (1994)
    Parole Mental Health Evaluations.  *Community Corrections Report*. July/August 1994

Dvoskin, Joel A. and Steadman, Henry J. (1994)
    Using Intensive Case Management to Reduce Violence by Mentally Ill Persons in the
    Community.  *Hospital and Community Psychiatry*.  Vol. 45, No. 7.  Pp. 679-684.

Condelli, Ward S., Dvoskin, Joel A., and Holanchock, Howard  (1994)
    Intermediate Care Programs for Inmates with Psychiatric Disorders. *Bulletin of the
    American Academy of Psychiatry and the Law*.  Volume 22, Number 1.
Dvoskin, Joel A.  (1994)
    The Structure of Prison Mental Health Services.  In Rosner, Richard (Editor),
    *Principals and Practice of Forensic Psychiatry*.  New York:  Chapman and Hall.

Cohen, Fred and Dvoskin, Joel A. (1993)
    Therapeutic Jurisprudence and Corrections:  A glimpse. *New York Law School
    Journal of Human Rights*. Vol.X.

Dvoskin, Joel A., Smith, Hal, and Broaddus, Raymond  (1993)

Creating a Mental Health Care Model.  *Corrections Today*. Vol. 55, No. 7.

Dvoskin, Joel A., Steadman, Henry J. and Cocozza, Joseph J. (1993)
Introduction.  In Steadman, Henry J. and Cocozza, Joseph J. (Editors), *Mental Illness in America's Prisons*.  Seattle:  National Coalition for the Mentally Ill in the Criminal Justice System.

Clear, Todd R., Byrne, James M. and Dvoskin, Joel A.  (1993)
The Transition from being an inmate.  In Steadman, Henry J. and Cocozza, Joseph J. (Editors), *Mental Illness in America's Prisons*.  Seattle:  National Coalition for the Mentally Ill in the Criminal Justice System.

Cohen, Fred and Dvoskin, Joel A.  (1992)
Inmates with Mental Disorders:  A Guide to Law and Practice (Part 2).  *Mental & Physical Disability Law Reporter*, Volume 16, No. 4.

Cohen, Fred and Dvoskin, Joel A.  (1992)
Inmates with Mental Disorders:  A Guide to Law and Practice (Part 1).  *Mental & Physical Disability Law Reporter*, Volume 16, No. 3.

Heilbrun, K.S., Radelet, M.L. and Dvoskin, J.A.  (1992)
Debating Treatment of Those Incompetent for Execution. *American Journal of Psychiatry*, Volume 149, No. 5.

Way, Bruce B., Dvoskin, Joel A., Steadman, Henry J.  (1991)
Forensic Psychiatric Inpatients Served in the United States:  Regional and System Differences. *Bulletin of the American Academy of Psychiatry and the Law*, Volume 19, No. 4.

Steadman, H.J., Holohean, E.J., Jr., Dvoskin, J.A.  (1991)
Estimating Mental Health Needs and Service Utilization among Prison Inmates. *Bulletin of the American Academy of Psychiatry and the Law*, Volume 19, No. 3.

McGreevy, M.A., Steadman, H.J., Dvoskin, J.A. & Dollard, N.  (1991)
Managing Insanity Acquittees in the Community:  New York State's Alternative to a Psychiatric Security Review Board. *Hospital and Community Psychiatry*. Volume 42, No. 5

Dvoskin, Joel A.  (1991)
Allocating Treatment Resources for Sex Offenders.  *Hospital and Community Psychiatry*. Vol. 41, No. 3.

Dvoskin, Joel A.  (1990)
>    What Are the Odds on Predicting Violent Behavior?  *The Journal of the California Alliance for the Mentally Ill*, Volume 2, No. 1.

Perlin, M.L. and Dvoskin, J.A.  (1990)
>    AIDS Related Dementia and Competency to Stand Trial:  A Potential Abuse of the Forensic Mental Health System.  *Bulletin of the American Academy of Psychiatry and the Law*, Volume 18, No. 4.

Dvoskin, J.A.  (1990)
>    Jail-Based Mental Health Services.  In Steadman, H.J. (Editor), *Effectively Addressing the Mental Health Needs of Jail Detainees*, National Institute of Corrections:  Boulder, Colorado.

Way, B.B., Dvoskin, J.A., Steadman, H.J., Huguley, H.C. & Banks, S.  (1990)
>    Staffing of Forensic Inpatient Services in the United States.  *Hospital & Community Psychiatry*,  Volume 41:2.

Dvoskin, Joel A. and Steadman, Henry  (1989)
>    Chronically Mentally Ill Inmates:  The Wrong Concept for the Right Services.  *International Journal of Law and Psychiatry*, Volume 12, Nos. 2/3.

Dvoskin, Joel A.  (1989)
>    Multiple Murder as Social Protest?  *Contemporary Psychology*, Volume 34, No. 5.

Dvoskin, Joel A.  (1989)
>    The Palm Beach County, Florida Forensic Mental Health Services Program:  A Comprehensive Community-Based System.  In Steadman, H.J., McCarty, D.W., and Morrissey, J.P.  *The Mentally Ill in Local Jails:  Planning for Essential Services*.  New York:  Plenum.

Dvoskin, Joel A. (Editor)  (1988)
>    Special Issue:  Forensic Administration.  *International Journal of Law and Psychiatry*.  Vol. 11,  No. 4.

Dvoskin, Joel A.  (1988)
>    Confessions of a Reformed Forensic Illiterate.  *Contemporary Psychiatry*,  Volume  7, No. 2.

Roth, L.H., Aldock, J.D., Briggs, K.K., Dvoskin, J.A., Parry, J.W., Phillips, R.M, Silver, S.B., and Weiner, B.A. (1988)
>    Final Report of the National Institute of Mental Health *Ad Hoc* Forensic Advisory Panel.  *Mental and Physical Disability Law Reporter*, Volume 12, No. 1.

Steadman, H.J., Fabisiak, S., Dvoskin, J.A., and Holohean, E.J., Jr.  (1987)
    Mental Disability Among State Prison Inmates:  A statewide survey.  *Hospital and Community Psychiatry*, Volume 38, No. 10.

Dvoskin, J.A. and Powitsky, R.  (1984)
    *A Paradigm for the Delivery of Mental Health Services in Prison*.  Boulder, CO: National Academy of Corrections.

Koson, Dennis F. and Dvoskin, Joel A.  (1982)
    Arson-A diagnostic study. *Bulletin of the American Academy of Psychiatry and the Law*, Vol. X, No. 1.

Dietz, Park E. and Dvoskin, Joel A.  (1980)
    Quality of life for the mentally disabled.  *Journal of Forensic Sciences*, JPSCA, Volume 25, No. 4.

Dvoskin, Joel A.  (1979)
    Legal alternatives for battered women who kill their abusers.  *Bulletin of the American Academy of Psychiatry and the Law - Special Issue on Crime and Sexuality*, Volume IV, No. 6.

## PROFESSIONAL AFFILIATIONS:

American Psychological Association (Fellow)
American Association of Correctional Psychologists
American Psychology - Law Society (Fellow)
American Correctional Association
National Association of State Mental Health Forensic Directors - Chairman 1986-1988
American Correctional Health Association
American Jail Association (former)

**EXHIBIT 4**

**EXHIBIT 4**

# D. Scott Dodrill

## Profile

I have 33 years of prison management experience with the Federal Bureau of Prisons (BOP). I retired as the Assistant Director, Correctional Programs Division, a Senior Executive Service Staff member. I served at nine federal correctional institutions, two Regional Offices, and the Central Office on two separate occasions. I am well versed in federal prison policy and procedures and have developed many skills and abilities that are beneficial within the private and government sectors. I was personally involved in the activation of two BOP facilities, FCI Marianna, and FCI Beckley. As Regional Correctional Services Administrator in the Southeast Regional Office I provided correctional services oversight during the activations of MDC Guaynabo and FDC Miami. As regional director of the Northeast Region, I oversaw the activation of USP Canaan, and approved the final construction plans for FCI Berlin. And as Correctional Services Administrator for the BOP in Washington, D.C., I was one of three staff (Chief of Facility Design and Chief of Facility Operations were the other two) that sat on the National Design Criteria Review Committee which reviewed, investigated and made final decisions on any suggested changes in the design of BOP facilities.

## Education 

- West Virginia College of Graduate Studies
  M. A., Correctional Counseling and Guidance with an emphasis on Corrections, Dec. 1980

- West Virginia University
  B.A., Psychology, May 1977 (Cum Laude)

## Professional Experience 

### D. SCOTT DODRILL CONSULTING, INC

**Correctional Consultant** –02/2011 to present

- Provide correctional oriented consulting services to criminal justice professionals and the legal community
- Develop and conduct training
- Provide expert guidance in conducting safe and secure prison operations in accordance with corrections industry best practices
- Conduct audits and inspections
- Provide leadership in critical situations
- Provide expert testimony to the courts
- Since March of 2011, have conducted audits/inspections of 1-4 institutions per month for Management and Training Corporation (MTC), a company that manages 25+ prison contracts

### UNITED STATES FEDERAL BUREAU OF PRISONS

**Assistant Director, Correctional Programs Division (CPD)** – Central Office
Washington, DC          08/2009-01/2011

- Provided direct supervision to over 500 employees including remote offices in Texas, West Virginia, California, and Pennsylvania
- Provided leadership and policy direction to all field operatives of the BOP, to include 116 correctional institutions, six regional offices and approximately 300 residential re-entry centers
- Developed and wrote policies and directed training efforts in all departments covered by the CPD
- Directed all critical BOP inmate management and program functions
- Provided direct supervision to critical areas to include: intelligence gathering and sharing, counter-terrorism initiatives to include hands-on oversight of Administrative Maximum, Special Management and Communication Monitoring Unit inmates; Religious Services; National Re-entry Affairs and inmate skills development; sex offender certification reviews; Psychology Services to include Drug Abuse Programs and the delivery and development of mental health programming; Correctional Services and all institution security aspects including crisis planning and gang management/monitoring; witness security and victim witness operations; designations and sentence computations; unit and case management including female offender programs
- Sat on the Bureau of Prisons' Executive Staff

**Regional Director** –                          Northeast Regional Office (NERO),
Philadelphia, PA          12/2003-08/2009

- Chief Executive Officer (CEO) of the Northeast Region consisting of 10 states
- Managed the NERO, 18 correctional institutions and five community corrections offices which provided oversight to 42 residential re-entry centers
- Provided direct supervision of 18 wardens and 13 regional administrators and responsible for 6,200 staff, 36,000 inmates and an annual operating budget of $650 million
- Interacted closely on a daily basis with other law enforcement agencies and court officials
- Regularly responded to inquiries from the press, congressmen, senators, judges, and congressional staff members
- Oversaw the activation of USP Canaan, PA, to include making any changes to initial plans based on unique characteristics of the institutions mission.
- Reviewed/changed and approved the initial construction plans for FCI Berlin, NH to accommodate the unique needs of an open compound facility situated in the extreme northeastern part of the country.
- Sat on the Bureau of Prisons' Executive Staff
- Annually conducted inspections of each of the 18 regional facilities

**Warden / Correctional Institution Administrator** – United States Penitentiary,
Lewisburg, PA          12/2001-12/2003

- CEO of a high-security, adult, male federal prison
- Managed a budget of approximately $40 million, over 500 staff, and an inmate population of 2,000
- Oversaw the operations of the Federal Prison Industries employing approximately 350 inmates in a metal factory
- Provided executive direction and leadership to three associate wardens, a camp administrator, an intensive confinement center administrator, an executive assistant and an attorney
- Provided indirect leadership to twenty-two department heads and additional professional,

technical, trade and craft workers
- Provided oversight to the "boot camp" and drug program operations
- Regularly responded to inquiries from the press, congressmen, senators, and congressional staff members
- Routinely worked in cooperation with the Federal Bureau of Investigation, the United States Marshals Service, the Drug Enforcement Agency, as well as local and state law enforcement authorities
- Routinely conducted inspections of all areas of the facility
- Managed the living quarters for vocational, industrial, administrative, religious and food service programs

***Warden / Correctional Institution Administrator*** – Federal Correctional Complex (FCC)
Butner, NC                                            06/1999-12/2001

- Maintained similar duties to those listed above
- CEO of a low-security, adult, male institution that was part of a three institution correctional complex, which included a mental health facility and prison hospital
- Responsible for 230 staff, 1000 inmates and $23 million budget
- Oversaw the operations of the Federal Prison Industries employing 210 inmates in a textile factory
- Routinely conducted inspections of all areas of the facility
- Provided oversight to two associate wardens, an executive assistant and an attorney

### ***Foundational Positions of Increasing Responsibility***                1978-1999

- Correctional Officer
- Senior Officer Specialist
- Case Manager
- Lieutenant, GS-9 and Lieutenant, GS-11
- Discipline Hearing Officer
- Captain
- Regional Assistant Correctional Services Administrator
- Regional Correctional Services Administrator
- Associate Warden
- Correctional Services Administrator



*Professional Awards*

- 1999 - U.S. Attorney General's Award for Excellence in Prison Management
- 2002 - Received Senior Executive Service designation from the U.S. Attorney General
- 2008 - Awarded the Meritorious Rank Award by the Office of the President
- 2010 - Received the Bureau of Prisons' Distinguished Service Medal from the BOP Director



*References*

- Professional and personal references available upon request