# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Jensen, et al., | No. CV-12-00601-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Pursuant to the Court's June 30, 2022 Order, the parties submitted their nominations of proposed experts to assist the Court in crafting an injunction to remediate the constitutional violations experienced by the class and subclass. To assist the Court in selecting the appropriate experts, the parties will be required to provide the following additional information. The parties may file this information under seal if they believe it is necessary to do so. They must, however, also file redacted versions on the public docket to the extent possible.

First, the parties will be required to indicate the length of time they anticipate the experts' reviews will require. The parties should set forth the length of time anticipated for expert review of each area, *i.e.*, medical care, mental health care, and conditions of confinement.

Second, the parties will be required to indicate if any of their proposed experts are limited in the length of time they can be appointed in this case. Given the issues on which expert assistance is needed, and a possible need for expert assistance to ensure compliance

with the injunction, any expert appointment may require willingness to serve for an extended period.

Third, the parties will be required to set forth each proposed expert's compensation. If an hourly rate, the parties should indicate the expected number of hours an expert expects to bill at the hourly rate.

Fourth, the parties will be required to set forth their merits-based objections, if any, to the opposing side's experts. For example, the parties must identify any conflict of interest they believe should disqualify a proposed expert. The parties must also identify any substantive deficits they perceive in an expert's background or experience. Any objection must be supported by evidence, to the extent possible.

Fifth, the parties should set forth their positions on the Court using the contempt fines currently on deposit with the Clerk of Court to cover the costs of the experts.

Accordingly,

**IT IS ORDERED** no later than **July 25, 2022**, the parties shall each file a supplemental statement as detailed herein.

**IT IS FURTHER ORDERED** amending the Courts June 30, 2022 Order to the extent that the charts on pages 69 and 90-91 of the June 30, 2022 Order are replaced with the charts below.

**Performance Measure 37**

|  | Jan. 2021 | Feb. 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 |
|---|---|---|---|---|---|---|---|
| **Douglas** | 97 | 97 | 100 | 97 | 100 | 100 | 100 |
| **Eyman** | 88 | 92 | 94 | 92 | 88 | 94 | 88 |
| **Florence** | 86 | 95 | 95 | 96 | 98 | 96 | 100 |
| **Lewis** | 97 | 91 | 79 | 90 | 80 | 86 | 70 |
| **Perryville** | 95 | 87 | 92 | 88 | 84 | 87 | 97 |
| **Phoenix** | 100 | 100 | 99 | 96 | 100 | 96 | 90 |
| **Safford** | 97 | 97 | 100 | 100 | 97 | 97 | 100 |
| **Tucson** | 94 | 79 | 45 | 57 | 72 | 44 | 59 |

| Winslow | 93 | 100 | 100 | 97 | 97 | 100 | 93 |
|---------|----|----|----|----|----|----|----|
| Yuma    | 78 | 84 | 88 | 90 | 66 | 74 | 88 |

**Performance Measures for Mental Health Durational Requirements**

| Performance Measure | Complex | April 2021 | May 2021 | June 2021 | July 2021 |
|---|---|---|---|---|---|
| 80 | Lewis | 43% | 92% | 95% | 94% |
| 80 | Tucson | 42% | 92% | 96% | 94% |
| 85 | Eyman | 73% | 73% | 97% | 94% |
| 85 | Florence | 100% | 75% | 79% | 94% |
| 85 | Lewis | 69% | 95% | 96% | 73% |
| 85 | Perryville | 68% | 89% | 88% | 76% |
| 85 | Tucson | 69% | 88% | 83% | 92% |
| 85 | Yuma | 85% | 94% | 97% | 97% |
| 91 | Phoenix | 100% | 94% | 100% | 100% |
| 94 | Eyman | 91% | 74% | 97% | 91% |
| 94 | Florence | 93% | 87% | 92% | 87% |
| 94 | Tucson | 92% | 100% | 100% | 96% |

**IT IS FURTHER ORDERED** class member Miguel Garfias's Motion Requesting Admission of New Evidence and/or Testimony (Doc. 4334) is **denied as moot**.

Dated this 18th day of July, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge